# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS et al. § | |
| § | |
| Plaintiffs, § | |
| § | Civil Action No. _____ |
| vs. § | |
| § | |
| GOOGLE LLC, § | |
| § | **JURY TRIAL DEMANDED** |
| Defendant. § | |
| § | |
| § | |
| § | |

## MOTION FOR LEAVE TO FILE UNREDACTED COMPLAINT UNDER SEAL

Plaintiff State of Texas, on behalf of the Plaintiff States, respectfully files this Motion for Leave to File Unredacted Complaint Under Seal.

Plaintiffs' Unredacted Complaint contains information that was received by Plaintiffs in response to Civil Investigative Demands which were separately issued to Defendant and third-parties pursuant to Section 15.10 of Texas Free Enterprise and Antitrust Act of 1983, Tex. Bus. & Com. Code. 15.01 et seq. ("Texas Antitrust Act"), and which the producing parties have designated as warranting confidentiality protections. The Texas Antitrust Act requires this information to remain confidential except under limited circumstances. Therefore, Plaintiffs request that the confidentiality of this information be maintained under seal until such time as the Court orders its release, necessary notice is given to the producing parties, or the producing parties consent to its release.

The sealed complaint is ready to be filed upon entry of an order granting the relief sought through this motion.

A proposed order is attached.

**December 16, 2020**

FOR PLAINTIFF STATE OF TEXAS:

_____
W. Mark Lanier (*lead counsel*)
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
**THE LANIER FIRM, P.C.**
10940 W. Sam Houston Parkway N., Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204

_____
Ashley Keller*
ack@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

_____
Warren Postman*
wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*/s/ Ken Paxton*
_____
Ken Paxton,* Attorney General of Texas
kenneth.paxton@oag.texas.gov

*/s/ Brent Webster*
_____
Brent Webster,* First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov

*/s/ Grant Dorfman*
_____
Grant Dorfman, Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov

*/s/ Aaron Reitz*
_____
Aaron Reitz,* Deputy Attorney General for Legal Strategy
Aaron.Reitz@oag.texas.gov

*/s/ David Ashton*
_____
Kim Van Winkle,* Chief, Antitrust Division
Kim.VanWinkle@oag.texas.gov

Bret Fulkerson, Deputy Chief, Antitrust Division
Bret.Fulkerson@oag.texas.gov

David Ashton, Assistant Attorney General, Antitrust Division
Texas Bar No. 24031828
David.Ashton@oag.texas.gov

Nicholas G. Grimmer,* Assistant Attorney General, Antitrust Division
Nick.Grimmer@oag.texas.gov

Trevor Young,* Assistant Attorney General, Antitrust Division
Trevor.Young@oag.texas.gov

Eric Hudson, Assistant Attorney General, Special Litigation Division
Eric.Hudson@oag.texas.gov

| | |
|---|---|
| */s/ Shawn Cowles* <br> Shawn E. Cowles,* Deputy Attorney General for Civil Litigation <br> Shawn.Cowles@oag.texas.gov <br><br> */s/ Nanette DiNunzio* <br> Nanette DiNunzio,* Associate Deputy Attorney General for Civil Litigation <br> Nanette.Dinunzio@oag.texas.gov | Paul Singer,* Senior Counsel for Public Protection <br> Paul.Singer@oag.texas.gov <br><br> Christopher Hilton, Deputy Chief, General Litigation Division <br> Christopher.Hilton@oag.texas.gov <br><br> Matthew Bohuslav, Assistant Attorney General, General Litigation Division <br> Matthew.Bohuslav@oag.texas.gov <br><br> Ralph Molina, Assistant Attorney General, General Litigation Division <br> Ralph.Molina@oag.texas.gov <br><br> **OFFICE OF THE ATTORNEY GENERAL OF TEXAS** <br> P.O. Box 12548 (MC 059) <br> Austin, TX 78711-2548 <br> (512) 936-1414 <br><br> * *Applications for pro hac vice forthcoming* <br><br> *Attorneys for Plaintiff State of Texas* |