AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| The State Of Texas, et al. <br><br> *Plaintiff(s)* <br> v. <br> Google, LLC <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   4:20-cv-00957-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Google, LLC, 1600 Amphitheatre Parkway, Mountain View, California 94043

C/O

CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCORPORATING
SERVICE COMPANY, 211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| David Matthew Ashton | Ashley Keller | Warren D. Postman |
|---|---|---|
| Attorney General's Office | Keller Lenkner LLC | Keller Lenkner LLC |
| P.O. Box 12548 | 150 N. Riverside Plaza | 1300 I Street, N.W. |
| Austin, TX 78711 | Suite 4270 | Suite 400E |
| Tel: 512-936-1600 | Chicago, IL 60606 | Washington, DC 20005 |
| | Tel: 312-741-5222 | Tel: 312-948-8463 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **1/4/21**

*David A. O'Toole*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:20-cv-00957-SDJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: