# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-cv-957-SDJ |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all named Plaintiffs, and request that I be copied on all pleadings, correspondence, and communications.

Date: 01/05/2021

*Attorney's signature*

Alex J. Brown, Texas Bar No. 24026964
*Printed name and bar number*

The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N., Ste 100
Houston, Texas  77064

*Address*

Alex.Brown@lanierlawfirm.com
*E-mail address*

(713) 659-5200
*Telephone number*

(713) 659-2204
*FAX number*