IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT GOOGLE LLC'S UNOPPOSED
MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Google LLC ("Google") respectfully files this motion to seal Exhibit A to Andrew Rope's Declaration in support of Defendant Google LLC's Motion to Transfer Venue.

On December 16, 2020, Plaintiffs filed a redacted version of their Complaint which omitted confidential information that Google and third parties had produced pursuant to Section 15.10 of Texas Free Enterprise & Antitrust Act of 1983. Dkt. 1. Plaintiffs filed a Motion for Leave to File Unredacted Complaint Under Seal, noting the information's confidential nature. Dkt. 2. Plaintiffs stated that the "Texas Antitrust Act requires this information to remain confidential" and requested that "the confidentiality of this information be maintained under seal until such time as the Court orders its release." *Id.* The Court granted the motion to seal. Dkt. 3.

Concurrent with this motion, Google has filed its Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a). Certain factual statements made in the Motion are supported by the Declaration of Andrew Rope, which appends Exhibits A-F. Dkt. 28. Exhibit A identifies a number of persons who are authors, senders, recipients, and/or custodians of documents quoted or identified in the Complaint. It also identifies their assigned work locations.

Because Exhibit A reflects personal information of current or former Google employees, as well as confidential Google information that was produced to the State of Texas in confidence pursuant to Civil Investigative Demands and is redacted from the Complaint, Google seeks leave to file Exhibit A under seal. Granting this Motion will protect personal information and facilitate proper treatment of confidential information produced pursuant to the Texas Antitrust Act.

### CONCLUSION

For these reasons, Google respectfully requests that the Court grant Google leave to seal Exhibit A to the Declaration of Andrew Rope in support of Google's Motion to Transfer Venue.

Dated: January 19, 2021                   Respectfully submitted,

R. Paul Yetter
State Bar No. 22154200
Bryce L. Callahan
State Bar No. 24055248
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
pyetter@yettercoleman.com
bcallahan@yettercoleman.com

ATTORNEYS FOR DEFENDANT
GOOGLE LLC

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7(h), I certify that on this 15th day of January, 2021, Mr. Callahan and I, as counsel for Google, conferred by teleconference with Ashley Keller, counsel for the State of Texas. Without prejudice to and without waiving any of Plaintiffs' objections to Google's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), Mr. Keller indicated that Texas does not oppose the sealing of Exhibit A to the Declaration of Andrew Rope in support of the Motion to Transfer Venue.

*/s/ R. Paul Yetter*
R. Paul Yetter

-2-

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 19th day of January, 2021. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Bryce L. Callahan*
Bryce L. Callahan