UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § | |

### ORDER

Before the Court is Plaintiffs' "Urgent Motion for an Interim Protective Order to Provide Defendant's Outside Attorneys Only with an Unredacted Version of the Complaint." (Dkt. #17). In that motion, Plaintiffs request that the Court: (1) enter an interim protective order restricting disclosure of Plaintiffs' unredacted complaint to only those outside attorneys retained by Defendant Google LLC ("Google"); and (2) set a Rule 16 management conference for January 28, 2021.

In its response, Google has confirmed that it does not oppose entry of the proposed interim protective order or setting a management conference on the date requested. (Dkt. #31). However, Google requests that it be allowed fifty (50) days from service of the unredacted complaint on its outside counsel to answer or otherwise respond to Plaintiffs' complaint. The Court notes that Google has also filed a "Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Memorandum in Support." (Dkt. #28).

Having considered the motion and the response, the Court concludes that the motion should be **GRANTED in part** and **DENIED in part**. Plaintiffs' motion is granted as to the entry of an interim protective order, which will be entered by

1

separate order. Plaintiffs' motion is denied as to the requested Rule 16 management conference on January 28, 2021.

Google has had a largely unredacted copy of Plaintiffs' complaint for approximately a month, and Google's 1404(a) motion demonstrates substantial familiarity with Plaintiffs' allegations and claims. *See* (Dkt. #28). Accordingly, although the complaint is lengthy and complex, the Court deems it sufficient to allow Google thirty (30) days from service of the unredacted complaint on its outside counsel to answer or otherwise respond to Plaintiffs' complaint.

The Court therefore **ORDERS** Google to answer or otherwise respond to Plaintiffs' complaint within **thirty (30) days** following service of Plaintiffs' unredacted complaint.

Because the Court anticipates that Google will not have answered or otherwise responded to Plaintiffs' complaint in the next two weeks, it would be premature to issue an Order Governing Proceedings and hold a Rule 16 management conference in this timeframe. However, the Court concludes that, given the procedural posture of this case, holding a preliminary scheduling conference in the near term will assist the Court and the parties.

It is therefore **ORDERED** that a preliminary scheduling conference will take place on February 4, 2021, at 10:00 a.m. in Room 105 of the United States Courthouse, 7940 Preston Road, Plano, Texas, 75024.[1]

---

[1] Should counsel wish to appear at the scheduling conference by video, counsel may contact the Court for instructions on doing so.

Finally, the parties are further **ORDERED** to confer on the terms of an appropriate protective order to address and govern confidentiality issues in this case and to submit a proposed protective order with the Court as soon as practicable.[2]

**So ORDERED and SIGNED this 22nd day of January, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[2] In conferring on the terms of a protective order, the parties should be aware of the Eastern District of Texas's General Order Regarding Procedures for the Filing, Service, and Management of Highly Sensitive Documents. General Order 21-02 (Jan. 19, 2021).

3