# Exhibit A-1

**Exhibit A-1**

| Company | Address | Miles from Courthouse |
|---|---|---|
| 7-Eleven | 1722 Routh St., Ste. 1000, 1 Arts Plz<br>Dallas, TX 75201 | 24.6 miles |
| A.H. Belo Corp. | 1954 Commerce Street<br>Dallas, TX 75201 | 26.9 miles |
| American Airlines | 1 Skyview Drive<br>Fort Worth, TX 76155 | 31.1 miles |
| At Home | 1600 E Plano Pkwy<br>Plano, TX 75074 | 17.8 miles |
| AT&T | 208 S. Akard Street<br>Dallas, TX 75201 | 25.4 miles |
| Atmos Energy | 1800 Three Lincoln Centre, 5430 LBJ Freeway<br>Dallas, TX 75240 | 14.5 miles |
| Baylor Scott & White Health | 3500 Gaston Avenue<br>Dallas, TX 75246 | 25.7 miles |
| Borden Milk Product | 8750 N. Central Expressway<br>Dallas, TX 75231 | 22.0 miles |
| Brinker International | 3000 Olympus Blvd.<br>Dallas, TX 75019 | 23.7 miles |
| C&S Media Inc. | 101 S. Main Street<br>Farmersville, TX 75442 | 31.0 miles |
| Caliber Home Loans | 1525 S Belt Line Rd<br>Coppell, TX 75019 | 19.2 miles |
| Cash America International | 1600 West 7th Street<br>Fort Worth, TX 76102 | 45.7 miles |
| Chili's | 6820 LBJ Freeway<br>Dallas, TX 75240 | 16.1 miles |
| Chinos Holdings | 301 Commerce Street Suite 3300<br>Fort Worth, TX 76102 | 44.9 miles |
| CHRISTUS Health | 919 Hidden Ridge<br>Irving, TX 75038 | 24.8 miles |
| Chuck E. Cheese's | 1707 Market Place Blvd, Suite 20<br>Irving, TX 75063 | 21.8 miles |
| Cici's | 5601 Executive Dr Ste 400<br>Irving, TX 75038 | 23.0 miles |
| Cinemark | 3900 Dallas Parkway, Suite 500<br>Plano, TX 75093 | 3.5 miles |
| ClubCorp | 3030 Lyndon B Johnson Fwy Suite 600<br>Dallas, TX 75234 | 17.6 miles |

| | | |
|---|---|---|
| Comerica | 1717 Main Street<br>Dallas, TX 75201 | 24.6 miles |
| Copart | 14185 Dallas Parkway<br>Dallas, TX 75254 | 13.0 miles |
| Corner Bakery Café | 12700 Park Central Drive<br>Dallas, TX 75251 | 17.1 miles |
| D.R. Horton | 1341 Horton Circle<br>Arlington, TX 76011 | 36 miles |
| Dallas Business Journal | 2515 McKinney Ave. Suite 100<br>Dallas, TX 75201 | 23.9 miles |
| Dallas Examiner | 4510 Malcolm X Blvd.<br>Dallas, TX 75215 | 28.8 miles |
| Dallas Observer | 2030 Main Street, Ste 410<br>Dallas, TX 75201 | 24.7 miles |
| Dave & Buster's | 2481 Mañana Drive<br>Dallas, TX 75220 | 21.4 miles |
| Dean Foods | 2711 North Haskell Avenue<br>Dallas, TX 75204 | 25.8 miles |
| Dr Pepper Snapple Group | 5301 Legacy Drive<br>Plano, TX 75024 | 0.6 miles |
| Essilor USA | 13555 N Stemmons Freeway<br>Dallas, TX 75234 | 18.7 miles |
| Exela Technologies | 2701 E. Grauwyler Road<br>Irving, TX 75061 | 24.9 miles |
| Exxon Mobil | 5959 Las Colinas Boulevard<br>Irving, TX 75039 | 22.2 miles |
| Focus Newspapers of DFW | 1337 Marilyn Ave.<br>DeSoto, TX 75115 | 39.1 miles |
| Fort Worth Business Press | 3509 Hulen Street, Suite 200<br>Fort Worth, Texas 76107 | 49.6 miles |
| Fossil Group | 901 S. Central Expy<br>Richardson, TX 75080 | 19.0 miles |
| Frito-Lay | 7701 S Legacy Dr<br>Plano, TX 75024 | 3.2 miles |
| Funimation | 1200 Lakeside Parkway<br>Flower Mound, TX 75028 | 19.1 miles |
| Gainesville Daily Register | 306 E. California<br>Gainesville, TX 76240 | 62.4 miles |
| GameStop | 625 Westport Pkwy.<br>Grapevine, TX 76051 | 25.9 miles |
| Greyhound Bus Lines | 350 North St. Paul Street<br>Dallas, TX 75201 | 24.5 miles |

