# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, *et. al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　　Defendant. | Case No. 4:20-CV-957-SDJ<br><br>Hon. Sean D. Jordan |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff State of Texas respectfully requests leave to file under seal unredacted versions of its Response in Opposition to Google's 1404(a) Motion to Transfer Venue and the Declaration of Brooke Smith in support thereof (Dkt. 46), which contained three redactions relating to information that the Court has already ordered to remain sealed. (Dkt. 48.)

Specifically, on February 3, 2021, the Court granted Plaintiffs' motion to file several declarations and documents under seal to protect confidential third-party and Google information. (Dkt. 48.) One of those documents, Exhibit B-3, was designated highly confidential by Google. In order to maintain the confidentiality of the information contained within that document, Plaintiffs also redacted three references to that document from their Response in Opposition to Google's 1404(a) Motion to Transfer Venue and the Declaration of Brooke Smith. (Dkt. 46.) Plaintiff therefore respectfully requests leave to file the unredacted versions of the Opposition and Declaration under seal.

Dated: February 5, 2021

Respectfully Submitted,

*/s/ Ashley Keller*
Ashley Keller
Admitted Pro Hac Vice
ack@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220
Warren Postman
wdp@kellerlenkner.com
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334
**KELLER LENKNER LLC**

Ken Paxton, Attorney General of Texas
Kenneth.paxton@oag.texas.gov
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
Grant Dorfman, Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov
Aaron Reitz, Deputy Attorney General for Legal Strategy
Aaron.Reitz@oag.texas.gov

Shawn E. Cowles, Deputy Attorney General for Civil Litigation
Shawn.Cowles@oag.texas.gov
Nanette DiNunzio, Associate Deputy Attorney General for Civil Litigation
Nanette.Dinunzio@oag.texas.gov

Christopher Hilton, Deputy Chief, General Litigation Division
Christopher.Hilton@oag.texas.gov
Matthew Bohuslav, Assistant Attorney General, General Litigation Division
Matthew.Bohuslav@oag.texas.gov
Ralph Molina, Assistant Attorney General, General Litigation Division
Ralph.Molina@oag.texas.gov

*/s/ Mark Lanier*
Mark Lanier (*lead counsel*)
Texas Bar No. 11934600
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
10940 W. Sam Houston Parkway N. Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
**THE LANIER LAW FIRM, P.C.**

Kim Van Winkle, Chief, Antitrust Division
Kim.VanWinkle@oag.texas.gov
Bret Fulkerson, Deputy Chief, Antitrust Division
Bret.Fulkerson@oag.texas.gov
David Ashton, Assistant Attorney General Antitrust Division
David.Ashton@oag.texas.gov
Nicholas G. Grimmer, Assistant Attorney General, Antitrust Division
Nick.Grimmer@oag.texas.gov
Trevor Young, Assistant Attorney General, Antitrust Division
Trevor.Young@oag.texas.gov

Paul Singer, Senior Counsel for Public Protection
Paul.Singer@oag.texas.org

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548 (MC059)
Austin, TX 78711-2548
(512) 936-1414

**Attorneys for Plaintiff State of Texas**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7(h), I certify that Zeke DeRose, counsel for the State of Texas, conferred by teleconference about the subject of this Motion with Paul Yetter, counsel for Google, on January 29, 2021, and February 1, 2021. On February 1, 2021 Mr. Yetter confirmed by email that Google did not oppose the filing under seal of confidential materials related to Plaintiffs' opposition, and on February 4, 2021, Bryce Callahan confirmed that Google does not oppose the filing under seal of the unredacted versions of plaintiffs' opposition brief and Ms. Smith's declaration.

*/s/ Ashley Keller*
Ashley Keller

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2021, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Ashley Keller*
Ashley Keller