# EXHIBIT B12

SOLOMON B. CERA (Bar No. 099467)
PAMELA A. MARKERT (Bar No. 203780)
CERA LLP
595 Market St. Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189
Email: scera@cerallp.com
Email: pmarkert@cerallp.com

*Counsel for Plaintiff and the Class*
*[Additional Counsel listed on*
*signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY NEGRON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:21-cv-00801-HSG<br><br>**PLAINTIFF'S NOTICE OF INTERSTED PARTY KIMBERLY NEGRON'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER NEGRON V. GOOGLE LLC SHOULD BE RELATED TO CERTAIN GOOGLE LITIGATION PENDING BEFORE JUDGE FREEMAN** |

Pursuant to Civil Local Rule 3-12(b), Plaintiff Kimberly Negron ("Plaintiff") hereby gives notice that she has filed an Interested Party's Unopposed Administrative Motion to Consider Whether *Negron v Google LLC* Should be Related to Certain Google Litigation Pending Before Judge Freeman ("Motion to Relate"). The Administrative Action would relate the above-captioned matter to *In re Google Digital Advertising Antitrust Litig.*, No 5:20-cv-03556-BLF (N.D. Cal.), which has been pending in this District since May 2020. In accordance with Civil Local Rule 3-12(b), the Motion to Relate was filed in the lowest-numbered related case, in this instance that is *In re Google Digital Advertising Antitrust Litig*. Plaintiff hereby provides the Court as Exhibit 1, a copy of the Motion to Relate, Declaration of Fred T. Isquith Jr., and [Proposed] Order filed in *In re Google Digital Advertising Antitrust Litig*.

Dated: February 9, 2021

By: */s/ Pamela A. Markert*
Pamela A. Markert

SOLOMON B. CERA (Bar No. 099467)
PAMELA A. MARKERT (Bar No. 203780)
595 Market St. Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189
Email: scera@cerallp.com
Email: pmarkert@cerallp.com

Fred T. Isquith, Sr. (*pro hac vice* forthcoming)
Robert S. Schachter (*pro hac vice* forthcoming)
Sona R. Shah (*pro hac vice* forthcoming)
**ZWERLING, SCHACHTER**
 **& ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
ftisquith@zsz.com
rschachter@zsz.com
sshah@zsz.com

-and-

Dan Drachler (*pro hac vice* forthcoming)
Henry Avery (*pro hac vice* forthcoming)
1904 Third Avenue, Suite 1030

| | |
|---|---|
| 1 | Seattle, WA 98101<br>Tel: (206) 223-2053 |
| 2 | Fax: (206) 343-9636<br>ddrachler@zsz.com |
| 3 | havery@zsz.com |
| 4 | |
| 5 | Fred T. Isquith, Jr. (*pro hac vice* pending)<br>**ISQUITH LAW** |
| 6 | 220 East 80th Street<br>New York, NY 10075 |
| 7 | Tel: (607) 277-6513<br>isquithlaw@gmail.com |
| 8 | |
| 9 | Richard Vita (*pro hac vice* forthcoming)<br>**VITA LAW OFFICES, P.C.** |
| 10 | 100 State Street, Suite 900<br>Boston, MA 02109 |
| 11 | Tel: (617) 426-6566<br>rjv@vitalaw.com |
| 12 | |
| 13 | Heidi Silton (*pro hac vice* forthcoming)<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.** |
| 14 | 100 Washington Avenue S., Suite 2200<br>Minneapolis, MN 55401-2159 |
| 15 | Tel: (612) 596-4092<br>hmsilton@locklaw.com |
| 16 | *Attorneys for Plaintiff and the Class* |