IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:20-cv-957-SDJ |

**STIPULATION REGARDING DEFENDANT'S
DEADLINE TO RESPOND TO AMENDED COMPLAINT**

Having conferred in good faith, the parties stipulate as follows:

1. Plaintiffs filed a redacted copy of their Amended Complaint on March 15, 2021. Dkt. 77. Upon filing, Plaintiffs served an unredacted copy on Google's outside counsel, pursuant to the Interim Protective Order. Dkt. 36.

2. On March 23, 2021, Plaintiffs provided a less redacted copy of the Amended Complaint to Google. This copy maintains redactions of confidential third-party information but may be shared with Google employees in compliance with the Interim Protective Order.

3. Pursuant to Fed. R. Civ. P. 15(a)(3), Google's response to the Amended Complaint is due within 14 days of service. The parties agree that this response timeline begins on March 23, 2021, so that Google's response to the Amended Complaint is due on April 6, 2021.

4. This stipulation is without prejudice to the parties' positions or rights in any other respect in this matter.

Dated: March 25, 2021

Respectfully submitted,

*/s/ Paul Yetter*

R. Paul Yetter
State Bar No. 22154200
Bryce L. Callahan
State Bar No. 24055248
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002 (Fax)
pyetter@yettercoleman.com
bcallahan@yettercoleman.com

Eric Mahr (*pro hac vice*)
Julie S. Elmer (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
(202) 777-4587 (Fax)
eric.mahr@freshfields.com
Julie.elmer@freshfields.com

John D. Harkrider (*pro hac vice*)
AXINN VELTROP & HARKRIDER, LLP
114 West 47th Street
New York, New York 10036
(212) 728-2210
jharkrider@axinn.com

Daniel S Bitton (*pro hac vice*)
AXINN VELTROP & HARKRIDER, LLP
560 Mission Street
San Francisco, California 94105
(415) 490-1486
dbitton@axinn.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC


- 3 -

| | |
|---|---|
| */s/ Mark Lanier* | */s/ Ashley Keller* |
| Mark Lanier (*lead counsel*) | Ashley Keller |
| Texas Bar No. 11934600 | Admitted Pro Hac Vice |
| Mark.Lanier@LanierLawFirm.com | ack@kellerlenkner.com |
| Alex J. Brown | Brooke Smith |
| Alex.Brown@LanierLawFirm.com | brooke.smith@kellerlenkner.com |
| Zeke DeRose III | 150 N. Riverside Plaza, Suite 4270 |
| Zeke.DeRose@LanierLawFirm.com | Chicago, Illinois 60606 |
| 10940 W. Sam Houston Parkway N. Suite 100 | (312) 741-5220 |
| Houston, Texas 77064 | Warren Postman |
| Telephone: (713) 659-5200 | wdp@kellerlenkner.com |
| Facsimile: (713) 659-2204 | 1300 I Street, N.W., Suite 400E |
| **THE LANIER LAW FIRM, P.C** | Washington, D.C. 20005 |
| | (202) 749-8334 |
| | **Keller Lenkner LLC** |

**On Behalf of Plaintiff States**