IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Civil Action No. 4:20-CV-00957-SDJ |

**PLAINTIFF STATES' NOTICE OF INITIAL DISCLOSURES**

In accordance with Local Rule CV-26(c), the States of Texas, Alaska, Arkansas, Florida, Idaho, Indiana, Mississippi, Missouri, Montana, Nevada, North Dakota, South Dakota, and Utah, and the Commonwealths of Kentucky and Puerto Rico (collectively referred to hereafter as "Plaintiff States" or "States"), files this notice concerning their Initial Disclosures. Plaintiff States served their Initial Disclosures on counsel of record for Defendant on April 23, 2021.

Dated:  April 23, 2021

*/s/ Ashley Keller*
Ashley Keller
Admitted *Pro Hac Vice*
ack@kellerlenkner.com
Brooke Smith
brooke.smith@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220
Warren Postman
wdp@kellerlenkner.com
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334
**KELLER LENKNER LLC**

Respectfully submitted,

*/s/ W. Mark Lanier*
W. Mark Lanier (*lead counsel*)
Texas Bar No. 11934600
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
10940 W. Sam Houston Parkway N. Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
**THE LANIER LAW FIRM, P.C.**

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, Plaintiff States' Notice of Initial Disclosures, was served on counsel of record for Defendant on April 23, 2021, via the Court's ECF system.

                                         */s/ W. Mark Lanier*
                                         W. Mark Lanier