# EXHIBIT 1



**ALAN WILSON**
ATTORNEY GENERAL

June 17, 2021

**VIA EMAIL AND MAIL**
R. Paul Yetter
Bryce L. Callahan
YETTER COLEMAN, LLP
909 Fannin, Suite 3600
Houston, TX 77010
pyetter@yettercoleman.com
bcallahan@yettercoleman.com

Daniel S. Bitton
AXINN VELTROP & HARKRIDER, LLP
560 Mission Street
San Francisco, CA 94105
dbitton@axinn.com

John D. Harkrider
AXINN VELTROP & HARKRIDER, LLP
114 West 47th Street
New York, NY 10036
jharkrider@axinn.com

Eric Mahr
Julie Elmer
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW
Washington, DC 20005
eric.mahr@freshfields.com
julie.elmer@freshfields.com

RE: Violations related to Google's Advertising Practices – Notice under S.C. Code § 39-5-50(a)

Dear Counsel:

Please be advised that the South Carolina Attorney General is contemplating pursuing claims against Google LLC for violations of federal and state antitrust and consumer protection laws involving Google's acts and practices regarding its ad tech business.

Please consider this letter to satisfy the notice requirements of § 39-5-50(a) of the S.C. Code of Laws, which gives you the opportunity to present to the Attorney General reasons any proceedings against you should not be instituted. If you would like to present any such reasons, please contact me at (803) 734-3654 or sjones@scag.gov on or before June 21, 2021.

Sincerely,

C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General

REMBERT C. DENNIS BUILDING • POST OFFICE BOX 11549 • COLUMBIA, SC 29211-1549 • TELEPHONE 803-734-3970 • FACSIMILE 803-253-6283