UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § | |

## ORDER

Before the Court are motions by the State of Louisiana, (Dkt. #126), and the State of South Carolina, (Dkt. #128), to intervene in the above-captioned matter. Notably, neither motion is accompanied by a complaint setting forth the claims either state plans to pursue in this case. Federal Rule of Civil Procedure 24(c) provides that a motion to intervene "must . . . be accompanied by a pleading that sets out the claim or defense for which intervention is sought." The text of the rule, which is unequivocal, contemplates that the Court will determine whether an intervenor's claims "share[] with the main action a common question of law or fact," FED. R. CIV. P. 24(b)(1)(B), by examining the complaint setting forth the intervenor's claims. Louisiana and South Carolina have failed to comply with Rule 24(c) and must each supplement their respective motions to intervene with a complaint setting forth the claims they seek to pursue in this case.

It is therefore **ORDERED** that, on or before **August 6, 2021**, the State of Louisiana and the State of South Carolina must supplement their motions to intervene with a complaint that sets out the claim or claims for which intervention is

sought. The complaint may take the form of an amended complaint filed with the other Plaintiff States.

**So ORDERED and SIGNED this 23rd day of July, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE