IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff State of Texas respectfully requests that Kim Van Winkle be permitted to withdraw as counsel of record for Plaintiff State of Texas in this matter. The reason for this request is that Ms. Van Winkle's employment is no longer within the Antitrust Division of the Office of the Attorney General of Texas. The granting of this motion will not impose delay or affect any deadlines in the case. Texas will continue to be represented by other counsel of record, and this motion requests no other changes regarding the other attorneys acting as counsel of record.

Further, the clerk is requested to terminate CM/ECF notices as to Kim Van Winkle for this matter.

The other Plaintiff States do not oppose this motion. Defendant Google LLC does not oppose this motion.

Dated: July 28, 2021

Respectfully submitted,

| | |
|---|---|
| */s/Brent Webster*<br>Brent Webster<br>First Assistant Attorney General of Texas<br>Brent.Webster@oag.texas.gov<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548 (MC001)<br>Austin, TX 78711-2548<br>(512) 936-0680 | */s/Grant Dorfman*<br>Grant Dorfman<br>Deputy First Assistant Attorney General<br>Grant.Dorfman@oag.texas.gov<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548 (MC001)<br>Austin, TX 78711-2548<br>(512) 936-0680 |
| */s/Shawn E. Cowles*<br>Shawn E. Cowles<br>Deputy Attorney General for Civil Litigation<br>Shawn.Cowles@oag.texas.gov<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548 (MC001)<br>Austin, TX 78711-2548 | */s/James R. Lloyd*<br>James R. Lloyd<br>Chief, Antitrust Division<br>James.Lloyd@oag.texas.gov<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548 (MC075)<br>Austin, TX 78711-2548<br>(512) 936-1674 |
| | */s/Nicholas G. Grimmer*<br>Nicholas G. Grimmer (*pro hac vice*; filed with permission of lead counsel)<br>Assistant Attorney General, Antitrust Division<br>Texas Bar No. 24065331<br>Nick.Grimmer@oag.texas.gov<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548 (MC075)<br>Austin, TX 78711-2548<br>(512) 936-1579 (phone)<br>(512) 370-9361 (fax) |

*Attorneys for Plaintiff State of Texas*

### CERTIFICATE OF CONFERENCE

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

*/s/Nicholas G. Grimmer*
Nicholas G. Grimmer

### CERTIFICATE OF SERVICE

I certify that on this 28th day of July, 2021, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/Nicholas G. Grimmer*
Nicholas G. Grimmer