IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 4:20-cv-957-SDJ |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**SUPPLEMENT TO PROSPECTIVE PLAINTIFF STATE OF SOUTH CAROLINA'S MOTION TO INTERVENE**

Pursuant to the Court's July 23, 2021 Order (Docket Number 133), the State of South Carolina is supplementing its Motion to Intervene with a complaint setting forth the claims for which intervention is sought. As contemplated by the Court's Order, the complaint takes the form of an amended complaint filed with the other Plaintiff States. The Plaintiff States have sought leave to amend the complaint (Docket Number 136) and filed the proposed Second Amended Complaint, which includes South Carolina and Louisiana's claims, as Docket Number 138.

Dated this 4th day of August, 2021.

Respectfully submitted,

**FOR STATE OF SOUTH CAROLINA**

ALAN WILSON
South Carolina Attorney General

*/s/ Rebecca M. Hartner*

REBECCA M. HARTNER, Assistant Attorney General (S.C. Bar No. 101302)
W. JEFFREY YOUNG, Chief Deputy Attorney General

-2-

C. HAVIRD JONES, JR., Senior Assistant Deputy Attorney General
MARY FRANCES JOWERS, Assistant Deputy Attorney General
Office of the Attorney General, State of South Carolina
P.O.Box 11549
Columbia, South Carolina 29211-1549
Phone: 803-734-3970
Email: rhartner@scag.gov

*Attorneys for the State of South Carolina*

### CERTIFICATE OF SERVICE

I certify that on this 4th day of August 2021, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Rebecca M. Hartner*