**Keller**

150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606



quadient
FIRST-CLASS MAIL
IMI
$002.22
03/03/2023 ZIP 60606
043M30213398
US POSTAGE

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 0 7 2023

BY DEPUTY_____

United States Courthouse
Sherman Division
Attn: Clerk of the Court
7940 Preston Road Room 101
Plano, Texas 75024