**Keller|Postman**

150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606



quadient
FIRST-CLASS MAIL
IMI
$003.18
02/28/2023 ZIP 60606
043M30213398
US POSTAGE

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 09 2023

BY DEPUTY_____

United States Courthouse
Sherman Division
ATTN: Clerk of the Court
7490 Preston Road Room 101
Plano, TX 75024