**Keller | Postman**
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606



FIRST-CLASS MAIL
IMI
$001.26
03/30/2023 ZIP 60606
043M30213398
US POSTAGE



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 0 3 2023
BY DEPUTY_____

United States Courthouse
Sherman Division
Attn: Clerk of the Court
7940 Preston Road Room 101
Plano, Texas 75024