IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, | Case No. 4:20-CV-957-SDJ <br><br> Hon. Sean D. Jordan |

**ORDER SETTING STATUS CONFERENCE**

Before the Court is State Plaintiffs' Request for Status Conference and Setting of Trial Date [Dkt. 146].

The Court will set a status conference in the above-referenced case for _____, 2023 at _____. The conference will be in-person/telephonic.