# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, *et. al.*, | |
| Plaintiffs, | Case No. 4:20-CV-957-SDJ |
| v. | Hon. Sean D. Jordan |
| Google LLC, | |
| Defendant. | |

## UNOPPOSED REQUEST FOR STATUS CONFERENCE

State Plaintiffs file this unopposed request for a status conference now that the *Texas v. Google* litigation has been remanded. Counsel for the States and counsel for Google are available for an in-person conference on the morning of November 15, 2023. Alternatively, we request the Court set a conference at its convenience via teleconference at any time.

On June 5, 2023, the Judicial Panel on Multidistrict Litigation remanded this action "to its transferor court." *See* Dkt. 250, at p.2 in *In re: Google Digital Advertising Litig.*, MDL No. 3010 (J.P.M.L.). Four months later, on October 4, 2023, the United States Court of Appeals for the Second Circuit denied Google's mandamus petition, denied Google's motion for reconsideration, lifted the four-month administrative stay, and denied any remaining motions as moot. *See* Dkt. 101, *In re: Google* LLC, USCA No. 23-910. Yesterday, the United States District Court for the Southern District of

New York transferred the case back to Your Honor's Court. *See* November 1, 2023 Order, (No Dkt. No.) *Texas v. Google LLC*, 21-cv-6841-PKC.

Plaintiffs respectfully submit that the first order of business is resetting this important matter for trial. State Plaintiffs request the Court convene a status conference at its earliest convenience so the parties can submit proposed scheduling orders and update the Court with any issues to be addressed by the Court.

## CONCLUSION

The State Plaintiffs respectfully request that the Court promptly set a status conference.  Counsel for the States and counsel for Google are available for an in-person conference on the morning of November 15, 2023. Alternatively, we request the Court set a conference at its convenience via teleconference at any time.

Dated: November 2, 2023

| | |
|---|---|
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier | Ashley Keller |
| Mark.Lanier@LanierLawFirm.com | ack@kellerpostman.com |
| Alex J. Brown | 150 N. Riverside Plaza, Suite 4100 |
| Alex.Brown@LanierLawFirm.com | Chicago, Illinois 60606 |
| Zeke DeRose III | (312) 741-5220 |
| Zeke.DeRose@LanierLawFirm.com | |
| 10940 W. Sam Houston Pkwy N, Suite 100 | Zina Bash |
| Houston, TX 77064 | zina.bash@kellerpostman.com |
| (713) 659-5200 | 111 Congress Avenue, Suite 500 |
| **THE LANIER LAW FIRM, PC** | Austin, TX 78701 |
| | (512) 690-0990 |
| | Noah S. Heinz |
| | noah.heinz@kellerpostman.com |
| | 1101 Connecticut Ave, N.W., Suite 1100 |
| | Washington, DC 20036 |
| | (202) 918-1123 |
| | **KELLER POSTMAN LLC** |

## **CERTIFICATE OF SERVICE**

I certify that on November 2, 2023, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Zeke DeRose III*
Zeke DeRose III
