## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

The State of Texas, *et. al.*,

                            Plaintiffs,

  v.

Google LLC,

                            Defendant.

Case No. 4:20-CV-957-SDJ

Hon. Sean D. Jordan

## ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST
## FOR STATUS CONFERENCE

Before the Court is State Plaintiffs' Unopposed Request for Status Conference (Dkt No. ___).

Having considered the Motion, the Court concludes it should be **GRANTED**. The Court will set a status conference in the above-referenced case for _____, 2023 at _____.

The conference will be in-person / telephonic.

Further, the Court requests that the parties be prepared to update the Court with next steps for the case now that it is remanded.

**So ORDERED and SIGNED this _____ day of November, 2023**.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

*Order Granting Plaintiffs' Unopposed Request for Status Conference*