UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE STATE OF TEXAS, ET AL.          §
                                    §
v.                                  §     CIVIL NO. 4:20-CV-957-SDJ
                                    §
GOOGLE LLC                          §

## ORDER

Before the Court is the State Plaintiffs' Unopposed Request for Status Conference. (Dkt. #151). This antitrust action was initially filed in this Court on December 16, 2020. The case was later transferred, on August 12, 2021, to the United States District Court for the Southern District of New York (SDNY) by the Judicial Panel on Multidistrict Litigation (JPML) for coordinated and consolidated pretrial proceedings in MDL 3010.

On June 5, 2023, the JPML remanded the case back to this Court. Defendant Google sought mandamus relief from the JPML remand order in the United States Court of Appeals for the Second Circuit. On October 4, 2023, the Second Circuit denied Google's mandamus petition and the SDNY transferred the case back to this Court shortly thereafter (Cause No. 1:21-cv-6841).

Under the circumstances, the request for a status conference is **GRANTED**. It is therefore **ORDERED** that counsel for the parties shall appear in person for a status conference on **November 20, 2023**, at **9:30 a.m.** at the United States Courthouse located at 7940 Preston Road in Plano, Texas.

It is further **ORDERED** that the parties shall each submit a report on the status of the case at this time and following nearly two years of proceedings in MDL 3010, issues the Court should be aware of following remand, and a proposed schedule going forward. Each report should not exceed five pages, excluding any attachments, and the reports should be submitted no later than **November 14, 2023**.

It is further **ORDERED** that the parties shall confer concerning the records that should be transferred into this cause number from the SDNY case files for MDL 3010 and Cause No. 1:21-cv-6841. The parties also shall file a joint report, with attachments as needed, identifying a Designated Record on Remand or otherwise describing all filings in MDL 3010 and Cause No. 1:21-cv-6841 that should be made a part of the Court's docket in this action. The joint report should be submitted by **November 21, 2023**.

**So ORDERED and SIGNED this 7th day of November, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2