**APPENDIX A - PROPOSED SCHEDULE**

| Deadline | Date | Explanation |
|---|---|---|
| Deadline to file motion to dismiss | 12/15/2023 | |
| Deadline to file opposition to MTD | 1/15/2024 | Complex case, so more than 14 days after motion to dismiss (EDTX Local Rule 7(e)) |
| Deadline to file reply in support of MTD | 1/31/2024 | Complex case so more than 7 days after motion (EDTX Local Rule 7(f)) |
| Close of Fact Discovery | 6/28/2024 | MDL Deadline from PTO 5 (Dkt. 394) |
| Plaintiffs' Expert Reports Due | 7/12/2024 | 2 weeks after close of fact discovery; same period as this Court's 2021 Scheduling Order |
| Google's Expert Reports Due | 8/30/2024 | 7 weeks after opening expert reports; same period as this Court's 2021 Scheduling Order |
| Plaintiffs' Rebuttal Expert Reports Due | 9/27/2024 | 4 weeks after Google's expert reports; same period as this Court's 2021 Scheduling Order |
| Close of Expert Discovery | 11/8/2024 | 6 weeks after rebuttal expert reports; same period as this Court's 2021 Scheduling Order |
| Deadline to file summary judgment motions | 12/13/2024 | 5 weeks after close of expert discovery; same period as this Court's 2021 Scheduling Order |
| Deadline to file Daubert motions | 12/13/2024 | 5 weeks after close of expert discovery; same period as this Court's 2021 Scheduling Order |
| Deadline for oppositions to summary judgment and Daubert motions | 1/3/2025 | 3 weeks after opening summary judgment & Daubert motions; same period as this Court's 2021 Scheduling Order |
| Deadline for replies to summary judgment and Daubert motions | 1/17/2025 | 2 weeks after oppositions to summary judgment & Daubert motions; same period as this Court's 2021 Scheduling Order |
| Deadline for counsel to contact opposing counsel to determine how they will prepare the joint final pretrial order and jury instructions/verdict form (or proposed findings of fact and conclusions of law) | 4/11/2025 | 12 weeks after replies in support of summary judgment & Daubert motions; same period as this Court's 2021 Scheduling Order |