## APPENDIX B - SUMMARY OF DECISION ON MOTION TO DISMISS FEDERAL ANTITRUST CLAIMS[1]

| Dismissal Granted[2] | | Dismissal Denied | |
|---|---|---|---|
| **Counts I/II (Section 2)** | **Count IV (Section 1)** | **Counts I/II (Section 2)** | **Count III (Section 1)** |
| Encrypted User IDs [Op. at 381-83] | Facebook Network Bidding Agreement [Op. at 370-77] | Enhanced Dynamic Allocation (EDA) [Op. at 386-87] | Tying [Op. at 367-70] |
| Reserve Price Optimization (RPO) [Op. at 391-93] | | Bernanke and Bell [Op. at 387-89] | |
| Exchange Bidding [Op. at 393-95] | | Redaction of auction data and limitations on line items [Op. at 395-97] | |
| Accelerated Mobile Pages (AMP) [Op. at 398-99] | | Poirot [Op. at 397-98] | |
| Privacy Sandbox* [Op. at 399-400] | | Elmo [Op. at 397-98] | |
| Dynamic Allocation (DA)** [Op. at 384-85, 402-03] | | Unified Pricing Rules (UPR) [Op. at 400-02] | |
| Dynamic Revenue Sharing (DRS)** [Op. at 389-91, 402-03] | | Tying [Op. at 402] | |

---

[1] All citations are to Judge Castel's ruling on Google's motion to dismiss State Plaintiffs' Third Amended Complaint, *In re Google Digit. Advert. Antitrust Litig.*, 627 F. Supp. 3d 346 (S.D.N.Y. 2022) ["Op."].

[2] Star (*) indicates that the court found that the conduct was not ripe for adjudication.  Two stars (**) indicates that the court found that the conduct was plausibly alleged but concluded that State Plaintiffs could not obtain injunctive relief because the conduct ended in 2019.