# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING                    21-md-3010 (PKC)
ANTITRUST LITIGATION

                                                      [PROPOSED] ORDER

------------------------------------------------------------x                  *except String
                                                                                No. 191*
CASTEL, Senior District Judge

            Having considered the parties' written submissions (ECF Nos. ___) and the

arguments made during November 2, 2023 hearing concerning search terms and custodians, the

Court orders as follows:

            1.      Plaintiffs' request for (a) three common custodians; (b) four custodians
                                        *and*
specific to plaintiff Daily Mail; (c) five custodians specific to plaintiff Gannett; ~~and (d) ten~~          *PKC*

~~custodians specific to plaintiff Inform~~ is GRANTED.  Those custodians are identified in

Attachment B to Plaintiffs' October 20 submission (ECF No. 564).

            2.      Plaintiffs' request that Google run an additional 10 search terms set forth           *PKC*

in Attachment A to Plaintiffs' October 20 submission (ECF No. 564) is GRANTED.
                                 *9*
            3.      For the ~~12~~ custodians specific to plaintiffs Daily Mail, Gannett, ~~and~~          *PKC*
                                                                 *(and)*
~~Inform~~, Google may forgo running the 47 search terms identified by those plaintiffs.

            4.      Future requests for production shall be made consistent with the Court's

prior orders, which remain in full force and effect, and the Federal Rules of Civil Procedure.  *See*

ECF Nos. 311, 647, 656.

            SO ORDERED.

                                                    _____
                                                            P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
       November 2, 2023