AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| State of Texas, et al.<br>*Plaintiff*<br>v.<br>Google LLC<br>*Defendant* | ) ) ) ) ) ) | Case No.   4:20-cv-957-SDJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF TEXAS and request that I be copied on all pleadings, correspondence, and communication .

Date:   11/15/2023

*Attorney's signature*

Trevor E. D. Young State Bar No. 24084138
*Printed name and bar number*

300 W. 15th St.
Austin, Texas 78701

*Address*

trevor.young@oag.texas.gov
*E-mail address*

(512) 936-2334
*Telephone number*

(512) 320-0975
*FAX number*