# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| The State of Texas, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:20-cv-00957-SDJ |
| Google, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, The State of Texas                                                                                                    .

Date:    11/15/2023

/s/ Marc B. Collier
*Attorney's signature*

Marc B. Collier - Texas Bar #00792418
*Printed name and bar number*

Norton Rose Fulbright US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas  78701

*Address*

marc.collier@nortonrosefulbright.com
*E-mail address*

(512) 474-5201
*Telephone number*

(512) 536-4580
*FAX number*