AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| The State of Texas, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:20-CV-957-SDJ |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, The State of Texas                                            .

Date:   11/15/2023

/s/ Geraldine W. Young
*Attorney's signature*

Geraldine W. Young, Texas Bar No. 24084134
*Printed name and bar number*

Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
*Address*

geraldine.young@nortonrosefulbright.com
*E-mail address*

(713) 651-5437
*Telephone number*

(713) 651-5246
*FAX number*