AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| The State of Texas, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:20-CV-957-SDJ |
| Google LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, The State of Texas                                                                                                     .

Date:   11/16/2023                                                    /s/ Joseph M. Graham, Jr.
                                                                                        *Attorney's signature*

                                                                              Joseph M. Graham, Jr., TBN 24044814
                                                                                    *Printed name and bar number*

                                                                                   Norton Rose Fulbright US LLP
                                                                                   1301 McKinney St., Suite 5100
                                                                                        Houston, Texas 77010
                                                                                                *Address*

                                                                        joseph.graham@nortonrosefulbright.com
                                                                                            *E-mail address*

                                                                                           (713) 651-8214
                                                                                        *Telephone number*

                                                                                           (713) 651-5246
                                                                                            *FAX number*