IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**GOOGLE LLC'S CORRECTED APPENDIX A TO
STATUS REPORT FOLLOWING MDL PROCEEDINGS (Dkt. 156-1)**

## APPENDIX A - PROPOSED SCHEDULE

| Deadline | Date | Explanation |
| --- | --- | --- |
| Deadline to file motion to dismiss | 12/15/2023 | |
| Deadline to file opposition to MTD | 1/15/2024 | Complex case, so more than 14 days after motion to dismiss (EDTX Local Rule 7(e)) |
| Deadline to file reply in support of MTD | 1/31/2024 | Complex case so more than 7 days after motion (EDTX Local Rule 7(f)) |
| Close of Fact Discovery | 6/28/2024 | MDL Deadline from PTO 5 (Dkt. 394) |
| Plaintiffs' Expert Reports Due | 7/12/2024 | 2 weeks after close of fact discovery; same period as this Court's 2021 Scheduling Order |
| Google's Expert Reports Due | 8/30/2024 | 7 weeks after opening expert reports; same period as this Court's 2021 Scheduling Order |
| Plaintiffs' Rebuttal Expert Reports Due | 9/27/2024 | 4 weeks after Google's expert reports; same period as this Court's 2021 Scheduling Order |
| Close of Expert Discovery | 11/8/2024 | 6 weeks after rebuttal expert reports; same period as this Court's 2021 Scheduling Order |
| Deadline to file summary judgment motions | 12/13/2024 | 5 weeks after close of expert discovery; same period as this Court's 2021 Scheduling Order |
| Deadline to file Daubert motions | 12/13/2024 | 5 weeks after close of expert discovery; same period as this Court's 2021 Scheduling Order |
| Deadline for oppositions to summary judgment and Daubert motions | 1/3/2025 | 3 weeks after opening summary judgment & Daubert motions; same period as this Court's 2021 Scheduling Order |
| Deadline for replies to summary judgment and Daubert motions | 1/17/2025 | 2 weeks after oppositions to summary judgment & Daubert motions; same period as this Court's 2021 Scheduling Order |
| Deadline for counsel to contact opposing counsel to determine how they will prepare the joint final pretrial order and jury instructions/verdict form (or proposed findings of fact and conclusions of law) | 4/11/2025 | 12 weeks after replies in support of summary judgment & Daubert motions; same period as this Court's 2021 Scheduling Order |

1

| Deadline | Date | Explanation |
|---|---|---|
| Deadline to submit video deposition designations | 4/18/2025 | 13 weeks after replies in support of summary judgment & Daubert motions; same period as this Court's 2021 Scheduling Order |
| Deadline for motions in limine | 4/25/2025 | 1 week after video deposition designation deadline; same period as this Court's 2021 Scheduling Order |
| Deadline to file Joint Final Pretrial Order | 4/25/2025 | 1 week after video deposition designation deadline; same period as this Court's 2021 Scheduling Order |
| Deadline for responses to motions in limine | 5/9/2025 | 2 weeks after motions in limine; same period as this Court's 2021 Scheduling Order |
| Deadline to object to witnesses, deposition extracts, and exhibits in pretrial order | 5/9/2025 | 2 weeks after motions in limine; same period as this Court's 2021 Scheduling Order |
| Deadline to file Proposed Jury Instructions/Verdict Form (or Proposed Findings of Fact and Conclusions of Law) | 5/9/2025 | 2 weeks after motions in limine; same period as this Court's 2021 Scheduling Order |
| Deadline to file proposed voir dire questions | 5/9/2025 | 2 weeks after motions in limine; same period as this Court's 2021 Scheduling Order |
| Hearing on pending motions and objections (if necessary) | TBD by Court | Usually 10 days before final pretrial conference per this Court's 2021 Scheduling Order |
| Final Pretrial Conference | 5/22 & 5/23/2025 | 13 days after proposed jury instructions; same period as this Court's 2021 Scheduling Order |
| Jury selection and trial | 5/26/2025 | Next business day after Final Pretrial Conference; same period as this Court's 2021 Scheduling Order |