# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**THE STATE OF TEXAS, ET AL**

v.                                                                                          Case No. 4:20cv957

**GOOGLE, LLC**

PLAINTIFF:  Trevor Young, Roger Alford, James Lloyd, Joe Graham, Ashley Keller, Mark Lanier

DEFENDANT:  Eric Mahr, Mollie Bracewell, Paul Yetter

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 11/20/2023.

Status Conference

| | |
|---|---|
| 9:34 am | The court called the case, noting the appearance of counsel and parties. |
| 9:36 am | The court reviews the background of the case. |
| 9:40 am | The court addresses scheduling matters. |
| 9:48 am | Mr. Lanier addresses the court. |
| 10:05 am | Mr. Mahr addresses the court. |
| 10:18 am | Mr. Lanier addresses the court. |
| 10:22 am | Mr. Mahr addresses the court. |
| 10:23 am | The court addresses the parties regarding scheduling. |

10:26 am	The court recaps what has been discussed and what is to be expected.

10:30 am	Court adjourned.