UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

At the November 20, 2023, Status Conference, the parties indicated their agreement that the Court should adopt, in whole or in part, the following orders from *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-MD-3010: Confidentiality Order, (Dkt. #297); Stipulation and Order Regarding Expert Discovery, (Dkt. #428); and Order Regarding Discovery Procedure, (Dkt. #508).

It is therefore **ORDERED** that, on or before December 1, 2023, the parties shall submit a joint proposal addressing whether each of the above-referenced orders should be adopted by this Court, or, alternatively, whether modified version(s) of the orders should be entered.

So ORDERED and SIGNED this 21st day of November, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE