UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

Prior to the Status Conference held by this Court on November 20, 2023, the parties submitted reports addressing the status of the case at this time and following nearly two years of proceedings in MDL No. 3010 (*In re Google Digital Advertising Antitrust Litigation*, No. 1:21-MD-3010). Both the Plaintiff States and Defendant Google identified several pending issues concerning discovery. *See* (Dkt. #156, 157). The Court will hold a conference on the issues identified by the parties and to generally address the state of discovery.

It is therefore **ORDERED** that counsel for the parties shall appear in person for a status conference on discovery on **December 14, 2023**, at **8:00 a.m.** at the United States Courthouse located at 7940 Preston Road in Plano, Texas.

It is further **ORDERED** that the parties shall each submit a report addressing issues for discussion regarding discovery. Each report shall not exceed ten pages, excluding any attachments, and the reports must be submitted no later than **December 7, 2023**.

So ORDERED and SIGNED this 21st day of November, 2023.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE