IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | ) | Case No. 4:20-cv-00957-SDJ |
| Plaintiffs, | ) | |
| vs. | ) | |
| GOOGLE LLC, | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, State of Nevada, hereby gives notice that the Senior Deputy Attorney General Marie W.L. Martin, is hereby withdrawn as counsel for Plaintiff, State of Nevada, in the above-captioned matters.  The State of Nevada will continue to be represented by Senior Deputy Attorney General Lucas J. Tucker and Senior Deputy Attorney General Michelle Newman, both of whom have previously entered appearances in these matters.

Dated this 22nd day of November, 2023.

                      AARON D. FORD
                      Attorney General

        By:    /s/ Michelle Newman
                    MICHELLE NEWMAN (Bar No. 13206)
                    Senior Deputy Attorney General
                    State of Nevada, Office of the Attorney General
                    100 N. Carson Street
                    Carson City, Nevada 89701
                    775-684-1164 ph
                    mnewman@ag.nv.gov
                    Attorneys for Plaintiff, State of Nevada

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF electronic filing system. Participants in this case who are registered electronic filing system users will be served by the Court's CM/ECF system.

      Dated this 22nd of November, 2023.

                                    /s/ Dorianne Potnar
                                    An employee of the
                                    Office of the Attorney General