**Revised: 9/3/2015**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Sherman ☑ **DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

> **APPROVED**
> **By Nakisha Love at 11:22 am, Nov 15, 2023**

1. This application is being made for the following: Case # 4:20-CV-957-SDJ

Style/Parties: State of Texas, et al. v. Google, LLC

2. Applicant is representing the following party/ies: State of Mississippi

3. Applicant was admitted to practice in Mississippi (state) on _____ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ●has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ●has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ●has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
U.S. District Courts for the Northern & Southern Districts of MS, Supreme Court of MS

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
    I, _____Caleb Pracht_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 11/13/2023          Signature _____ (/s/Signature)

**Application Continued on Page 2**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Caleb Pracht

Bar Number /State 106327/ Mississippi

Firm Name:    Mississippi Attorney General's Office

Address/P.O. Box:   P.O. Box 220

City/State/Zip: Jackson, MS 39205

Telephone #:   601-359-9011

Fax #:   601-359-4231

E-mail Address: caleb.pracht@ago.ms.gov

Secondary E-Mail Address: prachtcaleb@gmail.com

This application has been approved for the court on: **11/15/2023**

David A. O'Toole, Clerk

U.S. District Court, Eastern District of Texas

By    *NakishaLove*

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov.

**Email Application**