APPENDIX C

PLAINTIFFS' DOCUMENT PRODUCTIONS[1]

| State | Documents Produced | Used AdTech? |
|---|---:|---|
| Alaska | 2 | |
| Arkansas | 46 | Yes |
| Florida | 57 | |
| Idaho | 12 | |
| Indiana | 2,204 | Yes |
| Kentucky | 627 | Yes |
| Louisiana | 47 | Yes |
| Mississippi | 1 | |
| Missouri | 20 | |
| Montana | 285 | |
| Nevada | 8 | |
| North Dakota | 2,925 | Yes |
| Puerto Rico | 0 | |
| South Carolina | 48 | |
| South Dakota | 0 | |
| Utah[2] | 0 | |
| Texas | 6,569 | |
| **Total (excluding Investigative File)** | **12,851** | |
| Investigative File (Third parties) | 769,960 | |

---

[1] These production counts are documents produced by each State's OAG from its own files. In addition to the production counts above, the State OAGs for Alaska and Nevada facilitated the voluntary production of documents from certain of their respective state agencies that have used AdTech: Alaska (1 document), Nevada (15,321 documents). Also, Alaska and Mississippi facilitated productions from certain third-party state agencies that received subpoenas from Google: Alaska (253 documents), Mississippi (366 documents).

[2] A few hours before this filing, Utah made its first production.