AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| State of Texas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:20-cv-957-SDJ |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Google LLC.

Date: 12/12/2023

*Attorney's signature*

Mary "Mollie" Bracewell; NY State Bar No. 5238175
*Printed name and bar number*

Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
*Address*

mbracewell@yettercoleman.com
*E-mail address*

(713) 632-8070
*Telephone number*

(713) 632-8002
*FAX number*