AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| The State of Texas, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:20-CV-957-SDJ |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, the State of Texas, the State of Idaho, the State of Louisiana, the State of Mississippi, the State of North Dakota, the State of South Dakota, the State of Indiana, and the State of South Carolina, and request that I be copied on all pleadings, correspondence, and communications

Date:  12/13/2023

*/s/ Ryan D. Ellis*
*Attorney's signature*

Ryan D. Ellis, Texas Bar No. 24087470
*Printed name and bar number*

The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N.
Houston, Texas 77064
*Address*

Ryan.Ellis@lanierlawfirm.com
*E-mail address*

(713) 659-5200
*Telephone number*

(713) 659-2204
*FAX number*