IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

# JOINT STIPULATION AND ORDER REGARDING DESIGNATION OF RECORD ON REMAND

Defendant Google LLC ("Google") and Plaintiffs State of Texas, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, Commonwealth of Puerto Rico, State of South Carolina, State of South Dakota, and State of Utah (collectively, "State Plaintiffs"), stipulate as follows:

WHEREAS, on December 16, 2020, State Plaintiffs[1] filed their initial complaint before this Court (Dkt. 1);

WHEREAS, on August 12, 2021, the Judicial Panel on Multidistrict Litigation ("JPML") transferred this action to the United States District Court for the Southern District of New York for coordinated and pretrial proceedings (Dkt. 140);

---

[1] The December 2020 Complaint was brought by Plaintiffs States of Texas, Arkansas, Idaho, Indiana, Mississippi, Missouri, North Dakota, South Dakota, Utah, and the Commonwealth of Kentucky.

WHEREAS, on June 5, 2023, the JPML remanded this action back to this Court (MDL 3010, Dkt. 250 (J.P.M.L.));

WHEREAS, on October 27, 2023 the Southern District of New York transferred this action back to this Court (No. 1:21-md-3010, Dkt. 663 (S.D.N.Y.));

WHEREAS, on November 7, 2023, the Court issued an Order requiring Google and State Plaintiffs (the "Parties") to "confer concerning the records that should be transferred into this cause number from the SDNY case files for MDL 3010 and Cause No. 1:21-cv-6841" and to "file a joint report, with attachments as needed, identifying a Designated Record on Remand or otherwise describing all filings in MDL 3010 and Cause No. 1:21-cv-6841 that should be made part of the Court's docket in this action" (Dkt. 153);

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate as follows:

1. The Designated Record on Remand will include selected entries from the S.D.N.Y. dockets for Case No. 1:21-md-3010 (MDL 3010) and Case No. 1:21-cv-6841 listed in Schedule A [part of Dkt. #166-1 in this cause, 4:20cv957]; and

2. Each Party reserves the right to present to the Court any documents or filings that were inadvertently excluded from the Designated Record on Remand listed in Schedule A [part of Dkt. #166-1in this cause, 4:20cv957].

**So ORDERED and SIGNED this 15th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE