UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § | |

## ORDER

The Court will conduct monthly status conferences in the above-captioned case. It is **ORDERED** that the status conferences will take place at the United States Courthouse located at 7940 Preston Road in Plano, Texas at **10:00 a.m.** on the following dates:

- January 18, 2024
- February 15, 2024
- March 21, 2024
- April 18, 2024
- May 16, 2024
- June 21, 2024

Once a scheduling order is entered, the Court will set dates for conferences through the remainder of 2024 as needed. It is further **ORDERED** that Counsel for the parties shall appear in person, absent permission from the Court to appear by video.

**So ORDERED and SIGNED this 15th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE