## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan |

### PLAINTIFFS' POSITION ON POTENTIAL APPOINTMENT OF DAVID T. MORAN AS SPECIAL MASTER

Plaintiff States (the "States") respectfully submit the following in response to the Court's Order on whether the parties have any concerns or objections to the potential appointment of Mr. David T. Moran of Jackson Walker LLP to serve as Special Master in this case. *See* Dkt. 195.

The States believe that appointing a Special Master will greatly assist the parties in resolving discovery disputes in this case and helping the case move in a timely manner. The States support the candidate that will be most helpful to the Court in this case, and accordingly, have no concerns or objections to the Court's appointment of Mr. Moran as Special Master in this case.

Dated: January 9, 2024

| | |
|---|---|
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier | Ashley Keller |
| Mark.Lanier@LanierLawFirm.com | ack@kellerpostman.com |
| Alex J. Brown | 150 N. Riverside Plaza, Suite 4100 |
| Alex.Brown@LanierLawFirm.com | Chicago, Illinois 60606 |
| Zeke DeRose III | (312) 741-5220 |
| Zeke.DeRose@LanierLawFirm.com | |
| Jonathan P. Wilkerson | Zina Bash |
| Jonathan.Wilkerson@LanierLawFirm.com | zina.bash@kellerpostman.com |
| 10940 W. Sam Houston Pkwy N, Suite 100 | 111 Congress Avenue, Suite 500 |
| Houston, TX 77064 | Austin, TX 78701 |
| (713) 659-5200 | (512) 690-0990 |
| **THE LANIER LAW FIRM, PLLC** | |
| | Noah S. Heinz |
| | noah.heinz@kellerpostman.com |
| | 1101 Connecticut, N.W., Suite 1100 |
| | Washington, DC 20036 |
| | (202) 918-1123 |
| | **KELLER POSTMAN LLC** |

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ James R. Llyod*
Brent Webster, First Assistant Attorney General
Brent.Webster@oag.texas.gov
Grant Dorfman, Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor Young, Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov

**STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

## CERTIFICATE OF SERVICE

I certify that on January 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ W. Mark Lanier*
W. Mark Lanier
