# Appendix D

## Basis for Dismissal Per State

| Alaska | |
|---|---|
| **DTPA Allegations** | |
| **Reserve Price Optimization** | • FAC ¶ 531: Failure to State a Claim, Time-Barred<br>• FAC ¶ 535: Failure to State a Claim<br>• FAC ¶ 536: Failure to State a Claim |
| **Dynamic Revenue Share** | • FAC ¶ 543: Failure to State a Claim |
| **Bernanke** | • FAC ¶¶ 300: Failure to State a Claim, Time-Barred<br>• FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | • FAC ¶ 568: Failure to State a Claim |
| **"Equal Footing":** | • FAC ¶ 587: Failure to State a Claim |
| **Sale of Personal Information:** | • FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim[1]** | |
| • Dismissed to the same extent as the federal antitrust claims. | |
| **Demand for Unauthorized Remedies** | |
| • **DTPA**: Disgorgement unavailable<br>• **State Antitrust:** Disgorgement unavailable | |

| Arkansas | |
|---|---|
| **DTPA Allegations** | |
| **Reserve Price Optimization** | • FAC ¶ 531: Failure to State a Claim, Time-Barred<br>• FAC ¶ 535: Failure to State a Claim, Time-Barred<br>• FAC ¶ 536: Failure to State a Claim |
| **Dynamic Revenue Share** | • FAC ¶ 543: Failure to State a Claim |
| **Bernanke** | • FAC ¶ 300: Failure to State a Claim, Time-Barred<br>• FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | • FAC ¶ 568: Failure to State a Claim, Statute limited to in-state conduct |
| **"Equal Footing":** | • FAC ¶ 587: Failure to State a Claim |

---

[1] *See* Order at 2, *In re Google Digital Advert. Antitrust Litig.*, 1:21-md-03010-PKC (Dec. 14, 2022), ECF No. 417 (hereinafter "State Law Stipulation") (stipulating that "the viability of any federal antitrust claim based on certain conduct, the parties stipulate that the Opinion and Order is also determinative of any state antitrust claim based on the same conduct").

1

| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
|---|---|
| **State Antitrust Claim** ||
| ● Dismissed entirely. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable<br>● **State Antitrust:** Disgorgement unavailable ||

| **Florida** ||
|---|---|
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543: Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim, Statute limited to in-state conduct |
| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |
| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable ||

| **Idaho** ||
|---|---|
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543: Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim |
| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |

| Sale of Personal Information: | ● FAC ¶ 582: Failure to State a Claim |
|---|---|
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable<br>● **State Antitrust:** Disgorgement unavailable ||

| **Indiana** ||
|---|---|
| **DTPA Allegations** ||
| Reserve Price Optimization | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| Dynamic Revenue Share | ● FAC ¶ 543: Failure to State a Claim, Time-Barred |
| Bernanke | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| Header Bidding | ● FAC ¶ 568: Failure to State a Claim, Time-Barred |
| "Equal Footing": | ● FAC ¶ 587: Failure to State a Claim |
| Sale of Personal Information: | ● FAC ¶ 582: Failure to State a Claim<br>● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable ||

| **Kentucky** ||
|---|---|
| **DTPA Allegations** ||
| Reserve Price Optimization | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim |
| Dynamic Revenue Share | ● FAC ¶ 543: Failure to State a Claim |
| Bernanke | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| Header Bidding | ● FAC ¶ 568: Failure to State a Claim |
| "Equal Footing": | ● FAC ¶ 587: Failure to State a Claim |

| Sale of Personal Information: | ● FAC ¶ 582: Failure to State a Claim |
|---|---|
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable<br>● **State Antitrust:** Disgorgement unavailable ||

| **Louisiana** ||
|---|---|
| **DTPA Allegations** ||
| Reserve Price Optimization | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| Dynamic Revenue Share | ● FAC ¶ 543**:** Failure to State a Claim, Time-Barred |
| Bernanke | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| Header Bidding | ● FAC ¶ 568: Failure to State a Claim, Statute limited to in-state conduct, Time-Barred |
| "Equal Footing": | ● FAC ¶ 587: Failure to State a Claim |
| Sale of Personal Information: | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable ||

