# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**STATE OF TEXAS, ET AL**

v.                                                                                      Case No. 4:20cv957

**GOOGLE, LLC**

PLAINTIFF:  Mark Lanier, Zeke DeRose, Trevor Young, Roger Alford,
            Jonathan Wilkerson, James Lloyd, Marc Collier

DEFENDANT: Paul Yetter, Mollie Bracewell, Robert McCallum

   This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 01/18/2024.

**Status Conference**

| | |
|---|---|
| 10:04 am | The Court called the case, noting the appearance of counsel and parties. |
| 10:04 am | The Court reviews the agenda for the hearing. |
| 10:06 am | Mr. Lanier addresses the Court regarding Designated Record on Remand. |
| 10:07 am | Court and Counsel discuss Proposed Coordination Orders. |
| 10:20 am | Court discusses Special Master issue. |
| 10:29 am | Court adjourned. |