UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

On January 2, 2024, the Court issued a Scheduling Order which controls the disposition of this action. (Dkt. #194). The Scheduling Order directed the parties to file a proposal, either jointly or separately, concerning a potential coordinated discovery order with MDL 3010 and a case brought by the Department of Justice in the Eastern District of Virginia, *U.S. et al. v. Google LLC*, No. 1:23-cv-00108-LMB-JFA, which both concern similar issues related to Google's display advertising business. (Dkt. #194 at 5). The Court has received Google LLC's Brief Regarding [a] Proposed Coordination Order, (Dkt. #201), and Plaintiff's Proposed Coordination Order, (Dkt. #203).

As indicated in their respective proposals and by both parties at the status conference held before the Court on January 18, 2024, (Dkt. #205), additional time to confer on coordination may narrow the issues of disagreement between the parties. Accordingly, the parties may make further submissions on a potential coordinated discovery order no later than **January 26, 2024.** If the parties are unable to agree on a joint proposal, they may make separate submissions.

1

**So ORDERED and SIGNED this 18th day of January, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE