IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**[PROPOSED] ORDER**

This Court, having considered Plaintiffs Motion to Strike Defendant Google LLC's second Motion to Dismiss Pursuant to Rule 12(b)(6), any responses and replies thereto, and all other pleadings and papers on file, hereby finds that the Motion should be GRANTED.

It is hereby ORDERED that Plaintiffs Motion to Strike Google's Second Motion to Dismiss is GRANTED.  The Motion at ECF No. 202 is STRICKEN.