UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## REFERRAL ORDER

This case concerns issues similar to those raised in MDL 3010 and *United States et al. v. Google LLC*, No. 1:23-CV-108-LMB-JFA (E.D. Va.). (Dkt. #194 at 5). Accordingly, the Court directed the parties to confer and make a joint proposal concerning a potential coordinated discovery order, or, if they could not agree on a joint proposal, to submit separate submissions. (Dkt. #194, #206). The parties were unable to reach an agreement and have submitted separate proposals regarding coordination. (Dkt. #214, #215, #216).

Pursuant to the Court's Order Appointing Special Master, (Dkt. #213 at 10), the Court refers the parties' submissions concerning coordinated discovery, (Dkt. #214, #215, #216), to the Special Master for consideration and entry of a report and recommended disposition.

**So ORDERED and SIGNED this 2nd day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE