IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § § | |

**ORDER GRANTING GOOGLE'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Before the Court is Google's Unopposed Motion for Leave to Exceed Page Limit, filed on February 6, 2024. After considering the Motion, the Court finds that the Motion should be **GRANTED.** Google may file 45 total pages of motions to dismiss and 139 pages of attachments, with the briefing divided between the previously filed 15-page Rule 12(b)(1) brief, ECF No. 200, and the 30-page Rule 12(b)(6) brief that Google proposes to re-file, by February 8, 2024.

IT IS SO **ORDERED**.