UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Google's Unopposed Motion for Leave to Exceed Page Limit. (Dkt. #219). After considering the Motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that Google may file 45 total pages of motions to dismiss and 139 pages of attachments, with the briefing divided between the previously filed 15-page Rule 12(b)(1) brief, (Dkt. #200), and the 30-page Rule 12(b)(6) brief that Google proposes to re-file no later than **February 8, 2024**.

So ORDERED and SIGNED this 7th day of February, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE