# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
 2                         ALEXANDRIA DIVISION

 3   ---------------------------x
     UNITED STATES, et al.,      :    Civil Action No.:
 4                               :    1:23-cv-108
              Plaintiffs,        :
 5        versus                 :
                                 :    Friday, September 15, 2023
 6   GOOGLE LLC,                 :    Alexandria, Virginia
                                 :    Pages 1-80
 7            Defendant.         :
     ---------------------------x
 8
          The above-entitled motions hearing was heard before
 9   the Honorable John F. Anderson, United States Magistrate
     Judge.  This proceeding commenced at 10:50 a.m.
10
                         A P P E A R A N C E S:
11
     FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
12                          OFFICE OF THE UNITED STATES ATTORNEY
                            2100 Jamieson Avenue
13                          Alexandria, Virginia  22314
                            (703) 299-3700
14
                            JULIA TARVER WOOD, ESQUIRE
15                          KATHERINE CLEMONS, ESQUIRE
                            MICHAEL WOLIN, ESQUIRE
16                          UNITED STATES DEPARTMENT OF JUSTICE
                            ANTITRUST DIVISION
17                          450 Fifth Street, NW
                            Washington, D.C.  20530
18                          (202) 894-4266

19                          TYLER HENRY, ESQUIRE
                            OFFICE OF THE ATTORNEY GENERAL
20                          OFFICE OF THE SOLICITOR GENERAL
                            202 North Ninth Street
21                          Richmond, Virginia  23219
                            (804) 786-7704
22

23

24

25
                                                                 1
```

```
 1                     A P P E A R A N C E S:

 2   FOR THE DEFENDANT:      CRAIG REILLY, ESQUIRE
                             LAW OFFICE OF CRAIG C. REILLY
 3                           209 Madison Street
                             Suite 501
 4                           Alexandria, Virginia  22314
                             (703) 549-5354
 5
                             JULIE ELMER, ESQUIRE
 6                           CLAIRE LEONARD, ESQUIRE
                             ANDREW EWALT, ESQUIRE
 7                           FRESHFIELDS BRUCKHAUS DERINGER, LLP
                             700 13th Street, NW
 8                           10th Floor
                             Washington, D.C.  20005
 9                           (202) 777-4500

10                           MARTHA GOODMAN, ESQUIRE
                             ANNELISE CORRIVEAU, ESQUIRE
11                           PAUL, WEISS, RIFKIND,
                             WHARTON & GARRISON LLP
12                           2001 K Street, NW
                             Washington, D.C.  20006
13                           (202) 223-7300

14   COURT REPORTER:         STEPHANIE M. AUSTIN, RPR, CRR
                             Official Court Reporter
15                           United States District Court
                             401 Courthouse Square
16                           Alexandria, Virginia  22314
                             (571) 298-1649
17                           S.AustinReporting@gmail.com

18      (PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING,
        TRANSCRIPT PRODUCED BY COMPUTERIZED TRANSCRIPTION.)
19

20

21

22

23

24

25
                                                              2
```

```
 1  part of what Your Honor ruled on last week, which is that --
 2              THE COURT:  Yes or no --
 3              MS. CLEMONS:  -- there was a very specific
 4  request.
 5              THE COURT:  -- have you given them that raw data?
 6              MS. CLEMONS:  No, because it's work product.
 7              THE COURT:  Have you given your experts that raw
 8  data?
 9              MS. CLEMONS:  No, because it's work product, Your
10  Honor.
11              THE COURT:  Well --
12              MS. CLEMONS:  It was for the purposes of
13  determining whether and how the claims should be brought on
14  behalf of Navy.
15              THE COURT:  All right.  I want that data delivered
16  to my chambers before the end of the day today.  I'll look
17  at it and see whether that raw data should be produced;
18  okay?
19              MS. CLEMONS:  Okay.  To be clear, Your Honor, it
20  is not raw data.  It is -- my understanding --
21              THE COURT:  I'll see what it is --
22              MS. CLEMONS:  It's a request from counsel.
23              THE COURT:  -- and I'll make a determination.
24              MS. CLEMONS:  Okay.
25              THE COURT:  I thought I was clear in my ruling.
```

23

```
 1              And, you know, I've got to tell you, the
 2   government's claim for damages is in jeopardy in this case
 3   given their lack of responsiveness in discovery.  And, you
 4   know, I want you to understand the seriousness of the way
 5   that I'm concerned about your responses to these
 6   damages-related questions.
 7              A defendant in any case is entitled to know what
 8   the plaintiff is asking for and how they need to supplement
 9   it at a later time, but at least needs to know, in some
10   respects, as to how the damages are being calculated, what
11   the elements are, what you intend to be going after, and
12   it's not going to come in an expert report and they then
13   have 30 days from when they get your expert report to get
14   their expert, to get everything lined up, to know how to
15   respond to that.  It's not fair.  And I want to make sure
16   this case is tried on a fair basis, and hiding the ball as
17   to how you're going to calculate the damages or what the
18   damages are, you know, what the elements are going to be,
19   you know, if the model isn't complete, the model isn't
20   complete.  But you need to explain to them that you're
21   working on a model that's going to be doing X, Y and Z, and
22   that when you get the information, this is going to be it,
23   and you can supplement it at a later time.  But the idea
24   that you're going to wait until an expert report gets served
25   to tell them what you're seeking in this case and how it's
```

Stephanie Austin, RPR, CRR USDC/EDVA (571) 298-1649

```
 1   calculated and how it all came out isn't fair.
 2            So I'm going to require you to provide
 3   supplemental responses to Interrogatories 4, 9, 14, 17.
 4   I'll look at this expert data.  I assume what you have
 5   provided to the government -- or provided to the defendant,
 6   I'm going to say, if you have not provided them that
 7   information as of the close of discovery, you cannot use it.
 8   Is that fair or not fair?
 9            MS. CLEMONS:  Absolutely fair, Your Honor, and we
10   don't intend to use it because it was an initial
11   determination for very specific information requested by
12   counsel to assess claims, and then we sought actual
13   discovery.
14            THE COURT:  I'm talking about in broad range.  If
15   you haven't provided them with the documents upon which you
16   rely to support your claim for damages in this case, you're
17   not going to be able to use it.
18            MS. CLEMONS:  Yes, Your Honor.
19            THE COURT:  Other than --
20            MS. CLEMONS:  We completely agree.
21            THE COURT:  -- information that you're getting
22   from Google.  I'll carve that out, obviously.
23            But, I mean, it's only fair that in the fact
24   discovery part of this case that you provide them with the
25   information that you intend to rely upon in order to claim
```

25

Stephanie Austin, RPR, CRR USDC/EDVA (571) 298-1649

```
 1                  ------------------------------------
     I certify that the foregoing is a true and accurate
 2
      transcription of my stenographic notes.
 3
                              _Stephanie Austin_____
 4
 5                            Stephanie M. Austin, RPR, CRR
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                              80
```