IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

**ORDER**

This Court, having considered Defendant Google LLC's Motion for Dismissal Pursuant to Rule 12(b)(6), any responses and replies thereto, and all other pleadings and papers on file, hereby finds that the Motion should be GRANTED.

It is hereby ORDERED that Defendant Google LLC's Motion for Dismissal Pursuant to Rule 12(b)(6) is GRANTED. This case is therefore DISMISSED in its entirety.