IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

    Plaintiff State of North Dakota respectfully request that Assistant Attorney General Parrell D. Grossman be permitted to withdraw as counsel of record for Plaintiff State of North Dakota in this matter. The reason for this request is that Mr. Grossman is no longer employed within the North Dakota Office of Attorney General effective February 1, 2024. The granting of this motion will not impose delay or affect any deadlines in the case. The State of North Dakota will continue to be represented by other counsel of record, and this motion requests no other changes regarding the other attorneys acting as counsel of record.

    Further, the clerk is requested to terminate CM/ECF notices as to Parrell D. Grossman for this matter.

    The other Plaintiff States do not oppose this motion. Defendant Google LLC does not oppose this motion.

1

Dated: February 9, 2024

STATE OF NORTH DAKOTA
Drew H. Wrigley
Attorney General

/s/ Elin S. Alm
Elin S. Alm, ND ID 05924
Assistant Attorney General
Interim Director, Consumer Protection
& Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone (701) 328-5570
Facsimile (701) 328-5568
ealm@nd.gov

*Attorneys for the State of North Dakota*

## CERTIFICATE OF CONFERENCE

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

/s/ Elin S. Alm
Elin S. Alm
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that on this 9th day of February, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

Dated: February 9, 2024

/s/ Elin S. Alm
Elin S. Alm
Assistant Attorney General