IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

### ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is an Unopposed Motion for Withdrawal of Parrell D. Grossman as counsel of record for Plaintiff State of North Dakota in this matter. The Court has determined that the motion should be **GRANTED**. It is hereby,

**ORDERED** that Parrell D. Grossman is withdrawn as counsel for Plaintiff State of North Dakota in this matter; and

**ORDERED** that the clerk terminate CM/ECF notices as to Parrell D. Grossman for this matter.

1