UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff State North Dakota's Unopposed Motion for Withdrawal of Counsel. (Dkt. #225). Having considered the motion, the Court concludes that it should be **GRANTED.**

Therefore, it is **ORDERED** that Parrell D. Grossman, formerly of the Office of the North Dakota Attorney General, is withdrawn as counsel of record in this action. Assistant Attorney General Elin S. Alm will remain as counsel of record in this action.

**So ORDERED and SIGNED this 12th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE