IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § § | |

## ORDER OF SPECIAL MASTER

The Special Master will conduct discovery hearings in the above-captioned case. It is **ORDERED** that the hearings will take place at **10:00 a.m. Central Time** on the following dates:

- February 22, 2024 (remote)
- March 7, 2024 (remote)
- March 21, 2024 (in person following status conference with the Court)
- April 4, 2024 (remote)
- April 18, 2024 (in person following status conference with the Court)
- May 2, 2024 (remote)
- May 16, 2024 (in person following status conference with the Court)

It is further **ORDERED** that Counsel for the parties shall appear in person at the United States Courthouse located at 7940 Preston Road in Plano, Texas following the status conferences with the Court as noted above. These hearings before the Special Master will take place in the Jury Assembly Room. The other hearings set in this Order shall be held via remote teleconferencing means, absent further order.

Signed this 12th day of February, 2024.

_____
David T. Moran
Special Master
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6051
E-mail: dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 12th day of February 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A)

_____
David T. Moran