IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**[PROPOSED] ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT AND TO SET A DEADLINE OF FEBRUARY 21**

This Court, having considered Plaintiff States' Motion for Leave to Exceed Page Limit and to Set a Deadline, hereby finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff States may file 45 total pages of briefing in opposition to Google's motions to dismiss. Plaintiff States may file their briefing in response to Google's Rule 12(b)(6) motion no later than **February 21, 2024**.