# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., | |
| Plaintiffs, | Case No. 4:20-cv-00957-SDJ |
| v. | Hon. Sean D. Jordan |
| Google LLC, | |
| Defendants. | Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Motion to File Under Seal, filed on February 13, 2024. For good cause shown, this Court hereby GRANTS the States' Motion to File Under Seal their Opening Brief to the Special Master for the February 22, 2024 Hearing and the supporting documents filed concurrently therewith.

IT IS SO ORDERED.