UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

Before the Court is Plaintiff States' Unopposed Motion for Leave to Exceed Page Limit and to Set a Deadline of February 21. (Dkt. #233). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that Plaintiff States may file 45 total pages of briefing in response to Google's Rule 12 motions. (Dkt. #200, #224).

It is further **ORDERED** that the deadline for Plaintiff States to respond to Google's 12(b)(6) motion, (Dkt. #224), is extended to **February 21, 2024.**

**So ORDERED and SIGNED this 14th day of February, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE