IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § § | |

## ORDER OF SPECIAL MASTER

This Order complies with the "Order Appointing Special Master" at page 11 (Dkt. 213) and memorializes a ruling and guidance provided by the Special Master to the parties regarding submission of their discovery disputes to the Special Master.

On February 13, 2024, Plaintiff States (the "States") submitted an email request to the Special Master for leave to submit 5 additional pages in their briefs to the Special Master pursuant to the Special Master's February 9, 2024 Order (Dkt. #227). Defendant Google LLC ("Google") was unopposed to the States' request. The Special Master ruled that the request was granted, the parties were each permitted 15 pages for opening and response briefs, and no additional motion practice was needed for the request.

The States further sought guidance regarding the procedure for submitting filings under seal, proposing that they would follow the procedure provided by the Local Rules, including filing a motion to seal. Google likewise did not oppose the States' request to seal. The Special Master advised the parties that the proposed procedure was appropriate under the circumstances and reminded the parties to

comply with the Special Master's February 9 Order as it relates to submission of sealed filings to the Special Master.

The States' requests, and the Special Master's ruling and guidance regarding the same, is attached hereto as Exhibit 1.

Signed this 14th day of February, 2024.

David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail: dmoran@jw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 14th day of February 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

David T. Moran