UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

The Court previously determined that it would conduct monthly status conferences in this case. (Dkt. #188).

To assist in setting the agenda for each of these conferences, the Court **ORDERS** the parties to submit a joint report seven days in advance of each status conference. The report should describe issues the parties wish to discuss at the status conference. The description of each issue should not be longer than a paragraph. The purpose of the submissions is solely to identify issues for discussion at the conference, not to present argument or otherwise brief those issues.

**So ORDERED and SIGNED this 15th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE