UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

# **ORDER**

In this case the Plaintiffs are comprised of seventeen States. Throughout the litigation, the State of Texas has taken a lead role on behalf of the other Plaintiff States. Specifically, Texas, represented by counsel from the Lanier Law Firm, PLLC, as well as the Attorney General of Texas, has fulfilled a coordination role for the Plaintiffs, submitting pleadings for all the Plaintiff States—many of which have been signed only by attorneys representing Texas—and working with Google on procedural, discovery, and other matters on behalf of the Plaintiff States. In this regard, the Court notes that the attorneys representing Texas have often been the only counsel present for Plaintiffs at hearings.

At a status conference held on today's date, Defendant Google LLC noted that there has been some confusion concerning the scope of Texas's authority to coordinate on behalf of the Plaintiff States. For example, there appear to be questions concerning what agreements, regarding discovery and other matters, Texas is authorized to undertake on behalf of all Plaintiffs.

To avoid any potential confusion concerning the parameters of Texas's authority to submit documents to the Court and the Special Master on behalf of all Plaintiffs,

and to coordinate and reach agreements with Google that will bind the other Plaintiffs, the Plaintiff States are **ORDERED** to submit an advisory addressing the following topics:

1. Which States the Lanier Law Firm represents;

2. Whether the remaining States are represented only by their respective Attorneys General, or by additional counsel; and

3. A description of Texas's authority to make court filings and coordinate with Google on behalf of the other Plaintiff States. The advisory should be as precise as possible in delineating (a) what actions the other Plaintiffs have authorized Texas to take on their behalf, (b) what authority Texas has to make submissions to this Court or the Special Master on behalf of all Plaintiffs, and (c) what authority Texas has to make agreements with Google, concerning discovery or any other case-related matter, that will bind all Plaintiffs.

The advisory shall be executed by all the Plaintiff States, must be submitted no later than **February 22, 2024**, and shall not exceed five pages.

**So ORDERED and SIGNED this 15th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE