IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

### DECLARATION OF TREVOR YOUNG

I, Trevor E. D. Young, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Deputy Division Chief of the Antitrust Division, in the Office of the Attorney General of the State of Texas, one of the Plaintiff States in the above-captioned case.

2. I am an attorney admitted to practice in the State of Texas and in the United States District Court for the Eastern District of Texas.

3. I have personal knowledge of all matters stated in this declaration. If called as a witness, I could competently testify to the facts herein.

4. I respectfully submit this Declaration in support of Plaintiff States' Response in Opposition to Defendant Google LLC's Motion for Dismissal Pursuant to Rule 12(b)(1), dated February 15, 2024.

5. Attached as Exhibit A to this Declaration is a true and correct copy of the Plaintiff States' Third Amended Responses & Objections to Google LLC's First Set of Interrogatories, dated December 6, 2023.

6.      Attached as Exhibit B to this Declaration is a true and correct copy of the spreadsheet attached to the Plaintiff States' Third Amended Responses & Objections to Google LLC's First Set of Interrogatories, dated December 6, 2023, and referenced as "Exhibit B" in Plaintiff States' response to Google's Interrogatory No. 2.

7.      Attached as Exhibit C to this Declaration is a true and correct copy of the Plaintiff States' Fourth Amended Responses & Objections to Google LLC's First Set of Interrogatories, dated February 14, 2024.

8.      Attached as Exhibit D to this Declaration is a true and correct copy of the spreadsheet attached to the Plaintiff States' Fourth Amended Responses & Objections to Google LLC's First Set of Interrogatories, dated February 14, 2024, and referenced as "Exhibit B" in Plaintiff States' response to Google's Interrogatory No. 2.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 15th day of February 2024, in Austin, Texas.

Trevor E. D. Young
Texas State Bar No. 24084138