# EXHIBIT G

| | |
|---|---|
| **From:** | Sara Aguiniga <sara.aguiniga@kellerpostman.com> |
| **Sent:** | Tuesday, June 6, 2023 9:20 AM |
| **To:** | TU, Xiaoxi; EISMAN, Scott |
| **Cc:** | Daniel Strunk; Rebecca Hartner; Clark Kirkland, Jr; Mary Frances Jowers; Zeke DeRose; Matt Przywara; Jason Zweig; Charlie Condon; David Scalia; Rebecca Hartner; MCCALLUM, Robert; LEONARD, Claire; VACA, Lauren |
| **Subject:** | RE: South Carolina v. Google- Meet and Confer |
| | |
| **Follow Up Flag:** | Worldox |
| **Flag Status:** | Flagged |

Counsel,
In response to your proposed search terms for RFP No. 8, the South Carolina Office of the Attorney General agrees to these terms.
Best,
Sara

**Sara Aguiniga**
Associate

**Keller | Postman**
1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 | Email | Website

---

**From:** TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>
**Sent:** Monday, May 22, 2023 10:06 AM
**To:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>; EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Counsel,

We are in receipt of your May 19 letter, and respond as follows:

You have stated that Senior Assistant Deputy Attorney General Sonny Jones's documents are "largely duplicative" of documents in Assistant Attorney General Hartner's and Assistant Deputy Attorney General Jowers' files. We would like to understand what "largely duplicative" means, and whether you can identify the non-duplicative documents in Senior Assistant Deputy Attorney General Jones' files, and produce them.

In addition, as previewed in our May 11 letter, below are proposed search terms for Google's Request for Production No. 8:

- ("invalid traffic" OR IVT) OR ((ad* OR ads OR click) w/10 (spam OR fraud OR spoof* OR fake OR mal* OR stacking OR "pop up" OR "pop-up" OR bot OR farm OR scam OR annoy* OR confus*))
- Cookie w/20 (match* OR sync* OR invasi* OR priva* OR track*)

1

- priva* w/20 (data OR target* OR user OR personal OR identity)

Thank you,
Xiaoxi

**Xiaoxi Tu**
Senior Associate
she/her

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
+01 (646) 863-1627
Email: xiaoxi.tu@freshfields.com
freshfields.com

---

**From:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Sent:** Friday, May 19, 2023 5:13 PM
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Counsel,
Please see the attached letter on behalf of the South Carolina Office of the Attorney General.  This letter is in response to your letter from May 11, 2023.
Best,
Sara

**Sara Aguiniga**
Associate

# Keller | Postman

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 | Email | Website

---

**From:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Sent:** Thursday, May 11, 2023 7:51 PM
**To:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Counsel,

Please see the attached letter.

Best regards,

Scott

**Scott A. Eisman**
Special Counsel

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue
31st Floor
New York, NY 10022
T +1 212 284 4986
M + 1 646 877 1476
scott.eisman@freshfields.com
www.freshfields.com

---

**From:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Sent:** Tuesday, May 9, 2023 9:15 AM
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Good morning Scott,
Yes, I believe that we were going to talk about the custodial and data sources.
Look forward to speaking with you this afternoon,
Sara

**Sara Aguiniga**
Associate

**Keller | Postman**

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 ?| Email ?| Website

---

**From:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Sent:** Monday, May 8, 2023 5:45 PM
**To:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Thanks, Sara, for providing this information. It would be helpful if on tomorrow's call, South Carolina is prepared to discuss how these custodians and main data sources were chosen.

