# EXHIBIT D

| Products & Features Allegedly Lacking "Technical Documents"[1] | Relevant Search String No. in Ex. B | Approximate No. of Documents Produced By Google |
|---|---|---|
| Bernanke or "Project Bell" | 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 18, 19, 95, 97, 126 | Over 20,000 |
| "Reserve Price Optimization" or RPO | 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 18, 19, | Over 25,000 |
| AdMob | 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20, 21, 22, 27, 29, 30, 55, 77, 158, 213 | Over 475,000 |
| "DoubleClick for Publishers" or DFP | 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 25, 29, 30, 51, 54, 61, 62, 99, 122, 138, 143, 158, 213, 214 | Over 525,000 |
| "Unified Pricing" or UPR | 4, 5, 6, 7, 8, 9, 10, 11, 15, 18, 19, 143, 201 | Over 25,000 |
| "Header Bidding" or HB | 6, 9, 10, 23, 31, 32, 83, 126, 142, 143, 144, 167, 214 | Over 80,000 |
| Poirot | 4, 5, 6, 7, 8, 9, 10, 11, 15, 18, 19, 23, 89, 125, 194 | Over 8,000 |
| Elmo | 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 18, 19, 23, 125, 194 | Over 8,000 |
| "Dynamic Revenue Sharing" or "Dynamic Revenue Share" or DRS | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 18, 19, 92, 114 | Over 20,000 |
| "Dynamic Allocation" or DA | 19, 29, 30, 126, 192, 215 | Over 100,000 |
| Jedi | 4, 6, 9, 10, 18, 19, 85, 126, 142, 143, 214 | Over 90,000 |

---

[1] This column reflects the search terms run by Google to capture the categories of "technical documents" for which Plaintiffs claim Google has produced "few" documents. Br. at 12.