# EXHIBIT K

| Witness | MDL Custodian? | Testimony (if not MDL Custodian) | Title |
|---|---|---|---|
| Adam Juda | Yes | MDL Custodian | VP, Google |
| Adrienne McCallister | No | Testified about agreements with mobile carriers for use of Android operating system, specifically citing the prominent placement of the Google search widget and Chrome browser, as well as the security upgrades that Google requires from its Android partners. | VP Global Partnerships, Google |
| Arjan Dijk | No | Testified how booking.com is reliant on Google for new customers. Dijk also testified that Google has been degrading Booking.com's "organic" search results while increasing the prominence of its paid search results. | SVP & CMO, Booking.com |
| Ben Gomes | No | Testified regarding the interplay between Search and Ads, as well as how and to what extent the pursuit of revenue from ads influenced the search business. | VP, Head of Search, Google |
| Douglas W. Oard | No | Performed study of what would happen if Google's user data scale was reduced to that of the dramatically smaller search engine Bing.  Testified regarding Edward Fox's testimony reading the importance of user interaction data to the quality of Google's search engine and Google's indexing practices. | Expert for DOJ |
| Elizabeth Reid | No | Testified regarding Google's user scale, contracts, and default search engine status. | VP for Search, Google |
| Gabriel Weinberg | No | Testified regarding Google's market power due to its default status. | CEO, DuckDuckGo |
| Hal Varian | Yes | MDL Custodian | Chief Economist, Google |
| Jason Krueger | No | Testified regarding Google's SA360 marketing tool, whose implementation for Bing was delayed. | PM, Google |
| Jerry Dischler | Yes | MDL Custodian | VP & GM for Ads, Google |

| Witness | MDL Custodian? | Testimony (if not MDL Custodian) | Title |
|---|---|---|---|
| Jim Kolotouros | ? | Testified regarding terms and conditions Google imposes on smartphone companies and their insistence that they include Google search, and other Google apps, as defaults.  Denied allegations that Google conducted communication over chat that deletes after 24 hours purposefully.<br><br>Also, Kolotouros is the primary custodian of over 86,000 documents in the current production. | VP, Google (responsible for Android partnerships with phone makers) |
| Joan Braddi | Yes | MDL Custodian | Partner Advisor, Google |
| Jonathan Baker | No | Testified about the delayed implementation of Google's SA360 features for Bing. | Expert Witness for States |
| Joshua Lowcock | No | Testified about how he would advise clients on buying digital ads, specifically search ads, with Google.  Lowcock testified about Google's market power and substitutability.  Lowcock also testified regarding the availability of the SA360 marketing tool on Bing. | Global Chief Media Officer, UM Worldwide |
| Kevin Murphy | No | Opposed DOJ claims that Google's default contracts are exclusive/harmful. Argued this was the "universal design that people have adopted." | Expert for Google |
| Kinshuk Jerath | No | Testified regarding the changes that Google has implemented regarding advertiser control, and how Google chooses which search ads to display. Testified about Google's bid ranking process and what detail is available to advertisers. | Expert Witness for DOJ |
| Mark Israel | No | Testified as an expert in favor of Google's use of "auction tuning" and the relationship between ad quality and price, among other topics. | Expert for Google |

| Witness | MDL Custodian? | Testimony (if not MDL Custodian) | Title |
|---------|----------------|----------------------------------|-------|
| Michael Whinston | No | Testified regarding Google's power to drive up prices for advertisers. Also testified regarding Google testimony that the market it competes with is not only search engines but also search advertising on social media platforms and specialized search providers for travel, shopping, etc. | Expert for DOJ |
| Mitchell Baker | No | Testified regarding contracts with Google to be default search engine. | CEO, Mozilla Corp |
| Pandu Nayak | No | Testified regarding innovation at Google and Plaintiffs' arguments regarding the advantage that comes with scale and being able to observe user search behavior. | VP for Search, Google |
| Paul Vallez | No | Testified regarding Google's SA360 marketing tool, which he stated lacked key functionality when advertisers used it to place ads on Bing. Vallez also testified regarding the charges incurred by advertisers using SA360 when using Google or non-Google tools. | VP for Business Development and Partnerships, Skai |
| Prabhakar Raghavan | Yes | MDL Custodian | SVP, Google |
| Ryan Krueger | No | Testified regarding Google holding off on more broadly implementing the SA360 marketing tool that had long been available for Google Search ads.  He also testified regarding auction-time bidding. | PM, Google |
| Satya Nadella | No | Testified that search engine default is the main factor that determines what people use, and that contracts Google has with browser and smartphone providers keeps Bing's search market share low. | CEO, Microsoft |
| Sridhar Ramaswamy | Yes | MDL Custodian | Founder, Neeva |
| Sundar Pichai | Yes | MDL Custodian | CEO, Google |
| Wilfred Amaldoss | No | Testified regarding the importance of SA360 and the effect of Google's actions on advertising spending. | Expert Witness for States |