IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Having considered Defendant Google LLC's Unopposed Motion to File Under Seal Certain Exhibits to Its Response Brief to the Special Master for the February 22, 2024 Hearing, filed on February 16, 2024, the Court finds that the documents contain confidential information such that there is good cause to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). It is therefore **ORDERED** that Google's Motion should be **GRANTED**. It is further **ORDERED** that Exhibits A, C, E, F, G, H, and L of Google's Response Brief to the Special Master for the February 22, 2024 Hearing shall remain under seal.