UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. § | |
| § | |
| v. § | CIVIL NO. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC § | |

**ORDER**

On February 12, 2024, Special Master Moran issued a Report and Recommendation regarding the entry of a proposed coordination order in the above captioned case. (Dkt. #230). The Court subsequently allowed the parties until February 14, 2024, to submit any objections to the Report and Recommendation. (Dkt. #232). Google then filed a Request for Remand or in the Alternative Acceptance and Modification of the Special Master's Report and Recommendation Regarding Coordination. (Dkt. #240). The request indicated that, shortly before the Report and Recommendation was issued, an order was issued by Judge Castel in the Southern District of New York that potentially conflicts with the shared discovery provision of Special Master Moran's proposed coordination order (Dkt. #240 at 2). Judge Castel's order denied the Plaintiffs in the related MDL proceeding written discovery from the related DOJ case proceeding in the Eastern District of Virginia. (Dkt. #240 at 2).

In light of these developments, the Court **REMANDS** for further consideration by Special Master Moran the shared discovery provision of the proposed coordination order.

1

**So ORDERED and SIGNED this 16th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE