UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER SETTING HEARING

Before the Court are Google LLC's Motion for Dismissal Pursuant to Rule 12(b)(1), (Dkt. #200), and Google LLC's Motion for Dismissal Pursuant to Rule 12(b)(6), (Dkt. #224). Both motions are set for hearing on Thursday, April 18, 2024, at 1:00 p.m. at the United States Courthouse located at 7940 Preston Road in Plano, Texas.

**So ORDERED and SIGNED this 20th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE