***FILED UNDER SEAL***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

# EXHIBIT 1

**PLAINTIFF STATES' OPENING BRIEF TO THE SPECIAL MASTER
FOR THE FEBRUARY 22, 2024 HEARING**

**Summary Chart of Google Privilege Logs**

| Log Volume | Production Date | No. of Entries |
|---|---|---|
| 1, 2, 3 | 7/14/2023 | 100,488 |
|  |  | 129,125 |
|  |  | 34,763 |
| 4 | 7/28/2023 | 15,385 |
| 5 | 8/14/2023 | 1,684 |
| 6 | 9/18/2023 | 10,649 |
| 7, 8 | 10/02/2023 | 2,821 |
|  |  | 3,150 |
| 9A, B, C<br>10A, B | 10/24/2023 | 9,947 |
|  |  | 9,988 |
|  |  | 8,049 |
|  |  | 17,936 |
|  |  | 9,962 |
| 11A, B<br>12A, B | 10/24/2023 | 11,985 |
|  |  | 13,101 |
|  |  | 11,978 |
|  |  | 13,009 |
| 13A, B | 10/25/2023 | 11,966 |

| | | |
|---|---|---|
| 14A, B | | 12,999 |
| 15A, B | | 11,971 |
| | | 13,103 |
| | | 11,957 |
| | | 13,090 |
| 16 | 11/21/2023 | 159 |
| 17 | 12/22/2023 | 71 |
| 18 | 1/25/2024 | 53 |
| **TOTAL** | | **479,389** |