***FILED UNDER SEAL***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

# EXHIBIT 36

**PLAINTIFF STATES' OPENING BRIEF TO THE SPECIAL MASTER
FOR THE FEBRUARY 22, 2024 HEARING**

| | |
|---|---|
| **From:** | SVENSON, Ross <Ross.Svenson@freshfields.com> |
| **Sent:** | Friday, December 8, 2023 3:41 PM |
| **To:** | Noss, Walter |
| **Cc:** | SESSIONS, Justina (JKS); MCCALLUM, Robert; BRANDON, Eric; dpearl@axinn.com; Sherman, Sam D.; Korologos, Philip; 'Serina Vash'; 'Jordan Elias'; Mao, Mark; Earnhardt, Izaac; 'Goodnow, Christopher C.'; Lv, Kate; Thorne, John; 'Stuart Davidson'; 'Ted Maya'; 'Eric Maier'; Henningson, Sven E. (Trip); ccoslett@bm.net; GZelcs@KoreinTillery.com; 'Zeke DeRose'; 'Trevor Young'; Geraldine W. Young |
| **Subject:** | Google's Proposal re MDL Plaintiffs' RFP No. 305 |

**[External Email – Use Caution]**

Hi Walter,

As discussed on our call this morning, our proposal with respect to MDL Plaintiffs' RFP No. 305 is as follows:

> In satisfaction of RFP No. 305, Google will produce the trial testimony (and related exhibits) of the seven Search witnesses who are also Ad Tech custodians in unredacted form, except to the extent it contains third-party confidential information. Third-party confidential information will remain redacted pursuant to the Search trial protective order.

The seven Search witnesses who are also Ad Tech custodians are:
- Adam Juda
- Hal Varian
- Jerry Dischler
- Joan Braddi
- Prabhakar Raghavan
- Sridhar Ramaswamy
- Sundar Pichai

The public docket for the Search case has the names of all the trial witnesses, and these are the seven overlapping Search witnesses / Ad Tech custodians that we identified.

We look forward to your response.

Kind regards,
Ross

**Ross Svenson**
Associate
He/Him

**Freshfields Bruckhaus Deringer US LLP**
700 13th Street, NW
10th Floor
Washington, DC 20005
**T** +1 202 777 4745 | **M** +1 202 924 0530
Ross.Svenson@freshfields.com

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.