IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**ORDER**

Before the Special Master is Plaintiff States' ("States'") Opening Brief to the Special Master for the February 22, 2024 Hearing and exhibits thereto, filed on February 13, 2024, along with subsequent related briefing and exhibits filed by the parties.

Having considered the parties' briefing and exhibits thereto, it is ORDERED that Defendant Google LLC:

(1)  begin rolling productions of revised privilege logs and de-designated documents immediately, with a completion date of **March 1, 2024**;

(2)  search for, and produce if found, the linked documents and/or required metadata associated with the 5,575 documents identified by the States in the States' letter and appendix dated February 9, 2024, by **March 1, 2024**;

(3)  search for and make available for inspection all relevant dashboards, including the dashboards identified by the States in the States' letter and appendix dated January 16, 2024 by **March 1, 2024**;

(4)  search for and produce all documents found at the links and/or repositories identified by the States in the States' letter dated January 16, 2024 by **March 1, 2024**;

1

(5) reproduce all collected Microsoft Word documents in native form by **March 1, 2024**;

(6) search for and produce all relevant technical documents, including Application Programming Interfaces (APIs), programming guides and design specifications, and onboarding/training materials for Display Ads products and systems by **March 1, 2024**;

(7) make available for inspection the source code and software identified by the States in the States' letter dated January 16, 2024 by **March 1, 2024**;

(8) review the trial transcripts and exhibits from the trial in *U.S. of Am. et al. v. Google LLC*, No. 1:20-cv-03010-APM (D.D.C.), in addition to the trial transcripts and exhibits for the seven custodians in this case, and produce anything relevant under Local Rule CV-26, with a completion date of **March 1, 2024**; and

(9) propose by **February 29, 2024,** a Discovery Plan with proposed new custodians and search terms targeted at finding the following Requested Categories of Documents responsive to the States' discovery requests:

    a. Google's communications with its customers and public-facing statements related to changes to its auction model, dynamics, and optimizations, including communications and statements related to all versions of Reserve Price Optimization (RPO), Dynamic Revenue Share (DRS), and Bernanke—each of which were referred to internally by different names—including all drafts, redlines, comments, and annotated versions of any actual or proposed public-facing statements; and

    b. all Help Center pages and articles, presentations, spreadsheets or other documents reflecting customer responses and complaints, launch proposals and plans, internal

training documents, and internal communications, including updates or revisions thereto, related to communicating any changes to Google's auction model, dynamics, and optimizations (collectively, "Requested Categories of Documents").

IT IS SO ORDERED.