***FILED UNDER SEAL***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| THE STATE OF TEXAS, et al., Plaintiffs, v. GOOGLE LLC, Defendant. | Civil Action No. 4:20-cv-00957-SDJ |
|---|---|

**Index of Exhibits for**

**PLAINTIFF STATES' OPENING BRIEF TO THE SPECIAL MASTER
FOR THE FEBRUARY 22, 2024 HEARING**

| Exhibit No. | Title of Exhibit |
|---|---|
| 1 | Summary Chart of Google Privilege Logs |
| 2 | 2023.11.12 - Plaintiffs Ltr to Google re Privilege Log Deficiencies |
| 3 | 2023.11.30 R. McCallum Ltr. to Z. DeRose [Priv Logs] |
| 4 | 2023.12.22 - Plaintiffs Ltr to Google re Privilege Log Deficiencies |
| 5 | 2024.01.17 R. McCallum Ltr. to MDL DSC (cc All Plaintiffs) |
| 6 | 2024.01.30 Letter from R. McCallum to Plaintiffs.docx |
| 7 | GOOG-AT-MDL-002307662 |
| 8 | 2024.01.16 - States Ltr to Google re Linked Documents |
| 9 | 2024.02.09 - States Ltr to Google re Linked Documents |
| 10 | 2024.01.16 - HIGHLY CONFIDENTIAL - States Ltr to Google re Technical Documents |
| 11 | 2024.01.16 - HIGHLY CONFIDENTIAL - Appendix A to States Ltr to Google re Technical Documents |

***FILED UNDER SEAL*** 

| 12 | 2024.02.07 - Plaintiff States Letter to Google re Disputes at Impasse |
|---|---|
| 13 | Plaintiffs' First Set of Requests for Production of Documents to Defendants |
| 14 | GOOG-AT-MDL-004017319 |
| 15 | GOOG-AT-MDL-000992184 |
| 16 | GOOG-AT-MDL-000992438 |
| 17 | Axinn-Mao 6.26.2023 Ltr FINAL |
| 18 | 2023.09.14 Letter from D. Pearl to M. Mao |
| 19 | GOOG-NE-07285295 |
| 20 | GOOG-NE-13539135 |
| 21 | GOOG-AT-MDL-002462689 |
| 22 | GOOG-AT-MDL-001397578 |
| 23 | GOOG-AT-MDL-000993528 |
| 24 | GOOG-AT-MDL-001290493 |
| 25 | GOOG-AT-MDL-009042635 |
| 26 | GOOG-AT-MDL-000035563 |
| 27 | GOOG-NE-09459207 |
| 28 | GOOG-AT-MDL-003133329 |
| 29 | 2023.06.28 In re Google Digital Advertising Antitrust Litig Letter to Disc. Steering Committee |
| 30 | GOOG-AT-MDL-004334894 |
| 31 | GOOG-DOJ-AT-02326571 |
| 32 | GOOG-NE-06841582 |
| 33 | GOOG-AT-MDL-013085982 |
| 34 | 2023.09.29 - Plaintiffs' Second Set of Requests for Production of Documents to Defendants |

***FILED UNDER SEAL***

| 35 | 2023.10.30 Google Responses and Objections to Second Set of RFPs |
| --- | --- |
| 36 | December 8, 2023 Email |
| 37 | Articles |
| 38 | 2023.11.10 - AdTech - State of Texas Requests for Production to Google |
| 39 | 2023.12.11 - Google R&Os to Texas RFPs |
| 40 | 2024.01.24 - States Letter to Google re RFP Responses |
| 41 | 2024.02.02 Google Response to Pls. 1.24 Letter |
| 42 | Ltr to Google Re Discovery Issues_1.19.24 |
| 43 | US DIS TXED 2 14cv11 d131147301e7600 ORDER granting in part and denying in part 81 Seal |
| 44 | 2024.02.13 Letter from R. McCallum to Plaintiffs |
| 45 | GOOG-AT-MDL-001399058 |