UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## **ORDER**

Before the Court is the Special Master's Report and Recommendation Upon Remand. (Dkt. #253). It is **ORDERED** that the parties must submit any objections to the Report and Recommendation no later than **February 22, 2024.**

**So ORDERED and SIGNED this 20th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE