IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>Google, LLC,<br><br>      Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Peter M. Hillegas, enters his appearance in this matter as counsel for The State of Texas for the purpose of receiving notices and orders from the Court. As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV 5(a)(2)(A).

Date: February 21, 2024

Respectfully submitted,

*/s/ Peter M. Hillegas*
Peter M. Hillegas

Peter M. Hillegas (SBN 24101913)
peter.hillegas@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Tel:    (512) 474-5201
Fax:    (512) 536-4598

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 21, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

                                                                 */s/ Peter M. Hillegas*
                                                                  Peter M. Hillegas