IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**[PROPOSED] ORDER**

This Court, having considered Google LLC's Motion for Dismissal Pursuant to Rule 12(b)(6), any responses and relies thereto, and all other pleadings and papers on file, hereby finds that the motion should be **DENIED**.

It is therefore **ORDERED** that Defendant Google LLC's Motion for Dismissal Pursuant to Rule 12(b)(6) is **DENIED**.