IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

## **DECLARATION OF NOAH HEINZ**

I, Noah Heinz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at Keller Postman LLC, and I represent the State of Texas and certain other Plaintiff States in the above-captioned case.

2. I am an attorney admitted to practice in the District of Columbia. I have been admitted to appear *pro hac vice* in the above-captioned case.

4. I respectfully submit this Declaration in support of Plaintiff States' Response in Opposition to Defendant Google LLC's Motion for Dismissal Pursuant to Rule 12(b)(6), dated February 21, 2024.

5. Attached as Exhibit A to this Declaration is a true and correct copy of a certified translation of *Aguadilla Paint Ctr., Inc. v. Standard Oil*, 2011 TSPR 194, 183 P.R. Dec. 901 (2011).

6. I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on the 21st day of February 2024, in the District of Columbia.

_____
Noah Heinz