IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff State of Utah respectfully requests that Tara Pincock be permitted to withdraw as counsel of record for Plaintiff State of Utah in this matter. The reason for this request is that withdrawing counsel, Tara Pincock, is no longer employed with the Utah Office of the Attorney General.

No other changes are requested regarding the other attorneys acting as counsel of record. The other Plaintiff States do not oppose this motion. Defendant Google LLC does not oppose this motion.

Further, the clerk is requested to terminate CM/ECF notices as to Tara Pincock for this matter.

1

Respectfully submitted,

February 22, 2024

SEAN REYES
Utah Attorney General


*/s/ Marie W.L. Martin*
MARIE W.L. M ARTIN
Assistant Attorney General
P.O. Box 140830
Salt Lake City, UT  84114
mwmartin@ag.utah.gov
Telephone:   801-366-0260
Facsimile:   801-366-0315

*Attorney for Plaintiff State of Utah*

### CERTIFICATE OF CONFERENCE

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

/s/ *Marie W.L. Martin*
Marie W.L. Martin

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2024 this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

Dated this 22nd day of February, 2024.

By:   */s/ Marie W.L. Martin*
Marie W.L. Martin