IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is an unopposed Motion for Withdrawal of Tara Pincock as counsel of record for Plaintiff State of Utah in this matter. The Court has determined that the motion should be **GRANTED.** It is hereby,

**ORDERED** that Tara Pincock is withdrawn as counsel of record for Plaintiff State of Utah in this matter; and

**ORDERED** that the clerk terminate CM/ECF notices as to Tara Pincock in this matter.