UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE STATE OF TEXAS, ET AL.  §
                            §
v.                          §      CIVIL NO. 4:20-CV-957-SDJ
                            §
GOOGLE LLC                  §

## <u>ORDER</u>

Before the Court is Plaintiff State of Utah's Unopposed Motion for Withdrawal of Counsel. (Dkt. #261). Having considered the motion, the Court concludes that it should be **GRANTED.**

Therefore, it is **ORDERED** that Tara Pincock, formerly of the Utah Office of the Attorney General, is withdrawn as counsel of record in this action. The clerk is directed to terminate CM/ECF notices to Ms. Pincock for this matter.

**So ORDERED and SIGNED this 23rd day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE