IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | Civil Action No. 4:20-CV-957-SDJ |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |

**REDACTED EXHIBITS A, C, E, F, G, H, AND L
TO GOOGLE'S FEBRUARY 16, 2024 RESPONSE BRIEF (DKT. 246)**

Dated: February 23, 2024

Respectfully submitted,

_____
R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4500
eric.mahr@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

### CERTIFICATE OF SERVICE

    I certify that on this 23rd day of February 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*R. Paul Yetter*
R. Paul Yetter
