# Exhibit A



Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105

O: (415) 947-2000

JUSTINA K. SESSIONS
Email: jsessions@wsgr.com
Direct dial: (415) 947-2197

February 27, 2023

**CONFIDENTIAL**

<u>**VIA EMAIL**</u>

Walter Noss
707 Broadway
Suite 1410
San Diego, CA 92101
Tel.: (619) 625 5620
Email: wnoss@koreintillery.com

Re:     *In re: Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC)

Counsel:

Contemporaneously with this letter, Google is serving its Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents to Defendants (the "Requests").[1]  I write to share additional details about Google's proposal for identifying custodial documents and data responsive to the Requests and to offer to meet and confer about Google's plans for substantially completing its production of responsive materials by May 30, 2023.  This letter is Confidential Information, and Google's Responses and Objections are Highly Confidential Information under the terms of the governing Confidentiality Order.  ECF No. 297.

As you know, Google has already produced approximately 2.25 million documents in these Actions.  In setting the deadline for substantial completion, Judge Castel recognized "the substantial document production that has already been made in these [A]ctions."  ECF No. 394 ¶ 5.  In addition to that substantial document production, on or before May 30, 2023, Google will produce approximately 800,000 documents it produced to the Department of Justice ("DOJ") in

---

[1] At 5:31 pm on the day that these Responses and Objections were due, State Plaintiffs filed a letter with the Court giving notice of their intent to file with the JPML a Motion to Remand to the Eastern District of Texas.  ECF No. 477.  Google's Responses and Objections are based on and made pursuant to the current case management procedures, including the Court's direction that the Discovery Steering Committee prepare discovery requests that are "common" to all Plaintiffs.  ECF No. 311 ¶ 3.  Google reserves the right to make additional objections and to amend its responses should the governing case management procedures change.

**WILSON
SONSINI**

February 27, 2023                                                                                      CONFIDENTIAL
Page 2

the DOJ's ad tech investigation that have not yet been produced in these Actions (the "Additional Ad Tech Investigation Materials").[2]  Additionally, Google proposes to take the steps set forth below to produce what, together with the documents described in this paragraph, are referred to as the "Expanded Investigation Materials."

To produce as many responsive documents as possible by May 30, 2023, Google proposes to use the search terms previously negotiated by the DOJ in its ad tech investigation and by the Texas Office of the Attorney General (the "Texas OAG") in its ad tech investigation (together, the "Investigation Search Terms"). *See* Appendix A.[3]  The Investigation Search Terms subsume the vast majority of the Requests and are the result of intensive negotiations with the DOJ and Texas OAG.  Moreover, negotiating new search terms and custodians from scratch would be impracticable in light of the May 30, 2023 deadline to substantially complete production of documents in response to the Requests.  *See* ECF No. 394 ¶ 6.1.

Google proposes to apply the Investigation Search Terms to 119 custodians (the "Ad Tech Custodians").  *See* Appendix B.  The Ad Tech Custodians include 113 DOJ ad tech custodians; all 39 custodians in the Texas OAG ad tech investigation (all but three of which overlap with the DOJ ad tech custodians); and three additional custodians.[4]  Regardless of whether a particular custodian was a DOJ ad tech custodian, a Texas OAG custodian, or neither, Google proposes to apply all Investigation Search Terms to all Ad Tech Custodians.

Google proposes to apply the Investigation Search Terms to documents collected from the Ad Tech Custodians across a ten-year period running from January 1, 2013, through January 27, 2023, the date of the Requests.  Google has applied the same date restriction to the first requests for production it served on State Plaintiffs and the third party subpoenas it has served to date.[5]

---

[2] On February 7, 2022, the Court ordered Google to produce all documents it had already produced to the State of Texas and to private plaintiffs in an action in the Northern District of California prior to consolidation of this MDL.  ECF No. 244 at 4.  The Additional Ad Tech Investigation Materials were not included in that set because they had not been produced to Texas or any private plaintiffs.  *See* ECF No. 244 at 3 (noting that there is a separate DOJ investigation and that the Court "did *not* order Google to also produce the documents that were sought by the DOJ; the production to plaintiffs was limited to the documents that had been produced to the state of Texas which were also said to be the documents it had produced to plaintiffs in the Northern District of California." (emphasis added)).

[3] Google has removed from the previously negotiated Investigation Search Terms only (1) terms related to the Facebook Network Bidding Agreement, as to which discovery has been stayed, and (2) references to YouTube, which is not at issue in these Actions.

[4] ▮▮▮▮▮ and ▮▮▮▮▮▮▮ have been added because they were on Google's initial disclosures.  ▮▮▮▮▮▮ has been added because her documents may be responsive to Plaintiffs' requests for financial information (Request Nos. 270 and 271).

[5] To the extent Plaintiffs contend that earlier time periods have some relevance, certain of the Investigation Search Terms were run for earlier date ranges during the investigations, so Plaintiffs already possess documents from those

**WILSON
SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 3

As Google has advised the Court, Google believes that the sheer breadth of the Requests and Plaintiffs' failure to account for the discovery they already possess runs afoul of Federal Rule of Civil Procedure 26(g). *See* ECF No. 441 at 3. Nonetheless, as explained in its Responses and Objections, Google agrees to meet and confer in good faith regarding additional targeted searches tailored to Plaintiffs' Requests.[6] The majority of the Requests, however, do not require additional searches because of the comprehensive scope of the Expanded Investigation Materials. As Appendix A shows, Google has already run and will now refresh its extensive searches in connection with all relevant Google ad tech products.

To produce as many responsive documents as possible by May 30, 2023, Google already has commenced its review in accordance with the proposal set forth herein. To the extent Plaintiffs intend to propose modifications or a list of additional terms beyond those previously negotiated with the DOJ and Texas OAG, please do so in writing by March 13, 2023. *See* ECF No. 436-2 ¶ III.2. Google is currently available to meet and confer regarding Plaintiffs' Requests on March 20, 2023, from 1:30 pm to 5:30 pm; March 21, 2023, from 9:00 am to 1:00 pm; March 23, 2023, from 11:00 am to 4:00 pm; or March 24, 2023, from 10:00 am to 4:00 pm.

In its Responses and Objections, Google also has proposed to produce extensive quantities of transaction-level and aggregated data in response to Requests 20, 21, 22, 116, 159, 243, and 247 (the "Data Requests"). By March 13, 2023, please confirm that those productions would constitute complete responses to the Data Requests or identify with specificity any additional information Plaintiffs contend should be included. Google is currently available to meet and confer regarding the Data Requests, as well as Requests 195, 239, 240, 244, 245, 261, and 296, on March 1, 2023, from 9:00 am to 12:00 pm; March 3, 2023, from 10:00 am to 5:00 pm; March 6, 2023, from 1:00 pm to 5:00 pm; March 8, 2023, from 9:00 am to 11:00 am; or March 10, 2023, from 10:00 am to 5:00 pm.

Sincerely,

*/s/ Justina K. Sessions*
Justina K. Sessions
Jonathan Jacobson
Jessica Lonergan
Mikaela Evans-Aziz

---

periods. For example, while Plaintiffs make allegations regarding the acquisition of DoubleClick, the Texas OAG already sought and received documents related to Google's acquisition of DoubleClick. By producing these documents, Google does not concede the relevancy of this earlier time period.

