IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 4:20-CV-957-SDJ |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Having considered Google's Partly Opposed Motion for Leave to Exceed Page Limit and an Extension of Time, the Court finds that the Motion should be **GRANTED.**

It is therefore **ORDERED** that Google is allowed up to 25 total pages combined for its two reply briefs in support of its 12(b)(1) and 12(b)(6) motions. It is **FURTHER ORDERED** that Google's reply in support of its Rule 12(b)(6) motion is due on March 6, 2024.