UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

Before the Court is Defendant Google's Partly Opposed Motion for Leave to Exceed Page Limit and an Extension of Time. (Dkt. #267). If Plaintiff States wish to respond, they must do so no later than **Thursday, February 29, 2024**.

**So ORDERED and SIGNED this 27th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE