UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

Before the Court is Defendant Google's Partly Opposed Motion for Leave to Exceed Page Limit and an Extension of Time. (Dkt. #267). Plaintiff States do not oppose Google's request for an extension until March 6, 2024, to file its 12(b)(6) reply brief, nor do they oppose granting Google an additional five pages for their reply. (Dkt. #274). But they do oppose Google's request for 25 total pages to reply in support of its 12(b)(1) and 12(b)(6) motions. (Dkt. #274). Google avers, inter alia, that the additional pages are necessary to fully address Plaintiff States' response brief. (Dkt. #275). After full consideration, the motion is **GRANTED.**

It is therefore **ORDERED** that Google's deadline to file its 12(b)(6) reply brief is extended to **March 6, 2024**.

It is further **ORDERED** that Google may exceed the page limit and file up to 25 total pages, exclusive of attachments, for its reply briefs in support of its 12(b)(1) and 12(b)(6) motions.

Given that the Court has granted Google's motion, the Plaintiff States may request leave to submit additional pages in a sur-reply regarding Google's Rule 12(b) motions.

**So ORDERED and SIGNED this 29th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE