# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:20-cv-00957-SDJ |
| § | |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |

## ORDER

Having considered Defendant Google LLC's Unopposed Motion to File Under Seal Its Response Brief to the Special Master for the March 7, 2024 Hearing and Exhibits thereto, filed on March 1, 2024, the Court finds that the documents contain confidential information such that there is good cause to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). It is therefore **ORDERED** that Google's Motion should be **GRANTED**. It is further **ORDERED** that Google's Response Brief to the Special Master for the March 7, 2024 Hearing and Exhibits A, B, C, and G thereto shall remain under seal.