

**HOUSTON**
The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
713.659.5200
Fax 713.659.2204

**NEW YORK**
The Lanier Law Firm, PLLC
535 Madison Ave.
12th Floor
New York, NY 10022
212.421.2800
Fax 212.253.4094

**LOS ANGELES**
The Lanier Law Firm, PC
2829 Townsgate Rd.
Suite 100
Westlake Village, CA 91361
310.277.5100
Fax 310.277.5103

March 4, 2024

*Via ECF*

Hon. Sean D. Jordan
United States District Court
Eastern District of Texas
7940 Preston Road, Suite 111
Plano, TX 75024

    Re:   *The State of Texas, et al. v. Google LLC*, No. 4:20-cv-00957-SDJ

To the Honorable Judge Jordan,

    Special Master Moran's Order of February 25, 2024 was originally entered under seal out of abundance of caution in this matter. The parties have conferred and agree that this Order need not remain under seal. Therefore, the parties attach as Exhibit A to this cover letter, said Order, for entry into this matter's public docket. Please do not hesitate to advise the parties if anything further is needed for the clerk of the Court.

                                           Regards,

                                           W. Mark Lanier

lanierlawfirm.com