# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**UNOPPOSED PUBLIC FILING OF ORDER FROM SPECIAL MASTER**

On February 25, 2024, the Special Master, David T. Moran, entered an order (the "Order") addressing many of the discovery disputes identified by the Plaintiff States in Docket No. 235 and by Google in Docket No. 236. The Order was filed under seal. The parties have agreed that the Order may be filed publicly without redactions. Therefore, the Plaintiff States now file the Order on the docket as Exhibit A.

[Signature Page Follows]

| | |
|---|---|
| DATED: March 4, 2024 | Respectfully submitted, |

| | |
|---|---|
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier<br>Alex J. Brown<br>Zeke DeRose III<br>**THE LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N.<br>Suite 100<br>Houston, TX 77064<br>Telephone: (713) 659-5200<br>Facsimile: (713) 659-2204<br>Email: mark.lanier@lanierlawfirm.com<br>Email: alex.brown@lanierlawfirm.com<br>Email: zeke.derose@lanierlawfirm.com | Ashley Keller (*pro hac vice*)<br>**KELLER POSTMAN LLC**<br>150 N. Riverside Plaza<br>Suite 4100<br>Chicago, IL 60606<br>Telephone: (312) 741-5220<br>Facsimile: (312) 971-3502<br>Email: ack@kellerpostman.com<br><br>Zina Bash (Bar No. 24067505)<br>111 Congress Avenue<br>Suite 500<br>Austin, TX 78701<br>Email: zina.bash@kellerpostman.com<br><br>Noah S. Heinz (*pro hac vice*)<br>1101 Connecticut Ave., N.W.<br>11th Floor<br>Washington, DC 20036<br>Email: noah.heinz@kellerpostman.com |

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm Only), Mississippi, North Dakota, South Carolina, and South Dakota.*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201