**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br><br>Special Master: David T. Moran |

**JOINT STATUS REPORT TO THE SPECIAL MASTER**
**FOR THE MARCH 7, 2024 HEARING**

Pursuant to the Special Master's Order (ECF No. 227), Plaintiff States ("States") and Defendant Google LLC ("Google") submit this Joint Status Report in advance of the March 7, 2024 hearing before the Special Master.

The Parties provide the below updates regarding each issue briefed to the Special Master and look forward to discussing them further with the Special Master at the upcoming hearing.

1

**States' Disputes**

The Parties have discussed narrowing and potential resolutions with respect to the following issues, raised by the States—but, given the upcoming fact discovery cutoff and the need for concrete deadlines and timelines, the States request that the Special Master set the following deadlines:

1. **The States' requests as to Google's production of Google Chats:** The States have requested that Google provide the following previously requested information regarding Google's asserted inability to extract and produce basic metadata (*e.g.*, dates, participants) for its chats: (1) whether that metadata exists and is maintained or kept somewhere in Google's ecosystem; (2) if so, whether it can be extracted and produced to the States; and (3) if Google cannot extract it automatically and must manually populate the metadata with the underlying Google Chats, then whether Google can produce the metadata in raw, native, or other form (e.g., in Excel or other workable format) to the States, or whether Google can propose another workable solution that provides the basic metadata to the States.

   **The States request that Google provide the above information by March 11, 2024.**

2. **The States' request for *Search* trial transcripts and exhibits:** The States have accepted Google's offer "to review any non-public trial transcripts of Google witnesses to ascertain whether their testimony bears on the claims and defenses in this case (e.g., digital advertising-related market definition or display ad tech products and services). If relevant testimony is identified, Google will produce relevant portions of testimony together with any exhibits that are referenced in those relevant portions, subject to the protective order."

   **The States request that Google complete this review and production by March 26, 2024.**

3. **Texas's requests for production related to its state-law DTPA claims:** On February 26, the States proposed initial search terms or strings and four new custodians, and now agree to limit the new custodians to ten total, conditioned on the requirement that Google identify and propose the six other custodians by March 11, 2024. Yesterday afternoon, on March 5, 2024, Google emailed a counterproposal on search strings, which the States are reviewing and considering.

   **The States request that Google provide six new custodian names by March 11, 2024.**

**Google's Disputes**

Google provides the following status update:

1. **Adequate Responses to Interrogatories 9, 29-31**: Plaintiffs have not yet revised their responses to these interrogatories and Google seeks the Special Master's intervention to compel responses or, alternately, to review and recommend production of the interview memoranda that Plaintiffs claim are attorney work product.

2. **Plaintiffs' Use of Ad Tech (Interrogs. 15-17; RFPs 17-41)**: As an update, Google has recently learned that one other state (Utah) also uses Ad Tech. Google requests that the Special Master direct *all* Plaintiffs using Ad Tech to obtain and produce relevant documents from the ad agencies they have hired in order to satisfy their own discovery obligations.

3. **Claims, Remedies, and Damages (Interrogs. 2, 4, 5, & 26)**: Plaintiffs have not provided adequate responses to these interrogatories and maintain they are not deficient. Accordingly, Google requests that the Special Master direct Plaintiffs to supplement their responses as outlined in Google's brief.

Respectfully submitted,

| | |
|---|---|
| /s/ W. Mark Lanier | /s/ Ashley Keller |
| W. Mark Lanier | Ashley Keller |
| Mark.Lanier@LanierLawFirm.com | ack@kellerpostman.com |
| Alex J. Brown | 150 N. Riverside Plaza, Suite 4100 |
| Alex.Brown@LanierLawFirm.com | Chicago, Illinois 60606 |
| Zeke DeRose III | (312) 741-5220 |
| Zeke.DeRose@LanierLawFirm.com | |
| Jonathan P. Wilkerson | Zina Bash |
| Jonathan.Wilkerson@LanierLawFirm.com | zina.bash@kellerpostman.com |
| 10940 W. Sam Houston Pkwy N | 111 Congress Avenue, Suite 500 |
| Suite 100 | Austin, TX 78701 |
| Houston, TX 77064 | (512) 690-0990 |
| (713) 659-5200 | |
| **THE LANIER LAW FIRM, PLLC** | Noah S. Heinz |
| | noah.heinz@kellerpostman.com |
| | 1101 Connecticut, N.W., 11th Floor |
| | Washington, DC 20005 |
| | (202) 918-1123 |
| | **KELLER POSTMAN LLC** |

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, Mississippi, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*

Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor Young, Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov

**STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

_/s/ R. Paul Yetter_
R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr (_pro hac vice_)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com

ATTORNEYS FOR GOOGLE LLC

6

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on March 6, 2024, this document was filed electronically in compliance with

Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local

Rule CV-5(a)(3)(A).

*/s/ Geraldine Young*
Geraldine Young
