**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF ROBERT J. McCALLUM**

I, Robert J. McCallum, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am Of Counsel at Freshfields Bruckhaus Deringer US LLP, which represents Defendant Google LLC ("Google") in the above-captioned case.

2.      I am an attorney admitted to practice in the State of New York and in the United States District Courts for the Southern District of New York and the Eastern District of New York.  I have been admitted to appear *pro hac vice* in the above-captioned case.

3.      I respectfully submit this Declaration in support of Google's Reply in Support of Motion For Dismissal Pursuant to Rule 12(b)(6), dated March 6, 2024.

4.      Attached as Exhibit A to this Declaration is a true and correct copy of the Google webpage titled "2016 Release Archives, DoubleClick for Publishers and Ad Exchange Seller."

5.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 6th day of March 2024, in New York, New York.

Robert J. McCallum