**EXHIBIT A**

# 2016 releases archive

DoubleClick for Publishers and Ad Exchange Seller

These release notes are *archives* provided for your convenience only and might not reflect current product functionality. For the latest releases, see What's new in DFP and Ad Exchange Seller.

Expand all    Collapse all

## Q4 2016

**December 12** Change to report duration options, New mobile reporting dimensions, Reporting for AMP

**November 28** Mediation metrics updated, Order auto-archiver extended to all networks

**November 14** Import and export ad units, removal of unused Ad Exchange ad slots

**October 31** Delivery Inspector for video, GMA SDK version deprecation, billing tab reorganization, Ad Exchange support for additional general categories

**October 17** Troubleshoot ad delivery, Native app install ads on mobile web, DFP dashboard for custom teams, Ad Exchange payments tab reorganization

**October 3** Limits dashboard, Opportunities and Experiments in Ad Exchange, Learn which ads did deliver and why, GPT Light passback tags, Changes to DFP Data Transfer, Audience Explorer changes, Improvements to advertiser/brand classification and coverage

## Q3 2016

**September 19** Ad Exchange in DFP, See why line items didn't deliver, Mobile ad network creative type deprecation

**September 6** Apple iOS 10 targeting, Publisher University in DFP Dashboard, No Flash creatives served to Internet Explorer on Windows 7 and below for Ad Exchange

**August 22** Training and Help Center updates

**August 8** Claim apps for targeting, Query Tool changes, DFP roles advanced tab control, Custom fields in line item delivery table, Additional geo targeting

**July 25** Delivery Indicator metric, IMA SDK support for preloaded video assets, Branded inventory clarification for mobile apps

**July 11** Mobile devices in targeting picker, Referer URL included in Data Transfer, new Ad Exchange overview training and Native Ads training

### DFP Premium

- **Update of mobile devices in targeting picker**
  We are updating our offering for mobile device targeting to speed up the FE and improve

usability. Old and unused devices that do receive immaterial traffic will be removed from the targeting picker, and new ones added. Please note that existing line items are not affected.

- **New Data Transfer Field: Referer URL**
A new optional field is available in Data Transfer that captures the URL of the page from where the ad was requested. For activation of the Referer URL field, contact your Account Team. Learn more about what's included in Data Transfer.

## Ad Exchange

- **Changes to Ad Exchange Blocking rules (available soon)**
In Ad Exchange Blocking rules, we are adding a new set of data collection and targeting controls as well as updated UI language for existing controls. These changes give you more visibility and control over data collected from your site.
  - The new "User-based data (Google Demand sources)" controls allow you to choose whether to block Google Demand sources (GDN and DBM) from serving remarketed ads or interest-based ads, or collecting visitation information from your site for the purpose of serving such ads. Please keep in mind that opting out of showing either interest-based or retargeting ads decreases the number of ads eligible to compete to appear on your website, and may result in lower earnings.
  - For existing Ad Exchange Blocking rules under "Cookies and data uses," we have updated UI language to reflect that filters apply to non-Google Demand sources and are based on buyers' voluntary declaration of data collection and targeting. These filters apply to non-Google Demand sources only.

## Training and Help Center updates

- **Ad Exchange Overview Training**
Three Ad Exchange overview videos (Introduction, What Happens Behind the Scenes, and Demand-Side Platforms) have been added to the Ad Exchange Fundamentals course, as well as the Ad Exchange Video Library.

- **DFP Native Ads Training**
Two new training videos, Introduction to Native Ads and Implementing Native Ads, have been posted to Publisher University.

## Q2 2016

June 27 Easier HTML5 creative trafficking, DFP UI language settings moved to Google Accounts, Saved preferences and flat reports in DFP Query Tool, Brand name in AdX creative review

### Highlight

- **Easier HTML5 creative trafficking**
You can now upload HTML5 creatives as easily as other creatives in DFP - by using the new HTML5 creative type. You can select the HTML5 creative type when you add a creative and quickly upload HTML5 zip bundles or standalone HTML files. Learn more

### DFP Premium

- **DFP UI language settings moving to Google Accounts**
Settings for the DFP user interface language are now tied to your Google Account      instead of

DFP. An override is available, which allows you to use different languages for your Google Account and your DFP account. Your current DFP language is honored.

