UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## **ORDER**

It is **ORDERED** that Dkt. #265 is **UNSEALED.**

**So ORDERED and SIGNED this 7th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE