IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' Motion to Lift Stay of Discovery Relating to the Network Bidding Agreement, filed on March 8, 2024, along with subsequent related briefing and any exhibits filed by the parties.

Having considered the parties' briefing and any exhibits thereto, it is ORDERED that:

(1)　Plaintiff States' Motion to Lift Stay of Discovery Relating to the Network Bidding Agreement is GRANTED; and

(2)　the stay of discovery as to the Network Bidding Agreement ("NBA") is lifted and discovery is reopened discovery on the NBA and Google and Meta's conduct related to the same as relevant to the claims and defenses in this case, pursuant to the federal and local rules.

IT IS SO ORDERED.