UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff States' Motion to Lift Stay of Discovery Relating to the Network Bidding Agreement. (Dkt. #288). Defendant Google LLC is **ORDERED** to respond to the motion by **Friday, March 15, 2024**. Plaintiff States may file a reply no later than **Tuesday, March 19, 2024**.

**So ORDERED and SIGNED this 12th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE