# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion to File Under Seal, filed on March 12, 2024. The States request leave to file under seal (a) the States' Opening Brief to the Special Master for the March 21, 2024 Hearing ("Brief") and (b) Exhibits 1 to 13 (the "Confidential Exhibits") to their Brief. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on March 12, 2024, is GRANTED.

It is further ORDERED that the States' Brief and Confidential Exhibits referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.