IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**JOINT STATUS REPORT**

Consistent with the Court's Order in Docket No. 241 (Feb. 25, 2024), the Parties submit this joint status report covering the issues the Parties wish to discuss at the upcoming status conference.

**I. THE STATES' MOTION TO LIFT STAY**

On March 8, 2024, the Plaintiff States filed their Motion to Lift the Discovery Stay related to the Network Bidding Agreement (ECF No. 288). On March 12, 2024, the Court ordered expedited briefing on the Motion, with Google filing its response by March 15 and the States filing their reply by March 19. If the Court wishes to hear argument on the Motion, the Parties will be prepared to address it at the upcoming March 21, 2024 Conference.

**II. THE COORDINATION ORDER WITH THE MDL**

The Parties will be prepared to address the status of the coordination order of this case and the MDL case pending before Judge Castel, following Judge Castel's March 6, 2024 Pre-trial Order No. 8 denying the Parties' request to coordinate discovery with this action. Ex. A. The Parties will meet before the March 21, 2024 Conference and will determine if there are areas

- 2 -

related to coordination that needs to be discussed and if any are ripe for the March 21, 2024 Conference.

### III.     THE STATES' INTERROGATORY RESPONSES

At a recent hearing before the Special Master, in discussing their interrogatory responses, Plaintiffs represented that except for Puerto Rico, they no longer seek damages, disgorgement, and restitution for state law claims. 3/7/24 Special Master Hr'g Tr. at 80:10-21. Plaintiffs have promised amended interrogatory responses tomorrow that reflect this change. Google will evaluate those amended responses and bring any issues to the Court's attention as needed.

- 3 -

Respectfully submitted,

/s/ W. Mark Lanier
W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Jonathan P. Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
(713) 659-5200
**THE LANIER LAW FIRM, PLLC**

/s/ R. Paul Yetter
R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com

ATTORNEYS FOR GOOGLE LLC

/s/ Ashley Keller
Ashley Keller
ack@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220

Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990

Noah S. Heinz
noah.heinz@kellerpostman.com
1101 Connecticut, N.W., 11th Floor
Washington, DC 20005
(202) 918-1123
**KELLER POSTMAN LLC**

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, Indiana, South Carolina, and South Dakota*

*Submitted on behalf of Texas*

Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

**NORTON ROSE FULBRIGHT US LLP**

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*
 Brent Webster, First Assistant Attorney General
 Brent.Webster@oag.texas.gov
 James R. Lloyd, Deputy Attorney General for Civil Litigation
 James.Lloyd@oag.texas.gov
 Trevor Young, Deputy Chief, Antitrust Division
 Trevor.Young@oag.texas.gov

 **STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
 P.O. Box 12548
 Austin, TX 78711-2548
 (512) 936-1674

*Attorneys for Plaintiff State of Texas*

- 5 -

**CERTIFICATE OF SERVICE**

I certify that, on March 14, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ W. Mark Lanier*
W. Mark Lanier
