**Revised: 9/3/2015**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
Sherman      **DIVISION**
## APPLICATION TO APPEAR PRO HAC VICE

> **APPROVED**
> By Nakisha Love at 2:54 pm, Mar 12, 2024

1. This application is being made for the following: Case # 4:20-cv-00957-SDJ

Style/Parties: State of Texas, et al. v. Google, LLC

2. Applicant is representing the following party/ies: Google, LLC

3. Applicant was admitted to practice in D.C. (state) on 01/10/2014 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
NY; DC; HI; USDC, N.D. Al.; USDC, D.C.; USDC, E.D. Mich.; 11th Cir.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Kenina J. Lee do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 03/12/2024          Signature /s/ Kenina J. Lee          (/s/Signature)

Application Continued on Page 2

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**APPLICATION TO APPEAR PRO HAC VICE** (Continued)

Name (please print) Kenina J. Lee

Bar Number /State 1017499 / District of Columbia

Firm Name:  Axinn, Veltrop & Harkrider LLP

Address/P.O. Box:   1901 L Street NW

City/State/Zip: Washington, DC 20036

Telephone #:   (202) 469-3510

Fax #:   (202) 912-4701

E-mail Address: klee@axinn.com

Secondary E-Mail Address:

This application has been approved for the court on: **3/12/2024**

David A. O'Toole, Clerk

U.S. District Court, Eastern District of Texas

By _NakishaLove_

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**