IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | § § § § § § § § § <br><br>Civil Action No. 4:20-cv-00957-SDJ |

**ORDER**

Having considered Defendant Google LLC's Unopposed Renewed Motion to File Under Seal Exhibits A, B, and C to its Response Brief to Plaintiffs' Opening Brief to the Special Master for the March 7, 2024 Hearing ("Response Brief"), and Exhibits 1 and 2 to its Opening Brief to the Special Master for the March 7, 2024 Hearing ("Opening Brief"), the Court finds that the documents contain confidential information such that there is good cause to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). It is therefore **ORDERED** that Google's Motion should be **GRANTED**.  It is further **ORDERED** that Exhibits A, B, and C to Google's Response Brief and Exhibits 1 and 2 to Google's Opening Brief shall remain under seal.