# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Before the Court is Plaintiffs' Motion to Lift Stay of Discovery Relating to the Network Bidding Agreement, ECF No. 288. After considering the Motion, Google's Opposition, and any replies, the Court finds that the Motion should be **DENIED.**

IT IS SO **ORDERED**.