IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**ORDER**

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal Google's Response Brief to the Special Master for the March 21, 2024 Hearing and its Exhibits A through E, filed on March 15, 2024, the Court finds that the documents contain confidential information such that there is good cause to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). It is therefore **ORDERED** that Google's Motion should be **GRANTED**. It is further **ORDERED** that Google's Response Brief to the Special Master for the March 21, 2024 Hearing and Exhibits A through E thereto shall remain under seal.