IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**RENEWED UNOPPOSED MOTION TO FILE UNDER SEAL**

Plaintiff States ("States") respectfully move the Court for leave to file under seal Exhibits A, A-3, and D (including Exhibit 1 to Exhibit A) (the "Confidential Exhibits") to their Opening Brief to the Special Master for the March 7, 2024 Hearing. These Confidential Exhibits were previously filed under seal on February 27, 2024 (**ECF No. 269**). This renewed motion is being filed pursuant to the Court's subsequent order denying without prejudice the States' prior motion (**ECF No. 268**) to seal these Confidential Exhibits (**ECF No. 282**). Defendant Google LLC ("Google") does not oppose the States' sealing request.

The States, with Google's consent, request to file under seal the Confidential Exhibits because, according to Google:

> Exhibits A, A-3, and D: Google requests that these exhibits remain under seal as they reveal individual employee names and contact information. Google intends to propose publicly available versions of these documents be filed with limited redactions only to protect individual personnel information.

Consistent with Local Rule CV-5, the States will work with Google to file redacted versions—with as limited redactions as possible—of the Confidential Exhibits within seven (7) days.

Google has further advised the States that Exhibits A-2 and A-4, although previously filed under seal, need not be sealed and may be filed publicly. The States will thus publicly file those.

For the reasons stated above, the States respectfully request that this Court allow the States to file the Confidential Exhibits under seal.

Dated: March 15, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier | Ashley Keller |
| Mark.Lanier@LanierLawFirm.com | ack@kellerpostman.com |
| Alex J. Brown | 150 N. Riverside Plaza, Suite 4100 |
| Alex.Brown@LanierLawFirm.com | Chicago, Illinois 60606 |
| Zeke DeRose III | (312) 741-5220 |
| Zeke.DeRose@LanierLawFirm.com | |
| Jonathan P. Wilkerson | Zina Bash |
| Jonathan.Wilkerson@LanierLawFirm.com | zina.bash@kellerpostman.com |
| 10940 W. Sam Houston Pkwy N | 111 Congress Avenue, Suite 500 |
| Suite 100 | Austin, TX 78701 |
| Houston, TX 77064 | (512) 690-0990 |
| (713) 659-5200 | |
| **THE LANIER LAW FIRM, PLLC** | Noah S. Heinz |
| | noah.heinz@kellerpostman.com |
| | 1101 Connecticut, N.W., 11th Floor |
| | Washington, DC 20005 |
| | (202) 918-1123 |
| | **KELLER POSTMAN LLC** |

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201


FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor Young, Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov

**STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

3

**CERTIFICATION OF CONFERENCE**

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that Google LLC does not oppose the foregoing sealing request.

*/s/ Geraldine Young*
Geraldine Young

**CERTIFICATE OF SERVICE**

I certify that on March 12, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Geraldine Young*
Geraldine Young