# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Renewed Unopposed Motion to File Under Seal, filed on March 15, 2024. The States request leave to file under seal Exhibits A, A-3, and D (including Exhibit 1 to Exhibit A) (the "Confidential Exhibits") to their Opening Brief to the Special Master for the March 7, 2024 Hearing. These Confidential Exhibits were previously filed under seal on February 27, 2024 (**ECF No. 269**). For good cause shown, this Court hereby GRANTS the States' Renewed Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Renewed Unopposed Motion to File Under Seal, filed on March 15, 2024, is GRANTED.

It is further ORDERED that the States' Confidential Exhibits referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.