IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |

# RESPONSE TO PLAINTIFFS' STATEMENTS IN JOINT STATUS REPORT

Google files this response to provide further context in light of the Plaintiffs raising issues with how Google has responded to the Rule 30(b)(6) notice of deposition they served on Google. Attached as Exhibit 1 is a copy of correspondence from Google regarding its concerns about Plaintiffs' 30(b)(6) notice as well as its willingness to provide reasonable, relevant 30(b)(6) deposition testimony.

Dated: March 20, 2024

Respectfully submitted,

/s/ R. Paul Yetter
R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4500
eric.mahr@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

2

## CERTIFICATE OF SERVICE

      I certify that on March 20, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

                                                      */s/ R. Paul Yetter*
                                                      R. Paul Yetter