# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**THE STATE OF TEXAS, ET AL**

v.                                                                                  Case No. 4:20cv957

**GOOGLE, LLC.**

PLAINTIFF:  Mark Lanier, Zeke Derose, Trevor Young, Roger Alford, Jonathan Wilkerson, Geraldine Young, James Lloyd, Ashley Keller, Peter Hillegas, Marc Collier

DEFENDANT: Paul Yetter, Mollie Bracewell, Robert McCallum

     This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 3/21/2024.

## Status Conference

| Time | Event |
|---|---|
| 10:01 am | The court called the case, noting the appearance of counsel and parties. |
| 10:03 am | The court addresses the joint status report with the agenda for this hearing. |
| 10:04 am | Court and counsel discuss the State's Motion to Lift Stay. |
| 10:05 am | Mr. Collier presents argument to the court. |
| 10:12 am | Mr. Yetter presents argument to the court. |
| 10:40 am | Mr. Collier responds. |
| 10:47 am | Mr. Yetter replies. |
| 10:49 am | Mr. Collier responds. |

| | |
|---|---|
| 10:50 am | Court and counsel discuss the status of the coordination order regarding the NDL. |
| 10:51 am | Mr. Lanier addresses the court. |
| 10:57 am | Mr. McCallum responds. |
| 11:04 am | Court and counsel discuss State's Interrogatory Responses. |
| 11:04 am | Mr. Yetter addresses the court. |
| 11:08 am | Mr. Lanier responds. |
| 11:10 am | Mr. Yetter replies. |
| 11:12 am | Court and counsel discuss the status of each plaintiff party. |
| 11:16 am | Court adjourned. |