UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

In this case, sixteen States and the Commonwealth of Puerto Rico assert federal and state antitrust claims against Defendant Google LLC ("Google"), as well as claims under the various Plaintiff States' deceptive trade practices laws. In their current complaint, Plaintiff States represent that they are pursuing this action "in their respective sovereign capacities and as *parens patriae* on behalf of the citizens, general welfare, and economy of their respective states. . . ." (MDL Dkt. #541 ¶ 31). The Court understands, however, that in their responses to discovery requests from Google some or all Plaintiffs have altered their position concerning the capacity in which each Plaintiff is pursuing its claims against Google. The Court will require each Plaintiff to clarify whether it is asserting claims against Google in its sovereign capacity, as *parens patriae* on behalf of its citizens, or in both capacities.

Similarly, the Court understands that the remedies sought by the Plaintiff States may also have changed since the filing of their current complaint. In this regard, the Fourth Amended Complaint invokes a broad swath of potential remedies under the various state-law claims. (MDL Dkt. #541 ¶¶ 617–758). However, it

1

appears that some or all Plaintiffs now seek more limited remedies than those set forth in the Fourth Amended Complaint.

To avoid any confusion regarding the capacities in which the respective Plaintiff States bring this suit and the remedies sought, Plaintiff States are **ORDERED** to submit an advisory confirming, as to each Plaintiff: (1) whether Plaintiff is asserting claims against Google in its sovereign capacity, as *parens patriae* on behalf of its citizens, or in both capacities; and (2) precisely what remedies Plaintiff requests in this action.

The advisory shall be executed by all Plaintiff States, must be submitted no later than **April 11, 2024**, and shall not exceed seven pages.

**So ORDERED and SIGNED this 21st day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE