# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

*This document relates to:*

| | |
|---|---|
| **THE STATE OF TEXAS**, *et al.*,<br><br>               *Plaintiffs*,<br><br>-  **against -**<br><br>**GOOGLE LLC,**<br><br>            *Defendant*. | CIVIL NO. 4:20-CV-957-SDJ |

## PLAINTIFF STATES' AMENDED INITIAL DISCLOSURES

The States of Texas, Alaska, Arkansas, Florida, Idaho, Indiana, Louisiana, Mississippi, Missouri, Montana, Nevada, North Dakota, South Carolina, South Dakota, and Utah, and the Commonwealths of Kentucky and Puerto Rico (collectively referred to hereafter as "Plaintiff States" or "States"), hereby make the following amended initial disclosures under Federal Rule of Civil Procedure 26(a)(1) and Sheduling Order (Doc. 123 in 4:20-CV-957-SDJ). These disclosures are based on information currently available to the Plaintiff States and represent their good-faith efforts to identify: (1) persons likely to have discoverable information that may be used to support the Plaintiff States' claims in this action, and (2) documents and electronically stored information that may be used to support the Plaintiff States' claims in this action.

The Plaintiff States reserve the right to supplement and correct these disclosures as discovery proceeds under Federal Rule of Civil Procedure 26(e) and Scheduling Order. These disclosures are not intended to waive any objections that the Plaintiff States may have regarding the use or admissibility of any disclosed information, whether during discovery or trial, and these disclosures do not constitute a waiver of attorney–client privilege, attorney work product protection, or any other applicable privilege or protection.

Pursuant to Rule 26(a)(1)(A)(i), Appendix A identifies those entities and related individuals known to the Plaintiff States at this time who likely have discoverable information that the Plaintiff States may use to support their claims.

Pursuant to Rule 26(a)(1)(A)(ii) and without waiving any objections to relevance, privilege, or admissibility of these materials or agreeing that they are required to be disclosed, the Plaintiff States possess the following materials that they may use to support their claims: documents and data submitted to the Plaintiff States by Google and third parties, including responses to Civil Investigative Demands. These materials are located or available at the offices of the respective Plaintiff States. The Plaintiff States may also use: (i) publicly available documents or data, and (ii) documents and information produced by Google and third parties in this litigation to support their claims or defenses.

Pursuant to Rule 26(a)(1)(A)(iii), the Plaintiff States state that it is premature for the States to provide a complete computation of damages at this time, as the States' computation of damages  is highly dependent on information to be obtained from discovery during the course of this action and is not available at this time. The Plaintiff States have, however, provided a preliminary computation of damages and generall described the basis for calculating civil penalties, damages, disgorgement, and restitution sought, in Plaintiff States' Fourth Amended Responses to Google LLC's First Set of Interrogatories (the "Fourth Am. R&Os").  The Plaintiff States will provide expert disclosure(s) and written report(s) related to the computation of damages as required by Rule 26(a)(2) in accordance with the Court's Scheduling Order.

The Plaintiff States do not have insurance agreements relevant to this matter and therefore have no disclosures under Rule 26(a)(1)(A)(iv).

The Plaintiff States additionally provide the following information:

1. **The correct names of the parties to the action**.

The Plaintiff States include the States of Texas, Alaska, Arkansas, Florida, Idaho, Indiana, Louisiana, Mississippi, Missouri, Montana, Nevada, North Dakota, South Carolina, South Dakota, and Utah, and the Commonwealths of Kentucky and Puerto Rico.

The only Defendant is Google LLC.

**2. The name and, if known, address and telephone number of any potential parties to the action.**

The Plaintiff States do not anticipate any potential additional parties, although other government enforcement agencies may seek to join or intervene in this matter.

3. **The name, and if known, the address and telephone number of persons having knowledge of facts relevant to the claim or defense of any party, a brief characterization of their connection to the case, and a fair summary of the substance of the information known by such person**.

*See* Appendix A.

**4. A copy of all documents, ESI, witness statements, and tangible things in the possession, custody, or control of the disclosing party that are relevant to the claim or defense of any party.**

Beginning on April 22, 2021, the Plaintiff States sent Defendant or caused to be sent to Defendant a copy of all documents, ESI, witness statements,[1] and tangible things in their possession, custody, or control that are relevant to their claims. These productions included all non-privileged communications with third-parties, other than Google, concerning this action and investigation, and all documents (if any) disclosed by Plaintiff States or the third party during each such communication.

_____

[1] Defendant is in possession of all investigational hearing sworn statements that the Plaintiff States took in conjunction with the U.S. Department of Justice during the investigation.

3

Dated: February 27, 2024

Respectfully submitted,

/s/ Ashley Keller
Ashley Keller
Admitted Pro Hac Vice
ack@kellerpostman.com
Noah Heinz
Noah.Heinz@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(501) 690-0990
KELLER POSTMAN LLC

/s/ Mark Lanier
W. Mark Lanier (*lead counsel*)
Texas Bar No. 11934600
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
10940 W. Sam Houston Parkway N. Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
THE LANIER LAW FIRM, P.C.

