# EXHIBIT 2

| Number | Author(s), Attorney(s), and Legal Organization | Filename | Date | Witness | Witness |
|---|---|---|---|---|---|
| 1 | █████, Summer Law Clerk, TX OAG, at the behest of ████████ ███████████████ | ██ ██████_20200716_Confidential_Memo.docx | 7/16/2020 ████ | ██████ | ████████ |
| 2 | ████████, Summer Law Clerk, TX OAG, at the behest of ████████, ████████████████ ██████ | ████████████_20200708_Confidential_Memo.docx | 7/8/2020 ████ | ████ | |
| 3 | ██████, Summer Law Clerk, TX OAG, at the behest of ██████████, █████████████, and ██████ █████ | ██████_20201007_Confidential_Memo.docx | 10/7/2020 ████ | ██████ | |
| 4 | ██████, Attorney, TX OAG | ██████_20200605_Confidential_Memo.docx | 6/5/2020 ████████ | ██████ | |
| 5 | ████████, Assistant Attorney General, Office of the Oklahoma Attorney General | ██████_20200520_Confidential_Memo.pdf | 5/20/2020, 5/26/2020 ███████ | ██████ | |
| 6 | ████████, Deputy Attorney General, Idaho Attorney General's Office, Consumer Protection Division | ██████_20200612_Confidential_Memo.pdf | 6/12/2020 ████ | ███████████████████ █████ | |

| Recipient(s) | Custodian | Nature of Privilege or Protection Asserted | Privilege Description |
|---|---|---|---|
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ and ████████ of ██ |



7 █████████, Law Clerk, AZ OAG, at the behest of ████████████

████_20200622_Confidential_Memo.docx   6/22/2020

8 ████████, Assistant Attorney General, TX OAG

████_20200722 Confidential Memo.docx   7/22/2020

9 ████████ Attorney, TX OAG

████████_20200326_Confidential_Memo   3/26/2020

10 ████████, Assistant Attorney General, Office of Attorney General of Iowa

████_20200421_Confidential_Memo.docx   4/21/2020, 4/28/2020

11 ████████, Attorney, TX OAG

████████_20200124_Confidential_Memo.docx   1/24/2020

12 ████████, Attorney, AZ OAG

████████_20200730_Confidential_Memo.docx   7/30/2020

| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |



13 ████████ Assistant Attorney General, TX OAG  ████ ████_20200818_Confidential_Memo.docs  8/18/2020 ████████  ████████

14 ████████, Attorney, TX OAG  ████████_20200714_Confidential_Memo.doc  7/14/2020 ████████  ████████████ ████

15 ████████, Summer Law Clerk, TX OAG, at the behest of ████████, ████████████ ████  ████████_20200918_Confidential_Memo.docx  9/18/2020 ████████  ████████████ ████████

16 ████████, Attorney, TX OAG  ████_20200205_Confidential_Memo.docx  2/5/2020 ████████  ████████████ ████

17 ████████, Assistant Attorney General, TX OAG  ████████Presentation_20201006_Confidential Memo.docx  10/6/2020 ████████  ████████████ ████

18 ████████, Assistant Attorney General, TX OAG  ████████ 071920 Confidential Memo.docx  7/15/2020 ████  ████████

| | | | |
|---|---|---|---|
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████ and ██████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████ and ██████ of ████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the ██████████ ████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |



19 ██████, Attorney, TX OAG          ██████_20200317          3/17/2020 ████████          ████████
                                     _Confidential_Memo.docx                                 ███

20 ██████, Nebraska Assistant        ██████████          2/24/2020 ████████          █████
   Attorney General                  ██20200224_Confidential_Memo.docx

21 ██████, Attorney, TX OAG          ████████          4/7/2020 ██████          ████████
                                     ██████_20200407_Confidential_Memo.do
                                     cx

22 ████████, Attorney, TX            ██████_20200227_Confidential_Memo.do   2/18/2020 ██████          ████████
   OAG                               cx

