# EXHIBIT A

```
                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF TEXAS

 3                      SHERMAN DIVISION

 4

     THE STATE OF TEXAS, ET AL,

 5

 6                              CIVIL NO. 4:20-CV-957-SDJ

 7   v.

 8   GOOGLE LLC

 9

10                         Norton Rose Fulbright US LLP

                           1301 Avenue of the Americas

11                         New York, New York 10019

12

13                         March 11, 2024

                           2:04 p.m.

14

15            EXAMINATION BEFORE TRIAL of

16   ███████████████, a 30(b)(6) Witness herein, taken

17   by the Plaintiff, pursuant to Article 31 of the

18   Civil Practice Law & Rules of Testimony, and Notice,

19   held at the above-mentioned time and place, before

20   JOANNA MARTINEZ a Notary Public of the State of

21   New York.

22

23

24

25
```

Page 2

1                    A P P E A R A N C E S:

2

3    NORTON ROSE FULBRIGHT US LLP
     Attorney for Plaintiff
4    1045 W. Fulton Market, Suite 1200
     Chicago, Illinois 60607
5    (312) 964-7800
     EMAIL:john.mcbride@nortonfulbright.com
6    BY:   JOHN MCBRIDE, ESQ.

7

8

9    FRESHFIELDS
     Attorney for Defendant
10   601 Lexington Avenue, 31st Floor
     New York, New York 10022
11   (212) 284-4910
     EMAIL: rob.mccallum@freshfields.com
12   BY:   ROB MCCALLUM, ESQ.
          VERONICA M. BOSCO, ESQ.

13

14

15   ALSO PRESENT:

16   Jonathan Juarez,
     videographer, Golkow

17

18

19

20

21

22

23

24

25

Page 3

1              S T I P U L A T I O N S

2

3            IT IS HEREBY STIPULATED AND AGREED,

4    by and among counsel for the respective parties

5    hereto, that the filing, sealing and certification

6    of the within deposition shall be and the same are

7    hereby waived;

8              IT IS FURTHER STIPULATED AND AGREED

9    that all objections, except as to form of the

10   question, shall be reserved to the time of the

11   trial;

12             IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be signed before any

14   Notary Public with the same force and effect as if

15   signed and sworn to before the Court.

16                  *       *       *

17

18

19

20

21

22

23

24

25

Page 4

1          THE VIDEOGRAPHER:  We are now on the
2     record.  My name is Jonathan Juarez.  I am the
3     legal videographer for Golkow Litigation
4     Services.  Today's date is March 11, 2024, and
5     the time is 2:04 p.m.
6          This deposition is taking place at 1301
7     thy Avenue New York, New York in the matter of
8     the State of Texas et al. versus Google, LLC.
9     The deponent is ███████████████.
10         Counsel please identify yourselves for the
11    record.
12         MR. MCBRIDE:  On behalf of the plaintiff
13    States, John McBride of Norton Rose Fulbright
14    LLP.
15         MR. MCCALLUM:  On behalf of the defendant,
16    Google, Robert McCallum of Freshfields with me
17    here today I have mu colleague also from
18    Freshfields, Veronica Bosco, and I anticipate
19    that my client, Mara Boundy, in-house counsel
20    for Google may join us at some point in the
21    near future.
22         MR. MCBRIDE:  And I can't see the Zoom but
23    I believe that Trevor Young from the attorney
24    general's office of Texas is on as well as
25    Zeke DeRose and Melanie DeRose, from the Lanier

Page 5

1          Law Firm also on behalf of Plaintiff States.

2                  THE VIDEOGRAPHER:  The court reporter

3          is --

4                  MS. DEROSE:  That's correct.

5                  THE VIDEOGRAPHER:  -- Joanna Martinez and

6          will now swear in the witness.

7                              -- O --

8    ████████████     ████████████, after having

9    first been duly sworn by a Notary Public of the

10   State of New York, was examined and testified as

11   follows:

12   BY THE STENOGRAPHER:

13         Q    State your name for the record, please.

14         A    ████████████.

15         Q    State your address for the record, please.

16         A    ████████████, New York, New York.

17   EXAMINATION

18   BY MR. MCBRIDE:

19         Q    Good afternoon, Mr. ████████.

20         A    Good afternoon.

21         Q    You are employed by Google?

22         A    That is correct.

23         Q    And do you work for Google in the City of

24   New York?

25         A    I do, yes.

```
                                              Page 6
 1        Q     What's the location of Google's office in
 2   New York where you live?
 3        A     In New York it's 111 8th Avenue.
 4        Q     Have you ever been deposed before?
 5        A     I have not, no.
 6        Q     Is there anything that you would prevent
 7   you from testifying truthfully today?  Medication?
 8   Illness?
 9        A     No, there is not.
10        Q     And do you understand that you're here to
11   testify regarding Google's dashboards for display
12   advertising?
13        A     Yes.
14        Q     And do you have personal knowledge of the
15   Google's dashboards that are used in the display
16   advertising business?
17        A     I do.
18        Q     And how did you come by that knowledge?
19        A     As a software engineer at Google working
20   within display ads business, I have seen the some of
21   the dashboards that are used in this business.
22        Q     Would you say that you are one of the most
23   knowledgeable people at Google regarding dashboards
24   for display advertising?
25        A     I would is say I have a very good
```

1    understanding of the dashboards that are used at

2    Google.

3         Q     What is your current title at Google?

4         A     My current title is staff software

5    engineer.

6         Q     And when did you start working at Google?

7         A     I started working at Google full time in

8    January of 2013, but I was an intern the previous

9    summer.

10        Q     And in 2013 what was your title at Google?

11        A     Software engineer.

12        Q     Is that different than staff software

13   engineer?

14        A     That's correct, yeah.

15        Q     What were your responsibilities circa 2013

16   as a software engineer at Google?

17        A     Generally writing algorithms, writing code

18   for various products within the reporting team, and

19   within the ad management team.

20        Q     When you say the reporting team, what's

21   that?

22        A     The reporting team is a subteam within the

23   ad manager product that provides various analytical

24   and just raw data to the publisher and, you know,

25   the customers of ad manager.

Page 8

1      Q     Do you provide that raw data to any other

2   teams at Google?

3      A     Sorry.  When you say with "other teams,"

4   do you mean other teams outside of ad manager?

5      Q     Correct, yes.

6      A     Other teams may use the data ad manager

7   team uses, yes.  I would -- but the main custom of

8   our -- of our team is the Google the customer of ad

9   manager, so people outside of Google.

10      Q     And do you have a sense of how large the

11   ad manager team is at Google?

12      A     █████████████████████

13      Q     And again, I want to make sure we've got

14   the right context.

15      A     Sure.

16      Q     This was circa 2013?

17      A     Oh, sorry.  Excuse me.  I'm speaking as of

18   now.

19      Q     Okay.

20      A     Yes.  So are you asking about 2013?

21      Q     Well, let's -- let's finish talking about

22   now and --

23      A     Sure.

24      Q     -- and then we can jump back.

25      A     Understood.

Page 9

1      Q     So as of today you're working as a staff
2  software engineer as part of the reporting team --
3      A     Yes.
4      Q     -- in the ad manager product group?
5      A     That's correct, yup.
6      Q     And there are -- I think you said ████████
7  ██████████████████████  on the ad manager team?
8      A     Yup.
9      Q     How many people in the reporting group?
10     A     I think it's ████████████████; somewhere in
11  that range.  I don't -- I'm not sure of the exact
12  number.
13     Q     Do you have any people that report to you?
14     A     I do not, no.
15     Q     And who do you report to?
16     A     I report to ████████████████████.
17     Q     And what's his title?
18     A     He is an engineering director.
19     Q     And back in 2013, did you have a similar
20  role?
21     A     Yes.  I was also I was a software engineer
22  at the time.  And I worked in the reporting team;
23  however, the product was not called ad manager at
24  that time.
25     Q     What was it called in 2013?

Page 10

1       A     The product I worked for was called the ad

2    exchange.

3       Q     Can you tell me in your own words what a

4    dashboard is in the context of display advertising.

5       A     Sure.  I mean, a dashboard, generally

6    speaking, is just a visual representation of some

7    underlying data.

8       Q     And in the context of display advertising,

9    what does Google use dashboards for?

10             MR. MCCALLUM:  Object to the form.

11      A     Generally speaking, dashboards are used

12    within various subteams for various, you know, ways

13    of representing data in a visual form.  There's

14    never -- there's no clear purpose or reason to have

15    a dashboard.

16      Q     Can you give me some example of subteams

17    in ad manager that used dashboards?

18      A     I mean, any team, subteam, any individual

19    within Google can create a dashboard.

20      Q     Is that something you assist them in

21    doing?

22      A     No.  Teams generally -- it is general a

23    self-service product.

24      Q     So an engineering team in the ad manager

25    group -- they could create a dashboard?

Page 11

1       A     Yes.   Absolutely.

2       Q     The finance team and ad manager can create

3    a dashboard?

4       A     Yes.

5       Q     Do you -- in all your work to Google from

6    2013 to the present, do you have any personal

7    experience developing dashboards for display

8    advertising?

9       A     Can you clarify what you mean by "for

10   display advertising."

11      Q     Yes.   I guess -- well, maybe I can --

12   maybe I'll try to make it simpler and simply say:

13   In your work from 2013 to the present, have you

14   created or worked on creating any dashboards for the

15   ad manager group?

16      A     In my time at Google I have created

17   dashboards for products that I have built or worked

18   on within the ad manager team.

19      Q     What -- what were the names of those

20   dashboards?

21      A     The names were more likely specific to

22   products that I was building.   One -- I can't tell

23   you the exact name of the dashboard.

24   ███████████████████████████████████████

25   ██████████████████████████████████████

Page 12

1 ████████████████████   However, the exact name of

2 that dashboard I cannot -- I cannot say.

3      Q     Do you have any personal experience using

4 dashboards in the context of display advertising?

5      A     I do not know exactly what you mean by in

6 the context of display advertising.

7                   Can you please clarify.

8      Q     Well, a dashboard that represents

9 underlying display advertising data.

10     A     Yes.  I do have some knowledge of creating

11 a dashboard that represents underlying display

12 advertising data.

13     Q     Oh, and I'd like hear, if you can, tell me

14 about those dashboards you created, but I'm -- I'm

15 also interested in you -- whether you have you used

16 such dashboards.

17     A     At various points, yes, I have looked at

18 such dashboards.

19     Q     And what dashboards have you looked at?

20     A     Off the top of my head I cannot -- I

21 cannot name all of them.

22     Q     Well, can you name some of them?

23     A     I believe Lumina was one the dashboards I

24 looked at one point in my -- in the last ten years

25 at Google; however, a more recent dashboard I cannot

1    say as the underlying data is more relevant to me

2    than any given dashboard.

3         Q    Are you aware of any dashboards that are

4    currently being used at Google that reflect

5    underlying display advertising data?

6         A    These dashboards are used by subteams and

7    maybe individuals; however, I am not aware of any

8    that are used on a wider, you know, scale within

9    display systems.

10        Q    It's -- so can you name one dashboard that

11   currently is being used at Google?

12             MR. MCCALLUM:   Object to the form.

13        A    I would have to ask individual product

14   teams for the dashboards that they use.

15        Q    But you're not aware of any dashboards

16   that are currently being -- being used by any of

17   those teams at Google?

18        A    I cannot tell you off the top of my head

19   the exact dashboards that are being used.

