| DOCID | ENDDOC | COMPANIES | CUSTODIAN | ALLCUSTODIANS | MEDIAID | VOLUME NAME | PRODUCEDIN | BEGATTACH | ENDATTACH | EPROPERTIES | TIMEZONE | FOLDERLABEL | FROM | TO | CC | BCC | SUBJECT | DATEHC | DATESENT | DATERECEIVED | HEADER | INTERNETMSGID | MESSAGEID | INREPLYTOID | CONVERSATIONINDEX | IMPORTANCE | DELIVERYRECEIPT | READRECEIPT | SENSITIVITY | REVISION | DATECREATED | DATESAVED | EORGANIZATION | EAUTHOR | LASTAUTHOR | ESUBJECT | FILENAME | APPLICATION | FILEEXTENSION | FILEPATH | DOCLINK | DATESTART | DATEEND | ACCOUNT | DURATION | DIRECTION | TXT-CHATROOMNAME | TXT-PARTICIPANTS | TXT-BODY | TXT-STATUS | TXT-THREAD-GROUP | HASHMD5 | HASHSHA | SPECNO | SEARCHVALUES | GMAIL THREAD LEVEL 1 | REFERENCES | CONFIDENTIALITY | DRIVE COLLABORATORS | DRIVE VIEWERS | DOC ID (2) | DRIVE OTHERS | DRIVE SITES TITLE | DRIVE PUBLISHED URL | DRIVE DOC PARENT ID | DRIVE SHARED DRIVE ID | DRIVE CLIENT SIDE ENCRYPTED | DRIVE REVIEWS | DRIVE USER QUERY | FILESIZE | REDACTIONS | WITHHELD PLACEHOLDER | TECHNICAL ISSUE PLACEHOLDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GOOG-AT-MDL-B-001288278 | GOOG-AT-MDL-B-001288280 | Alphabet, Inc. | [redacted] | [redacted] | PROD070 | PROD070-002 | | | | Edoc | UTC | | | | | | | | | | | | | | | | | | | | | | | [redacted] | | [redacted] HB comment threads | [redacted] HB comment threads_1tJmP4T4226fOCHZFJyc-ouA5AQYEB_txLGf-wHteHhE.docx | | docx | [redacted] | | | | | | | | | | | | 980E80832807207DC8E99AE9AF08D8F2 | | | | | | CONFIDENTIAL | | | | | | | | | | | | 27411 | | | |