IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

# EXHIBIT E

**PLAINTIFF STATES' OPENING BRIEF TO THE SPECIAL MASTER
FOR THE APRIL 4, 2024 HEARING**

| | |
|---|---|
| **From:** | Geraldine W. Young |
| **Sent:** | Tuesday, March 26, 2024 9:13 AM |
| **To:** | MCCALLUM, Robert; Ades, Alex |
| **Cc:** | Audrey Moore; Bryce Callahan; Paul Yetter; John Harkrider; Daniel Bitton; ELMER, Julie (JSE); MAHR, Eric (EJM); Bracewell, Mollie; Ayla Syed; Jamie Aycock; Mark Lanier; Alex J. Brown; Zeke DeRose III; Jonathan Wilkerson; Joseph M. Graham Jr.; Marc B. Collier; noah.heinz@kellerpostman.com; ack@kellerlenkner.com; zina.bash@kellerpostman.com; trevor.young@oag.texas.gov; SESSIONS, Justina (JKS); SONG, Tinny; SYRMOS, Alexia; KAPLIN, Lauren; BAYOUMI, Jeanette; VACA, Lauren |
| **Subject:** | RE: C.A. No. 4:20-cv-00957-SDJ; The State of Texas, et al v. Google LLC |

Counsel,

We are following up on Texas's Second Set of Requests for Production—served on Google on February 9, 2024 and which requested GAM (or AdX-DFP paired), Yavin, and AdX Direct contracts and the identity of publishers with those contracts. Google responded on March 11, 2024, not producing any documents but generally offering to meet and confer. The Parties met and conferred on those RFPs and Google's responses a week ago on March 19. As part of that discussion, we directed Google to its ROGs, which asked the States to identify all contracts relevant to their tying claims. Google stated it would take back and consider either producing (a) form contracts and lists of publishers with each form contract or (b) all relevant, responsive publisher contracts, depending on how Google stores and how quickly Google can collect and produce either form of these documents. The States emphasized they were willing to take either type of production, based on the most expeditious form that can be produced. The States believe these discrete categories of documents, in either form, should be able to be produced quickly but have not heard from Google since the March 19 meet and confer. The States request an immediate response from Google as to these RFPs and documents and that these productions occur before the 30(b)(6) deposition on these topics as they are related and would make the deposition more efficient and productive. Please provide an update on this issue today.

Thanks, Geraldine

**From:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Sent:** Monday, March 18, 2024 9:38 PM
**To:** Geraldine W. Young <geraldine.young@nortonrosefulbright.com>; Ades, Alex <aades@yettercoleman.com>
**Cc:** Audrey Moore <Audrey.Moore@LanierLawFirm.com>; Bryce Callahan <bcallahan@yettercoleman.com>; Paul Yetter <pyetter@yettercoleman.com>; John Harkrider <jharkrider@axinn.com>; Daniel Bitton <dbitton@axinn.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; Bracewell, Mollie <mbracewell@yettercoleman.com>; Ayla Syed <asyed@yettercoleman.com>; Jamie Aycock <jamieaycock@yettercoleman.com>; Mark Lanier <Mark.Lanier@LanierLawFirm.com>; Alex J. Brown <Alex.Brown@LanierLawFirm.com>; Zeke DeRose III <zeke.derose@lanierlawfirm.com>; Jonathan Wilkerson <Jonathan.Wilkerson@LanierLawFirm.com>; Joseph M. Graham Jr. <joseph.graham@nortonrosefulbright.com>; Marc B. Collier <marc.collier@nortonrosefulbright.com>; noah.heinz@kellerpostman.com; ack@kellerlenkner.com; zina.bash@kellerpostman.com; trevor.young@oag.texas.gov; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; SONG, Tinny <Tinny.Song@freshfields.com>; SYRMOS, Alexia <Alexia.Syrmos@freshfields.com>; KAPLIN, Lauren <lauren.kaplin@freshfields.com>; BAYOUMI, Jeanette <Jeanette.Bayoumi@freshfields.com>; VACA, Lauren <Lauren.Vaca@freshfields.com>
**Subject:** RE: C.A. No. 4:20-cv-00957-SDJ; The State of Texas, et al v. Google LLC

Counsel –

We are available at 2.30 CT / 3.30 ET tomorrow.

Kind regards,
Rob

---

**From:** Geraldine W. Young <geraldine.young@nortonrosefulbright.com>
**Sent:** Monday, March 18, 2024 3:37 PM
**To:** Ades, Alex <aades@yettercoleman.com>
**Cc:** Audrey Moore <Audrey.Moore@LanierLawFirm.com>; Bryce Callahan <bcallahan@yettercoleman.com>; Paul Yetter <pyetter@yettercoleman.com>; John Harkrider <jharkrider@axinn.com>; Daniel Bitton <dbitton@axinn.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; Bracewell, Mollie <mbracewell@yettercoleman.com>; Ayla Syed <asyed@yettercoleman.com>; Jamie Aycock <jamieaycock@yettercoleman.com>; Mark Lanier <Mark.Lanier@LanierLawFirm.com>; Alex J. Brown <Alex.Brown@LanierLawFirm.com>; Zeke DeRose III <zeke.derose@lanierlawfirm.com>; Jonathan Wilkerson <Jonathan.Wilkerson@LanierLawFirm.com>; Joseph M. Graham Jr. <joseph.graham@nortonrosefulbright.com>; Marc B. Collier <marc.collier@nortonrosefulbright.com>; noah.heinz@kellerpostman.com; ack@kellerlenkner.com; zina.bash@kellerpostman.com; trevor.young@oag.texas.gov
**Subject:** RE: C.A. No. 4:20-cv-00957-SDJ; The State of Texas, et al v. Google LLC

Counsel,

Plaintiffs want to schedule a meet and confer about Google's attached discovery response.  We are available between 10:30-12 CT and 1:30-3 CT tomorrow, Tuesday.  Let us know a period in there that works and we will send an invite.

