**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal Google's Opening Brief to the Special Master for the April 4, 2024 Hearing, filed on March 26, 2024, the Court finds that the document contains confidential information such that there is good cause to file it under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). It is therefore **ORDERED** that Google's Motion should be **GRANTED**. It is further **ORDERED** that Google's Opening Brief to the Special Master for the April 4, 2024 Hearing shall remain under seal.