IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:20-CV-957-SDJ |
| GOOGLE LLC, | | |
| Defendant. | | |

**EXHIBITS A AND B TO GOOGLE'S MARCH 26, 2024 OPENING BRIEF**

Dated: March 26, 2024

Respectfully submitted,

/s/ Paul Yetter

R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4500
eric.mahr@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

-2-

## CERTIFICATE OF SERVICE

    I certify that on this 26th day of March 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

<em>R. Paul Yetter</em><br>
R. Paul Yetter