IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § § | |

## ORDER OF SPECIAL MASTER

This Order modifies the Special Master's schedule regarding discovery dispute submissions as reflected in Dkt. #227 and #231, which would provide a deadline of March 29, 2024 for the parties to file response briefs to issues to be taken up by the Special Master on April 4, 2024. In light of Good Friday, the Special Master **ORDERS** that response briefs to issues raised in advance of the April 4, 2024 hearing shall be filed by 5:00 **p.m. Central Time** on Monday, April 1, 2024.

Signed this 27th day of March, 2024.

_____
David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail: dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 27th day of March, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

_____
David T. Moran