# Exhibit A



<u>**Via Email**</u>

Zeke DeRose III
The Lanier Law Firm, PC
Zeke.DeRose@lanierlawfirm.com

Joseph M. Graham, Jr.
Geraldine Young
Marc B. Collier
Norton Rose Fulbright US LLP
joseph.graham@nortonrosefulbright.com
geraldine.young@nortonrosefulbright.com
marc.collier@northrosefulbright.com

**New York**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
T +1 212 284 4910 (Direct)
F +1 646 521 5710
E rob.mccallum@freshfields.com
www.freshfields.com

April 1, 2024

**Re:**   ***The State of Texas et al. v. Google LLC,*** No. 4:20-cv-00957-SDJ

Counsel:

I write in response to your email dated March 26, 2024 regarding Texas's Second Set of Requests for Production, and Google's productions of contracts with publishers. As Plaintiffs know, Google has already made extensive productions of template contracts between customers concerning Google's Ad Tech products, contracts with Open Bidding partners, contracts with Google's top 50 publisher customers from 2014-2020, and integration agreements.

Google made the following productions available during the pre-suit investigation:

- In response to DOJ CID 30120, Google produced template contracts on November 6, 2019 (PROD013 to the Department of Justice);

- In response to June 2020 TX CID, Google conducted a reasonable search of its contract database for Open Bidding partners and produced responsive documents on August 19, 2020 (PROD016);

- In response to September 2019 TX CID, Google identified the Top 50 publisher customers from 2014-2020, conducted a reasonable search of its contract database corresponding to each of those publisher customers, and produced the output of that search on July 14, 2020 (PROD012) and August 18, 2020 (PROD015); and

- In response to DOJ CID 30471, Google produced 341 integration agreements between Google and 48 counterparties on January 28, 2021 (PROD059 to the Department of Justice) and on July 9, 2021 (PROD024 to the Department of

April 1, 2024
Page 2

Justice).  Those counterparties are identified in Appendix 1 to this letter, which Google is designating as Confidential information.

Google has made additional productions during discovery in the MDL:

- To supplement PROD013 to DOJ (November 6, 2019) and custodial productions, and in response to MDL RFP 272, Google conducted a reasonable search of its contract database for U.S. contracts that were categorized as "Ads" and designated as a "template."  In addition, Google made reasonable inquiries of relevant employees with responsibility for GAM, Google Ads, and DV360 regarding responsive template contracts.  Google produced the output of these searches on August 18, 2023 (in MDL PROD043 and MDL PROD046);

- To supplement PROD016 to Texas (August 19, 2020) and custodial productions, and in response to MDL RFP 37, Google conducted a further search of its contract database for contracts with its Open Bidding and Exchange Bidding partners.  Google produced the output of that search on August 24, 2023 (MDL PROD047), September 1, 2023 (MDL PROD052) and September 8, 2023 (MDL PROD059); and

- To supplement PROD059 to DOJ (January 28, 2021) and PROD024 to DOJ (July 9, 2021) and custodial productions, and in response to MDL RFP 70, Google conducted a further search of its contract databases for additional integration agreements.  Google produced the output of that search on August 24, 2023 (MDL PROD047).

Against that backdrop, Plaintiffs have more than sufficient discovery by which to identify contracts and specific provisions in response to Google's Interrogatory No. 12 and to take depositions implicating publisher contracts, including 30(b)(6) testimony.  In light of the diligent and comprehensive searches already undertaken, Google does not intend to conduct further searches or identify additional publisher counterparties in response to Texas's Second Set of Requests for Production or Plaintiffs' 30(b)(6) notice.


Sincerely,

*/s/ Robert J. McCallum*

Robert J. McCallum

## <u>APPENDIX 1</u>

**Names of 48 Counterparties to the Integration Agreements**