# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, ET AL., <br><br> Plaintiff <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-957-SDJ |

### ORDER GRANTING TEXAS GENERAL LAND OFFICE'S MOTION TO QUASH DEPOSITION SUBPOENA AND MOTION FOR PROTECTIVE ORDER

This matter came before the Court pursuant to the Texas General Land Office's (GLO) Motion to Quash Deposition Subpoena, Motion for Protective Order, and Request for Submission. In its motion, GLO requested the Court to quash the deposition subpoena served on March 24, 2024, in the above captioned case.

Having considered GLO's Motion to Quash, Motion for Protective Order, Plaintiff's response, and Google's reply (if any), the Court concludes that the Motion should be granted.

Accordingly, the Court ORDERS that GLO's Motion to Quash is GRANTED. The Court further ORDERS that the deposition subpoena served on GLO on March 24, 2024, is quashed in its entirety. Additionally, the Court ORDERS that GLO's Motion for Protective Order is GRANTED and that neither GLO nor its officers can

be further subject to subpoenas, motions, or compelled to appear at any other time with regards to the above case.

IT IS SO ORDERED.

Signed and entered this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE