## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, ET AL., | |
| Plaintiff | |
| v. | Civil Action No. 4:20-cv-957-SDJ |
| GOOGLE LLC, | |
| Defendant. | |

### ORDER GRANTING TEXAS A&M UNIVERSITY'S MOTION TO QUASH DEPOSITION SUBPOENA AND MOTION FOR PROTECTIVE ORDER

This matter came before the Court pursuant to the Texas A&M University's (TAMU) Motion to Quash Deposition Subpoena, Motion for Protective Order, and Request for Submission. In its motion, TAMU requested the Court to quash the deposition subpoena served on April 4, 2024, in the above captioned case.

Having considered TAMU's Motion to Quash, Motion for Protective Order, Plaintiff's response, and Google's reply (if any), the Court concludes that the Motion should be granted.

Accordingly, the Court ORDERS that TAMU's Motion to Quash is GRANTED. The Court further ORDERS that the deposition subpoena served on TAMU on April 4, 2024, is quashed in its entirety. Additionally, the Court ORDERS that TAMU's Motion for Protective Order is GRANTED and that neither TAMU

nor its officers can be further subject to subpoenas, motions, or compelled to appear

at any other time with regards to the above case.

IT IS SO ORDERED.