UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court are three motions to quash: (1) Texas General Land Office's Motion to Quash Deposition Subpoena, Motion for Protective Order, and Request for Submission, (Dkt. #336); (2) Texas Department of Motor Vehicles' Motion to Quash Deposition Subpoena, Motion for Protective Order, and Request for Submission, (Dkt. #337); and (3) Texas A&M University's Motion to Quash Deposition Subpoena, Motion for Protective Order, and Request for Submission, (Dkt. #338). Defendant Google LLC is **ORDERED** to respond to the motions by **April 10, 2024**.

**So ORDERED and SIGNED this 8th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE