IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## ORDER

Before the Special Master is Plaintiff States' ("States'") MOTION TO COMPEL PRODUCTION OF EXPERT REPORTS AND BRIEF REGARDING DISCOVERY INTO GOOGLE'S PRIVACY SANDBOX, along with subsequent related briefing and exhibits filed by the parties.

Having considered the parties' briefing and exhibits thereto, it is ORDERED that Defendant Google LLC:

a. immediately produce all expert reports from the Virginia Action, *U.S. et al. v. Google LLC*, No. 1:23-cv-108-LMB-JFA (EDVA); and

b. immediately produce the requested documents and witness concerning Google's Privacy Sandbox and Google Chrome.

IT IS SO ORDERED.