IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:20-cv-00957-SDJ |
| § | |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |

**ORDER**

Having considered Defendant Google LLC's Opposition to Texas General Land Office, Texas Department of Motor Vehicles, and Texas A&M University's ("Texas Agencies") motions to quash and for protection, the Court finds that the Texas Agencies' motions should be **DENIED**.