IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal Exhibits 1 and 2 to Google's April 9, 2024 Opposition ("Opposition") to the Texas General Land Office, Texas Department of Motor Vehicles, and Texas A&M University's motions to quash and for protection, filed on April 9, 2024, the Court finds that Exhibits 1 and 2 contain confidential information such that there is good cause to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).  It is therefore **ORDERED** that Google's Motion should be **GRANTED**.  It is further **ORDERED** that Exhibits 1 and 2 attached to Google's Opposition shall remain under seal.