IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 4:20-cv-00957-SDJ<br>§<br>§<br>§<br>§ |

**MOTION FOR PROTECTIVE ORDER**

Google LLC moves pursuant to Federal Rule of Civil Procedure 26(c)(1) for a protective order forbidding the State of Texas, et al. from seeking Interrogatories, Requests for Production, and noticed 30(b)(6) deposition topics described in Exhibits A-C of Google LLC's Memorandum of Law in Support of its Motion for Protective Order, as well as the noticed deposition of Google's in-house counsel described therein. The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order is attached.

Dated: April 9, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ R. Paul Yetter*
　　　　　　　　　　　　　　　　　　　　R. Paul Yetter
　　　　　　　　　　　　　　　　　　　　State Bar No. 22154200
　　　　　　　　　　　　　　　　　　　　YETTER COLEMAN LLP
　　　　　　　　　　　　　　　　　　　　811 Main Street, Suite 4100
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　(713) 632-8000
　　　　　　　　　　　　　　　　　　　　pyetter@yettercoleman.com

　　　　　　　　　　　　　　　　　　　　Eric Mahr (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　FRESHFIELDS BRUCKHAUS DERINGER LLP
　　　　　　　　　　　　　　　　　　　　700 13th Street NW, 10th Floor
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 365-5319
　　　　　　　　　　　　　　　　　　　　eric.mahr@freshfields.com
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT GOOGLE LLC

**CERTIFICATE OF SERVICE**

I certify that, on April 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ R. Paul Yetter*
R. Paul Yetter

**CERTIFICATE OF CONFERENCE**

I certify that on the 9th day of April 2024, counsel has complied with the meet and confer requirement of Local Rule CV-7(h). Specifically, Google (Rob McCallum, Mollie Bracewell) conferred by telephone with Plaintiffs counsel (Geraldine Young, Zeke DeRose) on April 9, 2024. The parties are at an impasse on the issues detailed in the accompanying memorandum of law.

*/s/ R. Paul Yetter*
R. Paul Yetter
