IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | §<br>§<br>§<br>§  Civil Action No. 4:20-cv-00957-SDJ<br>§<br>§<br>§<br>§ |

**ORDER**

Having considered Defendant Google LLC's Motion for a Protective Order, filed on April 9, 2024, the Court **ORDERS** that the Motion be **GRANTED**. It is further **ORDERED** that the Interrogatories, Requests for Production, and noticed 30(b)(6) deposition topics described in Exhibits A-C of Google LLC's Memorandum of Law in Support of its Motion for Protective Order, as well as the noticed deposition of Google's in-house counsel described therein, be struck.