# EXHIBIT I



## KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

### <u>CIVIL INVESTIGATIVE DEMAND</u>

To:    Alphabet Inc.
        c/o Paul Yetter
        Yetter Coleman LLP
        811 Main Street, Suite 4100
        Houston, Texas 77002
        pyetter@yettercoleman.com

The Office of the Attorney General of Texas ("OAG") is investigating anticompetitive conduct in markets relating to online advertising, online search, and mobile operating systems in Texas and the rest of the United States. Such activity may violate Section 15.05(b) of the Texas Free Enterprise and Antitrust Act of 1983, Tex. Bus. & Comm. Code § 15.01 *et seq.* (the "Act").

The OAG has reason to believe that you may have information and/or material relevant to its investigation and is therefore issuing you this Civil Investigative Demand ("CID") for sworn oral testimony and production of documents. Pursuant to Section 15.10 of the Act, **Google's Chief Product Officer of YouTube, and Senior Vice President, Neal Mohan** is instructed to appear at the Office of the Attorney General at 300 West 15th St., Austin, Texas 78701, at **10:00 a.m. on October 1, 2020**, to give sworn, oral testimony.

### <u>NOTICE</u>

Any person who, with intent to avoid, evade, or prevent compliance, in whole or part, with a CID, removes from any place, conceals, withholds, destroys, mutilates, alters, or by any other means falsifies any documentary material, or otherwise provides inaccurate information, is guilty of a misdemeanor and on conviction is punishable by a fine of not more than $5,000, or by confinement in county jail for not more than one year, or both. Objections to this demand may be



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

made in accordance with Section 15.10 of the Act.

**ISSUED on September 16, 2020.**

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

KIM VAN WINKLE
Chief, Antitrust Division

BRET FULKERSON
Deputy Chief, Antitrust Division


*/s/ Trevor E. D. Young*
TREVOR E. D. YOUNG
State Bar No. 24084138
Assistant Attorney General
Antitrust Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
(512) 936-2334
trevor.young@oag.texas.gov



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

### <u>CERTIFICATE OF SERVICE</u>

I certify that on **September 16, 2020**, a true and correct copy of this Civil Investigative

Demand was sent via electronic mail and certified mail, return receipt requested, addressed as

follows:

c/o Paul Yetter
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
pyetter@yettercoleman.com

*/s/ Trevor E. D. Young*
Trevor E. D. Young
Assistant Attorney General