# EXHIBIT J

Civil Investigative Demand—Oral Testimony

# United States Department of Justice

Antitrust Division
Washington, DC 20530

To:  Neal Mohan                                                    Civil Investigative
     Alphabet Inc.                                                 Demand Number:  **30468**
     1600 Amphitheatre Parkway
     Mountain View, CA 94043

This civil investigative demand is issued pursuant to the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, in the course of an antitrust investigation to determine whether there is, has been, or may be a violation of Section 1 of the Sherman Act, 15 U.S.C. § 1 or Section 2 of the Sherman Act, 15 U.S.C. § 2 by conduct, activities, or proposed action of the following nature: Monopolization, attempted monopolization, monopoly maintenance, and/or contract, combination, or conspiracy, in restraint of trade or commerce by Alphabet in Digital Advertising, or related products and services.

You are required by this demand to give oral testimony commencing on the 19th day of November, 2020 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA 94102-3478.

For the purposes of this investigation, Sarah Bartels, Gary Feldon, and Ryan Karr are designated as antitrust investigators who shall conduct the examination, which may be recorded by sound, sound-and-visual, or stenographic means, and the following are designated as the custodian and deputy custodian(s) to whom the transcript of the examination shall be submitted: Aaron Hoag (custodian) and Ryan Karr and Richard Mosier (deputy custodians), U.S. Dept. of Justice, Antitrust Division, Technology and Financial Services Section, 450 Fifth Street NW, Suite 7100, Washington, DC 20530.

Inquiries concerning compliance should be directed to Ryan Karr at 202-340-3923.

Your attention is directed to 18 U.S.C. § 1505, printed in full on the reverse side of this demand, which makes obstruction of this investigation a criminal offense. The information you provide may be used by the Department of Justice in other civil, criminal, administrative, or regulatory cases or proceedings. Individuals may refuse, in accordance with the rights guaranteed to them by the Fifth Amendment to the Constitution of the United States, to produce documents and/or answer any question that may tend to incriminate them.

Issued in Washington, D.C., this 20th day of October, 2020.

*WPBarr*

*Attorney General*

Civil Investigative Demand—Oral Testimony

**18 U.S.C. § 1505. Obstruction of proceedings before departments, agencies, and committees**

Whoever, with intent to avoid, evade, prevent, or obstruct compliance, in whole or in part, with any civil investigative demand duly and properly made under the Antitrust Civil Process Act, willfully withholds, misrepresents, removes from any place, conceals, covers up, destroys, mutilates, alters, or by other means falsifies any documentary material, answers to written interrogatories, or oral testimony, which is the subject of such demand; or attempts to do so or solicits another to do so; or

Whoever corruptly, or by threats or force, or by any threatening letter or communication influences, obstructs, or impedes or endeavors to influence, obstruct, or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States, or the due and proper exercise of the power of inquiry under which any inquiry or investigation is being had by either House, or any committee of either House or any joint committee of the Congress -

Shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both.