# EXHIBIT L

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIG. | Civil Action No. 1:21-md-03010-PKC |

### CROSS NOTICE OF DEPOSITION

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Order Regarding Coordination of Discovery (ECF No. 564), the MDL Plaintiffs will take the deposition of Neal Mohan, commencing on Monday, August 7, 2023 at 9:00 a.m., at the U.S. Attorney's Office for the Eastern District of Virginia, located at 2100 Jamieson Ave., Alexandria, VA 22314, or as otherwise agreed to by the parties.  The deposition will be conducted by oral examination before a certified court reporter authorized to administer oaths and will continue from day to day until completed.  The deposition will be recorded by stenographic means and by videotape.

Dated: July 19, 2023

**BOIES SCHILLER FLEXNER LLP**

*s/ Philip Korologos*
Philip Korologos
55 Hudson Yards
New York, NY 10001
Telephone: 212-446-2390
pkorologos@bsfllp.com

Zeke DeRose III
**THE LANIER LAW FIRM**
10940 West Sam Houston Pkwy N
Suite 100
Houston, Texas 77064
Telephone: 713-659-5200
Zeke.DeRose@LanierLawFirm.com

Noah Heinz
**KELLER POSTMAN LLC**
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: 202-918-1841
noah.heinz@kellerpostman.com

Jordan Elias
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415-981-4800
jelias@girardsharp.com

Serina M. Vash
**HERMAN JONES LLP**
153 Central Avenue #131
Westfield, New Jersey 07090
Telephone: 404-504-6516
svash@hermanjones.com

*The MDL Plaintiffs' Discovery Steering Committee*

## **CERTIFICATE OF SERVICE**

I, Philip Korologos, hereby certify that on July 19, 2023, I caused the foregoing Cross Deposition Notice to be served via email on the following counsel:

Julia Tarver Wood, Senior Litigation Counsel
Aaron M. Teitelbaum, Senior Litigation Counsel
Jeffrey G. Vernon, Senior Litigation Counsel
Milosz Gudzowski, Trial Attorney
Michael E. Wolin, Trial Attorney
**United States Department of Justice**
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Julia.Tarver.Wood@usdoj.gov
Aaron.Teitelbaum@usdoj.gov
Jeffrey.Vernon@usdoj.gov
milosz.gudzowski@usdoj.gov
Michael.Wolin@usdoj.gov

*Attorneys for the United States*

Jason S. Miyares, Attorney General of Virginia
Andrew N. Ferguson, Solicitor General
Steven G. Popps, Deputy Attorney General
Tyler T. Henry, Assistant Attorney General
**Office of the Attorney General of Virginia**
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
jmiyares@oag.state.va.us
aferguson@oag.state.va.us
spopps@oag.state.va.us
thenry@oag.state.va.us

*Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia*

Eric Mahr
Julie Elmer
Andrew J. Ewalt
Jan Rybnicek
Lauren Kaplin

3

Robert J. McCallum
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
eric.mahr@freshfields.com
julie.elmer@freshfields.com
andrew.ewalt@freshfields.com
jan.rybnicek@freshfields.com
lauren.kaplin@freshfields.com
rob.mccallum@freshfields.com

Justina Sessions
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Silicon Valley
855 Main Street
Redwood City, CA
Telephone: (650) 618-9250
justina.sessions@freshfields.com

John Harkrider
**AXINN VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
jharkrider@axinn.com

Daniel S. Bitton
**AXINN, VELTROP & HARKRIDER LLP**
55 2nd Street
San Francisco, CA 94105
Telephone: (415) 490-2000
dbitton@axinn.com

David R. Pearl
Bradley Justus
Koren Wong-Ervin
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
dpearl@axinn.com
bjustus@axinn.com
kwongervin@axinn.com

4

Jonathan Jacobson
Jessica Lonergan
Mikaela Evans-Aziz
**WILSON SONSINI GOODRICH & ROSATI PC**
One Market Plaza, Spear Tower Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
jjacobson@wsgr.com
jlonergan@wsgr.com
mevansaziz@wsgr.com

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube LLC*

Dated: July 19, 2023                              **BOIES SCHILLER FLEXNER LLP**

*s/ Philip Korologos*
Philip Korologos

5