# EXHIBIT N

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00108-LMB-JFA |
| GOOGLE LLC, | ) |
| Defendant. | ) |

## SECOND AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Neal Mohan, commencing on Monday, October 30, 2023 at 9:00 a.m., at the U.S. Attorney's Office for the Eastern District of Virginia, located at 2100 Jamieson Ave, Alexandria, VA 22314, or as otherwise agreed to by the parties. The deposition will be conducted by oral examination before a certified court reporter authorized to administer oaths and will continue from day to day until completed. The deposition will be recorded by stenographic means and by videotape.

Dated: October 19, 2023

BY: */s/ Julia Tarver Wood*
JULIA TARVER WOOD
United States Department of Justice Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov
*Counsel for Plaintiff United States of America*

JASON S. MIYARES
Attorney General of Virginia

1

/s/ *Andrew N. Ferguson*
ANDREW N. FERGUSON
Solicitor General
STEVEN G. POPPS
Deputy Attorney General
TYLER T. HENRY
Assistant Attorney General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

*Attorneys for the Commonwealth of Virginia and local counsel for the States of Arizona, California, Colorado, Connecticut, Illinois, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Rhode Island, Tennessee, Washington, and West Virginia*