# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:20-cv-00957-SDJ |
| § | |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |

## ORDER

Having considered Defendant Google LLC's Motion for a Protective Order prohibiting Plaintiffs from deposing Sergey Brin, Sundar Pichai, and Neal Mohan, filed on April 9, 2024, the Court **ORDERS** that the Motion be **GRANTED**. It is further **ORDERED** that the depositions of Sergey Brin, Sundar Pichai, and Neal Mohan shall not proceed.