IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § § | |
| Defendant. | § | |

## ORDER

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal Exhibits A, B, C, D, E, F, G, H, and P to Google's Motion for a Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin, Sundar Pichai, and Neal Mohan, filed on April 9, 2024, the Court finds that Exhibits A, B, C, D, E, F, G, H, and P contain confidential information such that there is good cause to file it under seal.  *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).  It is therefore **ORDERED** that Google's Motion should be **GRANTED**.  It is further **ORDERED** that Exhibits A, B, C, D, E, F, G, H, and P attached to Google's Motion for a Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin, Sundar Pichai, and Neal Mohan shall remain under seal.