IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § § | |

## ORDER OF SPECIAL MASTER

This Order complies with the Order Appointing Special Master (Dkt. 213 at 11) and memorializes a ruling and guidance provided by the Special Master to the parties regarding submission of their discovery disputes to the Special Master.

On April 9, 2024, the parties submitted an email request to the Special Master for leave to amend page limits and a briefing schedule provided for in the Special Master's April 8, 2024 Order (Dkt. #339). Defendant Google LLC ("Google") proposes to modify the Special Master's Order by filing: (1) an opening brief (of no more than 7 pages); (2) a motion for a protective order regarding high level executives (of no more than 15 pages); and (3) a motion for a protective order regarding discovery-on-discovery issues and in house counsel depositions (of no more than 12 pages). Plaintiff States (the "States") propose to file a single opening brief (of no more than 12 pages). Both parties' requests are unopposed. The parties further jointly requested that the deadline for all responsive briefs be moved from Friday, April 12, 2024 to Monday, April 15, 2024 at 5:00 p.m. CT and that the parties have an equal number of pages to respond.

The Special Master **GRANTED** the parties' requests. The parties' requests, and the Special Master's ruling and guidance regarding the same, is attached hereto as Exhibit 1.

Signed this 10th day of April, 2024.

David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6051
E-mail: dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 10th day of April 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

_____
David T. Moran