UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

**REFERRAL ORDER**

Before the Court are three motions to quash deposition subpoenas and motions for protective orders, filed by the Texas General Land Office, (Dkt. #336), Texas Department of Motor Vehicles, (Dkt. #337), and Texas A&M University, (Dkt. #338). Google responded in opposition to the motions. (Dkt. #343).

Pursuant to the Court's Order Appointing Special Master, (Dkt. #213 at 10), the Court refers the quash motions, (Dkt. #336, #337, #338), to the Special Master for consideration and entry of a report and recommended disposition.

**So ORDERED and SIGNED this 10th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE