AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| State of Texas, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4: 20-cv-957-SDJ |
| Google, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Google, LLC.

Date: 04/10/2024

/s/ Ayla S. Syed
*Attorney's signature*

Ayla S. Syed; TX State Bar No. 24136507
*Printed name and bar number*

Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002

*Address*

asyed@yettercoleman.com
*E-mail address*

(713) 632-8000
*Telephone number*

(713) 632-8002
*FAX number*