IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § § § | |
| GOOGLE LLC | § | |

## ORDER OF SPECIAL MASTER

The Court referred three motions to quash deposition subpoenas and motions for protective orders, filed by the Texas General Land Office (Dkt. #336), Texas Department of Motor Vehicles (Dkt. #337), and Texas A&M University (Dkt. #338), to the Special Master. (Dkt. #356). Google LLC ("Google") filed a consolidated response in opposition to the motions on April 9, 2024. (Dkt. #343). The Special Master **ORDERS** the Texas General Land Office, Texas Department of Motor Vehicles, and Texas A&M University to file a consolidated reply in support of their motions no later than **5:00 p.m. Central Time** on **April 11, 2024**. Google shall not be permitted to file a sur-reply.

Signed this 10th day of April, 2024.

                                                David T. Moran
                                              **Special Master**
                                              TXBN: 14419400
                                              JACKSON WALKER LLP
                                              2323 Ross Avenue, Suite 600
                                              Dallas, Texas 75201
                                              Telephone: (214) 953-6051
                                              E-mail: dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 10th day of April, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                David T. Moran