AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| The State of Texas, et. al.<br>*Plaintiff*<br>v.<br>Google, LLC<br>*Defendant* | Case No. 4:20-CV-957-SDJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google, LLC.

Date: 04/11/2024

/s/ Justina K. Sessions
*Attorney's signature*

Justina K. Sessions, CA- 270914
*Printed name and bar number*

855 Main Street
Redwood City, California, 94063
*Address*

Justina.Sessions@freshfields.com
*E-mail address*

(650) 461-8276
*Telephone number*

(202) 507-5945
*FAX number*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 11th day of April 2024.

*/s/ Justina K. Sessions*
Justina K. Sessions