IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

# JOINT STATUS REPORT

Consistent with the Court's Order in Docket No. 241 (Feb. 25, 2024), the Parties submit this Joint Status Report regarding any issues the Parties wish to discuss at the upcoming status conference.

The Parties have conferred and there are not any specific issues to be raised with the Court during the April 18, 2024 Status Conference. The Parties will be present and ready to update the Court on any questions the Court may have or address any matters the Court wishes to discuss. Additionally, there are a number of issues that have been referred to the Special Master and are slated for conference with the Special Master on April 18, 2024, and the Parties are prepared to take up those issues with the Special Master before the Motion to Dismiss hearing in front of Your Honor.

## CERTIFICATE OF SERVICE

  I certify that, on March 14, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

                   <u>/s/ W. Mark Lanier</u>
                   W. Mark Lanier

DATED: April 11, 2024          Respectfully submitted,

<u>/s/ W. Mark Lanier</u>            <u>/s/ Ashley Keller</u>
W. Mark Lanier             Ashley Keller (*pro hac vice*)
Alex J. Brown              **KELLER POSTMAN LLC**
Zeke DeRose III             150 N. Riverside Plaza
**THE LANIER LAW FIRM, P.C.**     Suite 4100
10940 W. Sam Houston Pkwy N.      Chicago, IL 60606
Suite 100                Telephone: (312) 741-5220
Houston, TX 77064           Facsimile: (312) 971-3502
Telephone: (713) 659-5200        Email: ack@kellerpostman.com
Facsimile: (713) 659-2204
Email: mark.lanier@lanierlawfirm.com    Zina Bash (Bar No. 24067505)
Email: alex.brown@lanierlawfirm.com    111 Congress Avenue
Email: zeke.derose@lanierlawfirm.com    Suite 500
                   Austin, TX 78701
                   Email: zina.bash@kellerpostman.com

                   Noah S. Heinz (*pro hac vice*)
                   1101 Connecticut Ave., N.W.
                   11th Floor
                   Washington, DC 20036
                   Email: noah.heinz@kellerpostman.com

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm Only), Mississippi, North Dakota, South Carolina, and South Dakota.*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General


*/s/ Trevor E. D. Young*
Brent Webster, First Assistant Attorney
General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General
for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor E. D. Young, Deputy Chief,
Antitrust Division
Trevor.Young@oag.texas.gov


**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*