UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### REFERRAL ORDER

Before the Court are two motions filed by Google LLC: Motion for Protective Order, (Dkt. #347), and accompanying Memorandum in Support of Google LLC's Motion for a Protective Order, (Dkt. #348); and Motion for Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin, Sundar Pichai, and Neal Mohan, (Dkt. #349).

Pursuant to the Court's Order Appointing Special Master, (Dkt. #213 at 10), the Court refers these motions, (Dkt. #347, #349), to the Special Master for consideration and entry of a report and recommended disposition.

**So ORDERED and SIGNED this 12th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE