UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

The Court notes that Special Master David Moran has issued a Report and Recommendation regarding the three pending motions to quash deposition subpoenas and protective orders. (Dkt. #368). It is therefore **ORDERED** that the parties must submit any objections to the Report and Recommendation no later than **April 18, 2024.**

**So ORDERED and SIGNED this 15th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE