IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                 Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion to File Under Seal, filed on April 15, 2024. The States request leave to file under seal: PLAINTIFF STATES' RESPONSE TO GOOGLE'S MOTION FOR A PROTECTIVE ORDER REGARDING DISCOVERY-ON-DISCOVERY ISSUES AND IN-HOUSE COUNSEL DEPOSITION, and the accompanying appendices and exhibits. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on April 15, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF STATES' RESPONSE TO GOOGLE'S MOTION FOR A PROTECTIVE ORDER REGARDING DISCOVERY-ON-DISCOVERY ISSUES AND IN-HOUSE COUNSEL DEPOSITION, and the accompanying appendices and exhibits, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.