IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § § Plaintiffs, § § v. § GOOGLE LLC, § § Defendant. § § § | Civil Action No. 4:20-cv-00957-SDJ |

# [PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Before the Court is Google's Opposed Motion for Leave to File Supplemental Briefing, filed on April 15, 2024. After considering the Motion, the Court finds that the Motion should be **GRANTED** and Defendant Google's Supplemental Briefing in Support of its Rule 12(b)(1) Motion is hereby docketed**.**

IT IS SO **ORDERED**.