UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court are two Unopposed Motions to File Under Seal: Plaintiff States' Response to Google's Motion for a Protective Order Regarding Discovery-On-Discovery Issues and In-House Counsel Depositions, (Dkt. #371); and Plaintiffs' Response to [Google's] Motion for a Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin, Sundar Pichai, and Neal Mohan, (Dkt. #372). The Court has reviewed the documents and finds that they contain confidential information such that there is good cause to file under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Google LLC's Unopposed Motions for Leave to File Under Seal, (Dkt. #371, #372), are **GRANTED.**

It is further **ORDERED** that all documents and exhibits referenced in the granted motions to seal shall remain under seal.

So ORDERED and SIGNED this 15th day of April, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE