UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Defendant Google's Opposed Motion for Leave to File Supplemental Briefing. (Dkt. #373). Plaintiff States are **ORDERED** to respond to the motion by **April 19, 2024**.

**So ORDERED and SIGNED this 16th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE