# EXHIBIT E

Message

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | 6/17/2008 3:26:28 AM |
| To: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Sundar Pichai [▓▓▓▓▓▓▓▓▓▓] |
| Subject: | FW: Board Slides |

Let's cover board and earnings readyiness at next staff too.

**From:** Sundar Pichai [▓▓▓▓▓▓▓▓▓▓▓▓▓▓]
**Sent:** Sunday, June 15, 2008 9:34 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓
**Subject:** Board Slides

Jonathan,

The board slides team comprising Biz Ops with ▓▓▓▓ and ▓▓ and Product with ▓▓▓, ▓▓ and ▓▓▓ has been reconstituted to work on the product/eng section of the board slides. The proposed outline is below which covers the main "staples" as well as key current initiatives (that rotate quarterly). We will reach out to your staff to confirm this agenda. Let us know if you have any questions/ suggestions. We are also closely in touch with ▓▓▓▓▓ and team on all of this

As before you can reach all of us at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Sundar

**Product/Eng BOD Outline**
Staples:
- Core Search (Quality, Share, Competitive analysis etc)
- Core Ads (Quality, Metrics, Competitive analysis etc)
- International (EMEA and APLA)

Special Topics
- DoubleClick - Update and product integration plans and time-lines
- Enterprise Apps
- You Tube (focus on Monetization)
- Social - Open Social, Friends, Updates and iGoogle Social
- Developer products (AppEngine and Google IO)
- Mobile
- Checkout
- Focus Area Reviews/Regional Reviews

Topics we considered but deferred to next quarter
- Geo
- Infrastructure
- Client/Chrome

**Timeline**

- 6/15: Send proposed topics and timeline to ███
- 6/23: Draft sent to ███
- 6/26: Revised near final draft for ███, legal/competition review
- 6/30: Final slides due to Legal

--
_____

Sundar Pichai
GoogleInc.

Voice: ███████████
Email: ███████████████

HIGHLY CONFIDENTIAL
GOOG-DOJ-19087612