# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC, <br> TERMINAL REALITY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORP., <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 2:18-CV-00144-JRG |

## THIRD AMENDED DOCKET CONTROL ORDER

In accordance with the scheduling conference held in this case, it is hereby ORDERED that the following schedule of deadlines regarding discovery and pre-trial matters is in effect until further order of this Court:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| February 3, 2020 | | *Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| December 30, 2019 | | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| December 23, 2019 | | *Notify Court of Agreements Reached During Meet and Confer <br><br> The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| December 23, 2019 | | *File Joint Pretrial Order, Proposed Jury Instructions, Proposed Verdict Form, and Responses to Motions *in Limine* |
| December 16, 2019 | | *File Notice of Request for Daily Transcript or Real Time Reporting |

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| | | If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| December 9, 2019 | | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| December 9, 2019 | | Serve Objections to Rebuttal Pretrial Disclosures |
| December 2, 2019 | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| November 18, 2019 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| November 12, 2019 | | *Response to Dispositive Motions (including Daubert Motions). Responses to dispositive motions filed prior to the dispositive motion deadline, including Daubert Motions, shall be due in accordance with Local Rule CV-7(e). Motions for Summary Judgment shall comply with Local Rule CV-56. |
| October 28, 2019 | | *File Motions to Strike Expert Testimony (including Daubert Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion may be filed after this date without leave of the Court. |
| October 28, 2019 | | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances |

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| | | require more than agreement among the parties. |
| October 21, 2019 | | Deadline to Complete Expert Discovery |
| October 7, 2019 | | Serve Disclosures for Rebuttal Expert Witnesses |
| September 16, 2019 | | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| September 16, 2019 | | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| September 13, 2019 | | Deadline to Complete Mediation |
| August 16, 2019 | | *Claim Construction Hearing – 1:00 p.m. in **Dallas, Texas** before Judge Rodney Gilstrap and Judge Barbara N.G. Lynn |
| July 25, 2019 | July 30, 2019 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| July 18, 2019 | July 25, 2019 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| July 5, 2019 | | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial competition deadline. |
| July 3, 2019 | July 18, 2019 | *Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| June 27, 2019 | | *Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) |
| June 21, 2019 | | *Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| June 7, 2019 | | *Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| May 31, 2019 | | *Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| May 21, 2019 | | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| May 21, 2019 | | *Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |

3

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| March 8, 2019 | | Comply with Discovery Order Paragraph 3(a)(ii) |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

## ADDITIONAL REQUIREMENTS

**Notice of Mediator**: The parties are to jointly file a notice that identifies the agreed upon mediator or indicates that no agreement was reached. If the parties do not reach an agreement, the Court will appoint a mediator. The parties should not file a list of mediators to be considered by the Court.

**Summary Judgment Motions, Motions to Strike Expert Testimony, and *Daubert* Motions**: For each motion, the moving party shall provide the Court with two (2) copies of the completed briefing (opening motion, response, reply, and if applicable, surreply), excluding exhibits, in D-three-ring binders, appropriately tabbed. All documents shall be single-sided and must include the CM/ECF header. For expert-related motions, complete digital copies of the relevant expert report(s) and accompanying exhibits shall submitted on a single flash drive. These copies shall be delivered as soon as briefing has completed.

**Indefiniteness**: In lieu of early motions for summary judgment, the parties are directed to include any arguments related to the issue of indefiniteness in their *Markman* briefing, subject to the local rules' normal page limits.

**Motions for Continuance**: The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

(a)  The fact that there are motions for summary judgment or motions to dismiss pending;

(b)  The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

(c)  The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**Amendments to the Docket Control Order ("DCO")**: Any motion to alter any date on the DCO shall take the form of a motion to amend the DCO. The motion to amend the DCO shall include a proposed order that lists all of the remaining dates in one column (as above) and the proposed changes to each date in an additional adjacent column (if there is no change for a date the proposed date column should remain blank or indicate that it is unchanged). In other words, the DCO in the proposed order should be complete

4

such that one can clearly see all the remaining deadlines and the changes, if any, to those deadlines, rather than needing to also refer to an earlier version of the DCO.

**Proposed DCO**: The Parties' Proposed DCO should also follow the format described above under "Amendments to the Docket Control Order ('DCO')."

**So ORDERED and SIGNED this 27th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE