IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE STATE OF TEXAS, et al.,

        Plaintiffs,

v.

GOOGLE LLC,

        Defendant.

Civil Action No. 4:20-cv-00957-SDJ

**PLAINTIFF STATES' RESPONSE TO GOOGLE'S OPPOSED MOTION FOR LEAVE
TO FILE SUPPLEMENTAL BRIEFING**

Google has already sought leave for additional pages to mount its never-before-accepted jurisdictional argument. Twice. *See* Dkt. 219; Dkt. 267. Enough is enough. Though Google claims that Plaintiff States' decision not to seek certain *statutory* remedies "bring[s] into focus" a putative *constitutional* defect, Dkt. 373 at 1, Google's lens has already trained on this point. All the Motion brings into focus is Google's persistent unwillingness to cede the last word. Google's motion should be denied.

DATED: April 17, 2024                                  Respectfully submitted,

/s/ W. Mark Lanier                                     /s/ Ashley Keller
W. Mark Lanier                                         Ashley Keller (*pro hac vice*)
Alex J. Brown                                          **KELLER POSTMAN LLC**
Zeke DeRose III                                        150 N. Riverside Plaza
**THE LANIER LAW FIRM, P.C.**                          Suite 4100
10940 W. Sam Houston Pkwy N.                           Chicago, IL 60606
Suite 100                                              Telephone: (312) 741-5220
Houston, TX 77064                                      Facsimile: (312) 971-3502
Telephone: (713) 659-5200                              Email: ack@kellerpostman.com
Facsimile: (713) 659-2204
Email: mark.lanier@lanierlawfirm.com                   /s/ Noah Heinz
Email: alex.brown@lanierlawfirm.com                    Noah S. Heinz (*pro hac vice*)
Email: zeke.derose@lanierlawfirm.com                   1101 Connecticut Ave., N.W.
                                                       11th Floor
                                                       Washington, DC 20036
                                                       Email: noah.heinz@kellerpostman.com

                                                       Zina Bash (Bar No. 24067505)
                                                       111 Congress Avenue
                                                       Suite 500
                                                       Austin, TX 78701
                                                       Email: zina.bash@kellerpostman.com

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm Only), Mississippi, North Dakota, South Carolina, and South Dakota.*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

2

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General of Texas

*/s/ Trevor E.D. Young*
Brent Webster, First Assistant Attorney
General of Texas
Brent.Webster@oag.texas.gov
James Lloyd, Deputy Attorney General for
Civil Litigation
James.Lloyd@oag.texas.gov
Trevor E. D. Young, Deputy Chief,
Antitrust Division
Trevor.Young@oag.texas.gov

**OFFICE OF THE ATTORNEY GENERAL OF
TEXAS**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 17, 2024, this document was filed electronically in compliance with

Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per

Local Rule CV-5(a)(3)(A).

<div align="center" style="margin-left:50%">

*/s/ Noah Heinz*
Noah Heinz

</div>