IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

### [PROPOSED] ORDER DENYING GOOGLE'S OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

This Court, having considered Google's Opposed Motion for Leave to File Supplemental Briefing, filed April 15, 2024, hereby finds that the Motion should be **DENIED**. Defendant Google's Supplemental Briefing in Support of its Rule 12(b)(1) Motion is hereby **STRICKEN**.

IT IS SO **ORDERED**.