# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**THE STATE OF TEXAS, ET AL**

v.                                                                        Case No. 4:20cv957

**GOOGLE, LLC.**

PLAINTIFF:  Zeke DeRose, Trevor Young, Roger Alford, Jonathan Wilkerson, Geraldine Young, James Lloyd, Ashley Keller, John McBride

DEFENDANT: Paul Yetter, Mollie Bracewell, Robert McCallum, Lauren Vaca

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 4/18/2024.

**Status Conference**

| Time | Event |
|---|---|
| 10:02 am | The Court called the case, noting the appearance of counsel and parties. |
| 10:05 am | Mr. DeRose gives updates to the Court. |
| 10:21 am | Mr. Yetter gives updates to the Court. |
| 10:29 am | Mr. DeRose responds regarding deposition scheduled for April 19, 2024. |
| 10:39 am | Mr. Yetter replies. |
| 10:42 am | Mr. DeRose responds. |
| 10:47 am | Mr. Yetter replies. |
| 10:50 am | Court recessed. |