IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

## APPEARANCE OF COUNSEL

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case for:

Plaintiffs, State of Texas, Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, and State of Utah.

DATED: April 18, 2024

                                            */s/ Lauren Schultz*
                                            Lauren Schultz, Texas Bar No. 24071496
                                            **KELLER POSTMAN LLC**
                                            150 N. Riverside Plaza
                                            Suite 4100
                                            Chicago, IL 60606
                                            Telephone: (312) 896-4516
                                            Facsimile: (312) 971-3502
                                            Email: lauren.schultz@kellerpostman.com