UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. § | |
| § | |
| v. § | CIVIL NO. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE SPECIAL MASTER

Before the Court is Special Master David Moran's Report and Recommendation, (Dkt. #368), concerning three motions to quash deposition subpoenas and motions for protective orders, filed by Texas General Land Office, (Dkt. #336), Texas Department of Motor Vehicles, (Dkt. #337), and Texas A&M University, (Dkt. #338). The Court referred these motions to the Special Master on April 10, 2024. (Dkt. #356). The parties were ordered to file any objections to the Report and Recommendation by April 18, 2024. (Dkt. #369).[1]

After full consideration, the Report and Recommendation of the Special Master, (Dkt. #368), is **ADOPTED**.

It is **ORDERED** that the motions to quash deposition subpoenas and motions for protective orders, filed by Texas General Land Office, (Dkt. #336), Texas Department of Motor Vehicles, (Dkt. #337), and Texas A&M University, (Dkt. #338), are **DENIED**.

---

[1] Counsel for Plaintiff States confirmed in open court on April 18, 2024, that there will be no objections.

1

**So ORDERED and SIGNED this 18th day of April, 2024.**

                                                        SEAN D. JORDAN
                                                       UNITED STATES DISTRICT JUDGE