IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ<br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## **ORDER**

Before the Court is the Parties' Joint Stipulation, dated April 18, 2024.

The Court, having considered the Parties' Joint Stipulation, hereby ORDERS that:

Google shall not seek or move to disqualify in this case any Office of Attorney General ("OAG") attorneys for any Plaintiff State on the basis that the OAG attorneys may be or have been designated as a Rule 30(b)(6) witness for their respective Plaintiff State.

IT IS SO ORDERED.

DATED: _____

_____
Sean D. Jordan
United States District Judge