# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**THE STATE OF TEXAS, ET AL**

v.                                                                                    Case No. **4:20cv957**

**GOOGLE, LLC.**

PLAINTIFF:  Zeke DeRose, Trevor Young, Roger Alford, Daniel Backman,
            Geraldine Young, James Lloyd, Ashley Keller, John McBride

DEFENDANT: Eric Mahr, Sara Salem, Paul Yetter, Mollie Bracewell, Robert McCallum,
           Lauren Vaca

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 4/18/2024.

**Motion Hearing (de#200, 224)**

| | |
|---|---|
| 1:37 pm | The Court called the case, noting the appearance of counsel and parties. |
| 1:38 pm | The Court will allow 20 minutes per side for argument on the first motion. |
| 1:38 pm | Mr. Mahr presents argument on the motion (de#200). |
| 2:26 pm | Mr. Keller presents argument on the motion (de#200). |
| 2:46 pm | Mr. Mahr responds. |
| 2:53 pm | Mr. Keller replies. |
| 2:55 pm | Court recessed for 10 minutes. |
| 3:16 pm | Court resumes. |

| | |
|---|---|
| 3:17 pm | Ms. Sessions presents argument on the motion (de#224). |
| 3:54 pm | Mr. Keller presents argument on the motion (de#224). |
| 4:15 pm | Ms. Session responds. |
| 4:23 pm | Mr. Keller replies. |
| 4:28 pm | Ms. Session addresses the Court's questions. |
| 4:32 pm | Court adjourned. |