AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| State of Texas, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4: 20-cv-957-SDJ |
| Google, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Google, LLC                                                                                          .

Date:        04/18/2024                                            /s/ Alexander R. Ades
                                                                        *Attorney's signature*

                                                      Alexander R. Ades; TX State Bar No. 24127225
                                                                   *Printed name and bar number*

                                                                       Yetter Coleman LLP
                                                                   811 Main Street, Suite 4100
                                                                       Houston, Texas 77002

                                                                              *Address*

                                                              aades@yettercoleman.com
                                                                         *E-mail address*

                                                                       (713) 632-8000
                                                                       *Telephone number*

                                                                       (713) 632-8002
                                                                          *FAX number*