# Appendix A

## Google AdTech: Chat Production Analysis (As of: April 10, 2024)
### Document Types Overall by Deponent

**Number of Chats Produced**
320

**Number of Emails Produced**
60099

**Number of Other Documents Produced**
18047

Filter by Deponent(s)



- 60K (76.59%)
- 18K (23%)
- 0K (0.41%)