# Appendix B


