# Appendix C


