# Appendix E



Google AdTech: Production Analysis All Docs (As of: April 10, 2024)
Number of Documents by Year

| Year | Number of Documents |
|---|---:|
| 1999 and Before | 575 |
| 2000 | 430 |
| 2001 | 634 |
| 2002 | 415 |
| 2003 | 758 |
| 2004 | 947 |
| 2005 | 5,052 |
| 2006 | 9,387 |
| 2007 | 18,404 |
| 2008 | 25,990 |
| 2009 | 77,826 |
| 2010 | 121,251 |
| 2011 | 121,207 |
| 2012 | 119,020 |
| 2013 | 225,469 |
| 2014 | 262,795 |
| 2015 | 294,907 |
| 2016 | 341,448 |
| 2017 | 416,831 |
| 2018 | 459,130 |
| 2019 | 521,417 |
| 2020 | 446,884 |
| 2021 | 399,632 |
| 2022 | 300,775 |
| 2023 | 97,955 |
| 2024 | 3,857 |
| Total | 5,229,353 |