# Appendix F

| Privilege Log Number | Privilege Description |
| --- | --- |
| GGPL-AT-0006449 | Email containing legal advice of ████████ ESQ regarding legal aspects of product development. |
| GGPL-AT-000611450 | Email seeking and containing legal advice of ██████ ESQ regarding legal aspects of product development. |
| GGPL-AT-000658736 | Email seeking and containing legal advice of ██████ ESQ regarding legal aspects of product development. |
| GGPL-AT-000706632 | Email seeking and containing legal advice of ██████ ESQ regarding legal aspects of product development. |
| GGPL-AT-000741924 | Email seeking and containing legal advice of ██████ ESQ regarding legal aspects of product development. |
| GGPL-AT-000731702 | Email seeking and containing legal advice of ██████ ESQ regarding compliance with competition laws. |
| GGPL-AT-000716614 | Email revealing legal advice of ██████ ESQ regarding compliance with competition laws. |
| GGPL-AT-000634949 | Email seeking, containing and revealing legal advice of ██████ ESQ, ██████ ESQ and ██████ ESQ regarding compliance with competition laws. |
| GGPL-AT-000602668 | Presentation containing legal advice and work product of ██████ ESQ regarding compliance with competition laws prepared in response to active regulatory investigation and in anticipation of litigation. |
| GGPL-AT-000601219 | Presentation containing legal advice of ██████ ESQ and ██████ ESQ regarding compliance with competition laws. |