# Exhibit 4

HIGHLY CONFIDENTIAL

Page 1

```
 1
 2             UNITED STATES DISTRICT COURT
 3              EASTERN DISTRICT OF TEXAS
 4                  SHERMAN DIVISION
 5                      - - -
 6   THE STATE OF TEXAS, et al.,
 7              Plaintiffs,
 8   v.                        Civil Action No.
 9   GOOGLE LLC,               4:20-cv-00957-SDJ
10              Defendant.
11                      - - -
12                 April 5, 2024
13          - HIGHLY CONFIDENTIAL -
14         Videotaped deposition of
15   ▓▓▓▓▓▓▓▓▓, held at Freshfields,
16   Bruckhaus, Deringer, 170 Greenwich Street,
17   New York, New York, commencing at 8:00
18   a.m. EDT, on the above date, before Marie
19   Foley, a Registered Merit Reporter,
20   Certified Realtime Reporter and Notary
21   Public.
22                      - - -
23
24
25      Job No. MDLG6626470
```

Page 2

APPEARANCES:

NORTON ROSE FULBRIGHT US LLP
BY: M. MILES ROBINSON, ESQUIRE
   GERALDINE YOUNG, ESQUIRE
   DANIELLA TORREALBA, ESQUIRE
   Fulbright Tower
   1301 McKinney, Suite 5100
   Houston, Texas 77010-3095
   713.651.5151
   m.miles.robinson@nortonrosefulbright.com

THE LANIER LAW FIRM
BY: ZEKE DeROSE, III, ESQUIRE (via Zoom)
   10940 W. Sam Houston Parkway N
   Suite 100
   Houston, Texas 77064
   713.659.5200
   zeke.derose@lanierlawfirm.com
   Representing the Plaintiff States of
   Texas, Idaho, South Dakota and
   North Dakota

Page 3

APPEARANCES: (Cont.)

FRESHFIELDS BRUCKHAUS DERINGER LLP
BY: SARA SALEM, ESQUIRE
   TINA LaRITZ, ESQUIRE
   JUSTINA SESSIONS, ESQUIRE
   LAUREN VACA, ESQUIRE (via Zoom)
   700 13th Street, NW
   10th Floor
   Washington, DC 20005-3960
   202.777.4400
   sara.salem@freshfields.com
   Representing the Defendant

ALSO PRESENT:
   Steve Sparling, Google in-house counsel

ALSO PRESENT VIA ZOOM:
   Trevor Young, Texas Attorney
       General's Office
   Melonie DeRose, Lanier Law Firm
   Jonathan D. Jaffe, Mayer Brown
   Cuong Pham

Page 4

EXHIBIT TECHNICIAN:
   Ray Moore (via Zoom)

VIDEOGRAPHER:
   Danny Ortega

Page 5

- - -

TRANSCRIPT INDEX
PAGE
APPEARANCES........................ 2 - 4
INDEX OF EXHIBITS................. 6 - 9
EXAMINATION OF ▮▮▮▮▮▮▮▮▮:
BY: MR. ROBINSON................. 13
AFTERNOON SESSION.................. 216
SIGNATURE PAGE..................... 376
ERRATA............................. 377
REPORTER'S CERTIFICATE............ 378

EXHIBITS WITH ORIGINAL TRANSCRIPT

- - -

Page 242

1
2  the following question: What has been the
3  impact of the Invite Media acquisition by
4  Google a year ago? Any surprises?
5      A selection of responses from
6  industry execs is below.
7      Did I read that right?
8   A.  Yes, I believe you read that as
9  it's written.
10  Q.  So, going to the third page,
11 it's marked at the bottom right-hand
12 corner 3 out of 10, do you see the name
13 Bill Wise in bold?
14  A.  Yes.
15  Q.  Where it says Bill Wise, CEO,
16 MediaBank, his quote: They've become more
17 evil. End quote.
18     Did I read that right?
19  A.  That appears to be the quote
20 that's written.
21  Q.  And that appears to be his
22 answer to AdExchanger's question of: What
23 has been the impact of invite -- of the
24 Invite Media acquisition by Google a year
25 ago? Any surprises?

