# Exhibit 6

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-013266652 |
| End Bates | GOOG-AT-MDL-013266660 |
| Custodian | ███████████ |
| File Name | |
| Extension | eml |
| Author | ██████ |
| Subject | AAAARZtoJi0-MBI-FLAT:2023-01-23T22:27:59.865551 |
| Email Subject | AAAARZtoJi0-MBI-FLAT:2023-01-23T22:27:59.865551 |
| Master Date | 1/24/2023 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 1/24/2023 |
| Time Sent | 5:27:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ███████████ |
| To | ██████████████████████████████ |
| Cc | |
| Bcc | |
| Volume Name | PROD064-009 |
| CSV_Confidentiality | HIGHLY CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | AAAARZtoJi0-MBI-FLAT:2023-01-23T22:27:59.865551 |
| CSV DOJ Edoc Properties | Chat;Email |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | GOOG-AT-MDL-013266813;GOOG-AT-MDL-016923185 |
| CSV Linked ParendID | |

Message

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-013266652



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013266653



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013266655



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013266657



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013266659



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013266660