# Exhibit 7

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-017709737 |
| End Bates | GOOG-AT-MDL-017709756 |
| Custodian | ▮▮▮▮▮ |
| File Name | |
| Extension | eml |
| Author | ▮▮▮ |
| Subject | AAAAhNPROno-MBI-FLAT:2022-07-17T22:55:43.006239 |
| Email Subject | AAAAhNPROno-MBI-FLAT:2022-07-17T22:55:43.006239 |
| Master Date | 7/18/2022 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 7/18/2022 |
| Time Sent | 5:54:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ▮▮▮▮▮ |
| To | ▮▮▮▮▮ |
| Cc | |
| Bcc | |
| Volume Name | PROD073 |
| CSV_Confidentiality | HIGHLY CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | AAAAhNPROno-MBI-FLAT:2022-07-17T22:55:43.006239 |
| CSV DOJ Edoc Properties | Chat;Email;Family Member of Priv Doc;Privileged;Redacted |
| CSV Redacted | Yes |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | GOOG-AT-MDL-008779130;GOOG-AT-MDL-019251277;GOOG-AT-MDL-019389221 |
| CSV Linked ParendID | |

Message

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709737



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709739

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709740

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709741

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709742



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709745

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709746

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709750



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709751



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709753



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709754

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709755



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-017709756