# Exhibit 8

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-009286790 |
| End Bates | GOOG-AT-MDL-009286810 |
| Custodian | ███████████ |
| File Name | |
| Extension | eml |
| Author | ███████████ |
| Subject | AAAAjou3KSc-MBI-FLAT:2021-09-14T18:34:28.7619 |
| Email Subject | AAAAjou3KSc-MBI-FLAT:2021-09-14T18:34:28.7619 |
| Master Date | 9/15/2021 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 9/15/2021 |
| Time Sent | 1:25:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ███████████████████████ |
| To | ████████████████████████████████████████████████████ |
| Cc | |
| Bcc | |
| Volume Name | PROD047 |
| CSV_Confidentiality | HIGHLY CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | AAAAjou3KSc-MBI-FLAT:2021-09-14T18:34:28.7619 |
| CSV DOJ Edoc Properties | Chat;Email |
| CSV Redacted | N |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | GOOG-AT-MDL-018804838;GOOG-DOJ-AT-00060411;GOOG-DOJ-AT-02192662 |
| CSV Linked ParendID | |

Message

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009286790



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009286791



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009286794



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009286796



HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009286797



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009286798



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009286800



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009286802



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009286803



HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009286804



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009286806



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009286809



HIGHLY CONFIDENTIAL

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-009097226 |
| End Bates | GOOG-AT-MDL-009097234 |
| Custodian | ██████████ |
| File Name | |
| Extension | eml |
| Author | ██████████ |
| Subject | AAAAjou3KSc-MBI-FLAT:2021-09-14T18:34:28.7619 |
| Email Subject | AAAAjou3KSc-MBI-FLAT:2021-09-14T18:34:28.7619 |
| Master Date | 9/15/2021 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 9/15/2021 |
| Time Sent | 1:25:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ████████████████████ |
| To | ██████████████████████████████████████████████ |
| Cc | |
| Bcc | |
| Volume Name | PROD047 |
| CSV_Confidentiality | HIGHLY CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | AAAAjou3KSc-MBI-FLAT:2021-09-14T18:34:28.7619 |
| CSV DOJ Edoc Properties | Chat;Email |
| CSV Redacted | N |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | GOOG-AT-MDL-018804838;GOOG-DOJ-AT-00060411;GOOG-DOJ-AT-02192662 |
| CSV Linked ParendID | |

Message

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009097226



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009097228

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009097229



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009097230

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009097231

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009097232

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009097233



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009097234