# Exhibit 9

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-018285349 |
| End Bates | GOOG-AT-MDL-018285369 |
| Custodian | ███████████ |
| File Name | |
| Extension | eml |
| Author | ████ |
| Subject | AAAAusYyRLc-MBI-FLAT:2020-03-02T02:28:55.252527 |
| Email Subject | AAAAusYyRLc-MBI-FLAT:2020-03-02T02:28:55.252527 |
| Master Date | 3/2/2020 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 3/2/2020 |
| Time Sent | 9:28:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ██████████ |
| To | █████████████████████████████ |
| Cc | |
| Bcc | |
| Volume Name | PROD081 |
| CSV_Confidentiality | HIGHLY CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | AAAAusYyRLc-MBI-FLAT:2020-03-02T02:28:55.252527 |
| CSV DOJ Edoc Properties | Chat;Email |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | GOOG-AT-MDL-006748620;GOOG-AT-MDL-008517389;GOOG-AT-MDL-B-002043721;GOOG-AT-MDL-B-004650283;GOOG-AT-MDL-B-004673204;GOOG-DOJ-12803123;GOOG-DOJ-1351873;GOOG-DOJ-14948936;GOOG-DOJ-27795460;GOOG-DOJ-AT-01044761 |
| CSV Linked ParendID | |

Message

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285349

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285350



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285352



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285354



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285355



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285356



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285357

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285358



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285359



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285360



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285361



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285362

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285363



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285364



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285366



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285367



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285368



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018285369