# Exhibit 10

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-B-004444043 |
| End Bates | GOOG-AT-MDL-B-004444045 |
| Custodian | ███████████ |
| File Name | |
| Extension | eml |
| Author | ███████████ |
| Subject | |
| Email Subject | Outlook Express Mail Message |
| Master Date | 3/8/2018 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 3/8/2018 |
| Time Sent | 5:47:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ███████████████████████████████ |
| To | ████████████████████████ |
| Cc | |
| Bcc | |
| Volume Name | PROD086 |
| CSV_Confidentiality | CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | aljnesah8hnjckaoctr62mhjbt66skhk85gk2gi1a4_6tt56u2g6dolepjk8ks68m9j910kar9i699g_chat@gmail.com |
| CSV DOJ Edoc Properties | Chat |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParendID | |

Message

CONFIDENTIAL

GOOG-AT-MDL-B-004444043

CONFIDENTIAL

GOOG-AT-MDL-B-004444044



CONFIDENTIAL

GOOG-AT-MDL-B-004444045