# Exhibit 11

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-B-004444006 |
| End Bates | GOOG-AT-MDL-B-004444014 |
| Custodian | ███████████████ |
| File Name | |
| Extension | eml |
| Author | ███████████ |
| Subject | |
| Email Subject | Outlook Express Mail Message |
| Master Date | 10/27/2017 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 10/27/2017 |
| Time Sent | 2:44:00 AM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ███████████████████████████ |
| To | ████████████████████████ |
| Cc | |
| Bcc | |
| Volume Name | PROD086 |
| CSV_Confidentiality | CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | ████████████████████████████████████████████████ ████████████████ |
| CSV DOJ Edoc Properties | Chat |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | GOOG-DOJ-06221660 |
| CSV Linked ParendID | |

Message

CONFIDENTIAL

CONFIDENTIAL

GOOG-AT-MDL-B-004444007

CONFIDENTIAL

GOOG-AT-MDL-B-004444008



CONFIDENTIAL

CONFIDENTIAL

GOOG-AT-MDL-B-004444010



CONFIDENTIAL

GOOG-AT-MDL-B-004444011



CONFIDENTIAL



CONFIDENTIAL
GOOG-AT-MDL-B-004444013



CONFIDENTIAL
GOOG-AT-MDL-B-004444014