# Exhibit 13

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-B-000683892 |
| End Bates | GOOG-AT-MDL-B-000683894 |
| Custodian | █████████████ |
| File Name | |
| Extension | eml |
| Author | mte2ndu2nzkxnjg0odcyotk4otqw-mte3mtizntc4mty2ote3mtk1odq2 |
| Subject | B2B Partner Site Copy Deck - MASTER DOC |
| Email Subject | B2B Partner Site Copy Deck - MASTER DOC |
| Master Date | 5/24/2017 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 5/24/2017 |
| Time Sent | 6:30:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ██████████████████ |
| | <d+mte2ndu2nzkxnjg0odcyotk4otqw-mte3mtizntc4mty2ote3mtk1odq2@docs.google.com> |
| To | ███████████████ |
| Cc | |
| Bcc | |
| Volume Name | PROD068 |
| CSV_Confidentiality | CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | d+c1ppSjZUaG9COW5lY1VqQUxNaTN5dEE6@docs.google.com |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | |
| CSV References | <d+c1ppSjZUaG9COW5lY1VqQUxNaTN5dEE6@docs.google.com> |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParendID | |

Message

CONFIDENTIAL

GOOG-AT-MDL-B-000683892



CONFIDENTIAL

GOOG-AT-MDL-B-000683893

Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Does sends you.You can not reply to this email.



CONFIDENTIAL

GOOG-AT-MDL-B-000683894