# Exhibit 14

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-016948375 |
| End Bates | GOOG-AT-MDL-016948378 |
| Custodian | ▉▉▉▉▉▉▉ |
| File Name | |
| Extension | eml |
| Author | ▉▉▉▉ |
| Subject | Re: Book |
| Email Subject | Re: Book |
| Master Date | 2/8/2016 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 2/8/2016 |
| Time Sent | 11:57:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| To | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Cc | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Bcc | |
| Volume Name | PROD067-004 |
| CSV_Confidentiality | CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | CAAis5iA0MuLY3xN+HU1R1Lz5MZptYMOgGsDgb73O_kH9R=FV9A@mail.gmail.com |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | |
| CSV References | <CAAis5iA0MuLY3xN+HU1R1Lz5MZptYMOgGsDgb73O_kH9R=FV9A@mail.gmail.com> <CAJxNwgfYcrY+7wdzUiB5bGFwybGkuett8zM_+QO_jxVsYH7_LA@mail.gmail.com> <CANHxXB9f3V356Wo1Sh6n-m5_SqteZN7nGary6pww-pqrwv76tQ@mail.gmail.com> |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParendID | |

Message

CONFIDENTIAL

GOOG-AT-MDL-016948375

CONFIDENTIAL

GOOG-AT-MDL-016948376



--

CONFIDENTIALITY. This communication is intended only for the use of the intended recipient(s) and may contain information that is privileged and confidential. If you are not the intended recipient, please note that

any dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message, including all attachments, and please also notify the sender immediately. Thank you for your cooperation.

CONFIDENTIAL
GOOG-AT-MDL-016948378