# Exhibit 15

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-012349411 |
| End Bates | GOOG-AT-MDL-012349411 |
| Custodian | ████████████ |
| File Name | |
| Extension | eml |
| Author | ██████ |
| Subject | Re: [TIME-SENSITIVE REQUEST] Reactive Messaging for Coverage and eCPM Drop 8/16-now |
| Email Subject | Re: [TIME-SENSITIVE REQUEST] Reactive Messaging for Coverage and eCPM Drop 8/16-now |
| Master Date | 8/18/2017 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 8/18/2017 |
| Time Sent | 7:13:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ███████████████████ |
| To | ████████████████████ |
| Cc | ████████████████████████████████████ ████████████████████████ |
| Bcc | |
| Volume Name | PROD063-001 |
| CSV_Confidentiality | CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | CALxwGJPT8g0jjf3=sXH5L-fsKiOEW4EjGu_2_5EED4qZ2oRDLg@mail.gmail.com |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | |
| CSV References | <CALxwGJPT8g0jjf3=sXH5L-fsKiOEW4EjGu_2_5EED4qZ2oRDLg@mail.gmail.com> |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParendID | |

Message



CONFIDENTIAL

GOOG-AT-MDL-012349411