# Exhibit 16

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
        Plaintiffs,                 )
                                    )    CV No. 20-3010
     vs.                            )    Washington, D.C.
                                    )    May 12, 2022
GOOGLE LLC,                         )    3:00 p.m.
                                    )
        Defendant.                  )
_____)


                   TRANSCRIPT OF
        STATUS CONFERENCE VIA ZOOM PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:           Kenneth M. Dintzer
                              U.S. DEPARTMENT OF JUSTICE
                              1100 L Street, NW
                              Washington, D.C.
                              (202) 307-0340
                              Email:
                              kenneth.dintzer2@usdoj.gov

For Plaintiff
State of Colorado:            Jonathan Bruce Sallet
                              COLORADO DEPARTMENT OF LAW
                              Consumer Protection Section,
                              Antitrust Unit
                              Ralph L. Carr
                              Colorado Judicial Center
                              1300 Broadway
                              Suite 7th Floor
                              Denver, CO 80203
                              (720) 508-6000
                              Email: jon.sallet@coag.gov
```

```
APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com


Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                      P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3    This is Civil Action 20-3010, United States of America,
 4    et al., versus Google LLC.
 5              Kenneth Dintzer for the DOJ plaintiff.
 6              Jonathan Sallet for the Colorado Plaintiffs.
 7              And John Schmidtlein on behalf of defendant.
 8              And, Your Honor, you're currently muted; sorry
 9    about that.
10              THE COURT:  All right.  How about now?
11              COURTROOM DEPUTY:  Now we can hear you.  Thanks.
12              THE COURT:  Okay.  Great.  Good afternoon,
13    everybody.  I hope everybody is well.
14              So we are here on what I hope will be an
15    auspicious status conference to mark the end of fact
16    discovery.  And so, you know, even before we get started,
17    let me just say to counsel and to the parties generally, you
18    know, this has been a long road, and I recognize that it
19    hasn't been a road free of bumps and bruises, and certainly,
20    I'm sure, there are more of those that you have than are
21    actually visible to me.
22              But, nevertheless, I really do want to commend
23    everybody, not just the counsel on this call but everyone
24    that's involved in this case.  And, you know, really, this
25    is a Herculean task to have done as much as you have in the
```

```
 1   I said, there was a very high percentage of them that were
 2   clearly privileged, another large-percentage category that
 3   it's hard for us to tell but certainly seemed like
 4   good-faith privilege assertions.  But I'd like to have some
 5   degree of satisfaction that that's been done for everything
 6   in this category.
 7            MR. SCHMIDTLEIN:  Well, Your Honor, I will say
 8   that, candidly, the differences that sort of the lawyers who
 9   are involved, obviously, you know, a collection of 210
10   documents can be reviewed by lawyers at outside counsel and
11   who have been involved sort of all the way, steps in the
12   case --
13            THE COURT:  Right.
14            MR. SCHMIDTLEIN:  -- the larger group has been
15   largely re-reviewed by contract lawyers --
16            THE COURT:  Sure.
17            MR. SCHMIDTLEIN:  -- under -- you know, under the
18   guidance and instruction of outside counsel, and we have
19   certainly gone back and sort of tried to refine and improve
20   that process as we go.
21            So can I sit here and tell you that the same --
22   the exact identical level of scrutiny given the two sort of
23   different groups?  They're not going to be 100 percent but,
24   we certainly have tried to make them as close to the same
25   level of scrutiny as we could.
```

```
1            THE COURT:  Well, I guess what I'd say is this.
2   Given the focus and attention of these emails, I mean, I
3   would like to do -- I do think we ought to, at least I ought
4   to be satisfied, I think plaintiffs ought to be satisfied,
5   that the same kind of scrutiny that was devoted to the 210
6   ought to be devoted the rest of that set.
7            And, you know, I can understand why, perhaps,
8   greater scrutiny was given to something that was going to be
9   submitted to the Court, but I think you'd agree that that
10  ought to not have been the reason why there was this
11  10 percent as opposed to from the outset.
12           So I think, you know, that's what I'm going to
13  order Google to do, which is to do -- and I'm not suggesting
14  that if it's already been re-reviewed, you have to
15  re-re-review it.
16           But the bottom line being that I'd like to have
17  some degree of satisfaction that you've gone back to these
18  16,000 emails and they have been eyeballed in a way that is
19  consistent with the 210.  And that to the extent those
20  records need to be de-privileged and produced, I'm going to
21  order Google to do that, okay?
22           MR. SCHMIDTLEIN:  Thank you, Your Honor.
23           THE COURT:  All right.
24           All right.  Is there anything else -- do we have a
25  date for -- is there anything else we need to take up before
```

```
1   we set our next date?
2           MR. SALLET:  No, Your Honor.
3           MR. SCHMIDTLEIN:  No, Your Honor.
4           MR. DINTZER:  Nothing here, Your Honor.
5           THE COURT:  Okay.
6           Your deadline for expert reports is June the 6th.
7           Can I ask you all to do the following?  Can I ask
8   you to hold 3:00, if you're available, both on June the 16th
9   and 17th?
10          MR. SALLET:  Yes, Your Honor.
11          MR. DINTZER:  Yes, Your Honor.
12          THE COURT:  Just because I'm starting a
13  January 6th trial on the 10th.  It should be over by the
14  16th, but it may not be.  So I just want to try and leave a
15  little bit of flexibility there.
16          And as we get closer in time, I can pin down which
17  of those two days it's going to be.  And if you all would
18  just submit something by June the 14th as a status update to
19  the extent there are issues that need to be summarized and
20  brought to my attention.
21          And then insofar as the issues we talked about
22  earlier today, you know, after you all meet and confer, and
23  if you all want to let me know by Monday or Tuesday of next
24  week what you've decided in terms of a deadline and in
25  the -- a deadline for production and a deadline for motions
```

```
 1  to compel, just let me know and I can enter that order onto
 2  the docket, okay?
 3              MR. SALLET:  Will do, Your Honor.
 4              MR. DINTZER:  Thank you, Your Honor.
 5              THE COURT:  All right.
 6              Anything else from either side?
 7              MR. SALLET:  No.
 8              THE COURT:  All right.
 9              Thank you, everyone.  I know this is a long slog
10  and I can only -- I keep telling my clerks, I can only
11  imagine what it's like for the lawyers in this case.
12              But I really am grateful at your professionalism
13  and how -- you all have worked quite cooperatively.  And
14  I know there's undoubtedly a great deal of stress and some
15  conflict when it's not in front of me, but, nevertheless, I
16  think given the scope of this case, and not only the scope
17  but what's at stake, what's been presented to me for
18  resolution has actually been quite modest, and so I
19  appreciate that.
20              All right.  Thank you, all.  We'll see everybody
21  in a month.  Obviously if you need me sooner, you know where
22  to find me.
23              (Proceedings concluded at 4:44 p.m.)
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:__May 12, 2022_____    _____

                                      William P. Zaremba, RMR, CRR