# Exhibit 17

| Metadata | |
|---|---|
| Begin Bates | GOOG-DOJ-32554988 |
| End Bates | GOOG-DOJ-32554990 |
| Custodian | ▮ |
| File Name | |
| Extension | eml |
| Author | ▮ |
| Subject | Re: Urgent: need help w/ HC review |
| Email Subject | Re: Urgent: need help w/ HC review |
| Master Date | 9/15/2016 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 9/15/2016 |
| Time Sent | 10:48:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ▮ |
| To | ▮ |
| Cc | ▮ |
| Bcc | |
| Volume Name | PROD205 |
| CSV_Confidentiality | |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | CAERXaNaM6qQ_=P4JS5_beQu1eAj_j6=xu7DJ6SrsF5+rDsOaaQ@mail.gmail.com |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParendID | |

Message

CONFIDENTIAL

GOOG-DOJ-32554988



CONFIDENTIAL                                                                                                             GOOG-DOJ-32554989



CONFIDENTIAL

GOOG-DOJ-32554990