# Exhibit 18

| Metadata ||
|---|---|
| Begin Bates | GOOG-DOJ-32554843 |
| End Bates | GOOG-DOJ-32554848 |
| Custodian | |
| File Name | |
| Extension | eml |
| Author | |
| Subject | Re: RPO w/ matched content on native optimization |
| Email Subject | Re: RPO w/ matched content on native optimization |
| Master Date | 8/11/2016 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 8/11/2016 |
| Time Sent | 2:32:00 AM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | |
| To | |
| Cc | |
| Bcc | |
| Volume Name | PROD205 |
| CSV_Confidentiality | |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | CAERXaNY84biOjwRf053f9AOF4VtAEkFHwoKH9KzKdGMrJ2nB8A@mail.gmail.com |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | GOOG-DOJ-12444540 |
| CSV Linked ParendID | |

Message

CONFIDENTIAL

GOOG-DOJ-32554843

CONFIDENTIAL

GOOG-DOJ-32554844



CONFIDENTIAL
GOOG-DOJ-32554845

CONFIDENTIAL                                                                              GOOG-DOJ-32554846

CONFIDENTIAL

GOOG-DOJ-32554847



CONFIDENTIAL

GOOG-DOJ-32554848