# Exhibit 19

| Metadata | |
|---|---|
| Begin Bates | GOOG-NE-10508355 |
| End Bates | GOOG-NE-10508362 |
| Custodian | ███████████ |
| File Name | |
| Extension | eml |
| Author | ██████ |
| Subject | Re: Our ads I think are breaking certain web implementations |
| Email Subject | |
| Master Date | 6/10/2015 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | |
| Time Sent | |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | |
| From | ████████████ |
| To | ███████████████ |
| Cc | ████████████████████ |
| Bcc | |
| Volume Name | PROD014-002 |
| CSV_Confidentiality | |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | Google |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | Email |
| CSV_Gmail Thread Level 1 | |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | N |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParendID | |

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-10508355



HIGHLY CONFIDENTIAL TREATMENT REQUESTED



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-10508357



Cruz." People began to recognize Benny from his Twitter avatar. They called him BuzzFeed Benny.

Then he was exposed as a plagiarist. Forty-one of his articles were based on the work of other writers, unattributed. He lost his job and an identity that had opened doors and put him on guest lists all over Washington.

"This is what happens when it all collapses," he says now. "It's a jarring moment."

His friends rescued him, he tells me. When the Twitter mob was crucifying him as the symbol of everything wrong with Internet journalism, they whisked him out of D.C., lured him onto a boat, and hit the open waters to hunt for crabs. They confiscated his phone, he says, and locked it in a safe to buffer him from the angry roar of social media.

Less than a year later, Benny is back on the Internet, this time as a boss — a "content director" for the



HIGHLY CONFIDENTIAL TREATMENT REQUESTED                                        GOOG-NE-10508358



Cruz." People began to recognize Benny from his
Twitter avatar. They called him BuzzFeed Benny.

Then he was exposed as a plagiarist. Forty-one of his
articles were based on the work of other writers,
unattributed. He lost his job and an identity that had
opened doors and put him on guest lists all over
Washington.

"This is what happens when it all collapses," he says
now. "It's a jarring moment."

His friends rescued him, he tells me. When the Twitter
mob was crucifying him as the symbol of everything
wrong with Internet journalism, they whisked him out
of D.C., lured him onto a boat, and hit the open waters
to hunt for crabs. They confiscated his phone, he says,
and locked it in a safe to buffer him from the angry roar
of social media.

Less than a year later, Benny is back on the Internet,
this time as a boss — a "content director" for the



HIGHLY CONFIDENTIAL TREATMENT REQUESTED                    GOOG-NE-10508359



HIGHLY CONFIDENTIAL TREATMENT REQUESTED
GOOG-NE-10508360



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-10508361



HIGHLY CONFIDENTIAL TREATMENT REQUESTED