# Exhibit 22

```
Sent:    Thur 3/17/2022 7:17:30 AM (UTC)
From:    Tristan Ostrowski @google.com
To:      Emily Garber @google.com; Tristan Ostrowski @google.com
Subject: j2ZfwAAAAAE-MBI-FLAT:2022-03-16T22:43:16.391007-1
```

Screen Shot 2022-03-17 at 8.20.58 AM.png
Screen Shot 2022-03-17 at 8.59.46 AM.png
Screen Shot 2022-03-17 at 12.29.24 PM.png
IMG_2291.PNG
Screen Shot 2022-03-18 at 8.39.39 AM.png
image.png
Screen Shot 2022-03-18 at 11.09.44 AM.png
Screen Shot 2022-03-18 at 12.45.16 PM.png
Screen Shot 2022-03-18 at 2.58.15 PM.png
Screen Shot 2022-03-18 at 4.58.39 PM.png
Screen Shot 2022-03-18 at 5.46.18 PM.png
Screen Shot 2022-03-18 at 6.05.30 PM.png
IMG_2293.PNG
IMG_2294.PNG
Image_20220319_112451.(null)
Image_20220319_152310.(null)
IMG_2296.PNG
IMG_2297.PNG
IMG_2300.PNG
image.png
Screen Shot 2022-03-21 at 7.47.17 AM.png
Screen Shot 2022-03-21 at 8.47.22 AM.png
image.png
Screen Shot 2022-03-21 at 1.15.46 PM.png
3c8a081c-6400-4a0b-9572-da4afbde885f.jpg
Screen Shot 2022-03-21 at 3.28.58 PM.png
image.png
e6ffc769-3fd5-4b69-8c71-07674de48a90.mp4
e6ffc769-3fd5-4b69-8c71-07674de48a90.mp4
image.png
IMG_2304.PNG
image.png
Screen Shot 2022-03-22 at 9.11.37 AM.png
Screen Shot 2022-03-22 at 12.38.23 PM.png
Screen Shot 2022-03-22 at 2.15.41 PM.png
image.png
Screen Shot 2022-03-22 at 4.00.27 PM.png
image.png
image.png
image.png
Screen Shot 2022-03-23 at 8.39.31 AM.png
Screen Shot 2022-03-23 at 9.24.42 AM.png
image.png
Screen Shot 2022-03-23 at 2.53.08 PM.png
Screen Shot 2022-03-23 at 2.58.02 PM.png
Screen Shot 2022-03-23 at 2.59.35 PM.png
Screen Shot 2022-03-23 at 3.07.00 PM.png
Screen Shot 2022-03-23 at 3.23.25 PM.png
a63f9b65-ef16-4d7d-8349-660e8d978a70.jpg
image.png
image.png
Screen Shot 2022-03-24 at 9.48.15 AM.png
Screen Shot 2022-03-24 at 10.22.13 AM.png
image.png
image.png
image.png

Tristan Ostrowski @google.com 2022-03-17T07:17:29.098Z

ooh! https://boardgamegeek.com/boardgame/356123/turing-machine

https://boardgamegeek.com/boardgame/356123/turing-machine



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500584

EXHIBIT 6488-001

Tristan Ostrowski@google.com 2022-03-21T21:50:31.069Z

ohhhhhh

Emily Garber@google.com 2022-03-21T21:50:56.256Z

And have whole F issue with the couch paying too!

Tristan Ostrowski@google.com 2022-03-21T21:51:40.172Z

w/ your mom or your new friends or??

Emily Garber@google.com 2022-03-21T21:54:49.331Z

Oh yeah so like ostensibly my mom paying for couch but ofc whole thing so fraught!

Tristan Ostrowski@google.com 2022-03-21T21:55:50.423Z

oh yeah i remember!

Tristan Ostrowski@google.com 2022-03-21T22:06:51.381Z

just have her venmo you! + $1000 for the price bump! ooh arbitrage this!

Tristan Ostrowski@google.com 2022-03-21T22:15:17.517Z

ok do hope rto kind of shakes up our whole meeting style like whole 7a-6p schedule ooc! and eu chumps no offense but hope you didn't get too used to these early meetings b/c....

Tristan Ostrowski@google.com 2022-03-21T22:29:14.896Z

ooh i made wsj!

Tristan Ostrowski@google.com 2022-03-21T22:29:29.596Z

Screen Shot 2022-03-21 at 3.28.58 PM.png

Emily Garber@google.com 2022-03-21T22:32:25.078Z

Hahahaha omg

Emily Garber@google.com 2022-03-21T22:32:33.775Z

Your mom going to be so proud!

Emily Garber@google.com 2022-03-21T22:32:43.791Z

Wait is that Jim? Let's guess!

Tristan Ostrowski@google.com 2022-03-21T22:33:14.198Z

haha close, benjamin!

Emily Garber@google.com 2022-03-21T22:33:20.098Z

OK was going to say!

Emily Garber@google.com 2022-03-21T22:33:33.843Z

For Jim would be HELP ME TRISTAN IN FREAKING OUT!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500629

EXHIBIT 6488-046

Emily Garber@google.com 2022-03-21T22:34:11.844Z

A/C Privilege Freakout!!!

