# Exhibit 4

```
From:     "Sundar Pichai"
To:
Sent:     Fri, 13 Apr 2007 14:42:40 -0700
Subject:  Fwd: [Googlers] Google acquiring DoubleClick !!
```

Congrats!! Huge move and I think a great one....all the best with the integration

---------- Forwarded message ----------
From: ▮▮▮▮ <▮▮▮▮
Date: Apr 14, 2007 1:54 PM
Subject: [Googlers] Google acquiring DoubleClick !!
To: ▮▮▮▮

CONFIDENTIAL/DO NOT FORWARD

Googlers -



HIGHLY CONFIDENTIAL

GOOG-HJC-04262058 - GOOG-HJC-04262060
GOOG-TEX-01119275



Thank you,

▮▮▮▮▮▮

CONFIDENTIALITY. This communication is intended only for the use of the
addressee and may contain information that is privileged and confidential.
If you are not the intended recipient, please note that any dissemination of
this communication is prohibited.  If you have received this communication
in error, please erase all copies of the message, including all attachments,
and please also notify the sender immediately.  Thank you for your
cooperation.

---
Googlers mailing list

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL
GOOG-HJC-04262058 - GOOG-HJC-04262060
GOOG-TEX-01119276

\--
_____

Sundar Pichai
Google, Inc.

Voice: ███████
Email: ███████████

HIGHLY CONFIDENTIAL

GOOG-HJC-04262058 - GOOG-HJC-04262060
GOOG-TEX-01119277