# Exhibit 11

Message

HIGHLY CONFIDENTIAL

GOOG-DOJ-16948166

HIGHLY CONFIDENTIAL

GOOG-DOJ-16948167

HIGHLY CONFIDENTIAL

GOOG-DOJ-16948168

On 7/18/07, ███████████████████████████ wrote:

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

██████

On 7/18/07, ███████████████████████████████████ wrote:

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

http://www.forbes.com/technology/2007/07/19/click-fraud-rise-tech-internet-c
x_ag_0719techclick.html

Click Fraud Goes Viral

Expectations are high that Google will reveal
another quarter of unstoppable
growth Thursday, buoyed by a boom in online
advertising. But as the Web
giant gets fatter, so do its parasites.

According to a report from the click fraud auditing
group Click Forensics,
the percentage of clicks on online ads that were
fraudulent climbed to 15.8%
in the second quarter of 2007, an increase of a full
percentage point in
just three months. And the volume of fraudulent
clicks found on online
content networks like Google Adsense and Yahoo
Publisher Network is more
disturbing: 25.6% of those clicks were bogus,
compared with 21.9% at the end
of last quarter, it said.

"Click fraud has become the new spam," writes Tom
Cuthbert, president and
chief executive of Click Forensics. "It's clearly
getting worse, not
better."

Click fraud takes advantage of the pay-per-click

GOOG-DOJ-16948169

model of advertising used
by Google (nasdaq: GOOG - news - people ) and Yahoo!
(nasdaq: YHOO - news -
people ), employing automatic clicking software to
artificially boost ad
revenue or drain a competitor's ad budget.

Click Forensic's report, culled from click logs
provided by more than 4,000
advertisers, shows that click fraudsters are
increasingly using a more
wholesale method: They infect tens of thousands of
unwitting PCs with
malware, turning a herd of computers into a massive
"botnet" capable of
flooding a site with useless and expensive clicks.
In the last three months,
Click Forensics reports that botnet click fraud has
doubled, driving the
overall fraud rate higher.

Climbing rates of fraudulent clicks have been
largely ignored by Google and
Yahoo!, says Kris Jones, president and chief
executive of Pepperjam, an
Internet marketing agency. And aside from auditing
organizations like Click
Forensics, Jones says that only Google and Yahoo!
themselves have access to
the data necessary to demonstrate the scope of the
problem.

"When we say there's something going on, Google
tells us to document it. We
say we don't have enough information to document it,
and it goes back and
forth like that," says Jones. "So most advertisers
just chalk it up to one
of the costs of doing business."

Google and Yahoo! both refund advertisers for a
certain percentage of clicks
based on their click fraud estimates. Yahoo!'s vice
president of marketplace
quality, Reggie Davis, says Yahoo! assumes a click
fraud rate of between 12%
and 15% of clicks.

While Google executives couldn't be reached for
comment, the company's
business product manager, Shuman Ghosemajumder,
estimated in a February blog

HIGHLY CONFIDENTIAL

entry that click fraud accounts for less than 10% of
clicks.

Google is also far less likely to respond favorably
to complaints in
exceptionally egregious click fraud cases, says
Jones. And Click Forensic's
Tom Cuthbert says that Google has lagged behind
Yahoo! in addressing the
problem and has been more resistant of third-party
auditing.

Publicly, Google has largely denied the existence of
click fraud while
privately acknowledging the problem. In March 2006,
Google CEO Eric Schmidt
announced that click fraud was "immaterial" and
played down the claims of a
class-action lawsuit based on fraudulent clicks.
Just days later, Google
settled with the plaintiffs for $90 million.

While Google largely ignores click fraud complaints
from advertisers, it's
still quick to ban publishers it suspects of using
the tactic, says Joel
Comm, an Internet entrepreneur and author of The
Adsense Code.

"There's no recourse," Comm says. "Google simply
sends you a polite e-mail
saying they've detected abnormal clicks and your
account has been closed.
You're locked out."

Comm's larger complaint, echoed by parties on both
sides of the click fraud
issue, is Google's general lack of transparency, a
tight-lipped secrecy that
also applies to the Web giant's pricing schemes for
Adwords and its
constantly tweaked search algorithm.

"Nobody knows what's really going on," says Comm.
"Google's Adsense team is
about as 'hush hush' as a high-level government
agency."

--

Business Product Manager, Trust & Safety



--

Director, Product Marketing Communications
Google, Inc.
m:
w:

--

Director, Product Marketing Communications
Google, Inc.
m:
w:

--

_____

Sundar Pichai
Google, Inc.

Voice:
Email: