# Exhibit 12

**From:**
**To:**
**Sent:** Tue, 17 Apr 2007 10:44:38 -0700
**Subject:** Re: [Project-liberty] Fwd: [John Battelle's Searchblog] New Comment Posted to 'GoogleClick Round Up In Advance Of Eric S. Interview'
**Cc:** Sundar Pichai

adding Sundar (PM Director for Google Pack)

I'm chatting with Sundar right now and he will have a response shortly

On 4/17/07, ███████ <███████> wrote:

Team:

A reader of John Battelle's Searchblog writes that the Spyware Doctor which is part of Google Pack removes DC tracking cookies as spyware. Is this true? Eric will be on stage w/John at Web 2.0 in an hour and he may raise this issue. Thanks for your prompt attention to this.

---------- Forwarded message ----------
From: **John Battelle** < jbat@battellemedia.com>
Date: Apr 17, 2007 9:10 AM
Subject: Fwd: [John Battelle's Searchblog] New Comment Posted to 'GoogleClick Round Up In Advance Of Eric S. Interview'
To:

This is a funny one. True?

-----------------

John Battelle

Chairman, Federated Media: http://federatedmedia.net
Searchblog: http://battellemedia.com/
jbat@battellemedia.com
415.332.6955 FMP office
415.461.5966 home office
415.846.5510 cel


Begin forwarded message:

**From:** jg_note@yahoo.com
**Date:** April 17, 2007 9:05:51 AM PDT
**To:** jbat@battellemedia.com
**Subject:** [John Battelle's Searchblog] New Comment Posted to 'GoogleClick Round Up In Advance Of Eric S. Interview'

A new comment has been posted on your blog John Battelle&#39;s Searchblog, on entry #3539 (GoogleClick Round Up In Advance Of Eric S. Interview).

View this comment: <http://battellemedia.com/archives/003539.php>
Edit this comment: <http://battellemedia.com/cgi-bin/mt/mt.cgi?__mode=view&_type=comment&id=121049&blog_id=1>

IP Address: 24.6.140.86
Name: JG
Email Address: jg_note@yahoo.com
URL:
Comments:

Here is another question. This one (I apologize in advance) is a little more snarky than my previous, more earnest, one.

Eric: If I download Google Pack, it bundles the "Spyware Doctor" software.

Spyware Doctor detects and removes DoubleClick tracking cookies.

So Google essentially admits that DoubleClick, to this very day, behaves like spyware.

How do you reconcile this with your purchase of DoubleClick? Why is this not a double standard?


--
Powered by Movable Type
Version 3.34
http://www.sixapart.com/movabletype/



--
███████████ | Google Corporate Communications | w: ██████████ | m: ██████████ |
████████████

_____
Project-liberty mailing list
████████████████████████████████████████████████

HIGHLY CONFIDENTIAL
GOOG-TEX-00380603

Project-liberty mailing list
[redacted]

HIGHLY CONFIDENTIAL