## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google, LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Talbot Hansum, enters his appearance in this matter as counsel for The State of Texas for the purpose of receiving notices and orders from the Court. As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV 5(a)(2)(A).

Date: April 23, 2024

Respectfully submitted,

*/s/ Talbot Hansum*
Talbot Hansum

Talbot Hansum (SBN 24084586)
talbot.hansum@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Tel:    (512) 474-5201
Fax:   (512) 536-4598

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on **April 23, 2024**, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

                                              */s/ Talbot Hansum*
                                              Talbot Hansum