**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| THE STATE OF TEXAS, et al., § § Plaintiffs, § v. § GOOGLE LLC, § § Defendant. § § § § | Civil Action No. 4:20-cv-00957-SDJ |

**JOINT MOTION FOR AN ORDER
FOR REPRODUCTION OF DISCOVERY**

Defendant Google LLC ("Google") and Plaintiffs jointly move the Court to enter the parties' Stipulation and Proposed Order for Reproduction of Discovery ("Proposed Order"), attached as Exhibit A.

Following remand of this case from *In re Google Digital Advertising Antitrust Litig.*, No. 1:21-md-03010 (S.D.N.Y.) ("MDL"), and in the absence of an operative coordination order, the parties are currently unable to use in this case the relevant discovery materials produced by third parties in *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.) ("EDVA Action") during the coordinated discovery period between the EDVA Action and the MDL. The Proposed Order is to enable the parties to use those relevant discovery materials in this case in a manner that is consistent with the governing Modified Protective Order in the EDVA Action (entered as docket entry 203 in the EDVA Action). If entered, Google will promptly serve the Order on third parties in the EDVA Action to afford them an opportunity to seek a protective order from this Court.

Therefore, the parties respectfully request that this Court enter the Proposed Order.

1

Dated:  April 23, 2024

/s/ W. Mark Lanier
W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
10940 W. Sam Houston Pkwy N,
Suite 100
Houston, TX 77064
(713) 659-5200
THE LANIER LAW FIRM, PLLC

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, North Dakota, Mississippi, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

Ashley Keller
ack@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990
Noah S. Heinz
noah.heinz@kellerpostman.com
1101 Connecticut, N.W., 11th Floor
Washington, DC 20005
(202) 918-1123
KELLER POSTMAN LLC

NORTON ROSE FULBRIGHT US LLP
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100

Respectfully submitted,

/s/ R. Paul Yetter
R. Paul Yetter
State Bar No. 22154200
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr (pro hac vice)
Freshfields Bruckhaus Deringer US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4500
eric.mahr@freshfields.com

*Attorneys for Defendant Google LLC*

2

Houston, Texas 77010
(713) 651-5151
Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

 */s/ Brent Webster*
Brent Webster
First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd
Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor Young
Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov
STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

**CERTIFICATE OF SERVICE**

I certify that on April 23, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ R. Paul Yetter*
R. Paul Yetter

**CERTIFICATE OF CONFERENCE**

I certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

*/s/ R. Paul Yetter*
R. Paul Yetter