## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal Opening Brief for the May 2, 2024 Special Master Conference ("Opening Brief") and Exhibits 1, 4, 5, and 6, filed on April 23, 2024, the Court finds that Opening Brief and Exhibits 1, 4, 5, and 6 contain confidential information such that there is good cause to file it under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). It is therefore **ORDERED** that Google's Motion should be **GRANTED**. It is further **ORDERED** that the Opening Brief and Exhibits 1, 4, 5, and 6 shall remain under seal.