# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion to File Under Seal, filed on April 23, 2024. The States request leave to file under seal: Appendix A and Exhibits 1, 1-1, 1-2, and 2 to their Brief to the Special Master, filed also on April 23, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on April 23, 2024, is GRANTED.

It is further ORDERED that Appendix A and Exhibits 1, 1-1, 1-2, and 2 to the States' Brief to the Special Master, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.