# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| State of Texas, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-cv-957-SDJ |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date:  04/23/2024

/s/ Julia Tarver Mason Wood
*Attorney's signature*

Julia Tarver Mason Wood
*Printed name and bar number*

U.S. Department of Justice, Antitrust Division
450 Fifth Street NW
Washington, DC 20530
*Address*

Julia.Tarver.Wood@usdoj.gov
*E-mail address*

(202) 552-9047
*Telephone number*

(202) 616-8544
*FAX number*