**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GOOGLE LLC, | ) | Civil Action No. 4:20-cv-00957-SDJ |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**UNITED STATES' MOTION FOR LEAVE**
**TO FILE STATEMENT OF INTEREST**

Pursuant to 28 U.S.C. § 517, which authorizes the Department of Justice "to attend to the interests of the United States" in pending suits, the United States respectfully requests leave to file a Statement of Interest regarding certain issues raised in the above-captioned parties' recent Joint Motion for an Order for Reproduction of Discovery ("Joint Motion"). *See* Dkt. No. 402. The United States became aware of this motion in the afternoon of April 23, 2024.

The relief requested by the Joint Motion in the above-captioned case has the potential to implicate the interests of the United States in litigating a substantially related action, *United States, et al. v. Google LLC*, now pending in the U.S. District Court for the Eastern District of Virginia under docket number 1:23-cv-00108-LMB-JFA ("Virginia Action"). *See, e.g.*, E.D. Tex. Hearing Transcript, Mar. 21, 2024 Status Conference, at 38:2-39:1, Dkt. No. 313. Furthermore, upon preliminary review, the United States is concerned that the relief sought by the parties in the Joint Motion may conflict with the Modified Protective Order currently in place in the Virginia Action.

1

For these reasons, the United States respectfully requests leave to file a Statement of Interest addressing these matters on or before May 1, 2024.

Given that the parties filed their motion jointly, the United States sought to file this motion promptly to indicate its interest. Counsel for the United States emailed counsel for Plaintiffs and the Defendant the morning of April 24, 2024, to inquire about their position on this motion. Counsel for the Plaintiff State of Texas has indicated that it does not oppose this motion. The United States has not yet received a response from Defendant.

A proposed order accompanies this motion.

Dated: April 24, 2024                            Respectfully submitted,

                                                 DOHA G. MEKKI
                                                 Principal Deputy Assistant Attorney General
                                                 Antitrust Division

                                                 /s/ *Julia Tarver Wood*
                                                 JULIA TARVER WOOD

                                                 United States Department of Justice
                                                 Antitrust Division
                                                 450 Fifth Street NW, Suite 7100
                                                 Washington, DC 20530
                                                 Telephone: (202) 307-0077
                                                 Fax: (202) 616-8544
                                                 Email: Julia.Tarver.Wood@usdoj.gov

                                                 **ATTORNEYS FOR THE**
                                                 **UNITED STATES OF AMERICA**

## <u>LOCAL RULE CV-7 CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule CV-7, I certify that I contacted counsel for Plaintiffs and Defendant via email on April 24, 2024, before filing this motion. Counsel for the Plaintiff State of Texas has indicated that it does not oppose this motion. Due to the exigency of the matter, I was not able to complete a conferral with counsel for Defendant prior to filing this motion.

/s/ *Julia Tarver Wood*
JULIA TARVER WOOD

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 24th day of April, 2024, I caused a true and accurate copy of the

foregoing to be filed using the Court's CM/ECF system, which will send an electronic notice of

filing to all counsel of record.


/s/ *Julia Tarver Wood*
JULIA TARVER WOOD
Senior Litigation Counsel