# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) Civil Action No. 4:20-cv-00957-SDJ |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## **ORDER**

Before the Court is the United States' Motion for Leave to File Statement of Interest. In the Motion, the United States requests leave to file a Statement of Interest to address certain issues related to the parties' Joint Motion for an Order for Reproduction of Discovery ("Joint Motion"). *See* Dkt. No. 402.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the United States is permitted leave to file the Statement of Interest, and shall do so on or before May 1, 2024.

_____
Sean D. Jordan
United States District Judge