**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 4:20-cv-00957-SDJ |
| v. | § | |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Having considered Defendant Google LLC's Opposition to the United States' Motion for Leave to File Statement of Interest, the Court finds that the United States' Motion [Dkt. 412] should be denied.  It is therefore **ORDERED** that the United States' Motion for Leave to File Statement of Interest is **DENIED**.