UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE, LLC | § | |

## ORDER RESETTING HEARING

It is **ORDERED** that the May 16, 2024, status conference in this case is reset

for **May 29, 2024, at 11:00 a.m.** at the United States Courthouse located at 7940

Preston Road in Plano, Texas.

**So ORDERED and SIGNED this 25th day of April, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE