UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. § | |
| § | |
| v. § | CIVIL NO. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC § | |

## ORDER

Before the Court are two Unopposed Motions For Leave to File Under Seal. (Dkt. #405, #408). The Court has reviewed the documents and finds that they contain confidential information such that there is good cause to file under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that the Unopposed Motions for Leave to File Under Seal, (Dkt. #405, #408), are **GRANTED.**

It is further **ORDERED** that all documents and exhibits referenced in the granted motions to seal shall remain under seal.

**So ORDERED and SIGNED this 25th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE