UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. | § |
| | § |
| v. | §   CIVIL NO. 4:20-CV-957-SDJ |
| | § |
| GOOGLE LLC | § |

## ORDER

Before the Court is the United States' Motion for Leave to File Statement of Interest, (Dkt. #412), regarding certain issues raised in the parties' recent Joint Motion for an Order for Reproduction of Discovery, (Dkt. #402). Google filed a response in opposition. (Dkt. #414). After full consideration, the Court grants the United States' motion.

It is therefore **ORDERED** that the United States' Motion for Leave to File Statement of Interest, (Dkt. #412), is **GRANTED.**

It is further **ORDERED** that the United States' Statement of Interest must be filed no later than the close of business (i.e., 5:00 p.m. CT) on **April 26, 2024**.

**So ORDERED and SIGNED this 25th day of April, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE