UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

On April 24, 2024, Plaintiff States filed a Corrected Brief to the Special Master that, among other things, requested certain modifications of the Court's Scheduling Order regarding the closure of fact and expert discovery. (Dkt. #410). Given the current timeline in this case, the Court will handle any such request in the first instance.

It is therefore **ORDERED** that the Plaintiff States must file a formal motion with the Court for any requested modification of the Court's Scheduling Order regarding the closure of fact and expert discovery, as proposed in Plaintiff States' Corrected Brief to the Special Master. *See* (Dkt. #410). Any such motion should be filed before close of business on **April 26, 2024**. Plaintiff States should also advise if they request a hearing on any such motion.

**So ORDERED and SIGNED this 25th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE