UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

Before the Court is the Special Master's Sealed Report and Recommendation. (Dkt. #423). It is **ORDERED** that the parties must submit any objections to the Report and Recommendation by close of business on **April 29, 2024**. Any response to objections must be filed by close of business on **April 30, 2024**.

**So ORDERED and SIGNED this 26th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE