UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

Before the Court is Plaintiff States' Unopposed Motion to File Under Seal. (Dkt. #427). Plaintiff States request leave to file under seal their Motion for Modification of Scheduling Order, (Dkt. #432), and exhibits thereto. After full consideration, the motion is **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff States' Unopposed Motion to File Under Seal, (Dkt. #427), is **GRANTED**.

It is further **ORDERED** that the Motion for Modification of Scheduling Order, (Dkt. #432), and exhibits thereto shall remain under seal.

**So ORDERED and SIGNED this 26th day of April, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE