UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff States' Unopposed Motion to File Under Seal, (Dkt. #434), wherein Plaintiff States request leave to file under seal Appendix A and Exhibits 1, 1-1, 1-2, and 2 to their brief to the Special Master filed on April 23, 2024. However, the Court already granted Plaintiff States leave to file these documents under seal. (Dkt. #420). Therefore, the pending motion to seal, (Dkt. #434), is moot.

Therefore, it is **ORDERED** that Plaintiff States' Unopposed Motion to File Under Seal, (Dkt. #434), is **DENIED as moot**.

So ORDERED and SIGNED this 29th day of April, 2024.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE