# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States of Texas's Unopposed Motion to File Under Seal, filed on April 28, 2024. Texas requests leave to file under seal: PLAINTIFF'S SUPPLEMENT IN SUPPORT OF MOTION FOR MODIFICATION OF SCHEDULING ORDER and the exhibits thereto, filed also on April 28, 2024. For good cause shown, this Court hereby GRANTS the Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff's Unopposed Motion to File Under Seal, filed on April 28, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF'S SUPPLEMENT IN SUPPORT OF MOTION FOR MODIFICATION OF SCHEDULING ORDER and the exhibits thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.