UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff States' Motion for Modification of Scheduling Order, (Dkt. #432), and Supplement in Support of Motion for Modification of Scheduling Order, (Dkt. #435). It is **ORDERED** that Google must respond by **close of business today**, April 29, 2024.

So ORDERED and SIGNED this 29th day of April, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE