IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal Google's Objections to the Special Master's Report and Recommendation ("Objections") and Exhibits 1, 2, 3, and 4 thereto ("Exhibits"), filed on April 29, 2024, the Court finds that the Objections and Exhibits contain confidential information such that there is good cause to file it under seal.  *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).  It is therefore **ORDERED** that Google's Motion should be **GRANTED**.  It is further **ORDERED** that Google's Objections to the Special Master's Report and Recommendation and its attached Exhibits 1, 2, 3, and 4 shall remain under seal.