## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:20-cv-00957-SDJ |
| § | |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |

### ORDER

Having considered Plaintiffs' Motion for Modification of the Scheduling Order, ECF No. 432, Google's Response, and any replies, the Court finds that Plaintiffs' Motion should be denied. It is therefore **ORDERED** that Plaintiffs' Motion for Modification of the Scheduling Order is **DENIED**.