**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
|     Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
|     Defendant. | § | |

## ORDER

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal Exhibit A to Google's Opposition ("Opposition") to Plaintiffs' Motion to Modify the Schedule, filed on April 29, 2024, the Court finds that Exhibit A contains confidential information such that there is good cause to file it under seal.  *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).  It is therefore **ORDERED** that Google's Motion should be **GRANTED**.  It is further **ORDERED** that Exhibit A attached to Google's Opposition shall remain under seal.