IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion to File Under Seal, filed on April 30, 2024. The States request leave to file under seal: PLAINTIFF STATES' RESPONSE TO DEFENDANT GOOGLE'S OBJECTION TO REPORT AND RECOMMENDATION and the exhibit thereto, filed also on April 30, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on April 30, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF STATES' RESPONSE TO DEFENDANT GOOGLE'S OBJECTION TO REPORT AND RECOMMENDATION (ECF NO. 423) and the exhibit thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.