IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | Hon. Sean D. Jordan |
| | § | Special Master: David T. Moran |
| Defendant. | § | |

**GOOGLE'S REDACTED APRIL 23, 2024 OPENING BRIEF (ECF NO. 406) AND EXHIBITS 2 AND 3**

Defendant Google LLC ("Google") respectfully submits redactions to its April 23, 2024 Opening Brief to the Special Master, ECF No. 406, and unredacted Exhibits 2 and 3 thereto. Google is still conferring with Plaintiffs on their proposed redactions to Exhibits 1, 4, and 5, which Plaintiffs requested be filed under seal in their entirety. Google has requested that Plaintiffs instead propose redactions and will file redacted versions when received.

Dated: April 30, 2024

Respectfully submitted,

*/s/ R. Paul Yetter*
R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com
ATTORNEYS FOR GOOGLE LLC

### CERTIFICATE OF SERVICE

I certify that on April 30, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ R. Paul Yetter*
R. Paul Yetter
