# EXHIBIT 3

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION

 3  THE STATE OF TEXAS, ET AL )
                              )
 4  vs.                       )  CASE NO. 4:20-CV-957-SDJ
                              )
 5  GOOGLE LLC                )

 6

 7  *********************************************************

 8

 9           SPECIAL MASTER DISCOVERY HEARING

10                    APRIL 4, 2024

11
    *********************************************************
12

13       SPECIAL MASTER HEARING, via Zoom, was taken in the

14  above-styled and numbered cause before Special Master

15  David Moran on the 4th day of April, 2024, from

16  10:02 a.m. to 11:27 a.m., before Melinda Barre,

17  Certified Shorthand Reporter in and for the State of

18  Texas, reported by computerized stenotype machine, all

19  parties appearing remotely via web videoconference,

20  pursuant to the rules of procedure and the provisions

21  stated on the record or attached hereto.

22

23

24

25
```

```
 1                        APPEARANCES
           (ALL APPEARED VIA ZOOM VIDEO CONFERENCE.)
 2


 3  FOR THE STATES:

 4       Mr. Zeke DeRose, III
         THE LANIER LAW FIRM, PC
 5       10940 W. Sam Houston Parkway N., Suite 100
         Houston, Texas 77064
 6
         Telephone: 713.659.5200
 7       E-mail: zeke.derose@lanierlawfirm.com


 8
         Mr. Marc Brian Collier
 9       NORTON ROSE FULBRIGHT US LLP
         600 Congress, Suite 2400
10       Austin, Texas 78701

11       Telephone: 512.474.5201
         E-mail: marc.collier@nortonrosefulbright.com
12

13       Ms. Geraldine W. Yung
         NORTON ROSE FULBRIGHT US LLP
14       1301 McKinney, Suite 5100
         Houston, Texas 77010
15
         Telephone: 713.651.5437
16       E-mail: geraldine.young@nortonrosefulbright.com

17
         Mr. John W. McBride
18       NORTON ROSE FULBRIGHT US LLP
         1045 W. Fulton Market, Suite 1200
19       Chicago, Illinoise 60607

20       Telephone: 312.974.7744
         E-mail: john.mcbride@nortonrosefulbright.com
21

22

23

24

25
```

```
 1                  APPEARANCES (Continued)

 2      Mr. Trevor Young
        Mr. James Lloyd
 3      STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL
        ANTITRUST DIVISION
 4      P.O. Box 12548, 7th Floor
        Austin, Texas 78711
 5
        Telephone: 512.936.2334
 6      E-mail: trevor.young@oag.texas.gov


 7
        Mr. Roger Alford
 8      UNIVERSITY OF NOTRE DAME
        3119 Eck Hall of Law
 9      Notre Dame, Indiana 46556

10      Telephone: 574.631.3771
        E-mail: ralford@nd.edu
11

12      Mr. Kyle Bates
        Ms. Camila Ringeling
13      HAUSFELD LLP
        33 Whitehall Street
14      New York, New York 10004

15      Telephone: 415.744.1966
        E-mail: kbates@hausfeld.com
16

17      Mr. Roger Alford
        UNIVERSITY OF NOTRE DAME
18      3119 Eck Hall of Law
        Notre Dame, Indiana 46556
19
        Telephone: 574.631.3771
20      E-mail: ralford@nd.edu

21

22

23

24

25
```

```
 1                     APPEARANCES (Continued)

 2

 3  FOR GOOGLE LLC:

 4       Mr. Paul Yetter
         Ms. Mollie Bracewell
 5       Mr. Jamie Aycock
         YETTER COLEMAN LLP
 6       811 Main Street, Suite 4100
         Houston, Texas 77002
 7
         Telephone: 713.632.8000
 8       E-mail: pyetter@yettercoleman.com

 9
         Mr. Robert John McCallum
10       Ms. Lauren Kaplin
         Ms. Lauren Vaca
11       FRESHFIELDS BRUCKHAUS DERINGER US LLP
         3 World Trade Center
12       175 Greenwich Street, 51st Floor
         New York, New York 10007
13
         Telephone: 212.284.4910
14       E-mail: rob.mccallum@freshfields.com

15
    ALSO PRESENT:  David Moran, Special Master
16                 William Nilsson

17

18

19

20

21

22

23

24

25
```

 1              SPECIAL MASTER:  Good morning.  Let's get
 2  started.  We're here again for our regular hearings
 3  before the special master in the State of Texas, et al
 4  versus Google, Cause No. 20-cv-957 in the United States
 5  District Court for the Eastern District of Texas,
 6  Sherman Division.
 7              Let's begin as we usually do with
 8  appearance of counsel and it will be helpful for
 9  Melinda, I think, this morning.  She may not have a list
10  of all of the usual counsel that have participated in
11  our previous hearings.
12              So on behalf of the States, Mr. DeRose,
13  would you like to kick it off?
14              MR. DeROSE:  Yes, sir.  Thank you.  And as
15  you noted, Mr. Lanier is starting a trial in Montana.
16  Voir dire, opening statements and witness -- first
17  witness, I think, on Monday.  So deep in witness prep.
18              But Zeke DeRose for the Lanier Law Firm
19  and the State of Texas.  We've also got on our team here
20  Mark Collier, Geraldine Young and John McBride from
21  Norton Rose Fulbright.  We have from the Texas AG's
22  office James Lloyd and Trevor Young.  We also have Roger
23  Alford, A-l-f-o-r-d, for the State of Texas from Notre
24  Dame.  We also have from the plaintiff states Mr. Kyle
25  Bates from the Hausfeld firm and he represents the State

 1                So that's a nice segue, I think, now to
 2  Google's disputes on the 30(b)(6), No. 1.  I read that
 3  to be the parties appear to have reached a resolution as
 4  to scope of the 30(b)(6).  And we don't need to talk
 5  about scope but need to talk about scheduling.  Is that
 6  a fair read of the lay of the land?
 7                MR. YETTER:  If you'd like me to start,
 8  I'm happy to start, Special Master.
 9                SPECIAL MASTER:  That would be fine.
10                MR. YETTER:  Okay.  I do believe we've
11  reached an agreement about scope, if I could just get
12  that confirmed, because we think we have; and we put it
13  in our piece of the submission to you.
14                But I'm sure the State agrees but if they
15  don't, they should say so now and we can put that issue
16  to bed.
17                SPECIAL MASTER:  What sayeth the States?
18                MS. YOUNG:  We are agreed with scope.  And
19  you'll see that each State has essentially agreed to
20  testify about everything except, of course, anything
21  that's privileged or protected across all the topics.
22                And I will tell you it's been a huge
23  effort on the States' part, I think, to make that
24  concession in light of the case law that we cited to
25  Google where motion for protective orders have been

1  STATE OF TEXAS

2  COUNTY OF HARRIS

3              REPORTER'S CERTIFICATE

4          SPECIAL MASTER DISCOVERY HEARING

5                 APRIL 4, 2024.

6

7     I, the undersigned Certified Shorthand Reporter in

8  and for the State of Texas, certify that the facts

9  stated in the foregoing pages are true and correct.

10    I further certify that I am neither attorney or

11 counsel for, related to, nor employed by any parties to

12 the action in which this testimony is taken and,

13 further, that I am not a relative or employee of any

14 counsel employed by the parties hereto or financially

15 interested in the action.

16    SUBSCRIBED AND SWORN TO under my hand and seal of

17 office on this the 8th day of April, 2024.

18

19

20                            _____

21                            Melinda Barre, CSR
                              Texas CSR 2192
22                            Expiration:  12/31/25

23

24

25