*FILED UNDER SEAL*

# Exhibit 1-2

| TOPIC No./Nos. | Summary of Topics / Google Designations | Date(s) | Start Time | Witness | Remote / In-Person | If date/witness left blank, please confirm if Google is refusing to provide a witness |
|---|---|---|---|---|---|---|
| 13 | Dashboards | 3/11/2024 | | ▓▓ | In-Person | |
| 71, 73 | Google designates ▓▓▓▓ to testify regarding the contents of GAM, AdX Direct, and the process for entering into such contracts (Topics 71, 73). | 4/12/2024 | | ▓▓▓▓ | Remote | |
| *See Emails | ** ▓▓ only originally designated to testify on topics from 2012-2020 | 4/20/24 TBD | | ▓▓▓ | Remote | |
| 72 | Google designates ▓▓▓ to testify regarding the contents of Yavin contracts and the process for entering into such contracts (Topics 72). | 4/23/2024 | 9 am PST | ▓▓▓ | Remote | |
| 7, 8, 9, 11, 14, 20, 21, 23, 24, 25, 26, 28, 31, 34, 43, 46, 47, 49, 56, 63, 64, 67, 78, 79, 80, 81, 82, 84, 88, 91, 92, 93, 94, 99, 103, 107 | • Processes by which Google engineering personnel are initially educated or onboarded regarding  the buy-side Ad Tech Auction Mechanics at issue in Plaintiffs' Fourth Amended Complaint (Topics 7, 8); <br> • The types of technical documentation that were regularly created in the ordinary course of  business for Google Ads and DV360 (limited to features and functionality relevant to this case, e.g., display ads) (Topic 9); <br> • The operation, design, and expected benefits of Bernanke, Poirot, Elmo, AwBid, and Google Smart  Bidding as applied to display ads (Topics 11, 14, 20, 21, 23, 24, 25, 26, 28,  31, 34, 43, 46, 47, 49, 56, 63, 64, 67, 69, 78, 79, 80, 81, 82, 84, 88, 91, 92, 93, 94, 99, 101, 103, 107). | 4/26/2024 | | ▓▓▓▓▓ | In-Person | |
| 104(c) | Topic 104(c).  We understand from our discussions that Plaintiffs are not asking Google to analyze or speculate as to whether any product change had any effect on header bidding.  The only three product changes that you identify within the topic are line-item caps, line item caps, "data redactions," and minimum bid to win data.  Google designates ▓▓▓▓ to testify regarding line item caps.  Mr. ▓▓ is sitting for a 30(b)(1) deposition on April 26 (which was rescheduled at plaintiffs request), and we ask that Plaintiffs complete their 30(b)(6) designation of Mr. ▓▓ at the same time.  We think this is more than reasonable given that Plaintiffs already have access to Mr. ▓▓'s investigative deposition transcript. | 4/26/2024 | *The States are entitled to take 7 hours for Mr. ▓▓'s Rule 30(b)(1) fact deposition - please confirm that Mr. ▓▓ will be available past the 7 hours to testify on Topic 104(c), which the States expect to only last for approximately one hour | ▓▓ | Remote | |
| 20, 37, 39 | Google designates ▓▓▓ to testify regarding Google's policies and procedures for public  statements to customers about the Google Ad Tech Products referenced in the Fourth Amended Complaint and/or for customer notifications regarding product changes for those same products (Topics 20, 37, 39). | 4/30/2024 | | ▓▓▓ | Remote | |
| 68, 70, 77 | Google will provide a designee shortly to testify regarding market share calculations for sell-side-side products that Google regularly performs in the ordinary course of business (if any) and competitive intelligence or company tracking of sell-side ad tech companies or products (Topic 68, 70, 77). <br><br> Google designates ▓▓▓ to testify regarding competitive intelligence or company tracking of sell-side ad tech companies or products, market share calculations (if any) for sell-side products, pricing of sell-side products, and the information that Google makes available to customers using Google Ad Manager.  Ms. ▓▓ is available on May 1 either remotely or in-person at Freshfields New York office. <br><br> Topics 104(d), 104(m).  As I noted on April 9, we believe this topic is covered by Google's designation of ▓▓▓ to testify regarding the data and reporting that Google makes available to its publisher customers.  As such, we're not identifying anyone else. | 5/1/2024 | | ▓▓▓▓ | Remote | |



| | Google designates ███████ to testify regarding market share calculations for buy-side products that Google regularly performs in the ordinary course of business (if any) and competitive intelligence or company tracking of buy-side ad tech companies or products (Topic 77).<br><br>Topic 32:  Google designates ███████ to testify regarding information that Google makes available to advertiser customers using Display and Video 360 and/or Google Ads.  Google also agrees to designate a witness to testify regarding the information that Google makes available to publisher customers using Google Ad Manager.  This will be the same sell-side designee as discussed above.<br><br>Topics 85-87.  Google designates ███████ to testify regarding the pricing of Display and Video 360 and Google Ads.  Google will designate a witness to testify regarding the pricing of Google Ad Manager (including DFP and AdX).  This will be the same sell-side designee as discussed above.<br><br>Topic 36<br>We agreed that the scope of discovery relating to the privacy sandbox is subject to dispute and will be determined soon.  I noted for planning purposes that ███████ | | | | | |
|---|---|---|---|---|---|---|
| 32, *36, 77, 85-87 | ███████ would likely be Google's designee regarding the Privacy Sandbox. | 5/2/2024 | | ███████ | In-Person | |