UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### MEMORANDUM ADOPTING IN PART REPORT AND RECOMMENDATION OF THE SPECIAL MASTER

Before the Court is Special Master David Moran's Report and Recommendation, (Dkt. #423), concerning Google's Motion for Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin, Sundar Pichai, and Neal Mohan, (Dkt. #349). The Court referred this motion to the Special Master on April 12, 2024. (Dkt. #367). Google filed its Objections to the Report and Recommendation. (Dkt. #440). However, Google stated that it "does not object to the recommendation that Neal Mohan, a former DoubleClick top executive and now CEO of YouTube, be deposed personally for a limited time." (Dkt. #440 at 1 n.1).

After full consideration, the Report and Recommendation of the Special Master, (Dkt. #423), is **ADOPTED in part** at this time. The Report and Recommendation is adopted with respect to the Special Master's recommendation that Neal Mohan be deposed personally for a limited time.

It is therefore **ORDERED** that Google's Motion for Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin, Sundar Pichai, and Neal Mohan, (Dkt. #349), is **DENIED in part**. Neal Mohan shall be deposed for no more than four hours.

1

Google has maintained its objections to the requested depositions of Sergey Brin and Sundar Pichai, and this portion of the Report and Recommendation, (Dkt. #423), remains under consideration.

**So ORDERED and SIGNED this 1st day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE