UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court are five motions to seal: Google LLC's Unopposed Motion for Leave to File its Opening Brief to the Special Master for the April 4, 2024 Hearing Under Seal, (Dkt. #323); Plaintiff States Unopposed Motion to File its Supplement in Support of Motion for Modification of Scheduling Order Under Seal, (Dkt. #437); Google LLC's Unopposed Motion to File its Objections to the Special Master's Report and Recommendation, and Exhibits 1, 2, 3, and 4 thereto, Under Seal, (Dkt. #439); Google LLC's Unopposed Motion to File Exhibit A to its Opposition to Plaintiff's Motion to Modify the Scheduling Order Under Seal, (Dkt. #443); and Plaintiff States' Unopposed Motion to File its Response to Defendant Google's Objection to Report and Recommendation Under Seal, (Dkt. #446). The Court has reviewed the documents and finds that they contain confidential information such that there is good cause to file under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that the aforementioned Motions for Leave to File Under Seal, (Dkt. #323, #437, #439, #443, #446), are **GRANTED.**

It is further **ORDERED** that all documents and exhibits referenced in the

granted motions to seal shall remain under seal.

**So ORDERED and SIGNED this 1st day of May, 2024.**

                                                        SEAN D. JORDAN  
                                                       UNITED STATES DISTRICT JUDGE