UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. § | |
| § | |
| v.  § | CIVIL NO. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC § | |

# ORDER

On April 15, 2024, Google LLC ("Google") filed an Opposed Motion for Leave to File Supplemental Briefing on its Rule 12(b)(1) Motion to Dismiss. (Dkt. #373). Google avers that the supplement is warranted following the filing of Plaintiff States' Advisory Regarding Relief Sought. (Dkt. #366). Plaintiff States respond that Google's request to file supplemental briefing is another instance of "Google's persistent unwillingness to cede the last word." (Dkt. #383). After considering the motion, response, applicable law, and fluctuations in the relief sought by the respective Plaintiff States, the Court finds that there is good cause to grant the motion.

It is therefore **ORDERED** that Google's Motion for Leave to File Supplemental Briefing, (Dkt. #373), is **GRANTED**. The Clerk's Office is directed to extract Google's Supplemental Briefing in Support of its Rule 12(b)(1) Motion, (Dkt. #373-1), and file it of record with a file date of April 15, 2024.

**So ORDERED and SIGNED this 1st day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE