AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| State of Texas, et al.<br>*Plaintiff*<br>v.<br>Google LLC<br>*Defendant* | )<br>)<br>) Case No. 4:20-cv-957-SDJ<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF TEXAS

Date: 05/01/2024

*Attorney's signature*

Cole C. Pritchett, Bar No. 24134376
*Printed name and bar number*
300 W. 15th St.
Austin, TX 78701-1649

*Address*

cole.pritchett@oag.texas.gov
*E-mail address*

(512) 463-1262
*Telephone number*

(512) 320-0975
*FAX number*