UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER EXTENDING CERTAIN DEADLINES

The Court, having considered and granted Plaintiff States' Motion for Modification of Scheduling Order, (Dkt. #432), issues this Order Extending Certain Deadlines. The following actions shall be completed by the dates indicated:

## DEADLINES

| **Deadline** | **Event** |
|---|---|
| 05/03/2024 | Close of fact discovery.[1] |
| 06/07/2024 | Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| 07/30/2024 | Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| 08/27/2024 | Disclosure of rebuttal expert testimony. |
| 10/05/2024 | Close of expert discovery. |

---

[1] As stated in the Court's prior order on Plaintiff States' Motion for Modification of Scheduling Order, (Dkt. #432), the fact discovery deadline will remain the same. However, the Court will permit Plaintiff States to conduct the already-noticed outstanding depositions by May 24, 2024, while maintaining the May 3, 2024, fact discovery deadline. The Court will not allow any further depositions that were not noticed by May 1, 2024.

| | |
|---|---|
| 11/09/2024 | Deadline for motions for summary judgment. |
| 11/09/2024 | Deadline to object to all expert testimony (i.e., deadline for *Daubert* motions). Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objection. |
| 11/30/2024 | Deadline for responses to *Daubert* motions and responses to motions for summary judgment. |
| 12/14/2024 | Deadline for replies to *Daubert* motions and replies to motions for summary judgment. |

All other deadlines in the Court's Scheduling Order, (Dkt. #194), shall remain the same.

**So ORDERED and SIGNED this 1st day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE