UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

The Court has under consideration Special Master David Moran's Report and Recommendation, (Dkt. #423), concerning Google's Motion for Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin and Sundar Pichai, (Dkt. #349), as well as Google's Objections to the Report and Recommendation, (Dkt. #440), and Plaintiff States' Response to Google's Objections to the Report and Recommendation, (Dkt. #447). The Court finds that the upcoming deposition of Neal Mohan, which should occur as soon as possible, bears on this issue currently before the Court.

It is therefore **ORDERED** that within three business days of the completion of Neal Mohan's deposition, the parties may each file a supplement with respect to Google's Motion for Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin and Sundar Pichai, (Dkt. #349). Each side's supplemental brief shall not exceed five pages in length, exclusive of exhibits and attachments.

So ORDERED and SIGNED this 2nd day of May, 2024.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE