UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is the parties' Joint Motion for an Order for Reproduction of Discovery. (Dkt. #402). The Court will hold a hearing on this matter.

It is therefore **ORDERED** that a hearing on the Joint Motion for an Order for Reproduction of Discovery, (Dkt. #402), will take place on **Monday, May 6, 2024**, at **10:00 a.m.**, at the United States Courthouse, Courtroom 105, 7940 Preston Road, Plano, TX 75024.

It is further **ORDERED** that, if Google wishes to object to the Special Master's Order concerning expert reports served by the Department of Justice and Google in *United States v. Google LLC*, No. 1:23-cv-108-LMB-JFA, pending in the United States District Court for the Eastern District of Virginia, (Dkt. #418), under Federal Rule of Civil Procedure 53, it must do so by **Monday, May 6, 2024**.

**So ORDERED and SIGNED this 2nd day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE