# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) Civil Action No. 4:20-cv-00957-SDJ |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## SUPPLEMENT TO UNITED STATES' STATEMENT OF INTEREST REGARDING CERTAIN ISSUES RAISED BY ATTEMPT TO RE-USE DISCOVERY

Pursuant to the Court's order of April 25, 2024 (Dkt. No. 421), the United States submitted a Statement of Interest (Dkt. No. 430) related to the parties' Joint Motion for an Order for Reproduction of Discovery (Dkt. No. 402). In that Statement of Interest, the United States informed the Court that the United States and its co-plaintiffs were "considering whether to seek additional relief with respect to the magistrate judge's order" denying coordination between this case and the case filed by the United States in Virginia. Dkt. No. 430, at 7. The United States files this supplement to its Statement of Interest to inform the Court that it and its co-plaintiffs have proceeded with filing such objections. A copy of the United States' filing is attached as Exhibit A.

Dated: May 3, 2024	Respectfully submitted,

DOHA G. MEKKI
Principal Deputy Assistant Attorney General
Antitrust Division

/s/ *Julia Tarver Wood*
JULIA TARVER WOOD

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

**ATTORNEYS FOR THE
UNITED STATES OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify on this 3d day of May, 2024, I caused a true and accurate copy of the foregoing to be filed using the Court's CM/ECF system, which will send an electronic notice of filing to all counsel of record.

/s/ *Julia Tarver Wood*
JULIA TARVER WOOD
Senior Litigation Counsel