# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**THE STATE OF TEXAS, ET AL**

v.                                                                                   Case No. 4:20cv957

**GOOGLE, LLC.**

PLAINTIFF:  Mark Lanier, Zeke DeRose, James Lloyd, A.G. Ken Paxton, Trevor Young, Jim Renard, Julia Wood

DEFENDANT: Jamie Aycock

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 5/6/2024.

**Motion Hearing (de#402)**

| | |
|---|---|
| 10:04 am | The Court called the case, noting the appearance of counsel and parties. |
| 10:06 am | Mr. Lanier addresses the Court regarding the motion. |
| 10:09 am | Mr. Aycock addresses the Court regarding the motion. |
| 10:11 am | Ms. Wood addresses the Court regarding the motion. |
| 10:15 am | The Court addresses the parties. |
| 10:23 am | Mr. Lanier responds to the Court. |
| 10:24 am | Mr. Aycock responds to the Court. |
| 10:26 am | The Court addresses Mr. Aycock's question to the Court. |

| | |
|---|---|
| 10:30 am | Ms. Wood addresses the Court. |
| 10:31 am | The Court addresses the parties. |
| 10:33 am | Court adjourned. |