IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § § | |

**GOOGLE'S REDACTED APRIL 29, 2024, OBJECTIONS TO REPORT AND RECOMMENDATION AND EXHIBITS 1-4 [ECF No. 440]**

Defendant Google LLC ("Google") respectfully submits redactions to its April 29, 2024, Objections to Report and Recommendation (ECF No. 440), and unredacted exhibit 1 and redacted exhibits 2-4 thereto.

Dated: May 6, 2024

Respectfully submitted,

/s/ Paul Yetter

R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
pyetter@yettercoleman.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com

ATTORNEYS FOR PETITIONERS
GOOGLE LLC AND ALPHABET INC.

### CERTIFICATE OF SERVICE

I certify that on May 6, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ R. Paul Yetter
R. Paul Yetter