# EXHIBIT 3

## FILED UNDER SEAL

| | |
|---|---|
| **From:** | SESSIONS, Justina (JKS) |
| **Sent:** | Thursday, April 25, 2024 9:37 AM |
| **To:** | Zeke DeRose III; Marc B. Collier; Geraldine W. Young; BAYOUMI, Jeanette |
| **Cc:** | Paul Yetter; MCCALLUM, Robert; Bracewell, Mollie; MAHR, Eric (EJM); Moran, David; Nilsson, William (DAL); Mark Lanier; Ashley Keller; John McBride; Jonathan Wilkerson; Young, Trevor (TX); Peter M. Hillegas; James Lloyd; Thomas Ray; Alex J. Brown; SALEM, Sara; ELMER, Julie (JSE); SONG, Tinny; Marisa Madaras; Gabriel Culver |
| **Subject:** | RE: Google AdTech (EDTX): Categories and First Priority of States' 30(b)(6) to Google per Special Master Conference |

Dear Zeke –

We are withdrawing ▮▮▮▮▮ as a 30(b)(6) witness entirely.  Mr. ▮▮▮▮▮▮▮ is designated on Ms. ▮▮▮▮ prior topics and the additional ones we noted.  Mr. ▮▮▮▮▮▮▮ will be prepared to testify regarding:

- Google's policies and procedures for public statements to customers about the Google Ad Tech Products referenced in the Fourth Amended Complaint and/or for customer notifications regarding product changes for those same products.
- Communications programs or strategies relating to RPO, DRS, Bernanke, and the Unified First Price auction, including the disclosures made (if any) and the manner in which each was disclosed
- Google's external statements or communications regarding the benefits or drawbacks of auction types.
- Current sell-side product strategies

These designations cover aspects of Topics 20, 37, 39, 40-47, 49, 50-52, 74, 78, 98, and 101(g), (h), (j), and (k).

I also have another update for you:

    Mr. ▮▮▮▮ is available to provide additional 30(b)(6) testimony on May 2 and May 3 from 9-12 ET each day.

Regards,
Tina