# Exhibit A

# EXHIBIT A

## SCHEDULE OF GOOGLE 30(b)(1) DEPONENTS

| NO. | DEPONENT | STATUS | LOCATION |
|---|---|---|---|
| 1 | ███ | Completed on August 17, 2023 | Connecticut |
| 2 | ███ | Completed on November 3, 2023 | New York |
| 3 | ███ | Completed on November 10, 2023 | Washington DC |
| 4 | ███ | Completed on November 15, 2023 | Washington DC |
| 5 | ███ | On March 14, 2024, Google informed Plaintiffs that Mr. ███ is a former employee not represented by Google's counsel. Google provided Plaintiffs with contact information for Mr. ███'s separate counsel. | Plaintiffs to schedule |
| 6 | ███ | Completed on April 1, 2024 | Silicon Valley |
| 7 | ███ | Completed on April 3, 2024 | Remote |
| 8 | ███ | On April 3, 2024, Google informed Plaintiffs that Mr. ███ is a former employee not represented by Google's counsel. Google provided Plaintiffs with his last known address and information on separate counsel that recently represented Mr. ███. | Plaintiffs to schedule |
| 9 | ███ | Completed on April 5, 2024 | New York |
| 10 | ███ | On April 8, 2024, Google informed Plaintiffs that Mr. ███ is a former employee not represented by Google's counsel. Google provided Plaintiffs with last known address and contact information for Mr. ███'s separate counsel. | Plaintiffs to schedule |
| 11 | ███ | Completed on April 17, 2024 | Remote |
| 12 | ███ | Completed on April 19, 2024 | Remote |

| NO. | DEPONENT | STATUS | LOCATION |
| --- | --- | --- | --- |
| 13 | ▮ (notice issued April 17) | Completed on April 26, 2024 | Remote |
| 14 | ▮ | Completed on April 26, 2024 | Remote |
| 15 | ▮ | Completed on April 29, 2024 | New York |
| 16 | ▮ | Scheduled for April 30, 2024 | Remote |
| 17 | ▮ (notice issued April 17) | Scheduled for May 1, 2024 but Plaintiffs withdrew on April 28, 2024 | N/A (withdrawn) |
| 18 | ▮ | Scheduled for May 1, 2024 | New York |
| 19 | ▮ | Scheduled for May 2, 2024 | Remote |
| 20 | ▮ (notice issued on April 17, 2024) | Offered for May 2, 2024.  Google made this offer on April 25 but Plaintiffs have yet to accept it. | Offered in Los Angeles or remote.  Plaintiffs to confirm. |
| 21 | ▮ (notice issued on April 17, 2024) | Offered for May 3, 2024. Google made this offer on April 29. | Offered in New York. Plaintiffs to confirm. |
| 22 | ▮ (notice issued on April 17, 2024) | Plaintiffs noticed for May 3, 2024 and Google offered that date. Google made this offer on April 26 but Plaintiffs have yet to accept it. | Offered in Atlanta or remote.  Plaintiffs to confirm. |
| 23 | ▮ (notice issued on April 17, 2024) | Plaintiffs noticed for May 3, 2024 and Google has offered that date. Google made this offer on April 26 but Plaintiffs have yet to accept. | Offered in New York or remote.  Plaintiffs to confirm. |
| 24 | ▮ (notice issued on April 17, 2024) | On April 22, 2024 Google informed Plaintiffs that Ms. ▮ is a former employee not represented by Google's counsel. On April 26, Google provided Plaintiffs with Ms. ▮'s last known address. | Plaintiffs to schedule. |
| 25 | Neal Mohan | On April 24, Google informed Plaintiffs that if Mr. Mohan is | Offered in Silicon Valley |

| NO. | DEPONENT | STATUS | LOCATION |
|---|---|---|---|
|  |  | required to sit for a 30(b)(1) deposition, he is available on May 3.  Plaintiffs' motion ignore this and incorrectly states that Google has not offered a deposition date for Mr. Mohan. |  |
| 26 | ▮▮▮▮ (noticed issued on April 17, 2024) | Ms. ▮▮▮ is a former employee now employed at Amazon. Google is in the process of determining whether it will represent Ms. ▮▮▮ in connection with the deposition notice issued by Plaintiffs on April 17. | Google to confirm |
| 27 | ▮▮▮▮ (notice issued on April 17, 2024) | Mr. ▮▮▮'s Rule 30(b)(1) Notice was issued after his Rule 30(b)(6) and MDL deposition had been negotiated for late April.  While Google disagrees that Mr. ▮▮▮ should be required to sit for an additional deposition in this matter given the number of times he has already been deposed (including being deposed as a 30(b)(6) witness in this litigation), if his deposition occurs, it will need to occur after May 3. | Google to confirm |
| 28 | Sergey Brin | Google is today filing its Objection to the Special Master's Report and Recommendation in connection with this deposition.  Google notified Plaintiffs on April 9 that Mr. Brin was not available for a deposition before May 3. | Google to confirm |
| 29 | Sundar Pichai | Google is today filing its Objection to the Special Master's Report and Recommendation in connection with this deposition.  Google notified Plaintiffs on April 9 that Mr. Brin was not available for a deposition before May 3. | Google to confirm |