# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion to File Under Seal, filed on May 7, 2024. The States request leave to file under seal: PLAINTIFF STATES' BRIEF TO THE SPECIAL MASTER and the exhibit thereto, filed also on May 7, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on May 7, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF STATES' BRIEF TO THE SPECIAL MASTER and the exhibit thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.