IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

## PLAINTIFF STATES' ADVISORY REGARDING THE PARTIES' STIPULATION FOR REPRODUCTION OF DISCOVERY

Pursuant to the Court's directive at the May 6, 2024 hearing, the Plaintiff States ("States") are conferring with Defendant Google, LLC ("Google") regarding the Parties' filing of an Amended Joint Stipulation for Reproduction of Discovery, related to discovery from parallel litigation. Despite their efforts, the Parties were not able to file an Amended Joint Stipulation as originally expected by this morning and need additional time to confer. The Parties have a meet and confer today, May 7, 2024, at 5:30 PM (Central) and have invited the Department of Justice to participate in the process. In light of the Court's remarks at yesterday's hearing, the States believe, as the Court indicated, that a joint stipulation may not be necessary under the Local and Federal Rules. But the States have provided suggested edits and a path forward for Google in the spirit of cooperation in an attempt to come to an agreement. The Parties will notify the Court of further updates and adhere to the Court's directive regarding timelines.

| | |
|---|---|
| DATED: May 7, 2024 | Respectfully submitted, |
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier | Ashley Keller (*pro hac vice*) |
| Alex J. Brown | **KELLER POSTMAN LLC** |
| Zeke DeRose III | 150 N. Riverside Plaza |
| Jonathan P. Wilkerson | Suite 4100 |
| **THE LANIER LAW FIRM, P.C.** | Chicago, IL 60606 |
| 10940 W. Sam Houston Pkwy N. | Telephone: (312) 741-5220 |
| Suite 100 | Facsimile: (312) 971-3502 |
| Houston, TX 77064 | Email: ack@kellerpostman.com |
| Telephone: (713) 659-5200 | |
| Facsimile: (713) 659-2204 | Zina Bash (Bar No. 24067505) |
| Email: mark.lanier@lanierlawfirm.com | 111 Congress Avenue |
| Email: alex.brown@lanierlawfirm.com | Suite 500 |
| Email: zeke.derose@lanierlawfirm.com | Austin, TX 78701 |
| Email: j.wilkerson@lanierlawfirm.com | Email: zina.bash@kellerpostman.com |
| | |
| | Noah S. Heinz (*pro hac vice*) |
| | 1101 Connecticut Ave., N.W. |
| | 11th Floor |
| | Washington, DC 20036 |
| | Email: noah.heinz@kellerpostman.com |

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm Only), Mississippi, North Dakota, South Carolina, and South Dakota.*

*Submitted on behalf of Plaintiff State of Texas*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General


*/s/ Trevor E. D. Young*
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor E. D. Young, Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov


**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

## CERTIFICATE OF SERVICE

I certify that on May 7, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

                                              */s/ Mark Lanier*
                                              W. Mark Lanier