UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff States' Unopposed Motion to File Under Seal. (Dkt. #471). Plaintiff States request leave to file under seal their Brief to the Special Master, (Dkt. #472), and exhibits thereto. After full consideration, the motion is **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff States' Unopposed Motion to File Under Seal, (Dkt. #471), is **GRANTED**.

It is further **ORDERED** that the Brief to the Special Master, (Dkt. #472), and exhibits thereto shall remain under seal.

**So ORDERED and SIGNED this 9th day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE