IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § § § | |
| GOOGLE LLC | § | |

## ORDER OF SPECIAL MASTER

This Order complies with the Order Appointing Special Master (Dkt. 213 at 11) and memorializes a ruling and guidance provided by the Special Master to the parties regarding compliance with the Special Master's May 7, 2024 Order of Special Master From May 2 Discovery Hearing (Dkt. #469) (the "Order"). The Order required that Google produce expert reports from the Virginia Action "redacted to the extent affected third parties have not consented to production of their confidential materials in this case" by May 10, 2024 and to "supplement its production . . . upon receiving the consent of applicable third parties or as otherwise permitted pursuant to the provisions of the Virginia Action Protective Order." (*Id.* at 3–4). Google requested, by email, modification of the Order to accommodate burdens associated with redactions and the resolution of confidentiality issues. The States, with Google, agreed to a proposal that (i) Google will produce the expert reports from the Virginia Action and redact all information designated as confidential or highly confidential by plaintiffs or third parties in the Virginia Action on Friday, May 10, 2024 and (ii) the parties will meet and confer and cooperate in good faith regarding the process and timing for

unredacted versions and will report back on Monday, May 13, 2024 with a status update to the Special Master on their discussions.

The Special Master **GRANTED** the parties' agreed proposal. It is therefore **ORDERED** that (i) Google shall produce the expert reports from the Virginia Action and redact all information designated as confidential or highly confidential by plaintiffs or third parties in the Virginia Action on Friday, May 10, 2024 and (ii) the parties shall meet and confer and cooperate in good faith regarding the process and timing for unredacted versions and report back on Monday, May 13, 2024 with a status update to the Special Master on their discussions.

Signed this 10th day of May, 2024.

David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail:  dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 10th day of May 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

_____
David T. Moran