## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

STEPHEN MATHEW AVDEEF,      §
§
     Petitioner & Google Crime Victim    §
§
V.      §
§
§
§
§
§
§
§
§
§
§
§
§
Google LLC.      §
§
     Defendant.      §

**FILED**

**MAY 0 8 2024**

Clerk, U.S. District Court
Texas Eastern

Case No. 4:20-CV-957-SDJ

Hon. Sean D. Jordan

### PETITIONER AND GOOGLE CRIME VICTIM'S MOTION FOR SANCTIONS PURSUANT TO CRIMINAL DEPRIVATION OF RIGHTS THROUGH ILLEGAL SEARCH & SEIZURE PURSUANT TO '*BIVENS*'

COMES NOW Petitioner and Google Crime Victim, STEPHEN MATHEW AVDEEF, and files this '*Petitioner And Google Crime Victims' Motion For Sanctions Pursuant To Criminal Deprivation of Rights Through Illegal Search and Seizure Pursuant To 'BIVENS*,' against Defendant, U.S. Government, DOD, and NSA Contractor Google Inc., Alphabet Inc., and would respectfully show the Court as follows:

1

## JURISDICTION AND VENUE

1.      Jurisdiction in this Court is based upon the current Federal Anti-Trust Action brought forth by Plaintiff, The State of Texas *et. al*., against the Defendant Google LLC., in order to restrict unfair monopoly control over the national and global Internet that in turn severely and improperly restricts fair competition by and through improper business actions that ruthlessly curtails any and all monetary market competition who Defendant viciously retaliates against in order to control.

2.      Petitioner resides within the State of Texas and the perpetual series of Federal Criminal acts committed and currently being committed against Petitioner by Defendant Google LLC, that were addressed within the body of an Amicus Curiae Brief previously filed with this court. Thus, committed within the confines of the State of Texas, Nationwide within the Continental U.S. and all outlying territories, and globally across the entire spectrum of the World-Wide Internet encompassing a minimum of fifty-six (56) nations acknowledging U.S. Copyright.

3.      The acts of Federal Criminal and International Retaliation that crescendoed with the Homicide of Toby Avdeef now grants both Petitioner and this court the absolute autonomy to now address the reign of criminal terror inflicted upon Petitioner by Defendant Google & criminally complicit Democrats, that was summarily triggered by the filing of an Amicus Curie Brief by Petitioner in Your Honor's Court.

## SYNOPSIS OF THE RETALIATION CRIMES COMMITTED BY DEFENDANT GOOGLE LLC AGAINST PETITIONER

4.     To fully explore that entire series of brutally cruel crimes perpetrated by wholly and disgustingly devious Democrats in order to provide complete criminal protection of Socialist Enforcer Google, would be far too voluminous, and thus Petitioner will now hone in on the latest evidentiary material proof that now unequivocally and well beyond a shadow of a doubt, proves the criminal connection between Google and the wholly corrupt Democratic National Party.  As suggested by both United States Federal Government and International Contacts avidly following and advising on this matter, Petitioner was instructed to file an International Criminal Complaint with INTERPOL, against the United States of America, individually the Democratic National Party, and most succinctly, global criminal empire Google in order to elicit an act of retaliation, as now shown here.

5.     This action was performed with the sole intention of drawing out the criminals who be unable to not interfere or suppress the potential prosecution of U.S. Government contractor who regularly violates Federal/Military Code/Rules of Ethical Conduct, and will even resort to murder in order to violently suppress a criminal material witness at any cost. Just as in when Google VP Walker was served in December 2023, then Petitioner's son was murdered the following day, to exact a now documented retaliatory retort, that just took place again, and now that criminal response is on display to wholly support/prove, this Motion For Sanctions.

6.     On or about Sunday evening, April 28, 2024, Google VP Walker, and former legal counsel, were served a Certificate of Conference In Regards To The Seeking of a Motion For Sanctions Against Google, with the intention of material receipt on or about first thing Monday morning, April 29, 2024. No response was anticipated or even expected from any or all electronically served. INSTEAD, an act of self-protective deviousness was predicted, and took place directly on cue for this court to witness and to now wholly adjudge for itself.

