Stephen Matthew Avdeef
1000 Kelley Drive, Everman, Texas 76140-3618
(817) 564-3888 | Email: sci_writer@hotmail.com

May 7, 2024

(Via: FedEx Delivery 7762 4771 6543)

United States District Clerk
Attn: Judge Sean D. Jordan
Paul Brown United States Courthouse
101 East Pecan Street
Sherman, Texas 75090

   Re: Civil Action No. 4:20-CV-957-SDJ

     *State of Texas, et al v. Google LLC*

Dear Clerk:

  Please now file the following and present to the Judge for immediate consideration:

**(1)** *Petitioner and Google Crime Victim's Motion For Sanctions Pursuant to Criminal Deprivation of Rights Through Illegal Search & Seizure Pursuant to 'Bivens' and Order.*

(2) Compact Disc to the Court.

  Thank you for your assistance in this matter.

Yours very truly,

_____
Stephen Matthew Avdeef Pro Se

Encl (2)

cc: Texas Attorney General Ken Paston