# **ORDER**

On the _____ day of May, 2024, came on for consideration Petitioner's And Google Crime Victim's Motion For Sanctions Pursuant To Criminal Deprivation of Rights Through Illegal Search and Seizure Pursuant To '*BIVENS*' and, after reviewing said Request For Sanctionable Monetary Relief and the evidence submitted, is of the opinion the same should be, GRANTED.

1. This Court now GRANTS Petitioners Motion For Sanctions wholly upon its merits presented without cause for a hearing.

2. It is therefore ORDERED that all sought relief requested by Petitioner the full fifty (50) years of criminal theft and federal fraud restitution demand in the amount of **$899,070,000.00**, and is therefore, GRANTED.

3. This Court now orders the clerk of the court to wholly un-file and strike from the Pacer System Record, *Avdeef v. Google Inc., No. 4:14-CV-788-A.*

SIGNED AND ENTERED this _____ day of _____, 2024.

_____
PRESIDING JUDGE, SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE