IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | §<br>§<br>§<br>§   Civil Action No. 4:20-cv-00957-SDJ<br>§<br>§<br>§<br>§ |

## **ORDER**

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal Google's Brief in Response to Plaintiffs' May 7, 2024 Brief to the Special Master ("Response") and accompanying Exhibits A-G ("Exhibits"), filed on May 10, 2024, the Court finds that the Response and Exhibits contain confidential information such that there is good cause to file it under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). It is therefore **ORDERED** that Google's Motion should be **GRANTED**. It is further **ORDERED** that the Response and Exhibits shall remain under seal.