# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | Case No. 4:20-cv-00957-SDJ HON. |
| v. | Hon. SEAN D. JORDAN |
| GOOGLE LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Scott R. Ryther hereby withdraws as attorney of record for Plaintiff Utah Office of the Attorney General in the above-captioned matter. Plaintiff State of Utah will continue to be represented by Marie W.L. Martin who has filed an appearance in this matter.

Dated: May 10, 2024

Respectfully submitted,

*/s/ Scott R. Ryther*
Scott R. Ryther

Utah Office of the Attorney General
160 E. 300 South, Fifth Floor
Salt Lake City, UT  84114
Telephone: (385) 881-3742
sryther@agutah.gov