IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**[PROPOSED] ORDER DENYING GOOGLE'S OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 423)**

This Court, having considered Plaintiff States' Objection to the Special Master's Report and Recommendation (ECF No. 470), filed on May 11, 2024, hereby finds that the Objection should be **SUSTAINED.**

IT IS SO **ORDERED**.

1