UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Google LLC's Unopposed Motion to File Under Seal. (Dkt. #480). Google request leave to file under seal its Brief in Response to Plaintiffs' May 7, 2024 Brief to the Special Master, (Dkt. #482), and exhibits thereto. After full consideration, the motion is **GRANTED**.

Therefore, it is **ORDERED** that Google LLC's Motion to File Under Seal, (Dkt. #480), is **GRANTED**.

It is further **ORDERED** that the Brief in Response to Plaintiffs' May 7, 2024 Brief to the Special Master, (Dkt. #482), and exhibits thereto shall remain under seal.

**So ORDERED and SIGNED this 13th day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE