UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

Before the Court are Plaintiff States' Objections to the Order of Special Master. (Dkt. #483). Google is **ORDERED** to file any response to the Objections by **May 16, 2024**. Any response shall not exceed fourteen pages.

It is further **ORDERED** that any future objections shall conform to the Local Rules governing objections to orders and reports and recommendations issued by a magistrate judge. *See* LOCAL RULE CV-72.

**So ORDERED and SIGNED this 13th day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE