UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## REFERRAL ORDER

Before the Court is Stephen Avdeef's Motion for Sanctions Pursuant to Criminal Deprivation of Rights Through Illegal Search & Seizure Pursuant to 'Bivens.' (Dkt. #479). The Court refers this motion, (Dkt. #479), to U. S. Magistrate Judge Aileen Goldman Durrett for consideration and entry of a report and recommended disposition.

**So ORDERED and SIGNED this 14th day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE