# Exhibit B
# FILED UNDER SEAL

# Geraldine W. Young

| | |
|---|---|
| **From:** | Geraldine W. Young |
| **Sent:** | Monday, April 1, 2024 11:20 AM |
| **To:** | Zeke DeRose III; Yetter, Paul; Callahan, Bryce; MCCALLUM, Robert; jharkrider@axinn.com; dbitton@axinn.com; julie.elmer@freshfields.com; eric.mahr@freshfields.com; Bracewell, Mollie |
| **Cc:** | Mark Lanier; Ashley Keller; Alex J. Brown; Marc B. Collier; Joseph M. Graham Jr.; Jonathan Wilkerson; Noah Heinz; Zina Bash; Trevor Young; James Lloyd; Thomas Ray; Audrey Moore; John McBride; Peter M. Hillegas |
| **Subject:** | RE: C.A. No. 4:20-cv-00957-SDJ; The State of Texas, et al v. Google LLC  -Second Set of Interrogatories |
| **Attachments:** | 2024.04.01 - Texas v. Google - Plaintiffs Third Set of Interrogatories to Google.pdf |

Please see attached for the State of Texas's Third Set of Interrogatories to Google.

Regards, Geraldine

---

**From:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Sent:** Wednesday, March 6, 2024 8:47 PM
**To:** Yetter, Paul <pyetter@yettercoleman.com>; Callahan, Bryce <bcallahan@yettercoleman.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>; jharkrider@axinn.com; dbitton@axinn.com; julie.elmer@freshfields.com; eric.mahr@freshfields.com; Bracewell, Mollie <mbracewell@yettercoleman.com>
**Cc:** Mark Lanier <Mark.Lanier@LanierLawFirm.com>; Ashley Keller <ack@kellerpostman.com>; Alex J. Brown <Alex.Brown@LanierLawFirm.com>; Marc B. Collier <marc.collier@nortonrosefulbright.com>; Joseph M. Graham Jr. <joseph.graham@nortonrosefulbright.com>; Jonathan Wilkerson <Jonathan.Wilkerson@LanierLawFirm.com>; Geraldine W. Young <geraldine.young@nortonrosefulbright.com>; Noah Heinz <Noah.Heinz@kellerpostman.com>; Zina Bash <zina.bash@kellerpostman.com>; Trevor Young <Trevor.Young@oag.texas.gov>; James Lloyd <James.Lloyd@oag.texas.gov>; Thomas Ray <Thomas.Ray@oag.texas.gov>; Audrey Moore <Audrey.Moore@LanierLawFirm.com>; John McBride <john.mcbride@nortonrosefulbright.com>; Peter M. Hillegas <peter.hillegas@nortonrosefulbright.com>
**Subject:** C.A. No. 4:20-cv-00957-SDJ; The State of Texas, et al v. Google LLC -Second Set of Interrogatories

**[External Email – Use Caution]**

Counsel,

I have attached for service the State of Texas' Second Set of Interrogatories to Google.

We look forward to Google's responses and are willing to meet and confer whenever convenient for Google.

Zeke

1



**Zeke DeRose III**
**Attorney**
p: 713-659-5200
10940 West Sam Houston Pkwy N, Suite 100
Houston • Texas • 77064
www.LanierLawFirm.com

2