# Exhibit E

# FILED UNDER SEAL

**Geraldine W. Young**

| | |
|---|---|
| **From:** | Geraldine W. Young |
| **Sent:** | Friday, May 3, 2024 4:53 PM |
| **To:** | 'rob.mccallum@freshfields.com'; Bracewell, Mollie; Aycock, Jamie |
| **Cc:** | Zeke DeRose III; Jonathan Wilkerson; Trevor.Young; Marc B. Collier; John McBride |
| **Subject:** | Texas v. Google - Meet and Confer on Monday |

Rob, Mollie and Jamie,

Following up on our hearing with the Special Master yesterday, there are a few issues we need to confer on, on Monday, listed below.  Feel free to add anything I've missed.  The States are available to confer on Monday between 1-3 CT.  Let us know if a time works for you in that period.  If not, we can try to find other times too.

- Google's ROG Responses, served Wednesday 5/1
- Counting of 30(b)(6) and States Depositions

Additionally, a few recent issues that we would like to confer with you on:
- A potential clawback that occurred during the ▇▇▇▇ and ▇▇▇▇▇ – it is unclear to us the clawback status of GOOG-DOJ-27760500, used in both depos on 5/2, so would like confirmation on the redactions Google may or may not be asserting as to that document
- Overall issues with the ▇▇▇▇ 30(b)(6) deposition regarding his lack of preparation, lack of knowledge on designated topics, and speaking objections in violation of EDTX local rules

Thanks, Geraldine

**Geraldine W. Young** | Partner
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100, Houston, Texas  77010-3095, United States
Tel +1 713 651 5437 | Fax +1 713 651 5246
geraldine.young@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com