# Exhibit F
# FILED UNDER SEAL

# Geraldine W. Young

| | |
|---|---|
| **From:** | LARITZ, Tina <Tina.LaRitz@freshfields.com> |
| **Sent:** | Monday, May 6, 2024 7:25 PM |
| **To:** | M. Miles Robinson; Nathan Damweber; Geraldine W. Young; Gabriel Culver; Melonie.DeRose; cole.pritchett@oag.texas.gov; Daniella Torrealba |
| **Cc:** | SESSIONS, Justina (JKS); jhunsberger@axinn.com; dpearl@axinn.com; MCCALLUM, Robert; Freeborn, Andrew L.; Bradley Justus |
| **Subject:** | Production of Redacted GOOG-DOJ-27760500 (███ Ex. 212/ ███ Ex. 268) |

**[External Email – Use Caution]**

Counsel,

On Thursday, May 2, Mr. Robinson introduced GOOG-DOJ-27760500 as Exhibit 268 during the 30(b)(6) deposition of ███████████. Though the record did not reveal any privileged information, we identified privileged material in the document and instructed Counsel that we would be clawing it back. We noted we would provide a redacted version of the exhibit at a later time. Mr. Robinson did not object.

Accordingly, we write to inform that the redacted version of GOOG-DOJ-27760500 has been formally produced today. These redactions are the same as those applied in the clawed-back version of Exhibit 212 (GOOG-DOJ-27760500) that Google's counsel, Mr. Hunsberger, provided to Plaintiffs' counsel, Mr. Damweber, during the 30(b)(1) deposition of ███ ███ on May 2.

As such, under the Confidentiality Order, we request that Plaintiffs promptly return, sequester, or destroy the unredacted versions of GOOG-DOJ-27760500 (including, to the extent Plaintiffs intend to challenge the privilege claim, by limiting review of the unredacted versions to the designated members of the Privilege Committee).

Thanks,
Tina


**Tina LaRitz**
Associate

**Freshfields Bruckhaus Deringer US LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
**M** +1 (202) 913-2565
tina.laritz@freshfields.com

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this [Privacy notice](). For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.