IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § <br> § <br> Plaintiffs, § <br> v. § Civil Action No. 4:20-cv-00957-SDJ <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § | |

## ORDER

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal, the Court finds that the Response and Exhibits B and C contain confidential information such that there is good cause to file it under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021). It is therefore **ORDERED** that Google's Motion should be **GRANTED**. It is further **ORDERED** that the Response and Exhibits B and C shall remain under seal.