IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § § § § § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | | |
| Defendant. | | |

**GOOGLE'S REDACTED FILING OF ITS BRIEF IN RESPONSE TO PLAINTIFFS' MAY 7, 2024 BRIEF TO THE SPECIAL MASTER AND EXHIBIT F (ECF NO. 482)**

Defendant Google LLC respectfully submits redactions to its May 10, 2024, Brief in Response to Plaintiffs' May 7, 2024 Brief to the Special Master (ECF No. 482), and redacted Exhibit F thereto.

Dated: May 17, 2024

Respectfully submitted,

/s/ Paul Yetter

R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
pyetter@yettercoleman.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com

ATTORNEYS FOR PETITIONERS
GOOGLE LLC AND ALPHABET INC.

### CERTIFICATE OF SERVICE

I certify that on May 17, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ R. Paul Yetter
R. Paul Yetter