IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § § | |

## ORDER OF SPECIAL MASTER

The Special Master will conduct a discovery hearing in the above-captioned case. It is **ORDERED** that the hearing will take place immediately following the Court's status conference on **May 29, 2024 at 11:00 a.m. Central Time** (Dkt. #419) at the United States Courthouse located at 7940 Preston Road in Plano, Texas. The hearing before the Special Master will take place in the Jury Assembly Room.

Signed this 20th day of May, 2024.

David T. Moran
Special Master
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6051
E-mail: dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 20th day of May 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

_____
David T. Moran
**Special Master**