IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:20-cv-00957-SDJ |
| § | |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |

**ORDER**

Before the Court is Defendant Google LLC's Unopposed Motion for Leave to Redact. The Court finds that Exhibit A to Google's Response to Plaintiff States' Objection to Report and Recommendation contains confidential information such that there is good cause to file under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Google's Motion should be **GRANTED**.

It is further **ORDERED** that Exhibit A to Google's Response to Plaintiff States' Objection to Report and Recommendation (Dkt. #490) shall remain under seal.