# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., | |
| Plaintiffs, | Case No. 4:20-cv-00957-SDJ |
| v. | Hon. Sean D. Jordan |
| Google LLC, | Special Master: David T. Moran |
| Defendants. | |

## JOINT STATUS REPORT

Consistent with the Court's Order in Docket No. 241 (Feb. 25, 2024), the Parties submit this joint status report in advance of the Court's upcoming May 29, 2024 status conference.

**I.   JOINT MOTION AND STIPULATION FOR AN ORDER FOR REPRODUCTION OF DISCOVERY**

Regarding the Parties' previously filed Joint Motion for an Order for Reproduction of Discovery, on which the Court held a hearing on May 6, 2024, the Plaintiff States have proposed a joint stipulation that Defendant Google is considering. The States intend to work with Google to get an agreed stipulation on file. The Parties will be prepared to discuss that issue with the Court.

**II.   UPDATE ON DEPOSITIONS AND DISCOVERY**

Pursuant to the Court's Orders (ECF Nos. 457, 458), the Parties are on schedule to complete all fact depositions in this case by Friday, May 24, 2024—with the exception of the fact depositions of Google witnesses Sergey Brin and Sundar Pichai, on which the Court has requested supplemental briefing three business days after the May 24, 2024 deposition of Neal Mohan (ECF No. 459). The Parties will submit that supplemental briefing by May 30, 2024.

- 2 -

Regarding the Court's and the Special Master's Orders on the States' Rule 30(b)(6) deposition, that deposition will take place on May 24, 2024, and the States are working diligently to prepare their witness to fully comply with the Court's and the Special Master's Orders.

As to other discovery issues, the Parties have been negotiating and working with the Special Master to resolve any remaining discovery issues. There are no other currently pending issues that are ripe for resolution by the Court.

- 3 -

Respectfully submitted,

*/s/ W. Mark Lanier*
W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Jonathan P. Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
(713) 659-5200
**THE LANIER LAW FIRM, PLLC**

*/s/ Ashley Keller*
Ashley Keller
ack@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220

Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990

Noah S. Heinz
noah.heinz@kellerpostman.com
1101 Connecticut, N.W., 11th Floor
Washington, DC 20005
(202) 918-1123
**KELLER POSTMAN LLC**

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, Indiana, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

*/s/ R. Paul Yetter*
R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr (pro hac vice)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com

ATTORNEYS FOR GOOGLE LLC

Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

**NORTON ROSE FULBRIGHT US LLP**

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor Young, Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov

**STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

- 5 -

## CERTIFICATE OF SERVICE

I certify that, on May 24, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Geraldine Young*
Geraldine Young
