UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Google LLC's Unopposed Motion for Leave to Redact. (Dkt. #498). The Court has reviewed the document and finds that it contains confidential information such that there is good cause to redact the information. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Google LLC's Unopposed Motion for Leave to Redact, (Dkt. #498), is **GRANTED**.

It is further **ORDERED** that Exhibit A to Google's Response to Plaintiff States' Objection to Report and Recommendation, (Dkt. #490), shall remain under seal.

**So ORDERED and SIGNED this 24th day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE