UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE, LLC | § | |

## ORDER

At the parties' joint, informal request, the Status Conference set for May 29, 2024, at 11:00 a.m. is cancelled.

**So ORDERED and SIGNED this 28th day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE