IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE STATE OF TEXAS, ET AL.          §
                                    §
                                    §
v.                                  §          CIVIL NO. 4:20-CV-957-SDJ
                                    §
                                    §
GOOGLE LLC                          §

## ORDER OF SPECIAL MASTER

The Special Master hearing set for May 29, 2024, after the Court's Status Conference, is cancelled.

Signed this 29th day of May, 2024.

David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail:  dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 29th day of May 2024.  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

_____

David T. Moran