**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| STATE OF TEXAS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) Civil Action No. 4:20-cv-00957-SDJ |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**UNITED STATES' STATEMENT OF INTEREST REGARDING**
**PROPOSED ORDER FOR REPRODUCTION OF DISCOVERY**

On May 28, 2024, Google and the Plaintiffs filed a joint Stipulation and Proposed Order for Reproduction of Discovery. ECF No. 504. During the Court's hearing on May 6, 2024, the Court invited the United States to submit its position thereon if desired. 5/6/2024 Hearing Tr. at 18:8-11. The United States hereby requests that the following language be added to the Proposed Order, if and when entered: "Subject to any restrictions imposed by the Court in the Eastern District of Virginia, nothing in this Order, or any other Order of this Court, prevents the plaintiffs in the EDVA Action from obtaining unredacted transcripts and exhibits of depositions taken in this case directly from the court reporters for those depositions."

//

//

//

//

//

Dated: May 30, 2024	Respectfully submitted,

DOHA G. MEKKI
Principal Deputy Assistant Attorney General
Antitrust Division

/s/ *Julia Tarver Wood*
JULIA TARVER WOOD

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-0077
Fax: (202) 616-8544
Email: Julia.Tarver.Wood@usdoj.gov

**ATTORNEYS FOR THE
UNITED STATES OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of May, 2024, I caused a true and accurate copy of the foregoing to be filed using the Court's CM/ECF system, which will send an electronic notice of filing to all counsel of record.

/s/ *Julia Tarver Wood*
JULIA TARVER WOOD
Senior Litigation Counsel