# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION



FILED

MAY 29 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| STEPHEN MATTHEW AVDEEF, | § | |
| Petitioner & Google Crime Victim | § | |
| V. | § | Case No. 4:20-CV-957-SDJ |
| | § | Hon. Sean D. Jordan |
| Google LLC. | § | |
| Defendant. | § | |

## PETITIONER AND GOOGLE CRIME VICTIM'S AMENDED MOTION FOR SANCTIONS PURSUANT TO CRIMINAL RETALIATION TO FEDERAL MAGISTRATE, THE HONORABLE JUDGE DURRETT

COMES NOW Petitioner and Google Crime Victim, STEPHEN MATTHEW AVDEEF, and files this '*Petitioner And Google Crime Victims' Amended Motion For Sanctions Pursuant To Criminal Retaliation To Federal Magistrate, The Honorable Judge Durrett,*' against Defendant, United States Government, DOD, and NSA Spying Contractor Google Inc., Alphabet Inc., and would respectfully show the Court as follows:

1

## Material Facts of Federal and Global Acts of Criminal Retaliation

1. Your Honor, if it pleases the court, Petitioner was just made aware of subsequent global acts of Federal Criminal Retaliation perpetrated by Google Books against Petitioner for the act of filing of the primary Motion For Sanctions, by friends and family who were concerned for Petitioners safety and in the interest of justice. This matter is serious enough to warrant this amendment notice in order to present this matter for consideration by this court.

2. Pursuant to the fact that the aforementioned friends and family wholly expected to see Petitioners published works disappear off the face of the Earth, multiple participants noticed that all but two (2) literary reviews of the collected book reviews from 2006 until present, have suddenly and summarily vanished. This is a clear act of criminal retaliatory minimization of the monetary and intrinsic value of the stolen property, clearly instituted in order devalue the demanded criminal restitution, and even Google partner LuLu press, has stripped all reviews.

3. Unfortunately, Petitioner failed to properly anticipate this act of global diminishment of value by such a pack of ruthlessly vindictive corporate bullies, who will apparently, through a preponderance of the material actions, will stop at nothing to destroy all detractors and crime victims. Petitioner at no time printed an Amazon, LuLu, or any other Google Book's sponsored retailer page that showed all of the literary reviews that collected over many previous years.

4.  Instead, Petitioner can offer a far more succinct material evidence option, in the presentation of one of the reviewers themselves, in order to offer direct personal material evidence testimony to this court. The now deleted reviewer is a long-time family acquaintance who was trusted enough to even be provided a draft copy of the novel, *'The Last Breath of Mars,'* upon completion of the manuscript.

5.  The deleted reviewer is willing to speak with Your Honor via telephonic contact, pursuant to the fact of the fear of retaliation if the deleted reviewers name is allowed to be placed upon the court record with courtroom testimony. This fear is well justified, after the criminal material actions that have already taken place in order for Google and the Democratic National Party to suppress this matter at all costs, and this amended motion now proves as to just how devious the Defendant is, and the federal and global rule of law means absolutely nothing to the Global Socialist criminal empire, that is Defendant Google.

6.  Petitioner will now provide the personal contact information of the deleted reviewer in a *'personal and confidential'* attachment to this amended motion for Your Honor's consideration. If in person testimony is required, then a court ordered subpoena will be needed, and an order to seal witness testimony from the official court record, in order to protect the personal safety of the material evidence witness. The following inclusive PDF pages from Amazon & LuLu now illustrates the retaliatory deletion and criminal level minimization of stolen Copyright.

**Customer reviews**

5 out of 5

**The Last Breath Of Mars**
by Stephen Avdeef

See All Buying Options

5 star  100%
4 star  0%
3 star  0%
2 star  0%
1 star  0%

Write a review

Search customer reviews

SORT BY    FILTER BY
Top reviews   All reviewers   All stars   Text, image...

1 total rating, 1 with review

**From the United States**

Smurfette

**Awesome Read**
Reviewed in the United States on June 26, 2020

Awesome read, by far this was one of the best books I've read in years! I sat for an entire weekend not able to put it down. There's a nice mix of science fiction, humor, sex & intrigue. I definitely have to give it five stars!

One person found this helpful

Helpful   Report

‹ See all details for The Last Breath Of Mars

**Best Sellers in Books**                                Page 1 of 7

This was in fact the very first review, and now only one (1) of two (2) remaining.

