Stephen Matthew Avdeef
1000 Kelley Drive, Everman, TX 76140-3618
Ph.: (817) 564-3888   Email: sci_writer@hotmail.com



RECEIVED
MAY 29 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

May 25, 2024

<u>VIA FEDERAL EXPRESS DELIVERY: 7765 5257 4397</u>

US District Court Eastern District
Attention: The Honorable Aileen Durrett
101 E. Pecan Street,
Sherman, Texas 75090

Re:   Civil Action No. 4:20-CV-957-SDJ
      State of Texas, et al v. Google LLC

Dear Clerk:

Enclosed is the "Petitioner And Google Crime Victim's Amended Motion For Sanctions Pursuant To Criminal Retaliation To Federal Magistrate, The Honorable Judge Durrett". Please present to Judge Durrett for her review and consideration.

Thank you for your assistance.

Regards

Stephen Matthew Avdeef, Pro Se

Encl (1)