TO FEDERAL JUDGE SEAN D. JORDAN
US FEDERAL EASTERN DIST. COURT
101 E. PECAN STREET

SHERMAN TX 75090
(903) 892-2921
REF: AMENDED MTN SANCTIONS 5-25-23



RECEIVED
MAY 29 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FedEx
TRK# 0201 7765 5257 4397
WED - 29 MAY AA
** 2DAY **
SP SWIA
75090
TX-US
DFW

689680  25May2024  FWHA 581G4/C458/C0B8