IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Having considered Defendant Google LLC's Unopposed Motion for Leave to File Under Seal its Supplemental Brief Requesting a Protective Order Prohibiting Plaintiffs from Deposing Sergey Brin and Sundar Pichai (the "Brief") and Exhibits Q through T attached to the Brief (the "Exhibits"), filed on May 30, 2024, the Court finds that both the Brief and the Exhibits contain confidential information such that there is good cause to file them under seal.  *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Google's Motion should be **GRANTED**.  It is further **ORDERED** that the Brief and the Exhibits attached to the Brief shall remain under seal.