# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

## UNOPPOSED MOTION TO FILE UNDER SEAL

Plaintiff States ("States") respectfully move the Court for leave to file under seal PLAINTIFF STATES' SUPPLEMENTAL BRIEF IN RESPONSE TO DEFENDANT GOOGLE'S OBJECTION TO REPORT AND RECOMMENDATION and the Appendix and exhibits thereto, to be filed later today. Defendant Google LLC ("Google") does not oppose the States' sealing request.

The States, upon Google's request and with Google's consent, request to file under seal their Brief, Appendix, and exhibits because: the Brief, Appendix, and exhibits reveal individual Google employee names and identities, and the exhibits include transcript excerpts from the depositions of those individual Google employees that reveal their identities and testimony and documents that Google has designated confidential or highly confidential. Google intends to propose publicly available versions of these documents be filed with limited redactions only to protect individual personnel and any highly confidential information. Consistent with Local Rule CV-5, the States will work with Google to file redacted versions—with as limited redactions as possible—of the above-referenced documents within seven (7) days.

For the reasons stated above, the States respectfully request that this Court allow the States to file the above-referenced documents under seal.

Dated: May 30, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier | Ashley Keller |
| Mark.Lanier@LanierLawFirm.com | ack@kellerpostman.com |
| Alex J. Brown | 150 N. Riverside Plaza, Suite 4100 |
| Alex.Brown@LanierLawFirm.com | Chicago, Illinois 60606 |
| Zeke DeRose III | (312) 741-5220 |
| Zeke.DeRose@LanierLawFirm.com | |
| Jonathan P. Wilkerson | Zina Bash |
| Jonathan.Wilkerson@LanierLawFirm.com | zina.bash@kellerpostman.com |
| 10940 W. Sam Houston Pkwy N | 111 Congress Avenue, Suite 500 |
| Suite 100 | Austin, TX 78701 |
| Houston, TX 77064 | (512) 690-0990 |
| (713) 659-5200 | |
| **THE LANIER LAW FIRM, PLLC** | Noah S. Heinz |
| | noah.heinz@kellerpostman.com |
| | 1101 Connecticut, N.W., 11th Floor |
| | Washington, DC 20005 |
| | (202) 918-1123 |
| | **KELLER POSTMAN LLC** |

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201


FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*
 Brent Webster, First Assistant Attorney General of Texas
 Brent.Webster@oag.texas.gov
 James R. Lloyd, Deputy Attorney General for Civil Litigation
 James.Lloyd@oag.texas.gov
 Trevor Young, Deputy Chief, Antitrust Division
 Trevor.Young@oag.texas.gov

 **STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
 P.O. Box 12548
 Austin, TX 78711-2548
 (512) 936-1674

*Attorneys for Plaintiff State of Texas*

3

**CERTIFICATION OF CONFERENCE**

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that Google LLC does not oppose the foregoing sealing request.

*/s/ Geraldine Young*
Geraldine Young

**CERTIFICATE OF SERVICE**

I certify that on May 30, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Geraldine Young*
Geraldine Young