IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion to File Under Seal, filed on May 30, 2024. The States request leave to file under seal: PLAINTIFF STATES' SUPPLEMENTAL BRIEF IN RESPONSE TO DEFENDANT GOOGLE'S OBJECTION TO REPORT AND RECOMMENDATION and the Appendix and exhibits thereto, filed also on May 30, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on May 30, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF STATES' SUPPLEMENTAL BRIEF IN RESPONSE TO DEFENDANT GOOGLE'S OBJECTION TO REPORT AND RECOMMENDATION and the Appendix and exhibits thereto, referenced in the granted motion to seal shall remain under seal.

　　　　IT IS SO ORDERED.