# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:20-cv-00957-SDJ |
| § | |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant Google LLC ("Google") respectfully requests that Lijun Zhang be permitted to withdraw as counsel of record for Google in this matter. The withdrawing counsel, Lijun Zhang, is no longer employed with Freshfields Bruckhaus Deringer US LLP. Further, the clerk is requested to terminate CM/ECF notices as to Lijun Zhang for this matter. No other changes are requested regarding the other attorneys acting as counsel of record. Plaintiffs do not oppose this motion.

Dated: June 12, 2024                                Respectfully submitted,

/s/ *Lijun Zhang*
Lijun Zhang (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4795
lijun.zhang@freshfields.com

COUNSEL FOR GOOGLE LLC

### CERTIFICATE OF SERVICE

I certify that on June 12, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ *Lijun Zhang*
Lijun Zhang

### CERTIFICATE OF CONFERENCE

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

/s/ *Lijun Zhang*
Lijun Zhang