IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Before the Court is an Unopposed Motion for Withdrawal of Lijun Zhang as counsel of record for Defendant Google LLC in this matter. The Court has determined that the motion should be **GRANTED**. It is hereby,

**ORDERED** that Lijun Zhang is withdrawn as counsel for Defendant Google LLC in this matter; and

**ORDERED** that the clerk terminate CM/ECF notices as to Lijun Zhang for this matter.