# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No.: 4:20-CV-00957-SDJ |

## NOTICE OF APPEARANCE OF COUNSEL

  Notice is hereby given that Andrew T. Gorham of Gillam & Smith, LLP enters his appearance as counsel in this matter on behalf of Non-Party Meta Platforms, Inc.

  Andrew T. Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 North College Avenue, Suite 800, Tyler, Texas 75702; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail: tom@gillamsmithlaw.com.

Dated: June 12, 2024

                Respectfully submitted,

                 /s/ *Andrew T. Gorham*
                _____
                Andrew T. Gorham
                Texas Bar No. 24012715
                **GILLAM & SMITH, LLP**
                102 North College Avenue, Suite 800
                Tyler, Texas 75702
                Telephone: (903) 934-8450
                Facsimile:  (903) 934-9257
                Email: tom@gillamsmithlaw.com

                *Attorney for Non-Party*
                *Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system on June 12, 2024.

                                          */s/ Andrew T. Gorham*
                                          Andrew T. Gorham