# Exhibit 5
# In Support of
# Non-Party Meta Platforms, Inc.'s Motion for Protective Order

**Please date, time-stamp, sign and return.**

## COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T  +1 415 591 6000

**By Messenger**

Linda M. Van Stavern
U.S. Department of Justice
450 Fifth Street NW, Room 3618
Washington, D.C. 20001
(202) 305-0058

December 16, 2019

12/16/2019  4:28 PM
*Linda M Van Stavern*

Re:  Civil Investigative Demand No. 30180 Issued to Facebook, Inc.

Dear Linda:

On behalf of our client, Facebook, Inc. ("Facebook"), we are enclosing materials in response to the Civil Investigative Demand issued to Facebook, Inc. on November 26, 2019 ("CID").  We will send you the password to open the production by email.

This production comprises responses to Specifications 1 through 4 of the CID and bears bates ranges FB-DOJ_000000001 through FB_DOJ_001487949.  We plan to supplement our response in future productions.

\*   \*   \*   \*

Through making this production, Facebook does not intend to waive, and is not waiving, any claim of privilege to which it is entitled.  Accordingly, any inadvertent submission of a privileged document does not preclude the subsequent assertion of a claim of attorney-client privilege, joint defense privilege, work product, or any other applicable privilege or protection in the future with respect to the document or the subject matter of the document.

Facebook requests confidential treatment of this letter, the accompanying narrative descriptions, and the above-described materials, each of which has been stamped "CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK INC," pursuant to all applicable statutes and regulations.  This letter, the accompanying narrative descriptions, and the above-described materials are being provided in connection with your investigation and contain highly confidential business information, the release or publication of which would substantially harm Facebook's business.  Therefore, Facebook requests that this letter, the accompanying narrative descriptions, and the other data and information submitted to you be treated as confidential and destroyed or returned to the undersigned when you have completed your investigation.

Facebook requests prompt notification in the event the Department receives a request to review this letter or its enclosures.  Facebook also requests that it be furnished a copy of all written materials pertaining to such request (including without limitation the request itself), and

CONFIDENTIAL TREATMENT REQUESTED

**COVINGTON**

Linda M. Van Stavern
December 16, 2019
Page 2

be given advance notice of any intended release so that Facebook may address such potential disclosure and, if necessary, pursue alternative remedies.

    Please feel free to contact me if you have any questions.

Very truly yours,

/s/ Phillip Warren

Phillip Warren

Enclosures

cc: Howard J. Parker

CONFIDENTIAL TREATMENT REQUESTED