# Exhibit 6
In Support of
Non-Party Meta Platforms, Inc.'s
Motion for Protective Order

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Robert S. Day

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5265
rday@cov.com

**By E-Mail and Messenger**  June 5, 2020

George "Chip" Nierlich
Erin Craig
U.S. Department of Justice
450 Fifth Street NW, Room 3618
Washington, D.C. 20001
(202) 598-2991

      **Re:   Civil Investigative Demand No. 30256 Issued to Facebook, Inc.**

Dear Chip and Erin:

      On behalf of our client, Facebook, Inc. ("Facebook"), we are enclosing materials in response to the Civil Investigative Demand issued to Facebook, Inc. on May 6, 2020 ("CID"). This production bears bates numbers FBDOJGOOG_00000001 through FBDOJGOOG_00267295. We will send you an email with the password to open the production.

      \*   \*   \*   \*

      Through making this production, Facebook does not intend to waive, and is not waiving, any claim of privilege to which it is entitled. Accordingly, any inadvertent submission of a privileged document does not preclude the subsequent assertion of a claim of attorney-client privilege, joint defense privilege, work product, or any other applicable privilege or protection in the future with respect to the document or the subject matter of the document.

      Facebook requests confidential treatment of this letter, and the above-described materials, each of which has been stamped "CONFIDENTIAL TREATMENT REQUESTED BY FACEBOOK INC," pursuant to all applicable statutes and regulations. This letter and the above-described materials are being provided in connection with your investigation and contain highly confidential business information, the release or publication of which would substantially harm Facebook's business. Therefore, Facebook requests that this letter and the other data and information submitted to you be treated as confidential and destroyed or returned to the undersigned when you have completed your investigation.

      Facebook requests prompt notification in the event the Department receives a request to review this letter or its enclosures. Facebook also requests that it be furnished a copy of all written materials pertaining to such request (including without limitation the request itself), and be given advance notice of any intended release so that Facebook may address such potential disclosure and, if necessary, pursue alternative remedies.

CONFIDENTIAL TREATMENT REQUESTED

**COVINGTON**

George Nierlich
Erin Craig
June 5, 2020
Page 2

Please feel free to contact me if you have any questions.

Very truly yours,

Robert S. Day

Enclosures

CONFIDENTIAL TREATMENT REQUESTED