IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

### ORDER

Having considered Non-Party Meta Platforms, Inc.'s Motion for a Protective Order filed on June 12, 2024, the Court **ORDERS** that the Motion be **GRANTED**. It is further **ORDERED** that Defendant Google LLC shall not produce any additional materials involving Meta that are covered by the Stipulation and Order for Reproduction of Discovery (Dkt. 510).

1