AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| State of Texas et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:20-cv-957-SDJ |
| Google, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Meta Platforms, Inc.                                                                                              .

Date:   06/12/2024

/s/ Michael E. Bowlus
*Attorney's signature*

Michael E. Bowlus, CA Bar No. 307277
*Printed name and bar number*

Covington & Burling LLP
Salesforce Tower
415 Mission St., Ste. 5400
San Francisco, CA 94105
*Address*

mbowlus@cov.com
*E-mail address*

(415) 591-7014
*Telephone number*

(415) 955-6514
*FAX number*