IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § § | |

## ORDER OF SPECIAL MASTER

The Special Master requested input from the parties regarding procedures for any disputes that may arise during the expert discovery phase of this action, including frequency and manner of hearings, procedures for raising issues and disputes with the Special Master, and briefing schedules. On June 11, 2024, the parties submitted a joint proposal. After review, the Special Master adopts the parties' joint proposal and **ORDERS** as follows:

The parties may need assistance from the Special Master related to the expert phase of discovery and any issues that are outstanding or that may arise. If issues are raised to the Special Master, the Special Master will prescribe the briefing schedule and/or hearing schedule if needed. The parties are currently working through a handful of issues and will notify the Special Master if assistance is needed.

The parties do not believe bi-weekly standing hearings are necessary at this time unless the Special Master deems them necessary. The parties agree to a standing monthly call as a placeholder. The Special Master will set such future monthly calls by separate order, and such calls shall occur via remote teleconferencing means absent further order.

Other hearings set by the Special Master shall be held by remote teleconferencing means, absent further order. The hearings shall be held on the record, with a court reporter agreed to and provided for by the States and Google transcribing the proceedings. Counsel for each party shall attend the hearings and must be prepared to address any disputes submitted to the Special Master in advance of the hearing.

Signed this 13th day of June, 2024.

_____
David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail:  dmoran@jw.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 13th day of June 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A)

_____
David T. Moran
**Special Master**