UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Google's Unopposed Motion for Withdrawal of Counsel. (Dkt. #518). Having considered the motion, the Court concludes that it should be **GRANTED.**

Therefore, it is **ORDERED** that Lijun Zhang, formerly of Freshfields Bruckhaus Deringer US LLP, is withdrawn as counsel of record in this action. The clerk is directed to terminate CM/ECF notices to Lijun Zhang for this matter. All other attorneys representing Google will remain as counsel of record in this action.

So ORDERED and SIGNED this 13th day of June, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE