UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## **ORDER**

Before the Court is Non-Party Meta Platforms, Inc.'s Opposed Motion for a Protective Order. (Dkt. #521). The Certificate of Conference indicates that Plaintiff States are opposed to the motion. Therefore, it is **ORDERED** that Plaintiff States must respond to Meta's motion by no later than **June 20, 2024**.

**So ORDERED and SIGNED this 13th day of June, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE