IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT GOOGLE LLC'S NOTICE OF SUBMISSION TO THE SPECIAL
MASTER REGARDING PUERTO RICO DISCOVERY DEFICIENCIES**

Pursuant to the Order Appointing Special Master (Dkt. 213) providing that all papers submitted to the Special Master must be filed with the Court, Defendant Google is providing notice of a submission to the Special Master regarding Puerto Rico's discovery deficiencies. Google's submission to the Special Master is attached hereto as Exhibit A.

1

Dated: June 18, 2024

Respectfully submitted,

*/s/ R. Paul Yetter*
R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW
Washington, DC 20003
(202) 777-4545
eric.mahr@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

## CERTIFICATE OF SERVICE

I certify that on June 18, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ R. Paul Yetter*
R. Paul Yetter