IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**JOINT ADVISORY**

On May 30, 2024, the Court held a Telephone Conference with counsel (Docket No. 507) and requested that counsel file an Advisory with the Court regarding the frequency and scheduling of status conferences and the June 21, 2024 status conference. Consistent with the Court's Order, the Parties submit this Joint Advisory.

During the May 30, 2024 Telephone Conference, the Court discussed the use of the Special Master through expert discovery, to which the Parties did not have any objections. The Court also asked the Parties to submit an advisory regarding the need for regularly scheduled status conferences and whether the June 21, 2024 scheduled status conference should proceed as scheduled or be cancelled.

On June 11, 2024, the Parties submitted a joint proposal to the Special Master regarding the frequency and manner of hearings with the Special Master and procedures for raising issues and disputes with the Special Master, including briefing schedules. On June 13, 2024, the Special Master entered an Order (Docket No. 523) discussing the process for raising disputes and a standing monthly call with the Parties.

Regarding scheduling of status conferences with the Court and the June 21, 2024 status conference, the Parties have conferred and have agreed that there is not currently a need for regularly scheduled hearings with the Court and that the June 21, 2024 status conference should be cancelled, unless the Court would like the June 21, 2024 hearing to occur.

Furthermore, as discussed on the May 30, 2024 Telephone Conference, the Parties believe that should a need arise for a status conference with the Court, the Parties will work with the Special Master to request a status conference with Your Honor or submit a request to the Court.

Accordingly, the Parties submit this Joint Advisory requesting that the June 21, 2024 status conference be cancelled and that status conferences be scheduled as needed or at the Court's pleasure.

| | |
|---|---|
| DATED: June 18, 2024 | Respectfully submitted, |
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |
| W. Mark Lanier<br>Alex J. Brown<br>Zeke DeRose III<br>**THE LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N.<br>Suite 100<br>Houston, TX 77064<br>Telephone: (713) 659-5200<br>Facsimile: (713) 659-2204<br>Email:<br>mark.lanier@lanierlawfirm.com<br>Email:<br>alex.brown@lanierlawfirm.com<br>Email:<br>zeke.derose@lanierlawfirm.com | Ashley Keller (*pro hac vice*)<br>**KELLER POSTMAN LLC**<br>150 N. Riverside Plaza<br>Suite 4100<br>Chicago, IL 60606<br>Telephone: (312) 741-5220<br>Facsimile: (312) 971-3502<br>Email: ack@kellerpostman.com<br><br>Zina Bash (Bar No. 24067505)<br>111 Congress Avenue<br>Suite 500<br>Austin, TX 78701<br>Email:<br>zina.bash@kellerpostman.com<br><br>Noah S. Heinz (*pro hac vice*)<br>1101 Connecticut Ave., N.W.<br>11th Floor<br>Washington, DC 20036<br>Email:<br>noah.heinz@kellerpostman.com |

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm Only), Mississippi, North Dakota, South Carolina, and South Dakota.*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General


*/s/ Trevor E. D. Young*
Brent Webster, First Assistant
Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney
General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor E. D. Young, Deputy Chief,
Antitrust Division
Trevor.Young@oag.texas.gov


**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

*/s/ R. Paul Yetter*
R. Paul Yetter
State Bar No. 22154200
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Eric Mahr
Freshfields Bruckhaus Deringer LLP
700 13th Street NW
Washington, DC 20003
(202) 777-4545
eric.mahr@freshfields.com

Justina Sessions
855 Main Street
Redwood City, CA 94063
(650) 461-8276
justina.sessions@freshfields.com

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

      I certify that, on June 18, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

                                                */s/ W. Mark Lanier*
                                                W. Mark Lanier