IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § | |

## ORDER OF SPECIAL MASTER

The Special Master has reviewed Google's Submission to the Special Master Regarding Puerto Rico's Discovery Deficiencies (Dkt. 528) filed on June 18, 2024.

The Special Master **ORDERS** Puerto Rico to file a response to Google's letter to the Special Master dated June 18, 2024 which explains Google's position. The response shall be filed no later than **June 21, 2024**.

The Special Master further **ORDERS** that a hearing shall be held on the issue on **June 25, 2024**, at **10 a.m. Central**. The hearing will be conducted remotely (by Zoom) and a court reporter shall be provided by the parties.

Signed this 20th day of June, 2024.

David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6051
E-mail: dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 20th day of June 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A)

_David Moran_

David T. Moran
**Special Master**