UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

The Court previously scheduled monthly status conferences in the above-captioned case, commencing in January 2024 and continuing through June 2024. (Dkt. #188). Given the progress made in the discovery process over the last several months, the Court recently held a telephone conference with the parties to discuss the continuing need for monthly status conferences. (Dkt. # 507). In addition, the parties have filed a Joint Advisory informing the Court that they do not see a need for recurring, scheduled conferences at this time, including the conference currently set for June 21, 2024, (Dkt. #529). The Court agrees.

Therefore, it is **ORDERED** that the June 21, 2024, status conference is **CANCELLED**. The Court will schedule conferences as needed going forward and the parties may schedule a conference by direct request to the Court or through the Special Master.

**So ORDERED and SIGNED this 19th day of June, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE