IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**PLAINTIFF STATES' UNOPPOSED NOTICE OF REQUEST FOR EXTENSION OF TIME TO RESPOND TO NON-PARTY META PLATFORMS, INC.'S MOTION FOR PROTECTIVE ORDER**

1.  Before the Court is non-party Meta Platforms, Inc.'s ("Meta") Motion for Protective Order, which seeks an order prohibiting the reproduction of certain Meta documents produced to Google by the United States in *United States v. Google LLC*, No. 1:23-cv-000108 (E.D. Va.) (the "EDVA Action"). *See* Dkt. 521.

2.  Under the current briefing schedule, Plaintiff States' opposition is due today, June 20, 2024. *See* Dkt. 525.

3.  Plaintiff States have been engaging in constructive meet and confers with Meta.

4.  Plaintiff States have requested that Meta conduct additional review to confirm which documents are relevant to this action. Meta informed Plaintiff States that it could provide additional information and targeted declarations about the documents at issue in the Motion for Protective Order by Thursday, July 11, 2024.

5.  Plaintiff States believe that the additional information and declarations that Meta has committed to providing may resolve, or substantially reduce the scope, of the dispute.

1

6. To facilitate that review, Plaintiff States request an extension of their deadline to respond until one day after that review is complete.

7. Postponing Plaintiff States' response deadline to Meta's Motion for Protective Order will not prejudice Meta, Google, or any other party. The review and additional meet and confer efforts will also reduce the effort the Court must expend in resolving any dispute.

8. Therefore, Plaintiff States request that the Court extend their deadline to respond to the Motion for Protective Order by three weeks, until July 12, 2024.

9. Meta does not oppose this request for an extension.

Dated: June 20, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ W. Mark Lanier | /s/ Ashley Keller |
| W. Mark Lanier | Ashley Keller |
| Mark.Lanier@LanierLawFirm.com | ack@kellerpostman.com |
| Alex J. Brown | 150 N. Riverside Plaza, Suite 4100 |
| Alex.Brown@LanierLawFirm.com | Chicago, Illinois 60606 |
| Zeke DeRose III | (312) 741-5220 |
| Zeke.DeRose@LanierLawFirm.com | |
| Jonathan P. Wilkerson | Zina Bash |
| Jonathan.Wilkerson@LanierLawFirm.com | zina.bash@kellerpostman.com |
| 10940 W. Sam Houston Pkwy N | 111 Congress Avenue, Suite 500 |
| Suite 100 | Austin, TX 78701 |
| Houston, TX 77064 | (512) 690-0990 |
| (713) 659-5200 | |
| **THE LANIER LAW FIRM, PLLC** | Noah S. Heinz |
| | noah.heinz@kellerpostman.com |
| | 1101 Connecticut, N.W., 11th Floor |
| | Washington, DC 20005 |
| | (202) 918-1123 |
| | **KELLER POSTMAN LLC** |

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

**NORTON ROSE FULBRIGHT US LLP**

Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201


FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*

Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor Young, Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov

STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

## **CERTIFICATION OF CONFERENCE**

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that Meta Platforms, Inc. does not oppose the foregoing extension request.

*/s/ Noah S. Heinz*
Noah S. Heinz

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ Noah S. Heinz
Noah S. Heinz