AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| State of Texas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:20-CV-00957-SDJ |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Google LLC

Date:	06/20/2024

*Attorney's signature*

Gayle Rosenstein Klein; TX State Bar No. 797348
*Printed name and bar number*
Freshfields Bruckhaus Deringer US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
*Address*

Gayle.Klein@freshfields.com
*E-mail address*

(212) 230-4645
*Telephone number*

(212) 277-4001
*FAX number*