UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff States' Unopposed Notice of Request for Extension of Time to Respond to Non-Party Meta Platforms, Inc.'s Motion for Protective Order. (Dkt. #532). After full consideration, the Court determines that the motion is **GRANTED**.

It is therefore **ORDERED** that Plaintiff States' deadline to respond to Non-Party Meta Platforms Inc.'s Motion for Protective Order is extended to **July 12, 2024**.

So ORDERED and SIGNED this 20th day of June, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE