# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., | |
| Plaintiffs, | Case No. 4:20-cv-00957-SDJ |
| v. | Hon. Sean D. Jordan |
| Google LLC, | Special Master: David T. Moran |
| Defendants. | |

## ORDER

Before the Court is Plaintiff States' ("States") Unopposed Motion to File Under Seal, filed on June 26, 2024. The States request leave to file under seal: PLAINTIFF STATES' MOTION TO COMPEL WRITTEN DISCOVERY REGARDING DESTRUCTION OF GOOGLE CHATS and the exhibits thereto, filed also on June 26, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on June 26, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF STATES' MOTION TO COMPEL WRITTEN DISCOVERY REGARDING DESTRUCTION OF GOOGLE CHATS and the exhibits thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.