IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER OF SPECIAL MASTER

The Special Master has reviewed the States' Motion to Compel Written Discovery Regarding Destruction of Google Chats (Dkt. 540) ("Motion") filed on June 27, 2024.

The Special Master **ORDERS** Google to file a response to the Motion no later than **July 5, 2024**.

The Special Master further **ORDERS** that a hearing shall be held on the Motion on **July 10, 2024**, at **10 a.m. Central**. The hearing will be conducted remotely (by Zoom) and a court reporter shall be provided by the parties.

Signed this 27th day of June, 2024.

_____
David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail:  dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 27th day of June 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A)

_____
David T. Moran
**Special Master**