# EXHIBIT D

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-019569563 |
| End Bates | GOOG-AT-MDL-019569564 |
| Custodian | Exhibits |
| File Name | UPX1101 - CI.pdf |
| Extension | PDF |
| Author | |
| Subject | |
| Email Subject | |
| Master Date | |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | |
| Time Sent | |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | |
| From | |
| To | |
| Cc | |
| Bcc | |
| Volume Name | |
| CSV_Confidentiality | Confidential |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | |
| CSV DOJ Edoc Properties | Edoc |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

Message

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮@google.com]
**Sent:** 9/16/2008 11:01:05 PM
**To:** ▮▮▮▮▮▮▮▮@google.com]; ▮▮▮▮▮▮▮▮@google.com]
**Subject:** Re: [Googlers] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[redacted]

On Tue, Sep 16, 2008 at 2:09 PM, ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> Confidential/Please Do Not forward

[redacted]



Ex. No. UPX1101
1:20-cv-03010-APM

CONFIDENTIAL

GOOG-DOJ-29864619



```
> _____
> Googlers mailing list
> Googlers@google.com
> https://mailman.corp.google.com/mailman/listinfo/googlers
>
>
```

CONFIDENTIAL

GOOG-DOJ-29864620