# EXHIBIT F

| Metadata | |
|---|---|
| Begin Bates | GOOG-DOJ-19116303 |
| End Bates | GOOG-DOJ-19116310 |
| Custodian | ▮▮▮▮▮▮▮▮ |
| Extension | eml |
| Author | ▮▮▮▮▮ |
| Subject | Central Region Weekly Update: Week of November 5, 2007 |
| File Name | |
| Email Subject | Central Region Weekly Update: Week of November 5, 2007 |
| Master Date | 11/5/2007 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 11/5/2007 |
| Time Sent | 1:21:00 AM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | "▮▮▮▮▮▮" <▮▮▮▮▮▮@google.com> |
| To | gms-central-update@google.com |
| Cc | |
| Bcc | |
| Volume Name | PROD066-003 |
| CSV_Confidentiality | |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | ba1b8ca00711041721o76764f05m815d69805d1b0074@mail.gmail.com |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

Message

| | |
|---|---|
| From: | [redacted]google.com] |
| Sent: | 11/5/2007 1:21:06 AM |
| To: | gms-central-update@google.com |
| Subject: | Central Region Weekly Update: Week of November 5, 2007 |
| Attachments: | AAdvantage MileFinder Slides.ppt |

Hi all! This week's Top 5 News & Notes are below. I will be with the BIM team at UPS in Atlanta on Tuesday and then attending CommerceThink in MV on Thursday and Friday so we won't be able to have Open Door time this week. It's back on again next week...in the meantime call me, email me or IM me with whatever is on your mind!

================================================================================================

**1. Oprah on YT** . Reminder that this week on Tuesday, the Oprah episode with [redacted] airs. Please try to watch it in your office. If you are in MV on Tuesday, the café's there are featuring Chicago-style food in honor of this event. And for sure check out the new Oprah channel on YT. Please start using screen shots of this in your prezos right away!

http://youtube.com/user/oprah

**2. OpenSocial (internally caled "Makamaka")**: Last week's big news was the announcement of the open source developer platform coalition (among MySpace, Engage.com, Friendster, hi5, Hyves, imeem, LinkedIn, Oracle, orkut, Plaxo, Salesforce.com, Six Apart, Tianji, Viadeo, and XING and Ning) to create common apps for most of the big social graph sites.

You should spend a few minutes to become conversant with this initiative as you wil be sure to be asked about it in client meetings this week. Start with this great 3-minute video from Ning explaining the concept:
http://blog.pmarca.com/2007/10/open-social-scr.html

Then a few minutes of highlights from the "campfire" event on campus last week with developers:
http://www.youtube.com/watch?v=RytmNqEHYiE

Or if you have time for the full one hour version: http://www.youtube.com/watch?v=9KOEbAZJTTk

And also a pov from the New York Times on the implications of OpenSocial:
http://bits.blogs.nytimes.com/2007/11/01/googles-opensocial-is-not-a-facebook-killer/

**3. New example of Maps you can use**. The Dallas Travel team has shared this new example (attached powerpoint) from American Airlines using of Google maps. Pretty cool. Should be part of your prezos illustrating maps and maps mash-ups.



**5. Reminder our Central Region Promotion toast** is this Wednesday at 11am CT via video bridge. Check your calendar for exact details. Everyone should please attend to offer our best wishes to those promoted last week!

---

Complete NASO Events Calendar: http://www.corp.google.com/cal/sales/?t=ext

================================================================================================

And now for our usual spin around the teams:

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-19116305



Case 4:20-cv-00957-SDJ   Document 543-4   Filed 07/03/24   Page 6 of 10 PageID #:  17694

HIGHLY CONFIDENTIAL  GOOG-DOJ-19116306



HIGHLY CONFIDENTIAL                                                                 GOOG-DOJ-19116307



HIGHLY CONFIDENTIAL
GOOG-DOJ-19116308

HIGHLY CONFIDENTIAL

GOOG-DOJ-19116309



======================================================================================================

Thanks everyone and have a great week!



Managing Director, Central Region

Google
20 W. Kinzie Street
Chicago, IL 60610



This email and the information it contains are confidential and may be privileged. If you have received this email in error please notify me immediately. You should not copy it for any purpose, or disclose its contents to any other person. Internet communications are not secure and, therefore, Google does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended please call me.

HIGHLY CONFIDENTIAL

GOOG-DOJ-19116310