# EXHIBIT G

HIGHLY CONFIDENTIAL

Page 1

```
 1          UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF TEXAS
 2                 SHERMAN DIVISION
                     -   -   -
 3
 4   THE STATE OF TEXAS, et al. : Civil Action No.
           Plaintiffs,          : 4:20-cv-00957-SDJ
 5         vs.                   :
     GOOGLE LLC,                 :
 6         Defendants.           :
 7
 8                   -   -   -
 9              April 19, 2024
             HIGHLY CONFIDENTIAL
10
                     -   -   -
11
12
13              Remote Oral Deposition,
14   taken via Zoom, of ████████████████
15   commencing at 9:01 a.m., on the above
16   date, before Amanda Maslynsky-Miller,
17   Court Reporter and Certified Realtime
18   Reporter.
19
20                   -   -   -
21
22
23
24    Job No. MDLG6658171
```

HIGHLY CONFIDENTIAL

```
                                              Page 2

 1   APPEARANCES:

 2

 3

         MAYER BROWN
 4       BY: JONATHAN D. JAFFE, ESQUIRE
         Two Palo Alto Square
 5       3000 El Camino Real
         Palo Alto, California 94306
 6       jjaffe@mayerbrown.com
         (650) 331-2085
 7       Representing the Plaintiff,
         State of Texas

 8

 9

10

11       NORTON ROSE FULBRIGHT US LLP
         BY: ABRAHAM CHANG, ESQUIRE
12       1301 McKinney
         Suite 5100
13       Houston, Texas 77010
         (713) 651-5151
14       abraham.chang@nortonrosefulbright.com
15       - and -
16       BY: DANIELLA TORREALBA, ESQUIRE
         799 9th Street NW
17       Suite 1000
         Washington, DC 20001
18       daniellatorraelba@nortonrosefulbright.com
         Representing the Plaintiff

19

20

21

22

23

24
```

HIGHLY CONFIDENTIAL

```
                                              Page 3

 1   APPEARANCES: (Continued)
 2
 3          AXINN, VELTROP & HARKRIDER LLP
            BY: DAVID R. PEARL, ESQUIRE
 4          1901 L Street NW
            Washington, DC 20036
 5          (202) 912-4700
            dpearl@axinn.com
 6
            - and -
 7
            BY: CHRISTOPHER ERICKSON, ESQUIRE
 8          114 West 47th Street
            New York, New York 10036
 9          (212) 728-2200
            cerickson@axinn.com
10
            - and -
11
            BY: DARPAN R. SINGH, ESQUIRE
12          55 Second Street
            San Francisco, California 94105
13          (415) 490-2000
            dsingh@axinn.com
14          Representing Google LLC
15
16
17
     ALSO PRESENT:
18   Zach Hone, Videographer
     Evan Wolfe, Trial Technician
19   Melonie Montford Derose  (LLF)
     Steven Sparling, Google LLC
20
                         -   -   -
21
22
23
24
```

HIGHLY CONFIDENTIAL

```
                                                   Page 4

 1                    -   -   -
 2                 I N D E X
 3                    -   -   -
 4
     Testimony of:       ████████████████ , Ph.D.
 5
 6       By Attorney Chang                    9
 7
 8                    -   -   -
 9               E X H I B I T S
10                    -   -   -
11
     NO.              DESCRIPTION                    PAGE
12
     Exhibit 110   No Bates
13                 █████████████████████
                   Wikipedia Page               25
14
     Exhibit 111   No Bates
15                 █████████████████████
                   LinkedIn Page               42
16
     Exhibit 112   GOOG-AT-MDL-008522383-2404
17                 Perf Rating Support Note
                   Template                    52
18
     Exhibit 113   GOOG-AT-MDL-017768272-8275
19                 2/28/22 E-mail, ███████ to
                                               76
20
     Exhibit 114   GOOG-AT-MDL-016488656-8675
21                 ████████████████████████ Promo
                   Packet                      93
22
     Exhibit 115   GOOG-AT-MDL-B-004637454-7457
23                 11/12/15 E-mail, ██████████ to
                                               158
24
```

