# EXHIBIT H

```
Message
From:             ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@google.com]
on behalf of      ▓▓▓▓▓▓▓▓▓▓▓google.com]
Sent:             5/2/2011 5:38:25 PM
To:               ▓▓▓▓▓▓▓▓▓▓▓▓@google.com]
CC:               ▓▓▓▓▓▓▓▓▓▓▓▓▓▓google.com]; ▓▓▓▓▓▓▓▓▓▓google.com]; ▓▓▓▓▓▓▓▓▓▓▓▓@google.com]; ▓
                  ▓▓▓▓▓▓▓▓▓▓google.com]; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓google.com]; ▓▓▓▓▓▓▓▓▓▓▓▓
                  ▓▓@google.com]
Subject:          Re: [Chrome-team] mailto: considered annoying :)
```

[redacted body content]

```
On Mon, May 2, 2011 at 10:31 AM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓google.com> wrote:
>
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> On Mon, May 2, 2011 at 10:26 AM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓@google.com> wrote:
>>
>> On Mon, May 2, 2011 at 4:26 AM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓@google.com> wrote:
>>>
>>> [redacted]
>>>
>>> [redacted]
>>>
>>> [redacted]
>>>
>>> [redacted]
>>>
>>> [redacted]
>>>
>>> [redacted]
>>>
>>> [redacted]
>> 
>> 
>> 
>> 
>> 
>> 
>> 
>> --
>> You received this message because you are subscribed to the Google Groups
>> "Chrome-team" group.
>> To post to this group, send email to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> To unsubscribe from this group, send email to
>> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
>> For more options, visit this group at
>> http://groups.google.com/a/google.com/group/chrome-team/?hl=en.
>
> --
> You received this message because you are subscribed to the Google Groups
> "Chrome-team" group.
> To post to this group, send email to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> To unsubscribe from this group, send email to
>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
> For more options, visit this group at
> http://groups.google.com/a/google.com/group/chrome-team/?hl=en.
>

--
You received this message because you are subscribed to the Google Groups "Chrome-team" group.
To post to this group, send email to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To unsubscribe from this group, send email to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
For more options, visit this group at http://groups.google.com/a/google.com/group/chrome-team/?hl=en.
```

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-09924123