# EXHIBIT L

```
                                                        Page 1

 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION
 3    THE STATE OF TEXAS, et    )
      al.,                      )
 4                              ) Case No.
                  Plaintiffs,   ) 4:20-cv-00957-SDJ
 5                              )
      vs.                       ) Hon. Sean D. Jordan
 6                              )
      GOOGLE LLC,               )
 7                              )
                  Defendant.    )
 8
                   FRIDAY, APRIL 26, 2024
 9
        HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE
10                         ORDER
                           - - -
11
12            Remote videotaped deposition of
13    Google LLC 30(b)(6) designee ▇▇▇▇▇▇▇▇ and
14    in his 30(b)(1) capacity, held at the
15    location of the witness in Niwot, Colorado,
16    commencing at 9:01 a.m. Mountain Time, on the
17    above date, before Carrie A. Campbell,
18    Registered Diplomate Reporter, Certified
19    Realtime Reporter, Illinois, California &
20    Texas Certified Shorthand Reporter, Missouri,
21    Kansas, Louisiana & New Jersey Certified
22    Court Reporter.
23                         - - -
24
25    Job No. MDLG6661075
```

```
                                                          Page 2

 1               A P P E A R A N C E S :
 2
 3       NORTON ROSE FULBRIGHT US LLP
         BY:   M. MILES ROBINSON
 4             miles.robinson@nortonrosefulbright.com
               ISABELA PENA-GONZALEZ
 5             isabela.pena-gonzalez@
               nortonrosefulbright.com
 6       1301 McKinney, Suite 5100
         Houston, Texas  77010
 7       (713) 651-5151
 8
         and
 9
10       THE LANIER LAW FIRM, PLLC
         BY:   ALEX ABSTON
11             alex.abston@lanierlawfirm.com
               ZEKE DEROSE
12             zeke.derose@lanierlawfirm.com
         10940 West Sam Houston Parkway North,
13       Suite 100
         Houston, Texas  77064
14       (713) 659-5200
         Counsel for Texas, Idaho, Louisiana
15       (The Lanier Law Firm only),
         Mississippi, North Dakota,
16       Mississippi, South Carolina, and
         South Dakota
17
18
         STATE OF TEXAS
19       OFFICE OF THE ATTORNEY GENERAL
         BY:   JONATHAN LUCAS WOODWARD
20             lucas.woodward@oag.texas.gov
               TREVOR YOUNG
21             Trevor.Young@oag.texas.gov
         P.O. Box 12548
22       Austin, Texas  78711-2548
         (512) 936-1674
23       Counsel for Plaintiff State of Texas
24
25
```

Page 3

```
 1         AXINN, VELTROP & HARKRIDER LLP
           BY:   BRADLEY JUSTUS
 2               bjustus@axinn.com
                 DARPAN R. SINGH
 3               dsingh@axinn.com
           1901 L Street NW
 4         Washington, DC  20036
           (202) 912-4700
 5         Counsel for Google LLC
 6
 7   ALSO PRESENT:
 8         JONATHAN JAFFE, consultant
 9         STEVEN C. SPARLING, Litigation and
     Regulatory Counsel, Google LLC
10
           VINCE ROSICA, trial technician,
11   Precision Trial Solutions
12
13   V I D E O G R A P H E R :
           ZACH HONE,
14         Golkow Litigation Services
15                       - - -
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 4
 1                         INDEX
 2                                                  PAGE
 3      APPEARANCES...................................   2
 4      EXAMINATIONS
 5        BY MR. ROBINSON.............................   8
 6
 7                        EXHIBITS
 8        No.    Description                          Page
 9        Exh 182         ███████LinkedIn résumé        26
10        Exh 183 E-mail(s),                           40
                  GOOG-DOJ-AT-00373503 -
11                GOOG-DOJ-AT-00373539
12        Exh 184 Potential Reviewers,                 63
                  GOOG-DOJ-13204134 -
13                GOOG-DOJ-13204147
14        Exh 185 ██████████████████████              79
15                ██████████████████████
                  GOOG-AT-MDL-015807149 -
16                GOOG-AT-MDL-015807171
17        Exh 186 PRD - Real-time yield management     97
                  for Web, Google confidential and
18                privileged,
                  GOOG-DOJ-13202296 -
19                GOOG-DOJ-13202302
20        Exh 187 Enhanced Dynamic Revenue Sharing,   109
                  Status: Draft, As of: August 19,
21                2014,
                  GOOG-NE-13232022 -
22                GOOG-NE-13232031
23        Exh 188 Proposal to change AdX, GDN, DBM    149
                  Pricing Strategy,
24                GOOG-AT-MDL-B-005112788 -
                  GOOG-AT-MDL-B-005112791
25
```

```
 1     Exh 189  ████████████████████████████       194
 2              GOOG-DOJ-13206499 -
                GOOG-DOJ-13206501
 3
        Exh 190 Significant DRS projects for       198
 4              NextGen awareness,
                GOOG-DOJ-13203553 -
 5              GOOG-DOJ-13203557
 6     Exh 191  E-mail(s),                          211
                GOOG-TEX-00103040 -
 7              GOOG-TEX-00103043
 8     Exh 192  E-mail(s),                          221
                GOOG-DOJ-14743554 -
 9              GOOG-DOJ-14743563
10     Exh 193  E-mail(s),                          241
                GOOG-TEX-00104475 -
11              GOOG-TEX-00104483
12     Exh 194  E-mail(s),                          265
                GOOG-DOJ-15421837 -
13              GOOG-DOJ-15421841
14     Exh 195  Printout of conversation dated      275
                2017-11-29,
15              GOOG-NE-13231717 -
                GOOG-NE-13231720
16
        Exh 196 E-mail(s),                          300
17              GOOG-AT-MDL-012331946 -
                GOOG-AT-MDL-012331948;
18              GOOG-AT-MDL-017664768 -
                GOOG-AT-MDL-017664773;
19              GOOG-TEX-00082760-
                GOOG-TEX-00082771
20
        Exh 197 E-mail(s),                          319
21              GOOG-DOJ-13892867 -
                GOOG-DOJ-13892872
22
        Exh 198 Google Chat printout,               336
23              GOOG-AT-MDL-008240403
24     Exh 199  E-mail(s),                          364
                GOOG-DOJ-14398632 -
25              GOOG-DOJ-14398642
```

