# EXHIBIT O

Message

**From:** ▮
**Sent:** 10/12/2021 4:53:16 AM
**To:** ▮
**Subject:** AAAArXi46TM-MBI-THREADED:SBgcVRDjcBQ%%%2021-10-11T09:53:16.093967

▮ October 12, 2021 at 4:53:16 AM UTC
Need the link for my leaders circle tomorrow

**Deleted on** April 5, 2023 at 4:53:16 AM UTC
Need the link for my leaders circle tomorrow

▮m October 12, 2021 at 4:53:28 AM UTC
also can we change the setting of this group to history off

**Deleted on** October 12, 2021 at 4:53:37 AM UTC
also can we change the setting of this group to history off

▮ October 12, 2021 at 4:53:29 AM UTC
thanks

**Deleted on** April 5, 2023 at 4:53:29 AM UTC
thanks

▮ October 12, 2021 at 4:53:40 AM UTC
Sure: here is link...

**Deleted on** April 5, 2023 at 4:53:40 AM UTC
Sure: here is link...

▮ October 12, 2021 at 4:53:45 AM UTC
▮

**Deleted on** April 5, 2023 at 4:53:45 AM UTC

▮ October 12, 2021 at 4:55:19 AM UTC
thanks

**Deleted on** April 5, 2023 at 4:55:19 AM UTC
thanks

▮ October 12, 2021 at 5:17:38 AM UTC
the third question is a bit of a mess

**Deleted on** April 5, 2023 at 5:17:38 AM UTC
the third question is a bit of a mess

▮ October 12, 2021 at 5:17:58 AM UTC
not fully clear - as it covers a lot and long meandering answer which not clear too

**Deleted on** April 5, 2023 at 5:17:58 AM UTC
not fully clear - as it covers a lot and long meandering answer which not clear too

▮ October 12, 2021 at 5:18:11 AM UTC
am talking about google apps , building for companies, future of work etc

**Deleted on** April 5, 2023 at 5:18:11 AM UTC
am talking about google apps , building for companies, future of work etc

▮ October 12, 2021 at 5:18:17 AM UTC
the other three are good

**Deleted on** April 5, 2023 at 5:18:17 AM UTC
the other three are good

▮ October 12, 2021 at 5:18:25 AM UTC
Ok will take a look and try to restructure to make cleare

**Deleted on** April 5, 2023 at 5:18:25 AM UTC
Ok will take a look and try to restructure to make cleare

▮ October 12, 2021 at 5:18:27 AM UTC
r

**Deleted on** April 5, 2023 at 5:18:27 AM UTC
r

▮ October 12, 2021 at 5:59:17 AM UTC
I simplified the answer for Q # 3 considerably. Just two parts to it now, both of which will be familiar themes. Sorry it took a bit to get there.

**Deleted on** April 5, 2023 at 5:59:17 AM UTC
I simplified the answer for Q # 3 considerably. Just two parts to it now, both of which will be familiar themes. Sorry it took a bit to get there.

▮ October 12, 2021 at 6:09:06 AM UTC
Thanks!

**Deleted on** April 5, 2023 at 6:09:06 AM UTC
Thanks!