# EXHIBIT R

FILED
2024 MAR 26 AM 11:04

CAUSE NO. 22-01-88230-D

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | VICTORIA COUNTY, TEXAS |
| | § | |
| GOOGLE LLC, | § | |
| Defendant | § | 377th JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFF'S
## MOTION TO COMPEL DISCOVERY AND RULE 199 DEPOSITIONS

On this day, the Court heard Plaintiff the State of Texas' Motion to Compel Discovery and Rule 199 Depositions. After considering the motion, response, and oral argument, the Court ORDERS that Plaintiff's Motion is GRANTED. The Court further ORDERS that:

(1) Google must produce responsive documents (including all relevant emails and Chats) for 2022 and 2023 within 14 days of this Order.

(2) The State may re-open completed depositions after Google produces the relevant documents.

(3) Google must provide a witness or witnesses to testify at depositions for the Google Chat and Brown settlement topics listed in the State's Rule 199 notice.

SIGNED this 25th day of March, 2024.

_____
JUDGE PRESIDING