# EXHIBIT AA

```
                                                           Page 1

 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION
 3    THE STATE OF TEXAS, et    )
      al.,                      )
 4                              ) Case No.
                 Plaintiffs,    ) 4:20-cv-00957-SDJ
 5                              )
      vs.                       ) Hon. Sean D. Jordan
 6                              )
      GOOGLE LLC,               )
 7                              )
                 Defendant.     )
 8
                   FRIDAY, MAY 24, 2024
 9
        HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE
10                        ORDER
                          - - -
11
12            Videotaped deposition of Neal
13    Mohan, in his personal capacity and 30(b)(6)
14    designee of Google LLC, held at the offices
15    of Freshfields Bruckhaus Deringer, 855 Main
16    Street, Redwood City, California, commencing
17    at 9:35 a.m. Pacific Time, on the above date,
18    before Carrie A. Campbell, Registered
19    Diplomate Reporter, Certified Realtime
20    Reporter, Illinois, California & Texas
21    Certified Shorthand Reporter, Missouri,
22    Kansas, Louisiana & New Jersey Certified
23    Court Reporter.
24                          - - -
25    Job No. MDLG6687875
```

```
                                                              Page 2
 1              A P P E A R A N C E S :
 2
 3       THE LANIER LAW FIRM, PLLC
         BY:  W. MARK LANIER
 4            wml@lanierlawfirm.com
              ALEX ABSTON
 5            alex.abston@lanierlawfirm.com
              ZEKE DEROSE
 6            zeke.derose@lanierlawfirm.com
              SARAH LANIER
 7            sarah.lanier@lanierlawfirm.com
              MELONIE DEROSE         (VIA ZOOM)
 8            melonie.derose@lanierlawfirm.com
         10940 West Sam Houston Parkway North,
 9       Suite 100
         Houston, Texas   77064
10       (713) 659-5200
11       and
12       NORTON ROSE FULBRIGHT US LLP
         BY:  ABRAHAM CHANG          (VIA ZOOM)
13            abraham.chang@nortonrosefulbright.com
              ETHAN GLENN            (VIA ZOOM)
14            ethan.glenn@nortonrosefulbright.com
              ISABELA PENA-GONZALEZ (VIA ZOOM)
15            isabela.pena-gonzalez@
              nortonrosefulbright.com
16       1301 McKinney, Suite 5100
         Houston, Texas   77010
17       (713) 651-5151
18       and
19       KELLER POSTMAN, LLC
         BY:  NOAH HEINZ             (VIA ZOOM)
20            noah.heinz@kellerpostman.com
              DANIEL BACKMAN         (VIA ZOOM)
21            daniel.backman@kellerpostman.com
         1100 Vermont Avenue, NW, 12th Floor
22       Washington, D.C. 20005
         (202) 845-7923
23       Counsel for Texas, Idaho, Louisiana
         (The Lanier Law Firm only),
24       Mississippi, North Dakota,
         Mississippi, South Carolina, and
25       South Dakota
```

```
                                                        Page 3

1        STATE OF TEXAS
         OFFICE OF THE ATTORNEY GENERAL
2        BY:   COLE PRITCHETT          (VIA ZOOM)
               cole.pritchett@oag.texas.gov
3              BRENT WEBSTER           (VIA ZOOM)
               Brent.Webster@oag.texas.gov
4              EMMA COLLIER            (VIA ZOOM)
               Emma.Collier@oag.texas.gov
5        P.O. Box 12548
         Austin, Texas   78711-2548
6        (512) 936-1674
         Counsel for Plaintiff State of Texas
7
8

         FRESHFIELDS BRUCKHAUS DERINGER US LLP
9        BY:   JUSTINA K. SESSIONS
               justina.sessions@freshfields.com
10       855 Main Street
         Redwood City, California   94063
11       (650) 618-9250
12
         and
13
14       FRESHFIELDS BRUCKHAUS DERINGER US LLP
         BY:   SARA SALEM
15             sara.salem@freshfields.com
               ERIC MAHR                (VIA ZOOM)
16             eric.mahr@freshfields.com
         700 13th Street, NW, 10th Floor
17       Washington, DC   20005-3960
         (202) 777-4500
18
19       and
20
         FRESHFIELDS BRUCKHAUS DERINGER US LLP
21       BY:   LAUREN VACA              (VIA ZOOM)
               lauren.vaca@freshfields.com
22       175 Greenwich Street, 51st Floor
         New York, New York   10007
23       (212) 277-4000
         Counsel for Google LLC
24
25
```

```
                                                      Page 4
 1    ALSO PRESENT:
 2         MARA BOUNDY, Litigation Counsel, Google
 3         JUAN WILSON, Lanier Law Firm
 4         JESSE ALCORTA, Lanier Law Firm
 5         JONATHAN JAFFE, consultant (VIA ZOOM)
 6
 7    V I D E O G R A P H E R :
         DAN LAWLOR,
 8       Golkow Litigation Services
 9                       - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 5

