IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF JAMES K. HUNSBERGER

I, James K. Hunsberger, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Partner at Axinn, Veltrop & Harkrider LLP, which represents Defendant Google LLC ("Google") in the above-captioned case.

2. I am an attorney admitted to practice in the State of New York, the District of Columbia, and the United States District Courts for the Southern District of New York, Eastern District of Michigan, District of Colorado, and District of Columbia. I have been admitted to appear *pro hac vice* in the above-captioned case.

3. I respectfully submit this Declaration in support of Google's Motion to Clarify the Court's Scheduling Order to Provide for Potential Post-Trial Proceedings on Injunctive Relief, dated July 10, 2024.

4. Attached as Exhibit A to this Declaration is a true and correct copy of The Plaintiff States' Seventh Amended Responses & Objections to Google LLC's First Set of Interrogatories, dated May 3, 2024 and served on Google in this matter.

5. Attached as Exhibit B to this Declaration is a true and correct copy of an email chain between counsel for Google and counsel for Plaintiffs spanning the date range May 3, 2024

to July 10, 2024. Exhibit B includes a true and correct copy of the draft Stipulation and Proposed Order Regarding any Post-Trial Proceedings on Injunctive Relief that I attached to my June 24, 2024 email to Plaintiffs' counsel.

6. Attached as Exhibit C to this Declaration is a true and correct copy of Order to Bifurcate Proceedings, *United States v. Google LLC*, Case No. 1:20-cv-03010 (D.D.C. Dec. 6, 2021), ECF No. 264.

7. Attached as Exhibit D to this Declaration is a true and correct copy of Joint Statement Re: Proposed Case Schedule and Trial Structure, *In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981 (N.D. Cal. Jan. 30, 2023), ECF No. 434.

8. Attached as Exhibit E to this Declaration is a true and correct copy of Order, *United States v. Google LLC*, Case No. 1:23-cv-00108 (E.D. Va. July 11, 2023), ECF No. 283.

9. Attached as Exhibit F to this Declaration is a true and correct copy of Joint Submission Regarding Trial Proposal in Response to Court's April 21, 2023 Order, *In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981 (N.D. Cal. May 12, 2023), ECF No. 505.

10. Attached as Exhibit G to this Declaration is a true and correct copy of Minute Entry, *In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981 (N.D. Cal. July 23, 2021), ECF No. 67.

11. Attached as Exhibit H to this Declaration is a true and correct copy of Joint Scheduling Order, *Federal Trade Commission v. Meta Platforms, Inc.*, Case No. 1:20-cv-03590 (D.D.C. Mar. 3, 2022), ECF No. 103.

12. Attached as Exhibit I to this Declaration is a true and correct copy of Plaintiffs' Motion to Bifurcate, *Federal Trade Commission v. Amazon.com, Inc.*, Case No. 2:23-cv-01495 (W.D. Wash. Feb. 29, 2024), ECF No. 167.

13. Attached as Exhibit J to this Declaration is a true and correct copy of Joint Status Report, *United States v. Google LLC*, Case No. 1:20-cv-03010 (D.D.C. Nov. 23, 2021), ECF No. 256.

14. Attached as Exhibit K to this Declaration is a true and correct copy of Minute Entry, *In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981 (N.D. Cal. Jan. 18, 2024), ECF No. 917.

15. Attached as Exhibit L to this Declaration is a true and correct copy of Minute Entry, *In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981 (N.D. Cal. May 24, 2024), ECF No. 978.

16. Attached as Exhibit M to this Declaration is a true and correct copy of Scheduling Order, *New York v. Microsoft Corporation*, Case No. 1:98-cv-01233 (D.D.C. Sept. 28, 2001), ECF No. 225.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of July, 2024 in Washington, D.C.

_____
James K. Hunsberger