IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § § | |

## ORDER

Having considered Defendant Google LLC's Motion to Shorten the Period for Plaintiffs to Respond to Google's Motion to Clarify the Court's Scheduling Order to Provide for Potential Post-Trial Proceedings on Injunctive Relief, filed on July 10, 2024, the Court **ORDERS** that the Motion be **GRANTED**.

It is hereby **ORDERED** that Plaintiffs must file any response to the Motion no later than **July 15, 2024**. It is further **ORDERED** that Google shall file any reply no later than **July 17, 2024**.