# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

## ORDER

Before the Court is Defendant Google LLC's Motion to Shorten the Period for Plaintiffs to Respond to Google's Motion to Clarify the Court's Scheduling Order to Provide for Potential Post-Trial Proceedings on Injunctive Relief (ECF No. 551) ("Google's Motion to Shorten Briefing Period"), and the Plaintiff States' response thereto, filed on July 11, 2024. Having considered the foregoing, this Court hereby GRANTS in part and DENIES in part Google's Motion to Shorten Briefing Period.

It is hereby ORDERED that (a) the States' Response to Google's Corrected Motion to Clarify (ECF No. 552) must be filed by Wednesday, July 17, 2024, and (b) Google's reply must be filed by Friday, July 19, 2024.

IT IS SO ORDERED.