IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § | Civil Action No. 4:20-cv-00957-SDJ |

**GOOGLE'S REDACTED FILING OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL WRITTEN DISCOVERY REGARDING GOOGLE CHATS (ECF NO. 545)**

Defendant Google LLC respectfully submits redactions to its July 5, 2024 Opposition to Plaintiffs' Motion to Compel Written Discovery Regarding Google Chats (ECF No. 545) and exhibits thereto.

Dated: July 12, 2024

Respectfully submitted,

*/s/ Paul Yetter*

R. Paul Yetter
State Bar No. 22154200
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
pyetter@yettercoleman.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

## CERTIFICATE OF SERVICE

      I certify that on July 12, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

                                        */s/ R. Paul Yetter*
                                        R. Paul Yetter