# APPENDIX A
# FILED UNDER SEAL

**Appendix A**
**Timeline of Conduct Alleged in the Fourth Amended Complaint**

| Alleged Anticompetitive or Deceptive Conduct | Alleged Launch Date | FAC ¶ Ref. |
|---|---|---|
| Restricting access to live bids from AdX | 2010 | 246 |
| Dynamic Allocation | 2010 | 271 |
| Project Bernanke | 2013 | 298 |
| Dynamic Revenue Share (launch) | 2014 | 267 |
| Enhanced Dynamic Allocation | 2014 | 318 |
| Reserve Price Optimization (launch) | 2015 | 310 |
| Global Bernanke | 2015 | 331 |
| Violating privacy of Android users | 2015 | 485 |
| Denial of Reserve Price Optimization | 2015, 2016 | 535, 536 |
| Reserve Price Optimization (announcement) | 2016 | 343 |
| Exchange Bidding | 2016 | 366 |
| Dynamic Revenue Share (announcement) | 2016 | 327, 543 |
| Last Look in Exchange Bidding | 2017 | 378 |
| Representation to "New York publisher" regarding header bidding's impact on yield | 2017 | 385, 568 |
| Accelerated Mobile Pages | 2018 or earlier | 410 |
| Project Elmo | 2018 or earlier | 404 |
| Open Bidding | 2018 or earlier | 425 |
| Entered Network Bidding Agreement with Meta | 2018 | 413 |
| Redaction of auction reports | 2018 | 387 |
| Unified Pricing Rules | 2019 | 451 |
| Sharing of minimum bid to win data | 2019 | 380 |
| Predictive bid optimization tool | 2019 | 381 |
| Representation that all bidders compete on equal footing | 2019 | 586 |

| Meetings with Big Tech competitors | 2019 | 496 |
| --- | --- | --- |
| Representation that Google will not sell personal information | 2010, 2018, 2019, 2020, 2021 | 572-577 |