# EXHIBIT 2
# FILED UNDER SEAL

**Exhibit 2**
**Excerpts of Deposition Testimony**

| Deponent | Relevant Chats-Related Testimony (objections omitted) |
|---|---|
| ▅▅▅▅▅ (Ex. 23) at Tr. 35:6-36:8 | ▅▅▅▅▅ |
| ▅▅▅▅▅ 05.02.2024 (Ex. 20) (Dep. Tr. Excerpts) at 232:12-232:25 | ▅▅▅▅▅ |
| ▅▅▅▅▅ 04.05.2024 (Ex. 20) (Dep. Tr. Excerpts) at 249:6-249:13 | ▅▅▅▅▅ |



| | |
|---|---|
| | ▮ |
| ▮ 04.05.2024 (Ex. 20) (Dep. Tr. Excerpts) at 255:2-255:9 | ▮ |
| ▮ 04.05.2024 (Ex. 20) (Dep. Tr. Excerpts) at 255:13-255:23 | ▮ |
| ▮ 04.05.2024 (Ex. 20) (Dep. Tr. Excerpts) at 281:24-282:10 | ▮ |
| ▮ 04.05.2024 (Ex. 20) (Dep. Tr. Excerpts) at 291:18-292:8 | ▮ |
| ▮ 04.05.2024 (Ex. 20) (Dep. Tr. Excerpts) at 297:25-298:10 | ▮ ? |

| | |
|---|---|
| ▮▮▮ | ▮▮▮ |
| ▮▮▮ 04.05.2024 (Ex. 20) (Dep. Tr. Excerpts) at 331:3-331:15 | ▮▮▮ |
| ▮▮▮ (Ex. 21) (Dep. Tr. Excerpts) at 311:11-311:23 | ▮▮▮ |
| ▮▮▮ (Ex. 29) (Dep. Tr. Excerpts) at 372:20-373:24 | ▮▮▮ BY ATTORNEY CHANG: **Q. So you always leave your Chat history on? A. I'm sure there have been some instances, I can't remember the specific times, when I've turned it off over my 13 years at Google. But almost ubiquitously I make a point to leave it on,** because it's just easier for me to work with my colleagues in that way and search for things. |

| | |
|---|---|
| ▬▬▬ (Ex. 29) (Dep. Tr. Excerpts) at 375:8-375:17 | Q. Are there any conversations that you have via Chat that do not show up in your e-mail?<br>ATTORNEY PEARL: Objection. Form.<br>THE WITNESS: Possibly. I can't tell you for sure. **I would be surprised if the topics in the Chat were not reflected in the e-mail**. |
| ▬▬▬ (Ex. 29) (Dep. Tr. Excerpts) at 383:1-384:11 | ▬▬▬<br>ATTORNEY CHANG: Mr. Wolfe, will you take that document down? Thank you.<br>BY ATTORNEY CHANG:<br>Q. Has a Google employee ever asked to move a Chat conversation offline?<br>ATTORNEY PEARL: Objection. Form.<br>THE WITNESS: I've certainly had times when I was in a Chat with another Google employee where they may have suggested we meet in person to discuss something, if that is your question. Is that what you mean by "offline"?<br>BY ATTORNEY CHANG:<br>Q. Have you ever asked to take a conversation on Chat offline?<br>A. Sorry. I just want to clarify. By "offline," do you mean have the conversation in person?<br>Q. Yes.<br>A. Quite possibly. I don't remember a specific time. But I would not be surprised if at some point I said, hey, do you want to meet in the micro kitchen and talk about this? |
| ▬▬▬ (Ex. 30) (Dep. Tr. Excerpts) at 48:7-49:11 | Q. And when you chat, is your history on?<br>MR. PEARL: Objection.<br>THE WITNESS: Yes. Yes.<br>QUESTIONS BY MS. MADARAS:<br>Q. Have you ever turned your history off?<br>MR. PEARL: Objection. Scope.<br>THE WITNESS: **I don't think so.**<br>QUESTIONS BY MS. MADARAS:<br>Q. Have you ever been instructed to turn your history off?<br>A. No. |

