# EXHIBIT 6
# FILED UNDER SEAL

                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION
 3    STATE OF TEXAS, et al,      )
                                  )
 4         Plaintiffs,            )   CASE NO.
                                  )   4:20cv00957-SDJ
 5    v.                          )
                                  )
 6    GOOGLE, LLC,                )
                                  )
 7         Defendant.             )
      _____)
 8
 9
10
11                      -- -- --
12             Friday, May 17, 2024
13                      -- -- --
14             HIGHLY CONFIDENTIAL
15        PURSUANT TO PROTECTIVE ORDER
16                      -- -- --
17             Remote Video-Recorded Oral
     Fed. R. Civ. P. 30(b)(6) Deposition of GOOGLE
18   CHAT, BY AND THROUGH ▮▮▮▮▮▮▮▮▮▮ held at the
     offices of Veritext, 1000 SW Broadway, Suite
19   1660, Portland, Oregon, commencing at
     9:12 a.m. PDT on the above date, before Debra
20   A. Dibble, Fellow of the Academy of
     Professional Reporters, Certified Court
21   Reporter, Registered Diplomate Reporter,
     Certified Realtime Reporter and Notary
22   Public.
                        -- -- --
23
             Job No. MDLG6695561
24              GOLKOW - VERITEXT
         877.370.DEPS | fax 917.591.5672
25             deps@golkow.com

```
 1      APPEARANCES:
 2          NORTON ROSE FULBRIGHT US LLP
            BY:   ETHAN GLENN, ESQUIRE
 3                ethan.glenn@nortonrosefulbright.com
                  MARC B. COLLIER, ESQUIRE
 4                marc.collier@nortonrosefulbright.com
            98 San Jacinto Boulevard
 5          Austin, Texas 78701-4255
            (512) 536-2437
 6          Counsel for Plaintiff State of Texas
 7
 8          STATE OF TEXAS
            OFFICE OF THE ATTORNEY GENERAL
 9          BY:   OBINNA ILOANI, ESQUIRE (Via Zoom)
                  obinna.iloani@oag.texas.gov
10          300 West 15th Street
            Austin, Texas 78701
11          (512)463-2100
            Counsel for Plaintiff State of Texas
12
13          FRESHFIELDS BRUCKHAUS DERINGER LLP
            BY:   ROBERT MCCALLUM, ESQUIRE
14                rob.mccallum@freshfields.com
                  ROBERT BARTON, ESQUIRE  (via Zoom)
15                robert.barton@freshfields.com
            3 World Trade Center
16          175 Greenwich Street
            New York, New York 10007
17          (212) 277-4000
            Counsel for Google LLC
18
19      ALSO PRESENT:
20          MARA BOUNDY, ESQUIRE
            Google LLC
21
22          JEFF NIEMCZURA, ESQUIRE (via Zoom)
            Google LLC
23
24          LORI AINTABLIAN, ESQUIRE (via Zoom)
            Google LLC
25
```

```
 1      APPEARANCES:
 2      ALSO PRESENT (continued):
 3            JONATHAN JAFFE (via Zoom)
 4
 5      TRIAL TECHNICIAN/VIDEOGRAPHER:
 6          DAN LAWLOR
            Golkow - Veritext
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 4

 1                         INDEX
 2
 3     APPEARANCES                                      2
 4     PROCEEDINGS                                      9
 5
 6     EXAMINATION OF ███████████:
 7          BY MR. COLLIER                             10
 8          BY MR. MCCALLUM                           247
 9
10     CERTIFICATE                                   255
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 5

|    | NUMBER | DESCRIPTION | PAGE |
|----|--------|-------------|------|
| 1  |        | DEPOSITION EXHIBITS | |
| 3  | Exhibit 415 | ▮▮▮▮▮▮▮▮ LinkedIn Profile | 12 |
| 5  | Exhibit 416 | Transcript of Proceedings, In re Google Play Store Antitrust Litigation | 32 |
| 8  | Exhibit 417 | Docket, USA v. Google | 44 |
| 9  | Exhibit 418 | 12/2/11 Press Release, Statement of DOJ's Antitrust Division on its Decision to Close Its Investigation | 45 |
| 13 | Exhibit 419 | 8/9/12 Press Release, Google Will Pay $22.5 Million to Settle FTC Charges | 47 |
| 16 | Exhibit 420 | 1/3/13 Press Release, Google Agrees to Change Its Business Practices to Resolve FTC Competition Concerns | 48 |
| 21 | Exhibit 421 | E-mail(s) re: Press Reports: FTC Investigation & Google Display, GOOG-DOJ-18360214 - GOOG-DOJ-18360221 | 53 |

HIGHLY CONFIDENTIAL

