# EXHIBIT 12
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF TEXAS
 3                      SHERMAN DIVISION
 4
 5   THE STATE OF TEXAS, et al.,  )
                                  )
 6                  Plaintiffs,   )
                                  )
 7        v.                      ) CIVIL ACTION
                                  ) NO. 4:20-cv-00957-SDJ
 8   GOOGLE LLC,                  )
                                  )
 9                  Defendant.    )
     _____)
10
11
12
13
14                    HIGHLY CONFIDENTIAL
15        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
16     LUCAS TUCKER, SENIOR ASSISTANT ATTORNEY GENERAL
17                    LAS VEGAS, NEVADA
18                 MONDAY, APRIL 29, 2024
19
20
21     Kele R. Smith, NV CCR No. 672, CA CSR No. 13405
22                   Job No. 6657786
23
24
25     Job No. CS6657786
```

HIGHLY CONFIDENTIAL

Page 2

```
 1            VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
 2        LUCAS TUCKER, SENIOR ASSISTANT ATTORNEY GENERAL,
 3     taken from Las Vegas, Nevada, on Monday, April 29, 2024,
 4     at 8:32 a.m. before Kele R. Smith, Certified Court
 5     Reporter, in and for the State of Nevada.
 6
 7     APPEARANCES:
 8     For the Plaintiff State of Nevada/Witness:
 9               LANIER LAW FIRM
                 BY:  ALEX HENTHORN, ESQ.
10               BY:  RYAN ELLIS, ESQ.
                 10940 West Sam Houston Parkway N
11               Suite 100
                 Houston, Texas  77064
12               (713) 659-5200
                 alex.henthorn@lanierlawfirm.com
13               ryan.ellis@lanierlawfirm.com
14               KELLER POSTMAN
                 BY:  LAUREN SCHULTZ, ESQ.
15               150 North Riverside Plaza
                 Chicago, Illinois  60606
16               (312) 741-5220
                 lauren.schultz@kellerpostman.com
17
       For the Plaintiff State of Arkansas:
18
                 OFFICE OF THE ATTORNEY GENERAL
19               BY:  AMANDA WENTZ, ASSISTANT ATTORNEY
                 GENERAL
20               323 Center Street
                 Suite 200
21               Little Rock, Arkansas  72201
                 (501) 682-2007
22               amanda.wentz@arkansasag.gov
23
24
25
```

HIGHLY CONFIDENTIAL

Page 3

```
 1    For the Plaintiff State of Idaho:
 2            OFFICE OF THE ATTORNEY GENERAL
              BY:  JOHN OLSON, DEPUTY ATTORNEY GENERAL
 3            700 West Jefferson Street
              Suite 210
 4            Boise, Idaho  83720
              (208)334-2400
 5            john.olson@ag.idaho.gov
 6    For the Plaintiff State of Kentucky:
 7            OFFICE OF THE ATTORNEY GENERAL
              BY:  PHILIP R. HELERINGER, DEPUTY EXECUTIVE
 8            DIRECTOR OF CONSUMER PROTECTION
              1024 Capital Center Drive
 9            Suite 200
              Frankfort, Kentucky  40601
10            (502) 696-5647
              philip.heleringer@ky.gov
11
      For the Plaintiff State of Montana:
12
              OFFICE OF THE ATTORNEY GENERAL
13            BY:  ANNA SCHNEIDER, ASSISTANT ATTORNEY
              GENERAL
14            215 North Sanders Street
              Helena, Montana  59601
15            (406) 444-2026
              anna.schneider@dojmt.gov
16
      For the Plaintiff State of Texas:
17
              OFFICE OF THE ATTORNEY GENERAL
18            BY:  OBINNA ILOANI, ASSISTANT ATTORNEY
              GENERAL
19            300 West 15th Street
              Austin, Texas 78701
20            (512) 463-2100
              obinna.iloani@oag.texas.gov
21
22
23
24
25
```

