# EXHIBIT 13

## FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CIVIL ACTION NO. 4:20-cv-00957-SDJ

THE STATE OF TEXAS, et al., )
)
Plaintiffs, )
)
-vs- )
)
GOOGLE LLC, )
)
Defendant. )

VIDEO-RECORDED RULE 30(b)(6) DEPOSITION OF
STEVEN TATERKA
on behalf of State of Indiana
HIGHLY CONFIDENTIAL

The deposition upon oral examination of STEVEN TATERKA, a witness produced and sworn before me, Janine A. Ferren, RMR, CRR, CSR-IL No. 84-4852, Notary Public in and for the County of Hamilton, State of Indiana, taken on behalf of the Defendant, at the offices of Office of the Attorney General, Indiana Government Center South, Fifth Floor, Indianapolis, Marion County, Indiana, on the 25th day of April 2024, scheduled to commence at 1:00 p.m., pursuant to the Federal Rules of Civil Procedure with written notice as to time and place thereof.

Job No. CS6657993

APPEARANCES

FOR THE PLAINTIFFS:

Jonathan Wilkerson
LANIER LAW FIRM
10940 W. Sam Houston Parkway N.
Suite 100
Houston, TX 77064
713.659.5200
jonathan.wilkerson@lanierlawfirm.com

FOR THE DEFENDANT:

Gayle R. Klein
Xiaoxi Tu
FRESHFIELDS BRUCKHAUS DERINGER US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
212.277.4000
gayle.klein@freshfields.com
xiaoxi.tu@freshfields.com

FOR THE STATE OF INDIANA:

Matthew Michaloski
OFFICE OF THE INDIANA ATTORNEY GENERAL
Fifth Floor
302 West Washington Street
Indianapolis, IN 46204
317.232.6201
matthew.michaloski@atg.in.gov

VIDEOGRAPHER:

Jason D'Angelo

ALSO PRESENT VIA ZOOM:

Marie Martin
John Olson
Monica Vela-Vick
David Scalia
Michael Weitzner

HIGHLY CONFIDENTIAL

Page 3

INDEX OF EXAMINATION

Page

DIRECT EXAMINATION . . . . . . . . . . . . . . . .5

Questions by Gayle R. Klein

CROSS-EXAMINATION . . . . . . . . . . . . . . . .112

Questions by Jonathan Wilkerson

Veritext Legal Solutions

800-567-8658 973-410-4098

INDEX OF EXHIBITS

| Deposition Exhibit No.: | | Page |
|---|---|---|
| Exhibit 1 | - Binder of documents containing 14 tabs provided by Taterka | 15 |
| Exhibit 2 | - Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | 19 |
| Exhibit 3 | - Consumer Complaint form of Karen Pell, 10/15/13 (INOAG_GOOG_0915 - 9016) | 39 |
| Exhibit 4 | - Letter dated 10/21/13, Office of the Indiana Attorney General to Pell (INOAG_GOOG_8990) | 43 |
| Exhibit 5 | - Online Consumer Complaint Form of Jessie Jenkins, 12/15/20 (INOAG_GOOG_9001 - 9005) | 49 |
| Exhibit 6 | - Letter dated 12/15/20, Office of the Attorney General to Jenkins (INOAG_GOOG_8989) | 50 |
| Exhibit 7 | - Consumer Complaint of George Wakefield Anderson, 9/12/21 (INOAG_GOOG_14 - 16) | 54 |
| Exhibit 8 | - Letter dated 10/1/21, Office of the Attorney General to Anderson (INOAG_GOOG_13) | 63 |
| Exhibit 9 | - Consumer Complaint of Matthew Corson, 9/14/20 (INOAG_GOOG_6 - 8) | 65 |
| Exhibit 10 | - Plaintiff States' Amended Advisory Regarding Relief Sought | 74 |
| Exhibit 11 | - Fourth Amended Complaint | 82 |

So to the extent that this ten-year time frame is required by the retention policy, I don't see that any records could have been destroyed that would still be within the statute of limitations that the state could pursue.

Q With respect to document preservation, do you know whether the State of Indiana sent a document hold notice to the Consumer Protection Division?

A I think what you're asking is did the Consumer Protection Division send any notice to the records center. I think, isn't that really what you want to know?

Q Either-or. What steps were taken to ensure that the records center and the electronic records were continued to be preserved during the pendency of this litigation, if you know?

A I don't know that anything -- I can't say that it wasn't done, but I don't know that anything was done to suggest a hold.

But in this case, given that there's a ten-year policy, I don't see how anything would have been destroyed that would be relevant to this case.

Q And is it your testimony that the State of

STATE OF INDIANA )
) SS:
COUNTY OF HAMILTON )

I, Janine A. Ferren, a Notary Public in and for the County of Hamilton, State of Indiana at large, do hereby certify that STEVEN TATERKA, the deponent herein, was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth in the aforementioned matter;

That the foregoing deposition was taken on behalf of the Defendant, at the offices of Office of the Attorney General, Indiana Government Center South, Fifth Floor, Indianapolis, Marion County, Indiana, on the 25th day of April 2024, commencing at the hour of 1:09 p.m., pursuant to the Federal Rules of Civil Procedure;

That said deposition was taken down stenographically and transcribed under my direction, and that the typewritten transcript is a true record of the testimony given by the said deponent; and thereafter presented to said deponent for his signature;

That the parties were represented by their counsel as aforementioned.

I do further certify that I am a disinterested person in this cause of action; that I am not a

relative or attorney of any party, or otherwise interested in the event of this action, and am not in the employ of the attorneys for any party.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal on this 26th day of April 2024.

Janine A. Ferren

Seal, Notary Public | My Commission Expires:
State of Indiana | April 22, 2024
Janine A. Ferren | County of Residence:
Commission No. NP0681591 | Hamilton