# EXHIBIT 14
# FILED UNDER SEAL

```
                                                              Page 1

 1                  UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF TEXAS
 2                        SHERMAN DIVISION
 3
         STATE OF TEXAS, et al.,
 4
                  Plaintiffs,           Civil Action No.
 5                                      4:20-cv-00957-SDJ
              v.
 6
         GOOGLE LLC,
 7
                  Defendant.
 8
 9       * * * * * * * * * * * * * * * * * * * * * * * * *
10          TRANSCRIPT OF THE VIDEOTAPED 30(B)(6) DEPOSITION:
11                         STATE OF LOUISIANA
12                         By and through:
13                     PATRICK MICHAEL VOELKER
14
15                      Friday, May 3, 2024
                           9:22 a.m. (CST)
16
17
18
19
20
21
22
         Reported by:
23
            YOLANDA J. PENA, Certified
24          Court Reporter No. 2017002
            in and for the State of
25          Louisiana
      Job No. CS6670337
```

```
 1                    A P P E A R A N C E S
 2
 3       FOR THE PLAINTIFF STATES TEXAS, IDAHO, INDIANA,
         MISSISSIPPI, NORTH DAKOTA, SOUTH CAROLINA,
 4       SOUTH DAKOTA, AND LOUISIANA:
 5           THE LANIER LAW FIRM
             (BY:  RYAN D. ELLIS, ESQ.)
 6           (BY:  ALEX HENTHORN, ESQ.) [VIA ZOOM]
             10940 WEST SAM HOUSTON PKWY. NORTH, SUITE 100
 7           HOUSTON, TEXAS   77064
             (713) 659-5200
 8           ryan.ellis@lanierlawfirm.com
 9
         FOR THE PLAINTIFF STATE OF LOUISIANA:
10
             THE DUGAN LAW FIRM
11           (BY:  DAVID SCALIA, ESQ.)
             365 CANAL STREET, SUITE 100
12           NEW ORLEANS, LOUISIANA   70130
             (504) 648-0180
13           dscalia@dugan-lawfirm.com
14                - AND -
15           LOUISIANA OFFICE OF THE ATTORNEY GENERAL
             (BY:  WILLIAM ROGERS, ESQ.)
16           1885 N. THIRD STREET, 3RD FLOOR
             BATON ROUGE, LOUISIANA   70802
17           (225) 326-6705
             rogersw@ag.louisiana.gov
18
19       FOR THE DEFENDANT GOOGLE LLC:
20           FRESHFIELDS BRUCKHAUS DERINGER
             (BY:  JEANNETTE BAYOUMI, ESQ.)
21           (BY:  GAYLE R. KLEIN, ESQ.)
             (BY:  GABRIELLE SMALL, ESQ.) [VIA ZOOM]
22           3 WORLD TRADE CENTER
             175 GREENWICH STREET
23           NEW YORK, NEW YORK   10007
             (212) 230-4645
24           jeannette.beyoumi@freshfields.com
             gayle.klein@freshfields.com
25           gabrielle.small@freshfields.com
```

```
                                                         Page 3
 1              A P P E A R A N C E S (Continued)
 2
 3       ALSO PRESENT:
 4            ALBERT BONGARD, VIDEOGRAPHER
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                              I N D E X

                                                              PAGE

     STIPULATION.........................................6

     EXAMINATION BY:

         MS. BAYOUMI................................7, 135

         MR. ELLIS......................................130

     REPORTER'S PAGE...................................138

     REPORTER'S CERTIFICATE............................139


                           LIST OF EXHIBITS


     Exhibit No. 1......................................13
         (Notice of deposition)
     Exhibit No. 2......................................27
         (The Plaintiff States' Sixth
          Amended Responses & Objections
          to Google LLC's First Set of
          Interrogatories)
     Exhibit No. 3......................................28
         (The Plaintiff States'
          Combined Responses and
          Objections to Google LLC's
          Second Set of Requests)
     Exhibit No. 4......................................66
         (Plaintiff States' Amended
          Advisory Regarding Relief
          Sought)

     Exhibit No. 5......................................84
         (LAOAG_000162, Email chain,
          Top email from Mr. Hebert,
          1/2/22, Subject: PGRS New
          Contract)
```

LIST OF EXHIBITS (Continued)

Exhibit No. 6..........................................88
    (LAOAG_000165, Statement of
     Work)
Exhibit No. 7..........................................90
    (LAOAG_000557, Email chain,
     Top email from Ms. Bourgeois,
     8/10/22, Subject: FOR REVIEW:
     Updated Layouts)
Exhibit No. 8..........................................93
    (FC000010, PowerPoint, Mosquito
     Abatement Campaign)
Exhibit No. 9..........................................98
    (FC000820, Campaign Report,
     Digital & Social Media)
Exhibit No. 10........................................100
    (LAOAG_000057, Audience Partners,
     Insertion Order/Invoice)
Exhibit No. 11........................................102
    (FC000796, Feigley, Media
     Authorization)
Exhibit No. 12........................................117
    (LA-OAG_000637, Complaint
     Case #86374 Summary Report)
Exhibit No. 13........................................125
    (LA-OAG_000653, Letter to
     Mr. Van Schaick, 11/20/12,
     RE: Consumer Complaint)

1             S T I P U L A T I O N

2

3             IT IS STIPULATED AND AGREED by and among the

4     parties that this deposition is hereby being taken

5     pursuant to the Federal Rules of Civil Procedure.

