# EXHIBIT 15
# FILED UNDER SEAL

UNDER PROTECTIVE ORDER

Page 1

```
 1             IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF TEXAS
 3                       SHERMAN DIVISION
 4                           -oOo-
 5   THE STATE OF TEXAS, et     )
     al.,                       )
 6                              )
             Plaintiffs,        )
 7                              ) Civil Action No:
     v.                         ) 4:20-CV-957-SDJ
 8                              )
     GOOGLE LLC,                )
 9                              )
             Defendant.         )
10   _____)
11
12
13
14       VIDEO RECORDED REMOTE 30(b)(6) DEPOSITION OF
15                     THE STATE OF UTAH
16                     BY MARIE MARTIN
17
18                     Taken via Zoom
19              On Tuesday, April 30, 2024
20                     At 2:48 p.m.
21
22
23
24   Job No. CS6671888
25   Reported by:  Emily A. Gibb, RPR, CSR, CCR
     CA CSR #14551, NV CCR #709
```

Veritext Legal Solutions

800-567-8658                                         973-410-4098

UNDER PROTECTIVE ORDER

Page 2

```
 1              A P P E A R A N C E S
 2
 3   For the Plaintiff States:
 4           Alex Henthorn, Esq.
             THE LANIER LAW FIRM, P.C.
 5           10940 West Sam Houston Parkway North
             Suite 100
 6           Houston, Texas  77064
             (713) 659-5200
 7           alex.henthorn@lanierlawfirm.com
 8
     For the State of Utah:
 9
             Kevin McLean, Esq.
10           Scott Ryther, Esq.
             Michael Gadd, Esq.
11           ATTORNEY GENERAL'S OFFICE
             160 East 300 South
12           6th Floor
             Salt Lake City, Utah  84114
13           (801) 440-0545
             kmclean@agutah.gov
14           sryther@agutah.gov
             mgadd@agutah.gov
15
             Lauren Schultz, Esq.
16           KELLER POSTMAN
             150 North Riverside Plaza
17           Suite 4100
             Chicago, Illinois  606060
18           (312) 896-4516
             lauren.schultz@kellerpost.com
19
20
21
22
23
24
25
```

```
 1           A P P E A R A N C E S (Continued)
 2    For Google:
 3           Lauren Kaplin, Esq.
             Daphne Lin, Esq.
 4           FRESHFIELDS BRUCKHAUS DERINGER LLP
             700 13th Street, NW
 5           10th Floor
             Washington, DC  20005
 6           (202) 777-4518
             lauren.kaplin@freshfields.com
 7           daphne.lin@freshfields.com
 8
      Also Present:
 9
             Elin Alm, Esq., North Dakota
10
             John Olson, Esq., Idaho
11
             McKayla Largin, Legal Videographer
12
13
14                        * * *
15
16
17
18
19
20
21
22
23
24
25
```

UNDER PROTECTIVE ORDER

Page 4

```
 1                    I N D E X
 2   MARIE MARTIN                                PAGE
 3   Examination By Ms. Kaplin                     6
 4
 5                      * * *
 6
                      E X H I B I T S
 7
     EXHIBIT       DESCRIPTION                    PAGE
 8
     Exhibit 11 - Plaintiff States' Amended        26
 9                Advisory Regarding Relief
                  Sought
10
     Exhibit 12 - Fourth Amended Complaint         80
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 99

1  first -- they were produced around December, like
2  several months ago.
3      Q.   Did the State of Utah issue a document
4  hold -- document legal hold in relation to this
5  action?
6      A.   The Utah Office of the Attorney General
7  Antitrust section did not issue a litigation hold
8  letter to the Antitrust section.
9      Q.   And the State of Utah AG's Office represents
10 DCP in this action; correct?
11     A.   We represent DCP in a outside consult
12 relationship.
13     Q.   Did DCP issue a legal hold in this action?
14     A.   I am not the designated person to respond to
15 that question.  That is the DCP witness that you
16 released several hours ago.
17     Q.   Do you know in your personal capacity if DCP
18 issued a legal hold?
19     A.   I don't know if they did.
20     Q.   And you mentioned earlier today that the AGO
21 received over 10,000 complaints in 2022, over 13,000
22 complaints in 2023, and over 14,000 complaints in
23 2024; is that right?
24     A.   That is my understanding based on the
25 discussion I had with Constituent Services, yes.

Page 114

2       REPORTER'S CERTIFICATE
3  STATE OF UTAH        )
                        )
4  COUNTY OF UTAH       )
5          I, EMILY A. GIBB, a Certified Shorthand Reporter and Registered Professional Reporter, hereby certify:
7          THAT I reported the taking of the deposition of MARIE MARTIN, commencing on April 30, 2024, at 2:48 p.m.
9          THAT prior to being examined, the witness was placed under oath to tell the truth, the whole truth, and nothing but the truth; that the proceedings were taken down by me in shorthand and thereafter my notes were transcribed through computer-aided transcription; and the foregoing transcript constitutes a full, true, and accurate record of such testimony adduced and oral proceedings had, and of the whole thereof.
14         I further certify that I am in no way related to any of the parties, nor I am I financially interested in the outcome of the case.

17         ( ) Review and signature was requested.
18         ( ) Review and signature was waived.
19         ( ) Review and signature was not requested.

21         IN WITNESS THEREOF, I have subscribed my name on this 1st day of May, 2024.

                    *Emily A. Gibb* (signature)

25                  Emily A. Gibb, RPR, CSR, CCR