# EXHIBIT 16
# FILED UNDER SEAL

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                       SHERMAN DIVISION
 3          Civil Action No.  4:20-cv-00957-SDJ
 4   - - - - - - - - - - - - - - - - -
     THE STATE OF TEXAS, et al.,      :
 5                                    :
                  Plaintiffs,         :
 6                                    :
      v.                              :
 7                                    :
     GOOGLE LLC,                      :
 8                                    :
                  Defendant.          :
 9   - - - - - - - - - - - - - - - - -
10        The deposition of GUARIONEX DÍAZ MARTÍNEZ,
11   called as a witness by the Defendant, pursuant to
12   the Federal Rules of Civil Procedure, before Saul
13   Berrios Batista, Notary Public for the
14   Commonwealth of Puerto Rico, and Dennis Zambataro,
15   Registered Professional Reporter, commencing on
16   May 1, 2024 at 10:07 a.m., at the Office of the
17   Attorney General for the Commonwealth of Puerto
18   Rico, San Juan, Puerto Rico.
19
20
21
22
23
24
25     Job No. CS6672002
```

```
 1    APPEARANCES:
 2    On behalf of the Defendants:
 3    JEANETTE BAYOUMI, ESQUIRE
      FRESHFIELDS BRUCKHAUS DERINGER, LLP
 4    601 Lexington Avenue
      31st Floor
 5    New York, NY 10022
      212.277.4043
 6    jeanette.bayoumi@freshfields.com
 7    - and -
 8    GAYLE R. KLEIN, ESQUIRE
      FRESHFIELDS BRUCKHAUS DERINGER, LLP
 9    3 World Trade Center
      New York, NY 10007
10    212.230.4645
      gayle.klein@freshfields.com
11
      On behalf of the Plaintiffs:
12
      KYLE BATES, ESQUIRE
13    HAUSFELD
      33 Whitehall Street
14    14th Floor
      New York, NY 10004
15    646.357.1100
      kbates@hausfeld.com
16
17    On behalf of the State of Texas:
18    ALEX J. BROWN, ESQUIRE
      THE LANIER LAW FIRM
19    6810 Cypress Creek Parkway
      Houston, Texas 77069
20    713.659.5200
      alex.brown@lanierlawfirm.com
21
22
23
24
25
```

Page 3

```
 1                        I N D E X
 2   Witness: Guarionex Díaz Martínez                    Page
 3   Examination by Ms. Bayoumi                            6
 4   Examination by Mr. Bates                            136
 5                     Exhibit Index
 6   Exhibit 1 Notice of Deposition
 7   Exhibit 2 White binder                               14
 8   Exhibit 3 Plaintiff States' Combined Responses       21
     and Objections to Google's Second Set, etc.
 9
     Exhibit 4 Plaintiff State's 6th Amended              32
10             Responses
11   Exhibit 5 Plan de Medios                             61
12
     Exhibit 6 P2P Campaign Performance, Sexual           71
13             Offender Registry
14   Exhibit 7 P2P Invoice                                78
15   Exhibit 8 P2P Marketing                              83
16   Exhibit 9 Vocero Advertising Invoice                 92
17   Exhibit 10 GFR Media Invoice                         98
18   Exhibit 11 Plaintiff States' Amended Advisory       104
19
20
21
22
23
24
25
```

Page 27

1    privilege -- attorney-client privilege?
2            MR. BATES:  Objection to form.
3            THE WITNESS:  To the extent it was
4    part of the work done by attorneys, yes.
5    BY MS. BAYOUMI:
6        Q.  Okay.  And as you sit here today, is
7    the Puerto Rico Department of Justice unaware of
8    any complaints about Google's advertising
9    technology or display advertising?
10       A.  As of today, the Department of
11   Justice is not aware.
12       Q.  What actions did Puerto Rico take to
13   comply with its discovery obligations in this
14   case?
15       A.  Again, different meetings with
16   corresponding personnel in the Department of
17   Justice.  We conducted searches and meetings
18   with attorneys.
19       Q.  Did Puerto Rico institute a
20   document-hold notice related to this litigation?
21       A.  No.
22       Q.  Why not?
23       A.  We just didn't.
24       Q.  So it's possible that there are some
25   documents that could have been deleted that were

```
 1              COURT REPORTER'S CERTIFICATE
 2         I, DENNIS ZAMBATARO, Certified Court
 3  Reporter in the United States of America, do hereby
 4  certify that the foregoing is a true and correct
 5  transcript of the proceedings had in the within
 6  entitled and numbered cause, in the Commonwealth of
 7  Puerto Rico, in the City of San Juan, on the date
 8  and time noted on the cover page.
 9         I do further certify that the foregoing
10  transcript has been prepared under my direction.
11
12
13
14  _____
    DENNIS ZAMBATARO, RPR, CSR
15
16
17
18
19
20
21
22
23
24
25
```