# EXHIBIT 17
# FILED UNDER SEAL

Page 1

```
       IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
                  SHERMAN DIVISION
THE STATE OF TEXAS,         )
et al.,                     )
                            )
     Plaintiffs,            )
                            )
vs.                         )  CASE NO. 4:20-cv-00957-SD
                            )
GOOGLE LLC,                 )
                            )
     Defendant.             )
```

                30(b)(6) DEPOSITION OF
                     JEFF PICKETT
              ON BEHALF OF THE STATE OF ALASKA
                       MAY 3, 2024

ORAL VIDEOTAPED DEPOSITION OF JEFF PICKETT, via Zoom, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of May, 2024, from 12:15 p.m. to 3:03 p.m. Alaska Standard Time, before Melinda Barre, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine, all parties appearing remotely via web videoconference, pursuant to the rules of procedure and the provisions stated on the record or attached hereto.

     Job No. CS6655711

```
 1                         APPEARANCES
            (ALL APPEARED VIA ZOOM VIDEO CONFERENCE.)
 2
 3   FOR THE STATE OF ALASKA:
 4        Mr. Ian Engelbeck
          ATTORNEY GENERAL'S OFFICE
 5        1031 W. 4th Avenue, Suite 200
          Anchorage, Alaska 99501
 6
          Telephone: 907.269.5283
 7        E-mail: ian.engelbeck@alaska.gov
 8
     FOR THE STATE OF TEXAS:
 9
          Mr. Jonathan Wilkerson
10        Mr. Alex Henthorn
          THE LANIER LAW FIRM, PC
11        10940 W. Sam Houston Parkway N., Suite 100
          Houston, Texas 77064
12
          Telephone: 713.659.5200
13        E-mail: jonathan.wilkerson@lanierlawfirm.com
14
     FOR GOOGLE LLC:
15
          Ms. Claire Leonard
16        Mr. Robert John McCallum
          Mr. Ross Svenson
17        Ms. Gabriella Small
          FRESHFIELDS BRUCKHAUS DERINGER US LLP
18        700 13th Street NW
          Washington, D.C. 20005
19
          Telephone: 202.777.4500
20        E-mail: claire.leonard@freshfields.com
21
22
23   ALSO PRESENT:  Mark Cadena, Videographer
                    Dan Acosta, Document Technician
24
25
```

Page 3

```
 1
 2                          INDEX
 3                                                    PAGE
 4    Examination by Ms. Leonard ........................5
      Signature Page  ..................................80
 5    Court Reporter's Certificate ....................82
 6
 7                         EXHIBITS
 8    EXHIBIT            DESCRIPTION                   PAGE
 9
10    Exhibit 1     Notice of 30(b)(6) Deposition        22
11    Exhibit 2     Plaintiff States' Sixth Amended      30
                    Responses & Objections to
12                  Google's First Set of
                    Interrogatories
13
      Exhibit 3     The Plaintiff States' Combined       31
14                  Responses and Objections to
                    Google LLC's Second Set of
15                  Requests for Admission to Texas
                    and First Set of Requests for
16                  Admission to Remaining
                    Plaintiff States
17
      Exhibit 4     Plaintiff States' Amended            46
18                  Advisory Regarding Relief
                    Sought
19
      Exhibit 5     State of Alaska Records              53
20                  Retention and Disposition
                    Schedule
21
      Exhibit 6     Spreadsheet                          69
22
23
24
25
```

Page 66

1    We're not seeking restitution.  We've been
2 clear about that.  But all of any civil penalty we get
3 will be used for the benefit of Alaska citizens and
4 consumers.
5    Q.   Alaska's also seeking attorneys' fees in this
6 case.  Is that right?
7    A.   Yes.
8    Q.   Do you know how much Alaska is seeking in
9 attorneys' fees?
10   A.   Well, under both statutes that are state
11 statutes we're entitled to full reasonable fees.  So we
12 will be seeking our full reasonable fees and costs.
13   Q.   And just for clarity of the record, both
14 statutes, do you mean the state antitrust law and the
15 state DTPA law?
16   A.   Correct.
17   Q.   How does Alaska intend to calculate the amount
18 of attorneys' fees in this case?
19   A.   At this point I guess I don't know that we've
20 gotten that far in our thinking yet.
21   Q.   So switching topics a bit, was there a
22 litigation hold issued at the Alaska AGO's office in
23 connection with this litigation?
24   A.   Yeah, I believe there was.  So I would need to
25 go double-check that.  But my recollection is that we

1  did put a hold in place, a litigation hold in place.
2      Q.   Is that normal practice, for the Alaska AGO's
3  office to put a litigation hold in place in connection
4  with a lawsuit filed?
5      A.   Yes.  In my personal experience that's true.
6  Speaking on behalf of the State, there is a policy
7  that's supposed to happen.
8      Q.   And does that policy also apply during the
9  investigation phase in addition to post-complaint
10 filing?
11     A.   I would need to go review that policy, and I
12 didn't do that prior to this -- to this deposition like
13 in terms of an overarching policy.
14           One thing that is true about our records
15 retention policy is basically everything gets saved, but
16 litigation holds are a procedure that we follow.  And
17 I'm not sure when the State's policy sort of directs,
18 you know, us lawyers to establish a litigation hold, at
19 what point in the investigatory process or litigation
20 process that's required.
21     Q.   For the litigation hold that's in place in this
22 case, is it still in place today?
23     A.   Yes, to the extent that it's in place.  And I'm
24 pretty certain that one is in place.  Yes, it is still
25 in place.

Page 82

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       SHERMAN DIVISION
 3   THE STATE OF TEXAS,        )
     et al.,                    )
 4                              )
         Plaintiffs,            )
 5                              )
     vs.                        ) CASE NO. 4:20-cv-00957-SD
 6                              )
     GOOGLE LLC,                )
 7                              )
         Defendant.             )
 8
 9                     REPORTER'S CERTIFICATE
10                ORAL DEPOSITION OF JEFF PICKETT
11                        May 3, 2024
12
13        I, Melinda Barre, Certified Shorthand Reporter in
14   and for the State of Texas, hereby certify to the
15   following:
16        That the witness, JEFF PICKETT, was duly sworn by
17   the officer and that the transcript of the oral
18   deposition is a true record of the testimony given by
19   the witness;
20         That the original deposition was delivered to
21   Claire Leonard.
22         That a copy of this certificate was served on all
23   parties and/or the witness shown herein
24   on May 6, 2024.
25         I further certify that pursuant to FRCP Rule
```

1  30(f)(1), that the signature of the deponent:

2  ____ was requested by the deponent or a party before
3  the completion of the deposition and that the signature is
4  to be before any notary public and returned within 30 days
5  from date of receipt of the transcript.  If returned,
6  the attached Changes and Signature Page contains any
7  changes and the reasons therefor:

8  ____was not requested by the deponent or a
9  party before the completion of the deposition.

10       I further certify that I am neither counsel for,
11  related to, nor employed by any of the parties or
12  attorneys in the action in which this proceeding was
13  taken, and further that I am not financially or
14  otherwise interested in the outcome of the action.

15       Certified to by me on this, the 6th day
16  of May, 2024.

*[Signature: Melinda Barre]*

Melinda Barre

Texas CSR 2192

Expiration:  12/31/25