# EXHIBIT 20

# FILED UNDER SEAL

Page 1

1

2                 UNITED STATES DISTRICT COURT

3                  EASTERN DISTRICT OF TEXAS

4                        SHERMAN DIVISION

5                           -   -   -

6      THE STATE OF TEXAS, et al.,

7                         Plaintiffs,

8      v.                              Civil Action No.

9      GOOGLE LLC,                     4:20-cv-00957-SDJ

10                        Defendant.

11                          -   -   -

12                        April 5, 2024

13              -  HIGHLY CONFIDENTIAL -

14              Videotaped deposition of

15      ▆▆▆▆▆  ▆▆▆▆, held at Freshfields,

16      Bruckhaus, Deringer, 170 Greenwich Street,

17      New York, New York, commencing at 8:00

18      a.m. EDT, on the above date, before Marie

19      Foley, a Registered Merit Reporter,

20      Certified Realtime Reporter and Notary

21      Public.

22                          -   -   -

23

24

25        Job No. MDLG6626470

Page 2

1

2    A P P E A R A N C E S:

3

4    NORTON ROSE FULBRIGHT US LLP

5    BY: M. MILES ROBINSON, ESQUIRE

6         GERALDINE YOUNG, ESQUIRE

7         DANIELLA TORREALBA, ESQUIRE

8         Fulbright Tower

9         1301 McKinney, Suite 5100

10        Houston, Texas  77010-3095

11        713.651.5151

12        m.miles.robinson@nortonrosefulbright.com

13

14

15   THE LANIER LAW FIRM

16   BY: ZEKE DeROSE, III, ESQUIRE (via Zoom)

17        10940 W. Sam Houston Parkway N

18        Suite 100

19        Houston, Texas  77064

20        713.659.5200

21        zeke.derose@lanierlawfirm.com

22        Representing the Plaintiff States of

23        Texas, Idaho, South Dakota and

24        North Dakota

25

Page 3

1

2  A P P E A R A N C E S:  (Cont.)

3

4  FRESHFIELDS BRUCKHAUS DERINGER LLP

5  BY: SARA SALEM, ESQUIRE

6       TINA LaRITZ, ESQUIRE

7       JUSTINA SESSIONS, ESQUIRE

8       LAUREN VACA, ESQUIRE (via Zoom)

9       700 13th Street, NW

10      10th Floor

11      Washington, DC  20005-3960

12      202.777.4400

13      sara.salem@freshfields.com

14      Representing the Defendant

15

16

17  ALSO PRESENT:

18      Steve Sparling, Google in-house counsel

19

20  ALSO PRESENT VIA ZOOM:

21      Trevor Young, Texas Attorney

22                  General's Office

23      Melonie DeRose, Lanier Law Firm

24      Jonathan D. Jaffe, Mayer Brown

25      Cuong Pham

HIGHLY CONFIDENTIAL

Page 4

1

2

3   EXHIBIT TECHNICIAN:

4        Ray Moore (via Zoom)

5

6

7   VIDEOGRAPHER:

8        Danny Ortega

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 5

1

2                              -    -    -

3                       TRANSCRIPT INDEX

4                                          PAGE

5     APPEARANCES....................... 2 - 4

6     INDEX OF EXHIBITS................. 6 - 9

7     EXAMINATION OF ███████  ██████:

8     BY:  MR. ROBINSON................. 13

9     AFTERNOON SESSION.................. 216

10    SIGNATURE PAGE.................... 376

11    ERRATA............................ 377

12    REPORTER'S CERTIFICATE........... 378

13

14    EXHIBITS WITH ORIGINAL TRANSCRIPT

15

16                         -    -    -

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

```
                                            Page 6

 1

 2                          -   -   -

 3                      E  X  H  I  B  I  T  S

 4                          -   -   -

 5      NO.          DESCRIPTION                    PAGE

 6   Exhibit 46   LinkedIn profile of  █████ ███████   32

 7

 8   Exhibit 47   █████ ████████  YE '21 GBO L9         68

 9                Director Promo Packet,

10                Bates GOOG-MDL-1867940

11

12   Exhibit 48   Email chain ending 1/24/2023   120

13                Bates

14                GOOG-AT-MDL-008170244-245

15

16   Exhibit 49   Email chain ending 7/25/2019   126

17                Bates

18                GOOD-DOJ-AT-01803161-163

19

20   Exhibit 50   Email chain ending 10/11/2016  137

21                Bates GOOG-NE-06846413-414

22

23   Exhibit 51   Email chain ending 11/13/2015  172

24                Bates

25                GOOG-AT-MDL-016771903-904
```

