# EXHIBIT 21
# FILED UNDER SEAL

PURSUANT TO PROTECTIVE ORDER

```
                                                       Page 1

 1         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
 2                  SHERMAN DIVISION
 3   THE STATE OF TEXAS, et   )
     al.,                     )
 4                            ) Case No.
                 Plaintiffs,  ) 4:20-cv-00957-SDJ
 5                            )
     vs.                      ) Hon. Sean D. Jordan
 6                            )
     GOOGLE LLC,              )
 7                            )
                 Defendants.  )
 8
                FRIDAY, APRIL 12, 2024
 9
       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                        - - -
11            Remote videotaped deposition of
12   Google LLC 30(b)(6) designee ████ ███████,
13   held at the location of the witness in
14   Teaneck, New Jersey, commencing at 8:33 a.m.
15   Eastern, on the above date, before Carrie A.
16   Campbell, Registered Diplomate Reporter,
17   Certified Realtime Reporter, Illinois,
18   California & Texas Certified Shorthand
19   Reporter, Missouri, Kansas, Louisiana & New
20   Jersey Certified Court Reporter.
21
22                        - - -
23
24
25   Job No. MDLG6644294
```

PURSUANT TO PROTECTIVE ORDER

Page 2

```
 1      R E M O T E   A P P E A R A N C E S :
 2
        NORTON ROSE FULBRIGHT US LLP
 3      BY:  GERALDINE YOUNG
             geraldine.young@nortonrosefulbright.com
 4      1301 McKinney, Suite 5100
        Houston, Texas  77010
 5      (713) 651-5151
 6
        and
 7
 8      NORTON ROSE FULBRIGHT US LLP
        BY:  MARISA MADARAS
 9           marisa.madaras@nortonrosefulbright.com
        799 9th Street NW, Suite 1000
10      Washington, DC  20001
        (202) 662-0200
11
12      and
13
        THE LANIER LAW FIRM, PLLC
14      BY:  ZEKE DEROSE
             zeke.derose@lanierlawfirm.com
15           MELONIE DEROSE
             melonie.derose@lanierlawfirm.com
16      10940 West Sam Houston Parkway North,
        Suite 100
17      Houston, Texas  77064
        (713) 659-5200
18      Counsel for Texas, Idaho, Louisiana
        (The Lanier Law Firm only), Mississippi,
19      North Dakota, Mississippi,
        South Carolina, and South Dakota
20
21
        STATE OF TEXAS
22      OFFICE OF THE ATTORNEY GENERAL
        BY:  CUONG PHAM
23           Cuong.Pham@oag.texas.gov
        P.O. Box 12548
24      Austin, Texas  78711-2548
        (512) 936-1674
25      Counsel for Plaintiff State of Texas
```

```
 1      FRESHFIELDS BRUCKHAUS DERINGER US LLP
        BY:   JULIE ELMER
 2            julie.elmer@freshfields.com
        700 13th Street, NW, 10th Floor
 3      Washington, DC  20005-3960
        (202) 777-4500
 4
 5      and
 6
        FRESHFIELDS BRUCKHAUS DERINGER US LLP
 7      BY:   JEANETTE BAYOUMI
              jeanette.bayoumi@freshfields.com
 8            MATTHEW STEYL
              matthew.steyl@freshfields.com
 9      175 Greenwich Street, 51st Floor
        New York, New York  10007
10      (212) 277-4000
        Counsel for Google LLC
11
12
     ALSO PRESENT:
13
           STEVEN C. SPARLING, Litigation and
14   Regulatory Counsel, Google LLC
           JONATHAN JAFFE, consultant
15
16         RAY MOORE, trial technician, Precision
     Trial Solutions
17
18
     V I D E O G R A P H E R :
19       DAVID LANE,
         Golkow Litigation Services
20
                         - - -
21
22
23
24
25
```

