# EXHIBIT 22
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2        FOR THE EASTERN DISTRICT OF TEXAS
3                 SHERMAN DIVISION
4

   THE STATE OF TEXAS, et al.,   )
5                                )
            Plaintiffs,           )   Case No.
6  v.                             )   4:20-cv-00957-SDJ
                                  )
7  GOOGLE LLC,                    )   Hon. Sean D. Jordan
                                  )
8           Defendant.            )
9
10              HIGHLY CONFIDENTIAL
11           PURSUANT TO PROTECTIVE ORDER
12                    _ _ _
13            THURSDAY, MAY 23, 2024
                      _ _ _
14
15       Videotaped Deposition of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇,
16  taken pursuant to notice and conducted at Norton Rose
17  Fulbright US LLP, 1301 Avenue of the Americas, Room 30-C,
18  New York, New York, commencing at 9:34 a.m., EDT, on the
19  above date, before Jennifer A. Dunn, Registered Merit
20  Reporter, Certified Realtime Reporter, Missouri Certified
21  Court Reporter, and Certified Shorthand Reporter in
22  California, Illinois, and Texas #12050.
23                    _ _ _
24            GOLKOW, a Veritext Division
                 877.370.DEPS
25

Golkow Technologies,
877-370-3377           A Veritext Division           www.veritext.com

HIGHLY CONFIDENTIAL

```
                                                            Page 2
 1                    A P P E A R A N C E S
 2
         NORTON ROSE FULBRIGHT US LLP
 3            BY:  GERALDINE W. YOUNG
              geraldine.young@nortonrosefulbright.com
 4            BY:  ETHAN GLENN  (via Zoom)
              ethan.glenn@nortonrosefulbright.com
 5       1301 McKinney
         Suite 5100
 6       Houston, Texas  77010-3095
         Tel:  (713) 651-5151
 7    and
         NORTON ROSE FULBRIGHT US LLP
 8            BY:  DANIELLA TORREALBA
              daniella.torrealba@nortonrosefulbright.com
 9       799 9th St NW, #1000
         Washington, DC 20001
10       Tel:  (202) 662-0200
      and
11    THE LANIER LAW FIRM, PLLC
              BY:  MELONIE DEROSE  (via Zoom)
12            melonie.derose@lanierlawfirm.com
              BY:  ALEX ABSTON (via Zoom)
13            alex.abston@lanierlawfirm.com
              BY:  ZEKE DEROSE, III  (via Zoom)
14            zeke.derose@lanierlawfirm.com
         10940 West Sam Houston Parkway North
15       Suite 100
         Houston, Texas  77064
16       Tel:  (713) 659-5200
              Counsel for Texas, Idaho, Louisiana
17            (The Lanier Law Firm Only),
              Mississippi, North Dakota, South Carolina and
18            South Dakota
              Counsel for Texas, Idaho, Louisiana
19            (The Lanier Law Firm Only),
              Mississippi, North Dakota, South Carolina and
20            South Dakota
21
         STATE OF TEXAS
22       OFFICE OF THE ATTORNEY GENERAL
              BY:  LUKE WOODWARD (via Zoom)
23            luke.woodward@oag.texas.gov
         300 W. 15th Street
24       Austin, Texas  78701-1649
         Tel:  (512) 936-1674
25                Counsel for Plaintiff State of Texas
```

```
 1              A P P E A R A N C E S  (Cont.)
 2
 3        AXINN, VELTROP & HARKRIDGER LLP
             BY:   BRADLEY JUSTUS
 4              bjustus@axinn.com
             BY:   DAVID PEARL
 5              dpearl@axinn.com
             BY:   ALLISON VISSICHELLI
 6              avissichelli@axinn.com
             BY:   DANIEL S. BITTON   (via Zoom)
 7              dbitton@axinn.com
          1901 L Street, NW
 8        Washington, DC  20036
          Tel:  (202) 912-4700
 9               Counsel for Google LLC
10
11
12  ALSO PRESENT:
13  Jonathan Jaffe, Consultant - It's Your Internet (via Zoom)
14
15
16  RAY MOORE - Trial Technician
17  CHRIS RITONA - Videographer
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 4

1                    I N D E X
2

3    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                          PAGE
4        Examination by Ms. Young                    6
5        Examination by Mr. Justus                 241
6        Examination by Ms. Young                  274
7        Examination by Mr. Justus                 284
8    Certificate of Court Reporter                 287
9    Letter for Signature                          288
10   Witness Signature Page                        289
11   Errata Sheet                                  290

HIGHLY CONFIDENTIAL

