# EXHIBIT 23
# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE STATE OF TEXAS, ET AL,
Plaintiffs,
vs. CIVIL NO. 4:20-CV-957-SDJ
GOOGLE LLC,
Defendants.
______________________________/

HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION of [REDACTED]
Redwood City, California
April 1, 2024
9:23 a.m.

Job No. MDLG6622335
Stenographically reported by:
JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC
CSR No. 3969

Videotaped deposition of [redacted] taken on behalf of the Plaintiffs, at Freshfields Bruckhaus Deringer, 855 Main Street, Redwood City, California, on Monday, April 1, 2024, beginning at 9:23 a.m. and ending at 4:54 p.m., before Jenny L. Griffin, a Certified Shorthand Reporter, Registered Merit Reporter, Certified Realtime Reporter, California Certified Realtime Reporter, Certified Realtime Captioner.

A P P E A R A N C E S:

NORTON ROSE FULBRIGHT US LLP
Attorney for Plaintiff
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
713.651.3629
BY: ERIK JANITENS, ESQ.
JIANG WU, ESQ.
MARC COLLIER, ESQ. (Via Zoom)
Erik.janitens@nortonfulbright.com
Jaing.wu@nortonfulbright.com

FRESHFIELDS BRUCKHAUS DERINGER
Attorney for Defendant and the Witness
855 Main Street
Redwood City, California 94063
650.461.8276
BY: JUSTINA K. SESSIONS, ESQ.
MARA BOUNDY, ESQ. (In Person)
SARA SALEM, ESQ. (Via Zoom)
LAUREN VACA, ESQ. (Via Zoom)
Justina.sessions@freshfields.com

A P P E A R A N C E S: (Continued)

ALSO PRESENT VIA ZOOM:

Zeke DeRose III: Lenier Law Firm
Alex Abston: Lenier Law Firm
Melanie DeRose: Lenier Law Firm
Trevor Young: Texas Office of the Attorney General
Blake Pescatore: Axinn
Jonathan Jaffe: Retained Plaintiff Consultant

VIDEOGRAPHER: Steve Patapoff, Golkow Litigation

C O N T E N T S

| | PAGE |
|---|---|
| [REDACTED] | |
| PROCEEDINGS | 12 |
| EXAMINATION BY MR. JANITENS | 13 |
| STENOGRAPHER'S CERTIFICATE | 169 |
| SIGNATURE | 170 |
| DEPOSITION ERRATA SHEET | 171 |

---oOo---

E X H I B I T S

| ISCEN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 11 | [REDACTED] | 20 |
| Exhibit 12 | gTrade Analysis Project Document - GOOG-AT-MDL-001391402 through -1406 | 52 |
| Exhibit 13 | Promo Packet - GOOG-AP-MDL-002468549 through -8560 | 75 |

E X H I B I T S  C O N T I N U E D

| ISCEN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 14 | Mediation: Double Calls Detection and Treatment - GOOG-AT-MDL-B-001602051 through -2074 | 104 |
| Exhibit 15 | Dynamic Revenue Share - GOOG-NE-04934281 through -4288 | 117 |
| Exhibit 16 | RPO Brief - GOOG-DOJ-29803801 through -3819 | 120 |
| Exhibit 17 | Google Scholar - Atil Iscen - 3 pages | 125 |
| Exhibit 18 | Email Thread - August 28, 2014 - Subject: Re: Clarification Needed on AdX Auction Model HC Article - GOOG-TEX-00384225 through -4236 | 126 |

E X H I B I T S  C O N T I N U E D

| ISCEN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 19 | Email Thread - August 28, 2014 - Subject: Re: Clarification Needed on AdX Auction Model HC Article - GOOG-TEX-00384225 through -4236 | 127 |
| Exhibit 20 | Email Thread - January 14, 2015 - Subject: Re: Spotted A Few Anomalous AdX Queries where Capped Second Adwords Bid > Capped First Adwords Bid - GOOG-AT-MDL-B-002095769 through -5774 | 129 |
| Exhibit 21 | Email Thread - April 30, 2015 - Subject: Re: PCTR vs CTR Anomalies on Thursday 04/27 - GOOG-AT-MDL-B-002762725 through -2726 | 133 |

