# EXHIBIT 24
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

```
 1       IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
 2                  SHERMAN DIVISION
 3   THE STATE OF TEXAS, et    )
     al.,                      )
 4                             ) Case No.
             Plaintiffs,       ) 4:20-cv-00957-SDJ
 5                             )
     vs.                       ) Hon. Sean D. Jordan
 6                             )
     GOOGLE LLC,               )
 7                             )
             Defendant.        )
 8
             FRIDAY, APRIL 26, 2024
 9
      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE
10                      ORDER
                        - - -
11
12         Remote videotaped deposition of
13   Google LLC 30(b)(6) designee ▮▮▮▮ ▮▮▮▮▮ and
14   in his 30(b)(1) capacity, held at the
15   location of the witness in Niwot, Colorado,
16   commencing at 9:01 a.m. Mountain Time, on the
17   above date, before Carrie A. Campbell,
18   Registered Diplomate Reporter, Certified
19   Realtime Reporter, Illinois, California &
20   Texas Certified Shorthand Reporter, Missouri,
21   Kansas, Louisiana & New Jersey Certified
22   Court Reporter.
23                      - - -
24
25   Job No. MDLG6661075
```

HIGHLY CONFIDENTIAL

```
                                                          Page 2

 1              A P P E A R A N C E S :
 2
 3       NORTON ROSE FULBRIGHT US LLP
         BY:  M. MILES ROBINSON
 4            miles.robinson@nortonrosefulbright.com
              ISABELA PENA-GONZALEZ
 5            isabela.pena-gonzalez@
              nortonrosefulbright.com
 6       1301 McKinney, Suite 5100
         Houston, Texas   77010
 7       (713) 651-5151
 8
         and
 9
10       THE LANIER LAW FIRM, PLLC
         BY:  ALEX ABSTON
11            alex.abston@lanierlawfirm.com
              ZEKE DEROSE
12            zeke.derose@lanierlawfirm.com
         10940 West Sam Houston Parkway North,
13       Suite 100
         Houston, Texas   77064
14       (713) 659-5200
         Counsel for Texas, Idaho, Louisiana
15       (The Lanier Law Firm only),
         Mississippi, North Dakota,
16       Mississippi, South Carolina, and
         South Dakota
17
18
         STATE OF TEXAS
19       OFFICE OF THE ATTORNEY GENERAL
         BY:  JONATHAN LUCAS WOODWARD
20            lucas.woodward@oag.texas.gov
              TREVOR YOUNG
21            Trevor.Young@oag.texas.gov
         P.O. Box 12548
22       Austin, Texas   78711-2548
         (512) 936-1674
23       Counsel for Plaintiff State of Texas
24
25
```

```
 1        AXINN, VELTROP & HARKRIDER LLP
          BY:   BRADLEY JUSTUS
 2              bjustus@axinn.com
                DARPAN R. SINGH
 3              dsingh@axinn.com
          1901 L Street NW
 4        Washington, DC  20036
          (202) 912-4700
 5        Counsel for Google LLC
 6
 7   ALSO PRESENT:
 8        JONATHAN JAFFE, consultant
 9        STEVEN C. SPARLING, Litigation and
     Regulatory Counsel, Google LLC
10
          VINCE ROSICA, trial technician,
11   Precision Trial Solutions
12
13   V I D E O G R A P H E R :
          ZACH HONE,
14        Golkow Litigation Services
15                    - - -
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 4

```
 1                       INDEX
 2                                                     PAGE
 3   APPEARANCES...................................     2
 4   EXAMINATIONS
 5     BY MR. ROBINSON.............................     8
 6
 7                      EXHIBITS
 8    No.     Description                              Page
 9    Exh 182 ███████████████████████                    26
10    Exh 183 E-mail(s),                                 40
              GOOG-DOJ-AT-00373503 -
11            GOOG-DOJ-AT-00373539
12    Exh 184 Potential Reviewers,                       63
              GOOG-DOJ-13204134 -
13            GOOG-DOJ-13204147
14    Exh 185 Advanced Leadership Lab,                   79
              Individual 360 Feedback Report,
15            ████████████████████,
              GOOG-AT-MDL-015807149 -
16            GOOG-AT-MDL-015807171
17    Exh 186 PRD - Real-time yield management           97
              for Web, Google confidential and
18            privileged,
              GOOG-DOJ-13202296 -
19            GOOG-DOJ-13202302
20    Exh 187 Enhanced Dynamic Revenue Sharing,         109
              Status: Draft, As of: August 19,
21            2014,
              GOOG-NE-13232022 -
22            GOOG-NE-13232031
23    Exh 188 Proposal to change AdX, GDN, DBM          149
              Pricing Strategy,
24            GOOG-AT-MDL-B-005112788 -
              GOOG-AT-MDL-B-005112791
25
```

Page 5

