# EXHIBIT 25

# FILED UNDER SEAL

1

1  

2  UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF VIRGINIA
3  ---------------------------------------X
   UNITED STATES OF AMERICA, et al,
4  
                          PLAINTIFF,
5  
           -against-
6  
   GOOGLE LLC,
7  
8                          DEFENDANT.
9  Civil 1:23-cv-00108
   ---------------------------------------X
10              ***HIGHLY CONFIDENTIAL***
11        DEPOSITION OF ███████████
12            28 Liberty Street
13            New York, New York
14         Friday, August 11, 2023
15  
16  
17  
18  Reported by:
19  Rebecca Schaumloffel, RPR, CLR
20  JOB #:  2023-905985
21  
22  
23  
24  
25

2

1             ▮▮▮▮▮▮▮

2    A P P E A R A N C E S :

3

4       U.S. DEPARTMENT OF JUSTICE
             Antitrust Division
5            950 Pennsylvania Avenue
             Washington, DC 20530
6            BY:  KELLY D. GARCIA, ESQ.
                  AMANDA STRICK, ESQ.
7

8

9

10      NEW YORK STATE ATTORNEY GENERAL
             28 Liberty Street, 15th floor
             New York, New York 10005
11           BY:  MORGAN FEDER, ESQ.

12

13

14

15      FRESHFIELDS BRUCKHAUS DERINGER US LLP
             Attorneys for Google
16           700 13th Street NW, 10th floor
             Washington, DC 20005
17           BY:  JUSTINA SESSIONS, ESQ.
                  MEREDITH MOMMERS, ESQ.

18

19

20      ALSO PRESENT:

21           Justin Cohen, Esq., Google
             Lem Lattimer, Lexitas videographer

22

23        *              *              *

24

25

USA v
GOOGLE                              Highly Confidential              August 11, 2023

38

293

```
 1

 2              C E R T I F I C A T E

 3


 4     STATE OF NEW YORK      )
                          :  SS.:
 5     COUNTY OF NASSAU       )


 6


 7            I, REBECCA SCHAUMLOFFEL, a Notary

 8     Public for and within the State of New York,

 9     do hereby certify:

10            That the witness whose examination

11     is hereinbefore set forth was duly sworn and

12     that such examination is a true record of the

13     testimony given by that witness.

14            I further certify that I am not

15     related to any of the parties to this action

16     by blood or by marriage and that I am in no

17     way interested in the outcome of this matter.

18            IN WITNESS WHEREOF, I have hereunto

19     set my hand this 14th day of August, 2023.

20            _____

21              REBECCA SCHAUMLOFFEL

22

23

24

25
```