# EXHIBIT 29
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF TEXAS
2                 SHERMAN DIVISION
                      - - -
3
4    THE STATE OF TEXAS, et al. : Civil Action No.
              Plaintiffs,        : 4:20-cv-00957-SDJ
5         vs.                    :
     GOOGLE LLC,                 :
6         Defendants.            :
7
8                     - - -
9              April 19, 2024
              HIGHLY CONFIDENTIAL
10
                      - - -
11
12
13            Remote Oral Deposition,
14   taken via Zoom, of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓
15   commencing at 9:01 a.m., on the above
16   date, before Amanda Maslynsky-Miller,
17   Court Reporter and Certified Realtime
18   Reporter.
19
20                    - - -
21
22
23
24      Job No. MDLG6658171

HIGHLY CONFIDENTIAL

```
                                                              Page 2

 1   APPEARANCES:
 2
 3
          MAYER BROWN
 4        BY: JONATHAN D. JAFFE, ESQUIRE
          Two Palo Alto Square
 5        3000 El Camino Real
          Palo Alto, California 94306
 6        jjaffe@mayerbrown.com
          (650) 331-2085
 7        Representing the Plaintiff,
          State of Texas
 8
 9
10
11        NORTON ROSE FULBRIGHT US LLP
          BY: ABRAHAM CHANG, ESQUIRE
12        1301 McKinney
          Suite 5100
13        Houston, Texas 77010
          (713) 651-5151
14        abraham.chang@nortonrosefulbright.com
15        - and -
16        BY: DANIELLA TORREALBA, ESQUIRE
          799 9th Street NW
17        Suite 1000
          Washington, DC 20001
18        daniellatorraelba@nortonrosefulbright.com
          Representing the Plaintiff
19
20
21
22
23
24
```

HIGHLY CONFIDENTIAL

Page 3

```
 1   APPEARANCES: (Continued)
 2
 3          AXINN, VELTROP & HARKRIDER LLP
            BY: DAVID R. PEARL, ESQUIRE
 4          1901 L Street NW
            Washington, DC 20036
 5          (202) 912-4700
            dpearl@axinn.com
 6
            - and -
 7
            BY: CHRISTOPHER ERICKSON, ESQUIRE
 8          114 West 47th Street
            New York, New York 10036
 9          (212) 728-2200
            cerickson@axinn.com
10
            - and -
11
            BY: DARPAN R. SINGH, ESQUIRE
12          55 Second Street
            San Francisco, California 94105
13          (415) 490-2000
            dsingh@axinn.com
14          Representing Google LLC
15
16
17
     ALSO PRESENT:
18   Zach Hone, Videographer
     Evan Wolfe, Trial, Technician
19   Melonie Montford Derose  (LLF)
     Steven Sparling, Google LLC
20
                          -  -  -
21
22
23
24
```

HIGHLY CONFIDENTIAL

```
                                                         Page 4

 1                       -  -  -
 2                      I N D E X
 3                       -  -  -
 4
     Testimony of:        ██████████   ██████  ███
 5
 6       By Attorney Chang                            9
 7
 8                       -  -  -
 9                     E X H I B I T S
10                       -  -  -
11
     NO.              DESCRIPTION                     PAGE
12
     Exhibit 110   No Bates
13                 ████████████  ██████,
                   Wikipedia Page                     25
14
     Exhibit 111   No Bates
15                 ████████████  ██████,
                   LinkedIn Page                      42
16
     Exhibit 112   GOOG-AT-MDL-008522383-2404
17                 Perf Rating Support Note
                   Template                           52
18
     Exhibit 113   GOOG-AT-MDL-017768272-8275
19                 2/28/22 E-mail, ██████ █
                   ██████                             76
20
     Exhibit 114   GOOG-AT-MDL-016488656-8675
21                 ████████████  ██████  ██████
                   ██████                             93
22
     Exhibit 115   GOOG-AT-MDL-B-004637454-7457
23                 11/12/15 E-mail, ██████ █
                   ██████                            158
24
```

