# EXHIBIT 30
# FILED UNDER SEAL

# EXHIBIT 30
# FILED UNDER SEAL

PURSUANT TO PROTECTIVE ORDER

Page 6

1  Exh 181 Ad Connector - Publisher Fit          195
      form,
2      GOOG-AT-MDL-002005459 -
       GOOG-AT-MDL-002005460
3
4    (Exhibits attached to the deposition.)
5
6  CERTIFICATE.................................200
7  ACKNOWLEDGMENT OF DEPONENT..................202
8  ERRATA......................................203
9  LAWYER'S NOTES..............................204
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PURSUANT TO PROTECTIVE ORDER

Page 48

```
 1    QUESTIONS BY MS. MADARAS:
 2          Q.     Do you ever text your
 3    teammates?
 4                 MR. PEARL:  Objection.  Scope.
 5                 THE WITNESS:   In general, no.
 6    QUESTIONS BY MS. MADARAS:
 7          Q.     And when you chat, is your
 8    history on?
 9                 MR. PEARL:  Objection.
10                 THE WITNESS:  Yes.  Yes.
11    QUESTIONS BY MS. MADARAS:
12          Q.     Have you ever turned your
13    history off?
14                 MR. PEARL:  Objection.  Scope.
15                 THE WITNESS:   I don't think so.
16    QUESTIONS BY MS. MADARAS:
17          Q.     Have you ever been instructed
18    to turn your history off?
19          A.     No.
20                 MR. PEARL:  Objection.  Scope.
21    QUESTIONS BY MS. MADARAS:
22          Q.     Have you ever deleted chats?
23          A.     I don't believe so.
24                 MR. PEARL:  Objection.  Scope.
25
```

PURSUANT TO PROTECTIVE ORDER

Page 49

1  QUESTIONS BY MS. MADARAS:
2       Q.    Have you ever been instructed
3  to delete chats?
4            MR. PEARL:  Objection.  Scope.
5            THE WITNESS:  No.
6  QUESTIONS BY MS. MADARAS:
7       Q.    Have you ever been instructed
8  to take a conversation off of e-mail and into
9  chats?
10           MR. PEARL:  Objection.  Scope.
11           THE WITNESS:  No.
12 QUESTIONS BY MS. MADARAS:
13      Q.   Can we pull up tab B?
14           MR. PEARL:  And, sorry,
15      Counsel, is this what's marked
16      Exhibit 5?
17           MS. MADARAS:  Yes.  So in our
18      sequence it'll be 165, but for now in
19      the room it'll be 5.
20           MR. PEARL:  Thanks.
21           MS. MADARAS:  Oh, sorry, that's
22      not right.  We can take that down.
23           JEFF MARTIN:  Okay.  I'll fix
24      those numbers.
25           Did you want to -- did we want

PURSUANT TO PROTECTIVE ORDER

Page 52



```
 1  
 2  
 3  
 4           MR. PEARL:   Objection.   Scope.
 5  
 6      QUESTIONS BY MS. MADARAS:
 7  
 8  
 9           MR. PEARL:   Objection.   Scope.
10  
11  
12  
13  
14  
15      QUESTIONS BY MS. MADARAS:
16  
17  
18  
19  
20           MR. PEARL:   Objection.   Scope.
21  
22  
23      QUESTIONS BY MS. MADARAS:
24  
25  
```

PURSUANT TO PROTECTIVE ORDER

```
                                                  Page 56

 1    [REDACTED]
 2    QUESTIONS BY MS. MADARAS:
 3         Q.    Did you ever use chats to
 4    [REDACTED]
 5         A.    I do not recall.
 6         Q.    Have you discussed work-related
 7    matters via chats?
 8              MR. PEARL:  Objection.  Scope.
 9    QUESTIONS BY MS. MADARAS:
10         Q.    Might your chats have been on
11    history off mode when you sent those chats?
12              MR. PEARL:  Objection.  Scope.
13              THE WITNESS:  I don't think so.
14    QUESTIONS BY MS. MADARAS:
15         Q.    We can take this down.
16    [REDACTED]
17    [REDACTED]
18    make sure that we're on the same page as to
19    [REDACTED]
20                    So can we pull up what was
21    previously marked Exhibit 72?
22              MR. PEARL:  Counsel, I think
23         we've been going about an hour, so
24         when you reach a convenient stopping
25         point, it would be great to take a
```

PURSUANT TO PROTECTIVE ORDER

Page 200

```
 1                      CERTIFICATE
 2              I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 3  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 4  of the examination, ▓▓▓ ▓▓▓a, was duly
    sworn by me to testify to the truth, the
 5  whole truth and nothing but the truth.
 6              I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 7  testimony as taken stenographically by and
    before me at the time, place and on the date
 8  hereinbefore set forth, to the best of my
    ability.
 9
                I DO FURTHER CERTIFY that I am
10  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
11  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
12  that I am not financially interested in the
    action.
13
14
15  [signature: Carrie A. Campbell]

16  CARRIE A. CAMPBELL,
    NCRA Registered Diplomate Reporter
17  Certified Realtime Reporter
    California Certified Shorthand
18  Reporter #13921
    Missouri Certified Court Reporter #859
19  Illinois Certified Shorthand Reporter
    #084-004229
20  Texas Certified Shorthand Reporter #9328
    Kansas Certified Court Reporter #1715
21  New Jersey Certified Court Reporter
    #30XI00242600
22  Louisiana Certified Court Reporter
    #2021012
23  Notary Public
    Dated:  April 24, 2024
24
25
```