# EXHIBIT 31
# FILED UNDER SEAL

```
                                                        Page 1

 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF TEXAS
 3                  SHERMAN DIVISION
 4                     - - -
 5
         STATE OF TEXAS et al.,        :  CASE NO.
 6                                     :  4:20-CV-00957-
                    Plaintiffs,        :  SDJ
 7                                     :
            v.                         :
 8                                     :
         GOGGLE, LLC,                  :
 9                                     :
                    Defendants.        :
10                                     :
11           - HIGHLY CONFIDENTIAL -
              PURSUANT TO PROTECTIVE ORDER
12
                       - - -
13
                    May 1, 2024
14
                       - - -
15
16       Videotaped deposition of ▇▇▇▇▇▇▇▇▇▇▇▇
      taken pursuant to notice, was held at the law
17    offices of Axinn, Veltrop & Harkrider LLP, 114 West
      47th Street, New York, New York, beginning at
18    9:08 a.m., on the above date, before Michelle L.
      Gray, a Registered Professional Reporter, Certified
19    Shorthand Reporter, Certified Realtime Reporter,
      Certified Court Reporter and Notary Public.
20
21                     - - -
22
23
24
25    Job No. MDLG6673130
```

HIGHLY CONFIDENTIAL

Page 2

```
 1   APPEARANCES:
 2
 3           NORTON ROSE FULBRIGHT US LLP
             BY:  TALBOT HANSUM, ESQ.
 4           (In person)
             98 San Jacinto Boulevard
 5           Suite 1100
             Austin, Texas 78701
 6           512.474.5201
             talbut.hansum@nortonrosefulbright.com
 7
                - and -
 8
             NORTON ROSE FULBRIGHT US LLP
 9           BY:  JIANG (JOHN) WU, Ph.D., ESQ.
             (In person)
10           1045 West Fulton Market
             Suite 1200
11           Chicago, Illinois 60607
             312.964.7800
12           jiang.wu@nortonrosefulbright.com
             Representing the Plaintiff, State of Texas
13
14           THE LANIER LAW FIRM
             BY:  ZEKE DeROSE, III, ESQ.
15           (Zoom)
             10940 West Sam Houston Parkway North
16           Suite 100
             Houston, Texas 77064
17           713.659.5200
             zeke.derose@lanierlawfirm.com
18           Representing the Plaintiffs, States of
             South Carolina, Indiana, Idaho, Louisiana,
19           South Dakota, North Dakota, Texas and
             Mississippi
20
21
22
23
24
25
```

Page 3

```
 1              APPEARANCES:  (Cont'd.)
 2
                STATE OF TEXAS
 3              OFFICE OF THE ATTORNEY GENERAL
                BY:  LUKE WOODWARD, ESQ.
 4              BY:  TREVOR YOUNG, ESQ.
                (Zoom)
 5              300 West 15th Street
                Austin, Texas 78701
 6              512.463.2100
                luke.woodward@oag.texas.gov
 7              trevor.young@oag.texas.gov
                Representing the Plaintiff, State of Texas
 8
 9              AXINN, VELTROP & HARKRIDER LLP
                BY:  DAVID R. PEARL, ESQ.
10              BY:  SANDHYA TANEJA, ESQ.
                BY:  SAM D. SHERMAN, ESQ.
11              (In person)
                1901 L Street NW
12              Washington, D.C. 20036
                202.912.4700
13              dpearl@axinn.com
                staneja@axinn.com
14              ssherman@axinn.com
                Representing the Defendant, Google and the
15              Witness
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 4

```
 1         ADDITIONAL APPEARANCES:  (Cont'd.)
 2
 3
 4         VIDEOTAPE TECHNICIANS:
 5            Danny Ortega - in person
              Jonathan Juarez - in person
 6            (Golkow)
 7
 8         LITIGATION TECHNICIAN:
 9            Vince Rosica - Zoom
              (Golkow/Precision Trial Solutions)
10
11
12         ALSO PRESENT:
                Alexander Bergersen - in person
13            (Inhouse Google)
14
           Jonathan Jaffe - Zoom
15         (Consultant)
16
17                         - - -
18
19
20
21
22
23
24
25
```

