# EXHIBIT 32

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF TEXAS

3                    SHERMAN DIVISION

4

5     STATE OF TEXAS, et al.,   )

6               Plaintiffs,   )

7          vs.                 ) Case No. 4:20-cv-00957-SDJ

8     GOOGLE, LLC              )

9               Defendant.    )

10                      - - -

11     REMOTE VIDEOTAPED DEPOSITION OF ████████████

12               FRIDAY, APRIL 26, 2024

13                 HIGHLY CONFIDENTIAL

14                      - - -

15          Remote videotaped deposition of ██████

16     ████████ held remotely at the location of the

17     witness, commencing at approximately 10:06 a.m.,

18     Eastern Standard Time, on the above date, before

19     Juliana F. Zajicek, Registered Professional Reporter,

20     Certified Shorthand Reporter and Certified Realtime

21     Reporter.

22

23

24     Job No. MDLG6673031

Page 2

```
 1                A P P E A R A N C E S :
               (All Parties Appeared Remotely)
 2

 3      ON BEHALF OF THE PLAINTIFFS:
 4           NORTON ROSE FULBRIGHT US LLP
             1301 McKinney, Suite 5100
 5           Houston, Texas 77010-3095
             713-651-5151
 6           BY:  GERALDINE W. YOUNG, ESQ.
                  geraldine.young@nortonrosefulbright.com;
 7                NATHAN DAMWEBER, ESQ.
                  nathan.damweber@nortonrosefulbright.com
 8

             NORTON ROSE FULBRIGHT US LLP
 9           799 9th Street NW, Suite 1000
             Washington, DC 20001
10           202-662-0200
             BY:  MARISA MADARAS, ESQ.
11                marisa.madaras@nortonrosefulbright.com
12      THE LANIER LAW FIRM, P.C.
             10940 West Sam Houston Parkway N, Suite 100
13           Houston, Texas 77064
             713-659-5200
14           BY:  ZEKE DEROSE III, ESQ.
                  Zeke.DeRose@LanierLawFirm.com
15                JONATHAN JAFFE, ESQ.
                  Jonathan.Jaffe@LanierLawFirm.com;
16                ALEX ABSTON, ESQ.
                  Alex.Abston@LanierLawFirm.com;
17                MELONIE DEROSE, ESQ.
                  Melonie.DeRose@LanierLawFirm.com
18

19      ON BEHALF OF PLAINTIFF STATE OF TEXAS:
20           OFFICE OF THE ATTORNEY GENERAL OF TEXAS
             P.O. Box 12548 (MC059)
21           Austin, Texas 78711-2548
             512-936-1414
22           BY:  TREVOR YOUNG, ESQ.
                  Trevor.Young@oag.texas.gov;
23                COLE PRITCHETT, ESQ.
                  Cole.Pritchett@oag.texas.gov
24
```

HIGHLY CONFIDENTIAL

```
                                            Page 3

 1                  A P P E A R A N C E S :
                 (All Parties Appeared Remotely)
 2

 3     ON BEHALF OF THE DEFENDANT:
 4          FRESHFIELDS BRUCKHAUS DERINGER LLP
            855 Main Street
 5          Redwood City, California 94063
            650-461-8276
 6          BY:  JUSTINA SESSIONS, ESQ.
                 justina.sessions@freshfields.com
 7
            FRESHFIELDS BRUCKHAUS DERINGER LLP
 8          3 World Trade Center
            175 Greenwich Street, 51st Floor
 9          New York, New York 10007
            212-277-4000
10          BY:  LAUREN VACA, ESQ.
                 lauren.vaca@freshfields.com
11

12
13     ALSO PRESENT:
14          JUSTIN COHEN, ESQ., Google
15          RAY MOORE, Trial Tech
16

17
18     THE VIDEOGRAPHER:
19          BILL GEIGERT, Golkow
20

21

22

23

24
```

HIGHLY CONFIDENTIAL

Page 4

```
 1                     I N D E X
 2    WITNESS:                                    PAGE:
 3       ████████████████████████
 4          EXAM BY MS. YOUNG....................    7
 5
 6                      * * * * *
 7
 8                   E X H I B I T S
 9    EXHIBIT                          MARKED FOR ID
10    Exh 240    ████████████████████████████     12
11    Exh 241    Google Chat, 11/29/2017;          75
                 GOOG-DOJ-15675958 - 982
12
      Exh 242    Google Chat, 5/18/2022;           80
13               GOOG-AT-MDL-B-007353212 - 216
14    Exh 243    Google Chat, 9/24/2019;          111
                 GOOG-AT-MDL-B-007497842 - 847
15
      Exh 244    ██████████████████████████      120
16               ████████████████████████
17    Exh 245    Google Chat, 2/24/2023;          141
                 GOOG-AT-MDL-009480562 - 566
18
      Exh 246    E-mail chain dated 9/20/2019;    153
19               GOOG-DOJ-27775962 - 964
20    Exh 247    E-mail dated 3/8/23;             173
                 GOOG-AT-MDL-014123315
21
      Exh 248    E-mail dated 2/3/23;             186
22               GOOG-AT-MDL-008582787 - 792
23    Exh 249    E-mail chain dated 3/24/2017;    201
                 GOOG-AT-MDL-B-007645218 - 223
24
```

HIGHLY CONFIDENTIAL

```
                                              Page 5

  1              E X H I B I T S
  2   EXHIBIT                              MARKED FOR ID
  3     Exh 250   Metadata slip sheet and document    212
                  titled "████████████████████████
  4                ██████████████████████████████n";
                  GOOG-AT-MDL-B-007463233 - 238
  5
        Exh 251   E-mail chain dated 7/27/16 from     237
  6                █████████████████;
                  GOOG-NE-11796089 - 695
  7
        Exh 252   E-mail chain dated 7/27/2016;       248
  8               GOOG-NE-12790631 - 635
  9     Exh 253   E-mail chain dated 4/5/2017;        254
                  GOOG-AT-MDL-B-007645382 - 384
 10
        Exh 254   E-mail dated 3/1/2019;             261
 11               GOOG-AT-MDL-B-006327627
 12     Exh 255   Metadata slip sheet with document   277
                  titled, "Ads Q4 2021 Earnings,
 13               One-Pager";
                  GOOG-AT-MDL-B-007674405- 410
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
```

HIGHLY CONFIDENTIAL

Page 74



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

Page 124



HIGHLY CONFIDENTIAL

Page 128



HIGHLY CONFIDENTIAL

Page 289

1                        REPORTER'S CERTIFICATE

2

3              I, JULIANA F. ZAJICEK, a Registered

4    Professional Reporter and Certified Shorthand

5    Reporter, do hereby certify that prior to the

6    commencement of the examination of the witness herein,

7    the witness was duly remotely sworn by me to testify

8    to the truth, the whole truth and nothing but the

9    truth.

10             I DO FURTHER CERTIFY that the foregoing is

11   a verbatim transcript of the testimony as taken

12   stenographically by me at the time, place and on the

13   date hereinbefore set forth, to the best of my

14   availability.

15             I DO FURTHER CERTIFY that I am neither a

16   relative nor employee nor attorney nor counsel of any

17   of the parties to this action, and that I am neither a

18   relative nor employee of such attorney or counsel, and

19   that I am not interested directly or indirectly in the

20   outcome of this action.

21             IN WITNESS WHEREOF, I do hereunto set my

22   hand on this 29th day of April, 2024.

23

                 *Juliana F. Zajicek*

24             JULIANA F. ZAJICEK, Certified Reporter