# EXHIBIT 33
# FILED UNDER SEAL

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2           FOR THE EASTERN DISTRICT OF TEXAS
3                   SHERMAN DIVISION
4                      -   -   -
5

STATE OF TEXAS et al.,        :    CASE NO.
6                              :    4:20-CV-00957-
              Plaintiffs,      :    SDJ
7                              :
      v.                       :
8                              :
   GOGGLE, LLC,                :
9                              :
              Defendants.      :
10

              - HIGHLY CONFIDENTIAL -
11          PURSUANT TO PROTECTIVE ORDER
12                     -   -   -
13                  April 29, 2024
14                     -   -   -
15
16       Videotaped deposition of ██████████,
   taken pursuant to notice, was held at the law
17   offices of Freshfields, Bruckhaus Deringer, LLP,
   Three World Trade Center, New York, New York,
18   beginning at 9:07 a.m., on the above date, before
   Michelle L. Gray, a Registered Professional
19   Reporter, Certified Shorthand Reporter, Certified
   Realtime Reporter, Certified Court Reporter and
20   Notary Public.
21
                       -   -   -
22
23
24
25    Job No. MDLG6670818

HIGHLY CONFIDENTIAL

```
                                              Page 2

 1    APPEARANCES:
 2
 3              NORTON ROSE FULBRIGHT US LLP
                BY:  GABRIEL CULVER, ESQ.
 4              (In person)
                98 San Jacinto Boulevard
 5              Suite 1100
                Austin, Texas 78701
 6              512.474.5201
                gabriel.culver@nortonrosefulbright.com
 7
                   - and -
 8
                NORTON ROSE FULBRIGHT US LLP
 9              BY:  JOSH OWINGS, ESQ.
                (In person)
10              2200 Ross Avenue
                Suite 3600
11              Dallas, Texas 75201
                214.855.8000
12              josh.owings@nortonrosefulbright.com
                Representing the Plaintiff, State of Texas
13
14              THE LANIER LAW FIRM
                BY:  ZEKE DeROSE, III, ESQ.
15              (Zoom)
                BY:  MELONIE DeROSE, ESQ.
16              (Zoom)
                10940 West Sam Houston Parkway North
17              Suite 100
                Houston, Texas 77064
18              713.659.5200
                zeke.derose@lanierlawfirm.com
19              melonie.derose@lanierlawfirm.com
                Representing the Plaintiffs, States of
20              South Carolina, Indiana, Idaho, Louisiana,
                South Dakota, North Dakota, Texas and
21              Mississippi
22
23
24
25
```

HIGHLY CONFIDENTIAL

```
                                                      Page  3

 1              APPEARANCES:   (Cont'd.)
 2
                STATE OF TEXAS
 3              OFFICE OF THE ATTORNEY GENERAL
                BY:  DIAMANTE SMITH, ESQ.
 4              (Zoom)
                P.O. Box 12548
 5              Austin, Texas 78711
                512.463.2100
 6              diamante.smith@oag.texas.gov
                Representing the Plaintiff, State of Texas
 7
 8              FRESHFIELDS BRUCKHAUS DERINGER LLP
                BY:  ERIC MAHR, ESQ.
 9              (In person)
                700 13th Street, NW
10              10th Floor
                Washington, DC 20005
11              202.777.4500
                eric.mahr@freshfields.com
12
                  - and -
13
                FRESHFIELDS BRUCKHAUS DERINGER LLP
14              BY:  LAUREN VACA, ESQ.
                (In person)
15              3 World Trade Center
                175 Greenwich Street
16              51st Floor
                New York, New York 10007
17              212.277.4000
                lauren.vaca@freshfields.com
18              Representing the Defendant, Google
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

                                        Page 4

1              ADDITIONAL APPEARANCES:  (Cont'd.)

2

3

4         VIDEOTAPE TECHNICIAN:
             Danny Ortega - in person
5            (Golkow)

6

7         LITIGATION TECHNICIAN:
             Ray Moore - in person
             (Golkow)

8

9         ALSO PRESENT:
             Steve Sparling - in person
10           (Inhouse Google)

11

          Jonathan Jaffe - zoom
12        (Consultant)

13

14                      -   -   -

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 5

