# EXHIBIT 34
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

```
       IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
                   SHERMAN DIVISION
THE STATE OF TEXAS, et   )
al.,                     )
                         ) Case No.
        Plaintiffs,      ) 4:20-cv-00957-SDJ
                         )
vs.                      ) Hon. Sean D. Jordan
                         )
GOOGLE LLC,              )
                         )
        Defendant.       )

              TUESDAY, APRIL 30, 2024

 HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE
                      ORDER
                      - - -

        Remote videotaped deposition of
███████ ███████, held at the location of the
witness in Washington, DC, commencing at
9:00 a.m. Eastern Time, on the above date,
before Carrie A. Campbell, Registered
Diplomate Reporter, Certified Realtime
Reporter, Illinois, California & Texas
Certified Shorthand Reporter, Missouri,
Kansas, Louisiana & New Jersey Certified
Court Reporter.

                         - - -


Job No. MDLG6673373
```

HIGHLY CONFIDENTIAL

```
                                                              Page 2

 1       R E M O T E   A P P E A R A N C E S :
 2
 3       NORTON ROSE FULBRIGHT US LLP
         BY:   ABRAHAM CHANG
 4             abraham.chang@nortonrosefulbright.com
         1301 McKinney, Suite 5100
 5       Houston, Texas  77010
         (713) 651-5151
 6
         and
 7
         NORTON ROSE FULBRIGHT US LLP
 8       BY:   DANIELLA TORREALBA
               daniella.torrealba@nortonrosefulbright.com
 9       799 9th Street NW, Suite 1000
         Washington, DC  20001
10       (202) 662-0200
11       and
12       THE LANIER LAW FIRM, PLLC
         BY:   ZEKE DEROSE
13             zeke.derose@lanierlawfirm.com
               MELONIE DEROSE
14             melonie.derose@lanierlawfirm.com
         10940 West Sam Houston Parkway North,
15       Suite 100
         Houston, Texas  77064
16       (713) 659-5200
         Counsel for Texas, Idaho, Louisiana
17       (The Lanier Law Firm only),
         Mississippi, North Dakota,
18       Mississippi, South Carolina, and
         South Dakota
19
20
         STATE OF TEXAS
21       OFFICE OF THE ATTORNEY GENERAL
         BY:   DIAMANTE SMITH
22             Diamante.Smith@oag.texas.gov
         P.O. Box 12548
23       Austin, Texas  78711-2548
         (512) 936-1674
24       Counsel for Plaintiff State of Texas
25
```

Page 3

```
 1      FRESHFIELDS BRUCKHAUS DERINGER US LLP
        BY:   JAN RYBNICEK
 2            jan.rybnicek@freshfields.com
              ANDREW HENDERSON
 3            andrew.henderson@freshfields.com
        700 13th Street, NW, 10th Floor
 4      Washington, DC  20005-3960
        (202) 777-4500
 5      Counsel for Google LLC
 6
 7   ALSO PRESENT:
 8         JONATHAN JAFFE, consultant
 9         STEVEN C. SPARLING, Litigation and
     Regulatory Counsel, Google LLC
10
           VINCE ROSICA, trial technician,
11   Precision Trial Solutions
12
13   V I D E O G R A P H E R :
           BILL GEIGERT,
14         Golkow Litigation Services
15                      - - -
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                        INDEX
 2                                                    PAGE
 3    APPEARANCES...................................    2
 4    EXAMINATIONS
 5      BY MR. CHANG................................    7
 6
 7                       EXHIBITS
 8     No.    Description                              Page
 9    Exh 321  ███████████ LinkedIn Profile             19
10    Exh 322  ████████████████████                    139
11             ████████████████████████
               ████████████████████████
12             ███████████████████████
               ███████████████████████
13             ██████████████████
14    Exh 323 E-mail(s),                               173
              GOOG-NE-05308050 -
15            GOOG-NE-05308061
16    Exh 324 "Google Ads Developer Blog:              246
              Prepare to test Privacy Sandbox
17            APIs with Google's ads platforms"
18    Exh 325 Google Display Update, Dan Taylor        268
              - July 2015,
19            GOOG-NE-11849783 -
              GOOG-NE-11849821
20
      Exh 326 Google Display Network,                  286
21            GOOG-NE-11917922
22    Exh 327 ████████████████████                     291
              ██████████████████████████
23            ██████ ████████████ - August 2017,
              GOOG-AT-MDL-B-005169752 -
24            GOOG-AT-MDL-B-005169760
25
```

Page 5

1    Exh 328 E-mail(s),                                      311
         GOOG-AT-MDL-017582415 -
2        GOOG-AT-MDL-017582424
3      (Exhibits attached to the deposition.)
4
5    CERTIFICATE...................................331
6    ACKNOWLEDGMENT OF DEPONENT....................333
7    ERRATA........................................334
8    LAWYER'S NOTES................................335



Case 4:20-cv-00957-SDJ  Document 555-36  Filed 07/12/24  Page 8 of 11 PageID #: 18913

HIGHLY CONFIDENTIAL

Page 308



HIGHLY CONFIDENTIAL

Page 309



Page 310



HIGHLY CONFIDENTIAL

Page 331

```
 1                    CERTIFICATE
 2             I, CARRIE A. CAMPBELL, Registered
      Diplomate Reporter, Certified Realtime
 3    Reporter and Certified Shorthand Reporter, do
      hereby certify that prior to the commencement
 4    of the examination, ▓▓▓▓ ▓▓▓▓, was duly
      sworn by me to testify to the truth, the
 5    whole truth and nothing but the truth.
 6             I DO FURTHER CERTIFY that the
      foregoing is a verbatim transcript of the
 7    testimony as taken stenographically by and
      before me at the time, place and on the date
 8    hereinbefore set forth, to the best of my
      ability.
 9
               I DO FURTHER CERTIFY that I am
10    neither a relative nor employee nor attorney
      nor counsel of any of the parties to this
11    action, and that I am neither a relative nor
      employee of such attorney or counsel, and
12    that I am not financially interested in the
      action.
13
14            [signature: Carrie A. Campbell]
15
16            CARRIE A. CAMPBELL,
              NCRA Registered Diplomate Reporter
17            Certified Realtime Reporter
              California Certified Shorthand
18            Reporter #13921
              Missouri Certified Court Reporter #859
19            Illinois Certified Shorthand Reporter
              #084-004229
20            Texas Certified Shorthand Reporter #9328
              Kansas Certified Court Reporter #1715
21            New Jersey Certified Court Reporter
              #30XI00242600
22            Louisiana Certified Court Reporter
              #2021012
23            Notary Public
              Dated:  May 1, 2024
24
25
```