# EXHIBIT 35
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

```
                                                         Page 1

 1         IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
 2                   SHERMAN DIVISION
 3
      THE STATE OF TEXAS, ET AL.,    §
 4                                   §
                     Plaintiffs,     § CASE NO.
 5                                   § 4:20-cv-00957-SDJ
               vs.                   §
 6                                   §
      GOOGLE LLC,                    §
 7                                   §
                     Defendant.      §
 8
 9
10                HIGHLY CONFIDENTIAL
11
12              Remote deposition of ███████
13     ███  taken in the above-entitled matter before
14     Suzanne J. Stotz, a Certified Shorthand
15     Reporter (Texas License No. 11942), Certified
16     Realtime Reporter, Registered Professional
17     Reporter, and Notary Public of the States of
18     New York and Texas, on Wednesday, May 1, 2024,
19     commencing at 9:05 a.m. EDT.
20
21
22
23
24     NY Notary: 01ST0024070
25      Job No. MDLG6673200
```

Page 2

```
 1    A P P E A R A N C E S:
 2
 3    FOR THE PLAINTIFFS:
 4         (Via Videoconference)
           NORTON ROSE FULBRIGHT US LLP
 5         BY:  GERALDINE W. YOUNG, ESQ.
           1301 McKinney
 6         Suite 5100
           Houston, Texas 77010
 7         (713) 651-5151
           geraldine.young@nortonrosefulbright.com
 8
                - and -
 9
           (Via Videoconference)
10         NORTON ROSE FULBRIGHT US LLP
           BY:  MARISA MADARAS, ESQ.
11         799 9th Street NW
           Suite 1000
12         Washington, DC 20001
           (202) 662-0200
13         marisa.madaras@nortonrosefulbright.com
14
15    FOR THE DEFENDANT:
16         (Via Videoconference)
           FRESHFIELDS BRUCKHAUS DERINGER LLP
17         BY:  JUSTINA SESSIONS, ESQ.
           855 Main Street
18         Redwood City, California 94063
           (650) 618-9250
19         justina.sessions@freshfields.com
20              - and -
21         (Via Videoconference)
           FRESHFIELDS BRUCKHAUS DERINGER LLP
22         BY:  ERIC MAHR, ESQ.
           700 13th Street, NW
23         10th Floor
           Washington, DC 20005
24         (202) 777-4545
           eric.mahr@freshfields.com
25
```

```
 1      A P P E A R A N C E S (Continued):
 2
 3      FOR THE DEFENDANT (Continued):
 4
             (Via Videoconference)
 5           FRESHFIELDS BRUCKHAUS DERINGER LLP
             BY:  TINA LaRITZ, ESQ.
 6           3 World Trade Center, 51st Floor
             175 Greenwich Street
 7           New York, New York 10007
             (212) 277-4000
 8           tina.laritz@freshfields.com
 9
10
11      ALSO PRESENT:
12           David Lane, Videographer
13           Jon Int-Hout, Trial Tech
14           Jonathan Jaffe
             c/o Texas Attorney General's Office
15
             William Shieber
16           c/o Texas Attorney General's Office
17           Brian Richter
             c/o Texas Attorney General's Office
18
             Melonie DeRose
19
             Steve Sparling
20           c/o Google LLC
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 4

