# EXHIBIT 36
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

```
 1         UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF TEXAS
 2                SHERMAN DIVISION
 3   STATE OF TEXAS, et al,     )
                                )
 4        Plaintiffs,           )   CASE NO.
                                )   4:20cv00957-SDJ
 5   v.                         )
                                )
 6   GOOGLE, LLC,               )
                                )
 7        Defendant.            )
     _____)
 8
 9
10
11                     -- -- --
12            Wednesday, May 15, 2024
13                     -- -- --
14              HIGHLY CONFIDENTIAL
15        PURSUANT TO PROTECTIVE ORDER
16                     -- -- --
17
18        Remote Video-Recorded Oral Fed. R.
     Civ. P. 30(b)(6) Deposition of GOOGLE LLC BY
19   AND THROUGH ▉▉▉▉ ▉▉▉▉▉▉▉▉ held at the
     location of the witness, New York, New York,
20   commencing at 9:01 a.m. EDT on the above
     date, before Michael E. Miller, Fellow of the
21   Academy of Professional Reporters, Certified
     Court Reporter, Registered Diplomate
22   Reporter, Certified Realtime Reporter and
     Notary Public.
23                     -- -- --
24              GOLKOW - VERITEXT
         877.370.DEPS | fax 917.591.5672
25           Job No. MDLG6702271
```

```
                                                              Page 2

 1    REMOTE APPEARANCES:
 2       NORTON ROSE FULBRIGHT US LLP
         BY:  ISABELA PENA-GONZALEZ, ESQUIRE
 3            isabela.pena-gonzalez@nortonrosefulbright.com
         1301 McKinney
 4       Suite 5100
         Houston, Texas 77010
 5       (713)651-5151
         Counsel for Plaintiff, State of Texas
 6
 7       NORTON ROSE FULBRIGHT US LLP
         BY:  NATHAN DAMWEBER, ESQUIRE
 8            nathan.damweber@nortonrosefulbright.com
         98 San Jacinto Boulevard
 9       Suite 2100
         Austin, Texas 78701
10       (512)474-5201
         Counsel for Plaintiff, State of Texas
11
12       STATE OF TEXAS
         OFFICE OF THE ATTORNEY GENERAL
13       BY:  JONATHAN JAFFE, ESQUIRE
              jonathan.jaffe@oag.texas.gov
14            LUKE WOODWARD, ESQUIRE
              luke.woodward@oag.texas.gov
15       300 West 15th Street
         Austin, Texas 78701
16       (512)463-2100
         Counsel for Plaintiff, State of Texas
17
18       THE LANIER LAW FIRM
         BY:  ZEKE DeROSE, III, ESQUIRE
19            zeke.derose@lanierlawfirm.com
              ALEX ABSTON, ESQUIRE
20            alex.abston@lanierlawfirm.com
         10940 West Sam Houston Parkway North
21       Suite 100
         Houston, Texas 77064
22       (713)659-5200
         Counsel for Plaintiffs, States of
23       South Carolina, Indiana, Idaho, Louisiana,
         South Dakota, North Dakota, Texas and
24       Mississippi
25
```

Page 3

```
 1    REMOTE APPEARANCES:
 2        FRESHFIELDS BRUCKHAUS DERINGER LLP
          BY:   ROBERT MCCALLUM, ESQUIRE
 3              (present with The Witness)
                rob.mccallum@freshfields.com
 4              TINA LARITZ, ESQUIRE
                (present with The Witness)
 5              tina.laritz@freshfields.com
          601 Lexington Avenue
 6        New York, New York 10022
          (212)277-4000
 7        Counsel for Defendant
 8
 9    ALSO PRESENT:
10        MARA BOUNDY, ESQUIRE
          Google LLC
11
          TRIAL TECHNICIAN:
12
          RAY MOORE
13        Golkow - Veritext
14
      VIDEOGRAPHER:
15
          ZACH HONE
16        Golkow - Veritext
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 4

```
 1                       INDEX
 2              ████████████████████
 3                   May 15, 2024
 4
 5    APPEARANCES                                    2
 6    PROCEEDINGS                                    7
 7
 8    EXAMINATION OF ████████████████:
 9         BY MS. PENA-GONZALEZ                      8
10
11    CERTIFICATE                                  392
12    ERRATA                                       394
13    ACKNOWLEDGMENT OF DEPONENT                   395
14    LAWYER'S NOTES                               396
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    Page 5
 1                        DEPOSITION EXHIBITS
 2      NUMBER                                              MARKED
 3    Exhibit 403    Matrix of 30(b)(6) Topics by             16
 4                   Witness
 5    Exhibit 404    [redacted] LinkedIn Profile              34
 6    Exhibit 405    1/31/23 E-mail(s) Between                70
 7                   [redacted]
 8                   GOOG-AT-MDL-018518917
 9    Exhibit 406    2019 Google Ad Manager Recap             80
10    Exhibit 407    [redacted]                              173
11                   [redacted]
12                   GOOG-DOJ-27760500 -
13                   GOOG-DOJ-27760540
14    Exhibit 408    [redacted]                              330
15                   [redacted],
16                   GOOG-DOJ-15071643 -
17                   GOOG-DOJ-15071644
18    Exhibit 409    [redacted]                              344
19                   [redacted]
20                   GOOG-NE-06842715 -
21                   GOOG-NE-06842731
22
23
24
25
```

```
                                                              Page 6
 1                    DEPOSITION EXHIBITS
 2    Exhibit 410      E-mail(s) re: ▓▓▓▓▓▓▓             369
 3                    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 4                    ▓▓▓▓▓▓
 5                    GOOG-DOJ-32277291 -
 6                    GOOG-DOJ-32277309
 7    Exhibit 411      Demonstrative: ▓▓▓▓▓▓             375
 8                    ▓▓▓▓▓ and ▓▓▓▓▓▓ LinkedIn
 9                    photos
10
11
12
13                 PREVIOUSLY MARKED EXHIBITS
14       NUMBER                                          PAGE
15    Exhibit 101      ..........................         256
16
17
18
19
20
21
22
23
24
25
```



Page 392

```
 1                    CERTIFICATE
 2             I, MICHAEL E. MILLER, Fellow of
    the Academy of Professional Reporters,
 3  Registered Diplomate Reporter, Certified
    Realtime Reporter, Certified Court Reporter
 4  and Notary Public, do hereby certify that
    prior to the commencement of the examination,
 5  ███████████████████ was duly sworn by me to
    testify to the truth, the whole truth and
 6  nothing but the truth.
 7             I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
               I DO FURTHER CERTIFY that pursuant
11  to FRCP Rule 30, signature of the witness was
    not requested by the witness or other party
12  before the conclusion of the deposition.
13             I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor attorney
14  nor counsel of any of the parties to this
    action, and that I am neither a relative nor
15  employee of such attorney or counsel, and
    that I am not financially interested in the
16
17      [signature]
18
    MICHAEL E. MILLER, FAPR, RDR, CRR
19  Fellow of the Academy of Professional Reporters
    NCRA Registered Diplomate Reporter
20  NCRA Certified Realtime Reporter
    Certified Court Reporter
21  Notary Public
22
23  Dated: May 16, 2024
24
25
```