# EXHIBIT 37
# FILED UNDER SEAL

```
                                                          Page 1

 1          UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF TEXAS
 2                  SHERMAN DIVISION
                        - - -
 3
     THE STATE OF TEXAS, et al. : Civil Action No.
 4           Plaintiffs,         : 4:20-cv-00957-SDJ
             vs.                 :
 5   GOOGLE LLC,                 :
             Defendants.         :
 6
 7
                           - - -
 8
                    MAY 21, 2024
 9              HIGHLY CONFIDENTIAL
10                     - - -
11
12
13           Remote Videotape Deposition,
14   taken via Zoom, of ███████ ███████ ,
15   commencing at 9:06 a.m., on the above
16   date, before Amanda Maslynsky-Miller,
17   Court Reporter and Certified Realtime
18   Reporter.
19
20                     - - -
21
22
23
24     Job No. MDLG6691770
```

HIGHLY CONFIDENTIAL

```
                                                        Page 2
 1   APPEARANCES:
 2
 3         NORTON ROSE FULBRIGHT US LLP
           BY: ABRAHAM CHANG, ESQUIRE
 4         1301 McKinney
           Suite 5100
 5         Houston, Texas 77010
           (713) 651-5151
 6         abraham.chang@nortonrosefulbright.com
 7         - and -
 8         BY: DANIELLA TORREALBA, ESQUIRE
           799 9th Street NW
 9         Suite 1000
           Washington, DC 20001
10         daniellatorraelba@nortonrosefulbright.com
           Representing the Plaintiffs
11
12
13         MAYER BROWN
           BY: JONATHAN D. JAFFE, ESQUIRE
14         Two Palo Alto Square
           3000 El Camino Real
15         Palo Alto, California 94306
           jjaffe@mayerbrown.com
16         (650) 331-2085
           Representing the Plaintiff,
17         State of Texas
18
           THE LANIER LAW FIRM, PLLC
19         BY: ZEKE DEROSE, ESQUIRE
           10940 West Sam Houston Parkway North
20         Suite 100
           Houston, Texas 77064
21         (713) 659-5200
           zeke.derose@lanierlawfirm.com
22         Representing the Plaintiffs
23
24
```

HIGHLY CONFIDENTIAL

Page 3

```
 1   APPEARANCES: (Continued)
 2
 3        FRESHFIELDS BRUCKHAUS DERINGER
          BY: VERONICA BOSCO, ESQUIRE
 4        BY: RYAN HICKS, ESQUIRE
          3 World Trade Center
 5        175 Greenwich Street
          51st Floor
 6        New York, New York 10007
          (212) 277-4000
 7        veronica.bosco@freshfields.com
          ryan.hicks@freshfields.com
 8
          - and -
 9
          BY: JULIE ELMER, ESQUIRE
10        700 13th Street, NW
          10th Floor
11        Washington, DC 20005
          (202) 777-4500
12        julie.elmer@freshfields.com
          Representing Google LLC
13
14
15
16   ALSO PRESENT:
     Bill Geigert, Videographer
17   Dan Lawlor, Trial, Technician
     Cole Pritchett, Texas Attorney General
18
                    - - -
19
20
21
22
23
24
```

```
                                                          Page 4
 1                        -  -  -
 2                     I N D E X
 3                        -  -  -
 4
     Testimony of:    █████  ████████
 5
 6      By Attorney Chang                              8
 7
 8                        -  -  -
 9                    E X H I B I T S
10                        -  -  -
11
     NO.              DESCRIPTION                      PAGE
12
     Exhibit 440   No Bates
13                 ████████  ██████  ██████
                   █████  █████  ████  █████
14                 ████  █████████  █████       19
15   Exhibit 441   GOOG-DOJ-14113270-3271
                   E-mail, █████ █ █████        27
16
     Exhibit 442   GOOG-DOJ-14113270-3271,
17                 GOOG-DOJ-15789579-9587
                   E-mail, █████ █ █████        76
18
     Exhibit 443   GOOG-AT-MDL-014524447,
19                 GOOG-AT-MDL-013284385-8437
                   8/1/16 E-mail, with
20                 Attachment, █████ █
                   █████                        155
21
     Exhibit 444   GOOG-AT-MDL-007244076-4090
22                 Ads Quality Reporting        160
23
24
```

```
                                                          Page 5
                         -  -  -
                     E X H I B I T S
                         -  -  -

    NO.              DESCRIPTION                           PAGE

    Exhibit 445      GOOG-AT-MDL-B-006307087-7089
                     3/17/16 E-mail, ███████ to
                     ██████                                 212

    Exhibit 446      GOOG-DOJ-14155094-5097
                     8/9/16 E-mail, ███████ █
                     ██████                                 223

    Exhibit 447      GOOG-AT-MDL-B-004864657
                     9/27/16 E-mail, ███████ to
                     ██████                                 244

    Exhibit 448      GOOG-DOJ-14156657-6661
                     10/4/16 E-mail, ████████████ to
                     ██████                                 261

    Exhibit 449      GOOG-DOJ-AT-02191375
                     Web Property ID Property
                     Code Spreadsheet                       272

    Exhibit 450      GOOG-DOJ-13931782-1784
                     1/27/17 E-mail, ██████ to
                     █████                                  291

    Exhibit 451      GOOG-DOJ-15769196-9197
                     Reactive Comms for DRS
                     Opt-Out Bug                            309

    Exhibit 452      GOOG-DOJ-15445619-5623
                     6/15/17 E-mail, ████████ to
                     ████████                               352
```

```
                                                                  Page 6
 1                          -  -  -
 2              DEPOSITION SUPPORT INDEX
 3                          -  -  -
 4
 5   Direction to Witness Not to Answer
 6   Page    Line      Page  Line       Page  Line
 7   50      24
 8   365     15
 9
10   Request for Production of Documents
11   Page Line       Page Line       Page Line
12   None
13
14
15   Stipulations
16   Page  Line      Page  Line      Page  Line
17   7     1
18
19
20   Question Marked
21   Page  Line      Page  Line      Page  Line
22   None
23
24
```

