# EXHIBIT 38
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
 2                      SHERMAN DIVISION
 3
    THE STATE OF TEXAS, et al.,   )
 4                                )
            Plaintiffs,           ) Case No.
 5   v.                           ) 4:20-cv-00957-SDJ
                                  )
 6   GOOGLE LLC,                  ) Hon. Sean D. Jordan
                                  )
 7          Defendant.            )
 8
 9
10                  HIGHLY CONFIDENTIAL
11              PURSUANT TO PROTECTIVE ORDER
12                        -  -  -
13                  THURSDAY, MAY 2, 2024
                          -  -  -
14
15       Remote Videotaped Deposition of  ▮▮▮▮▮▮▮▮▮
16   taken pursuant to notice and conducted at the location of
17   the witness in the State of New York, commencing at 9:10
18   a.m., EDT, on the above date, before Jennifer A. Dunn,
19   Registered Merit Reporter, Certified Realtime Reporter,
20   Missouri Certified Court Reporter, and Certified Shorthand
21   Reporter in California, Illinois, and Texas #12050.
22
                          -  -  -
23
24
25     Job No. MDLG6673295
```

```
                                                        Page 2
 1              R E M O T E   A P P E A R A N C E S
 2
        NORTON ROSE FULBRIGHT US LLP
 3          BY:  NATHAN DAMWEBER
            nathan.damweber@nortonrosefulbright.com
 4          BY:  GABRIEL CULVER
            gabriel.culver@nortonrosefulbright.com
 5      98 San Jacinto Boulevard
        Suite 1100
 6      Austin, Texas  78701-4255
        Tel:  (512) 474-5201
 7
     and
 8
        THE LANIER LAW FIRM, PLLC
 9          BY:  MELONIE DEROSE
            melonie.derose@lanierlawfirm.com
10      10940 West Sam Houston Parkway North
        Suite 100
11      Houston, Texas  77064
        Tel:  (713) 659-5200
12          Counsel for Texas, Idaho, Louisiana
            (The Lanier Law Firm Only),
13          Mississippi, North Dakota, South Carolina and
            South Dakota
14
15      STATE OF TEXAS
        OFFICE OF THE ATTORNEY GENERAL
16          BY:  COLE PRITCHETT
            cole.pritchett@oag.texas.gov
17      300 W. 15th Street
        Austin, Texas  78701-1649
18      Tel:  (512) 936-1674
                Counsel for Plaintiff State of Texas
19
20      AXINN, VELTROP & HARKRIDGER LLP
            BY:  JAMES K. HUNSBERGER
21          jhunsberger@axinn.com
            BY:  DARPAN R. SINGH
22          dsingh@axinn.com
            BY:  CHRISTOPHER ERICKSON
23          cerickson@axinn.com
        1901 L Street, NW
24      Washington, DC  20036
        Tel:  (202) 912-4700
25              Counsel for Google LLC
```

```
                                                      Page 3
 1        R E M O T E   A P P E A R A N C E S (Cont.)
 2
 3   ALSO PRESENT:
 4   Justin Cohen - Google In-House Counsel
 5   Jonathan Jaffe, Consultant - It's Your Internet
 6
 7   LANCE HOEPPNER - Trial Technician
 8   CHRIS RITONA - Videographer
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 4

1                        I N D E X

2

3    █████████                                           PAGE

4      Examination by Mr. Damweber                         8

5    Certificate of Court Reporter                       282

6    Letter for Signature                                283

7    Witness Signature Page                              284

8    Errata Sheet                                        285

HIGHLY CONFIDENTIAL

Page 5

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exh 204 | LinkedIn Profile | 43 |
| Exh 205 | Google Chats<br>GOOG-AT-MDL-011292841 | 97 |
| Exh 206 | Message from ▓▓▓▓▓▓ to ▓▓▓▓▓▓ sent on 6/10/2019<br>GOOG-AT-MDL-B-004021836 | 102 |
| Exh 207 | Google Chats<br>GOOG-AT-MDL-B-004021836 | 107 |
| Exh 208 | Promotion Statement<br>GOOG-DOJ-14656226 through 234 | 147 |
| Exh 209 | ▓▓▓▓▓▓<br>GOOG-DOJ-14265301 through 302 | 174 |
| Exh 210 | Message from ▓▓▓▓▓▓<br>GOOG-DOJ-15420444 | 185 |
| Exh 211 | ▓▓▓▓▓▓<br>GOOG-AT-MDL-014566000 through 6001 | 189 |
| Exh 212 | ▓▓▓▓▓▓<br>GOOG-DOJ-27760500 | 204 |
| Exh 213 | ▓▓▓▓▓▓<br>GOOG-DOJ-15071643 through 644 | 266 |

