# EXHIBIT 5

# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T  +1 415 591 6000

**By Email**                                                                                                April 23, 2024

W. Mark Lanier
The Lanier Law Firm, P.C.
1095 W. Sam Houston Pkwy N.
Ste. 100 Houston, TX 77064

Re:  **State of Texas et al. v. Google LLC, No. 4:20-CV-00957-SDJ
(E.D. Tex.) - Subpoena Issued to Meta Platforms, Inc.**

Counsel:

On behalf of our client, Meta Platforms Inc. ("Meta"), we are enclosing the following document productions in response to Texas's March 29, 2024 subpoena to produce documents in *State of Texas et al. v. Google LLC*, No. 4:20-CV-00957-SDJ (the "Subpoena"):

| Volume Name | Bates Range |
|---|---|
| METATXAG001 | FBDOJ012651839 - FBDOJ013065686 |
| METATXAG002 | FBDOJGOOG_00770168 - FBDOJGOOG_01390488 |
| METATXAG003 | FBDOJGOOG_00000001 - FBDOJGOOG_01494984 |
| METATXAG004 | METAGOOG00005192 - METAGOOG00041374 |
| METATXAG005 | METAGOOG00000001 - METAGOOG00005191 |
| METATXAG006 | METATX00000001 - METATX_000002278 |

We will send you the respective passwords under a separate cover email.

Consistent with our agreement set forth via email, Meta considers this a complete response to the document requests in the Subpoena and assumes no further production obligations.

\*     \*     \*

Through making this production, Meta does not intend to waive, and is not waiving, any claim of privilege to which it is entitled. Accordingly, any inadvertent submission of a privileged document does not preclude the subsequent assertion of a claim of attorney-client privilege,

CONFIDENTIAL

**COVINGTON**

April 23, 2024
Page 2

joint defense privilege, work product, or any other applicable privilege or protection in the future with respect to the document or the subject matter of the document.

      Meta does not agree to any disclosure of the above-described materials and reserves all rights as a non-party pursuant to the protective order entered in this matter. Meta requests prompt notification in the event Texas receives a request to review this letter or its enclosure. Meta also requests that it be furnished a copy of all written materials pertaining to such request (including without limitation the request itself) and be given advance notice of any intended release so that Meta may address such potential disclosure and, if necessary, pursue alternative remedies. Meta requests that this letter and the information submitted to you be destroyed or returned when the matter concludes pursuant to the protective order.

                                                        Regards,

                                                        *s/ E. Kate Patchen*
                                                        E. Kate Patchen

Enclosures