IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**ORDER**

Before the Court is the Parties' Joint Stipulation, filed on July 12, 2024.

Having considered the Parties' Joint Stipulation, it is ORDERED that:

1. Neither Google nor any of its expert witnesses will rely upon in this Action any monthly or other data that is described by Plaintiffs' Interrogatories Nos. 7, 8, 10, 11 or 12.

2. Notwithstanding Paragraph 1, and subject to the Federal Rules of Evidence, the Parties and their expert witnesses may cite, rely upon, and otherwise use any (a) deposition testimony taken in this Action regardless of when the deposition occurred, (b) data and documents produced (or deemed to have been produced[1]) by a Party in this Action prior to the close of fact discovery, and (c) data and documents produced by third parties in this Action, regardless of when such data and documents were produced.

**So ORDERED and SIGNED this 15th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] *See* Stipulation and Order for Reproduction of Discovery, ECF No. 510.