IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**ORDER MODIFYING CERTAIN DEADLINES**

The Court, having considered defendant Google's Partly Opposed Motion to Shorten the Period for Plaintiffs to Respond (Dkt. #551) to Google's Motion to Clarify (Dkt. # 552), Plaintiff States' response (Dkt. #553), and the parties' agreement, issues this Agreed Order Modifying Certain Deadlines. The following actions shall be completed by the dates indicated.

**DEADLINES**

| Deadline | Event |
|---|---|
| 07/19/2024 | Plaintiff States' Response to the Motion to Clarify. |
| 07/24/2024 | Google's Reply in Support of Motion to Clarify. |
| 08/06/2024 | Disclosure of responsive expert opinions that would (if the Court were to deny the Motion to Clarify) include issues relating to equitable relief for which the party does not bear the burden of proof. |
| 09/03/2024 | Disclosure of rebuttal expert opinions to opinions that were disclosed on 08/06/2024. |
| 10/12/2024 | Close of discovery as to experts that disclosed opinions on 08/06/2024 or 09/03/2024. |

All other deadlines in the Court's Scheduling Order (Dkt. #194, as modified by Dkt. #458) shall remain the same, subject to any further ruling by the Court on the Motion to Clarify.

**So ORDERED and SIGNED this 16th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE