AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ▼

| | |
|---|---|
| THE STATE OF TEXAS, et al. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   4:20-cv-00957-SDJ |
| GOOGLE LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC, and I request to receive all notices and other documents served or to be served.      .

Date:     07/17/2024

/s/ Ayesha Najam
*Attorney's signature*

Ayesha Najam, Texas State Bar No. 24046507
*Printed name and bar number*

GIBBS & BRUNS, LLP
1100 Louisiana St., Ste. 5300
Houston, TX  77002

*Address*

anajam@gibbsbruns.com
*E-mail address*

(713) 650-8805
*Telephone number*

(713) 750-0903
*FAX number*