AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas  ▼

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:20-cv-00957-SDJ |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC, and I request to receive all notices and other documents served or to be served     .

Date:     07/17/2024

/s/ Kathy D. Patrick
*Attorney's signature*

Kathy D. Patrick, Texas State Bar No. 15581400
*Printed name and bar number*

GIBBS & BRUNS, LLC
1100 Louisiana St., Ste. 5300
Houston, TX  77002

*Address*

kpatrick@gibbsbruns.com
*E-mail address*

(713) 650-8805
*Telephone number*

(713) 750-0903
*FAX number*