AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| THE STATE OF TEXAS, ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:20-cv-00957-SDJ |
| GOOGLE LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC, and I request to receive all notices and other documents served or to be served.

Date: 07/18/2024

/s/ Michael Davis
*Attorney's signature*

Michael Davis (TX State Bar No. 24109793)
*Printed name and bar number*

Gibbs & Bruns
1100 Louisiana 53rd Floor
Houston, Texas 77002
*Address*

mdavis@gibbsbruns.com
*E-mail address*

(713) 751-5256
*Telephone number*

(713) 750-0903
*FAX number*