AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| THE STATE OF TEXAS, ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-cv-00957-SDJ |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC, and I request to receive all notices and other documents served or to be served.

Date: 07/18/2024

/s/ Caitlin Halpern
*Attorney's signature*

Caitlin Halpern (TX State Bar No. 24116474)
*Printed name and bar number*

Gibbs & Bruns
1100 Louisiana 53rd Floor
Houston, Texas  77002

*Address*

chalpern@gibbsbruns.com
*E-mail address*

(713) 751-5228
*Telephone number*

(713) 750-0903
*FAX number*