AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:20-cv-00957-SDJ |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC, and I request to receive all notices and other documents served or to be served.

Date:  07/18/2024

/s/ Charles Rosson
*Attorney's signature*

Charles Rosson (TX State Bar No. 24074985)
*Printed name and bar number*

Gibbs & Bruns
1100 Louisiana 53rd Floor
Houston, Texas  77002
*Address*

crosson@gibbsbruns.com
*E-mail address*

(713) 751-5277
*Telephone number*

(713) 750-0903
*FAX number*