# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>            Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion to File Under Seal, filed on July 19, 2024. The States request leave to file under seal: Exhibit E to PLAINTIFF STATES' OPPOSITION TO GOOGLE'S MOTION TO CLARIFY THE SCHEDULING ORDER TO PROVIDE FOR POTENTIAL POST-TRIAL PROCEEDINGS ON INJUNCTIVE RELIEF, filed also on July 19, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on July 19, 2024, is GRANTED.

It is further ORDERED that Exhibit E to PLAINTIFF STATES' OPPOSITION TO GOOGLE'S MOTION TO CLARIFY THE SCHEDULING ORDER TO PROVIDE FOR POTENTIAL POST-TRIAL PROCEEDINGS ON INJUNCTIVE RELIEF, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.