# EXHIBIT S

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a corporation, <br><br> Defendant. | CASE NO. 2:23-cv-01495-JHC <br><br> CASE SCHEDULING ORDER |

Based on the Joint Status Report and Discovery Plan, Dkt. # 135, and the scheduling conference on February 8, 2024, Dkt. # 151, the Court issues this Case Scheduling Order:

| | |
|---|---|
| **BENCH TRIAL** | **October 13, 2026 at 9:00am** |
| Length of Trial | TBD |
| Initial Disclosures | November 22, 2023 (already exchanged) |
| Deadline for joining additional parties | 30 days after entry of this Case Scheduling Order |

CASE SCHEDULING ORDER - 1

| | | |
|---|---|---|
| 1 | Deadline to file motion for bifurcation | February 29, 2024.  Motion shall be noted for March 15, 2024.  Parties must comply with LCR 7. |
| 2 | | |
| 3 | Quarterly Status Conference (Telephonic)[1] | June 3, 2024 at 11:00 a.m. Pacific Time |
| 4 | | |
| 5 | Quarterly Status Conference (Telephonic) | September 3, 2024 at 11:00 a.m. Pacific Time |
| 6 | | |
| 7 | Quarterly Status Conference (Telephonic) | December 2, 2024 at 11:00 a.m. Pacific Time |
| 8 | | |
| 9 | Quarterly Status Conference (Telephonic) | March 3, 2025 at 11:00 a.m. Pacific Time |
| 10 | | |
| 11 | Quarterly Status Conference (Telephonic) | June 2, 2025 at 11:00 a.m. Pacific Time |
| 12 | | |
| 13 | Fact Discovery completed by | August 8, 2025 |
| 14 | | |
| 15 | All motions related to discovery must be filed by | August 8, 2025 (close of fact discovery) |
| 16 | (*see* LCR 7(d)) | |
| 17 | Quarterly Status Conference (Telephonic) | September 2, 2025 at 11:00 a.m. Pacific Time |
| 18 | | |
| 19 | Disclosure of opening expert reports from parties bearing the burden on an issue | October 3, 2025 |
| 20 | | |
| 21 | Disclosure of rebuttal expert reports | December 1, 2025 |
| 22 | | |
| 23 | | |
| 24 | [1] The parties may file a stipulated motion to strike any Quarterly Status Conference.  If the Court agrees that the conference is unnecessary, it will be stricken. | |

CASE SCHEDULING ORDER - 2

| | |
|---|---|
| Quarterly Status Conference (Telephonic) | December 1, 2025 at 11:00 a.m. Pacific Time |
| Disclosure of reply expert reports | January 26, 2026 |
| Close of expert discovery | February 23, 2026 |
| Quarterly Status Conference (Telephonic) | March 2, 2026 at 11:00 a.m. Pacific Time |
| Dispositive and *Daubert* motions | April 6, 2026. Such motions shall be noted for June 15, 2026. |
| Oppositions to dispositive and *Daubert* motions | May 18, 2026 |
| Quarterly Status Conference (Telephonic) | June 1, 2026 at 11:00 a.m. Pacific Time |
| Reply briefs in support of dispositive and *Daubert* motions | June 15, 2026 |
| Plaintiffs' pretrial statement (LCR 16(h)) | August 12, 2026 |
| Settlement conference held no later than | August 14, 2026 |
| Defendants' pretrial statement (LCR 16(i)) | August 21, 2026 |
| Quarterly Status Conference (Telephonic) | August 31, 2026 at 11:00 a.m. Pacific Time |

CASE SCHEDULING ORDER - 3

| | |
|---|---|
| Conference of attorneys (LCR 16(k)) | September 1, 2026 (10 days before the deadline to file a pretrial order) |
| All motions in limine must be filed by<br>    All motions in limine shall be filed as one motion. | September 1, 2026 |
| Filing of Proposed Pretrial Order (LCR (16(e)) | September 11, 2026 |
| Deposition Designations must be submitted to the Court (not filed on CM/ECF) by:<br>    (*see* LCR 32(e)) | September 11, 2026 |
| Pretrial conference to be held at 1:30pm on | September 28, 2026 |
| Trial briefs, proposed findings of fact and conclusions of law by<br>    Motions in limine raised in trial briefs will not be considered. | October 6, 2026 |
| Bench Trial | October 13, 2026 at 9:00am |

As touched upon above, these dates are set by the Court after reviewing the Joint Status Report and Discovery Plan submitted by the parties and after considering the points raised in the February 8, 2024, scheduling conference. Other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event may be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

CASE SCHEDULING ORDER - 4

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

Counsel are directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom deputy by close of business the Thursday before trial. Each exhibit shall be clearly marked. Plaintiffs' exhibits shall be numbered consecutively beginning with 1; Defendant's exhibits shall be numbered consecutively beginning with a number to be determined later. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 13th day of February, 2024.

*John H. Chun*

John H. Chun
United States District Judge

CASE SCHEDULING ORDER - 5