## ORDER

On the _____ day of July, 2024, came on for consideration before this Court, Petitioner's And Google Crime Victim's Motion For Directed Verdict, and, after reviewing said Request For Sanctionable Monetary Relief and the evidence submitted, is of the opinion the same should be, GRANTED.

1.    This Court now GRANTS Petitioner's Motion For Directed Verdict wholly upon its merits presented without cause for a hearing.

2.    It is therefore ORDERED that all sought relief requested by Petitioner the full fifty (50) years of criminal theft and federal fraud restitution demand in the amount of **$899,070,000.00**, and is therefore, GRANTED.

3.    Furthermore, it is ORDERED by this court, that Defendant Google pay monetary sanctions to Petitioner, the sum of **$180,000,000.00.**

4.    This Court now orders the clerk of the court to wholly un-file and strike from the Pacer System Record, *Avdeef v. Google Inc., No. 4:14-CV-788-A.*

SIGNED AND ENTERED this _____ day of _____, 2024.

_____
PRESIDING JUDGE, AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE