Stephen Matthew Avdeef
1000 Kelley Drive, Everman, TX 76140-3618
Ph.: (817) 564-3888  Email: sci_writer@hotmail.com

July 19, 2024

VIA FEDERAL EXPRESS DELIVERY: 7775 1159 9732

US District Court Eastern District, District Clerk
Attention: The Honorable Aileen Durrett
101 E. Pecan Street,
Sherman, Texas 75090

Re:   Civil Action No. 4:20-CV-957-SDJ
      State of Texas, et al v. Google LLC

Dear Clerk:

Enclosed is the Movant's/Petitioner's "Motion for Directed Verdict and Order". Please present to Judge Durrett for her immediate review and consideration.

Thank you for your assistance.

Regards

Stephen Matthew Avdeef, Pro Se

Encl (1)