

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and

TUE
17:00
9732
07 22

ORIGIN ID:FWHA    (817) 343-7042    SHIP DATE: 20JUL24
STEPHEN AYDEEF                       ACTWGT: 1.00 LB
1000 KELLEY DR                       CAD: 256247089/INET4535
FORT WORTH, TX 76140
UNITED STATES US                     BILL SENDER

TO  UNITED STATES DISTRICT CLERK
    PAUL BROWN UNITED STATES COURTHOUSE
    101 EAST PECAN STREET
    SHERMAN TX 75090
    (903) 892-2921              REF: MTN FOR DIR VERDICT 7-19-24
    INV:
    PO:                         DEPT:

FedEx Express

TUE - 23 JUL 5:00P
** 2DAY **
75090
TX-US       DFW

TRK#  7775 1159 9732
0201

SP SWIA