UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff States' Unopposed Motion to File Under Seal. (Dkt. #573). Plaintiff States request leave to file Exhibit E to their Response in Opposition to Google's Motion to Clarify the Scheduling Order, (Dkt. #574-5; #575), under seal. The Court has reviewed Exhibit E and finds that the document contains confidential information such that there is good cause to file it under seal. *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Plaintiff States' Unopposed Motion to Seal, (Dkt. #573), is **GRANTED**.

It is further **ORDERED** that all documents and exhibits referenced in the granted motion to seal shall remain under seal.

So ORDERED and SIGNED this 23rd day of July, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE