UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## **ORDER**

On June 14, 2024, Defendant Google LLC filed its Notice Regarding Inconsistent Positions by State of Texas. (Dkt. #527). It does not appear that the State of Texas has responded to the notice.

It is therefore **ORDERED** that the State of Texas shall file a response to Defendant Google LLC's Notice Regarding Inconsistent Positions by State of Texas, (Dkt. #527), no later than **Monday, August 5, 2024**. The response should be no longer than five pages, exclusive of exhibits.

**So ORDERED and SIGNED this 26th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE