UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

The Court has received Google's Second Corrected "Motion to Clarify" the Court's Scheduling Order to Provide for Potential Post-Trial Proceedings on Injunctive Relief. (Dkt. #571). The Court will hold a hearing on this motion.

It is therefore **ORDERED** that a hearing is set for **Tuesday, July 30, 2024**, at **1:00 p.m.**, at the United States Courthouse, Courtroom 105, 7940 Preston Road, Plano, TX 75024.

So ORDERED and SIGNED this 26th day of July, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE