UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC, | § § | |
| *Defendant.* | § § | |

# [PROPOSED] ORDER

Before the Court is Google LLC's Unopposed Motion for Leave to File Under Seal. (Dkt. #___). The Court has reviewed the documents and finds that they contain confidential information such that there is good cause to file under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Google LLC's Unopposed Motion for Leave to File Under Seal. (Dkt. #___), is **GRANTED.**

So ORDERED and SIGNED this ___ day of ____, 2024.