UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Google LLC's Unopposed Motion to File Under Seal. (Dkt. #584). Google requests leave to file its Motion for Review of the Special Master's July 15, 2024 Order, (Dkt. #585), under seal. The Court has reviewed the motion and finds that the document contains confidential information such that there is good cause to file it under seal. *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Google's Unopposed Motion to File Under Seal, (Dkt. #584), is **GRANTED.**

It is further **ORDERED** that all documents and exhibits referenced in the granted motion to seal shall remain under seal.

**So ORDERED and SIGNED this 30th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE