UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## REFERRAL ORDER

Before the Court is Non-Party Meta Platforms, Inc.'s ("Meta") Opposed Motion for a Protective Order. (Dkt. #521). Plaintiff States responded in opposition to Meta's motion, (Dkt. #557), and Meta replied, (Dkt. #577).

Pursuant to the Court's Order Appointing Special Master, (Dkt. #213 at 10), the Court refers Meta's motion, (Dkt. #521), to the Special Master for consideration and entry of a report and recommended disposition.

**So ORDERED and SIGNED this 1st day of August, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE