IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| | § | |
| GOOGLE LLC | § | |

ORDER OF SPECIAL MASTER

By Order of the Court dated January 26, 2024 (Dkt. #213) the undersigned was appointed Special Master to address discovery issues and disputes between Plaintiff States ("States") and Defendant Google LLC ("Google"). On June 12, 2024, Non-Party Meta Platforms, Inc. ("Meta") filed its Opposed Motion for a Protective Order (Dkt. #521). The States filed their Opposition to Meta's Motion on July 12, 2024 (Dkt. #557), and Meta filed its Reply on July 22, 2024 (Dkt. #577). On August 1, 2024, the Court referred Meta's Motion to the Special Master (Dkt. #588).

The Special Master **ORDERS** the States to file a sur-reply, if any, by **August 7, 2024**, at **5 p.m. Central**.

The Special Master further **ORDERS** that Meta and the States (and Google, if desired) are to meet and confer following the States' deadline to file a sur-reply to attempt to narrow or resolve Meta's Motion. Meta and the States shall file a short Joint Status Report by **August 9, 2024**, at **12 p.m. Central**, highlighting, without argument, the key remaining issues, if any.

The Special Master further **ORDERS** that a hearing shall be held on Meta's Motion on **August 12, 2024**, at **2:00 p.m. Central**. The hearing will be conducted remotely (by Zoom) and a court reporter shall be provided by the parties.

Signed this 5th day of August, 2024.

_____
David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail:  dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 5th day of August, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

David T. Moran