# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., | |
| Plaintiffs, | Case No. 4:20-cv-00957-SDJ |
| v. | Hon. Sean D. Jordan |
| Google LLC, | |
| Defendants. | Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States") Motion for Leave to Exceed Page Limitations in Response to Google's Motion for Review of the Special Master's July 15, 2024 Order, filed on July 29, 2024 ("Motion"). The States request leave to file a 15-page response to the Motion, and for leave to file their response under seal. For good cause shown, this Court hereby GRANTS the States' Motion.

It is therefore ORDERED that States' Motion is GRANTED, and the States' response to the motion for review may not exceed 15 pages.

It is further ORDERED that Plaintiff States' forthcoming response to Google's Motion for Review of the Special Master's July 15, 2024 Order and the exhibits thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.