IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**NOTICE REGARDING SPECIAL MASTER'S ORDER**

On August 5, 2024, the Special Master, David T. Moran, entered an order (the "Order") directing the Plaintiff States to file a sur reply, if any, by August 7, 2024. Dkt. 589. The Plaintiff States hereby notify the Special Master that they do not intend to file a sur reply. Consistent with the Order, the Plaintiff States will meet and confer with counsel for Non-Party Meta Platforms, Inc. ("Meta") to attempt to narrow or resolve Meta's motion and will file the Joint Status Report by August 9, 2024 at 12 p.m. Central.

DATED: August 7, 2024

Respectfully submitted,

/s/ W. Mark Lanier
W. Mark Lanier
Alex J. Brown
Zeke DeRose III
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
Email: mark.lanier@lanierlawfirm.com
Email: alex.brown@lanierlawfirm.com
Email: zeke.derose@lanierlawfirm.com

/s/ Ashley Keller
Ashley Keller (*pro hac vice*)
**KELLER POSTMAN LLC**
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502
Email: ack@kellerpostman.com

1

                                                Zina Bash (Bar No. 24067505)
                                                111 Congress Avenue
                                                Suite 500
                                                Austin, TX 78701
                                                Email: zina.bash@kellerpostman.com

                                                */s/ Noah S. Heinz*
                                                Noah S. Heinz (*pro hac vice*)
                                                1101 Connecticut Ave., N.W.
                                                11th Floor
                                                Washington, DC 20036
                                                Email: noah.heinz@kellerpostman.com

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm Only), Mississippi, North Dakota, South Carolina, and South Dakota.*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Noah S. Heinz*
Noah S. Heinz