UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

**ORDER**

Before the Court is Plaintiff States' Motion for Leave to Exceed Page Limitations in Response to Google's Motion for Review of the Special Master's July 15, 2024 Order. (Dkt. #594). After full consideration of the motion, Google's response, (Dkt. #595), and the applicable rules, the Court determines that both parties shall be granted excess pages.

Although the Court's initial order appointing the Special Master did not specify whether challenges to an order issued by the Special Master are governed by Local Rule CV-72(b) or by standard page limitations for motions set out in Local Rule CV-7(a)(2),(Dkt. #213), the Court later clarified that such motions are subject to Local Rule CV-72 and thus limited to five pages. (Dkt. #485). The Court recognizes that, given the subject matter of the Special Master's orders, it may be appropriate in some instances to allow the parties to file lengthier briefs. The Court concludes that the Special Master Order at issue, (Dkt. #558), merits additional pages of briefing from the parties.

1

2

It is therefore **ORDERED** that Google is permitted to exceed the five-page limit by ten pages. Google's Motion for Review of the Special Master's July 15, 2024 Order, (Dkt. #585), is deemed properly filed.

It is further **ORDERED** that Plaintiff States' Motion for Leave to Exceed Page Limitations in Response to Google's Motion for Review of the Special Master's July 15, 2024 Order, (Dkt. #594), is **GRANTED**. Plaintiff States are permitted to exceed the five-page limit by ten pages.

Finally, it is **ORDERED** that Plaintiff States' request to seal its forthcoming response to Google's Motion for Review of the Special Master's July 15, 2024 Order and any exhibits thereto, (Dkt. #594), is **GRANTED**. All documents and exhibits referenced in the granted motion to seal shall remain under seal.

**So ORDERED and SIGNED this 9th day of August, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE