UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**JOINT REPORT REGARDING NON-PARTY META PLATFORMS, INC.'S
OPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to the Special Master's August 5, 2024 Order, Dkt. 589, Non-Party Meta Platforms, Inc. ("Meta") and State Plaintiffs respectfully provide the following joint report regarding Meta's Opposed Motion for a Protective Order ("Motion"), Dkt. 521.

On June 12, 2024, Meta moved for a protective order prohibiting the production by Defendant Google LLC in this case of certain Meta documents that had been produced to Google by the United States in a separate action captioned *United States v. Google LLC*, No. 1:23-cv-000108 (E.D. Va.) ("EDVA Action"). *Id.* State Plaintiffs opposed the Motion, Dkt. 557, and Meta filed a reply, Dkt. 577. The Court referred the Motion to the Special Master for consideration and entry of a report and recommended disposition. Dkt. 588. The Special Master subsequently ordered Meta and State Plaintiffs to meet and confer and to file a Joint Status Report. Dkt. 589.

On August 9, 2024, counsel for Meta and State Plaintiffs met and conferred to attempt to narrow or resolve the dispute set forth in the briefing on the Motion.  Meta was represented at the meet-and-confer by Kate Patchen and Michael Bowlus.  State Plaintiffs were represented at the meet-and-confer by Marc Collier, Ethan Glenn, and Shane Kelly.  Google was represented at the meet-and-confer by Neelesh Moorthy.  Meta and State Plaintiffs were unable to resolve the dispute and believe the issue is ripe for resolution by the Special Master.

Dated: August 9, 2024

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew T. "Tom" Gorham
**GILLAM & SMITH LLP**
303 South Washington Ave.
Marshall, TX 75670
Tom@gillamsmithlaw.com
Phone: (903) 934-8450
Fax: (903) 934-9257

Kate Patchen (*pro hac vice*)
Michael E. Bowlus
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission St., Ste. 5400
San Francisco, CA 94105
kpatchen@cov.com
mbowlus@cov.com
Phone: (415) 591-6000
Fax: (415) 955-6091

*Attorneys for Non-Party Meta Platforms, Inc.*

| | |
|---|---|
| */s/ W. Mark Lanier* | */s/ Ashley Keller* |

W. Mark Lanier
Alex J. Brown
Zeke DeRose III
THE LANIER LAW FIRM, P.C.
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
Email: mark.lanier@lanierlawfirm.com
Email: alex.brown@lanierlawfirm.com
Email: zeke.derose@lanierlawfirm.com

Ashley Keller (*pro hac vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502
Email: ack@kellerpostman.com

Zina Bash (Bar No. 24067505)
111 Congress Avenue
Suite 500
Austin, TX 78701
Email: zina.bash@kellerpostman.com

Noah S. Heinz (*pro hac vice*)
1101 Connecticut Ave., N.W.
11th Floor
Washington, DC 20036
Email: noah.heinz@kellerpostman.com

*Counsel for Texas, Idaho, Indiana, Louisiana (The Lanier Law Firm Only), Mississippi, North Dakota, South Carolina, and South Dakota.*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 9th day of August 2024.

                                            */s/ Melissa R. Smith*
                                            Melissa R. Smith