# EXHIBIT A



DANIEL BITTON
55 SECOND STREET
SAN FRANCISCO, CA 94105
415.490.2000
DBITTON@AXINN.COM

August 13, 2024

**VIA EMAIL**

David T. Moran
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6051
dmoran@jw.com

Re:   *The State of Texas et al. v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.)

Dear Special Master Moran,

During the August 12, 2024 hearing regarding Meta Platforms, Inc.'s ("Meta") June 12, 2024 Motion for a Protective Order (*See* Dkt. 521), the question arose whether the trial exhibit list Google filed in *United States v. Google LLC*, No. 1:23-cv-00108-LMB-JFA in July 2024 (the "Google EDVA Exhibit List") includes any documents or data from Meta that were not produced in the above-captioned litigation or in response to Texas' October 5, 2020 CID (collectively, the "Meta Texas Productions"). We write to confirm that all the Meta documents and data that Google included on the Google EDVA Exhibit List were also produced to the State Plaintiffs on or prior to May 3, 2024, as part of the Meta Texas Productions.[1]

Sincerely,

Daniel Bitton

cc: Counsel of Record (by ECF)
    Counsel for Meta Platforms, Inc. (by ECF)

---

[1] Note that certain Meta documents and data on the Google EDVA Exhibit List bear FBDOJ production labels, whereas in the Meta Texas Productions those same documents instead bear FBDOJGOOG, FBTEX, or METATX production labels.