IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff State of Mississippi respectfully requests that Caleb Pracht be permitted to withdraw as counsel of record for Plaintiff State of Mississippi in this matter. The reason for this request is that Mr. Pracht has been transferred to a different division of the Office of the Attorney General of Mississippi and his colleague, Garrett Mascagni, has been assigned to this case in his stead and has accordingly entered his Notice of Attorney Appearance at Docket No. 601. The granting of this motion will not impose delay or affect any deadlines in the case. Mississippi will continue to be represented by other counsel of record, including Mr. Mascagni, and this motion requests no other changes regarding the other attorneys acting as counsel of record.

Further, the clerk is requested to terminate CM/ECF notices as to Caleb Pracht for this matter.

The other Plaintiff States do not oppose this motion. Defendant Google LLC does not oppose this motion.

- 2 -

Dated: August 16, 2024

Respectfully submitted,

| | |
|---|---|
| */s/Garrett S. Mascagni* | */s/Caleb A. Pracht* |
| Garrett S. Mascagni | Caleb A. Pracht |
| *Admitted Pro Hac Vice*, MSB #106670 | *Admitted Pro Hac Vice,* MSB #106327 |
| Special Assistant Attorney General | Special Assistant Attorney General |
| Garrett.Mascagni@ago.ms.gov | Caleb.Pracht@ago.ms.gov |
| MISSISSIPPI ATTORNEY GENERAL'S OFFICE | MISSISSIPPI ATTORNEY GENERAL'S OFFICE |
| P.O. Box 220 | P.O. Box 220 |
| Jackson, MS 39205 | Jackson, MS 39205 |
| (601) 359-3070 | (601) 359-9011 |

*Attorneys for Plaintiff State of Mississippi*

**CERTIFICATE OF CONFERENCE**

    I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

*/s/Garrett S. Mascagni*
Garrett S. Mascagni

**CERTIFICATE OF SERVICE**

    I certify that on this 16th day of August, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/Garrett S. Mascagni*
Garrett S. Mascagni

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Before the Court is an Unopposed Motion for Withdrawal of Caleb Pracht as counsel of record for Plaintiff State of Mississippi in this matter. The Court has determined that the motion should be **GRANTED**. It is hereby,

**ORDERED** that Caleb Pracht is withdrawn as counsel for Plaintiff State of Mississippi in this matter; and

**ORDERED** that the clerk terminate CM/ECF notices as to Caleb Pracht for this matter.