UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff State Mississippi's Unopposed Motion for Withdrawal of Counsel. (Dkt. #603). Having considered the motion, the Court concludes that it should be **GRANTED.**

Therefore, it is **ORDERED** that Caleb Pracht, of the Office of the Attorney General of Mississippi, is withdrawn as counsel of record in this action.

**So ORDERED and SIGNED this 21st day of August, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE