IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS, et al,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| **GOOGLE LLC,** | § § § § | |
| *Defendant.* | § | |

# [PROPOSED] ORDER ON PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER

Under Federal Rule of Civil Procedure 16(b), a scheduling order may be modified "only for good cause." Having considered the Parties' Joint Motion Pursuant to Rule 16(b) to Modify Scheduling Order to Provide Brief Extensions of Expert Discovery Period and Summary Judgment/Daubert Deadlines, the Court finds that good cause exists to modify the scheduling order in this case. The Motion is GRANTED.

It is therefore ORDERED that:

1. The Scheduling Order in this case shall be modified as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Disclosure of rebuttal expert testimony | 8/27/2024 or 9/3/2024 | 9/9/2024 |

| | | |
|---|---|---|
| Close of Expert Discovery | 10/5/2024 or 10/12/2024 | 11/1/2024 |
| Summary Judgment and Daubert Motions due | 11/9/2024 | 11/18/2024 |
| Oppositions to Summary Judgment and *Daubert* Motions | 11/30/2024 | 12/9/2024 |
| Replies to Summary Judgment and *Daubert* Motions | 12/14/2024 | 12/23/2024 |

Signed this _____, day of _____, 2024.

_____
Judge Sean D. Jordan