UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER EXTENDING CERTAIN DEADLINES

Before the Court is the parties' Joint Motion Pursuant to Rule 16(b) to Modify [the] Scheduling Order to Provide Brief Extensions of Expert Discovery Period and Summary Judgment/Daubert Deadlines. (Dkt. #607). Because many of Google's expert witnesses are set to testify in another antitrust case in the Eastern District of Virginia[1] between September 9, 2024, to October 18, 2024, it requests that expert deadlines be adjusted to accommodate their availability. Plaintiff States request that the deadline for disclosure of rebuttal expert testimony be extended from August 27, 2024, and September 3, 2024, respectively, to a unified date of September 9, 2024.

After full consideration, the court determines that there is good cause to modify the scheduling order under Federal Rule of Civil Procedure Rule 16(b). *Geiserman v. MacDonald*, 893 F.2d 787, 790 (5th Cir. 1990). Therefore, the motion is **GRANTED**. Accordingly, the following actions shall be completed by the dates indicated:

### DEADLINES

| **Deadline** | **Event** |
|---|---|
| 09/09/2024 | Disclosure of rebuttal expert testimony. |
| 11/01/2024 | Close of expert discovery. |

---

[1] United States, et al. v. Google LLC, 1:23-CV-108.

| | |
|---|---|
| 11/18/2024 | Deadline for motions for summary judgment. |
| 11/18/2024 | Deadline to object to all expert testimony (i.e., deadline for *Daubert* motions). Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objection. |
| 12/09/2024 | Deadline for responses to *Daubert* motions and responses to motions for summary judgment. |
| 12/23/2024 | Deadline for replies to *Daubert* motions and replies to motions for summary judgment. |

All other deadlines in the Court's Scheduling Order, (Dkt. #194), shall remain the same.

**So ORDERED and SIGNED this 29th day of August, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE