UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE SPECIAL MASTER**

Before the Court is Special Master David Moran's Report and Recommendation, (Dkt. #604), concerning Non-Party Meta Platforms, Inc.'s ("Meta") Opposed Motion for a Protective Order, (Dkt. #521). Plaintiff States responded in opposition to the motion, (Dkt. #557), and Meta replied, (Dkt. #577). The Court referred the motion to the Special Master on August 1, 2024. (Dkt. #588). The parties have not filed any objections to the Report and Recommendation.

After full consideration, the Report and Recommendation of the Special Master, (Dkt. #604), is **ADOPTED**. It is **ORDERED** that the Motion for Protective Order, (Dkt. #521), is **DENIED**.

**So ORDERED and SIGNED this 13th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE