IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § | Civil Action No. 4:20-cv-00957-SDJ |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Unopposed Motion to File Under Seal its September 20, 2024 Motion to Strike Improper Rebuttal Opinions of Plaintiffs' Experts David DeRamus and Anil Somayaji and the expert reports attached as exhibits thereto (collectively the "Motion to Seal"), also filed on September 20, 2024. The Court has reviewed the Motion to Seal and finds that Google LLC's interest in the nondisclosure of the motion to strike and the attached expert reports, and that of certain nonparties providing confidential information in this case, outweighs the presumption in favor of the public's right of access to these court records; there is good reason to file them under seal.

It is therefore **ORDERED** that the Motion to Seal is **GRANTED**.

It is further **ORDERED** that Google LLC's Motion to Strike Improper Rebuttal Opinions of Plaintiffs' Experts David DeRamus and Anil Somayaji and the exhibits thereto shall remain under seal.