IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § | Civil Action No. 4:20-cv-00957-SDJ |

**[PROPOSED] ORDER**

Having considered Google LLC's ("Google's") Motion To Establish Deadlines And Confirm Decision Maker For Motion To Strike ("Motion"), the Court finds that the Motion should be GRANTED. It is therefore ORDERED that the briefing deadlines in connection with Google's motion to strike certain opinions of Plaintiffs' rebuttal experts David DeRamus and Anil Somayaji shall be as follows:

| Filing | Deadline |
|---|---|
| Google's Motion to Strike | 9/20/24 |
| Plaintiffs' Opposition | 9/27/24 |
| Google's Reply | 10/2/24 |

It is further ORDERED that this Court (as opposed to the Special Master in the first instance) will consider and rule on the Motion.

The deadlines set by the operative Scheduling Order (Dkt. #609; Dkt. #194) remain in place.