UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Google's motion to establish deadlines and confirm decision maker, (Dkt. #614), concerning its related motion to strike as untimely certain affirmative opinions of Drs. David DeRamus and Anil Somayaji. (Dkt. #613). In its motion to establish deadlines and confirm decision maker, Google makes two requests: (1) that the motion to strike be decided by the Court in the first instance, rather than the Special Master; and (2) that the Court set a briefing schedule on the motion to strike. *See* (Dkt. #614 at 2).

Having considered the motion, the Court finds that it should be **GRANTED**. The Court will decide the motion to strike, (Dkt. #613), in the first instance and adopts the following deadlines: Plaintiff States' Response will be due on **October 1, 2024**; and Google's Reply will be due on **October 4, 2024**. The Plaintiff States' response should not exceed fifteen pages and Google's reply should not exceed five pages.

**So ORDERED and SIGNED this 24th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE