**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| STATE OF TEXAS, et al., | |
| Plaintiffs, | Case No. 4:20-cv-957-SDJ |
| v. | HON. SEAN D. JORDAN |
| GOOGLE, LLC, | |
| Defendant. | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff State of Indiana respectfully requests that Matthew Michaloski be permitted to withdraw as counsel of record for Plaintiff State of Indiana in this matter. The reason for this request if that Mr. Michaloski is no longer employed by the Office of the Indiana Attorney General. The granting of this motion will not impose, delay or affect any deadlines in the case. Indiana will continue to be represented by other counsel of record, including Scott Barnhart, Jennifer Linsey and Jesse Moore, and this motion requests no other changes regarding the other attorneys acting as counsel of record.

Further, the clerk is requested to terminate CM/ECF notices as to Matthew Michaloski for this matter.

The other Plaintiff States do not oppose this motion. Defendant Google, LLC does not oppose this motion.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney Reg. No. 18857-49

By: */s/ Matthew Michaloski*
Matthew Michaloski
Deputy Attorney General
Attorney Reg. No. 35313-49

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Matthew Michaloski*
Matthew Michaloski
Deputy Attorney General

Office of Indiana Attorney General Todd Rokita
Indiana Government Center South
302 W. Washington Street 5th Floor
Indianapolis, IN 46204
Telephone: 317-234-1479
Matthew.Michaloski@atg.in.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

/s/ *Matthew Michaloski*
Matthew Michaloski
Deputy Attorney General