# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., | |
| Plaintiffs, | Case No. 4:20-cv-957-SDJ |
| v. | HON. SEAN D. JORDAN |
| GOOGLE, LLC, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff State of Indiana's Unopposed Motion for Withdrawal of Counsel. Having considered the motion, the Court concludes that it should be **GRANTED.**

Therefore, it is **ORDERED** that Matthew Michaloski of the Indiana Office of Attorney General is withdrawn as counsel of record in this action for Plaintiff State of Indiana. The clerk is directed to terminate CM/ECF notices to Matthew Michaloski for this matter. All other attorneys representing Plaintiff State of Indiana will remain as counsel of record in this action.