# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, LLC, <br><br> Defendant. | Case No. 4:20-cv-957-SDJ <br><br> HON. SEAN D. JORDAN |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff State of South Carolina respectfully requests that Rebecca Hartner be permitted to withdraw as counsel of record for Plaintiff State of South Carolina in this matter. The reason for this request is that Mrs. Hartner is no longer employed by the Office of the South Carolina Attorney General. The granting of this motion will not impose, delay or affect any deadlines in the case. South Carolina will continue to be represented by other counsel of record, including Mary Frances Jowers, and this motion requests no other changes regarding the other attorneys acting as counsel of record.

Further, the clerk is requested to terminate CM/ECF notices as to Rebecca Hartner for this matter.

The other Plaintiff States do not oppose this motion. Defendant Google, LLC does not oppose this motion.

Respectfully submitted,

ALAN M. WILSON
South Carolina Attorney General

By: */s/ Rebecca M. Hartner*
Rebecca M. Hartner
Assistant Attorney General

>South Carolina Bar No. 101302
>P.O. Box 11549
>Columbia, SC 29211-1549
>Telephone: 803-734-5855
>rhartner@scag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, the foregoing document was electronically with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Rebecca M. Hartner*
>Rebecca M. Hartner
>Assistant Attorney General

South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Telephone: 803-734-5855
rhartner@scag.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that the meet and confer requirements in Local Rule CV-7(h) have been met. This motion is consented to and not opposed by any party.

>*/s/ Rebecca M. Hartner*
>Rebecca M. Hartner
>Assistant Attorney General