# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., | |
| Plaintiffs, | Case No. 4:20-cv-957-SDJ |
| v. | HON. SEAN D. JORDAN |
| GOOGLE, LLC, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff State of South Carolina's Unopposed Motion for Withdrawal of Counsel. Having considered the motion, the Court concludes that it should be **GRANTED.**

Therefore, it is **ORDERED** that Rebecca Hartner of the South Carolina Office of Attorney General is withdrawn as counsel of record in this action for Plaintiff State of South Carolina. The clerk is directed to terminate CM/ECF notices to Rebecca Hartner for this matter. All other attorneys representing Plaintiff State of South Carolina will remain as counsel of record in this action.