UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Plaintiff State South Carolina's Unopposed Motion for Withdrawal of Counsel. Having considered the motion, the Court concludes that it should be **GRANTED.**

It is therefore **ORDERED** that Rebecca Hartner, formerly of the Office of the South Carolina Attorney General, is withdrawn as counsel of record in this action.

**So ORDERED and SIGNED this 25th day of September, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE