IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan |

**[PROPOSED] ORDER**

The Court, having considered the parties' Joint Motion to Establish Page Limits for *Daubert* Motions and Motions for Summary Judgment, hereby finds that the Motion should be GRANTED.

It is hereby ORDERED that:

- Defendant Google LLC ("Google") may file two, consolidated summary judgment motions. The first motion will address Plaintiffs' federal and state antitrust claims. The second motion will address Plaintiffs' state law deceptive trade practice claims. The following page limits shall apply to each motion, respectively: (1) Google's opening briefs shall not exceed 60 pages; (2) Plaintiffs' response briefs shall not exceed 60 pages; and (3) Google's reply briefs shall not exceed 15 pages. The parties' respective Statements of Undisputed Material Fact and Responses to Statements of Undisputed Material Fact shall be filed as separate documents not subject to the aforementioned page limits.

- Google and Plaintiffs shall file any *Daubert* motions as a single, consolidated motion. Those motions shall not exceed 15 pages per expert the party decides to challenge, up to a maximum of 150 pages.