IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER**

Having considered Google LLC's ("Google's") Unopposed Motion for Leave to Serve Sur-Rebuttal Expert Report (the "Motion"), the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Google may serve a sur-rebuttal expert report addressing the opinions expressed in ¶¶ 118-124, 130, 132, 135, 513-515; Tables 4, 5, 11-14; ¶¶ 89, 169-171, 516-517; Figures 2-4, 30-32; ¶¶ 200-202; Figure 7; ¶ 231; Figure 9; ¶¶ 236-238; Figures 10-12; ¶ 244; Figure 13; ¶¶ 318-319, 540; Figures 16 and 40; ¶¶ 346-347, 349; Figures 17-20; ¶¶ 174, 419-423, 429-432; Figure 23; Table 8 of the rebuttal report of Plaintiffs' expert Joshua D. Gans by October 4, 2024.

The other deadlines set by the operative Scheduling Orders (Dkt. #609; Dkt. #194) remain in place.