# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan |

## UNOPPOSED MOTION TO FILE UNDER SEAL

Plaintiff States ("States") respectfully move the Court for leave to file under seal PLAINTIFF STATES' RESPONSE TO GOOGLE'S MOTION TO STRIKE and the exhibits thereto ("States' Response and Exhibits"), to be filed later today. Defendant Google LLC ("Google") does not oppose the States' sealing request.

The States, with Google's consent, request to file under seal the States' Response and Exhibits because: they respond to, cite, or attach materials including expert reports that Google, in requesting to seal its Motion to Strike, has stated "reflect non-public, highly sensitive commercial and technological information that, if disclosed publicly, would likely cause Google competitive harm." *See* ECF No. 612 at 2. Consistent with Local Rule CV-5, the States will work with Google to file a redacted version—with as limited redactions as possible—of the above-referenced documents within seven (7) days.

For the reasons stated above, the States respectfully request that this Court allow the States to file the above-referenced documents under seal.

Dated: October 1, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ W. Mark Lanier* <br> W. Mark Lanier <br> Mark.Lanier@LanierLawFirm.com <br> Alex J. Brown <br> Alex.Brown@LanierLawFirm.com <br> Zeke DeRose III <br> Zeke.DeRose@LanierLawFirm.com <br> Jonathan P. Wilkerson <br> Jonathan.Wilkerson@LanierLawFirm.com <br> 10940 W. Sam Houston Pkwy N <br> Suite 100 <br> Houston, TX 77064 <br> (713) 659-5200 <br> **THE LANIER LAW FIRM, PLLC** | */s/ Ashley Keller* <br> Ashley Keller <br> ack@kellerpostman.com <br> 150 N. Riverside Plaza, Suite 4100 <br> Chicago, Illinois 60606 <br> (312) 741-5220 <br><br> Zina Bash <br> zina.bash@kellerpostman.com <br> 111 Congress Avenue, Suite 500 <br> Austin, TX 78701 <br> (512) 690-0990 <br><br> Noah S. Heinz <br> noah.heinz@kellerpostman.com <br> 1101 Connecticut, N.W., 11th Floor <br> Washington, DC 20005 <br> (202) 918-1123 <br> **KELLER POSTMAN LLC** |

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201


FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*
 Brent Webster, First Assistant Attorney General of Texas
 Brent.Webster@oag.texas.gov
 James R. Lloyd, Deputy Attorney General for Civil Litigation
 James.Lloyd@oag.texas.gov
 Trevor Young, Deputy Chief, Antitrust Division
 Trevor.Young@oag.texas.gov

 **STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
 P.O. Box 12548
 Austin, TX 78711-2548
 (512) 936-1674

*Attorneys for Plaintiff State of Texas*

3

**CERTIFICATION OF CONFERENCE**

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), conferring on October 1, 2024 via email with counsel of record, and that Google LLC does not oppose the foregoing sealing request.

*/s/ Geraldine Young*
Geraldine Young

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Geraldine Young*
Geraldine Young