# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion to File Under Seal, filed on October 1, 2024. The States request leave to file under seal: PLAINTIFF STATES' RESPONSE TO GOOGLE'S MOTION TO STRIKE and the exhibits thereto, filed also on October 1, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on October 1, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF STATES' RESPONSE TO GOOGLE'S MOTION TO STRIKE and the exhibits thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.