# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § | |

## DEFENDANT GOOGLE LLC'S UNOPPOSED MOTION
## TO FILE UNDER SEAL

Defendant Google LLC ("Google") respectfully moves to seal its October 4, 2024 Reply in Support of Its Motion to Strike Improper Rebuttal Opinions of Plaintiffs' Experts David DeRamus and Anil Somayaji ("Reply").

Google, with Plaintiffs' consent, requests to file the Reply under seal because it discusses materials, including expert reports, properly designated Highly Confidential by either Plaintiffs or Google, pursuant to the Court's protective order. These materials include those discussed in Google's motion to seal its opening Motion to Strike (Dkt. #612), which to the extent necessary is incorporated herein by reference.

Pursuant to Local Rule CV-5(a)(7)(E), Google will file a redacted copy of the Reply within seven days.

Dated: October 4, 2024                     Respectfully submitted,

                                                            **GIBBS & BRUNS LLP**

*/s/ Kathy D. Patrick*
Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com
Robin C. Gibbs
Texas Bar No. 07853000
RGibbs@gibbsbruns.com
Michael Davis
Texas Bar No. 24109793
mdavis@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

## CERTIFICATE OF SERVICE

    I certify that on October 4, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

                                                                         */s/ Michael Davis*
                                                                          Michael Davis

## CERTIFICATE OF CONFERENCE

    Pursuant to Local Rule CV-7(i), I certify that the meet and confer requirements in Local Rule CV-7(h) have been met, and that this motion is unopposed.

                                                                          */s/ Michael Davis*
                                                                          Michael Davis