IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Unopposed Motion to File Under Seal its October 4, 2024 Reply in Support of Its Motion to Strike Improper Rebuttal Opinions of Plaintiffs' Experts David DeRamus and Anil Somayaji (the "Motion to Seal"). The Court has reviewed the Motion to Seal and finds that it should be GRANTED. It is therefore ORDERED that Google's Reply in Support of Its Motion to Strike Improper Rebuttal Opinions of Plaintiffs' Experts David DeRamus and Anil Somayaji shall remain under seal.