UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Google LLC's ("Google") Unopposed Motion to Serve Sur-Rebuttal Expert Report. (Dkt. #623). After considering the Motion, the Court concludes that it should be granted.

Therefore, it is **ORDERED** that the Motion, (Dkt. #623), is **GRANTED**. It is further **ORDERED** Google may serve a sur-rebuttal expert report addressing the opinions expressed in ¶¶ 118-124, 130, 132, 135, 513-515; Tables 4, 5, 11-14; ¶¶ 89, 169-171, 516-517; Figures 2-4, 30-32; ¶¶ 200-202; Figure 7; ¶ 231; Figure 9; ¶¶ 236-238; Figures 10-12; ¶ 244; Figure 13; ¶¶ 318-319, 540; Figures 16 and 40; ¶¶ 346-347, 349; Figures 17-20; ¶¶ 174, 419-423, 429- 432; Figure 23; Table 8 of the rebuttal report of Plaintiffs' expert Joshua D. Gans by October 8, 2024.

It is finally **ORDERED** that the other deadlines set by the Operative Scheduling Orders (Dkt. #194, #609) remain in place.

**So ORDERED and SIGNED this 4th day of October, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE