IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC.,<br><br>　　　　　Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

## NOTICE OF CHANGE OF FIRM NAME

To:　　All Counsel of Record

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP has changed its name to Freshfields US LLP.  The Firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system, including PACER where applicable, of the change from Freshfields Bruckhaus Deringer US LLP to Freshfields US LLP.

Dated: October 16, 2024

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Eric Mahr*
　　　　　　　　　　　　　　　　　　　Eric Mahr (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　FRESHFIELDS US LLP
　　　　　　　　　　　　　　　　　　　700 13th Street, NW
　　　　　　　　　　　　　　　　　　　10th Floor
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　Telephone: (202) 777-4545
　　　　　　　　　　　　　　　　　　　Email: eric.mahr@freshfields.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Google LLC*