IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan |

**[PROPOSED] ORDER**

Having considered Google LLC's ("Google") Motion to Bifurcate the Liability Finding from Assessment of Penalties (the "Motion"), the Court finds the Motion should be GRANTED. It is therefore ORDERED that pursuant to Federal Rule of Civil Procedure 42(b), the Court orders a further bifurcation of the trial. The initial phase of the trial will address liability only. In that initial phase, the jury will decide *only* whether any of Google's practices violated the relevant statutes.  All other issues, if any, including the number of violations and the remedy or penalty to be assessed, will be decided in a subsequent phase of the trial if necessary.