## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan |

## **[PROPOSED] ORDER**

Having considered Google LLC's Application for Status and Scheduling Conference (the "Motion"), the Court finds the Motion should be GRANTED. It is therefore ORDERED that the Court will hold a status and scheduling conference on October _____, 2024, at _____.