**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

## <u>ORDER</u>

Before the Court is Plaintiff States' ("States") Unopposed Motion to File Under Seal, filed on October 17, 2024. The States request leave to file under seal: PLAINTIFF STATES' MOTION TO DEEM SUPPLEMENTAL EXPERT REPORT OF JACOB HOCHSTETLER TIMELY SERVED and the exhibits thereto, filed also on October 17, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion to File Under Seal, filed on October 17, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF STATES' MOTION TO DEEM SUPPLEMENTAL EXPERT REPORT OF JACOB HOCHSTETLER TIMELY SERVED and the exhibits thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.