UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. | § |
| | § |
| v. | § CIVIL NO. 4:20-CV-957-SDJ |
| | § |
| GOOGLE LLC | § |

## ORDER

Before the Court is Google's Application for Status and Scheduling Conference (Dkt. #636). Plaintiff States do not oppose Google's Motion for a scheduling and status conference but oppose certain relief that Google has requested. Thus, after consideration, the Court will grant the Motion.

It is therefore **ORDERED** that Google's Application for Status and Scheduling Conference, (Dkt. #636), is **GRANTED**. The Court will hold a status and scheduling conference on **October 30, 2024, at 1:00 PM CT.**

So ORDERED and SIGNED this 21st day of October, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE