IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER OF SPECIAL MASTER

By Order of the Court dated January 26, 2024 (Dkt. #213) the undersigned was appointed Special Master to address discovery issues and disputes between Plaintiff States ("States") and Defendant Google LLC ("Google"). On October 17, 2024, the States filed their Sealed Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served (Dkt. #638).

The Special Master **ORDERS** Google to file a sealed response, if any, by **October 23, 2024**, at **12 p.m. Central**. No reply or sur-reply shall be filed regarding the States' Motion.

The Special Master further **ORDERS** that a hearing shall be held on the State's Motion on **October 24, 2024**, at **10:00 a.m. Central**. The hearing will be conducted remotely (by Zoom), and a court reporter shall be provided by the parties.

Signed this 21st day of October, 2024.

                                                    _____
                                                    David T. Moran
                                                    **Special Master**
                                                    TXBN: 14419400
                                                    JACKSON WALKER LLP
                                                    2323 Ross Avenue, Suite 600
                                                    Dallas, Texas  75201
                                                    Telephone: (214) 953-6051
                                                    E-mail:  dmoran@jw.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 21st day of October, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                      David T. Moran