IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER OF SPECIAL MASTER

By Order of the Court dated January 26, 2024 (Dkt. #213) the undersigned was appointed Special Master to address discovery issues and disputes between Plaintiff States ("States") and Defendant Google LLC ("Google"). Before the Special Master is the States' Unopposed Motion to Seal Plaintiff States' Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served (Dkt. #637).

"Judicial records belong to the American people; they are public, not private, documents." *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 417 (5th Cir. 2021); *June Med. Services, L.L.C. v. Phillips*, 22 F.4th 512, 519 (5th Cir. 2022) (same). Accordingly, "the working presumption is that judicial records should not be sealed." *Binh Hoa Le*, 990 F.3d at 419. That said, judicial records may be sealed, on a document-by-document basis, if a party establishes a compelling nondisclosure interest. *Id.* at 421.

Having carefully reviewed the Motion and attached exhibits, the Special Master finds the Parties' nondisclosure interests here compelling enough to rebut the presumption of openness. *Id.* The States' Motion and supporting exhibits contain highly confidential, non-public data and information. The Parties' request to seal

1

these documents is therefore justified, compelling, and meets the Fifth Circuit's standard as set forth in *Binh Hoa Le*, 990 F.3d at 419, and *Phillips*, 22 F.4th at 519.

It is therefore **ORDERED** that Plaintiff States' Unopposed Motion to File Under Seal (Dkt. #637) is **GRANTED**.

It is further **ORDERED** that all documents and exhibits referenced in the granted motion to seal shall remain under seal.

Signed this 21st day of October, 2024.

David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail:  dmoran@jw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 21st day of October, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

David T. Moran

42305207