THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN MATTHEW AVDEEF, | § | |
| | § | |
| Petitioner & Google Crime Victim | § | |
| | § | |
| V. | § | |
| | § | |
| | § | |
| | § | Case No. 4:20-CV-957-SDJ |
| | § | |
| | § | Hon. Sean D. Jordan |
| | § | |
| | § | |
| | § | |
| Google LLC. | § | |
| | § | |
| Defendant. | § | |

## ENSUING CRIMINAL RETALIATION REPORT TO THE HONORABLE JUDGES JORDAN & DURRETT WITH FORMAL REQUEST FOR MONETARY SANCTIONS BE LEVIED AGAINST GOOGLES EVERMAN -DEM CRIMINAL CONSPIRATORS, & BRIEF IN SUPPORT THEREOF

COMES NOW Movant and Google Crime Victim, STEPHEN MATTHEW AVDEEF, and files this *'Ensuing Criminal Retaliation Report To The Honorable Judges Jordan & Durrett With Formal Request For Monetary Sanctions Be Levied Against Googles' Everman-Dem Criminal Conspirators' & Brief In Support Thereof,* against Defendant, United States Government, DOD, Democrat, FDA, FBI, DOJ Socialist Criminal Enforcer, and NSA Spying Contractor Google Inc. and would respectfully show the Court as follows:

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan**     1
**and The Honorable Aileen Goldman Durrett and Request For Sanctions**

**INCLUSIVE FEDERAL CRIMINAL MATERIAL WITNESS AND CRIME VICTIM RETALIATION COMPLAINT TO THE OFFICE OF THE UNITED STATES ATTORNEY AGAINST THE STATE OF TEXAS, GOOGLE, THE FDA, THE DEMOCRATIC NATIONAL PARTY AND THE CITY OF EVERMAN TEXAS, INDIVIDUALLY, MAYOR RICHARDSON**

1. This case is in no way just about childishly vindictive set of municipal citations; it is about horrendously ruthless Democrats ordering acts of retaliation. In reality, this case is about perpetual Democrat corruption as each Democrat President executes a plan of ever increasing so-called *'transformation'* of this great nation! And, how Democrats will infiltrate each federal agency of power in order to take command and control of the *'Election Fraud/Interference'* crimes and transformative acts of destruction of our way of life. This is on display during this demonstratively hateful and panic filled election now before us. This is in no way any form of allegation, as now proven by the nauseatingly corrupt FBI providing criminal cover for the Hillary Clinton paid for *'Russia Hoax'* and even providing wholly and criminally fraudulent authentication criminal protectionism of the *'Russia Hoax'* that the FBI was culpably aware at first notice, that it was yet another Democrat election fraud scheme. Each time Democrats are removed from power for corruption, they lie, cheat, and fabricate any crime needed to destroy a political detractor who stands in the way of shoving Democrat controlled Socialism down our collective throats, as clearly proven from the Clinton, then Obama, & now the Biden administrations, and are now a proven set of materials facts.

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan and The Honorable Aileen Goldman Durrett and Request For Sanctions**    2

2.    This notice to the Office of the United States Attorney needs to be the first salvo in the long standing federal crimes that my family has been forced to endure, and that will be soon prosecuted post election. Rather than spending the next several hundred pages elaborating on how Movant's family was dragged into the political corruption scam that began with Movant mistakenly contacting then unknowingly corrupt AG Eric Holder to expose rampant Democrat protected FDA and CDC federal crimes, and how these crimes just crescendoed with the Murder of Movant's only son, Movant will include the previous Federal District Court Compact Disc that contains just a few material evidence examples.

3.    What is now vehemently requested out of sheer fear of trepidation from the United States Attorney, is for the criminal investigation to be launched immediately, now that the FBI just ghosted a United States District Court Judge in the form of The Honorable Sean D. Jordan, who obviously reported this matter, and whose complaint and report was disrespectfully and summarily dismissed.

4.    This case is about criminally belligerent Democrats threatening Republicans that if the elected members of the Republican party attempt to tarnish or publicly expose Obama era corruption criminality, then Democrats threaten to abuse their standard devious and dishonest media complicit propaganda tactic in order to spin the very same corruption case in order to abuse the very same corruption that leads directly back to Texas Governor Abbott and AG Paxton, to **FLIP TEXAS BLUE!**

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan**      3
**and The Honorable Aileen Goldman Durrett and Request For Sanctions**

## Statement of Facts To The United States Federal District Court

**5.**     This ongoing campaign of perpetual criminal harassment from Democrats against any potentially destructive political detractor has now run its course & has just proven all previous allegations presented to this Honorable court and are now material fact. If indeed the Federal Court was waiting to gauge the reaction from a controlling governance of power and rule of law for the United States of America in the form of reporting this matter to something prestigious as the FBI. Then the immediate brush off over such a contentious criminal issue that fearfully links all the way back to obnoxiously corrupt Obama administration officials, and even Obama himself for his criminal protection order to provide prosecutorial protection for Obama friend and wholly corrupt former FDA Director, Dr. Margaret Hamburg. This two (2) decade long series of federal and even global crimes that Democrats turned to Socialist Enforcer Google to begin the criminal theft and distribution of Movant's registered Copyright through a United States Department of Defense (DOD) server, in where U.S. Soldiers read the novel for free, then retuned home with a still concealed number of '*Unclocked, Full View*' PDF feature length illegal copies, that flooding of the market was maliciously intended to strip Movant of all financial means, and to utterly destroy Movant's publishing career. The Google threats to HBO, Simon & Schuster, an entire industry of literary agents, & blacklisting Movant, needs to now result in this court granting damages.

