# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan |

Before the Court is Google's Unopposed Motion to Reset the Status and Scheduling Conference that is currently scheduled for October 30, 2024 ("Motion to Reset"). Such conference was originally scheduled by this Court (Dkt. # 639) on Google's Application for Status and Scheduling Conference (Dkt. #636). The Court will grant the Motion to Reset.

It is therefore **ORDERED** that Google's Motion to Reset, is **GRANTED**. The Court shall hold a status and scheduling conference on _____ **at** _____ **.**