# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*, § <br> § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> § <br> *Defendant.* § | Civil Action No. 4:20-cv-00957-SDJ |

## GOOGLE'S REDACTED FILING OF ITS
## OPPOSITION TO PLAINTIFFS' MOTION TO DEEM SUPPLEMENTAL EXPERT
## REPORT OF JACOB HOCHSTETLER TIMELY SERVED

Pursuant to Local Rule CV-5(7)(E), Defendant Google LLC respectfully submits a redacted version of its October 23, 2024 Opposition to Plaintiffs' Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served, and the exhibits thereto.

Dated: October 30, 2024

Respectfully submitted,

**GIBBS & BRUNS LLP**

*/s/ Michael Davis*
Kathy D. Patrick
Texas Bar No. 15581400
KPatrick@gibbsbruns.com
Robin C. Gibbs
Texas Bar No. 07853000
RGibbs@gibbsbruns.com
Michael Davis
Texas Bar No. 24109793
mdavis@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805

        Fax: (713) 750-0903

        Eric Mahr (*pro hac vice*)
        FRESHFIELDS BRUCKHAUS DERINGER US LLP
        700 13th Street, NW
        10th Floor
        Washington, DC 20005
        Telephone: (202) 777-4545
        Email: eric.mahr@freshfields.com

        ATTORNEYS FOR DEFENDANT GOOGLE LLC

## CERTIFICATE OF SERVICE

I certify that on October 30, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

        */s/ Michael Davis*
        Michael Davis