# EXHIBIT B

| | |
|---|---|
| **From:** | MCCALLUM, Robert |
| **Sent:** | Thursday, August 29, 2024 12:17 PM |
| **To:** | Ethan Glenn; crosson@gibbsbruns.com; BARTON, Robert |
| **Cc:** | 'mark.lanier@lanierlawfirm.com'; Zeke DeRose III; Alex Abston; Geraldine W. Young; Marc B. Collier; Kathy Patrick; KLEIN, Gayle (GRK) |
| **Subject:** | RE: Texas v. Google: Play Logs |

Ethan,

Thanks for your email regarding Google's production of an extract of the *Play* logs.

There are no "deficiencies and gaps" in that production. We have produced what we were ordered to produce by the Special Master, as narrowed by our subsequent agreement. In that regard, we note that the Special Master emphasized that their production would present no burden to Google. ECF No. 558 at 13 ("[B]ecause this evidence readily exists in an already-produced form—as it was produced in Play—the Special Master finds that the system-wide backend logs from Play are proportionate and free from any burden to Google."). For the agreed overlapping custodians, Google has produced logs that reflect the same data that was extracted for the *Play* case.

The explanatory documents that Google produced and which you noted in your email — containing a "List of Log Fields," "List of Action Types," and "List of Actions" — were prepared in connection with the *Play* case. Consistent with the Special Master's order, we have provided that same information to you.

While under no obligation to do so, in the interest of cooperation, we have made a good faith attempt to respond to your questions. But in some cases, we are unable to provide the information you have requested on 24 hours' notice. For reasons we are available to discuss, given the nature and age of the logs, the reasoning behind specific log entry choices from over a year ago would be difficult to reconstruct.

Kind regards,
Rob

[GOOGLE'S RESPONSES TO PLAINTIFFS' QUESTIONS FOLLOW]

1. 



From: Ethan Glenn <ethan.glenn@nortonrosefulbright.com>
Sent: Wednesday, August 28, 2024 1:57 PM
To: MCCALLUM, Robert <rob.mccallum@freshfields.com>; crosson@gibbsbruns.com; BARTON, Robert <Robert.Barton@freshfields.com>
Cc: 'mark.lanier@lanierlawfirm.com' <mark.lanier@lanierlawfirm.com>; Zeke DeRose III <zeke.derose@lanierlawfirm.com>; Alex Abston <Alex.Abston@LanierLawFirm.com>; Geraldine W. Young

&lt;geraldine.young@nortonrosefulbright.com&gt;; Marc B. Collier &lt;marc.collier@nortonrosefulbright.com&gt;
**Subject:** RE: Texas v. Google: Play Logs

Rob,

We've received the *Play* log productions. However, there are some deficiencies and gaps in the production. This email is intended to address those issues.

As you're aware, Google produced the *Play* logs at 8:27 p.m. CST on Monday, August 26. Google CEO Sundar Pichai is the custodian for two of the *Play* logs Google produced; his deposition is set for this Friday (Aug. 30).

The States have analyzed the produced logs and drafted the below questions. The States' review is ongoing, and these questions should not be viewed as the only questions the States have about the logs and the *Play* log production. The States will send additional questions they arise. But to avoid additional delay and attempt to resolve these issues before Mr. Pichai's deposition, the States ask that Google respond to the below questions no later than 1 p.m. CST tomorrow, August 29.

First, the produced logs are missing some data and other data is not explained. To remedy that, please answer the following questions:



3

Regards,

**Ethan Glenn** | Counsel
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 2437 | Fax +1 512 536 4598
ethan.glenn@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** Ethan Glenn
**Sent:** Thursday, August 22, 2024 3:19 PM
**To:** MCCALLUM, Robert <rob.mccallum@freshfields.com>; crosson@gibbsbruns.com
**Cc:** Marc B. Collier <marc.collier@nortonrosefulbright.com>; Zeke DeRose III <zeke.derose@lanierlawfirm.com>
**Subject:** RE: Texas v. Google

Good afternoon Rob,

I'm emailing to check-in on the below; when does Google anticipate producing the agreed portion of the *Play* log?

Regards,

**Ethan Glenn** | Counsel
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 2437 | Fax +1 512 536 4598
ethan.glenn@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

---

**From:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Sent:** Monday, July 29, 2024 6:55:45 AM
**To:** Marc B. Collier <marc.collier@nortonrosefulbright.com>; Zeke DeRose III <zeke.derose@lanierlawfirm.com>
**Cc:** Charles M. Rosson <CRosson@gibbsbruns.com>; BARTON, Robert <Robert.Barton@freshfields.com>
**Subject:** RE: Texas v. Google

Thanks Marc and Zeke.  We agree to this compromise and so we can take the Play log issue off the table.

Kind regards,
Rob

**From:** Marc B. Collier <marc.collier@nortonrosefulbright.com>
**Sent:** Friday, July 26, 2024 6:19 PM

4

**To:** Zeke DeRose III <zeke.derose@lanierlawfirm.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Subject:** Re: Texas v. Google

Correct and if we need to talk this weekend, my cell is 512-299-4241.

