# EXHIBIT F

| | |
|---|---|
| **From:** | MCCALLUM, Robert |
| **Sent:** | Thursday, October 17, 2024 9:36 AM |
| **To:** | Noah Heinz; Kathy Patrick |
| **Cc:** | Kiran Bhat; Ayesha Najam |
| **Subject:** | RE: Request to Meet and Confer on Two Motions in State of Texas et al v. Google LLC |

Hi Noah –

Google opposes based on Plaintiffs' insistence on an unreasonable schedule and reserves the right to object to the report as untimely.

Kind regards,
Rob

**From:** Noah Heinz <Noah.Heinz@kellerpostman.com>
**Sent:** Thursday, October 17, 2024 12:08 PM
**To:** MCCALLUM, Robert <rob.mccallum@freshfields.com>; Kathy Patrick <kpatrick@gibbsbruns.com>
**Cc:** Kiran Bhat <kiran.bhat@kellerpostman.com>
**Subject:** Re: Request to Meet and Confer on Two Motions in State of Texas et al v. Google LLC

Rob,

Any word from your client on this motion?  We plan to file it imminently, but I wanted to give you a heads-up as a courtesy in case things have changed.

Best,

**Noah Heinz**
Associate

**Keller | Postman**

1101 Connecticut Avenue, N.W., 11th Floor | Washington, D.C., 20036
407.304.8338 | Email | Bio | Website

**From:** MCCALLUM, Robert <rob.mccallum@freshfields.com>
**Date:** Wednesday, October 16, 2024 at 6:15 PM
**To:** Noah Heinz <Noah.Heinz@kellerpostman.com>, Kathy Patrick <kpatrick@gibbsbruns.com>
**Cc:** Marc B. Collier <marc.collier@nortonrosefulbright.com>, Charles M. Rosson <CRosson@gibbsbruns.com>, SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>, Kathy Patrick <kpatrick@gibbsbruns.com>, Kiran Bhat <kiran.bhat@kellerpostman.com>, Zeke DeRose <zeke.derose@lanierlawfirm.com>
**Subject:** RE: Request to Meet and Confer on Two Motions in State of Texas et al v. Google LLC

Hello Noah –

The motion to seal is unopposed.  As discussed at the meet and confer this afternoon, we will get back to you promptly with Google's position on the motion for leave to serve the supplemental report.

Kind regards,
Rob

---

**From:** Noah Heinz <Noah.Heinz@kellerpostman.com>
**Sent:** Wednesday, October 16, 2024 5:15 PM
**To:** Kathy Patrick <kpatrick@gibbsbruns.com>
**Cc:** Marc B. Collier <marc.collier@nortonrosefulbright.com>; MCCALLUM, Robert <rob.mccallum@freshfields.com>;
Charles M. Rosson <CRosson@gibbsbruns.com>; SESSIONS, Justina (JKS) <Justina.Sessions@freshfields.com>; Kathy
Patrick <kpatrick@gibbsbruns.com>; Kiran Bhat <kiran.bhat@kellerpostman.com>; Zeke DeRose
<zeke.derose@lanierlawfirm.com>
**Subject:** Re: Request to Meet and Confer on Two Motions in State of Texas et al v. Google LLC

Hello,

The forthcoming motion for leave to serve the Hochstetler supplemental report may include what
Google deems  confidential information.  We therefore plan to file a motion to seal.

Can we represent that the motion to seal is unopposed?

Best,

**Noah Heinz**
Associate

**Keller | Postman**
1101 Connecticut Avenue, N.W., 11th Floor | Washington, D.C., 20036
202.918.1841 | Email | Bio | Website

---

**From:** Kathy Patrick <kpatrick@gibbsbruns.com>
**Date:** Tuesday, October 15, 2024 at 9:58 AM
**To:** Zeke DeRose <zeke.derose@lanierlawfirm.com>
**Cc:** mark.lanier@lanierlawfirm.com <mark.lanier@lanierlawfirm.com>, Marc B. Collier
<marc.collier@nortonrosefulbright.com>, Ashley Keller <ack@kellerpostman.com>, Noah Heinz
<Noah.Heinz@kellerpostman.com>, rob.mccallum@freshfields.com <rob.mccallum@freshfields.com>, Charles
M. Rosson <CRosson@gibbsbruns.com>, Justina SESSIONS <justina.sessions@freshfields.com>, Kathy Patrick
<kpatrick@gibbsbruns.com>
**Subject:** Re: Request to Meet and Confer on Two Motions in State of Texas et al v. Google LLC

Hi Zeke -

Could you kindly provide an update on Plaintiffs' position on Google's planned motions for a court conference and
to bifurcate?

