# EXHIBIT H

HIGHLY CONFIDENTIAL

```
                                                          Page 1

 1            UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF TEXAS
 2                 SHERMAN DIVISION
 3    STATE OF TEXAS, et al,      )
                                  )
 4        Plaintiffs,             )   CASE NO.
                                  )   4:20cv00957-SDJ
 5    v.                          )
                                  )
 6    GOOGLE, LLC,                )
                                  )
 7        Defendant.              )
      _____    )
 8
 9
10
11                       -- -- --
12               Friday, May 17, 2024
13                       -- -- --
14              HIGHLY CONFIDENTIAL
15         PURSUANT TO PROTECTIVE ORDER
16                       -- -- --
17             Remote Video-Recorded Oral
      Fed. R. Civ. P. 30(b)(6) Deposition of GOOGLE
18    CHAT, BY AND THROUGH ████████ held at the
      offices of Veritext, 1000 SW Broadway, Suite
19    1660, Portland, Oregon, commencing at
      9:12 a.m. PDT on the above date, before Debra
20    A. Dibble, Fellow of the Academy of
      Professional Reporters, Certified Court
21    Reporter, Registered Diplomate Reporter,
      Certified Realtime Reporter and Notary
22    Public.
                         -- -- --
23
                 Job No. MDLG6695561
24                 GOLKOW - VERITEXT
            877.370.DEPS | fax 917.591.5672
25                deps@golkow.com
```

Page 220

1  it, but that sounds consistent with my
2  understanding.
3     Q.    Did you see the log?
4     A.    No.



HIGHLY CONFIDENTIAL

Page 221

1          MR. MCCALLUM:  Object to the
2     scope.

