**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**JOINT STIPULATION REGARDING OCTOBER 4, 2024
REPORT OF PROFESSOR JACOB HOCHSTETLER**

The Plaintiff States ("States") and Defendant Google LLC ("Google") (collectively, "the Parties"), jointly submit this Stipulation with a proposed order memorializing this stipulation.

WHEREAS, the States served an expert report by Professor Jacob Hochstetler on October 4, 2024 (the "October 4 Report");

WHEREAS, the States served their Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served, ECF No. 638, on October 17, 2024 and Google filed its response on October 23, 2024.  ECF No. 644.

IT IS HEREBY STIPULATED AND AGREED, between the undersigned parties, through their undersigned counsel:

1. The October 4 Report is deemed timely served.

2. Google will file any expert report(s) responsive to the October 4 Report **by November 26, 2024**;

3. The States will file rebuttal expert report(s) (if any) to Google's November 26, 2024 expert report(s) **by December 11, 2024**;

1

4. Professor Hochstetler will be deposed **on December 16, 2024**;

5. All other experts disclosed on November 26 and December 11 will be deposed **between December 16 and December 20, 2024**;

6. Parties may file any *Daubert* challenges to Prof. Hochstetler concerning his October 4 Report and December 11, 2024 report (if any), and any other experts disclosed on November 26, 2024 and December 11, 2024, **by January 10, 2025**;

7. Parties will file responses to any Daubert motions filed pursuant to the January 10, 2025 deadline **by January 24, 2025**;

8. Parties will file replies to any *Daubert* motions filed pursuant to the January 10, 2025 deadline **by February 7, 2025**;

9. The States' Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served (ECF No. 638) is **moot**;

The Parties agree that this stipulation and proposed schedule should be limited to the October 4 Report and the related responses, rebuttals, and briefing for the same; all other deadlines in the Court's scheduling order (ECF Nos. 194 and 609) should remain effective and unmodified. The Parties respectfully request that the Court enter the attached proposed order memorializing this stipulation.

Dated: October 31, 2024

Respectfully submitted,

**GIBBS & BRUNS LLP**

*/s/ Kathy D. Patrick*
Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com
Ayesha Najam
Texas Bar No. 24046507
ANajam@gibbsbruns.com
Michael R. Davis
Texas Bar No. 24109793
MDavis@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

**FRESHFIELDS US LLP**

Eric Mahr (*pro hac vice*)
700 13th Street, NW
10th Floor
Washington, DC 20005
Tel.: (202) 777-4545
eric.mahr@freshfields.com

*Attorneys for Defendant*

*/s/ W. Mark Lanier*
W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Jonathan P. Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
(713) 659-5200
**THE LANIER LAW FIRM, PLLC**

*/s/ Ashley Keller*
Ashley Keller
ack@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220

Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990

Noah S. Heinz
noah.heinz@kellerpostman.com

3

1101 Connecticut, N.W., 11th Floor
Washington, DC 20005
(202) 918-1123
**KELLER POSTMAN LLC**

*Attorneys for Texas, Idaho, Louisiana (The
Lanier Law Firm only), Indiana, North Dakota,
Mississippi, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov
Trevor Young, Deputy Chief, Antitrust Division
Trevor.Young@oag.texas.gov

**STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

4

## CERTIFICATE OF SERVICE

I certify that, on October 31, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ Kathy D. Patrick
Kathy D. Patrick