**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**[PROPOSED] ORDER REGARDING OCTOBER 4, 2024**
**REPORT OF PROFESSOR JACOB HOCHSTETLER**

Before the Court is the Parties' Joint Stipulation, filed on October 31, 2024, concerning the expert report of Professor Jacob Hochstetler dated October 4, 2024 (the "October 4 Report") and the States' Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served (ECF No. 638).

Having considered the Parties' Joint Stipulation, it is ORDERED that:

1. The October 4 Report is deemed timely served;

2. Google will serve any expert report(s) responsive to the October 4 Report **by November 26, 2024**;

3. The States will file rebuttal expert report(s) (if any) to Google's November 26, 2024 expert report(s) **by December 11, 2024**;

4. Professor Hochstetler will be deposed **on December 16, 2024**;

5. All other experts disclosed on November 26 and December 11 will be deposed **between December 16 and December 20, 2024**;

6. Parties may file any *Daubert* challenges to Prof. Hochstetler concerning his October 4

1

Report and December 11, 2024 report (if any), and any other experts disclosed on November 26, 2024 and December 11, 2024, **by January 10, 2025**;

7.  Parties will file responses to any *Daubert* motions filed pursuant to the January 10, 2025 deadline **by January 24, 2025**;

8.  Parties will file replies to any *Daubert* motions filed pursuant to the January 10, 2025 deadline **by February 7, 2025**;

9.  The States' Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served (ECF No. 638) is **mooted**;

This order is limited to the October 4 Report and the related responses, rebuttals, and briefing for the same; all other deadlines in the Court's scheduling order (ECF Nos. 194 and 609) remain effective and unmodified.

IT IS SO ORDERED.