IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**[PROPOSED] ORDER REGARDING UNOPPOSED MOTION TO ALLOW THE DEPOSITION OF GOOGLE'S EXPERT AFTER CLOSE OF EXPERT DISCOVERY**

Before the Court is Google's Unopposed Motion to Allow the Deposition of Google's Expert after Close of Expert Discovery, filed on October 31, 2024.

Having considered the Unopposed Motion, and for good cause shown, it is ORDERED that:

1. The States may take the deposition of Google's expert at an agreed upon date after November 1, 2024;

2. This deposition will be treated as though it was taken prior to the close of expert discovery;

3. The States may file a *Daubert* motion, if any, to the expert at issue by **January 10, 2025**;

4. Google may file a response to this *Daubert* motion filed pursuant to the January 10, 2025 deadline by **January 24, 2025**;

5. The States may file a reply to this *Daubert* motion filed pursuant to the January 10,

1

2025 deadline by **February 7, 2025**.

IT IS SO ORDERED.

Signed this ___ day of _____, 2024

                                                           _____
                                                           Hon. Sean D. Jordan
                                                           United States District Judge