UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § § | |

### ORDER

Before the Court is Google's Unopposed Motion to Allow the Deposition of Google's Expert After Close of Expert Discovery. (Dkt. #651). After consideration, the Court will grant the Motion.

It is therefore **ORDERED** that Google's Unopposed Motion to Allow the Deposition of Google's Expert After Close of Expert Discovery, (Dkt. #651), is **GRANTED**. It is further **ORDERED** that:

1. The States may take the deposition of Google's expert at an agreed upon date after November 1, 2024;

2. This deposition will be treated as though it was taken prior to the close of expert discovery;

3. The States may file a *Daubert* motion, if any, to the expert at issue by **January 10, 2025**;

4. Google may file a response to this *Daubert* motion filed pursuant to the January 10, 2025, deadline by **January 24, 2025**;

5. The States may file a reply to this Daubert motion filed pursuant to the January 10, 2025, deadline by **February 7, 2025**.

**So ORDERED and SIGNED this 1st day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE