UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER

Before the Court is the Parties' Joint Stipulation Regarding the Expert Report of Professor Jacob Hochstetler dated October 4, 2024 (the "October 4 Report"), (Dkt. #649), and the States' Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served (Dkt. #638). After consideration, the Court will grant the Motions.

It is therefore **ORDERED** that Parties' Joint Stipulation concerning the October 4 Report, (Dkt. #649), is **GRANTED**. It is further **ORDERED** that:

1. The October 4 Report is deemed timely served;

2. Google will serve any expert report(s) responsive to the October 4 Report **by November 26, 2024**;

3. The States will file rebuttal expert report(s) (if any) to Google's November 26, 2024 expert report(s) **by December 11, 2024**;

4. Professor Hochstetler will be deposed **on December 16, 2024**;

5. All other experts disclosed on November 26 and December 11 will be deposed **between December 16 and December 20, 2024**;

1

6. Parties may file any *Daubert* challenges to Prof. Hochstetler concerning his October 4 Report and December 11, 2024 report (if any), and any other experts disclosed on November 26, 2024 and December 11, 2024, **by January 10, 2025**;

7. Parties will file responses to any *Daubert* motions filed pursuant to the January 10, 2025 deadline **by January 24, 2025**;

8. Parties will file replies to any *Daubert* motions filed pursuant to the January 10, 2025 deadline **by February 7, 2025**;

9. The States' Motion to Deem Supplemental Expert Report of Jacob Hochstetler Timely Served (ECF No. 638) is **mooted**.

It is also **ORDERED** that the Court's order is limited to the October 4 Report and the related responses, rebuttals, and briefing for the same; all other deadlines in the Court's scheduling order (Dkt. #194, #609) remain effective and unmodified.

**So ORDERED and SIGNED this 1st day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE