UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Google LLC's Unopposed Motion to File Under Seal its Reply in Support of its Motion to Bifurcate the Liability Finding from Assessment of Penalties ("Motion to File Under Seal"). (Dkt. #___). The Court has reviewed the documents and finds that they contain confidential information such that there is good cause to file under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Google LLC's Motion to File Under Seal (Dkt. #___), is **GRANTED.**

So ORDERED and SIGNED this ___ day of ____, 2024.