# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**THE STATE OF TEXAS, ET AL**

v.                                                                 Case No. 4:20cv957

**GOOGLE, LLC.**

PLAINTIFF:  Trevor Young, Noah Heinz, Zeke DeRose, Mark Lanier, Alex Abston, James Lloyd

DEFENDANT: Eric Mahr, Robert McCallum Charles Rosson, Kathy Patrick, Ayesha Najam

       This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 11/6/2024.

## Status Conference

| Time | Event |
|---|---|
| 1:09 pm | The Court called the case, noting the appearance of counsel and parties. |
| 1:11 pm | Mr. Mahr addresses the Court regarding the status of the case. |
| 1:17 pm | Mr. Lanier responds to the suggestion that we look at separating out when summary judgments will be due. |
| 1:22 pm | Reply by Mr. Mahr. |
| 1:24 pm | Ms. Patrick addresses the Court regarding further bifurcation. |
| 1:40 pm | Response by Mr. Lanier. |
| 1:49 pm | Reply by Ms. Patrick. |
| 2:08 pm | Response by Mr. Lanier. |

2:12 pm        Court adjourned.