IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § | |

**DEFENDANT GOOGLE LLC'S REDACTED FILING OF ITS
REPLY IN SUPPORT OF ITS MOTION TO BIFURCATE THE LIABIITY FINDING
FROM ASSESSMENT OF PENALTIES**

Pursuant to Local Rule CV-5(a)(7)(E), Defendant Google LLC respectfully submits a redacted version of its Reply in Support of its Motion to Bifurcate the Liability Finding from Assessment of Penalties (Dkt. No. 655), which was filed under seal on November 5, 2024. *See also* Dkt. No. 654 (Defendant Google LLC's Unopposed Motion to File Under Seal).

Dated: November 12, 2024

Respectfully submitted,

**GIBBS & BRUNS LLP**

*/s/ Kathy D. Patrick*
Kathy D. Patrick
Texas Bar No. 15581400
kpatrick@gibbsbruns.com
Ayesha Najam
Texas Bar No. 24046507
anajam@gibbsbruns.com
Charles Rosson
Texas Bar No. 24074985
crosson@gibbsbruns.com
1100 Louisiana, Suite 5300

        Houston, Texas 77002
        Tel.: (713) 650-8805
        Fax: (713) 750-0903

        Eric Mahr (*pro hac vice*)
        Julie S. Elmer (*pro hac vice*)
        FRESHFIELDS BRUCKHAUS DERINGER US LLP
        700 13th Street, NW
        10th Floor
        Washington, DC 20005
        Tel.: (202) 777-4545
        eric.mahr@freshfields.com
        julie.elmer@freshfields.com

        ATTORNEYS FOR DEFENDANT GOOGLE LLC

## **CERTIFICATE OF SERVICE**

    I certify that on November 12, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

                            */s/ Kathy D. Patrick*
                            Kathy D. Patrick