UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is the Parties' Joint Advisory Regarding Timing of Summary Judgment Motion and Motion to Strike Jury Demand. (Dkt. #659). After consideration, the Court **ORDERS** that the current summary judgment schedule be maintained.

The Court further **ORDERS** that, once a ruling is issued in *United States v. Google LLC*, No. 1:23-cv-108, pending in the United States District Court for the Eastern District of Virginia (the "EDVA case"), the Court will allow supplemental briefing on Google's motion for summary judgment on Plaintiffs' federal and state antitrust claims. Within three days of the court's ruling in the EDVA case, the parties should submit a joint advisory detailing their recommendation on the timing and page limits for such supplemental briefing.

In their Joint Advisory, the Parties also confirm that they have agreed to a proposed schedule related to Google's Motion to Strike the Jury. (Dkt. #659). The Court therefore **ORDERS** that Google will file its motion by December 1, 2024. Plaintiffs' opposition brief will be due by December 23, 2024 (fourteen days after its

1

responses are due to any summary judgment motions and *Daubert* motions). Google's reply, if any, will be due January 10, 2025.

    **So ORDERED and SIGNED this 13th day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE