IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") November 15, 2024 Unopposed Motion for Leave to File Answer Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7) (the "Motion to Seal"). Google seeks leave to file under seal its Answer to the Fourth Amended Complaint and Affirmative Defenses, also filed November 15, 2024, and to extend the time limit under Rule CV-5(a)(7) for publicly filing a redacted version from 7 days to 21 days.

Having reviewed the Motion to Seal, the Court finds that Google's interest in nondisclosure of highly sensitive, non-public technology and products outweighs the presumption in favor of the public's right of access to these court records and that there is good reason to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion to File Answer Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7) (Dkt. #___), is **GRANTED**.

It is further **ORDERED** that the time within which Google must publicly file a redacted

version of its Answer to the Fourth Amended Complaint and Affirmative Defenses under Local Rule CV-5(a)(7) is hereby extended from 7 to 21 days.