IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS, et al,** | § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 4:20-cv-00957-SDJ |
| **GOOGLE LLC,** | | |
| *Defendant.* | | |

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's ("Google") Unopposed Motion for Leave to File its Motion for Summary Judgment on Plaintiffs' Antitrust Claims Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7). Google seeks leave to file under seal its Motion for Summary Judgment on Plaintiffs' Antitrust Claims, Statement of Facts in Support of Google's Motions for Summary Judgment, and Declaration of R. McCallum in Support of Google's Motions for Summary Judgment with all attached exhibits, and to extend the time limit under Rule CV-5(a)(7) for publicly filing a redacted version of the aforementioned documents from 7 days to 21 days.

Having reviewed the Motion, the Court finds that the documents to be filed are voluminous. Moreover, the Court finds it likely that these filings will contain information designated Confidential or Highly Confidential under the governing Confidentiality Order. ECF No. 182. It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion to File its Motion for Summary Judgment on Plaintiffs' Antitrust Claims Under Seal and to Extend Time Limit Under

Local Rule CV-5(a)(7) (Dkt. #\_\_\_), is **GRANTED**. Google may file its Motion for Summary Judgment on Plaintiffs' Antitrust Claims, Statement of Facts in Support of its Motions for Summary Judgment, and Declaration of R. McCallum in Support of Google's Motions for Summary Judgment with all attached exhibits under seal in the first instance, and the timeframe within which Google must publicly file redacted versions under Local Rule CV-5(a)(7) is hereby extended from 7 to 21 days.