IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

### NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THE COURT AND ALL COUNSEL:**

The undersigned attorney, counsel for Plaintiff the State of Texas, files this Notice of Change of Address and has updated all information in PACER accordingly:

> Ashley Keller
> ack@kellerpostman.com
> 2333 Ponce De Leon Boulevard
> Suite R-240
> Coral Gables, Florida 33134
> (833) 633-0118
>
> **KELLER POSTMAN LLC**

| | |
|---|---|
| DATED: November 18, 2024 | Respectfully submitted, <br><br> */s/ Ashley Keller* <br> Ashley Keller <br> ack@kellerpostman.com <br> 2333 Ponce De Leon Boulevard <br> Suite R-240 <br> Coral Gables, Florida 33134 <br> (833) 633-0118 <br><br> **KELLER POSTMAN LLC** <br> *Counsel for Texas* |

1

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ Ashley Keller