IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>        Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**UNOPPOSED MOTION TO FILE UNDER SEAL**
**UNDER LOCAL RULE CV-5(a)(7)**

Plaintiff States ("States") respectfully move the Court for leave to file under seal PLAINTIFF STATES' MOTION TO EXCLUDE OPINIONS OF ITAMAR SIMONSON and the exhibits thereto, to be filed later today. Defendant Google LLC ("Google") does not oppose the States' sealing request.

The States, upon Google's request and with Google's consent, request to file under seal their brief and exhibits because their brief and exhibits reference, contain, or are materials that Google has designated confidential or highly confidential. Google intends to propose and the parties intend to submit redacted copies of these documents in compliance with Local Rule CV-5(a)(7).

For the reasons stated above, the States respectfully request that this Court allow the States to file the above-referenced documents under seal under Local Rule CV-5(a)(7).

1

Respectfully submitted,

DATED: November 18, 2024

/s/ W. Mark Lanier
W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.Derose@LanierLawFirm.com
Jonathan P. Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
(713) 659-5200

**THE LANIER LAW FIRM, PLLC**

Respectfully submitted,

/s/ Ashley Keller
Ashley Keller
ack@kellerpostman.com
2333 Ponce De Leon Boulevard
Suite R-240
Coral Gables, Florida 33134
(833) 633-0118

Zina Bash (Bar No. 24067505)
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990

/s/ Noah S. Heinz
Noah S. Heinz
noah.heinz@kellerpostman.com
Kiran N. Bhat
kiran.bhat@kellerpostman.com
1101 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036
(202) 918-1123
**KELLER POSTMAN LLC**

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

2

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas  77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201


FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/ Trevor E. D. Young*
 Brent Webster, First Assistant Attorney General of Texas
 Brent.Webster@oag.texas.gov
 James R. Lloyd, Deputy Attorney General for Civil Litigation
 James.Lloyd@oag.texas.gov
 Trevor Young, Deputy Chief, Antitrust Division
 Trevor.Young@oag.texas.gov

 **STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
 P.O. Box 12548
 Austin, TX 78711-2548
 (512) 936-1674

*Attorneys for Plaintiff State of Texas*

## CERTIFICATION OF CONFERENCE

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that Google LLC does not oppose the foregoing sealing request.

*/s/ Noah S. Heinz*
Noah S. Heinz

## CERTIFICATE OF SERVICE

I certify that on November 18, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Noah S. Heinz*
Noah S. Heinz