IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>    Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' ("States") Unopposed Motion to File Under Seal Under Local Rule CV-5(a)(7), filed on November 18, 2024. The States request leave to file under seal: PLAINTIFF STATES' MOTION TO EXCLUDE OPINIONS OF ITAMAR SIMONSON and the exhibits thereto, also filed on November 18, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal Under Local Rule CV-5(a)(7).

It is therefore ORDERED that PLAINTIFF STATES' MOTION TO EXCLUDE OPINIONS OF ITAMAR SIMONSON and the exhibits thereto shall remain under seal.

IT IS SO ORDERED.