IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § § § | |
| Defendant. | | |

### [PROPOSED] ORDER

Before the Court is Defendant Google LLC's ("Google") November 18, 2024 Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7) (the "Motion to Seal"). Google seeks leave to file under seal its Motion for Summary Judgment on Plaintiffs' DTPA Claims ("DTPA Motion"), also filed November 18, 2024, and to extend the time limit under Rule CV-5(a)(7) for publicly filing a redacted version from 7 days to 21 days.

Having reviewed the Motion to Seal, the Court finds that Google's interest in nondisclosure of highly sensitive, non-public technology and products outweighs the presumption in favor of the public's right of access to these court records and that there is good reason to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7) (Dkt. #__), is **GRANTED**.

It is further **ORDERED** that the time within which Google must publicly file a redacted

version of its DTPA Motion under Local Rule CV-5(a)(7) is hereby extended from 7 to 21 days.