UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. § | |
| § | |
| v. § | CIVIL NO. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC § | |

## ORDER

Before the Court is Defendant Google LLC's Unopposed Motion for Leave to File Answer Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7). (Dkt. #663). In that motion, Google seeks leave to file its answer under seal and requests that the Court extend its deadline to file a redacted version of its answer from seven days to twenty-one days. After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion for Leave to File Answer Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7), (Dkt. #663), is **GRANTED**.

It is further **ORDERED** that Defendant Google LLC's Answer to Fourth Amended Complaint and Affirmative Defenses, (Dkt. #664), shall remain under seal.

It is further **ORDERED** that Defendant Google LLC file a redacted version of its answer by no later than **December 6, 2024**.

So ORDERED and SIGNED this 19th day of November, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE