UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## **ORDER**

Before the Court is Defendant Google LLC's Unopposed Motion to File Under Seal. (Dkt. #654). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion to File Under Seal, (Dkt. #654), is **GRANTED**.

It is further **ORDERED** that Defendant Google LLC's Reply in Support of Its Motion to Bifurcate the Liability Finding from Assessment of Penalties, (Dkt. #655), shall remain under seal.

**So ORDERED and SIGNED this 20th day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE