UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

### ORDER

Before the Court are Defendant Google LLC's (i) Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7)(E), (Dkt. #665); (ii) Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7), (Dkt. #666); (iii) Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7), (Dkt. #670); and (iv) Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7), (Dkt. #671).[1] Also before the Court is Plaintiff States' Unopposed Motion to File Under Seal Under Local Rule CV-5(a)(7). (Dkt. #669).

In Google's motions to seal, Google seeks leave to file several other motions under seal and requests that the Court extend its deadline to file redacted versions of these motions from seven days to twenty-one days. Plaintiff States' motion seeks leave to file its motion to exclude under seal. After full consideration, Google's motions, (Dkt. #665, #666, #670), are **GRANTED**, Google's duplicate motion, (Dkt. #671), is **DENIED as moot**, and Plaintiff States' motion, (Dkt. #669), is **GRANTED**.

---

[1] Two of Google's motions, (Dkt. #670, #671), are duplicates. The Court thus assumes that Google mistakenly filed the second motion.

1

It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7)(E), (Dkt. #665); Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7), (Dkt. #666); and Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7), (Dkt. #670); are **GRANTED**.

It is further **ORDERED** that Defendant Google LLC's Unopposed Motion for Leave to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7), (Dkt. #671), is **DENIED as moot**.

It is further **ORDERED** that Defendant Google LLC's Omnibus Motion to Exclude Expert Testimony, (Dkt. #668); Motion for Summary Judgment on Plaintiffs' DTPA Claims, (Dkt. #672); Motion for Summary Judgment on Plaintiffs' Antitrust Claims, (Dkt. #674); all attachments to those motions; and the separately docketed attachments for those motions, (Dkt. #675, #676, #677, #678, #679, #680, #681, #682), shall remain under seal.

It is further **ORDERED** that Defendant Google LLC file redacted versions of the above motions and all attachments, (Dkt. #668, #672, #674, #675, #676, #677, #678, #679, #680, #681, #682), by no later than **December 9, 2024**.

It is further **ORDERED** that Plaintiff States' Unopposed Motion to File Under Seal Under Local Rule CV-5(a)(7), (Dkt. #669), is **GRANTED**.

It is further **ORDERED** that Plaintiff States' Motion to Exclude Opinions of Itamar Simonson, (Dkt. #673), and all attachments to that motion, shall remain under seal.

It is further **ORDERED** that Defendant Google LLC file redacted versions of Plaintiff States' Motion to Exclude Opinions of Itamar Simonson, (Dkt. #673), and all attachments to that motion by no later than **November 25, 2024**.

**So ORDERED and SIGNED this 21st day of November, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE