IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| Defendant. | § § | |

## **NOTICE OF CORRECTION**

Defendant Google LLC ("Google") hereby submits the attached corrected Exhibit Nos. 1, 6, 10, 11, 18, 27, 54, 90, and 179 to the Declaration of Robert J. McCallum in Support of Google's Motions for Summary Judgment (hereinafter, "McCallum Declaration," ECF No. 674-3). The corrected exhibits incorporate pages that were inadvertently omitted from the excerpted exhibits attached to the McCallum Declaration. Additionally, Google submits a corrected Statement of Undisputed Material Facts (ECF No. 682) to amend a citation in paragraph 186 to Exhibit 65, which was inadvertently cited as Exhibit 66.

Google notified Plaintiffs of these minor corrections and provided them with the same corrected materials filed herewith.

Dated: November 22, 2024	Respectfully submitted,

*/s/ Eric Mahr*
Eric Mahr (*pro hac vice*)
Andrew Ewalt (*pro hac vice*)
Constance Forkner (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

*Attorneys for Google LLC*

2

**CERTIFICATE OF SERVICE**

      I certify that on November 22, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served via ECF on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

      /s/ *Eric Mahr*