# EXHIBIT A

# (PREVIOUSLY FILED AS ECF 673-3)

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

The State of Texas, et al.,

                    *Plaintiffs*,

        vs.                                Case No. 4:20-cv-00957

Google, LLC,

                    *Defendant.*

**EXPERT REPORT OF ITAMAR SIMONSON, PH.D.**

July 30, 2024

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## TABLE OF CONTENTS

I.    BACKGROUND, QUALIFICATIONS, AND ASSIGNMENT ........................................1
      A.   Background and Qualifications.....................................................................1
      B.   Assignment .................................................................................................6

II.   SUMMARY OF CONCLUSIONS ........................................................................7

III.  INTRODUCTION ..............................................................................................14
      A.   Overview of Survey Design........................................................................14
      B.   Sample Selection and Survey Administration ............................................20

IV.   HIGHER-SPEND ADVERTISER SURVEY ........................................................24
      A.   Overview.....................................................................................................24
      B.   Methodology ...............................................................................................25
           1.   Survey Universe and Screening Criteria........................................25
           2.   Main Questionnaire........................................................................35
      C.   Survey Findings ..........................................................................................50
      D.   Key Implications of the Findings ...............................................................68

V.    LOWER-SPEND ADVERTISER SURVEY .........................................................71
      A.   Overview.....................................................................................................71
      B.   Methodology ...............................................................................................72
           1.   Survey Universe and Screening Criteria........................................72
           2.   Main Questionnaire........................................................................76
      C.   Survey Findings ..........................................................................................81
      D.   Key Implications of the Findings ...............................................................101

VI.   AD AGENCY SURVEY ....................................................................................103
      A.   Overview.....................................................................................................103
      B.   Methodology ...............................................................................................104
           1.   Survey Universe and Screening Criteria........................................104
           2.   Main Questionnaire........................................................................108
      C.   Survey Findings ..........................................................................................110
      D.   Key Implications of the Findings ...............................................................127

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

preparation of this report under my direction and supervision.  My compensation is not dependent in any way on the outcome of this litigation.

### B.    Assignment

13.    I was asked by counsel for Google, LLC ("Google") to conduct surveys designed to examine how advertisers at companies and advertisers at ad agencies (collectively, "advertisers") approach, manage, and evaluate digital advertising and, in particular, display advertising and programmatic display advertising.[4]  Specifically, I was asked to address the following issues:

> a.    identifying considerations that are relevant for advertisers' budgeting decisions, including how and where they allocate advertising spending;
>
> b.    examining advertisers' potential reactions to changing display advertising costs;
>
> c.    examining advertisers' use of ad buying tools for programmatic display advertising;
>
> d.    identifying methods that are implemented by advertisers to assess advertising performance;

---

[4]    As described in more detail below, "display advertising" was defined to these survey participants as: "digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms." As described below in paragraph 52, these definitions were created for purposes of these surveys only, in order to test—among other things—the degree to which advertisers viewed certain types of ads, including ads placed on social media platforms, as substitutes for other types of display ads.  I did not conduct a survey to determine how advertisers use the terms "display" or "social."  In the Higher-Spend Advertiser Survey and Agency Survey, "programmatic ads" were defined as: "ads that…are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served."  As discussed in more detail below, because lower-spend advertisers might not regularly differentiate between programmatic and direct deals transaction methods, I did not refer to programmatic ads and instead asked about display advertising more generally in the Lower-Spend Advertiser Survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

    e.   examining use of advertising agencies by advertisers at companies; and

    f.   examining advertisers' sophistication and use of experiments.

14.    The documents that I relied upon in connection with my work in this matter are listed in Appendix C.

15.    My analysis may change before trial if additional information from any of the parties or their experts becomes available.  I, therefore, reserve the right to supplement my report accordingly.

## II.    SUMMARY OF CONCLUSIONS

16.    The three surveys described in this report examined how advertisers manage, monitor and make decisions concerning digital advertising, in general, and programmatic display advertising, in particular.  The participants were involved in making decisions concerning digital advertising on behalf of their companies (or clients in the case of ad agencies).  The final tabulated samples included 502 "higher-spend advertisers" (spending over $500,000 annually on advertising), 302 "lower-spend advertisers" (spending less than $500,000 annually on advertising, including 138 advertisers who spend less than $50,000 annually on advertising), and 381 respondents from advertising agencies, all of whom were based in the U.S.

17.    The surveys were designed to determine advertisers' actual choices and considerations, as well as their evaluations of alternative advertising buying tools and the manner in which they assess the cost effectiveness of these tools.  In addition, participants were given a scenario and asked to indicate how they would respond in case the cost of programmatic display advertising increases by "a small but significant amount."[5]

---

[5]  This phrase was designed to leave it to the respondents to consider their reaction, if any, if (what they consider to be) "a small but significant" increase in the cost of programmatic display advertising occurred. *See* paragraph 65.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

22.     Prior to designing the survey questionnaires, I arranged for 14 preliminary interviews to be conducted with advertisers with a range of different spending levels as well as with ad agencies to explore some of the topics the survey would ultimately examine.[9]   The interviewer was an employee of Analysis Group who was on the team which assisted me with the surveys.  I listened to all of these interviews.

23.     To obtain live reactions from interviewees while answering the questions, respondents were given the following instructions:

> When answering, please give as much detail as possible. However, if you do not know the answer, that is okay -- just let me know.

24.     This technique is known in the scientific literature as "think-aloud protocols," which has advantages and some limitations in terms of capturing respondents' understanding and interpretation of the questions in real time.[10]   I used the feedback and responses of the interview participants to inform the development of the survey questions.

25.     In designing the survey questions, it was important to recognize potential differences between different groups of advertisers that might affect their understanding of certain industry-specific terminology or otherwise affect the question phrasing.  Ultimately, I designed three survey questionnaires tailored to different groups of respondents: "higher-spend advertisers" spending more than $500,000 on advertising in the past year (the "Higher-Spend Advertiser Survey"), "lower-spend advertisers" spending less than $500,000 on advertising in the past year (the "Lower-Spend Advertiser Survey"), and individuals at ad agencies (the "Ad Agency

---

[9]   The initial interview participants were members of the same Advertiser Perceptions panel (described below) that was used for the online surveys.  To avoid overlap, I requested that respondents who participated in the preliminary interviews not be invited to participate in the subsequent surveys.  *See* Appendix D for the discussion guide used during the preliminary interviews.

[10]  For a review, *see, e.g.,* Robert Crutcher (1994), "Telling What We Know: The Use of Verbal Report Methodologies in Psychological Research," *Psychological Science*, Vol. 5, No. 5, pp. 241-248; *see also* Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise Effects," *Journal of Consumer Research*, Vol. 16, pp. 158-174.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

to what is known as "focalism"[20] and possible "demand effects."[21]  Thus, respondents were informed only at the conclusion of the survey about its sponsor and were given the option to indicate that their responses should not be included in any statistical or other analysis of the findings, which was implemented accordingly (*i.e.*, I have not received any information about their responses and those responses are not included in the results described in this report or any other analysis).[22]

28.    After developing the survey questionnaires, I subsequently arranged to conduct a dozen additional interviews, or "pre-tests," of the questionnaires.[23, 24]  Instead of think-aloud protocols, participants in these subsequent pre-test interviews completed the survey on their own, but they were asked a few additional questions at the conclusion of the survey.  The questions were the following:

- Did you have any problems or difficulties taking the survey?

- Did you think any questions were unclear? If so, which ones and why?

- Did you think any answer options were unclear? If so, which ones and why?

---

[20]    *See, e.g.*, Timothy D. Wilson and Daniel T. Gilbert (2003), "Affective Forecasting," *Advances in Experimental Social Psychology*, Vol. 35, pp. 345-411, at pp. 366-369. *See also* Daniel Kahneman, et al. (2006), "Would You Be Happier If You Were Richer? A Focusing Illusion," *Science*, Vol. 312, pp. 1908-1910, at p. 1908; David Gal and Itamar Simonson (2020), "Predicting Consumers' Choices in the Age of the Internet, AI, and Almost Perfect Tracking: Some Things Change, the Key Challenges Do Not," *Consumer Psychology Review*, Vol. 4, No. 1, pp. 1-18.

[21]    *See, e.g.*, Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Chapter 11, Shari S. Diamond and Jerre B. Swann, Eds., American Bar Association, pp. 243-259, at p. 243.  *See also* Alan G. Sawyer (1975), "Demand Artifacts in Laboratory Experiments in Consumer Research," *Journal of Consumer Research*, Vol. 1, No. 4, pp. 20-30, at pp. 20-21.

[22]    As described later, the surveys did not include a "Back" button and disabled the "Back" option in respondents' browsers.  *See* Appendix F.1, at F.1-2.  Therefore, respondents were not able to change their previous answers after being informed about the survey sponsor.

[23]    Specifically, five pre-tests of the Higher-Spend Advertiser Survey questionnaire, three pre-tests of the Lower-Spend Advertiser Survey questionnaire, and four pre-tests of the Ad Agency Survey questionnaire were conducted. Pre-tests can help determine whether survey questions were clear and unambiguous.

[24]    *See, e.g.,* Bradburn et al (2004), at p. 317 ("[A] pretest will help you determine if the questionnaire is gathering the data you need and whether it is convenient and clear for respondents to fill out. Additionally, a pretest will often suggest problems you were unaware of, and it can help you avoid costly mistakes.").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- Did any questions in the survey make you feel that you should answer one way or the other? If so, which ones and why?

- What do you think might be the purpose for conducting this survey? What makes you think so?

- Is there anything else you would like to say about the survey?[25]

29.    Overall, the results of these pre-test interviews indicated that, consistent with my prior experience with similar survey questions, the questions in this survey were clear, and respondents encountered no difficulties understanding the questions.[26]

**B.    Sample Selection and Survey Administration**

30.    All surveys were administered via the Internet in September and October 2023. The samples of advertisers and of ad agency employees were obtained through Advertiser Perceptions ("AP").  A "leading provider of research-based strategic market intelligence and analysis to the media, advertising and ad tech industry,"[27] AP has specialized in understanding the advertising market and advertising decision makers.[28]  This allowed them to reach a large pool of confirmed advertisers at companies and employees at ad agencies.  AP regularly surveys advertisers at companies and employees at ad agencies to generate reports for use by companies

---

[25]    *See* Appendix E.

[26]    Given these results, I did not make any changes to the survey questionnaires based on the results of the pre-tests.

[27]    Business Wire, "Eureka Equity Partners Announces Investment in Advertiser Perceptions," https://www.businesswire.com/news/home/20230216005622/en/Eureka-Equity-Partners-Announces-Investment-in-Advertiser-Perceptions (viewed 9/24/2023).

[28]    For example, Advertiser Perceptions publishes a series of "DSP Reports" summarizing insights from a survey of advertising decision makers.  *See*, *e.g.*, GOOG-DOJ-11021167-216; GOOG-DOJ-AT-00748293-396; GOOG-DOJ-AT-00839664-764; GOOG-DOJ-AT-02524665-749; GOOG-AT-MDL-001272416-493.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

in the advertising space.[29] AP also frequently runs surveys at the request of specific companies seeking to understand advertisers' decisions, considerations, and expected responses to changes.[30]

31.    AP maintains a proprietary "AdPROs" panel and works with a variety of third-party survey panels to recruit qualified respondents.[31]    The AdPROs panel includes U.S.-based respondents who are brand marketers, agency executives, media specialists, digital publishers, and IT leaders directly involved in media and ad tech purchase decisions.[32]    Notably, the ADPROs panel includes "[q]uantitative and qualitative respondents covering the world's top brands and agencies – including 100% of the Ad Age Top 200 Advertisers and controlling $165B+ of annual ad spend."[33]

32.    For each of the surveys described in this report, members of AP's AdPROs panel and third-party partner panels were invited to participate in the survey via email.  Up to two reminder emails were sent to participants who did not complete the survey within three to four days of the initial invite.

---

[29]    *See, e.g.*, GOOG-DOJ-11021167-216; GOOG-DOJ-AT-00748293-396; GOOG-DOJ-AT-00839664-764; GOOG-DOJ-AT-02524665-749. *See also* Advertiser Perceptions, "Data-Driven Market Intelligence: For More Effective New Business and Client Retention Pitches," https://advertiserintelligence.com (viewed 10/2/2023); Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf, at pp. 6, 17-18.

[30]    Advertiser Perceptions, "Key Business Intelligence That Drives Results: Take Actions Based on Data-Driven Strategic Sales & Marketing Recommendations," https://www.advertiserperceptions.com/results/ (viewed 10/2/2023); Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf, at pp. 2, 6, 17-18.

[31]    Advertiser Perceptions, "2023 Ad Pros Page - Advertiser Perceptions," https://www.advertiserperceptions.com/join-ap-ad-pros/ (viewed 9/24/2023).

[32]    Advertiser Perceptions, "2023 Ad Pros Page - Advertiser Perceptions," https://www.advertiserperceptions.com/join-ap-ad-pros/ (viewed 9/24/2023); Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf, at p. 7.

[33]    Advertiser Perceptions, "2023 Ad Pros Page - Advertiser Perceptions," https://www.advertiserperceptions.com/join-ap-ad-pros/ (viewed 9/24/2023).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

33.    AP has a standard process they put in place to generate survey samples that are representative of the advertiser population they are intended to reflect.[34]    Specifically, AP maintains estimates of the distribution of U.S. based advertisers across a variety of metrics, including company size, annual media spend, industry/sector, advertiser title, and demographic information such as age, gender, and region.  At my direction, and in accordance with their standard practices, AP sent invitations to panel members to generate an inbound sample[35] that was representative of the U.S. advertiser population accounting for the vast majority of spending.[36]

34.    At the direction of counsel, I asked AP to pre-screen respondents to ensure that they did not work for any companies that are parties to, were identified on initial disclosures in, or have received subpoenas in connection with *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.), the cases consolidated in *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (S.D.N.Y.), and/or *Texas v. Google LLC*, No. 4:20-cv-00957 (E.D. Tex.).[37]  Respondents who work for companies on this list did not participate in any of the surveys.  To the extent those companies are, on average, more sophisticated advertisers, then my results would likely be conservative on key topics such as multi-homing (*i.e.*, the use of multiple ad buying tools and/or

---

[34]    *See, e.g.*, GOOG-DOJ-AT-02524665-749, at 666-667; GOOG-DOJ-AT-00839664-764, at 666-667, 726; GOOG-DOJ-11021167-216, at 168; GOOG-AT-MDL-002038336-380, at 337-338. According to AP, their "proprietary database and panels of media decision makers are large and responsive" and the "advertiser survey and questionnaire development process that [they] employ is proven and ensures optimal response." Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf, at p. 18.

[35]    The "inbound sample" refers to the sample of respondents who clicked into the survey link provided in the invitation.  AP's approach of generating a representative inbound sample is similar to the methodology applied by many other panel providers I have worked with in the past.

[36]    For the Higher-Spend Advertiser Survey, in order to generate sufficiently large sample sizes across different spending levels, AP generated a sample with equal proportion of respondents within the $500,000 to $15,000,000 annual ad spend range and the $15,000,000+ annual ad spend range. However, AP applied their standard practice to generate a representative inbound sample within those sub-groups.

[37]    The relevant companies are identified in Appendix I.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

advertising types) and substitution across advertising types in response to cost increases, which likely requires greater experience and expertise.[38]

35.      While conducting the analyses described throughout this report, I also examined whether key results differed by demographics or advertiser spend (*e.g.*, whether male respondents are more or less likely to multi-home than female respondents) and found that, by and large, the results are generally consistent across different subgroups.[39]  In addition to the standard process AP put in place to generate survey samples that are representative, this consistency supports that the survey results are not meaningfully impacted by the specific composition of the sample (*e.g.*, the number of male respondents versus female respondents).

36.      As part of the quality control process, AP uses Research Defender, a digital fingerprinting and fraud detection platform,[40] to exclude bots and manage duplication across sample partners, in addition to other internal metrics such as speeders (*i.e.*, respondents who completed the survey in a very short amount of time), straight liners (*i.e.*, respondents who gave the same answer for a series of questions), inconsistencies in responses, and low-quality open-ended responses.  Respondents who completed the survey were compensated in points redeemable for cash, equivalent to approximately $10 to $20.[41]

37.      For each survey, the final dataset provided by AP included all respondents who entered the survey, passed AP's quality control process, and did not choose to exclude their

---

[38]  For a general overview of the literature on the effect of knowledge and expertise, *see*, *e.g.*, Joseph W. Alba and J. Wesley Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, Vol. 13, No. 4, pp. 411- 454.

[39]  *See* Exhibits 103-104.

[40]  Research Defender, "Home," https://researchdefender.com (viewed 10/19/2023).

[41]  Research shows that providing respondents with financial incentives for completing surveys increases response rates and reduces nonresponse bias.  *See*, *e.g.*, Diamond (2011), at p. 383; Eleanor Singer and Cong Ye (2013), "The Use and Effects of Incentives in Surveys," *The Annals of the American Academy of Political and Social Science,* Vol. 645, pp. 112-141, at p. 134; Colin F. Camerer and Robin M. Hogarth (1999), "The Effects of Financial Incentives in Experiments: A Review and Capital-Labor-Production Framework," *Journal of Risk and Uncertainty*, Vol. 19, No. 1-3, pp. 7-42.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- reactions (if any) to an increase in the cost of programmatic display spending, including whether and to what extent spending would be diverted to other digital advertising types;

- use of different ad buying tools for programmatic display advertising;

- metrics used to assess performance of programmatic display advertising; and

- use of experiments to inform different aspects of programmatic display advertising.

40.     As noted above, the survey was designed to provide a broad review of advertisers' past decisions and behavior as well as their expected responses to changes.  Thus, the survey involved a mix of questions about advertisers' considerations, past decisions, as well as questions presenting hypothetical scenarios.

## B.     Methodology

41.     Five pre-test interviews for the Higher-Spend Advertiser Survey were conducted on September 1, 2023.  No changes to the survey questionnaire were made based on these pre-test interviews.   After pre-testing, the Higher-Spend Advertiser Survey was administered from September 5, 2023, to September 21, 2023.  The full survey questionnaire is included in Appendix F.1.  Screenshots of the survey as it appeared to respondents are presented in Appendix F.2.

### 1.     Survey Universe and Screening Criteria

42.     The survey universe for the Higher-Spend Advertiser Survey included advertisers and marketers based in the U.S. who work for companies that sell and advertise products or services (as opposed to ad agencies) and have spent over $500,000 on advertising in the past year.[44]

---

[44]    As discussed above, because advertisers with lower spending levels may be less familiar with certain industry terminology used in the Higher-Spend Advertiser Survey, I required respondents to the Higher-Spend Advertiser

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Because a primary focus of the survey was to assess decision-making regarding programmatic display advertising specifically, the survey universe was also limited to advertisers and marketers who have used programmatic display advertising in the past year and who were personally involved in decisions regarding their company's use of display advertising, including determining strategies, budgets, use of buying tools, and/or management of digital display campaigns.

43.     Upon entering the survey, respondents were asked several standard introductory and demographic questions, followed by a series of screening questions to ensure that only respondents with the relevant characteristics that define the survey universe would qualify for the main questionnaire.[45]

44.     First, prospective respondents who clicked on the link to the survey were asked to enter a "captcha" code presented on the screen to make sure the respondent was a person rather than a machine.

45.     They were then told:

> **QS2.** Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.
>
> Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.
>
> If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

---

Survey to spend more than $500,000 on advertising in the past year.  Advertisers spending less than this amount were eligible for the Lower-Spend Advertiser Survey, which was similar to the Higher-Spend Advertiser Survey but simplified certain language.

[45]     As shown in Appendix F.1, questions asked in the screening section of the questionnaire are identified by a "QS" prefix, questions asked in the main questionnaire are identified by a "Q" prefix, and the question asked in the follow-up section is identified by a "QF" prefix.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

whether or not to use a resource, which essentially involves a choice between taking an action (use the resource) or not.[62,63]

64.    In the current survey, the question below regarding the possible diversion of spending from one type of advertising (*i.e.*, programmatic display advertising) to other types of advertising follows a similar format to other such studies involving taking action and making changes.  In addition, the current survey was designed to assess the extent to which respondents would divert spending to each other type of advertising, and differences, if any, across different forms of advertising.

