# EXHIBIT B (PREVIOUSLY FILED AS ECF 673-4)

# ENTIRE DOCUMENT REDACTED