# EXHIBIT C (PREVIOUSLY FILED AS ECF 673-5)

# ENTIRE DOCUMENT REDACTED