# EXHIBIT D (PREVIOUSLY FILED AS ECF 673-6)

# ENTIRE DOCUMENT REDACTED