# EXHIBIT E (PREVIOUSLY FILED AS ECF 673-7)

# ENTIRE DOCUMENT REDACTED