IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 4:20-cv-00957-SDJ |
| v. | § | |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**O R D E R**

Before the Court is Defendant Google LLC's Motion to Strike Plaintiffs' Jury Demand for All Claims and Civil Penalties filed on December 1, 2024. Upon consideration of the motion, and arguments in support thereof and in opposition thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is hereby

ORDERED that Plaintiffs' Jury Demand is stricken.