# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § | |
| § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00957-SDJ |
| § | |
| GOOGLE LLC, § | |
| § | |
| § | |
| *Defendant.* § | |

## DEFENDANT GOOGLE LLC'S REDACTED ANSWER TO FOURTH AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Pursuant to the Court's November 19, 2024 Order (ECF No. 683), Defendant Google LLC respectfully submits a redacted version of its Answer to the Fourth Amended Complaint and Affirmative Defenses (ECF No. 664), which was filed under seal on November 15, 2024.

Dated: December 6, 2024

Respectfully submitted,

FRESHFIELDS US LLP
*/s/ Julie Elmer*

Julie Elmer (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Tel.: (202) 777-4587
julie.elmer@freshfields.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Tel.: (202) 777-4545
eric.mahr@freshfields.com

        Kathy D. Patrick
        GIBBS & BRUNS LLP
        1100 Louisiana, Suite 5300
        Houston, Texas 77002
        Tel.: (713) 650-8805
        kpatrick@gibbsbruns.com

        ATTORNEYS FOR DEFENDANT GOOGLE LLC

**CERTIFICATE OF SERVICE**

I certify that on December 6, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

        */s/ Julie Elmer*
        Julier Elmer