IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan |

## ORDER

Before the Court is Plaintiff States' ("States'") Unopposed Motion for Leave to File Under Seal, filed on December 9, 2024. The States request leave to file under seal: PLAINTIFF STATES' MOTION FOR SPOLIATION SANCTIONS and the exhibits thereto, which will also be filed on December 9, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed Motion for Leave to File Under Seal.

It is therefore ORDERED that Plaintiff States' Unopposed Motion for Leave to File Under Seal, filed on December 9, 2024, is GRANTED.

It is further ORDERED that PLAINTIFF STATES' MOTION FOR SPOLIATION SANCTIONS and the exhibits thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.