# APPENDIX 1

**Appendix 1: Matrix of Summary Judgment Arguments Applicable to Conduct At Issue**

| Conduct At Issue | Alleged Relevant Market: Ad Server | Alleged Relevant Market: Ad Exchange | Alleged Relevant Market: Ad Buying Tools for Small Advertisers | Alleged Relevant Market: Ad Buying Tools for Large Advertisers |
|---|---|---|---|---|
| Tying | - Lawful Refusal to Deal<br>- No Tie | | | |
| DA/EDA | | - Lawful Refusal to Deal<br>- Business Justification<br>- No "Net" Harm | | |
| Line Item Limits | | - Lawful Refusal to Deal<br>- No "Net" Harm | | |
| Data Field Redactions | | - Lawful Refusal to Deal<br>- No "Net" Harm | | |
| DRS | | - Business Justification<br>- No "Net" Harm | | |
| UPR | | - Lawful Refusal to Deal<br>- No "Net" Harm | | - Lawful Refusal to Deal<br>- No Dangerous Probability of Achieving Monopoly Power |
| Bernanke | | - Business Justification<br>- No "Net" Harm | - Business Justification | |

Note: Plaintiffs do not claim that conduct harmed competition in the alleged markets represented by grayed-out boxes.