# EXHIBIT 13

```
                                                          Page 1

 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
 2                      SHERMAN DIVISION

 3      THE STATE OF TEXAS,     )
        et al.,                 ) CASE NO.
 4                              ) 4:20-cv-00957-SD
                  Plaintiffs,   )
 5                              )
             vs.                )
 6                              )
        GOOGLE LLC,             )
 7                              )
                  Defendant.    )
 8      _____)

 9
10               Taken at 100 Madison Street
                      Missoula, Montana
11         Thursday, October 24, 2024 - 8:15 a.m.
12
13                  *** CONFIDENTIAL ***
14                  VIDEOTAPED DEPOSITION
15                           OF
16                DR. JOHN CHANDLER, Ph.D.
17
18
19
20
21
22
23     Reported by Emily K. Niles, RMR, CRC, CRR, NV CCR #782;
24
25     Job No. CS6918917
```

1     more broadly to say, no practical alternative, then I
2     think there is not a practical alternative to GAM or to
3     Google Ads depending on a company's business goals.
4     BY MR. ROSSON:
5          Q.   What about AdX?
6               MR. RENARD:   Objection to form.
7               THE WITNESS:   There are alternative exchanges
8     that advertisers can buy on for publishers.  It is very
9     hard to profitably run an online publishing business
10    without entering into a business relationship with AdX.
11    BY MR. ROSSON:
12         Q.   I'm going to talk about your Opinion 17 next.
13    I'm looking at the opening report Paragraph 23,
14    Subparagraph 17.
15         A.   Okay.
16         Q.   Do you know whether AdX runs a first-price
17    auction?
18         A.   In 2024, it is my understanding that AdX runs
19    a first-price auction.
20         Q.   Do you know when AdX went to a first-price
21    auction?
22         A.   I believe it was in 2019.
23         Q.   Okay.
24              Do you have an understanding of whether
25    Reserve Price Optimization was utilized after 2019?

1    BY MR. ROSSON:

2         Q.   Dr. Chandler, any testimony you want to

3    correct or change?

4         A.   No.

5         Q.   Can a publisher choose to use AdX without

6    using DFP?

7         A.   Yes, it is possible for a publisher to use AdX

8    without using Google Ad Manager.

9         Q.   Can a publisher choose to use DFP without

10   using AdX?

11        A.   Yes.

12             MR. ROSSON:   I pass the witness.

13                          EXAMINATION

14   BY MR. RENARD:

15        Q.   Dr. Chandler, I have a few questions and

16   matters of clarification.

17             Do you recall the questions that Mr. Rosson

18   asked you today regarding your opinions in your June 7

19   opening report, which is Exhibit No. 1?

20        A.   Yes.

21        Q.   Was any of your testimony today, other than

22   the errata matters that Mr. Rosson covered with you at

23   the beginning, was any of your testimony today intended

24   to change the opinions expressed in your opening report?

25        A.   No.