# EXHIBIT 14

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE EASTERN DISTRICT OF TEXAS
 3                         Sherman Division
 4   - - - - - - - - - - - - - - -+
                                   |
 5   THE STATE OF TEXAS, et al,    |
                                   |
 6              Plaintiffs,        |  Case Number:
                                   |
 7      vs.                        |  4:20-cv-00957-SDJ
                                   |
 8   GOOGLE, LLC,                  |
                                   |
 9              Defendant.         |
                                   |
10   - - - - - - - - - - - - - - -+
11
12
13                   Video Deposition of
14                 DAVID W. DERAMUS, Ph.D.
15                Monday, October 28, 2024
16                       9:11 a.m.
17
18
19
20
21
22
23
24   Reported by:  Laurie Donovan, RPR, CRR, CLR
25       Job No. CS6918935
```

Page 189

1       prices.
2           So I think there is a broader analysis you
3       would need to do, but again, on a net basis --
4       and again I just would point you back to my
5       report where I talked about this, that I consider
6       that, taken in its totality, that the conduct at
7       issue, the social welfare cost was likely to be
8       higher than the actual benefits to Google, but I
9       don't have the data to do that calculation.
10  BY MR. DAVIS:
11      Q    And so you can't tell me a dollar value of
12  the harm caused by Bernanke to persons other than
13  Google, true?
14          MR. COLLIER:  Objection; form.
15          THE WITNESS:  I have not tried to quantify
16  that.  I would say there are documents that
17      describe the impact on some -- of some of these
18      programs on some of the parties, and even then
19      there's a question about whether you should even
20      aggregate across the winners and losers, because
21      there would be winners and losers even within a
22      particular group, whether it's advertisers or
23      publishers.
24  BY MR. DAVIS:
25      Q    Same question for DRS:  Do you at any point

Page 190

1    calculate the social harm caused to persons other than
2    Google by DRS?
3         A    Again, I'd just give you the same answer I
4    just gave you for RPO.
5         Q    And same answer -- well, sorry.  The
6    original answer was for Bernanke.
7         A    Oh, I'm sorry.  The same answer would apply
8    for all three programs.  I looked at the documents and
9    particularly where Google describes the impact on
10   different groups; i.e., advertisers or publishers.
11             I reviewed Dr. Weinberg's analysis of the
12   directionality of the different programs, and like I
13   said, one of the other things I couldn't derive from
14   the available documents would be to ascertain it at a
15   more granular level of data that would be necessary in
16   order to actually do the calculation.
17        Q    What is "marginal deterrence," in economic
18   parlance?
19        A    Well, marginal -- the meaning of marginal is
20   really at the margin.  It's what is the incremental
21   impact of a particular action or fine or whatever it
22   is that would deter someone from going the next step,
23   as it were.  So you can think of it in a number of
24   different contexts.  It would depend on the context.
25        Q    And marginal deterrence is a recognized