# EXHIBIT 16

# REDACTED

HIGHLY CONFIDENTIAL

Page 1

1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF TEXAS

3                 SHERMAN DIVISION

4    THE STATE OF TEXAS, ET      )

     AL.,                        )

5            Plaintiff,          )

                                 )          Case No.:

6    VS.                         )      4:20-cv-00957-SDJ

                                 )

7    GOOGLE, LLC,                )

                                 )

8            Defendant.          )

     ------------------------------------------------------

9              ** HIGHLY CONFIDENTIAL **

10           VIDEOTAPED DEPOSITION OF

                JACOB HOCHSTETLER

11               OCTOBER 1, 2024

     ------------------------------------------------------

12

13           VIDEOTAPED DEPOSITION OF JACOB HOCHSTETLER,

14   produced as a witness at the instance of the Defendant

15   and duly sworn, was taken in the above-styled and

16   numbered cause on Tuesday, October 1, 2024, from 9:09

17   a.m. to 7:46 p.m., before Kari Behan, CSR, RPR, CRR, a

18   Texas certified machine shorthand reporter, at the

19   offices of Norton Rose Fulbright US LLP, 2200 Ross

20   Avenue Suite 3600, Dallas, Texas 75201, pursuant to the

21   Federal Rules of Civil Procedure and the provisions

22   stated on the record herein.

23

24

25   Job No. 6918979

HIGHLY CONFIDENTIAL

Page 103

1     Q.  And are you aware that DoubleClick implemented

2  dynamic allocation before its acquisition by Google?

3     A.  That is correct.

4     Q.  At a high level, is it fair to say that dynamic

5  allocation is a feature of DFP that allows AdX to

6  compete in real-time with other networks or demand

7  sources that the publisher may have configured?

8               MR. HILLEGAS:  Objection, form.

9               THE WITNESS:  Yes.

10 BY MR. HUNSBERGER:

11    Q.  And under the dynamic allocation, AdX wins the

12 impression if it has a bid from an ad network or DSP,

13 demand-side platform, that pays the publisher more than

14 the publisher's expected revenue from the alternative

15 sources, correct?

16               MR. HILLEGAS:  Objection, form.

17               THE WITNESS:  As long as they are all

18 remnant line items.  That's the key.

19 BY MR. HUNSBERGER:

20    Q.  And as a result, dynamic allocation increased

21 the publishers' ad route revenue relative to the

22 waterfall, correct?

23               MR. HILLEGAS:  Objection, form.

24               THE WITNESS:  I'm not certain I reviewed

25 that.  Is there a paragraph where I state that?

HIGHLY CONFIDENTIAL

Page 109

1    BY MR. HUNSBERGER:

2        Q.  And you have no opinion in your report

3    disagreeing with the statement that dynamic allocation

4    allows publishers to maximize their earnings, correct?

5                MR. HILLEGAS:  Objection, form.

6                THE WITNESS:  That's correct.

7    BY MR. HUNSBERGER:

8        Q.  And turning one page further, at Bates 561, do

9    you see the statement that begins:  It benefits -- It

10   benefits the publisher?

11       A.  Yes.

12       Q.  The full quote is:  It benefits the publisher

13   by filling a remnant inventory.  Without blocks or

14   pricing floors, AdX and AFC has a 99 percent fill rate.

15               This statement means that dynamic

16   allocation helps publishers sell inventory that would

17   not otherwise have been sold, right?

18               MR. HILLEGAS:  Objection to form.

19               THE WITNESS:  Out of context, I have

20   nothing to compare it to before.  Before, it also could

21   have had a 99 percent fill rate.

22   BY MR. HUNSBERGER:

23       Q.  Do you agree that filling a remnant -- remnant

24   inventory means the DA helps publishers to sell

25   inventory that would not otherwise have been sold?

HIGHLY CONFIDENTIAL

Page 110

1           MR. HILLEGAS:  Objection, form.

2           THE WITNESS:  It enabled real-time bidding

3    between remnant line items.  So I'm actually having

4    trouble thinking why it would fill more inventory.  In a

5    waterfall method, it would eventually get to inventory

6    that would clear a price floor and be sold.  With DA,

7    we're just now doing it real-time, which is why this

8    PowerPoint -- well, not PowerPoint -- Google slide deck,

9    I -- I don't know how it does -- I don't know why

10   they -- they preface this with 99 percent fill rate.  As

11   opposed to what else?

12           Was my answer clear?  I'm sorry if it

13   wasn't.

14   BY MR. HUNSBERGER:

15       Q.  I -- I can -- I can ask again.

16           So this document states:  Dynamic

17   allocation, quote, benefits the publisher by filling a

18   remnant inventory.

19           Do you offer any opinion disagreeing with

20   the statement in this document, that dynamic allocation

21   helped publishers fill remnant inventory?

22           MR. HILLEGAS:  Objection, form.

23           THE WITNESS:  Without a reason why, I don't

24   know if I can agree with this statement.

25   BY MR. HUNSBERGER:

HIGHLY CONFIDENTIAL

Page 111

1          Q.  But you don't offer an opinion in your report

2     disagreeing with that statement, correct?

