# EXHIBIT 17

HIGHLY CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF TEXAS
3               SHERMAN DIVISION
4    ----------------------------------x
5    THE STATE OF TEXAS, et al.,
6              Plaintiffs,     Case No.
7        vs.                   4:20-cv-00957-SDJ
8    GOOGLE, LLC,
9              Defendant.
10   ----------------------------------x
11
12            ** HIGHLY CONFIDENTIAL **
13       VIDEOTAPED DEPOSITION OF CYNTHIA RUDIN
14              (Taken by Defendant)
15              Durham, North Carolina
16           Wednesday, October 9, 2024
17
18
19
20
21   Reported by Andrea L. Kingsley, RPR
22
23
24
25

1          MR. COLLIER:  Objection.  Form.
2      A.   I believe the answer is no, but I would
3  need to double-check it.
4      Q.   Those multipliers were designed to
5  sometimes increase bids to exceed the predicted bid
6  of other AdX buyers; correct?
7      A.   Correct.
8      Q.   And those multipliers were designed to
9  sometimes decrease bids to only slightly exceed the
10 predicted bid of other AdX buyers; correct?
11     A.   I'm sorry, could you repeat that again?
12     Q.   Yes.
13          And those Bernanke multipliers were
14 designed to sometimes decrease bids to only slightly
15 exceed the predicted bid of other AdX buyers;
16 correct?
17     A.   That can definitely happen, yes.
18     Q.   Under Project Bernanke --
19     A.   Sorry, you said "other AdX bidders";
20 right?  Can you repeat that again?
21     Q.   I did.  Other AdX bidders.
22     A.   Okay, thank you.
23          Go ahead.
24     Q.   Under Project Bernanke Google expanded
25 the number of auction wins in AdX by allowing Google

1    Ads buyers to purchase otherwise unsold impressions;
2    correct?
3            MR. COLLIER:  Objection.
4        A.   It did that, but a lot more, yes.
5        Q.   Turning to paragraph 149 of your report,
6    you see that language that I was just reading in the
7    first sentence of paragraph 149.  "Google launched
8    Project Bernanke to expand the number of auction
9    wins in AdX by allowing Google Ads buyers to
10   purchase otherwise unsold impressions."
11           Do you see that language?
12           MR. COLLIER:  Objection.  Form.
13       A.   Yeah, I believe that's the language you
14   just read.
15       Q.   Correct.  I just want to make sure we're
16   all following along at the same paragraph.
17           So Bernanke allowed Google Ads buyers to
18   purchase additional impressions; correct?
19       A.   It did that as well as other things,
20   yes.
21       Q.   Some of those impressions would have
22   otherwise gone unsold?
23       A.   Some of those impressions would have
24   gone unsold in AdX.  They may have gone to another
25   auction where they may have been sold later.  They

HIGHLY CONFIDENTIAL

Page 188

1           MR. HUNSBERGER:  This is actually a
2     good breaking point that we can take break.
3           THE VIDEOGRAPHER:  Going off the
4     record.  The time is 4:21 p.m.
5           (Recess taken.)
6           THE VIDEOGRAPHER:  Going back on
7     the record.  The time is 4:52 p.m.
8     BY MR. HUNSBERGER:
9        Q.   Professor Rudin, I would like to turn
10    our attention to another optimization that you
11    discuss in your report, dynamic revenue share, which
12    you and others abbreviate as "DRS."
13           And if I refer to dynamic revenue share
14    as "DRS," will you understand I mean to refer to the
15    sell-side DRS program?
16       A.   Yes.
17       Q.   At a high level could you summarize for
18    me your understanding of how DRS functions?
19       A.   So DRS is a program where Google adjusts
20    its take rate for different auctions.
21       Q.   If we take a look at your report at
22    paragraph 173, you say that "Google launched
23    sell-side DRS to increase auction wins in AdX when
24    bids from AdX winners would be below the floor
25    price."

HIGHLY CONFIDENTIAL

Page 203

1            And the -- let's go with your
2    hypothetical.  So in this case the publisher
3    doesn't -- it's like a random throttle.  Right?
4    It's a uniformly random throttle.  Right?
5    Throttling with some probability.  Right?
6            So if the throttling is lower, then the
7    publisher might not change their strategy.
8                THE WITNESS:  Can we take a break
9        in few minutes?
10                MR. HUNSBERGER:  If you would like
11        to take a break, we can take a break.
12                THE VIDEOGRAPHER:  Going off the
13        record.  The time is 5:16 p.m.
14            (Recess taken.)
15                THE VIDEOGRAPHER:  Going back on
16        the record.  The time is 5:29 p.m.
17    BY MR. HUNSBERGER:
18        Q.    Professor Rudin, I would like to take a
19    step back and talk a little bit about auctions
20    generally.
21            Is it your understanding that in a
22    second-price auction the highest bidder pays the
23    greater of the reserve price and the second highest
24    bid?
25        A.    Yes.

