# EXHIBIT 20
# REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan |

## DECLARATION OF NIRMAL JAYARAM

I, Nirmal Jayaram, hereby declare as follows:

1. I have worked for Google LLC ("Google") since 2012. Throughout this time, I have been a member of engineering teams developing Google products that allow advertisers to purchase display advertising, including Display & Video ("DV360") and Google Ads (formerly known as AdWords). I am currently a Senior Director of Engineering at Google, based in the company's office in Mountain View, California, and my current responsibilities include buy-side ads quality optimizations. Based on my roles and experience at Google, I have personal knowledge of the facts stated in this Declaration.

2. On May 9, 2016, a change was made to how certain advertisers were charged by Google Ads with respect to impressions won as a result of Project Bernanke. (I have described Project Bernanke, its successor "Global Bernanke," and also "Alchemist" in a previous declaration dated August 5, 2023). ███████████████████████

████████████████████████████████████████████████████

1



3.

4.

5.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14th day of November 2024, in Mountain View, CA.

Signed by:

*Nirmal Jayaram*
E9979A5C91464A8...

Nirmal Jayaram