# EXHIBIT 21
# REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan |

**DECLARATION OF** ███████

I, ███████ hereby declare as follows:

1. I have been an employee at Google LLC ("Google") since ███████ Currently, I serve as ███████



2. I have reviewed a document titled "Ad Exchange auction model," identified by the Bates number GOOG-AT-MDL-C-000035250. This document accurately reflects, as of August 25, 2014, the statements in Google's Help Center article regarding the functioning of its ad exchange.

3. I have reviewed a document titled "Ad Exchange auction model," identified by the Bates number GOOG-AT-MDL-C-000035251. This document accurately reflects, as of August 4, 2015, the statements in Google's Help Center article regarding the functioning of its ad exchange.

4. I have reviewed a document titled "Ad Exchange auction model," identified by the Bates number GOOG-AT-MDL-C-000035252. This document accurately reflects, as of June 14, 2016, the statements in Google's Help Center article regarding the functioning of its ad exchange.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 12th day of November 2024, in ▮

Signed by:
▮
DDBC68D22778411...

▮