**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT GOOGLE LLC'S REDACTED FILING OF ITS MOTION
FOR SUMMARY JUDGMENT ON PLAINTIFFS' DTPA CLAIMS (ECF 672)**

Pursuant to the Court's November 21, 2024 Order (ECF No. 685), Defendant Google LLC

respectfully submits a redacted version of its Motion for Summary Judgment on Plaintiffs' DTPA

Claims (ECF No. 672), with all attachments thereto, which was filed under seal on November 18,

2024.

Dated: December 9, 2024                    Respectfully submitted,

                                           **GIBBS & BRUNS LLP**

                                           */s/ Michael Davis*
                                           Kathy D. Patrick
                                           Texas Bar No. 15581400
                                           KPatrick@gibbsbruns.com
                                           Robin C. Gibbs
                                           Texas Bar No. 07853000
                                           RGibbs@gibbsbruns.com
                                           Michael Davis
                                           Texas Bar No. 24109793
                                           mdavis@gibbsbruns.com
                                           1100 Louisiana, Suite 5300
                                           Houston, Texas 77002
                                           Tel.: (713) 650-8805

Fax: (713) 750-0903

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street,
NW 10th Floor
Washington, DC
20005
Telephone: (202) 777-4545
Email:
eric.mahr@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ *Michael Davis*
Michael Davis