**FILED UNDER SEAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| Defendant. | § § | |

# ORDER

Before the Court is Defendant Google LLC's Motion for Summary Judgment on Plaintiffs' DTPA Claims filed on November 18, 2024. Upon consideration of the motion, and arguments in support thereof and in opposition thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is hereby

ORDERED that summary judgment is entered in favor of Defendant Google LLC.