# EXHIBIT 26

# Google

## Display Ads Finance

APF Homesite Dec'21

Confidential + Proprietary

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-001950473



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001950481



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001950482