# EXHIBIT 27
# REDACTED

# Google

# Active Line Item (ALI) Limit exceptions

Confidential + Proprietary

CONFIDENTIAL

GOOG-AT-MDL-004345238



CONFIDENTIAL

GOOG-AT-MDL-004345242





CONFIDENTIAL

GOOG-AT-MDL-004345245