# EXHIBIT 29
# REDACTED

Confidential / Subject to NDA / for discussion purposes only

# Header bidding yield groups - Set-up guide

**Version:** 2.0 | **Last Updated:** 4/25/2022

## Overview

Header bidding yield groups includes tagging, trafficking, ad serving and UI improvements to better support publishers working with header bidding in Ad Manager:

- A simpler header bidding trafficking flow, with header bidding demand integrated directly into yield groups. This removes the need to set-up and manage thousands of Price Priority line items and associated shell creatives.
- Header bidding is able to bid with true bid values, improving the quality of the publisher's auction
- Consolidated reporting for header bidding via yield groups, where it can be compared across buyers and channels more flexibly

Impressions transacting via header bidding yield groups will be subject to standard ad serving fees which also applies to price priority line items. The following sections describe in more detail the features available in the Beta, publisher implementation steps, reporting and billing.

**Using header bidding in yield groups is entirely optional and the traditional method of using header bidding will continue to be supported in Ad Manager.**

## Implementation

**Tagging**
Publishers do not need to update any tagging, including which wrappers they use; this means that publishers should continue to use existing header bidding wrappers provided by partners they have an existing direct relationship with.

**Inventory verification**
To monetize inventory via header bidding yield groups, publishers need to verify that their sites are added to Ad Manager under *Inventory > Sites*. Detailed instructions are available here.



When opting to have header bidding yield groups serve into SafeFrames, publishers should make sure that yield partners added to header bidding yield groups are compatible with serving into SafeFrame.

**Yield Group set-up**
To enable header bidding in yield groups, publishers will need to set-up at least one yield group with one or more prebid yield partners that support header bidding. Steps to enable a yield group are similar to enabling Open Bidding and outlined below:

Confidential / Subject to NDA / for discussion purposes only

First, for all the relevant header bidding buyers, complete the following steps:
- Navigate to **Admin > Companies** and select a relevant Ad Network
  - Find the header bidder in the list of Ad Networks (if the header bidder is not available, please let us know)
  - Toggle **Header bidding** to on (NEW)

Next, create at least one yield group that includes the header bidder(s).
- Navigate to Delivery > Yield Groups
- Create a new yield group
  - Select ad format: Banner (only banner is supported initially)
  - Select inventory type: Web (only web is supported initially)
  - Apply desired targeting (see recommendation below)
- Add (at least one of) the header bidding yield partners by clicking **Add yield partner**
  - Select the header bidding bidder
  - Select **Header bidding** integration type (NEW)
  - Make sure the yield group is active, and save

**Recommended yield group targeting**
Publishers have full flexibility to add yield group targeting to define where in their inventory this yield group can compete for impressions. We recommend that publishers apply targeting in a way that allows testing the feature with enough traffic to meaningfully measure results.

**Publishers should not be concerned about possible disruptions when defining yield group targeting. However, while evaluating this solution, we recommend publishers to retain their current Price Priority set-up in place to further reduce the risk of any disruption.**

## What to expect when trafficking

Once a yield group is active, the following will happen automatically:



## Publisher fees
Standard ad serving fees will apply to header bidding impressions transacted via yield groups.

HIGHLY CONFIDENTIAL GOOG-AT-MDL-006233135

Confidential / Subject to NDA / for discussion purposes only

## Reporting



## Billing

Payment to the publishers for impressions won via header bidding in yield groups demand within yield groups will still be handled by the header bidding partners.

## Current known limitations

During Beta:



HIGHLY CONFIDENTIAL
GOOG-AT-MDL-006233136