# EXHIBIT 30

# REDACTED

**DRS and RPO interaction in Simulation**
▉▉▉▉▉▉▉▉▉▉▉▉ based on discussions with ▉▉▉▉▉▉▉▉

Using the same methodology as outlined here (cr/131764233) we want to understand the queries that fall in the dynamic region of what is the pricing rule that is causing them to fall in the dynamic region. More specifically, we want to measure the interactions between DRS and RPO. We obtain the breakdown using the following plx script.

This analysis seems to be over-estimating the percentage of queries in DRS, but ignoring that for now, we only a low percentage of RPO queries seems to be falling in the dynamic region, only around 5% of the queries.

Percentage of Impressions by *pricing_rule* vs *is_dynamic*. Restricted to RTB buyers, second price auction transaction_type

|  | FALSE | TRUE | Grand Total |
|---|---|---|---|
| COMPETING_CANDIDATE | | | |
| DYNAMIC_RESERVE | | | |
| GLOBAL_RESERVE | | | |
| NONE | | | |
| PUBLISHER_RESERVE | | | |
| THIRD_PARTY_RESERVE | | | |
| Grand Total | | | |



Revenue percentage by *pricing_rule* vs *is_dynamic*. Restricted to RTB buyers, second price auction transaction_type

|  | FALSE | TRUE | Grand Total |
|---|---|---|---|
| COMPETING_CANDIDATE | | | |
| DYNAMIC_RESERVE | | | |
| GLOBAL_RESERVE | | | |
| NONE | | | |
| PUBLISHER_RESERVE | | | |
| THIRD_PARTY_RESERVE | | | |
| Grand Total | | | |

One of our goals is to understand how many more queries we are pushing to the dynamic region by making the RPO model more aggressive.