# EXHIBIT 31

- ==2008 -- Dynamic allocation==
    - ==Description -- Solicit real time bids from AdX==
    - ==Context -- pre doubleclick acquisition==; designed to improve revenue to publishers
    - Competitive evaluation -- could not be done with other demand sources at that time.
- 2014 -- Enhanced dynamic allocation
    - Description -- Improve allocation between direct and indirect demand sources
    - Context --
    - Competitive evaluation -- benefits AdX and other sources of demand; in fact benefits remnant line items more than it does AdX
- Current world
    - Unified first price auction; No last look
    - All sources of demand compete with consistent rules
- Last look
    - Pre-acquisition -- feature of dynamic allocation
    - Designed with the principle to increase publisher revenue
    - When designed could not have been afforded to other sources of demand for structural reasons
    - No longer exists

CONFIDENTIAL
GOOG-AT-MDL-008991406