# EXHIBIT 32



Chris

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009760897



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009760924