# EXHIBIT 34
# REDACTED

Message

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | 9/19/2009 4:09:37 PM |
| To: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| CC: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Subject: | Re: [Adsense-eng-wat] [Adsense-eng] Re: [Ads-engdirs] DoubleClick Ad Exchange 2.0 - Launched! |

Congratulations to everyone - this is going to be an exciting ride to be part of as we add incredible new value for advertisers and publishers in the coming months!

Cheers, ▓▓▓

--
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Google Waterloo is hiring. Invent and build great products for the entire world - http://bit.ly/Google_Waterloo.


On Fri, Sep 18, 2009 at 2:54 PM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
> Great to see - it's a major achievement and can change the face of advertising.
> The team has done an amazing job getting this launched now.
>   stu


On Fri, Sep 18, 2009 at 1:16 PM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
> I am extremely thrilled to see AdX 2.0 launch. The team has done a great job not only getting to parity with AdX 1.0 but to also go beyond in some very important areas, e.g. API support, Real Time Bidding, and of course integration with Adsense and Adwords. The AdX is the kind of product that Google as a technology company is best positioned to advance. Please join me in congratulating the team for their amazing accomplishments over the last year!
>
> - Joerg
>
> ---------- Forwarded message ----------
> From: **Scott Spencer** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> Date: Fri, Sep 18, 2009 at 9:01 AM
> Subject: [adsense-doubleclick-pm] DoubleClick Ad Exchange 2.0 - Launched!
> To:
> Cc: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Scott Spencer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> **Today, we are thrilled to announce the market launch of DoubleClick Ad Exchange 2.0!**
>
> **DoubleClick Ad Exchange (AdX) is a key part of Google's display strategy – a neutral transaction platform for connecting ad networks to publishers – which brings significant additional media spend and inventory to Google. For publishers, the Ad Exchange is a yield optimization tool that allows them to get the highest possible payment across hundreds of participating ad networks, including our own AdWords, in real-time. For Ad Networks and Agency Networks, Ad Exchange provides a single interface through which they can acquire inventory across hundreds of publishers and ad networks, including our own AdSense inventory.**

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-010836318

Case 4:20-cv-00957-SDJ   Document 696-9   Filed 12/09/24   Page 3 of 5 PageID #: 33482

In July, we announced the Product Launch of Ad Exchange 2.0. Over the past few months we have focused on migrating current Ad Exchange version 1.0 customers to the New Ad Exchange. **Today, we publicly announced the availability of DoubleClick Ad Exchange across markets in NA and EMEA.**

So what did it take for us to prepare for this launch?
40+ hours of core commercialization team meetings, 2 GPS / AGPS meetings, 2 OC meetings, over 30 hours of sales and services trainings, 3+ months of migration training, 5 customer summits, 20+ hours of working on new contracts and policies, 2 new help centers developed, over 200 v1.0 customer meetings . . . and much more.

**Below please find details on our launch announcement and messaging:**

Blog Posts:
**Google** <http://googleblog.blogspot.com/2009/09/doubleclick-ad-exchange-growing-display.html> ,
**DoubleClick** <http://www.doubleclick.com/insight/blog/archives/doubleclick-advertising-exchange/announcing-the-new-doubleclick-ad-exchange.html> ,
**AdWords** <http://adwords.blogspot.com/2009/09/announcing-new-doubleclick-ad-exchange.html> ,
**AdSense** <http://adsense.blogspot.com/2009/09/bringing-more-buyers-to-adsense-through.html>

Select Press Coverage - See DoubleClick Ad Exchange Up In Lights...
**NY Times** <http://www.nytimes.com/2009/09/18/technology/internet/18exchange.html?adxnnl=1&hpw=&adxnnlx=1253247744-FoVOrvcelECi2QuH2yHWiA> : Google Aims to Wrest Display Ads Yahoo
**Business Week** <http://www.businessweek.com/technology/content/sep2009/tc20090917_216890.htm?chan=rss_topStories_ssi_5> : Google Launches DoubleClick Ad Exchange
**AP** <http://www.google.com/hostednews/ap/article/ALeqM5ggN7018_FUYse5uG_4VWjIIJo6gAD9APGCO00> : Google injects search savvy into display ad system
**Reuters** <http://www.reuters.com/article/marketsNews/idUSN1723587420090918> : Google revamps DoubleClick exchange
**MediaPost** <http://www.mediapost.com/publications/?fa=Articles.showArticle&art_aid=113621> : Google Offers Real-Time Bidding on DoubleClick Ad Exchange
**Adweek** <http://www.adweek.com/aw/content_display/news/agency/e3i4c261e07d5ad7590d846a4cb52f8a104> : Google Upgrades Ad Exchange
**New Media Age** <http://www.nma.co.uk/google-ad-exchange-launches/3004606.article> : Google ad exchange launches

For More Info on AdX: go/adxinfo <http://go/adxinfo>
Comm Docs and Key Messages available at: go/adxlaunch <http://go/adxlaunch>

**The launch of Ad Exchange would not be possible without the help of many teams and individuals.**

First, a HUGE THANK YOU to the core commercialization team who all helped lead this effort over the past year! This took a tremendous amount of focus, effort, and collaboration across all teams.

HIGHLY CONFIDENTIAL    GOOG-AT-MDL-010836319

**Product Management:** Scott Spencer, ███████████
**Product Marketing:** ███████████
**Sales:** ███████████████████████████████
███████████
**Services:** ███████████████████
**Product Specialists:** ███████████████████████

THANK YOU to the many others who contributed to this Ad Exchange milestone along the way:

**Communications:** ███████████████████
**Services:** ███████████████████████████
███████████████████████████

**Sales/Sales Support:** ███████████████████████████████
███████████
**Legal:** ███████████████████████████
███████████
**Privacy and Policy:** ███████████████████
**Marketing & PR:** ███████████████████████
**AdX Engineering:** ███████████████████████████████
███████████████████████████████
███████████████████████
███████████████████████████

*With the help of:* ███████████████████████████
███████████████
**AdSense FE:** ███████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████
**AdWords:** ███████████████████
███████████
**Evenflow:** ███████████
**SRE:** ███████████████████████████████
███████████
**Testing:** ███████████████████████████
███████████████
**Launch Coordinator:** ███████
**Research:** ███████████████████████
**UX team:** ███████████████████
**Validation:** ███████████████████████████████
**Payment:** ███████
**Moneta:** ███████████████████
(apologies to anyone we inadvertently missed – this was a huge team effort)

**Executive Sponsorship:** ███████, Susan Wojcicki, ███████, Neal Mohan, ███████████████████
███████████████████

We look forward to the success of DoubleClick Ad Exchange 2.0!

Thank You,
Scott, ███████████

--~---~----------~--~----~----------~--------~--~-----~
You received this message because you are subscribed to the Google Groups "███████████" group.
To post to this group, send email to ███████████████████
To unsubscribe from this group, send email to █████████████████████████████
For more options, visit this group at ██████████████████████████████████████
-~------------~----~----~----~-------~----~-------~--~---

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-010836321