# EXHIBIT 35
# REDACTED

LEGALLY PRIVILEGED AND CONFIDENTIAL
# DRS commercialization plan - April 2016

███████████████████████

████████████████████████████████████████████████
███████████████████████████████████████████████. To launch this we need to disclose more auction details in the help center. To facilitate this change, we are doing a commercialization where publishers can opt out of DRS.

> Launch plan overview
> Eng work
>     The Switch
>     The Dashboard
>     Recollection mechanism and observations by buyers
> Legal: Disclosures, Help Center and UI
> Comms plan
>     Sales
>     gTech  <<to be finalized >>
>     Buy side
>     Timeline
> Open questions
> References

## Launch plan overview



# Eng work

## The Switch

### Requirements
- The Switch is publisher visible, can be turned on/off by AdX users who have admin access at any time
- Controls *all* versions of DRS (v1,v2, future versions)
- Three pieces of text needed for switch
    - 1) Name, 2) description text and 3) tooltip (see suggested text below)
    - Text should make implications of turning switch on/off clear and encourages adoption (turning it on)
    - Text needs to be approved by legal before appearing in UI
- Needs to work for both DFP+AdX **and AdX only pubs**
    - Needs to be forward compatible with unification
- **The switch is off (box unchecked, meaning DRS is active) by default for new networks** (it can be turned on during initial network configuration for new networks if nedded). The switch will also be off (unchecked) by default during the commercialization opt-out period where it does nothing.

### Switch Implementation notes / proposal

Create a new checkbox in:
- *AdX seller UI >> Admin tab*

Within the Admin tab, we have several options: the switch can either be in "*Account Information*" or **in a new folder called "***Account settings (DECISION)***":**



(working doc for mocks)

### ALREADY IMPLEMENTED (June 14th, 2016):



Legal: Disclosures, Help Center and UI

CONFIDENTIAL
GOOG-AT-MDL-016926950

## Redacted - Privilege

Legal requirements:

## Redacted - Privilege

FINAL (May 27th, do not change)



## Comms plan

The goal of the commercialization process is to make DRS v2 available to as many publishers as possible without a negative perception of the optimization and the associated HC changes.

Key points of plan:
- We're putting a switch in the UI
- We'll tell all customers about it with a message based on interpretation of contract rev share: "your contract says revenue share is an average over billing period. This allows

CONFIDENTIAL

GOOG-AT-MDL-016926951

- us to do new optimizations. We realize not everyone might prefer this, so we are providing you with an opt out control."
- After an opt out period, the DRS v2 takes effect for those who didn't turn it off
- We provide internal reports on lift, by pub. AM teams can share lift numbers with customer
- We do not include "margin optimizations" in marketing or any blog posts

## Sales

1) Create comms doc, goal of keeping message about how DRS works as simple as possible.

> *We may increase or decrease revenue share per query to increase payout overall. We keep your revenue share to your contracted share or more over a billing period.*

2) Announce plan at Indirect comms meeting
2a) regional trainings by PSI

3a) Once switch (customer visible) and ▮▮▮▮▮▮ are available, start **3 week** opt-out period
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3b) Update Help Center (changes here)
3c) Included in release notes, UI butter bar, AMs reach out at their discretion

4) At end of 3 weeks, another reminder to clients, switch takes effect after 3 weeks have passed

**Sales concerns**
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Need FAQ
- Where is v1 off vs v2 on tradeoff?

## gTech  <<to be finalized >>

Case 4:20-cv-00957-SDJ   Document 696-10   Filed 12/09/24   Page 7 of 8 PageID #: 33491



## Buy side

Message around DRS being good for buyers, discount on queries they would not have won

> *Reducing Google's margin on an auction means more surplus split between buyers and sellers. The reduction does not necessarily apply to every buyer in every auction, but it is dynamically adjusted by Google to maximize publisher revenue. Google may temporarily decrease or remove discounts for buyers if this increases publisher revenue.*

CONFIDENTIAL	GOOG-AT-MDL-016926953

## Buy side

Message around DRS being good for buyers, discount on queries they would not have won

> *Reducing Google's margin on an auction means more surplus split between buyers and sellers. The reduction does not necessarily apply to every buyer in every auction, but it is dynamically adjusted by Google to maximize publisher revenue. Google may temporarily decrease or remove discounts for buyers if this increases publisher revenue.*

CONFIDENTIAL	GOOG-AT-MDL-016926953

## Timeline (see go/drs-v2-comms for latest)

May 31st: eng work done (switch + dashboard)
June 9th: start of period where switch is visible but does nothing
July 1st: DRS v2 starts working for pubs who left switch on

## Open questions

[redacted]

## References

- Decision deck
- HC draft for DRS v2 launch