# EXHIBIT 36

# DOCUMENT UNDER SEAL