# EXHIBIT 38



# The Arrival of Real-Time Bidding
## and What it Means for Media Buyers



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-003881091

# OVERVIEW

This white paper describes Google's view of real-time bidding (RTB) for online display advertising, how buyers benefit from RTB, and how they can get involved with it.

**PART 1**

In "Real-Time Bidding is Here to Stay" we discuss the need for RTB, show how it's grown to where it is today, and provide data to support why we believe it's here to stay.

**PART 2**

In "Real-Time Bidding is a Technology" we discuss the two layers of technology that define real-time bidding.

**PART 3**

In "Clearing Up the Fuzzy Terms" we discuss some of the differences between the term real-time bidding and sound-alike terms like real-time buying.

**PART 4**

In "It's the Process that Matters" we share why buyers think of it as a process and propose a different term to refer to the process. Plus, we provide four ways buyers can intelligently acquire inventory in real-time.

**PART 5**

In "How to Do Real-Time Bidding" we define three paths to take to benefit from RTB.

**PART 6**

In "Real-Time Bidding with Google" we briefly describe three of Google's products and how they help buyers use real-time bidding for their campaigns: Google Display Network, DoubleClick Ad Exchange and Invite Media.

Whether you are a large or small advertiser, an agency or a trading desk or a media buying intermediary, Google would like to help you succeed with real-time bidding.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-003881092

**RTB Delivers Heretofore Unreachable Efficiency for Cross-Exchange Buyers**

Now with large pools of liquid inventory and a robust ecosystem of buyers capable of accessing it, the market was ripe for innovation. RTB was the missing piece. RTB was conceived as a workflow solution tied to new opportunities in data-driven display advertising. Seeing the opportunity to grow the overall pie for online advertising, exchanges began to develop real-time bidding APIs.

As Figure 2 shows, a surge of activity took place in 2009 and 2010, when many ad exchanges and supply-side platforms (SSPs) announced support for RTB.

Figure 2. The Announcement Dates of RTB Support Among Exchanges and Sell-Side Platforms, by Year Announced



*Sources: RTB support announcements posted to the corporate websites of ad exchanges and sell-side platforms (SSPs), as categorized by the DISPLAY LUMAscape ecosystem chart by LUMA Partners. Data compiled June 2011.*

Since RTB offered a solution for efficiently acquiring online ad inventory, it began an unstoppable pattern of rapid growth. Cross-exchange buyers—DSPs, ad networks, agency trading desks and other media buying intermediaries—were quick to take advantage of RTB. This rapid uptake of RTB can be seen in the track record of DoubleClick Ad Exchange (ADX). As Figure 3 shows, ADX inventory sold through RTB jumped from 8% in January 2010 to 68% in May 2011—a tremendous upswing in just under a year and a half.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-003881095