# EXHIBIT 39
# REDACTED

# New doc: 2018 onwards



BCC

**Next time**
- 

**12/12/2017**
Subject: EOY update for DRX Indirect and Ad Serving (December 12th, 2017)

**Highlights and lowlights for Q3 and Q4 2017 from DRX Indirect and Ad Serving**
*See the table further down for full EOY details, and then click "View entire message" to enjoy the whole newsletter.*

- Highlights
    - **Quality**:
    - **AMP**: and a number of new features Launched sales opportunities for monetization fixes (addressing discrepancies in ad density and demand) in Greentea.
    - **DFL**:
    - **Exchange Bidding:** and Bid Data Transfer launched in Beta to further transparency, EB Deals launched in Alpha.
- Lowlights
    - **Mute This Ad for DFP**:
    - **Latency:**
    - **DFL**: Deprecated Forecasting tool in DFL Pricing Rules (from Beta stage) after feedback from publishers on usefulness, and ongoing concerns about data quality.
    - **AdX Bid DT**: GA readiness of AdX Bid Data Transfer has been challenging to evaluate, since feedback has been difficult to obtain given complexity of the DT file and the eng work required by the publisher to make us of the file.

**DRX Indirect and Ad Serving EOY updates**

CONFIDENTIAL                                                                                                       GOOG-AT-MDL-B-004377628

|  |  | AdWords in DFL fully launched on Dec 7th 2016. |  |
|---|---|---|---|
| OPA/PA (carryover) |  | - GDN to stop buying in PAs. Experiment complete and full launch under review. Slight delay from original date of 1/10, now 1/18.<br>- ▮▮▮▮▮ |  |

## 12/6/2016

**Subject: Indirect and Ad Serving bi-weekly update - December 6th, 2016**

Final update of the year, next one will be mid-January with finalized Q1/Q2 ▮▮▮▮ projects and success metrics.

### Steering agenda
- Non-bad ads update
- EB auction structure decision

### Project updates

| Project | Status | Update | Goal for current planning cycle *(current metrics)* |
|---|---|---|---|
| Tagging, Serving and Latency (▮▮▮▮) | | | |
| DRX AMP (headline) | | | |
| Collect ads latency metrics for internal and external | | | |

CONFIDENTIAL
GOOG-AT-MDL-B-004377759

| | | |
|---|---|---|
| presentation (headline: NBA) | | |
| ~~Deprecate~~ Discourage sync GPT in Q4 (product excellence) | | |
| Unified YM (█████) | | |
| Exchange Bidding / Jedi (headline) | | |
| Native Mediation (headline: Native) | | |



| | | | |
|---|---|---|---|
| Quality ( ▮ ) | | | |
| "Non-Bad" Ads (headline) | | | |
| DRS (Native, AMP) | | - **LAUNCHED: DRS v2 to 100%**<br>- Experiments underway for negative rev share DRS for native to boost CPMs and RPMs<br>- Roadmap doc created for bid-oblivious ("truthful") DRS<br>- Iterating on basic model for bid-oblivious DRS | - Bid-oblivious DRS applied to ▮ of queries for RTB buyers; ▮ of queries for GDN / DBM<br>- Native + banner should have RPM >= banner only RPM for at least ▮ of pubs<br>- Native only CPM should be >= ▮ of banner only CPM |
| Optimized Programmatic Competition (carryover) | | | |
| RPO (carryover, Native) | | - Multiple launch candidates for constraint relaxations + feature additions being evaluated<br>- Created summary doc for all RPO experiments currently under evaluation | |
| AdX YM / PubEx / DFL ( ▮ ) | | | |
| Opportunity Cost | | - Compilation of requirements for each | |