# EXHIBIT 40

# 2016 releases archive

DoubleClick for Publishers and Ad Exchange Seller

> These release notes are *archives* provided for your convenience only and might not reflect current product functionality. For the latest releases, see What's new in DFP and Ad Exchange Seller.

**Expand all**   **Collapse all**

## Q4 2016

**December 12** Change to report duration options, New mobile reporting dimensions, Reporting for AMP

### DFP Premium

- **DFP Query Tool:**
  - **Change to report duration options**
    To promote better performance, we're streamlining reporting duration options. The "All available" selector is being removed and replaced with "Last 3 years" under the "Dynamic" date ranges.
  - **New mobile reporting dimensions** Beta
    To better align the Query Tool with how cross-platform and app-only mobile publishers think about their business, we added three new dimensions. The following dimensions appear under "Platform": "App names," "Devices," and "Inventory types." Note that the "Device category" and "Targeting" dimensions are also now under "Platform." Learn more
  - **Reporting for AMP** Beta
    You can now run reports broken out for Accelerated Mobile Pages (AMP). This allows you to compare the performance of your ads on Accelerated Mobile Pages to other mobile pages, helping you to optimize monetization for AMP. Separate rows for AMP can appear in your report when you select the new "Inventory types" dimension mentioned above. The majority of AMP data should appear in the "Mobile Optimized Web - AMP" row. Note that DFP reports on AMP data back to December 2.

- **Filters for native**
  To make it easier to find relevant native data, you can now use filters to search for native styles, native ad formats, and native creative sizes. You can also save the filters for reuse. To get started, click **Filters** above the table on the "Native styles" or "Creatives" page. Learn more

- **Mobile device targeting for new iPhone models**
  DFP now supports line item "manufacturer/device" targeting for newer Apple iPhone models, such as the iPhone 7 and iPhone 7 Plus. Include or exclude these devices for better mobile app line item targeting. Learn more

- **Clickable headlines for native app install ads**
  Newly created native styles for the app install ad format now feature clickable headlines. This change increases clickable space in the ads and improves their performance.
  - As the change affects the HTML default, existing native styles will not yet be updated to preserve rendering consistency. They will need to be manually migrated over by the publisher.
  - On January 26, 2017, all existing native app install ad implementations will be converted to the new headline format. To ensure consistent rendering, we recommend updating the CSS based on the new default app install template.

### Training and Help Center updates

- **Publisher University: What's New in DFP**
  In the September 2016 edition of "What's New in DFP," we take a look at updates and enhancements to the Inventory, Delivery, Reporting, and Admin sections of DoubleClick for Publishers. Check out the video on Publisher University ↗ .

## Q3 2016

**September 19** Ad Exchange in DFP, See why line items didn't deliver, Mobile ad network creative type deprecation ⌃

### Highlight

- **Ad Exchange in DoubleClick for Publishers**
  ==Users with access to both Ad Exchange and DoubleClick for Publishers can now enjoy access to Ad Exchange product features in the DoubleClick for Publishers interface. This streamlines the user workflow and reduces the need to access separate products.== Ad Exchange users who do not have access to DFP will not experience any change. The current Ad Exchange interface remains available and unchanged. Learn more

### DFP Premium

- **See why line items didn't deliver**
  The "Non-delivery causes" tool provides detailed information on the delivery patterns of your line items for the past 7 days. It explains why a line item that was eligible for an ad request didn't deliver. To access this tool, navigate to the line item in DFP and click the new Troubleshoot tab. This launch is the first of many you'll see over the coming weeks to improve troubleshooting tools. Learn more

- **Mobile ad network creative type deprecation**
  The Mobile ad network creative type allowed publishers to traffic ad network tags that were called server-side by DFP. However, with the widespread availability of Mediation, this creative type became largely obsolete. As a result, the Mobile ad network creative type has been deprecated. All deprecated creatives will remain in DFP indefinitely for historical reporting purposes.

  If your network was using it, we recommend discussing your options with DFP support, such as re-trafficking with an alternative creative type.

- **Code snippet deprecation for Ad Exchange line items**
  The Ad Exchange "code snippet" text box in creative settings for Ad Exchange display/mobile line items has been removed, as well as the "channels" and "Ad Exchange Tag ID" text boxes for Ad Exchange video line items, for publishers who aren't already using these fields. The code snippet is no longer needed, as you can now use Ad Exchanges rules to target DFP inventory (such as ad units, placements, and key-values) instead. This is part of an eventual deprecation of this field for all publishers. Learn best practices for trafficking Ad Exchange in DFP

- **View mobile audience segment composition**
  New columns added to the Audience segments table in the Inventory tab allow you to see a breakdown of the types of mobile device identifiers that compose each audience segment. Learn more

- **Admin tab reorganization**

**June 13** Change history update, SafeFrame for creative types, Deal check bid filter, Apply per-query revenue share optimization

## DFP Premium

- **Change history update**
  The second stage of the new change history rollout moves trafficking to the new change history panel and makes both roles and trafficking available in a new change history admin panel. Until the migration is complete, users need to use both admin panels to find all changes. Note that the rollout is spread out over multiple months, and that the legacy change history panel will be available for more than a year as a source for older changes. When the switch to the new change history is complete, the following objects will additionally have their own change history links: ad units, placements, labels, teams, and contacts.

- **Removal of lesser used mobile carriers from targeting picker**
  We've updated our offering for mobile carrier targeting. Old and unused carriers that are not receiving traffic anymore have been removed from the targeting picker, and new ones added. Please note that existing line items have not changed.

- **DFP API v201605**
  Highlights from this API release include:
  - A new local time flag for sales reports.
  - A new workflow progress indicator for Sales manager proposals.

  Learn more on the Google Ads Developer Blog.

- **SafeFrame on by default for some creative types**
  To provide better consumer protection, publisher control, rich interaction and viewability measurement, the "Serve into a SafeFrame" check box is checked by default for all new third-party, custom, and user-defined creatives. This change doesn't affect existing creatives. Learn more about SafeFrame and its IAB standards.

## Ad Exchange

- **Additional bid filter detail using Deal Check** You can now determine which bid responses are filtered from your available impressions because the advertiser associated with the buyer creative did not match the advertisers configured for the deal. Deal Check displays this data as "Invalid advertiser" in the filtered bids section. Learn more

- **New Ad Exchange control for applying per-query revenue share optimization**
  As part of our ongoing efforts to provide smarter optimizations and maximize revenue, we may increase or decrease revenue share per query.

  If you'd prefer to apply your contracted revenue share on every query, use the new Ad Exchange UI Admin control to exclude all the sites you monetize through your account from revenue share-based optimizations. Your contracted revenue share over a billing period will not change. Learn more

  This control will take effect no earlier than August 1st.

## Training and Help Center updates

- **Publisher University: What's New in DFP**
  In the June 2016 edition of "What's New in DFP," we take a look at improvements to the layout and wording of the Forecasting screen, expanded vCPM measurement with Active View, First