# EXHIBIT 48

# DOCUMENT UNDER SEAL