# EXHIBIT 54

# Core Team Sellside Review

August 2014

*PM: Josh Cohen, Chealsea Conroy, Ari Feldman, Ali Pasha, Tom Bender*

*Eng: Noam Wolf, Payam Ahdout, Jeff Drost, Arun Mathew, Jim Yi, Jason Solinsky, Josh Israel*

*UX: Francois Montay, Patrick Mullin, Laura Krotowski*

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL
GOOG-DOJ-06134599

# Goal: Reduce complexity and increase transparency for pubs and Google

- Simplicity; provide publishers with one way to think about inventory
- Better cross-channel visibility and revenue transparency for publishers
- 65% of DFP imps are not made available to AdX; 53% of of those that are made available lose. Without a single, unified inventory model, we don't fully understand why we are losing out on these impressions
- ==3 UIs for managing inventory means repetitive tasks for end-users and repetitive engineering work for us (e.g. there are 7 different targeting widgets across DFP, AdX, and XSM)==

INTERNAL: Google Confidential and Proprietary

Simplicity: one way to target, one way to optimize, one set of reporting entities, etc
Of the 65% that do not compete, having a single inventory unit will allow us to learn more about the impression and how to get it into auction (e.g. was it a real opportunity and if so, what do we need to do/build to capture it? capturing less than half of each of these segments would help us see growth.)
1.9B impressions currently matched per month; grow to 2.5B  (breakdown of impressions we compete and lose on is 7% Direct, 70% Indirect, 11% House, 12% Unfilled; if we could get at least 20% of Indirect, and 6 % each of House and Unfilled, we could grow by 33%)

whether an impression was a real opportunity and if it was,  and what actually happened (was it filled, what was the CPM, etc; and from here will give us a clear picture for what products we need to build.

HIGHLY CONFIDENTIAL

GOOG-DOJ-06134615



# Goal: Increase CSTAT for DRX Reporting

**Publisher reporting usage frequency similar**

**Publishers want the option to see their data together**

**Numerous publisher benefits**

*Source: 2014 DFP/AdX publisher unified reporting survey*
*Sample size 90 combined DFP and AdX publishers across all markets and tiers*

INTERNAL: Google Confidential and Proprietary