# EXHIBIT 55
# REDACTED





**TALKING POINTS**



HIGHLY CONFIDENTIAL
GOOG-DOJ-06525912



**TALKING POINTS**

██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████. **No competing offers will set the price paid by another buyer, and the highest offer will win the auction (This mean that we are removing 'last look' for AdX)**
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL                                                                                                  GOOG-DOJ-06525913



HIGHLY CONFIDENTIAL   GOOG-DOJ-06525914



Convenient control of floors within Ad Manager: new unified pricing rules that apply uniformly across all buyers (Authorized Buyers, Open Bidding and non-guaranteed tags)
Simpler floor pricing strategy: reduced need to constantly optimize floors to reduce auction discount. Buyers pay what they bid (no bid-price discount) and floors don't directly impact clearing price



HIGHLY CONFIDENTIAL

GOOG-DOJ-06525915