# EXHIBIT 57

# FILED UNDER SEAL



# Project Bernanke

*Quantitative Easing on the Ad Exchange*

gTrade Update
October, 2013



**ATTORNEY CLIENT PRIVILEGED**

HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL

GOOG-DOJ-06842353



HIGHLY CONFIDENTIAL

GOOG-DOJ-06842354



HIGHLY CONFIDENTIAL

GOOG-DOJ-06842355



HIGHLY CONFIDENTIAL

GOOG-DOJ-06842356



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-06842358

## Google™ gTrade's 2nd Project:  Project Bernanke (Q4 2013)

**Idea**:
Why stop there?
Increase GDN first bid and decrease GDN second bid submitted to AdX to increase GDN profit, while maintaining 14% GDN margin

**How we implemented**:

- Developed auction simulator to determine ideal first bid increase and second bid reduction to maximize GDN profit

- Constraints:
  a. Maintain ███ GDN margin per pub
  ███████████████████████████

- We respect GDN-AdX firewall: we only utilize GDN data to optimize bidding strategy.  Any AdX buyer can do this.

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

GOOG-DOJ-06842359



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-06842361



HIGHLY CONFIDENTIAL

GOOG-DOJ-06842362