# EXHIBIT 58

# DOCUMENT UNDER SEAL