# EXHIBIT 59

## DOCUMENT UNDER SEAL