# EXHIBIT 60

# REDACTED

**\*\*\* INTERNAL ONLY \*\*\***



**comms doc**

---

**Update from 11/6/2017:** We have ████████████████████████ ████████████████ for most publishers (underline more details)

**Update from 06/13/2016:** We have launched EDA with CTR Opt. Please see here for more details!

**Update from 03/25/2016:** We have launched Sponsorships in EDA. Please see here for more details!

---

# Enhanced Dynamic Allocation
**go/eda-comms**

**Authors:** ████████████
**Created:** October 7, 2013
**Last Updated:** 11/6/2017
**Commercialization Meeting:** Indirect Commercialization Meeting

==Generally availability roll-out began on 3/3/2014.== For more details see AM/TAM-facing rollout plan:
go/EDArollout

| Feature description | **Enhanced Dynamic Allocation** (formerly called "Cross-Priority Ranking", CPR) ==introduces competition between reservations and AdX by allowing AdX (or AdSense) to bid on high priority DFP impressions (any goal-based ad in the reservation priorities) without compromising reservation goals. It calls AdX for every reservation impression and uses the reserve price to control how often we expect AdX to fill the impression. When a reservation ad is further behind, the reserve price will be higher.==<br><br>==Previously: DFP did not make a bid request to AdX prices when delivering a reservation. Publishers can miss out on high paying impressions even before reservation goals are met.== |
|---|---|
| Value Proposition | ==Enhanced Dynamic Allocation increases eCPMs and revenues without compromising reservations. On average publishers have seen== ████████ ██████. |
| Target Group | Any publisher using AdX/AdSense in DFP and any goal based ad in the reservation priorities, both targeting the same inventory. |
| Status | EDA: General Availability |

**\*\*\* INTERNAL ONLY \*\*\***

| | |
|---|---|
| | EDA works with CTR Opt: Launched! |
| **GA Release Date** | EDA: 03/03/2014<br>EDA works with CTR Opt: Launched in Q2/2016 |
| **Complexity** | B |
| **SB Availability** |  |
| **Project Contacts** | |

**Contents**

0. Functional Signoff
1. Value Proposition
2. Marketing Communication Schedule
3. Description and Features
4. Feature/Product Release Schedule
5. Feature Enablement - Betas
6. Feature Enablement - General Availability
7. Feature Enablement - EDA w/ CTR
8. Escalation process / gTech Support
9. Legal & Pricing
10. FAQ
    Questions on Sponsorship rollout in Q1/2016
11. Important Links

**0. Functional Signoff**

Please note: this feature is not yet available in full launch. This section covers all sign-offs to be completed before formal launch.

**\*\*\* INTERNAL ONLY \*\*\***

| Functional Area | Beta | General Availability |
|---|---|---|
| gTech - sign-off | ██████ | ██████ |
| Sales - sign-off | ██████████ | ██████████ |
| Marketing - sign-off | ██████ | ████████ |
| PM / Eng - sign-off | ████ | ████ |

| Value Proposition, Publisher Impact & Benefits | Owner: Marketing |
|---|---|

████████████████████████████████████████████████████
████████████████████████████████████████████████████

- **External value proposition**
  - No external value proposition yet from Marketing, ████████████
    ████████████.
  - Existing external material are the helpcenter articles for <u>DFP Premium</u> and <u>Small Business</u>
  - Also see <u>this LPS training deck</u> for more info on the value proposition for publishers
- **Naming**
  - The external name will be "**Enhanced Dynamic Allocation**" in the short term and in the future it should revert back to "Dynamic Allocation"
  - CPR (Cross-priority ranking) is what this feature used to be called previously, and should be used internally only

## 2. Marketing Communication Schedule

- Recommendation from Marketing is to train the sales team to continue to roll out the feature to more clients as sales is comfortable.
- <mark>External communication and announcement will happen after the product is mostly rolled out to our existing clients and will include client quotes and hopefully a case study on the impact of the release.</mark>

| Product Overview | Owner: PM |
|---|---|

## 3. Description and Features

**General description and background**

In an ideal world publishers can fulfill contracts and serve the highest paying ads. But right now DFP doesn't see what's happening on the spot market while it's working on a reservation. High paying impressions may come along before the reservation goal for the period is met. We'd like to show more

**\*\*\* INTERNAL ONLY \*\*\***

impressions to AdX/AdSense, and pick the best ones.

