# EXHIBIT 61
## DOCUMENT UNDER SEAL