# EXHIBIT 63

# REDACTED



HIGHLY CONFIDENTIAL

GOOG-DOJ-07955876



HIGHLY CONFIDENTIAL

GOOG-DOJ-07955882



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-07955884



HIGHLY CONFIDENTIAL

GOOG-DOJ-07955885



HIGHLY CONFIDENTIAL

GOOG-DOJ-07955886



Decision was made to review via ultraprio

PRIVILEGED AND CONFIDENTIAL

## Other considerations

- **Future controversial requests:**
  - Additional rate-cards will fit into the same process but will need to be approved case-by-case

- **Contracting:**
  - Requires unified terms DFP/AdX terms so application of rate-cards will be delayed until mid year
  - Publishers can be warned that it is coming and make the decision knowing price updates will be applied mid year.

- **Commercialization:**
  - No commercialization of new pricing flexibility
  - ALI enforcement will require extensive commercialization and runway for publishers to make changes but pricing changes

Google

Confidential + Proprietary

GOOG-DOJ-07955888



GOOG-DOJ-07955889



HIGHLY CONFIDENTIAL

GOOG-DOJ-07955890