# EXHIBIT 64

# REDACTED




HIGHLY CONFIDENTIAL

GOOG-DOJ-09459336

## Synopsis

Historically pubs have accessed non-AdX exchanges with fixed-price LIs in DFP

Turns out that getting per-query bids from exchanges *dramatically* increases yield (auctions more efficient), so pubs are clamouring for this functionality

"Header bidding" is a DFP hack that makes this possible and has gained rapid adoption despite shortcomings (latency, hard to set up, billing discrepancies)

Demand Syndication is our answer to header bidding - a superior product for allowing pubs to get per-query bids from non-AdX exchanges

Confidential & Proprietary
Attorney-Client Privileged

HIGHLY CONFIDENTIAL



[remedial background] - How header bidding works
Setup Beforehand
@ Page Load
@ Call to DFP
1
For each header bidder, pub places code snippet to <head> of all pages
Page
<script src="//hb.com/bid.js">
.....
</script>
2
Pub creates line items in DFP using key value pairs for decisioning
Targeting → custom criteria = ...
Targeting → custom criteria = ...
Targeting → custom criteria = ...
3
Each snippet calls its respective bidder (SSP/DSP/network)
Page
Header Bidder Server
4
Bidder responds with signal representing bid value
Page
$3
Header Bidder Server
- exact bid
- CPM range
- high / med / low
5
Page calls DFP for ad, passes all header bids as key-value pairs
Page
DFP
"rate" = $3
6
DFP selects appropriate line item based on key-value pairs
Page
DFP
Confidential & Proprietary
Attorney-Client Privileged



HIGHLY CONFIDENTIAL

GOOG-DOJ-09459339



Source: go/drx-hb-dash

HIGHLY CONFIDENTIAL

GOOG-DOJ-09459340

## The dark side of header bidding



1. Client-side callouts are inherently inefficient
   - latency & bandwidth impact to users, esp on mobile
   - implicit limit on number of partners you can call
   - privacy risk (to user), data leakage risk (to pubs)

1. Pubs cannot verify what's being bid = what's being paid
   - serving and billing aren't handled by same system
   - incremental 5-10% discrepancies from having two differing sources of truth

1. Unexpected interactions with ad serving pacing logic (example: reservation LIs for header bidding)

1. Duplicate queries to buyers - each DSP gets multiple callouts for the exact same impression

Confidential & Proprietary
Attorney-Client Privileged

HIGHLY CONFIDENTIAL



GOOG-DOJ-09459342



HIGHLY CONFIDENTIAL

GOOG-DOJ-09459343







HIGHLY CONFIDENTIAL

GOOG-DOJ-09459346

## Overall positive reaction - _every_ exchange & pub invited to participate is joining the POC

### Feedback from exchanges

- ███████ & ███████████████ very excited, ███████ less so but still eager to participate
- Wary of billing going through Google, but understand the value to pubs and willing to go ahead with this design
- ████████ eager to understand whether AdX will take "last look" - may use this to claim that AdX is unfairly advantaged
- Should consider allowing > 100ms

### Feedback from pubs

- Several commented that they've been asking for something like this for years, very excited that we're finally building this
- Most want to do both Jedi + HB since we don't support all demand sources
- ████████ in particular repeatedly called out as key demand source they need to keep
- Reporting crucial, needs to be "done well"

Confidential & Proprietary
Attorney-Client Privileged

GOOG-DOJ-09459347



Confidential & Proprietary
Attorney-Client Privileged

HIGHLY CONFIDENTIAL

GOOG-DOJ-09459348