# EXHIBIT 65
# REDACTED

**AS OF AUGUST 9th 2018 THIS DOCUMENT IS DEPRECATED. PLEASE REFER TO THE NEW LIMITS COMMS FOR CURRENT INFORMATION**



Update 09/12/2016: Click here for more information about the external Limits dashboard we launched today!

# Limits Enforcement
go/limits-comms or go/drxlimits

**Original Authors**: ▮▮▮▮▮
**Owners**: ▮▮▮▮▮
**Created**: 12/19/2013
**Last Updated**: 02/16/2018
**Commercialization Meeting**: DRX Core commercialization

| Feature description | In 2014, we have started enforcing limits on the creation of certain entities in the DFP UI, e.g. LIs per order, Creatives per LI, Ad units for placements and Targeting attributes in line items. We constantly work on improving the health of our product, and introduced a new set of limits on June 15th, 2015. We have created exceptions ahead of the rollout of this second wave, so no publisher who is currently violating them is adversely impacted, nor will they require special outreach. Please read on below for more details. |
|---|---|
| Value Proposition | Limits are necessary in order to protect the health of the product, the performance of our system, and are ultimately for the benefit of all publishers and the performance of their UI (unlimited number of entities can affect the UI in terms of load time and serving in some cases). NOTE: Our limits are much higher than those that existed previously in DART. |
| Target Group | Every DFP publisher, also publishers using the API are affected |
| Status | Wave 1: Fully released (see go/limits-rollout for more info!)<br>Wave 2: Fully released |
| Release Dates | Release to offending pubs without exceptions: **10/07/2014, [completed]**<br>Rollout to rest of offending pubs WITH exceptions: **01/12/2015 [completed]**<br>Rollout of wave 2 limits **06/15/2015 [completed]**<br>Rollout of external Limits dashboard: 09/12/2016 [completed] |
| Complexity | B |
| SB Availability | Yes |
| Project Contacts | ▮▮▮▮▮ |

**AS OF AUGUST 9th 2018 THIS DOCUMENT IS DEPRECATED. PLEASE REFER TO THE NEW LIMITS COMMS FOR CURRENT INFORMATION**

- Wave 1: Please see this doc for a detailed overview of the rollout phases and related communication plans!
- Wave 2: No broader external comms planned. Exceptions are created ahead of the rollout of this second wave, so no publisher who is currently violating them will be adversely impacted, nor will they require special outreach.

| Product Overview | Owner: PM |
|---|---|

### 3. Description and Features
We are enforcing the following limits on the creation of certain entities in the DFP UI:

#### 3.1. DFP Wave 1 Limits [IMPLEMENTED]

| Entity | Limit | Exceptions | Comment |
|---|---|---|---|
| Line Items per order | 450 | No | Regardless of status (e.g. archived, inactive etc count towards the limit) |
| Creatives per Line Item | 260 | No | Including both active and inactive creatives (deleted creatives do not count towards the limit) |
| Ad units for placements | 1,000 | No | |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | | ▓▓▓▓▓▓▓▓▓▓ |
| Targeting: max number of targeting criteria per line item | 800 | Yes, in some cases, please request here. | For example, geo=us, mexico, canada is three criterion. [Design Doc]. **Please note that exceptions to this are granted only very rarely to avoid negative effects on in UI latency for users (in all networks, not only the ones with exceptions).** |
| **Number of active line item limits (please note: Each creative-level targeting criterion counts also toward the active line item limit.)** | 61,000 | Yes, in some cases, please request here. | This is the sum of all line items that are capable of being delivered; that is they are either in ready or delivering state, where the line item start date is today or earlier and the end date is today or later. <mark>This limit is not enforceable but is the max number of LIs that can be supported by the ad server without additional eng changes.</mark> If a customer will have more than 61k active line items, there are eng changes we need to make. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ See also here for more details.<br>Each creative-level targeting criterion counts toward the active line item limit. For example, a line item with 25 creative-level targeting criteria counts as 26 (1 line item + 25 targeting criteria) toward the 61,000 limit. |
| Number of contending line items | 1800 | No | This is a threshold rather than a limit and is a safeguard implemented in the ad server. If there are more than 1800 contending line items on any given ad call, the ad server will not look beyond the 1800th ad. This threshold is invisible to publishers and is likely to only be crossed in networks where there are a very high number of line items with very general targeting. |



**AS OF AUGUST 9th 2018 THIS DOCUMENT IS DEPRECATED. PLEASE REFER TO THE NEW LIMITS COMMS FOR CURRENT INFORMATION**

      weeks lead time to support any changes to this limit if the increase is approved.

- Customers who chose to have more than 61,000 active line items should be advised that their UI performance could suffer as a result.

Why this was put in place:
- We had a client with 8M active LIs that put a huge strain on the system last year.

- **Contending LIs:**
    - The number of contending LIs that we can support is **1800 at any given time.** What this means is that on any given ad call, the ad server cannot analyze more than 1800 competing line items.

    - Due to a relatively low total number of active line items + various types of targeting applied to line items, most customers will come nowhere near this number of contending line items.

    - If there are more than 1800 contending LIs:
        - There is no impact to the system or the customer's network
        - This limit is actually enforced by the ad server as a protection mechanism
        - The ad server does not analyze line items beyond the 1800th LI. If there are more than 1800, those LIs are not considered for competition. This is not a random selection; the ad server draws a line at 1800. Therefore, there could be some line items that do not get impressions if they are not part of any other contending LI list.
    - 

## 3.6. Limits Dashboard



**External Limits Dashboard**