# EXHIBIT 67

# DOCUMENT UNDER SEAL