# EXHIBIT 70
# DOCUMENT UNDER SEAL