# EXHIBIT 71

# DOCUMENT UNDER SEAL