# EXHIBIT 72
# REDACTED



HIGHLY CONFIDENTIAL
GOOG-DOJ-13199952



Reasons for learning launch:
- buyer code changes could take months to be implemented, starting earlier gives us a better chance of learning about response

HIGHLY CONFIDENTIAL
GOOG-DOJ-13199953



Throttling implementation
- Based on AdX margin, where:
   Effective AdX margin = 1 - (pub payout / post GDN revshare bid) … where "post GDN revshare bid" is the same as "AdX revenue"
   = AdX profit / AdX revenue
- Buyers throttled based on whether query will clear using DRS, then checking buyer throttling table for winning buyer
- Sellers throttled based on lookup of pub throttling state by query (query identifies pub)

Charges/ payouts
- Pub payout stays the same
- if DRS used (bid is in dynamic region), buyer pays bid

HIGHLY CONFIDENTIAL				GOOG-DOJ-13199954



- value clamped is truncated first price

-

-
-- AdX profit calculated based on sell-side rev share only.  Equal to Google profit for RTB buyers.
-- Might see negative overall profit while Bernanke adapts

launches contributing to
1) bug fix in Bernanke, bug was exposed in experiment
2) change to allow GDN Bidding in dynamic region
3) DRS

HIGHLY CONFIDENTIAL
GOOG-DOJ-13199955