# EXHIBIT 74
# DOCUMENT UNDER SEAL