# EXHIBIT 78



# Overall Pub Yield With DRS(v2)

DRX: jimgiles@, whlin@, sgilpin@, maxl@
Research: renatoppl@, mirrokni@, nitish@

Confidential + Proprietary

HIGHLY CONFIDENTIAL
GOOG-DOJ-13235100

# Executive Summary

==DRS consistently makes publishers more money.==

Overall Impact:

- ==**+2.80%** lift in publisher revenue (including remnant)==
- ==**+4.17%** lift in publisher revenue (excluding remnant)==
- **+3.54%** lift in Google (AdX) revenue
- **+1.82%** lift in Google (AdX) profit (net revenue)

Google                                                                                                 Confidential + Proprietary

HIGHLY CONFIDENTIAL                                                                                  GOOG-DOJ-13235101

## Calculating Publisher Revenue

Publisher Revenue = **AdX Revenue + Third-party Network Revenue**

Third-party Network revenue = Sum(remnant_cpms) on queries unmatched by AdX, but served by remnant.

Do NOT count Standard + Sponsorship revenue: These Line Items are delivered in full by both Control + DRS up to contract, so no revenue impact.

Overall Impact of DRS: **+ 2.80%** publisher revenue increase.

Google                                                                                     Confidential + Proprietary

HIGHLY CONFIDENTIAL                                                                  GOOG-DOJ-13235103