# EXHIBIT 82

## DOCUMENT UNDER SEAL