# EXHIBIT 83
# REDACTED

# gTrade Team Background

- gTrade team created Q2'13 to optimize GDN bidding on exchanges (AdX, AWBID, ...)
  - Team: [redacted]
  - Other contributors: [redacted]

- Prior work on AdX
  - Bid capping to prevent clawback (launched)
  - Dynamic revshare + throttling (launched)
  - pCTR model for revenue/payout calibration (launched, adding features)

- Current work (this presentation)
  - Improving AdX match rate (currently ~[redacted])
  - Increasing GDN profit on AdX pubs
  - Increasing AdX publisher revenue

HIGHLY CONFIDENTIAL	GOOG-DOJ-13625417

# Profit Optimization Outline

- Main Idea of "Project Bernanke"
- Simulation
- Publisher Considerations
- Advertiser Considerations
- Legal Considerations
- Current Status
- Future Considerations

HIGHLY CONFIDENTIAL

GOOG-DOJ-13625418



# GDN on AdX Profit Optimization (Project Bernanke)

Goal: Max GDN profit while maintaining second price auction + 14% margin
(Revisit these constraints in later discussion slide)

3 key observations of current system:

- █████████████████████████████
  - ███████████████████████████████
  - █████████████████████████████████
███████████████████████████████████████
██████████████████████
  - ██████████████████████████
  - ████████████████████████████
██████████████████████████████████

Proposal:
- Increase first bid (CAT2 winner) & decrease second bid to AdX (next slide)
  - Spends the budget unconstrained $ on unmatched + lost queries
- Does not change pCTR, CAT2 auction, advertiser costs

HIGHLY CONFIDENTIAL                                                                                          GOOG-DOJ-13625419

# Simple Example

## Current bidding strategy: 14% margin on each query

| Bucket | AdWords Revenue | GDN Share | AdX + Pub Share |
|---|---|---|---|
| GDN wins | $100 | $14 | $86 |
| GDN loses | $X (all unspent) | $0 | $0 |
| Total | $100 | $14 | $86 |

## Proposed bidding strategy: 14% margin over all queries

| Bucket | AdWords Revenue | GDN Share | AdX + Pub Share |
|---|---|---|---|
| GDN was winning + drop 2nd bid | $100 | $57 | $43 |
| GDN previously lost + raise 1st bid | $X (spend $20) | -$40.2 | $60.2 |
| Total | $120 | $16.8 (=14%) | $103.2 (=86%) |

HIGHLY CONFIDENTIAL
GOOG-DOJ-13625420



HIGHLY CONFIDENTIAL    GOOG-DOJ-13625421

# Publisher Considerations

- 14% margin across all pubs or per pub?
    - We suggest per pub
    - Ensures "fair" payout to each pub
        - $100 revenue on Pub k, should pay $86 to Pub k + AdX

- How do publishers view & care about performance?
    - Consider boosting pub revenue 35%:

| Ad Slot | Before: Rev, Match Queries, RPM | After: Rev, Match Queries, RPM | Observed Effect |
|---|---|---|---|
| 1 | $100, 100k, $1.00 | $50, 100k, $0.50 | RPM -50%, Match Q +0% |
| 2 | $100, 100k, $1.00 | $220, 200k, $1.10 | RPM +10%, Match Q +100% |
| Total | $200, 200k, $1.00 | $270, 300k, $0.90 | RPM -10%, Rev +35%, Match Q +50% |

- (Note RPM = revenue / 1000 **matched** queries)
- Would revenue, traffic, RPM shifts across adslots cause problems?
- Revenue vs RPM tradeoff (next slide)

HIGHLY CONFIDENTIAL
GOOG-DOJ-13625422

# Potential Issue on Some Pubs



- All points on this curve have "fair" publisher payout
- Where to operate? Any reason for < max revenue?
- Could low RPM hurt Google long-term if
  - Pub moves AdX backfill lower in priority vs other exchanges/networks
  - Motivates pub moving to another exchange
  - Impacts yield managers

HIGHLY CONFIDENTIAL                                                                                                       GOOG-DOJ-13625423

## Advertiser Considerations

- 14% per advertiser or across all advertisers?
    - [redacted]
    - Gives more flexibility in optimization

- Don't increase bids for budget constrained advertisers

- Short term performance (before AdX buyers adapt)
    - Queries GDN was already winning
        - GDN still wins these queries
        - Advertiser cost unchanged, based on second price auction
        - CPD is unchanged
    - Queries GDN wins because of increased bids
        - Advertiser pays first price (same as dynamic revshare)
        - Only budget unconstrained advertisers will win these queries
        - CPD may be +ve or -ve depending on the new inventory

HIGHLY CONFIDENTIAL                                                                                              GOOG-DOJ-13625424

# Redacted - Privilege

HIGHLY CONFIDENTIAL
GOOG-DOJ-13625425

## Current Status

Q2 2013
- Get approval from GDN directors, [redacted]
- Discussions with AdX Eng + PM for insights
- Finalize simulations and profit optimization design
- Proof-of-concept experiments

Q3 2013
- Coding
- Lot of experiments, perhaps whitelist of pubs
- Launch and iterate...

HIGHLY CONFIDENTIAL

GOOG-DOJ-13625426

# Future Considerations

Based on discussions with ▓▓▓▓ and others.

Ecosystem Inefficiencies
- Why are pubs setting high reserve prices, leading to the unmatched queries? What makes other exchanges more attractive than AdX?
- Why do advertisers have unspent budget, and they don't simply raise their bids? What makes other DSPs more attractive than GDN?

"Co-Opetition"
- "Growing the pie" should lead to better outcomes for all parties
- We are bringing new unspent ad budget into the ecosystem
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

HIGHLY CONFIDENTIAL
GOOG-DOJ-13625427

# Appendix

More background
Some initial optimization schemes

HIGHLY CONFIDENTIAL

GOOG-DOJ-13625428

# "Fair" Publisher Payout

- Want GDN to pay "fair" share to AdX (no arbitrage)

- Makes sense only if **aggregated across queries**
  - GDN pays AdX pubs per every query (CPM)
  - GDN only earns CPC on some queries

- Need to define a suitable domain for aggregation, e.g.
  - [web property x week]
  - [ad slot x hour]
  - [web property x $1000 revenue]

- Fairness (v1): Over the chosen domain, ensure
  - (GDN payout to exchange) / (GDN revenue) >= 0.86

HIGHLY CONFIDENTIAL
GOOG-DOJ-13625429



HIGHLY CONFIDENTIAL  GOOG-DOJ-13625430



HIGHLY CONFIDENTIAL GOOG-DOJ-13625431



HIGHLY CONFIDENTIAL                                                                  GOOG-DOJ-13625432



HIGHLY CONFIDENTIAL

GOOG-DOJ-13625433

# Appendix II

Related docs
[GDN bidding on AdX](#) (AC Privileged)
[Thoughts on Second Bid](#)
[AdSense vs AdX](#)
[Dynamic Rev Share](#)
[eCPM capping](#)
[Impact of artificial pCTR reduction](#)

HIGHLY CONFIDENTIAL							GOOG-DOJ-13625434