# EXHIBIT 84
# DOCUMENT UNDER SEAL