# EXHIBIT 86

# DOCUMENT UNDER SEAL