# EXHIBIT 87

# REDACTED

Message

| | |
|---|---|
| **From:** | launch@google.com [launch@google.com] |
| **Sent:** | 10/18/2013 8:00:03 AM |
| **To:** | woojink@google.com |
| **CC:** | launchlog@google.com |
| **Subject:** | [Launch 106307] gTrade: Project Bernanke |

REMINDER - Launch date overdue.

**Your role as <u>woojink</u>:** PA Lead approver

**Link:** https://ariane.googleplex.com/launch/106307

## Launch information:

| | |
|---|---|
| Launch ID | 106307 |
| Name | **gTrade: Project Bernanke** |
| Calendars | Ads & Comm (Display): <u>Display Ads - Ads Quality</u> |
| | Ads & Comm (Display): <u>Display Ads - GDN</u> |
| Launch Date | **2013-10-16** |
| Status | **Current** |
| Description | Original Dynamic Revshare launch was designed to reduce GDN buyside margin in AdX auctions from 14% down to potentially ▉ to win more auctions. With this project, we are doing a little quantitative easing on the AdX, a la Bernanke: ████████████████████ ████████████████████████████████████████ ████████████████. |

It is the gTrade team's intention to balance the increases to top bid and decreases to second bid to average the GDN buyside revshare to 14% over some time window for each publisher.

==This is net-positive for GDN, GDN's advertisers, and publishers. GDN wins more auctions and generates more revenue at the same average 14% revshare; GDN's advertisers win more auctions and get greater click/conversion volume; and AdX publishers enjoy higher match rate and revenue.==

| | |
|---|---|
| Creator | <u>woojink</u> |

## Approvers:

| **Ads & Comm (Display): Display Ads - Ads Quality** | **Status** | **Owners** |
|---|---|---|
| PA Lead | In Progress | <u>nmohan</u>, <u>woojink</u> |
| Eng | In Progress | ▉ |
| PM | In Progress | |
| Eng | Approved | |
| PM | Approved | |
| Latency | FYI | |
| Legal | Approved | ████████ |
| Logs | FYI | |
| Privacy (Display) | Approved | <u>pwg-display-approvers</u> |
| UI | FYI | |

| | | |
|---|---|---|
| Security | FYI | |
| Policy Team | FYI | publisher-policy-dev |

## Launch Attributes:

**Global attributes**

| | |
|---|---|
| PM | woojink |
| TL | aloka, |



                                                                                 GOOG-DOJ-14952788



**Display Ads - GDN attributes**



Recipients: <u>aloka</u>, ███, <u>nirmaljayaram</u>, ███, <u>woojink</u>

HIGHLY CONFIDENTIAL