# EXHIBIT 88

# DOCUMENT UNDER SEAL