# EXHIBIT 89

# DOCUMENT UNDER SEAL