# EXHIBIT 90

# DOCUMENT UNDER SEAL