# EXHIBIT 91

# DOCUMENT UNDER SEAL