# EXHIBIT 92
# DOCUMENT UNDER SEAL