# EXHIBIT 93

# DOCUMENT UNDER SEAL