# EXHIBIT 95
# REDACTED

Message

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | 9/7/2019 12:47:08 AM |
| To: | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Subject: | UPCOMING LAUNCH - Please review: [Launch 304002] Bid Data Transfer file changes for 1st Price Auction |

REMINDER - This launch will go live on 2019-09-10.
**Please review this launch.**
**Your role as** ▓▓▓▓ Eng approver
**Link:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## Launch information:

| | |
|---|---|
| Launch ID | ▓▓▓▓▓ |
| Name | **Bid Data Transfer file changes for 1st Price Auction** |
| Calendars | Ads & Comm (Display): Display Ads - Publisher Platform - DRX |
| Launch Date | **2019-09-10** |
| Status | **Current** |
| Description | With the launch of the 1st price auction in Ad Manager, we will be making the Bids DT file generally available. At the same time, we need to make changes to the Bid DT file to comply with our contract with ▓▓▓▓▓, as well as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.<br><br>==Our contract with ▓▓▓▓▓ disallows ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ user-identifiable information.== Our DFP DataTransfer product includes a Bids file that can intentionally be joined with the other DT files, and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.<br><br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. |
| Creator | ▓▓▓▓▓ |

## Approvers:

| Ads & Comm (Display): Display Ads - Publisher Platform - DRX | Status | Owners |
|---|---|---|
| PA Lead | Pending Review | ▓▓▓▓▓▓▓▓ |
| Eng | Pending Review | ▓▓▓▓▓▓▓▓▓▓▓ |
| Legal | Pending Review | ▓▓▓ |
| Logs | FYI | ▓▓▓▓▓▓▓▓ |

| | | |
|---|---|---|
| Privacy | Approved | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| Latency | FYI | |
| UI | FYI | ▮▮▮▮▮ |
| Security | Approved | ▮▮▮ |
| Policy Team | FYI | ▮▮▮▮▮ |
| Resources | FYI | ▮▮▮▮▮ |

## Launch Attributes:

**Global attributes**
PRD
Privacy Design Document
Privacy Trivial Launch                   No
Privacy Trivial Justification
Privacy Master Tracking Bug

**Display Ads - Publisher Platform - DRX attributes**
PM
TL
UI mockups
Privacy Diagnostic
Impact                                   Minor
Launch Stage                             Full Launch
L-Team                                   No
Display Privacy Review required?         Yes
Number of marketing promotions
Patent review                            false
Comms Docs
Product Group                            DFP Premium
User Controls Certification (go/uc-cert) I certify
Betabot link
Help center article
Resources Request Link                   N/A
Impacts Apps Network Inventory

**Logs attributes**
Logs Ticket Link

**Latency attributes**
Latency data

Recipients: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