# EXHIBIT 96

**Why Google Ad Manager does not participate in header bidding**
While header bidding offers certain benefits to publishers and advertisers, we've found that this kind of bidding can cause problems for users, publishers and advertisers.

1. **Header Bidding technologies slow down users and advertisers.** Header bidding can sap battery life and data usage and add up to 2 seconds or more of delay before content loads on a website. This worsens the user experience and can reduce the length of time an ad is shown on screen, which can lower advertising performance, especially ad viewability. Google does not support solutions that can create poor user experiences and worse outcomes for publishers.

2. **Header Bidding can compromise user trust and privacy.** Not all technology companies treat data with the same level of privacy and security that Google is committed to providing. Google can not guarantee that data collected by header bidding tags is adequately protected.

3. **Header Bidding can create billing discrepancies for publishers.** Because header bidding transactions are recorded at different steps in the auction process, it is very difficult for a publisher to check if a sell-side platform participating in header bidding is paying the price they submit to the header bidding auction. This means for every non-verified bid, the publisher may not get paid, losing inventory and revenue.

**Google created Open Bidding as a better alternative to header bidding**
Open bidding is Google's solution to allow publishers to sell all their ad space to their trusted third-party publisher platforms in real-time.

1. **Open Bidding is fast**
   Open Bidding collects the best prices available from third-party publisher platforms in real-time while minimizing the page load time for users. While Ad Manager has added extra time to our auction process to allow Open Bidding exchanges to submit their bids—it's still up to 30x faster compared to up to 2 seconds or more of delay that header bidding adds.

2. **Open Bidding is designed with security in mind**
   Open Bidding is subject to the same data protections and security of other Google ad products.

3. **Open Bidding provides accurate billing for all partners**
   Because Google records and collects payment for all ads bought and shown using Open Bidding, it eliminates billing discrepancies for our partners. Publishers can see which platform bought ads and how much they paid.

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00621267

Combined intro:

**Google created Open Bidding as a better alternative to header bidding**
While header bidding offers certain benefits to publishers and advertisers, we've found problems with this approach. Ad Manager allows publishers to use it, but does not participate in header bidding. Open bidding, our solution, addresses these problems by allowing publishers to sell all their ad space to their trusted third-party publisher platforms in real-time.

HIGHLY CONFIDENTIAL						GOOG-DOJ-AT-00621268

Cutting Room floor

Alt:

**Google enables header bidding—but doesn't participate in it**
Header bidding offers certain benefits to publishers and advertisers, but we've found problems with this approach and do not participate in header bidding. As a solution, we've created Open bidding. Open bidding addresses these problems by allowing publishers to sell all their ad space to their trusted third-party publisher platforms in real-time.

**Google enables header bidding—but doesn't participate in it**
Header bidding offers certain benefits to publishers and advertisers, but we've found problems with this approach and do not participate. Instead, we've created Open bidding. This approach allows publishers to sell all their ad space to their trusted third-party publisher platforms in real-time, and improves on all the issues we've found with header bidding.

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-00621269