# EXHIBIT 97





Survey results from IAB interviews show current split in implementations as (not published yet)
Direct – 34%
Container/wrapper – 55%
Server to server – 11%

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01027944



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01027946