# EXHIBIT 98

# DOCUMENT UNDER SEAL