# EXHIBIT 100
# REDACTED





HIGHLY CONFIDENTIAL                                                                                                    GOOG-DOJ-AT-01811247