IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § | |

**DEFENDANT GOOGLE LLC'S REDACTED FILING OF ITS
MOTION TO EXCLUDE EXPERT TESTIMONY (ECF 668)**

Pursuant to the Court's November 21, 2024 Order (ECF No. 685), Defendant Google LLC ("Google") respectfully submits a redacted version of its Motion to Exclude Expert Testimony (ECF No. 668) and Declaration of M. Davis in Support of Google's Motion to Exclude Expert Testimony, with all attached exhibits (ECF No. 668-1), which were filed under seal on November 18, 2024.

Dated: December 9, 2024

Respectfully submitted,

G IBBS & B RUNS LLP

*/s/ Michael Davis*
Kathy D. Patrick
Texas Bar No. 15581400
KPatrick@gibbsbruns.com
Robin C. Gibbs
Texas Bar No. 07853000
RGibbs@gibbsbruns.com
Michael Davis
Texas Bar No. 24109793
mdavis@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805

Fax: (713) 750-0903

Eric Mahr (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street,
NW 10th Floor
Washington, DC
20005
Telephone: (202) 777-4545
Email:
eric.mahr@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Michael Davis*
Michael Davis