# EXHIBIT 18
# [FILED UNDER SEAL]



# Beyond Bernanke

gTrade
Aug 17, 2015



**ATTORNEY CLIENT PRIVILEGED**

EXHIBIT 5

GOOG-DOJ-28385887

# Presentation Overview

- Bemanke Background

- Bemanke Issues

- Beyond Bernanke

CONFIDENTIAL

GOOG-DOJ-28385888

# Pre-Bernanke



- Before DRS (2012)
  - Submit top two CAT2 bids to the AdX auction after deducting GDN buy-side margin of 15%
  - Lose auctions above 0.85 * CAT2 1st bid

CONFIDENTIAL

GOOG-DOJ-28385889

# Pre-Bernanke



- Before DRS (2012)
  - Submit top two CAT2 bids to the AdX auction after deducting GDN buy-side margin of 15%
  - Lose auctions above 0.85 * CAT2 1st bid

- DRS (early 2013)
  - Do not deduct GDN margin off the top bid
  - Win new auctions clearing between [0.85, 1.00] * top bid
  - Profit increases; profit margin drops slightly to ~14.x%

CONFIDENTIAL

GOOG-DOJ-28385890

# Pre-Bernanke



- Before DRS (2012)
  - Submit top two CAT2 bids to the AdX auction after deducting GDN buy-side margin of 15%
  - Lose auctions above 0.85 * CAT2 1st bid

- DRS (early 2013)
  - Do not deduct GDN margin off the top bid
  - Win new auctions clearing between [0.85, 1.00] * top bid
  - Profit increases; profit margin drops slightly to ~14.x%

- In all cases, advertiser is charged
  - min(CAT2 1st bid, max(AdX Clearing / 0.85, CAT2 2nd bid))

GOOG-DOJ-28385891

# Bernanke (late 2013)



- **Main insight**

DRS: Target (up to) 15% margin per query



Bernanke: Target 15% margin per (query segment) x (time period)

- Typical segments: {web property x sub web property x mobile}
- Typical time period: 1 day

CONFIDENTIAL

# Bernanke (late 2013)



- Bernanke solves this optimization problem:

**Maximize**
Buy-side revenue (RPM * Queries) per day

**By Calculating**
Bid multipliers on 1st and 2nd bid submitted to AdX auction
per inventory segment (wp x swp x mobile)

**Subject to constraints:**
Same advertiser auction ranking and charging as DRS
Buy-side margin 15% per segment x day

GOOG-DOJ-28385893

# Global Bernanke (mid-2015) 

- Global Bernanke solves slightly modified optimization problem:

**Maximize**
Buy-side value (RPM * CPD * Queries) per day

**By Calculating**
Bid multipliers on 1st and 2nd bid submitted to AdX auction per inventory segment (wp x swp x mobile)

**Subject to constraints:**
Same advertiser auction ranking and charging as DRS
Min and max buy-side margin per segment x day
Overall AdX buy-side margin of 15% on mobile, desktop

CONFIDENTIAL



Global bernanke just launched; may update image with more data...

CONFIDENTIAL

GOOG-DOJ-28385895

# Issue 1: Margin Constraint



- First bid multiplier > 1.0 is artifact of self-imposed 15% margin

- ████████████████

- GDN deliberately loses money on billions of queries / day, primarily to subsidize publishers and drive down margin ██████ -> 15%

CONFIDENTIAL

## Issue 2: Advertiser Cost



- Bernanke (and DRS) have a first-pricing region where query is subsidized and advertiser cost increases with bid





GOOG-DOJ-28385897

# Issue 2: Advertiser Cost



- Bernanke (and DRS) have a first-pricing region where query is subsidized and advertiser cost increases with bid
  - ○ 100% of incremental Bernanke inventory is first priced
  - ○ MH-CPD is ███ worse (no auction discount)
  - ○ "Smart" auto-bidding frameworks like conversion optimizer (█████████) have incentive to reduce bids to exploit subsidy




CONFIDENTIAL

GOOG-DOJ-28385898

# Issue 3: Sell-side Constraints   Google

- Sell-side constraints (max margin per pub) in a buy-side algorithm makes innovation slower/harder on both sides

