# EXHIBIT 20
# [FILED UNDER SEAL]

Message

| | |
|---|---|
| From: | [redacted] |
| on behalf of | [redacted].com] |
| Sent: | 11/2/2015 5:23:48 PM |
| To: | [redacted] |
| CC: | [redacted] |
| Subject: | [xfp-optimization-tech] Re: AdX Dynamic Price Notes 2015-10-30 - Halloween edition |

Nice update - silently making money :)
Thanks for the postmortem on the RPO issue.

[redacted] - one thing worth considering is what if we bankrolled lowering the reserves - chat with [redacted] to see if this can work for you.
Second what about device type (iPhone vs Android) as a feature to the model?
Is there a list of features we are actively considering?

On Sat, Oct 31, 2015 at 12:34 AM, [redacted] wrote:
bcc: drx-notes
go/adx-dynamic-price-notes

## 2015-10-30 Halloween update

We haven't sent out a status update on RPO in a while. Don't worry, we've been busy launching, making money for publishers and coming up with ways to make more. Here are some things we've been up to.

AdX Dynamic RPO V2 launched on October 5 (ariane/138211 and ariane/132012). The new RPO is increasing revenue from AdX buyers [redacted] generating a network-wide (adx+adsense pubs) revenue lift [redacted] the past week according to Rasta (link).

We managed to accidentally disable the cookie portion of RPO for a day, [redacted].
go/adspostmortem3120.

[redacted] is investigating revenue lift potential from allowing larger cookie models. [redacted].

[redacted] is investigating addition of new features. [redacted] looks vaguely promising.

[redacted] continues data analysis for the buyer impact study, and is starting to look into buyers who are systematically negatively impacted by RPO.

[redacted] wrote a paper on personalized reserve prices. We may look into applying some of those insights to improve the training pipeline.

[redacted] had conversations with the publisher experiments team on surfacing floor price lowering suggestions to pubs; design to be fleshed out.

CONFIDENTIAL

GOOG-AT-MDL-B-001114919



CONFIDENTIAL

GOOG-AT-MDL-B-001114920