# EXHIBIT 25
# [FILED UNDER SEAL]

# Google in EU antitrust inquiry

February 24, 2010: 6:36 AM ET

LONDON (CNNMoney.com) -- Google is being scrutinized by European antitrust officials, who have notified the Internet search giant that three companies have complained about its practices.

The European Commission is investigating complaints made by Ciao! from Bing, which is a unit of Microsoft (MSFT, Fortune 500); UK price comparison site Foundem; and French legal search engine ejustice.fr, Google said.

- Facebook
- Twitter
- Email
- Comment on this story
- Digg
- Buzz Up!
- Print

The three are arguing that the search firm suppresses the ranking of its competitors in search results.

"The Commission has not opened a formal investigation for the time being," according to a statement released by the executive arm of the European Union. "As is usual when the Commission receives complaints, it informed Google earlier this month and asked the company to comment on the allegations."

Google (GOOG, Fortune 500), which revealed the inquiry in a post on an official company blog early Wednesday, said that given its growth, it wasn't surprised its search and search advertising practices were being examined.

"This kind of scrutiny goes with the territory when you are a large company," senior competition counsel Julia Holtz said on the company's European Public Policy blog.

She said that Google will provide information on the complaints and said that the company is confident its business operates in line with European competition law.

Email    Print

**Xerox launches patent fight against Google, Yahoo**

First Published: February 24, 2010: 4:43 AM ET

## Right Now

- 7 things to know before the bell
- SoftBank and Toyota want driverless cars
- Aston Martin falls 5% in its London IPO



## Hot List

**Frontline troops push for solar energy**
The U.S. Marines are testing renewable energy technologies like solar to reduce costs and casualties associated with fossil fuels.
Play



**25 Best Places to find rich singles**
Looking for Mr. or Ms. Moneybags? Hunt down the perfect mate in these wealthy cities, which are brimming with unattached professionals.
More



**Fun festivals: Twins to mustard to pirates!**
You'll see double in Twinsburg, Ohio, and Ketchup lovers should beware in Middleton, WI. Here's some of the best and strangest town festivals.
Play

## Original Shows

**Key to NBA's success? Embracing tech** NBA Commissioner David Stern says the basketball league is looking to expand its use of technology to improve gameplay and increase its audience.
Play



**Unique Homes**
Selling Roy Rogers' former ranch With 67 acres of land and room for 150 horses, the former ranch of the 'King of the Cowboys' sold at auction for $640,000.
Play



**Help Desk**
Track testing tires to find the best Find out how TireRack tests and reviews tires and why choosing the right ones for your car is so important.
Play



All CNNMoney.com Original Shows

## Markets

| US Indexes | | Market Movers | |
|---|---|---|---|
| Index | Last | Change | % Change |
| Dow | 32,627.97 | -234.33 | -0.71% |
| Nasdaq | 13,215.24 | 99.07 | 0.76% |
| S&P 500 | 3,913.10 | -2.36 | -0.06% |
| Treasuries | 1.73 | 0.00 | 0.12% |

Data as of 6:29am ET

symbol  Go    Sponsored by

Sponsors

 Companies  Markets  Tech  Media    U.S. ▼

## Sections

### COMPANIES

**Toys 'R' Us brand may be brought back to life**
Bankrupt toy retailer tells bankruptcy court it is looking at possibly reviving the Toys 'R' Us and Babies 'R' Us brands. More

- JCPenney names Jill Soltau as its new CEO
- S&P downgrades debt-riddled GE and GE Capital

### ECONOMY

**Land O'Lakes CEO Beth Ford, from the cornfield to the C-suite**
Land O'Lakes CEO Beth Ford charts her career path, from her first job to becoming the first openly gay CEO at a Fortune 500 company in an interview with CNN's Boss Files. More

- Goldman Sachs slants research to help Democrats, top White House adviser says
- China says it will never use its currency as a weapon in the trade war

### TECHNOLOGY

**Honda teams up with GM on self-driving cars**
Honda and General Motors are creating a new generation of fully autonomous vehicles. More

- The Internet industry is suing California over its net neutrality law
- Bumble to expand to India with the help of actress Priyanka Chopra

### SMALL BUSINESS

**South Africa's first black female winemaker ready to go it alone**
In 1998, Ntsiki Biyela won a scholarship to study wine making. Now she's about to launch her own brand. More

- Want to clean up India? Turn trash into free Wi-Fi
- Drones, robots, DIY toys shine at Toy Fair

### PERSONAL FINANCE

**How can I protect my investments from inflation?**
Whether you hedge inflation or look for a return that outpaces inflation, here's how to prepare. More

- How to catch up on retirement savings in your 50s
- How do you know you're really ready to retire early?



Contact Us

Closed Captioning

Site Map

    

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: Â© 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc. 2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Â© S&P Dow Jones Indices LLC 2018 and/or its affiliates.

© 2021 Cable News Network. A WarnerMedia Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy.