# EXHIBIT 26
# [FILED UNDER SEAL]

Advertisement



Latest
Security
Startups
AI
Venture
Apps
Apple

Sign In

Events
Podcasts
Newsletters

# EU Opens Antitrust Investigation Into Google. Microsoft's Fingerprints Are Everywhere.

MG Siegler    4:50 PM PST · February 23, 2010

The European Union has opened an antitrust investigation into Google to look into claims made by three European-based Internet companies. Not surprisingly, this key part of the investigation is said to be about search, which is dominated by Google is most of the EU markets. The Telegraph and WSJ have more details.

It's important to note that this probe is just a preliminary one, and nothing may come of it. But at least three companies have filed complaints against Google — and notably, one of them is owned by Microsoft. And another one is a member of a group that is partially funded by Microsoft.



Advertisement

This is, of course, quite interesting since Microsoft has famously been involved in antitrust investigations for over a decade now in Europe (and previously, of course, the U.S. too). In fact, this whole browser ballot thing is a result of the ongoing EU attempt to make sure Microsoft is playing fairly.

Ciao (which is now called Ciao Bing) is the Microsoft-owned German shopping site making one of the complaints. Microsoft purchased them in 2008 for nearly $500 million. The others are Foundem, a UK-based shopping site, and EJustice.fr, a French site that does legal search inquiries. All three are claiming that Google's search dominance is hurting their businesses. And Foundem is claiming that Google has placed a "search penalty" on its site, which has crippled it.

Something else interesting, as The Telegraph notes, "*Foundem is a member of ICOMP, an internet pressure group which receives funding from Microsoft.*"

This could get ugly.

**Update:** Here's a post on Google's Public Policy Blog. Not surprisingly, Google makes quick note of both Ciao and Foundem's ties to Microsoft.

**StrictlyVC San Francisco**

**Mix and mingle with other investors and founders, and hear insights from top-tier VCs**

**San Francisco** | December 4

REGISTER NOW

Here's a few key excerpts:

The European Commission has notified us that it has received complaints from three companies: a UK price comparison site, Foundem, a French legal search engine called ejustice.fr, and Microsoft's Ciao! from Bing. While we will be providing feedback and additional information on these complaints, we are confident that our business operates in the interests of users and partners, as well as in line with European competition law.

Given that these complaints will generate interest in the media, we wanted to provide some background to them. First, search. Foundem – a member of an organisation called ICOMP which is funded partly by Microsoft – argues that our algorithms demote their site in our results because they are a vertical search engine and so a direct competitor to Google. ejustice.fr's complaint seems to echo these concerns.

Advertisement

And:

We understand how important rankings can be to websites, especially commercial ones, because a higher ranking typically drives higher volumes of traffic. We are also the first to admit that our search is not

perfect, but it's a very hard computer science problem to crack. Imagine having to rank the 272 million possible results for a popular query like the iPod on a 14 by 12 screen computer screen in just a few milliseconds. It's a challenge we face millions of times each day.

And:

Regarding Ciao!, they were a long-time AdSense partner of Google's, with whom we always had a good relationship. However, after Microsoft acquired Ciao! in 2008 (renaming it Ciao! from Bing) we started receiving complaints about our standard terms and conditions. They initially took their case to the German competition authority, but it now has been transferred to Brussels.

Though each case raises slightly different issues, the question they ultimately pose is whether Google is doing anything to choke off competition or hurt our users and partners. This is not the case. We always try to listen carefully if someone has a real concern and we work hard to put our users' interests first and to compete fair and square in the market. We believe our business practices reflect those commitments.

[photo: flickr/fazen]

Topics:   european union   Google   Microsoft   TC

Advertisement

**StrictlyVC**

December 4  |  San Francisco

Join fellow investors & founders in exclusive VC talk with some of the top VC leaders. Limited space.

11/17/24, 10:48 PM    EU Opens Antitrust Investigation Into Google. Microsoft's Fingerprints Are Everywhere | TechCrunch

Case 4:20-cv-00957-SDJ    Document 699-28    Filed 12/09/24    Page 6 of 9 PageID #: 35450

Register Now

## Most Popular 

Jake Paul vs Mike Tyson fight shows Netflix still struggles with live events

Disgruntled X users make the switch to Bluesky

Best gifts for frequent travelers

SpaceX Starship: Everything you've ever wondered but were afraid to ask

What is Bluesky? Everything to know about the X competitor

NSO Group admits cutting off 10 customers because they abused its Pegasus spyware, say unsealed court documents

A comprehensive list of 2024 tech layoffs





### MG Siegler
General Partner
@mgsiegler

M.G. Siegler is a general partner at Google Ventures, where he primarily focuses on early-stage investments. He has been deeply involved in the startup space since 2005, first as a web developer, then as a writer, and most…

View Bio →

## Newsletters    See More ↗

Subscribe for the industry's biggest tech news

**TechCrunch Daily News** ○
Every weekday and Sunday, you can get the best of TechCrunch's coverage.

**TechCrunch AI** ○
TechCrunch's AI experts cover the latest news in the fast-moving field.

**TechCrunch Space** ○
Every Monday, gets you up to speed on the latest advances in aerospace.

**Startups Weekly** ○
Startups are the core of TechCrunch, so get our best coverage delivered weekly.

No newsletters selected.

Email address

By submitting your email, you agree to our Terms and Privacy Notice.

Subscribe

# Related



AI

### A popular technique to make AI more efficient has drawbacks

Kyle Wiggers

2 hours ago



HARDWARE

### The best tech for plant lovers

Brian Heater

3 hours ago



AI

### Musk's amended lawsuit against OpenAI names Microsoft as defendant

Kyle Wiggers

3 days ago

# Latest in TC   See More



AI

### OpenAI's tumultuous early years revealed in emails from Musk, Altman, and others

Devin Coldewey

2 days ago



IN BRIEF

### This 'AI Granny' hack wastes telephone scammers' time with boring chit-chat

Paul Sawers

2 days ago



ENTERPRISE

### Heroku CEO Bob Wise departs

Kyle Wiggers

3 days ago

Advertisement

- TechCrunch
- Staff
- Contact Us
- Advertise
- Crunchboard Jobs
- Site Map
- Terms of Service
- Privacy Policy
- RSS Terms of Use
- Your Privacy Choices
- Code of Conduct
- About Our Ads
- Bluesky Surge
- Cybertruck Recall
- Hot Topic Data Breach
- Amazon Takes On Temu
- Klarna IPO
- Tech Layoffs
- ChatGPT

© 2024 Yahoo.

11/17/24, 10:48 PM  EU Opens Antitrust Investigation Into Google. Microsoft's Fingerprints Are Everywhere. | TechCrunch

https://techcrunch.com/2010/02/23/eu-antitrust-google-microsoft/  8/8