# EXHIBIT 45
# [FILED UNDER SEAL]

```
                                                         Page 1

 1
 2    IN THE UNITED STATES DISTRICT COURT
 3    FOR THE EASTERN DISTRICT OF TEXAS
 4    SHERMAN DIVISION
 5    ------------------------------------x
 6    THE STATE OF TEXAS, et al.,
 7                      Plaintiffs,
 8       -against-         Civil Action No.
                           4:20-cv-00957-SDJ
 9    GOOGLE LLC,
10                      Defendant.
11    ------------------------------------x
12            HIGHLY CONFIDENTIAL
13        REMOTE VIDEOTAPED DEPOSITION OF
                    ██████████
14            New York, New York
                 May 2, 2024
15
16
17    Reported By:
18    ERIC J. FINZ
19
20
21
22
23
24
25       Job No. CS6670189
```



16 (Pages 58 - 61)

```
                                              Page 142
 1          [REDACTED] - HIGHLY CONFIDENTIAL
 2            CONTINUED EXAMINATION
 3            BY MR. CHANG:
 4       Q.  [REDACTED]
         [REDACTED]
         [REDACTED]
 7       A.  [REDACTED]
 8       Q.  [REDACTED]
         [REDACTED]
10       A.  [REDACTED]
11            MR. CHANG:  No further
12       questions.
13            MS. CASTLE:  Thank you.  We'll
14       review and sign.
15            THE VIDEOGRAPHER:  Off the
16       record at 2:41 p.m. EDT.  This
17       concludes the testimony given by
18       [REDACTED].  The total number of
19       media used was six, and will be
20       retained by Veritext.
21            (Time noted:  2:41 p.m.)
22
23
24
25
```

```
                                              Page 143
 1      CORNER - HIGHLY CONFIDENTIAL
 2  STATE OF _____  )
 3            ss:
 4  COUNTY OF _____  )
 5
 6     I, [REDACTED], the witness herein,
 7  having read the foregoing testimony of
 8  the pages of this deposition, do hereby
 9  certify it to be a true and correct
10  transcript, subject to the corrections,
11  if any, shown on the attached page.
12
13
14
15           [REDACTED]
16
17  Subscribed and sworn to before me
18
19  This _____ day of _____, 2024.
20
21
22
23  _____
24      Notary Public
25  Job No. CS6670189
```

```
                                              Page 144
 1          [REDACTED] - HIGHLY CONFIDENTIAL
 2          C E R T I F I C A T E
 3  STATE OF NEW YORK   )
                        : ss.
 4  COUNTY OF NEW YORK  )
 5
 6     I, ERIC J. FINZ, a Shorthand
 7  Reporter and Notary Public within and for
 8  the State of New York, do hereby certify:
 9     That [REDACTED], the witness whose
10  deposition is hereinbefore set forth, was
11  duly sworn by me and that such deposition
12  is a true record of the testimony given
13  by the witness.
14     I further certify that I am not
15  related to any of the parties to this
16  action by blood or marriage, and that I
17  am in no way interested in the outcome of
18  this matter.
19     IN WITNESS WHEREOF, I have hereunto
20  set my hand this 2nd day of May, 2024.
21
22
23          <%16975,Signature%>
24          ERIC J. FINZ
25
```

```
                                              Page 145
 1          [REDACTED] - HIGHLY CONFIDENTIAL
 2            E X H I B I T S
 3  DESCRIPTION                       PAGE
 4  (Amex Exhibit 1 for                 8
 5  identification, notice of
 6  deposition.)
 7  (Amex Exhibit 2 for                 9
 8  identification, non-party
 9  American Express, Inc.'s
10  Responses and Objections to
11  Defendant's Subpoena to Testify
12  At a Deposition in a Civil
13  Action.)
14  (Amex Exhibit 3 for                24
15  identification, document headed
16  [REDACTED]
17  production numbers AMEX_DOJ 197
18  through AMEX_DOJ 251.)
19  (Amex Exhibit 4 for                43
20  identification, email dated
21  December 7, 2021, production
22  numbers AMEX_DOJ_000001 through
23  AMEX_DOJ_000018.)
24
25
```

Page 146

1  [REDACTED] - HIGHLY CONFIDENTIAL
2  E X H I B I T S (Continued)
3  DESCRIPTION                              PAGE
4  (Amex Exhibit 5 for                      68
5  identification, document headed
6  [REDACTED]
7
8
9  AMEX_DOJ_000252 through
10 AMEX_DOJ_000266.)
11 (Amex Exhibit 6 for                      78
12 identification, document headed
13 [REDACTED]
14 [REDACTED] production
15 numbers AMEX_GOOGLE 000074
16 through AMEX_GOOGLE 000089.)
17 (Amex Exhibit 7 for                      102
18 identification, computer
19 printout, production numbers
20 AMEX_GOOGLE 91.)
21
22
23
24
25

Page 147

1  [REDACTED] - HIGHLY CONFIDENTIAL
2  REQUESTS FOR DOCUMENTS AND/OR
3      INFORMATION
4                       PAGE
5  (Request for production.)    86
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 148

1  [REDACTED] - HIGHLY CONFIDENTIAL
2      ERRATA
3  I wish to make the following changes for
4  the following reasons:
5  PAGE LINE
6  ____ ____ CHANGE _____
         REASON:_____
7
         ____ CHANGE _____
8        REASON:_____
9  ____ ____ CHANGE _____
         REASON:_____
10
         ____ CHANGE _____
11       REASON:_____
12 ____ ____ CHANGE _____
         REASON:_____
13
         ____ CHANGE _____
14       REASON:_____
15 ____ ____ CHANGE _____
         REASON:_____
16
         ____ CHANGE _____
17       REASON:_____
18 ____ ____ CHANGE _____
         REASON:_____
19
         ____ CHANGE _____
20       REASON:_____
21
    _____
22  [REDACTED]
    Subscribed and sworn to before me
23  this _____ day of _____, 2024.
24
25  _____
    Job No. CS6670189

Page 149

1  NICOLE L. CASTLE, ESQ.
   [REDACTED]
3        May 2, 2024
4  RE: The State Of Texas, Et Al. v. Google LLC
5  5/2/2024, [REDACTED] (#6670189)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 erratas-cs@veritext.com.
16    Return completed errata within 30 days from
17 receipt of testimony.
18    If the witness fails to do so within the time
19 allotted, the transcript may be used as if signed.
20
21
22       Yours,
23       Veritext Legal Solutions
24
25

38 (Pages 146 - 149)

Veritext Legal Solutions
800-567-8658                                               973-410-4098