# EXHIBIT 46
# [FILED UNDER SEAL]

CONFIDENTIAL

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF TEXAS

3                      SHERMAN DIVISION

4       _____  )

5       THE STATE OF TEXAS, et al.,      )

6            Plaintiff(s),               )

7       VS.                              )   CIVIL ACTION NO.

8       GOOGLE, LLC,                     )   4:20-cv-00957-SDJ

9                Defendant(s).           )

10      _____  )

11

              CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

13           VIDEOTAPED DEPOSITION OF ███████████  conducted

14      remotely via Zoom, before Jessica Noble, LSR No. 402 and

15      Notary Public in and for the State of Connecticut, on

16      Friday, May 3, 2024, at 12:05 p.m. EST.

17

18

19

20

21

22

23

24

25         Job No. CS6659843

CONFIDENTIAL



Page 78

1 ▮
2 BY ATTORNEY VISSICHELLI:
3 Q ▮
5 A ▮
7 Q ▮
9 A ▮
10 Q ▮
11 A ▮
14 Q ▮
15 A ▮
16 Q ▮
17 A ▮
20 Q ▮
21 A ▮
24 Q ▮
25 A ▮

Page 79

1 ▮
2 Q ▮
3 A ▮
4 Q ▮
7 A ▮
8 Q ▮
10 A ▮
11 Q ▮
13 A ▮
14      ATTORNEY VISSICHELLI:  You can put that
15 document aside.  I think at this point I'm going to end my
16 questioning for now and pass the witness, reserving my time
17 for rebuttal.  Thank you,
18      THE WITNESS:  Thank you.
19 CROSS-EXAMINATION BY ATTORNEY RENARD:
20 Q  Good afternoon, ▮.  How are you, sir?
21 A  ▮
22 Q  My name is Jim Renard.  I believe I introduced
23 myself before we went on the record, sir, but I represent
24 the State of Texas, which is one of the many states that are
25 the plaintiffs in a federal court lawsuit that is pending

Page 80

1  against Google.
2 ▮
7 A ▮
8 Q ▮
14 ▮
16      ATTORNEY VISSICHELLI:  Objection to the
17 form.
18      THE WITNESS:  ▮.
19 BY ATTORNEY RENARD:
20 Q ▮?
21 A ▮
24 Q ▮

Page 81

1 ▮
2      ATTORNEY VISSICHELLI:  Objection to the
3 form.
4      THE WITNESS:  ▮
5 BY ATTORNEY RENARD:
6 Q ▮
9      ATTORNEY VISSICHELLI:  Objection to the
10 form.  Foundation.
11      THE WITNESS:  ▮
12 BY ATTORNEY RENARD:
13 Q ▮
16      ATTORNEY VISSICHELLI:  Objection to the
17 form.
18      THE WITNESS:  ▮.
19 BY ATTORNEY RENARD:
20 Q ▮
23      ATTORNEY VISSICHELLI:  Objection to the
24 form.
25      THE WITNESS:  ▮

21 (Pages 78 - 81)

Page 158

1   CERTIFICATE OF REPORTER
2   I, Jessica Noble, a Notary Public duly
3   commissioned and qualified in and for the State of
4   Connecticut, do hereby certify that pursuant to Notice,
5   there came before me, on May 3, 2024, at 12:05 p.m. EST.,
6   the following named person, to wit: ████, who was
7   by me duly sworn to testify to the truth and nothing but
8   the truth; that they were thereupon carefully examined
9   upon their oath and their examination reduced to writing
10  under my supervision; that this deposition is a true
11  record of the testimony given by the witness.
12      I further certify that I am neither attorney nor
13  counsel for, nor related to, nor employed by any of the
14  parties in which this action this deposition is taken
15  and further, that I am not a relative or employee of any
16  attorney or counsel employed by the parties hereto, or
17  financially interested in the action.
18      IN WITNESS THEREOF, I have hereunto set my hand
    and affixed my seal this 6th day of May, 2024.
19
20
21      _____
22      Jessica Noble
        Notary Public
23      CT License No. 402
24
    My Commission expires:  September 30, 2026
25

Page 159

1       J U R A T
2   I, ████, do hereby certify that the
3   foregoing testimony given by me on May 3, 2024, is true
4   and accurate, including any corrections noted on the
5   corrections page, to the best of my knowledge and belief.
6       _____  _____
        Date        ████
7
8
9   At _____ in said county of
10  _____, this _____ day of _____,
11  2024, personally appeared ███ and they made oath
12  to the truth of the foregoing answers by them subscribed.
13
14  Before me, _____, Notary Public.
15  My Commission expires:
16
17
18
19
20
21
22
23
24
25  Job No. CS6659843

Page 160

1       ERRATA SHEET
2
    REPORTER: Jessica Noble
3
4 CASE NAME:  THE STATE OF TEXAS, et al.
5       VS.
6       GOOGLE, LLC
7 PAGE   LINE   CORRECTION
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
20 NAME:_____
21 DATE:_____
22
23
24
25  Job No. CS6659843

Page 161

1       INDEX OF EXAMINATIONS
2           Page
3   ████
4   DIRECT EXAMINATION BY ATTORNEY VISSICHELLI    4
5   CROSS-EXAMINATION BY ATTORNEY RENARD         79
6
7       INDEX OF EXHIBITS
8  Nike
9   Exhibit 1  Nike 0000547 through 0000631    35
10  Exhibit 2  Nike 0000108 through 0000145    51
11  Exhibit 3  Nike 0001380 through 0001452    62
12  Exhibit 4  Nike 0000721 through 0000735    74
13  Exhibit 5  Nike███              136
14  ███
    Exhibit 6  Nike 0000790 through 0000793    138
15
    Exhibit 7  ████           143
16
    Exhibit 8  ████           145
17
    Exhibit 9  Subpoena              150
18
19 (REPORTER'S NOTE:  THE EXHIBITS WERE MARKED
    ELECTRONICALLY.)
20
21
22
23
24
25

