# EXHIBIT 47
# [FILED UNDER SEAL]

```
                                                              Page 1
 1

 2            UNITED STATES DISTRICT COURT

 3                      FOR THE

 4            EASTERN DISTRICT OF VIRGINIA

 5   ----------------------------------------X
     United States et al.,
 6

 7                 Plaintiff,

 8                 v.

 9   GOOGLE LLC,

10
                   Defendant.
11   ----------------------------------------X

12   Civil Action No. 1:23-CV-00108

13

14            HIGHLY CONFIDENTIAL

15            VIDEOTAPED DEPOSITION

16                    OF

17            ███████████

18        FRIDAY, JULY 28, 2023

19

20

21

22

23

24   Reported by:
     CANDIDA BORRIELLO
25   JOB NO. 6418591-001-001
```



Page 115:
```
 5        MS. PREWITT:  Just one question,
 6   it's a little warm to me, am I the
 7   only one that feels a little warm?
 8   Maybe it's just me.
 9        THE WITNESS:  I'm okay.
10        MS. PREWITT:  If you're good, then
11   you're good.  Okay, thanks.
12        THE WITNESS:  Usually run hot.
```

## Page 322

```
 1                   - Highly Confidential
 2    ------------------I N D E X------------------
 3    WITNESS:
 4    EXAMINATION BY:                          PAGE
 5    MS. RHEE                                    7
 6    MR. VERNON                                147
 7    MS. RHEE                                  291
 8    MR. VERNON                                317
 9

10
         ------------------E X H I B I T S------------------
11
      TTD EXHIBITS
12
      NUMBER          DESCRIPTION               PAGE
13
14    Exhibit 1   The Trade Desk's Annual          8
                  Filings with the
15                Securities and Exchange
                  Commission
16
      Exhibit 2   The Trade Desk, Inc.,           32
17                Nasdaq Earnings Call
                  Transcripts
18
      Exhibit 3   E-mail chain, Bates             41
19                TTD_DOJ-GOOG23-0022648
                  through
20                TTD_DOJ-GOOG23-0022649
21    Exhibit 4   The Trade Desk Reports          52
                  First Quarter Financial
22                Results
23    Exhibit 5   The Trade Desk Q1 2023          55
                  Investor Presentation
24
25          (Exhibits continued on next page.)
```

## Page 323

```
 1                   - Highly Confidential
 2          (Exhibits continued.)
 3    Exhibit 6   The Trade Desk's Document       62
                  titled

 5                Bates
                  TTD_DOJ-GOOG23-0000472
                  through
 6                TTD_DOJ-GOOG23-0000487
 7    Exhibit 7

                                     Bates
 8                TTD_DOJ-GOOG23-0001039
                  through
 9                TTD_DOJ-GOOG23-0001052
10    Exhibit 8   May 5, 2002 Press Release       85
                  issued by The Trade Desk
11
      Exhibit 9   E-mail with attachment,        120
12                Bates
                  TTD_DOJ-GOOG23-0021505
13                through
                  TTD_DOJ-GOOG23-0021616
14
      Exhibit 10  E-mail chain with              267
15                attachment, Bates
                  TTD_DOJ-GOOG23-0009846
16                through
                  TTD_DOJ-GOOG23-0009892
17
      Exhibit 11  The Trade Desk vs. Google      280
18                document, Bates
                  TTD_DOJ-GOOG23-0001954
19                through
                  TTD_DOJ-GOOG23-0001956
20
      Exhibit 12  Document, Bates                307
21                TTD_DOJ-GOOG23-0001901
                  through
22                TTD_DOJ-GOOG23-0001908
23
24
25
```

## Page 324

```
 1                   - Highly Confidential
 2                    C E R T I F I C A T E
 3
      STATE OF NEW YORK      )
 4                           : SS.:
      COUNTY OF RICHMOND     )
 5
 6          I, CANDIDA BORRIELLO, a Notary
 7    Public for and within the State of New York,
 8    do hereby certify:
 9          That the witness,
10    whose examination is hereinbefore set forth
11    was duly sworn and that such examination is a
12    true record of the testimony given by that
13    witness.
14          I further certify that I am not
15    related to any of the parties to this action
16    by blood or by marriage and that I am in no
17    way interested in the outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto
19    set my hand this 4th day of August, 2023.
20
21             _____Candida Borriello_____
                       CANDIDA BORRIELLO
22
23
24
25
```

## Page 325

```
 1                   - Highly Confidential
 2        ERRATA SHEET FOR THE TRANSCRIPT OF:
 3    Case Name:     US et al. Versus GOOGLE LLC
      Dep. Date:     JULY 28, 2023
 4    Deponent:
 5    Pg. Ln.  Now Reads     Should Read    Reason
 6    ___ ___ _____ _____ _____
 7    ___ ___ _____ _____ _____
 8    ___ ___ _____ _____ _____
 9    ___ ___ _____ _____ _____
10    ___ ___ _____ _____ _____
11    ___ ___ _____ _____ _____
12    ___ ___ _____ _____ _____
13    ___ ___ _____ _____ _____
14    ___ ___ _____ _____ _____
15    ___ ___ _____ _____ _____
16    ___ ___ _____ _____ _____
17    ___ ___ _____ _____ _____
18    ___ ___ _____ _____ _____
19    ___ ___ _____ _____ _____
20              _____
21
      SUBSCRIBED AND SWORN BEFORE ME,
22
      This ___ day of _____, 20__.
23
               _____
24                    Notary Public
25    My Commission Expires:_____
```

HIGHLY CONFIDENTIAL

# ERRATA SHEET FOR THE TRANSCRIPT OF THE TRADE DESK

| Case Name: | In Re: Google Antitrust Investigation |
| --- | --- |
| Dep. Date: | July 28, 2023 |
| Deponent: | ▮▮▮▮/The Trade Desk |

| Page | Line | Correction | Reason for Correction |
| --- | --- | --- | --- |
| 235 | 17 | ▮ | ▮ |
| 235 | 20 | ▮ | ▮ |
| 268 | 25 | ▮ | ▮ |
| 274 | 18 | ▮ | ▮ |
| 282 | 13 | ▮ | ▮ |
| 288 | 15 | ▮ | ▮ |
| 290 | 21 | ▮ | ▮ |

/s/ Matthew E. Gold
Counsel for the United States

1