# EXHIBIT 48
# [FILED UNDER SEAL]

**theTradeDesk**®

UNIFIED ID 2.0

INDUSTRY INITIATIVES

# Unified ID 2.0

We're proud to unite our partners around a better approach to identity for advertisers, publishers, and consumers across the open internet.

LEARN MORE

OVERVIEW

## An identity fabric for the open internet

Designed with the needs of modern marketers in mind, Unified ID 2.0 (UID2) provides holistic targeting and measurement for an internet that's becoming more privacy-conscious.



# theTradeDesk



More efficient advertising



Cross-device and cross-channel frequency management



Holistic targeting and measurement

Built to benefit the entire ecosystem

# theTradeDesk

### For publishers

UID2 can make advertising more relevant, which in turn can drive more revenue for premium content platforms.

### For clean rooms and customer data platforms

Direct integration with UID2 allows for seamless, privacy-conscious workflows and transfer of data for measurement.

### For consumers

A universal UID2 opt-out function aims to provide more transparency and greater control of the user experience.

### For data partners

Integrating with UID2 can create more durable audience segments for targeting and measurement.

# theTradeDesk

## Want to participate? Request access and view documentation.

**REQUEST ACCESS**

## How UID2 is different

### Interoperable

UID2 integrates with other deterministic and personally identifiable information-based identifiers, extending its utility when consumers log in across the open internet — including on Connected TV.

### Portable

Since UID2 has been adopted by many leading ad tech providers and platforms, it's easy for participants to use the identity strategies that work best for them, with the partners they choose.

# theTradeDesk

extra preservation.

### Omnichannel

Authentication is increasing across traditional digital, mobile apps, and especially Connected TV — enabling cross-device and cross-channel identity strategies without cookies.

**PARTNERS**

## Our collaborators



The Washington Post











VIEW ALL PARTNERS

## NEWS

## Get the latest on identity

Read more about Unified ID 2.0 and efforts to develop a better approach to identity for the open internet.





### The Trade Desk sees sharp increase in engagement with Unified ID 2.0

FUTURE OF IDENTITY    •    AUGUST 27, 2022



### How UID 2.0 delivered 'tremendous results' for young DTC company, Made In



### Luxury Escapes takes flight with Unified ID 2.0 strategy to discover new travel audiences

CASE STUDIES    •    OCTOBER 20, 2023



### The Cook Islands map out a new strategy with Unified ID 2.0, welcoming new audiences and greater results

DATA AND MEASUREMENT    •    SEPTEMBER 29, 2023

### FairPrice Group drives results with Unified ID 2.0

RETAIL    •    MAY 12, 2023

## Ready to adopt Unified ID 2.0?

GET STARTED

Let's work together. See what our platform can do for you.

CONTACT US

Careers

Developers

Investors

News

Unified ID 2.0

Edge Academy

Contact us

Office locations

Trust Center

The Current

Website privacy policy

Services privacy policy

Opt-out

Do not sell or share my info

    

©2024 The Trade Desk. All rights reserved.