# EXHIBIT 49
# [FILED UNDER SEAL]

Insights and planning

# Audiences

## Make connections that matter

Discover and reach relevant audiences through tailored campaigns informed by insights. With billions of proprietary audience signals and a breadth of simple tools, we can help you build an insight-driven audience strategy to make more meaningful connections.

**Get started**

### Reach audiences where they are

Be where audiences are shopping, browsing, and streaming, and use our breadth of signals to understand how to reach them at the right place and time.

### Connect through messages that matter

Amazon Ads harnesses billions of unique, proprietary signals to help you reach relevant audiences on Amazon and beyond, even when ad identifiers are not present.

### Have a flexible audience strategy

Build your audience strategy based on your unique business objectives. Discover new audiences, leverage our robust menu of segments, and combine our signals with your insights to make better connections.

## Featured solutions

## Persona Builder

Dive deeper to understand which products and categories interest your audience. Brands of all sizes can create and get insights on custom, composite audience expressions that reflect today’s complex purchase pathways.

### Learn what drives your audiences

## Amazon Audiences

Access thousands of à la carte audience segments fueled by our billions of unique and proprietary signals. We then apply these signals to reach relevant audiences and drive high-value outcomes on Amazon.com and beyond.

## Get the full picture



## Advertiser Audiences

Incorporate your own audiences into your Amazon Ads campaigns by onboarding directly into Amazon DSP or through Amazon Marketing Cloud (AMC). Reach new audiences, extend reach, remarket to loyal customers, or optimize campaigns.

## Unlock your full potential

# FAQs

What is a target audience?

Why is it important to identify your target audience?

What is audience segmentation?

How do you identify your target audience?