# EXHIBIT 50
# [FILED UNDER SEAL]



## Introducing the New Audience Marketplace

< Back

January 22, 2019

We are proud to introduce the New Audience Marketplace for Adform DSP Clients. Our brand-new self-service audience discovery experience is now available through the Adform DSP. In line with our commitment to delivering you the most intuitive and efficient buying process in the industry, we've made finding, understanding, and activating the right audiences easier. The Audience Marketplace draws on the expertise and resources of our world-class Data Management Platform (DMP) to further enhance your ability to make data-driven decisions in the Adform Demand Side Platform (DSP).

With more data than ever currently available, we know finding and communicating to the right audiences is first and foremost in your mind. With over 300 of the world's leading data partners available through the Adform Audience Marketplace, this release helps you discover and engage the audiences most relevant to your message.



**Discovery**

Discover relevant audiences across all data owners easily, using a Unified Taxonomy and personalized recommendations



**Insights**

Activate audiences with full transparency and confidence thanks to insightful KPIs and benchmarks



**Usability**

Activate audiences quickly with a seamless workflow across the stack

adform

CONTACT US

branded data providers.

The Marketplace puts as many as 300 data providers and nearly 400,000 audiences globally at your fingertips. Finding the right audience at scale is made easy through our unified audience taxonomy which offers granular sociodemographic, household, interest, and intent data.

## With the new Audience Marketplace:

- You'll find an integrated way to navigate Data Providers and Audiences in a discovery-friendly format allowing discovery by data owner or by audience properties.
- Our unified taxonomy allows Adform DSP users to easily find and compare audiences that are similar in context.
- Tabs for 1st, 2nd, and 3rd party data provide quick access to audiences of different data types.
- The Audience Summary provides a quick overview of basic audience details.

If you're an existing Adform DSP client the Audience Marketplace is already live and can be accessed directly via the "Audiences" tab. You'll find a complete guide for how to get the most out of these new features in the help section (login required).

If you're not currently using the Adform DSP and would like to learn more, please reach out to our sales team here.

With the Audience Marketplace, Adform DSP users benefit from synergies only possible due to Adform's unique integrated platform-based approach.  More than just a DSP, the Adform DSP is able to leverage the underlying development focus and power of being backed by the team behind our enterprise tier DMP.  Seamless integration with the rest of Adform's buy side platform delivers further synergies and capabilities for

adform

CONTACT US

Not a current client? Interested in the Adform DSP, or the full capabilities of the Adform Unified Buy Side Platform with DMP, advanced analytics, Ad Serving and advanced creative?

## Recommended



Quick Look: The Next 6 Months in Privacy Regulation



Adform and GALE Deliver Fast Turnaround for Fortune 500 Tax Preparation Company

## Company

About Adform

Global Offices

Partner Ecosystem

## Leadership

Leadership Team

adform

CONTACT US

## Policies

Corporate Governance

Privacy Center

Industry Memberships and Certifications

Policies and Guidelines

Opt Out

Do Not Sell or Share my Information

    

© 2024  Adform. All rights reserved.