**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § | |
| Defendant. | § § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") November 18, 2024 Omnibus Motion to Exclude Expert Testimony ("Google's Motion"). Having considering the motion, all responses, arguments of counsel, and the applicable law, the Court finds the motion meritorious; it is therefore ORDERED that:

- As to Dr. Matthew Weinberg, Google's Motion is

    GRANTED: _____

    DENIED: _____

- As to Mr. Jeffrey Andrien, Google's Motion is

    GRANTED: _____

    DENIED: _____

- As to Dr. David DeRamus, Google's Motion is

    GRANTED: _____

    DENIED: _____

**FILED UNDER SEAL**

- As to Professor John Chandler, Google's Motion is

  GRANTED: _____

  DENIED: _____

- As to Professor Zubair Shafiq, Google's Motion is

  GRANTED: _____

  DENIED: _____

- As to Professor Parag Pathak, Google's Motion is

  GRANTED: _____

  DENIED: _____

- As to Professor Cynthia Rudin, Google's Motion is

  GRANTED: _____

  DENIED: _____

- As to Professor Anil Somayaji, Google's Motion is

  GRANTED: _____

  DENIED: _____

- As to Professor Joshua Gans, Google's Motion is

  GRANTED: _____

  DENIED: _____