# EXHIBIT 101
# REDACTED

Internal Only - Privileged and Confidential

# Go‸g‸e Ad Manager

## [Comms Doc] - Limit Enforcement: Active Line Items, Active Ad Units
Complexity: B | Authors: ▮▮▮▮▮▮▮▮▮▮ | Last Updated: 12/18/18

> Enforcing limits ensures that our Ad Serving platform continues to be stable and protects the long term health of our product. Limits protect the reliability of the performance of the system for the ultimate benefit of all publishers.
>
> With this launch we will begin enforcement of the following 2 limits:
> Active Line Items - 61,000
> Active Ad Units - 100,000
>
> Once enforcement of these limits begin, publishers will be prevented from creating new objects of these type until they have reduced the number below the allowed limit

Publishers can monitor their limits using the Limits Dashboard under Admin > Global Settings > Limits

Enforcing limits ensures that our Ad Serving platform continues to be stable and protects the long term health of our product. Limits protect the reliability of the performance of the system for the ultimate benefit of all publishers.

**Active Line Items**
*Bucket 1 - under the limit:* 55K and under
*Bucket 2 - close to or over the limit:* 55K+

**Active Ad Units**
*Bucket 1 - under the limit:* 90K and under
*Bucket 2 - close to or over the limit:* 90K+

Partners in Bucket 2 (close to or over either of these limits) are listed here: **Partners Over the Limit: ALI & Ad Units**

