# EXHIBIT 102
# DOCUMENT UNDER SEAL