# EXHIBIT 103



HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02199478



HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02199479



HIGHLY CONFIDENTIAL                                                                                                    GOOG-DOJ-AT-02199480

## Supply Side Platform

**SSP** is a publisher tool that lets them configure rules that (Ad) Exchanges must adhere to on the publisher inventory.

For example: publishers can set advertisers they don't want on their sites (for example competitors) and they can set minimum prices for which ads can be bought (to protect direct ad sales)

==Often SSP and Exchange are bundled as one product and both names are used interchangeably.==

Google Ad Manager

gTech

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02199481



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02199490

## Line Item Types

There are 3 main Line Item types in AdManager with subtypes that differ by campaign goal:
- **Guaranteed** - campaigns that the publisher guarantees will be delivered
    - **Sponsorship** (%-based goal, for example 50% - serve on 1 out of each 2 requests)
    - **Standard** (amount based goal - amount of impressions, clicks, etc)
- **Non-guaranteed (remnant)** - campaigns with best-effort delivery or competing on price
    - **Network** (%-based goal)
    - **Bulk** (amount based goal)
    - **Price Priority** (price goal)
    - **House** (lowest priority, meant to fill the gaps if no higher priority campaigns available
- ==**Exchange** - dynamically call Ad Exchange or AdSense to get the ad from the buyer==
- **Yield Groups** - not a Line Item per say, but a way to traffic Ad Exchange and other SSPs

Detailed description of Line Item types and priorities here. Even more details in Help Center.

gTech

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02199491



Start damaz part

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02199514