# EXHIBIT 104

# DOCUMENT UNDER SEAL