# EXHIBIT 105
# DOCUMENT UNDER SEAL