# EXHIBIT 106

# DOCUMENT UNDER SEAL