# EXHIBIT 107
# REDACTED

# gTrade Team Background

- gTrade team created Q2'13 to optimize GDN bidding on exchanges (AdX, AWBID, ...)
    - Team: ▮▮▮▮ Nirmal, ▮▮▮▮
    - Other contributors: ▮▮▮▮▮▮▮▮▮▮▮▮ Woojin

- Prior work on AdX
    - Bid capping to prevent clawback (launched)
    - Dynamic revshare + throttling (launched)
    - pCTR model for revenue/payout calibration (launched, adding features)

- Current work (this presentation)
    - Improving AdX match rate (currently ~▮▮)
    - Increasing GDN profit on AdX pubs
    - Increasing AdX publisher revenue

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02513569

# Profit Optimization Outline

- Main Idea of "Project Bernanke"
- Simulation
- Publisher Considerations
- Advertiser Considerations
- Legal Considerations
- Current Status
- Future Considerations

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02513570

# GDN on AdX Profit Optimization (Project Bernanke)

Goal: Max GDN profit while maintaining second price auction + 14% margin
(Revisit these constraints in later discussion slide)

3 key observations of current system:



Proposal:
- Increase first bid (CAT2 winner) & decrease second bid to AdX (next slide)
  - Spends the budget unconstrained $ on unmatched + lost queries
- Does not change pCTR, CAT2 auction, advertiser costs

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02513571

# Log Simulation



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02513573