# EXHIBIT 108

# DOCUMENT UNDER SEAL