# EXHIBIT 109

# DOCUMENT UNDER SEAL