# EXHIBIT 113

# DOCUMENT UNDER SEAL