# EXHIBIT 114
## REDACTED



# 2008 Strategic Planning

# DoubleClick Advertising Exchange

July 26th, 2008





© 2007 DoubleClick Inc. All Rights Reserved.

# 2007 Roadmap Review

| Q1'07 | Q2'07 | Q3'07 | Q4'07 |
|---|---|---|---|
| • Initial design completed<br>• Wire-frames tested | • Development commenced<br>• UI developed<br>• Placement creation and management<br>• Ad Slot creation and management<br>• Basic targeting<br>  • Time-of-day<br>  • Day-of-week<br>  • Geo<br>  • User-list<br>  • Site / Channel<br>  • Content<br>  • Bandwidth<br>  • Fold<br>• Customer feedback | • Dynamic allocation<br>• Min-CPM at ad slot level<br>• Genre targeting<br>• Spotlight<br>• Bid-rules<br>  • CPC<br>  • CPA<br>• Batch-edit<br>• Change logs<br>• Cognos reporting system<br>• Help<br>• Customer feedback | • Localization<br>• Multi-currency (at risk)<br>• In-line edit or spreadsheet upload<br>• Bid-rules<br>  • Impression goal<br>• API support<br>• Seller Directory |



© 2007 DoubleClick Inc. All Rights Reserved.

HIGHLY CONFIDENTIAL

GOOG-TEX-00458247



## AdX Volume for July 2007




© 2007 DoubleClick Inc. All Rights Reserved.

HIGHLY CONFIDENTIAL

GOOG-TEX-00458248