# EXHIBIT 115

# DOCUMENT UNDER SEAL