# EXHIBIT 116
# REDACTED

**From:** ▮
**To:** ▮
**Received:** Wed, 2 Sep 2015 14:45:28 -0400
**Subject:** Re: [Monetization-pm] Re: [drx-pm] LAUNCHED! AdX Dynamic Revenue Share (DRS)
**Cc:** ▮ Eisar Lipkovitz <eisar@google.com>, ▮, Aparna Pappu <apappu@google.com>, ▮, "Mohan, Neal" <nmohan@google.com>, ▮ Woojin Kim <woojink@google.com>, ▮, Nitish Korula <nitish@google.com>, Brad Bender <bradbender@google.com>, ▮ Jonathan Bellack <jbellack@google.com> ▮

Congrats ! Huge Lift

On Wed, Sep 2, 2015 at 2:03 PM, ▮ wrote:

> Congrats!
>
> On Wed, Sep 2, 2015 at 10:36 AM, ▮ wrote:
>
>> Congratulations! Dynamic pricing that is a win-win-win!
>>
>> On Wed, Sep 2, 2015 at 10:25 AM, ▮ wrote:
>>
>>> Congratulations!
>>>
>>> On Wed, Sep 2, 2015 at 10:18 AM, ▮ wrote:
>>>
>>>> Congrats!!!!
>>>>
>>>> On Wed, Sep 2, 2015 at 1:15 PM, ▮ wrote:
>>>>
>>>>> Congratulations!!
>>>>>
>>>>> On Wed, Sep 2, 2015 at 1:14 PM, ▮ wrote:
>>>>>
>>>>>> Congratulations! Great launch!

HIGHLY CONFIDENTIAL
GOOG-TEX-00777528

Big launch! Congrats!



On Wed, Sep 2, 2015 at 10:26 AM, ▊ wrote:

> Last week we launched Dynamic sell-side Revenue Share (DRS) on AdX! It brings an additional ▊ of annual AdX revenue, increasing AdX buyer spend by ▊. Overall match rate for AdX publishers ▊.
>
> **What is DRS?**
> DRS dynamically changes the AdX sell-side revenue share so that more auctions ▊ result in transactions. DRS clears queries when the highest bid is above the publisher floor, but not quite enough above the floor to cover the 20% AdX revenue share. In these cases we lower the revenue share per query as needed to increase transaction volume and increase match rate. We **limit how often we reduce the margin to maintain** ▊ **average margin** and to prevent buyer and seller abuse. Match rate, revenue and profit go up while per-query publisher payout stays the same.
>
> 
>
> **The Results**
> This launch applies to AdX buyers (incl. DBM) on AdX sellers:

HIGHLY CONFIDENTIAL
GOOG-TEX-00777530