# EXHIBIT 117



HIGHLY CONFIDENTIAL
GOOG-TEX-00919252



## Unification Phases

**LAUNCHED Q4 2016** — Mapping
- AdX account mapped to primary DFP network
- AdX users managed in DFP

**LAUNCHED Q3 2017** — AdX in DFP
DFP + AdX tabs merged into one UI, but functionality is still separate

**LAUNCHING 1H 2018** — Redesigned workflows
Redesigned workflow and UI where appropriate

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL                                                                                     GOOG-TEX-00919274



HIGHLY CONFIDENTIAL   GOOG-TEX-00919275



HIGHLY CONFIDENTIAL
GOOG-TEX-00919276