# EXHIBIT 118

# DOCUMENT UNDER SEAL