# EXHIBIT 119

## DOCUMENT UNDER SEAL