# EXHIBIT 120

# DOCUMENT UNDER SEAL