# EXHIBIT 121

## DOCUMENT UNDER SEAL