# EXHIBIT 122
# DOCUMENT UNDER SEAL