# EXHIBIT 123

# DOCUMENT UNDER SEAL