# EXHIBIT 124

# DOCUMENT UNDER SEAL