# EXHIBIT 125

# DOCUMENT UNDER SEAL