# EXHIBIT 126

# DOCUMENT UNDER SEAL