# EXHIBIT 127

# DOCUMENT UNDER SEAL