# EXHIBIT 128

## DOCUMENT UNDER SEAL