# EXHIBIT 129

```
                                                         Page 1
 1            IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
 2                     SHERMAN DIVISION
 3     THE STATE OF TEXAS, et al.,)
          Plaintiffs,            )
 4                               )
       VS.                       ) Civil Action No.
 5                               ) 4:20-cv-00957-SDJ
       GOOGLE LLC,               )
 6        Defendant.             )
 7
 8
       **************************************************
 9            ORAL AND VIDEOTAPED DEPOSITION OF
10                       ELIN ALM
11                     MAY 2, 2024
12                  (REPORTED REMOTELY)
       **************************************************
13
14       ORAL AND VIDEOTAPED DEPOSITION OF ELIN ALM,
15     produced as a witness at the instance of the Defendant,
16     and duly sworn, was taken in the above-styled and
17     numbered cause on May 2, 2024, from 8:02 a.m. to
18     10:27 a.m., before Donna Wright, CSR in and for the
19     State of Texas, reported by machine shorthand and
20     remotely via Zoom, pursuant to the Federal Rules of
21     Civil Procedure, the 22nd Emergency Order Regarding the
22     COVID-19 State of Disaster, and any stipulations or
23     agreements stated on the record or attached hereto.
24
25      Job No. CS6655501
```

Page 29

```
 1    that we're bringing this case over.
 2                It has to do with how we prepare our
 3    case, which is work product or our attorney/client
 4    product if it's an agency.
 5       Q.   You would agree that -- that North Dakota has
 6    to show that the remedies it's seeking in this case
 7    would be in the public interest, right?
 8       A.   That would call for a legal conclusion.  But I
 9    suppose.
10       Q.   And you would -- you would agree that public
11    interest in part depends on how many folks within North
12    Dakota are, in fact, using the product, right?
13       A.   Part of it.
14       Q.   Does North Dakota know how many users within
15    the state of North Dakota use Google's ad tech
16    products?
17       A.   No.  Not at this time, no.  I think that's
18    subject to expert discovery.
19       Q.   North Dakota, when it filed the lawsuit, did
20    it know how many citizens of the state of North Dakota
21    used Google's ad tech products?
22       A.   No.
23       Q.   Has the state of North Dakota undertaken any
24    investigation up to this point in time to understand
25    how many users of Google ad tech products there are in
```

Page 48

1    Q.   How are those complaints received?
2    A.   They either come in on a paper form or they
3    come in through our online portal.
4    Q.   And who reviews those complaints?
5    A.   Well, they -- they come in through our front
6    staff, who then routes them to an investigator, who
7    then routes it to whoever -- whatever investigator
8    handles that subject, or randomly, based on workload.
9    Q.   Has North Dakota received any complaints about
10   Google's ad tech products through that channel?
11   A.   Not the ad tech product itself, no.  I do not
12   believe so.
13   Q.   Or any of the other products at issue in this
14   case?
15   A.   No.  Mostly, the complaints we receive are
16   more about ads seen on Google or charges made by Google
17   Play.  You know, those kinds of things.  We don't
18   generally get consumer complaints on this kind of
19   conduct.
20   Q.   I think we're reaching the hour, and I'm ready
21   for a break.  So if you guys want to take a ten-minute
22   break and be back.
23   A.   Sure.
24            MR. WILKERSON:  That would be great.
25            Does that work for you, Elin?

```
                                                          Page 93
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION
 3    THE STATE OF TEXAS, et al.,)
         Plaintiffs,            )
 4                              )
      VS.                       ) Civil Action No.
 5                              ) 4:20-cv-00957-SDJ
      GOOGLE LLC,               )
 6       Defendant.             )
 7
 8        REPORTER'S CERTIFICATION OF THE ORAL
                DEPOSITION OF ELIN ALM
 9                   MAY 2, 2024
                 (REPORTED REMOTELY)
10
11         I, Donna Wright, a Certified Shorthand
12   Reporter and Notary Public in and for the State of
13   Texas, hereby certify to the following:
14         That the witness, ELIN ALM, was remotely duly
15   sworn by the officer and that the transcript of the
16   oral deposition is a true record of the testimony given
17   by the witness;
18         That the original deposition was delivered to
19   Mr. Jonathan Wilkerson;
20         That a copy of this certificate was served on
21   all parties and/or the witness shown herein on
22   _____;
23         I further certify that pursuant to FRCP Rule
24   30(3) that the signature of the deponent:
25         __X__ was requested by the deponent or a party
```

