# EXHIBIT 130

# DOCUMENT UNDER SEAL