# EXHIBIT 131

# REDACTED

**In the Matter Of:**

*In Re - Google Digital Advertising Antitrust Litigation*

*September 06, 2024*



GOOG-AT-MDL-C-000088549

1

1          IN THE UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF NEW YORK

3                    -  -  -

4
       IN RE:  GOOGLE DIGITAL  :  CIVIL ACTION
5      ADVERTISING ANTITRUST   :  NO.
       LITIGATION              :  21-MD-3010-
6                              :  PKC
                               :
7
              - HIGHLY CONFIDENTIAL -
8
                    -  -  -
9
                September 6, 2024
10
                    -  -  -
11

12              Videotaped deposition of
       ██████████ taken pursuant to notice,
13     was held at the law offices of
       Freshfields Bruckhaus Deringer, 3 World
14     Trade Center, New York, New York,
       beginning at 9:35 a.m., on the above
15     date, before Michelle L. Ridgway, a
       Registered Professional Reporter,
16     Certified Shorthand Reporter, Certified
       Realtime Reporter, Certified Court
17     Reporter, and Notary Public.

18                    -  -  -

19

20

21

22

23

24

25

GOOG-AT-MDL-C-000088550

92

```
1       break?
2              MS. FORKNER:  Sure.
3              THE VIDEOGRAPHER:   The
4       time is 11:40 a.m.  We are going
5       off the record.
6              (Short break.)
7              THE VIDEOGRAPHER:  It is
8       11:52 a.m.  We are back on the
9       record.
10   BY MR. KOROLOGOS:
11      Q.    Hello again.
12   ████████████████████████
13   ████████████████████████████
14   ██████████
15         ██   ████████████
16      Q.    What is a header bidding
17   line item limit?
18              MS. FORKNER:  Objection to
19      form.
20              THE WITNESS:  I think
21      answering that requires sort of
22      context as to what line items
23      are.
24              Line items -- and header
25      bidding line item limit is not
```

GOOG-AT-MDL-C-000088641

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

93

1          really a header bidding line

2          item limit, it's just a line

3          item limit.

4     BY MR. KOROLOGOS:

5          Q.     Okay.

6          A.     DoubleClick for Publishers,

7     and now GAM, allows publishers to manage

8     direct relationships with advertisers,

9     relationships with other SSPs, et

10    cetera, in fairly sophisticated ways,

11    where different deals or relationships

12    can be represented through line items.

13               And a line item has

14    targeting associated with it.  So only

15    on my sports pages or whatever it --

16    whatever it happens to be.

17               And so these line items

18    represent business logic that are

19    targetable and actionable within

20    serving, in terms of how to express how

21    a publisher wants to manage ads on their

22    site.

23               By default, Ad Manager

24    allows publishers to create 65,000 line

25    items.  And they can create as many or

GOOG-AT-MDL-C-000088642

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

94

1    as few as they want to meet their

2    business needs.

3    ████████████████████████

4    ████████████████████

5    ████████████████████████

6    ███████████████████

7    ██████████████

8    ████████████████████████

9    ████████████████████████

10   ████████████████████████

11   ███████████████████

12   █████████████████████████

13   █████████████████

14   █████████████████████████

15   █████████████████████████

16   ██████████████████████████

17   █████████████████████████

18   ███

19              And there's a line item

20   type called price priority, which you

21   can set a value associated with that

22   particular line item so if it's

23   targeted, it's now eligible, and we look

24   at all of the line items that are

25   eligible to serve.

GOOG-AT-MDL-C-000088643

95

```
1                And from a price priority

2    perspective, we take the highest price

3    of all the line items that are targeted.

4                So line item limits have

5    been around since the very beginning of

6    Ad Manager.  And we need limits.

7                And to be clear, these are

8    active line item limits.  You can create

9    a million line items in our system.  But

10   only 65,000 can be active at a time,

11   because we then take all of those line

12   items and move them into serving in a

13   low-latency cache, where I can target

14   them and use the information and serving

15   time.

16               The more line items we have

17   to marshal into serving, the higher the

18   resource costs.  And we have to actually

19   do budgeting ahead of time to make sure

20   we've adequately provisioned all of our

21   data centers to provision all of the

22   complex targeting that would then be

23   live, and it requires more when you have

24   more line items.

25               So that's what a line item
```

GOOG-AT-MDL-C-000088644

96

1    limit is, to sort of make sure that

2    we -- you know, a publisher doesn't

3    arbitrarily make a set of changes that

4    blow past our ability to serve ads for

5    all of our publishers using our system.

6               Some publishers using

7    header bidding decided that they want to

8    have fairly complex setups with very

9    fine granularity where they modeled out

10   their system and they said, I need more

11   than 65,000 line items.

12              So this -- what is a line

13   item limit, a header bidding line item

14   limit?  It's a limit on the number of

15   line items.  It's not specific to header

16   bidding.  It's been around since the

17   beginning of DFP.  It predates me by a

18   long shot.  And it's a limit that's

19   there to ensure that our systems scale

20   effectively and one publisher doesn't

21   bring down the whole system.

