# EXHIBIT 132
# DOCUMENT UNDER SEAL