# EXHIBIT 133
# DOCUMENT UNDER SEAL