# EXHIBIT 134

UNDER PROTECTIVE ORDER

Page 1

```
 1           UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
 2                 SHERMAN DIVISION
 3
 4   THE STATE OF TEXAS, et al.,
 5           Plaintiffs,
                                    Civil Action No.
 6   vs.                            4:20-cv-00957-SJD
 7   GOOGLE, LLC,
 8           Defendant.
 9   _____/
10
                          Collins Building
11                        107 W. Gaines Street
                          Tallahassee, FL 32399
12                        April 22, 2024
                          9:44 a.m. - 5:30 p.m. EDT
13
14
15        DEPOSITION OF ANDREW BUTLER
16
17      Taken on behalf of the Defendant before
18   Alice J. Teslicko, Registered Merit Reporter, and
19   Notary Public in and for the State of Florida at
20   Large, pursuant to a Notice of Taking 30(b)(6)
21   Deposition in the above cause.
22
23
24
25      Job No. CS6654550
```

Page 54

```
 1   parens patriae capacity for alleged harm caused to
 2   publishers and advertisers in the State, correct?
 3        A    I think the document speaks for itself.
 4        Q    I'm asking you to clarify.  The State of
 5   Florida is proceeding in its parens patriae capacity
 6   for alleged harm caused to publishers and advertisers
 7   in its state for its Federal claims, correct?
 8             MR. PALMER:  Objection as to form.
 9        A    You say for its Federal claims?
10        Q    Yes, for its Federal claims.
11        A    We're not, I believe, bringing civil
12   penalties under Federal statutes.
13        Q    Apologies.  I meant to say -- I'll reframe
14   the question.
15             The State of Florida is seeking civil
16   penalties as parens patriae for harm to the general
17   welfare and economies of each state caused by injuries
18   to publishers and advertisers within that state,
19   correct?
20        A    Yeah, I think that's correct.
21        Q    But sitting here today, you can't name any
22   specific advertisers or publishers in the State of
23   Florida who were harmed by Google's alleged conduct,
24   correct?
25        A    With the caveats I gave earlier when I
```

Page 55

1    answered that question, I don't have a specific one
2    for you today.
3        Q    Is that something you looked into in
4    preparation for your testimony today?
5             MR. PALMER:  Objection as to form.
6        A    As I stated earlier, we have three and a
7    half million businesses.  I did not single out any
8    business to see whether or not that specific business
9    had been harmed, in preparation for this deposition.
10       Q    Have you investigated whether any specific
11   businesses in the State of Florida were harmed by
12   Google's alleged conduct?
13            MR. PALMER:  Objection as to form.
14       A    I believe that the investigations focus on
15   the market effects of the alleged anticompetitive
16   behavior.  Because when you monopolize a market, every
17   participant in that market is harmed in some way,
18   shape, or form.  So I just think that that's not
19   really how it goes.
20       Q    So you have not investigated whether any
21   specific businesses in the State of Florida were
22   harmed by Google's alleged conduct?
23            MR. PALMER:  Objection as to form.
24       A    With the caveats I gave earlier, I did not
25   investigate whether any specific company was harmed by

Page 212

CERTIFICATE OF OATH

I, Alice J. Teslicko, RMR, a Notary Public for the State of Florida at large, do hereby certify that the witness, Andrew Butler, appeared personally before me and was duly sworn.

Signed and sealed this 23rd day of April, 2024.

Alice J. Teslicko, RMR

Commission No. HH300672

My Commission Expires: December 14, 2026

UNDER PROTECTIVE ORDER

Page 213

```
 1                      CERTIFICATE
 2    STATE OF FLORIDA      )
                            )  ss.
 3    COUNTY OF NASSAU      )
 4
              I, ALICE TESLICKO, RMR, a Registered
 5    Merit Reporter and Notary Public for the State of
      Florida at Large, do hereby certify that I reported
 6    the deposition of Andrew Butler, a witness called by
      the Defendant in the above-styled cause; and that the
 7    foregoing pages constitute a true and correct
      transcription of my shorthand report of the deposition
 8    of said witness.
 9            I further certify that I am not an attorney
      or counsel of any of the parties, nor a relative or
10    employee of counsel connected with the action, nor
      financially interested in the action.
11
              WITNESS my hand and official seal in the
12    City of Fernandina Beach, County of Nassau, State of
      Florida, this 23rd day of April, 2024.
13
14
15
16
                                  Alice Teslicko
17                          Alice J. Teslicko, RMR
18    My commission expires:
      December 14, 2026
19    Commission No. HH300672
20
21
22
23
24
25
```