# EXHIBIT 135
# DOCUMENT UNDER SEAL