# EXHIBIT 136

# DOCUMENT UNDER SEAL