# EXHIBIT 137

# DOCUMENT UNDER SEAL