# EXHIBIT 138

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION
Civil Action No. 4:20-cv-00957-SDJ

- - - - - - - - - - - - - - - - -

THE STATE OF TEXAS, et al.,      :
                                 :
          Plaintiffs,            :
                                 :
  v.                             :
                                 :
GOOGLE LLC,                      :
                                 :
          Defendant.             :

- - - - - - - - - - - - - - - - -

The deposition of GUARIONEX DÍAZ MARTÍNEZ, called as a witness by the Defendant, pursuant to the Federal Rules of Civil Procedure, before Saul Berrios Batista, Notary Public for the Commonwealth of Puerto Rico, and Dennis Zambataro, Registered Professional Reporter, commencing on May 1, 2024 at 10:07 a.m., at the Office of the Attorney General for the Commonwealth of Puerto Rico, San Juan, Puerto Rico.

Job No. CS6672002

Page 22

```
 1      cannot talk about.
 2           Q.   Okay.  Do you agree that these
 3      Responses to Google's Request for Admission bind
 4      the Commonwealth of Puerto Rico to the
 5      responses?
 6           A.   Yes.
 7           Q.   Has Puerto Rico produced all the
 8      documents in its possession, custody and control
 9      concerning the harm it alleges?
10           A.   The Department of Justice has
11      produced documents in discovery that were in its
12      possession, custody or control.
13           Q.   Does that include harm to businesses
14      and to consumers?
15           A.   What will be the full question?
16           Q.   Has Puerto Rico produced all
17      documents in its possession, custody and control
18      concerning the harm to businesses and consumers
19      that Puerto Rico alleges in the complaint?
20           A.   The Department of Justice has
21      produced the documents related from the
22      discovery of what was requested that were in the
23      possession, custody and control, yes.
24           Q.   And Puerto Rico has not produced any
25      documents concerning any complaints that Puerto
```

Page 23

1    Rico has received concerning Google's ad tech,
2    advertising technology, and display advertising?
3         A.    That is correct.
4         Q.    Why not?
5         A.    Why we haven't produced?
6         Q.    Yes.
7         A.    There was nothing to produce.
8         Q.    So Puerto Rico did not have any
9    complaints concerning Google's advertising
10   technology and display advertising; is that
11   correct?
12        A.    The Department of Justice don't have
13   any complaints, no.
14        Q.    Would another agency or organization
15   have those complaints?
16             MR. BATES:  Objection.  Calls for
17        speculation.
18             THE WITNESS:  I don't know.  If
19        other agency has complaints about that, I
20        don't know.
21             MS. KLEIN:  Kyle, you know about the
22        Eastern District's rules about
23        objections.
24             MR. BATES:  What are you referring
25        to specifically?

```
                                                    Page 46

1     BY MS. BAYOUMI:
2         Q.   But that's not on behalf of state
3     agencies or state entities; is that correct?
4              THE WITNESS:   If you mean that
5         like --
6              MR. BATES:   Objection to form.
7              THE WITNESS:   -- proprietary damages
8         of specific state agencies, no.
9              Could you repeat the question?
10             MS. BAYOUMI:   Okay.
11    BY MS. BAYOUMI:
12        Q.   So the alleged harm to Puerto Rico's
13    general welfare and economy is based on
14    publishers and advertisers allegedly
15    experiencing decreased revenue, lower quality
16    and higher prices; is that correct?
17             MR. BATES:   Objection to form.
18             THE WITNESS:   We have designated the
19        testimony from Texas on those -- on a
20        common factual basis.
21    BY MS. BAYOUMI:
22        Q.   Does Puerto Rico have a sense of how
23    widespread this impact is in the state?
24        A.   Nationwide.
25        Q.   But it doesn't have -- but Puerto
```

1   Rico doesn't have an idea of how widespread the
2   impact alleged in the fourth amended complaint
3   is in Puerto Rico?
4           MR. BATES: Objection to form.
5           THE WITNESS: I mean, besides
6       knowing that the effect of those conducts
7       were nationwide and Puerto Rico is a
8       market within -- and that seeing how the
9       Internet is ubiquitous, it is everywhere
10      in Puerto Rico, we see users of the
11      Internet and advertisers, publishers in
12      that whole of Puerto Rico, yeah.
13  BY MS. BAYOUMI:
14      Q.   So as you sit here today, you can't
15  tell me how many Puerto Rican advertisers have
16  been affected by the conduct alleged in the
17  fourth amended complaint; is that right?
18      A.   Right now, I don't have a specific
19  number.  But I mean, discovery is ongoing,
20  expert reports is forthcoming, and we are sure
21  that the effects and the harm is nationwide.
22      Q.   And as you sit here today, you can't
23  tell me how many Puerto Rican publishers have
24  been affected by the conduct alleged in the
25  fourth amended complaint; is that right?

