# EXHIBIT 139
# DOCUMENT UNDER SEAL