# EXHIBIT 140

# DOCUMENT UNDER SEAL