# EXHIBIT 142

# DOCUMENT UNDER SEAL