# EXHIBIT 143

# DOCUMENT UNDER SEAL