# EXHIBIT 144

## REDACTED

# In the Matter Of:

*In Re Google Antitrust Litigation*

[redacted]

*November 06, 2020*

LEXITAS™

GOOG-AT-MDL-007172126

--------------------------------------

IN RE:

GOOGLE ANTITRUST LITIGATION

60-516110-0004

--------------------------------------------

** HIGHLY CONFIDENTIAL **

REMOTE DEPOSITION OF

[redacted]

Friday, November 6, 2020

11:00 a.m. (EST)

Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2020-92995

[redacted] - HIGHLY CONFIDENTIAL

used, and so we were trying to discourage some of those uses because of concerns about stability because of the impact of publishers and their ability to make money.

Q. What concerns did you have?

A. So, for example, one of the big issues is that line items were being used for realtime pricing. And line items were never viewed as -- line items were meant to be a reservation and not, you know, 50 line items per particular slots, which was needed to be done for the way people were working around realtime competition.

So that actually had put our AdServer at risk many times and we were thinking of ways to -- thinking about potential ways to discourage that.

Q. You mentioned using line items for realtime bidding. Are you referring specifically to header bidding?

A. Yeah, header bidding uses line items for realtime bidding, yes.

Q. And why would this be -- I'm sorry?

[redacted] - HIGHLY CONFIDENTIAL

A. There may be other ways that people were doing it, too, but header bidding is one of the ways, so...

Q. And why was using line items for realtime pricing a risk to Google's AdServer?

A. The way the system was built is that line items [redacted] There wasn't a concept of using them for realtime pricing. [redacted] but with using line items for realtime pricing, which is not what they were designed to be used for, [redacted]

And so there were often discussions as publishers wanted to expand their use of that about whether we could actually keep the system running in a stable way as those were expanded more and

more.

[redacted] and also had negative consequences for the ecosystem, advertisers, and publishers, and users.

Q. What do you mean by line items aren't supposed to support realtime bidding?

A. Yes. Line items were designed for reservations and they were not -- [redacted], they don't do -- they don't have any kind of way to collect realtime pricing.

The way header bidding sort of twisted their use was by having a line item

because of header bidding.

Q. Any other reason they would use it other than header bidding?

A. Yes. They could have really segmented their audiences and their inventory in a very fine grain way. So that's a reason that a publisher could exceed the limits as well. And so we evaluated both of those requests.

Q. But you said that it was mainly used for header bidding?

A. Because the system was designed to be able -- the line item system was designed for reservations, it was designed with limits in mind that would make sense for reservations, [REDACTED] it was pushing the system beyond what was a safe limit and so we had to evaluate whether we could sustain the additional load.

- HIGHLY CONFIDENTIAL

Q. So if having too many line items was a risk for Google, why would you approve a greater line item for some customers?

A. If publishers requested and they felt they needed them, since we understood that they were trying to have realtime competition and

Q. Would this be done for a specific timeframe or would it just be a permanent increase for the publisher?

A.

[redacted] - HIGHLY CONFIDENTIAL

AdX, could a publisher request last look to be turned off?

A. No, [redacted]

Q. Are you aware of universal pricing rules?

A. I remember that there was some discussion of universal pricing rules.

Q. What is your understanding of what universal pricing rules are?

A. S[redacted] But some of the discussions about universal pricing rules is that given the unification of AdManager and exchange, AdExchange and especially as we were moving to a first price, the different pricing rules for different exchanges really didn't make any

[REDACTED] - HIGHLY CONFIDENTIAL

sense because if it was used as a way to increase yield in a second price auction, but once you're moving to a first price auction there's really no reason to do it -- and so I think universal pricing rules were about streamlining that so that there was one rule that applied to all of the inventory that went into exchange bidding, I believe, is where that was done.

Q. Would a publisher -- to the extent that you know, could a publisher turn off uniform pricing rules?

A. [REDACTED] the idea was to just change the way rules work so that they were streamlined.

[REDACTED]

Q. Were you involved in the discussions of developing the uniform pricing rules?

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 3:12 | The words "Erin Craig" should read "Erin Craig, Esq." |
| 3:13 | The words "Aaron Comenetz, Esq." should be added after "Erin Craig, Esq." |
| 11:18 | The words "Erica Trotman" should read "Erika Trautman" (Transcription Error) |
| 11:19 | The word "Oga" should read "Aga" (Transcription Error) |
| 13:2 | The words "Campuses University" should read "campus of the university" (Transcription Error) |
| 14:12 | The words "during the time that" should read "during the time at IBM when" (Transcription Error) |
| 20:16 | The word "it" should read "I" (Transcription Error) |
| 22:4 | The word "A server" should read "ad servers" (Transcription Error) |
| 24:21 | The word "sales" should read "sell" (Transcription Error) |

