# EXHIBIT 147

UNDER PROTECTIVE ORDER

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE STATE OF TEXAS, et al,

    Plaintiffs,

-vs-                        Civil Action No.
                          4:20-cv-00957-SDJ

GOOGLE LLC,

    Defendant.

VIDEOTAPED DEPOSITION OF CHUCK HARDER
TAKEN ON BEHALF OF THE DEFENDANT
ON MAY 1, 2024, BEGINNING AT 8:51 A.M.
VIA ZOOM

APPEARANCES

on behalf of the PLAINTIFFS

Ms. Amanda Wentz (Via Zoom)
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street
Suite 200
Little Rock, Arkansas 72201
(501) 682-2007

(Appearances continued on next page.)
REPORTED BY:  Shannon S. Harwood, CSR, RPR, CRR
  Job No. CS6663791

Veritext Legal Solutions

800-567-8658                                                973-410-4098

Page 30

1    A.   The factual basis for that conclusion, this is
2    -- this is an instance where -- again, an instance where
3    the facts in this case are common for all the states
4    involved and the fact witness for the common facts is
5    the 30(b)(6) witness for the State of Texas, Mr. Gordon.
6        Q.   Do you have any evidence about harm to
7    Arkansas's citizens --
8        A.   I don't have any -- I don't have any -- we
9    don't have any evidence that the harm to Arkansas
10   citizens is any different than the harm nationally.
11       Q.   So -- so is it the State's contention that
12   widespread national harm is the harm to Arkansas
13   citizens?
14       A.   We -- no, the -- we do not believe -- we have
15   no reason to believe that Arkansas was -- that the harm
16   to Arkansas was any less or any more than it was
17   nationally at this point.  It will not know until
18   discovery is concluded and we have the reports of our
19   experts.
20       Q.   Sir, discovery closes in two days.  You know
21   that, right?
22       A.   I do now.
23       Q.   The fact discovery closes in two days, fair?
24       A.   I have no reason to doubt that.
25       Q.   So -- so your testimony is that in the next 48

Page 35

1   Protection Division staff investigators.
2       Q.   And -- and you personally work within that
3   division, fair?
4       A.   Yes, I do.
5       Q.   And what happens when a -- when consumer
6   complaints come in to your division?
7       A.   When consumer complaints come into the
8   division, we make an effort to mediate those complaints.
9   There's a process whereby complaints are -- are sent to
10  the business.  We request that the business reply to the
11  complaint, provide us a reply, and then we attempt to
12  mediate the complaint.
13      Q.   And that's -- that's the normal process for
14  Arkansas investing -- investigating consumer complaints
15  from citizens that are made to your office; is that
16  fair?
17      A.   That's correct.
18      Q.   How many consumer complaints has the Arkansas
19  office that you work in received with respect to
20  Google's ad tech products?
21      A.   We haven't received any with respect to the
22  Google Ad tech products.
23      Q.   You haven't received one, correct?
24      A.   That's correct.
25      Q.   For the past 10 years, you've received zero

                    C E R T I F I C A T E

STATE OF OKLAHOMA    )
                     )
COUNTY OF TULSA      )

    I, Shannon S. Harwood, a Certified Shorthand Reporter in and for the State of Oklahoma, do hereby certify that the foregoing is a true and correct transcription of my shorthand notes of proceedings had in Case Number 4:20-cv-957-SDJ heard on the 1st day of May, 2024, and is only valid with my stamped seal and my original signature.

    I further certify that I am not related to nor attorney for either of said parties nor otherwise interested in said action.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 2nd day of May, 2024.




                          _____
                          Shannon S. Harwood, CSR, RPR, CRR