# EXHIBIT 149

# DOCUMENT UNDER SEAL