# EXHIBIT 150

Page 364

1  IN THE UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF TEXAS
3  SHERMAN DIVISION
4
5  THE STATE OF TEXAS, ET AL,
6  　　　　　Plaintiffs,
7  vs.                    CIVIL NO. 4:20-CV-957-SDJ
8  GOOGLE LLC,
9  　　　　　Defendants.
10 _____/
11
12
13  HIGHLY CONFIDENTIAL
14  VIDEOTAPED DEPOSITION of NIRMAL JAYARAM, VOLUME II
15  Redwood City, California
16  May 21, 2024
17  9:11 a.m.
18
19
20
21
22
23  Stenographically reported by:
24  JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC
25  CSR No. 3969

Page 373

1         Do you recall that?
2     A.  Yes.
3         MR. BITTON: Objection to form.
4  BY MR. HILLEGAS:
5     Q.  When you referred to the two versions of
6  Project Bell in your declaration, Version 1 was
7  Global Bernanke; right?
8         MR. BITTON: Objection to form.
9         THE WITNESS: That's my recollection.
10 BY MR. HILLEGAS:
11    Q.  Version 2 was what we now know as -- as
12 Project Bell; correct?
13        MR. BITTON: Objection to form.
14        THE WITNESS: Yes. That's my recollection.
15 BY MR. HILLEGAS:
16    Q.  Now, Project Bell engaged in three actions;
17 right?
18        MR. BITTON: Objection to form.
19        THE WITNESS: So if we are referring to
20 what you just referred as the second version, yes,
21 there were three -- three different treatments
22 applied on publishers that we detected as calling
23 AdWords multiple times through AdX.
24 BY MR. HILLEGAS:
25    Q.  Those three actions were to disable

1    Project Bernanke from bidding, to set a limit on how
2    high the bid would be based on bids from the prior
3    week, and that Google Ads would not buy inventory
4    from the multicaller publishers on third-party
5    exchanges; right?
6              MR. BITTON:  Objection to form.
7              THE WITNESS:  That sounds right.
8              (Exhibit 214 was marked for
9              identification and is attached to the
10             transcript.)
11   BY MR. HILLEGAS:
12       Q.   Now, for this next part, I'm going to --
13   I'll hand you the declaration.  This is State's
14   Exhibit -- I believe we're at 214.  And it is
15   GOOG-AT-MDL-008842383.
16             And is this the declaration that you wrote
17   for the Virginia case, sir?
18       A.   Yes.  It appears so.
19       Q.   And if you could go to page 5, which is
20   Bates Number 387 in the bottom corner.
21       A.   Okay.
22       Q.   So paragraph 17 is what we were discussing,
23   and at the end there's a footnote.
24             Do you see that, sir?
25       A.   I see it.

Page 398

1   essentially lower that bid to the optimal value to
2   be submitted to AdX as well; right?
3       A.   Yes.
4       Q.   And if Poirot was lowering the bid to be
5   submitted to AdX, it's applying a multiplier of less
6   than 1; correct?
7            MR. BITTON:  Objection to form.
8            THE WITNESS:  At this time the bid was no
9   longer just a multiplier.  But, yes.  My expectation
10  is that the bids that get submitted to the exchange
11  would be less than the bids that the advertiser
12  input in the front-end.
13  BY MR. HILLEGAS:
14      Q.   When did Poirot start reducing the bids
15  that were submitted to AdX?
16      A.   My expectation is that that would have
17  happened once AdX shifted to the unified first-price
18  auction.
19      Q.   Do you know when AdX shifted to the unified
20  first-price auction?
21      A.   To my recollection, it was close to
22  September 2019.
23      Q.   You said September 2019?
24      A.   Yes.
25      Q.   If we can look at paragraph 36 on page 9.

Page 614

1                    ---oOo---

2

3        I, JENNY L. GRIFFIN, hereby certify:

4        That I am a certified shorthand reporter in and

5   for the County of Alameda, State of California;

6        Prior to being examined, NIRMAL JAYARAM, PhD,

7   the witness named in the foregoing deposition, was by

8   me duly sworn to testify to the truth, the whole

9   truth, and nothing but the truth; that said

10  deposition was taken pursuant to notice at the time

11  and place therein set forth, and was taken down by me

12  in stenotype and thereafter transcribed by means of

13  computer-aided transcription, and that said

14  deposition is a true record of the testimony given by

15  the witness.

16        I further certify that I am neither counsel for

17  nor related in any way to any party to said action,

18  nor otherwise interested in the outcome thereof.

19        In witness whereof, I have hereunto subscribed

20  my name May 22, 2024.

21

22

23                              *[signature]*

24                              JENNY L. GRIFFIN, CSR #3969

25                              Certified Shorthand Reporter

Page 616

1          DECLARATION UNDER PENALTY OF PERJURY
2     Case Name:  The State Of Texas, et al. v. Google LLC
3     Name of Witness:  NIRMAL JAYARAM, PhD
4     Date of Deposition:  May 21, 2024
5     Job No.: 6710582
6
7              I, NIRMAL JAYARAM, PhD, hereby certify
8     under penalty of perjury under the laws of the State
9     of California that the foregoing is true and correct.
10             Executed this _____ day of
11     _____, 2024, at _____.
12
13
14               _____
15
16                   NIRMAL JAYARAM, PhD

**HIGHLY CONFIDENTIAL**

**ERRATA SHEET FOR THE TRANSCRIPT OF:**

Case Name:  *The State of Texas, et al. v. Google LLC*, 4:20-cv-00957-SDJ (E.D. Tex.)

Deposition Date:  May 21, 2024

Deponent:  Nirmal Jayaram

**CORRECTIONS**

| Page | Line | Change | Reason |
|---|---|---|---|
| 372 | 9 | Change "First-Place" to "first price" | Transcription error |
| 379 | 23 | Change "range of 0.621" to "range of 0.6-1" | Transcription error |
| 390 | 18 | Change "measure an attribute" to "measure and attribute" | Transcription error |
| 405 | 24 | Change "He" to "Eli Gadd" | Transcription error |
| 464 | 18 | Change "want" to "won" | Transcription error |
| 538 | 24 | Change "was a product analyst" to "was a product analyst lead" | Transcription error |
| 576 | 11 | "unified pricing goals" to "unified pricing rules" | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: 07/15/2024     Signature: *Nirmal Jayaram*