## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AND TO EXTEND TIME LIMIT UNDER LOCAL RULE CV-5(a)(7)(E)**

Plaintiff States respectfully move the Court for leave to file under seal Plaintiff States' Response to Google's Motion to Exclude, and Declaration of Noah S. Heinz in Support of Plaintiff States' Opposition to Google's Motion to Exclude and all attached exhibits. Plaintiff States will file these documents today. Defendant Google LLC ("Google") does not oppose this motion.

Because Plaintiff States' filings are voluminous and contain information subject to Google's claims of confidentiality pursuant to the Confidentiality Order, Dkt. 182, Plaintiff States seek permission to file these papers under seal in the first instance and to extend the time limit under Local Rule CV-5(a)(7)(E) for Google to submit redacted versions of these filings from seven to 21 days.

Google sought to file its Motions for Summary Judgment, Motion to Exclude, and accompanying documents under seal in the first instance, and sought to extend the time limit for filing redacted versions of these documents from seven to 21 days. Dkts. 665, 666, 670. The Court granted that relief, Dkt. 685, and should implement the same process with respect to Plaintiff States' responsive filings. *See Carranza v. Shelton & Valadez, P.C.*, No. SA-22-CV-00025-ESC,

2023 WL 3260544, at *1 (W.D. Tex. May 4, 2023) (discussing court's inherent power to manage its docket).

The Court should therefore grant Plaintiff States' unopposed motion to seal the above documents and to extend the limit for filing redacted versions under Local Rule CV-5(a)(7)(E) from seven to 21 days.

| | |
|---|---|
| DATED: December 9, 2024 | Respectfully submitted, |
| /s/ W. Mark Lanier | /s/ Ashley Keller |
| W. Mark Lanier<br>Mark.Lanier@LanierLawFirm.com<br>Alex J. Brown<br>Alex.Brown@LanierLawFirm.com<br>Zeke DeRose III<br>Zeke.Derose@LanierLawFirm.com<br>Jonathan P. Wilkerson<br>Jonathan.Wilkerson@LanierLawFirm.com<br>10940 W. Sam Houston Pkwy N.<br>Suite 100<br>Houston, TX 77064<br>(713) 659-5200 | Ashley Keller<br>ack@kellerpostman.com<br>Kiran N. Bhat<br>kiran.bhat@kellerpostman.com<br>2333 Ponce De Leon Boulevard<br>Suite R-240<br>Coral Gables, Florida 33134<br>(833) 633-0118<br><br>Zina Bash (Bar No. 24067505)<br>zina.bash@kellerpostman.com<br>111 Congress Avenue, Suite 500<br>Austin, TX 78701<br>(512) 690-0990 |
| **THE LANIER LAW FIRM, PLLC**<br><br>*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*<br><br>*Submitted on behalf of all Plaintiff States* | /s/ Noah S. Heinz<br>Noah S. Heinz<br>noah.heinz@kellerpostman.com<br>1101 Connecticut Ave., N.W., Suite 1100<br>Washington, DC 20036<br>(202) 918-1123<br>**KELLER POSTMAN LLC** |

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201


FOR PLAINTIFF STATE OF TEXAS

KEN PAXTON
Attorney General

*/s/ James R. Lloyd*
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov


S<small>TATE OF</small> T<small>EXAS,</small> O<small>FFICE OF THE</small> A<small>TTORNEY</small> G<small>ENERAL</small>
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

## CERTIFICATION OF CONFERENCE

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that Google LLC does not oppose the foregoing sealing request.

*/s/Noah S. Heinz*
Noah Heinz

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Noah S. Heinz*
Noah Heinz
