# EXHIBIT 151
# REDACTED

HIGHLY CONFIDENTIAL

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF TEXAS
 3                       SHERMAN DIVISION
 4
 5     THE STATE OF TEXAS, ET AL,
 6                 Plaintiffs,
 7     vs.                        CIVIL NO. 4:20-CV-957-SDJ
 8     GOOGLE LLC,
 9                 Defendants.
10     _____/
11
12
13                     HIGHLY CONFIDENTIAL
14        VIDEOTAPED DEPOSITION of NIRMAL JAYARAM, PhD
15                  Redwood City, California
16                      April 26, 2024
17                        9:24 a.m.
18
19
20
21     Job No. MDLG6661144
22
23     Stenographically reported by:
24     JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC
25     CSR No. 3969
```

Page 115

1  like purchasing something from the advertiser page,
2  or a different type of action which the advertiser
3  recognizes as a conversion.  So that action needs to
4  happen.
5       Q.   What are the benefits to publishers of
6  Bernanke?
7       A.   Bernanke is a buy-side algorithm meant to
8  maximize advertiser value subject to margin
9  constraint.  So that's the primary goal.
10          We do think that Bernanke also benefited
11  publishers because we're building a better AdWords
12  product.  Our hope is more AdWords advertisers would
13  use it.  And more -- that means more revenue that
14  can also flow to publishers.
15      Q.   Did Bernanke result in publishers earning
16  more revenue?
17      A.   In -- I cannot answer the question as
18  phrased, because what happens to publishers -- I
19  don't have any visibility into it.  Publishers earn
20  revenue from a lot of different sources, and I only
21  have this ability into the AdWords component of it.
22  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████████████████████████████████████████████
  ████████████.

```
1    BY MR. HILLEGAS:
2         Q.    There were some publishers ████████
      ████████████████████████████████; right?
4               MR. BITTON:  Objection to form.
5               THE WITNESS:  ██████████████████████
      ████████████████████████████████████████████████
      ████████████████████████
8               And our hope always is that by building a
9    good advertiser product, more budgets come to
10   AdWords, and publishers benefit from these launches
11   too.
12   BY MR. HILLEGAS:
13        Q.    Do you know what percentage the biggest --
14   the publishers that lost the most lost by?
15              MR. BITTON:  Objection to form.
16              THE WITNESS:  Again, we cannot actually
17   quantify whether a publisher lost because of a
18   particular launch.  Assuming, again, that the
19   budgets went up because of good advertiser launches
20   for AdWords, publishers would also benefit from
21   those increased budgets.
22   BY MR. HILLEGAS:
23        Q.    Some publishers may have seen ██████████
      ████████████████; right?
25              MR. BITTON:  Objection to form.
```

Page 359

---oOo---

    I, JENNY L. GRIFFIN, hereby certify:

    That I am a certified shorthand reporter in and for the County of Alameda, State of California;

    Prior to being examined, NIRMAL JAYARAM, PhD, the witness named in the foregoing deposition, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; that said deposition was taken pursuant to notice at the time and place therein set forth, and was taken down by me in stenotype and thereafter transcribed by means of computer-aided transcription, and that said deposition is a true record of the testimony given by the witness.

    I further certify that I am neither counsel for nor related in any way to any party to said action, nor otherwise interested in the outcome thereof.

    In witness whereof, I have hereunto subscribed my name April 29, 2024.


                    JENNY L. GRIFFIN, CSR #3969
                    Certified Shorthand Reporter

Page 360

```
 1   JUSTINA K. SESSIONS, ESQ
 2   Justina.sessions@freshfields.com
 3                       April 29, 2024
 4   RE: The State Of Texas, Et Al. v. Google LLC
 5       4/26/24, Nirmal Jayaram(#6661144)
 6       The above-referenced transcript is available for
 7   review.
 8       Within the applicable timeframe, the witness should
 9   read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12       The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   cs-golkow@veritext.com
16
17    Return completed errata within 30 days from
18     receipt of testimony.
19        If the witness fails to do so within the time
20    allotted, the transcript may be used as if signed.
21
22               Yours,
23             Veritext Legal Solutions
24
25
```

Page 361

1       DECLARATION UNDER PENALTY OF PERJURY

2    Case Name:  The State Of Texas, et al. v. Google LLC

3    Name of Witness:  NIRMAL JAYARAM, PhD

4    Date of Deposition:  April 26, 2024

5    Job No.: 6661144

7           I, NIRMAL JAYARAM, PhD, hereby certify

8    under penalty of perjury under the laws of the State

9    of California that the foregoing is true and correct.

10          Executed this _____ day of

11   _____, 2024, at _____.

14                  _____

16                     NIRMAL JAYARAM, PhD

# HIGHLY CONFIDENTIAL

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: *The State of Texas, et al* v. Google LLC, Case No. 4:20-CV-00957 (E.D.T.X.)

Deposition Date: April 26, 2024

Deponent: Nirmal Jayaram

## CORRECTIONS

| Page | Line | Change | Reason |
|---|---|---|---|
| 24 | 9 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 24 | 12 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 24 | 17 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 24 | 19 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 26 | 16 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 26 | 19 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 26 | 22 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 26 | 25 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 41 | 5-6 | Change "cost per requisition" to "cost per acquisition" | Transcription error |
| 63 | 10 | █████████████ | Transcription error |
| 63 | 12 | █████████████ | Transcription error |
| 63 | 14 | █████████████ | Transcription error |
| 63 | 16 | █████████████ | Transcription error |
| 63 | 19 | █████████████ | Transcription error |
| 63 | 24 | █████████████ | Transcription error |
| 64 | 2 | █████████████ | Transcription error |
| 64 | 10 | █████████████ | Transcription error |
| 64 | 4 | █████████████ | Transcription error |
| 64 | 14 | █████████████ | Transcription error |
| 65 | 4 | █████████████ | Transcription error |
| 68 | 6 | █████████████ | Transcription error |

| | | | |
|---|---|---|---|
| 68 | 10 | ■■■■■■■■■■■■■■■■■■■ | Transcription error |
| 120 | 8 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 120 | 12 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 121 | 11 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 122 | 24 | Change "Ad Exchange" to "ad exchange" | Transcription error |
| 134 | 22 | Change "Ad Exchanges" to "ad exchanges" | Transcription error |
| 137 | 6 | Change "dictates the good revenues" to "dictates the revenues" | Transcription error |
| 263 | 23 | Change "if publishers said multiple floors" to "if publishers set multiple floors" | Transcription error |
| 343 | 15 | ■■■■■■■■■■■■■■ | Transcription error |
| 343 | 21 | ■■■■■■■■■■■■■■■■ | Transcription error |
| 344 | 2 | ■■■■■■■■■■■■■■ | Transcription error |
| 344 | 19 | ■■■■■■■■■■■■■■ | Transcription error |
| 346 | 1 | ■■■■■■■■■■■■■ | Transcription error |
| 346 | 3 | ■■■■■■■■■■■■■ | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: 5/28/2024

Signature: *Nrmal Jayaram* (DocuSigned by: E9979A5C91464A8...)