# EXHIBIT 152

# DOCUMENT UNDER SEAL