# EXHIBIT 153

# In the Matter Of:

*Google Antitrust Investigation*

## NIRMAL JAYARAM

*September 17, 2021*



GOOG-AT-MDL-007173084

```
                                                                 1
 1
 2
 3       ------------------------------------------
 4
 5       IN RE:
 6       GOOGLE ANTITRUST INVESTIGATION
 7       60-516110-0009
 8
 9       ------------------------------------------
10
11
12                    **HIGHLY CONFIDENTIAL **
13
14
15            REMOTE VIDEOTAPED DEPOSITION OF
16                      NIRMAL JAYARAM
17
18
19               Friday, September 17, 2021
20                    9:01 a.m. (PT)
21
22
23       Reported by:
24       Joan Ferrara, RMR, FCRR
25       Job No. 2021-810861
```

```
                                                        267
 1           N. Jayaram - Confidential
 2   advertiser perspective, my team needs to
 3   find the right way to participate in
 4   auctions that are not second price
 5   auctions.  That's what we, probably the
 6   term first price, whatever the terminology
 7   is, first price protection refers to.
 8       Q      Okay.
 9              Did that ultimately become
10   Project Poirot?
11       A      Project Poirot was a project
12   that was kicked off in response to a number
13   of auctions deviating from second price
14   auctions.
15       Q      Are those header bidding
16   auctions?
17       A      Header bidding auctions were a
18   subset of auctions that were deviating from
19   second price auctions.
20       Q      And what do you mean by
21   deviating from second price auctions?
22       A      There is -- second price
23   auctions has a nice property that
24   advertisers do not have to worry about
25   competition and they can just bid their
```

```
                                                         415
 1              N. Jayaram - Confidential
 2                C E R T I F I C A T E
 3   STATE OF NEW YORK )
 4                     : SS
 5   COUNTY OF NASSAU  )
 6
 7            I, Joan Ferrara, a Registered
 8   Professional Reporter and Notary Public
 9   within and for the State of New York, do
10   hereby certify:
11            That NIRMAL JAYARAM, the witness
12   whose deposition is hereinbefore set forth,
13   was duly sworn by me and that such
14   deposition is a true record of the testimony
15   given by the witness.
16            I further certify that I am not
17   related to any of the parties to this action
18   by blood or marriage, and that I am in no
19   way interested in the outcome of this
20   matter.
21            IN WITNESS WHEREOF, I have
22   hereunto set my hand this 17th day of
23   September, 2021.
24                    _____
25                           JOAN FERRARA
```

*Privileged and Confidential*
*Attorney-Client Communication*

HIGHLY CONFIDENTIAL

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: In Re: Google Antitrust Litigation

Dep. Date: September 17, 2021

Deponent: Nirmal Jayaram

CORRECTIONS:

| Page Line | Changes or Corrections and Reasons |
|---|---|
| 03:20 | The name "BRUCHKAUS" should read "BRUCKHAUS" (Transcription Error) |
| 18:20 | The word "Artemis" should read "RMS" (Transcription Error) |
| 19:25 | The word "AdExchange" should read "ad exchange" (Transcription Error) |
| 20:02 | The word "AdExchange" should read "ad exchange" (Transcription Error) |
| 20:08 | The word "AdExchange" should read "ad exchange" (Transcription Error) |
| 22:24-25 | The sentence "And who did you report to in that report?" should read "And who did you report to in that role?" (Clarity) |
| 24:02 | The word "actually" should read "actualize" (Transcription Error) |
| 31:05 | The word "and" should read "I'm" (Transcription Error) |
| 33:14 | The words "x bid auction" should read "Xbid auction" (Transcription Error) |
| 34:25 | The word "AdExchange" should read "ad exchange" (Transcription Error) |
| 37:11 | The word "AdExchange" should read "ad exchange" (Transcription Error) |
| 38:08 | The word "AdExchange" should read "ad exchange" (Transcription Error) |
| 38:19 | The word "AdExchange" should read "ad exchange" (Transcription Error) |
| Throughout | The word "AWBiD" should read "AWBid" (Transcription Error) |
| 41:17 | The words "Core CAT2" should read "core CAT2" (Transcription Error) |
| Throughout | The word "AdManager" should read "Ad Manager" (Transcription Error) |

