# EXHIBIT 154
# DOCUMENT UNDER SEAL