# EXHIBIT 155

# DOCUMENT UNDER SEAL