# EXHIBIT 156

# DOCUMENT UNDER SEAL