# EXHIBIT 157

HIGHLY CONFIDENTIAL

Page 604

1                IN THE UNITED STATES DISTRICT COURT

2                  FOR THE EASTERN DISTRICT OF TEXAS

3                          SHERMAN DIVISION

4

   THE STATE OF TEXAS, et al.,    )

5                                 )

              Plaintiffs,         )   Case No.

6    v.                           )   4:20-cv-00957-SDJ

                                  )

7    GOOGLE LLC,                  )   Hon. Sean D. Jordan

                                  )

8             Defendant.          )

9

10                     HIGHLY CONFIDENTIAL

11                  PURSUANT TO PROTECTIVE ORDER

12                          —   —   —

13                    FRIDAY, MAY 24, 2024

                            —   —   —

14

15   Continued Videotaped Deposition of NITISH KORULA, taken

16   pursuant to notice and conducted at Freshfields Bruckhaus

17   Deringer, 3 World Trade Center, 175 Greenwich Street, 52nd

18   Floor, New York, New York, commencing at 9:05 a.m., EDT, on

19   the above date, before Jennifer A. Dunn, Registered Merit

20   Reporter, Certified Realtime Reporter, Missouri Certified

21   Court Reporter, and Certified Shorthand Reporter in

22   California, Illinois, and Texas #12050.

23                          —   —   —

24

25     Job No. MDLG6711474

HIGHLY CONFIDENTIAL

Page 633

1    rules?

2          A    I am.

3          Q    When did Google create the unified pricing rules?

4          A    In 2019, prior to our launch of the unified first

5    price auction.

6          Q    Why did Google create the unified pricing rules?

7          A    As part of our move to a unified first price

8    auction, we wanted to design a new pricing rule structure

9    that would be appropriate for the auction.

10         The nature of how pricing rules work is different

11   in a first price and a second price auction, and so it was

12   an appropriate time for us to think about the design that we

13   wanted for the unified first price auction.

14         Q    Why did Google create the unified first price

15   auction?

16         A    Prior to that, many exchanges had migrated to

17   first price auctions.  We had open bidding as part of Google

18   Ad Manager, which itself ran a first price auction, and we

19   had sort of a number of different demand sources which,

20   therefore, could integrate with us in different ways, with

21   slightly different mechanisms that applied to them, and we

22   thought that a -- a new single unified auction in which all

23   demand sources largely competed on the same terms would be

24   an improvement in terms of allowing publishers to maximize

25   their revenue.  It would be simpler and easier to manage.

HIGHLY CONFIDENTIAL

Page 676

1                        CERTIFICATE

2         I, Jennifer A. Dunn, Registered Merit Reporter,

3    Certified Realtime Reporter, Certified Shorthand Reporter,

4    and Certified Court Reporter, do hereby certify that prior

5    to the commencement of the examination, Nitish Korula,

6    was duly remotely sworn by me to testify to the truth, the

7    whole truth and nothing but the truth.

8         I DO FURTHER CERTIFY that the foregoing is a verbatim

9    transcript of the testimony as taken stenographically by me

10   at the time, place and on the date hereinbefore set forth.

11        I DO FURTHER CERTIFY that I am neither a relative nor

12   employee nor attorney nor counsel of any of the parties to

13   this action, and that I am neither a relative nor employee

14   of such attorney or counsel, and that I am not financially

15   interested in the action.

16

17

18                   JENNIFER A. DUNN

19               NCRA Registered Merit Reporter

                 NCRA Certified Realtime Reporter

20        California Certified Shorthand Reporter #14461

          Illinois Certified Shorthand Reporter #084.004939

21          Missouri Certified Court Reporter #485

            Texas Certified Shorthand Reporter #12050

22

23

24

25                   Dated:  May 28, 2024

**HIGHLY CONFIDENTIAL**

**ERRATA SHEET FOR THE TRANSCRIPT OF NITISH KORULA**

Case Name:　　　*The State of Texas, et al. v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.)

