# EXHIBIT 158
## REDACTED

Page 353

1           IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
2                      SHERMAN DIVISION
3
4    Case No.: 4:20-CV-00957-SDJ
5    - - - - - - - - - - - - - - - - - -X
     STATE OF TEXAS, et al.,              :
6                   Plaintiffs            :
                                          :
7    VS                                   :
                                          :
8    GOOGLE, LLC,                         :
                    Defendant             :
9    - - - - - - - - - - - - - - - - - -X
10
11                  HIGHLY CONFIDENTIAL
12            PURSUANT TO PROTECTIVE ORDER
13                    May 2, 2024
14
15                      VOLUME II
16      Continuation of the videotaped deposition of
     NITISH KORULA, PhD, taken at the offices of
17   Freshfields Bruckhaus Deringer LLP, Three World
     Trade Center, New York, New York, before Clifford
18   J. Edwards, Certified Shorthand Reporter and
     Notary Public, in and for the State of New York on
19   May 2nd, 2024, at 9:08 a.m. ET.
20
21
22
23
24
25     Job No. MDLG6680249

Page 365

1        A    I'm sorry, I'm trying to understand if
2     this is a -- a different question from the one you
3     asked previously.
4              Are you -- are you trying to get at a
5     different point?
6        Q    I'm -- I'm trying to understand more
7     how it operates.
8              How -- how does double -- does
9     direct -- does dynamic allocation work?
10             And perhaps a visual aid would -- would
11    help.
12                  MR. HILLEGAS:  So, Mr. Moore, if
13             you can bring up Document Number
14             GOOG-NE-03597611 labeled as State's
15             Exhibit 290.
16             (Whereupon, State's Exhibit 290,
17             PowerPoint Presentation Titled
18             ███████████████████████████████
19             ███████████████████████████████
20             Bates-Labeled GOOG-NE-03597611
21             through -652, was marked for
22             identification.)
23              THE WITNESS:  Thank you.
24              MR. MAHR:  Thanks.
25              MR. HILLEGAS:  This table is a

Page 366

1 little wide.
2 MR. MAHR: Yeah.
3 BY MR. HILLEGAS:
4 Q And just while we are on the metadata
5 page, sir, it says that it -- this was created in
6 December 16th, 2011; right?
7 A That seems to be correct.
8 Q And the title of the metadata page, it
9 █████████████████████████████████████████
10 Right?
11 A That's the file name listed.
12 Q And if you go to the first page, that
13 corresponds to -- the title still says,
14 ███████████████████████████████
15 Right?
16 A That's right. Without the word
17 ████████
18 Q And the date is December 15th, which
19 is the day before the -- the master creation
20 date; right?
21 A That seems to be correct.
22 Q If we can jump to page -- the Bates
23 number with -7616?
24 MR. MAHR: Dr. Korula, you can
25 take a minute to familiarize yourself

Page 367

1         with the document if you'd like.
2    BY MR. HILLEGAS:
3         Q    Yeah, I'll -- I'll be asking you just
4    about a very narrow range of the document, mostly
5    to -- to guide our conversation.
6              So I -- I think the relevant pages are
7    -616 through -623.
8         A    Okay.
9              Okay.
10        Q    So page -616 starts off with "Line
11   Item Dynamic Allocation:  How It Works."
12             Right?
13        A    That's correct.
14        Q    And on -617 is where the description
15   of how dynamic allocation works; correct?
16        A    Well, the title of the slide is
17   "Dynamic Allocation:  How It Works," but the
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22             But then DFP, now Google Ad Manager,
23   allowed publishers to -- to book ads or line items
24   at many different priority types, typically
25   between one and 16.