| | | |
|---|---|---|
| Haggar Clothing | 1507 Lyndon B. Johnson Freeway<br>Farmers Branch, TX 75234 | 20.4 miles |
| Herald Banner | 2305 King St.<br>Greenville, TX 75401 | 45.3 miles |
| Herald Democrat | 603 S. Sam Rayburn Freeway<br>Sherman, TX 75091 | 45.5 miles |
| Horizon Health | 1965 Lakepointe Dr Suite 100<br>Lewisville, TX 75057 | 13.6 miles |
| id Software | 1500 N Greenville Ave<br>Richardson, TX 75081 | 18.0 miles |
| J.C. Penny | 6501 Legacy Dr.<br>Plano, TX 75024 | 2.4 miles |
| Jacobs Engineering Group | 1999 Bryan Street Suite 1200<br>Dallas, TX 75201 | 24.4 miles |
| KDFW Fox 4 News | 400 N. Griffin Street<br>Dallas, Texas 75202 | 24.2 miles |
| Kimberly-Clark | 351 Phelps Drive<br>Irving, TX 75038 | 24.9 miles |
| La Madeleine | 2201 Merit Drive #900<br>Dallas, TX 75251 | 17.3 miles |
| La Quinta Inns & Suites | 909 Hidden Rdg Ste 600<br>Irving, TX 75038 | 24.7 miles |
| Lennox International | 2140 Lake Park Blvd<br>Richardson, TX 75080 | 13.4 miles |
| Lone Star Steakhouse | 5055 W Park Blvd Suite 500<br>Plano, TX 75093 | 4.2 miles |
| Mary Kay | 16251 Dallas Parkway<br>Addison, TX 75001 | 11.8 miles |
| Match.com | 8750 N Central Expy<br>Dallas, TX 75231 | 22.0 miles |
| Michaels Stores | 8000 Bent Branch Dr<br>Irving, TX 75063 | 23.8 miles |
| MoneyGram | 2828 N Harwood St #15<br>Dallas, TX 75201 | 23.4 miles |
| Motel 6 | 4001 International Parkway<br>Carrollton, TX 75007 | 9.1 miles |
| NBC DFW | 4805 Amon Carter Blvd.<br>Fort Worth, TX 76155 | 29.1 miles |
| Neiman Marcus Group | 1618 Main Street<br>Dallas, TX 75201 | 25.5 miles |
| Omni Hotels & Resorts | 4001 Maple Avenue Ste. 500<br>Dallas, TX 75219 | 22.5 miles |
| Rambler Newspapers, Inc. | 627 South Rogers<br>Irving, TX 75060 | 31.2 miles |

| | | |
|---|---|---|
| Red Mango | 2811 McKinney Ave<br>Dallas, TX 75204 | 24.3 miles |
| Sally Beauty Holdings | 3001 Colorado Boulevard<br>Denton, TX 76210 | 25.6 miles |
| Six Flags | 1000 Ballpark Way<br>Arlington, TX 76011 | 36.2 miles |
| Smoothie King | 9797 Rombauer Rd #150<br>Coppell, TX 75019 | 19.1 miles |
| Southwest Airlines | 2702 Love Field Dr<br>Dallas, TX | 23.9 miles |
| Star Local Media | 3501 E Plano Parkway #200<br>Plano, TX | 12.4 miles |
| Steward Health Care System | 1900 N. Pearl Street Suite 2400<br>Dallas, TX 75201. | 24.4 miles |
| Tenet Healthcare | 14201 Dallas Parkway<br>Dallas, TX 75254 | 12.9 miles |
| Texas Health Resources | 612 E Lamar Blvd<br>Arlington, TX 76011 | 37.2 miles |
| Texas Instruments | 12500 TI Boulevard, South Campus<br>Dallas, TX 75243 | 19.7 miles |
| Topgolf | 8750 N. Central Expy, Suite 1200<br>Dallas, TX 75231 | 21.0 miles |
| Toyota Motors | 6565 Headquarters Dr.<br>Plano, TX 75024 | 2.8 miles |
| Tuesday Morning | 6250 LBJ Freeway<br>Dallas, TX 75240 | 15.6 miles |
| Van Alstyne Leader | 603 S. Sam Rayburn Frwy<br>Sherman, TX 75091 | 45.5 miles |
| WFAA-TV Channel 8 | 606 Young St<br>Dallas, TX 75202 | 25.0 miles |
| Wingstop | 5501 LBJ Freeway, Fifth Floor<br>Dallas, TX 75240 | 14.4 miles |
| YUM China Holding (Pizza Hut) | 7100 Corporate Drive<br>Plano, TX 75024 | 2.6 miles |