| **Missouri** ||
|---|---|
| **DTPA Allegations** ||
| Reserve Price Optimization | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim |
| Dynamic Revenue Share | ● FAC ¶ 543**:** Failure to State a Claim |
| Bernanke | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| Header Bidding | ● FAC ¶ 568: Failure to State a Claim, Statute limited to in-state conduct |
| "Equal Footing": | ● FAC ¶ 587: Failure to State a Claim |

| Sale of Personal Information: | ● FAC ¶ 582: Failure to State a Claim |
|---|---|
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable<br>● **State Antitrust:** Disgorgement unavailable ||

| **Mississippi** ||
|---|---|
| **DTPA Allegations** ||
| Reserve Price Optimization | ● FAC ¶ 531: Failure to State a Claim, Not Ongoing<br>● FAC ¶ 535: Failure to State a Claim, Not Ongoing<br>● FAC ¶ 536: Failure to State a Claim, Not Ongoing |
| Dynamic Revenue Share | ● FAC ¶ 543: Failure to State a Claim, Not Ongoing |
| Bernanke | ● FAC ¶ 300: Failure to State a Claim, Not Ongoing<br>● FAC ¶ 551: Failure to State a Claim, Not Ongoing |
| Header Bidding | ● FAC ¶ 568: Failure to State a Claim, Not Ongoing |
| "Equal Footing": | ● FAC ¶ 587: Failure to State a Claim, Not Ongoing |
| Sale of Personal Information: | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed entirely. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable, Restitution unavailable<br>● **State Antitrust:** Disgorgement unavailable, Restitution unavailable ||

| **Montana** ||
|---|---|
| **DTPA Allegations** ||
| Reserve Price Optimization | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| Dynamic Revenue Share | ● FAC ¶ 543: Failure to State a Claim, Time-Barred |
| Bernanke | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| Header Bidding | ● FAC ¶ 568: Failure to State a Claim, Time-Barred, Statute limited to in-state conduct |
| "Equal Footing": | ● FAC ¶ 587: Failure to State a Claim |

| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
|---|---|
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable ||

| **Nevada** ||
|---|---|
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543**:** Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim, Time-Barred |
| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |
| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable<br>● **State Antitrust:** Disgorgement unavailable ||

| **North Dakota** ||
|---|---|
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543**:** Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim |

| | |
|---|---|
| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |
| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable ||

| Puerto Rico ||
|---|---|
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543**:** Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim |
| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |
| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable, Civil penalties unavailable<br>● **State Antitrust:** Civil penalties unavailable ||

| South Carolina ||
|---|---|
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543**:** Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim, Time-Barred, Statute limited to in-state conduct |

| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |
|---|---|
| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable ||

| **South Dakota** ||
|---|---|
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543: Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim, Time-Barred |
| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |
| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable ||

| **Texas** ||
|---|---|
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543: Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim, Time-Barred, Statute limited to in-state conduct |

| | |
|---|---|
| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |
| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable ||

| | |
|---|---|
| **Utah** ||
| **DTPA Allegations** ||
| **Reserve Price Optimization** | ● FAC ¶ 531: Failure to State a Claim, Time-Barred<br>● FAC ¶ 535: Failure to State a Claim, Time-Barred<br>● FAC ¶ 536: Failure to State a Claim, Time-Barred |
| **Dynamic Revenue Share** | ● FAC ¶ 543: Failure to State a Claim, Time-Barred |
| **Bernanke** | ● FAC ¶ 300: Failure to State a Claim, Time-Barred<br>● FAC ¶ 551: Failure to State a Claim, Time-Barred |
| **Header Bidding** | ● FAC ¶ 568: Failure to State a Claim, Time-Barred, Statute limited to in-state conduct |
| **"Equal Footing":** | ● FAC ¶ 587: Failure to State a Claim |
| **Sale of Personal Information:** | ● FAC ¶ 582: Failure to State a Claim |
| **State Antitrust Claim** ||
| ● Dismissed to the same extent as the federal antitrust claims. ||
| **Demand for Unauthorized Remedies** ||
| ● **DTPA**: Disgorgement unavailable<br>● **State Antitrust:** Disgorgement unavailable ||

9