**Scott A. Eisman**
Special Counsel

**Freshfields Bruckhaus Deringer US LLP**

601 Lexington Avenue
31st Floor
New York, NY 10022
T +1 212 284 4986
M + 1 646 877 1476
scott.eisman@freshfields.com
www.freshfields.com

**From:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Sent:** Monday, May 8, 2023 5:34 PM
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Scott,
In a follow-up to my below email, I wanted to send you some of the custodial and document sources that the SCAGO is planning to search, which can be seen below.

| Custodian or Main Data Source | Job Title/System |
|---|---|
| Mary Frances Jowers | Assistant Deputy Attorney General |
| Rebecca Hartner | Assistant Attorney General |
| Worldoxs (constituent services) | Data Management System |
| Worldoxs (Google Ad Tech Documents) | Data Management System |
| SCAGO (Retention Policies and Litigation Retention Agreement) | SCAGO |

Additionally, in clarification of my below email, DSS, Parks and Recreation, and USC received third-party subpoenas for documents, but the SCOAG is not producing documents on behalf of these agencies. The SCAGO will be producing documents within the custody and control of the SCAGO.
Best,
Sara

**Sara Aguiniga**
Associate

## Keller | Postman

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 ?| Email ?| Website

**From:** Sara Aguiniga
**Sent:** Monday, May 8, 2023 4:42 PM
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>;

MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Scott,
Thank you for your email.  South Carolina is running terms against documents collected from the Office of Attorney General.  There are other documents being produced pursuant to other state agencies including DDS, Parks and Recreation, and the University of South Carolina.  The proposed terms can be seen below.  In anticipation of tomorrow's meet and confer, we chose these terms and connectors in order to receive the most accurate hits on responsive documents.
We look forward to discussing this further tomorrow,
Best,
Sara
"google"
"complain*" w/10 "google"
"consum*" w/10 "google"
"ad serv*" w/10 "google"
"advertis*" w/10 "google"
"buy* tool*" with/10 "google"
"google ad*"
("buy*" OR "purchas*" OR "bought") w/10 google
("sell*" OR "sal*" OR "sold") w/10 "google"
("retention polic*" OR "doc* retention polic*")
("contract*" OR "agreement*") w/10 "google"


**Sara Aguiniga**
Associate

# Keller | Postman

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 ?| Email ?| Website

---

**From:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Sent:** Monday, May 8, 2023 12:30 PM
**To:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Sara,

Nice to meet you. We would be happy to meet and confer about search terms, but think it would be more useful to meet and confer after we understand what sources South Carolina is proposing to search and what terms it plans to apply. So if you can get us your proposal this afternoon, we can make 1:30 tomorrow work. If you need more time, we can find another window later this week.

Best regards,
Scott

**Scott A. Eisman**
Special Counsel

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue
31st Floor
New York, NY 10022
T +1 212 284 4986
M + 1 646 877 1476
scott.eisman@freshfields.com
www.freshfields.com

---

**From:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Sent:** Sunday, May 7, 2023 7:13 PM
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>
**Subject:** South Carolina v. Google- Meet and Confer

Counsel,
My name is Sara Aguiniga, and I am an attorney with Keller Postman, and I am representing the State of South Carolina, along with the Lanier Law Firm, Charlie Condon, and David Scalia.
Are you available on Tuesday, 1:30 p.m. ET for a meet and confer on search terms?
Best,
Sara

**Sara Aguiniga**
Associate

# Keller | Postman

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 ?| Email ?| Website

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

| | |
|---|---|
| **From:** | Sara Aguiniga <sara.aguiniga@kellerpostman.com> |
| **Sent:** | Wednesday, May 24, 2023 10:44 AM |
| **To:** | TU, Xiaoxi; EISMAN, Scott |
| **Cc:** | Daniel Strunk; Rebecca Hartner; Clark Kirkland, Jr; Mary Frances Jowers; Zeke DeRose; Matt Przywara; Jason Zweig; Charlie Condon; David Scalia; Rebecca Hartner; MCCALLUM, Robert; LEONARD, Claire; VACA, Lauren |
| **Subject:** | RE: South Carolina v. Google- Meet and Confer |