[6] Because the Requests include numerous references to RASTA, Google has in good faith added to the Investigation Search Terms documents related to RASTA, even though the DOJ ad tech investigation search terms already included sweeping searches for documents related to experiments and tests regarding Google's ad tech products.

**WILSON SONSINI**

February 27, 2023                                                        CONFIDENTIAL
Page 4

Vadim Egoul
**WILSON SONSINI GOODRICH &
ROSATI**
**Professional Corporation**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
(415) 947-2197
jsessions@wsgr.com
jjacobson@wsgr.com
jlonergan@wsgr.com
mevansaziz@wsgr.com
vegoul@wsgr.com

*Counsel for Defendants Google LLC,
Alphabet Inc., and YouTube LLC*

Copies to:

W. Mark Lanier
New York Bar No.: 4327284
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
New York Bar No.: 4593604
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800
**THE LANIER LAW FIRM, PLLC**

Ashley Keller
ack@kellerpostman.com
Brooke Clason Smith
brooke.smith@kellerpostman.com
Jason A. Zweig
New York Bar No.: 2960326
jaz@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606

**WILSON SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 5


(312) 741-5220
Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990
**KELLER POSTMAN LLC**

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

FOR PLAINTIFF STATE OF TEXAS: KEN PAXTON
Attorney General
**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

Dena C. Sharp (pro hac vice)
Jordan Elias (pro hac vice)
Scott M. Grzenczyk (pro hac vice)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
scottg@girardsharp.com

Tina Wolfson (TW-1016)
Theodore W. Maya (pro hac vice)
Bradley K. King (BK-1971)
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Tel.: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

**WILSON SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 6


bking@ahdootwolfson.com

*Interim Co-Lead Counsel for Advertiser Plaintiffs*

John Thorne
Daniel G. Bird
Bethan R. Jones
Christopher C. Goodnow
Mark P. Hirschboeck
Eliana Margo Pfeffer
Eric J. Maier
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street NW, Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jthorne@kellogghansen.com
dbird@kellogghansen.com
cgoodnow@kellogghansen.com
bjones@kellogghansen.com
mhirschboeck@kellogghansen.com
epfeffer@kellogghansen.com
emaier@kellogghansen.com

Jeffrey A. Lamken
Caleb Hayes-Deates
**MOLOLAMKEN LLP**
Tel: (202) 556-2000
Fax: (202) 556-2001
jlamken@mololamken.com
chayes-deats@mololamken.com

*Counsel for Associated Newspapers, Ltd. and Mail Media, Inc.*

David Boies
dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

*Lead Counsel for the Publisher Class*

**WILSON
SONSINI**

February 27, 2023                                                                                    CONFIDENTIAL
Page 7

Philip C. Korologos
pkorologos@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

Mark C. Mao
mmao@bsfllp.com
Sean P. Rodriguez
srodriguez@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6820

Sabria A. McElroy
smcelroy@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 377-4216

George A. Zelcs
gzelcs@koreintillery.com
Randall P. Ewing
rewing@koreintillery.com
Marc A. Wallenstein
mwallenstein@koreintillery.com
Ryan A. Cortazar
rcortazar@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Fax: (312) 641-9751

Christopher M. Burke
cburke@koreintillery.com
Walter W. Noss
wnoss@koreintillery.com

**WILSON SONSINI**

February 27, 2023                                                 CONFIDENTIAL
Page 8

Yifan (Kate) Lv
klv@koreintillery.com
**KOREIN TILLERY P.C.**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Carol L. O'Keefe
cokeefe@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Fax: (314) 241-3525

Eric L. Cramer
ecramer@bm.net
Michael C. Dell'Angelo
mdellangelo@bm.net
Caitlin G. Coslett
ccoslett@bm.net
Patrick F. Madden
pmadden@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

Robert E. Litan
rlitan@bm.net
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone: (202) 559-9745

*Interim Co-Lead Counsel for the Publisher Class*

**WILSON SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 9

Serina M. Vash
New York Bar No.: 2773448
svash@hermanjones.com
153 Central Avenue, # 131
Westfield, NJ 07090
(404) 504-6516
**HERMAN JONES LLP**

John C. Herman
jherman@hermanjones.com
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
(404) 504-6500
**HERMAN JONES LLP**

Paul T. Farrell, Jr.
paul@farrellfuller.com
Michael J. Fuller, Jr.
mike@farrellfuller.com
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
(939) 293-8244
**FARRELL & FULLER, LLC**

Paul J. Geller
pgeller@rgrdlaw.com
Stuart A. Davidson
sdavidson@rgrdlaw.com
Alexander C. Cohen
acohen@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000
**ROBBINS GELLER RUDMAN & DOWD LLP**

David W. Mitchell
davidm@rgrdlaw.com
Steven M. Jodlowski
sjodlowski@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101

**WILSON
SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 10

(619) 231-1058
**ROBBINS GELLER RUDMAN & DOWD LLP**

Robert P. Fitzsimmons
bob@fitzsimmonsfirm.com
Clayton J. Fitzsimmons
clayton@fitzsimmonsfirm.com
Mark A. Colantonio
mark@fitzsimmonsfirm.com
1609 Warwood Avenue
Wheeling, WV 26003
(304) 277-1700
**FITZSIMMONS LAW FIRM PLLC**

*Counsel for Direct Action Newspaper Plaintiffs*

**WILSON SONSINI**

February 27, 2023                                                 CONFIDENTIAL
Page 11

## APPENDIX A

| DOJ Search Terms |
|---|
| ("M&A" OR "M & A" OR MA OR merger* OR acquisition* OR acquir* OR transaction OR divest* OR JV OR "joint venture" OR "joint-venture" OR alliance) /20 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR AwBid) |
| (complain* OR investig* OR inquir* OR alleg* OR claim* OR argue* OR CID* OR "civil investigative demand" OR "civil investigative demands" OR subpoena* OR litig* OR lawsuit OR sue* OR suing) /40 (anticompet* OR (anti pre/1 compet*) OR competit* OR antitrust OR "anti-trust" OR monopol* OR oligopol* OR monopson* OR dominan* OR conspir* OR collu* or allocat* OR Sherman OR Clayton OR FTC OR "Federal Trade Commission" OR DOJ OR "Department of Justice" OR "Justice Department") |
| (("R&D" OR "R & D" OR research* OR release* OR develop* OR upgrad* OR expan*) /20 ((person pre/3 year*) OR (person pre/3 month*) OR cost* OR expen* OR sunk* OR invest* OR resource* OR timelin* OR amortiz*)) AND (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR DCLK OR GA360 OR "DoubleClick for Publishers" OR DFP OR DFA OR DBM OR DDM OR GCM OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR DV360 OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR AwBid OR ADH OR "Ads Data Hub") |