- **DFP Query Tool**
  - **Save your preferences**
    A new feature lets you store your DFP reporting preferences. Preferences include the date range and the number of rows output per page. Learn more
  - **Support for flat reports**
    We're adding an option to let you choose between hierarchical or flat reports. Previously, all reports were hierarchical. We're replacing the current toggle in the "Ad Unit" dimension with this new option. This doesn't affect reports built through the API. If you want each Ad Unit in the hierarchy to appear in its own column, select the hierarchical option. Learn more

## Ad Exchange

- **Brand name in Creative review**
  When reviewing an ad in Creative review, you'll now see the brand name in the left sidebar. Brands are children that are mapped to parent advertisers, providing you with more granular blocking and pricing options and reporting data. Learn more

**June 13** Change history update, SafeFrame for creative types, Deal check bid filter, Apply per-query revenue share optimization

## DFP Premium

- **Change history update**
  The second stage of the new change history rollout moves trafficking to the new change history panel and makes both roles and trafficking available in a new change history admin panel. Until the migration is complete, users need to use both admin panels to find all changes. Note that the rollout is spread out over multiple months, and that the legacy change history panel will be available for more than a year as a source for older changes. When the switch to the new change history is complete, the following objects will additionally have their own change history links: ad units, placements, labels, teams, and contacts.
- **Removal of lesser used mobile carriers from targeting picker**
  We've updated our offering for mobile carrier targeting. Old and unused carriers that are not receiving traffic anymore have been removed from the targeting picker, and new ones added. Please note that existing line items have not changed.
- **DFP API v201605**
  Highlights from this API release include:
  - A new local time flag for sales reports.
  - A new workflow progress indicator for Sales manager proposals.

  Learn more on the Google Ads Developer Blog .
- **SafeFrame on by default for some creative types**
  To provide better consumer protection, publisher control, rich interaction and viewability measurement, the "Serve into a SafeFrame" check box is checked by default for all new third-party, custom, and user-defined creatives. This change doesn't affect existing creatives. Learn more about SafeFrame and its IAB standards .

## Ad Exchange

- **Additional bid filter detail using Deal Check** You can now determine which bid responses are filtered from your available impressions because the advertiser associated with the buyer

creative did not match the advertisers configured for the deal. Deal Check displays this data as "Invalid advertiser" in the filtered bids section. Learn more

- **New Ad Exchange control for applying per-query revenue share optimization**
  As part of our ongoing efforts to provide smarter optimizations and maximize revenue, we may increase or decrease revenue share per query.

  If you'd prefer to apply your contracted revenue share on every query, use the new Ad Exchange UI Admin control to exclude all the sites you monetize through your account from revenue share-based optimizations. Your contracted revenue share over a billing period will not change. Learn more

  This control will take effect no earlier than August 1st.

### Training and Help Center updates

- **Publisher University: What's New in DFP**
  In the June 2016 edition of "What's New in DFP," we take a look at improvements to the layout and wording of the Forecasting screen, expanded vCPM measurement with Active View, First Look, and the addition of unfilled impressions to the Network Snapshot card in the DFP Dashboard. Check out the video on Publisher University.

---

**May 31** Negation filters, new Active View metric, "Transaction types" dimension for Query Tool

## DFP Premium

- **Query Tool: Additional negation filters**
  To make it easier to filter on relevant data, we've expanded support for negation filters - "is not" and "does not contain".

## Ad Exchange

- **Query Tool**
  - **New Active View metric**
    Active View average viewable time (beta) metric for DFP display and video has been released. You can now report on the average time (in seconds) that an individual ad impression was viewable.
  - **Change in Deal types dimension**
    To make it easier to find Open Auction and First Look transactions, we've renamed the "Deal types" dimension to "Transaction types".

### Training and Help Center updates

- **DFP mobile app Mediation**
  We've added two new DFP mobile app Mediation video tutorials to Publisher University. The first video gives an overview of Mediation and walks you through how it can be set up. The second video demonstrates how you can report on mobile app Mediation in your DFP network. Find the tutorials by visiting the School of DFP video library and selecting **Mediation** from the topic list. Or access each tutorial directly from these links: Overview and Setup | Reporting

- **What's New in Ad Exchange, May 2016**
  The May 2016 edition of "What's New in Ad Exchange" is now live on Publisher University. In

this training video, we explore the most recent updates to Ad Exchange, including new functionality to Private Auctions, the DoubleClick Marketplace, and Opt-in rules.