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, South Carolina, and South Dakota*

FOR PLAINTIFF STATE OF TEXAS:


KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation


*/s/ Trevor E. D. Young*

TREVOR E. D. YOUNG
Deputy Chief, Antitrust Division

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

FOR PLAINTIFF STATE OF ALASKA:


TREG TAYLOR
ATTORNEY GENERAL


By: /s/ Jeff Pickett
Jeff Pickett
Senior Assistant Attorney General, Special Litigation Section
jeff.pickett@alaska.gov

*Attorney for the plaintiff state of Alaska*

FOR PLAINTIFF STATE OF ARKANSAS:

TIM GRIFFIN
ATTORNEY GENERAL


By: _____
AMANDA J. WENTZ
Ark. Bar No. 2021066
Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-1178
Amanda.Wentz@ArkansasAG.gov

*Attorney for Plaintiff State of Arkansas*

FOR PLAINTIFF STATE OF FLORIDA:

ASHLEY MOODY, Attorney General

*/s/ Lee Istrail*
Lee Istrail, Assistant Attorney General, Antitrust Division
FL Bar No. 119216

LIZABETH A. BRADY, Director, Antitrust Division
ANDREW BUTLER, Assistant Attorney General
CHRISTOPHER KNIGHT, Assistant Attorney General


Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Phone: 850-414-3300
Email: Liz.Brady@myfloridalegal.com

Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Phone: 850-414-3300
Email: scott.palmer@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

FOR PLAINTIFF STATE OF IDAHO:

RAÚL R. LABRADOR
Attorney General

*/s/ John K. Olson*
John K. Olson, Deputy Attorney General

Consumer Protection Division
Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone:   (208)   334-2424
john.olson@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

FOR PLAINTIFF STATE OF INDIANA:

THEODORE E. ROKITA
Attorney General

Matthew Michaloski
Deputy Attorney General
Indiana Atty. No. 35313-49
Indiana Government Center South – 5th Fl. 302
W. Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-1479
Fax: (317) 232-7979
Email: matthew.michaloski@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

FOR PLAINTIFF COMMONWEALTH OF KENTUCKY:

DANIEL CAMERON
Attorney General

*/s/ Philip R. Heleringer*
Christian J. Lewis, Commissioner of the Office of Consumer Protection
christian.lewis@ky.gov
Philip R. Heleringer, Executive Director of the Office of Consumer Protection
philip.heleringer@ky.gov
Jonathan E. Farmer, Deputy Executive Director of the Office of Consumer Protection
jonathan.farmer@ky.gov
Sarah A. Telle, Assistant Attorney General
sarah.telle@ky.gov
Office of the Attorney General
Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Tel: 502-696-5300

*Attorneys for Commonwealth of Kentucky*

FOR PLAINTIFF STATE OF LOUISIANA:

By: _/s/ Patrick Voelker_
Liz Murrill, Attorney General
Michael Dupree, Assistant Attorney General
Patrick Voelker, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
(225) 326-6400
voelkerp@ag.louisiana.gov

Counsel for State of Louisiana

_s/ James R. Dugan, II_
James R. Dugan, II (*pro hac vice*)
TerriAnne Benedetto (*pro hac vice*)
The Dugan Law Firm
365 Canal Street
One Canal Place, Suite 1000
New Orleans, LA 70130
PH:   (504) 648-0180
FX:   (504) 649-0181
EM:   jdugan@dugan-lawfirm.com
        tbenedetto@dugan-lawfirm.com

James Williams
CHEHARDY SHERMAN WILLIAM, LLP
Galleria Boulevard, Suite 1100
Metairie, LA 70001
PH:   (504) 833-5600
FX:   (504) 833-8080
EM:   jmw@chehardy.com

*Attorneys for the State of Louisiana*

FOR PLAINTIFF STATE OF MISSISSIPPI:

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

By:    */s/ Hart Martin*
        Hart Martin
        Consumer Protection Division
        Mississippi Attorney General's Office
        Post Office Box 220
        Jackson, Mississippi 39205
        Telephone: 601-359-4223
        Fax: 601-359-4231
        Hart.martin@ago.ms.gov

        *Attorney for Plaintiff State of Mississippi*

FOR PLAINTIFF STATE OF MISSOURI:

ANDREW BAILEY
Attorney General

*/s/ Michael Schwalbert*
Michael.Schwalbert@ago.mo.gov
Missouri Attorney General's Office
815 Olive St.
Suite 200
St. Louis, MO 63101
Tel: 314-340-7888

*Attorneys for Plaintiff State of Missouri*

FOR PLAINTIFF STATE OF MONTANA:

AUSTIN KNUDSEN
Montana Attorney General

/s/ Anna Schneider
Anna Schneider
Montana Attorney General's Office
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Fax: (406) 442-1894 Anna.Schneider@mt.gov

/s/ Charles J. Cooper
Charles J. Cooper
ccooper@cooperkirk.com
David H. Thompson
dthompson@cooperkirk.com
Brian W. Barnes
bbarnes@cooperkirk.com
Harold S. Reeves
hreeves@cooperkirk.com
COOPER & KIRK PLLC
1523 New Hampshire Avenue, NW
Washington DC 20036
Phone: (202) 220-9620
Fax: (202) 220-9601