23 ████████ Attorney, AZ OAG         ██████_20200422_Confidential_Memo.docx   4/22/2020 ██████          ████████

24 ██████, Law Clerk, AZ             ██████_20200708_Confidential_Memo.doc   7/8/2020 ██████          ████████████
   OAG, at the behest of ████████,   x                                                                 ███
   ████

| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████████ ███████████ |



25 ███████, Investigator, TX OAG, at the behest of ███████ ███████ ███ | █ _20200505_Confidential_Memo.docx | 5/5/2020 | ██

26 ███████, Assistant Attorney General, North Carolina | █ █ _20200304_Confidential_Memo.docx | 3/4/2020 | ███

27 ███████, Investigator, TX OAG, at the behest of ███████ ███████ ███ | ███ _20200220_Confidential_Memo.docx | 2/20/2020 | ███ l

28 ███████, Assistant Attorney General, TX OAG | █ _20200515_Confidential_Memo.docx.docx | 5/15/2020 | ██

29 ███████, Attorney, TX OAG | ███ _20200128 Confidential_Memo.docx | 1/28/2020 | ████

30 ███████ Attorney, TX OAG | ███ _20200629_Confidential_Memo.docx | 6/29/2020 | ███

| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ ██████████ |
|---|---|---|---|
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |



31  █████████, Assistant Attorney    ████ 20200609_Confidential_Memo.docx    6/9/2020    ██████
    General, TX OAG

32  ████████████, Senior Deputy    █████████_20200406_Confidential    4/6/2020    ██████
    Attorney General, Antitrust Section,    Memo.docx
    Pennsylvania

33  ██████████, Attorney, TX    █████_20200331_Confidential_Memo.do    3/31/2020    ██████
    OAG    cx

34  █████████, Assistant Attorney    █████_20200413_Confidential_Memo.    4/13/2020    ██████
    General Office of the Oklahoma    pdf
    Attorney General

35  ████████████, Attorney, AZ OAG    █████_20200211_Confidential_Memo.do    2/11/2020    ██████
    cx

36  █████████ Assistant Attorney    ██████_20200227_Confidential_Memo.do    2/27/2020    ██████
    General Office of the Oklahoma    cx
    Attorney General

| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████████ |
| --- | --- | --- | --- |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████████, and ██████ ██████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████████████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████████████ |



37 ████████, Attorney, TX OAG         ████████_20200318_Confidential_Memo.docx         3/18/2020 ████████         ████████

38 ████████, Assistant Attorney         ████████_20200414_Confidential_Memo.docx         4/14/2020 ████████         ████████
   General, Tennessee                                                                                                              ███████

39 ████████, Attorney, TN OAG         ██████_20200713_Confidential_Memo.docx         7/13/2020 █████         █████████████
                                                                                                                                  ██████

40 ████████, Attorney, UT OAG         ████████                                         5/27/2020 █████████     █████████████
                                     ███████20200527_Confidential_Memo.docx                                    ████████████

41 ████████, Assistant Attorney         ██████                                         4/16/2020 ████████         █████████
   General, Antitrust Bureau, New York ███████20204016_Confidential_Memo.docx.docx
   OAG                                  cx

42 ████████, Law Clerk, AZ OAG, at      ██████_20200701_Confidential_Memo.docx         7/1/2020 █████r         █████████
   the behest of ████████████████
   █████████████████

| | | | |
|---|---|---|---|
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of █████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████ |



43 ████████, Attorney, TX OAG   ████_20200710_Confidential_Memo.docx   7/10/2020  ███   ████████

44 ████████████, DAG, Indiana OAG   ████_20201116_Confidential_Memo.docx   11/16/2020 ███   ████████

45 ████████████, Attorney, TX OAG   ████_20200323 _Confidential_Memo.docx   3/13/2020  ███   ██████████████
                                                                                              ██████████████