20        Q    Can you tell me any dashboards being used

21   by the ad manager team -- sorry.  Let me think --

22   let me strike that.

23             Can you tell me whether any

24   dashboards exist whether or not they're being used

25   that reflect underlying display advertising data.

Page 14

1      A     Yes.  I am sure there are some dashboards

2    that exist that represent underlying data.  As to

3    accuracy of those dashboards, I cannot tell you.

4      Q     Can you tell me the names of any of those

5    dashboard?

6      A     I believe I said earlier Lumina was one.

7    I do not know how relevant that dashboard still is

8    today.

9      Q     When did you visit the Lumina dashboard

10   last?

11     A     Perhaps several months ago.

12     Q     And did it show you current data as of

13   several months ago, or --

14     A     ████████████████

15     Q     What was the data it was displaying?

16     A     █████████████████████████

17   ████████████████████████████████████████

18   ███████████████████████████

19     Q     Is there a way to filter data in Lumina so

20   that you can see historical data?

21     A     ██████████████████████

22   ████████████████████████████████████████

23   ███████████████████

24     Q     And do you know what the underlying data

25   source used by the Lumina dashboard is?

Page 15

1    A    ██████████████████████████████

2    Q    ████████████████████████████

3    A    ███████████████████████

4    Q    If you wanted to find Google's revenue

5    for -- from display advertising over the last 30

6    days, what dashboard would you consult?

7              MR. MCCALLUM:  Object to the form.

8    A    I would not consult a dashboard

9    personally.  I would just go to the underlying data

10   sources.

11   Q    If there -- is there a finance team in --

12   in the ad manager group?

13   A    There is, yes.

14   Q    Do you know if they have a dashboard?

15   A    ███████████████████████████████

16   ███████████████████████████████

17   ███████████████████████████████

18   ██████████████████████████████

19   █████████████████████

20   Q    And you mentioned ████████████████

21   ███████████?

22   A    I believe so.  ██████████████████

23   ███████████████████████████

24   Q    What is ██████████████████?

25   A    ███████████████████████████████

Page 16

1       Q    ███████████████████████████████

2    ████████████████████?

3       A    ████████████████████████████████

4    ████████████████.

5       Q    Is there a particular team at -- at Google

6    as part of that ad manager that is tasked with

7    creating dashboards?

8       A    No.

9       Q    Does Google maintain a directory of

10   dashboards related to its display advertising

11   business?

12      A    No, it does not.

13      Q    How do you know that?

14      A    Data at Google -- there's generally --

15   not -- speaking is not stored in a directory.

16   It's-- you know, these -- these dashboards are

17   generated by individuals, they are, you know, at the

18   discretion of the individual who created them.

19             There's no central repository that

20   every dashboard is cataloged and maintained.

21      Q    Does Google maintain any documents that

22   list out dashboards related to display advertising?

23      A    At one point in time maybe a document may

24   have been created that contained relevant dashboards

25   for that specific point in time or specific product

Page 17

1   or specific, you know, questions that were relevant

2   at the time, but I am not aware of any document that

3   just -- that maintains a list of all working and

4   operated dashboards across -- or across the display

5   business.

6       Q    Have you ever seen any documents that list

7   out dashboards related to display advertising at any

8   point in time?

9       A    I'm sure I've seen a document at some

10  point in time that -- that had a link to a dashboard

11  in it.

12      Q    When was that, would you say?

13      A    I -- I can't recall.  I mean, sometime

14  over the last ten years.

15      Q    Are you familiar with the URL,

16  ██████████████████████████?

17      A    I -- I am not entirely -- I cannot tell

18  you exactly what the -- that URL would lead to.

19      Q    Have you ever visited that URL?

20      A    I -- I don't recall ever typing that URL

21  into search.

22      Q    How about the link,

23  ██████████████████████████.

24      A    I don't believe I've ever directly typed

25  that link into -- into a browser.

Page 18

1      Q      So you don't know what would be found at

2  that link?

3      A      I cannot tell you specifically, no.

4      Q      Do you know if there are DRX business

5  dashboards active today at Google?

6      A      There are business dashboards.  Can you

7  please explain or clarify what you mean by business

8  dashboard.

9      Q      Well, I guess it -- ████████████████████

10 ███████████████████, so I was hoping you -- you

11 could enlighten me, but -- but let me try to ask it

12 a different way.

13                Are there dashboards currently

14 operational at Google that track business metrics

15 for DRX?

16     A      ██████████████████████████████████████

17 █████████████████████████████████████████████████

18 █████████████████████████████████████████████████

19 ████████████████████████████████████

20 ████████████████████████████████████████████

21 ██████████████████████████████

22     Q      And when -- when did you view those

23 dashboards?

24     A      I viewed them last Friday.

25     Q      And what were the names of those

Page 19

1    dashboards?

2         A    I cannot recall the exact name of the

3    dashboard off the top of my head.

4         Q    Do you have a -- do you have a sense of

5    what it was called?

6         A    Yeah. ███████████████████████████████

7    ████████████████████████████████████████████████

8    I -- I may be slightly wrong.

9         Q    Let me maybe try to come at it from that

10   angle.  So -- and I want to be clear when I ask

11   these -- this following set of questions about your

12   preparation for this deposition.  I'm not asking for

13   communications you might have had with your

14   attorney.

15        A    Okay.

16        Q    But what did you do to prepare for your

17   deposition today?

18        A    Other than speaking with counsel, I spoke

19   with ███████████, who is an analyst and ad manager,

20   and ████████████ who is a member of the finance team.

21        Q    And what did you speak would Mr. ████████

22   about?

23             MR. MCCALLUM:  Objection.  Privilege.

24             I think counsel is not asking for

25        communications that you had in the presence of

Page 20

```
 1      counsel.
 2              MR. MCBRIDE:  Yes, that's correct.
 3      Q     To the extent you had a conversation with
 4  Mr. ████   or Mr. ████   outside the presence of
 5  counsel, can you let me know what you said.
 6      A     I have not spoken with them outside of the
 7  presence.
 8      Q     Other than speaking with them, did you do
 9  anything else to prepare for your deposition?
10      A     No, I did not.
11      Q     Did you look at any documents?
12      A     Only in the presence of counsel.
13      Q     How many documents did you look at?
14      A     In the presence of counsel, a handful.
15      Q     More than five?
16      A     About five.
17      Q     And did any of those documents refresh
18  your recollection on -- on anything?
19      A     No.
20      Q     Did you look at any dashboards in
21  preparation for your deposition today?
22      A     Yes, I did.
23      Q     How many dashboards?
24      A     Again, maybe around five.
25      Q     Were those -- and can you tell me the
```

Page 21

1    names of any of those dashboards.

2        A    ███████████████████████

3    ████████████████████████████

4    Something along those lines.

5        Q    █████████████████████████

6    ████████?

7        A    ██████████████████████████

8    ████████████████████████

9    ████████████████████

10       Q    How about the -- ████████████

11   ████████████████████████████

12   ███████████████.

13       A    Yeah.  ████████████████

14   ████████  things like that.

15       Q    How about the ███████████?

16       A    ███████████████████.

17       Q    So what about the other dashboards you

18   looked at? ██████████████████████

19   █████████████████?

20       A    ██████████████████████████

21   ██████████████████████████████

22   ████████████████████████████

23   ███████████████.

24            MR. MCBRIDE:  This is what we get when my

25       helper gets sick.  I apologize.  Just give me a

Page 22

1      minute.  We'll have to come back to that one.

2           I'm going to hand to you what -- what's

3      going to be marked as State's Exhibit 1 and

4      because this was printed from a native file, I

5      will represent that this is the doc- --

6      multi-paged document, bearing the Bates Number

7      GOOG-AT-MDL-003985866.

8           (Whereupon, GOOG-AT-MDL-003985866, State's

9      Exhibit 1 was marked for Identification.)

10          Please take a quick look through that.

11     And then when you're ready I'd ask to you turn

12     to page to -- well, let me know when you've

13     taken a minute to look at it.

14          MR. MCCALLUM:  I would just note for the

15     record that the font is rather small on the

16     first page.

17          Is the witness able to read the document?

18          THE WITNESS:  Yeah.  I believe I could

19     make out.

20     Q    And if you'd had a chance to review it,

21   the first question I have for you is:  Have you ever

22   seen this document before?

23     A    I have never seen this document before.

24     Q    If you turn to page 3 of the document,

25   that's the one with the first line that says

Page 23

1   "███████████," and then next to it there's a

2   link ████████████ --

3        A    Uh-huh.

4        Q    -- do you see that?

5        A    I do see it.

6        Q    And just in an attempt to short-circuit

7   this somewhat and not have me read you everything on

8   this page, I was wondering if you could read through

9   that page tell me if any of these links look

10  familiar to you, or you can tell me if you've ever

11  visited any of them.

12       A    I do not -- Lumina is one I can

13  confidently say I visited.  As for the rest I may

14  have visited them.  I don't remember -- I don't

15  recall every go link that, you know, has ever

16  existed at Google.  I mean, those are again are

17  created by Google -- Google employees at their own

18  discretion, so you know, there may have been --

19  there could be multiple links for the same thing.

20                I don't -- I cannot tell you if I've

21  visited these exact links or not.

22       Q    How about the ███████████?  Is that

23  something you may have visited?

24       A    I believe that was something that I

25  visited in preparation.

Page 24

1       Q    So on -- on Friday?

2       A    Yes.

3       Q    Have you worked with something called ██

4   ████ at Google?

5       A    Yes, I have worked with ████████.

6       Q    What is ████████?

7       A    ████████ is a database, generally

8 speaking, for the display ad business.

9       Q    And what data is contained in that

10 database?

11        MR. MCCALLUM:  Objection.  Is beyond the

12    scope.

13        The witness can answer.

14       A    ████████████████████████

15 ████████████████████████.

16       Q    Can you give me an example of -- of a

17 particular field in the ████████ database.

18       A    ████████████████████████████

19 ████████████████████████

20 ████████████.

21       Q    Does it contain financial information?

22       A    What do you mean by "financial

23 information"?

24       Q    The cost of an impression, the amount of a

25 bid -- the revenue that Google generates from an

Page 25

1   impression.

2      A      ███████████████████████████

3   ███.

4      Q      ███████████████████████████

5   █████████████████████████████████████?

6      A      ███████████████████████.

7      Q      Have you worked with something called

8   ██████ at Google?

9      A      Yes.

10     Q      What is ██████?

11     A      ██████ is an infrastructure, a paradigm for

12  processing large amounts data.

13     Q      Is ██████ something you use in -- in your

14  day-to-day job at Google?

15            MR. MCCALLUM:   Object.   Is beyond the

16        scope.

17     A      Yes, it is.

18     Q      Is ██████ used in connection with any of

19  the dashboards that you have visited?

20     A      ██████████████████████████████

21  ██████████████████████████████

22  ██████████████████████████████?

23     Q      Correct.

24     A      ██████████████████████████████

25  ██████████████████████████████

Page 26

1    ███████████████████████████████████████

2    ████████████████████████████████

3    ████████████████████████████████████

4    ██████████████████████.

5         Q    Can you give me an example of ████████

6    ████████.

7         A    Sure.  You know, ████████████████

8    ████████████████████████████████████

9    ██████████████████.

10        Q    Are you familiar with something called

11   ████████████████████ at Google?

12        A    Yes, I have -- I have -- I am familiar

13   with ████████.

14        Q    And what is ████████?

15        A    ████████████████████████████████

16   ██████████████████████████████.