Thanks, Geraldine

---

**From:** Ades, Alex <aades@yettercoleman.com>
**Sent:** Monday, March 11, 2024 2:55 PM
**To:** Geraldine W. Young <geraldine.young@nortonrosefulbright.com>
**Cc:** Audrey Moore <Audrey.Moore@LanierLawFirm.com>; Callahan, Bryce <bcallahan@yettercoleman.com>; Yetter, Paul <pyetter@yettercoleman.com>; John Harkrider <jharkrider@axinn.com>; Daniel Bitton <dbitton@axinn.com>; ELMER, Julie (JSE <Julie.Elmer@freshfields.com>; MAHR, Eric (EJM <Eric.MAHR@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; Bracewell, Mollie <mbracewell@yettercoleman.com>; Syed, Ayla <asyed@yettercoleman.com>; Aycock, Jamie <jamieaycock@yettercoleman.com>; Mark Lanier <Mark.Lanier@LanierLawFirm.com>; Alex J. Brown <Alex.Brown@LanierLawFirm.com>; Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>; Jonathan Wilkerson <Jonathan.Wilkerson@LanierLawFirm.com>; Joseph M. Graham Jr. <joseph.graham@nortonrosefulbright.com>; Marc B. Collier <marc.collier@nortonrosefulbright.com>; noah.heinz@kellerpostman.com; ack@kellerlenkner.com; zina.bash@kellerpostman.com; trevor.young@oag.texas.gov
**Subject:** RE: C.A. No. 4:20-cv-00957-SDJ; The State of Texas, et al v. Google LLC

Counsel,

Attached please find Google's Responses and Objections to Plaintiff State of Texas's Second Requests for Production.

Thank you,
Alex

**Alexander Ades | Associate | Yetter Coleman LLP**
811 Main Street, Suite 4100, Houston, Texas 77002
(D) 713.457.3051 | (O) 713.632.8000 | (M) 305.338.3110
aades@yettercoleman.com | Bio | vCard

**From:** Geraldine W. Young <geraldine.young@nortonrosefulbright.com>
**Sent:** Friday, February 9, 2024 10:04 PM
**To:** Audrey Moore <Audrey.Moore@LanierLawFirm.com>; Bryce Callahan <bcallahan@yettercoleman.com>; Paul Yetter <pyetter@yettercoleman.com>; John Harkrider <jharkrider@axinn.com>; Daniel Bitton <dbitton@axinn.com>; ELMER, Julie (JSE) <Julie.Elmer@freshfields.com>; MAHR, Eric (EJM) <Eric.MAHR@freshfields.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Cc:** Mark Lanier <Mark.Lanier@LanierLawFirm.com>; Alex J. Brown <Alex.Brown@LanierLawFirm.com>; Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>; Jonathan Wilkerson <Jonathan.Wilkerson@LanierLawFirm.com>; Joseph M. Graham Jr. <joseph.graham@nortonrosefulbright.com>; Marc B. Collier <marc.collier@nortonrosefulbright.com>; noah.heinz@kellerpostman.com; ack@kellerlenkner.com; zina.bash@kellerpostman.com; trevor.young@oag.texas.gov
**Subject:** RE: C.A. No. 4:20-cv-00957-SDJ; The State of Texas, et al v. Google LLC

Counsel:

See attached for Plaintiff State of Texas's Second Requests for Production.

Regards,

**Geraldine W. Young** | Partner
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100, Houston, Texas  77010-3095, United States
Tel +1 713 651 5437 | Fax +1 713 651 5246
geraldine.young@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

---

**From:** Audrey Moore <Audrey.Moore@LanierLawFirm.com>
**Sent:** Friday, November 10, 2023 6:47 PM
**To:** bcallahan@yettercoleman.com; pyetter@yettercoleman.com; jharkrider@axinn.com; dbitton@axinn.com; julie.elmer@freshfields.com; Eric.mahr@freshfields.com; rob.mccallum@freshfields.com
**Cc:** Mark Lanier <Mark.Lanier@LanierLawFirm.com>; Alex J. Brown <Alex.Brown@LanierLawFirm.com>; Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>; Jonathan Wilkerson <Jonathan.Wilkerson@LanierLawFirm.com>; Joseph M. Graham Jr. <joseph.graham@nortonrosefulbright.com>; Marc B. Collier <marc.collier@nortonrosefulbright.com>; Geraldine W. Young <geraldine.young@nortonrosefulbright.com>; noah.heinz@kellerpostman.com; ack@kellerlenkner.com; zina.bash@kellerpostman.com; trevor.young@oag.texas.gov; Audrey Moore <Audrey.Moore@LanierLawFirm.com>
**Subject:** C.A. No. 4:20-cv-00957-SDJ; The State of Texas, et al v. Google LLC

**[External Email – Use Caution]**

Counsel,

Attached please find *Plaintiff The State of Texas's Request for Production* to Defendant Google LLC.

Thank you.

Audrey



**Audrey Moore**
**Paralegal**
p: 713-659-5200
10940 West Sam Houston Pkwy N, Suite 100
Houston • Texas • 77064
www.LanierLawFirm.com

---

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice.
For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.