Page 243

1
2      Right, that's the -- that's the
3  question?
4   A.  Yes, the question asked was:
5  What has been the impact of the Invite
6  Media acquisition by Google a year ago?
7  Quote.
8   Q.  And Mr. Wise's answer to that
9  question was, quote, They've become more
10 evil.
11     Right?
12  A.  That's what's written on the
13 page, yes.
14  Q.  So we've taken a look at, I
15 believe, one previous instance of you
16 using the internal Google Chats, right?
17  A.  I believe that we had one
18 document that was internal chats, yes.
19  Q.  So I take it from that that you
20 generally use chats?
21     MS. SALEM: Object to the form.
22  A.  I use Chat to communicate with
23 colleagues.
24  Q.  And have you ever used a chat
25 platform called Hangout?

Page 244

1
2   A.  Hangout is the previous name of
3  Google's internal chat platform, I
4  believe.
5   Q.  So before it was Google Chats,
6  it was Hangout?
7   A.  That's my understanding, yes.
8   Q.  Do you generally recall when
9  Hangout turned into Google Chats?
10  A.  I don't know the timeline of
11 when that transition happened.
12  Q.  When you first started at
13 Google, were you using Hangout or Google
14 Chats?
15  A.  I used the messaging service
16 that's embedded inside of a corporate
17 email. I believe it was possibly called
18 G-chat and then subsequently called
19 Hangouts and is currently called Chat. I
20 don't know the details of the product
21 taxonomy and migrations of the product,
22 but I access is generally through my
23 corporate email as an adjacent product.
24  Q.  So do you generally communicate,
25 one mode of communication with your team

Page 245

1
2  that you supervise, do you use Chats?
3   A.  I communicate with my team
4  through Chats, yes.
5   Q.  What about -- what about other
6  teams at Google, do you communicate with
7  them through Chats as well?
8   A.  Yes, I communicate with
9  colleagues through Chat.
10  Q.  And what about your supervisors
11 or people above you, do you communicate
12 with -- using Chats with them?
13  A.  I do. I communicate with Chat
14 with my colleagues.
15  Q.  And do you ever use Chats to
16 communicate with customers or clients?
17  A.  I don't use Chat to communicate
18 externally, to my knowledge, no. No
19 recollection of ever doing so.
20  Q.  Have you ever heard anyone at
21 Google use the term, a non-attorney, ever
22 heard someone at Google using the term
23 "communicate with care"?
24  A.  Not expressly in a standalone
25 type format.

Page 246

1
2    Q.  So you never expressly heard
3  someone say "communicate with care" to
4  you?
5    A.  Not those words in quotation
6  marks.
7    Q.  So would you be surprised if --
8  if you had heard those words then?
9    A.  I would not be surprised if I've
10 had a part of trainings or onboardings
11 where people used the phrase "communicate
12 with care" to remind people to be
13 thoughtful about how they approach
14 conversations in any number of settings.
15   Q.  So, can you expand on -- on
16 that?  You said thoughtful about --
17 thoughtful about how they approach
18 conversations.
19       Any more detail you can provide
20 about what "communicate with care" means?
21       MS. SALEM:  Object to the form.
22   A.  Again, I'm not referring to, I
23 would say, a trademark claim of the phrase
24 "communicate with care" to be specific.
25       You know, I think we generally

Page 247

1
2  have concepts of being Googlely, which
3  means communicating thoughtfully and
4  politely with individuals.
5       We also have confidential
6  information.  Obviously that is
7  need-to-know on certain basis for
8  different teams, and so we would be
9  thoughtful about how we communicate and
10 careful about how we communicate certain
11 pieces of information to certain
12 individuals.
13   Q.  Thoughtful about how you
14 communicate meaning make sure you don't
15 put it in -- in a written record, right?
16       MS. SALEM:  Object to the form.
17   A.  In the case of need-to-know
18 information, it would be thoughtful about
19 not communicating it to people who don't
20 need to know.
21   Q.  How often do you use Chat?
22   A.  I use Chat on a daily basis.
23   Q.  On a given day, what's an
24 average number of chats you think you
25 send?