Tristan Ostrowski@google.com 2022-03-21T22:34:30.545Z

hahaha omg whole thing so ooc!

Tristan Ostrowski@google.com 2022-03-21T22:34:59.565Z

**REDACTED - PRIVILEGE**

Tristan Ostrowski@google.com 2022-03-21T22:35:07.118Z

**REDACTED - PRIVILEGE**

Emily Garber@google.com 2022-03-21T22:35:21.877Z

**REDACTED - PRIVILEGE**

Emily Garber@google.com 2022-03-21T22:35:25.450Z

**REDACTED - PRIVILEGE**

Emily Garber@google.com 2022-03-21T22:35:33.275Z

Like early morning meetings so entrenched now!

Tristan Ostrowski@google.com 2022-03-21T22:35:53.015Z

i haaaaaate it so much

Emily Garber@google.com 2022-03-21T22:35:56.916Z

Do feel like commute is powerful force to push back!

Tristan Ostrowski@google.com 2022-03-21T22:35:59.843Z

i can't operate like that!

Tristan Ostrowski@google.com 2022-03-21T22:36:02.454Z

yeah!

Emily Garber@google.com 2022-03-21T22:36:12.694Z

But then if coming from execs then feel like they'll just keep doing it since working from their New Zealand lairs anyway?

Tristan Ostrowski@google.com 2022-03-21T22:36:22.278Z

hahaha omg right

Tristan Ostrowski@google.com 2022-03-21T22:36:35.394Z

or like "partner visit" boondoogle in monaco or w/e

Tristan Ostrowski@google.com 2022-03-21T22:36:50.990Z

6a for us so they can make early dinner

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500630

EXHIBIT 6488-047

**Emily Garber**@google.com 2022-03-21T22:37:06.315Z

Am r scared won't go back!

**Emily Garber**@google.com 2022-03-21T22:37:13.658Z

Like feel like everyone just in 9 hours of meetings a day straight!

**Emily Garber**@google.com 2022-03-21T22:37:24.565Z

Like at work used to sometimes be able to get coffee or whatever?

**Emily Garber**@google.com 2022-03-21T22:37:33.319Z

But now just like meeting meeting meeting no lunch meeting!

**Tristan Ostrowski**@google.com 2022-03-21T22:37:40.446Z

ugh screw that! oh yeah million p!

**Emily Garber**@google.com 2022-03-21T22:37:45.081Z

At least ARRIS going to take a lot of work off our plate!

**Tristan Ostrowski**@google.com 2022-03-21T22:37:51.006Z

i think i'm just going to start declining early meetings tbh!

**Emily Garber**@google.com 2022-03-21T22:37:53.014Z

They"ll do all the counseling and we'll be on the beach playing bocce!

**Tristan Ostrowski**@google.com 2022-03-21T22:37:56.223Z

hahahahaha omg

**Tristan Ostrowski**@google.com 2022-03-21T22:38:05.608Z

oh yeah they'll do all the hard parts!

**Emily Garber**@google.com 2022-03-21T22:38:12.167Z

==Yeah like the fake privilege!==

**Tristan Ostrowski**@google.com 2022-03-21T22:38:15.826Z

def not poorly duplicate work and take credit after auditing and indicting!

**Tristan Ostrowski**@google.com 2022-03-21T22:40:15.242Z

**REDACTED - PRIVILEGE**

**Emily Garber**@google.com 2022-03-21T22:40:40.725Z

Haha omg that whole thing insane!

**Emily Garber**@google.com 2022-03-21T22:40:43.869Z

Just trying to ignore it all!

Tristan Ostrowski@google.com 2022-03-21T22:41:48.308Z

yeah same!

Tristan Ostrowski@google.com 2022-03-21T22:41:53.649Z

like in dma review rn!

Tristan Ostrowski@google.com 2022-03-21T22:42:14.046Z

no idea how to possibly add DT into this? like already dozens of people across legal, gapp, and compliance working on this?

Tristan Ostrowski@google.com 2022-03-21T22:42:41.821Z

**REDACTED - PRIVILEGE**

Tristan Ostrowski@google.com 2022-03-21T22:42:49.986Z

add

Emily Garber@google.com 2022-03-21T22:43:03.895Z

Oh speaking of meetings!

Emily Garber@google.com 2022-03-21T22:43:13.025Z

Going through and adding meeting rooms for all my recurring meetings for when back in office!

Emily Garber@google.com 2022-03-21T22:43:23.418Z

Feel like going to be a bloodbath once RTO happens!

Emily Garber@google.com 2022-03-21T22:43:33.147Z

So should book early!

Tristan Ostrowski@google.com 2022-03-21T22:45:50.429Z

omg yeah good cal!

Tristan Ostrowski@google.com 2022-03-21T22:45:52.067Z

call!

Emily Garber@google.com 2022-03-21T22:46:59.062Z

I mean at least you have Kimberley to take care of yours for you!

Emily Garber@google.com 2022-03-21T22:47:04.333Z

She's prob booked already!

Emily Garber@google.com 2022-03-21T22:47:12.147Z

And by booked, am referring to meetings with Lydia! For herself!

Emily Garber@google.com 2022-03-21T22:48:54.301Z

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY5-000500632

EXHIBIT 6488-049