7.     Over the previous decade each and every attempt to report ongoing criminal enterprise, thus Federal Criminal '*RICO*' behavior, was always met with criminal suppression and malicious diversion, and now this can be proven after this attack. As predicted, and has been consistent with the Google attitude that once Google destroys a crime victim, that victim is not allowed to speak. Thus, consistently, VP Walker **Summarily Ignored Petitioner**, yet, VP Walker had already taking a deviously clear and concise and now thus provable, *'Cause and Effect,'* Action.

8.     Each Federal Complaint and even the International Complaints, the perfected service was maliciously delayed and in some case maliciously prevented by the U.S. Government contacts with Federal Express, and thus wholly abused by Democrats to ruthlessly suppress political corruption whistleblower, with the intent to expose wholly corrupt Democrats. The common initial delay tactic, is dishonestly claiming that Petitioner listed the '*Wrong Address'* as an evasive tactic.

4

9.     This delayed the perfected service of the very same INTERPOL Complaint that was intentionally copied to this very court with the sole intention of proving this very same sought Motion For Sanctions to this very court. Therefore, upon electronic receipt of the aforementioned electronic service, suddenly, Federal Express reversed themselves, and immediately delivered the aforementioned INTERPOL Complaint, once the new secret location was identified by FedEx!

10.     This now proves to all observers and even the doubters of this level of criminally conspirative behavior, who were unable to believe that the federal government can indeed be that corrupt, despite more than a hundred (100) years of criminally devious behavior from Democrats, now even the detractors are unable to refute Google VP Walker's panicked response, to prevent criminal exposure.

11.     The recently revealed act of subversive retaliation now proves that Google and the Democrats are working **HAND-IN-HAND**, to criminally suppress, criminally harass, and retaliate by any and all means necessary to silence a Google Socialist Criminal Monopoly Empire detractor and crime victim, and should now lead to this court immediately sanctioning Google for the full fifty (50) year criminal restitution of $899,070,000.00. The stunning act of Google/Democrat deceitfulness now revealed, has even stunned the E.U. international contacts, that predicted the avoidance of service, but failed to anticipate actually moving the office of INTERPOL deeper into the DOJ building, in order to conceal service.

12.    Yes, Your Honor, you read that correctly, that the wholly corrupt DOJ, run by Biden criminal protector Merrick Garland, went out of their way to prevent a proper international criminal complaint against the United States of America, by cunningly and stealthily moving the INTERPOL office inside the DOJ in where the supposed international police agency can be controlled and suppressed in order to control the criminal narrative and to prevent Petitioner from seeking international justice.  This level of criminal deviousness even shocked the E.U. international contacts avidly following and advising on this criminal subject, despite the fact everyone knew that service would be subverted, but actually moving INTERPOL to another location for concealment and avoidance, even surprised all involved, even elected members of our United States Government.

13.    Even Federal Express was confused, since they have extremely detailed address listings that are rarely incorrect, and they stated that they are linked directly to the U.S. database for this exact reason. A FedEx agent called to inquire as to why the delivery was being refused at the properly listed address, and if Petitioner could provide all new contact information. It finally took FedEx tracking down the new location by contacting the federal government directly.

14.    With no public announcement, no fanfare, no required notice, the DOJ silently and underhandedly tucked away the office of INTERPOL in order to provide now provable criminal protection for Socialist Criminal Enforcer Google.

15.    As a direct result of now proven United States Government political and murderous Democrat corruption, that is now unequivocally working to criminally suppress a federal whistleblower by any criminal retaliatory means necessary, it was just suggested that this matter now be presented to the London office of INTERPOL for international prosecution of the Democrat Terrorist Party.

16.    As proof of the twelve (12) day shipping details that eventually revealed the avoidance revelation, copied within this motion, are the three (3) relative FedEx delivery pages that prove perfected service was delayed for eight (8) calendar days, thus the tracking history as proof of an INTERPOL Complaint that has more than likely already been shredded and or destroyed by the wholly corrupt DEM/DOJ.