4



**lulu**   ≡ Menu

Search Bookstore

### The Last Breath Of Mars

By Stephen Avdeet

Ebook
US$ ...

Add to Cart

Follow me back sixty five million years to a time when Mars was more Earth like. A Lunchanis that our hapless teen, Toby, walks through in a dream state. Not feely sure what is only home, he runs across a young single mother, Ophelia, trying to keep her world from twisting out of control. As the core of the planet cools, the loss of that violent dynamo causes the magnetic field to wane, allowing the atmosphere to trickle away to space. Our tale is a decade long treatise documenting the end of a civilization that has survived for millions of years. Facing their own mortality, and struggling against religious zealots who feel humanity is deserving of the punishment for its sins, no idea is too outlandish for exploration by the sciences. This action packed saga pits religious fundamentalism vying against scientist's needs for scientific development for basic survival and the hope to perpetuate out among the stars.

### Details

... Sep 30, 2011
... English
... Fiction
... All Rights Reserved - Standard Copyright License
... By (author) Stephen Avdeet

Please note that is was *'relisted'* by the Publisher LuLu Press after the theft in **2011**.



The deleted reviewers only known global review after a 2006 publishing.

7. To add further retaliatory insult, even the previous reviews from United States Army soldiers who read the book illegally while stationed in Iraq on a Department of Defense server, that Google perjured themselves as to the existence of that material redistribution outlet to the Federal Court, now even the U.S. Army soldier's reviews have even been erased from history. One review always stood out for the scientific compliment of "*this book is very well researched*" which in fact, was always quite amusing to Petitioner, directly pursuant to the fact that no research was ever performed. The entire extremely detailed tale of a society set sixty-five million (65,000,000) years ago on Mars, with a civilization struggling to survive the atmosphere trickling away to space over the course of a decade and the brutal struggle to correct the catastrophe or escape the planet in facing a breathless fate (*thus the title*) was simply written off the cuff wholly out of Petitioner's head.

8. The insult that now even reviews from military personnel are being diminished and concealed, is pursuant to the fact that Defendant Google lied not only about the Mars novel being Copyrighted, but even lied at first to the Federal Court that Google in fact ever possessed a PDF copy of the aforementioned novel. The wholly and disgustingly devious attack upon a forcibly created Pro Se litigant Author/Illustrator, was devised by then Google VP Drummond, who managed the Copyright Theft Scam in order to conceal the United States Military Contractor status of Defendant Google, by any lie necessary in order to avoid military charges.

9. The criminal perpetration of the Drummond *'Fraud Upon The Court'* that was not fully exposed until after Defendant Google upheld the criminal theft scam through an extremely anti-Pro Se litigant bias Fifth Circuit Court of Appeals, was in turn found to be far more devastating than just giving away some free books and then lying their way out of it. What has yet to be presented to any Federal Court but has indeed been properly presented to the United States Government officials, General Nackasone at the NSA, who Defendant Google spies for, and the United States Pentagon, is the aftermath of the ruthlessly and concealed global crimes. The initial theft was revealed by one of Petitioner's at first Cub Scout, then Boy Scout, then U.S. Army Soldier stationed in Iraq, Bill White.

10. What time has revealed, and what has led to the utterly complete criminal deprivation of the entire Copyright value of the theft subject, is the fact that the reason Defendant Google indeed lied about having possession of a *'Full View,'* unclocked and unrestricted PDF that military personnel were permitted to read and download for FREE, is that Defendant Google showed utterly no corporate responsibility for the care and management of an Author's Copyrighted property. This is directly pursuant to the fact that Defendant Google has nefariously spent an astronomical amount in legal funds to destroy global Copyright that is seen as a monetary nuisance. Once members of the military rotated out, they flooded the global market with unclocked *'Full View'* stolen PDF's that are now traded freely.

11.     Now this court can clearly see as to the maliciously criminal reasoning behind destroying Petitioner at all costs. What Defendant Google clearly fears, is not just Petitioner continuing to hold such corporate Socialist thieves responsible for what they steal and hide around the planet, it is the domino effect of exposure. Once Defendant Google is finally held to account to a retaliation crime victim, then all of the lawyers and law firms that have kept in touch and that have been vehemently following this matter, will revisit each and every *'Fraud Upon The Court'* scam that Defendant Google has perpetrated in order to protect all stolen materials, and to personally/professionally destroy any crime victim who threatens the status quo of ravenous corporate greed. Ironically, if any poor soul tramples on Google Copyright, then an entire building of corporate lawyers will lie, cheat & scheme to pummel anyone who threatens the trillion-dollar financial bottom end!