HIGHLY CONFIDENTIAL



Page 5

```
 1                        -   -   -
 2                  E X H I B I T S
 3                        -   -   -
 4
      NO.                DESCRIPTION                    PAGE
 5
      Exhibit 116   GOOG-AT-MDL-018794833-4835
 6                  8/17/21 E-mail,        to
                                                       179
 7
      Exhibit 117   GOOG-DOJ-14011118-1120
 8                  9/17/14 E-mail,        to
                                                       204
 9
      Exhibit 118   GOOG-DOJ-32277191-7210
10                  7/9/14 E-mail,        to
                                                       218
11
      Exhibit 119   GOOG-NE-13231861-1874
12                  8/9/14 Draft Enhanced Dynamic
                    Revenue Sharing                    256
13
      Exhibit 120   GOOG-DOJ-14008627-8633
14
15
                                                       259
16
      Exhibit 121   GOOG-AT-MDL-014566659-6660
17                  8/25/15 E-mail,    to
                                                       259
18
      Exhibit 122   GOOG-AT-MDL-008962081-2082
19                  9/26/18 E-mail,           to
                                                       303
20
      Exhibit 123   GOOG-AT-MDL-012687687-7689
21                  2/4/21 E-mail,        to
                                                       320
22
      Exhibit 124   GOOG-AT-MDL-009089549-9550
23                  5/31/22 E-mail,    to
                                                       329
24
```

HIGHLY CONFIDENTIAL

Page 6

```
 1                      -   -   -
 2                 E  X  H  I  B  I  T  S
 3                      -   -   -
 4
    NO.            DESCRIPTION                    PAGE
 5
    Exhibit 125   GOOG-AT-MDL-019688335-8363
 6                Slide Deck, Publisher Floor
                  Optimizations                   342
 7
    Exhibit 126   GOOG-AT-MDL-012689344-9346
 8                11/3/21 E-mail,        ███████ to
                  ████████████           366
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

HIGHLY CONFIDENTIAL

Page 7

```
 1                        -   -   -

 2              DEPOSITION SUPPORT INDEX

 3                        -   -   -

 4

 5   Direction to Witness Not to Answer

 6   Page Line      Page Line       Page Line

 7   None

 8

 9

10   Request for Production of Documents

11   Page Line      Page Line       Page Line

12   None

13

14

15   Stipulations

16   Page Line      Page Line       Page Line

17   8         1

18

19

20   Question Marked

21   Page Line      Page Line       Page Line

22   None

23

24
```

HIGHLY CONFIDENTIAL

Page 217

1          I know we had a quick break

2      for the clawback, but it's been

3      about an hour.

4          ATTORNEY CHANG:  Are we --

5      can we get a time check, please?

6      Let's go off the record.

7          VIDEO TECHNICIAN:  Off

8      record.  The time is 1:02.

9              -   -   -

10         (Whereupon, a luncheon

11     recess was taken.)

12             -   -   -

13         VIDEO TECHNICIAN:  Back on

14     record.  Time is 1:47.

15 BY ATTORNEY CHANG:

16     Q.    Before we get into things.

17         ████████████  during any of

18 our breaks today did you discuss the

19 substance of your testimony with any of

20 your attorneys?

21     A.    No, sir.

22         ATTORNEY CHANG:  Mr. Wolfe,

23     will you pull up

24     GOOG-DOJ-32277191?

HIGHLY CONFIDENTIAL

Page 218

1                          -   -   -

2                    (Whereupon, Exhibit-118,

3            GOOG-DOJ-32277191-7210, 7/9/14

4            E-mail, ████████ to ████████ was

5            marked for identification.)

6                          -   -   -

7    BY ATTORNEY CHANG:

8            Q.    Will you let me know when

9    you can see the document?

10           A.    I can see the document.

11

HIGHLY CONFIDENTIAL

Page 219



22        Q.     Thank you.

23               And I'm just interested --

24    okay.  Well, all right, let me ask you

HIGHLY CONFIDENTIAL

Page 220

1    this question first.



HIGHLY CONFIDENTIAL

Page 221



HIGHLY CONFIDENTIAL

Page 222



13          ATTORNEY PEARL:   Objection.

14      Form.

18  BY ATTORNEY CHANG:

HIGHLY CONFIDENTIAL

Page 223



Page 224