Page 6

| | | |
|---|---|---|
| 1 | Exh 200 E-mail(s), | 372 |
| | GOOG-AT-MDL-012513796 - | |
| 2 | GOOG-AT-MDL-012513798 | |
| 3 | Exh 201 E-mail(s), | 381 |
| | GOOG-NE-07797482 - | |
| 4 | GOOG-NE-07797483 | |
| 5 | Exh 202 E-mail(s), | 385 |
| | GOOG-AT-MDL-007027113 - | |
| 6 | GOOG-AT-MDL-007027115 | |

7  (Exhibits attached to the deposition.)

9  CERTIFICATE.................................393
10 ACKNOWLEDGMENT OF DEPONENT..................395
11 ERRATA......................................396
12 LAWYER'S NOTES..............................397

Page 326

1  on the network, I might have instant messaged
2  a colleague about meeting someplace, but for
3  work, I use Google Chat.
4       Q.    And are you aware that Google
5  Chats have an ability to choose whether or
6  not you want the chat history to be on or
7  off?
8       A.    Yes.



HIGHLY CONFIDENTIAL

Page 327



15      MR. JUSTUS: Objection.  Form.

20  QUESTIONS BY MR. ROBINSON:

25      MR. JUSTUS: Objection.  Form.

HIGHLY CONFIDENTIAL

Page 328



4   QUESTIONS BY MR. ROBINSON:

Page 329

```
 1  [REDACTED]
 2
 3
 4
 5
 6
 7
 8         Q.     Why would someone in a chat
 9  with you want to turn the history off?
10              MR. JUSTUS:  Objection.  Form.
11              THE WITNESS:  If they were --
12         if they were wanting to talk about a
13         performance thing or gossip or
14         something like that.
15  QUESTIONS BY MR. ROBINSON:
16         Q.     And so then there wouldn't be a
17  written record of whatever they're saying.
18              Right?
19         A.     I don't know -- I mean, that's
20  why I assume they want to do it.  I don't
21  know.
22  [REDACTED]
23
24
25
```

HIGHLY CONFIDENTIAL

Page 393

```
 1                    CERTIFICATE
 2           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 3   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 4   of the examination, [REDACTED] was duly
     sworn by me to testify to the truth, the
 5   whole truth and nothing but the truth.
 6           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 7   testimony as taken stenographically by and
     before me at the time, place and on the date
 8   hereinbefore set forth, to the best of my
     ability.
 9
             I DO FURTHER CERTIFY that I am
10   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
11   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
12   that I am not financially interested in the
     action.
13
14
15   [signature: Carrie A. Campbell]
16        CARRIE A. CAMPBELL,
          NCRA Registered Diplomate Reporter
17        Certified Realtime Reporter
          California Certified Shorthand
18        Reporter #13921
          Missouri Certified Court Reporter #859
19        Illinois Certified Shorthand Reporter
          #084-004229
20        Texas Certified Shorthand Reporter #9328
          Kansas Certified Court Reporter #1715
21        New Jersey Certified Court Reporter
          #30XI00242600
22        Louisiana Certified Court Reporter
          #2021012
23        Notary Public
          Dated:  April 29, 2024
24
25
```