```
 1                         INDEX
 2                                                    PAGE
 3    APPEARANCES.................................  2
 4    EXAMINATIONS
 5       BY MR. LANIER............................  8
 6
 7                        EXHIBITS
 8       No.    Description                          Page
 9       Exh 1  "Google Paid This Man $100            13
              Million:  Here's His Story,"
10            Nicholas Carlson
11       Exh 2  Future of Marketing,                  32
              GOOG-AT-MDL-B-003815198 -
12            GOOG-AT-MDL-B-003815207
13       Exh 3  E-mail(s),                            66
              GOOG-DOJ-18693345 -
14            GOOG-DOJ-18693353
15       Exh 4  E-mail(s),                            75
              GOOG-TEX-00959457 -
16            GOOG-TEX-00959460
17       Exh 5  E-mail(s),                           100
              GOOG-TEX-01068770 -
18            GOOG-TEX-01068779
19       Exh 6  E-mail(s),                           147
              GOOG-TEX-01073245 -
20            GOOG-TEX-01073246
21       Exh 7  ██████████████████████████           160
22            ██████████████████████████
              GOOG-TEX-00513684 -
23            GOOG-TEX-00513685
24
25
```

Page 6

```
 1      Exh  8   ███████████████████████████            166
 2               ███████████████████████████
 3               GOOG-TEX-00453431 -
                 GOOG-TEX-00453432
 4
        Exh  9   E-mail(s),                             178
 5               GOOG-AT-MDL-B-003176582 -
                 GOOG-AT-MDL-B-003176584
 6
        Exh 10   "Why Google's 2010 takeover of         191
 7               Invite Media is now under
                 scrutiny," N Business
 8
        Exh 11   E-mail(s),                             216
 9               GOOG-NE-03860733 -
                 GOOG-NE-03860736
10
        Exh 12   Google Display:  A Look Back on        236
11               2011 and Our Plans for 2012,
                 GOOG-AT-MDL-019036848 -
12               GOOG-AT-MDL-019036868
13      Exh 13   E-mail(s),                             242
                 GOOG-DOJ-18360214
14               -GOOG-DOJ-18360221
15      Exh 14   "Google's Display Business Booms,      254
                 But It's Complicated"
16
        Exh 15   E-mail(s),                             269
17               GOOG-DOJ-AT-02072860 -
                 GOOG-DOJ-AT-02072861
18
        Exh 16   Mark Lanier handwritten                275
19               demonstratives
20        (Exhibits attached to the deposition.)
21     CERTIFICATE.........................................276
22     ACKNOWLEDGMENT OF DEPONENT..........................278
23     ERRATA..............................................279
24     LAWYER'S NOTES......................................280
25
```

```
 1        A.     Next page.
 2        Q.     "The market for online display
 3   ads was a multi-billion dollar opportunity
 4   for Google, and its success in developing
 5   advertising technology was a primary way it
 6   became one of the world's most valuable
 7   companies.  Acquisitions were key to this
 8   transformation."
 9               Do you see that sentence?
10        A.     I see that, yes.
11        Q.     And we've talked about a host
12   of acquisitions that took place before that.
13               Right?
14        A.     Yes, in our previous
15   conversation we talked about some of those.
16        Q.     "Google purchased the
17   advertising exchange DoubleClick for
18   3.1 billion in 2007, and the mobile
19   advertising company AdMob for 750 million in
20   2009."
21               Do you see that?
22        A.     I see that sentence.
23        Q.     Again, you and I talked about
24   the purchase of DoubleClick in 2007 for 3.1?
25        A.     Yeah.
```

HIGHLY CONFIDENTIAL

Page 196