| | |
|---|---|
| | MR. PEARL: Objection. Scope.<br>QUESTIONS BY MS. MADARAS:<br>Q. Have you ever deleted chats?<br>A. I don't believe so.<br>MR. PEARL: Objection. Scope.<br>QUESTIONS BY MS. MADARAS:<br>Q. Have you ever been instructed to delete chats?<br>MR. PEARL: Objection. Scope.<br>THE WITNESS: No.<br>QUESTIONS BY MS. MADARAS:<br>Q. Have you ever been instructed to take a conversation off of e-mail and into chats?<br>MR. PEARL: Objection. Scope.<br>THE WITNESS: No. |
| ▮▮▮▮▮ (Ex. 30) (Dep. Tr. Excerpts) at 52:2-52:14 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?<br>MR. PEARL: Objection. Scope.<br>▮▮▮▮▮▮▮▮.<br>QUESTIONS BY MS. MADARAS:<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>MR. PEARL: Objection. Scope.<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ (Ex. 30) (Dep. Tr. Excerpts) at 56:9-56:13 | QUESTIONS BY MS. MADARAS:<br>Q. Might your chats have been on history off mode when you sent those chats?<br>MR. PEARL: Objection. Scope.<br>THE WITNESS: I don't think so. |
| ▮▮▮▮▮ (Ex. 31) (Dep. Tr. Excerpts) at 307:16-308:13 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |



| | |
|---|---|
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ (Ex. 32) (Dep. Tr. Excerpts) at 74:18-75:11 | ▮▮▮▮ |
| ▮▮▮▮ (Ex. 32) (Dep. Tr. Excerpts) at 124:17-124:23 | ▮▮▮▮ |
| ▮▮▮▮ (Ex. 32) (Dep. Tr. Excerpts) at 128:9-128:19 | ▮▮▮▮ |

| | |
|---|---|
| ███████ (Ex. 33) (Dep. Tr. Excerpts) at 186:4-188:3 | ███████████████ |



| | |
|---|---|
| | ███████████████ |
| ███████ (Ex. 33) (Dep. Tr. Excerpts) at 189:14-189:23 | ███████████████ |
| ███████ (Ex. 33) (Dep. Tr. Excerpts) at 190:8-190:17 | ███████████████ |
| ███████ (Ex. 33) (Dep. Tr. Excerpts) at 191:5-191:11 | ███████████████ |
| ███████ (Ex. 34) (Dep. Tr. Excerpts) at 307:4-308:9 | ███████████████ |

| | |
|---|---|
| | ███████████ |
| ███████ **(Ex. 34) (Dep. Tr. Excerpts) at 309:9-310:25** | ███████████ |

| | |
|---|---|
| ▓▓▓▓▓▓ (Ex. 22) (Dep. Tr. Excerpts) at 239:23-240:4 | Q. Did you use Google Chat?<br>A. I don't remember, probably some. I don't – I really don't remember.<br>Q. **You don't remember using Google Chat to chat teammates or others in Google?**<br>A. **I think we were mostly e-mail heavy**, but maybe there was chat, too. I don't remember. |
| ▓▓▓▓▓▓ (Ex. 35) (Dep. Tr. Excerpts) at 306:11-307:8 |  |
| ▓▓▓▓▓▓ (Ex. 35) (Dep. Tr. Excerpts) at 321:22-322:8 | ▓▓▓▓▓▓ |

| | |
|---|---|
| ▮▮▮▮▮▮▮▮ (Ex. 36) (Dep. Tr. Excerpts) at 75:18-75:22 | ▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮▮▮▮ (Ex. 37) (Dep. Tr. Excerpts) at 308:21-309:11 | ▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮▮▮▮ (Ex. 37) (Dep. Tr. Excerpts) at 363:6-364:10 | Q. ▮▮▮▮▮▮▮▮, what is your understanding that the litigation hold you received in this case covers?<br>A. You know, in general the e-mail came from product counsel. And high-level, high understanding, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮r. And, in general, the feedback that I received was not to delete documents or e-mails from that time period.<br>Q. How about chats?<br>A. Yes, I believe the feedback, you know, was, general, not to delete any information that I have in any form that could pertain to my time on Google Ad Manager.<br>Q. And before you received this litigation hold, you had no understanding that you weren't supposed to delete information or documents from that time period, then, right?<br>A. That's correct. No one had explicitly told me not to.<br>Q. Did anyone implicitly tell you?<br>A. No. And, you know, in general, you know, I -- I preserve all my documents. I don't go through and delete them. |
| ▮▮▮▮▮▮▮▮ (Ex. 38) (Dep. Tr. Excerpts) at 89:15-90:2 | ▮▮▮▮▮▮▮▮<br>MR. HUNSBERGER: Object to the form. |

| | |
|---|---|
| | ▇▇▇▇ |
| ▇▇▇ **Ex. 38) (Dep. Tr. Excerpts) at 93:17-94:4** | ▇▇▇<br>MR. HUNSBERGER: Object to the form.<br>▇▇▇ |
| ▇▇▇ **(Ex. 38) (Dep. Tr. Excerpts) at 115:2-115:7** | ▇▇▇<br>MR. HUNSBERGER: Object to the form.<br>▇▇▇ |
| ▇▇▇ **(Ex. 38) (Dep. Tr. Excerpts) at 124:3-124:6** | ▇▇▇ |