```
                                                              Page 6
 1     Exhibit 422      Excerpt of Google Privilege         56
 2                      Log
 3     Exhibit 423      5/16/24 Privilege Log               59
 4                      Analysis
 5     Exhibit 424      E-mail(s) re: CID to                65
 6                      Alphabet Inc.,
 7                      GOOG-NE-11319529
 8     Exhibit 425      State of Texas Civil                70
 9                      Investigative Demand,
10                      GOOG-UT-00000034 -
11                      GOOG-UT-00000072
12     Exhibit 426      ████████████████████                97
13                      ████████████████████
14                      ████████████████████
15                      GOOG-DOJ-019569563 -
16                      GOOG-DOJ-019569564
17     Exhibit 427      ████████████████?!,                102
18                      USDOJ-GOOGEX-000253 -
19                      USDOJ-GOOGEX-000304
20     Exhibit 428      8/23/17 Chat History,              127
21                      GOOG-AT-MDL-008029060 -
22                      GOOG-AT-MDL-008029061
23
24
25
```

HIGHLY CONFIDENTIAL

Page 7

| | | | |
|---|---|---|---|
| 1 | Exhibit 429 | Internal Document, Architecture - G Suite in Regulated Industries, GOOG-DOJ-28387270 - GOOG-DOJ-28387342 | 143 |
| 6 | Exhibit 430 | TLC Commitment Tracking Document, GOOG-DOJ-14815029 | 150 |
| 8 | Exhibit 431 | Google Chat Retention Policy, GOOG-AT-MDL-009709520 - GOOG-AT-MDL-009709521 | 158 |
| 12 | Exhibit 432 | Google Chat Retention Policy, GOOG-AT-MDL-009709508 - GOOG-AT-MDL-009709509 | 176 |
| 16 | Exhibit 433 | Google Chat Retention Policy, GOOG-AT-MDL-009709522- GOOG-AT-MDL-009709523 | 186 |
| 20 | Exhibit 434 | Google Chat Retention Policy, GOOG-AT-MDL-009709506 - GOOG-AT-MDL-009709507 | 190 |

| | | | |
|---|---|---|---|
| 1 | Exhibit 435 | Google Chat Retention | 190 |
| 2 | | Policy, | |
| 3 | | GOOG-AT-MDL-009709518 - | |
| 4 | | GOOG-AT-MDL-009709519 | |
| 5 | Exhibit 436 | 2/9/23 Chat History, | 209 |
| 6 | | GOOG-AT-MDL-008548075 - | |
| 7 | | GOOG-AT-MDL-008548077 | |
| 8 | Exhibit 437 | 10/12/21 Chat History, | 212 |
| 9 | | GOOG-AT-MDL-B-004073824 - | |
| 10 | | GOOG-AT-MDL-B-004073826 | |
| 11 | Exhibit 438 | Findings of Fact and | 222 |
| 12 | | Conclusions of Law Re Chat | |
| 13 | | Preservation | |
| 14 | Exhibit 439 | Matrix of Produced Chats by | 233 |
| 15 | | year with notations by | |
| 16 | | witness | |

```
                                                       Page 9
 1                   -----------
 2              P R O C E E D I N G S
 3          May 17, 2024, 9:12 a.m. PDT
 4                   -----------
 5              THE VIDEOGRAPHER:  We are now
 6     on the record.  My name is Dan Lawlor.
 7     I'm the videographer representing
 8     Golkow Litigation Services.
 9              Today's date is May 17, 2024,
10     and the time is 9:12 a.m.
11              This video deposition is being
12     held in Portland, Oregon in the matter
13     of The State of Texas v. Google LLC.
14              The deponent is ███████ █████.
15              Counsel will be noted on the
16     stenographic record.
17              The court reporter is Debbie
18     Dibble, and will now swear in the
19     witness.
20                   *   *   *
21                   *   *   *
22                   *   *   *
23                   *   *   *
24                   *   *   *
25                   *   *   *
```

Page 124





Page 255

1                    C E R T I F I C A T E
2
3              I, DEBRA A. DIBBLE, RDR, CRR, CRC,
4        Notary Public, do hereby certify:
5              That [REDACTED], the witness
6        whose deposition is hereinbefore set forth,
7        was duly sworn by me and that such deposition
8        is a true record of the testimony given by
9        such witness;
10             That pursuant to FRCP Rule 30,
11       signature of the witness was not requested by
12       the witness or other party before the
13       conclusion of the deposition;
14             I further certify that I am not
15       related to any of the parties to this action
16       by blood or marriage, and that I am in no
17       way interested in the outcome of this matter.
18             IN WITNESS WHEREOF, I have
19       hereunto set my hand on 18th day of May,
20       2024.
21
22       *[signature]*
         Debra A. Dibble TX CSR-10777
23       Fellow of the Academy of Professional
         Reporters
24       Registered Diplomate Reporter
         Certified Realtime Reporter
25       Notary Public 11/17/2027