```
 1     For the Plaintiff State of Utah:
 2              OFFICE OF THE ATTORNEY GENERAL
                BY:  MARIE MARTIN, ASSISTANT ATTORNEY
 3              GENERAL
                160 East 300 South
 4              Fifth Floor
                Sal Lake City, Utah  84114
 5              (385) 414-2654
                mwmartin@agutah.gov
 6
       For the Defendant:
 7
                FRESHFIELDS
 8              BY:  LIJUN ZHANG, ESQ.
                BY:  LAUREN KAPLIN, ESQ.
 9              BY:  GABRIELLA SMALL, ESQ.
                700 13th Street NW
10              Washington, DC  20005
                (202) 777-4570
11              lijun.zhang@freshfields.com
                lauren.kaplin@freshfields.com
12              gabriella.small@freshfields.com
13     The Videographer:
14              LITIGATION SERVICES, A VERITEXT COMPANY
                BY:  JOHN SEYMORE
15              3770 Howard Hughes Parkway
                Suite 300
16              Las Vegas, Nevada  89169
                (702) 314-7200
17
       Also Present:
18
                DAN ACOSTA, Concierge Exhibit Tech
19
20
21
22
23
24
25
```

```
                         I N D E X

WITNESS:  LUCAS TUCKER, SENIOR ASSISTANT ATTORNEY
          GENERAL

EXAMINATION                                          PAGE
By Mr. Zhang                                            8



                         EXHIBITS
MARKED                                               PAGE
Exhibit 1   Notice of Deposition                      204
Exhibit 2   Fourth Amended Complaint                  204
Exhibit 3   Plaintiff States' Amended Advisory
            Regarding Relief Sought                   204
Exhibit 4   Plaintiff States' Sixth Amended
            Responses and Objections to
            Google's First Set of
            Interrogatories                           204
Exhibit 5   Plaintiff States' Combined
            Responses and Objections to
            Google's Second Set of Requests
            for Admission to Texas and First
            Set of Requests For Admission to
            Remaining Plaintiff States                204
Exhibit 6   Email Dated 2/20/24                       204
Exhibit 7   Consumer Complaint -
            ADTECH-NV-0083690-0083692                 204
Exhibit 8   Email Dated 4/6/23 -
            ADTECH-NV-0000039-0000048                 204
Exhibit 9   Exhibit A - Sharing Agreement -
            TXOAG-0000352-0000405                     204
Exhibit 10  Email Dated 3/6/24                        204
```

Page 201

```
 1   BY MR. ZHANG:
 2      Q.  But sitting here now, you're not aware of any
 3   Nevada-specific facts underlying the Fourth Amended
 4   Complaint in this case.  Correct?
 5          MR. HENTHORN:  Objection.  Form.  Asked and
 6   answered.
 7      A.  You know, I'm going refer to, you know, the
 8   common facts as described by Mr. Gordon for the State of
 9   Texas, and again, it is a national market and we're not
10   aware of anything that differentiates the harm in Nevada
11   from the harm across the nation.
12   BY MR. ZHANG:
13      Q.  Did Nevada AGO put in place any document hold in
14   connection with this case?
15          MR. HENTHORN:  Objection.  Form.
16      A.  Did we put into place document holds?  Is that
17   what you asked?
18   BY MR. ZHANG:
19      Q.  Do you know what is a document hold or do you
20   prefer to call it a litigation hold?
21      A.  Okay.  Litigation hold, basically I know it's to
22   preserve documents.  No, we did not.
23      Q.  So Nevada AGO didn't put in place any litigation
24   hold in connection with this case.  Correct?
25      A.  That's correct.
```

HIGHLY CONFIDENTIAL

Page 205

1      CERTIFICATE OF REPORTER

2   STATE OF NEVADA    )
                       ) ss:
3   COUNTY OF CLARK    )

4         I, KELE R. SMITH, a Certified Court Reporter in
5   Clark County, State of Nevada, do hereby certify:  That
6   I reported the taking of the deposition of LUCAS TUCKER,
7   SENIOR ASSISTANT ATTORNEY GENERAL, commencing on Monday,
8   April 29, 2024, at 8:32 a.m.
9         That prior to being deposed, the witness was by
10  me duly sworn to testify to the truth, that I thereafter
11  transcribed my said shorthand notes into typewriting, and
12  that the typewritten transcript is a complete, true, and
13  accurate transcription of said shorthand notes and that
14  the witness was asked to review and correct the
15  transcript.
16        I further certify that I am not a relative or
17  employee of counsel of any of the parties, nor a
18  relative or employee of the parties involved in said
19  action, nor a person financially interested in the
20  action.
21        IN WITNESS WHEREOF, I have set my hand in my
22  office in the County of Clark, State of Nevada, this
23  30th day of April, 2024.
24
25        KELE R. SMITH, NV CCR #672, CA CSR #13405