6             All formalities, excluding the reading and

7     signing of the transcript by the witness, are hereby

8     waived.

9             All objections, except as to the form of the

10    question and responsiveness of the answer, are

11    considered reserved until trial or other use of the

12    deposition.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 40

1  complaint.
2       Q.   So as you sit here today as the corporate
3  representative for the State of Louisiana, you're
4  unaware of any unique facts to Louisiana; is that
5  correct?
6            MR. ELLIS:  Objection; form.
7       A.   I guess as I sit here today, I'm unaware of
8  anything beyond what I just mentioned and had referred
9  to in response to a couple of your questions.
10 BY MS. BAYOUMI:
11      Q.   What actions did Louisiana take to comply with
12 its discovery obligations?
13           MR. ELLIS:  Objection; form.
14      A.   It has, you know, to my knowledge and
15 understanding, produced that which would have been
16 responsive to y'all's request in a timely manner within
17 the deadline that has been set in this case.
18 BY MS. BAYOUMI:
19      Q.   Did Louisiana institute a document hold notice
20 related to the litigation?
21      A.   Not that I'm aware of.  However, if this is
22 worth any, you know, quantifying here, I was not the
23 original attorney that signed onto this case.  I had
24 come on in a later capacity.
25      Q.   Who was the original attorney?

Page 41

1  A. It's an individual that's no longer with the
2  office. His name is Christopher Alderman.
3  Q. Was there anyone else who was around when
4  Louisiana signed onto this case?
5  A. If my memory serves, I believe he was the lone
6  signatory on behalf of Louisiana.
7  Q. And when did you come on as an attorney for
8  this case?
9  A. It would have been the end of last calendar
10 year, turn of this year -- end of 2023, beginning of
11 2024.
12 Q. And when you came on as an attorney, did you
13 implement a document hold?
14 A. I did not.
15 Q. Why not?
16        MR. ELLIS: Objection.
17        To the extent it reveals any privileged
18 information, instruct you not to answer, but
19 if you can answer, then answer it.
20 A. Yeah. I'm not sure I can answer. I think
21 that would be strategic to a sense, so.
22 BY MS. BAYOUMI:
23 Q. So whether or not -- strike that.
24        Before you signed onto the case, who was the
25 attorney that was working on this case?

800-567-8658                                    973-410-4098

Page 138

1      REPORTER'S PAGE

2          I, YOLANDA J. PENA, Certified Court Reporter in

3      and for the State of Louisiana, (CCR #2017002),

4      Registered Professional Reporter (RPR #970346), the

5      officer, as defined in Rule 28 of the Federal Rules of

6      Civil Procedure and/or Article 1434(B) of the

7      Louisiana Code of Civil Procedure, do hereby state on

8      the record:

9          That due to the interaction in the spontaneous

10     discourse of the proceeding, double dashes (--) have

11     been used to indicate pauses, changes in thought,

12     and/or talkovers; that same is the proper method for a

13     transcription of proceedings, and that the double

14     dashes (--) do not indicate that words or phrases have

15     been left out of this transcript;

16         That any spelling of words and/or names which

17     could not be verified through reference material have

18     been denoted with the parenthetical "(phonetic)";

19         That the parenthetical "(sic)" is used to denote

20     when a witness stated a word or phrase that appears

21     odd or erroneous to show that it was quoted exactly as

22     it stands.

23                                    YOLANDA PENA, CCR, RPR

24

25

1          REPORTER'S CERTIFICATE
2     I, YOLANDA J. PENA, Certified Court Reporter in
   and for the State of Louisiana, Registered
3  Professional Reporter, and as the officer before whom
   this testimony was taken, do hereby certify that
4  PATRICK MICHAEL VOELKER, after having been duly sworn
   by me upon authority of R.S. 37:2554, did testify as
5  set forth in the foregoing 138 pages.
        I further certify that said testimony was reported
6  by me in the Stenotype reporting method, was prepared
   and transcribed by me or under my direction and
7  supervision, and is a true and correct transcript to
   the best of my ability and understanding.
8       I further certify that the transcript has been
   prepared in compliance with transcript format
9  guidelines required by statute or by rules of the
   board and that I have been informed about the complete
10 arrangement, financial or otherwise, with the person
   or entity making arrangements for deposition services.
11      I further certify that I have acted in compliance
   with the prohibition on contractual relationships, as
12 defined by Louisiana Code of Civil Procedure Article
   1434, and in rules and advisory opinions of the board.
13      I further certify that I am not an attorney or
   counsel for any of the parties, that I am neither
14 related to nor employed by any attorney or counsel
   connected with this action, and that I have no
15 financial interest in the outcome of this matter.
        This certificate is valid only for this
16 transcript, accompanied by my digital signature or
   original signature and original raised seal on this
17 page.
18      Prairieville, Louisiana, this 6th day of May,
   2024.
19
20
21
22
                                 _____
23                               YOLANDA J. PENA, CCR, RPR
                                 CCR NO. 2017002, RPR NO. 907346
24
25