HIGHLY CONFIDENTIAL

Page 7

1

2                              -   -   -

3                        E X H I B I T S

4                              -   -   -

5      NO.            DESCRIPTION                    PAGE

6    Exhibit 52   Email chain ending 3/20/2015   179

7                 Bates GOOG-NE-10973245-247

8

9    Exhibit 53   Chat thread ending 2/21/2023   192

10                Bates

11                GOOG-AT-MDL-011760053-054

12

13   Exhibit 54   Google Programmatic Media       200

14                Sales (Powered by DBM) slide

15                deck

16                Bates GOOG-NE-11792825-847

17

18   Exhibit 55   Email with attachment,          221

19                Bates

20                GOOG-AT-MDL-012527114-154

21

22   Exhibit 56   AdExchanger article             239

23                June 8, 2011

24

25

HIGHLY CONFIDENTIAL

Page 8

```
 1
 2                          -   -   -
 3                     E  X  H  I  B  I  T  S
 4                          -   -   -
 5      NO.           DESCRIPTION                 PAGE
 6   Exhibit 57   TheNationalNews.com article,    262
 7                February 27, 2020
 8
 9   Exhibit 58   Email chain ending 10/7/2010    276
10                Bates
11                GOOG-AT-MDL-014611960-961
12
13   Exhibit 59   Chat thread 2/14/2023,          282
14                Bates
15                GOOG-AT-MDL-008647134-137
16
17   Exhibit 60   Chat thread 9/18/2019,          298
18                Bates GOOG-NE-12976885-887
19
20   Exhibit 61   Chat thread 9/6/2019,           314
21                Bates GOOG-NE-04926001-003
22
23   Exhibit 62   Email chain ending 1/11/2019    332
24                Bates
25                GOOD-DOJ-AT-01680360-369
```

HIGHLY CONFIDENTIAL

Page 9

```
 1
 2                          -   -   -
 3                    E X H I B I T S
 4                          -   -   -
 5     NO.           DESCRIPTION                    PAGE
 6   Exhibit 63   Email chain ending 1/7/2019,  339
 7                Bates
 8                   GOOG-AT-MDL-008967988-996
 9
10   Exhibit 64   Email chain ending 1/3/2019,  347
11                Bates
12                   GOOD-DOJ-AT-01019307-309
13
14   Exhibit 65   Email chain ending 12/19/2018 351
15                Bates GOOG-NE-10291781-787
16
17   Exhibit 66   Email chain ending 5/8/2019,  362
18                Bates
19                   GOOG-AT-MDL-001396947-950
20
21      (REPORTER'S NOTE:  All quotations from
        exhibits are reflected in the manner
22      in which they were read into the
        record and do not necessarily denote
23      an exact quote from the document.)
24
25
```

HIGHLY CONFIDENTIAL

Page 249



HIGHLY CONFIDENTIAL

Page 255



HIGHLY CONFIDENTIAL

Page 258



HIGHLY CONFIDENTIAL

Page 281



HIGHLY CONFIDENTIAL

Page 282



HIGHLY CONFIDENTIAL

Page 291



HIGHLY CONFIDENTIAL

Page 292



Page 297



Page 298



HIGHLY CONFIDENTIAL

Page 331



HIGHLY CONFIDENTIAL

Page 378

```
 1
 2              C E R T I F I C A T E
 3    STATE OF NEW YORK
 4    COUNTY OF NEW YORK
 5
 6            I, Marie Foley, RMR, CRR, a
 7    Certified Realtime Reporter and Notary
 8    Public within and for the State of New
 9    York, do hereby certify:
10            THAT ███████  ███████, the witness
11    whose deposition is hereinbefore set
12    forth, was duly sworn by me and that such
13    deposition is a true record of the
14    testimony given by the witness.
15            I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage, and that I am
18    in no way interested in the outcome of
19    this matter.
20            IN WITNESS WHEREOF, I have
21    hereunto set my hand this 8th day of
22    April, 2024.
23
24            MARIE FOLEY, RMR, CRR
25
```