PURSUANT TO PROTECTIVE ORDER

```
                                                           Page 4
 1                             INDEX
 2                                                           PAGE
 3    APPEARANCES...................................    2
 4    EXAMINATIONS
 5      BY MS. YOUNG...............................    8
 6
 7                           EXHIBITS
 8      No.    Description                                  Page
 9     Exh 67  ███████████████████ profile                    15
            printout
10
       Exh 68  ██████████████████████████████████            40
11
            July 7, 2021
12
       Exh 69  ██████████████████████████                    48
13
            GOOG-DOJ-AT-01814428 -
14          GOOG-DOJ-AT-01814435
15     Exh 70  Plaintiffs' First Notice of Rule             84
            30(b)(6) Deposition
16
       Exh 71  March 29, 2024 Freshfields                    87
17          Bruckhaus Deringer US LLP letter
            to Lanier Law Firm
18
       Exh 72  April 9, 2024 Freshfields                     94
19          Bruckhaus Deringer US LLP letter
            to Lanier Law Firm
20
       Exh 73  ██████████████████████████,                  130
21          GOOG-DOJ-AT-01033317 -
            GOOG-DOJ-AT-01033327
22
       Exh 74  Google DRX (DFP+AdX) Opportunity             144
23          & Plan, September 2014,
            GOOG-AT-MDL-013284385 -
24          GOOG-AT-MDL-013284425
25
```

```
                                                        Page 5

 1       Exh 75  E-mail(s),                               177
                 GOOG-DOJ-14632454 -
 2               GOOG-DOJ-14632455
 3       Exh 76  Order Form - DFP Premium and ADX         181
                 Services,
 4               GOOG-AT-MDL-015945895 -
                 GOOG-AT-MDL-015945914
 5
         Exh 77  DRX re-contracting PRD,                  191
 6               GOOG-TEX-00725911 -
                 GOOG-TEX-00725915
 7
         Exh 78  "2018 Google Ad Manager releases         201
 8               archive"
 9       Exh 79  Campaign stakeholder review              212
                 status,
10               GOOG-AT-MDL-019416878 -
                 GOOG-AT-MDL-019416881
11
         Exh 80  E-mail(s),                               229
12               GOOG-DOJ-15370825 -
                 GOOG-DOJ-15370826
13
         Exh 81  E-mail(s),                               235
14               GOOG-AT-MDL-B-002235587 -
                 GOOG-AT-MDL-B-002235588
15
         Exh 82  Google comms doc,                        240
16               GOOG-NE-12549921 -
                 GOOG-NE-12549926
17
         Exh 83  DRX Re-Contracting Comms,                254
18               GOOG-TEX-00059386 -
                 GOOG-TEX-00059387
19
         Exh 84  E-mail(s),                               265
20               GOOG-AT-MDL-B-001407885
21       Exh 85  [Comms Doc] - DRX recontracting,         267
                 GOOG-DOJ-AT-01140595 -
22               GOOG-DOJ-AT-01140601
23       Exh 86  Google Deal Executive Summary,           269
                 GOOG-AT-MDL-B-004861392 -
24               GOOG-AT-MDL-B-004861439
25
```

Page 6

1      Exh 87  Excel spreadsheet,                           272
               GOOG-AT-MDL-016866243
2
       Exh 88     Google Ad Manager, Order Form -           279
3              Google Ad Manager Small Business
               Service,
4              GOOG-DOJ-AT-01134520 -
               GOOG-DOJ-AT-01134523
5
       Exh 89     "What are the guiding principles          315
6              and approaches for our publisher
               strategy, given the ecosystem
7              changes?",
               GOOG-NE-04001130 -
8              GOOG-NE-04001140
9      Exh 90     "Decision 21-D-11 of 7 June 2021          333
               regarding practices implemented
10             in the online advertising
               sector*."
11
12       (Exhibits attached to the deposition.)
13
14    CERTIFICATE.................................338
15    ACKNOWLEDGMENT OF DEPONENT..................340
16    ERRATA......................................341
17    LAWYER'S NOTES..............................342
18
19
20
21
22
23
24
25





```
 1                      CERTIFICATE
 2              I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 3  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 4  of the examination, [REDACTED], was duly
    sworn by me to testify to the truth, the
 5  whole truth and nothing but the truth.
 6              I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 7  testimony as taken stenographically by and
    before me at the time, place and on the date
 8  hereinbefore set forth, to the best of my
    ability.
 9
                I DO FURTHER CERTIFY that I am
10  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
11  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
12  that I am not financially interested in the
    action.
13
14
15       [signature: Carrie A. Campbell]

16       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
17       Certified Realtime Reporter
         California Certified Shorthand
18       Reporter #13921
         Missouri Certified Court Reporter #859
19       Illinois Certified Shorthand Reporter
         #084-004229
20       Texas Certified Shorthand Reporter #9328
         Kansas Certified Court Reporter #1715
21       New Jersey Certified Court Reporter
         #30XI00242600
22       Louisiana Certified Court Reporter
         #2021012
23       Notary Public
         Dated:  April 19, 2024
24
25
```