```
                                                          Page 5
 1                    E X H I B I T S
 2
      NUMBER      DESCRIPTION                              PAGE
 3
       309        ████████████████████████████              10
 4                GOOG-NE-09329379 through 383
 5     310        AdX Overview for Nooglers                  34
                  GOOG-NE-13197548 through 561
 6
       311        E-Mail Chain                               97
 7                GOOG-AT-MDL-019653406 through 427
 8     312        ████████████████████████████              205
                  ████████████████████████████
 9                GOOG-TEX-00513864
10     313        ████████████████████████████              233
                  ██████  ████████████████
11
       314        ████████████████████████████████          314
12                ████████████████████████████ "
                  GOOG-TEX-00453431 through 432
13
       315        Notice of Deposition and Subpoena         240
14
      Google 1    E-Mail Chain                              261
15                GOOG-AT-MDL-002051698
16    Google 2    E-Mail Chain                              264
                  GOOG-NE-05244312 through 314
17
       316        E-Mail Chain                              279
18                GOOG-NE-04309274 through 279
19
20
21
22
23
24
25
```

Page 239

1      ███

2      Q    Okay.  In just looking at the custodians on the
3  first page that had this document in their files, does
4  that --
5      A    What does custodian mean here?
6      Q    This means -- or do you understand that in this
7  case Google produced documents from certain people's files,
8  and those people would be custodians?
9      A    Oh, interesting.
10     Q    Do you understand that?
11     A    So in some sense these people like had a copy of
12  it or had it in their files or something?  That's weird.
13     Q    Does this custodian list reflect your testimony
14  that you would have send your document out to a broader
15  distribution?
16     A    Sure, yeah.  I would have -- the distribution I
17  sent it to, all of these people would have received it,
18  yeah.
19     Q    Okay.  Did you ever discuss any of your concerns
20  that we've discussed today in Google Chat or any other form
21  of internal instant messaging?
22     A    Maybe.
23     Q    Did you use Google Chat?
24     A    I don't remember, probably some.  I don't -- I
25  really don't remember.

Page 240

1   Q   You don't remember using Google Chat to chat
2   teammates or others in Google?
3   A   I think we were mostly e-mail heavy, but maybe
4   there was chat, too.  I don't remember.
5           MS. YOUNG:  Can we mark document 12, which is
6   a subpoena to ███████████, as the next exhibit?
7           It's going to be -- is it 314?
8           (Burchett Exhibit 315 marked for
9       identification.)
10  BY MS. YOUNG:
11  Q   ███████████ you testified earlier that you
12  recalled reviewing these topics that start near the end of
13  the document in Exhibit A?
14  A   Yeah, there's a lot of them.
15  Q   Is there anything that -- in these topics that we
16  did not cover today that you would like to testify about?
17          MR. JUSTUS:  Objection.  Form.
18          THE WITNESS:  You didn't bring up Jedi.  I
19      don't know anything about Jedi, it happened after.  I
20      know a little bit about it, but I do remember after I
21      had been in maps for, I don't know, eight months or so,
22      I just visited my old team, and somebody was like:
23      "Oh, did you hear about Jedi?"
24          And I was like:  "No."
25          And they're like:  "You're really not going

Page 287

```
 1                        CERTIFICATE
 2         I, Jennifer A. Dunn, Registered Merit Reporter,
 3    Certified Realtime Reporter, Certified Shorthand Reporter,
 4    and Certified Court Reporter, do hereby certify that prior
 5    to the commencement of the examination, ▆▆▆▆▆▆▆
 6    ▆▆▆▆▆▆, was duly remotely sworn by me to testify to the
 7    truth, the whole truth and nothing but the truth.
 8         I DO FURTHER CERTIFY that the foregoing is a verbatim
 9    transcript of the testimony as taken stenographically by me
10    at the time, place and on the date hereinbefore set forth.
11         I DO FURTHER CERTIFY that I am neither a relative nor
12    employee nor attorney nor counsel of any of the parties to
13    this action, and that I am neither a relative nor employee
14    of such attorney or counsel, and that I am not financially
15    interested in the action.
16
17
18             "/s/JENNIFER A. DUNN"
19           NCRA Registered Merit Reporter
             NCRA Certified Realtime Reporter
20       California Certified Shorthand Reporter #14461
         Illinois Certified Shorthand Reporter #084.004939
21          Missouri Certified Court Reporter #485
            Texas Certified Shorthand Reporter #12050
22
23
24
25                    Dated:  May 23, 2024
```