E X H I B I T S C O N T I N U E D

| ISCEN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 22 | Email Thread - May 1, 2015 - Subject: Re: PCTR vs CTR Anomalies on Thursday 04/27 - GOOG-AT-MDL-B-002762758 through -2760 | 136 |
| Exhibit 23 | Email Thread - May 4, 2015 - Subject: Re: Different Bernanke Experiment Behavior After Blended Cookie - GOOG-AT-MDL-B-002097570 | 138 |
| Exhibit 24 | Email Thread - May 12, 2015 - Subject: Re: Global Bernanke Ramp Up to 5 Percent - GOOG-AT-MDL-B-002097648 | 139 |
| Exhibit 25 | Email Thread - July 7, 2015 - Subject: Re: Global Bernanke Update - GOOG-AT-MDL-B-002098265 through -8266 | 140 |

E X H I B I T S  C O N T I N U E D

| ISCEN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 26 | Email Thread - July 8, 2015 - Subject: Re: FLD 1 Percent Experiment More Profit - GOOG-AT-MDL-B-002763194 through -3195 | 141 |
| Exhibit 27 | Email Thread - August 5, 2015 - Subject: Re: Global Bernanke, Getting Close to Launch - GOOG-NE-13349343 through -9346 | 144 |
| Exhibit 28 | Document - Status: (Final) Revenue Calibration - GOOG-DOJ-AT-0248276 through -2769 | 147 |
| Exhibit 29 | AdX Revenue Calibration (gTrade) Draft - GOOG-DOJ-AT-00575435 through 5440 | 150 |

E X H I B I T S   C O N T I N U E D

| ISCEN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 30 | Email Thread - September 11, 2015 - Subject: Re: Am I Missing Something? Or do we have a Bug? - GOOG-AT-MDL-B-002099366 through -9367 | 152 |
| Exhibit 31 | Email Thread - November 13, 2015 - Subject: Re: Small Background vs. Regular Background - GOOG -AT-MDL-B-002764178 through -4179 | 153 |
| Exhibit 32 | Email Thread - November 16, 2015 - Subject: Re: Small Background vs. Regular Background - GOOG-AT-MDL-B-00276419 through -4192 | 156 |

E X H I B I T S  C O N T I N U E D

| ISCEN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 33 | Email Thread - June 13, 2016 - Subject: Re: Question About DFL - GOOG-AT-MDL-B-00210513 through -5139 | 158 |

EXHIBITS PREVIOUSLY MARKED AND REFERRED TO AND ATTACHED TO THIS DEPOSITION TRANSCRIPT:

| ISCEN | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 7 | List of GoLinks for Various Dashboards - 2 pages | 39 |
| Exhibit 8 | gTrade Onboarding Guide - GOOG-AT-MDL-002307662 through -7666 | 45 |

Q. And, sitting here today, do any other projects come to mind that you worked on?

A. No.

HIGHLY CONFIDENTIAL

Page 26

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com





HIGHLY CONFIDENTIAL

Page 36

[redacted]

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com



---oOo---

I, JENNY L. GRIFFIN, hereby certify:

That I am a certified shorthand reporter in and for the County of Alameda, State of California;

Prior to being examined, [redacted], the witness named in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; that said deposition was taken pursuant to notice at the time and place therein set forth, and was taken down by me in stenotype and thereafter transcribed by means of computer-aided transcription, and that said deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for nor related in any way to any party to said action, nor otherwise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name April 3, 2024.

JENNY L. GRIFFIN, CSR #3969
Certified Shorthand Reporter