```
 1      Exh 189  DRX Strategy Day TLDR,                      194
                 nwolf@<ldap>@ October 2016,
 2               GOOG-DOJ-13206499 -
                 GOOG-DOJ-13206501
 3
        Exh 190  Significant DRS projects for                198
 4               NextGen awareness,
                 GOOG-DOJ-13203553 -
 5               GOOG-DOJ-13203557
 6      Exh 191  E-mail(s),                                  211
                 GOOG-TEX-00103040 -
 7               GOOG-TEX-00103043
 8      Exh 192  E-mail(s),                                  221
                 GOOG-DOJ-14743554 -
 9               GOOG-DOJ-14743563
10      Exh 193  E-mail(s),                                  241
                 GOOG-TEX-00104475 -
11               GOOG-TEX-00104483
12      Exh 194  E-mail(s),                                  265
                 GOOG-DOJ-15421837 -
13               GOOG-DOJ-15421841
14      Exh 195  Printout of conversation dated              275
                 2017-11-29,
15               GOOG-NE-13231717 -
                 GOOG-NE-13231720
16
        Exh 196  E-mail(s),                                  300
17               GOOG-AT-MDL-012331946 -
                 GOOG-AT-MDL-012331948;
18               GOOG-AT-MDL-017664768 -
                 GOOG-AT-MDL-017664773;
19               GOOG-TEX-00082760-
                 GOOG-TEX-00082771
20
        Exh 197  E-mail(s),                                  319
21               GOOG-DOJ-13892867 -
                 GOOG-DOJ-13892872
22
        Exh 198  Google Chat printout,                       336
23               GOOG-AT-MDL-008240403
24      Exh 199  E-mail(s),                                  364
                 GOOG-DOJ-14398632 -
25               GOOG-DOJ-14398642
```

HIGHLY CONFIDENTIAL

Page 6

```
 1     Exh 200 E-mail(s),                                  372
              GOOG-AT-MDL-012513796 -
 2               GOOG-AT-MDL-012513798
 3     Exh 201 E-mail(s),                                  381
              GOOG-NE-07797482 -
 4               GOOG-NE-07797483
 5     Exh 202 E-mail(s),                                  385
              GOOG-AT-MDL-007027113 -
 6               GOOG-AT-MDL-007027115
 7        (Exhibits attached to the deposition.)
 8
 9    CERTIFICATE..................................393
10    ACKNOWLEDGMENT OF DEPONENT...................395
11    ERRATA.......................................396
12    LAWYER'S NOTES...............................397
```



HIGHLY CONFIDENTIAL

Page 28



Page 393

```
 1                    CERTIFICATE
 2              I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 3  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 4  of the examination, ███████ ███████, was duly
    sworn by me to testify to the truth, the
 5  whole truth and nothing but the truth.
 6              I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 7  testimony as taken stenographically by and
    before me at the time, place and on the date
 8  hereinbefore set forth, to the best of my
    ability.
 9
                I DO FURTHER CERTIFY that I am
10  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
11  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
12  that I am not financially interested in the
    action.
13
14
15  [signature: Carrie A. Campbell]

16      CARRIE A. CAMPBELL,
        NCRA Registered Diplomate Reporter
17      Certified Realtime Reporter
        California Certified Shorthand
18      Reporter #13921
        Missouri Certified Court Reporter #859
19      Illinois Certified Shorthand Reporter
        #084-004229
20      Texas Certified Shorthand Reporter #9328
        Kansas Certified Court Reporter #1715
21      New Jersey Certified Court Reporter
        #30XI00242600
22      Louisiana Certified Court Reporter
        #2021012
23      Notary Public
        Dated:  April 29, 2024
24
25
```