HIGHLY CONFIDENTIAL

Page 5

```
                              -  -  -
                          E X H I B I T S
                              -  -  -

  NO.             DESCRIPTION                              PAGE

  Exhibit 116    GOOG-AT-MDL-018794833-4835
                 8/17/21 E-mail, ▆▆▆▆▆ ▆
                 ▆▆▆▆▆                                      179

  Exhibit 117    GOOG-DOJ-14011118-1120
                 9/17/14 E-mail, ▆▆▆▆ ▆
                 ▆▆▆▆▆▆▆                                    204

  Exhibit 118    GOOG-DOJ-32277191-7210
                 7/9/14 E-mail, ▆▆▆▆ ▆
                 ▆▆▆▆                                       218

  Exhibit 119    GOOG-NE-13231861-1874
                 8/9/14 Draft Enhanced Dynamic
                 Revenue Sharing                            256

  Exhibit 120    GOOG-DOJ-14008627-8633
                 8/25/15 Ads Postmortem: Lapsed
                 Launch Experiment Caused AdX
                 Dynamic Price Loss of
                 Revenue                                    259

  Exhibit 121    GOOG-AT-MDL-014566659-6660
                 8/25/15 E-mail, ▆ ▆ ▆
                 ▆▆▆▆                                       259

  Exhibit 122    GOOG-AT-MDL-008962081-2082
                 9/26/18 E-mail, ▆▆▆▆▆▆▆ ▆
                 ▆▆▆                                        303

  Exhibit 123    GOOG-AT-MDL-012687687-7689
                 2/4/21 E-mail, ▆▆▆▆▆ ▆
                 ▆▆▆                                        320

  Exhibit 124    GOOG-AT-MDL-009089549-9550
                 5/31/22 E-mail, ▆▆▆ ▆
                 ▆▆▆▆                                       329
```

```
                                                   Page 6
 1                      -  -  -
 2                   E X H I B I T S
 3                      -  -  -
 4
     NO.           DESCRIPTION                      PAGE
 5
     Exhibit 125   GOOG-AT-MDL-019688335-8363
 6                 Slide Deck, Publisher Floor
                   Optimizations                    342
 7
     Exhibit 126   GOOG-AT-MDL-012689344-9346
 8                 11/3/21 E-mail, ███████ █
                   █████                            366
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```



ATTORNEY PEARL: Objection. Form.

Page 373



BY ATTORNEY CHANG:

Q. So you always leave your Chat history on?

A. I'm sure there have been some instances, I can't remember the specific times, when I've turned it off over my 13 years at Google.

But almost ubiquitously I make a point to leave it on, because it's just easier for me to work with my colleagues in that way and search for things.

Page 375

1   reflected in e-mail?
2        A.   Are all my Chats
3   reflected -- what?
4        Q.   I'll rephrase the question.
5             Do you ever talk about
6   anything in your Chats that -- let me
7   rephrase it again.
8             Are there any conversations
9   that you have via Chat that do not show
10  up in your e-mail?
11            ATTORNEY PEARL:  Objection.
12       Form.
13            THE WITNESS:  Possibly.  I
14       can't tell you for sure.  I would
15       be surprised if the topics in the
16       Chat were not reflected in the
17       e-mail.
18            But, obviously, the specific
19       conversations I wouldn't repeat in
20       another e-mail, unless I was
21       trying to share those
22       conversations with someone else in
23       an e-mail form.  Just kind of
24       normal conversational practice, I

Page 383

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6                    ATTORNEY CHANG:  Mr. Wolfe,
7           will you take that document down?
8           Thank you.
9    BY ATTORNEY CHANG:
10          Q.    Has a Google employee ever
11   asked to move a Chat conversation
12   offline?
13                   ATTORNEY PEARL:  Objection.
14          Form.
15                   THE WITNESS:  I've certainly
16          had times when I was in a Chat
17          with another Google employee where
18          they may have suggested we meet in
19          person to discuss something, if
20          that is your question.
21                   Is that what you mean by
22          "offline"?
23   BY ATTORNEY CHANG:
24          Q.    Have you ever asked to take

Page 384

1   a conversation on Chat offline?
2           A.    Sorry.  I just want to
3   clarify.
4                 By "offline," do you mean
5   have the conversation in person?
6           Q.    Yes.
7           A.    Quite possibly.  I don't
8   remember a specific time.  But I would
9   not be surprised if at some point I said,
10  hey, do you want to meet in the micro
11  kitchen and talk about this?
12                ATTORNEY CHANG:  I don't
13        think I have too much more,
14        counsel.  Do you want to take a
15        break, like, ten -- ten minutes,
16        and we'll come back and finish up?
17                ATTORNEY PEARL:  That's
18        fine.
19                VIDEO TECHNICIAN:  Off
20        record.  The time is 5:07.
21                    -  -  -
22                (Whereupon, a brief recess
23        was taken.)
24                    -  -  -

1                    CERTIFICATE
2
3
     I, Amanda Maslynsky-Miller, Certified Realtime
4    Reporter, do hereby certify that prior to the
     commencement of the examination, ▆▆▆▆▆▆▆▆
5    ▆▆▆▆▆▆ , was remotely sworn by me to testify to
     the truth, the whole truth and nothing but the
6    truth.
7
     I DO FURTHER CERTIFY that the foregoing is a
8    verbatim transcript of the testimony as taken
     stenographically by me at the time, place and
9    on the date hereinbefore set forth, to the
     best of my ability.
10
11   I DO FURTHER CERTIFY that I am neither a
     relative nor employee nor attorney nor counsel
12   of any of the parties to this action, and that
     I am neither a relative nor employee of such
13   attorney or counsel, and that I am not
     financially interested in the action.
14
15   *Amanda Miller* (signature)
16
     Amanda Miller
17   Certified Realtime Reporter
     Dated: April 22, 2024
18
19
     (The foregoing certification of this
20   transcript does not apply to any reproduction
     of the same by any means, unless under the
21   direct control and/or supervision of the
     certifying reporter.)
22
23
24