```
                                                          Page 5
 1                       -  -  -
 2                     I N D E X
 3                       -  -  -
 4
     Testimony of:                            [REDACTED]
 5
          By Mr. Hansum                                   10
 6
 7
 8
 9
                         -  -  -
10
                     E X H I B I T S
11
                         -  -  -
12
     NO.              DESCRIPTION                        PAGE
13
     Exhibit 101      PRD AdX Auction                    141
14                    Description Update
                      GOOGLE-AT-MDL-
15                    016487180-73
                      (Previously marked)
16
     Exhibit 329      [REDACTED]                         22
17
18
     Exhibit 330      Graphic                            58
19                    Sell-Side
                      Buy-Side Demand
20
     Exhibit 331      [REDACTED]                         82
21                    GOOG-DOJ-1474052-54
22   Exhibit 332      Copy of Auction                    133
                      First Edit in Progress
23                    10/19/13
                      GOOG-AT-MDL-
24                    002468282-99
25
```

HIGHLY CONFIDENTIAL

Page 6

```
                    - - -
           E X H I B I T S  (Cont'd.)
                    - - -
```

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 333 | E-mail Thread 11/19/14 ■■■■ ■ ■■■■ GOOG-DOJ-32321240-42 | 205 |
| Exhibit 334 | ■■■■ ■■■■ ■ ■■ ■■ ■■ ■■ GOOG-DOJ-15769196-7 | 219 |
| Exhibit 335 | E-mail Thread 3/20/18 ■■■■ ■■■■ ■■■■■ ■■ ■■■ GOOG-DOJ-14744814-16 | 226 |
| Exhibit 336 | E-mail Thread 1/11/17 ■■■■ ■■■■■ ■■■ ■ GOOG-DOJ-14158749-50 | 251 |
| Exhibit 337 | E-mail Thread 5/25/16 ■■■■ ■■ ■■■ ■■ ■■ GOOG-AT-MDL-003959575-79 | 271 |
| Exhibit 338 | ■■■ ■■ ■■■■ ■ ■■ ■■■ GOOG-AT-MDL-004284828-30 | 286 |
| Exhibit 339 | E-mail Thread 2/22/16 Subject, Criteo Dynamic Pricing On eBay UK GOOG-DOJ-15426012-20 | 288 |

```
                              -  -  -
               E X H I B I T S   (Cont'd.)
                              -  -  -
    NO.                DESCRIPTION                      PAGE
    Exhibit 340        E-mail Thread                    306
                       7/9/14
                       Subject, Percentage
                       Experiments
                       GOOG-32277191-10

    Exhibit 341        Chat Conversation                317
                       12/8/22
                       ███████████ m
                       and ████████████████
                       GOOG-AT-MDL-
                       018195768-73

    Exhibit 342        E-mail Thread                    328
                       9/19/16
                       ████ █ ██████ ██ ██
                       ██ ██
                       GOOG-DOJ-14156098-100

                              -  -  -
```



HIGHLY CONFIDENTIAL

Page 308



17        MR. PEARL:  Objection.  Form.

Page 345

1                    CERTIFICATE
2
3
4           I HEREBY CERTIFY that the witness
    was duly sworn by me and that the deposition is a
5   true record of the testimony given by the witness.
6           It was requested before completion
    of the deposition that the witness, ▮▮▮▮▮▮▮▮▮▮
7   have the opportunity to read and sign the
    deposition transcript.
8
9   *michelle L Gray* [signature]
10
        MICHELLE L. GRAY,
11      A Registered Professional
        Reporter, Certified Shorthand
12      Reporter, Certified Realtime
        Reporter, Certified Court Reporter
13      and Notary Public
        Dated:  May 2, 2024
14
15
16          (The foregoing certification of this
17  transcript does not apply to any reproduction of
18  the same by any means, unless under the direct
19  control and/or supervision of the certifying
20  reporter.)
21
22
23
24
25