```
 1                      -  -  -
 2                   I N D E X
 3                      -  -  -
 4
    Testimony of:                                ████████████
 5
           By Mr. Culver                                  10
 6
 7
 8
 9                      -  -  -
10                 E X H I B I T S
11                      -  -  -
12
13  NO.                  DESCRIPTION                    PAGE
14  Exhibit 256          E-mail Thread                  16
                         6/2/20
15                       Subject, Action Requested
                         By 6/1 Day 1 Partner Comms
16                       GOOGLE-AT-MDL-017848113-15
17
    Exhibit 257          LinkedIn Profile               22
18                       ████████████████
19  Exhibit 258          LinkedIn                       22
                         Experience
20                       ████████████████
21  Exhibit 259          E-mail Thread                  45
                         12/3/18
22                       Subject, Daily Agenda
                         For ███████████  as of
23                       5 am
                         GOOGLE-AT-MDL-014814451-52
24
25
```

HIGHLY CONFIDENTIAL

```
                                                     Page 6

 1                          -   -   -
 2              E X H I B I T S  (Cont'd.)
 3                          -   -   -
 4
 5   NO.                    DESCRIPTION              PAGE
 6   Exhibit 260            ██████████████           66
                            Stop/Start Comment Report
 7                          GOOGLE-AT-MDL-015655351-58
 8   Exhibit 261            Letter to ██████ ██████   88
                            ███████████
 9                          GOOGLE-DOJ-AT-01423314
10   Exhibit 262            E-mail Thread             95
                            1/29/17
11                          Subject, Hearst AdX
                            Turn-off
12                          GOOG-DOJ-28420252-61
13   Exhibit 263            E-mail Thread            157
                            12/11/18
14                          Subject, Roku Deal Won!
                            GOOG-DOJ-AT-00003565-66
15
     Exhibit 264            E-mail Thread            167
16                          2/5/19
                            Subject, Issue
17                          123946847 Distractify
                            GOOG-NE-07797482-83
18
     Exhibit 265            E-mail Thread            173
19                          2/10/20
                            Subject, ██████████ Approval
20                          Request to Approve
                            GOOG-DOJ-AT-00004701-04
21
     Exhibit 266            Chat Thread              183
22                          12/3/19
                            ████████ █████████
23                          And ███████ ██████████
                            GOOG-AT-MDL-B-004309756
24
25
```

HIGHLY CONFIDENTIAL

Page 7

```
 1                        -   -   -
 2             E X H I B I T S  (Cont'd.)
 3                        -   -   -
 4
 5    NO.                  DESCRIPTION              PAGE
 6    Exhibit 267          Chat Thread              184
                           12/7/18
 7                         ███████  █████████
                           And ██████████ ████████
 8                         GOOG-AT-MDL-B-004584193
 9    Exhibit 268          Google Code of Conduct   203
                           GOOG-NE-10440797-08
10
11                        -   -   -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 8

```
 1                      -   -   -
 2              DEPOSITION  SUPPORT  INDEX
 3                      -   -   -
 4
 5   Direction  to  Witness  Not  to  Answer
 6   PAGE      LINE      PAGE LINE          PAGE LINE
     81        10
 7
 8   Request  for  Production  of  Documents
 9   PAGE      LINE      PAGE LINE          PAGE LINE
     None.
10
11   Stipulations
12   PAGE      LINE      PAGE LINE          PAGE LINE
     None.
13
14   Questions  Marked
15   PAGE      LINE      PAGE LINE          PAGE LINE
     None.
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 186



HIGHLY CONFIDENTIAL

Page 187



HIGHLY CONFIDENTIAL

Page 188



HIGHLY CONFIDENTIAL

Page 189



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

Page 218

1

2                                    CERTIFICATE

3

4

5                    I HEREBY CERTIFY that the witness was
    duly sworn by me and that the deposition is a true
6   record of the testimony given by the witness.

7                    It was requested before completion of
    the deposition that the witness, ██████████,
8   have the opportunity to read and sign the deposition
    transcript.

9

10          *Michelle L. Gray*

11
            MICHELLE L. GRAY,
12          A Registered Professional
            Reporter, Certified Shorthand
13          Reporter, Certified Realtime
            Reporter, Certified Court Reporter
14          and Notary Public
            Dated:  April 30, 2024

15

16

17                    (The foregoing certification of this
18  transcript does not apply to any reproduction of the
19  same by any means, unless under the direct control
20  and/or supervision of the certifying reporter.)

21

22

23

24

25