```
 1                      I N D E X
 2
 3            EXAMINATION                    Page No.
 4   ▇▇▇▇▇▇▇▇▇▇▇▇▇
 5       BY MS. YOUNG                           9
 6       BY MR. MAHR                          336
 7
 8
 9                    E X H I B I T S
10
11    Exhibit           Description           Page No.
12    Exhibit 361   Compilation of topics       15
                    for ▇▇▇▇▇▇▇▇▇ to
13                  testify about
14    Exhibit 362   Printout of the public      37
                    LinkedIn profile for
15                  ▇▇▇▇▇▇▇▇▇
16    Exhibit 363   PowerPoint                 174
                    presentation, Bate
17                  labeled
                    GOOG-NE-01663183
18                  through
                    GOOG-NE-01663183
19
      Exhibit 364   PowerPoint                 199
20                  presentation, Bate
                    labeled
21                  GOOG-NE-13279022
                    through
22                  GOOG-NE-13279033
23
24
25
```

Page 5

1                    I N D E X (Continued)
2
3              E X H I B I T S (Continued)
4     Exhibit
      Name        Description                          Page No.
5
      Exhibit 365    PowerPoint                          208
6                    presentation, Bate
                     labeled
7                    GOOG-NE-03467508
                     through
8                    GOOG-NE-03467559
9     Exhibit 366    Printout of the public              225
                     profile for Advertiser
10                   Perceptions
11    Exhibit 367    PowerPoint                          229
                     presentation, Bates
12                   labeled
                     GOOG-AT-MDL-000016711
13                   through
                     GOOG-AT-MDL-000016781
14
      Exhibit 368    DG 30(b)(6) Binder                  256
15                   Index
16    Exhibit 369    Google Ad Manager                   272
                     reporting, dated
17                   April 23, 2024
18    Exhibit 370    Ad Manager report                   272
                     metrics, dated
19                   April 23, 2024
20    Exhibit 371    Bid data sharing,                   273
                     dated April 29, 2024
21
      Exhibit 372    Article entitled, "A                273
22                   look at how news
                     publishers
23                   make money with Ad
                     Manager," by Bonita
24                   Stewart, dated
                     June 23, 2020
25

HIGHLY CONFIDENTIAL

Page 6

```
 1                    I N D E X (Continued)
 2
 3               E X H I B I T S (Continued)
 4       Exhibit
         Name         Description                       Page No.
 5
         Exhibit 373  E-mail correspondence,            274
 6                    Bates labeled
                      GOOG-DOJ-AT-00598885
 7                    through
                      GOOG-DOJ-AT-00598886
 8
         Exhibit 374  Excel spreadsheet of              281
 9                    Relevant Links for
                      Platforms Pricing
10
         Exhibit 375  Excel spreadsheet of              281
11                    Relevant Links for
                      Platforms Pricing
12
         Exhibit 376  Excel spreadsheet of              281
13                    Sell-side Platforms
                      Global Rate Card
14
         Exhibit 377  Excel spreadsheet of              281
15                    Relevant Links for
                      Platforms Pricing
16
         Exhibit 378  Excel spreadsheet of              281
17                    Relevant Links for
                      Platforms Pricing
18
         Exhibit 379  Excel spreadsheet of              281
19                    Relevant Links for
                      Platforms Pricing
20
         Exhibit 380  Excel spreadsheet, DCM            282
21                    Buy-Side Currencies
22       Exhibit 381  Excel spreadsheet of              282
                      Relevant Links for
23                    Platforms Pricing
24
25
```

Page 7

1                I N D E X (Continued)
2
3              E X H I B I T S (Continued)
4    Exhibit
     Name        Description                         Page No.
5
     Exhibit 382    E-mail correspondence,   286
6                   Bates labeled
                    GOOG-DOJ-15445619
7                   through
                    GOOG-DOJ-15445623
8
     Exhibit 383    Chat messages, Bates     307
9                   labeled
                    GOOG-AT-MDL-008647100
10                  through
                    GOOG-AT-MDL-008647103
11
     Exhibit 384    Chat messages, Bates     317
12                  labeled
                    GOOG-AT-MDL-009299907
13
     Exhibit 385    Chat messages, Bates     329
14                  labeled
                    GOOG-AT-MDL-018427318
15                  through
                    GOOG-AT-MDL-018427320
16
17
18
19         (Exhibits attached to transcript.)
20
21
22
23
24
25



Page 307



9    MS. YOUNG: Can we pull up Tab B.
10   This is going to be, I believe,
11   Exhibit 383.





1                    C E R T I F I C A T E

4             I, SUZANNE J. STOTZ, a
5        Registered Professional Reporter, Certified
6        Realtime Reporter, and Notary Public in and for
7        the State of New York, do hereby certify that
8        the foregoing is a true and accurate transcript
9        of the stenographic above-captioned matter.

13            SUZANNE J. STOTZ, RPR, CRR
14            Notary Commission Expires 4/29/28

18       DATED:  May 2, 2024

21       NOTE:   THE CERTIFICATE APPENDED TO THIS
22       TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
23       OF THE SAME BY ANY MEANS, UNLESS UNDER THE
24       DIRECT CONTROL AND/OR DIRECTION OF THE
25       CERTIFYING COURT REPORTER.