HIGHLY CONFIDENTIAL

Page 308

[lines 1-7 redacted]

8    Q.    Let's talk about the
9    different channels that you use to
10   communicate.
11        You -- you mentioned e-mail,
12   right?  This is an e-mail, you used
13   e-mail to communicate with your
14   colleagues; is that correct?
15        A.    Yes, e-mail is one of the
16   channels.
17        Q.    And you had conversations in
18   person, I presume?
19        A.    Yes, we had a lot of
20   in-person conversations.

[lines 21-24 redacted]

Page 309



12  ATTORNEY CHANG:  Let's take
13  this exhibit down.  Let's pull up
14  [redacted]
15          -  -  -
16  (Whereupon, Exhibit-451,
17  [redacted]
18
19
20          -  -  -
21  BY ATTORNEY CHANG:
22      Q.    Mr. [redacted], let me know
23  when you see it.
24      A.    I'm still waiting.

HIGHLY CONFIDENTIAL

Page 363

```
 1            the record occurred.)
 2                      -  -  -
 3            VIDEO TECHNICIAN:  Back on
 4      the record, 5:11 p.m.
 5   BY ATTORNEY CHANG:
 6   [REDACTED]
 7   understanding that the litigation hold
 8   you received in this case covers?
 9       A.    You know, in general the
10   e-mail came from product counsel.  And
11   high-level, high understanding, to
12   [REDACTED]
13   And, in general, the feedback that I
14   received was not to delete documents or
15   e-mails from that time period.
16       Q.    How about chats?
17       A.    Yes, I believe the feedback,
18   you know, was, general, not to delete any
19   information that I have in any form that
20   could pertain to my time on Google Ad
21   Manager.
22       Q.    And before you received this
23   litigation hold, you had no understanding
24   that you weren't supposed to delete
```

Page 364

1  information or documents from that time
2  period, then, right?
3      A.   That's correct.  No one had
4  explicitly told me not to.
5      Q.   Did anyone implicitly tell
6  you?
7      A.   No.  And, you know, in
8  general, you know, I -- I preserve all my
9  documents.  I don't go through and delete
10 them.
11 
12 
13 
14 
15 
16              ATTORNEY BOSCO:  Objection.
17              THE WITNESS:  Yeah.
18         Probably a couple months ago,
19      yeah.
20 BY ATTORNEY CHANG:
21     Q.   It was this year?
22              ATTORNEY BOSCO:  Object to
23      the form.
24              THE WITNESS:  Yeah, it was

Page 397

1                    CERTIFICATE
2
3
       I, Amanda Maslynsky-Miller, Certified
4  Realtime Reporter, do hereby certify that
   prior to the commencement of the examination,
5  ███████ ███████, was remotely sworn by me to
   testify to the truth, the whole truth and
6  nothing but the truth.
7
       I DO FURTHER CERTIFY that the foregoing is a
8  verbatim transcript of the testimony as taken
   stenographically by me at the time, place and
9  on the date hereinbefore set forth, to the
   best of my ability.
10
11     I DO FURTHER CERTIFY that I am neither a
   relative nor employee nor attorney nor
12  counsel of any of the parties to this action,
   and that I am neither a relative nor employee
13  of such attorney or counsel, and that I am
   not financially interested in the action.
14
15  *Amanda Miller* (signature)
16
   Amanda Miller
17  Certified Realtime Reporter
   Dated: May 22, 2024
18
19
   (The foregoing certification of this
20  transcript does not apply to any reproduction
   of the same by any means, unless under the
21  direct control and/or supervision of the
   certifying reporter.)
22
23
24