877-370-3377   Golkow Technologies,
A Veritext Division   www.veritext.com

```
 1                MR. HUNSBERGER:  Object to the form.
 2   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 3       name, and so the -- that showing up might mean that it
 4       refers to me.
 5                The exact formatting you described does not
 6       sound familiar to me.
 7   BY MR. DAMWEBER:
 8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 9   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12                MR. HUNSBERGER:  Object to the form.
13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14   BY MR. DAMWEBER:
15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17                MR. HUNSBERGER:  Object to the form.
18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

1  [redacted]
2  [redacted]
3  BY MR. DAMWEBER:
4      Q   Okay.  You anticipated some of my next questions.
5  [redacted]
6  [redacted]
7          MR. HUNSBERGER:  Object to the form.
8  [redacted]
9  [redacted]
10 BY MR. DAMWEBER:
11     Q   Do you communicate, use -- strike that.
12 [redacted]
13 [redacted]
14         MR. HUNSBERGER:  Object to the form.
15 [redacted]
16 [redacted]
17 BY MR. DAMWEBER:
18 [redacted]
19         MR. HUNSBERGER:  Object to the form.
20 [redacted]
21 [redacted]
22 [redacted]
23 BY MR. DAMWEBER:
24 [redacted]
25 [redacted]

1  MR. HUNSBERGER: Object to the form.
2
3  [REDACTED]
4
5  BY MR. DAMWEBER:
6  [REDACTED]
7
8  MR. HUNSBERGER: Object to the form.
9  [REDACTED]
10 BY MR. DAMWEBER:
11 [REDACTED]
12
13 MR. HUNSBERGER: Object to the form.
14 [REDACTED]
15
16 BY MR. DAMWEBER:
17 [REDACTED]
18
19 MR. HUNSBERGER: Object to the form.
20 [REDACTED]
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 94

1  [REDACTED]
2  [REDACTED]
3  [REDACTED]
4  [REDACTED]
5  BY MR. DAMWEBER:
6  [REDACTED]
7           MR. HUNSBERGER:  Object to the form.
8  [REDACTED]
9  [REDACTED]
10 BY MR. DAMWEBER:
11 [REDACTED]
12 [REDACTED]
13          MR. HUNSBERGER:  Object to the form.
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 BY MR. DAMWEBER:
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24          MR. HUNSBERGER:  Object to the form.  You can
25     answer.

HIGHLY CONFIDENTIAL

Page 115

```
 1    BY MR. DAMWEBER:
 2    [REDACTED]
 3    [REDACTED]
 4    [REDACTED]
 5              MR. HUNSBERGER:  Object to the form.
 6    [REDACTED]
 7    [REDACTED]
 8    BY MR. DAMWEBER:
 9    [REDACTED]
10    [REDACTED]
11    [REDACTED]
12              MR. HUNSBERGER:  Object to the form.
13    [REDACTED]
14    [REDACTED]
15    [REDACTED]
16    [REDACTED]
17    [REDACTED]
18    BY MR. DAMWEBER:
19    [REDACTED]
20              MR. HUNSBERGER:  Object to the form.
21    [REDACTED]
22    [REDACTED]
23    BY MR. DAMWEBER:
24        Q    Do you know if you've ever recorded meetings among
25    Google employees where lawyers are not present but you
```

```
 1   offsetting option was engaged on that Google Chat?
 2                MR. HUNSBERGER:  Object to the form.
 3   ████████████████████████████████████████████████
 4   ████████████████████████████████████████████████
 5   ████████████████████████████████████████████████
 6   ████████████████████████████████████████████████
 7                MR. DAMWEBER:  Objection.  Nonresponsive.
 8                I'm going to ask the question again.
 9   BY MR. DAMWEBER:
10   ████████████████████████████████████████████████
11   ████████████████████████████████████████████████
12   ████████████████████████████████████████████████
13   ████████████████████████████████████████████████
14                MR. HUNSBERGER:  Object to the form.  Asked
15        and answered.
16   BY MR. DAMWEBER:
17   ████████████████████████████████████████████████
18   ████████████████████████████████████████████████
19                MR. HUNSBERGER:  Object to the form.
20   ████████████████████████████████████████████████
21   BY MR. DAMWEBER:
22   ████████████████████████████████████████████████
23   ████████████████████████████████████████████████
24   ████████████████████████████████████████████████
25                MR. HUNSBERGER:  Object to the form.
```

Page 282

1       CERTIFICATE
2       I, Jennifer A. Dunn, Registered Merit Reporter,
3  Certified Realtime Reporter, Certified Shorthand Reporter,
4  and Certified Court Reporter, do hereby certify that prior
5  to the commencement of the examination,
6  ███████████, was duly remotely sworn by me to testify to the
7  truth, the whole truth and nothing but the truth.
8       I DO FURTHER CERTIFY that the foregoing is a verbatim
9  transcript of the testimony as taken stenographically by me
10 at the time, place and on the date hereinbefore set forth.
11      I DO FURTHER CERTIFY that I am neither a relative nor
12 employee nor attorney nor counsel of any of the parties to
13 this action, and that I am neither a relative nor employee
14 of such attorney or counsel, and that I am not financially
15 interested in the action.
16
17
18              JENNIFER A. DUNN
19           NCRA Registered Merit Reporter
              NCRA Certified Realtime Reporter
20       California Certified Shorthand Reporter #14461
         Illinois Certified Shorthand Reporter #084.004939
21         Missouri Certified Court Reporter #485
            Texas Certified Shorthand Reporter #12050
22
23
24
25              Dated:  May 3, 2024