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan     4
and The Honorable Aileen Goldman Durrett and Request For Sanctions**

**Inclusive '*Burden of Proof*' to this Federal Court of Political and Federal Criminal Ossification in regards to the Federal Bureau Of Investigations (FBI) "*Piss Off & Go Away Letter*" as Branded by OK Senator Tom Coburn**

6.    Directly pursuant to a suspiciously similar letter received by Dear Friend and now deceased Oklahoma Senator Tom Coburn received when Tom personally demanded the FBI Director to criminally investigate and therefore pursue criminal prosecution of Google, FDA officials, and prominent members of the Obama Democratic Party on Movants behalf, thus, officially branded a "*Piss Off & Go Away, Rude & Disrespectful Response,*" Tom stated at that timeframe that FBI Directors Mueller and Comey were going to face federal prosecution for the FDA criminal protectionism of the '*Federal Criminal Medical Insurance Fraud*' that Movant wholly and profusely exposed and has been since brutally harassed over.

7.    This wholly corruptive spit in the face to a crime victim of '*Federal Criminal Retaliation, Witness Intimidation, Federal Wire Fraud, Harassment, Bank Fraud, Insurance Fraud, Extortion, Computer Hacking, IP Theft, Copyright Theft, Child Abuse, Injury to a Child, Federal Criminal Indifference To Death, Murder, Federal Criminal Conspiracy,*' Violation of the Federal RICO ACT, multiple Violations of the Organized Crime Statutes, '*Ongoing Criminal Enterprise*' Congressional Mandate Violations of the National Safety Recall Act, victim of CDC Corruption, just to name a few, and after the FBI being FORCED TO ANSWER, TWO…(2)…YEARS…LATER, No…Crimes…Were…Found!

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan**     5
**and The Honorable Aileen Goldman Durrett and Request For Sanctions**

8.    In full view of a United States Federal District Court, and multiple elected members of the United States Government, the notoriously corrupt and Democrat run FBI, just initiated a blatant Deployment of the Democrat Corruption Broom that Just Swept Your Honor's Report to the FBI under the Democrat/Google/FDA Corruption Rug. Just for thought, the FBI was informed two (2) years ago that a pair of federal agents barged into a federal criminal witness's home, knocks that complainant to the floor in the front hallway, then spends a few hours viciously taunting the crime victim and reporting party, then before the still concealed federal agents can enact the home invasion murder plan, the crime victim manages to get the armed drop on the Democrat & Google protecting killers, AND…NO…CRIME…IS…FOUND? Despite that fact that Senator Coburn was in the middle of impeaching an entire set of corrupt federal judges, was about to indict Obama appointee Dr. Hamburg, prosecute key members of the FDA and CDC, indict FBI Directors Comey and Muller, indict AG Holder, and was preparing to hold congressional hearings to expose the entire Democrat and Google enforcement and global crime syndicate, but sadly, Tom passed away, AND…NO…CRIME…IS…FOUND? Holy Cow! Now Your Honor can see why President Trump is not going to clean out the nauseatingly corrupt FBI, DOJ, FDA, CDC, NSA, and the DOD with a whisk broom and dust pan, Trump plans on using a **Bulldozer!** This is why the Dems are getting so nasty, due to facing prison time.

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan and The Honorable Aileen Goldman Durrett and Request For Sanctions**      6



**U.S. Department of Justice**

Federal Bureau of Investigation

---

Washington, D.C. 20535-0001

September 18, 2024

Mr. Stephen M. Avdeef
1000 Kelley Drive
Fort Worth, TX 76140

Dear Mr. Avdeef:

I am writing in response to your August 24, 2022, letter to Attorney General Merrick Garland, which was forwarded to the FBI. I apologize for the delay in responding to your letter. You wrote regarding alleged intimidation, civil rights violation, and criminal retaliation for being a federal whistleblower.

In order for the FBI to initiate an investigation of any complaint we receive, specific facts must be present to indicate a violation of federal law within the FBI's jurisdiction has occurred. Based on a review of the information provided, the details and documentation do not indicate a violation of federal law.

If you learn of additional specific factual allegations regarding a possible federal criminal violation, you may contact the FBI National Threat Operations Center (NTOC) at tips.fbi.gov, or call telephone number 1-800-CALL-FBI.

I appreciate your bringing this matter to our attention, and I hope this information will be helpful to you.

Sincerely,

Devin Kowalski
Section Chief
Public Corruption and Civil Rights Section

---

**The FBI Just Disrespectfully Ignored The Concerns of a U.S. Federal Court.**

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan and The Honorable Aileen Goldman Durrett and Request For Sanctions**

7

**THE ABOVE FBI RESPONSE LETTER TO THE MERRICK GARLAND LETTER FROM TWENTY-SIX (26) MONTHS AGO IN 2022, IS NOW A SPECTACULAR PROSECUTABLE PIECE OF MATERIAL EVIDENCE!**

**9.**     When complained that the FBI deleted and maliciously purged all previous criminal material evidence and federal documents, it was then only an unconfirmed allegation that was stated by a federal confidential contact. Movant needed to prove the criminal deletion that was intended to protect FBI, DOJ, Google/NSA and Democrat criminal corruption, and thus impeachable Biden criminal behavior, and this letter now amazingly proves that allegation far past all shadow of a doubt!