Marc

Get Outlook for iOS

---

**From:** Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Sent:** Friday, July 26, 2024 4:15:30 PM
**To:** Marc B. Collier <marc.collier@nortonrosefulbright.com>; rob.mccallum <rob.mccallum@freshfields.com>
**Subject:** Re: Texas v. Google

Rob,

Thanks for the call. I narrowed the email to you, me, and Marc regarding the chats log issue.

For the compromise below, we are willing to limit the log to custodians in the ad tech cases or folks that have been deposed. Witnesses refers to deposition witnesses, and not trial witnesses.

I don't recall off hand when your brief is due, but if you think this compromise will work, let us know and we can get it resolved this weekend.

Zeke


Zeke DeRose III - Attorney p: 713-659-5200 w: www.LanierLawFirm.com

---

**From:** "Marc B. Collier" <marc.collier@nortonrosefulbright.com>
**Date:** Wednesday, July 24, 2024 at 3:22 PM
**To:** "rob.mccallum" <rob.mccallum@freshfields.com>, Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>, Jonathan Wilkerson <Jonathan.Wilkerson@LanierLawFirm.com>, Noah Heinz <noah.heinz@kellerpostman.com>, "marissa.spalding@kellerpostman.com" <marissa.spalding@kellerpostman.com>, "Geraldine W. Young" <geraldine.young@nortonrosefulbright.com>, Trevor Young <Trevor.Young@oag.texas.gov>, "Thomas.Ray" <Thomas.Ray@oag.texas.gov>
**Cc:** "Justina.Sessions" <Justina.Sessions@freshfields.com>, "KLEIN, Gayle (GRK)" <Gayle.Klein@freshfields.com>, "BOSCO, Veronica" <Veronica.Bosco@freshfields.com>, "BARTON, Robert" <Robert.Barton@freshfields.com>, Kathy Patrick <KPatrick@gibbsbruns.com>, "Charles M. Rosson" <CRosson@gibbsbruns.com>, Caitlin Halpern <CHalpern@gibbsbruns.com>, bjustus <bjustus@axinn.com>, dpearl <dpearl@axinn.com>, Ethan Glenn <ethan.glenn@nortonrosefulbright.com>
**Subject:** RE: Texas v. Google

Rob,
Your letter mentions that Google intends to file a motion for review of portions of the Special Master's Order but makes a limited production in the interim.
I understand that you are going to object to the production of the system-wide backend log.  We believe the Special Master's Order quite appropriately ordered the production of the entire log.  However, to help eliminate the Court time in resolving discovery disputes, if it resolves the need for further District Court review, we would be satisfied (as a compromise) with the production of only that part of the log related to witnesses or custodians in this case.
Thanks, Marc

5

**From:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Sent:** Monday, July 22, 2024 7:22 PM
**To:** Zeke DeRose III <zeke.derose@lanierlawfirm.com>; Jonathan Wilkerson <Jonathan.Wilkerson@LanierLawFirm.com>; Noah Heinz <noah.heinz@kellerpostman.com>; marissa.spalding@kellerpostman.com; Geraldine W. Young <geraldine.young@nortonrosefulbright.com>; Marc B. Collier <marc.collier@nortonrosefulbright.com>; Trevor Young <Trevor.Young@oag.texas.gov>; Thomas.Ray <Thomas.Ray@oag.texas.gov>
**Cc:** Justina.Sessions <Justina.Sessions@freshfields.com>; KLEIN, Gayle (GRK) <Gayle.Klein@freshfields.com>; BOSCO, Veronica <Veronica.Bosco@freshfields.com>; BARTON, Robert <Robert.Barton@freshfields.com>; Kathy Patrick <kpatrick@gibbsbruns.com>; Charles M. Rosson <CRosson@gibbsbruns.com>; Caitlin Halpern <chalpern@gibbsbruns.com>; bjustus <bjustus@axinn.com>; dpearl <dpearl@axinn.com>
**Subject:** Texas v. Google

**[External Email – Use Caution]**

Counsel:

Please see the attached correspondence.

Kind regards,
Rob

**Rob McCallum**
Of Counsel

**Freshfields Bruckhaus Deringer US LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
**T** +1 212 284 4910
freshfields.com

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at GlobalITServiceDesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright

Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

This e-mail is confidential and may be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it, use it for any purpose or disclose its contents to any other person; to do so could be a breach of confidentiality. Thank you for your cooperation. Please contact our IT Helpdesk at [GlobalITServiceDesk@freshfields.com](mailto:GlobalITServiceDesk@freshfields.com) if you need assistance.

Freshfields Bruckhaus Deringer US LLP has offices in New York, Silicon Valley and Washington, DC. Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789, and has offices or associated entities in Austria, Bahrain, Belgium, China, England, France, Germany, Hong Kong, Italy, Japan, the Netherlands, Singapore, Spain, the United Arab Emirates and Vietnam.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer US LLP, Freshfields Bruckhaus Deringer LLP or any associated firms or entities.

For information about how Freshfields Bruckhaus Deringer processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.