We would like to get those motions on file this week. Since we have not yet heard Plaintiffs' views, it seems
unlikely either motion will be filed jointly.

If there is a real prospect Plaintiffs might agree to either motion, we can be available today or tomorrow to
discuss.

Please let us know Plaintiffs' position.

Thanks,

KP

On Oct 11, 2024, at 3:24 PM, Zeke DeRose III <Zeke.DeRose@lanierlawfirm.com> wrote:

**External Sender**

Hi all,

I just touched base with Rob and let him know that we're working on getting y'all some dates/times that work for our folks.

I know there's also another thread related to the Chats Report so we would like to make sure that when we land on a time that all relevant people can attend.

We'll follow-up with some options.

Zeke

Zeke DeRose III - Attorney p: 713-659-5200 w: www.LanierLawFirm.com

**From:** Kathy Patrick <kpatrick@gibbsbruns.com>
**Date:** Thursday, October 10, 2024 at 2:11 PM
**To:** Mark Lanier <Mark.Lanier@LanierLawFirm.com>, "Marc B. Collier" <marc.collier@nortonrosefulbright.com>, Ashley Keller <ack@kellerpostman.com>, Zeke DeRose III <Zeke.DeRose@LanierLawFirm.com>
**Cc:** "rob.mccallum@freshfields.com" <rob.mccallum@freshfields.com>, Kathy Patrick <kpatrick@gibbsbruns.com>, "Charles M. Rosson" <CRosson@gibbsbruns.com>, "SESSIONS, Justina (JKS)" <justina.sessions@freshfields.com>
**Subject:** Request to Meet and Confer on Two Motions in State of Texas et al v. Google LLC

Counsel:

Google shortly intends to file two motions in this matter.

The first motion will ask the Court to exercise his discretion under Fed. R. Civ. P. 42(b) to order a further bifurcation of the trial, so that the jury first considers only the question of Google's alleged liability, with all issues related to the number of violations or the quantum of penalties deferred to a second phase of the trial, if necessary. Judge Jordan has ordered bifurcation in similar circumstances in *Wagoneka v. KT & G USA Corp.*, 2020 WL 6063096 (E.D. Tex. Oct. 14, 2020). We believe bifurcation is appropriate here for the same

reasons; namely, that bifurcation is necessary to protect Google from the prejudicial offer of net worth, wealth, and total revenue evidence at the liability phase of the trial.

The second motions asks that the Court to set a Rule 16 Status and Scheduling Conference to discuss case management issues. The issues Google wishes to discuss are:

1. Establishing a date, in advance of the summary judgment deadline, for Google to answer Plaintiffs' Fourth Amended Complaint;

2. Google's Motion to Bifurcate; and,

3. Establishing a schedule under Rule 16(c)(2) to brief, argue, and resolve important statutory construction questions, which are pure questions of law. These legal issues include: a) how the Court will construe the 17 different state deceptive trade practice statutes at issue in Count VI of the Complaint, b) what "counts" as a violation of each statute, c) how violations are to be "counted" for purposes of imposing penalties, and d) whether monetary penalties can—consistent with the Due Process and Excessive Fines Clauses of the Constitution--be imposed on Google on a "per violation" basis in the absence of proof of individualized harm to ad buyers and ad sellers, as the States appear to claim.

We are of course open to adding other matters to the Status Conference request if you wish, but believe these issues need to be addressed in the near term and before the summary judgment deadline.

We can be available to confer both motions this afternoon at 5 Central or tomorrow morning at either 8 a.m. Central or 10 a.m. Central. Please let us know a time that works for you. If you intend to oppose and believe no conference is necessary, kindly advise us of that so we can get the motions on file.

Best,

KP


Kathy Patrick

**Gibbs & Bruns LLP**

1100 Louisiana | Suite 5300

Houston TX 77002

713.751.5253 (o)

281.935.8223 (c)

kpatrick@gibbsbruns.com

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields Bruckhaus Deringer, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.