65.    Specifically, respondents were instructed to assume a scenario in which their analysis shows that the cost of programmatic display advertising has increased by a "small but significant amount," whereas the costs of other digital advertising types have not changed.  Given this scenario, they were asked whether or not they will divert some of their spending to other types of digital advertising and if so, which types of digital advertising they will divert spending to.[64] The phrasing of this question was designed to leave it to the advertisers to consider their reaction, if any, if (what they consider to be) "a small but significant" increase in the cost of programmatic display advertising occurred.[65]

---

[62]    *See, e.g.*, Aram Galstyan, Shashikiran Kolar, and Kristina Lerman (2003), "Resource Allocation Games with Changing Resource Capacities," *Proceedings of the Second International Joint Conference on Autonomous Agents and Multiagent Systems*, pp. 145-152. *See also* Vicki G. Morwitz, Eric Johnson, and David Schmittlein (1993), "Does Measuring Intent Change Behavior?," *Journal of Consumer Research*, Vol. 20, No. 1, pp. 46-61.

[63]    Other studies have also examined advertiser budgeting methods more generally.  *See, e.g.*, Douglas West and Gerard P. Prendergast (2009), "Advertising and Promotions Budgeting and The Role of Risk," *European Journal of Marketing*, Vol. 43, No. 11/12, pp. 1457-1476.

[64]    The order of the presented response options was randomized (except for "Don't know / Unsure").

[65]    In addition, the balanced phrasing of "small but significant" avoids possible demand effects whereby respondents might have assumed that certain answers were expected or preferred.  *See, e.g.,* Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Chapter 11, Shari S. Diamond and Jerre B. Swann, Eds., American Bar Association, at p. 243. *See also* Alan G. Sawyer (1975), "Demand Artifacts in Laboratory Experiments in Consumer Research," *Journal of Consumer Research*, Vol. 1, No. 4, pp. 20-30, at pp. 20-21.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Q5.** Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

- ⊙ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising
- ⊙ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising **[SKIP TO Q8]**
- ⊙ Don't know / Unsure **[SKIP TO Q8]**

**Q6.** To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the **increase in the cost of programmatic display advertising**?[66]

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply.)* [67]

- ❑ Search
- ❑ Direct Deals Display
- ❑ Email
- ❑ Digital Audio
- ❑ Social
- ❑ App/In-app
- ❑ Digital Video
- ❑ Connected TV
- ❑ eCommerce Platforms
- ❑ Other
- ⊙ None of the above **[EXCLUSIVE] [SKIP TO Q8]**
- ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q8]**

---

[66]  As noted above, respondents were only asked Q6 if they indicated that they would divert spending in Q5.

[67]  The order of the response options was randomized (except for "Other," "None of the above," and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

66.    After selecting which other digital advertising types they would divert spending to,

respondents were asked to rate the extent of their increase on a scale of 0 to 10, with 0 labeled as

"keep the same" and 10 labeled as "substantially increase."   Respondents were also given the

option to select "Don't know / Unsure" if they were unable to make a choice on the scale.[68]

> **Q7.** In your previous answer, you indicated that the increase in the cost of
> programmatic display advertising will lead you to divert some of your
> advertising spending to the types of digital advertising listed below.
>
> Please use the sliders below to indicate, on a scale of **0** to **10**, the extent to
> which you would divert (that is, increase) advertising spending for the
> coming year to **each type of digital advertising** that you just indicated.
>
> For each digital advertising type below, please select **0** if you expect to
> keep spending on that type of digital advertising for the coming year and
> **10** if you expect to substantially increase spending on that type of digital
> advertising.
>
> To review the advertising type descriptions, hover your mouse over each
> digital advertising type.[69]

| | | |
|---|---|---|
| Search | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| Direct Deals Display | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| Email | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| Digital Audio | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| Social | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| App/In-app | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| Digital Video | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| Connected TV | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| eCommerce Platforms | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |
| Other | **[INSERT SLIDER]** | ⦿ Don't know / Unsure |

67.    Below is an example of how this question appeared to respondents taking the

survey:[70]

---

[68]   The response options in Q7 were presented in the same order as those presented in Q6, which was randomized.
[69]   As noted above, respondents were only asked Q7 if they indicated that they would divert spending in Q5.
[70]   Appendix F.2, at F.2-24.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

I and/or my business unit/team have run experiments and/or test & learn initiatives testing… *(Please select all that apply.)* [84]

- ❏ Creatives
- ❏ Bid strategies
- ❏ Audiences
- ❏ Publishers
- ❏ Ad buying tool performance
- ❏ ROI/ROAS
- ❏ Other (*please specify*): **[TEXT BOX]**
- ⦿ Don't know / Unsure **[EXCLUSIVE]**

*Follow-up Disclosure and Participation Question*

79.    At the conclusion of the survey, respondents were presented with a disclosure about the sponsor of the survey and its connection to pending antitrust lawsuits and were given the option to exclude their responses from the survey.  This question was included at the end of the survey to avoid introducing any potential bias in the survey responses due to demand effects whereby respondents might have assumed that certain answers were expected or preferred.

80.    Specifically, respondents were shown the following screen, which concluded the survey: [85]

**QF1.** This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.

If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.

If you do not want to participate in this survey, please click "Exclude my responses" below.

- ⦿ Include my responses
- ⦿ Exclude my responses

---

[84]    The order of the response options was randomized (except for "Don't know / Unsure").
[85]    The order of the response options was randomized.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

81.    It is noteworthy that there is no reason to expect the respondents who chose, at the conclusion of the survey, to not be included in the final sample to be different from the other respondents.  Considering that respondents were asked to describe their advertising practices and considerations, and they were not asked to evaluate any particular company, there is no reason to expect those who chose to not be included in the sample to be different in any systematic way or in any way that pertains to the surveys' conclusions from other respondents.  In fact, some research has found that identifying the survey sponsor to respondents has no meaningful effect on the content of the survey responses.[86]  For example, in this survey, one would be hard-pressed to come up with a scenario whereby those respondents who used fewer advertising buying tools would be systematically more likely to indicate that they prefer to not be included in the sample.

**C.    Survey Findings**

82.    In this section, I will summarize the main survey findings for the Higher-Spend Advertiser Survey.  Additional findings can be found in Exhibits 1 to 36.  The complete data set of all individual participants' responses is presented in Appendix F.3.

83.    A total of 603 respondents completed the survey.[87]  Of those, 94 respondents chose to exclude their responses from the survey.[88]  Consistent with common practice, 7 respondents

---

[86]    Charles Crabtree, Holger L. Kern, and Matthew T. Pietryka (2022), "Sponsorship Effects in Online Surveys," *Political Behavior*, Vol. 44, pp. 257-270; Del I. Hawkins (1979), "The Impact of Sponsor Identification and Direct Disclosure of Respondent Rights on the Quantity and Quality of Mail Survey Data," *Journal of Business*, Vol. 52, No. 4, pp. 577-590.

[87]    Exhibit 1. AP removed two respondents who did not meet their internal quality control metrics.  These respondents provided what AP determined to be nonsensical responses to open-ended questions, such as "R5U54U" and "The study is quite nice to carry on."  These respondents were not included in the 603 respondents considered to have completed the survey.

[88]    Exhibit 1. Respondents who selected "Exclude my responses" in QF1 were not included in the respondent-level data files provided to me by Advertiser Perceptions and thus I do not have access to their responses to other questions in the survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

advertising, instead of up to four advertising types as was done in the Higher-Spend Advertiser Survey. Other differences involved minor updates to the phrasing of questions and answer options to make them suitable for lower-spend advertisers, such as removing references to "business unit/team" and updating "advertiser/marketer" to "products/services business."

### B.    Methodology

115.    Three pre-test interviews (as described above) for the Lower-Spend Advertiser Survey were conducted on September 19, 2023. No changes were made based on these pre-test interviews. The Lower-Spend Advertiser Survey was administered from September 25, 2023 to October 12, 2023. The full survey questionnaire is included in Appendix G.1. Screenshots of the survey as it appeared to respondents are presented in Appendix G.2.

### 1.    Survey Universe and Screening Criteria

116.    The survey universe for the Lower-Spend Advertiser Survey was similar to that of the Higher-Spend Advertiser Survey. Specifically, the universe for the Lower-Spend Advertiser survey included advertisers and marketers based in the U.S. who work for companies that sell and advertise products or services (as opposed to ad agencies) and have spent less than $500,000 on advertising in the past year.[144] Because a primary focus of the survey was to assess decision-making regarding display advertising specifically, the survey universe was limited to advertisers and marketers who have used display advertising in the past year and who were personally involved in decisions regarding their company's use of display advertising, including determining strategies, budgets, use of buying tools, and/or management of digital display campaigns.

---

[144] As discussed above, advertisers spending more than $500,000 on advertising in the past year were eligible for the Higher-Spend Advertiser Survey, which used certain industry terms that higher-spend advertisers tend to be more familiar with.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

B.    **Methodology**

164.    Four pre-test interviews for the Ad Agency Survey (as described above) were conducted on September 5, 2023.  No changes were made based on the pre-testing.  The actual Ad Agency Survey was administered from September 6, 2023 to September 21, 2023.  The full survey questionnaire is included in Appendix H.1.  Screenshots of the survey as it appeared to respondents are presented in Appendix H.2.

1.    **Survey Universe and Screening Criteria**

165.    The survey universe for the Ad Agency Survey included individuals based in the U.S. who work for ad agencies and assist their clients with media strategy (*i.e.*, advising clients on media/marketing strategies and/or how to spend advertising funds).  Because a primary focus of the survey was to assess decision-making regarding programmatic display advertising specifically, the survey universe was also limited to ad agency employees who have used programmatic display advertising in the past year for their primary client and who were personally involved in assisting their primary client with decisions regarding their use of display advertising, including determining or advising the client regarding strategies, budgets, use of buying tools, and/or management of digital display campaigns.

166.    The screening questions used to determine whether the respondents met the definition of the relevant survey universe and thus would qualify for the main questionnaire for the Ad Agency Survey were similar to those used in the Higher-Spend Advertiser Survey, except for certain differences that I describe below.

167.    Respondents were asked to select which description best characterizes their company (QS7), and had to indicate working for a media agency or a full service agency in order to proceed with the survey.  If the respondent indicated working for a full service agency, they

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 2**

**HIGHER-SPEND ADVERTISER SURVEY**
**SURVEY PARTICIPATION PREFERENCE**

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you do not want to participate in this survey, please click "Exclude my responses" below.



Notes & Sources:
From Higher-Spend Advertiser Survey.
Includes respondents who completed the survey.
Respondents who indicated that they wanted their responses excluded from the survey were removed from the data
    by the panel vendor.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## EXHIBIT 38

## LOWER-SPEND ADVERTISER SURVEY
## SURVEY PARTICIPATION PREFERENCE

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you do not want to participate in this survey, please click "Exclude my responses" below.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 38**

**LOWER-SPEND ADVERTISER SURVEY**
**SURVEY PARTICIPATION PREFERENCE**

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

Includes respondents who completed the survey.

Respondents who indicated that they wanted their responses excluded from the survey were removed from the data by the panel vendor.

Information about annual ad spend for the 95 respondents who selected to exclude their responses is not available.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 69**

**AGENCY SURVEY**
**SURVEY PARTICIPATION PREFERENCE**

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you do not want to participate in this survey, please click "Exclude my responses" below.



Notes & Sources:
From Agency Survey.
Includes respondents who completed the survey.
Respondents who indicated that they wanted their responses excluded from the survey were removed from the data by the panel vendor.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX D
# PRELIMINARY INTERVIEW GUIDE

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Preliminary Interview Guide**

**1.    Introduction**

Hello, am I speaking to [FIRST NAME]?

My name is [NAME] and I will be interviewing you. Thank you for agreeing to speak with me today.

This interview is not being recorded. I have not been told your identity, including the company you work for. I only know your job title and the industry category you work in. <u>All information you provide will be analyzed across the entire sample of interviews</u>.

This interview is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.  Based on our research, we understand that your company is not a participant in those lawsuits.  We are interviewing people who work in advertising and would like to ask you some questions about your work. Would you be willing to participate in this interview?

As we go through, please let me know if any of my questions are unclear or if I use any terms you are unfamiliar with.

I will ask you about several different topics. If I start asking about any topics that don't apply to you or your company, please just let me know and I can move on to the next topic.

When answering, please give as much detail as possible. However, if you do not know the answer, that is okay -- just let me know.

Do you have any questions before I begin?

**2.    General Background**

1.  Do you work in a particular group or area within your company? What group or area is that?

    a.  How is your advertising group organized? Does it, e.g., cover specific products, customer segments, etc.?

2.  How would you describe your current role?

3.  How long have you been in this role?  How long have you worked on digital advertising over the course of your career?

4.  In your current role, what, if any, responsibilities do you have with respect to digital advertising?

5.  If you know, roughly what share or percentage of your ad spending is on digital, online advertising vs. offline advertising?

6.  How would you describe the role you play in deciding how advertising dollars are spent? What are your specific responsibilities?

7.  Do you work with advertising agencies for digital advertising?

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX E
# PRETEST MODERATOR INSTRUCTIONS

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Pretest Moderator Instructions**

_Instructions_: _The moderator's script is highlighted in grey. Instructions and cues for the moderator are in bold and all caps._

**Section 1: Introduction & Questionnaire**

Hello.

My name is _____. Thank you so much for agreeing to take this survey today. Please take the survey as you normally would. There is no correct or incorrect way to take this survey, we would like you to approach this as realistically as possible. After you're done taking the survey, I will ask you a few follow-up questions.

Does that all sound okay? **[WAIT FOR AGREEMENT]**

Thank you! The link to the website you need to go to was provided in the email you received, please follow that link. **[IF NECESSARY REMIND WHO THE SENDER OF THE EMAIL WAS]** Please let me know when you have the link open.

Thank you! You can start the survey. Please let me know when you complete the survey because I will have a few follow-up questions then.

**[ALLOW THE RESPONDENT TO TAKE THE SURVEY AND FINISH]**

**Section 2: Follow-up Questions**

**[QUESTIONS TO ASK AFTER THE RESPONDENT FINISHED RESPONDING TO ALL SURVEY QUESTIONS AND INDICATES SO]**

Q1. Did you have any problems or difficulties while taking the survey?

Q2. Did you think any questions were unclear? If so, which ones and why?

Q3. Did you think any answer options were unclear? If so, which ones and why?

Q4. Did any questions in the survey make you feel that you should answer one way or the other? If so, which ones and why?

Q5. What do you think might be the purpose for conducting this survey? What makes you think so?

**Section 3: Closing**

Q6. Is there anything else you would like to say about the survey?

----------------------------------------------------------------------------------------------------------------------------

Thank you so much for your time. Your participation is much appreciated and a representative from Advertiser Perceptions will reach out regarding your compensation for completing this survey. Have a good day.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX F
# HIGHER-SPEND ADVERTISER SURVEY

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX F.1 HIGHER-SPEND ADVERTISER SURVEY SCRIPT

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Higher-Spend Advertiser Survey**
**Screener and Main Survey Programmer Instructions**

**LEGEND:**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following sections:

| |
|---|
| **Introduction & Screening** (questions labeled QS) |
| **Main Survey Questions** (questions labeled Q) |
| **Follow-Up Questions** (questions labeled QF) |

## Overview

**[NO RESPONDENTS TO BE CONTACTED AT COMPANIES FROM THE LIST OF ENTITIES TO BE EXCLUDED]**

**[PANEL CONSISTS OF RESPONDENTS WHO ARE 18+, BASED IN THE U.S., AND WHOSE JOB FUNCTION RELATES TO MARKETING AND/OR ADVERTISING]**

**[TARGET 500 COMPLETES]**

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ANSWER ALL QUESTIONS UNLESS OTHERWISE SPECIFIED]**

**[DISPLAY ONE QUESTION PER PAGE UNLESS OTHERWISE SPECIFIED]**

**[NO SURVEY OR SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[TEXT FOR TERMINATES: "THANK YOU FOR YOUR INTEREST IN OUR STUDY. YOU DO NOT QUALIFY FOR THIS STUDY. WE APPRECIATE YOUR TIME."]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Introduction and Screening**

QS1.    Please enter the code exactly as it appears in the box below, and then click "Continue" to continue.

**[INSERT CAPTCHA; TERMINATE AFTER THREE INCORRECT ATTEMPTS]**

QS2.    Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

QS3.    What is your age? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "PREFER NOT TO ANSWER" LAST]**
- ⊙ Under 18 **[TERMINATE]**
- ⊙ 18 - 34
- ⊙ 35 - 49
- ⊙ 50 - 64
- ⊙ 65 or above
- ⊙ Prefer not to answer **[TERMINATE]**

QS4.    What is your gender? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**
- ⊙ Male
- ⊙ Female
- ⊙ Other: **[INSERT TEXT BOX]**
- ⊙ Prefer not to answer

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS5.    In which state do you live? (*Please select only one option.*)

**[INSERT DROP DOWN MENU OF ALL 50 STATES AND DC, PLUS "OTHER" AND "DON'T KNOW / UNSURE"]**

**[TERMINATE IF "OTHER" OR "DON'T KNOW / UNSURE" IS SELECTED]**

QS6.    Which of the following do you have any involvement in as part of your job responsibilities? *(Please select all that apply.)*

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ❑ Hiring/HR
- ❑ IT/Tech
- ❑ Business intelligence/Data science
- ❑ Sales or account management
- ❑ Accounting/Finance
- ❑ Advertising or Marketing
- ❑ Website/Mobile App design/development
- ❑ Customer relationship management
- ❑ Data analysis/statistics
- ❑ Other (*specify*):

**[TERMINATE IF "Advertising or Marketing" IS NOT SELECTED]**

QS7.    Which of the following best characterizes the type of company you work for? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙ **Advertiser/Marketer** – your company sells products or services and advertises/markets its products or services
- ⊙ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies **[TERMINATE]**
- ⊙ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds **[TERMINATE]**
- ⊙ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution **[TERMINATE]**
- ⊙ **Other** (*please describe*)**: [INSERT TEXT BOX] [TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS8.  Which of the following, if any, best characterizes the market sector/industry your company is in? (*Please select only one option.*)

**[DO NOT RANDOMIZE]**

⊙ Advertising or Marketing
⊙ Apparel/Fashion
⊙ Automotive
⊙ B2B/Services for Businesses
⊙ Consumer Electronics
⊙ Education
⊙ Financial Products/Services for Consumers (including Fintech)
⊙ Food and Beverage
⊙ Government
⊙ Health and Beauty Products
⊙ Home Products/Appliances
⊙ Health Care or Medical Services
⊙ Media and Entertainment
⊙ Non-Profit
⊙ Pharmaceuticals and Remedies (Rx or OTC)
⊙ Restaurants
⊙ Retail (including Ecommerce)
⊙ Telecommunications
⊙ Travel and Hospitality
⊙ Other (*Please describe*): **[INSERT TEXT BOX]**

QS9.  Which of the following best characterizes your current job title/level? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

⊙ C-Level (CEO, COO, CMO, etc.)
⊙ Vice President, SVP, EVP, President, etc.
⊙ Director
⊙ Supervisor/Department Head/Group Manager
⊙ Manager
⊙ Strategist
⊙ Associate
⊙ Analyst
⊙ Buyer
⊙ Planner
⊙ Other (*please describe*): **[INSERT TEXT BOX]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS10.  Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Less than $10,000 **[TERMINATE]**
⊙ $10,000 to less than $50,000 **[TERMINATE]**
⊙ $50,000 to less than $100,000 **[TERMINATE]**
⊙ $100,000 to less than $250,000 **[TERMINATE]**
⊙ $250,000 to less than $500,000 **[TERMINATE]**
⊙ $500,000 to less than $1 million
⊙ $1 million to less than $3 million
⊙ $3 million to less than $7 million
⊙ $7 million to less than $15 million
⊙ $15 million to less than $30 million
⊙ $30 million to less than $50 million
⊙ $50 million to less than $100 million
⊙ $100 million to less than $250 million
⊙ $250 million to less than $500 million
⊙ $500 million or more
⊙ Don't know / Unsure **[TERMINATE]**

QS11.  Please think about your business unit/team's total advertising budget. In the past year, what percentage of your business unit/team's total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate. *(Please enter a number from 0 to 100 for each type of advertising, or select "Don't know / Unsure." Values must add up to 100%)*

**[FOR ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please enter a whole number between 0 and 100 for each advertising type, or select "Don't know / Unsure." Values must add up to 100.**"][SHOW TOTAL AT BOTTOM]**

**[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**

Percentage of budget spent on **digital (online) advertising** last year: [          ]
Percentage of budget spent on **offline advertising** last year: [          ]
**TOTAL**                                  **[SHOW SUM OF NUMBERS ABOVE]**

⊙  Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF DIGITAL (ONLINE) = 0]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS12. Which of the following types of **digital advertising**, if any, has your business unit/team used in the past year? Please review the description of each advertising type **carefully**. *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

|  | **Advertising Type** | **Description** |
|---|---|---|
| ❏ | Search | Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL. |
| ❏ | Display | Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. |
| ❏ | Email | Digital ads sent via email to current and potential customers. |
| ❏ | Digital Audio | Recorded advertisements that play between or during songs, podcasts, or other digital audio content. |
| ❏ | Social | Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. |
| ❏ | App/In-App | Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms. |
| ❏ | Digital Video | Includes video ads that appear before, during, or after digital content in a video player, such as YouTube. |
| ❏ | Connected TV | Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc. |
| ❏ | eCommerce Platforms | Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart. |
| ❏ | Other *(specify and explain):* **[INSERT TEXT BOX]** | |
| ⊙ Don't know / Unsure **[EXCLUSIVE]** | | |

**[TERMINATE IF "DISPLAY" IS NOT SELECTED]**

F.1-7

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS13.  You indicated that your business unit/team has used **display advertising** in the past year. Display ad inventory can be purchased through programmatic transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.

**Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.

**Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.

Which of the following transaction methods has your business unit/team (or your ad agency) used to purchase **display ad inventory** in the past year? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

☐ Programmatic
☐ Direct Deals
◉ None of the above **[EXCLUSIVE]**
◉ Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF "PROGRAMMATIC" IS NOT SELECTED]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS14. **[IF "SOCIAL" IS SELECTED IN QS12]** You indicated that your business unit/team has used **social advertising** in the past year. Which of the following social media platforms, if any, has your business unit/team advertised on in the past year? (*Please select all that apply.*)

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE", AND "DON'T KNOW / UNSURE" LAST]**

❐ Facebook
❐ Instagram
❐ Pinterest
❐ Snapchat
❐ TikTok
❐ Twitter
❐ LinkedIn
❐ Reddit
❐ Tumblr
❐ FriendLinx
❐ Other social media platforms (*specify*): **[INSERT TEXT BOX]**
⊙ None of the above **[EXCLUSIVE]**
⊙ Don't know / Unsure **[EXCLUSIVE]**

QS15. In which of the following ways have you personally been involved in your company's **digital display** advertising efforts in the **last 12 months**? (*Please select all that apply.*)

**[RANDOMIZE; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

❐ I determine overall strategies and/or budgets for digital display
❐ I determine which buying tools and/or demand-side platforms (DSPs) to use for digital display
❐ I regularly use self-serve ad platforms to manage digital display campaigns
❐ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns
❐ I regularly set up audience/target parameters for programmatic digital display buying
❐ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying
❐ I measure results of digital display campaigns
❐ I oversee a team/individuals that measure(s) results of digital display campaigns
⊙ None of the above **[EXCLUSIVE] [TERMINATE]**
⊙ Don't know / Unsure **[EXCLUSIVE] [TERMINATE]**

**[TERMINATE IF NONE OF "I determine overall strategies and/or budgets for digital display", "I determine which buying tools and/or demand-side platforms (DSPs) to use for digital display", "I regularly use self-serve ad platforms to manage digital display campaigns", "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns" ARE SELECTED]**

F.1-9

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS16. This question is testing whether or not you're paying attention while taking this survey.
Please select "Somewhat likely" below. (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Not at all likely **[TERMINATE]**
- ⊙ Not likely **[TERMINATE]**
- ⊙ Neither unlikely nor likely **[TERMINATE]**
- ⊙ Somewhat likely
- ⊙ Very likely **[TERMINATE]**
- ⊙ Don't know / Unsure **[TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## Main Questionnaire

Q1.   You have been selected to answer questions about advertising practices used by your business unit, or the team you work on. For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

## Use of Ad Agencies

Q2.   Do you or do you not use an ad agency for digital advertising? *(Please select one option.)*

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes, I use an ad agency for digital advertising
- ⊙ No, I do **not** use an ad agency for digital advertising
- ⊙ Don't know / Unsure

Q3.   **[IF RESPONDENT SELECTED "YES" IN Q2]** For which, if any, of the following do you use an ad agency? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**
- ☐ Content and/or creatives
- ☐ Consulting services
- ☐ Media/marketing strategies
- ☐ Allocating advertising funds across advertising types
- ☐ Budgeting decisions
- ☐ Customer research
- ☐ Implementation of advertising (e.g., placing bids, interacting with DSPs)
- ☐ Tracking advertising performance
- ☐ Inventory access
- ☐ Running advertising tests/experiments
- ☐ Other *(specify)*: **[INSERT TEXT BOX]**
- ⊙ None of the above **[EXCLUSIVE]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Budget Allocation and Substitution

Q4.    The following questions pertain to **digital advertising**.

Previously, you mentioned that your business unit/team has used the following types of **digital advertising** in the past year. What is your best estimate of the share of your business unit/team's **digital advertising** budget that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know / Unsure." Please make sure that numbers add up to 100.)*

**[SHOW ALL ANSWER OPTIONS SELECTED IN QS12 AND QS13 WITH TEXT BOX REQUIRING WHOLE NUMBER BETWEEN 0 AND 100. RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST. SHOW RUNNING TOTAL AT THE BOTTOM OF THE PAGE WITH THE SUM OF THE NUMBERS ENTERED]**

**[DISPLAY DESCRIPTIONS FROM QS12 AND QS13 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[THE SUM OF ALL NUMBERS MUST EQUAL 100. IF RESPONDENT CLICKS "NEXT" AND THE SUM OF THE NUMBERS IS NOT EQUAL TO 100, SHOW THE FOLLOWING ERROR MESSAGE:** "Sorry, your answers do not add up to 100. Please try again."**]**

**[FOR ALL OTHER ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE:** "Please specify a whole number in each cell, and do not leave any cell blank. Please enter 0 if you do not spend any portion of your advertising budget on a type of advertising."**]**

Search:

Programmatic Display:

Direct Deals Display:

Email:

Digital Audio:

Social:

App/In-app:

Digital Video:

Connected TV:

F.1-12

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

eCommerce Platforms:          |_____|

Other                          |_____|

**TOTAL**                      **[SHOW SUM OF NUMBERS ABOVE]**

⊙ Don't know / Unsure **[EXCLUSIVE]**

Q5.  Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), <u>will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising</u>?

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising.
⊙ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising. **[SKIP TO Q8]**
⊙ Don't know / Unsure **[SKIP TO Q8]**

Q6.  To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the **increase in the cost of programmatic display advertising**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply.)*

**[DISPLAY DESCRIPTIONS FROM QS12 AND QS13 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING. RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST.]**

☐ Search
☐ Direct Deals Display
☐ Email
☐ Digital Audio
☐ Social
☐ App/In-App
☐ Digital Video

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

❑ Connected TV
❑ eCommerce Platforms
❑ Other
⊙ None of the above **[EXCLUSIVE] [SKIP TO Q8]**
⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q8]**

Q7.  In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below.

Please use the sliders below to indicate, on a scale of **0** to **10**, the extent to which you would divert (that is, increase) advertising spending for the coming year to **each type of digital advertising** that you just indicated.

For each digital advertising type below, please select **0** if you expect to keep spending on that type of digital advertising for the coming year and **10** if you expect to substantially increase spending on that type of digital advertising.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

**[SHOW ANSWER OPTIONS SELECTED IN Q6. MATCH ORDER OF RESPONSES TO Q6. FOR EACH ADVERTISING TYPE, SHOW SLIDER FROM 0 TO 10, LABEL 0 "KEEP THE SAME" AND 10 "SUBSTANTIALLY INCREASE." INCLUDE OPTION FOR "DON'T KNOW / UNSURE".]**

**[DISPLAY DESCRIPTIONS FROM QS12 AND QS13 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

| Search | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
|---|---|---|
| Direct Deals Display | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Email | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Audio | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Social | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| App/In-app | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Video | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Connected TV | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| eCommerce Platforms | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Other | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Use of Ad Buying Tools for Programmatic Display (Multihoming) |
| --- |

Q8.    An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."

Which of the following ad buying tools, if any, have you and/or your business unit/team used during the **past year** for **programmatic display advertising**? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

- ❏ Google Ads
- ❏ Google Display and Video 360 (DV360)
- ❏ illumin (formerly AcuityAds)
- ❏ Adelphic
- ❏ Adform
- ❏ Adobe Advertising Cloud
- ❏ Amazon DSP
- ❏ Amobee
- ❏ Basis by Centro
- ❏ Beeswax
- ❏ Criteo
- ❏ MediaMath DSP
- ❏ Outbrain
- ❏ Quantcast
- ❏ Simpli.fi
- ❏ StackAdapt
- ❏ Taboola
- ❏ The Trade Desk DSP
- ❏ Yahoo DSP (formerly Verizon Media DSP)
- ❏ Xandr Invest
- ❏ Zeta Global
- ❏ Quorexx
- ❏ Ad Step Technologies
- ❏ Other (*please specify*): **[TEXT BOX]**
- ⦿ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q17]**

**[ADD FOLLOWING TEXT AS HOVER OVER FOR ALL INSTANCES OF "AD BUYING TOOL" IN FOLLOWING QUESTIONS:** <u>An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers.</u> Some ad buying tools can also be used to buy video and search ad inventory Ad buying tools include demand side platforms, or "DSPs.".]

F.1-15

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q9.  **[IF MORE THAN ONE AD BUYING TOOL IS SELECTED IN Q8]** Why did you and/or your business unit/team use more than one ad buying tool for **programmatic display advertising** in the past year? *(Please type in your response, or select "Don't know / Unsure".)*

    **[INSERT TEXT BOX]**
    **[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
       ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q10.  Do you and/or your business unit/team expect to use the same number, more, or fewer ad buying tools for **programmatic display advertising** next year? *(Please select only one option.)*

    **[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**
       ⊙ I expect to use **more** ad buying tools for programmatic display advertising next year.
       ⊙ I expect to use **fewer** ad buying tools for programmatic display advertising next year.
       ⊙ I expect to use the **same number** of ad buying tools for programmatic display advertising next year.
       ⊙ Don't know / Unsure

Q11.  **[IF MORE OR FEWER IS SELECTED IN Q10]** You indicated that, compared to the past year, you expect to use **[PIPE IN BASED ON ANSWER IN Q10:** "**more**" or "**fewer**"]** ad buying tools for programmatic display advertising next year. Why do you and/or your business unit/team expect to use **[PIPE IN BASED ON ANSWER IN Q10:** "**more**" or "**fewer**"]** ad buying tools for programmatic display advertising next year? *(Please type in your response, or select "Don't know / Unsure".)*

    **[INSERT TEXT BOX]**
    **[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
       ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q12. Which of the following factors, if any, do you and/or your business unit/team consider when deciding to use a particular ad buying tool for **programmatic display advertising**? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**
- ❑ Ad placement effectiveness
- ❑ Audience scale / Reach
- ❑ Ease of use / User interface
- ❑ Targeting criteria and capabilities
- ❑ Reporting features
- ❑ Forecasting tools
- ❑ Budget management tools
- ❑ API and integrations
- ❑ Troubleshooting capabilities
- ❑ Media optimization of placements during a campaign
- ❑ Brand safety / fraud protection
- ❑ Identity management
- ❑ Support
- ❑ Cost
- ❑ Other *(please specify):* **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q13. Have you and/or your business unit/team stopped using any ad buying tool(s) for **programmatic display advertising** in the **past year**? *(Please select only one option.)*

**[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes, I and/or my business unit/team stopped using at least one ad buying tool in the past year.
- ⊙ No, I and/or my business unit/team have **not** stopped using any ad buying tools in the past year. **[SKIP TO Q15]**
- ⊙ Don't know / Unsure **[SKIP TO Q15]**

Q14. **[IF YES IN Q13]** You indicated that you and/or your business unit/team stopped using at least one ad buying tool in the **past year** for **programmatic display advertising**. What factors led you and/or your business unit/team to stop using one or more ad buying tools for **programmatic display advertising**? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q15. Have you and/or your business unit/team started using any ad buying tool(s) in the **past year** for **programmatic display advertising**? *(Please select only one option.)* **[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes, I and/or my business unit/team started using at least one ad buying tool in the past year.
- ⊙ No, I and/or my business unit/team have **not** started using any ad buying tools in the past year.
- ⊙ Don't know / Unsure

Q16. **[IF YES IN Q15]** You indicated that you and/or your business unit/team started using at least one ad buying tool in the **past year** for **programmatic display advertising**. What factors led you and/or your business unit/team to start using one or more ad buying tools for **programmatic display advertising**? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Measuring Performance

Q17. **[ONLY INCLUDE ADVERTISING TYPES SELECTED IN QS12 AND QS13]** Which of the following metrics, if any, are you and/or your business unit/team using to assess the performance of **programmatic display ads**, **direct deals display ads**, **social media ads**, and/or **digital video ads**?

To review the advertising type descriptions, hover your mouse over each digital advertising type. *(Please select all that apply in each column.)*

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[RANDOMIZE ORDER OF ROWS; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST. RANDOMIZE ORDER OF COLUMNS]**

| Metric | Programmatic display ads | Direct deals display ads | Social media ads | Digital video ads |
|---|---|---|---|---|
| Impressions | ☐ | ☐ | ☐ | ☐ |
| Clicks | ☐ | ☐ | ☐ | ☐ |
| Conversions | ☐ | ☐ | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ | ☐ | ☐ |
| Click through rate (CTR) | ☐ | ☐ | ☐ | ☐ |
| Other (*please specify*): **[TEXT BOX]** | ☐ | ☐ | ☐ | ☐ |
| None of the above **[EXCLUSIVE]** | ⊙ | ⊙ | ⊙ | ⊙ |
| Don't know / Unsure **[EXCLUSIVE]** | ⊙ | ⊙ | ⊙ | ⊙ |

Q18. **[ONLY IF MORE THAN ONE METRIC FOR PROGRAMMATIC DISPLAY ADS ARE SELECTED IN Q17]** You indicated that you and/or your business unit/team use the following metrics to assess the performance of **programmatic display ads**. Please rank these metrics in terms of **how important they are to accurately assessing the performance of programmatic display ads**, with 1 being the most important and **[NUMBER OF MEASURES SELECTED IN Q17]** being the least important. *(Please rank the following metrics, or select "Don't know / Unsure".)*

**[HAVE RESPONDENTS ASSIGN A RANK FROM 1 TO THE NUMBER OF RESPONSES SELECTED IN Q17 FOR EACH PERFORMANCE METRIC]**
   ⊙  Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q19. How often, if at all, do you and/or your business unit/team measure or assess the performance of your **programmatic display advertising**? *(Please select only one option.)*

If you are using an ad agency and they are responsible for measuring or assessing performance of your programmatic display advertising, please indicate how often you receive information about the performance of your programmatic display advertising from the agency.

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Daily
- ⊙ Weekly
- ⊙ Monthly
- ⊙ Quarterly
- ⊙ Annually
- ⊙ Don't know / Unsure

Q20. In the past year, have you and/or your business unit/team run any experimental or test & learn initiatives on your **programmatic display ads**? *(Please select only one option.)*
**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes
- ⊙ No **[SKIP TO QF1]**
- ⊙ Don't know / Unsure **[SKIP TO QF1]**

Q21. Which of the following types of experiments or test & learn initiatives, if any, have you and/or your business unit/team run in the past year on your **programmatic display ads**?

I and/or my business unit/team have run experiments and/or test & learn initiatives testing… *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

- ☐ Creatives
- ☐ Bid strategies
- ☐ Audiences
- ☐ Publishers
- ☐ Ad buying tool performance
- ☐ ROI/ROAS
- ☐ Other (*please specify*): **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Follow Up Question**

QF1.  This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.

If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.

If you do not want to participate in this survey, please click "Exclude my responses" below.

**[RANDOMIZE ORDER]**

      ⊙ Include my responses
      ⊙ Exclude my responses

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX F.2
# HIGHER-SPEND ADVERTISER SURVEY SCREENSHOTS

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**INTRODUCTION AND SCREENING**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



3%

Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know/Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



HIGHLIGHTLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



16%

**Which of the following do you have any involvement in as part of your job responsibilities?**
*(Please select all that apply.)*

☐ Customer relationship management

☐ Hiring/HR

☐ Data analysis/statistics

☐ Business intelligence/Data science

☐ Website/Mobile App design/development

☐ Advertising or Marketing

☐ Accounting/Finance

☐ Sales or account management

☐ IT/Tech

☐ Other *(specify):* _____

Continue »

**HIGHLIGHTS CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**AP** AD PROS™
ADVERTISER PERCEPTIONS

22%

**Which of the following, if any, best characterizes the market sector/industry your company is in?**
*(Please select only one option.)*

○ Advertising or Marketing

○ Apparel/Fashion

○ Automotive

○ B2B/Services for Businesses

○ Consumer Electronics

○ Education

○ Financial Products/Services for Consumers (including Fintech)

○ Food and Beverage

○ Government

○ Health and Beauty Products

○ Home Products/Appliances

○ Health Care or Medical Services

○ Media and Entertainment

○ Non-Profit

○ Pharmaceuticals and Remedies (Rx or OTC)

○ Restaurants

○ Retail (including Ecommerce)

○ Telecommunications

○ Travel and Hospitality

○ Other *(Please describe)*: [_____]

Continue »

F.2-9

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



26%

## Which of the following best characterizes your current job title/level?

*(Please select only one option.)*

○ Director

○ Planner

○ Manager

○ Associate

○ Strategist

○ Buyer

○ C-Level (CEO, COO, CMO, etc.)

○ Supervisor/Department Head/Group Manager

○ Vice President, SVP, EVP, President, etc.

○ Analyst

○ Other *(please describe):*

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



29%

**Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all non-digital types (e.g., TV types, print, OOH, etc.)?**
*(Please select only one option.)*

○ $500 million or more

○ $250 million to less than $500 million

○ $100 million to less than $250 million

○ $50 million to less than $100 million

○ $30 million to less than $50 million

○ $15 million to less than $30 million

○ $7 million to less than $15 million

○ $3 million to less than $7 million

○ $1 million to less than $3 million

○ $500,000 to less than $1 million

○ $250,000 to less than $500,000

○ $100,000 to less than $250,000

○ $50,000 to less than $100,000

○ $10,000 to less than $50,000

○ Less than $10,000

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



32%

Please think about your business unit/team's total advertising budget. In the past year, what percentage of your business unit/team's total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate.

*(Please enter a number from 0 to 100 for each type of advertising or select "Don't know/Unsure." Values must add up to 100%)*

| | |
|---|---|
| Percentage of budget spent on **offline advertising** last year: | [ ] % |
| Percentage of budget spent on **digital (online) advertising** last year: | [ ] % |
| Don't know/Unsure | [ ] |
| | Total: 0 % |

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



35%

**AD PROS™**
ADVERTISER PERCEPTIONS

Which of the following types of **digital advertising**, if any, has your business unit/team used in the past year? Please review the description of each advertising type **carefully.**

*(Please select all that apply.)*

☐ **Social** (Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.)