3          A.  Correct.

4          Q.  And we -- we talked a little bit about the

5     concept of latency a few minutes ago.

6                    In -- in paragraph 131 of your report -- so

7     same -- same area we've been on -- you have in your

8     report the text, "Google states that DA solved these

9     inefficiencies by allowing AdX and remnant line" --

10    "line items (inclusive of third-party exchanges and

11    networks) to compete against each in real-time..."

12                   Do you see that?

13                   MR. HILLEGAS:  Objection, form.

14                   THE WITNESS:  I do see that.

15    BY MR. HUNSBERGER:

16         Q.  And one of those inefficiencies that dynamic

17    allocation solved would be the latency issue that we

18    talked about earlier, correct?

19                   MR. HILLEGAS:  Objection to form.

20                   THE WITNESS:  Yes.

21    BY MR. HUNSBERGER:

22         Q.  Do you recall approximately when dynamic

23    allocation was first launched?

24         A.  We're speaking about original DA?

25         Q.  Correct.

HIGHLY CONFIDENTIAL

Page 112

1          A.   July 11th, 2007.

2          Q.   And in paragraph 41 of your report, you say

3     that real-time bidding was introduced in 2009?

4          A.   That's correct.

5          Q.   And you're not aware of any other ad servers or

6     exchanges that offered a similar feature at the time

7     that dynamic allocation launched in 2007?

8               MR. HILLEGAS:  Objection, form.

9               THE WITNESS:  Not that I recall.

10    BY MR. HUNSBERGER:

11         Q.   So is it fair to say that dynamic allocation

12    was a new product by DoubleClick that made DFP and AdX

13    more attractive to DoubleClick's publisher customers?

14              MR. HILLEGAS:  Objection, form.

15              THE WITNESS:  I can't speak as a publisher,

16    and I never use DoubleClick, so I can't really speak to

17    the attractiveness as a DoubleClick publisher.

18    BY MR. HUNSBERGER:

19         Q.   Do you agree that dynamic allocation was a new

20    feature that increased revenue opportunities for

21    publishers?

22              MR. HILLEGAS:  Objection, form.

23              THE WITNESS:  Yes, it allowed real-time

24    bidding, which before then, it was header bidding --

25    sorry -- it was waterfall, and real-time bidding was

HIGHLY CONFIDENTIAL

Page 113

1    a -- a game changer, moving away from waterfall.

2    BY MR. HUNSBERGER:

3        Q.  And then in -- in paragraph 42 of your report,

4    there's a text that reads:  After the waterfall

5    method...

6            Do you see that?

7        A.  Yes.

8        Q.  -- ...several ad selling models, such as header

9    bidding, were developed that allowed calling the

10   multiple exchanges at the same time?

11           MR. HILLEGAS:  Objection, form.

12           THE WITNESS:  Are you asking if I see that?

13   BY MR. HUNSBERGER:

14       Q.  Yes.

15       A.  Yes, I do.

16       Q.  And header bidding was introduced in 2014,

17   correct?

18       A.  Yes, 2014.

19       Q.  So dynamic allocation was created in 2007, and

20   at that time, there were no ad selling models that

21   allowed calling multiple exchanges at the same time,

22   correct?

23           MR. HILLEGAS:  Objection to form.

24           THE WITNESS:  Not inside Google.

25   BY MR. HUNSBERGER:

HIGHLY CONFIDENTIAL

Page 114

1      Q.  And none elsewhere in the industry, correct?

2              MR. HILLEGAS:  Objection, form.

3              THE WITNESS:  I don't believe so.

4      BY MR. HUNSBERGER:

5      Q.  Professor Hochstetler, just to level set on a

6      terminology point, you used the expression -- or the --

7      the term "CPM" in your report.  That stands for cost per

8      mille?

9      A.  Yes.

10     Q.  And that represents the cost for every thousand

11     impressions received, paid by the ad buyer to the ad

12     seller?

13     A.  Yes.  It's the cost of buying an ad slot.

14     Q.  And when Google -- strike that.

15             When DoubleClick implemented dynamic

16     allocation before its acquisition by Google, DFP

17     calculated the floor price using the highest final vCPM;

18     is that correct?

19     A.  As I recall, yes.

20     Q.  And if AdX had a buyer or buyers willing to pay

21     more for the impression than the highest CPM of all

22     those other line items, the AdX buyer would win,

23     correct?

24             MR. HILLEGAS:  Objection to form.

25             THE WITNESS:  As long as they were remnant.

HIGHLY CONFIDENTIAL

Page 115

1    I think that's the clarification.  DA did not apply to

2    guaranteed at all.

3    BY MR. HUNSBERGER:

4        Q.  And it's possible that AdX could have multiple

5    bids from buyers above the price floor, correct?

6                  MR. HILLEGAS:  Objection, form.

7                  THE WITNESS:  Affirmative.

8    BY MR. HUNSBERGER:

9        Q.  And these bids could be higher than a penny

10   more than the price floor?  They could be a dollar more?

11   They could be $0.50 more.  They could be any amount more

12   than the price floor, correct?