1    Q.   And is it your understanding that
2    despite paying the amount of the second highest bid,
3    the highest bidder still wins the auction; correct?
4    A.   Yes.
5    Q.   I would like to go through a
6    hypothetical in a world without DRS and a world with
7    DRS.
8         So in Scenario 1 let's imagine a
9    scenario where the publisher's reserved price is
10   $10, the highest bid in AdX is $11, the second
11   highest bid is $10.50, and the AdX revenue share is
12   fixed at 20 percent.
13   A.   You seem to think I can do math in my
14   head.  Whoa.
15        MR. COLLIER:  I don't think he'll
16   object if you have paper and pen.
17   Q.   That's fine.  Go ahead.  You can write
18   it down if that helps.
19   A.   We're five hours in.  I don't know.
20   Q.   Do you want me to repeat the
21   assumptions?
22   A.   You can give me a pencil and paper, but,
23   I mean, I don't know if I'm going to be able to
24   follow all your calculations.  I don't know where
25   you're going with them.  I'm just warning you.

# HIGHLY CONFIDENTIAL

## ATTORNEY ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:  *United States et al. v. Google LLC*, 4:20-cv-00957-SDJ (E.D. Tex.)

Deposition Date:  October 9, 2024

Deponent:  Cynthia Rudin (Plaintiff's Machine Learning Expert in EDTX)

### CORRECTIONS

| Page | Line | Change | Reason |
|---|---|---|---|
| 6 | 11 | Change "have my colleagues Russell Steinthal, Sandya" to "have my colleagues Russell Steinthal, Sandhya" | Transcription Error |
| 10 | 14-15 | Change "MR. HUNSBERGER: I understand, Counselor." to MR. HUNSBERGER: I understand, Counsel" | Transcription Error |
| 31 | 2-3 | Change "MR. HUNSBERGER: I'm not asking her to –" to MR. HUNSBERGER: I'm not asking her to waive–" | Transcription Error |
| 41 | 10-11 | Change "MR. HUNSBERGER: Counsel, I said without disclosing –" to "MR. HUNSBERGER: Counsel, just to be clear, I said very clearly without disclosing –" | Transcription Error |
| 61 | 15 | Change "tools or using it in the abstract sense" to "tools or instead using it in the abstract sense." | Transcription Error |
| 71 | 14 | Change "Ads, that's an internal option and you'd have to go" to "Ads, that's an internal auction and you'd have to go" | Transcription Error |
| 95 | 15 | Change "abstracted options to illustrate how various Google" to "abstracted auctions to illustrate how various Google" | Transcription Error |
| 99 | 7 | Change "machine-learning models?" to "developed machine-learning models?" | Transcription Error |
| 104 | 11 | Change "would be useful in ad tech options" to "would be useful in ad tech auctions" | Transcription Error |
| 130 | 11 | Change "You're referring here about user intent" to "You're referring here, what you're describing, about user intent" | Transcription Error |
| 167 | 1-4 | Change "Q. If we turn to paragraph 148 in the "Bernanke" section, you state in this paragraph that publishers and advertisers would not create a model to optimize their strategies with respect to" to "Q. If we turn to paragraph 148 in the "Bernanke" section, you state in this paragraph that "publishers and advertisers could not create a model to optimize their strategies" with respect to" | Transcription Error |

| 171 | 15-17 | Change "Q. You indicate in paragraph 183 that publishers and advertisers could not create a model to optimally respond to RPO; correct?" to "Q. You indicate in paragraph 183 that "publishers and advertisers could not create a model to optimally respond to RPO"; correct?" | Transcription Error |
|---|---|---|---|
| 181 | 18 | "More specifically, Google used AdX option data from" to "More specifically, Google used AdX auction data from" | Transcription Error |
| 182 | 5 | "on a per-buyer basis using historical AdX option" to "on a per-buyer basis using historical AdX auction" | Transcription Error |
| 188 | 24 | Change "bids from AdX winners would be below the floor" to "bids from AdX bidders would be below the floor" | Transcription Error |
| 197 | 14 | Change "publisher sites?" to "publisher's sites?" | Transcription Error |
| 197 | 23 | Change "being shown on publisher sites?" to "being shown on publisher's sites?" | Transcription Error |
| 198 | 3 | Change "Did you investigate whether Google Ad" to "Did you investigate whether Google's Ad" | Transcription Error |
| 204 | 9 | Change "scenario where the publisher's reserved price is " to "scenario where the publisher's reserve price is" | Transcription Error |
| 209 | 1 | Change "The percent of those auctions was 39 percent. (Of" to "The percent of those auctions was 39 percent. Of" | Transcription Error |
| 211 | 11 | Change "competing candidate" to "competing_candidate" | Transcription Error |
| 211 | 18-19 | Change "to another document, and this is a document you said in your report" to "to another document, and this is a document you cite in your report." | Transcription Error |
| 212 | 8 | Change "competing candidate includes cases where DRS changed the winner of the auction" to "competing_candidate includes cases where DRS changed the winner of the auction." | Transcription Error |
| 215 | 10 | Change "are the two highest bids in AdX and both bids" to "are the two highest bids within AdX and both bids" | Transcription Error |
| 225 | 6 | Change "report, right about paragraph 67, do you see the" to "report, right above paragraph 67, do you see the" | Transcription Error |
| 233 | 19 | Change "In all other ways." to "In all other ways, except the three ways that I described." | Transcription Error |
| 241 | 5 | Change "Google's optimization may have affected rival" to "Google's optimizations may have affected rival" | Transcription Error |

Date: <u>November 8, 2024</u>

Signature: <u>/s/ James K. Hunsberger</u>