**How does Enhanced Dynamic Allocation work?**
Enhanced Dynamic Allocation introduces competition between reservations, remnant and AdX. AdX is called for every reservation impression and uses the reserve price to control how often we expect AdX to fill the impression instead of the reservation ad. When a reservation ad is further behind, the reserve price will be higher. If another remnant ad has a higher CPM, that remnant ad will still get the impression. There are no reporting changes at the moment - monitor CPMs for your AdX ads, delivery and CTR for reservations.

**Extension to Sponsorship ads**
We have expended this feature to also include partial sponsorships and give AdX/AdSense a chance to pick high value impressions without compromising sponsorship goals.  This works the same as existing EDA, the opportunity cost is just calculated based on how close the ad is to its goal of a % of impressions in any given time period.

**What happens once Enhanced Dynamic Allocation is turned on?**
Enhanced Dynamic Allocation requires a switch on network level that activates the algorithm change for the publisher. The feature uses a traffic split -  this way we can vary how much traffic uses the new algorithm and use the control for reporting lift. We start the rollout with a small percentage and ramp up as long as things look good.

**First Results**
Enhanced Dynamic Allocation is currently live with ███████████████████████ ████████████████████   ███████████████████████████████████.

**EDA with CTR**
The goal of EDA with CTR is to get all publishers on EDA, and move towards EDA as the default, with no option to use "old/regular DA".

The launched EDA algorithm slightly favors revenue over CTR - impressions that perform best on AdX are selected in the last stage of ranking ahead of those with high predicted CTR.  For most publishers, this is not a problem because CTR and AdX revenue are generally not correlated on the impression level. This means that picking high revenue impressions for AdX does not leave the pub without high pCTR ones for reservations. For some publishers, there are exceptions and a small number have complained about a decrease in *incremental* clicks from CTR Optimization in the presence of EDA.

EDA with CTR improves CTR Optimization performance with EDA by treating both the revenue and click objectives equally, selecting high revenue impressions while not affecting the CTR lift. To do so, EDA uses the pCTR to influence the calculated reserve price, making it unlikely that AdX can beat a query that would otherwise go to a reservation with a high pCTR. EDA revenue may drop slightly to accommodate this, but experiments show ███████████████████████. All publishers will be moved to EDA with CTR.

## 4. Feature/Product Release Schedule
This feature has already been released and is available for any publisher where it has been enabled - currently added via a beta list. <u>Please see below</u> for for how to get Enhanced Dynamic Allocation for your publisher.

GOOG-DOJ-06885164

**\*\*\* INTERNAL ONLY \*\*\***

**Sales & gTech Overview**                                                    **Owner: gTech**



CONFIDENTIAL

**\*\*\* INTERNAL ONLY \*\*\***



**\*\*\* INTERNAL ONLY \*\*\***



# Redacted - Privilege

| Resources | Owner: Commercialization Lead |
|---|---|

| FAQs below have been updated. |
|---|



GOOG-DOJ-06885167

**\*\*\* INTERNAL ONLY \*\*\***

However, since

**Does EDA work with CTR Optimization?**
Yes, but inherently the 2 features try to optimize against each other. This is currently the only exception to EDA, and eng. is working on ███████████████████████ [*UPDATE as of June 2016: This has been launched and CTR publishers can now start using EDA without any implications!*]

**What can my client expect to see after we turn on EDA?**
The customer could see increased CPMs in their regular XFP reports for inventory where both reservations and AdX backfill are running. It is possible that they notice different patterns on their site in the mix between directly sold and auction buyers. All existing inventory rules remain unchanged and will be respected.