- Buy-side changes hard to launch without sell-side approval, concerns about "sensitive" publishers

- Sell-side projects like RPO have strange interactions with Bernanke, causing experiment issues and pushback at launch

CONFIDENTIAL

# Issue 4: Limited Future Gains  Google

- After 2 years of improvements, unlikely to extract much more gains

- Main knob is keep increasing max margin allowed per segment
  - ███████████████████████
  - Some publishers must have big payout loss to achieve this

- Some potential launches may even decrease revenue, such as opting conversion optimizer traffic out of Bernanke

CONFIDENTIAL

# Beyond Bernanke



Suppose
- Goal: GDN wants to maximize **profit**
- Constraint: Charge advertisers based only on competition
- Assume: AdX runs clean second price auction with single call with reserve price

CONFIDENTIAL

GOOG-DOJ-28385901

# Beyond Bernanke



Suppose
- Goal: GDN wants to maximize **profit**
- Constraint: Charge advertisers based only on competition
- Assume: AdX runs clean second price auction with single call with reserve price

- Mechanism:
  - Submit to AdX: CAT2 first bid, no second bid
  - Charge max(CAT2 second bid, AdX clearing price)

CONFIDENTIAL

GOOG-DOJ-28385902

# Beyond Bernanke



Suppose

- Goal: GDN wants to maximize **profit**
- Constraint: Charge advertisers based only on competition
- Assume: AdX runs clean second price auction with single call with reserve price

- Mechanism:
  - Submit to AdX: CAT2 first bid, no second bid
  - Charge max(CAT2 second bid, AdX clearing price)

- Advantages
  - Simple!
  - Market sets price; no first-pricing region or target margin
  - No more artificial subsidies to publisher
  - Decouples buy-side and sell-side

CONFIDENTIAL

# Transition Phase



- Want to avoid large publisher payout drop

- Initially GDN continues submitting two bids
  - GDN1 = CAT2 1st bid
  - GDN2 = f(Query features)

- Experiment with f() until payout is **close** to today's Bernanke payout to publishers.

- max(pub reserve, f()) becomes the new sell-side RPO for GDN

- Buy-side and sell-side are decoupled from that point onward

GOOG-DOJ-28385904

# Buy-side margin



- If buy-side margin too high
  - ○ Re-invest the money for maximum benefit to advertisers
    - ■ Buy more inventory for strategic customers ▇▇▇▇▇▇▇ regardless of publisher source
    - ■ Offer fixed CPA product, paying any bidding errors or auto-targeting exploration from this money
    - ■ Many other ways to spend $$$$...

CONFIDENTIAL

GOOG-DOJ-28385905

# Buy-side margin



- If buy-side margin too high
  - ○ Re-invest the money for maximum benefit to advertisers
    - ■ Buy more inventory for strategic customers, ▮▮▮▮▮▮ regardless of publisher source
    - ■ Offer fixed CPA product, paying any bidding errors or auto-targeting exploration from this money
    - ■ Many other ways to spend $$$$...

- If buy-side margin is too low
  - ○ Shift $ from advertiser to Google, reducing CPD and volume
    - ■ bid = (1-m) * CAT2 1st bid
    - ■ charge = max(Adx clearing price, CAT2 2nd bid) / (1-m)
    - ■ Set m for minimum margin, or to equalize CPD between AdX, AdSense

GOOG-DOJ-28385906

# Summary



- Bernanke maximized revenue given 15% margin constraint and same CAT2 auction ranking/pricing as DRS; highly successful, ███████████████

- Further Bernanke enhancements may not have big upside potential

- Bernanke has several issues with advertiser pricing, entangling buy-side / sell-side goals, and throwing away profit overpaying for lower-quality inventory

- A simpler bidding and pricing strategy may be achievable by developing a more effective publisher RPO

CONFIDENTIAL



~~Beyond Bernanke~~ Yellen?

gTrade
Aug 17, 2015



**ATTORNEY CLIENT PRIVILEGED**

CONFIDENTIAL