41 (Pages 158 - 161)

CONFIDENTIAL

Page 162

1  AUSTIN SCHWING, ESQUIRE
2  aschwing@gibsondunn.com
3          May 6, 2024
4  RE: The State Of Texas, Et Al. v. Google LLC
5    5/3/2024, ███████ (#6659843)
6     The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com.
16     Return completed errata within 30 days from
17  receipt of testimony.
18     If the witness fails to do so within the time
19  allotted, the transcript may be used as if signed.
20
21
22          Yours,
23          Veritext Legal Solutions
24
25

42 (Page 162)

1                  CERTIFICATE OF REPORTER

2          I, Jessica Noble, a Notary Public duly

3  commissioned and qualified in and for the State of

4  Connecticut, do hereby certify that pursuant to Notice,

5  there came before me, on May 3, 2024, at 12:05 p.m. EST.,

6  the following named person, to wit: ███████, who was

7  by me duly sworn to testify to the truth and nothing but

8  the truth; that they were thereupon carefully examined

9  upon their oath and their examination reduced to writing

10  under my supervision; that this deposition is a true

11  record of the testimony given by the witness.

12          I further certify that I am neither attorney nor

13  counsel for, nor related to, nor employed by any of the

14  parties to the action in which this deposition is taken

15  and further, that I am not a relative or employee of any

16  attorney or counsel employed by the parties hereto, or

17  financially interested in the action.

18          IN WITNESS THEREOF, I have hereunto set my hand
and affixed my seal this 6th day of May, 2024.

19

20

21        _Jessica Noble_____

22        Jessica Noble
Notary Public

23        CT License No. 402

24

25  My Commission expires:  September 30, 2026

## DECLARATION AND ERRATA SHEET

State of Texas v. Google LLC
Case No. 4:20-CV-00957-SDJ
Deponent: ███████
Deposition Date: May 3, 2024
Deposition Company: Veritext Legal Solutions

| Page | Line | Original Text | Corrected Text | Reason |
|------|------|---------------|----------------|--------|
| 12 | 7 | ██████ | ██████ | Transcription |
| 48 | 25 | ████████ | ██████████ | Transcription |
| 64 | 24 | ███████ | █████████ | Transcription |
| 78 | 18 | █████ | ████████ | Transcription |
| 114 | 20 | █████ | ████████ | Transcription |
| 115 | 14 | ███████ | ██████████ | Transcription |

I declare under penalty of perjury that the foregoing corrections are true and correct. Executed on this **17** day of June, 2024.



## CONFIDENTIALITY DESIGNATIONS

State of Texas v. Google LLC
Case No. 4:20-CV-00957-SDJ
Deponent: █████████
Deposition Date: May 3, 2024
Deposition Company: Veritext Legal Solutions

Pursuant to the protective order in the above-captioned case (Dkt. 182), Non-Party Nike, Inc. designates the following portions of the transcript of the deposition of Non-Party Deponent █████, taken in this matter on May 3, 2024, as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

- Page 11, lines 1-7, 16-18
- Page 17, lines 9-15
- Page 18, lines 1-2, 15-16, 19-24
- Page 21, lines 17-24
- Page 22 in its entirety
- Page 23, lines 1-15, 21-23
- Page 24, lines 4-9, 23-25
- Page 25, lines 1-3, 14-15
- Page 26, lines 23-25
- Pages 27-28 in their entirety
- Page 29, lines 1-20
- Page 30, lines 5-25
- Pages 31-33 in their entirety
- Page 34, lines 1-18
- Page 35, lines 5-25
- Pages 36-49 in their entirety
- Page 50, lines 1-12
- Page 51, lines 5-25
- Pages 52-56 in their entirety
- Page 57, lines 1-22
- Page 59, lines 7-25
- Pages 60-61 in their entirety
- Page 62, lines 1-6 and 19-25 in their entirety
- Pages 63-68 in their entirety
- Page 69, lines 1-20
- Page 70, lines 10-25
- Pages 71-73 in their entirety
- Page 74, lines 1-17
- Page 75, lines 5-25
- Pages 76-78 in their entirety
- Page 79, lines 1-13

- Page 80, lines 20-25
- Pages 81-82 in their entirety
- Page 83, lines 1-23
- Page 85, lines 19-25
- Page 86 in its entirety
- Page 87, lines 1-16
- Page 88, lines 13-15
- Page 89, lines 14-25
- Page 90, lines 1-4, 11-25
- Pages 91-95 in their entirety
- Page 96, lines 1-12
- Page 97, lines 10-25
- Pages 98-99 in their entirety
- Page 100, lines 1-10
- Page 101, lines 14-25
- Pages 102-110 in their entirety
- Page 111, lines 1-11
- Page 112, lines 24-25
- Pages 113-117 in their entirety
- Page 118, lines 1-3, 18-25
- Pages 119-132 in their entirety
- Page 133, lines 1-6
- Page 134, lines 8-21
- Page 135, lines 2-17
- Page 136, lines 19-25
- Page 137 in its entirety
- Page 138, lines 1-8, 19-25
- Pages 139-142 in their entirety
- Page 143, lines 13-25
- Page 144, lines 1-21
- Page 145, lines 10-25
- Page 146 in its entirety
- Page 147, lines 1-12, 17-25
- Pages 148-149 in their entirety
- Pages 151-153 in their entirety
- Page 154, lines 1-10

Dated:  June 14, 2024                    GIBSON, DUNN & CRUTCHER LLP


By:    */s/ Austin Schwing*
       Austin Schwing

Attorneys for Non-Party Nike, Inc.