Page 94

1   before the completion of the deposition and that the
2   signature is to be before any notary public and
3   returned within 30 days from date of receipt of the
4   transcript.  If returned, the attached Changes and
5   Signature Page contains any changes and the reasons
6   therefore:
7          ____ was not requested by the deponent or a
8   party before the completion of the deposition.
9          I further certify that I am neither counsel
10  for, related to, nor employed by any of the parties or
11  attorneys in the action in which this proceeding was
12  taken, and further that I am not financially or
13  otherwise interested in the outcome of the action.
14          Certified to by me on this, the 3rd day of
15  May, 2024.
16
17
18                              *Donna Wright*
19                              DONNA WRIGHT, Texas CSR 1971
                                Expiration Date:  11/30/24
20                              VERITEXT LEGAL SOLUTIONS
                                300 Throckmorton Street
21                              Ft. Worth, Texas 76102
                                Firm Registration No. 571
22
23
24
25

Page 91

CHANGES AND SIGNATURE

WITNESS NAME: ELIN ALM

DATE OF DEPOSITION: MAY 2, 2024

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 25 | 6 | "complaints" to "complaint" | transcription error |
| 31 | 5 | "legal" to "illegal" | transcription error |

Job No. CS6655501

```
 1       I, ELIN ALM, have read the foregoing deposition and
 2   hereby affix my signature that same is true and
 3   correct, except as noted above.
 4                              _____
                                         ELIN ALM
 5
 6   THE STATE OF  NORTH DAKOTA )
 7   COUNTY  OF    BURLEIGH     )
 8       Before me, Tonya Hetzler, on this day personally
 9   appeared ELIN ALM, known to me (or proved to me under
10   oath or through _____) (description of
11   identity card or other document) to be the person whose
12   name is subscribed to the foregoing instrument and
13   acknowledged to me that he executed the same for the
14   purposes and consideration therein expressed.
15
16       Given under my hand and seal of office, this
17   _10th_ day of _May_____, _2024_____.
18
19
20   [SEAL: TONYA J HETZLER       _____
         Notary Public             
         State of North Dakota    NOTARY PUBLIC IN AND FOR
         My Commission Expires
         Mar 30, 2026]
21                                THE STATE OF NORTH DAKOTA
22
23   My commission expires:  March 30, 2026
24   ____ No Changes Made   _X_ Amendment Sheet(s) Attached
25   Job No. CS6655501
```

```
                                                          Page 91

 1                    CHANGES AND SIGNATURE
 2     WITNESS NAME:   ELIN ALM
 3     DATE OF DEPOSITION:   MAY 2, 2024
 4     PAGE           LINE          CHANGE              REASON
 5      25             6       "complaints" to "complaint"   transcription error
 6      31             5       "legal" to "illegal"          transcription error
 7      _____
 8      _____
 9      _____
10      _____
11      _____
12      _____
13      _____
14      _____
15      _____
16      _____
17      _____
18      _____
19      _____
20      _____
21      _____
22      _____
23      _____
24      _____
25      _____

       Job No. CS6655501
```

```
                                                       Page 92

 1       I, ELIN ALM, have read the foregoing deposition and
 2   hereby affix my signature that same is true and
 3   correct, except as noted above.
 4                              _____
                                ELIN ALM
 5
 6   THE STATE OF  NORTH DAKOTA )
 7   COUNTY  OF    BURLEIGH     )
 8       Before me,  Tonya Hetzler  , on this day personally
 9   appeared ELIN ALM, known to me (or proved to me under
10   oath or through _____) (description of
11   identity card or other document) to be the person whose
12   name is subscribed to the foregoing instrument and
13   acknowledged to me that he executed the same for the
14   purposes and consideration therein expressed.
15
16       Given under my hand and seal of office, this
17    10th   day of  May              ,  2024       .
18
19
20   [TONYA J HETZLER                  _____
      Notary Public
      State of North Dakota
      My Commission Expires Mar 30, 2026]
                                        NOTARY PUBLIC IN AND FOR
21                                      THE STATE OF NORTH DAKOTA
22
23   My commission expires: March 30, 2026
24   ____ No Changes Made   X  Amendment Sheet(s) Attached
25   Job No. CS6655501
```