22        Q.    And you mentioned that line

23   item limits have been around as long as

24   Ad Manager.  But they predated Ad

25   Manager as well, correct?

GOOG-AT-MDL-C-000088645



In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

132



```
 1
 2
 3
 4
 5
 6              I'd have to speculate.
 7    BY MR. KOROLOGOS:
 8
 9
10
11
12
13          Q.      What's a data transfer
14    report file?
15          A.      Ad Manager offers to Ad
16    Manager 360 publishers an option for an
17    additional service that -- in which we
18    would provide what we call data transfer
19    files that contain event-level data of
20    all the ads served to their property.
21          Q.      How many Ad Manager 360
22    publishers are there approximately?
23          A.      So I don't know the answer
24    to that question off the top of my head.
25    But it's a minority, not the majority.
```

GOOG-AT-MDL-C-000088681

Highly Confidential                                      September 06, 2024

133

GOOG-AT-MDL-C-000088682

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

134

GOOG-AT-MDL-C-000088683

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

135

GOOG-AT-MDL-C-000088684

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

136

GOOG-AT-MDL-C-000088685

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

137

GOOG-AT-MDL-C-000088686

140



1   say, "In January of 2024, Google made

2   available to publishers using Google Ad

3   Manager 360 a modified bid" -- "bids

4   data transfer report file, a joinable

5   bids data transfer report file, that

6   could be joined with other data transfer

7   report files containing bid information

8   for requests originating outside of

9   Europe."

10

11

12

13        form.

14

15

16

17

18

19

20

21

22

23

24

25

GOOG-AT-MDL-C-000088689

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

141

1  ████████████████████
2         ██████████████████████████
3     ███████
4         ██████████████████████████
5     ██████████████████████████████
6     ██████████████████████████████
7         ██████████████████████████
8      ████████████████████████
9     ████████████████████████████████
10    ████████████████████████
11    ████████████████████████████████
12    ████████████████████████████████
13     ████████████████████
14     ███████████████████████
15     ███████████████████████
16     ████████████████████████
17     ██████████████
18        █████████████████████████
19    █████████████████████████████
20     ██████████████████████
21     ████████████████████
22     ███████████████████████████
23    █████████████████████████████
24     ██████████████████████
25     █████████████████████

GOOG-AT-MDL-C-000088690

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                      September 06, 2024

142

GOOG-AT-MDL-C-000088691

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

145

GOOG-AT-MDL-C-000088694

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                              September 06, 2024

146

GOOG-AT-MDL-C-000088695

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

147

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

GOOG-AT-MDL-C-000088696

In Re - Google Digital Advertising Antitrust Litigation
Highly Confidential                                    September 06, 2024

148

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    of.

GOOG-AT-MDL-C-000088697

**HIGHLY CONFIDENTIAL**

**ERRATA SHEET FOR THE TRANSCRIPT OF:**

Case Name:    *In re Google Digital Advertising Antitrust Litigation*, 1:21-md-03010 (PKC)

Deposition Date:    September 6, 2024

Deponent:    ████████████

**CORRECTIONS**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 11 | 22 | ████████████████████ | Transcription Error |
| 18 | 8 | The phrase "ad to be" should read "ad be" | Transcription Error |
| 29 | 24 | The phrase "We" should read "We'd" | Transcription Error |
| 56 | 16 | ████████████████ | Transcription Error |
| 65 | 7 | █████████████████ | Transcription Error |
| 72 | 25 | ████████████████████████ | Transcription Error |
| 73 | 20 | ██████████████████ | Transcription Error |
| 81 | 3 | ██████████████████ | Transcription Error |
| 89 | 8 | ███████████████████ | Transcription Error |
| 91 | 12 | █████████████████████ | Transcription Error |
| 92 | 24 | The phrase "and header" should read "and the header" | Transcription Error |
| 104 | 23 | The phrase "typically embedded" should read "typically embedded directly" | Transcription Error |
| 111 | 2 | The phrase "ala" should read "a la" | Transcription Error |
| 111 | 12 | The phrase "That wasn't" should read "No, that wasn't" | Transcription Error |
| 118 | 14 | The phrase "out of the database" should read "out of a database" | Transcription Error |
| 127 | 24 | ███████████████████████████ | Transcription Error |
| 132 | 23 | The phrase "So I don't" should read "I don't" | Transcription Error |
| 134 | 16 | █████████████████ | Transcription Error |
| 134 | 20 | █████████████████ | Transcription Error |
| 138 | 24 | ██████████████████ | Transcription Error |
| 139 | 13 | ██████████████████ | Transcription Error |
| 145 | 14 | ████████████████ | Transcription Error |
| 146 | 21 | ███████████████████████ | Transcription Error |
| 150 | 23 | █████████████████████ | Transcription Error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 163 | 20 | ███████████████████████ | Transcription Error |
| 165 | 1 | The phrase "ala" should read "a la" | Transcription Error |
| 165 | 5 | The phrase "ala" should read "a la" | Transcription Error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: October 4, 2024    Signatur ███████████████████████