Page 48

1      A.   The same question -- I mean, I
2  wouldn't have a specific number right now.  But
3  the facts that are common to plaintiff states,
4  we have designated the testimony of Texas and
5  Puerto Rico, as part of the nationwide market,
6  was affected by Google's behavior.
7      Q.   Can you name an advertiser in Puerto
8  Rico?
9           MR. BATES:  Objection to form.
10          THE WITNESS:  Can you specify the
11      question?
12 BY MS. BAYOUMI:
13     Q.   Can you name an advertiser based in
14 Puerto Rico?
15     A.   Is that like an advertising agency
16 or something like that?
17     Q.   An ad agency would be a different
18 entity, but an advertiser specifically?
19          THE WITNESS:  I mean, any -- any
20      person or entity that will -- in Puerto
21      Rico, used the Internet or tried to --
22      you know, involved in online digital
23      advertising, you know, yeah.
24 BY MS. BAYOUMI:
25     Q.   Can you name an entity?

Page 54

1      again, Puerto Rico don't have -- they
2      didn't do an additional investigation
3      other than the multistate investigation.
4      It's not adding factual --
5           How long -- can we take a break?
6      How long have we been here?
7           MS. BAYOUMI:  We can take a break.
8           VIDEOGRAPHER:  Going off the record,
9      the time is 11:16 a.m.  Off the record.
10          (Short recess taken.)
11          VIDEOGRAPHER:  We're back on the
12     record.  The time is 11:32.  This is the
13     beginning of Media Number 2.  On the
14     record.
15 BY MS. BAYOUMI:
16     Q.   Puerto Rico uses ad agencies for its
17 advertising; is that right?
18     A.   We did at the Department of Justice,
19 yes.
20     Q.   And do you know whether the
21 Department of Justice's use of ad agencies is
22 limited to digital campaigns?
23     A.   Those campaigns were limited to
24 digital.  I'm not -- I think one of -- there are
25 two divisions, one ran two campaigns and the

Page 55

```
 1    other one just ran one campaign.
 2              So that one, which is the one
 3    related with the Sexual Offenders Registry,
 4    that -- it's my understanding that was limited
 5    to digital.
 6         Q.   Okay.  So you said that in total
 7    there were three digital campaigns run by the
 8    Department of Justice?
 9         A.   Yes.
10         Q.   And what are those three campaigns?
11         A.   Okay.  The Office of Compensation of
12    Victims and Witnesses, they run two campaigns,
13    one in 2021, and the other one in 2022.
14              They were both educational campaigns
15    to inform the public about the services and
16    support, monetary support that was available to
17    them.
18              The registry, the unit, did one
19    campaign in 2023.  And there was also an
20    educational campaign giving publicity to the
21    registry, which is online, it's digital; that's
22    why it was only digital, and where to locate or
23    access that registry.
24              (Reporter requests clarification.)
25    BY MS. BAYOUMI:
```

```
                                                            Page 56

 1             Q.   And when you say "educational
 2      campaigns," what do you mean by that?
 3             A.   To educate the public.
 4             Q.   So it was the goal of the campaign
 5      to educate the public on a particular topic or
 6      subject; is that right?
 7             A.   Yeah.  On a particular topic or
 8      subject, yeah.
 9             Q.   And the registry campaign that you
10      referenced, which division ran that campaign?
11             A.   Okay.  The System of Criminal
12      Justice Information, right, within that division
13      there is the unit that kind of is in charge of
14      the registry, the Unit of Sexual Offenders is in
15      charge of the registry.
16             Q.   Do you know when that campaign was
17      run?
18             A.   That one was 2023.
19             Q.   And that one was a pure digital
20      advertising campaign?
21             A.   I understand it was only digital,
22      yes.
23             Q.   Okay.  And the other two were a mix
24      of digital and non-digital?
25             A.   Mostly non-digital, but it was a
```

Page 57

```
 1      mix, yeah, you're correct.
 2              Yeah, I'm sorry.  I mean mostly, it
 3      was like traditional media.  It included digital
 4      media, but the ad tech part or the Google
 5      display part was a minimal.
 6          Q.  What do you mean by "the ad tech
 7      part was minimal"?
 8          A.  I mean those things were done by the
 9      ad agency that was hired.  So, yeah, I cannot
10      speak about that.
11          Q.  What role does the ad agency play
12      for Puerto Rico's digital ad campaign?
13          A.  Yeah, they will do it like -- they
14      will plan and create the campaign and execute
15      it, according to the needs, and then report
16      back.
17          Q.  And when you say "report back," that
18      means the ad agency measures the performance of
19      the campaign and then provides an update to
20      whichever division is running that campaign; is
21      that right?
22          A.  Yeah, they provided some reports
23      after the campaign, yeah.
24          Q.  And does the ad agency also make
25      recommendations on how to pursue the campaign?
```

Page 58

1      A.   Yes.
2      Q.   Does that include recommendations as
3  to which ad tech providers to use for the
4  campaign?
5      A.   Yes.
6      Q.   Does that also include
7  recommendations as to where the funds should be
8  spent in terms of which type of advertising
9  should be used for the campaign?
10     A.   I don't understand, since they are
11 the ones who developed the plan.
12     Q.   So is it fair to say that the ad
13 agency would make all strategic decisions
14 regarding the advertising campaign?
15     A.   Yes.
16     Q.   How does Puerto Rico decide which ad
17 agency to work with for a particular campaign?
18     A.   They did a request for proposal and
19 they evaluated different proposals from
20 different ad agencies and chose the company that
21 we provided.
22     Q.   What criteria did these divisions
23 use in selecting an ad agency?
24     A.   Specific material they evaluate -- I
25 would have to understand the plan, you know, and