**READ/SIGN DEPOSITION OF:** ██████
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 34:15 | The word "spec" should be removed (Transcription Error) |
| 37:8 | The word "RVPs" should read "our VPs" (Transcription Error) |
| 37:16 | ██████ |
| 41:23 | The word "DSP" should read "DSPs" (Transcription Error) |
| 45:10-11 | The words "advertiser's side" should read "advertiser-side" (Transcription Error) |
| 49:4 | The words "impact of" should read "impact on" (Transcription Error) |
| 52:20 | The words "in tend" should read "intended" (Transcription Error) |
| 54:4 | The word "cause" should read "caused" (Transcription Error) |
| 54:25 | The words "That is we" should read "that we" (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [REDACTED]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 55:10 | The word "DSP" should read "DSPs" (Transcription Error) |
| 55:15 | The word "inclusion" should read "in collusion" (Transcription Error) |
| 55:24 | The words "echo system" should read "ecosystem" (Transcription Error) |
| 56:16 | The word "swath" should read "cost" (Transcription Error) |
| 61:9 | [REDACTED] |
| 61:13 | [REDACTED] |
| 63:23 | The words "director the" should read "the director" (Transcription Error) |
| 64:19 | The word "Benefited" should read "benefit" (Transcription Error) |
| 66:7 | The word "Nande" should read "Nandy" (Transcription Error) |
| 66:20 | The word "Nande" should read "Nandy" (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| **Page Line** | **Changes or corrections and reason** |
|---|---|
| 68:16 | The words “Esar Lebowitz” should read “Eisar Lipkovitz” (Transcription Error) |
| 68:18 | The word “Moray” should read “Muret” (Transcription Error) |
| 74:3 | The words “Free Will” should read “Freewheel” (Transcription Error) |
| 74:5 | The word “exchange” should read “exchanges” (Transcription Error) |
| 74:19 | The words “supported developer relations” should read “support or developer relations” (Transcription Error) |
| 75:9 | The word “roles” should read “rules” (Transcription Error) |
| 75:17 | The word “deep” should read “keep” (Transcription Error) |
| 75:18 | The word “my” should read “the” (Transcription Error) |
| 78:8 | The word “integrate” should read “integrated” (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 78:18 | The word "exchange" should read "exchanges" (Transcription Error) |
| 78:21 | The word "There" should read "They" (Transcription Error) |
| 95:21 | The word "AdAge" should read "average" (Transcription Error) |
| 98:25 | The words "a header" should read "ahead or" (Transcription Error) |
| 105:23 | The words "in correct" should read "incorrect" (Transcription Error) |
| 107:14 | The word "associate" should read "associated" (Transcription Error) |
| 114:17 | The word "exchange" should read "exchanges" (Transcription Error) |
| 114:19 | The word "exchange" should read "exchanges" (Transcription Error) |
| 116:4 | The word "exchange" should read "exchanges" (Transcription Error) |
| 116:8 | The word "exchange" should read "exchanges" (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 117:6 | The word "ha" should read "had" (Transcription Error) |
| 117:10 | The word "Whether" should read "When" (Transcription Error) |
| 117:15 | The word "exchange" should read "exchanges" (Transcription Error) |
| 117:21 | The word "exchange" should read "exchanges" (Transcription Error) |
| 117:23 | The word "exchange" should read "exchanges" (Transcription Error) |
| 122:8 | The words "ad serves" should read "ad servers" (Transcription Error) |
| 128:10 | The words "that character ESL problems" should be removed (Transcription Error) |
| 128:14 | The words "ad had" should read "Ad Manager had" (Transcription Error) |
| 129:10 | The word "lowest" should read "highest" (Transcription Error) |
| 131:24 | The word "shaking" should read "shaky" (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [REDACTED]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 144:10 | The word "take" should read "takes" (Transcription Error) |
| 145:6 | The words "changed to" should read "change at" (Transcription Error) |
| 145:19 | The word "exchange" should read "exchanges" (Transcription Error) |
| 145:23 | The word "create" should read "created" (Transcription Error) |
| 146:23 | The words "if header bid something" should read "if header bid comes" (Transcription Error) |
| 147:4 | The word "re-present" should read "prevent" (Transcription Error) |
| 149:20-1 | The words "header bid something when the client calls out to server-side" should read "header bidding is when the client calls out to a server-side" (Transcription Error) |
| 149:22 | The words "which in side" should read "in turn the" (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 150:21 | The words “still call” should read “still the call” (Transcription Error) |
| 150:22 | The word “it” should read “to” (Transcription Error) |
| 152:12 | The word “and” should read “were” (Transcription Error) |
| 153:25 | The word “publisher’s” should read “publishers’” (Transcription Error) |
| 156:13 | The word “knowingly” should read “unknowingly” (Transcription Error) |
| 156:21 | The word “attack” should read “a tag” (Transcription Error) |
| 157:24 | The word “safely” should read “safe” (Transcription Error) |
| 158:18 | The word “DB360” should read “DV360” (Transcription Error) |
| 159:20 | The words “safety with” should read “safety, with” (Transcription Error) |