*Privileged and Confidential*
*Attorney-Client Communication*

| | |
|---|---|
| Throughout | The words "DoubleClick Publishers" should read "DoubleClick for Publishers" (Transcription Error) |
| 45:24 | The word "what's" should read "whether it's" (Transcription Error) |
| 50:12 | The word "build" should read "bid" (Transcription Error) |
| 58:20 | The words "likely the author" should read "likely to occur" (Transcription Error) |
| 62:16 | The words "will know" should read "will have to know" (Transcription Error) |
| 62:17 | The words "bid will be" should read "bid would be" (Transcription Error) |
| 63:15 | The word "option" should read "auction" (Transcription Error) |
| 64:04 | The phrase "I do not exactly what" should read "I do not know exactly what" (Transcription Error) |
| 66:03 | The word "AdExchange" should read "ad exchange" (Transcription Error) |
| 66:12 | The word "such" should read "set" (Transcription Error) |
| Throughout | Unless otherwise noted, the word "AdExchange" should read "Ad Exchange" (Transcription Error) |
| 67:03 | The word "representor" should read "representative" (Transcription Error) |
| 67:21 | The word "sent" should read "send" (Transcription Error) |
| 68:17 | The word "the" should read "my" (Transcription Error) |
| 68:18 | The word "or" should read "over" (Transcription Error) |
| 68:22-23 | The phrase "Not if we have advertiser performance, which we do" should read "Not if we have advertiser performance as the objective, which we do" (Transcription Error) |
| 72:24 | The word "actually" should read "to actualize" (Transcription Error) |
| 78:07 | The word "advertising" should read "advertisers" (Transcription Error) |
| 78:25 | The word "list" should read "listed" (Transcription Error) |
| 81:02-03 | The phrase "There have been differences established over time network is used more" should read "There have been differences established over time.  Network is used more" (Clarity) |

*Privileged and Confidential*
*Attorney-Client Communication*

| | |
|---|---|
| 82:08-09 | The phrase "some of the DSPs also optimization" should read "some of the DSPs also do optimization" (Transcription Error) |
| 84:03 | The words "paper outcome" should read "pay per outcome" (Transcription Error) |
| 95:05 | The words "the marketing" should read "remarketing" (Transcription Error) |
| 95:23 | The word "were" should read "who are" (Transcription Error) |
| 96:11 | The word "ineligible" should read "eligible" (Transcription Error) |
| 97:22-24 | The phrase "eligibility rankings and then ranking and then bid optimization" should read "eligibility, rankings, and then ranking, and then bid optimization" (Clarity) |
| 98:17 | The word "ineligible" should read "eligible" (Transcription Error) |
| 103:07 | The word "okay" should be removed (Transcription Error) |
| 105:18 | The word "reviewed" should read "retrieved" (Transcription Error) |
| 106:12 | The word "redeemed" should read "retrieved" (Transcription Error) |
| 108:02 | The word "for" should read "core" (Transcription Error) |
| 109:03 | The words "has targeting" should read "has certain targeting" (Transcription Error) |
| 113:21 | The word "GCM" should read "GCN" (Transcription Error) |
| 116:02-03 | The phrase "So to me, talk about that first" should read "So let me talk about that first" (Transcription Error) |
| 117:24 | The phrase "so called, called as a floor" should read "also called as a floor" (Transcription Error) |
| 118:14 | The words "on top of the" should read "on top of that" (Transcription Error) |
| 122:25 | The word "sells" should read "sends" (Clarity) |
| 123:08 | The word "inquiries" should read "queries" (Transcription Error) |
| 124:05 | The word "option" should read "auction" (Transcription Error) |
| 143:18 | The word "assumption" should read "AdX auction" (Transcription Error) |
| 143:24 | The word "option" should read "auction" (Transcription Error) |

*Privileged and Confidential*
*Attorney-Client Communication*

| | |
|---|---|
| 144:06 | The following sentence should be inserted "AdX unsold inventory is a big part of how publishers sell ads." (Transcription Error) |
| 144:08 | The word "diagram" should read "Jayaram" (Transcription Error) |
| 145:04 | The words "AdX team" should read "Ad Exchange" (Transcription Error) |
| 145:15-16 | The words "advertise availability" should read "advertiser value" (Clarity) |
| 145:20 | The phrase "what is a bin" should read "what has it been" (Transcription Error) |
| 150:21-22 | The words "small fractional traffic" should read "small fraction of traffic" (Transcription Error) |
| 151:10 | The word "said" should read "set" (Transcription Error) |
| 151:16 | The words "set y" should read "set by" (Transcription Error) |
| 153:07 | The word "biding" should read "bidding" (Transcription Error) |
| 154:18 | The word "were" should be removed (Transcription Error) |
| 155:04 | The word "willing" should read "bidding" (Transcription Error) |
| 155:09 | The words "and inventory" should read "ad inventory" (Transcription Error) |
| 157:09 | The words "leading price" should read "clearing price" (Transcription Error) |
| 157:19 | The word "competitions" should read "computations" (Transcription Error) |
| 169:14-15 | The phrase "So I say explain how Bernanke works" should read "So as I explained how Bernanke works" (Transcription Error) |
| 170:13 | The phrase "in terms of subject to" should read "in terms of achieving the" (Transcription Error) |
| 179:13 | The word "ad" should read "add" (Transcription Error) |
| 180:13 | The phrase "And the way this is" should read "And the way it does this is" (Transcription Error) |
| 180:14 | The word "it" should read "the bid" (Transcription Error) |
| 180:16 | The word "this" should read "the bid" (Transcription Error) |
| 180:19 | The word "margin" should read "auction" (Transcription Error) |