Deposition Date:　May 24, 2024

Deponent:　　　Nitish Korula

**CORRECTIONS**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 610 | 6 | The phrase "direct following" should read "direct follow-on" | Transcription error |
| 612 | 24 | The phrase "directly sourced" should read "directly sold" | Transcription error |
| 616 | 3 | The phrase "dynamic inventory" should say "dynamic allocation" | Transcription error |
| 617 | 13 | The phrase "Okay" should read "522. Okay, I'll get there in a minute. Okay." | Transcription error |
| 619 | 6 | The phrase "Specifically" should read "Typically" | Transcription error |
| 620 | 22 | The phrase "buyers of AdX" should read "buyers on AdX" | Transcription error |
| 621 | 19 | The phrase "I follow" should read "that follows" | Transcription error |
| 622 | 25 | The phrase "realtime as if" should read "realtime bids if" | Transcription error |
| 624 | 14 | The phrase "think of this is an evolution" should read "think of this as an evolution" | Transcription error |
| 626 | 4 | The phrase "I would mean" should read "here I mean" | Transcription error |
| 630 | 9 | The phrase "creator" should read "creative" | Transcription error |
| 630 | 10 | The phrase "manager" should read "network" | Transcription error |
| 630 | 12-13 | The phrase "an address of here" should read "an ad to serve" | Transcription error |
| 630 | 16 | The phrase "say" should read "try" | Transcription error |
| 630 | 20-21 | The phrase "third-party system's not necessarily an exchange, but" should read "third party systems, not necessarily an exchange, but" | Transcription error |
| 631 | 5 | The phrase "speak whether it existed" should read "speak to whether it existed" | Transcription error |
| 640 | 8 | The word 'code' should read 'call' | Transcription error |
| 640 | 9 | The phrase "and successfully" should read "with successively" | Transcription error |
| 641 | 8 | The phrase "sort for pricing" should read "short for unified pricing" | Transcription error |
| 642 | 19 | The word 'pullback' should read 'holdback' | Transcription error |
| 642 | 22 | The phrase "and they were" should read "and then they were" | Transcription error |
| 643 | 18 | The phrase "that was a very recent change" should read "there was a very recent change" | Transcription error |

| Page | Line | Change | Reason |
|---|---|---|---|
| 647 | 4 | The phrase "and dynamic allocation" should read "in dynamic allocation" | Transcription error |
| 647 | 9 | The phrase "type" should read "types" | Transcription error |
| 647 | 16 | The phrase "compete or price" should read "compete on price" | Transcription error |
| 647 | 20 | The phrase "idea" should read "ad" | Transcription error |
| 648 | 5 | The phrase "about not their own" should read "about their own" | Transcription error |
| 648 | 5 | The phrase "product" should read "products" | Transcription error |
| 648 | 8 | The phrase "house line item" should read "house line item typically" | Transcription error |
| 648 | 16 | The phrase "services" should read "sources" | Transcription error |
| 649 | 10 | The phrase "back up" should read "back up a bit" | Transcription error |
| 650 | 11 | The word 'Tier' should be 'Here' | Transcription error |
| 652 | 3 | The phrase "ones" should read "rules" | Transcription error |
| 652 | 22 | The phrase "firebugs" should read "file bugs" | Transcription error |
| 655 | 18 | The phrase "Well, I don't want" should read "I don't want" | Transcription error |
| 655 | 20, 22 | The acronym 'UA' should read 'UI' in both instances | Transcription error |
| 655 | 24 | The phrase "or a bunch" should read "a bunch" | Transcription error |
| 656 | 3 | The acronym 'UA' should read 'UI' | Transcription error |
| 656 | 4 | The phrase "It was easier to manage" should read "It was a little bit easier to manage" | Transcription error |
| 656 | 6 | The phrase "bio" should read "buyer" | Transcription error |
| 656 | 15 | The acronym 'DVM' should read 'DBM' | Transcription error |
| 656 | 25 | The phrase "bios" should read "buyers" | Transcription error |
| 657 | 1 | The phrase "bio" should read "buyer" | Transcription error |
| 657 | 2 | The phrase "automatically" should read "or an ad network" | Transcription error |
| 657 | 9 | The phrase "want" should read "wanted" | Transcription error |
| 659 | 6 | The acronym 'UA' should read 'UI' | Transcription error |
| 659 | 11 | The phrase "applied all" should read "applied to all" | Transcription error |
| 660 | 3 | The phrase "exchange" should read "other exchange" | Transcription error |
| 660 | 7 | The phrase "It would be" should read "Though it would be" | Transcription error |
| 660 | 10 | The acronym 'UA' should read 'UI' | Transcription error |
| 662 | 21 | The phrase "pay what they paid" should read "pay what they bid" | Transcription error |
| 663 | 16 | The phrase "gives off" should read "can result in" | Transcription error |
| 664 | 5 | The phrase "individual" should read "in the bid" | Transcription error |
| 665 | 11 | The phrase "the way" should read "why" | Transcription error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 668 | 15 | The phrase "correct" should read "right" | Transcription error |
| 669 | 3 | The acronym 'AMR' should be 'EMR' | Transcription error |
| 669 | 21 | The phrase "It depends on what" should read "It depends what" | Transcription error |
| 670 | 25 | The phrase "it may" should read "there may" | Transcription error |
| 671 | 17 | The phrase "in 2019" should read "in May 2019" | Transcription error |
| 671 | 19 | The phrase "If you can" should read "But maybe if you can" | Transcription error |
| 675 | 5 | The phrase "I might" should read "might I" | Transcription error |
| 675 | 8 | The phrase "in person" should read "typically in person" | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: _06/24/2024_          Signature: _Nitish Koula_