Page 368

```
 1            A lower number -- a numerically lower
 2   number corresponded to a higher priority, so
 3   priority one is a higher priority than priority
 4   16.
 5            And typically, at each priority level,
 6   line items of certain types were available.
 7            So at priorities one through ten,
 8   traditionally direct campaigns could be booked,
 9   and priorities 12 through 16, traditionally
10   non-guaranteed line items could be booked,
11   including remnant line items, price priority line
12   items, house line items, AdX, etc.
13       Q    Was the publisher the entity picking
14   the priority levels?
15       A    Yes.  When a publisher books a line
16   item in DFP or they create one in DFP, they can
17   choose the line item type and the corresponding
18   priority.
19       Q    And so the ad network comes in at
20   priority 12, did you say?
21       A    It depends on the publisher's
22   configuration.  Traditionally, and at that time,
23   ad networks, AdX, typically came in around
24   priority 12.
25            It's not required that be the case now
```

Page 369

```
 1     for all publishers, but this is a typical example.
 2          Q    And at the top it says, "Priorities in
 3     XFP."
 4               Just what -- what is XS -- XFP?
 5          A    XFP was an internal name for the
 6     product that was called DFP and subsequently
 7     Google Ad Manager.
 8          Q    Okay.  So if we -- if we go to the --
 9     the next page, sir?
10          A    Yes.
11          Q    Does this help describe how dynamic
12     allocation works?
13          A    It starts to, I think.  The next
14     several pages collectively describe approximately
15     how it worked at that time.  The exact details of
16     operation may have evolved over time.
17          Q    Can you describe for me how dynamic
18     allocation worked at the time?
19          A    Well, typically speaking, a publisher
20     would create, for example, a remnant line item,
21     say, a price priority line item, a priority 12,
22     and perhaps also -- maybe more than one such
23     remnant line item, and perhaps also an AdX line
24     item at the same priority, 12.
25               The remnant line item at the time
```

Page 370

1   typically had an associated CPM or price and as in
2   the example here, perhaps the price associated
3   with that remnant line item was $4, right, using
4   the example on page with -- ending with Bates
5   number -19.
6            And so among the remnant line items at
7   priority 12, perhaps the -- the one that pays the
8   publisher the most is $4, and so that's selected
9   tentatively.
10           And then we also compare with an AdX
11  line item that the publisher created at that
12  priority.
13           And we would then say, Okay.  We have
14  $4 from this ad.  How much do we get from AdX?
15           And if, as in this example, AdX had a
16  couple of buyers at $7.50 and $6.50, we would say,
17  Okay, there's a winner in that AdX auction willing
18  to pay $7.50.  The second highest price at that
19  auction is $6.50.
20           So the auction would close at that
21  price and the publisher would get paid $6.50
22  because they had a buyer willing to pay them more
23  than the $4 that they -- that they had from the
24  remnant line item.
25           If, on the other hand, say, the highest

1  bid from AdX had been $3, then we would have said,
2  Okay, no -- well, the DFP remnant line item is
3  willing to pay more and so that -- that means the
4  impression, the AdX, that doesn't serve in the
5  remnant line item serves.
6         Q     [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15              So line items also come with targeting.
16 I'm not sure what exactly the authors of this
17 presentation were trying to describe, but when a
18 publisher creates a line item in DFP, they might
19 say, This line item is eligible to serve on this
20 section of my website or to users in this
21 geographic location.
22              And so out of all of the book line
23 items at priority 12, first, DFP would look at the
24 eligible one that matched the targeting that the
25 publisher had created.

Page 466

1          C E R T I F I C A T E
2            I hereby certify that I am a Notary Public,
3    in and for the State of New York, duly
4    commissioned and qualified to administer oaths.
5            I further certify that the deponent named
6    in the foregoing deposition was by me duly sworn,
7    and thereupon testified as appears in the
8    foregoing deposition; that said deposition was
9    taken by me stenographically in the presence of
10   counsel and reduced to typewriting under my
11   direction, and the foregoing is a true and
12   accurate transcript of the testimony.
13           I further certify that I am neither of
14   counsel nor attorney to any of the parties to said
15   suit, nor am I an employee of any party to said
16   suit, nor of any counsel in said suit, nor am I
17   interested in the outcome of said cause.
18           Witness my hand and seal as Notary Public
19   this 3rd day of May, 2024.
20
21
22                     Clifford Edwards
23   New York Notary ID Number:  01ED6430906
     Notary commission expires:  3/28/2026
24
25

# HIGHLY CONFIDENTIAL

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: *The State of Texas, et al. v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.)