Counsel,
We are in receipt of your email.  The South Carolina Office of the Attorney General is currently evaluating the search terms that you proposed.  As to SADAG Jones' documents, we will do a linear review of his Outlook Google case folder.  We will produce any responsive, non-privileged documents that did not include Rebecca Hartner or Mary Frances Jowers.
Best,
Sara

**Sara Aguiniga**
Associate

**Keller | Postman**

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 | Email | Website

---

**From:** TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>
**Sent:** Monday, May 22, 2023 10:06 AM
**To:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>; EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Counsel,

We are in receipt of your May 19 letter, and respond as follows:

You have stated that Senior Assistant Deputy Attorney General Sonny Jones's documents are "largely duplicative" of documents in Assistant Attorney General Hartner's and Assistant Deputy Attorney General Jowers' files. We would like to understand what "largely duplicative" means, and whether you can identify the non-duplicative documents in Senior Assistant Deputy Attorney General Jones' files, and produce them.

In addition, as previewed in our May 11 letter, below are proposed search terms for Google's Request for Production No. 8:

- ("invalid traffic" OR IVT) OR ((ad* OR ads OR click) w/10 (spam OR fraud OR spoof* OR fake OR mal* OR stacking OR "pop up" OR "pop-up" OR bot OR farm OR scam OR annoy* OR confus*))
- Cookie w/20 (match* OR sync* OR invasi* OR priva* OR track*)
- priva* w/20 (data OR target* OR user OR personal OR identity)

1

Thank you,
Xiaoxi

**Xiaoxi Tu**
Senior Associate
she/her

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
+01 (646) 863-1627
Email: xiaoxi.tu@freshfields.com
freshfields.com

---

**From:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Sent:** Friday, May 19, 2023 5:13 PM
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Counsel,
Please see the attached letter on behalf of the South Carolina Office of the Attorney General.  This letter is in response to your letter from May 11, 2023.
Best,
Sara

**Sara Aguiniga**
Associate

**Keller | Postman**

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 | Email | Website

---

**From:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Sent:** Thursday, May 11, 2023 7:51 PM
**To:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Counsel,

Please see the attached letter.

Best regards,
Scott

**Scott A. Eisman**
Special Counsel

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue
31st Floor
New York, NY 10022
T +1 212 284 4986
M + 1 646 877 1476
scott.eisman@freshfields.com
www.freshfields.com

---

**From:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Sent:** Tuesday, May 9, 2023 9:15 AM
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Good morning Scott,
Yes, I believe that we were going to talk about the custodial and data sources.
Look forward to speaking with you this afternoon,
Sara

**Sara Aguiniga**
Associate

**Keller | Postman**
1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 ?| Email ?| Website

---

**From:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Sent:** Monday, May 8, 2023 5:45 PM
**To:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Thanks, Sara, for providing this information. It would be helpful if on tomorrow's call, South Carolina is prepared to discuss how these custodians and main data sources were chosen.

**Scott A. Eisman**
Special Counsel

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue

31st Floor  
New York, NY 10022  
T +1 212 284 4986  
M + 1 646 877 1476  
scott.eisman@freshfields.com  
www.freshfields.com

---

**From:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>  
**Sent:** Monday, May 8, 2023 5:34 PM  
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>  
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>  
**Subject:** RE: South Carolina v. Google- Meet and Confer

Scott,  
In a follow-up to my below email, I wanted to send you some of the custodial and document sources that the SCAGO is planning to search, which can be seen below.

| Custodian or Main Data Source | Job Title/System |
|---|---|
| Mary Frances Jowers | Assistant Deputy Attorney General |
| Rebecca Hartner | Assistant Attorney General |
| Worldoxs (constituent services) | Data Management System |
| Worldoxs (Google Ad Tech Documents) | Data Management System |
| SCAGO (Retention Policies and Litigation Retention Agreement) | SCAGO |

Additionally, in clarification of my below email, DSS, Parks and Recreation, and USC received third-party subpoenas for documents, but the SCOAG is not producing documents on behalf of these agencies. The SCAGO will be producing documents within the custody and control of the SCAGO.  
Best,  
Sara  
**Sara Aguiniga**  
Associate