**WILSON SONSINI**

February 27, 2023                                           CONFIDENTIAL
Page 12

| DOJ Search Terms |
|---|
| (((plan OR plans OR planned OR planning) /10 business) OR strateg* OR forecast* OR roadmap OR project* OR predict* OR budget* OR decision* OR decid* OR stud* OR (white pre/1 paper*) OR whitepaper* OR memo* OR report* OR deck* OR slide* OR slideshow* OR presentation* OR PowerPoint* OR "Power Point" OR "Power Points") /20 (entry OR "R&D" OR "R & D" OR research* OR (develop* /10 (plan OR plans OR planned OR planning OR strateg* OR forecast* OR roadmap OR project* OR predict* OR budget* OR decision* OR decid*)) OR expan* OR grow* OR exit* OR shrink* OR enter* OR retrench* OR market* OR scal* OR compet* OR pric* OR objectiv* OR improv* OR cost* OR experiment*) /20 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR "gTrade" OR "Poirot" OR "Jedi" OR "Elmo" OR "Marple" OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR "AwBid" OR 3PE OR "Third Party Exchange" OR "Fast Fetch" OR "Delayed Fetch" OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR UPR OR UFPA OR DFL OR Nera OR Narnia OR Banksy OR HBGY OR HBYG OR (HB /20 (ad OR ads OR advertis* OR pub OR pubs OR publisher* OR SSP* OR exchange* OR DSP* OR Amazon OR AMZN OR TAM OR Facebook OR FB OR FAN)) OR "HB Yield Group" OR "Client-Side Indirect" OR Yavin OR "Demand Product" OR "Ad Connector" OR (share w/3 wallet) OR Potassium OR Newton OR 3PC OR ((3P OR (third* /3 part*)) /10 cookie*) OR ((DBM OR DV3 OR DV360 OR AdX OR GAM OR "Ad Exchange" OR ADXSSL) /25 (consolidat*)) OR (consolidat* /10 metric*) OR ((DBM OR DV3 OR DV360) /25 increment*) OR CSAM OR Viral OR GAIA OR biscotti OR zwieback OR (data /5 leak*) OR Constellation OR "Full Circle" OR "Ads Data Hub" OR ADH OR ((quality) /25 (bid w/10 (quer* OR request*))) OR (cookie* /5 match*) OR (inventory w/2 (quality OR signal*)) OR ((clean* OR dirt* OR risk* OR IVT OR invalid OR fraud* OR spam*) /3 (inventory OR supply))) |

**WILSON SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 13

| DOJ Search Terms |
|---|
| ((pric\* OR rate OR rates OR discount\* OR fee OR fees OR commission\*) /10 (plan OR plans OR planned OR planning OR list\* OR polic\* OR forecast\* OR strateg\* OR analy\* OR program OR decision OR decid\* OR revshar\* OR ((rev OR revenue) /2 shar\*) OR card OR cards)) /20 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR AwBid OR ADH OR "Ads Data Hub" OR Banksy OR HBYG OR UPR OR UFPA OR DFL OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav\* OR shad\* OR mult\* OR hid\* OR optimiz\* OR cach\* OR budget\*)) OR gTrade OR Poirot OR Poirit OR Elmo OR Marple OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz\*) OR "Demand Path Optimization" OR DPO OR (optimiz\* w/3 path) OR 3PE OR "Third Party Exchange" OR model\* OR "experiment\*") |
| (moat OR "pricing power" OR "market power" OR "monopoly" OR "monopsony" OR "competitive edge" OR "efficient scale" OR "entry barriers" OR "entrench" OR "dominant" OR "market leader" OR "market position" OR "network effects") AND (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR "gTrade" OR "Poirot" OR "Poirit" OR "Jedi" OR "Elmo" OR "Marple" OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz\*) OR "Demand Path Optimization" OR DPO OR (optimiz\* w/3 path) OR "AwBid" OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav\* OR shad\* OR mult\* OR hid\* OR optimiz\* OR cach\* OR budget\*)) OR UPR OR UFPA OR DFL OR Nera OR Narnia OR Banksy OR HBGY OR HBYG OR HB OR "HB Yield Group" OR "Client-Side Indirect" OR Yavin OR "Demand Product" OR "Ad Connector" OR Potassium OR Newton OR 3PC OR ((third\* w/3 part\*) AND cookie\*) OR GAIA OR biscotti OR zwieback OR (data w/5 leak\*) OR Constellation OR "Full Circle" OR "Ads Data Hub" OR ADH OR (cookie w/5 match\*) OR (inventory w/2 (quality OR signal\* OR data)) OR ((clean\* OR dirt\* OR risk\* OR IVT OR invalid OR fraud\* OR spam\*) w/3 (inventory OR supply))) |

**WILSON SONSINI**

February 27, 2023                                             CONFIDENTIAL
Page 14

| DOJ Search Terms |
|---|
| ((market* /5 (share* or percent* or portion* or segmen* or vertical* OR presence OR domina* OR position)) /50 (protect* OR preserv* OR maint* OR keep* OR defend* OR guard* OR shield*)) /50 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR AwBid OR ADH OR "Ads Data Hub" OR Banksy OR HBYG OR UPR OR UFPA OR DFL OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR gTrade OR Poirot OR Poirit OR Elmo OR Marple OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR 3PE OR "Third Party Exchange" OR SoW OR (share OR fraction OR portion w/3 wallet) OR model* OR "experiment*") |
| ((plan OR plans OR planned OR planning OR strateg* OR roadmap OR decision* OR decide* OR develop* OR create OR creates OR created OR creating OR design* OR "R&D") /20 (ecosys* OR interop* OR rely* OR compat* OR combin*)) /30 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR AwBid OR ADH OR "Ads Data Hub" OR UPR OR UFPA OR DFL OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR gTrade OR Poirot OR Poirit OR Elmo OR Marple OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR 3PE OR "Third Party Exchange" OR model* OR "experiment*" OR Nera OR Narnia OR Yavin OR "Demand Product" OR "Ad Connector") |

**WILSON SONSINI**

February 27, 2023                                        CONFIDENTIAL
Page 15

| DOJ Search Terms |
|---|
| ((analy* OR report* OR study OR studie* OR research* OR whitepaper OR "white paper" OR "white-paper") /5 (econom* OR market*)) /50 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR "gTrade" OR "Poirot" OR "Poirit" OR "Jedi" OR "Elmo" OR "Marple" OR "Supply Path Optimization" OR SPO (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR "AwBid" OR 3PE OR "Third Party Exchange" OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR UPR OR UFPA OR DFL OR Nera OR Narnia OR Banksy OR HBGY OR HBYG OR HB OR "HB Yield Group" OR "Client Side Indirect" OR Yavin OR "Demand Product" OR "Ad Connector" OR Potassium OR Newton OR 3PC OR (third* w/3 cookie*) OR ((DBM OR DV3 OR DV360 OR video OR platform OR AdX OR GAM) w/5 consolidat*) OR (consolidat* w/10 metric*) OR ((DBM OR DV3 OR DV360) w/10 increment*) OR "Ads Data Hub" OR ADH OR (cookie* w/5 match*) OR (inventory w/2 (quality OR signal* OR data)) OR ((clean* OR dirt* OR risk* OR IVT OR invalid OR fraud* OR spam*) w/3 (inventory OR supply)) OR model* OR experiment*) |