- **Getting Started with Ad Exchange Video**
  To help new Ad Exchange video publishers get up and running, a new course has been launched on Publisher University. Getting Started with Ad Exchange Video     is comprised of five new training videos and quizzes, a final assessment, and a course glossary with relevant video-related terms.

**May 16** Improved forecasting UI / Change history update / Ad Exchange publisher declarations / Impressions chart in Ad Exchange Creative review

## DFP Premium

- **Improved forecasting UI**
  We made several improvements to the layout and wording of the forecasting UI. When you check inventory for a new or existing line item, it's now easier to analyze and understand the forecasting numbers. Improvements include:
  - **Improved bar graph:** We improved the visual design of the graph to make it easier to understand the different segments in the bar. Also, the bar now always appears for any type of forecast along with a summary headline above it.
  - **Consolidated data:** You can now expand and see the "Contending line item" and "Criteria breakdown" details on the same page as the availability forecasting numbers. You no longer need to click to another page.
  - **Improved wording:** We updated the wording next to some of the forecasting numbers so it's more clear what the numbers actually mean. We also changed when certain terms appear. In addition, these updates allow full support of vCPM forecasting.

  Learn more about the improved bar graph and wording and how to use the improved forecasting UI.

- **Change history update**
  The second stage of the new change history rollout moves trafficking to the new change history panel and makes both roles and trafficking available in a new change history admin panel. Until the migration is complete, users need to use both admin panels to find all changes. Note that the rollout is spread out over multiple months, and that the legacy change history panel will be available for more than a year as a source for older changes.

- **Location data for app ads**
  If users grant your app location permissions, DFP now uses location data to help serve better targeted ads and improve monetization. To turn off this feature, visit the Network settings page under the Admin tab. Learn more

## Ad Exchange

- **Ad Exchange publisher declarations**
  We've launched the ability to allow publishers to monetize refreshing inventory. In order to be policy compliant, publishers need to declare the time interval and type of refresh that they plan to use on Ad Exchange. Refreshing inventory updates ad content without necessarily having to refresh the entire contents of your page.

  Ad inventory that refreshes is allowed to compete on Ad Exchange. However, you must declare which portions of their inventory refresh per advertising industry guidelines on refresh transparency. Failure to declare inventory that refreshes or improperly declaring it is a violation of Google policy.


3/5/24, 7:11 PM
2016 releases archive - Google Ad Manager Help
Case 4:20-cv-00957-SDJ    Document 285-5    Filed 03/06/24    Page 7 of 7 PageID #: 8017

Learn more about declarations.

- **Impressions chart in Ad Exchange Creative review**
  When reviewing an ad in Creative review, there is a new Impressions chart in the left sidebar. The chart shows you a graph of the number of impressions per day an ad has had over the past 30 days. This impression data helps you understand the potential revenue impact of an ad. The chart replaces the "Impression score" and "Historical trend". Learn more

- **Exclude child ad units when targeting DFP inventory units in rules**
  You can now exclude specific child ad units from parent ad units that are targeted by your rules in Ad Exchange. Learn more about DFP ad units in rules

May 2 DFP Native styles / Third-party viewability tracking / RFPs replacing Open offers in AdX / Open auction bids competing with private auction bids in AdX / Discoverable Private Auctions in AdX / Removal of "Image & Flash" from opt-in rules in AdX / Improved help center glossaries

April 18 DFP First Look / DFP Forecasting training

April 4 DART tag deprecation / Reporting changes of eCPM and impressions / DFP Mediation for mobile apps

# Q1 2016

March 21 vCPM / Improved metadata key-value mapping / Unfilled impressions in dashboard

March 7 API release / Changes to data protection report / Deal Check enhancement

February 22 Release notes card / Change to Query Tool / Improved postal code targeting / Ads status dashboard / Video: MPEG-DASH / Change history / AdX flexible sizes for apps

February 8 Changes to DFP QT reporting / Traffic app video interstitials / AdX Seller names deprecation

January 25 Additional country targeting / New GPT macros / Filter by company / Simplified partner management

## Need more help?
Try these next steps:

**Post to the help community**
Get answers from community members

**Contact us**
Tell us more and we'll help you get there