*Attorneys for Plaintiff State of Montana*

FOR PLAINTIFF STATE OF NEVADA:

AARON D. FORD
Attorney General
ERNEST D. FIGUEROA
Consumer Advocate


/s/ Michelle C. Badorine
Michelle C. Badorine, Senior Deputy
Attorney General
MNewman@ag.nv.gov
Lucas J. Tucker (NV Bar No. 10252)
Senior Deputy Attorney General
LTucker@ag.nv.gov
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701 Tel:
(775) 684-1100

*Attorneys for Plaintiff State of Nevada*

FOR PLAINTIFF STATE OF NORTH DAKOTA:


**STATE OF NORTH DAKOTA**
Drew H. Wrigley
Attorney General


By:   */s/ Elin S. Alm*
       Elin S. Alm, ND ID 05924
       Assistant Attorneys General
       Consumer Protection & Antitrust Division
       Office of Attorney General of North Dakota
       1720 Burlington Drive, Suite C, Bismarck, ND 58503-7736
       (701) 328-5570
       (701) 328-5568 (fax)
       ealm@nd.gov

       *Attorneys for Plaintiff State of North Dakota*

FOR PLAINTIFF COMMONWEALTH OF PUERTO RICO:

*/s/ Domingo Emanuelli-Hernández*
Domingo Emanuelli-Hernández
Attorney General
Thaizza Rodríguez Pagán
Assistant Attorney General
PR Bar No. 17177
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192 Tel:
(787) 721-2900, ext. 1201, 1204
trodriguez@justicia.pr.gov

Kyle G. Bates
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111

*Attorneys for Plaintiff Commonwealth of Puerto Rico*

FOR PLAINTIFF STATE OF SOUTH CAROLINA:

ALAN WILSON
Attorney General


/s/ Rebecca M. Hartner
Rebecca M. Hartner (S.C. Bar No. 101302)
Assistant Attorney General
W. Jeffrey Young
Chief Deputy Attorney General
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Mary Frances Jowers
Assistant Deputy Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, South Carolina 29211-1549
Phone: 803-734-5855
Email: rhartner@scag.gov

Charlie Condon
Charlie Condon Law Firm, LLC
880 Johnnie Dodds Blvd, Suite 1
Mount Pleasant, SC 29464
Phone: 843-884-8146
Email: charlie@charliecondon.com

James R. Dugan, II (*pro hac vice*)
The Dugan Law Firm
365 Canal Street
One Canal Place, Suite 1000
New Orleans, LA 70130
Phone: (504) 648-0180
Email: jdugan@dugan-lawfirm.com


*Attorneys for Plaintiff State of South Carolina*

FOR PLAINTIFF STATE OF SOUTH DAKOTA:

MARTY JACKLEY
Attorney General

*/s/ Jonathan Van Patten*
Jonathan Van Patten
Assistant Attorney General
Office of the Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501
Tel: 605-773-3215
jonathan.vanpatten@state.sd.us

*Attorney for Plaintiff State of South Dakota*

FOR PLAINTIFF STATE OF UTAH:

Sean D. Reyes
Utah Attorney General

*/s/ Marie W.L. Martin*
Marie W.L. Martin
Assistant Attorney General
160 East 300 South, 5th Floor
P.O. Box 140874
Salt Lake City, UT 84114-0872
mwmartin@agutah.gov
Telephone: (801) 538-9600

*Attorneys for Plaintiff State of Utah and as counsel for the Utah Division of Consumer Protection*

21

## APPENDIX A

**A. Individuals who likely have discoverable information that the Plaintiffs may use to support their claims or defenses.**

Below is a list of individuals and entities who the Plaintiff States, at this time, believe are likely to have discoverable information that the Plaintiff States may use to support their claims or defenses. Other individuals and entities not named below—including other Google customers, competitors, and employees—may also have discoverable information, and the Plaintiff States reserve the right to supplement this list as discovery proceeds.

| 1. | **Name:** | Employees of ████, *including* ████████ (Founder) |
|---|---|---|
| | **Counsel/Contact:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 2. | **Name:** | Employees of ████, *including* ████ (Head of Product, ████████) |
|---|---|---|
| | **Address:** | ████████ ████████ |
| | **Counsel/Contact:** | c/o ████████ |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tool market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 3. | **Name:** | Employees of ████, *including* ████████ (Chief Operating Officer, ████████) |
|---|---|---|
| | **Address:** | ████████ ████████ ██ |
| | **Counsel/Contact:** | ████████, Executive Vice President, General Counsel and Secretary |

| | Telephone Number: | ██████████ |
|---|---|---|
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct, and the anticompetitive effects arising from that conduct |