46 ████████████, Assistant Attorney General, TX OAG   ████_20200507_Confidential Memo.docx   5/7/2020   ███   ██████████████

47 ████████, Deputy Attorney General, Idaho Attorney General's Office, Consumer Protection Division   ████_20201001_Confidential_Memo.pdf   10/1/2020  ███   ████████

48 ████████████, Assistant Attorney General, North Carolina   ████_20200513_Confidential_Memo.docx   5/13/2020  ███   ██████████████
                                                                                                                   ██████████████

| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ ████████ |



49 ██████, Attorney, TX OAG        ████████        7/20/2020 ████████        ████████
                                    ████20200720_Confidential_Memo.docx                ████████

50 ██████, Attorney, TX OAG        ████████_20200318        3/18/2020 ████        ████
                                    _Confidential_Memo.docx

51 ████████, Nebraska Assistant    ████_20200417_Confidential   4/17/2020 ████        ████
   Attorney General                 Memo.docx

52 ██████, Legal Intern, TX OAG, at ████_20200917_Confidential   9/17/2020 ████        ████████
   the behest of ████████           Memo.docx
   ████, and ████████

53 ██████, Attorney, TX OAG        ████_20200121_Confidential_Memo.docx 1/21/2020 ████     ████

54 ██████, Law Clerk, TX OAG, at the ████)_20200722_Confidential_Memo.do 7/22/2020 ████   ████
   behest of ████████               cx

| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |



55 ██████████, DAG, Indiana OAG   ████████)_20200828_Confidential_Memo.docx   8/28/2020 ████████   █████████

56 ████████ Attorney, AZ OAG   ███████20200415_Confidential_Memo.docx   4/15/2020 ████████   ██████████████

57 ████████, Attorney, AZ OAG   ████_20200714_Confidential_Memo.docx   7/14/2020 █████████   ████████████████

58 ████████, Attorney, TX OAG   ████_20200326_Confidential_Memo.pdf   3/26/2020 ███████   ██████████

59 ████████, Attorney, TX OAG   ████_20200618_Confidential_Memo.docx   6/19/2020 ████████   ████████████

60 ██████, Attorney, TX OAG   ████_20200212_Confidential_Memo.docx   2/12/2020 ███████   ██████████████

| | | | |
|---|---|---|---|
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of █████████████ █ |
| TX OAG Files | OAG | Opinion Work Product  and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████  and ████████ ███ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ ███ |



61 ███████, Attorney, UT OAG     ████ ███20200331_Confidential_Memo.docx     3/31/2020 ████

62 ███████, Law Clerk, TX OAG, at the behest of ███████████     ██████_20200709_Confidential_Memo.docx     7/9/2020 ████

63 ███████, Assistant Attorney General, TX OAG     ██████_20200724_Confidential_Memo.docx     7/24/2020 ████

64 ███████, Assistant Attorney General, TX OAG     ████████ 073120_Confidential_Memo.docx     7/31/2020 ████

65 ███████, Assistant Attorney General, █ OAG     ███_20200512_Confidential_Memo.docx     5/12/2020 ██

66 ███████, Deputy Attorney General, Idaho Attorney General's Office, Consumer Protection Division     ████_20200512_Confidential_Memo.pdf     5/12/2020 ████

| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████ ████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ██████████ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████ |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google-- that reflects the mental impressions and opinions of the author(s) regarding the interview of ████████████ ███████████████████ |



67 ██████████, Attorney, TX
OAG                    ██ _20200221_Confidential_Memo.docx    2/21/2020 ████████████  ██████████

68 ██████████, Senior Deputy
Attorney General, Antitrust Section,
Pennsylvania            ██ _20200911_Confidential_Memo.docx    9/11/2020 ████████  ██████████████
                                                                        ██████

69 ████████, Attorney, TX OAG    3.1.2021████████
                              Presentaton_Confidential.pdf    3/1/2021 ████████  ████████████████

| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████████████ ) |
| TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████████████ ██ |
| TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ███████████████████ |