17        Q    When you say ████████████████████

18   ████?

19             MR. MCCALLUM:   Object.  That's beyond the

20        scope.

21        A    ████████████████████████████

22   ████████████████████████████████.

23   ████████.

24        Q    Do you know if there are any dashboards at

25   Google that ████████████████████████████████

Page 27

1    ████████?

2        A    I cannot tell you a dashboard off the top

3    of my head ████████████████.

4        Q    Have you worked with something called

5    ████████████████████████ at Google?

6        A    I am aware of the name.  I cannot tell you

7    specifically if I worked directly with them.

8        Q    Do you know what ████████████ is?

9             MR. MCCALLUM:   I object.  That's beyond

10       the scope.

11       A    I cannot tell you exactly what the scope

12   of ████████████ is.

13       Q    Do you know if there are dashboards that

14   rely on ████████████?

15       A    I can speculate, but no, I cannot tell you

16   definitively.

17       Q    You mentioned earlier something called

18   ████████████████████.  Do you know what that stands

19   for?

20       A    Again, I can speculate what that stands

21   for.  But I mean --

22       Q    Well, as much I hate to invite

23   speculation, if you an idea it probably would be

24   more informed than mine, so...

25            MR. MCCALLUM:   Object to the form.

Page 28

1        A     If I were to take a guess at ███████

2    ███████████████████████████████.  Something along

3    those lines.  However, again, just speculation it

4    may be completely unrelated.

5        Q     Are you aware that there are

6    ███████████████████████████?

7              MR. MCCALLUM:  Object to form.

8        A     I am aware that different teams have

9    different dashboards that they use for their team.

10       Q     But you can't tell me whether the names

11   of -- or the number of dashboards that the sales

12   team in the ad manager group might have?

13             MR. MCCALLUM:  Object to the form.

14       A     I cannot tell you specifically how many or

15   exact, you know, dashboards that a given member of a

16   sales team would use.

17       Q     And can you name any of the dashboards

18   that a member of the sales team would use?

19             MR. MCCALLUM:  Object to the form.

20       A     No, I cannot.

21       Q     Are you familiar with something called

22   ███████████?

23       A     ███████████?

24       Q     Correct.

25       A     I'm not aware of what that is.  Again, I

Page 29

1    may have seen the dashboards, but I do not remember
2    go link.
3        Q     How about the go link ███████████████?
4    Do you know what that is?
5        A     I am not aware what that is.
6              (Whereupon, GOOG-DOJ-AT-01859616 through
7        1859621, State's Exhibit 2 was marked for
8        Identification.)
9        Q     All right.  You should have received
10   what's been marked as State's Exhibit 2.  This is a
11   multipage document with Bates range
12   GOOG-DOJ-AT-01859616 through 1859621.
13                  Do you have that document?
14       A     Not --
15       Q     Oh, not yet.  All right.  And after you've
16   had a chance, just take a look at it and let me
17   know.
18       A     Okay.
19       Q     Have you seen this document before?
20       A     This is the first time I've seen this
21   document.
22       Q     On the first page there's an author
23   listed, ████████████████.
24                  Is that name familiar to you?
25       A     No, it is not.

Page 30

1      Q    How about any of the collaborators and
2 reviewers?
3      A    Nope.
4      Q    If you turn to the second page of this
5 document, the one that ends Bates Number 1859617.
6 When you look at the first paragraph -- let me know
7 when you're there.
8      A    I'm there.
9      Q    It reads "████████████████████████████
10 ████████████████████████████████████████████████
11 ████████████████████████████████████████████████████
12 ████████████████."
13           Can you -- do you know what XPP is?
14      A    I do not know what that ████████████ is.
15      Q    How did about ██████████? Does that stand
16 for ██████████████████?
17      A    From my understanding ██████████████████████
18 ████████████████████████████████████████ I
19 would have to double-check that.
20      Q    The next sentence reads, ████████████████
21 ████████████████████████████████████████████
22 ████████████████████████████████████████████
23 ██████████████████████████████████████████████████
24 ████████████████████████████████████████████.
25           Do you see that?

Page 31

1      A    I do see that.

2      Q    This reference to ███████████████████

3  ████████████████████████████████████████.

4           Have you ever reviewed a dashboard

5  ██████████████████████████████████████████

6  ████████?

7      A    I have not.

8      Q    Do you know if you the ████████████

9  dashboard is operational today?

10     A    I do not.

11     Q    How about the ████████████████████?

12     A    I cannot tell you if it is maintained.

13     Q    Are you familiar with something called

14  ████████ at Google?

15     A    No, I am not.

16          (Whereupon, GOOG-AT-MDL-001776863 through

17     1776868, State's Exhibit 3 was marked for

18     Identification.)

19     Q    I'm handing what has been marked as

20  State's Exhibit 3.  It's a multipage document,

21  bearing the Bates range GOOG-AT-MDL-001776863

22  through 1776868.

23          Do you have that document?  Did I

24  misspeak?

25          MR. MCCALLUM:  Could we have a copy,

Page 32

1       Counsel?

2               MR. MCBRIDE:  Oh, pardon me.  Sorry.

3               MS. BOSCO:  Thank you.

4       Q      All right.  Let them know when you've had

5    a chance take a look at that document.

6       A      Okay.

7       Q      Have you ever seen this document before?

8       A      I have not, no.

9       Q      The title is -- begins, █████████████

10   █████████████████████████████████████████.

11               Do you see that?

12      A      I do.

13      Q      Are you familiar with ████████████████

14   ███████████████████████████████?

15      A      No, I am not.

16      Q      Do you know if such a dashboard exists?

17      A      No, I do not.

18      Q      There's a Number 23 -- if you look under

19   the title, there's a line that says written by and

20   then --

21      A      Uh-huh.

22      Q      -- a name spanning two lines.  Do you

23   recognize any of those names?

24      A      I do not, no.

25      Q      If you turn to the third page of the

Page 33

```
 1    document; the one that ends with the Bates 1776865.
 2                    Let me know when you're there.
 3         A    I'm there.
 4         Q    This is -- there's a Section 3, and the
 5    heading there is ███████████████████████████████████
 6    ██████████████.
 7                    Do you see that?
 8         A    I do.
 9         Q    And then under that there's a first
10    section heading that says ██████████████████████████
11    █████████████.
12                    Do you see that?
13         A    Yes.
14         Q    Then it says ████████████████████████████
15    ██████████████████████████████████████████████████████
16    ██████████████████████████████████████████████████████
17                    Do you see that?
18         A    Uh-huh.
19         Q    Under ████████████████████████████████████
20    ██████████████████████████████████████████████████████
21    █████████████████████████.
22                    Do you see those?
23         A    I do.
24         Q    Are you familiar with a dashboard
25    currently active with Google that has the metrics
```

Page 34

1  revenue, impressions, CPM?

2       A    Can you -- can you define what you mean by

3  currently active.

4       Q    Well, a dashboard that someone could visit

5  today.

6       A    You mind clarifying that further.  Like,

7  about the quality of the data that is in that

8  dashboard.

9       Q    Yeah, I guess.  Fair enough.  Is there a

10 dashboard that someone can visit today that contains

11 current information on revenue impression and CPM?

12      A    Whatever dashboard that have these --

13 excuse me -- those -- these key metrics ████ would

14 have to be maintained, so I cannot tell you

15 specifically which dashboards are actively

16 maintained at Google.  ████████████████████

17 ████████████████████████████████████ however,

18 to -- to give you a name of specific dashboard that

19 has accurate numbers for these metrics, I -- I

20 cannot tell you off the top of my head.

21      Q    Is there someone who would know which

22 dashboards are actively maintained at Google?

23      A    You would have to ask everyone at Google

24 which dashboards they personally maintain, and then

25 they could probably tell you specifically about

Page 35

1    their own dashboards.

2         Q    Are there dashboards that individual teams

3    maintain independent from a particular person?

4         A    Generally speaking, dashboards are built

5    by people.  Then they will share them with people,

6    and they may prove useful and have some utility

7    within a certain context.  And other people may use

8    them for a period of time, and then they may lose

9    relevance and they may not be relevant anymore and

10   no longer maintained.

11        Q    Have you ever worked with something called

12   ████████████?

13        A    The name sounds familiar, but I can't tell

14   you, you know, any specific moment in time that I

15   used it.

16             (Whereupon, GOOG-AT-MDL-004284856 through

17        004284870, State's Exhibit 4 was marked for

18        Identification.)

19        Q    You should have now what's been marked

20   State Exhibit 4 this is a multipage document bearing

21   the Bates rage GOOG-AT-MDL-004284856 through

22   004284870.

23             Do you see that?

24        A    I do, yup.

25        Q    I'll give you a minute to look at it, but

Page 36

1    I'd like you to tell me if you've ever seen this

2    document before.

3          A     No, I have not seen this document before.

4          Q     If you turn to page 9 of the -- of the

5    document.  That's the one ending in Bates Number

6    4284865.

7          A     Okay.

8          Q     If you go down to the bottom of this page,

9    there's a heading "dashboards."

10         A     Yup.

11         Q     Do you see the first entry under there is

12   ██████████ (tool for finding tools...)

13               Do you see that?

14         A     I do.

15         Q     Does that refresh your recollection as to

16   what ██████████ is?

17         A     No.

18         Q     Have you ever used ██████████ do try to

19   find a tool?

20         A     No.

21         Q     If you turn to the next page, page 10,

22   that's the one ending in Bates Number 4284866.  You

23   see at the very top there's the text, shows overall

24   ████████████████████████████████████████████████?

25         A     Yup.

Page 37

1      Q      ████████████████████████.

2             Do you see that?

3      A      I do.

4      Q      Do you know if that is a dashboard that's

5    currently active at Google?

6      A      It is not something that I've heard of, if

7    ever, in a very long time.

8      Q      So you don't know if it's currently active

9    or not?

10     A      I have not heard of anyone still using

11   this dashboard.

12     Q      If you go down a little bit there's

13   something that says, ████████████████████████

14   ████████████████████████████████████████████

15   ████████████

16     A      Uh-huh.

17     Q      And underneath that htpp:/go/adxTrends.

18            Do you see that?

19     A      I do.

20     Q      Are you familiar with that?

21     A      I am not.

22     Q      With that link?

23     A      No, I am not.

24     Q      And you don't know if that's active today

25   or not?

Page 38

1        A    It is not something that I've ever of or

2   seen in a very long time.  Again, if ever.

3        Q    The next entry says ███████████████████

    ████████████████████████████████  Then there

5   are two links under that entry, ██████████████████

    ████████  a -- a lengthier entry that I will not read

7   to spare the court reporter, but it -- it says

8   ████████████████████████████████████████████

    ███████████████████████████████████████████

10              Do you see that?

11       A    I do see that.

12       Q    Are you familiar with either of those

13  links?

14       A    No.  And again, maybe at some point I may

15  have seen the dashboards but the links themselves --

16  no, I'm not familiar with them.

17       Q    When you say you may have seen the

18  dashboard, are you aware of a publisher dashboard

19  that shows inventory and revenue?

20       A    I am not aware of any dashboard currently

21  that is used across the Ad Manager team that will

22  show these stats.

23       Q    Well, I guess my question is not whether

24  its used across Ad Manager team, but whether you are

25  aware of any dashboards that show publisher

Page 39

1    inventory and revenue.

2         A    At this point I am not aware of any

3    dashboard that I would rely on to get revenue and

4    publisher information from.