Page 248

1
2       MS. SALEM:  Object to the form.
3    A.  I don't know.  It would be
4  highly variable.  It's based on my
5  calendar for the day.
6    Q.  So if it's a -- a busy -- a busy
7  chat day, what's a ballpark estimate on
8  how many chats you would send?
9    A.  Can you give a more specific
10 definition of how you consider a chat?
11   Q.  Yeah, the communications going
12 through that Google Chat platform.
13   A.  I understand it's a
14 conversational platform which means that
15 chats could be each individual message or
16 it could be individual conversations.
17       So if you could help me clarify,
18 sort of, what estimate you're looking for,
19 that would be helpful.
20   Q.  I mean, it seems like from what
21 you're saying that whether it's a slow day
22 or busy day, that you're regularly using
23 Chats in the course of your normal
24 business, right?
25       MS. SALEM:  Object to the form.

Page 249

1
2    A.  My use of Chat is commiserate
3  with my calendar and certain topics that
4  I'm working on.  There are some days that
5  I would use Chat more than other days.
6    Q.  But it's -- it's pretty typical
7  for you to be conduct your business in
8  your roles and responsibilities partly
9  through chat though, right?
10       MS. SALEM:  Object to the form.
11   A.  I use Chat as part of my role.
12 I don't consider Chat to be the way in
13 which I conduct business.
14   Q.  But it's -- it's one of the ways
15 you -- in which you communicate your
16 business, right?
17   A.  I communicate with colleagues
18 through Chat.  It's not a way in which I
19 operate the business as a standalone
20 communication general platform.
21   Q.  But you did tell me that you
22 think you use Chat daily, right?
23   A.  I communicate with colleagues
24 through Chat on a daily basis.
25   Q.  Does your chat platform, so

Page 250

 1
 2  Google Chats, does it have -- does it have
 3  an option where you can turn the chat
 4  history off?
 5      A.   My chat does not have the option
 6  to turn off a chat history.
 7      Q.   Is that because you're on a
 8  litigation hold?
 9      A.   I believe so.
10      Q.   Before the -- when did Google
11  first tell you that you -- your chats were
12  being put on a litigation hold?
13      A.   I don't recall the first time.
14      Q.   Years -- years ago?  Months ago?
15      A.   I think years ago, yes.
16      Q.   Before that litigation hold, do
17  you know if your chat history was turned
18  off?
19      A.   I don't recall.
20      Q.   You said that you used Chats to
21  communicate with -- with your team, your
22  supervisors, and other teams at Google,
23  right?
24      A.   Can you read back the specific
25  testimony?

Page 251

 1
 2      Q.   I'll just re-ask, allow you
 3  to -- I'll just re-ask the question, and
 4  just to the best of your ability answer my
 5  question.
 6           Do -- do you use Google Chat to
 7  communicate within your team?
 8      A.   I use Google Chat to communicate
 9  within my team.
10      Q.   And what about with other teams
11  at Google, do you use Google Chat?
12      A.   I use Google Chat to communicate
13  with colleagues at Google.
14      Q.   And do you use Google Chat to
15  communicate with your supervisors and more
16  senior Google employees, right?
17      A.   I use Google Chat to communicate
18  with my supervisors and some more senior
19  employees at Google.
20      Q.   So in the ordinary course of
21  your business of directing product --
22  global product sales and strategy, you
23  send chats, right?
24           MS. SALEM:  Object to the form.
25      A.   I use Chats to communicate about