17.    The fourth (4th) page, is the material evidence proof of what Google has worked so hard to criminally suppress. The official Google Book Search '***Full view,***' that Google even hired a **FAKE** document examiner to conceal from the court, thus allowing Google to continue to abuse the global publishing industry by still profiteering from the Drummond *'Fraud Upon The Court'* scam that led to the complete criminal deprivation of Petitioner's Copyright, that VP Walker finds culpably acceptable. Thus, Google has no fear of prosecution from DOJ protectors.

18.    The INTERPOL complaint was copied to Your Honor with the sole intention of proving the cause and effect once the Democrats retaliated, as they just executed right on cue. Now it is time to finally end the reign of corruptive terror.

7

19.    Petitioner will never pen the two (2) planned Last Breath of Mars sequel novels. Petitioner will never enjoy a lucrative book distribution deal. Petitioner will never enjoy profiting from multiple reprints over the decades. Petitioner will never financially enjoy global product marketing deals related to a cable or feature film deal, or deals, that will never happen thanks to Democrats protecting Military and U.S. Government/NSA spying contractor Google. Google is allowed to steal from U.S. Citizens, then brutally retaliate with complete criminal autonomy, as long as Google kowtows to deviously corrupt politicians who use Google to enforce political corruption and to suppress anyone who attempts to seek criminal justice.

20.    The global reputation that installs fear into even the most ardent supporters of global governance, is deathly afraid to tangle with the Google criminal empire. This was on display when a pre-production staff for a major cable company who is afraid to speak out, refused to meet in Liberal Hollywood and even worse Liberal dominated New York, and instead would only meet in Las Vegas pursuant to being terrified of fellow Liberals, who will destroy any opponent who attempts to deal with a registered Republican. This is why Google has permission to steal from a Republican political party member who is not just viewed as an opponent, but something to be utterly destroyed, and thus who stands in the way of completely decimating global Copyright. If anyone trespasses on Google Copyright, a building full of lawyers will destroy that person, yet Google is allowed to steal at will.

21.    In something as critical as a global search engine, Defendant Google LLC. has improper and proprietary control of over ninety-six percent (96%) of the search market that is now being forcibly brought to bear directly pursuant to Google wielding that power with malicious abandon for the laws of our land. Thus, will destroy anyone that stands in the way of corporate greed. One of the most critical issues is corporate adherence to the Rule of Law that this great nation is founded upon. If Defendant Google LLC is truly respectful of our courts and the laws that govern our nation, then that factor should compel the court to take corporate governance into account when rendering a legally sound judgment in such a far reaching global case such as this. Defendant Google LLC is acting in '*bad faith*' and is indeed viewing the courts as a nuisance and or a hindrance in their already exposed Socialist empire building plan, as has already been weaponized in the impending Presidential Election. The material evidence that Petitioner can provide to this court can now answer this question of criminal retaliation with rock solid proof, therefore Petitioner can now show this court material proof that indeed Defendant Google LLC has utterly no respect for the courts, or the laws of our lands. Petitioner's seventeen (17) yearlong perpetual fight with Defendant Google LLC should now prove unequivocally, proof positive, and beyond a shadow of a doubt, that Google operates with **Severe Criminal Intent,** and this court should bring a final end to Google's campaign of criminal suppression & inflicted poverty.