12.     Defendant Google has utterly absolute power over the global publishing industry through Google Books and thus Google has complete and improper autonomy to make or break any chosen Author/Illustrator, out of sheer corporate greed or legal corporate destructionism, if you dare cross such power hungry corporate monopoly bullies. By in fact stripping each and every reviewer of the Constitutionally protected opinion through Freedom of Speech, Google is in fact acting as a global tyrannical dictatorship that needs to be made an example out of in the fact that this level of federal & global criminal behavior will not be tolerated.

## Conclusion and Prayer

13. Defendant Google has continually enjoyed complete criminal organized crime and government corruption protection from criminally abusive Democrats, and therefore even if Defendant Google VP Kent Walker did not know what the act of retaliation was going to be taking place from monitored contact, once VP Walker was served in Dec of 2023, that led to the retaliation murder of Toby Avdeef the very next day, VP Walker failing to speak or issue any sort of preemptive warning, makes Google just as complicit in the political assassination.

14. Retaliation from the Google Global Criminal Empire should be immediately terminated by this court and thus Petitioner now pleads with this court to summarily grant the demanded complete fifty (50) year criminal restitution for the malicious and devious criminal deprivation of Petitioner's Copyright that was so nefariously suppressed in a United States Federal District Case through perjury, malicious concealment of material evidence, fraud, the hiring of a fake document expert, all leading to a spectacularly dishonest & abusive *'Fraud Upon The Court.'*

15. Therefore, Petitioner now pleads with this court to sanction Defendant Google LLC in the amount of eight-hundred and ninety-nine million, seventy-thousand dollars, ($899,070,000.00) that will now in turn set a clear and concise example that global Copyright Theft, the criminal redistribution of stolen Copyright and stolen Intellectual Property, will not be tolerated by U.S. Courts.

16. As a direct result of the seeking public's awareness in the name of truth and justice of the criminal global criminal empire that is Defendant Google in the name of the presentation of an *'Amicus Curie Brief'*, Petitioner is suffering deleted book listings and vanishing literary reviews in order that Defendant Google can brutally suppress the truth all around the planet and so that Petitioner can be in fact *'deleted'* personally and professionally, just as when the Democrats blackballed artists back in the 1950s. It is now time that Defendant Google face that justice from this court.

17. The David and Goliath struggle to overcome such a brutal global monster, that even Google Senior Litigation Specialist Shana Stanton condescendingly sneered about while violating a Federal Court Order in claiming that Ms. Stanton was not authorized to settle any litigation, should be seen as a cry from the dark. Petitioner is being globally *'cancelled'* and any and all supporters are being deleted around the planet in order to fabricate a fraudulent lack of value of globally published materials. Most literary listings are being minimized to only a single token review, or none at all, if in fact that particular book retailer is willing to defy the mighty empire run by Darth Walker. For example, the now only public listing of the aforementioned confidential material evidence witness reviewer, can only still be found on the retailer website, LuLu, and thus this is now material proof that the global review did indeed exist. Petitioner prays that the court will understand & sympathize with the witness's fear of murderous Defendant Google.

## CERTIFICATE OF SERVICE

18. On or about Tuesday, May 28th, 2024, a true and correct copy of this motion will be electronically served upon Defendant Google and in turn will be served post filing by the Federal PACER System upon Plaintiff, The State of Texas by and through Texas Attorney General Ken Paxton, pursuant to the fact that Petitioner still has no direct electronic contact information for the Texas A.G.

DATED this 25th day of May, 2024.

Respectfully submitted,

Stephen Matthew Avdeef PRO SE
*Electronic Signature/Stephen Matthew Avdeef*
1000 Kelley Drive
Fort Worth, Texas 76140-3618
(817) 564-3888
E-Mail: sci_writer@hotmail.com

*cc: President Donahue of The Hague, the E.U.I.P.O., The World Court of Justice, The DOJ, FBI, Inspector General of the United States of America, U.S. Speaker of the House Mike Johnson, Senator Jim Jordan, Senator Josh Hawley, Former President The Honorable Donald J. Trump, Fox News Sean Hannity, and our London Barrister, Attachment to the Impending United States Federal District Court Litigation Complaint, Attachment to the E.U.I.P.O. International IP and Copyright Theft Complaint, Attachment to Part Three of Three (3 of 3) of the requested World Court of Justice International Criminal Human Rights Violation Pleading to The Hague*