```
1
2
3
4
5
6          ATTORNEY PEARL:   Objection.
7      Form.
8
9
10
11
12
13
14
15
16  BY ATTORNEY CHANG:
17
18
19
20
21
22
23
24
```

HIGHLY CONFIDENTIAL

Page 225



HIGHLY CONFIDENTIAL

Page 226



HIGHLY CONFIDENTIAL

Page 371



```
 7              But I certainly don't
 8      remember specifically what
 9      happened.
10  BY ATTORNEY CHANG:
```

HIGHLY CONFIDENTIAL

Page 372



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22              ATTORNEY PEARL:   Objection.

23        Form.

24

HIGHLY CONFIDENTIAL

Page 373



```
13    BY ATTORNEY CHANG:
14          Q.    So you always leave your
15    Chat history on?
16          A.    I'm sure there have been
17    some instances, I can't remember the
18    specific times, when I've turned it off
19    over my 13 years at Google.
20                But almost ubiquitously I
21    make a point to leave it on, because it's
22    just easier for me to work with my
23    colleagues in that way and search for
24    things.
```

HIGHLY CONFIDENTIAL

Page 381

```
 1          A.    There may be some days when
 2   it's zero.  But I would say it's usually
 3   at least one Chat conversation.
 4          Q.    Would you have more than
 5   five a day?
 6               ATTORNEY PEARL:  Objection.
 7          Form.
 8               THE WITNESS:  It's certainly
 9          possible.
10   BY ATTORNEY CHANG:
11          Q.    How about ten?  Would you
12   have more than ten a day?
13               ATTORNEY PEARL:  Objection.
14          Form.
15               THE WITNESS:  It depends on
16          the day.  I'm sure there are days
17          where I've had more than ten.
18   BY ATTORNEY CHANG:
19          Q.    Do you ever have Chat
20   conversations that continue over multiple
21   days?
22          A.    That has happened.
23          Q.    Longer than a week?
24          A.    I can't really speculate on
```

Page 382

1    that.   That seems fairly unlikely, to be

2    honest with you.   Usually, Chat is pretty

3    ephemeral.

4    ████████████████████████████████████

5    ████████████████████████████████████

6                    ATTORNEY PEARL:   Objection

7          to form.

8    ████████████████████████████████████

9    ████████████████████████████████████

10   BY ATTORNEY CHANG:

11          Q.    Do you know the process for

12   turning history on and off for a Google

13   Chat?

14                 ATTORNEY PEARL:   Objection.

15          Form.

16                 THE WITNESS:   Yes, sir.   I

17          know how to turn history on and

18          off in Google Chat.

19   BY ATTORNEY CHANG:

20   ████████████████████████████████████

21   ████████████████████████████████████

22   ████████████████████████████████████

23   ████████████████████████████████████

24   ████████████████████████████████████

HIGHLY CONFIDENTIAL

Page 383

1

2

3

4

5

6            ATTORNEY CHANG:  Mr. Wolfe,

7      will you take that document down?

8      Thank you.

9  BY ATTORNEY CHANG:

10      Q.   Has a Google employee ever

11 asked to move a Chat conversation

12 offline?

13            ATTORNEY PEARL:  Objection.

14      Form.

15            THE WITNESS:  I've certainly

16      had times when I was in a Chat

17      with another Google employee where

18      they may have suggested we meet in

19      person to discuss something, if

20      that is your question.

21            Is that what you mean by

22      "offline"?

23  BY ATTORNEY CHANG:

24      Q.   Have you ever asked to take

HIGHLY CONFIDENTIAL

Page 420

1                              CERTIFICATE
2
3
     I, Amanda Maslynsky-Miller, Certified Realtime
4    Reporter, do hereby certify that prior to the
     commencement of the examination, ███████████
5    ████████, was remotely sworn by me to testify to
     the truth, the whole truth and nothing but the
6    truth.
7
     I DO FURTHER CERTIFY that the foregoing is a
8    verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
9    on the date hereinbefore set forth, to the
     best of my ability.
10
11   I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor counsel
12   of any of the parties to this action, and that
     I am neither a relative nor employee of such
13   attorney or counsel, and that I am not
     financially interested in the action.
14
15   _Amanda Miller_
16
     Amanda Miller
17   Certified Realtime Reporter
     Dated: April 22, 2024
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24