```
 1                This article mischaracterizes
 2   it, though, as you can see.
 3         Q.     Well, you don't like it calling
 4   it an advertising exchange.
 5                Right?
 6         A.     Yeah, I don't think that would
 7   be -- an accurate representation of what
 8   DoubleClick is.
 9         Q.     We'll let folks who want to
10   fuss about that fuss about that.  That's not
11   my issue right now.
12                My issue is, that's the one we
13   talked about, the purchase of 2, 3.1 billion
14   and the purchase of 750 million in 2009.
15                Correct?
16         A.     I see these amounts, yes, in
17   the article.
18         Q.     "Both deals prompted antitrust
19   reviews, with accompanying costs."
20                And you know about that with at
21   least DoubleClick.
22                Right?
23         A.     I do know that -- about that
24   with DoubleClick.  I don't know if that's
25   accurate in the case of AdMob.
```

Page 197

```
 1          Q.      And the reason you know it for
 2   DoubleClick is why you and I have had some
 3   questions and answers where I talk about the
 4   purchase being 2007, and you saying the deal
 5   didn't close until 2008 because it took that
 6   long to get approval.
 7                  Right?
 8                  MS. SESSIONS:  Object to the
 9          form.
10                  THE WITNESS:  The deal closed
11          in 2008, correct.
12   QUESTIONS BY MR. LANIER:
13          Q.      "In retrospect, Invite had been
14   serving as an important independent piece of
15   the advertising market.  As a startup, it had
16   created a software tool, called a demand-side
17   platform, to make it simpler for marketers to
18   buy ads online."
19                  Do you see that?
20          A.      Yes, I see that.
21          Q.      And the way you had termed it,
22   you said it was an advertising technology for
23   acquiring inventory for ads to run in a
24   programmatic fashion.  That was your
25   description.
```

Page 198

```
 1                    Right?
 2         A.    Yeah.
 3               MS. SESSIONS:  Object to the
 4         form.
 5               THE WITNESS:  Broadly.  I
 6         think, you know, we had a few other
 7         terms in there, but that was a summary
 8         of some of what I talked about.
 9    QUESTIONS BY MR. LANIER:
10         Q.    "The service allowed them to
11    shop for advertising space on multiple
12    platforms at once."
13               It gave choice.
14               MS. SESSIONS:  Object to the
15         form.
16    QUESTIONS BY MR. LANIER:
17         Q.    Right?
18               MS. SESSIONS:  Object to the
19         form.
20               THE WITNESS:  What do you mean
21         by that?
22    QUESTIONS BY MR. LANIER:
23         Q.    I mean it allowed them to shop
24    for advertising space on multiple platforms
25    at once.
```

Page 276

```
 1                      CERTIFICATE
 2              I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 3   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 4   of the examination, Neal Mohan, was duly
     sworn by me to testify to the truth, the
 5   whole truth and nothing but the truth.
 6              I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 7   testimony as taken stenographically by and
     before me at the time, place and on the date
 8   hereinbefore set forth, to the best of my
     ability.
 9
                I DO FURTHER CERTIFY that I am
10   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
11   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
12   that I am not financially interested in the
     action.
13
14
15   [signature: Carrie A. Campbell]

16      CARRIE A. CAMPBELL,
        NCRA Registered Diplomate Reporter
17      Certified Realtime Reporter
        California Certified Shorthand
18      Reporter #13921
        Missouri Certified Court Reporter #859
19      Illinois Certified Shorthand Reporter
        #084-004229
20      Texas Certified Shorthand Reporter #9328
        Kansas Certified Court Reporter #1715
21      New Jersey Certified Court Reporter
        #30XI00242600
22      Louisiana Certified Court Reporter
        #2021012
23      Notary Public
        Dated:  May 28, 2024
24
25
```