**10.**     Movant intentionally did not include any of the FBI Director Wray criminal complaints for the sole reason that the FBI would only be able to respond to the DOJ Merrick Garland letter. What this now proves to this very same Federal District Court that the criminal facts were presented to. Why, in fact, Movant did not provide any of the FBI complaints & materials evidence that the lack thereof is now the criminally culpable excuse for '*No Crimes Found*' and the condescending lecture demanding that evidence needed to be provided in the future, is now **Proof.**

**11.**     THE FBI NOW INADVERTENTLY JUST CONFESSED IN WRITING TO THE MALICIOUS CRIMINAL DELETION OF ALL PREVIOUS FEDERAL DOCUMENTS REFERRING TO MOVANT & COBURN FILES & NINETEEN (19) YEARS OF FDA/DEMOCRAT CRIMES THAT BEGAN WITH THE FDA APPROVED CRIMINAL VICTIMIZATION OF MOVANT'S CHILD, IN 2006.

**INCLUSIVE RETALIATION RESPONSE TO THE ALREADY PROVEN & WHOLLY CORRUPT EVERMAN MUNICIPAL COURT IN REGARDS TO THE SUBJECT CITATIONS ISSUED FOR HARASSMENT PURPOSES & PRESENTATION OF THE FORMAL LEGALLY REQUIRED TEN (10) DAY RESPONSE TO THE CITY OF EVERMAN MUNICIPAL COURT**

12.    Upon the USPS service of the aforementioned City of Everman Citations, Citation # 1, E0004034, Citation #2, E0004035, & Citation # 3, E0004036, an immediate Documentation Notice was served Via: Electronic and Hand Delivery the next following business day, on or about Tuesday, October 8, 2024. This material evidence action was taken in order to prove to the United States Federal District Court that in no way would Everman criminal conspirators properly withdraw the vindictive criminal retaliatory attack, and this required answer now proves that crime beyond all shadow of a doubt proven by perjury & trespassing.

13.    Thus, a wholly corrupt Everman municipal court now requires a forced answer through extortion and criminal belligerence, and here is that answer.

14.    The City of Everman is wholly barred from the legal or proper prosecution from the perpetual series of citations in regards to parking on an unpaved surface as referred to in Officer Dabbs citation # E0004036. This very same criminal allegation was the subject at the very same location in multiple previous Municipal Court actions that involved Prosecutorial and Judicial Misconduct. These federal and Texas state corruption crimes are already the subject of a Federal Criminal Complaint, and thus Everman is openly retaliating & acting in an abusive manner.

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan and The Honorable Aileen Goldman Durrett and Request For Sanctions**                    9

**15.**    Therefore, in regards to the constant acts of municipal harassment that needs to result in the federal criminal prosecution of Police Chief Spencer, Officer Dabbs, Mayor Richardson, Officer Westmoreland, Code Enforcement Donna Strickland, and all members of the Everman City Council, this court is wholly barred from retaliatory prosecution for the aforementioned prosecution pursuant to *'Res Judicata*,' and thus *'Double Jeopardy*,' and thus should be immediately and summarily, **DISMISSED...WITH...EXTREME...PREJUDICE.**

**16.**    In regards to Officer Dabbs issued citations, are federal crimes of retaliation.

**17.**    A law enforcement officer issued citation requires the criminal recipient to sign the citation in legal acknowledgment of that legal infraction, and the signature is a required legal acknowledgment of the accused's CIVIL RIGHTS, and the signature line reinforces that federal protected civil right from false prosecution, in the form of *'This Is Not A Plea Of Guilt*.' Therefore, by Officer Dabbs FAKING THE LEGAL ACKNOWLEDGEMENT by maliciously & deviously filling in the signature bar with "***AT Large***" Officer Dabbs just committed a Federal Criminal Civil Rights crime in the intentional deprivation of the accused's Civil Rights, and Officer Dabbs should face federal prosecution for the criminal retaliatory nature of all three (3) **Criminally Belligerent Citations.** Thus, for Dabbs to covertly & illegally trespass & sneakily delay service of three (3) **Faked** Citations by sending them certified mail, it denied Movant of six (6) of the ten (10) days response time.

**18.**     In a vindictive rush to viciously attack a reporting crime victim, Everman

failed to chose its words carefully when fabricating a retaliation strike out of sheer

pomposity. The remaining two citations E0004034 and E0004036 are claiming

UNLICENSED VEHICLES ON PREMISE. To begin, a municipality has utterly

no legal standing and or Texas State Granted Authority to collect taxes and duties

on Texas Motor Vehicle Registration. This legal standing to enforce vehicle

registration is the sole authority of the TEXAS DEPT. OF MOTOR VEHICLES,

thus Everman perpetrating an act of criminal fraud, and both remaining citations

should be **DISMISSED WITH EXTREME PREJUDICE**.

**19.**     In a stunning & utterly nasty act of criminally belligerent cruelty, the wholly

corrupt Everman Police Department has the audacity to claim failed annual motor

registration of both motor vehicles OWNED BY THE SAME PERSON THAT

THE EVERMAN POLICE MURDERED! This fact alone should inspire the

Office of the U.S. Attorney to submit this organized crime acts of ongoing criminal

enterprise, and proven criminal conspiracy, to a Federal Grand Jury for Criminal

indictment. Toby Avdeef Purchased the Dodge Dakota for the love of his life Viki,

who he had just returned from residing in New Mexico, in one final effort to seek

marriage. The PT Cruiser was being upgraded by Toby just before his murder.