☐ **Search** (Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL.)

☐ **Digital Audio** (Recorded advertisements that play between or during songs, podcasts, or other digital audio content.)

☐ **Email** (Digital ads sent via email to current and potential customers.)

☐ **Display** (Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.)

☐ **App/In-App** (Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms.)

☐ **eCommerce Platforms** (Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart.)

☐ **Connected TV** (Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc.)

☐ **Digital Video** (Includes video ads that appear before, during, or after digital content in a video player, such as YouTube.)

☐ Other *(specify and explain):* [_____]

☐ Don't know/Unsure

Continue »

F.2-13

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



You indicated that your business unit/team has used **display advertising** in the past year. Display ad inventory can be purchased through programmatic transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.

**Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.

**Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.

Which of the following transaction methods has your business unit/team (or your ad agency) used to purchase **display ad inventory** in the past year?
*(Please select all that apply.)*

☐ Direct Deals

☐ Programmatic

☐ None of the above

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

42%

You indicated that your business unit/team has used **social advertising** in the past year. Which of the following social media platforms, if any, has your business unit/team advertised on in the past year? *(Please select all that apply.)*

☐ Twitter

☐ Reddit

☐ Pinterest

☐ Snapchat

☐ Tumblr

☐ Facebook

☐ Instagram

☐ TikTok

☐ LinkedIn

☐ FriendLinx

☐ Other social media platforms *(specify):* [_____]

☐ None of the above

☐ Don't know/Unsure

Continue »

**HIGHLIGHTED CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

46%

This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below.

*(Please select only one option.)*

○ Very likely

○ Somewhat likely

○ Neither unlikely nor likely

○ Not likely

○ Not at all likely

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**MAIN QUESTIONNAIRE**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



## For which, if any, of the following do you use an ad agency?
*(Please select all that apply.)*

- ☐ Running advertising tests/experiments
- ☐ Allocating advertising funds across advertising types
- ☐ Content and/or creatives
- ☐ Implementation of advertising (e.g., placing bids, interacting with DSPs)
- ☐ Customer research
- ☐ Tracking advertising performance
- ☐ Budgeting decisions
- ☐ Inventory access
- ☐ Consulting services
- ☐ Media/marketing strategies
- ☐ Other *(specify)*: _____
- ☐ None of the above
- ☐ Don't know/Unsure

Continue »

F.2-20

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AP** AD PROS™
ADVERTISER PERCEPTIONS

57%

The following questions pertain to **digital advertising**.

Previously, you mentioned that your business unit/team has used the following types of **digital advertising** in the past year. What is your best estimate of the share of your business unit/team's **digital advertising** budget that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know/Unsure." Please make sure that numbers add up to 100.)*

| | |
|---|---|
| Email | ___ % |
| App/In-App | ___ % |
| eCommerce Platforms | ___ % |
| Social | ___ % |
| Digital Audio | ___ % |
| Programmatic Display | ___ % |
| Direct Deals Display | ___ % |
| Digital Video | ___ % |
| Connected TV | ___ % |
| Search | ___ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

F.2-21

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



60%

Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

◯ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising.

◯ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising.

◯ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the **increase in the cost of programmatic display advertising**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply.)*

- Email
- App/In-App
- eCommerce Platforms
- Social
- Digital Audio
- Search
- Direct Deals Display
- Digital Video
- Connected TV
- Other
- None of the above
- Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

AD PROS™
ADVERTISER PERCEPTIONS

66%

An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."

Which of the following ad buying tools, if any, have you and/or your business unit/team used during the **past year** for **programmatic display advertising**?
*(Please select all that apply.)*

| | | | |
|---|---|---|---|
| Xandr Invest | ☐ | Adelphic | ☐ |
| Simpli.fi | ☐ | MediaMath DSP | ☐ |
| Yahoo DSP (formerly Verizon Media DSP) | ☐ | Ad Step Technologies | ☐ |
| Adobe Advertising Cloud | ☐ | Adform | ☐ |
| Outbrain | ☐ | Basis by Centro | ☐ |
| Zeta Global | ☐ | StackAdapt | ☐ |
| Criteo | ☐ | Beeswax | ☐ |
| Google Ads | ☐ | Amazon DSP | ☐ |
| Google Display and Video 360 (DV360) | ☐ | Taboola | ☐ |
| Amobee | ☐ | Quorexx | ☐ |
| illumin (formerly AcuityAds) | ☐ | Other *(please specify)*: | ☐ |
| The Trade Desk DSP | ☐ | Don't know/Unsure | ☐ |
| Quantcast | ☐ | | |

Continue »

F.2-25

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

AD PROS™
ADVERTISER PERCEPTIONS

74%

Which of the following factors, if any, do you and/or your business unit/team consider when deciding to use a particular ad buying tool for **programmatic display advertising**?
*(Please select all that apply.)*

☐ Audience scale/Reach

☐ Cost

☐ Identity management

☐ Reporting features

☐ API and integrations

☐ Brand safety/fraud protection

☐ Forecasting tools

☐ Media optimization of placements during a campaign

☐ Support

☐ Ease of use/User interface

☐ Ad placement effectiveness

☐ Budget management tools

☐ Targeting criteria and capabilities

☐ Troubleshooting capabilities

☐ Other *(please specify):* [_____]

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

80%

# AD PROS™
## ADVERTISER PERCEPTIONS

You indicated that you and/or your business unit/team stopped using at least one ad buying tool in the **past year** for **programmatic display advertising**. What factors led you and/or your business unit/team to stop using one or more ad buying tools for **programmatic display advertising**?

*(Please type your response in the text box below or select "Don't know/Unsure".)*

Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS**
ADVERTISER PERCEPTIONS

Which of the following metrics, if any, are you and/or your business unit/team using to assess the performance of programmatic display ads, direct deals display ads, social media ads and/or digital video ads?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply in each column.)*

| | Programmatic display ads | Digital video ads | Social media ads | Direct deals display ads |
|---|---|---|---|---|
| Return on Ad Spend (ROAS) | ☐ | ☐ | ☐ | ☐ |
| Conversions | ☐ | ☐ | ☐ | ☐ |
| Clicks | ☐ | ☐ | ☐ | ☐ |
| Click through rate (CTR) | ☐ | ☐ | ☐ | ☐ |
| Impressions | ☐ | ☐ | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ | ☐ | ☐ |
| Other *(please specify):* ____ | ☐ | | | |
| Other *(please specify):* ____ | | | | ☐ |
| Other *(please specify):* ____ | | | ☐ | |
| Other *(please specify):* ____ | | ☐ | | |
| None of the above | ☐ | ☐ | ☐ | ☐ |
| Don't know/Unsure | ☐ | ☐ | ☐ | ☐ |

Continue »

F.2-34

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

89%

# AD PROS™
ADVERTISER PERCEPTIONS

How often, if at all, do you and/or your business unit/team measure or assess the performance of your **programmatic display advertising**?
*(Please select only one option.)*

If you are using an ad agency and they are responsible for measuring or assessing performance of your programmatic display advertising, please indicate how often you receive information about the performance of your programmatic display advertising from the agency.

○ Annually

○ Quarterly

○ Monthly

○ Weekly

○ Daily

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
**ADVERTISER PERCEPTIONS**

92%

In the past year, have you and/or your business unit/team run any experimental or test & learn initiatives on your **programmatic display ads**?
*(Please select only one option.)*

○ Yes

○ No

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



95%

Which of the following types of experiments or test & learn initiatives, if, any, have you and/or your business unit/team run in the past year on your **programmatic display ads**?

I and/or my business unit/team have run experiments and/or test & learn initiatives testing…
*(Please select all that apply.)*

☐ Bid strategies

☐ Publishers

☐ Creatives

☐ Ad buying tool performance

☐ Audiences

☐ ROI/ROAS

☐ Other *(please specify):* _____

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**FOLLOW UP QUESTION**



99%

This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.

If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.

If you do not want to participate in this survey, please click "Exclude my responses" below.

○ Include my responses

○ Exclude my responses

Finish

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Thank you for taking our survey. Your efforts are greatly appreciated!

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX F.3
# HIGHER-SPEND ADVERTISER SURVEY RAW DATA

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# PRODUCED AS NATIVE

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX G
# LOWER-SPEND ADVERTISER SURVEY

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX G.1
# LOWER-SPEND ADVERTISER SURVEY SCRIPT

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Lower-Spend Advertiser Survey**
**Screener and Main Survey Programmer Instructions**

**LEGEND:**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following sections:

| |
|---|
| **Introduction & Screening** (questions labeled QS) |
| **Main Survey Questions** (questions labeled Q) |
| **Follow-Up Questions** (questions labeled QF) |

## Overview

**[NO RESPONDENTS TO BE CONTACTED AT COMPANIES FROM THE LIST OF ENTITIES TO BE EXCLUDED]**

**[PANEL CONSISTS OF RESPONDENTS WHO ARE 18+, BASED IN THE U.S., AND WHOSE JOB FUNCTION RELATES TO MARKETING AND/OR ADVERTISING]**

**[TARGET 300 COMPLETES]**

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ANSWER ALL QUESTIONS UNLESS OTHERWISE SPECIFIED]**

**[DISPLAY ONE QUESTION PER PAGE UNLESS OTHERWISE SPECIFIED]**

**[NO SURVEY OR SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[TEXT FOR TERMINATES: "THANK YOU FOR YOUR INTEREST IN OUR STUDY. YOU DO NOT QUALIFY FOR THIS STUDY. WE APPRECIATE YOUR TIME."]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Introduction and Screening**

QS1.    Please enter the code exactly as it appears in the box below, and then click "Continue" to continue.

**[INSERT CAPTCHA; TERMINATE AFTER THREE INCORRECT ATTEMPTS]**

QS2.    Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

QS3.    What is your age? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "PREFER NOT TO ANSWER" LAST]**

- ⊙ Under 18 **[TERMINATE]**
- ⊙ 18 - 34
- ⊙ 35 - 49
- ⊙ 50 - 64
- ⊙ 65 or above
- ⊙ Prefer not to answer **[TERMINATE]**

QS4.    What is your gender? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

- ⊙ Male
- ⊙ Female
- ⊙ Other: **[INSERT TEXT BOX]**
- ⊙ Prefer not to answer

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS5.   In which state do you live? (*Please select only one option.*)

**[INSERT DROP DOWN MENU OF ALL 50 STATES AND DC, PLUS "OTHER" AND "DON'T KNOW / UNSURE"]**

**[TERMINATE IF "OTHER" OR "DON'T KNOW / UNSURE" IS SELECTED]**

QS6.   Which of the following do you have any involvement in as part of your job responsibilities? *(Please select all that apply.)*

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ❑ Hiring/HR
- ❑ IT/Tech
- ❑ Business intelligence/Data science
- ❑ Sales or account management
- ❑ Accounting/Finance
- ❑ Advertising or Marketing
- ❑ Website/Mobile App design/development
- ❑ Customer relationship management
- ❑ Data analysis/statistics
- ❑ Other *(specify):*

**[TERMINATE IF "Advertising or Marketing" IS NOT SELECTED]**

QS7.   Which of the following best characterizes the type of company you work for? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙ **Products/Services Business** – your company sells products or services and advertises/markets its products or services
- ⊙ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies **[TERMINATE]**
- ⊙ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds **[TERMINATE]**
- ⊙ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution **[TERMINATE]**
- ⊙ **Other** (*please describe)*: **[INSERT TEXT BOX] [TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS8.　Which of the following, if any, best characterizes the market sector/industry your company is in? (*Please select only one option.*)

**[DO NOT RANDOMIZE]**

- ⦿ Advertising or Marketing
- ⦿ Apparel/Fashion
- ⦿ Automotive
- ⦿ B2B/Services for Businesses
- ⦿ Consumer Electronics
- ⦿ Education
- ⦿ Financial Products/Services for Consumers (including Fintech)
- ⦿ Food and Beverage
- ⦿ Government
- ⦿ Health and Beauty Products
- ⦿ Home Products/Appliances
- ⦿ Health Care or Medical Services
- ⦿ Media and Entertainment
- ⦿ Non-Profit
- ⦿ Pharmaceuticals and Remedies (Rx or OTC)
- ⦿ Restaurants
- ⦿ Retail (including Ecommerce)
- ⦿ Telecommunications
- ⦿ Travel and Hospitality
- ⦿ Other (*Please describe*): **[INSERT TEXT BOX]**

QS9.　Which of the following best characterizes your current job title/level? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⦿ C-Level (CEO, COO, CMO, etc.)
- ⦿ Vice President, SVP, EVP, President, etc.
- ⦿ Director
- ⦿ Supervisor/Department Head/Group Manager
- ⦿ Manager
- ⦿ Strategist
- ⦿ Associate
- ⦿ Analyst
- ⦿ Buyer
- ⦿ Planner
- ⦿ Other (*please describe*): **[INSERT TEXT BOX]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS10.  Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Less than $10,000
⊙ $10,000 to less than $25,000
⊙ $25,000 to less than $50,000
⊙ $50,000 to less than $100,000
⊙ $100,000 to less than $250,000
⊙ $250,000 to less than $500,000
⊙ $500,000 to less than $1 million **[TERMINATE]**
⊙ $1 million to less than $3 million **[TERMINATE]**
⊙ $3 million to less than $7 million **[TERMINATE]**
⊙ $7 million to less than $15 million **[TERMINATE]**
⊙ $15 million to less than $30 million **[TERMINATE]**
⊙ $30 million to less than $50 million **[TERMINATE]**
⊙ $50 million to less than $100 million **[TERMINATE]**
⊙ $100 million to less than $250 million **[TERMINATE]**
⊙ $250 million to less than $500 million **[TERMINATE]**
⊙ $500 million or more **[TERMINATE]**
⊙ Don't know / Unsure **[TERMINATE]**

QS11.  Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate. *(Please enter a number from 0 to 100 for each type of advertising, or select "Don't know / Unsure." Values must add up to 100%)*

**[FOR ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "Please enter a whole number between 0 and 100 for each advertising type, or select "Don't know / Unsure." Values must add up to 100"][SHOW TOTAL AT BOTTOM]**

**[RANDOMIZE ORDER, KEEP "DON'T KNOW / UNSURE" LAST]**

Percentage of budget spent on **digital (online) advertising** last year:  [        ]
Percentage of budget spent on **offline advertising** last year:  [        ]
**TOTAL**                                        **[SHOW SUM OF NUMBERS ABOVE]**

⊙ Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF DIGITAL (ONLINE) = 0]**

G.1-6

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS12.  Which of the following types of **digital advertising**, if any, have you used in the past year? Please review the description of each advertising type **carefully**. *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

| | Advertising Type | Description |
|---|---|---|
| ❐ | Search | Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL. |
| ❐ | Display | Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. |
| ❐ | Email | Digital ads sent via email to current and potential customers. |
| ❐ | Digital Audio | Recorded advertisements that play between or during songs, podcasts, or other digital audio content. |
| ❐ | Social | Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. |
| ❐ | App/In-App | Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms. |
| ❐ | Digital Video | Includes video ads that appear before, during, or after digital content in a video player, such as YouTube. |
| ❐ | Connected TV | Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc. |
| ❐ | eCommerce Platforms | Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart. |
| ❐ | Other *(specify and explain):* **[INSERT TEXT BOX]** | |
| ◉ Don't know / Unsure **[EXCLUSIVE]** | | |

**[TERMINATE IF "DISPLAY" IS NOT SELECTED]**

G.1-7

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS13.  In which of the following ways have you personally been involved in your company's **digital display** advertising efforts in the **last 12 months**? (*Select all that apply.*)

**[RANDOMIZE; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ❒ I determine overall strategies and/or budgets for digital display.
- ❒ I determine which tools and/or platforms to use for digital display.
- ❒ I regularly use self-serve ad platforms to manage digital display campaigns.
- ❒ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns.
- ❒ I regularly set up audience/target parameters for digital display campaigns.
- ❒ I measure results of digital display campaigns.
- ⊙ None of the above **[EXCLUSIVE] [TERMINATE]**
- ⊙ Don't know / Unsure **[EXCLUSIVE] [TERMINATE]**

**[TERMINATE IF NONE OF "**I determine overall strategies and/or budgets for digital display**", "**I determine which tools and/or platforms to use for digital display**", "**I regularly use self-serve ad platforms to manage digital display campaigns**", AND "**I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns**" ARE SELECTED]**

QS14. This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Not at all likely **[TERMINATE]**
- ⊙ Not likely **[TERMINATE]**
- ⊙ Neither unlikely nor likely **[TERMINATE]**
- ⊙ Somewhat likely
- ⊙ Very likely **[TERMINATE]**
- ⊙ Don't know / Unsure **[TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Main Questionnaire |
| --- |

Q1.   You have been selected to answer questions about advertising practices you have used. For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

| Use of Ad Agencies |
| --- |

Q2.   Do you or do you not use an ad agency and/or a consultant for digital advertising? *(Please select one option.)*

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes, I use an ad agency and/or a consultant for digital advertising
- ⊙ No, I do **not** use an ad agency and/or a consultant for digital advertising
- ⊙ Don't know / Unsure

Q3.   **[IF RESPONDENT SELECTED "YES" IN Q2]** For which, if any, of the following do you use an ad agency and/or a consultant? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**

- ❑ Content and/or creatives
- ❑ Consulting services
- ❑ Media/marketing strategies
- ❑ Allocating advertising funds across advertising types
- ❑ Budgeting decisions
- ❑ Customer research
- ❑ Implementation of advertising (e.g., placing bids, interacting with DSPs)
- ❑ Tracking advertising performance
- ❑ Inventory access
- ❑ Running advertising tests/experiments
- ❑ Other (*specify*): **[INSERT TEXT BOX]**
- ⊙ None of the above **[EXCLUSIVE]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Advertising Channels and Usage**

Q4.  You mentioned that you have used **digital display advertising** in the **last 12 months**.

**Digital display ads** are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.

Which of the following platforms, if any, have you used during the **last 12 months** for **digital display advertising**? *(Please select all that apply)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE", AND "DON'T KNOW / UNSURE" LAST]**

❑ Google Ads
❑ Google Display and Video 360 (DV360)
❑ Adobe Advertising Cloud
❑ Amazon DSP
❑ Amobee
❑ MediaMath
❑ Quantcast
❑ The Trade Desk
❑ Yahoo DSP (formerly Verizon Media)
❑ Criteo
❑ Ad Step Technologies
❑ Other *(please specify*): **[TEXT BOX]**
◉ Don't know / Unsure **[EXCLUSIVE]**

Q5.  **[IF "SOCIAL" WAS SELECTED IN QS12]** You indicated that you have used **social advertising** in the **last 12 months**.

**Social ads** are digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.

Which of the following platforms, if any, have you used during the **last 12 months** for **social advertising**? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE", AND "DON'T KNOW / UNSURE" LAST]**

❑ Facebook
❑ Instagram
❑ Pinterest
❑ Snapchat
❑ TikTok

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

□ Twitter
□ LinkedIn
□ Reddit
□ Tumblr
□ FriendLinx
□ Other social media platforms *(specify)*: **[INSERT TEXT BOX]**
&#9673; Don't know / Unsure **[EXCLUSIVE]**

Q6.  What factors do you consider when deciding where to buy **digital ads** from? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

    **[INSERT TEXT BOX]**
    **[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
    &#9673; Don't know / Unsure **[EXCLUSIVE] [SKIP TO QS8]**

Q7.  In addition to the factors you just mentioned, what other factors, if any, do you consider when deciding where to buy **digital ads** from?

    **[INSERT TEXT BOX]**
    **[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
    &#9673; Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

<div style="background:#d9d9d9">

**Budget Allocation and Substitution**

</div>

Q8.   The following questions pertain to **digital advertising**.