13                 MR. HILLEGAS:  Objection to form.

14                 THE WITNESS:  I assume so.

15   BY MR. HUNSBERGER:

16       Q.  And they could be substantially higher than a

17   penny more, right?

18                 MR. HILLEGAS:  Objection to form.

19                 THE WITNESS:  I can't remember if

20   DoubleClick had an interval that had to be set.  Other

21   places, there's usually a 5-cent interval that's at

22   play, but, yes, it could be substantially higher.

23   BY MR. HUNSBERGER:

24       Q.  And those bids could cause the auction to clear

25   at more than one penny above the floor, correct?

HIGHLY CONFIDENTIAL

Page 116

1              MR. HILLEGAS:  Objection, form.

2              THE WITNESS:  Affirmative.

3    BY MR. HUNSBERGER:

4         Q.  And you don't offer an opinion in your report

5    on how often bidders from AdX won an auction over the

6    floor price by a single penny, correct?

7         A.  Not that I recall.

8         Q.  And if the AdX buyer wins, that means the

9    impression is sold to that buyer, and an ad

10   corresponding to the winning AdX demand or the remnant

11   line item would be served, right?

12             MR. HILLEGAS:  Objection, form.

13             THE WITNESS:  That's correct.

14   BY MR. HUNSBERGER:

15        Q.  And if the impression is sold, then there is no

16   reason to call other demand sources, correct?

17             MR. HILLEGAS:  Objection, form.

18             THE WITNESS:  At that time, I don't think

19   there were other demand sources in -- on the remnant

20   side.

21   BY MR. HUNSBERGER:

22        Q.  And since the ad is served in that scenario,

23   there would be no waterfall auction, right?

24        A.  Correct.  It replaced the waterfall auction.

25        Q.  Professor Hochstetler, sticking with

HIGHLY CONFIDENTIAL

Page 117

1  paragraph 133 of your report, do you see that for the

2  second point -- are you there?

3      A.  Yes, I am.

4      Q.  -- for the second point, you say:  The vCPM was

5  first specified by publishers, either as the

6  pre-negotiated CPM price with the line item's

7  corresponding demand partner or as an estimate of the

8  CPM the line item would likely generate based on

9  historical performance.

10          Do you see that language?

11      A.  I do.

12      Q.  ████████████████████████████████████████

   ██████████████████████████████████

14          MR. HILLEGAS:  Objection, form.

15          THE WITNESS:  ████████████████████████████

   ████████████████████████████████████████████

   ██████████████████

18  BY MR. HUNSBERGER:

19      Q.  And according to your -- the opinions in your

20  report, correct?

21      A.  That -- that is the opinion in my report,

22  that's correct.

23      Q.  Or publishers could specify the CPM based on an

24  estimate of historical performance, correct?

25      A.  That is correct.

HIGHLY CONFIDENTIAL

Page 118

1      Q.  And publishers could set the CPM at any number
2    that they chose, right?
3      A.  As I recall, ████████████████████████████████
     ████████████████████████████████████████████████
5      Q.  Other than the minimum, the publishers could
6    set the CPM at any number that they chose?
7      A.  I believe so.
8      Q.  And since publishers could set the CPM at any
9    number that they chose, subject to the minimum, they
10   could choose to specify the CPM based on header bidding
11   bids, for example, right?
12              MR. HILLEGAS:  Objection, form.
13              THE WITNESS:  This is flowing into AdX?
14   BY MR. HUNSBERGER:
15     Q.  Yes.
16     A.  Yes.  Header bidding would have been another
17   line item in AdX.
18     Q.  And publishers could set the CPM at any number
19   they chose, including through the header bidding line
20   item, correct?
21              MR. HILLEGAS:  Objection to form.
22              THE WITNESS:  Yes, as I recall.
23              MR. HUNSBERGER:  Counsel, we are at a good
24   breaking point.  And I know lunch is ready.  If you're
25   ready to take a break, we are as well.

HIGHLY CONFIDENTIAL

Page 119

1          MR. HILLEGAS:  That sounds good.

2          THE VIDEOGRAPHER:  Okay.  We are off the

3    record at 12:26 p.m.

4              (Lunch break taken.)

5          THE VIDEOGRAPHER:  We are back on the

6    record at 1:23 p.m.

7    BY MR. HUNSBERGER:

8      Q.  Professor Hochstetler, welcome back.  I hope

9    you had a good lunch.

10     A.  It was.

11     Q.  Agreed.

12          So we talked briefly earlier about header

13   bidding.  And so I'd like to move now and discussion --

14   discuss a little bit more about header bidding.

15          Header bidding allows demand sources to

16   simultaneously bid on an impression before the

17   impression is sold from the publisher's ad server; is

18   that correct?

19     A.  Yes, that is correct.

20     Q.  At a high level, publishers imple- --

21   implemented header bidding by inserting code into their

22   web -- own web pages; is that right?

23     A.  Client-side header bidding, yes.

24     Q.  And publishers can do this by using package

25   code that is known as wrappers or frameworks from

HIGHLY CONFIDENTIAL

Page 120

1    third-party providers?

2                    MR. HILLEGAS:  Objection, form.

3                    THE WITNESS:  That's correct.  An example

4    of a header bidding wrapper provider is pre-bid.