**What will Enhanced Dynamic Allocation not do?**
Enhanced Dynamic Allocation works for all goal-based ads (including % sponsorships <100%) in the reservation priorities with remnant/AdX competition. The algorithm will pick the highest paying between AdX and all other remnant competition. Enhanced Dynamic Allocation does not change inventory rules and what ad units are available to be sold on AdX.

**Will reservation delivery be affected?**
Reservation delivery should not be affected. Optimizing revenue while still honoring reservations is the most important goal of this optimization and we've done extensive testing to validate that it works.

**Some pubs have not seen a revenue uplift in AdX. Can I predict what will happen with my pub?**

███████████████████████████████████████████████████████

**I've heard some pubs are seeing negative impacts from EDA.  Is this true?**
When min-CPMs set AdX side are consistently higher than the reserve prices calculated in DFP by EDA, the minimum price used in auctions comes from the AdX min, and not from EDA. In this situation comparing two groups of traffic is like comparing two random sets of auctions that both use the AdX mins - they will differ over time, and sometimes one group will have a lower average CPM than the other.

Normally EDA will generate a CPM lift by raising the minimum prices used in auctions in the optimized traffic group.

**Will my reservation campaigns notice a decrease in performance?**
In beta there was no relationship between AdX bids and CTR performance. Optimizing AdX/AdSense through EDA should not affect CTRs.

**What kind of reporting is available?  / How do I see the uplift from activating this feature?**
The publisher will have access to standard XFP reports where they can see the CPMs for the inventory where they run reservations and backfill. ███████████████████████

**\*\*\* INTERNAL ONLY \*\*\***

[see TAM guide].

**Do we have data that states what percentage of traffic did or did not meet guarantees?**

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

**Can I only apply this to a portion of my inventory or only to certain line items?**
The optimization is turned on at the network level. There is no option to control it at the line item level. All inventory where reservations and backfill both run will be included. If a line item is not opted in for backfill then EDA will not impact those line items.

**Does EDA work for Mobile traffic?**
EDA works with the calls DFP makes to AdX/AdSense, so wherever the backfill works now, EDA will work too. EDA does not work for AdMob backfill line items in DFP yet as adoption is still very low. We do plan to support it if adoption increases.

**Will AdX have a first look over standard line items once you enable EDA?**
When a Standard line item is selected by DFP AdX is also called.  The dynamic reserve price calculated by EDA serves a floor and if AdX (or a remnant line item) can beat it then the AdX (or remnant ad serves). AdX does not get a 'first look' in the sense that it can take an impression before a Standard ad if a buyer wants it - competition is based on the market price and EDA price alone.

**How does this affect other remnant line items?**
Remnant line items continue to function according to dynamic allocation rules - if a remnant LI (say, a network) has a higher eCPM than AdX, it will still get the impression with this optimization turned on.

If a reservation LI, a remnant LI (like a network) and AdX are all eligible, the algorithm will still make sure that the reservation gets the impressions it needs, but if there is opportunity for backfill the highest paying between networks and AdX will take the impression.

**Will I see a drop in my fill rate/coverage in AdX or Adsense once we enable EDA?**
Yes, you might see a slightly lower fill rate due to the fact that we will send more ad requests to AdX/Adsense. The number won will be about the same, but since the floors will tend to be higher CPMs will be lifted.

**Questions on Sponsorship rollout in Q1/2016**

GOOG-DOJ-06885169

**\*\*\* INTERNAL ONLY \*\*\***



## 11. Important Links
- Helpcenter
  - DFP Premium
  - Small Business
- Sales
  - LPS Sales Training Deck
  - Target list of top candidates for Enhanced Dynamic Allocation
  - Beta lists for
    - LPS: go/cpr-beta
    - OPG: go/opgbetas
- gTech
  - TAM Guide
- Product
  - Enhanced Dynamic Allocation commercialization site: go/cpr
- External material:
  - Slide 10 of go/cross-priority can be presented to pubs (don't send)