| 160:13 | The word “pause” should read “cause” (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 162:5 | The words "weak and" should read "we "would" (Transcription Error) |
| 162:17 | The words "First Look" should read "first look" (Transcription Error) |
| 163:13 | The word "choose" should read "chooses" (Transcription Error) |
| 163:14 | The word "which" should read "or" (Transcription Error) |
| 166:8 | The word "exchange" should read "exchanges" (Transcription Error) |
| 166:12 | The word "I" should read "it" (Transcription Error) |
| 167:20 | The word "remembering" should read "referring" (Transcription Error) |
| 167:23 | The word "option" should read "auction" (Transcription Error) |
| 168:3 | The word "HSSP" should read "each SSP" (Transcription Error) |
| 170:24 | The words "before first" should read "became first" (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 173:5 | The word "Berliate" should read "Berliat" (Transcription Error) |
| 173:8 | The word "Berliate" should read "Berliat" (Transcription Error) |
| 178:24 | The word "tracing" should read "training" (Transcription Error) |
| 180:3 | The word "Berliate" should read "Berliat's" (Transcription Error) |
| 180:5-6 | The words "V. Berliate and the A sign" should read "cberliat and the at sign" (Transcription Error) |
| 180:15 | The words "L dat" should read "LDAP" (Transcription Error) |
| 181:21 | The words "publisher website adserver adexchange" should read "publisher, website, ad server, ad exchange" (Transcription Error) |
| 183:11 | The words "ad manager" should read "Ad Manager" (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| **Page Line** | **Changes or corrections and reason** |
| --- | --- |
| 183:13 | The word “is” should read “a” (Transcription Error) |
| 185:21 | The word “Chris” should read “Kris” (Transcription Error) |
| 192:4 | The word “DSP” should read “DSPs” (Transcription Error) |
| 192:23 | The word “serve” should read “server” (Transcription Error) |
| 194:18 | The word “add” should read “ad” (Transcription Error) |
| 194:19 | The word “add” should read “ad” (Transcription Error) |
| 195:21 | The word “add” should read “ad” (Transcription Error) |
| 204:14 | The word “it” should be removed (Transcription Error) |
| 206:16 | The word “ones” should read “one” (Transcription Error) |
| 206:17 | The words “their’s of” should read “theirs for” (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [REDACTED]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 210:24 | The word "tab" should read "tag" (Transcription Error) |
| 216:2 | The words "add defendant's exhibit" should read "had ad exchange" (Transcription Error) |
| 216:18 | The words "enter made year" should read "intermediary" (Transcription Error) |
| 217:15 | The word "command" should read "inventory" (Transcription Error) |
| 221:5 | The word "are" should be removed (Transcription Error) |
| 221:7 | The word "another" should read "other" (Transcription Error) |
| 221:20 | The word "this" should read "that" (Transcription Error) |
| 223:10-1 | The words "was and" should read "built and" (Transcription Error) |
| 226:10 | The word "had" should be removed (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [redacted]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
| --- | --- |
| 230:7 | The word “auctioning” should read “auction” (Transcription Error) |
| 230:8-9 | The words “in the” should read “not” (Transcription Error) |
| 232:22 | The word “what” should read “would” (Transcription Error) |
| 234:3 | The words “for price” should read “floor price” (Transcription Error) |
| 237:23 | The word “industry” should read “the industry” (Transcription Error) |
| 238:19 | The words “Adx change” should read “Ad Exchange” (Transcription Error) |
| 238:23 | The word “tanned” should read “and” (Transcription Error) |
| 240:7 | The word “in.” should read “in?” (Transcription Error) |
| 241:4 | The word “mean.” should read “mean?” (Transcription Error) |
| 242:5 | The word “read” should read “red” (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [REDACTED]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 244:2 | The word “at” should be removed (Transcription Error) |
| 256:14 | The word “And” should read “In” (Transcription Error) |
| 257:6 | The words “have done” should read “have been done” (Transcription Error) |
| 258:12 | The word “isn’t” should read “it is” (Transcription Error) |
| 260:20 | The word “the” should read “that” (Transcription Error) |
| 262:18 | The word “numb” should be removed (Transcription Error) |
| 264:22 | The word “valuation” should be “evaluation” (Transcription Error) |
| 265:6 | The words “investigation, but it was a point in time” should read “version, or it was a point in time” (Transcription Error) |

**READ/SIGN DEPOSITION OF:** [REDACTED]
**DATE OF DEPOSITION:** November 6, 2020
**IN THE MATTER OF:** Google 60-516110-0004

**DO NOT WRITE ON THE DEPOSITION ITSELF**

| Page Line | Changes or corrections and reason |
|---|---|
| 279:6 | The word "Lupser" should read "Loubser" (Transcription Error) |
| 284:10 | The word "break" should read "product" (Transcription Error) |
| Throughout | The word "AdServer" should read "ad server" (Transcription Error) |
| Throughout | The word "AdExchange" should read "Ad Exchange" (Transcription Error) |
| Throughout | The word "AdManager" should read "Ad Manager" (Transcription Error) |

**I have inspected and read my deposition and have listed all changes and corrections above, along with my reason therefor.**

**DATE:** 12/16/20 **SIGNATURE:** [REDACTED]