*Privileged and Confidential*
*Attorney-Client Communication*

| | |
|---|---|
| 181:06 | The phrase "publisher are paying per impression" should read "publishers are paid per impression" (Transcription Error) |
| 182:11 | The question starting on this line should be attributed to Mr. Longman (Transcription Error) |
| 183:18 | The word "side" should read "slice" (Transcription Error) |
| 187:03 | The word "were" should read "for" (Transcription Error) |
| 189:08 | The words "at a time" should read "at that time" (Transcription Error) |
| 189:19 | The word "advertises" should read "advertisers" (Transcription Error) |
| 192:05 | The word "publishes" should read "publishers get" (Transcription Error) |
| 193:03 | The word "marketing" should read "remarketing" (Transcription Error) |
| 194:05 | The phrase "about marketing on Google buying AdX" should read "about -- Google buying on AdX" (Clarity) |
| 194:12 | The word "advertiser" should read "advertisers" (Transcription Error) |
| 200:03 | The word "on" should read "for" (Transcription Error) |
| 203:07 | The phrase "but I don't think that" should read "but I do think that" (Transcription Error) |
| 203:08 | The word "rule" should read "role" (Transcription Error) |
| 203:21 | The phrase "the words that Ali used -- undersells the" should read "the words that Ali used, just sort bids and declare the winner -- undersells the" (Transcription Error) |
| 205:09 | The word "non-justifiable" should read "not justifiable" (Transcription Error) |
| 208:04 | The phrase "Last Look was feature that" should read "Last Look was a feature that" (Transcription Error) |
| 209:03 | The word "publishers" should read "Publishers" (Transcription Error) |
| 209:08 | The word "publishers'" should read "Publishers'" (Transcription Error) |
| 209:24 | The word "place" should read "pace" (Transcription Error) |
| 209:25 | The phrase "flow price is set" should read "floor price is sent" (Transcription Error) |

*Privileged and Confidential*
*Attorney-Client Communication*

| | |
|---|---|
| 210:02 | The word "assumption" should read "exchange" (Transcription Error) |
| 220:07 | The word "comparative" should read "competitive" (Transcription Error) |
| 224:22 | The phrase "participating that auction" should read "participating in that auction" (Transcription Error) |
| 228:07 | The word "AdServer" should read "ad server" (Transcription Error) |
| 230:14 | The word "Its" should read "Bates" (Transcription Error) |
| 233:09 | The words "comp predictors" should read "competitors" (Transcription Error) |
| 234:07 | The words "tend of" should read "turned off" (Transcription Error) |
| 236:04-05 | The phrase "the bidding needs to be, adapt to that" should read "the bidding needs to be adapted to that" (Transcription Error) |
| 250:02 | The phrase "background, header bidding traffic" should read "impact on header bidding traffic" (Transcription Error) |
| 253:17 | The word "DV306" should read "DV360" (Transcription Error) |
| 254:07 | The word "is" should read "has" (Transcription Error) |
| 260:06 | The word "project" should read "product" (Transcription Error) |
| 260:14 | The name "G Bernston" should read "G Berntson" (Transcription Error) |
| 260:15 | The name "Glen Bernston" should read "Glenn Berntson" (Transcription Error) |
| 260:21 | The word "or" should read "of" (Transcription Error) |
| 262:05 | The phrase "reviewed at the VP" should read "reviewed with a VP" (Transcription Error) |
| 268:22 | The word "setting" should read "set using" (Transcription Error) |
| 270:24 | The word "contributed" should read "contributor" (Transcription Error) |
| 272:08 | The word "that" should read "there" (Transcription Error) |
| 272:23 | The word "from" should read "for" (Transcription Error) |
| 276:11 | The word "one" should read the number "1" (Transcription Error) |
| 278:16 | The word "they're" should read "it's" (Clarity) |