Deposition Date: May 2, 2024

Deponent: Nitish Korula

### CORRECTIONS

| Page | Line | Change | Reason |
|---|---|---|---|
| 364 | 5 | "sort of ad sort" should be "sort of ad shown" | Transcription Error |
| 371 | 4 | "serve in the" should be "serve, and the" | Transcription Error |
| 371 | 22 | "book" should be "booked" | Transcription Error |
| 373 | 23 | "ad manager" should be "Ad Manager" | Transcription Error |
| 374 | 2-3 | "ad manager" should be "Ad Manager" | Transcription Error |
| 374 | 5 | "ad manager" should be "Ad Manager" | Transcription Error |
| 377 | 5 | "eventually just" should be "eventually became just" | Clarification |
| 377 | 11 | "concepts" should be "concept" | Transcription Error |
| 382 | 8-9 | "because what priorities being sent to AdX" should be "because what priority's being sent to AdX" | Transcription Error |
| 383 | 2 | "solution, that line items" should be "solution with line items" | Transcription Error |
| 387 | 7-9 | "says, For this particular type of inventory, I want to sell at a minimum of $5" should be "says, 'For this particular type of inventory, I want to sell at a minimum of $5'" | Transcription Error |
| 388 | 24-25 | "campaigns, they set a zero reserved price but then they compete based on price" should be "campaigns, 'they set a zero reserve price but then they compete based on price'" | Transcription Error |
| 389 | 12 | "remnant inventory or remnant inventory" should be "remnant inventory or not remnant inventory" | Transcription Error |
| 396 | 18 | "ad manager" should be "Ad Manager" | Transcription Error |
| 398 | 16 | "user group" should be "yield group" | Transcription Error |
| 400 | 24 | "ad manager" should be "Ad Manager" | Transcription Error |
| 401 | 11 | "2000–" should be "20–" | Clarification |
| 403 | 16 | "needs" should be "means" | Clarification |
| 407 | 2 | "ad manager" should be "Ad Manager" | Transcription Error |
| 408 | 8 | "ads" should be "Ads" | Transcription Error |
| 408 | 9 | "ads" should be "Ads" | Transcription Error |

| Page | Line | Change | Reason |
|---|---|---|---|
| 408 | 10 | "digital" should be "I don't know" | Transcription Error |
| 416 | 3 | "variable" should be "variant" | Transcription Error |
| 419 | 25 | "offer" should be "for a" | Clarification |
| 422 | 25 | "$13 million" should be "$30 million" | Transcription Error |
| 427 | 24 | "remnant line items in AdX" should be "remnant line items and AdX" | Transcription Error |
| 437 | 22 | "Yes, correctly" should be "Yes, that's correct you read it correctly" | Transcription Error |
| 439 | 8 | "ads" should be "Ads" | Transcription Error |
| 439 | 13 | "ads" should be "Ads" | Transcription Error |
| 448 | 24 | "imminently" should be "eminently" | Transcription Error |
| 449 | 7 | "is" should be "as" | Transcription Error |
| 453 | 8 | "this is a bug" should be "this as a bug" | Transcription Error |
| 454 | 3-4 | "the buyer is having" should be "the buyer having" | Transcription Error |
| 459 | 22 | "dual used" should be "solely used" | Clarification |
| 459 | 24-25 | "That's one reason why we don't want to mention it, might not refer to publishers" should be "That's one reason why 'We don't want to mention it' might not refer to publishers" | Transcription Error |
| 464 | 9 | "ads" should be "Ads" | Transcription Error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: 06/03/2024    Signature: Nikhil Komle