## Keller | Postman

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005  
202-918-1123 ?| Email ?| Website

**From:** Sara Aguiniga  
**Sent:** Monday, May 8, 2023 4:42 PM  
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>  
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi

4

<Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Scott,
Thank you for your email.  South Carolina is running terms against documents collected from the Office of Attorney General.  There are other documents being produced pursuant to other state agencies including DDS, Parks and Recreation, and the University of South Carolina.  The proposed terms can be seen below.  In anticipation of tomorrow's meet and confer, we chose these terms and connectors in order to receive the most accurate hits on responsive documents.
We look forward to discussing this further tomorrow,
Best,
Sara
"google"
"complain*" w/10 "google"
"consum*" w/10 "google"
"ad serv*" w/10 "google"
"advertis*" w/10 "google"
"buy* tool*" with/10 "google"
"google ad*"
("buy*" OR "purchas*" OR "bought") w/10 google
("sell*" OR "sal*" OR "sold") w/10 "google"
("retention polic*" OR "doc* retention polic*")
("contract*" OR "agreement*") w/10 "google"


**Sara Aguiniga**
Associate

**Keller | Postman**

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 ?| Email ?| Website

---

**From:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Sent:** Monday, May 8, 2023 12:30 PM
**To:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; LEONARD, Claire <Claire.Leonard@freshfields.com>; TU, Xiaoxi <Xiaoxi.Tu@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: South Carolina v. Google- Meet and Confer

Sara,

Nice to meet you. We would be happy to meet and confer about search terms, but think it would be more useful to meet and confer after we understand what sources South Carolina is proposing to search and what terms it plans to apply. So if you can get us your proposal this afternoon, we can make 1:30 tomorrow work. If you need more time, we can find another window later this week.

Best regards,
Scott

**Scott A. Eisman**
Special Counsel

**Freshfields Bruckhaus Deringer US LLP**
601 Lexington Avenue
31st Floor
New York, NY 10022
T +1 212 284 4986
M + 1 646 877 1476
scott.eisman@freshfields.com
www.freshfields.com

---

**From:** Sara Aguiniga <sara.aguiniga@kellerpostman.com>
**Sent:** Sunday, May 7, 2023 7:13 PM
**To:** EISMAN, Scott <Scott.Eisman@freshfields.com>
**Cc:** Daniel Strunk <daniel.strunk@kellerpostman.com>; Rebecca Hartner <rhartner@scag.gov>; Clark Kirkland, Jr <ckirkland@scag.gov>; Mary Frances Jowers <mfjowers@scag.gov>; Zeke DeRose <zeke.derose@lanierlawfirm.com>; Matt Przywara <matt.przywara@lanierlawfirm.com>; Jason Zweig <jaz@kellerpostman.com>; Charlie Condon <charlie@charliecondon.com>; David Scalia <dscalia@dugan-lawfirm.com>; Rebecca Hartner <rhartner@scag.gov>
**Subject:** South Carolina v. Google- Meet and Confer

Counsel,
My name is Sara Aguiniga, and I am an attorney with Keller Postman, and I am representing the State of South Carolina, along with the Lanier Law Firm, Charlie Condon, and David Scalia.
Are you available on Tuesday, 1:30 p.m. ET for a meet and confer on search terms?
Best,
Sara

**Sara Aguiniga**
Associate

**Keller | Postman**

1100 Vermont Avenue, N.W., 12th Floor | Washington, District of Columbia, 20005
202-918-1123 ?| Email ?| Website

---

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

# Keller | Postman

May 19, 2023

**Via Email**
Scott Eisman
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
31st Floor
New York, NY 10022
T +1 212 277 4000 (Switchboard)
+1 212 284 4986 (Direct)
F +1 646 521 5710
E scott.eisman@freshfields.com
www.freshfields.com