**WILSON SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 16

| DOJ Search Terms |
|---|
| (compet* OR rival* OR (market* /5 (share* OR entry OR exit OR foreclose* OR dominan* OR leader OR position OR concentrate* OR HHI OR disrupt*))) /20 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR "Relay Media" OR Rubicon OR OpenX OR FreeWheel OR "Free Wheel" OR SpotX OR (Trade /3 Desk) OR Pubmatic OR (Index /3 Exchange) OR Oracle OR AppNexus OR Xandr OR Sizmek OR Flashtalking OR (Tube /3 Mogul) OR Adobe OR Oath OR MediaMath OR Dataxu OR Adform OR Sonobi OR Aol OR GumGum OR Criteo OR Flashtalking OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR "gTrade" OR "Poirot" OR "Poirit" OR "Jedi" OR "Elmo" OR "Marple" OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR "AwBid" OR 3PE OR "Third Party Exchange" OR "Fast Fetch" OR "Delayed Fetch" OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR UPR OR UFPA OR DFL OR Nera OR Narnia OR Banksy OR HBGY OR HBYG OR HB OR "HB Yield Group" OR "Client-Side Indirect" OR Yavin OR "Demand Product" OR "Ad Connector" OR Sow OR (share w/3 wallet) OR Potassium OR Newton OR 3PC OR (third* w/3 cookie*) OR ((DBM OR DV360 OR DV3 OR video OR platform OR AdX OR GAM) w/5 consolidat*) OR (consolidat* w/10 metric*) OR ((DBM OR DV360 OR DV3) w/10 increment*) OR CSAM OR Viral OR GAIA OR biscotti OR zwieback OR (data w/5 leak*) OR Constellation OR "Full Circle" OR "Ads Data Hub" OR ADH OR ((data OR signal* OR quality OR bid) w/10 (quer* OR request*)) OR (cookie* w/5 match*) OR (inventory w/2 (quality OR signal*)) OR ((clean* OR dirt* OR risk* OR IVT OR invalid OR fraud* OR spam*) w/3 (inventory OR supply)) OR model* OR experiment*) |

**WILSON SONSINI**

February 27, 2023                                                CONFIDENTIAL
Page 17

| DOJ Search Terms |
|---|
| ((compet* OR rival*) /20 (market* /5 (share* OR entry OR exit OR foreclose* OR dominan* OR leader OR position OR concentrate* OR HHI OR disrupt*))) AND (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR AwBid OR ADH OR "Ads Data Hub" OR Banksy OR HBYG OR UPR OR UFPA OR DFL OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR gTrade OR Poirot OR Poirit OR Elmo OR Marple OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR 3PE OR "Third Party Exchange" OR SoW OR (share OR fraction OR portion w/3 wallet)) |
| ((compet* OR rival*) /20 (strength OR weakness OR compar* OR analy*)) /20 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR AwBid OR ADH OR "Ads Data Hub" OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR 3PE OR "Third Party Exchange" OR Nera OR Narnia OR Newton OR Potassium OR 3PC OR (third* w/3 cookie*) OR GAIA OR biscotti OR zwieback OR (cookie* w/5 match*) OR (inventory w/2 (quality OR signal*)) OR ((clean* OR dirt* OR risk* OR IVT OR invalid) w/2 (traffic OR fraud* OR spam*))) |

**WILSON
SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 18

| DOJ Search Terms |
|---|
| ((compet* OR rival*) /10 (quality OR technolog* OR performance OR privacy OR security OR "user experience" OR UX OR customizability OR inventory OR availability OR publisher* OR develop* OR data OR (customer /5 service))) AND (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR AwBid OR ADH OR "Ads Data Hub" OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid w/2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR 3PE OR "Third Party Exchange" OR Nera OR Narnia OR Newton OR Potassium OR 3PC OR ((third* w/3 part*) AND cookie*) OR GAIA OR biscotti OR zwieback OR (cookie* w/5 match*) OR (inventory w/2 quality OR signal*) OR ((clean* OR dirt* OR risk* OR IVT OR invalid) w/2 (traffic OR fraud* OR spam*))) |
| (supply OR demand) /20 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR "Elmo" OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR 3PE OR "Third Party Exchange" OR experiment*) |

**WILSON SONSINI**

February 27, 2023                                                                      CONFIDENTIAL
Page 19

| DOJ Search Terms |
|---|
| (compet* OR rival* OR substitut*) /20 (supply OR demand OR cost OR scale OR inventory OR price OR elastic*) /20 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR "Elmo" OR "Supply Path Optimization" OR SPO OR (supply w/2 optimiz*) OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR 3PE OR "Third Party Exchange" OR model* OR "experiment*" OR Banksy OR HBYG OR UPR OR UFPA OR DFL OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid /2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR gTrade OR Poirot OR Poirit OR Elmo OR Marple) |
| (plan OR plans OR planned OR planning OR strateg* OR roadmap OR rational* OR complain* OR concern* OR investig* OR inquir* OR alleg* OR claim* OR argue OR CID* OR "civil investigative demand" OR "civil investigative demands" OR subpoena* OR litig* OR lawsuit OR sue* OR suing) /50 (AMP OR (acceler* pre/1 "mobile page") OR (acceler* pre/1 "mobile pages") OR "Fast Fetch" OR "Delayed Fetch") |
| ((data* OR datum OR histor* OR info* OR inform*) /30 (sale* OR sell* OR commerc* OR monetiz*)) /30 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR DCM OR DFA OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR AFS OR AFC OR DRX OR "X for Publishers" OR GMP OR DV3 OR SA3 OR "X for Advertisers" OR XFA OR GCN OR "Relay Media" OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR (unified OR universal w/2 ID OR identifi*) OR Nera OR Narnia OR Potassium OR Newton OR 3PC OR (third* w/3 cookie*) OR GAIA OR biscotti OR zwieback OR Constellation OR "Full Circle" OR "Ads Data Hub" OR ADH OR ((data OR signal* OR quality OR bid) w/10 (quer* OR request*)) OR (cookie* w/5 match*) OR (inventory w/2 (quality OR signal*))) |