| 4. | Name: | Employees of ██████ *including* ██████████ (Associate General Counsel) |
|---|---|---|
| | Address: | ████████████████ ███████████ ████ |
| | Counsel/Contact: | c/o ████████ |
| | Telephone Number: | ████████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad server market, the ad exchange market, and the ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 5. | Name: | Employees of ████████, *including* ████████████ (Director of Digital Commerce & Media) and ████████ (Vice President, Credit Digital Marketing) |
|---|---|---|
| | Address: | ████████████████ ████████ ████████████ ████ |
| | Counsel/Contact: | ████████████, Vice President and Chief Antitrust Counsel |
| | Telephone Number: | ████████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market, ad exchange market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 6. | Name: | Employees of ████████ |
|---|---|---|
| | Address: | ████████████████ ████████████ ████ |
| | Counsel/Contact: | ████████████, Global General Counsel |
| | Telephone Number: | ████████████ |

|  | Subject(s): | Relevant product markets at issue in the Complaint, including the ad server market |
|---|---|---|

| 7. | Name: | Employees of ███ and its subsidiaries, *including* ███████ (Chief Financial Officer at ████████ ██████ (Senior Vice President and Head of Legal at ███████████ (Technical Director), ███████████ ████████████████████████████ ███████████████████ ██████ (Assistant VP & Sr. Legal Counsel of ██████), and ████████ (Senior Vice President of Digital Media at ██████████.) |
|---|---|---|
|  | Address: | ████████████████ █████ █ |
|  | Counsel/Contact: | ████████, Assistant Vice President and Senior Legal Counsel |
|  | Telephone Number: | ██████████ |
|  | Subject(s): | Relevant product markets at issue in the Complaint, including the ad server market, the ad exchange market, and the ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 8. | Name: | Employees of ████████████, *including* █████████ (Director of K-12 Product Strategy) |
|---|---|---|
|  | Address: | ████████████ ████████████ █ |
|  | Counsel/Contact: | ████████████, Compliance Counsel |
|  | Telephone Number: | ██████████ |
|  | Subject(s): | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 9. | Name: | Employees of ████████████, *including* ██████████ (Owner) |
|---|---|---|
|  | Address: | ████████████ ████████████████ |
|  | Counsel/Contact: | ████████████ |

A-3

|  | **Telephone Number:** | ███████████ |
|---|---|---|
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 10. | **Name:** | ███████████ (former Chief Executive Officer of |
|---|---|---|
|  | **Counsel/Contact:** | ███████████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market, the ad exchange market, and the ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 11. | **Name:** | Employees of ███████, *including* ███████ (Chief Executive Officer) |
|---|---|---|
|  | **Address:** | ███████████ |
|  | **Counsel/Contact:** | ███████ |
| **Subject(s):** | | Relevant product markets at issue in the Complaint, including the ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 12. | **Name:** | Employees of ███████ *including* ███████ (former Chief Executive Officer of ███ ) |
|---|---|---|
|  | **Address:** | ███████████ |
|  | **Counsel/Contact:** | c/o ███████, Chief Compliance Officer at ███████ |
|  | **Telephone Number:** | ███████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

A-4

| 13. | **Name:** | Employees of ████ and its subsidiary, ████ *including* ████, (Senior Vice President of Media); and ████ (Executive Director of Media and Advanced Advertising), ████ (Executive Director, Strategic Partnerships & BD, ████ (General Manager, ████████) |
| | **Address:** | ████████ ████████ ████ |
| | **Counsel/Contact:** | c/o ████████ |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 14. | **Name:** | Employees of ████, *including* ████ (Executive Vice President, Global Supply); ████ (Chief Technology Officer) |
| | **Address:** | ████████████ ████████ |
| | **Counsel/Contact:** | ████, Executive Vice President and General Counsel |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 15. | **Name:** | Employees of ████, *including* ████ (Director of Global Operations) and ████ (Chief Operating Officer) |
| | **Address:** | ████████ ████ ████ ████ |
| | **Counsel/Contact:** | c/o ████ |

| | Telephone Number: | ( ███████████ |
|---|---|---|
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad exchange market and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 16. | Name: | Employees of ████████████ ., *including* ████████████ (General Manager for Communication Planning) |
|---|---|---|
| | Address: | ████████████ ████████████ ████ |
| | Counsel/Contact: | ████████████, Senior Corporate Counsel |
| | Telephone Number: | ████████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 17. | Name: | Employees of ████████████ *including* ████████████ (Publisher and Owner) |
|---|---|---|
| | Address: | ████████████ ████████████ |
| | Counsel/Contact: | ████████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad network market and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 18. | Name: | Employees of ████████████, *including* ████████████, (Chief Executive Officer of ████████, a part of the ████████), and ████████ (Executive Officer & Group General Counsel) |
|---|---|---|
| | Address: | ████████████ ████████████ |
| | Counsel/Contact: | ████████████, Group General Counsel (located in the UK) |

|  | Telephone Number: | ███████████ |
|--|--|--|
|  | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 19. | Name: | Employees of ████████████████, *including* ██████████ (Chief Executive Officer) |
|--|--|--|
|  | Address: | ████████████ ████████████ ████████████ ████ |
|  | Counsel/Contact: | ██████████ |
|  | Telephone Number: | ███████████ |
|  | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 20. | Name: | Employees of ██████, *including* ██████████ (Senior Vice President, Ad Sales Revenue and Planning) |
|--|--|--|
|  | Address: | ████████████ ████████ |
|  | Counsel/Contact: | c/o ██████████ |
|  | Telephone Number: | ███████████ |
|  | Subject(s): | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 21. | Name: | Employees of ███████ *including* ██████████████, (Executive Vice President, Finance) and ██████████ (VP of Finance for ██████ Streaming Services) |
|--|--|--|