5         Q    But I thought you testified before, right,

6    that you're not interesting in the dashboards; just

7    the underlying data.  Is that correct?

8              MR. MCCALLUM:  Object to the form.

9         A    I would not sat that I am not interested

10   in the dashboards.  Is that I trust myself to query

11   the underlying data more accurately than I would

12   rely on another person at Google to maintain a

13   dashboard forever.  So it is --

14        Q    But -- please finish.

15        A    I would just say it is easier for me to

16   query the data myself, then it is to go and track

17   down whether or not a dashboard was actively being

18   used.

19        Q    But there are teams at Google and

20   individuals at Google who are not as familiar with

21   raw data as you are, correct?

22        A    I would -- individuals at Google.  Do you

23   mean within engineering?

24        Q    I mean, individuals who work on the

25   Ad Manager -- as part of the Ad Manager team.

Page 40

1      A    I would say any engineer at Google would

2   be more comfortable querying the data than tracking

3   down whether or not a dashboard is actively

4   maintained.

5      Q    But my question is not about engineers,

6   but about people in sales, finance, product managers

7   and the like.

8      A    As -- as far as I'm aware people that do

9   not have the ability to query the data, such as

10  certain members of the sales force, may have support

11  teams that have that technical skill and can create

12  dashboards that are relevant to them for a period of

13  time; however, they are not commonly maintained and

14  it could be thousands of dashboards, each one used

15  for a specific reason for a specific product that's

16  currently being launched.

17           However, I am not aware of any one

18  dashboard created by these support teams that is

19  maintained forever.

20     Q    My question is not whether it's maintained

21  forever.  It's whether there are any that are active

22  today.

23     A    I can speculate, but -- and from the --

24  the display -- the ones that I mentioned before █

25  █████████, I believe the name was -- stuff like

Page 41

```
 1   that.  I believe those are currently being used, but
 2   you would have to talk -- again, to those specific
 3   product teams and each individual product team to
 4   see what dashboards they actively maintain and use.
 5        Q    So you said you looked at maybe five
 6   dashboards?
 7        A    Uh-huh.
 8        Q    And you told me the names of two them.
 9   Can you tell me the names of others.
10        A    Off the top of my head, no.
11        Q    Can you tell me the names of the groups
12   that used those five dashboards?
13        A    I believe the finance team uses those
14   dashboards.  I believe, yeah.
15        Q    Are you familiar with something called
16   RASTA?
17        A    I am aware of -- yes, I am aware of RASTA
18   is.
19        Q    What is RASTA?
20        A    RASTA -- as far as to my knowledge, RASTA
21   is that ████████████████████████████████
22        Q    Can you give me an example of an
23   experiment.
24             MR. MCCALLUM:  Object.  That's beyond the
25        scope.
```

Page 42

1      A     Generally speaking, ███████████

2   ████████  .  ███████████████████

3   ████████████████████████████████████

4      Q     Do you know what RASTA stands for?

5      A     I cannot tell you what the acronym stands

6   for, no.

7      Q     Do you have any reason to doubt it's

8   reliable ads stats tracking architecture?

9            MR. MCCALLUM:   Objection to form.

10      A     I cannot tell you what it stands for.

11      Q     Do you know when RASTA was first

12   implemented?

13            MR. MCCALLUM:   Object.   That's beyond the

14      scope.

15      A     I cannot tell when was RASTA was

16   implemented.

17      Q     Have you ever used RASTA?

18      A     I have not directly used RASTA.   And I

19   should mention that RASTA is ███████████  .

20            (Whereupon, GOOG-AP-MDL-004017319 through

21      004017350, State's Exhibit 5 was marked for

22      Identification.)

23      Q     You should have what has been marked as

24   Google -- I'm sorry -- State's Exhibit 5.   This is a

25   multipage document with the Bates

Page 43

```
 1   GOOG-AP-MDL-004017319 through 004017350.
 2              Do you have that document?
 3        A    Yes, I do.
 4        Q    I'll give you a moment to look at it, but
 5   have you ever seen it before?
 6        A    Yes, I have.
 7        Q    When did you see this?
 8        A    I saw it last Friday.
 9        Q    And before last Friday have you ever seen
10   it before?
11        A    No, I have not.
12        Q    Are you aware of any errors in this
13   document?
14             MR. MCCALLUM:  Object to the form.
15        A    I -- I -- I -- at first glance I cannot --
16   I am not aware of any errors.  I'm not saying that
17   there aren't any, but I'm not aware of it.
18        Q    If you turn to -- well, I'll give you
19   Bates page -- the Bates number.  It's 4017345.  That
20   is maybe six pages form the back.  It's the one with
21   the slide titled ███████████████
22        A    Okay.
23        Q    Do you see that?
24        A    I do.
25        Q    Are you familiar with ████████████?
```

Page 44

1      A      No, I am not.

2      Q      Do you have any reason to doubt that it is

3   an ██████████████████████████████████████████?

4             MR. MCCALLUM:   Object to the form.

5      A      Many things change at Google.   I cannot

6   tell you whether or not this experiment is it still

7   running or not.

8      Q      Do you have any reason to doubt that

9   ████████████████████████████████████████████████

10  ██████?

11            MR. MCCALLUM:   Object to the form.

12     A      Perhaps at the time of writing this

13  document, whoever the author was, for whatever

14  project they were working on, this was useful.

15            However, I cannot say if today this

16  would be relevant.

17     Q      And you see there is a footnote that says

18  ██████████████████████████████

19  ████████████████████████████████████

20  ████████████████████████████

21            Do you see that?

22     A      I do.

23     Q      And Lumina was a dashboard that you

24  referenced earlier?

25     A      Yes.

Page 45

1      Q      How about the link ████████████?

2  I know you mentioned ███████████ before.

3                  Do you know what I would -- what one

4  would get to if they typed in that -- that go link?

5      A    I can speculate, but no, I cannot.

6      Q    Is there a -- is there an -- is there a

7  DRX internal stats dashboard?

8      A    ████  ██████████████████

9      Q    Is there a mechanism for people -- or

10  interface where people can query DRX internal stats

11  by applying various filters to various metrics?

12      A    ████████████████████████████████

13  ████████████████████████████████

14  ████████████████████████.

15      Q    Is there a common interface that people

16  use to access DRX internal stats?

17      A    ████████████████████████████

18  ████████████████████████.

19      Q    I'm asking if there's one that us the most

20  frequently used.

21      A    I will not say that there is one that

22  is -- I -- I cannot enumerate all possible ████████

23  in -- in just internal stats data, so I cannot tell

24  you which one is most commonly used.

25      Q    Can you tell me any that you believe are

Page 46

1    commonly used.

2         A    I believe ████, as you mentioned before,

3    is commonly used to ████████████████████.

4         Q    Anything else?

5         A    I believe ████████████████████

6    ████████████ll.

7         Q    Any web-based tools?

8              MR. MCBRIDE:  Object.  That's beyond the

9         scope.

10         A    I mean,████████████████████████

11    ████████████████████████

12    ████████████████████████████

13    ████████████████████

14              MR. MCCALLUM:  We're just coming up to an

15         hour on the record, Counsel, so whenever you

16         want --

17              MR. MCBRIDE:  Now is perfectly fine to

18         take a break if that's --

19              THE VIDEOGRAPHER:  The time right now is

20         3:04 p.m. and we are off the record.

21              (Whereupon, a recess was taken.)

22              THE VIDEOGRAPHER:  The time right now is

23         3:18 p.m. and we're back on the record.

24              (Whereupon, GOOG-AT-MDL-012699778 through

25         12699811, State's Exhibit 6 was marked for

Page 47

```
 1        Identification.)
 2        Q    All right.  You should have received what
 3   has been marked as State's Exhibit 6.  It's a
 4   multipage document bearing the Bates Number
 5   GOOG-AT-MDL-012699778 through 12699811.
 6                   Do you have that document?
 7        A    I do, yes.
 8        Q    Take a look at it for a moment and let me
 9   know if you've ever seen it before.
10        A    I don't believe I've seen this document
11   before.
12        Q    The author is listed as ███████████ on
13   the very first page.
14        A    Yup.
15        Q    Do you know who that is?
16        A    I do, yes.
17        Q    Who is she?
18        A    She's a UX researcher.
19        Q    And what does a UX researcher do?
20        A    They look at the user's behavior that --
21   people that use their products, their behavior, and
22   they give analysis on, you know, how to better
23   improve our products.
24        Q    I'm sorry if I asked.  Have you seen this
25   document before?
```

Page 48

1      A      I have not.  At least not that I'm --
2    nothing that comes to mind.
3      Q      So if you turn to the fifth page of the
4    document, that's the one that -- ending with the
5    Bates Number 12699782.
6      A      Uh-huh.
7      Q      Do you see that?
8      A      I do.
9      Q      I apologize.  It's a little hard to read,
10   but the title of this slide is ████████████████
11   ████████████████████████████
12               Do you see that?
13     A      I do.
14     Q      And then there are various teams listed.
15               Do you see that?
16     A      I do, yeah.
17     Q      The first one is ████████████████████
18     A      Yup.
19     Q      Do you see that?
20     A      I do.
21     Q      Can you tell me what that -- that team or
22   teams is or are?
23     A      Well, are you asking what the acronyms
24   stand for?
25     Q      To start with, yes.

Page 49

```
 1       A    ████████  stands for ██████████████ .  ████████
 2  would be███████████████ .│ ████  given the context here,
 3  I would assume stands for█████████████ ; however, I
 4  may be mistaken.  But that is -- based on the
 5  context that's what I'm assuming.
 6       Q    And these are -- these are members of the
 7  Ad Manager team, the team you work on or -- I'm
 8  sorry -- these -- these teams are part of
 9  Ad Manager?
10       A    These -- ████████████████████████████████
11  ████████████████████████████████████████████ .
12       Q    I see.  So that's the team that you're on?
13       A    Correct.
14       Q    Then there's another team, ████████████
15  ████████ .
16            Do you see that?
17       A    Yes.
18       Q    What -- what does that team do?
19       A    I can speculate.  I cannot tell you their
20  exact mission.
21       Q    The next one is ████████
22            Do you see that?
23       A    Uh-huh.
24       Q    And underneath that, ████████████████ .
25            Do you know what those acronyms stand
```

Page 50

1   for?

2          MR. MCCALLUM:  Object as beyond the scope.

3      A    I believe ███ stands for ████████████

4   ██████.    ███  I can't -- I don't -- I don't recall

5   the exact meaning of the other two acronyms.

6      Q    Do you know what the ██████ team does?

7      A    They support sales, I believe.

8      Q    When you say "support sales," in an

9   engineering capacity?

10         MR. MCCALLUM:  I object.  That's beyond

11      the scope.

12      A    ████████████████████████████████████

13   ████████████████████████████████████████████████

14   ████████████████████████████████ -- how much

15   █████████████████ each member has.

16      Q    And then the final -- the final set of

17   teams. ██████████████████████.

18      A    Correct.

19      Q    Can you tell me what ██████████████ stand

20   for?

21      A    ██████████████████████████████████ █████

22   is -- I don't recall the meaning of that acronym,

23   but...

24      Q    Do you know what ██████does?

25      A    I can't give you their exact mission.

Page 51

1      Q     If you turn to the next page, this is

2   ████████████████████████████████.

3                 Do you see that?

4      A     I see it.

5      Q     Can you tell me which of these -- well,

6   first can you tell me what a table is, is in -- in

7   the context of this slide?