Page 252

 1
 2  the ordinary course of my business, but I
 3  don't use Chat as an exclusive
 4  conversation -- or as exclusive
 5  communication form for the business.
 6      Q.   Before you got told to
 7  litigation hold, do you recall if your
 8  chat's history was turned off?
 9      A.   I do not recall.
10      Q.   If you send -- and -- and you'll
11  be more familiar with this than I am.
12           So, chat history, I understand
13  that -- that chats can be retained or kept
14  by Google or not kept by Google, storage
15  so to speak, and that chat history has to
16  do about that retention of chats, right?
17           MS. SALEM:  Object to the form.
18      A.   I'm sorry, I don't quite
19  understand the question.
20      Q.   Yeah.
21           So, what is -- what is -- what
22  does a chat history mean, if that's turned
23  on or off?
24      A.   I'm not familiar with the
25  intricacies of the product and how it

Page 253

 1
 2  works.
 3           As a user, my understanding is
 4  that the -- the chat history has a record
 5  of the conversation.
 6      Q.   And so if the chat history is
 7  on, there's a record of the conversation,
 8  right?
 9      A.   Again I'm not a product expert
10  on Chat.  So I don't know the intricacies
11  what happens with regard to the toggle of
12  that specific setting.
13      Q.   And -- and I -- I don't need to
14  know about the intricacies of it, more
15  just your experience as a user, user of
16  it.
17           Is that fair?
18      A.   So, my experience of the chat
19  history is that if there isn't a chat
20  history, the chat isn't there to scroll
21  back up through.  I don't recall how that
22  actually manifests.  It's not something --
23  a setting that I pay particular attention
24  to or have specific memories around.
25      Q.   So I want to make sure we're on

Page 254

2  the same page about this.
3      So, if the chat history is off,
4  there won't be any permanent storage of
5  that chat, right?
6      A.  I'm not a --
7          MS. SALEM:  Object to the form.
8      A.  I'm not a product manager.  I
9  don't know how the settings of that
10 setting manifest itself from a product and
11 engineering perspective.
12     Q.  But just as a user, a user of.
13 You said you use it daily.
14         So in the course of daily using
15 it, do you have any -- any idea about --
16 about what happens to chat -- chat
17 histories -- chats where the history is
18 turned off?
19     A.  My understanding is that if a
20 history for a chat is turned off, for
21 example I would not be able to access it
22 again.  I don't have recollection of
23 trying to access a chat history, so I
24 don't know the details exactly of how that
25 operates.

Page 255

2      Q.  Before the litigation hold, do
3  you recall purposely turning the history,
4  the chat history option on or off?
5      A.  I don't have recollection of
6  specific settings of the chat history.
7      Q.  Did anyone at Google ever
8  instruct you to turn a chat history off?
9      A.  Not to my recollection.
10     Q.  But you wouldn't be surprised if
11 it had happened?
12         MS. SALEM:  Object to the form.
13     A.  I don't have recollection of
14 anybody ever asking me to turn off my chat
15 history.
16     Q.  Did anyone at Google ever
17 instruct you as a policy not to record a
18 chat discussing sensitive information?
19     A.  No.
20     Q.  Did you ever instruct anyone at
21 Google to not record a chat discussing
22 sensitive information?
23     A.  No.
24     Q.  For other Google employees
25 that -- that aren't on a litigation hold

Page 256

2  requiring the chat history to be on, do
3  you know if the default is to have the
4  chat history off?
5      A.  I do not know.
6      Q.  Whenever you first start -- when
7  you first started at Google, Google had
8  some sort of internal chat system, right?
9      A.  I don't remember what the chat
10 system was, but I believe that there was
11 chat as part of Gmail, and Gmail was the
12 internal corporate system that we used.
13 We had the internal version of Gmail.
14     Q.  So from your -- from your entire
15 history at Google, there's been some form
16 of -- of chat that you've used, right?
17         MS. SALEM:  Object to the form.
18     A.  I have conversed with colleagues
19 at Google through chats for as long as
20 I've been at Google.
21     Q.  So since 2010?
22     A.  I joined Google in June of 2010,
23 yes.
24     Q.  So, I recall that you said that
25 you weren't able to give a -- an