## Shipment facts

### Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 7759 8625 8796 |
| DELIVERED TO | FedEx Location |
| SHIP DATE | 4/18/24 |
| STANDARD TRANSIT | 4/22/24 before 5:00 PM |
| DELIVERED | 4/30/24 at 9:26 AM |

### Services

| | |
|---|---|
| SERVICE | FedEx 2Day |
| TERMS | Shipper |
| SPECIAL HANDLING SECTION | Deliver Weekday |

### Package details

| | |
|---|---|
| WEIGHT | 0.5 lbs / 0.23 kgs |
| TOTAL PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.5 lbs / 0.23 kgs |
| PACKAGING | FedEx Envelope |

Detailed Tracking                                                                                    5/8/24, 3:38 PM

Travel History

                                                                        Ascending                          L

| Tuesday, 4/16/24 | 9:15 PM | • | Shipment infor |
|---|---|---|---|
| Thursday, 4/18/24 | 8:41 AM | • | Shipment arrivi |
| | 9:41 AM | • | Picked up<br>At FedEx Offic |
| | 5:07 PM | • | Picked up |
| | 8:50 PM | • | Left FedEx origi |
| | 9:31 PM | • | Arrived at FedE |
| Friday, 4/19/24 | 1:17 AM | • | Departed FedEx |
| | 9:13 AM | • | Arrived at FedE |
| Saturday, 4/20/24 | 3:53 AM | • | Departed FedEx |
| | 6:23 AM | • | At destination s |
| | 8:56 AM | • | At local FedEx f<br>Your package is |
| Monday, 4/22/24 | 7:34 AM | • | At local FedEx f |
| | 9:51 AM | • | At local FedEx f |
| Wednesday, 4/24/24 | 9:06 AM | • | On FedEx vehicle for delivery |
| | 10:45 AM | • | Delivery exception<br>Incorrect address - Recipient moved |
| | 10:44 AM | • | Delay<br>Package delayed |
| | 7:28 PM | • | At local FedEx facility |

| | | | |
|---|---|---|---|
| Thursday, 4/25/24 | 9:15 AM | ● | At local FedEx facility |
| Friday, 4/26/24 | 10:00 AM | ● | At local FedEx facility |
| Saturday, 4/27/24 | 8:00 AM | ● | At local FedEx facility |
| Monday, 4/29/24 | 11:10 AM | ● | At local FedEx facility |
| Tuesday, 4/30/24 | 7:56 AM | ● | At local FedEx facility |
| | 8:16 AM | ● | Ready for recipient pickup<br>Package available for pickup at: 1501 LCKINGTON PLACE NORTHEAST |
| | 8:16 AM | ● | Delivery exception<br>Rerouted to revised delivery address |
| | 9:26 AM | ● | Delivered |
| | 9:26 AM | ☺ | Delivered |

OUR COMPANY

About FedEx          FedEx Blog
Our Portfolio        Corporate
Investor             Responsibility
Relations            Newsroom
Careers              Contact Us

MORE FROM FEDEX

FedEx Compatible
FedEx Developer
Portal
FedEx Logistics
ShopRunner

LANGUAGE

United States

12

Web   Images   Video   News   Maps   Gmail   more ▼                                    Sign in



| the last breath of mars | **Search Books** | Advanced Book Search<br>Google Book Search Hel |

The following words are very common and were not included in your search: the of.
[details]

**Books**   All books - Limited preview - Full view   Books 1 - 10 of 706 on the last breath of mars. (0.09 s



**Mars** Underground - Page 119                                    Sponsored Links
by William K. Hartmann - Fiction - 1999 - 448 pages
Sit at the controls of your buggy until **the last breath**            **The Last Breath Of Mars**
comes, ... first to hear                                              By Stephen Avdeef. Only $24.99.
the real music of **Mars** with your own ears; **the last** music     Qualified orders over $25 ship free
you'll ever hear. ...                                                 Amazon.com
Limited preview - About this book
[ More editions ]



Cinq **Mars** ... - Page 65
by Alfred de Vigny - 1905
She had just exhaled her **last breath** in the public street, in the arms of the
reverend Father Mignon, Canon; and we learned from the said father here ...
Full view - Table of Contents - About this book
[ More editions ]

Cinq-**Mars**: Or, A Conspiracy Under Louis XIII. - Page 65
by Alfred de Vigny - 1907
She had just sent forth her **last breath** in the public street, in the arms of the
reverend Father Mignon, canon : and we have learned from the said father ...
Full view - Table of Contents - About this book