**20.**     It is none of a municipalities business as to who owns a motor vehicle

legally parked in your driveway, on private property, or if the tags are up to date!

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan**    11
**and The Honorable Aileen Goldman Durrett and Request For Sanctions**

**21.** On or about January 1990, Movant traded $5,500.00 in equitable labor as a down payment purchase agreement in a HUD, Housing and Urban Development contract, in order to purchase this house for Mother, Shirley Avdeef. Shirley never owned a home pursuant to being an '*Army Wife*' by being married to John Avdeef who went into the ARMY as a tank mechanic, went to W.O.C., became a helicopter pilot, then flight instructor who trained many Viet Nam medivac pilots.

**22.** This makes Movant a co-home owner who has been parking in the very same Everman act of abuse parking space uninterrupted for thirty-four (34) consecutive years. This '*Grandfathered*' parking issue even predates the Everman adoption of the National Standard and Building Codes by the better part of a decade. The once gravel driveways on both sides of the workshop driveway, have had a never-ending series of Boy Scout and Special Needs carnival trucks being parked in the very same location for over three (3) decades. The current 1976 U.S. Air Force 4X4 2.5-ton nuclear shielded weapons carrier with 12 bolt Humvee axles, is a very popular truck with the special needs carnival attendees, pursuant to the vintage and pristine military camouflage paint scheme. This monster is a hit with the kids, and is too large to safely park in front of the house, or the house driveway, pursuant to the excessive weight of the nuclear armor plate shielding and the inclusive Faraday cage inside the cab framing. Therefore, each legal decision and victory through perjury is WHOLLY & LEGALLY '*GRANDFATHERED*' IN.

<u>**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan**</u>          12
<u>**and The Honorable Aileen Goldman Durrett and Request For Sanctions**</u>

<u>INCLUSIVE SCANNED PDF DOCUMENTATION OF THE CRIMINAL
RETALIATORY RESPONSE FROM A FEDERAL MATERIAL
EVIDENCE PRESERVATION DEMAND PURSUANT TO THE FEDERAL
SPOILATION DOCTRINE SERVED UPON THE CITY OF EVERMAN &
CRIMINAL CONSPIRATOR, FIRST BAPTIST CHURCH OF EVERMAN</u>

23.    Here in fact is the hard copy trigger point that inspired the Everman criminal

empire to viciously lash out at a federal and municipal bribery corruption crime

victim. Spelled out within the three (3) page document is the criminal actions of

crime boss C. W. Spencer, who criminally abuses his position of power as both an

Everman Police Chief, and a wholly corrupt Everman City Manager. This position

that Mayor Richardson and the entire Everman City Council is criminally culpably

aware of, view this more than decade long citation scam, after citation scam, after

citation scam, as a money saving act of greed, from a prosecutable greedy and

corrupt city government that is ravenously abusing their political positions as their

**OWN PERSONAL PIGGY BANK OF GREED AND CORRUPTION!**

24.    Here is the sickening details of the federal criminal prosecutorial and judicial

misconduct fraud that is being exposed, right here, and right now. As a deviously

corrupt and current pack of elected members of municipal government that the

corruption unit at the Texas Rangers, the TX Commission for Judicial Conduct, the

Texas AG, and the Texas State Bar all find criminally acceptable. The beat down

of a parent of a child abuse/injury to a child crime victim that the city was the child

abusing perpetrator, then Everman, **Never Has To Pay, Any…Civil…Judgment!**

*Friday, September 20, 2024*

Law Office of Craig Magnuson, Mr. Craig Alan Magnuson, 1240 Southridge Ct.,
Suite 105, Hurst, Texas 76053 _____ Service Via: FedEx 7787 2996 5121

City of Everman, Mayor Ray Richardson
212 Race Street, Everman, Texas 76140 _____ Service Via: FedEx 7787 2942 9016

City of Everman, Police Chief/City Manager C. Spencer
212 Race Street, Everman, Texas 76140 _____ Service Via: FedEx 7787 2967 8877

First Baptist Church Everman (FBCE), Attn: Pastor David King
501 W. Barron Ave., Everman, Texas 76140   Service Via: FedEx 7787 2987 3285

Office of Attorney General of Texas, Attorney General Kenneth Paxton, Jr.
300 W. 15th St., Austin, Texas 78701 _____ Service Via: FedEx 7787 2938 0570

State Commission on Judicial Conduct, P.O. Box 12265,
Austin, Texas 78711-2265 (512-463-5533) _____ Service Via: USPS

## FORMAL PRESERVATION OF MATERIAL EVIDENCE DEMAND PURSUANT TO THE FEDERAL SPOILATION DOCTRINE BEING SERVED UPON THE CITY OF EVERMAN AND EVERMAN POLICE

To all served impending Defendants and multiple subjects of a Federal Criminal Retaliation Report to the United States Federal District Court,

For purposes of now inevitable Federal Civil Litigation and amended attachment to a currently pending Federal Criminal Complaint against the City of Everman, all served recipients are now DEMANDED TO PRESERVE ALL MATERIAL EVIDENCE. Your collective and criminally conspirative acts of Federal Criminal Retaliation that were recently perpetrated upon your reporting crime victim, is now being presented to the United States Federal District Court.