Previously, you mentioned that you have used the following types of **digital advertising** in the past year. What is your best estimate of the share of your **digital advertising spending** that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising spending on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know / Unsure." Please make sure that numbers add up to 100.)*

**[SHOW ALL ANSWER OPTIONS SELECTED IN QS12 WITH TEXT BOX REQUIRING WHOLE NUMBER BETWEEN 0 AND 100. RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST. SHOW RUNNING TOTAL AT THE BOTTOM OF THE PAGE WITH THE SUM OF THE NUMBERS ENTERED]**

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[THE SUM OF ALL NUMBERS MUST EQUAL 100. IF RESPONDENT CLICKS "NEXT" AND THE SUM OF THE NUMBERS IS NOT EQUAL TO 100, SHOW THE FOLLOWING ERROR MESSAGE: "**Sorry, your answers do not add up to 100. Please try again.**"]**

**[FOR ALL OTHER ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please specify a whole number in each cell, and do not leave any cell blank. Please enter 0 if you do not spend any portion of your advertising budget on a type of advertising.**"]**

Search:                          [        ]
Display:                         [        ]
Email:                           [        ]
Digital Audio:                   [        ]
Social:                          [        ]
App/In-App:                      [        ]
Digital Video:                   [        ]
Connected TV:                    [        ]
eCommerce Platforms:             [        ]

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Other

TOTAL

**[SHOW SUM OF NUMBERS ABOVE]**

◉ Don't know / Unsure **[EXCLUSIVE]**

Q9. Please read carefully. Now suppose that, based on your analysis, the cost of **display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So, if the cost of display advertising increases (while the cost of other advertising types remains the same), <u>will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising</u>?

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

◉ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising
◉ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising **[SKIP TO Q12]**
◉ Don't know / Unsure **[SKIP TO Q12]**

Q10. To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the **increase in the cost of display advertising**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

☐ Search
☐ Email
☐ Digital Audio
☐ Social
☐ App/In-App
☐ Digital Video
☐ Connected TV

G.1-13

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

    ☐ eCommerce Platforms
    ☐ Other
    ⊙ None of the above **[EXCLUSIVE] [SKIP TO Q12]**
    ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q12]**

Q11. In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below.

Please use the sliders below to indicate, on a scale of **0** to **10**, the extent to which you would divert (that is, increase) advertising spending for the coming year to **each type of digital advertising** that you just indicated.

For each digital advertising type below, please select **0** if you expect to keep spending on that type of digital advertising for the coming year and **10** if you expect to substantially increase spending on that type of digital advertising.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

**[SHOW ANSWER OPTIONS SELECTED IN Q10. MATCH ORDER OF RESPONSES TO Q10. FOR EACH ADVERTISING TYPE, SHOW SLIDER FROM 0 TO 10, LABEL 0 "KEEP THE SAME" AND 10 "SUBSTANTIALLY INCREASE". INCLUDE OPTION FOR "DON'T KNOW / UNSURE".]**

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

| | | |
|---|---|---|
| Search | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Email | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Audio | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Social | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| App/In-app | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Video | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Connected TV | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| eCommerce Platforms | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Other | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Measuring Performance**

Q12.  **[ONLY INCLUDE ADVERTISING TYPES SELECTED IN QS12]** Which of the following metrics, if any, are you using to assess the performance of **display ads [IF "SOCIAL" WAS SELECTED IN QS12,** and/or **social media ads]**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply in each column.)*

**[RANDOMIZE ORDER OF ROWS, KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST. RANDOMIZE ORDER OF COLUMNS]**

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

| Metric | Display ads | Social media ads |
|---|---|---|
| Impressions | ❑ | ❑ |
| Clicks | ❑ | ❑ |
| Conversions | ❑ | ❑ |
| Cost per impression (CPM) | ❑ | ❑ |
| Cost per click (CPC) | ❑ | ❑ |
| Cost per action (CPA) | ❑ | ❑ |
| Return on Ad Spend (ROAS) | ❑ | ❑ |
| Return on Investment (ROI) | ❑ | ❑ |
| Click through rate (CTR) | ❑ | ❑ |
| Other *(please specify)*: **[TEXT BOX]** | ❑ | ❑ |
| None of the above **[EXCLUSIVE]** | ◉ | ◉ |
| Don't know / Unsure **[EXCLUSIVE]** | ◉ | ◉ |

Q13.  **[ONLY IF MORE THAN ONE METRIC UNDER DISPLAY ADS ARE SELECTED IN Q12]** The following questions pertain to **digital display advertising**.

You indicated that you use the following metrics to assess the performance of **digital display ads**. Please rank these metrics in terms of **how important they are to accurately assessing the performance** of **digital display ads**, with 1 being the most important and **[NUMBER OF MEASURES SELECTED UNDER DISPLAY ADS IN Q12]** being the least important. *(Please rank the following metrics, or select "Don't know / Unsure")*

**[HAVE RESPONDENTS ASSIGN A RANK FROM 1 TO THE NUMBER OF RESPONSES SELECTED UNDER DISPLAY ADS IN Q12 FOR EACH PERFORMANCE METRIC]**
   ◉  Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q14. How often, if at all, do you assess the performance of your **digital display advertising**? *(Please select only one option)*

If you are using an ad agency and/or a consultant and they are responsible for measuring or assessing performance of your display advertising, please indicate how often you receive information about the performance of your **digital display advertising** from the agency.

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Daily
- ⊙ Weekly
- ⊙ Monthly
- ⊙ Quarterly
- ⊙ Annually
- ⊙ Don't know / Unsure

Q15. In the past year, have you run any experiments or test & learn initiatives on your **digital display ads**? *(Please select only one option.)*

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes
- ⊙ No
- ⊙ Don't know / Unsure

Q16. **[IF "YES" IN Q15]** Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year on your **digital display ads**?

I have run experiments and/or test & learn initiatives testing… *(Please select all that apply.)*

**[RANDOMIZE ORDER, KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

- ☐ Creatives
- ☐ Bid strategies
- ☐ Audiences
- ☐ Publishers
- ☐ Ad buying tool performance
- ☐ ROI/ROAS
- ☐ Other *(please specify)*: **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Follow Up Question**

QF1.  This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.

If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.

If you do not want to participate in this survey, please click "Exclude my responses" below.

**[RANDOMIZE ORDER]**

    ◉ Include my responses
    ◉ Exclude my responses

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX G.2
# LOWER-SPEND ADVERTISER SURVEY SCREENSHOTS

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**INTRODUCTION AND SCREENING**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**AD PROS**
ADVERTISER PERCEPTIONS

11%

## What is your gender?
*(Please select only one option.)*

○ Male

○ Female

○ Other: [                    ]

○ Prefer not to answer

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

18%

**AD PROS™**
ADVERTISER PERCEPTIONS

## Which of the following do you have any involvement in as part of your job responsibilities?
*(Please select all that apply.)*

☐ Accounting/Finance

☐ Business intelligence/Data science

☐ Sales or account management

☐ Hiring/HR

☐ IT/Tech

☐ Data analysis/statistics

☐ Customer relationship management

☐ Website/Mobile App design/development

☐ Advertising or Marketing

☐ Other *(specify):* [                    ]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Which of the following best characterizes the type of company you work for?
*(Please select only one option.)*

○ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds

○ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution

○ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies

○ **Products/Services Business** – your company sells products or services and advertises/markets its products or services

○ **Other** *(please describe):* [_____]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



26%

## AD PROS
ADVERTISER PERCEPTIONS

**Which of the following, if any, best characterizes the market sector/industry your company is in?**
*(Please select only one option.)*

○ Advertising or Marketing

○ Apparel/Fashion

○ Automotive

○ B2B/Services for Businesses

○ Consumer Electronics

○ Education

○ Financial Products/Services for Consumers (including Fintech)

○ Food and Beverage

○ Government

○ Health and Beauty Products

○ Home Products/Appliances

○ Health Care or Medical Services

○ Media and Entertainment

○ Non-Profit

○ Pharmaceuticals and Remedies (Rx or OTC)

○ Restaurants

○ Retail (including Ecommerce)

○ Telecommunications

○ Travel and Hospitality

○ Other *(Please describe)*: [_____]

Continue »

G.2-9

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

29%

## Which of the following best characterizes your current job title/level?
*(Please select only one option.)*

○ Analyst

○ Manager

○ Vice President, SVP, EVP, President, etc.

○ C-Level (CEO, COO, CMO, etc.)

○ Buyer

○ Planner

○ Strategist

○ Associate

○ Director

○ Supervisor/Department Head/Group Manager

○ Other *(please describe):* [                    ]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



33%

**AD PROS™**
ADVERTISER PERCEPTIONS

Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all non-digital types (e.g., TV types, print, OOH, etc.)?
*(Please select only one option.)*

○ Less than $10,000

○ $10,000 to less than $25,000

○ $25,000 to less than $50,000

○ $50,000 to less than $100,000

○ $100,000 to less than $250,000

○ $250,000 to less than $500,000

○ $500,000 to less than $1 million

○ $1 million to less than $3 million

○ $3 million to less than $7 million

○ $7 million to less than $15 million

○ $15 million to less than $30 million

○ $30 million to less than $50 million

○ $50 million to less than $100 million

○ $100 million to less than $250 million

○ $250 million to less than $500 million

○ $500 million or more

○ Don't know/Unsure

Continue »

G.2-11

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



37%

## AD PROS™
### ADVERTISER PERCEPTIONS

Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate.

*(Please enter a number from 0 to 100 for each type of advertising or select "Don't know/Unsure." Values must add up to 100%)*

| | |
|---|---|
| Percentage of budget spent on **offline advertising** last year: | ☐ % |
| Percentage of budget spent on **digital (online) advertising** last year: | ☐ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AP** **AD PROS**™
ADVERTISER PERCEPTIONS

40%

Which of the following types of **digital advertising**, if any, have you used in the past year? Please review the description of each advertising type **carefully**.

*(Please select all that apply.)*

☐ **Search** (Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL.)

☐ **Connected TV** (Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc.)

☐ **Social** (Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.)

☐ **App/In-App** (Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms.)

☐ **Display** (Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.)

☐ **eCommerce Platforms** (Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart.)

☐ **Email** (Digital ads sent via email to current and potential customers.)

☐ **Digital Video** (Includes video ads that appear before, during, or after digital content in a video player, such as YouTube.)

☐ **Digital Audio** (Recorded advertisements that play between or during songs, podcasts, or other digital audio content.)

☐ **Other** *(specify and explain)*: [                    ]

☐ Don't know/Unsure

Continue »

G.2-13

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



44%

# AD PROS™
## ADVERTISER PERCEPTIONS

In which of the following ways have you personally been involved in your company's **digital display** advertising efforts in the **last 12 months**?
*(Select all that apply.)*

☐ I determine which tools and/or platforms to use for digital display.

☐ I regularly set up audience/target parameters for digital display campaigns.

☐ I regularly use self-serve ad platforms to manage digital display campaigns.

☐ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns.

☐ I measure results of digital display campaigns.

☐ I determine overall strategies and/or budgets for digital display.

☐ None of the above

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**MAIN QUESTIONNAIRE**



You have been selected to answer questions about advertising practices you have used. For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know/Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**AD PROS™**
ADVERTISER PERCEPTIONS

59%

For which, if any, of the following do you use an ad agency and/or a consultant?
*(Please select all that apply.)*

☐ Content and/or creatives

☐ Budgeting decisions

☐ Media/marketing strategies

☐ Customer research

☐ Implementation of advertising (e.g., placing bids, interacting with DSPs)

☐ Allocating advertising funds across advertising types

☐ Consulting services

☐ Running advertising tests/experiments

☐ Tracking advertising performance

☐ Inventory access

☐ Other *(specify):* _____

☐ None of the above

☐ Don't know/Unsure

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**AD PROS**
ADVERTISER PERCEPTIONS

61%

You mentioned that you have used **digital display advertising** in the **last 12 months**.

**Digital display ads** are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.

Which of the following platforms, if any, have you used during the **last 12 months** for **digital display advertising**?
*(Please select all that apply.)*

☐ Google Ads

☐ Google Display and Video 360 (DV360)

☐ Criteo

☐ Quantcast

☐ MediaMath

☐ Amazon DSP

☐ The Trade Desk

☐ Amobee

☐ Adobe Advertising Cloud

☐ Yahoo DSP (formerly Verizon Media)

☐ Ad Step Technologies

☐ Other *(please specify)*: [                    ]

☐ Don't know/Unsure

Continue »

G.2-19

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

64%

**AP AD PROS™**
ADVERTISER PERCEPTIONS

You indicated that you have used **social advertising** in the **last 12 months**.

**Social ads** are digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.

Which of the following platforms, if any, have you used during the **last 12 months** for **social advertising**?
*(Please select all that apply.)*

☐ Twitter

☐ TikTok

☐ Reddit

☐ Snapchat

☐ Tumblr

☐ Instagram

☐ Pinterest

☐ FriendLinx

☐ Facebook

☐ LinkedIn

☐ Other social media platforms *(specify):*

☐ Don't know/Unsure

Continue »

G.2-20

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

69%

## AD PROS™
ADVERTISER PERCEPTIONS

In addition to the factors you just mentioned, what other factors, if any, do you consider when deciding where to buy **digital ads** from?

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

72%

## AD PROS™
ADVERTISER PERCEPTIONS

The following questions pertain to **digital advertising**.

Previously, you mentioned that you have used the following types of **digital advertising** in the past year. What is your best estimate of the share of your **digital advertising spending** that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising spending on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know/Unsure." Please make sure that numbers add up to 100.)*

| | |
|---|---|
| **Search** | [ ] % |
| **Social** | [ ] % |
| **Display** | [ ] % |
| Don't know/Unsure | [ ] |
| | Total: 0 % |

Continue »

G.2-23

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AP AD PROS**
ADVERTISER PERCEPTIONS

83%

Which of the following metrics, if any, are you using to assess the performance of **display ads** and/or **social media ads**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply in each column.)*

|  | Social media ads | Display ads |
|---|---|---|
| Click through rate (CTR) | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ |
| Conversions | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ |
| Impressions | ☐ | ☐ |
| Clicks | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ |
| Other *(please specify)*: [＿＿＿＿] |  | ☐ |
| Other *(please specify)*: [＿＿＿＿] | ☐ |  |
| None of the above | ☐ | ☐ |
| Don't know/Unsure | ☐ | ☐ |

Continue »

G.2-27

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



94%

Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year on your **digital display ads**?

I have run experiments and/or test & learn initiatives testing...
*(Please select all that apply.)*

- [ ] Bid strategies
- [ ] Creatives
- [ ] Publishers
- [ ] ROI/ROAS
- [ ] Ad buying tool performance
- [ ] Audiences
- [ ] Other *(please specify):* [_____]
- [ ] Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**FOLLOW UP QUESTION**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Thank you for taking our survey. Your efforts are greatly appreciated!

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX G.3
# LOWER-SPEND ADVERTISER SURVEY RAW DATA

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# PRODUCED AS NATIVE

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX H
# AGENCY SURVEY

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX H.1
# AGENCY SURVEY
# SCRIPT

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Agency Survey**
**Screener and Main Survey Programmer Instructions**

**LEGEND:**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following sections:

| |
|---|
| **Introduction & Screening** (questions labeled QS) |
| **Main Survey Questions** (questions labeled Q) |
| **Follow-Up Questions** (questions labeled QF) |

## Overview

**[NO RESPONDENTS TO BE CONTACTED AT COMPANIES FROM THE LIST OF ENTITIES TO BE EXLCUDED]**

**[PANEL CONSISTS OF RESPONDENTS WHO ARE 18+, BASED IN THE U.S., WORK FOR AN ADVERTISING AGENCY, AND WHOSE JOB FUNCTION RELATES TO MARKETING AND/OR ADVERTISING]**

**[TARGET 400 COMPLETES]**

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ANSWER ALL QUESTIONS UNLESS OTHERWISE SPECIFIED]**

**[DISPLAY ONE QUESTION PER PAGE UNLESS OTHERWISE SPECIFIED]**

**[NO SURVEY OR SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[TEXT FOR TERMINATES: "THANK YOU FOR YOUR INTEREST IN OUR STUDY. YOU DO NOT QUALIFY FOR THIS STUDY. WE APPRECIATE YOUR TIME."]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

███ **Introduction and Screening** ███████████████████████████

QS1.   Please enter the code exactly as it appears in the box below, and then click "Continue" to continue.

**[INSERT CAPTCHA; TERMINATE AFTER THREE INCORRECT ATTEMPTS]**

QS2.   Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

QS3.   What is your age? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "PREFER NOT TO ANSWER" LAST]**

- ⊙ Under 18 **[TERMINATE]**
- ⊙ 18 - 34
- ⊙ 35 - 49
- ⊙ 50 - 64
- ⊙ 65 or above
- ⊙ Prefer not to answer **[TERMINATE]**

QS4.   What is your gender? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

- ⊙ Male
- ⊙ Female
- ⊙ Other: **[INSERT TEXT BOX]**
- ⊙ Prefer not to answer

QS5.   In which state do you live? (*Please select only one option.*)

**[INSERT DROP DOWN MENU OF ALL 50 STATES AND DC, PLUS "OTHER" AND "DON'T KNOW / UNSURE"]**

**[TERMINATE IF "OTHER" OR "DON'T KNOW / UNSURE" IS SELECTED]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS6.    Which of the following do you have any involvement in as part of your job responsibilities? *(Please select all that apply.)*

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ❏ Hiring/HR
- ❏ IT/Tech
- ❏ Business intelligence/Data science
- ❏ Sales or account management
- ❏ Accounting/Finance
- ❏ Advertising or Marketing
- ❏ Website/Mobile App design/development
- ❏ Customer relationship management
- ❏ Data analysis/statistics
- ❏ Other *(specify):*

**[TERMINATE IF "Advertising or Marketing" IS NOT SELECTED]**

QS7.    Which of the following best characterizes the type of company you work for? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙ **Advertiser/Marketer** – your company sells products or services and advertises/markets its products or services **[TERMINATE]**
- ⊙ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies **[TERMINATE]**
- ⊙ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds
- ⊙ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution
- ⊙ **Other** (*please describe*)**: [INSERT TEXT BOX] [TERMINATE]**

QS8.    **[IF FULL SERVICE AGENCY SELECTED IN QS7]** You indicated that you work for a Full Service Agency. Does your work primarily involve Creative strategy (i.e., designing or producing marketing content and/or advising clients on creative strategies) or Media strategy (i.e., advising clients on media/marketing strategy and/or how to spend advertising funds)? *(Please select only one option.)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ⊙ Creative Strategy **[TERMINATE]**
- ⊙ Media Strategy
- ⊙ None of the above **[TERMINATE]**
- ⊙ Don't know / Unsure **[TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS9.   Which of the following best characterizes your current job title/level? (*Select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙ C-Level (CEO, CMO, COO, etc.)
- ⊙ Account Manager / Account Executive
- ⊙ Business Development Manager
- ⊙ Media Planner
- ⊙ Media Buyer
- ⊙ Project Manager
- ⊙ Social Media Manager
- ⊙ Editor / Writer
- ⊙ Analyst / Researcher
- ⊙ Strategist
- ⊙ Data Scientist / Data Analyst
- ⊙ Traffic Manager
- ⊙ Other (*please describe*): **[INSERT TEXT BOX]**

QS10.  The following questions will ask you about your advertising decisions and practices. For these questions, please think about **the client you spend the most time on** and answer the question from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

QS11.  Which of the following, if any, best characterizes the market sector/industry of the client you spend the most time on? (*Please select only one option.*)

**[DO NOT RANDOMIZE]**

- ⊙ Advertising or Marketing
- ⊙ Apparel/Fashion
- ⊙ Automotive
- ⊙ B2B/Services for Businesses
- ⊙ Consumer Electronics
- ⊙ Education
- ⊙ Financial Products/Services for Consumers (including Fintech)
- ⊙ Food and Beverage
- ⊙ Government
- ⊙ Health and Beauty Products
- ⊙ Home Products/Appliances
- ⊙ Health Care or Medical Services
- ⊙ Media and Entertainment
- ⊙ Non-Profit
- ⊙ Pharmaceuticals and Remedies (Rx or OTC)
- ⊙ Restaurants
- ⊙ Retail (including Ecommerce)
- ⊙ Telecommunications
- ⊙ Travel and Hospitality

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

⊙ Other (*Please describe*): **[INSERT TEXT BOX]**

QS12. In the **last 12 months**, approximately how much did the client you spend the most time on spend on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Less than $10,000
⊙ $10,000 to less than $50,000
⊙ $50,000 to less than $100,000
⊙ $100,000 to less than $250,000
⊙ $250,000 to less than $500,000
⊙ $500,000 to less than $1 million
⊙ $1 million to less than $3 million
⊙ $3 million to less than $7 million
⊙ $7 million to less than $15 million
⊙ $15 million to less than $30 million
⊙ $30 million to less than $50 million
⊙ $50 million to less than $100 million
⊙ $100 million to less than $250 million
⊙ $250 million to less than $500 million
⊙ $500 million or more
⊙ Don't know / Unsure

QS13. Please think about the total advertising budget for the client you spend the most time on. In the past year, what percentage of the total advertising budget for the client you spend the most time on was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate. (*Please enter a number from 0 to 100 for each type of advertising or select "Don't know / Unsure." Values must add up to 100%.*)

**[FOR ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please enter a whole number between 0 and 100 for each advertising type, or select "Don't know / Unsure." Values must add up to 100**"][SHOW TOTAL AT BOTTOM]**

Percentage of budget spent on **digital (online) advertising** last year: _____
Percentage of budget spent on **offline advertising** last year: _____
⊙ Don't know / Unsure

**[TERMINATE IF DIGITAL (ONLINE) = 0]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS14.  Which of the following types of **digital advertising**, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type **carefully**. *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

| | Advertising Type | Description |
|---|---|---|
| ❏ | Search | Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL. |
| ❏ | Display | Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. |
| ❏ | Email | Digital ads sent via email to current and potential customers. |
| ❏ | Digital Audio | Recorded advertisements that play between or during songs, podcasts, or other digital audio content. |
| ❏ | Social | Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. |
| ❏ | App/In-App | Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms. |
| ❏ | Digital Video | Includes video ads that appear before, during, or after digital content in a video player, such as YouTube. |
| ❏ | Connected TV | Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc. |
| ❏ | eCommerce Platforms | Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart. |
| ❏ | Other *(specify and explain):* **[INSERT TEXT BOX]** | |
| ⊙ Don't know / Unsure **[EXCLUSIVE]** | | |

**[TERMINATE IF "DISPLAY" IS NOT SELECTED]**

QS15.  You indicated that you have used **display advertising** in the past year for the client you spend the most time on. Display ad inventory can be purchased through programmatic

H.1-7

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.

**Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.

**Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.

Which of the following transaction methods have you used to purchase **display ad inventory** in the past year for the client you spend the most time on? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ❑ Programmatic
- ❑ Direct Deals
- ◉ None of the above **[EXCLUSIVE]**
- ◉ Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF "PROGRAMMATIC" IS NOT SELECTED]**

QS16. **[IF "SOCIAL" IS SELECTED IN QS14]** You indicated that you have used **social advertising** in the past year for the client you spend the most time on. Which of the following social media platforms, if any, have you used in the past year for the client you spend the most time on? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE", AND "DON'T KNOW / UNSURE" LAST]**

- ❑ Facebook
- ❑ Instagram
- ❑ Pinterest
- ❑ Snapchat
- ❑ TikTok
- ❑ Twitter
- ❑ LinkedIn
- ❑ Reddit
- ❑ Tumblr
- ❑ FriendLinx
- ❑ Other social media platforms *(specify)*: **[INSERT TEXT BOX]**
- ◉ None of the above **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

⊙ Don't know / Unsure **[EXCLUSIVE]**

QS17. In the **last 12 months**, in which of the following ways have you personally been involved in **digital display** advertising efforts on behalf of the client you spend the most time on? (*Select all that apply.*)

**[RANDOMIZE; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

❑ I determine or advise the client regarding overall strategies and/or budgets for digital display.
❑ I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display.
❑ I regularly use self-serve ad platforms to manage digital display campaigns for the client.
❑ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns for the client.
❑ I regularly set up audience/target parameters for programmatic digital display buying for the client.
❑ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying for the client.
❑ I measure results of digital display campaigns for the client.
❑ I oversee a team/individuals that measure(s) results of digital display campaigns for the client.
⊙ None of the above **[EXCLUSIVE] [TERMINATE]**
⊙ Don't know / Unsure **[EXCLUSIVE] [TERMINATE]**

**[TERMINATE IF NONE OF "I determine or advise the client regarding overall strategies and/or budgets for digital display", "I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display", "I regularly use self-serve ad platforms to manage digital display campaigns for the client", and "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns for the client" ARE SELECTED]**

QS18. This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Not at all likely **[TERMINATE]**
⊙ Not likely **[TERMINATE]**
⊙ Neither unlikely nor likely **[TERMINATE]**
⊙ Somewhat likely
⊙ Very likely **[TERMINATE]**
⊙ Don't know / Unsure **[TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

<span style="background-color: black; color: white;">**Main Questionnaire**</span>

Q1.  You have been selected to answer additional questions about your advertising practices for **the client you spend the most time on**. Please continue to think about the client you spend the most time on and answer the question from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

**Relative Roles of Agency vs. the Client**

Q2.  Which of the following best describes your involvement in each of these activities for the client you spend the most time on? *(Please select a value on the slider between 0 and 100 for each activity. If you do not have an answer, please select "Don't know / Unsure".)*

**[SHOW SLIDER FOR EACH ROW FROM 0 TO 100, LABEL "I AM NOT INVOLVED IN THESE DECISIONS" 0 AND "I AM THE PRIMARY DECISION-MAKER" 100. INCLUDE OPTION FOR "DON'T KNOW / UNSURE"]**

**[RANDOMIZE ORDER OF ROWS]**

Determining initial advertising budget
Allocating budget across different advertising types
Increasing/decreasing spending on a particular type of advertising
Increasing/decreasing spending on a particular ad campaign
Making changes to a campaign based on its performance
Deciding where to advertise
Deciding whether to purchase display ads programmatically or through direct deals with publishers
Measuring performance of display ad campaigns

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Budget Allocation and Substitution |
| --- |

Q3.  The following questions pertain to **digital advertising.**

Previously, you mentioned that the client you spend the most time on has used the following types of **digital advertising** in the past year. What is your best estimate of the share of the **digital advertising** budget of the client you spend the most time on that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your client's total digital advertising budget spent on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know / Unsure." Please make sure that numbers add up to 100.)*

**[SHOW ALL ANSWER OPTIONS SELECTED IN QS14 AND QS15 WITH TEXT BOX REQUIRING WHOLE NUMBER BETWEEN 0 AND 100. RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST. SHOW RUNNING TOTAL AT THE BOTTOM OF THE PAGE WITH THE SUM OF THE NUMBERS ENTERED]**

**[DISPLAY DESCRIPTIONS FROM QS14 AND QS15 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[THE SUM OF ALL NUMBERS MUST EQUAL 100. IF RESPONDENT CLICKS "NEXT" AND THE SUM OF THE NUMBERS IS NOT EQUAL TO 100, SHOW THE FOLLOWING ERROR MESSAGE: "**Sorry, your answers do not add up to 100. Please try again.**"]**

**[FOR ALL OTHER ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please specify a whole number in each cell, and do not leave any cell blank. Please enter 0 if you do not spend any portion of your advertising budget on a type of advertising.**"]**

Search:                           ☐

Programmatic Display:             ☐

Direct Deals Display:             ☐

Email:                            ☐

Digital Audio:                    ☐

Social:                           ☐

App/In-app:                       ☐

Digital Video:                    ☐

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| Connected TV: | ☐ |
| eCommerce Platforms: | ☐ |
| Other | ☐ |
| **TOTAL** | **[SHOW SUM OF NUMBERS ABOVE]** |

⊙ Don't know / Unsure **[EXCLUSIVE]**

Q4.  Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So, for **the client you spend the most time on**, if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), <u>will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising</u>?

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

   ⊙ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising.
   ⊙ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising. **[SKIP TO Q7]**
   ⊙ Don't know / Unsure **[SKIP TO Q7]**

Q5.  To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year for **the client you spend the most time on**, as a result of the **increase in the cost of programmatic display advertising**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply.)*

**[DISPLAY DESCRIPTIONS FROM QS14 AND QS15 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING. RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**

   ☐ Search
   ☐ Direct Deals Display
   ☐ Email
   ☐ Digital Audio
   ☐ Social
   ☐ App/In-App

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- ☐ Digital Video
- ☐ Connected TV
- ☐ eCommerce Platforms
- ☐ Other
- ⊙ None of the above **[EXCLUSIVE] [SKIP TO Q7]**
- ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q7]**

Q6.  In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below.

Please use the sliders below to indicate, on a scale of **0** to **10**, the extent to which you would divert (that is, increase) advertising spending for the coming year for **the client you spend the most time on** to **each type of digital advertising** that you just indicated.

For each digital advertising type below, please select **0** if you expect to keep spending on that type of digital advertising for the coming year and **10** if you expect to substantially increase spending on that type of digital advertising.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

**[SHOW ANSWER OPTIONS SELECTED IN Q5. MATCH ORDER OF RESPONSES TO Q5. FOR EACH ADVERTISING TYPE, SHOW SLIDER FROM 0 TO 10, LABEL 0 "KEEP THE SAME" AND 10 "SUBSTANTIALLY INCREASE." INCLUDE OPTION FOR "DON'T KNOW / UNSURE".]**

**[DISPLAY DESCRIPTIONS FROM QS14 AND QS15 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

| | | |
|---|---|---|
| Search | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Direct Deals Display | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Email | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Audio | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Social | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| App/In-app | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Video | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Connected TV | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| eCommerce Platforms | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Other | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Use of Ad Buying Tools for Programmatic Display (Multihoming)**

Q7.  An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."

Which of the following ad buying tools, if any, have you used in the **past year** for **programmatic display advertising** for the client you spend the most time on? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**
- ❏ Google Ads
- ❏ Google Display and Video 360 (DV360)
- ❏ illumin (formerly AcuityAds)
- ❏ Adelphic
- ❏ Adform
- ❏ Adobe Advertising Cloud
- ❏ Amazon DSP
- ❏ Amobee
- ❏ Basis by Centro
- ❏ Beeswax
- ❏ Criteo
- ❏ MediaMath DSP
- ❏ Outbrain
- ❏ Quantcast
- ❏ Simpli.fi
- ❏ StackAdapt
- ❏ Taboola
- ❏ The Trade Desk DSP
- ❏ Yahoo DSP (formerly Verizon Media DSP)
- ❏ Xandr Invest
- ❏ Zeta Global
- ❏ Quorexx
- ❏ Ad Step Technologies
- ❏ Other (*please specify*): **[TEXT BOX]**
- ◉ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q16]**

**[ADD FOLLOWING TEXT AS HOVER OVER FOR ALL INSTANCES OF "AD BUYING TOOL" IN FOLLOWING QUESTIONS:** An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."]

H.1-14

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q8.   **[IF MORE THAN ONE AD BUYING TOOL IS SELECTED IN Q7]** Why did you use more than one ad buying tool for **programmatic display advertising** in the past year for the client you spend the most time on? *(Please type in your response, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**

  ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q9.   Do you expect to use the same number, more, or fewer ad buying tools for **programmatic display advertising** next year for the client you spend the most time on? *(Please select only one option.)*

**[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**
  ⊙ I expect to use **more** ad buying tools for programmatic display advertising next year for the client I spend the most time on.
  ⊙ I expect to use **fewer** ad buying tools for programmatic display advertising next year for the client I spend the most time on.
  ⊙ I expect to use the **same number** of ad buying tools for programmatic display advertising next year for the client I spend the most time on.
  ⊙ Don't know / Unsure

Q10.  **[IF MORE OR FEWER SELECTED IN Q9]** You indicated that, compared to the past year, you expect to use **[PIPE IN BASED ON ANSWER IN Q9: "more" or "fewer"]** ad buying tools for programmatic display advertising next year for the client you spend the most time on. Why do you expect to use **[PIPE IN BASED ON ANSWER IN Q9: "more" or "fewer"]** ad buying tools for programmatic display advertising next year for the client you spend the most time on? *(Please type in your response or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**

  ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q11.  Which of the following factors, if any, do you consider when deciding to use a particular ad buying tool for **programmatic display advertising** for the client you spend the most time on? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**
  ❑ Ad placement effectiveness
  ❑ Audience scale / Reach

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- ☐ Ease of use / User interface
- ☐ Targeting criteria and capabilities
- ☐ Reporting features
- ☐ Forecasting tools
- ☐ Budget management tools
- ☐ API and integrations
- ☐ Troubleshooting capabilities
- ☐ Media optimization of placements during a campaign
- ☐ Brand safety / fraud protection
- ☐ Identity management
- ☐ Support
- ☐ Cost
- ☐ Other (*please specify*): **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q12. Have you stopped using any ad buying tool(s) for **programmatic display advertising** in the **past year** for the client you spend the most time on? *(Please select only one option.)*

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes, I stopped using at least one ad buying tool in the past year for the client I spend the most time on.
- ⊙ No, I have **not** stopped using any ad buying tools in the past year for the client I spend the most time on.
- ⊙ Don't know / Unsure

Q13. **[IF YES IN Q12]** You indicated that you stopped using at least one ad buying tool in the **past year** for **programmatic display advertising** for the client you spend the most time on. What factors led you to stop using one or more ad buying tools for **programmatic display advertising** for the client you spend the most time on? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**

- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q14. Have you started using any ad buying tool(s) in the **past year** for **programmatic display advertising** for the client you spend the most time on? *(Please select only one option.)*

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

⊙ Yes, I started using at least one ad buying tool in the past year for the client I spend the most time on.
⊙ No, I have **not** started using any ad buying tools in the past year for the client I spend the most time on.
⊙ Don't know / Unsure

Q15. **[IF YES IN Q14]** You indicated that you started using at least one ad buying tool in the **past year** for **programmatic display advertising** for the client you spend the most time on. What factors led you to start using one or more ad buying tools for **programmatic display advertising** for the client you spend the most time on? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**

⊙ Don't know / Unsure **[EXCLUSIVE]**

**Measuring Performance**

Q16. **[ONLY INCLUDE ADVERTISING TYPES SELECTED IN QS13 AND QS15]** Which of the following metrics, if any, do you use to assess the performance of **programmatic display ads**, **direct deals display ads, social media ads,** and/or **digital video ads** for the client you spend the most time on?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply in each column.)*

**[DISPLAY DESCRIPTIONS FROM QS14 AND QS15 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[RANDOMIZE ORDER OF ROWS, KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST. RANDOMIZE ORDER OF COLUMNS]**

| Metric | Programmatic display ads | Direct deals display ads | Social media ads | Digital video ads |
|---|---|---|---|---|
| Impressions | ☐ | ☐ | ☐ | ☐ |
| Clicks | ☐ | ☐ | ☐ | ☐ |
| Conversions | ☐ | ☐ | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ | ☐ | ☐ |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| | | | | |
|---|---|---|---|---|
| Click through rate (CTR) | ☐ | ☐ | ☐ | ☐ |
| Other (*please specify*): **[TEXT BOX]** | ☐ | ☐ | ☐ | ☐ |
| None of the above **[EXCLUSIVE]** | ⊙ | ⊙ | ⊙ | ⊙ |
| Don't know / Unsure **[EXCLUSIVE]** | ⊙ | ⊙ | ⊙ | ⊙ |

Q17. **[ONLY IF MORE THAN ONE METRIC FOR PROGRAMMATIC DISPLAY ADS ARE SELECTED IN Q16]** You indicated that you use the following metrics to assess the performance of **programmatic display ads** for the client you spend the most time on. Please rank these metrics in terms of **how important they are to accurately assessing the performance of programmatic display ads**, with 1 being the most important and **[NUMBER OF MEASURES SELECTED IN Q16]** being the least important. *(Please rank the following metrics, or select "Don't know / Unsure".)*

> **[HAVE RESPONDENTS ASSIGN A RANK FROM 1 TO THE NUMBER OF RESPONSES SELECTED IN Q16 FOR EACH PERFORMANCE METRIC]**
> ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q18. How often, if at all, do you measure or assess the performance of the **programmatic display advertising** for the client you spend the most time on? *(Please select only one option.)*

> **[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

> ⊙ Daily
> ⊙ Weekly
> ⊙ Monthly
> ⊙ Quarterly
> ⊙ Annually
> ⊙ Don't know / Unsure

Q19. In the past year, have you run any experiments or test & learn initiatives to assess the performance of the **programmatic display ads** for the client you spend the most time on? *(Please select only one option.)*
**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

> ⊙ Yes
> ⊙ No
> ⊙ Don't know / Unsure

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q20. **[IF YES IN Q19]** Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year to assess the performance of the **programmatic display ads** for the client you spend the most time on?

I have run experiments and/or test & learn initiatives testing… *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

- ☐ Creatives
- ☐ Bid strategies
- ☐ Audiences
- ☐ Publishers
- ☐ Ad buying tool performance
- ☐ ROI/ROAS
- ☐ Other (*please specify*): **[TEXT BOX]**
- ☉ Don't know / Unsure **[EXCLUSIVE]**

**Follow Up Question**

QF1. This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.

If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.

If you do not want to participate in this survey, please click "Exclude my responses" below.

**[RANDOMIZE ORDER]**

- ☉ Include my responses
- ☉ Exclude my responses

H.1-19

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX H.2
# AGENCY SURVEY
# SCREENSHOTS

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**INTRODUCTION AND SCREENING**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



3%

Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know/Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



6%

## What is your age?
*(Please select only one option.)*

○ Under 18

○ 18 – 34

○ 35 – 49

○ 50 – 64

○ 65 or above

○ Prefer not to answer

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

15%

## AD PROS™
### ADVERTISER PERCEPTIONS

### Which of the following do you have any involvement in as part of your job responsibilities?
*(Please select all that apply.)*

☐ Data analysis/statistics

☐ Accounting/Finance

☐ Customer relationship management

☐ Advertising or Marketing

☐ Website/Mobile App design/development

☐ Hiring/HR

☐ IT/Tech

☐ Sales or account management

☐ Business intelligence/Data science

☐ Other *(specify)*: _____

Continue »

H.2-7

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



18%

## Which of the following best characterizes the type of company you work for?
*(Please select only one option.)*

◯ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution

◯ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds

◯ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies

◯ **Advertiser/Marketer** – your company sells products or services and advertises/markets its products or services

◯ **Other** *(please describe):* [                    ]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

24%

**AD PROS™**
ADVERTISER PERCEPTIONS

## Which of the following best characterizes your current job title/level?
*(Please select only one option.)*

○ Media Planner

○ Media Buyer

○ Strategist

○ Social Media Manager

○ Data Scientist/Data Analyst

○ Business Development Manager

○ Account Manager/Account Executive

○ Editor/Writer

○ Project Manager

○ Traffic Manager

○ C-Level (CEO, CMO, COO, etc.)

○ Analyst/Researcher

○ Other *(please describe):* [_____]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



The following questions will ask you about your advertising decisions and practices. For these questions, please think about **the client you spend the most time on** and answer the question from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLIGHT CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



In the **last 12 months**, how much did the client you spend the most time on spend on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)?
*(Please select only one option.)*

○ Less than $10,000

○ $10,000 to less than $50,000

○ $50,000 to less than $100,000

○ $100,000 to less than $250,000

○ $250,000 to less than $500,000

○ $500,000 to less than $1 million

○ $1 million to less than $3 million

○ $3 million to less than $7 million

○ $7 million to less than $15 million

○ $15 million to less than $30 million

○ $30 million to less than $50 million

○ $50 million to less than $100 million

○ $100 million to less than $250 million

○ $250 million to less than $500 million

○ $500 million or more

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

36%

Please think about the total advertising budget for the client you spend the most time on. In the past year, what percentage of the total advertising budget for the client you spend the most time on was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate.