5    BY MR. HUNSBERGER:

6        Q.  And these wrappers pass the results of the

7    header bidding auction into DFP, correct?

8                    MR. HILLEGAS:  Objection, form.

9                    THE WITNESS:  Yes.  On page 97, Figure 23,

10   it has a rough overview of how header bidding works with

11   GAM.

12   BY MR. HUNSBERGER:

13       Q.  And then paragraph 179 of your report, bottom

14   of page 94, you referred to the fact that the results of

15   header bidding are sent to the DFP ad server.

16                   Do you see that?

17       A.  Yes.  And DFP ad server, at this point, is

18   inside GAM.

19       Q.  And continuing in the next paragraph, 180, you

20   note that:  Header bidding did that by taking advantage

21   of Google's key value pair feature to pass in targeting

22   criteria such as the winning bid and bidder.  This is

23   the core of how header bidding technologies, like

24   pre-bid, communicate with DFP.

25                   Do you see that?

HIGHLY CONFIDENTIAL

Page 121

1          MR. HILLEGAS:  Objection to form.

2          THE WITNESS:  Yes.  I -- I describe that in

3     paragraph 180, that's correct.

4     BY MR. HUNSBERGER:

5          Q.  Google does not offer a header bidding wrapper

6     or framework, correct?

7          A.  No.  Exchange bidding was created in response

8     to header bidding.  But Google does not provide a

9     wrapper.

10          Q.  In other words, header bidding is not a Google

11     technology, correct?

12          A.  Google did not create it, ████████████████

████ ██████████████████████████████████████████████

████ ██████████████████████████████████████

████ ████████████████████████████

16          Q.  And Google -- just for the clarity of the

17     record, Google did not create header bidding technology,

18     correct?

19          A.  That's correct.

20          Q.  Continuing in your report a few paragraphs

21     down, if we jump to paragraph 194, looking at the first

22     sentence of paragraph 194, you state that, quote:

23     Client-side header bidding may affect web page loading

24     latency.  Correct?

25          A.  Yes, that is in the report.

HIGHLY CONFIDENTIAL

Page 134

1    changes to DFP or AdX that caused it to have a,

2    quote/unquote, Last-Look advantage, in your view?

3                MR. HILLEGAS:  Objection to form.

4                THE WITNESS:  Can you point to me where I'm

5    quoting?

6    BY MR. HUNSBERGER:

7        Q.  I -- sorry.  I was using "quote/unquote" to

8    refer to the way that you characterize Last Look.

9                But the question was:  At 2014 -- or in

10   2014, did Google make any changes to DFP or AdX that

11   caused it to have a Last-Look advantage?

12       A.  The -- the new DA, which was enhanced dynamic

13   allocation, was introduced in March 2014.

14       Q.  But the adoption of EDA did not create any,

15   quote/unquote, Last Look, correct?

16                MR. HILLEGAS:  Objection, form.

17                THE WITNESS:  So I believe between 2014 and

18   2019, Last Look incorporated the best remnant line item

19   into the AdX auction floor price, and that was what I

20   referred to as "Last Look."

21   BY MR. HUNSBERGER:

22       Q.  And this Last Look was caused in 2014 by

23   publishers adopting header bidding, correct?

24                MR. HILLEGAS:  Objection, form.

25                THE WITNESS:  I don't know if I reference

HIGHLY CONFIDENTIAL

Page 135

1    why Last Look was created, but Last Look definitely

2    revolved around header bidding.  Absent the Last Look,

3    the result of AdX's own auction may have competed in

4    real-time against the result of the header bidding

5    auction by third-party buyers.  And AdX's second-price

6    bid -- because this is in a 2P world at this point --

7    would compete against header bidding's first-price bid

8    because the auction had already run coming into AdX, and

9    then AdX would lose to that first-price bid for header

10   bidding.

11                 AdX was effectively being able to use

12   information from that third-party exchange in header

13   bidding in its own auction.  And I -- I reference that

14   in a fairly simplified graphic on page 81.

15   BY MR. HUNSBERGER:

16        Q.  So what you describe as the Last-Look advantage

17   was the result of publishers adopting header bidding and

18   integrating it into DFP, correct?

19                 MR. HILLEGAS:  Objection, form.

20                 THE WITNESS:  I'm not certain I speak of

21   the result.  I don't -- I don't know the original

22   reasons.  Walking backwards from the code, I describe

23   what it was doing and then found documents that were

24   referencing it.  But if there's a document -- there's a

25   Google document referencing why, I'd be happy to take a

HIGHLY CONFIDENTIAL

Page 140

1    designed to give AdX an advantage when competing against

2    header bidding.  It was simply the result of the header

3    bidding auction taking place before the AdX auction ran

4    and the way that publishers configured header bidding

5    line items to work with dynamic allocation.

6              Do you see that statement in Mr. Korula's

7    declaration?

8         A.  I do.

9         Q.  Do you agree with this declaration, that Last

10   Look was simply the result of the header bidding auction

11   taking place before the AdX auction ran and the way that

12   publishers configured header bidding line items to work

13   with dynamic allocation?