*Privileged and Confidential*
*Attorney-Client Communication*

| | |
|---|---|
| 278:17 | The word "sub-list" should read "surplus" (Transcription Error) |
| 278:18 | The words "principle's perspective" should read "principles perspective" (Transcription Error) |
| 279:25 | The phrase "So the Ronin experiment" should read "So we run an experiment" (Transcription Error) |
| 281:02 | The word "submits" should read "determines" (Clarity) |
| 281:10 | The words "advertiser's list" should read "advertiser surplus" (Transcription Error) |
| 288:19 | The phrase "this is something Eu-Jin remembers" should read "this is something maybe Eu-Jin remembers" (Transcription Error) |
| 290:20 | The word "knee" should read "need" (Transcription Error) |
| 293:02 | The word "times" should read "time" (Transcription Error) |
| 293:03 | The phrase "talk about it" should read "opt out of it" (Transcription Error) |
| 294:08 | The word "Marble" should read "Marple" (Transcription Error) |
| 299:05 | The word "implements" should read "improves" (Transcription Error) |
| 300:11 | The word "comparative" should read "comparable" (Transcription Error) |
| 301:02 | The words "who was" should read "for" (Transcription Error) |
| 301:12 | The word "DXP" should read "DFP" (Transcription Error) |
| 302:24-25 | The phrases "You could do that in a second price auction. Advertisers are charged the" should read "You could think that in a second price auction, advertisers are charged the" (Transcription Error) |
| 303:08 | The words "and our" should read "running a" (Transcription Error) |
| 304:04-05 | The phrase "where we send" should read "what we send to" (Transcription Error) |
| 305:10 | The word "effective" should read "effect" (Transcription Error) |
| 306:20 | The words "result Poirot" should read "result of Poirot" (Transcription Error) |
| 308:16 | The word "auctions" should read "launches" (Transcription Error) |
| 313:19 | The word "They" should read "The team" (Clarity) |
| 313:22 | The word "implements" should read "improvements" (Transcription Error) |

*Privileged and Confidential*
*Attorney-Client Communication*

| | |
|---|---|
| 324:11 | The word "said" should read "set" (Transcription Error) |
| 324:12 | The phrase "then the bids would not be able to bid" should read "then the bids would not be able to beat" (Transcription Error) |
| 329:15 | The word "that's" should read "that" (Transcription Error) |
| 336:02 | The word "tings" should read "things" (Transcription Error) |
| 338:11 | The words "trade desk" should read "Trade Desk" (Transcription Error) |
| 341:24 | The words "that perspective" should read "their perspective" (Transcription Error) |
| 342:07 | The words "section price" should read "second price" (Transcription Error) |
| 342:13 | The word "left" should read "let" (Transcription Error) |
| 345:03 | The words "advertiser availability" should read "advertiser surplus" (Clarity) |
| 345:11 | The phrase "as between different multipliers" should read "as a function of different multipliers" (Clarity) |
| 345:17 | The words "in place" should read "increase" (Transcription Error) |
| 347:14 | The word "on" should read "from" (Transcription Error) |
| 348:10 | The word "CasalMedia" should read "CasaleMedia" (Transcription Error) |
| 353:21 | The word "growing" should read "going" (Transcription Error) |
| 355:14 | The word "changed" should read "launched" (Clarity) |
| 359:15 | The word "bidder" should read "bid" (Transcription Error) |
| 361:21 | The word "predicate" should read "predicted" (Transcription Error) |
| 365:14 | The word "optimum" should read "optimal" (Transcription Error) |
| 367:10 | The word "alive" should read "live" (Transcription Error) |
| 370:18 | The word "assumption" should read "auction" (Transcription Error) |
| 371:18 | The word "sharding" should read "sharing" (Transcription Error) |
| 374:21 | The word "here" should read "clear" (Transcription Error) |

*Privileged and Confidential*
*Attorney-Client Communication*

| | |
|---|---|
| 377:08 | The words "header bidding JEDI" should read "header bidding, JEDI" (Transcription Error) |
| 388:02 | The word "get" should read "set" (Transcription Error) |
| 388:09 | The word "centrally" should read "generally" (Transcription Error) |
| 404:03 | The word "print" should read "use" (Clarity) |
| 404:17 | The words "AdWords in DV360" should read "AdWords and DV360" (Transcription Error) |
| 406:07 | The word "advertisers" should read "advertiser surplus" (Transcription Error) |
| 406:17 | The word "seller" should read "other" (Transcription Error) |
| 407:10-11 | The phrase "bid translation approach, bids that are bid in the AdX auction" should read "bid translation approach picks the runner up bid in the AdX auction" |
| 409:08 | The number "0.3" should read "plus 3" (Transcription Error) |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: 10/29/2021     Signature: Numal Jayaram