Counsel,

We are in receipt of your letter to the South Carolina Office of the Attorney General ("SCOAG"), dated May 11, 2023, which was written as a follow-up to our meet and confer held May 9, 2023.  We respond to each of the issues outlined in your letter below in turn:

    I.    **Custodial Document Sources**

As discussed during our meet and confer, the two document custodians that were identified in this matter are Assistant Attorney General Rebecca Hartner and Assistant Deputy Attorney General Mary Frances Jowers.  Both attorneys are the main attorneys responsible for this action, which is why they were identified as custodians.  As discussed, Senior Assistant Deputy Attorney General Sonny Jones supervises this matter; however, he was not included as a custodian because the documents in his possession are largely duplicative of the documents in Assistant Attorney General Hartner's and Assistant Deputy Attorney General Jowers' custodial files. Including Senior Assistant Deputy Attorney General Jones as a custodian would not add anything of value in this matter and would add additional burden that is not proportional to the needs of this case.

As to the quality assurance of placing all documents related to this matter into the proper file, Assistant Attorney General Hartner and Assistant Deputy Attorney General Jowers both take care in ensuring that the proper and necessary documents are saved to the correct Outlook folder. Additionally, as mentioned during the meet and confer, the SCOAG is conducting a linear review of the Google case folders in their entirety.  The SCOAG is doing this as it believes that it is much more comprehensive than applying search terms, as each document will be individually reviewed.  Given this procedure, we have the highest level of confidence that all non-privileged, responsive documents will be produced to Google.

    II.    **Non-Custodial Document Sources**

# Keller | Postman

As described in your letter, the SCOAG uses Worldox as a centralized repository for shared files. There is a Worldox folder entitled "Google Ad Tech," and it is a shared folder where documents related to this case are held. The SCOAG is conducting a linear review of the "Google Ad Tech" folder in its entirety. There is an additional Worldox folder entitled "Constituent Services" .  The SCOAG is running the term "Google" (without any limiters) to all documents in the "Constituent Services" folder in order to properly capture any and all relevant and responsive documents.

In your letter, you stated that you would be providing search terms for RFP No. 8, but we have yet to receive such search terms.  We will be glad to review and consider additional terms to ensure that we are capturing all relevant documents in our searches.

### III.     Document Retention Policies

Google is correct in that the SCOAG has collected and will produce document retention policies as requested in RFP No. 12.  These will be produced by May 30.

Should Google have any questions or concerns, please do not hesitate to contact me.

Sincerely,


/s/_____
Sara Aguiniga

2



<u>Via E-Mail</u>

Mary Frances Jowers
Assistant Deputy Attorney General
Rebecca M. Hartner
Assistant Attorney General
Clark Kirkland Jr.
Assistant Attorney General
SOUTH CAROLINA OFFICE OF THE
ATTORNEY GENERAL
P.O. Box 11549
Columbia, South Carolina 29211-1549

Zeke DeRose III
THE LANIER LAW FIRM, P.C.
10940 W. Sam Houston Parkway N. Suite 100
Houston, Texas 77064

Sara Aguiniga
Daniel Strunk
KELLER POSTMAN LLC
111 Congress Avenue, Suite 500
Austin, TX 78701

David Scalia
THE DUGAN LAW FIRM
365 Canal Street
One Canal Place, Suite 1000
New Orleans, LA 70130

**New York**
601 Lexington Avenue
31st Floor
New York, NY 10022
T +1 212 277 4000 (Switchboard)
   +1 212 284 4986 (Direct)
F +1 646 521 5710
E scott.eisman@freshfields.com
www.freshfields.com

May 11, 2023

Re:   *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC);
      *State of Texas, et al. v. Google LLC*, No. 1:21-cv-06841 (PKC)

Dear Counsel:

We write to memorialize our understanding of the meet and confer on May 9 regarding South Carolina's proposed document collection and review process. Please let us know by May 18 if our understanding is accurate, or if your positions have changed.