WILSON
SONSINI

February 27, 2023                                    CONFIDENTIAL
Page 20

| DOJ Search Terms |
| --- |
| (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR "DoubleClick Search" OR DCM OR DFA OR DRX OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR GMP OR GCN OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "X for Publishers" OR "X for Advertisers" OR XFA OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA3 OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AFS OR AFC OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR "gTrade" OR "Poirot" OR "Jedi" OR "Elmo" OR "Marple" OR "Supply Path Optimization" OR SPO OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR "AwBid" OR "Fast Fetch" OR "Delayed Fetch" OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid /2 (shav* OR shad* OR mult* OR hid* OR optimiz* OR cach* OR budget*)) OR UPR OR UFPA OR DFL OR Nera OR Narnia OR Banksy OR HBGY OR HBYG OR (HB /20 (ad OR ads OR advertis* OR pub OR pubs OR publisher* OR SSP* OR exchange* OR DSP* OR Amazon OR AMZN OR TAM OR Facebook OR FB OR FAN)) OR "HB Yield Group" OR "Client-Side Indirect" OR Yavin OR "Demand Product" OR "Ad Connector" OR Potassium OR Newton OR 3PC OR (third* w/3 cookie*) OR CSAM OR Viral OR GAIA OR biscotti OR zwieback OR Constellation OR ((unified OR universal) w/2 (ID OR identifi*))) /20 (RevForce OR (rev w/2 force) OR waffle OR amortiz* OR depreciat* OR pric* OR fee OR (rev* /5 shar*) OR (term* /3 sale or sales) OR discount OR profit* OR margin* OR commiss* OR ((business* OR "short term" OR "long term" OR budget* OR financ* OR model* OR estimat* OR trend*) /5 (plan OR plans OR planned OR planning OR strateg* OR objectiv* OR project* OR roadmap)) OR default* OR (expan* /5 (market* OR product* OR eco*)) OR "R&D" OR research* OR (develop* /10 (plan OR plans OR planned OR planning OR strateg* OR forecast* OR roadmap OR project* OR predict* OR budget* OR decision* OR decid* OR model* OR estimat* OR trend*))) |
| (develop* OR plan OR plans OR planned OR planning OR introduc* OR updat* OR revis* OR chang* OR objectiv* OR modif* OR design* OR create OR creates OR created OR creating OR experiment* OR test OR testing OR tested OR tests OR Rasta) /25 ((real OR realtime OR "real-time" /5 bid*) OR RTB OR (dynamic /3 allocat*) OR (unified /3 pric*) OR EDA OR (exchang* /5 bid*) OR EDBA OR EBDA OR (open* /5 bid*) OR "Ad Exchange" OR AdX OR "Ad X" OR DFP OR DFA OR DBM OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Ad Manager" OR GAM OR (DRX /20 (ad OR ads OR advertis* OR pub OR pubs OR publisher* OR SSP* OR exchange* OR DSP* OR Amazon OR AMZN OR TAM OR Facebook OR FB OR FAN)) OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR "gTrade" OR "Poirot" OR "Jedi" OR "Elmo" OR "Marple" OR "Supply Path Optimization" OR SPO OR "Demand Path Optimization" OR DPO OR (optimiz* w/3 path) OR "AwBid" OR "Dynamic Revenue Share" OR "Dynamic Rev Share" OR DRS OR Bernanke OR RPO OR (bid /2 (shav* OR shad*)) OR UPR OR UFPA OR DFL OR Nera OR Narnia OR Banksy OR HBGY OR HBYG OR (HB /20 (ad OR ads OR advertis* OR pub OR pubs OR publisher* OR SSP* OR exchange* OR DSP* OR Amazon OR AMZN OR TAM OR Facebook OR FB OR FAN)) OR "HB Yield Group" OR "Client-Side Indirect" OR Yavin OR "Demand Product" OR "Ad Connector") |

WILSON
SONSINI

February 27, 2023                                               CONFIDENTIAL
Page 21

| DOJ Search Terms |
|---|
| (((third* /3 part*) OR 3P OR "Non Google" OR nongoogle OR compet* OR rival* OR Rubicon OR OpenX OR FreeWheel OR "Free Wheel" OR SpotX OR (Trade /3 Desk) OR Pubmatic OR (Index /3 Exchange) OR Oracle OR AppNexus OR Xandr OR Sizmek OR Flashtalking OR (Tube /3 Mogul) OR Adobe OR Oath OR MediaMath OR Dataxu OR Adform OR Sonobi OR Aol OR GumGum OR Criteo OR Flashtalking) /40 (integrat* OR compat* OR support* OR contract* OR agree*)) /40 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "DoubleClick" OR "Bid Manager" OR DBM OR "Campaign Manager" OR "DoubleClick Search" OR DCM OR DFA OR DRX OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR GMP OR GCN OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "X for Publishers" OR "X for Advertisers" OR XFA OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA3 OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AFS OR AFC OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR 3PE OR "Third Party Exchange" OR Nera OR Narnia OR Potassium OR Newton OR 3PC OR (third* w/3 cookie*) OR GAIA OR biscotti OR zwieback OR Constellation OR "Full Circle" OR "Ads Data Hub" OR ADH OR ((data OR signal* OR quality OR bid) w/10 (quer* OR request*)) OR (cookie* w/5 match*) OR experiment* OR (clean* OR dirt* OR risk* OR IVT OR invalid) w/2 (traffic OR fraud* OR spam*)) |
| (data* /50 (import* OR export*)) /50 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR "DoubleClick Search" OR DCM OR DFA OR DRX OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR GMP OR GCN OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "X for Publishers" OR "X for Advertisers" OR XFA OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA3 OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AFS OR AFC OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR (invite pre/3 media) OR DRX OR "Advertising Exchange" OR ADXSSL OR AM360 OR "Ad Manager 360" OR ((unified OR universal) w/2 (ID OR identifi*)) OR Nera OR Narnia OR Potassium OR Newton OR 3PC OR (third* w/3 cookie*) OR GAIA OR biscotti OR zwieback OR Constellation OR "Full Circle" OR "Ads Data Hub" OR ADH OR ((data OR signal* OR quality OR bid) w/10 (quer* OR request*)) OR (cookie* w/5 match*) OR model* OR experiment*) |

**WILSON SONSINI**

February 27, 2023                                                             CONFIDENTIAL
Page 22

| DOJ Search Terms |
|---|
| ((multi* pre/3 (home OR homed OR homing)) OR (multi* /5 provid*)) /50 (AdWords OR "Ad Words" OR "Google Display Network" OR GDN OR DoubleClick OR "Double Click" OR "Double-Click" OR "Bid Manager" OR DBM OR "Campaign Manager" OR "DoubleClick Search" OR DCM OR DFA OR DRX OR "Ads Data Hub" OR ADH OR "DoubleClick Studio" OR "DoubleClick Search" OR "Google Analytics 360 Suite" OR GA360 OR GMP OR GCN OR "DoubleClick for Publishers" OR DFP OR "Ad Exchange" OR AdX OR "Ad X" OR "X for Publishers" OR "X for Advertisers" OR XFA OR "Google Ads" OR "Smart Campaigns" OR "Google Marketing Platform" OR "Display & Video 360" OR "Display and Video 360" OR DV360 OR "Campaign Manager" OR Studio OR "Search Ads 360" OR SA3 OR SA360 OR "Google Analytics" OR "Google Ad Manager" OR GAM OR AdSense OR "Ad Sense" OR AFS OR AFC OR AdMob OR "Ad Mob" OR DVIP OR AdMeld OR (invite pre/3 media) OR "Advertising Exchange" OR ADXSSL OR "Ad Manager 360" OR AM360 OR 3PE OR "Third Party Exchange" OR ((Third OR non-Google OR external OR outside) w/2 (exchange OR SSP OR DSP OR "Ad Server" OR AdServer OR PAS))) |
| (Head* /5 bid*) OR "PreBid" OR "Poirot" OR "Elmo" OR Banksy OR HBGY OR HBYG OR (HB /20 (ad OR ads OR advertis* OR pub OR pubs OR publisher* OR SSP* OR exchange* OR DSP* OR Amazon OR AMZN OR TAM OR Facebook OR FB OR FAN)) OR "HB Yield Group" OR (IAB w/2 (head* w/5 bid*)) |
| (((third* /3 part*) OR 3P OR Freewheel OR "Free Wheel" OR "Non Google" OR nongoogle OR compet* OR rival*) /30 (integrat* OR compatib* OR support* OR contract* OR allow OR agreement*)) /30 (Search OR AdSense OR AdX) OR ((DBM or DV3 OR DV360 OR video OR platform OR AdX OR GAM) AND (consolidat*)) OR (consolidat* w/10 metric*) OR (( DBM OR DV3 OR DV360) AND increment*) OR ((DBM OR DV3 OR DV360 OR video OR platform OR AdX OR GAM OR AdSense) w/10 (inventory w/2 (quality OR signal*))) OR ((clean* OR dirt* OR risk* OR IVT OR invalid) w/2 (traffic OR fraud* OR spam*)) |