A-7

| | | |
|---|---|---|
| | **Address:** | ████████████ ██████████ |
| | **Counsel/Contact:** | ████████, Principal Counsel (Antitrust) |
| | **Telephone Number:** | ██████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| | | |
|---|---|---|
| 22. | **Name:** | Employees of █████, *including* ████████ (Senior Vice President of Programmatic Revenue and Strategy), ████████, and ████████ (Chief Financial Officer of Revenue and Revenue Strategies) |
| | **Address:** | ████████████ ████████████ |
| | **Counsel/Contact:** | ████████, Senior Vice President/ Head of Government Relations |
| | **Telephone Number:** | (████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| | | |
|---|---|---|
| 23. | **Name:** | Employees of ████████████, *including* ████████████ (CEO) |
| | **Address:** | ████████ ████████████ |
| | **Counsel/Contact:** | c/o ████████ |
| | **Telephone Number:** | (████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 24. | Name: | Employees of ███████, *including* ██████████ (Chief Executive Officer), ███████ (Chief Operating Officer), ██████████ (Vice President, International Sales Operations of ████████ (Director of Product Management), ████████ (Vice President of Partnerships), ████████ (Business Lead [Chief of Staff], Vice President of Global Marketing Partnerships), ████████ (Vice President of Partnerships Product Marketing, Operations, Partner Engineering, and Analytics), ████████ (Vice President of Business Platform Partnerships), ████████ (Associate General Counsel, Litigation), ████████ (Lead Counsel, Competition) |
|---|---|---|
| | Address: | ████████████ |
| | Counsel/Contact: | c/o ████████ |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 25. | Name: | Employees of ████████, *including* ████████ (Executive Vice President of Digital Products and Technology and Head of Digital Ad Technology) |
|---|---|---|
| | Address: | ████████████ |
| | Counsel/Contact: | c/o ████████ |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| | | |
|---|---|---|
| 26. | **Name:** | Employees of ███, *including* ███ (Head of Product Marketing), ███ (Sr. Director of Product Management, Counter-Abuse Technology), ███ (Vice President, Product Management), ███ (Managing Director, Publisher Platforms Strategy), ███ (Vice President of Engineering), ███ (Product Manager, User Trust and Privacy), ███ (Product Lead), ███ (Co-founder and Board Member, ███ ███ (Director, Global Display & Programmatic Specialists), ███ (Vice President/General Manager, Ads), ███ (Director, Product Management), ███ (Product Manager), ███ (Senior Product Manager), ███ (Engineering Director), ███ (Vice President/ General Manager, Display, Video and App Advertising), ███ (Product Manager), ███ (Director of Engineering), ███ (Director, Corporate Strategy), ███ (Vice President Product Management), ███ (Senior Product Manager for Sellside Ads Platforms), ███ (Senior Staff Software Engineer), ███ (Group Product Manager), ███ (Senior Product Manager, Identity and Inventory Attachment), ███ (Chief Product Officer, ███ (Chief Business Officer, ███ (Vice President, ███ & Video Global Solutions), ███ (Chief Executive Officer), ███ (Senior Vice President), ███ (Director of Engineering), ███ (Principal, Global Strategy), ███ (Director, Global Marketing Partners), ███ (Senior Vice President and Chief Business Officer), ███ (Senior Director, Product Management, ███ (Group Product Manager), ███ (Product Manager), ███ (Managing Director, Global Ads), ███ (Principal Engineer), ███ (Product Manager), ███ (Chief Executive Officer, ███ (Senior Director of Engineering), ███ (Vice President, Product Management [Special Projects]), ███ (Senior Director of Engineering and Distinguished Data Scientist) |
| | **Address:** | ███ |
| | **Counsel/Contact:** | ███ |
| | **Telephone Number:** | ███ |

| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
|---|---|---|
| 27. | **Name:** | Former Employee of ███, *including* ███████ (formerly, Senior Vice President and Chief Business Officer), ████████ (formerly, Director, Product Management – Publisher Ad Platforms), ██████ (formerly, Group Product Manager, ████████ █████████ █████████ ████ ██████ (formerly, Vice President, Engineering Display and Video Ads), ████████ (formerly, Senior Vice President of Ads and Commerce), ████████ (formerly, Chief Executive Officer, Chairman, and Technical Advisor) |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
| 28. | **Name:** | Employees of ███ |
| | **Address:** | ████████ ████████ |
| | **Counsel/Contact:** | ████████, Counsel |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint |
| 29. | **Name:** | Employees of ████████ |
| | **Address:** | ████████ ██████ ████ |

| | **Counsel/Contact:** | ███████, Associate General Counsel |
| | **Telephone Number:** | ███████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 30. | **Name:** | Employees of ████, *including* ████████ (Chief Digital and Innovation Officer) |
| | **Address:** | ████████████ ██████████ |
| | **Counsel/Contact:** | ███████ Associate General Counsel |
| | **Telephone Number:** | ███████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 31. | **Name:** | Employees of ██████████ *including* ████████ (Founder) |
| | **Counsel/Contact:** | ███████ |
| | **Telephone Number:** | ███████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad network market and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 32. | **Name:** | Employees of █████, *including* ████████ (Senior Vice President, Customer Engagement, Analytics and Insights) |
| | **Address:** | ████████████ ████████████ |
| | **Counsel/Contact:** | ███████, Deputy General Counsel |
| | **Telephone Number:** | ███████ |