8      A     It doesn't seem like there is

9   consistent -- I cannot tell you specifically.  I

10  mean, there's nothing consistent about all of these.

11                A table from this -- from this seems

12  to be either a ████████████████████████████, or it

13  seems it could also be ████████████████████████████

14  ████.  Things like that.

15     Q     Are any these things listed dashboards?

16     A     I -- I can't tell you definitively what

17  these link to.  Some of them I know are not

18  dashboards.  I -- I can't tell you.  I mean -- I

19  mean, I don't know every -- every link at Google.

20  There could be hundreds of thousands, if not

21  millions of links, but some of them are definitely

22  not dashboards.

23     Q     Which ones are definitely not dashboards?

24     A     The ██████████████████████████ is not a

25  dashboard.  ███████████████████████████ is not a

Page 52

```
 1   dashboard.
 2        Q    Anything else?
 3        A    I am not familiar specifically with the
 4   rest -- rest of these names here, and I cannot tell
 5   you exactly where these hyperlinks go.
 6                 It's also being said -- I cannot -- I
 7   cannot confirm that these hyperlinks -- if they were
 8   clicked on, go to the table or what exactly it will
 9   go to if clicked on.
10        Q    If you flip ahead a few pages to the page
11   that ends in Bates Number 787.  That's the slide
12   with ███████████, is the title.
13        A    Yup, I'm there.
14        Q    There are two individuals called out on
15   the left, ███████████ and ███████████████.
16        A    Yup, I see that.
17        Q    Do you know either of those individuals?
18        A    I know both of them.
19        Q    Do you work with them?
20        A    I do.
21        Q    Did you speak with either of them to
22   prepare for your deposition today?
23        A    I did not.
24        Q    The title of this -- you go down a little
25   bit on the right-hand side there's in bold -- text
```

```
                                              Page 53
  1    in bold ███████████████████████.
  2                  Do you see that?
  3         A    Yup, I see that.
  4         Q    And down at the -- down at the --
  5    there's -- there's a ████████████████  and ██████
  6    ████████████  under that.
  7                  Do you see that?
  8         A    I see that.
  9         Q    Are you familiar -- the ██████ one says
 10    █████████████████████████████████████████████████████
 11    █████████████████████.
 12                  Do you see that?
 13         A    I see that.
 14         Q    Do you -- do you know what that's
 15    referring to?
 16         A    Again, this is a hyperlink.  I cannot tell
 17    you specifically where this hyperlink takes you.
 18         Q    Are you familiar with reporting data
 19    sources and dashboards created by the ███████████████
 20    ██████
 21                  MR. MCCALLUM:  Object to the form.
 22         A    Over my years at Google I have seen ████████
 23    ████████████████████  and dashboards that the front end
 24    team may have created that were relevant at various
 25    periods of time; however, I cannot tell you what
```

Page 54

1    this specifically is referring to.

2         Q    Are you aware of any dashboards that are

3    currently operational displaying current data

4    created by the ███████████████? 

5         A    ██████████████████.

6         Q    And what is that?

7         A    ████████████████████████████████ █

     █ ████████████████████████  ██████████

     █ ██████████████████

10        Q    And who -- who would I speak to if I

11   wanted to know which dashboards ████████████████

12   currently has?

13        A    Would you have to speak to a member of

14   that team.

15        Q    If you wanted to speak to someone on that

16   team about which dashboards they have, who would you

17   go to?

18        A    ██████   on this list would -- would probably

19   know.

20        Q    Well -- I don't -- and I don't mean to

21   limit it to just people on this page.  Is there --

22   is there someone else who would be more knowledgable

23   than ██████?

24        A    ██████ is a very reliable individual.

25        Q    And under -- if we go a little bit farther

Page 55

```
 1   down this page there's dashboards ████ I can't

 2   tell if that's a █████    I think it's a████

 3   ██████████████? 

 4        A    Yup.

 5        Q    And then finally ██████████.  Which

 6   is proceeded by ████████████████.

 7                  Do you see that?

 8        A    I do, yes.

 9        Q    Are you familiar with any of those links?

10        A    These are not links that I personally use

11   often, no.

12                  Again, there's thousands of links and

13   thousands of dashboards created by, you know, every

14   team.  This is -- you know, I don't know when this

15   document was created, but...

16        Q    If you turn two pages ahead.  Really just

17   one page, because these are double-sided, but to the

18   page that ends in the Bates Number 789.

19        A    Yup.

20        Q    And the title -- the top of slide is ████

21   ██████.

22                  Do you see that?

23        A    I do.

24        Q    And then there are a number of

25   individuals.  Three individuals identified here.
```

Page 56

```
 1    ███████████████.
 2         A    Uh-huh.
 3         Q    ██████████
 4         A    Uh-huh.
 5         Q    And ████████████████.
 6         A    Yup.
 7         Q    Are you familiar with any of those
 8    individuals?
 9         A    I am familiar with all three.
10         Q    And do you know what their -- what
11    their -- their job function or description is?
12         A    ██████████████  is my manager; ████████
13    █████████.  █  no longer works in the reporting team.
14    I do not know what she is currently doing.
15                   And ████████████████  I believe works on
16    the middle tier team.  She's a software engineer.
17         Q    And did you speak with your manager in
18    preparation for the deposition today?
19         A    I did not.
20         Q    Under -- and -- and towards the bottom of
21    slide there's a dashboard ███████████.
22                   Do you see that?
23         A    I do.
24         Q    And that's the Lumina we've talked about
25    earlier today?
```

Page 57

```
 1        A     Yup.

 2        Q     And it says it's maintained by

 3   ████████████████?

 4        A     Correct.

 5        Q     Are you familiar ████████████?

 6        A     I am.

 7        Q     Am I saying his name correctly?

 8        A     ████████.

 9        Q     Is he still a member of your team?

10        A     He is, yes.

11        Q     Do you work with him?

12        A     I do.

13        Q     And what is his -- his job at Google?

14        A     He is a software engineer as well.

15        Q     Do you know if -- does he still maintains

16   Lumina?

17        A     Lumina is ████████████████.

18        Q     How do you know that?

19        A     Because he told me.

20        Q     When did you tell you that?

21        A     Many months ago.

22        Q     What -- do you know when████████████

23   ████████████████████?

24        A     I do not recall.

25        Q     Do you know if Lumina was ████████████
```

Page 58

1   ▮▮▮▮▮▮▮▮▮▮▮▮

2        A    No.  I do not know, but I don't think it

3   was.

4        Q    But you don't know?

5        A    But I do not know for sure.

6        Q    Do you think ▮▮▮▮▮▮▮ would know?

7        A    He may know more but as -- I would imagine

8   he has similar knowledge as me.

9        Q    If we turn to the next page.  This is the

10  one that ends in Bates Number 790.

11                 You see here it says ▮▮▮▮▮▮▮▮▮▮▮

12  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13       A    Yes.

14       Q    Was -- was the Lumina dashboard pulling

15  from ▮▮▮▮▮▮▮?

16       A    From my understanding, yes, it was.

17       Q    And does this picture that is showing

18  here -- is that consistent with your recollection of

19  what -- what Lumina would display?

20       A    From the times that I looked at the Lumina

21  dashboards, yes.  It would ▮▮▮▮▮▮▮▮▮▮

22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23  However, it wouldn't look exactly like this.  I

24  think this is mocked up for this presentation.

25       Q    On the right-hand side there's text --

Page 59

1    there's text that says ██████████████.

2                    Do you see that?

3        A    Yup.

4        Q    Are you familiar with what's being

5    referred to here?

6        A    I cannot tell you what was in this

7    hyperlink -- the ████████   I'm trying read the

8    titles of these.

9        Q    I think the top one says ████████████

10   ██████████.

11       A    Uh-huh.

12       Q    I think that the one to the right and

13   slightly below that says ██████████████████

14   ████████████."

15       A    Yeah.  I believe it says ██████████████

16   ██████

17       Q    Oh, there you go.  Your eyes are sharper

18   than mine.

19       A    I --

20       Q    Are you familiar with any of these

21   dashboards?

22       A    I'm not -- I've -- these are not

23   dashboards, again, that I use personally.

24                    These look -- these look like

25   dashboards used by the product teams that built

Page 60

1    these various tools.

2                     For example, ████████████████

3    at -- you know, we use -- you know, in a -- on our

4    ████████████████, where you can go if you are an Ad

5    Manager customer.  And this looks like a tool that

6    is perhaps helpful for a ██████████████, 'cause it

7    looks like you are viewing the ████████████████████

8    ██████████████████████████.  So how did you get to

9    ████████████

10                    That's just my speculation based on

11   this title.  This, again, is a dashboard that was

12   used by a very specific team at Google that is

13   building these products, and so that is not

14   something we commonly use.

15        Q    But you don't know how many people would

16   have access to any one of these dashboards, correct?

17        A    No, I do not.  I do not know the specific

18   controls that would monitor these dashboards.

19        Q    Are -- are there tools that Google has

20   that monitors dashboards usage?

21        A    Tools -- so monitoring as in Google

22   employees that go to dashboards?

23        Q    That's correct.

24        A    ████████████████████████████████.

25        Q    Is there someone who would know?

Page 61

1     A    I have never seen at Google a dashboard

2  that tracks sites -- internal sites that other

3  Google employee have visited.

4     Q    I guess I wasn't asking about a dashboard.

5               I'm just wondering if there is a --

6  if there are tools that Google has that monitors the

7  usage of internal Google dashboards.

8     A    ███████████████████████.

9     Q    Who do you think would -- would be able

10 to -- to say yes or no definitively?

11              MR. MCCALLUM:  Object to the form.

12    A    That is an impossible question to answer.

13    Q    So it's just unknowable?

14    A    How can you confirm the negative?

15    Q    Have you read the complaint in this case?

16    A    I have not read this specific complaint,

17 but I am aware of the complaint.

18    Q    There's particular -- I'll call them

19 programs or conducts that -- that are -- that have

20 been identified in the complaint, including things

21 such as unified pricing rules, UPR, and reserve

22 price optimization, RPL.

23    A    Uh-huh.

24    Q    Are you familiar with unified pricing

25 rules or UPR?

Page 62

1              MR. MCCALLUM:  Objection.  That's beyond
2         the scope.
3         A    It is a product that I have, you know, I
4    have heard of.  I cannot give you specifics on the
5    inner workings on that product.
6         Q    Do you know if there are any dashboards
7    used in connection with UPR at Google?
8         A    I cannot tell you yes or no to that
9    question.
10        Q    Who -- who would I ask to learn if there
11   are dashboards that track UPR?
12             MR. MCCALLUM:  Object to the form.
13        A    Again, there's -- every team builds
14   dashboards for their own purposes, so if you're
15   asking about a dashboard that may be used for a
16   certain product, you would have to talk to people
17   that worked on that product and whether or not they
18   have built dashboards for that -- those purposes.
19             Again, there's thousands of
20   dashboards at Google.  I cannot possibly remember
21   every single one that's at Google.
22        Q    I guess I'm not -- I'm not asking about
23   every single one.  I'm just -- I'm asking about ones
24   that relates to the conduct specific -- that was
25   specifically identified in the complaint, such as

Page 63

1    UPR.

2              MR. MCCALLUM:   Object.   That's beyond

3         scope.

4         Q    Did you do anything in your preparation

5    today to confirm whether there were any dashboards

6    related to UPR at Google?

7              MR. MCCALLUM:   I'll object on privileged

8         grounds, and caution the witness that he is not

9         to disclose any discussions with counsel in the

10        context of his preparation for the deposition.