Page 257

2  approximation of how many chats in a given
3  day you use.
4          Is that still your testimony?
5      A.  I believe my testimony was that
6  I used Chat on a regular basis with
7  colleagues and if we had a more finite
8  definition of what we would want to give I
9  might be able to give one, but it's a
10 broad concept 'cause it's a conversation
11 and there's different ways to define a
12 chat.
13     Q.  So if we just take this week,
14 yesterday, about how many chats do you
15 approximately think you sent yesterday?
16     A.  Again, could you give me a
17 tighter definition of what you would
18 consider a chat?
19     Q.  So, I -- I thought we
20 established -- are there multiple chat
21 platforms that you can use at Google
22 internally?
23     A.  Sorry, I guess we could be
24 considered to be having a chat right now,
25 and every message is an individual

Page 258

```
 2  message.  We could have had four or five
 3  chats if we break each of our breaks into
 4  different chats.
 5         So it's hard for me to estimate
 6  how many chats I have without having a
 7  better understanding of what we consider
 8  an entity that we would quantify as a
 9  chat.
10     Q.  So I would say, and I appreciate
11  the clarification, each -- each one of
12  your entries in a conversation where we're
13  having a back and forth, each time you --
14  you see something from a colleague and you
15  type at the computer and hit -- hit
16  "Enter" and that goes out, I would
17  consider that what I'm saying as one chat.
18     A.  Okay.
19         So each individual message sent
20  in a conversation with the various
21  entities that I am conversing with.
22     Q.  Yes, sir.
23     A.  I think it's reasonable to think
24  that on some days I have hundreds of
25  chats, by that definition.
```

Page 259

```
 2     Q.  On a given day, how many -- how
 3  many different people do you think you are
 4  generally having Chat conversations with?
 5     A.  Vary greatly on the day.  Most
 6  days probably less than a handful.
 7     Q.  Handful being five?
 8     A.  Sure, less than five on a given
 9  day.
10         Some days I might have chats
11  with more people.
12     Q.  Are you generally aware of how
13  many documents Google has produced in this
14  case?
15     A.  No, I'm not.
16     Q.  If I represented to you that the
17  number is hovering right around six
18  million documents, do you have any reason
19  to not believe me?
20     A.  I don't have a definition of
21  what would be considered a document, and
22  it could be as nuanced as what would be
23  considered a chat, and so I wouldn't have
24  any grounds to have an opinion on any
25  number.
```

Page 260

```
 2     Q.  Whether it's a single chat or
 3  one conversation being a document, six
 4  million documents quite a bit of paper,
 5  isn't it?
 6     A.  Quite a bit's a relative term.
 7         I'm not a lawyer familiar with
 8  complex litigation, so I don't know if six
 9  million is a lot or not in the relative
10  nature of the case.
11     Q.  I'll tell you as a lawyer that
12  six million is still a lot.
13         Did you know that of that six
14  million, only about 13,000 of those
15  documents are chats?
16         MS. SALEM:  Object to the form.
17     A.  No.
18     Q.  Does that 13,000 number surprise
19  you?
20         MS. SALEM:  Object to the form.
21     A.  I'm not a lawyer.  I don't have
22  any experience in complex litigation,
23  documents, or discovery.  So I'd have no
24  grounds to be surprised by anything with
25  regard to the documents or discoveries in
```

Page 261

```
 2  the case.
 3     Q.  Would you say it could be that
 4  low because Google did not preserve those
 5  chats?
 6         MS. SALEM:  Object to the form.
 7     A.  I'd have no comment on the
 8  documents or the quantity of documents
 9  because I'm not an attorney and I don't
10  have familiarity with documents,
11  discovery, or complex litigation.
12     Q.  You don't have to have all those
13  titles to know that 13,000 of six million
14  is a very small fraction, right?
15     A.  I don't know much or anything
16  about documents, discovery, and complex
17  litigation, so I don't know what would be
18  considered a small fraction in the
19  relative nature of this topic.
20     Q.  I'll just make it really simple.
21         If you take 13,000 divided by
22  six million that's a tiny percentage,
23  right?  Just --
24         MS. SALEM:  Object.
25     Q.  That's just the -- there's the
```