**The Last Breath** of **Mars**
by Stephen Avdeef - Fiction - 2006 - 428 pages
... **Last Breath ... Mars** ...
Full view - Table of Contents - About this book



Princess of **Mars** - Page 108
by Burroughs, Edgar Rice - Fiction - 2004 - 256 pages
Dejah Thoris caught her **breath** at my **last** words, and gazed upon me with dilated

eyes and quickening **breath**, and then, with an odd little laugh, ..
Limited preview - About this book
[ More editions ]



The King's Minion: Richelieu, Louis XIII, and the Affair of Cinq-**Mars** - Page 7
by Philippe Erlanger - 1972 - 247 pages
New companies had been added to the King's Guard, and Cinq-**Mars** was given the
... his Minister saying, "Be assured that I shall love you to my **last breath**. ...
Snippet view - About this book
[ More editions ]



Third Person Singular - Page 116
by K. J. Erickson - Fiction - 2002
**The last** time **Mars** spoke with Bobby, Bobby said he'd be in England for most of

the summer and ... "I've already got one," he said under his **breath** to **Mars**, ...
Limited preview - About this book

http://books.google.com/books?q=the+last+breath+of+mars                          8/3/2007

## **LEGAL ARGUMENT OF CRIMINAL STATUTES**

22.    With absolute malicious criminal intent to cunningly avoid yet another criminal corruption complaint, the Democrats stealing away the INTERPOL office in the middle of the night with no public notice in order to provide criminal political protection to Democrat controlled and RICO partner Google, this is in fact Federal Criminal Retaliation pursuant to; Criminal Antitrust Anti-Retaliation Act (CAARA)15 U.S.C. § 7a-3 (E) Person (2) Compensatory damages

42 U.S. Code § 12203 - Prohibition against retaliation and coercion

**(a) Retaliation**

No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this chapter.

**(b) Interference, coercion, or intimidation**

It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter. 18 USC Ch. 96: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS, Title 18—CRIMES AND CRIMINAL PROCEDURE.

23.    The ongoing and extensive computer crimes in order to steal impending Copyright and known *'work product'* from Petitioner by United States Government Agencies and U.S. Government Military/NSA Contractor for retaliatory purposes, should now expand the limits of a Federal *'BIVENS ACTION.'* The malicious computer crimes and criminal redistribution by Federal Authorities now constitutes; *'Illegal Search & Seizure,'* **By The United States Government, and U.S. Military/NSA Contractor Google Without a Warrant, or a Court Order**!

24.    ***Bivens v. Six Unknown Named Agents***, 403 U.S. 388 (1971), was a case in which the United States Supreme Court ruled that an implied cause of action existed for an individual whose Fourth Amendment protection against unreasonable search and seizures had been violated by the Federal Bureau of Narcotics. The victim of such a deprivation could sue for the violation of the Fourth Amendment itself despite the lack of any federal statute authorizing such a suit. The existence of a remedy for the violation was implied by the importance of the right violated. In *Carlson v. Green*, 446 U.S. 14 (1980), the court held that a damages remedy would be available despite the absence of any statute conferring such a right, unless: (1) Congress had provided an alternative remedy which it "explicitly declared to be a substitute for recovery directly under the Constitution"; or (2) the defendant could demonstrate any "special factors counseling hesitation" *Chappell v. Wallace* 462 U.S. 296 (1983). Such as maliciously avoiding service?

## CONCLUSION AND PRAYER

24.    Petitioner now preys that this court grants this simple and straight to the point motion based upon Defendant Google's brutal acts of criminal retaliation and criminal suppression for the filing of an Amicus Curiae Brief, wholly in good faith by Petitioner.  This action by Petitioner was taken in order to drastically expose Defendant Google's rancid underlying criminal intent towards all Copyright, the laws of our land, common business practices, abuse of the courts in general, the destruction of all business competition, and the total, brutal, and complete destruction of any poor soul that attempts to stand up to such ruthless and devious corporate bullies. Google and their criminal protectors in the Democratic party have shown that no crime is too small to lie your way out of, and was clearly proven in Petitioner's case *Avdeef v. Google*, along with the vicious retaliatory campaign waged once Petitioner exposed the rampant federal and military criminal acts perpetrated during the '*Fraud Upon The Court*' that is now at the center of Pending Criminal Complaints presented to both the DOJ and INTERPOL.