On or about Friday, September 20, 2024, a written demand for the truth was properly served upon the City of Everman by both hand delivery, and electronic service upon the entire Everman City Council. This notice was also subsequently served by hand delivery on the criminal conspirator FB Church of Everman. The aforementioned hand delivery was slipped into the physical spacing in a pair of commercial entrance doors next to the USPS box, on the West side of the church.

Formal Preservation of Material Evidence Demand Pursuant To The Federal          1
Spoilation Doctrine Being Served Upon The City of Everman and Everman Police

### *PARTIAL ACTS OF CRIMINAL RETALIATION FOR PROSECUTION*

When in fact the city of Everman instructed a now former city employee to task the aforementioned city workers wife to file a false complaint with DFPS, that is not only a Texas State Jail Felony & falsification of State Records, it was in fact a series of Federal Crimes. This was a federal civil rights attack along with federal criminal acts of witness intimidation and criminal retaliation. In no way is this preservation demand listing even a small part of the entire criminal retaliatory campaign, that is now being presented in the form of a Formal Criminal Retaliation Report to the Federal Court, and the proper federal authorities for prosecution.

The actual trigger point that needs to now result in the federal prosecution of all named parties here, occurred as a direct result of the aforementioned hand delivery service to criminal conspirators and impending Defendants, First Baptist Church of Everman, and all church conspirators. On or about September 20, 2024, at 8:25 AM Everman Police issued a criminal protection threat against a First Baptist Church of Everman crime victim. This criminal retaliatory act of fear and intimidation presented as a threat of future arrest, was wholly intended to provide criminal protection from all future proper legal document service upon already properly noticed impending Federal Civil Litigation Defendant(s). This material fact of retaliation was stunningly admitted to by issuance of a '***Criminal Trespass Warning***' presented at the crime victim's residence located at 1000 Kelley Drive by Everman Police Officer Westmoreland Badge # 267. Officer 267 clearly stated that the church views a crime victim's PROPERLY SERVED LEGAL NOTICE, as "***AN ACT OF HARASSMENT***." This stunning admission now contained upon both Officer 267, and the second unidentified Officer present, who never spoke, is contained upon both Police Officers body cam footage, and will be the subject of a material evidence subpoena and should lead to criminal prosecution of Officer 267.

The blatant confession from Officer 267, now illustrates to all impending federal authorities, that this was IN NO WAY A CRIMINAL TRESPASS, and in fact was a MATERIAL THREAT TO PROTECT A FELLOW EVERMAN CRIMINAL CONSPIRATOR FROM ALL FUTURE LEGAL SERVICE. Officer 267 was visibly angry, as it was clear that the officer's hands were shaking, and his hands were steadied on his uniform belt, that should now be visible for the secondary officer's body cam footage. Besides the blatant criminal material threat intended to protect fellow criminal retaliation actors, the impending Federal Civil Litigation, is a **Civil Matter**! Thus, it is wholly improper for the Everman Police to interfere with civil legal service. Officer 267 attempted to escalate the situation by claiming that Movant was yelling in order to improperly incite a physical conflict.

The City of Everman just successfully lied their way out of a Prosecutorial & Judicial Misconduct Complaint in where the FBCE retaliation scam was properly included in the material evidence of Federal Criminal Retaliation intended to continue to bludgeon and threaten the city's way out of exposing the child abuse bribery of former Everman Police Detective Steele. These ongoing criminal matters were even the subject of a recent Cease and Desist Retaliation Demand, that the City of Everman wholly ignored. The number of criminal actions are far too extensive to properly list here, and FBCE is now wholly abusing their criminal relationship with such a disgustingly corrupt city, and now the Everman Police have just proven all pending allegations with a vicious and wholly vindictive act of SLANDER & DEFAMATION OF A PUBLICLY SEARCHABLE CRIMINAL RECORD. If there was any doubt whatsoever that this was a personal criminal attack from the Everman Police, before leaving, Officer 267 even went as far as placing an '*unclocked*' no time limit, Orange '*Parking Violation*' Sticker, open ended threat on a vintage Dodge truck temporarily parked at the curb in front of the aforementioned residence. The ownership of these '*Carnival Trucks*' was already the subject of a written notice to the City of Everman, in where the ownership of the classic vehicles was in the process of being transferred to the Learning For Life Champion Field Day Carnival For Special Needs Children, that will take place as soon as the IRS grants the applied for 503 charity. Even with proper documented service upon the wholly corrupt City of Everman, no petty act of retaliation is apparently beneath a corrupt Police department, who our ENTIRE FAMILY LIVES IN MORTAL FEAR FROM SUCH A CORRUPT CITY ENTITY!

This FORMAL FEDERAL MATERIAL EVIDENCE PRESERVATION DEMAND PURSUANT TO THE FEDERAL SPOILATION DOCTRINE, is now being served upon all above served impending Federal Civil and Criminal Litigants. All served criminal and civil actors will now preserve all relevant police body cam footage, all electronic mail between all actors and outside yet to be named sources. All physical mail in regards to the entire series of stated and unstated crimes from January 2010, until present day. All 911 and telephonic data both hard line and cellular data is now formally demanded to be preserved.