*(Please enter a number from 0 to 100 for each type of advertising or select "Don't know/Unsure." Values must add up to 100%.)*

| | |
|---|---|
| Percentage of budget spent on **digital (online) advertising** last year: | ___ % |
| Percentage of budget spent on **offline advertising** last year: | ___ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AP** **AD PROS**™
ADVERTISER PERCEPTIONS

39%

Which of the following types of **digital advertising**, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type **carefully.**
*(Please select all that apply.)*

☐ **Digital Audio** (Recorded advertisements that play between or during songs, podcasts, or other digital audio content.)

☐ **Connected TV** (Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc.)

☐ **eCommerce Platforms** (Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart.)

☐ **Display** (Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.)

☐ **Search** (Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL.)

☐ **Email** (Digital ads sent via email to current and potential customers.)

☐ **Social** (Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.)

☐ **App/In-App** (Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms.)

☐ **Digital Video** (Includes video ads that appear before, during, or after digital content in a video player, such as YouTube.)

☐ Other *(specify and explain):* [_____]

☐ Don't know/Unsure

Continue »

H.2-15

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



You indicated that you have used **display advertising** in the past year for the client you spend the most time on. Display ad inventory can be purchased through programmatic transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.

**Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.

**Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.

Which of the following transaction methods have you used to purchase **display ad inventory** in the past year for the client you spend the most time on?
*(Please select all that apply.)*

☐ Direct Deals

☐ Programmatic

☐ None of the above

☐ Don't know/Unsure

Continue »

H.2-16

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

45%

**AD PROS™**
ADVERTISER PERCEPTIONS

You indicated that you have used **social advertising** in the past year for the client you spend the most time on. Which of the following social media platforms, if any, have you used in the past year for the client you spend the most time on?
*(Please select all that apply.)*

- [ ] Facebook
- [ ] Pinterest
- [ ] Snapchat
- [ ] Tumblr
- [ ] TikTok
- [ ] Twitter
- [ ] Reddit
- [ ] Instagram
- [ ] LinkedIn
- [ ] FriendLinx
- [ ] Other social media platforms *(specify):* [_____]
- [ ] None of the above
- [ ] Don't know/Unsure

Continue »

H.2-17

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

48%

## AD PROS™
ADVERTISER PERCEPTIONS

In the **last 12 months**, in which of the following ways have you personally been involved in **digital display** advertising efforts on behalf of the client you spend the most time on?
*(Select all that apply.)*

☐ I determine or advise the client regarding overall strategies and/or budgets for digital display.

☐ I regularly use self-serve ad platforms to manage digital display campaigns for the client.

☐ I oversee a team/individuals that measure(s) results of digital display campaigns for the client.

☐ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying for the client.

☐ I regularly set up audience/target parameters for programmatic digital display buying for the client.

☐ I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display.

☐ I measure results of digital display campaigns for the client.

☐ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns for the client.

☐ None of the above

☐ Don't know/Unsure

Continue »

H.2-18

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**MAIN QUESTIONNAIRE**



52%

You have been selected to answer additional questions about your advertising practices for **the client you spend the most time on**. Please continue to think about the client you spend the most time on and answer the questions from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know/Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Increasing/decreasing spending on a particular type of advertising

I am not involved in these
decisions = 0

I am the primary decision-maker
= 100

☐ Don't know/Unsure

Determining initial advertising budget

I am not involved in these
decisions = 0

I am the primary decision-maker
= 100

☐ Don't know/Unsure

Allocating budget across different advertising types

I am not involved in these
decisions = 0

I am the primary decision-maker
= 100

☐ Don't know/Unsure

Increasing/decreasing spending on a particular ad campaign

I am not involved in these
decisions = 0

I am the primary decision-maker
= 100

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

59%

The following questions pertain to **digital advertising**.

Previously, you mentioned that the client you spend the most time on has used the following types of **digital advertising** in the past year. What is your best estimate of the share of the **digital advertising** budget of the client you spend the most time on that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your client's total digital advertising budget spent on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please enter a number from 0 to 100 in each cell, or select "Don't know/Unsure." Please make sure that numbers add up to 100.)*

| | |
|---|---|
| Programmatic Display | ___ % |
| Direct Deals Display | ___ % |
| Search | ___ % |
| Digital Video | ___ % |
| Social | ___ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



62%

Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has <u>recently increased by a small but significant amount, and will remain elevated for the foreseeable future</u>. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have <u>**not**</u> changed and are not expected to change.

So, for **the client you spend the most time on**, if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), <u>will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising</u>?

○ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising.

○ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising.

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

65%

**AD PROS**™
ADVERTISER PERCEPTIONS

To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year for **the client you spend the most time on**, as a result of the <u>increase in the cost of programmatic display advertising</u>?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply.)*

- [ ] Digital Audio
- [ ] eCommerce Platforms
- [ ] Search
- [ ] Direct Deals Display
- [ ] App/In-App
- [ ] Digital Video
- [ ] Social
- [ ] Email
- [ ] Connected TV
- [ ] Other
- [ ] None of the above
- [ ] Don't know/Unsure

Continue »

H.2-25

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS**™
ADVERTISER PERCEPTIONS

68%

An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."

Which of the following ad buying tools, if any, have you used in the **past year** for **programmatic display advertising** for the client you spend the most time on?
*(Please select all that apply.)*

| | | | |
|---|---|---|---|
| MediaMath DSP | ☐ | Criteo | ☐ |
| The Trade Desk DSP | ☐ | Xandr Invest | ☐ |
| Basis by Centro | ☐ | Beeswax | ☐ |
| Adobe Advertising Cloud | ☐ | Yahoo DSP (formerly Verizon Media DSP) | ☐ |
| Outbrain | ☐ | Simpli.fi | ☐ |
| Adform | ☐ | Amobee | ☐ |
| Quorexx | ☐ | Zeta Global | ☐ |
| Taboola | ☐ | Amazon DSP | ☐ |
| Ad Step Technologies | ☐ | Adelphic | ☐ |
| Google Display and Video 360 (DV360) | ☐ | Quantcast | ☐ |
| Google Ads | ☐ | Other *(please specify):* | ☐ |
| illumin (formerly AcuityAds) | ☐ | Don't know/Unsure | ☐ |
| StackAdapt | ☐ | | |

Continue »

H.2-27

HIGHLIGHTLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

70%

**AD PROS™**
ADVERTISER PERCEPTIONS

Why did you use more than one ad buying tool for **programmatic display advertising** in the past year for the client you spend the most time on?

*(Please type in your response, or select "Don't know/Unsure".)*

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

73%

# AD PROS™
ADVERTISER PERCEPTIONS

You indicated that, compared to the past year, you expect to use **more** ad buying tools for programmatic display advertising next year for the client you spend the most time on. Why do you expect to use **more** ad buying tools for **programmatic display advertising** next year for the client you spend the most time on?
*(Please type in your response or select "Don't know/Unsure".)*

Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

75%

**AD PROS**™
ADVERTISER PERCEPTIONS

Which of the following factors, if any, do you consider when deciding to use a particular ad buying tool for **programmatic display advertising** for the client you spend the most time on?
*(Please select all that apply.)*

☐ Media optimization of placements during a campaign

☐ Brand safety/fraud protection

☐ Forecasting tools

☐ Cost

☐ Audience scale/Reach

☐ Ad placement effectiveness

☐ API and integrations

☐ Support

☐ Identity management

☐ Reporting features

☐ Ease of use/User interface

☐ Budget management tools

☐ Targeting criteria and capabilities

☐ Troubleshooting capabilities

☐ Other *(please specify):* [_____]

☐ Don't know/Unsure

Continue »

H.2-31

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

77%

Have you stopped using any ad buying tool(s) for **programmatic display advertising** in the **past year** for the client you spend the most time on?
*(Please select only one option.)*

◯ Yes, I stopped using at least one ad buying tool in the past year for the client I spend the most time on.

◯ No, I have **not** stopped using any ad buying tools in the past year for the client I spend the most time on.

◯ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

80%

You indicated that you stopped using at least one ad buying tool in the **past year** for **programmatic display advertising** for the client you spend the most time on. What factors led you to stop using one or more ad buying tools for **programmatic display advertising** for the client you spend the most time on?

*(Please type your response in the text box below, or select "Don't know/Unsure".)*

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

84%

**AD PROS**™
ADVERTISER PERCEPTIONS

You indicated that you started using at least one ad buying tool in the **past year** for **programmatic display advertising** for the client you spend the most time on. What factors led you to start using one or more ad buying tools for **programmatic display advertising** for the client you spend the most time on?
*(Please type your response in the text box below, or select "Don't know/Unsure".)*

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## AD PROS
### ADVERTISER PERCEPTIONS

85%

Which of the following metrics, if any, do you use to assess the performance of programmatic display ads, direct deals display ads, social media ads and/or digital video ads for the client you spend the most time on?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply in each column.)*

| | Programmatic display ads | Digital video ads | Direct deals display ads | Social media ads |
|---|---|---|---|---|
| Cost per impression (CPM) | ☐ | ☐ | ☐ | ☐ |
| Clicks | ☐ | ☐ | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ | ☐ | ☐ |
| Impressions | ☐ | ☐ | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ | ☐ | ☐ |
| Conversions | ☐ | ☐ | ☐ | ☐ |
| Click through rate (CTR) | ☐ | ☐ | ☐ | ☐ |
| Other *(please specify):* [____] | ☐ | | | |
| Other *(please specify):* [____] | | | ☐ | |
| Other *(please specify):* [____] | | | | ☐ |
| Other *(please specify):* [____] | | ☐ | | |
| None of the above | ☐ | ☐ | ☐ | ☐ |
| Don't know/Unsure | ☐ | ☐ | ☐ | ☐ |

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

90%

**AD PROS™**
ADVERTISER PERCEPTIONS

How often, if at all, do you measure or assess the performance of the **programmatic display advertising**
for the client you spend the most time on?
*(Please select only one option.)*

○ Daily

○ Weekly

○ Monthly

○ Quarterly

○ Annually

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

95%

**AD PROS**™
ADVERTISER PERCEPTIONS

Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year to assess the performance of the **programmatic display ads** for the client you spend the most time on?

I have run experiments and/or test & learn initiatives testing...
*(Please select all that apply.)*

☐ ROI/ROAS

☐ Creatives

☐ Audiences

☐ Ad buying tool performance

☐ Bid strategies

☐ Publishers

☐ Other *(please specify)*: [_____]

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**FOLLOW UP QUESTION**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Thank you for taking our survey. Your efforts are greatly appreciated!

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX H.3
# AGENCY SURVEY
# RAW DATA