14        A.  I'm not sure what he meant by "configured

15   header bidding line items."  I would -- I would need to

16   see a positive and a negative, I guess, of the

17   configuration to really give a definitive.

18        Q.  So we talked about earlier that publishers can

19   put header bidding wrappers on their page to run header

20   bidding auctions, correct?

21        A.  Like pre-bid JS, yes.

22        Q.  Correct.

23              And publishers can, as we talked about

24   earlier, feed the results of the header bidding auction

25   into DFP as a line item, correct?

HIGHLY CONFIDENTIAL

Page 141

1              MR. HILLEGAS:  Objection, form.

2              THE WITNESS:  That's correct.  That's

3    the -- the header bidding HP_bid, and all those values

4    that are passing in the line items.

5    BY MR. HUNSBERGER:

6        Q.  And using that common understanding, do you

7    agree with Mr. Korula that the, quote/unquote, Last-Look

8    advantage was, quote, simply the result of the header

9    bidding auction taking place before the AdX auction ran

10   and the way that publishers configured header bidding

11   line items to work with dynamic allocation?

12              MR. HILLEGAS:  Objection to form.

13              THE WITNESS:  I'm really just going to need

14   more information.  It feels like there needs to be an

15   extra sentence here that goes on to explain how these

16   publishers configured this.  Because what this is

17   implying is there was a way that publishers could

18   configure it where AdX didn't need to do this, and it

19   was only that publishers configuring it in a specific

20   way resulted in AdX doing the Last Look.  From my

21   understanding of the code, Last Look always ran from --

22   from that time period.  I want to qualify with "that

23   time period."

24              Oh, and last question before I get water;

25   is that acceptable?

HIGHLY CONFIDENTIAL

Page 182

1    Q.   As you describe in your report, Bernanke was an

2    internal Google program that launched in 2013 to adjust

3    advertiser bids?

4              MR. HILLEGAS:   Objection, form.

5              THE WITNESS:   Yes.   It was implemented in

6    four phases, starting in 2013.

7    BY MR. HUNSBERGER:

8         Q.   And as you say in your report, in

9    paragraph 218:   Bernanke allowed Google Ads to win more

10   auctions on behalf of advertisers?

11             MR. HILLEGAS:   Objection, form.

12             THE WITNESS:   Yes.   That's a valid

13   statement.

14   BY MR. HUNSBERGER:

15        Q.   And Project Bernanke was designed to increase

16   the number of auctions won by Google Ads and AdX and

17   increase the revenue of Google Ads, correct?

18             MR. HILLEGAS:   Objection, form.

19             THE WITNESS:   Yes, I believe that's taken

20   from a specific Google internal document describing

21   Project Bernanke, GOOG-AT-MDL-009831407 at 409.

22   BY MR. HUNSBERGER:

23        Q.   And that is the opinion that you offer in

24   paragraph 218 in the first sentence, correct?

25        A.   That is correct.

HIGHLY CONFIDENTIAL

Page 183

1    Q.   And do you have any reason to doubt the

2    document you cited for this proposition?

3              MR. HILLEGAS:   Objection, form.

4              THE WITNESS:   No.  As I recall, that

5    document described what I saw in code.

6    BY MR. HUNSBERGER:

7       Q.   With Project Bernanke, you describe in your

8    report how Google Ads used a ███████████████████

9    ███████████████████████████████████████████████

10             MR. HILLEGAS:   Objection to form.

11             THE WITNESS:   Yes, that's correct.

12   BY MR. HUNSBERGER:

13      Q.   A███████████████████████████████████████

14   ████████████████████████████

15             MR. HILLEGAS:   Objection, form.

16             THE WITNESS:   ████████████████████████

17   ███████████████████████

18   BY MR. HUNSBERGER:

19      Q.   And you offered the opinion in paragraph 234

20   that: ████████████████████████████████████████████

21   ████████████████████████████████████████████████

22   █████████████████████████████

23      A.   Yes.  That's why I verified █████████████████

24   ████████████████████████████████████

25             THE WITNESS:   For the court reporter,

HIGHLY CONFIDENTIAL

Page 194

1          MR. HILLEGAS:  Objection, form.

2          THE WITNESS:  A transaction would not be

3     made.

4     BY MR. HUNSBERGER:

5          Q.  So the publisher would not earn revenue on that

6     impression, correct --

7          MR. HILLEGAS:  Objection, form.

8     BY MR. HUNSBERGER:

9          Q.  -- without a transaction?

10         A.  Two scenarios:  Nothing clears the floor, no

11    transaction; house line item, transaction.  Both of

12    those would result in zero payout.

13         Q.  But if we return again to Dynamic Revenue

14    Share, if DRS reduced the AdX revenue share such that

15    the bid would meet the floor price, the publisher would

16    get that floor price as a revenue, correct?

17              MR. HILLEGAS:  Objection, form.

18              THE WITNESS:  This is DRS v.1?

19    BY MR. HUNSBERGER:

20         Q.  Yes.

21              MR. HILLEGAS:  Same objection.

22              THE WITNESS:  Yes, because the first

23    version only lowered AdX's revenue share, never raising

24    it.  If a bid is above the floor but the 20 percent AdX

25    revenue would cause it to fall below that floor, it was

HIGHLY CONFIDENTIAL

Page 195

1    in that dynamic range, where DRS v.1 could be applied.