**Custodial Document Sources:**

We understand that South Carolina is limiting its custodial document collection to two custodians: Assistant Attorney General ("AAG") Rebecca Hartner and Assistant Deputy Attorney General ("ADAG") Mary Frances Jowers. On our meet and confer, you described AAG Hartner as the lead line-level attorney in the South Carolina Office of the Attorney General ("SCOAG") who worked on its investigation into Google's ad-tech practices (the "Investigation") and this lawsuit (the "Action"). On our meet and confer, you described ADAG Jowers as the ADAG supervising AAG Hartner, and you confirmed that ADAG Jowers was AAG Hartner's only direct supervisor for the Investigation and the Action. You also stated that, other than Section Chief Sonny Jones, AAG Hartner and ADAG Jowers are the only SCOAG attorneys responsible for the Investigation and the Action, and that no other SCOAG attorneys supervise AAG Hartner or ADAG Jowers concerning the Investigation and the Action. Please let us know why Chief Jones is not a custodian by May 18.

As to the search of AAG Hartner's and ADAG Jowers's files, you explained that it is SCOAG's standard practice for all attorneys to file their emails and attachments in a designated Microsoft Outlook folder for each matter, and that you intend to collect documents from AAG Hartner's and ADAG Jowers's folders corresponding to the Investigation and Action. You represented that all responsive documents, other than documents saved to centralized files (discussed below), would be found in AAG Hartner's and ADAG Jowers's Outlook folders dedicated to the Investigation and the Action. You said that South Carolina would be conducting a linear review of the Outlook folders, meaning that you will review all documents in those folders, without applying search terms or otherwise filtering. You represented that AAG Hartner and ADAG Jowers are responsible for manually filing their emails into the relevant Microsoft Outlook folders, and that South Carolina is relying on AAG Hartner and ADAG Jowers to have saved all relevant documents in the correct folders. As we stated during our meet and confer, we have concerns that this collection process you have described may not capture all relevant and responsive documents in each custodian's possession, and suggested that South Carolina undertake a quality-control process to confirm that all relevant and responsive documents have been collected. Please confirm by May 18 that you will do so, and explain how you will be able to confirm that there are no responsive materials outside of each custodian's Microsoft Outlook folders.

**Non-Custodial Document Sources**

You stated on our meet and confer that SCOAG uses Worldox as a centralized repository for shared files, and that You will be collecting from two Worldox folders: "Google Ad Tech Documents" and "constituent services."

You represented that "Google Ad Tech Documents" is a shared folder where all SCOAG documents relevant to the Investigation and the Action are saved. You also said that you will be collecting the entire contents of the "Google Ad Tech Documents" folder and conducting a linear review of all of those contents for responsiveness.

In addition, you represented that the "constituent services" folder contains all documents

May 11, 2023
Page 3

related to constituent complaints made to SCOAG. We understand that you plan to apply the search term "google" to capture documents responsive to Requests for Production ("RFPs") No. 4 and 8 within this folder. We further understand that it is your position that any constituent complaints relevant to the Investigation or the Action would be captured in AAG Hartner's or ADAG Jowers's custodial files, in the "Google Ad Tech Documents" folder, or the among the documents captured by running the term "google" over the "constituent services" folder. Yet as we explained on the call, RFP No. 8 is not limited to complaints about Google; it requests documents concerning "consumer complaints about Display Advertising or Ad Tech Products, including complaints concerning Cookie Matching, Malicious Ads, spam, or fraudulent ads." For example, if there are constituent complaints regarding non-Google Ad Tech Products, those complaints may not be captured by the search term "google" or be included in the folders related to the Investigation or the Action. We intend to follow up with proposed search terms to address our concerns.

Finally, we understand that You will be collecting relevant document-retention policies responsive to RFP No. 12, separately. Please produce these policies by May 18.

Sincerely,

*/s/* Scott A. Eisman
Scott A. Eisman