**WILSON SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 23

| Texas OAG Search Terms |
|---|
| (integrat* OR combin* OR unif* OR consolidat* OR incorporat* OR join* OR link* OR interfac* OR interop* OR fold* OR rebrand*) /5 (("Google Ad Exchange" OR AdX) /5 ("DoubleClick Bid Manager" OR DBM OR "Google Ad Manager" OR "GAM" OR DFP OR "DoubleClick for Publishers" OR DRX)) |
| ((integrat* OR combin* OR unif* OR consolidat* OR incorporat* OR join* OR link* OR interfac* OR interop* OR fold* OR rebrand*) /5 (("Google Marketing Platform" OR GMP) /5 (("Google Analytics" OR GA360 OR "Analytics 360") OR (DoubleClick OR DBM OR DCM) OR DV360 OR "Display & Video 360"))) |
| ((integrat* OR combin* OR unif* OR consolidat* OR incorporat* OR join* OR link* OR interfac* OR interop* OR fold* OR rebrand*) /5 (("Google Ad Exchange" OR AdX) /10 (AdMob OR "Invite Media"))) |
| (((complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisfied OR dissatisfaction OR disadvantage* OR degrad* OR disfavor*) /5 ("Google Ad Exchange" OR AdX OR DRX)) OR ((minimum /5 spend) /5 ("Ad Exchange" OR AdX))) |
| ((complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad*) AND (("dynamic allocation" OR "enhanced dynamic allocation" OR EDA) /10 (AdX OR "Google Ad Exchange" OR AdSense OR AdMob OR DFP OR "DoubleClick for Publishers" OR "Google Ad Manager" OR "GAM"))) |
| ("Dynamic Allocation" /25 (("work together" OR integrat* OR interact* OR interop* OR unif* OR combin* OR consolidat* OR incorporat* OR join* OR link* OR interfac*) /15 (AdX OR "Google Ad Exchange" OR AdSense OR AdMob OR DFP OR "DoubleClick for Publishers" OR "Google Ad Manager" OR "GAM"))) |
| (("Header bidding" OR HB OR prebid) /10 (effect* OR impact* OR affect* OR counter* OR fight* OR "respond to" OR "new product" OR "compete with" OR revenue OR threat OR "exchange bidding" or EBDA or "open bidding")) |
| (("Header bidding" OR HB OR prebid) /10 (#test OR #study OR report OR #analysis) AND (#Effective OR #Abandon OR latency)) |
| ((complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisfied OR dissatisfaction OR disadvantage* OR degrad*) /15 ("exchange bidding" OR "open bidding" OR EBDA)) |
| (("exchange bidding" OR "open bidding" OR EBDA) /10 (impact* OR affect* OR result* OR increas* OR higher OR decreas* OR declin* OR reduc* OR low*) /15 (revenue* OR profit* OR yield* OR return* OR spend* OR fee* OR rate* OR charge* OR cost*)) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ((govern* OR authority OR "steering committee" OR TSC OR "advisory committee" OR "AC") /10 (criteria* OR standard* OR rule* OR participat* OR join*))) |

**WILSON SONSINI**

February 27, 2023                                                CONFIDENTIAL
Page 24

| Texas OAG Search Terms |
|---|
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 (justif* OR purpose OR reasoning OR "reason behind" OR rationale) AND ((("user experience" or UX) AND (better or improved or superior)) OR "faster page loads" OR (reduc* w/1 latency) OR speed OR optimiz*)) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 (expenditure OR finance OR "P&L" OR "pay for" OR underwrit* OR bankroll* OR subsidiz*)) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ("Behavioral data" OR (Data /15 collect*))) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ((revenue* or profit*) w/1 (boost* OR increas* OR enhanc* OR goose* OR juice* OR surg* OR skyrocket* OR grow* OR drop* OR decreas* OR limit* OR declin* OR shrink* OR dwindl* OR "falling off" OR "fall off"))) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ("alternative to" OR "potential alternative" OR "build versus buy" OR "build vs buy" OR "build vs. buy" OR "better option" OR "superior to" )) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 (cookie* /10 match* OR track* OR Newton OR Potassium)) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ((rank* OR position OR factor* OR place*) /15 (algo* OR "SERP" OR "search engine" /1 result*))) |
| (("non-AMP" OR (normal /1 (page* or site*))) /10 (carousel*)) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 (Cache /10 (google.com OR ampproject.com OR cloudfare))) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 (Data /10 (("third-party" OR "third party" OR 3P) /5 analytic*))) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ((harm* OR hurt* OR reduc* OR disadvantage* OR degrad* OR disfavor*) /15 (*compet* OR publishers OR pubs OR websites OR sites))) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 (Prebid /10 (relation* OR control* OR influenc* OR affect* OR effect*))) |

**WILSON SONSINI**

February 27, 2023                                                                 CONFIDENTIAL
Page 25