A-12

|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
| --- | --- | --- |

| 33. | **Name:** | Employees of ███████████████████, *including* ███████████ (President) |
| --- | --- | --- |
|  | **Address:** | ████████████████ ███████████ |
|  | **Counsel/Contact:** | █████████████ |
|  | **Telephone Number:** | ██████████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 34. | **Name:** | Employees of ██████████, *including* ████████████ (President) |
| --- | --- | --- |
|  | **Address:** | ████████████████████ |
|  | **Counsel/Contact:** | c/o ████████████ |
|  | **Telephone Number:** | ██████████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 35. | **Name:** | Employees of ████████ f/k/a ██████████████, *including* ████████████ (Chief Technology Officer) |
| --- | --- | --- |
|  | **Address:** | █████████████ ███████████ |
|  | **Counsel/Contact:** | c/o ████████████ |
|  | **Telephone Number:** | (███████████ |

| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
|---|---|---|

| 36. | **Name:** | Employees of ██████, *including* ██████████ (Global Head of Business Development) |
|---|---|---|
| | **Address:** | ██████████████ ████████████ ████ |
| | **Counsel/Contact:** | c/o ████████ |
| | **Telephone Number:** | ████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 37. | **Name:** | Employees of ████████ *including* ██████████ (Senior Director, Global Audience Ads), ██ ████████ (Deputy General Counsel), ██████████ (Deputy General Counsel), ██████████ |
|---|---|---|
| | **Address:** | ████████████ ██████████ ████ |
| | **Counsel/Contact:** | c/o ██████████ |
| | **Telephone Number:** | ██████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 38. | **Name:** | Employees of ████████ |
|---|---|---|
| | **Address:** | ████████████████ ██████████████ |
| | **Counsel/Contact:** | c/o ████████ |
| | **Telephone Number:** | ████████ |

| | Subject(s): | Relevant product markets at issue in the Complaint |
|---|---|---|

| | | |
|---|---|---|
| 39. | Name: | Employees of ████, *including* ████ (Director, Marketing Communications / Head of Media Center of Excellence), ████ (Managing Counsel, Acquisitions, Business Development & Commercial Transactions, ████ )) |
| | Address: | ████ |
| | Counsel/Contact: | ████ , Managing Counsel |
| | Telephone Number: | ████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| | | |
|---|---|---|
| 40. | Name: | Employees of ████ , *including* ████ (Senior Vice President, Ad Innovation) and ████ (Senior Director, Ad Platforms) |
| | Address: | ████ |
| | Counsel/Contact: | c/o ████ |
| | Telephone Number: | ████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| | | |
|---|---|---|
| 41. | Name: | Employees and Representatives of ████ , *including* ████ (Vice President of Advertising at ████ ████ (Senior Vice President Global Competition Law and Policy at ████ and ████ (Consultant) |
| | Address: | ████ |
| | Counsel/Contact: | c/o ████ |
| | Telephone Number: | ████ |

A-15

| | | |
|---|---|---|
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| | | |
|---|---|---|
| 42. | **Name:** | Employees of ▮▮▮▮▮▮▮, *including* ▮▮▮▮ ▮▮▮▮ (Senior Vice President and General Counsel) |
| | **Address:** | ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ |
| | **Counsel/Contact:** | c/o ▮▮▮▮▮ |
| | **Telephone Number:** | ▮▮▮▮ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| | | |
|---|---|---|
| 43. | **Name:** | Employees of ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ (Chief Executive) |
| | **Address:** | ▮▮▮▮ ▮▮▮▮▮ ▮▮▮ ▮▮▮ ▮▮ |
| | **Counsel/Contact:** | ▮▮▮▮ |
| | **Telephone Number:** | ▮▮▮▮ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| | | |
|---|---|---|
| 44. | **Name:** | Employees of ▮▮, *including* ▮▮▮▮ (Director of Digital Marketing) |
| | **Address:** | ▮▮▮▮ ▮▮▮▮ ▮▮ |
| | **Counsel/Contact:** | ▮▮▮▮, Senior Counsel |
| | **Telephone Number:** | ▮▮▮ |