11        A    I -- I don't have anything to say.

12        Q    So you did not undertake any investigation

13   as to whether there are unified pricing rule

14   dashboards at Google?

15        A    I have not.

16        Q    How about reserve price optimization?

17              Have you undertaken any investigation

18   as to whether there are dashboards related to

19   reserve price optimization at Google?

20              MR. MCCALLUM:   I'll object.   It's beyond

21        the scope.

22        A    I have not.

23        Q    Have you ever undertaken any investigation

24   as to whether there are any dashboards relating to

25   Bernanke?

Page 64

1          MR. MCCALLUM:  Object.  That's beyond the
2     scope.
3     A    I have not.
4     Q    Are you aware of any dashboards related to
5 Bernanke?
6     A    I am not aware of any specific dashboards
7 related to Bernanke.
8     Q    Did you undertake any investigation to
9 determine if there are any dashboards at Google
10 related to dynamic revenue share, or DRS?
11          MR. MCCALLUM:  Object.  That's beyond the
12     scope.
13     A    I am not aware of any such dashboards.
14     Q    And you didn't -- you didn't undertake any
15 investigation?
16          MR. MCCALLUM:  Same objection.
17     A    I did not take any -- I did not do any
18 investigation.
19     Q    How about any investigation into whether
20 there are dashboards relating to exchange detection
21 for projects such as Poirot or Elmo?
22          MR. MCCALLUM:  Objection.  That's beyond
23     the scope.
24     A    I am not aware of any dashboards.
25     Q    And you did not undertake an investigation

Page 65

1    to determine if there were any such dashboards?

2              MR. MCCALLUM:  Same objection.

3       A    No, I have not.

4              (Whereupon, document created by

5         Mr. McBride, State's Exhibit 7 was marked for

6         Identification.)

7       Q    All right.  You should have now what has

8    been marked as State's Exhibit 7.  Does -- it does

9    spill over onto the other side.

10                  In an attempt to just to avoid me

11   having to read each one of these to you and ask you

12   about them --

13       A    Uh-huh.

14       Q    -- I'll just ask if you go through this

15   list, and if there is a link you recognize or a

16   dashboard name that you recognize, please -- please

17   let me know.

18             MR. MCCALLUM:  Can I just get a

19        representation from counsel as to what

20        Exhibit 7 is?

21             MR. MCBRIDE:  Exhibit 7 is a document that

22        I created two hours ago.

23       A    To be clear, these links -- it is not -- I

24   cannot tell you if these go to dashboards.  I can't

25   tell you specifically what -- you know, they -- you

Page 66

1    know, what this link may lead to.

2                    It's -- there are thousands, if not,

3    ten thousands -- maybe millions of dashboards at

4    Google.  Millions of go links at Google.  They're

5    all arbitrary and made by the individuals.

6                    And, you know, I cannot have possibly

7    remembered all of them.

8        Q    I don't want to interrupt if you're still

9    talking, but appreciating that caveat, if you could

10   look it tell me if any of these links are familiar

11   or if they names of any of the dashboards are

12   familiar.

13       A    Again, these would not be names of

14   dashboards.  These are simply just links and do not

15   represent what the links point to.

16       Q    Wouldn't -- but isn't it Google's practice

17   to have the link be representative the thing it

18   points to?

19                    MR. MCCALLUM:  Object to form.

20       A    Links can be created by any arbitrary --

21   you know, engineer.  And they could say whatever you

22   want them to say.

23       Q    But in your experience, aren't the -- the

24   names of the links descriptive of the place the link

25   takes you to?

Page 67

1      A    I would say yes, it would be helpful to

2   have a descriptive link, but in my experience at

3   Google, people oftentimes do not create descriptive

4   links.

5              I cannot tell you specifically what

6   any of these links point to.

7      Q    How about there -- there are some starting

8   with Number 76.  It says ███████████████████████

9   █████?

10     A    Uh-huh.

11     Q    Are you aware any dashboards related to

12  header bidding?

13     A    I believe in passing I have ████████████

14  █████████████████████████████████████, but I have

15  not interacted with it in any meaningful way.

16     Q    Do you know who I would talk to -- need to

17  talk to learn about the existence of any header

18  bidding dashboards at Google?

19     A    I believe ████████████ was an engineer that

20  worked on █████████████, although I could be -- I

21  could be mistaken.

22     Q    And what -- what team is ██████████ a

23  part of?

24     A    He works under an Ad Manager.

25     Q    How about open bidding dashboard?  Are you

Page 68

1   familiar with any open bidding dashboards?

2              MR. MCCALLUM:   Which number is that that

3        you're referring to, Counsel?

4              MR. MCBRIDE:   81 and 82.

5        A    I -- I am not aware with what these --

6   these links are referring to.

7        Q    Are you familiar with open bidding?

8        A    I am familiar with it as a product.

9        Q    And are you aware if there are any

10  dashboards related to open bidding at Google?

11       A    I -- I cannot confirm or deny any

12  dashboard.

13       Q    Did you do any investigation to determine

14  whether any such dashboards existed?

15       A    No, I did not.

16       Q    How about Numbers 83 through 85 all

17  including the word "██████."   ████████████████████

18  ████████████████████████████████████████████████████

19  █████████████.

20              Do you see that?

21       A    I do.

22       Q    Are you familiar with -- with the RASTA

23  dashboards?

24              MR. MCCALLUM:   Object to the form.

25       A    I am -- again, RASTA ████████████████████

Page 69

1     ███████. I am not familiar with what these links

2     would be referring to.

3          Q    Do you know who I would -- who I should

4     ask if I wanted to learn what these RASTA dashboard

5     links refer to?

6               MR. MCCALLUM:  Can -- can we get a

7          representation from counsel as to the origin of

8          the various entries on this document, given

9          that it's something that the States created.

10              MR. MCBRIDE:  Yes, every one of these --

11         of these links is pulled from a Google

12         document.

13              In some cases the link is found in

14         multiple Google documents, but I will represent

15         that none of these are invented.  They're all

16         taken from Google production documents.

17              MR. MCCALLUM:  So it's a summary document

18         that counsel prepared based on produced

19         documents.  Is that --

20              MR. MCBRIDE:  That's correct.

21              MR. MCCALLUM:  Okay.  Thank you for that

22         clarification.

23         Q    I'm sorry.  Who -- who would I ask about

24    the existence of RASTA dashboards?

25              MR. MCCALLUM:  Object to the form.

Page 70

 1      A     Again, RASTA is ███████████████████████.

 2   I do not know what these are pointing to, or even

 3   what product these links are referring to.

 4              I do not -- I cannot tell you

 5   anything about these links.

 6      Q     Okay.  If you look down at Links 92 and

 7   93.

 8      A     Yes.

 9      Q     They refer to something called AWbid or

10   AW bid.

11              Are you familiar with AWbid?

12      A     I am not, no.

13      Q     So you don't know if -- you don't know if

14   dashboards related to AW bid exist?

15      A     I don't -- I do not recall what AWbid

16   refers to.

17      Q     So you didn't do any investigation as to

18   whether there were dashboards related to AWbid at

19   Google?

20              MR. MCCALLUM:  Object to the form.  And

21         object.  It's beyond the scope.

22      A     No, I did not.

23      Q     If you look at starting with 23 through

24   28.  These are all dashboards that reference the

25   phrase "Jedi," J-E-D-I?

Page 71

1      A     Uh-huh.

2      Q     Are you familiar with Jedi?

3      A     Generally speaking, I have heard of it.  I

4  cannot tell you specifics about it.

5      Q     What's your general understanding of what

6  Jedi is?

7            MR. MCCALLUM:  Object.  That's beyond the

8       scope.

9      A     ████████████████████████████████████████

10 █████████████████████████████████████.

11     Q     And do you know what it did?

12     A     I cannot tell you specifics.

13     Q     Are you aware if there are any dashboards

14 at Google related to Jedi?

15     A     I cannot tell you.

16     Q     Did you do any investigation to determine

17 whether there were dashboards at Google related to

18 Jedi?

19            MR. MCCALLUM:  Object to the form.  And

20       object.  That's beyond the scope.

21     A     Again, there's thousands of dashboards.  I

22 cannot tell you if one still exists or their

23 maintained, anything about dashboards related to any

24 given product.

25     Q     I'm saying:  You didn't investigate

Page 72

1   specifically whether there were current dashboards

2   at Google related to Jedi?

3            MR. MCCALLUM:  Same objection.

4       A    I did not, no.

5       Q    Entries Number 17 through 22.  They all

6   reference the phrase " ████ ."  Are you familiar with

7   ████ ?

8       A    Only in the context of Star Wars.

9       Q    Do you know if there are any dashboards at

10  Google related to ████ ?

11      A    Again, I cannot -- there's thousands of

12  products, thousands of teams, you know, thousands of

13  dashboards that are created.

14            I cannot tell you if a dashboard ever

15  existed, if it was maintained or -- you know, or who

16  likely would be the person to talk to for any given,

17  you know, product that you mentioned.

18      Q    Understood.  And you didn't undertake any

19  investigation specifically related to ████

20  dashboards --

21      A    No.

22      Q    -- in preparation for today's deposition?

23            MR. MCCALLUM:  Object to the scope.

24       Object.  That's beyond the scope.  And object

25       to the form.

Page 73

1        A     No, I have not.

2        Q     Is it -- is it fair to say that for every

3    link in -- in Exhibit 7 you did not investigate

4    whether there was -- there was a specific dashboard

5    related to -- to any of these topics or names?

6              MR. MCCALLUM:   This is the document that

7         you created, Counsel?

8              MR. MCBRIDE:   That's correct.

9              MR. MCCALLUM:   Okay.   Objection.   Scope

10         and form.

11        A     I did not investigate any of these hundred

12    or so go links.

13        Q     Well, my question is not -- not about the

14    links themselves, but about -- about the various

15    products or programs or conducts, if you will,

16    identified in each of these links.

17                   And by that I mean, for example, UPR,

18    RPO, DRS, et cetera.

19              MR. MCCALLUM:   Objection.   That's beyond

20         the scope.   And object to the form.

21        A     I did not investigate into any of these.

22        Q     All right.   You should have been handed --

23              MR. MCBRIDE:   I think, Counsel, you do

24         have this.

25                   (Whereupon, GOO-AT- MDL-002307662, State's

Page 74

1          Exhibit 8 was marked for Identification.)

2          Q    Let me start over.  You should have what's

3     been marked as State's Exhibit 8.  This is a

4     multipage document bearing the Bates Number GOO-AT-

5     MDL-002307662.

6          A    Can you say that one more time.

7          Q    Sure.  The entire string or just the

8     numbers?

9          A    The entire string, please.

10         Q    Yes.  GOOG-AT-MDL-002307662.

11         A    Thank you.

12         Q    Through 002307666.  Do you see that?

13         A    I do.

14         Q    Have you ever been seen this document

15    before?

16         A    I have not.

17         Q    Are you familiar with ██████████████?

18         A    I am not.

19         Q    If you turn to the second to last page,

20    the one ending in 7665.  ████████████████████████

21    ████████████████████████.

22              Do you see that?

23         A    I do.

24         Q    ████████████████████████████████████████

25    ████████████████████████████████████.