HIGHLY CONFIDENTIAL

Page 290

2  "malarky," Mr. ▮ is saying that
3  you're -- with that history -- history
4  on/off nonsense, is that applying the
5  definition correctly?
6      A.  I don't know if ▮ was using
7  the Oxford definition of the word
8  correctly in this chat.
9      Q.  So on the next page, Bates down
10 at the bottom reads 8647135, the third
11 from the bottom it's a chat -- or it
12 starts with "my question for ▮."
13     Do you see that?
14     A.  I see that.
15     Q.  And that's a chat you sent,
16 right?
17     A.  That's a chat that I sent.
18     Q.  It says: ▮
19 ▮
20 ▮
21     I read that correctly, right?
22     A.  That's what the text reads.
23     Q.  Who is ▮?
24     A.  ▮
25 ▮.

Page 291

2      Q.  Who is ▮?
3      A.  ▮
4  ▮.
5      Q.  Now, the -- the next page the
6  very top, the very top one it says:  Take
7  our ball and just F-ing go home.
8      Do you see that?
9      A.  Yes.  I believe it says the word
10 "fucking."
11     Q.  And that's a -- a chat that you
12 sent on February 14th, 2023, right?
13     A.  It appears to be.
14     And I subsequently edit it and
15 removed the curse word.
16     Q.  I see that on the next chat
17 down.
18     And so we're -- would you say
19 that chats are essentially more informal
20 than emails?
21     A.  I think that's a broad
22 characterization.  If I were to request
23 time with a subordinate employee and I
24 were to ask them to come and join me via
25 an email or a chat, I would have the same

Page 292

2  expectation that they would come and join
3  me in a meeting.  And so there's a
4  formality at times.
5      However, generally I think of
6  chat as more conversational and certainly
7  nothing that's ever used for
8  decision-making processes.
9      Q.  Like you wouldn't -- you're less
10 likely to use the F-word or emojis in an
11 email, right?
12     MS. SALEM:  Object to form.
13     A.  I have been known for my
14 colorful language at time to time, and I
15 certainly am a friend of what could be
16 described as emojis or pictures from time
17 to time, and I use them in both email and
18 chat.
19     I would say that I converse in a
20 more colloquial manner when I converse
21 over chat than I might converse over email
22 simply based on the pace of the
23 conversation.
24     Q.  So, when you -- going back to
25 that top one that was -- that you updated,

Page 293

2  edited to say "take our ball and just go
3  home," were you saying here that ▮
4  ▮
5  ▮
6  ▮?
7      A.  No, I was not.
8      Q.  What does it mean to take your
9  ball and just go home then?
10     A.  Take your ball and go home is to
11 stop playing a game.  In colloquialism it
12 refers to being at the playground and
13 removing your ball and going home so that
14 kids can't continue to play stickball or
15 baseball or football.
16     In this context I used
17 admittedly colorful language to make a
18 point about ▮
19 ▮
20 ▮
21 ▮
22 ▮
23 ▮
24 ▮.
25     Q.  Here what is -- what is Google's

74 (Pages 290 - 293)

Page 298

2 litigation hold by Google, did you start
3 moving conversations off the record so
4 they wouldn't be produced in this lawsuit?
5    A.  No.
6    Q.  Just your colleagues did that,
7 right?
8         MS. SALEM: Object to the form.
9    A.  That's not my understanding of
10 ▓▓▓▓'s message.
11        MR. ROBINSON: I'll move to
12 another exhibit.  The Bates stamp is
13 GOOG-NE-12976885.
14        (Exhibit 60, chat thread
15 9/18/2019, Bates GOOG-NE-12976885-887,
16 was marked for identification, as of
17 this date.)
18        EXHIBIT TECHNICIAN: Can I get
19 that one more time, counsel?
20        MR. ROBINSON: Yeah, sure thing.
21 It's GOOG-NE-12976885.
22        EXHIBIT TECHNICIAN: I don't
23 appear to have that one.
24        MS. YOUNG: Give us one second,
25 we'll send it to you.