25.    The retaliatory and thus engineered financial destruction of a Democrat Corruption Whistleblower that has now resulted in the criminal subversion of an international complaint that took place during the tenure of this court and Your Honor witnessing these international crimes, now wholly allows Your Honor to sanction Google for the theft of Petitioner's career & grant compensatory damages.

26.    Petitioner now respectfully and humbly prays that this court will bring about a final end to the Google reign of retaliatory terror of the complete criminal deprivation of Petitioner's career through threats and coercion of all associative members of the publishing community who are still afraid to move forward until this matter is addressed by this court, and in turn, grant the full fifty (50) years of criminal theft and federal fraud restitution demand of **$899,070,000.00** that in turn triggered this **Act of Criminal Subversion By Democrats in Congress Itself!**

27.    Petitioner now respectfully and humbly prays that this court strike the entire PACER SYSTEM court record in regards to '*Avdeef v. Google'* in order to end the multiple global legal abuses of the former Google VP Drummond's '*Fraud Upon The Court,*' that Google has ruthlessly abused to steal other Authors Copyright.

28.    Petitioner now respectfully prays that this Motion will be wholly granted upon its merits, pursuant to the fact a hearing would be pointless, since Google will never voluntarily tell the truth, as well proven by more than a dozen direct services served upon Google VP Walker, who is still criminally concealing the truth to this very day, and who should now be criminally prosecuted for criminal conspiracy in VP Walker's malicious and wholly intentional involvement of this well-established Federal Criminal, '*Ongoing Criminal Enterprise'* pursuant to Federal RICO.

29.    And, for any such other and further relief to which Petitioner may be entitled pursuant to the Federal, Congressional and International Rule of Law.

## **CERTIFICATE OF SERVICE**

30.    On or about Tuesday, May 7th, 2024, a true and correct copy of this motion

will be electronically served upon Defendant Google and in turn will be served by

Federal Express delivery service (7762 5986 1586) upon Plaintiff, The State of

Texas by and through Texas Attorney General Ken Paxton, pursuant to the fact

that Petitioner has no direct electronic contact information for the Texas Attorney

General who still personally and maliciously refuses to provide, or even

acknowledge, this entire criminal matter over the prior four (4) years since it was

brought to the AG's attention.


DATED this 6th day of May, 2024.


                              Respectfully submitted,


                              Stephen Matthew Avdeef PRO SE
                              *Electronic Signature/Stephen Matthew Avdeef*
                              1000 Kelley Drive
                              Fort Worth, Texas 76140-3618
                              (817) 564-3888
                              E-Mail:  sci_writer@hotmail.com



RT **416** 6 **A**
17:00 6543
F-2 05.08

FedEx®

ress

ORIGIN ID:FWHA    (817) 343-7042
STEPHEN AVDEEF

1000 KELLEY DR

FORT WORTH, TX 76140
UNITED STATES US

TO  **FEDERAL JUDGE SEAN D. JORDAN**
**US FEDERAL EASTERN DIST. COURT**
**101 E. PECAN STREET**

**SHERMAN TX 75090**
(903) 892-2921        REF: MTN FOR SANCT-GOOGLE  5-6-2024
INV:
PO:                          DEPT:

SHIP DATE: 07MAY24
ACTWGT: 1.00 LB

CAD: 256247089/INET4535

BILL SENDER

*Extremely Urrent*



FedEx
Express

E

FedEx                      THU – 09 MAY AA
TRK#
0201  **7762 4771 6543**    ** 2DAY **        AY 5:00P
                                              2DAY **

**AD SWIA**                 75090          75090
                         TX–US  DFW    US  DFW





*2016157  05/07  SB3J3/C137/94E3

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**RECEIVED**

MAY 0 8 2024