817-564-3888      sci_writer@hotmail.com      _____

Stephen Matthew Avdeef

*cc: President Donahue of The Hague, the E.U.I.P.O., The World Court of Justice, The DOJ, FBI, Inspector General of the United States of America, U.S. Speaker of the House Mike Johnson, Senator Jim Jordan, Senator Josh Hawley, Former President The Honorable Donald J. Trump, Fox News Sean Hannity, and our London Barrister, Attachment to the Impending United States Federal District Court Litigation Complaint, Attachment to the E.U.I.P.O. International IP and Copyright Theft Complaint, Attachment to Part Three of Three (3 of 3) of the requested World Court of Justice International Criminal Human Rights Violation Pleading to The Hague and the Honorable Federal Judges Sean D. Jordan, & The Honorable Aileen Durrett*

Formal Preservation of Material Evidence Demand Pursuant To The Federal                    3
Spoilation Doctrine Being Served Upon The City of Everman and Everman Police

**Criminal Level '*Cause and Effect*' and Material Evidence Proof of Criminal Belligerence in Total Failure For Everman To Withdraw Retaliatory Strike.**

25.     The following PDF copied document was served both electronically to the ENTIRE EVERMAN CITY COUNCIL, and via hand delivery to Everman City hall in the nighttime drop box for physical receipt on or about first thing Tuesday morning, October 8, 2024. This was to document material physical proof that even when Everman is caught red handed, Everman will never stop their criminal behavior. Everman wholly failed to withdraw that criminal act of harassment by dismissing the multiple citations that Everman has no legal standing to pursue, and they are legally barred directly pursuant to '*Res Judicata*,' and even criminal '*Double Jeopardy*.' A municipal citation is in fact a Criminal Misdemeanor, and when Prosecutor Prouty lied on a Texas court record, his criminal retaliation and act of criminal perjury, now disallows Everman from seeking another bite at the apple to obtain a criminal conviction for something that they failed to manipulate the criminal process at that time. This was also intended to document to the Federal Court that Everman was vindictively retaliating for the previous notice that Movant was seeking to present a criminal retaliation report in order to bully, threaten, intimidate, and ruthlessly harass Movant in to abandoning that aforementioned criminal report procedure. What this now shows to this court, is that **EVERMAN WAS POUNDING AWAY WHILE THE COURT WAS BEING SERVED & AT THE VERY SAME TIME YOUR HONORS' WERE BEING PLED TO**.

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan and The Honorable Aileen Goldman Durrett and Request For Sanctions**                17

*Monday October 7, 2024*

<mark>**SERVICE VIA: HAND DELIVERY ON TUESDAY OCTOBER 8TH, 2024**</mark>

To Mayor Richardson and Everman City Manager/Police Chief C.W. Spencer
Via Electronic Service to the Court Clerk and the Entire Everman City Council

FORMAL DOCUMENTATION OF ACTS OF FEDERAL CRIMINAL
RETALIATION TO THE CITY OF EVERMAN AND SERVICE COPY
DELIVERY OF THE FIRST CRIMINAL RETALIATION REPORT TO THE
CIVIL/CRIMINAL, CLASS 2 UNITED STATES FEDERAL DISTRICT COURT

To the City of Everman,

Directly pursuant to your '*Abuse of Power*' act of criminal retaliation dated
Monday, September 30, 2024, on or about the third (3rd) mailing day of the proper
perfected legal service of a '*Formal Preservation of Material Evidence Demand
Pursuant to the Federal Spoliation Doctrine*' served upon the Everman City
Attorney, your now documented actions are in fact, <mark>**A...FEDERAL...OFFENSE!**</mark>
This cover letter is wholly intended to present the City of Everman the Hard
Service Copy of the **FORMAL CRIMINAL RETALIATION REPORT TO
THE HONORABLE SEAN D. JORDAN & THE HONORABLE AILEEN
GOLDMAN!DURRETT,** once you retaliated for a properly served federal doc.

Your now perpetual criminal citation abuse of the wholly corrupt and rigged
municipal court system through acts of governmental corruption in order to bully,
threaten, and intimidate your crime victim, now wholly and spectacularly proves
the criminal case to the federal authorities. The City of Everman was served proper
notice of an impending '*Federal Criminal Retaliation Report*,' and thus retaliating
within three (3) business days is a now wholly prosecutable subsequent federal
criminal retaliatory act. Thus, I will now immediately be reporting this '*Cause &
Effect*' criminal harassment act to the federal district court in where a pending
request for an '*Order For Protection*' and '*Cease & Desist Order*' against the City
of Everman now requires an amended request for multi-million dollar Federal
Monetary Sanctions & Federal Criminal Prosecution now that you just vindictively
retaliated while everyone was watching and waiting for you to pull your next act of
"*scumbagism*." Now you will go to prison for what you think you are getting away
with and we hope you now both face lethal injection for Toby's murder. We finally
got pictures of the blacked out SUV that you child killers ran him down with!

Thank you for criminally lashing out.

_____
Stephen Matthew Avdeef

Formal Documentation of Acts of Federal Criminal Retaliation
To The City of Everman                                    **Solo Page:**!

<mark>**This now proves Everman will never stop, until they are forcibly stopped!**</mark>

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan**    18
**and The Honorable Aileen Goldman Durrett and Request For Sanctions**

## Photograph of The Alleged Everman *'Murder Weapon'*

**26.**    Only a few days before Toby Avdeef's motor vehicle homicide that took place on New Years Eve 2023, December 31st, 2023, Toby relayed a fear filled and excruciatingly accurate description of the Everman Police vehicle that had recently been stalking Toby. Unfortunately, Toby was never able to identify the specific officer that was driving the murder weapon. The exact statement as to the identification inquiry, was the following unedited and brutally honest statement.