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# PRODUCED AS NATIVE

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I
# NO CONTACT LIST

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| 33 Across | Ad Tech Provider |
| Accenture Federal Services | Ad Agency |
| AccuWeather | Publisher |
| AdButler & Sparklit Networks, Inc. | Ad Tech Provider |
| AdClickMedia | Ad Tech Provider |
| Adform | Ad Tech Provider |
| AdGlare | Ad Tech Provider |
| Adning | Ad Tech Provider |
| Adobe Inc. | Ad Tech Provider |
| AdRecover | Ad Tech Provider |
| Adsmovil | Ad Agency |
| Adsterra | Ad Tech Provider |
| Advance Publications, Inc. | Publisher |
| Advertising Council, Inc., The (AdCouncil) | Ad Agency |
| Aim Media Indiana Operating, LLC | Publisher |
| AIM Media Midwest Operating, LLC | Publisher |
| AIM Media Texas Operating, LLC | Publisher |
| Alaska Department of Labor | State Agency |
| Alaska Department Of Revenue | State Agency |
| Alaska Office Of Veterans Affairs | State Agency |
| Alaska, State of | State / Territory |
| Alden Global Capital | Publisher |
| Alhurra, Inc. | Advertiser |
| Ally Financial | Advertiser |
| Altice | Publisher |
| Amazon (including Twitch (ad server)) | Ad Tech Provider |
| American Express | Advertiser |
| Amtrak (The National Railroad Passenger Corporation) | Federal Agency |
| ANGI | Advertiser |
| Anheuser Busch Inbev | Advertiser |
| Apco | Ad Agency |
| Apollo (including Verizon Media/Yahoo, Oath, Adapt.tv, Brightroll, Nexage, and Michaels (Publisher)) | Ad Tech Provider |
| Appen Media Group, Inc. | Publisher |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Apple (including AppleNews (publisher)) | Ad Tech Provider |
| AppLovin Corporation / MoPub | Ad Tech Provider |
| Aptive Resources, LLC | Ad Agency |
| Arizona Game & Fish Department | State Agency |
| Arizona State University | State Agency |
| Arizona, State of | State / Territory |
| Arkansas Department of Parks, Heritage and Tourism | State Agency |
| Arkansas Division Of Higher Education | State Agency |
| Arkansas, State of | State / Territory |
| Arrieta, Nicholas | Advertiser |
| Associated Newspapers Ltd. | Publisher |
| Associated Press, The | Publisher |
| Astarita, Mark J. | Advertiser |
| AT&T and subsidiaries (Xandr [f/k/a AppNexus], Warner Bros.) | Ad Tech Provider |
| Autodesk | Advertiser |
| Bed, Bath, & Beyond | Publisher |
| Berkshire Hathaway | Advertiser |
| Best Buy Co., Inc. | Advertiser |
| Bidvertiser | Ad Tech Provider |
| Big Lens | Ad Agency |
| Bigler, Jason | Ad Tech Provider |
| Billow Marketing | Ad Agency |
| Blaine Warren | Ad Agency |
| Blast Analytics & Marketing | GMP-certified partner |
| Bloomberg L.P. | Publisher |
| Boeing | Advertiser |
| Boland, Brian | Ad Tech Provider |
| Borgman, Christine L. | Other |
| Bounteous | GMP-certified partner |
| Brightcom | Ad Tech Provider |
| Broadstreet | Ad Tech Provider |
| Brown County Publishing Company Inc | Publisher |
| Browne, Simone | Other |
| Brunet Garcia Advertising Inc. | Ad Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Bully Pulpit Interactive | Ad Agency |
| BuySellAds | Ad Tech Provider |
| Buzzfeed, Inc. | Publisher |
| CACI International | Ad Agency |
| California Department Of Food & Agriculture | State Agency |
| California, State of | State / Territory |
| Californians Aware | Other |
| Campbell Ewald | Ad Agency |
| Capital Region Independent Media LLC | Publisher |
| Capitol One, Inc. | Advertiser |
| Cardinal Path | Reseller |
| Carmax (including Edmunds) | Publisher |
| CBC Creative | Ad Agency |
| Ceasar's Entertainment | Advertiser |
| Center for Investigative Reporting, The (d/b/a Reveal) | Publisher |
| Centers for Medicare and Medicaid Services | Federal Agency |
| Central Michigan University | State Agency |
| Charles Tombras Advertising, Inc. | Ad Agency |
| Charleston Publishing Co., Inc. | Publisher |
| Choozle | Ad Tech Provider |
| Clarion Publishing Company, Inc. | Publisher |
| Clarke Publishing, Inc. | Publisher |
| Clarksburg Publishing Company (doing business as WV News) | Publisher |
| Clickso | Advertiser |
| Cliffy Care Landscaping LLC | Advertiser |
| Coastal Point LLC | Publisher |
| Coca-Cola | Advertiser |
| College Of Southern Nevada | State Agency |
| College of Western Idaho | State Agency |
| Colorado Office Of Early Childhood | State Agency |
| Colorado State University | State Agency |
| Colorado, State of | State / Territory |
| Comcast (including FreeWheel, Beeswax, NBCUniversal (Publisher), Fandango, and Xfinity (Publisher)) | Publisher / Ad Tech Provider |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Commonwealth Publishing Company, Inc. | Publisher |
| comScore Media Measurement | Ad Tech Provider |
| CondeNast | Publisher |
| Connecticut Department Of Transportation | State Agency |
| Connecticut, State of | State / Territory |
| Consumable | Ad Tech Provider |
| Consumer Financial Protection Bureau | Federal Agency |
| ContextLogic Inc. | Advertiser |
| Criteo (including BidSwitch, Iponweb, and MediaGrid) | Ad Tech Provider |
| Crosby Marketing | Ad Agency |
| Custom Ink | Advertiser |
| CVP Corp. (f/k/a Atlas Research) OR Customer Value Partners, Inc. | Ad Agency |
| CVS Health Corp. | Publisher |
| Daily Beast, The | Publisher |
| Dallas Morning News, The | Publisher |
| Daniel J. Edelman, Inc. (d/b/a Edelman) | Ad Agency |
| Deloitte | Ad Agency |
| Delta Air Lines, Inc. | Advertiser |
| Delta Press Publishing Company, Inc. | Publisher |
| Delta-Democrat Publishing Company | Publisher |
| Demas, Bill (former Chief Executive Officer of Turn) | Ad Tech Provider |
| Denton Media Company / Denton Record Chronicle | Publisher |
| Dentsu | Ad Agency |
| Departamento de Educación de Puerto Rico | State Agency |
| Department of Defense (including U.S. Air Force, U.S. Army, and U.S. Navy) | Federal Agency |
| Devaney, Michael | Advertiser |
| Diffie, Whitfield | Other |
| Digg.com | Publisher |
| Digital Advertising Alliance | Industry Trade Organization / Trade Association |
| Digital Content Next | Industry Trade Organization / Trade Association |
| Digital Turbine (including AdColony and Fyber (SSP Mobile/In-app)) | Ad Tech Provider |
| District Communications Group, LLC, The | Ad Agency |
| Dot Dash | Advertiser |
| DoubleVerify | Ad Tech Provider |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Dow Jones & Company, Inc. | Publisher |
| Dr. Pepper Snapple Group | Advertiser |
| Drug Enforcement Administration (DEA) | Advertiser |
| DuckDuckGo | Other |
| Duty First Consulting LLC | Ad Agency |
| Eagle Printing Company | Publisher |
| Eastern Kentucky University | State Agency |
| eBay | Publisher |
| ECENT Corporation | Publisher |
| Elevation, Ltd. | Ad Agency |
| Emmerich Newspapers, Incorporated | Publisher |
| Enterprise-Tocsin, Inc. | Publisher |
| E-Planning (ePlanning) | Ad Tech Provider |
| Epom | Ad Tech Provider |
| Epsilon | Ad Tech Provider |
| Equativ (including Smart AdServer, DynAdmic, and LiquidM) | Ad Tech Provider |
| Etsy, Inc. | Publisher |
| Evadav | Ad Tech Provider |
| Exeter Government Services | Ad Agency |
| Experian | Ad Tech Provider |
| Eyeo (including Trestle) | Other |
| Ezoic | Ad Tech Provider |
| FanDuel 93.7 | Advertiser |
| Fannie Mae (Federal National Mortgage Association) | Federal Agency |
| Farber, David | Other |
| Federal Bureau of Investigation (FBI) | Advertiser |
| Federal Bureau of Prisons (FBP) | Advertiser |
| Federal Trade Commission | Federal Agency |
| Fifty-Five | GMP-certified partner |
| First Amendment Coalition | Industry Trade Organization / Trade Association |
| Fischer, Addison | Other |
| Flag Publications, Inc. | Publisher |
| Fleishman Hillard | Ad Agency |
| Florida Department Of Agriculture & Consumer Services | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Florida Department Of Corrections | State Agency |
| Florida Department of Economic Opportunity | State Agency |
| Florida Department Of Education | State Agency |
| Florida Department Of Environmental Protection | State Agency |
| Florida Department Of State | State Agency |
| Florida Department Of Transportation | State Agency |
| Florida Fish & Wildlife Conservation Commission | State Agency |
| Florida, State of | State / Territory |
| Fors Marsh Group | Ad Agency |
| Fox Corporation | Publisher |
| Franklinton Publishing Co., Inc. | Publisher |
| Future of Privacy Forum | Industry Trade Organization / Trade Association |
| Gale Force Media, LLC | Publisher |
| Gannett Co., Inc. | Publisher |
| General Motors | Advertiser |
| Genius Media Group, Inc. | Publisher |
| Gould Enterprises, Inc. | Publisher |
| Grenada Star, Inc. | Publisher |
| Guardian, The | Publisher |
| GumGum | Ad Tech Provider |
| Hanson Law Firm, PC | Advertiser |
| Hattiesburg Publishing, Inc. | Publisher |
| Havas Media | Ad Agency |
| HD Media Company, LLC | Publisher |
| Hearst Communications, Inc. (including the Houston Chronicle) | Publisher |
| Hilton Worldwide Holdings, Inc. | Advertiser |
| Hispanic Communications Network (HCN) | Ad Agency |
| Holt, Rush | Other |
| Horizon Media | Ad Agency |
| I LOVE NY | State Agency |
| IAB Tech Lab | Industry Trade Organization / Trade Association |
| IAC (including Ask Media Group (ad agency)) | Publisher |
| IBM (owner of The Weather Company) | Publisher |
| Idaho Department Of Health & Welfare | State Agency |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Idaho Office Of Drug Policy | State Agency |
| Idaho Transportation Department | State Agency |
| Idaho, State of | State / Territory |
| Illinois Department Of Commerce & Economic Opportunity | State Agency |
| Illinois, State of | State / Territory |
| Imgur, Inc. | Publisher |
| Incubeta | Reseller |
| IndexExchange | Ad Tech Provider |
| Indiana Department Of Veterans' Affairs | State Agency |
| Indiana Municipal Power Agency | State Agency |
| Indiana University | State Agency |
| Indiana, State of | State / Territory |
| InfoLinks | Ad Tech Provider |
| Inform, Inc. | Publisher |
| Inmar | Ad Agency |
| Innovid | Publisher Ad Server; Reseller |
| Inskin | Publisher |
| Inspire Brands | Advertiser |
| Instacart | Publisher |
| Instapundit.com | Ad Agency |
| Integral Ad Science | Ad Tech Provider |
| Inter American Press Association | Industry Trade Organization / Trade Association |
| Internet Brands, Inc. (owner of PulsePoint (SSP) and WebMD Health Corp. (Publisher)) | Publisher / Advertiser |
| IPG (The Interpublic Group of Companies, Inc.) (including IPG DXTRA, Inc. d/b/a Weber Shandwick; IW Group Inc.; McCann-Erickson USA, Inc.; Universal McCann Worldwide, LLC) | Ad Agency |
| J.O. Emmerich & Associates, Inc. | Publisher |
| J.R. Reingold & Associates, Inc. (d/b/a Reingold, Inc.) | Ad Agency |
| Jacob's Eye | Ad Agency |
| Jellyfish | Reseller |
| JLaSalle Enterprises LLC | Publisher |
| Johnson & Johnson | Advertiser |
| Jonathan Kanter | Individual |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Journal, Inc. | Publisher |
| JumpFly | Ad Agency |
| Kantar Group (majority owned by Bain) | Ad Tech Provider |
| Kanter LLC | Ad Agency |
| Kargo Global, Inc.  (including StitcherAds) | Ad Tech Provider |
| Kentucky Cabinet for Public Health | State Agency |
| Kentucky Community & Technical College System | State Agency |
| Kentucky Tourism, Arts, and Heritage Cabinet | State Agency |
| Kentucky, Commonwealth of | State / Territory |
| Kevel f/k/a AdZerk | Ad Tech Provider |
| Kinin, Inc. | Advertiser |
| Klonick, Kate | Other |
| Kohl's Corp. | Advertiser |
| Kosciusko Star-Herald, Inc. | Publisher |
| Kranzler Kingsley Communications Ltd. | Ad Agency |
| LA Times | Publisher |
| Lewis, Harry | Other |
| LG Electronics | Advertiser |
| Liberty Mutual | Advertiser |
| Liftable Media | Publisher |
| Liftoff (including information re Vungle) | Ad Tech Provider |
| LinkedIn | Ad Tech Provider |
| LiveNation Entertainment Inc | Advertiser |
| LMI (Logistics Management Institute) | Federal Contractor |
| Long & Foster Real Estate Companies | Advertiser |
| Louisiana Dept of Children and Family Services | State Agency |
| Louisiana Office of Tourism | State Agency |
| Louisiana State University | State Agency |
| Louisiana, State of | State / Territory |
| Louisville Publishing, Inc. | Publisher |
| Lowe's Companies, Inc. | Advertiser |
| LVMH | Advertiser |
| Macy's Inc. | Publisher / Advertiser |
| MadAds Media | Ad Tech Provider |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Magnite (including Rubicon Project, Telaria, Carbon, SpotX, RTK Header Bidding, and SpringServe (ad server)) | Ad Tech Provider |
| Mail Media, Inc. (Daily Mail) | Publisher |
| Major League Baseball | Publisher |
| Marin | Ad Tech Provider |
| Marion Publishing Company | Publisher |
| Mars, Inc. | Advertiser |
| Marx, Gary | Other |
| Match Group | Advertiser |
| McClatchy Company, The | Publisher |
| McNamee, Roger | Other |
| MDC Partners (Stagwell, Inc.) | Ad Agency |
| Media Institute, The | Other |
| Media.Monks | Reseller |
| Media.net | Ad Tech Provider |
| MediaMath, Inc. | Ad Tech Provider |
| Mediavine | Publisher |
| Merck | Advertiser |
| Meredith Corp. | Publisher |
| Merkle | Reseller |
| Meta Platforms, Inc. (f/k/a Facebook Inc.) | Ad Tech Provider |
| Michigan Department of Labor and Economic Opportunity | State Agency |
| Michigan, State of | State / Territory |
| Microsoft (including Xandr, MSN (Publisher), LinkedIn, Tapad, and Drawbridge) | Ad Tech Provider |
| Mighty Hive | GMP-certified partner |
| Mikula Web Solutions, Inc. | Publisher |
| Mindshare USA, LLC | Ad Agency |
| Minnesota Department Of Health | State Agency |
| Minnesota, State of | State / Territory |
| Mint Rose Day Spa LLC | Advertiser |
| MIQ Digital USA Inc. | Ad Agency |
| Mississippi Department Of Public Safety | State Agency |
| Mississippi Development Authority | State Agency |
| Mississippi State University | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Mississippi, State of | State / Territory |
| Missouri Department Of Transportation | State Agency |
| Missouri Division of Tourism | State Agency |
| Missouri, State of | State / Territory |
| MLex | Publisher |
| Monster Government Solutions Inc. | Ad Agency |
| Montana Office of Tourism | State Agency |
| Montana State University | State Agency |
| Montana, State of | State / Territory |
| Montgomery Publishing Co., Inc. | Publisher |
| Monumetric | Ad Tech Provider |
| Mother Jones | Publisher |
| Motley Fool | Publisher |
| Mozilla | Other |
| Multi Media Channels LLC | Publisher |
| Nation Company, L.P., The | Publisher |
| National Aeronautics and Space Administration | Federal Agency |
| National Football League | Publisher |
| National Freedom of Information Coalition | Other |
| National Highway Traffic Safety Admininistration | Federal Agency |
| National Press Photographers Association | Industry Trade Organization / Trade Association |
| Navy Federal Credit Union | Advertiser |
| Nebraska Department Of Transportation | State Agency |
| Nebraska, State of | State / Territory |
| Neeva | Advertiser |
| Negron, Kimberly | Advertiser |
| Neighborhood Newspapers, Inc. | Publisher |
| Nestle | Advertiser |
| Netflix | Publisher |
| Network Advertising Initiative | Industry Trade Organization / Trade Association |
| Nevada Department of Health & Human Services [Voluntary Production] | State Agency |
| Nevada Department Of Motor Vehicles | State Agency |
| Nevada Department of Tourism & Cultural Affairs | State Agency |
| Nevada Silver State Health Insurance Exchange | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Nevada State Treaurer | State Agency |
| Nevada, State of | State / Territory |
| New Hampshire Department of Natural & Cultural Resources | State Agency |
| New Hampshire, State of | State / Territory |
| New Jersey Department Of Health & Senior Services | State Agency |
| New Jersey, State of | State / Territory |
| New York State Energy Research & Development Authority | State Agency |
| New York Times Company, The | Publisher |
| New York, State of | State / Territory |
| News Corp. | Publisher |
| News Leaders Association, The | Other |
| News Media Alliance | Industry Trade Organization / Trade Association |
| News Media Association | Industry Trade Organization / Trade Association |
| Newton County Appeal Inc. | Publisher |
| Nexstar | Publisher |
| Nexstar Media Group, Inc. | Publisher |
| NextRoll (including AdRoll) | Ad Tech Provider |
| Nielsen Holdings | Ad Tech Provider |
| Nike | Advertiser |
| Nobid | Ad Tech Provider |
| North Carolina Department Of Health & Human Services | State Agency |
| North Carolina, State of | State / Territory |
| North Dakota Department Of Health (aka North Dakota Department of Health and Human Services) | State Agency |
| North Dakota Department of Human Services | State Agency |
| North Dakota, State of | State / Territory |
| North Texas Tollway Authority | State Agency |
| Northrup Grunman | Advertiser |
| NVR, Inc. | Advertiser |
| O'Kelley, Brian (former Chief Executive Officer of AppNexus) | Ad Tech Provider |
| Omnicom Group, Inc. (including DDB Chicago, Inc., Team DDB, GMMB, GSD&M LLC, Ketchum, Inc., OMD Worldwide, and Porter Novelli Inc.) | Ad Agency |
| OneMobile | Ad Tech Provider |
| OpenX Technologies, Inc. | Ad Tech Provider |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Oracle (including Moat) | Ad Tech Provider |
| Organic Panaceas, LLC | Advertiser |
| Outbrain (including Zemanta (DSP) and AdNgin (Ad Server)) | Ad Tech Provider |
| Pandora (Sirius XM Radio Inc.) | Publisher |
| Paramount Global (including CBS, Audacy Radio (owned by CBS), Viacom) | Publisher |
| PBS | Publisher |
| Peace Corps | Advertiser |
| Peel, Deborah C. | Other |
| Penske Media Corp. | Publisher |
| PepsiCo | Advertiser |
| Pinger | Publisher |
| Pinterest, Inc. | Ad Tech Provider |
| POLITICO LLC | Publisher |
| PopAds | Ad Tech Provider |
| PopCash | Ad Network |
| Prebid Header Bidding | Ad Tech Provider |
| Prevention Magazine | Publisher |
| Proctor & Gamble | Advertiser |
| Progressive Insurance | Advertiser |
| Progressive, Inc., The | Publisher |
| PropellerAds | Ad Tech Provider |
| Publica | Ad Tech Provider |
| Publicis Groupe, The (including Epsilon, Conversant, Publicis North America, and Publicis Media, Inc.) | Ad Agency |
| PubMatic, Inc. | Ad Tech Provider |
| Puerto Rico Department of Labor and Human Resources | State Agency |
| Puerto Rico Tourism Company | State Agency |
| Puerto Rico, Commonwealth of | State / Territory |
| Qualcomm | Advertiser |
| Quantcast | Ad Tech Provider |
| Raintree Medical And Chiropractic Center LLC | Advertiser |
| Reddit | Publisher |
| Rent-A-Center | Advertiser |
| Reporters Committee for Freedom of the Press, The | Other |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Reuters News & Media Inc. | Publisher |
| RevContent | Ad Tech Provider |
| Revive | Ad Tech Provider |
| Rhode Island Department Of Health | State Agency |
| Rhode Island, State of | State / Territory |
| Richter 7 Inc. | Ad Agency |
| Robinson Communications Inc | Publisher |
| Rodrock Chiropractic Pa | Advertiser |
| Roku, Inc. (including DataXu (DSP)) | Ad Tech Provider |
| Rome News Media, LLC | Publisher |
| Rutgers, The State University of New Jersey | State Agency |
| Samsung Electronics America, Inc. (including Samsung NEXT, LLC) | Advertiser |
| Savannah Publishing Co., Inc. | Publisher |
| SC Department of Social Services | State Agency |
| Schneier, Bruce | Other |
| Scott Publishing, Inc. | Publisher |
| Search Discovery | GMP-certified partner |
| Sharethrough Inc. (including DistrictM) | Ad Tech Provider |
| SHE Media | Ad Tech Provider |
| Simpson Publishing Co., Inc. | Publisher |
| Singh, Sunny | Advertiser |
| Skechers | Advertiser |
| Skimlinks | Ad Tech Provider |
| SkinnySchool LLC d/b/a Maria Marques Fitness | Advertiser |
| Smartly.io | Reseller |
| Smithsonian Institution | Advertiser |
| Snap, Inc. | Ad Tech Provider |
| Society of Professional Journalists | Other |
| Something Extra Publishing, Inc. | Publisher |
| Sonobi | Ad Tech Provider |
| Sortable / Freestar | Ad Tech Provider |
| South Carolina Department of Parks, Recreation, and Tourism | State Agency |
| South Carolina, State of | State / Territory |
| South Dakota Department of Education | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| South Dakota Department Of Human Services | State Agency |
| South Dakota State University | State Agency |
| South Dakota, State of | State / Territory |
| Southern Arkansas University | State Agency |
| Southern Community Newspapers, Inc. | Publisher |
| Southern Utah University | State Agency |
| Sovrn Holdings, Inc. | Ad Tech Provider |
| Spotify | Publisher |
| SPX Total Body Fitness LLC | Advertiser |
| StackAdapt | Ad Tech Provider |
| Starbucks | Advertiser |
| State Farm | Advertiser |
| State University Of New York | State Agency |
| Static Media | Publisher |
| Stellman, Michael | Advertiser |
| Sterling International Consulting Group | Publisher |
| Stratacomm LLC | Ad Agency |
| Strava | Publisher |
| Sunland Publishing Company, Inc. | Publisher |
| Surefreight Global LLC | Advertiser |
| Susan Athey | Individual |
| Sweepstakes Today, LLC | Publisher |
| T. Rowe Price | Advertiser |
| Taboola | Ad Tech Provider |
| Tallulah Publishing, Inc. | Publisher |
| Target Corporation | Publisher |
| Tate Record, Inc. | Publisher |
| Teads | Ad Tech Provider |
| Tennessee Highway Safety Office | State Agency |
| Tennessee, State of | State / Territory |
| Tennis.com | Publisher |
| Texas A&M University | State Agency |
| Texas Department of Information Resources, The (DIR) | State Agency |
| Texas Department Of Motor Vehicles | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Texas Department Of Transportation | State Agency |
| Texas General Land Office, The | State Agency |
| Texas Office of the Governor, Economic Development & Tourism | State Agency |
| Texas, State of | State / Territory |
| The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | Advertiser |
| The Goodway Group | Ad Agency |
| TIAA | Advertiser |
| Ticketmaster | Publisher |
| Tiktok | Ad Tech Provider |
| Timehop (creator of Nimbus) | Ad Tech Provider |
| Times Journal, Inc. | Publisher |
| Tinuiti | Ad Agency |
| Trade Desk, Inc., The | Ad Tech Provider |
| Tremor International Ltd. (including RhythmOne/Unruly (SSP), Unruly Group Limited, Amobee, Inc., Tremor Video, and Spearad GmbH) | Ad Tech Provider |
| Trilogy Federal, LLC | Ad Agency |
| TripAdvisor | Publisher / Advertiser |
| Triple Lift, Inc. | Ad Tech Provider |
| Trustworthy Accountability Group | Industry Trade Organization / Trade Association |
| Tully Center for Free Speech | Other |
| Turkle, Sherry | Other |
| Turn | Ad Tech Provider |
| TWC Product & Tech | Publisher |
| Twitch | Publisher |
| Twitter, Inc. | Ad Tech Provider |
| U.S. Air Force | Federal Agency |
| U.S. Army | Federal Agency |
| U.S. Census Bureau | Federal Agency |
| U.S. Department of Agriculture | Federal Agency |
| U.S. Department of Defense | Federal Agency |
| U.S. Department of Education | Federal Agency |
| U.S. Department of Energy | Federal Agency |
| U.S. Department of Health and Human Services | Federal Agency |
| U.S. Department of Homeland Security | Federal Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| U.S. Department of Housing and Urban Development | Federal Agency |
| U.S. Department of Interior | Federal Agency |
| U.S. Department of Labor | Federal Agency |
| U.S. Department of State | Federal Agency |
| U.S. Department of Transportation | Federal Agency |
| U.S. Department of Treasury | Federal Agency |
| U.S. Department of Veterans Affairs | Federal Agency |
| U.S. General Services Administration | Federal Agency |
| U.S. Navy | Federal Agency |
| U.S. Postal Service | Federal Agency |
| Unilever | Advertiser |
| Union City Daily Messenger, Inc. | Publisher |
| United States of America | US Government |
| United States Social Security Administration | Federal Agency |
| Unity (including ironSource) | Ad Tech Provider |
| Universidad de Puerto Rico | State Agency |
| University of Alaska | State Agency |
| University Of Arkansas | State Agency |
| University Of California | State Agency |
| University Of Connecticut School Of Law | State Agency |
| University of Florida (including Florida Institute of Food & Agricultural Sciences) | State Agency |
| University Of Idaho | State Agency |
| University Of Illinois System | State Agency |
| University Of Minnesota | State Agency |
| University Of Missouri | State Agency |
| University Of Montana, The | State Agency |
| University Of Nebraska Omaha | State Agency |
| University Of Nevada | State Agency |
| University Of North Carolina At Chapel Hill | State Agency |
| University Of North Dakota | State Agency |
| University Of Rhode Island | State Agency |
| University Of South Carolina | State Agency |
| University Of South Dakota | State Agency |
| University Of Tennessee, The | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| University Of Texas, The | State Agency |
| University Of Virginia, The | State Agency |
| University Of Washington | State Agency |
| University System Of New Hampshire | State Agency |
| Univision | Publisher |
| URX | Ad Tech Provider |
| US Trade and Development Agency | Advertiser |
| Utah Department Of Health | State Agency |
| Utah Office of Tourism | State Agency |
| Utah, State of | State / Territory |
| Verizon | Ad Tech Provider |
| Verizon Communications | |
| Verve Group, The (including Smaato and AppMonet) | Ad Tech Provider |
| Viant Technology (including Adelphic Mobile) | Ad Tech Provider |
| Vimeo | Publisher |
| Virginia Department For Aging & Rehabilitative Services | State Agency |
| Virginia, Commonwealth of | State / Territory |
| Vitor Lindo | Advertiser |
| Vixie, Paul | Other |
| Vox Media, Inc. (Concert by Vox) | Ad Tech Provider |
| Walmart Inc. | Publisher |
| Walt Disney Company, The (including Hulu, ABC, and ESPN) | Publisher |
| Warner Bros. Discovery (including CNN, Zedo (SSP), and Turner Entertainment) | Publisher / Ad Tech Provider |
| Washington Post, The (Nash Holdings LLC) | Publisher |
| Washington State Department Of Health | State Agency |
| Washington, State of | State / Territory |
| Wayfair, Inc. | Advertiser |
| Weakley County Press, Inc | Publisher |
| Wells Fargo | Advertiser |
| West Virginia Department Of Commerce | State Agency |
| West Virginia University | State Agency |
| West Virginia, State of | State / Territory |
| Western Nevada College | State Agency |
| WNET | Publisher |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Wordpress (owned by Automattic; including OiO Publisher (ad server)) | Publisher |
| WPP (including GroupM Worldwide LLC, VMLY&R, Wavemaker, and Young & Rubicam Inc.) | Ad Agency |
| Yahoo Inc. | Ad Tech Provider |
| Yazoo Newspaper Co., Inc. | Publisher |
| Yberra, Sara | Advertiser |
| Yelp Inc. | Publisher |
| Yieldmo, Inc. | Ad Tech Provider |
| ylliX | Ad Tech Provider |
| Zedo, Inc. | Ad Tech Provider |
| Zeta Global (Zeta Interactive) | Ad Tech Provider |
| Zuboff, Shoshana | Other |
| Zynga (Take-Two Interactive; including Chartboost) | Other |