2    BY MR. HUNSBERGER:

3         Q.  So again, going back to your report, the first

4    sentence in paragraph 258, you say that:  DRS was

5    designed to increase the number of auctions in AdX that

6    produced a winning bid, correct?

7              MR. HILLEGAS:  Objection, form.

8              THE WITNESS:  That is right from that

9    Google internal document, GOOG-NE-12204977 at 981.

10   BY MR. HUNSBERGER:

11        Q.  And you state in the first sentence of

12   paragraph 258 that that's also your opinion?

13        A.  I believe that's verbatim from that citation.

14   We'd have to pull it up, but I believe that's verbatim.

15        Q.  You cite the document as your source, but you

16   state that sentence as your opinion, correct?

17             MR. HILLEGAS:  Objection, form.

18             THE WITNESS:  It is giving the background

19   on DRS v.1.

20   BY MR. HUNSBERGER:

21        Q.  And that sentence, in paragraph 258, the first

22   sentence, is one of the opinions in your report,

23   correct?

24             MR. HILLEGAS:  Objection, form.

25             THE WITNESS:  It is discussing DRS v.1 and

HIGHLY CONFIDENTIAL

Page 216

1        Q.  Do you have any opinions on whether any of the

2    features of Google products that you discuss in your

3    report benefitted or harmed advertisers, other than what

4    you just described?

5                MR. HILLEGAS:  Objection to form.

6                THE WITNESS:  I don't believe it was part

7    of the assignment, outside of technically describing how

8    those pieces operate.

9    BY MR. HUNSBERGER:

10       Q.  Okay, Professor Hochstetler, I'd like to shift

11   to another Google product feature that you discuss in

12   your report.  Are you familiar with Enhanced Dynamic

13   Allocation?  We referred to it a couple of times in our

14   discussion earlier.

15       A.  Yes.

16       Q.  Referred to sometimes in your report as EDA,

17   for short?

18       A.  That's correct.  Enhanced Dynamic Allocation

19   was introduced in March 2014, and this allowed -- I

20   believe I discussed before, but it allowed guaranteed

21   line items, the items that had a contract, as long as

22   they were, quote, ahead of schedule, to compete in

23   real-time bidding against non-remnant line items from

24   other demand sources.

25       Q.  So it's your understanding that Enhanced

HIGHLY CONFIDENTIAL

Page 217

1  Dynamic Allocation allows AdX and remnant line items to

2  compete with guaranteed line items in real-time?

3      A.  Yes, under those conditions I laid out.

4      Q.  Guaranteed line items represent a specific

5  advertiser who has contracted to purchase a set number

6  of impressions at a given price, correct?

7      A.  Yes, and I -- normally, I also think there's a

8  time limit for that because these are things like:

9  There's a Taylor Swift concert coming up, let's produce

10 ads for the Taylor Swift concert, and if the impressions

11 are after the concert happens, those are useless.

12     Q.  And, Professor Hochstetler, before Google

13 introduced EDA, these guaranteed deals did not compete

14 for individual inventory against advertisers buying

15 through AdX, right?

16          MR. HILLEGAS:  Objection, form.

17          THE WITNESS:  That's correct.  GPT would

18 pull the guaranteed deals in original DA, and those

19 guaranteed deals would run in priority.

20 BY MR. HUNSBERGER:

21     Q.  And before Google introduced EDA, guaranteed

22 deals did not compete for individual impressions against

23 advertisers buying through tools represented by remnant

24 line items, correct?

25          MR. HILLEGAS:  Objection to form.

HIGHLY CONFIDENTIAL

Page 218

1          THE WITNESS:  Correct.  GPT would pull the

2    deals, and since guarantee always had a higher priority,

3    if they were available, they would run first before

4    remnant, and then finally, the house.

5    BY MR. HUNSBERGER:

6          Q.  But after Google introduced EDA, guaranteed

7    deals did compete for individual impressions against

8    advertisers buying through tools represented by line- --

9    remnant line items, correct?

10         A.  Correct, as long as those conditions were met,

11   as long as the guaranteed line items contract was far

12   enough through impressions that the opportunity cost

13   to -- to serve it was met.  If -- if we need to serve a

14   million impressions in a week and we are on day six of

15   seven, we need to be far enough along in that that not

16   serving it, we won't lose that contract, that guaranteed

17   contract.

18         Q.  Professor Hochstetler, I'd like to discuss a

19   document that you cite in your report, which I believe

20   we'll mark for the record as Hochstetler Exhibit 9.

21              (Exhibit 9 was marked for identification.)

22              MR. HUNSBERGER:  And here's a copy and

23   copies for your counsel.