| Texas OAG Search Terms |
|---|
| ("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ((#study OR #test OR #review OR #assessment OR #analysis) /10 (#latency OR #abandon OR #effective)) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ((affect* OR change* OR impact*) /15 ((traffic* OR visit*) /15 (pubs* OR publishers*)))) |
| (("AMP" OR ("accelerated mobile" /1 Page) OR "AMP Project" OR "AMP Page") /10 ("ampletter.org" OR "A letter about Google AMP" OR "open letter")) |
| ("Privacy Policy" /25 (DFP OR "DoubleClick For Publishers") AND (chang* OR alter* OR plan* OR decid* OR complain* OR angry OR "mad" OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose OR object* OR annoy* OR dissatisfied OR dissatisfaction OR disadvantage* OR degrad* OR disfavor*)) |
| (Chrome AND (cookie* AND (track* OR sync* OR match* OR monitor* follow*)) AND ("third-part" OR (third /1 part*) OR 3P*) AND ("cross site" OR "cross-site" OR "across site" OR (multiple /3 site*) OR #track OR sync* OR Newton OR Potassium)) |
| ("Privacy Policy" /10 (chang* OR alter* OR plan* OR decid* OR complain* OR angry OR "mad" OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose OR object* OR annoy* OR dissatisfied OR dissatisfaction OR disadvantage* OR degrad* OR disfavor*)) |
| (acqui* OR merg* OR "M&A" OR buy OR purchase OR Market OR markets OR marketplace OR marketshare OR monopol* OR compet* OR "market share" OR barrier* OR entry OR enter OR enters OR entered OR overlap* OR expansion OR expand* OR demand OR supply OR steal* OR stole OR switch* OR dominat* OR exit* OR loyal OR incumb* OR substit* OR rival* OR uncompetitive OR weak* OR reposition* OR predatory OR maverick OR replace* OR disfavor*) w/15 (DoubleClick OR DART OR "DoubleClick for publishers" OR DFP OR "Decision Engine" OR DE OR "Unified Advertiser Suite" OR DFA OR (DoubleClick w/5 ("Ad Exchange" OR AdX)) OR DBM OR DCM OR Googleclick OR DCLK) |
| ((acqui* OR merg* OR "M&A" OR buy OR purchase OR Market OR markets OR marketplace OR marketshare OR monopol* OR compet* OR share* OR barrier* OR entry OR enter OR enters OR entered OR overlap* OR expansion OR expand* OR win OR winning OR won OR wins OR lose OR lost OR loss OR demand OR supply OR steal* OR stole OR switch* OR dominat* OR exit* OR loyal OR incumb* OR substit* OR rival* OR uncompetitive OR weak* OR reposition* OR predatory OR maverick OR replace* OR disrupt* OR enemy OR synerg* OR efficien*) w/20 admob) |
| ((acqui* OR merg* OR "M&A" OR buy OR purchase OR Market OR markets OR marketplace OR marketshare OR monopol* OR compet* OR share* OR barrier* OR entry OR enter OR enters OR entered OR overlap* OR expansion OR expand* OR win OR winning OR won OR wins OR lose OR lost OR loss OR demand OR supply OR steal* OR stole OR switch* OR dominat* OR exit* OR loyal OR incumb* OR substit* OR rival* OR uncompetitive OR weak* OR reposition* OR predatory OR |

**WILSON SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 26

| Texas OAG Search Terms |
|---|
| maverick OR replace* OR disrupt* OR enemy OR synerg* OR efficien*) w/20 (AdMeld OR FireMeld OR "project Seventeen" OR "project 17")) |
| ((acqui* OR merg* OR "M&A" OR buy OR purchase OR Market OR markets OR marketplace OR marketshare OR monopol* OR compet* OR share* OR barrier* OR entry OR enter OR enters OR entered OR overlap* OR expansion OR expand* OR win OR winning OR won OR wins OR lose OR lost OR loss OR demand OR supply OR steal* OR stole OR switch* OR dominat* OR exit* OR loyal OR incumb* OR substit* OR rival* OR uncompetitive OR weak* OR reposition* OR predatory OR maverick OR replace* OR disrupt* OR enemy OR synerg* OR efficien*) w/20 ("Invite Media" OR (Invite w/10 "Bid Manager"))) |
| (AdWords OR "Google Ads" OR GDN OR "Google Display Network" OR "Google Ad Exchange" OR "Google Ad Manager" OR GAM) w/20 (AdSense OR AdX) w/20 ((certif* w/15 network*) OR limit OR requir* OR urge* OR push* OR mandatory OR involve*) |
| (complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) w/20 ((AdWords OR "Google Ads" ) w/20 ((auction* OR bid* OR select* OR pick* OR chose* OR proc* OR method) w/20 (win* OR optimiz* OR outbid* OR award*))) |
| (complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) AND (Smart w/3 Pric*) |
| (complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) w/20 ("Doubleclick for Publishers" OR DFP OR "Ad Manager" OR GAM) |
| ("Doubleclick for Publishers" OR DFP OR "Ad Manager" OR GAM) w/20 (direct* w/5 (sale OR sold OR sell OR inventory)) |
| ("small business" OR "small biz" OR SMB OR SB) w/20 (free OR charge OR pric* OR cost OR fee* OR revenue* OR profit OR monetiz* or optimiz* or scale*) |
| ("DFP Premium" OR DFPP OR Premium OR "DoubleClick for Publishers Premium") w/20 (free OR charge OR pric* OR cost OR fee* OR revenue OR profit* OR monetiz* OR optimiz* OR scale* OR AdSense OR AdX OR "Ad Exchange" OR DRX OR GAM OR "Google Ad Manager") |
| ((Market OR markets OR marketplace OR "market share" OR monopol* OR compet* OR share* OR barrier* OR entry OR enter OR enters OR entered OR overlap* OR expansion OR expand* OR win OR winning OR won OR wins OR lose OR lost OR loss OR demand OR supply OR steal* OR stole OR switch* OR dominat* OR exit* OR loyal OR incumb* OR substit* OR rival* OR uncompetitive OR weak* OR reposition* OR predatory OR maverick OR replace* OR disrupt* OR enemy) w/20 (("Trade Desk" OR "TheTradeDesk" OR "TradeDesk" OR TTD OR DataXu OR "Data Xu" OR Adform OR (Verizon w/3 ("ad network" OR DSP OR SSP OR Exchange OR "ad server" OR DMP)) OR "Oath Ad |

**WILSON SONSINI**

| Texas OAG Search Terms |
|---|
| Platforms" OR ("Oath" w/3 "ad network" OR DSP OR SSP OR Exchange OR "ad server" OR DMP)) OR Sizmek OR Epom OR "Amazon DSP" OR AAP OR "Amazon Advertising Platform" OR (AppNexus w/3 ("ad network" OR DSP OR SSP OR Exchange OR "ad server" OR DMP)) OR "AppNexus Programmable Platform" OR (Xandr w/3 ("ad network" OR DSP OR SSP OR Exchange OR "ad server" OR DMP)) OR "Xandr Invest" OR "Xandr Monetize" OR "Xandr Videology OR (Turn w/3 (DSP OR DMP)) OR MediaMath OR "Media Math" OR SpotX OR TubeMogul OR OpenX OR Rubicon OR Pubmatic OR Telaria OR Teads OR InMobi OR MoPub OR Ooyala OR "Transparent Ad Marketplace" OR "Unified Ad Marketplace" OR "Index Exchange" OR "Facebook Audience Network" OR FAN OR Criteo OR "Amazon Mobile Ads Network" OR (Amazon w/3 "ad network") OR "Microsoft Audience Network" OR "Bing Audience Network" OR (Bing w/3 "ad network") OR (LinkedIn w/3 "ad network") OR Chartboost OR "Unity Ads" OR AdColony OR IronSource OR Vungle OR Fyber OR AppLovin OR Taboola OR Outbrain OR Matomy OR (SalesForce w/3 analytics) OR BlueKai OR (Adobe w/3 ("ad network" OR DSP OR SSP OR Exchange OR "ad server" OR DMP)) OR "Audience Manager" OR Lotame OR "Amobee Turn" OR (Yahoo! w/3 ("ad network" OR DSP OR SSP OR Exchange OR "ad server" OR DMP)) OR inMob OR "Audience Match" OR (Nielsen w/3 analytics) OR (IBM w/3 analytics OR DSP) OR Kochava OR Webtrends OR Adslot OR Weborama OR Innovid OR Conversant OR Flashtalking OR Celtra OR AdGlare OR AdGear OR (Amazon w/3 "ad server") OR (Snap* w/3 "ad server") OR (trueffect w/3 "ad server") OR Unruly OR Zeus OR Kenshoo OR AdColony OR (Accenture w/3 analytics) OR acquisio OR adition OR adzerk OR "AT internet" OR (Clinch w/3 (DSP OR "ad server" OR "campaign manager" OR "campaign management" OR "analytics")) OR eSearchVision OR "extreme reach" OR IgnitionOne OR IntelliAd OR Omnicom OR Optmyzr OR "Piwik Pro" OR Polar OR QuanticMind OR Rakuten OR NextPerf OR (SAS w/3 analytics) OR "Smart ad server" OR webtrekk OR WordStream OR Smaato OR TripleLift OR Zeta OR Sovrn OR RhythmOne OR MobFox OR "media.net" OR Sonobi OR Yieldmo OR "Chocolate Platform" OR Fluct OR Zedo OR Freewheel OR FW OR ((Facebook OR FB) w/3 (exchange OR SSP OR "ad network" OR analytics)) OR (TripAdvisor w/3 "ad network") OR (Yelp w/3 "ad network") OR (etsy w/3 "ad network") OR Twitter OR (Snapchat w/3 "ad network") OR (Pinterest w/3 "ad network")) OR (Safari OR Firefox OR UC OR "internet explorer" OR Opera OR (microsoft w/5 edge) OR (Baidu w/5 browser) OR Puffin OR Ghostery OR Cheetah OR Yandex OR Vivaldi OR Dolphin OR (samsung w/5 browser) OR Brave OR Lynklet) OR (TikTok OR Twitch OR Dailymotion OR Vimeo OR Apple OR Hulu OR Roku OR Netflix))) NOT industryinfo |
| "Strategy Book" OR "Strategy Charter" |
| DV360 w/30 (discount* OR pricing OR price* OR bundle* OR rebate* OR incentiv* OR "rate card" OR remuneration OR refund* OR allowance* OR concession*) |
| (complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) w/20 ("DoubleClick Bid Manager" OR DBM OR "Google Marketing Platform" OR GMP OR "Audience Center" OR GAC) |