A-16

| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
|---|---|---|

| 45. | Name: | Employees of █████, *including* █████ (COO), █████ (President, CMO for North America) |
|---|---|---|
| | Address: | █████████████ █████████████ █████ |
| | Counsel/Contact: | c/o █████████ |
| | Telephone Number: | █████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 46. | Name: | Employees of █████, *including* █████ (President and Chief Executive Officer) |
|---|---|---|
| | Address: | █████████████ █████████ █████ |
| | Counsel/Contact: | c/o █████████ |
| | Telephone Number: | █████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 47. | Name: | Employees and Representatives of █████ *including* █████ (Executive Vice President), █████ (Vice President), █████ (Director, State Government Affairs), █████ (Senior Policy Advisor) |
|---|---|---|
| | Address: | █████████████ █████████ |
| | Counsel/Contact: | █████████, Senior Managing Counsel |

| | Telephone Number: | ███████ |
|---|---|---|
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 48. | Name: | Employees of ██████, *including* ████████ (Chief Product Officer and Head of Technology) |
|---|---|---|
| | Address: | ████████████████ ████████ ███ |
| | Counsel/Contact: | ████████, Executive Vice President and General Counsel |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 49. | Name: | Employees of ██████, *including* ████████ (Vice President of Revenue Operations) and ████████ (Vice President, Search Engine Optimization), ████████ (Sr. VP/Deputy General Counsel) |
|---|---|---|
| | Address: | ████████ ████████ ███ |
| | Counsel/Contact: | ████████, Senior Vice President/ Deputy General Counsel |
| | Telephone Number | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

A-18

| 50. | Name: | Employees of ████████████, *including* ████████ (Vice President of Global Media), ████ ████████ (Media Operations and Innovation), and ████ (North American Brand Media) |
| --- | --- | --- |
| | Address: | ████████ ████ ████ ████████ ████ |
| | Counsel/Contact: | ████████████, Attorney |
| | Telephone Number | ████████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 51. | Name: | Employees of ████████████, *including* ████████ (Chief Strategy Officer) |
| --- | --- | --- |
| | Address: | ████████ ████████ ████ |
| | Counsel/Contact: | ████████, Deputy General Counsel |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 52. | Name: | Employees of ████████, *including* ████████ (General Counsel) |
| --- | --- | --- |
| | Address: | ████████ ████████ |
| | Counsel/Contact: | c/o ████████ |
| | Telephone Number: | ████████ |
| | Subject(s): | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 53. | **Name:** | Employees of ███████, *including* ██████ (Senior Vice President, Marketing and Merchandising) |
|---|---|---|
| | **Address:** | ██████████████ ████████ |
| | **Counsel/Contact:** | ██████████, Executive Vice President, General Counsel |
| | **Telephone Number:** | ██████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 54. | **Name:** | Employees of ██████, *including* ██████ (Chief Strategy Officer) |
|---|---|---|
| | **Address:** | ████████████████ ████ ████ |
| | **Counsel/Contact:** | ████████ |
| | **Telephone Number:** | ██████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 55. | **Name:** | Employees of ██████, *including* ██████ (Chief Product Officer) and ██████ (President) |
|---|---|---|
| | **Address:** | ██████████████ ████████ |
| | **Counsel/Contact:** | c/o ██████████ |
| | **Telephone Number:** | ██████████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

A-20

| 56. | **Name:** | Employees of ███████, *including* ███████ (Vice President of Marketing), ███████ (Enterprise Tech Executive), ███████ (Digital Assets and Strategy), ███████, and ███████ |
| --- | --- | --- |
| | **Address:** | ███████ |
| | **Counsel/Contact:** | ███████, Associate General Counsel |
| | **Telephone Number** | |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 57. | **Name:** | Employees of ███████, *including* ███████ (Chief Product Officer), and ███████ (Sr. VP/Head of Government Relations) |
| --- | --- | --- |
| | **Address:** | ███████ |
| | **Counsel/Contact:** | ███████ Senior Vice President/ Head of Government Relations |
| | **Telephone Number:** | ███████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market, the ad network market, the ad server market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 58. | **Name:** | Employees of ███████, *including* ███████ (General Counsel and Company Secretary), ███████ (Director of Public Policy), ███████ (Head of Programmatic), ███████ (Global Head of Programmatic Solutions), and ███████ (Director of Audience Data Strategy) |
| --- | --- | --- |
| | **Address:** | ███████ |
| | **Counsel/Contact:** | ███████, General Counsel and Company Secretary |
| | **Telephone Number** | ███████ |

|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad exchange market and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
|---|---|---|

| 59. | **Name:** | Employees of ███████████, *including* ████████ (Chief Revenue Officer) |
|---|---|---|
|  | **Address:** | █████████████<br>███████████████████<br>███████ |
|  | **Counsel/Contact:** | c/o ██████████████████ |
|  | **Telephone Number** |  |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 60. | **Name:** | Employees of █████, *including* ████████████ (General Counsel) and █████████ (Deputy General Counsel) |
|---|---|---|
|  | **Address:** | ██████████████████<br>████████████<br>██████ |
|  | **Counsel/Contact:** | ████████████████, Senior Corporate Counsel |
|  | **Telephone Number:** | (████████████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 61. | **Name:** | Employees of ███████, *including* ██████████████ (Local Media Director), ████████████ (VP & General Counsel) |
|---|---|---|
|  | **Address:** | ████████████████<br>███████████████████<br>██████ |
|  | **Counsel/Contact:** | ██████████████, General Counsel |
|  | **Telephone Number** |  |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online |