Page 75

1          Are you familiar with ████████████
2   ███████████████████?
3          MR. MCCALLUM:  Object.  That's beyond the
4   scope.
5      A    No, I am not.
6      Q    Do you know what █████ stands for?
7      A    I do not.
8      Q    ██████████████████████████████
9   ████████████████████████████████████████
10  ████████████████████████████████."
11          Do you know what that's referring to?
12     A    No, I don't.
13     Q    If you go a little farther down it says
14  ██████████████████████████.
15          Are you familiar with that dashboard?
16     A    No, I am not.
17     Q    Do you know who would be?
18          MR. MCCALLUM:  Object to the form.
19     A    No I do not.  Also, I cannot confirm or
20  deny whether that hyperlink actually goes into a
21  dashboard.
22     Q    What would you need to do to confirm that?
23     A    I would have to know what the link is.
24  Then I'd go to that link.
25          (Whereupon, GOOG-DOJ-14729810 through

Page 76

```
1         14729817, State's Exhibit 9 was marked for
2         Identification.)
3         Q    All right.  You should have in front you
4    what's been marked as State's Exhibit 9.  It's a
5    multipage document bearing the Bates range
6    GOOG-DOJ-14729810 through 14729817.
7                    Do you have at that document?
8         A    I do.
9         Q    Have you ever seen this before?
10        A    I have not.
11        Q    This appears to be an email from ██████
12    ████████████.
13                    Do you see that?
14        A    I do.
15        Q    And do you know who that is?
16        A    I believe he's an PM on our team, although
17   I cannot be sure.
18        Q    The subject is ███████████████,
19   correct?
20        A    Correct.
21        Q    If you go down to the bottom of the page,
22   there is a graphic of a table.
23                    Do you see that?
24        A    I do.
25        Q    Is -- have you ever -- ever seen a
```

Page 77

1    dashboard or -- or a table that looks like this?

2         A    What do you mean by "looks like this"?

3         Q    ████████████████████████████████

4    ████████████████████

5         A    No.  I don't think so, no.

6              (Whereupon, GOOG-DOJ-14729819, State's

7         Exhibit 10 was marked for Identification.)

8         Q    You should have in front of you what has

9    been marked State's Exhibit 10.

10             This is a single page with the Bates

11   Number GOOG-DOJ-14729819.

12             Do you see that?

13        A    I do, yup.

14        Q    ██████████████████████████

15   ████████████████████████████████████████

16   ████████████████████.

17             Do you see that?

18        A    I do.

19        Q    Have you ever seen this dashboard before?

20        A    I have not.

21        Q    You see that there are what appear to be

22   ████████████████████████████████████████?

23        A    I do.

24        Q    And in -- in the dashboards -- and I'm not

25   talking about this document or this dashboard, but

Page 78

1    in the dashboards you looked at, at Google, have

2    there been ways to select filters or options for

3    particular metrics or fields?

4         A    Generally speaking at Google, when you

5    create a dashboard, yes, ████████████████████████

6    ████████████████████.

7         Q    Have you ever heard of a dashboard called

8    at ████████████████?

9         A    No, I have not.

10        Q    How about a dashboard, ████████████████?

11        A    No, I have not.

12        Q    Have you ever heard of any dashboards that

13   use the term ████████████ used at Google?

14        A    No.

15        Q    Do you know what ████████ might stand for?

16        A    No, I do not.

17             MR. MCBRIDE:  Why don't we take a

18        ten-minute break for me to collect my thoughts,

19        and hope to be able to wrap up soon.

20             MR. MCCALLUM:  Sounds good.

21             THE VIDEOGRAPHER:  The time now is

22        4:02 p.m. and we are off the record.

23             (Whereupon, a short recess was taken.)

24             THE VIDEOGRAPHER:  The time right now

25        4:18 p.m. and we're back on record.

Page 79

```
 1        Q    I apologize if I already asked this --
 2        A    Uh-huh.
 3        Q    -- but do you have a sense of how many
 4   teams there are within the Ad Manager group?
 5        A    Teams -- varies.  It's, you know, there
 6   are teams, subteams, and, you know, it goes down so,
 7   you know -- so I mean hundreds, maybe.
 8             I mean, a team could consistent of a
 9   single person.
10        Q    And is there a highest reporting level
11   in -- in the Ad Manager group in terms of teams?
12        A    I mean, the Ad Manager itself is a team.
13        Q    And then if we go one step down from
14   there, how many -- how many teams or buckets are
15   there?
16        A    Like underneath just the general
17   Ad Manager team?  I mean, you could -- ██████████
18   ██████████████████████.  It's hard to tell.  There
19   could be some overlap in people.
20        Q    Can you -- could you give me the names of
21   those half dozen or dozen teams.
22        A    I -- maybe not all of them, but for
23   example, the reporting team which, you know, I'm on
24   as being one of those.  There's a serving team,
25   which again, all of these have many subteams.
```

Page 80

1    There's product managers, UX researchers, front end

2    team.  And I'm sure there some that I'm missing.

3         Q    What about a sales team?

4         A    Yeah.  There's definitely a sales team,

5    yup.

6         Q    How about a finance team?

7         A    I believe so.  Yeah, I believe there as a

8    finance team of -- you know, the -- their --

9    their -- direct responsibilities.  I don't know if

10   they are only Ad Manager, or maybe perhaps they're

11   more broader sale side or ads or something like

12   that.  I -- I can't speak specifically to that.

13        Q    So if I wanted to talk to someone on that

14   team about what dashboard -- that team might have

15   created --

16        A    On -- on which team?  Sorry.

17        Q    The finance team.

18        A    Sure, yup.

19        Q    Do you know who I would talk to?

20        A    I -- I mean I -- I -- the name ██████████,

21   I believe he was on that finance team.

22        Q    And he's someone you spoke to?

23        A    Yes.

24        Q    And as a result of that conversation, are

25   there particular dashboards that you're aware of

Page 81

1    that finance team uses?

2         A    I believe I gave some of those things

3    before.  There's the -- I can't recall the exact

4    names.  There was display.  I can't remember the

5    exact names.  I believe I gave them earlier.

6         Q    How about for the sales team?  Is there an

7    individual there that -- that you would go to, to

8    ask about dashboards that they've created?

9         A    No.  I -- I cannot give you any names.

10        Q    How about the -- the front end team?

11        A    Are there dashboards the front end team

12   has built?

13        Q    Yeah.  Who would I -- who would I ask?

14        A    Within the reporting front end I -- I

15   believe ██████ was one.  ██████████████.

16        Q    How about for the PM team?

17        A    I can't tell you any specific person on

18   the PM team that's built a dashboard.

19        Q    What if theres's -- if there someone you'd

20   go to ask whether there were dashboard that they had

21   build, is there such a person?

22        A    A dashboard that they build?

23        Q    Correct.

24        A    I can't tell you any specific person

25   that's built a dashboard on the PM team.

Page 82

1      Q    But if -- if you wanted to confirm whether

2  or not they had, who do you think would be the most

3  knowledgeable?

4      A    I can't give you a single name of a

5  person, because PMs, generally speaking -- there's

6  ██████ per product, per subteams and stuff like that

7  and so they would maybe each individually have or

8  use dashboards for that specific product that they

9  are working on, but I can't tell you one person that

10  could speak for the PM team in general about

11  dashboards for the PM team in general.

12      Q    How about is there anyone that you can

13  think of on the PM team that would be able to answer

14  questions about dashboards?

15      A    I -- no name comes to mind specifically.

16  You know, generally when -- you know, dashboards are

17  things that people with data access skills do, and

18  it's a generally -- you know, whether or not an

19  engineer -- I'm sorry -- a product manager is

20  building a dashboard is -- I -- I generally don't

21  talk to them about that and don't see -- if they do

22  built dashboards, I don't see them.

23      Q    Do you know the names of people on the PM

24  team?

25      A    Yeah, I'm -- few -- I'm aware of several.

Page 83

1    Q    Can you give me one name.

2    A    ███████.

3    Q    █████  who?

4    A    ███████.

5    Q    ████.  How about for the serving team?  Is

6    there -- who -- who would you talk to if you wanted

7    to know if the serving team created dashboards?

8        A    Again, it varies based on products.  I

9    mean, there's many subteams within the serving team.

10            You know, it just depends on what --

11   what if -- you know, what kind of dashboard I would

12   be looking for.  I think I gave the name ██████████

13   before.

14           MR. MCBRIDE:  Well, I don't think I have

15       any more questions for ████████████.  I

16       appreciate your time.

17           I do and I don't want to make a speech on

18       the record.  I -- I don't think that this

19       witness really fulfilled the special master's

20       order to provide someone personal knowledgeable

21       about the dashboards for display advertising.

22           Obviously you may disagree, and I'm sure

23       we can -- we can take that offline, but to --

24       to that extent we'll hold this deposition open

25       for -- for a more suitable witness.  But with

Page 84

```
 1    that I pass the witness.
 2          MR. MCCALLUM:  So I guess obviously I
 3    disagree with those particular comments.  The
 4    witness has testified to his experience as to
 5    dashboards, and we think this was a properly
 6    prepared witness.
 7          And now I think he gave testimony that
 8    there are thousands, if not more dashboards
 9    within Google, so it's impossible to know what
10    they all are.
11          You asked him a series of very specific
12    questions about individual dashboards.  I think
13    he's given proper answers to those questions.
14          But with that, I'm -- and obviously we'll
15    take that offline and have further discussions
16    around it.
17          ██████████████, just a couple of quick
18    questions.
19    EXAMINATION
20    BY MR. MCCAULLUM:
21    Q    Could you just tell me how dashboards are
22    used within Google.
23    A    Yeah.  Dashboards are generally used as a
24    way of representing an underlying data source.  It's
25    generally some slice or, you know, some subset of
```

Page 85

1    data that it can -- you know, that you're interested

2    in, and you'd like to see and visualize quickly.

3        Q    And who at Google can create a dashboard?

4        A    I believe almost any employee at Google

5    can create a dashboard if they have access to the

6    underlying data.

7        Q    Do you know how many dashboards there are

8    at Google?

9        A    It could be tens of thousands, hundreds,

10   maybe millions of dashboards.  It's -- you know,

11   countless.

12       Q    Is there any person at Google who would

13   have knowledge of all of those thousands, tens of

14   thousands, millions of dashboard?

15       A    Absolutely not, no.

16       Q    Are all of those dashboards actively

17   maintained?

18       A    No.  Definitely not.

19       Q    When you say "definitely not," what makes

20   you say that?

21       A    Because I'm aware of numerous dashboards

22   that are no longer maintained.

23       Q    Okay.  In your experience, do the

24   dashboards typically maintain information separate

25   and apart from the data sources that feed into them?

Page 86

1      A     No.   Generally the data sources are more
2   reliable than dashboards themselves.
3      Q     Okay.   And you mentioned a couple of
4   different teams such as the finance team?
5      A     Uh-huh.
6      Q     Do you have an understanding of how, if at
7   all, the finance team uses dashboards?
8      A     Yeah.   I believe they create dashboards
9   for whatever specific product or, you know, the
10   thing they're currently working on.
11             They view it as a -- as a way to more
12   quickly get information that is relevant to their
13   job.   So they'll create a dashboard that is specific
14   to whatever they're currently working on.
15             If other people find that dashboard
16   useful they might share it with other people, but
17   generally it's a per person would create their own
18   dashboard.
19             And then from my understanding, these
20   are not things that are maintained for long periods
21   of time.   You know, and they're -- they're ad hoc
22   and as needed.
23      Q     So is there any set of key-approved
24   centrally stored Google dashboards that pertain to
25   the finance team?