Page 299

2        EXHIBIT TECHNICIAN: Do you want
3 to go off the record?  Because it
4 takes me a little bit to put it into
5 the system.
6        MR. ROBINSON: That's fine.
7        THE VIDEOGRAPHER: The time
8 right now is 3:05 p.m.
9        We are off the record.
10       (Recess taken.)
11       THE VIDEOGRAPHER: The time
12 right now is 3:17 p.m.
13       We are back on the record.
14 BY MR. ROBINSON:
15   Q.  Mr. ▓▓▓▓, right before the
16 break, I handed you, or you were handed a
17 new exhibit, right?
18   A.  I didn't get the exhibit before
19 the break, but it appears to be next to me
20 now.
21   Q.  Did you talk about this exhibit
22 with your attorneys during the break?
23   A.  I did not.
24   Q.  Do you recognize this document?
25   A.  I do not.

Page 300

2    Q.  Do you see that it appears to be
3 a chat thread with the -- at the top it
4 says from ▓▓▓▓ dated September 18th,
5 2019? Do you see that?
6    A.  I do.
7    Q.  And this appears to be a chat
8 thread between you and three other Google
9 employees, right?
10   A.  It does.
11   Q.  And the very first chat says:
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
19       Did I read that correctly?
20   A.  Yes, I believe you did.
21   Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
23   A.  Correct, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
25   Q.  And the next chat down it says:

Page 301

2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4 ▓▓▓▓▓▓▓▓▓▓▓▓▓.
5        Now, do you see that it appears
6 that maybe some characters in here get --
7 get error coded to look like something
8 different?
9    A.  Yes, it believes that
10 potentially the apostrophe gets error
11 coded into an ampersand pound sign 39 end
12 colon.
13   Q.  And same with that when it says
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is probably
16 supposed to be just a quotation mark,
17 right?
18   A.  I believe, yes, that that's
19 supposed to be quotation mark and was
20 broken in transcription.
21   Q.  So you were chatting with ▓▓▓▓
22 ▓▓▓▓, ▓▓▓▓▓▓▓▓, and ▓▓▓▓
23 about ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, right?
24   A.  I was chatting with them based
25 on the message about feedback that was

```
                                            Page 378
 1
 2            C E R T I F I C A T E
 3    STATE OF NEW YORK
 4    COUNTY OF NEW YORK
 5
 6        I, Marie Foley, RMR, CRR, a
 7    Certified Realtime Reporter and Notary
 8    Public within and for the State of New
 9    York, do hereby certify:
10        THAT [REDACTED], the witness
11    whose deposition is hereinbefore set
12    forth, was duly sworn by me and that such
13    deposition is a true record of the
14    testimony given by the witness.
15        I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage, and that I am
18    in no way interested in the outcome of
19    this matter.
20        IN WITNESS WHEREOF, I have
21    hereunto set my hand this 8th day of
22    April, 2024.
23
24    _____
          MARIE FOLEY, RMR, CRR
25
```

```
                                            Page 379
 1
 2           LAWYER'S NOTES
 3    PAGE / LINE
 4    ___/___/_____
 5    ___/___/_____
 6    ___/___/_____
 7    ___/___/_____
 8    ___/___/_____
 9    ___/___/_____
10    ___/___/_____
11    ___/___/_____
12    ___/___/_____
13    ___/___/_____
14    ___/___/_____
15    ___/___/_____
16    ___/___/_____
17    ___/___/_____
18    ___/___/_____
19    ___/___/_____
20    ___/___/_____
21    ___/___/_____
22    ___/___/_____
23    ___/___/_____
24    ___/___/_____
25    ___/___/_____
```