*"It was that mean ass pig, who threatened me the last time I was pulled over & asked him what his fuckin problem was. He followed me out of Everman again!*

**27.**    Out of mortal fear that the criminally complicit FBI would do utterly NOTHING, and no prosecution or even basic criminal investigation would ever be performed, Movant has not revealed this crucial detail in the hopes that a federal criminal probe would in turn prompt Movant to reveal these prosecutable material evidence facts, and now, the FBI has made that fear a now quantifiable material fact, and a justification for this court to hopefully end this matter, once and for all.

**28.**    This is not an allegation, the death of Toby Avdeef that Democrats are now bullying the City of Dallas to sweep this matter under the rug, makes this a prosecutable case from the Office of the United States Attorney, directly pursuant to the fact that this was in fact a political assassination intended to bully, threaten and intimidate a material witness in order to protect Google and **EVIL** Democrats.

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan          19
and The Honorable Aileen Goldman Durrett and Request For Sanctions**



This blacked out vehicle was identified by Toby Avdeef before he was **Murdered**.

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan and The Honorable Aileen Goldman Durrett and Request For Sanctions**    20

**Legal Argument For The Issuance of Severe Monetary Sanctions Against The City of Everman, Individually Mayor Richardson, Chief Spencer, & The State of Texas, Texas State Bar, The Texas Rangers, & The State Commission For Judicial Conduct for For Ongoing Criminal Harassment In Order To Prevent The Reporting of Ongoing Criminal Behavior To The Federal Authorities**

29.    When Senator Coburn instructed then Tarrant County DA Shannon to file felony child abuse, injury to a child, and medical insurance fraud charges against Rockline Industries, CNA Insurance, the FDA, CDC, and Obama officials; It was wholly unseen that criminally unscrupulous CNA Insurance lawyer would in fact discover just how historically corrupt the '*Local Police*' were, and by defacto, how corrupt the entire City of Everman was? Thus, lawyers decided to see if obnoxiously arrogant Everman Police Detective Steele, indeed had a price?

30.    Once the bribery was revealed by one Everman Police Detective and one Everman patrol officer stopping by Movant's workshop while Movant was working on hand carved carnival equipment, both Everman officers stated that they could no longer listen or morally tolerate braggart Detective Steele, "***Running His Mouth Anymore In Good Conscience.***" Their act of truthfulness actually triggered this entire ongoing campaign of crime victim harassment. Upon reporting this to the staff of Senator Coburn's investigative committee, it actually backfired. This was pursuant to the fact that the Federal Complaint alerted the Corrupt City Council and the criminal mastermind in the form of Chief Spencer, to begin the constant harassment of the parents of a child crime victim, to suppress the crimes.

**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan and The Honorable Aileen Goldman Durrett and Request For Sanctions**    21

**31.** Unfortunately, this United Sates Federal District Court was unknowingly dragged into to the middle of these long-standing acts of "*scumbagism*," once it was suggested by the Republican party that Movant file a '*Friend of the Court*' Federal '*Amicus Curie Brief*.' This act of Good Intention of hopefully exposing the real danger that the Google Criminal Empire posed to the entire planet in regards to the Google intended total decimation of global copyright and intellectual property rights, out of sheer Socialist based corporate greed, also backfired.

**32.** Utterly no one predicted that Democrats would follow the lead of a pack of scumbag lawyers who still need to go to a Federal Prison and face permanent disbarment, and would view Texas protected "*Good Ole Boy*" corrupt municipality as a weapon of submission and financial suppression. This was all a direct result of the sheer corruption exposure panic that triggered the Democratic Party to react in order to take whatever criminal actions needed to stop a Google crime victim and Democrat political criminal detractor. This is even if dead and sickened children and senior citizens had to be ruthlessly suppressed & concealed by still maliciously run FDA and CDC. This is one of the primary reasons that the Democrats are terrified that this act of what a Democrat Senator referred to as the "***Dead Kids and Old Folks Factor***" utterly decimating the fraudulent Obama "***No Controversy***" legacy. Now that these Dem/Google/Everman crimes have stolen yet another few weeks of Movant's life in drafting this forced response, this court should now act.

<u>**Ensuing Criminal Retaliation Report To The Honorable Sean D. Jordan and The Honorable Aileen Goldman Durrett and Request For Sanctions**</u>   22

## Conclusion and Prayer

**33.**     With the belligerently forced drafting of this apprehensively anticipated further corruption report, the Federal Court should now have all the proof required in order to render a judiciously harsh act of long awaited justice. Therefore, retaliation crime victim Movant now humbly prays that this United States Federal District Court will in fact monetarily sanction the Everman Criminal Empire as a whole, in the amount of twenty-five million dollars (**$25,000,000.00).**