24              THE WITNESS:  Thank you.  Thank you.

25   BY MR. HUNSBERGER:

**HIGHLY CONFIDENTIAL**

**ATTORNEY ERRATA SHEET FOR THE TRANSCRIPT OF:**

**Case Name:**       *The State of Texas*, et al v. Google LLC, Case No. 4:20-CV-00957
**Deposition Date:**  October 1, 2024
**Deponent:**        Jacob Hochstetler

**CORRECTIONS**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 8 | 16-17 | Change "And do you understand you're testifying under oath?" to "Do you understand that you are testifying today under oath?" | Transcription Error |
| 16 | 9-10 | Change "I'm going to hand you a copy of what's been marked as Hochstetler Exhibit 3." to "I'm going to hand you a copy of what's been marked for the record as Hochstetler Exhibit 3." | Transcription Error |
| 23 | 2 | Change "for exampled" to "for example" | Transcription Error |
| 25 | 1-4 | Change "And are -- those cases where you previously supported an expert in preparing an expert report, are those the ones listed on your resumé where you have provided code reviews?" to "And are -- those cases where you previously supported an expert in preparing another expert report, are those the ones you listed here on your resumé where you have provided code reviews?" | Transcription Error |
| 26 | 25 | Change "on behalf on InfoGation" to "on behalf of InfoGation" | Transcription Error |
| 46 | 8-9 | Change "for bidding" to "forbidding" | Transcription Error |
| 56 | 23 | Change "operates demand-side platform" to "operates a demand-side platform" | Transcription Error |
| 100 | 6-11 | Change "It reads: Although waterfall auctions helped establish early ad serving logic, they have several technical limitations. One key disadvantage is that waterfall auctions are prone to latency, error and time-out issues." to "It reads: "Although waterfall auctions helped establish early ad serving logic, they have several technical limitations. One key disadvantage is that waterfall auctions are prone to latency, error and time-out issues."" | Transcription Error |
| 109 | 12-14 | Change "The full quote is: It benefits the publisher by filling a remnant inventory. Without blocks or pricing | Transcription Error |

| | | floors, AdX and AFC has a 99 percent fill rate." to "The full quote is: "It benefits the publisher by filling a remnant inventory. Without blocks or pricing floors, AdX and AFC has a ▮▮▮▮ fill rate."" | |
|---|---|---|---|
| 117 | 4-9 | Change "Q. -- for the second point, you say: The vCPM was first specified by publishers, either as the pre-negotiated CPM price with the line item's corresponding demand partner or as an estimate of the CPM the line item would likely generate based on historical performance." to "Q. -- for the second point, you say: "The vCPM was first specified by publishers, either as the pre-negotiated CPM price with the line item's corresponding demand partner or as an estimate of the CPM the line item would likely generate based on historical performance."" | Transcription Error |
| 125 | 10-15 | Change "It says: Afterwards, code from the header bidding wrapper requests bids from other demand sources first, runs an auction to determine the winning bid, and adds the winning bid -- winner bidder and other information to the ad slot so the results of header bidding are sent to the publisher's ad server." to "It says: "Afterwards, code from the header bidding wrapper requests bids from other demand sources first, runs an auction to determine the winning bid, and adds the winning bid -- winner bidder and other information to the ad slot so the results of header bidding are sent to the publisher's ad server."" | Transcription Error |
| 128 | 12-15 | Change "Background: This paper explores the topic of how Google demand sources (GDN, DBM) should respond to the growing trend where publishers manage multiple demand sources via a "header tag" implementation." to ""Background: This paper explores the topic of how Google demand sources (GDN, DBM) should respond to the growing trend where publishers manage multiple demand sources via a "header tag" implementation."" | Transcription Error |
| 128 | 20-23 | Change "that reads: On the buy side, header bidding poses a different set of issues. When multiple exchanges are called for a single ad slot, buyers wind up bidding multiple times, resulting in self-competition?" to "that reads: "On the buy side, header bidding poses a different set of issues. When multiple exchanges are called for a single ad slot, buyers wind up bidding multiple times, resulting in self-competition"?" | Transcription Error |
| 139-140 | 139:22-14 | Change "Paragraph 17 of the declaration reads: The | Transcription Error |

| | 0:5 | fact that AdX would be called after the header call has been characterized by some third parties as a, quote, Last Look for AdX, but, quote, Last Look was not designed to give AdX an advantage when competing against header bidding. It was simply the result of the header bidding auction taking place before the AdX auction ran and the way that publishers configured header bidding line items to work with dynamic allocation." to "Paragraph 17 of the declaration reads: "The fact that AdX would be called after the header call has been characterized by some third parties as a, quote, Last Look for AdX, but, quote, Last Look was not designed to give AdX an advantage when competing against header bidding. It was simply the result of the header bidding auction taking place before the AdX auction ran and the way that publishers configured header bidding line items to work with dynamic allocation."" | |
|---|---|---|---|
| 141 | 8-11 | Change "was, quote, simply the result of the header bidding auction taking place before the AdX auction ran and the way that publishers configured header bidding line items to work with dynamic allocation?" to "was "simply the result of the header bidding auction taking place before the AdX auction ran and the way that publishers configured header bidding line items to work with dynamic allocation"?" | Transcription Error |
| 148-149 | 148:23-149:3 | Change "The second sentence: This vCPM was used to inform the AdX auction price floor by comparing it to the highest tCPM from a guaranteed line item. The process of informing the AdX option price floor with the highest vCPM was known as Last Look. Do you see that?" to "The second sentence: "This vCPM was used to inform the AdX auction price floor by comparing it to the highest tCPM from a guaranteed line item. The process of informing the AdX option price floor with the highest vCPM was known as Last Look." Do you see that?" | Transcription Error |
| 149 | 19-23 | Change "Q. And looking at your report, paragraph 180, you state that: Header bidding took advantage of Google's key-value pair feature to pass in targeting criteria such as the winning bid and bidder. Do you see that?" to "Q. And looking at your report, paragraph 180, you state that: "Header bidding took advantage of Google's key-value pair feature to pass in targeting criteria such as the winning bid and bidder." Do you see that?" | Transcription Error |