**WILSON SONSINI**

February 27, 2023                                                        CONFIDENTIAL
Page 28

| Texas OAG Search Terms |
|---|
| (DMP OR "data management platforms" OR (data w/5 platform*) OR (data /3 analytic*) OR 3P OR third-part* OR "third party") AND ((pixel* OR track OR retarget*) w/25 (GDN OR "Google Display Network")) |
| (complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) w/20 (attribut* OR last-click OR "last click" OR last-impression OR "last impression") |
| (complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) w/20 ("Exchange Bidding" OR "Open Bidding" OR EB OR EBDA OR OB) |
| (complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) w/20 ("Server to Server" OR sever-to-server OR S2S OR server-side OR "server side") |
| ("Exchange Bidding" OR "Open Bidding" OR EB OR EBDA OR OB) w/20 (exchange* OR OpenX OR AppNexus OR Rubicon OR Pubmatic OR Telaria OR "Verizon Media" OR (Verizon w/3 exchange) OR Oath OR Teads OR FBX OR InMobi OR MoPub OR Ooyala OR "Transparent Ad Marketplace" OR "Unified Ad Marketplace" OR "Index Exchange" OR Adform OR SpotX OR Epom) |
| ("Exchange Bidding" OR "Open Bidding" OR EB OR EBDA OR OB) AND (Publisher* OR pub*) AND ((ad OR ads) w/20 (spend* OR revenue* OR profit OR budget OR allocat*)) |
| ("Exchange Bidding" OR "Open Bidding" OR EB OR EBDA OR OB) w/20 (fee OR fees OR cost* OR charg* OR cut OR percentag* OR % OR pric* OR pay OR paid) |
| (advantage* OR edge OR superior OR "upper hand" OR benefit* OR more OR better) AND ((Data OR GAIA OR nera OR narnia) w/25 (collect* OR target* OR track* OR monetiz* OR monetis*)) AND ((across OR cross OR "cross-") w/4 (device* OR platform* OR system*)) |
| (complain* OR angry OR mad OR upset* OR problem* OR unfair OR exploit* OR leverage* OR harm* OR hurt* OR protest* OR oppose* OR object* OR annoy* OR dissatisf* OR disadvantage* OR degrad* OR disfavor*) AND (AdMob w/20 (SDK* OR "Software Dev Kit" OR "Software Development Kit")) AND inventory |
| ("login" OR "log in" OR "log-in" OR user* OR "sign-in" OR "sign in" OR "signed-in" OR "signed in" OR GAIA) AND (data w/25 (collect* OR target* OR track* OR monetiz* OR Monetis*)) AND ((across OR cross OR cross-) w/4 (device* OR platform* OR system*)) |
| (Chrome AND (("third-part" OR (third /1 part*) OR 3P OR 3Ps OR 3PAT) /15 (#track* OR sync* OR match* OR monitor* OR follow* OR optimiz*)) AND ((multiple OR across OR cross- or cross*) /3 (site* OR website* OR platform* OR browser* OR application* OR app OR apps)) AND (cookie* OR data OR user*)) OR (Chrome AND (Newton OR Potassium)) |

**WILSON SONSINI**

February 27, 2023                                                    CONFIDENTIAL
Page 29

| Texas OAG Search Terms |
|---|
| "Ads Council Meeting" OR ACM OR "Global Partnerships Cross-Functional Review" OR GPX OR "Global Buy-Side Cross-Functional Review" OR "GBX" OR "Functional Management Group Deal Review" OR "FMG Deal Review" OR "Business Council Deal Review" OR "BC Deal Review" OR "Executive Committee" OR "Exec Comm" |

**WILSON SONSINI**

February 27, 2023                                                 CONFIDENTIAL
Page 30

## APPENDIX B

| | | | |
|---|---|---|---|
| 1. | 31. | 61. | 91. |
| 2. | 32. | 62. | 92. |
| 3. | 33. | 63. | 93. |
| 4. | 34. | 64. | 94. |
| 5. | 35. | 65. | 95. |
| 6. | 36. | 66. | 96. |
| 7. | 37. | 67. | 97. |
| 8. | 38. | 68. | 98. |
| 9. | 39. | 69. | 99. |
| 10. | 40. | 70. | 100. |
| 11. | 41. | 71. | 101. Scott Spencer |
| 12. | 42. | 72. | 102. |
| 13. | 43. | 73. | 103. |
| 14. | 44. | 74. | 104. |
| 15. | 45. | 75. | 105. |
| 16. | 46. | 76. | 106. Sundar Pichai |
| 17. | 47. | 77. | 107. |
| 18. | 48. | 78. | 108. |
| 19. | 49. | 79. | 109. |
| 20. | 50. | 80. | 110. |
| 21. | 51. | 81. | 111. |
| 22. | 52. | 82. | 112. |
| 23. | 53. | 83. | 113. |
| 24. | 54. | 84. | 114. |
| 25. | 55. | 85. | 115. |
| 26. | 56. | 86. | 116. |
| 27. | 57. | 87. | 117. |
| 28. | 58. | 88. Philipp Schindler | 118. |
| 29. | 59. | 89. | 119. |
| 30. | 60. | 90. | |