| | | video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
| --- | --- | --- |

| 62. | **Name:** | Employees of ████, *including* ████ (Senior Legal Director at ████ (Vice President of Ad Exchanges), ████ (Assistant General Counsel), ████ (Associate General Counsel) |
| --- | --- | --- |
| | **Address:** | ████ ████ ██ |
| | **Counsel/Contact:** | ████, Associate General Counsel |
| | **Telephone Number** | ████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market, the ad exchange market, the ad network market, and the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 63. | **Name:** | Employees of ████, *including* ████ (Vice President of Strategy for ████ (Senior Director of Digital Marketing), and ████ (Vice President of Product Management) |
| --- | --- | --- |
| | **Address:** | ████ ████ ██ |
| | **Counsel/Contact:** | ████, Vice President and Chief Counsel, Antitrust Legal Compliance |
| | **Telephone Number** | ████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 64. | **Name:** | Employees of ████, *including* ████ (Vice President and Global Head of Search) |
| --- | --- | --- |
| | **Address:** | ████ ████ ████ |

| | | |
|---|---|---|
| | **Counsel/Contact:** | c/o ████████████ |
| | **Telephone Number:** | ████████ |

A-24

| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market and the instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
|---|---|---|

| 65. | **Name:** | Employees of ███████, *including* ███████ (Head of ███████████) and ███████████ (Senior Vice President of Enterprise, Media and Channel Partnerships) |
|---|---|---|
| | **Address:** | ███████████████<br>███ |
| | **Counsel/Contact:** | ███████, Chief Privacy Officer |
| | **Telephone Number:** | ███████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 66. | **Name:** | ███████████████, *including* ███████ (Legal Director), ███████ (Technologist), ███████ (Attorney), and ███████ (Technologist) |
|---|---|---|
| | **Address:** | ███████████<br>███ |
| | **Counsel/Contact:** | ███████, Attorney |
| | **Telephone Number:** | ███████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market and ad exchange market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 67. | **Name:** | ███████ |
|---|---|---|
| | **Address:** | ███████████<br>███████<br>███████████ |
| | **Counsel/Contact:** | ███████████ |
| | **Telephone Number:** | |

|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market and ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |
|---|---|---|

| 68. | **Name:** | ████████ |
|---|---|---|
|  | **Address:** |  |
|  | **Counsel/Contact:** |  |
|  | **Telephone Number:** | ████████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 69. | **Name:** | ██████ |
|---|---|---|
|  | **Address:** |  |
|  | **Counsel/Contact:** |  |
|  | **Telephone Number:** |  |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market, ad exchange market, and ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 70. | **Name:** | Employees of ██████, *including* ██████ (CEO of ██████) |
|---|---|---|
|  | **Address:** | ██████ █ ██████ ██████████ |
|  | **Counsel/Contact:** | ██████████ (Consule for ██████) |
|  | **Telephone Number:** | ██████ |
|  | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 71. | **Name:** | Employees of ███ , *including* ███████ (Chief Policy & Industrial Relations Officer) and ███████ (Founder & CEO) |
|---|---|---|
| | **Address:** | ███████<br>███████ |
| | **Counsel/Contact:** | |
| | **Telephone Number:** | |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market, ad exchange market, and browser market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 72. | **Name:** | Employees of ███████ *including* ███████ (Chief Corporate Strategy & Development Officer) |
|---|---|---|
| | **Address:** | █ █ █ █ ███<br>███████ |
| | **Counsel/Contact:** | |
| | **Telephone Number:** | ███ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the search ad market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 73. | **Name:** | Employees of ███████ ., *including* ███████ (Co-CEO & President), and ███████ (Sr. VP for Digital Media) |
|---|---|---|
| | **Address:** | ███████<br>███████ |
| | **Counsel/Contact:** | ███████ (VP & Deputy General Counsel) |
| | **Telephone Number:** | ███ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market, ad exchange market, ad buying tools market, and instream online video advertising market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 74. | **Name:** | Employees of ██████ *including* ██████ (CEO) |
| | **Address:** | ██████████<br>██████ |
| | **Counsel/Contact:** | ██████ (General Counsel) |
| | **Telephone Number:** | ██████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the search ad market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 75. | **Name:** | Employees of ██████, *including* ██████ (Chief Communications Officer), ██████ (EVP), and ██████ (President & Head of Products & Platforms) |
| | **Address:** | ████████ █<br>██ |
| | **Counsel/Contact:** | |
| | **Telephone Number:** | ██████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market, ad exchange market, and ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |

| 76. | **Name:** | Employees of ████████., *including* ██████ (Sr. VP of Digital Strategy, Corporate Development, and Operations) |
| | **Address:** | ████████<br>██████<br>██████ |
| | **Counsel/Contact:** | |
| | **Telephone Number:** | ██████ |
| | **Subject(s):** | Relevant product markets at issue in the Complaint, including the ad server market, ad exchange market, and ad buying tools market; competition and barriers to entry in the relevant markets; Google's exclusionary conduct; and the anticompetitive effects arising from that conduct |