Page 87

1      A     Not that I'm aware of, no.

2      Q     I will ask to you look at State's

3  Exhibit 7 which is the document that counsel created

4  with a list of 97 entries.

5                 Do you have that in front of you?

6      A     I do, yes.

7      Q     And on the left-hand side about halfway

8  way down you see 17 through 22.

9                 And counsel for the States asked you

10  about entries relating to ▇▇▇▇.

11                 Do you recall that?

12     A     I do, yes.

13     Q     Okay.  Do you have any reason to believe

14  that any of the entries there item 17 through 22 are

15  actively maintained dashboards?

16     A     No.

17     Q     Do you have any reason to believe that the

18  items there at 17 to 22 are key or important --

19  important dashboards?

20     A     No.

21     Q     Are you able to tell from the links at 17

22  to 22 whether these are, in fact, dashboards at all?

23     A     No, I cannot.

24     Q     Are you able to tell from Item 17 through

25  22, what, if any, inputs go into the data stored at

Page 88

1    those links?

2         A    No; I cannot tell.

3         Q    Okay.  As a general matter, how would you

4    go about finding out information related to any

5    specific set of dashboards?

6         A    I would have to go and talk to the person

7    that created them.

8         Q    Okay.  Moving on to Items 23 through 28.

9    You were asked a series of questions by counsel to

10   States about Jedi.

11              Do you recall that testimony?

12        A    I do.

13        Q    And the same questions really.  Do you

14   have any reason to believe that any of those items

15   listed at 23 through 28 are actively maintained

16   dashboards?

17        A    No.

18        Q    Do you have any reason to believe that

19   those items at 23 through 28 are accurate sources of

20   data or information?

21        A    No.

22        Q    Do you have any reason to believe that

23   those are, in fact, dashboards?

24        A    No, I do not.

25        Q    And even though the name "dashboard"

Page 89

1    appears in the go link listed there, why is it that

2    you have no reason to believe it's a dashboard?

3        A    Oftentimes a go link can maybe be

4    referring to the documentation about a dashboard.

5    It could be referring to really, any number of

6    things.  And like I said before, that go links are

7    arbitrary.

8              You could create any go link and

9    point it to any, you know, data -- any -- any

10   other -- any URL you want.  So just because

11   dashboard is in the name, that doesn't mean that it

12   actually go to a physical dashboard.

13       Q    And if you wanted to find out more

14   information about those entries, 23 to 28, how would

15   you go about finding out that information?

16       A    I would have to visit those go links

17   specifically, and then I'd open them up, and view

18   the source.

19              And then I would probably try to find

20   whoever created these links and things of that and

21   ask them for information -- more information about

22   it.

23       Q    And with respect to Entry 76, you were

24   asked about header bidding.

25              Do you recall that?

Page 90

1      A     I do.

2      Q     Same questions.  Would your answer be any

3   different with respect to Entry 76?

4      A     No.

5            MR. MCBRIDE:  Objection to form.

6      Q     What about Items 81 and 82?

7      A     No different, no.

8            MR. MCBRIDE:  Same objection.

9      Q     83 through 85?

10     A     Nope.  No.

11     Q     You've given testimony around a variety of

12   dashboards used by teams as Google.  Can those

13   dashboards be accessed outside of the Google

14   ecosystem?

15     A     No.  They cannot.  They rely on Google

16   infrastructure for viewing, and it cannot be just

17   put onto a laptop and taken offline.

18     Q     And could you give me a little detail

19   about that.  So is it possible to put a dashboard on

20   a laptop and make it available independently of the

21   Google network?

22     A     No.  You need to be connected to the

23   Google network; have an internet connection.  These

24   are roughly -- you know, roughly speaking stored on

25   the Cloud.  And they cannot be put onto a laptop and

Page 91

1  disconnected from the Google internal

2  infrastructure.

3      Q    Is that because the dashboards rely on

4  underlying data sources?

5      A    It's a combination of relying on

6  underlying data sources, but also the infrastructure

7  that powers the dashboards and things like that.

8  Have to be a part of the Google infrastructure.

9      Q    And when you say the "infrastructure that

10  powers the dashboards," what do you mean?

11      A    So the -- the physical UIs, the -- you

12  know, the querying engines and things like that --

13  these are all, you know, things that are done within

14  the Google Cloud -- internal Cloud Google ecosystem,

15  and cannot be disconnected from them.

16      Q    And the underlying data sources upon which

17  the dashboards sit -- could you give us a rough

18  indication of the size of those data sources, if you

19  can.

20      A    The size of those data sources.  I mean,

21  they could be -- I mean, it -- it varies.  Some of

22  these are derived data sources from things like

23  logs.  Logs themselves can be exabytes in size.  I

24  mean, exabytes is 1,000 petabytes which is 1,000

25  perabytes which is 1,000 -- these are enormous

1   datasets.

2               There are derived datasets that are,

3   you know, from that.  It may be more specific; they

4   would be faster to query, and those could be much

5   smaller in scale.  You know, maybe gigabytes.  Maybe

6   even smaller.  Megabytes and such.

7               MR. MCCALLUM:  Can I just take a quick

8         break and see if there's anything else and then

9         probably we can wrap this up.

10              MR. MCBRIDE:  All right.

11              THE VIDEOGRAPHER:  The time is now is

12        4:32 p.m. and we are off the record.

13              (Whereupon, a short recess was taken.)

14              THE VIDEOGRAPHER:  The time right now is

15        4:41 p.m. and we're back on the record.

16        Q        ██████████, if someone had access to the

17   data -- raw data underlying the dashboard, would

18   that person be able to create their own dashboards

19   to interpret the data?

20        A     Yeah, absolutely.  The -- you know, any

21   commonly used infrastructure that's open source

22   should be able to -- or any tooling should be able

23   to take this data and manipulate it.  You know, take

24   a subset of data that you're interested in and

25   display it in a dashboard.

Page 93

1          MR. MCCALLUM:  That's all for now.

2          MR. MCBRIDE:  Just very, very brief

3      follow-up.

4  EXAMINATION

5  BY MR. MCBRIDE:

6      Q    With regards to the accessibility of these

7  dashboards, if you had your laptop and you were

8  VPN'd -- in this room you were VPN'd into Google's

9  network, could you access them?

10     A    If I had my lap- -- my corporate laptop

11 and I was VPN'd in this room with internet

12 connection, and assuming all that sort of stuff, and

13 I had permissions to view the dashboard, then yes, I

14 would be able it access them.

15     Q    Does Google in your experience ever set up

16 clean rooms to allow customers to come and view

17 dashboards or query data sources?

18     A    Customers, as in like customers of Google?

19     Q    Correct.

20     A    I have never once heard of any Google ever

21 letting a customer view internal data sources.

22     Q    You said some of these data sources can be

23 exabytes and then you -- is that correct?

24     A    Yeah.  Some of our logs, you know, are --

25 are quite large.

Page 94

1      Q     How many -- how many hard drives, like
2  consumer hards drive would it take me to fill up an
3  exabyte of data?
4      A     I believe Amazon AWS -- Amazon Web
5  Services offers petabyte storage, which is I think
6  for 100 petabytes will take up an entire shipping
7  container full of hard drives.
8                    And they use this so that -- because
9  it's simply faster to bring hard drives to your
10  physical location, put the stuff on the hard -- and
11  then drive it to wherever you want take it,
12  rather -- so -- so you can imagine an exabyte would
13  be ten shipping containers at least full of hard
14  drives.
15      Q     Got it.  That's all I have.
16            MR. MCCALLUM:  Just one quick follow-up.
17  EXAMINATION
18  BY MR. MCCALLUM:
19      Q     You mentioned permission-ing of the
20  underlying data?
21      A     Yup.
22      Q     Do you have permission to access all of
23  the underlying data at Google?
24      A     I don't, no.  No one -- no one person will
25  have permissions on all data at Google.

Page 95

1              There's -- they're very tightly

2    guarded by various names and by various permission

3    services.

4           MR. MCCALLUM:  Thank you.

5           MR. MCBRIDE:  Nothing further.

6           THE VIDEOGRAPHER:  The time right now is

7       4:44 p.m.  And we're off the record.

8                    (Whereupon, the deposition

9                    concluded at  4:44 p.m.)

10

11       _____

12       ███████████████████

13   Signed and subscribed to

     before me, this_____day

14   of_____2024.

15

     _____

16   Notary Public

17

18

19

20

21

22

23

24

25

Page 96

1          I N D E X    O F    W I T N E S S E S

2

   EXAMINATION BY                              PAGE

3

4    MR.  MCBRIDE                              5

5    MR.  MCCAULLUM                            84

6    MR.  MCBRIDE                              93

7    MR.  MCCALLUM                             94

8

9

10          I N D E X    O F    E X H I B I T S

11   DESCRIPTION    STATE'S EXHIBIT           PAGE

12   GOOG-AT-MDL-003985866, 1                 22

13   GOOG-DOJ-AT-01859616

14   through 1859621,        2                29

15   GOOG-AT-MDL-001776863

16   through 1776868,        3                31

17   GOOG-AT-MDL-004284856

18   through 004284870,      4                35

19   GOOG-AP-MDL-004017319

20   through 004017350,      5                42

21   GOOG-AT-MDL-012699778

22   through 12699811,       6                46

23   document created by

24   Mr. McBride,            7                65

25   GOO-AT- MDL-002307662, 8                 73

Page 97

1    GOOG-DOJ-14729810

2    through 14729817,       9               76

3    GOOG-DOJ-14729819,      10              77

4

5

6              I N D E X   O F   R E Q U E S T S

7    DESCRIPTION                              PAGE

8    NONE

9

10

11             I N D E X   O F   R U L I N G S

12                                            PAGE

13   NONE

14

15

16          I N D E X   O F   I N S E R T I O N S

17   DESCRIPTION                              PAGE

18   NONE

19

20

21

22

23

24

25

Page 98

```
 1              C E R T I F I C A T E
 2   STATE OF NEW YORK    )
                          :
 3   COUNTY OF SUFFOLK

 4

 5        I, JOANNA MARTINEZ, a Notary Public within and
 6   for the State of New York, do hereby certify:
 7        THAT ████████████, the witness whose
 8   deposition is hereinbefore set forth, was duly sworn
 9   by me and that such deposition is a true record of
10   the testimony given by such witness.
11        I further certify that I am not related to any
12   of the parties to this action by blood or marriage;
13   and that I am in no way interested in the outcome of
14   this matter.
15        IN WITNESS WHEREOF, I have hereunto set my
16   hand this 13th of March 2024.
17
                         <%3121,Signature%>
18                       _____
                         JOANNA MARTINEZ
19
20
21
22
23
24
25
```



**[82 – apologize]**                                                                 Page 2

Golkow Technologies,
A Veritext Division

**[appear - bottom]**

Page 3

**[boundy – ███████████]** Page 4

**[consistent - dashboard]**                                     Page 5

**[dashboard – detail]**                                                                 Page 6

**[detection – engineering]**                                        Page 7

**[go - huh]**

Page 10

**[huh - john.mcbride]**

Page 11

Golkow Technologies,
A Veritext Division

**[new - part]**                                                        Page 15

**[part - product]**                                                  Page 16



**[product - refers]**                                                        Page 17

**[reflect - running]**                                                     Page 18



**[tell - typing]**                                                      Page 22

**[u - want]**                                                          Page 23

Golkow Technologies,
A Veritext Division

**[want - zoom]**                                           Page 24



Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.