**34.**     Movant now humbly prays that this court will in turn levy monetary sanctions against each active and criminally malicious criminal actor in the Everman criminal thiefdom, each and individually, two-hundred and fifty-thousand dollars each, (**$250,000.00),** [exception of Bill Lane]. This criminal conspiracy list hereby includes, but is not limited to, only currently know members in the form of;

| | | |
|---|---|---|
| A. | Everman Mayor Ray Richardson = | $250,000.00 |
| B. | Everman Police Chief/City Manager C.W. Spencer = | $250,000.00 |
| C. | Everman Code Enforcement Donna Strickland = | $250,000.00 |
| D. | Everman Police Officer Westmorland, Badge # 267 = | $250,000.00 |
| E to | All six (6) current Everman City Council Member, and one (1) | |
| K. | former member who fled the council be sanctioned = 7 = | $250,000.00 |
| L. | Former Everman Prosecutor Herbert Prouty be recommended for | |
| | permanent disbarment, and be sanctioned = | $250,000.00 |
| M. | Former City Attorney/Prosecutor Magnuson be recommended for | |
| | permanent disbarment, and be sanctioned = | $250,000.00 |
| N. | Everman Municipal Court Judge Bill Lane be permanently disbarred, | |
| | and be made a stern example of, be sanctioned = | **2,500,000.00** |
| O. | Current Everman City Attorney Victoria Thomas, be recommended | |
| | for permanent disbarment, be sanctioned = | $250,000.00 |
| P. | Everman Baptist Church Pastor, David King = | $250,000.00 |
| Q. | Everman Police Officer Dabbs = | $250,000.00 |

**35.**   Directly pursuant to the now clear criminal intent and execution with savagely cruel criminal malice, Movant now humbly prays that this court will in turn asses the monetary sanctions against the City of Everman Criminal Retaliation Conspirator, The First Baptist Church of Everman, for the amount of two-million, five-hundred thousand dollars (*$2,500,000.00*) for the attempt to imprison Movant.

**36.**   Movant now nervously and fearfully requests that this court grant a permanent '*Cease and Desist & Order For Protection*' against the City of Everman, the Police Department, & all city employees and elected officials.

**37.**   The City of Everman has a well-documented four (4) decade long criminal history of stealing from, and victimizing citizens of the city. From Mayor Sample in the 1980's stealing water funds to embezzling City Managers fleeing the state. This criminally abusive and ruthlessly greedy crime organization only understands one form of punishment as they clearly view themselves above the law, and that is, **MONEY!** Everman found it wholly acceptable that a little bitty girl was financially abused by a corrupt police detective, and that the small Child's parents were brutally and financially victimized by the same disgustingly abusive collective insults to the rule of law. Therefore, Movant now prays that this court will render the only form of true criminal justice that these murderous criminals clearly and wholly understand, and that is a severe financial punishment that will set a stunningly blatant message to all other Texas Municipal Corruption abusers.

**38.**   In a final Prayer, Movant now pleads that Texas Attorney General Ken

Paxton face criminal charges over this entire criminal campaign, pursuant to the

fact that no matter how many crimes are presented to the AG, Paxton has **NEVER**

**RESPONDED**. The AG has now pronounced by default, that all crimes committed

against the Avdeef family are culpably acceptable, and that the family has no right

to law enforcement protection, no Federal Civil Rights, no Human Rights, and no

right to not live in fear of injury or death by a never-ending set of criminal abusers,

## CERTIFICATE OF SERVICE

**39.**   On or about Monday, October 14th, 2024, a true and correct copy of this

Motion will be properly served upon Defendant Google & in turn a hard copy was

mailed to Plaintiff, The State of Texas, Chief Counsel Ken Paxton by USPS mail.

DATED this 14th day of October 2024.

    Respectfully submitted,

                                          Stephen Matthew Avdeef, PRO SE/MOVANT
                                          *Electronic Signature/Stephen Matthew Avdeef*
                                          1000 Kelley Drive
                                          Fort Worth, Texas 76140-3618
                                          (817) 564-3888
                                          E-Mail:  sci_writer@hotmail.com

*cc: President Donahue of The Hague, the E.U.I.P.O., The World Court of Justice, The DOJ, FBI,
Inspector General of the United States of America, U.S. Speaker of the House Mike Johnson,
Senator Jim Jordan, Senator Josh Hawley, Former President The Honorable Donald J. Trump,
Fox News Sean Hannity, and our London Barrister, Attachment to the Impending United States
Federal District Court Litigation Complaint, Attachment to the E.U.I.P.O. International IP and
Copyright Theft Complaint, Attachment to Part Three of Three (3 of 3) of the requested World
Court of Justice International Criminal Human Rights Violation Pleading to The Hague*

# State Commission on Judicial Conduct

**Officers**
Gary L. Steel, Chair
Ken Wise, Vice-Chair
Carey F. Walker, Secretary

**Members**
Janis Holt
Clifton Roberson
Kathy P. Ward
Wayne Money
Andrew M. "Andy" Kahan
Tano E. Tijerina
Clifford T. Harbin
Chace A. Craig
Sylvia Borunda Firth
Derek M. Cohen



October 9, 2024

**Executive Director**
Jacqueline R. Habersham

**CONFIDENTIAL**

Stephen Avdeef
1000 Kelley Drive
Everman, TX 76140

      Re:    CJC No. 24-0565

Dear Mr. Avdeef:

      The Commission is in receipt of your request for reconsideration. Pursuant to Section 33.035 of the Texas Government Code, we cannot grant your request based on the information you provided because it does not contain allegations or evidence not already considered by the Commission as part of the original investigation into your complaint. Further, in part, some of your allegations involve the judge's discretionary rulings, of which you have an appellate remedy and are not subject to review by this agency.

      Although we understand that you are not satisfied with the Commission's decision please be assured that the Commission took your arguments and evidence into consideration when it reached its decision. We apologize that we cannot assist you with your concerns.

                Sincerely,

                Jacqueline R. Habersham
                Executive Director