| 151 | 20-24 | Change "The first sentence reads: Thus, Last Look incorporated third-party buyers' bids by receiving auction results from external sources, such as header bidding, and used them to floor AdX -- AdX's own auction. Do you see that?" to "The first sentence reads: "Thus, Last Look incorporated third-party buyers' bids by receiving auction results from external sources, such as header bidding, and used them to floor AdX -- AdX's own auction." Do you see that?" | Transcription Error |
|---|---|---|---|
| 163 | 16-21 | Change "A. (As read): ████████████ ██████████████ ██████████████ ██████████████ ██████████," to "A. (As read): " ████████████ ██████████████ ██████████ """ | Transcription Error |
| 165 | 11-14 | Change "Q. And in paragraph 282, you say: ████ ██████████████ ██████████" "Q. And in paragraph 282, you say: " ██████████████ ?" | Transcription Error |
| 182 | 8-10 | Change "Q. And as you say in your report, in paragraph 218: Bernanke allowed Google Ads to win more auctions on behalf of advertisers?" to "Q. And as you say in your report, in paragraph 218: "Bernanke allowed Google Ads to win more auctions on behalf of advertisers"?" | Transcription Error |
| 183 | 19-22 | Change "Q. And you offered the opinion in paragraph 234 that: Google uses seven days of data to determine the optimal Bernanke multipliers and retrains the model every day, correct?" to "Q. And you offered the opinion in paragraph 234 that: "Google uses seven days of data to determine the optimal Bernanke multipliers and retrains the model every day," correct?" | Transcription Error |
| 198 | 18-21 | Change "The first sentence of paragraph 262: The first version of DRS was launched in 2015, and only lowered AdX's revenue share, never raising it, as in | Transcription Error |

| | | future versions of DRS." to "The first sentence of paragraph 262: "The first version of DRS was launched in 2015, and only lowered AdX's revenue share, never raising it, as in  future versions of DRS."" | |
|---|---|---|---|
| 204 | 5 | Change "that suggest any version" to "that suggests any version" | Transcription Error |
| 207 | 3-9 | Change "second sentence reads: When AdX functioned as a second-price auction, Google observed that there was a sizeable gap between the highest bid and what the advertiser actually paid; i.e., the second-highest bid. Google therefore aimed to minimize the gap between the two values by setting the auction floor as close to the anticipated highest bid as possible?" to "second sentence reads: "When AdX functioned as a second-price auction, Google observed that there was a sizeable gap between the highest bid and what the advertiser actually paid; i.e., the second-highest bid. Google therefore aimed to minimize the gap between the two values by setting the auction floor as close to the anticipated highest bid as possible"?" | Transcription Error |
| 207 | 21-23 | Change "Looking at paragraph 291 of your report: Google then used these statistics to derive per-buyer auction floors that maximized publisher revenue." to "Looking at paragraph 291 of your report: "Google then used these statistics to derive per-buyer auction floors that maximized publisher revenue."" | Transcription Error |
| 208 | 4-7 | Change "The first sentence reads in part: Google modeled publisher revenue as a function of a floor price and calculated the floor price that yielded the maximum possible revenue" to "The first sentence reads in part: "Google modeled publisher revenue as a function of a floor price and calculated the floor price that yielded the maximum possible revenue."" | Transcription Error |
| 222 | 3-5 | Change "the second part of this quote that refers to: EDA, quote, has the highest customer satisfaction rate among optimization features?" to "the second part of this quote that refers to: EDA "has the highest customer satisfaction rate among optimization features"?" | Transcription Error |
| 225 | 22-23 | Change "this refers to a DSP and ad network or a similar buying tool, correct," to "this refers to a DSP, an ad network, or a similar buying tool, correct," | Transcription Error |
| 230 | 12-14 | Change "Q. The heading at the very top of the page reads: Second-price RPO raised auction floors on a | Transcription Error |

|  |  | per-buyer basis using historical AdX auction data." to "Q. The heading at the very top of the page reads: "Second-price RPO raised auction floors on a per-buyer basis using historical AdX auction data."" |  |
|------|------|------|------|
| 253 | 10 | Change "MR. HUNSBERGER: Pass the witness." to "MR. HILLEGAS: Pass the witness." | Transcription Error |
| 253 | 22 | Change "correct. That's what you're saying?" to "correct? That's what you're saying?" | Transcription Error |

Date: <u>October 31, 2024</u>                     Signature: <u>/s/ James K. Hunsberger</u>