# EXHIBIT 159
# REDACTED

Highly Confidential - Nitish Korula

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

- - -

THE STATE OF TEXAS, et al.,

        Plaintiffs,

v.                                  Civil Action No.

GOOGLE LLC,                         4:20-cv-00957-SDJ

        Defendant.

- - -

April 19, 2024

- HIGHLY CONFIDENTIAL -

Remote videotaped deposition of NITISH KORULA, conducted from the location of the witness at Freshfields Bruckhaus Deringer LLP, 170 Greenwich Street, New York, New York, commencing at 9:00 a.m. EDT, on the above date, before Marie Foley, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public.

Job No. MDLG6663184

Golkow, a Veritext Division - 877.370.DEPS

Highly Confidential - Nitish Korula

33

1
2  understand that perhaps this ad is behind
3  schedule, at risk of not meeting the
4  commitment to serve a million ads in the
5  month of April, and then there would be
6  actions that they could take to make it
7  more likely that that ad could serve.
8           Or for another example, they
9  could see hey, for this type of inventory,
10 this is how much money you typically make
11 in the auction.  This is how much money
12 you actually made over the last one week
13 or two weeks.
14     Q.   Does a publisher have access to
15 all the same data that Google has access
16 to regarding any particular auction?
17     A.   Not necessarily.
18     Q.   Can you give me some examples of
19 information that Google would have that a
20 publisher would not?
21     A.   Mostly these are related to user
22 privacy where by and large we do provide
23 the information.  What we might do is
24 remove identifying information for a
25 specific user.

Highly Confidential - Nitish Korula

34

1
2             So what does that mean?  Let's
3    say the user visits a particular, you
4    know, or, like, interacts with a
5    particular publisher's app, right.
6    There's a particular ad slot on that app.
7    We run an auction.  We sell -- return an
8    ad to that -- to that user's device, and
9    then we do this for every user who comes
10   to the app.  The publisher might see for
11   this particular ad slot on this particular
12   app over this particular hour, say, over
13   this particular day, whatever it is, I ran
14   these many auctions; these were the
15   outcomes of the auctions; these were the
16   bids that they received for each of the
17   auctions.  But they might not know which
18   particular set of bids corresponded to
19   which particular user.
20       Q.   I think we're going to get into
21   this in -- in a moment, but is it the case
22   that the publisher sees every bid that was
23   submitted for a particular auction?
24       A.   This has varied over time.  What
25   you describe is currently the case.

35

2   Q.   When was it not the case?
3   A.   Prior to 2019. █████████
4   ████████████████████████████
5   ████████████████████████████
6   ███████
7        Prior to 2019, before we
8   migrated to the unified first-price
9   auction, there was a data transfer file
10  that contains some of this information
11  that buyers could opt out of, and so some
12  buyers opted out of having their bids
13  included in the data that would go to
14  publishers.  We made some changes to that
15  bid transfer file as part of a migration
16  to the unified first-price auction, and
17  then in the process of that, we removed
18  that offer.
19  Q.   What was the process for buyers
20  to opt out of inclusion in that file?
21  A.   I am sorry, I'm not aware of the
22  exact details for how they could opt out.
23  Q.   Do you know if many buyers chose
24  to opt out?
25            MR. MAHR:  I'll object on scope.

Highly Confidential - Nitish Korula

36

2          But you can answer if you're
3     able in your personal capacity.
4     A.    I know at least a couple of
5  buyers did, but I do not know how many.
6     Q.    Who -- why did Google make a
7  change to the, I'm sorry, was it the DAT
8  file, is that what you called it?
9     A.    Data transfer file.
10    Q.    The data transfer file.
11          Why did Google make a change to
12 that data transfer file for unified
13 first-price auctions?
14    A.    Yeah, first of all, I should
15 clarify that there was not one data
16 transfer file, but many data transfer
17 files.
18          The specific file that is
19 relevant here is the bid data transfer
20 file which was the one that we changed at
21 the time of the migration to unified
22 first-price auction.
23          We made several changes to the
24 auction, right, and to, sort of like, how
25 Google Ad Manager worked as a result of

1
2     that migration, including a change from a
3     second-price auction to a first-price
4     auction.
5               As part of those changes, we
6     wanted to provide publishers more
7     visibility into the full set of bids that
8     they got, █████████████████████████
9     █████████████████████████████
10    █████████████████
11       █  █████████████████████
12    ████████████
13              MR. MAHR:  I'll just caution the
14       witness not to reveal in his answer
15       any communications with counsel about
16       legal advice.
17              THE WITNESS:  Thank you, Eric.
18       █  █████████████████████
19    █████████████████████████
20    █████████████████████████████
21    ██████████████
22       █  █████████████████████████
23    █████████████████████████
24    █████████████████████████
25    ████████████████████

1
2     A.    So, the changes that were made
3  involved removing the ability for buyers
4  to opt out of sharing their bids.  So we
5  shared more bids.
6     ██████████████████████
   ██████████████████████████████
   ██████████████████████████
   ██████████████████████████████
   ██ ████████
11    Q.    How did publishers react to
12 changes to that bid data transfer file?
13    A.    I think a few publishers
14 expressed some concerns, but I think the
15 vast majority of publishers did not.
16         MR. McBRIDE:  If we could pull
17    up GOOG-DOJ-29427368.
18         (The above mentioned exhibit was
19    published.)
20         MR. McBRIDE:  And if we could
21    skip to the first -- past the metadata
22    sheet.
23         (Exhibit 152, email chain ending
24    9/11/2019, Bates GOOG-AT-MDL-29427358-
25    374, was marked for identification, as

1
2              I don't -- I don't want this to
3       delay us, but absolutely.
4              Dr. Korula --
5              MR. MAHR:  I was thinking the
6       same thing.  And we'll try to do that.
7              But we can proceed as we are
8       now.  We want to go -- we want to move
9       forward too.
10             MR. McBRIDE:  All right.
11      Terrific.
12   BY MR. McBRIDE:
13      Q.    All right.  Back -- back to this
14   paragraph.
15             Do you remember receiving this
16   email, Dr. Korula?
17      A.    I don't remember receiving this
18   specific email, but I do remember
19   participating in discussions on the
20   subject.
21      ■   ■■■■■■■■■■■■■■■■■■■■
22   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
23   ■■■■■■■■■■■■■■■
24        ■■■■■■■■■■■■■■■■■
25   ■■■■■■■■■■■■■

```
 1
 2    █   ██████████████████████
 3    ████████████████████████
 4    ████████████████████████
 5    █████████████████████████
 6    ███████████████████████
 7    ████████████████
 8    █   █████████████████████
 9    ██████████████████
10    ███████████████████████
11    ████████████████████████
12    ███████████████████████
13    ██████████████████
14    █████████████████████
15    █████████████████████████
16    ██████
17            MR. MAHR:  And to the extent --
18        in addition to cautioning you
19        concerning privileges you've already
20        identified yourself, I will also
21        object on scope to the extent this
22        involves communications outside
23        Google.
24    █   ██████████████████
25    ██████████████████████████
```

1
2      [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]
       [REDACTED]

12        Q.   Also in the parenthetical we
13   see -- well, maybe I'll just read -- read
14   the full sentence again:  We had a call
15   with [REDACTED] yesterday, where they
16   reacted violently to the changes in the
17   Bid DT file - and then in parentheses -
18   where we're breaking joinability between
19   this file and the other DT files.
20        I want to unpack that a little
21   bit.
22        The bid DT file, that's the bid
23   data transfer file that we were discussing
24   a little bit earlier?
25        A.   It is.

46

1
2    Q.   And this reference to "breaking
3  joinability between this file and the
4  other DT files," what is that referring
5  to?
6    A.   This refers to the information
7  that would allow the -- the bids and other
8  information in the bid data transfer file
9  to be associated with specific events that
10  could be tied to individual users.
11  [REDACTED]

[REDACTED]

18    Q.   How exactly did -- was the
19  joinability broken?
20    A.   [REDACTED]

25    Q.   [REDACTED]

```
 1
 2          ████████████████
██    ██    ████████████████████████████
██          ████████████████████████████
██          ██████████████████████
██          ██████████████████████████████
██          ████████████████████████████████
██          ██████████████████████
 9    Q.    ██████████████████████
██          ██████████████████████████
██          ██████████████████████████
██    ██    ██████████████████████████
██          ████████████████████
██              ████████████████
██          ████████████████████████████
██          ██████████████████████████
██          ██████████████████████████
██          ██████████████████████████
██          ██████
20    Q.    ██████████████████████
██          ████████████████████████████████
██          ████████████████████████████████
██              ██████████████████
██    ██    ████
██    ██    ██████████████████████
```

Highly Confidential - Nitish Korula

351

```
 1
 2                  C E R T I F I C A T E
 3            I, MARIE FOLEY, Registered Merit
 4    Reporter, Certified Realtime Reporter, and
 5    Notary Public for the State of New York,
 6    do hereby certify that prior to the
 7    commencement of the examination, NITISH
 8    KORULA, was duly remotely sworn by me to
 9    testify to the truth, the whole truth and
10    nothing but the truth.
11         I DO FURTHER CERTIFY that the foregoing
12    is a verbatim transcript of the testimony
13    as taken stenographically by me at the time,
14    place and on the date hereinbefore set forth,
15    to the best of my ability.
16         I DO FURTHER CERTIFY that I am neither
17    a relative nor employee nor attorney nor
18    counsel of any of the parties to this action,
19    and that I am neither a relative nor employee
20    of such attorney or counsel, and that I am
21    not financially interested in the action.
22
23    COURT REPORTER
      Registered Merit Reporter
24    Certified Realtime Reporter
      Notary Public
25    Dated: May 24, 2024
```

## HIGHLY CONFIDENTIAL

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: *The State of Texas, et al. v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.)

Deposition Date: April 19, 2024

Deponent: Nitish Korula

### CORRECTIONS

| Page | Line | Change | Reason |
|---|---|---|---|
| 13 | 12 | "available through" should be "available to" | Transcription Error |
| 15 | 14 | "when sellside were reported" should be "when sellside engineers were onboarded" | Transcription Error |
| 19 | 7 | "and I worked" should be "when I worked" | Transcription Error |
| 21 | 7 | "app request" should be "ad request" | Transcription Error |
| 23 | 4-5 | "sellside competence and buyside competence" should be "sellside components and buyside components" | Transcription Error |
| 23 | 9 | "sellside competence" should be "sellside components" | Transcription Error |
| 24 | 6-7 | "sellside competence and buyside competence" should be "sellside components and buyside components" | Transcription Error |
| 24 | 14-15 | "just only want to direct sale" should be "just only want direct sales" | Transcription Error |
| 29 | 4 | "the elements" should be "there are elements" | Transcription Error |
| 29 | 5 | "The elements" should be "There are elements" | Transcription Error |
| 30 | 21 | "buy the auction" should be "buy via the auction" | Clarification |
| 31 | 9 | "it's opportunity" should be "there's opportunity" | Transcription Error |
| 31 | 23 | "any" should be "many" | Transcription Error |
| 35 | 18 | "offer" should be "option" | Transcription Error |
| 41 | 9 | "given" should be "evidently" | Transcription Error |
| 48 | 20 | "'cause" should be "because" | Transcription Error |
| 57 | 23 | "ad-type product" should be "ad tech product" | Transcription Error |
| 57 | 23-24 | "That ad-type product" should be "That ad tech product" | Transcription Error |
| 58 | 10 | "control" should be "fill" | Transcription Error |
| 58 | 22 | "aggregate" should be "aggregator" | Transcription Error |
| 59 | 7 | "The trade desk" should be "The Trade Desk" | Transcription Error |
| 61 | 21-22 | "so they there" should be "so there" | Transcription Error |
| 62 | 20 | "we made" should be "relaying" | Transcription Error |

1

| Page | Line | Change | Reason |
|---|---|---|---|
| 63 | 21 | "shouldn't" should be "should" | Transcription Error |
| 67 | 19 | "this is best" should be "this is to the best" | Transcription Error |
| 71 | 10 | "the DFP" should be "DFP" | Transcription Error |
| 77 | 21 | "IME SDK" should be "IMA SDK" | Transcription Error |
| 78 | 12 | "GMS" should be "GMA" | Transcription Error |
| 79 | 22 | "publisher's configurations of the" should be "publisher's configurations, of the" | Transcription Error |
| 83 | 23 | "awarded" should "rewarded" | Transcription Error |
| 83 | 24 | "adm" should be "ad, or" | Transcription Error |
| 84 | 12 | "CCP" should be "CCPA" | Transcription Error |
| 86 | 19 | "integrate" should be "update" | Transcription Error |
| 88 | 24 | "that" should be "there's" | Transcription Error |
| 90 | 11 | "dated" should be "stated" | Transcription Error |
| 91 | 2-3 | "that, sort of, multiple mixer" should be "that, sort of, worked with multiple mixers" | Transcription Error |
| 98 | 25 | "send PSI request" should be "send PSI a request" | Transcription Error |
| 100 | 13 | "in month" should be "in the month" | Transcription Error |
| 104 | 13 | "project" should be "logic" | Transcription Error |
| 106 | 10 | "hear" should be "heard" | Transcription Error |
| 111 | 5-6 | "publisher's revenue" should be "publishers' revenue" | Transcription Error |
| 112 | 3 | "caused" should be "calls" | Transcription Error |
| 114 | 6 | "brand in which" should be "brand which" | Clarification |
| 115 | 8 | "prices" should be "pricing" | Transcription Error |
| 121 | 8 | "'cause" should be "because" | Transcription Error |
| 122 | 9 | "Slavonia" should be "Slovenia" | Transcription Error |
| 122 | 12 | "want many" should be "have many" | Transcription Error |
| 122 | 15-16 | "I'm not interested in loading down my servers" should be "just unnecessarily load down my servers" | Transcription Error |
| 123 | 4 | "bids requests" should be "bid requests" | Transcription Error |
| 123 | 16 | "note" should be "not" | Transcription Error |
| 124 | 21-22 | "but I can explain at a high level" should be "but at a very very high level" | Transcription Error |
| 125 | 4 | "mil" should be "mille" | Transcription Error |
| 125 | 17 | "advertisers" should be "advertiser" | Transcription Error |
| 125 | 9 | "sort of, they're capping" should be "so they're capping" | Transcription Error |

| Page | Line | Change | Reason |
|---|---|---|---|
| 125 | 9 | "capping this configured" should be "having this configured" | Clarification |
| 129 | 15 | "malare" should be "malware" | Transcription Error |
| 130 | 20 | "malare" should be "malware" | Transcription Error |
| 130 | 23 | "malare" should be "malware" | Transcription Error |
| 131 | 14 | "ruling" should be "rolling" | Transcription Error |
| 131 | 16 | "ruled" should be "rolled" | Transcription Error |
| 132 | 2 | "affect" should be "effect" | Transcription Error |
| 136 | 17 | "such is" should be "such as" | Transcription Error |
| 139 | 5-8 | "and they'll say somebody willing to pay a million dollars and somebody says yes and then somebody willing to pay, you know, 1.1 million dollars and so forth" should be "and they'll say 'Is somebody willing to pay a million dollars?' and somebody says 'Yes,' and then 'Is somebody willing to pay, you know, 1.1 million dollars?' and so forth" | Transcription Error |
| 140 | 10-15 | "a very high price, is anybody willing to pay me, you know, a hundred dollars for something that might be worth 10 or 20 and maybe nobody says they want to pay a hundred bucks, and then they say is anybody willing to pay me $95 or $90." should be "a very high price, 'Is anybody willing to pay me, you know, a hundred dollars?' for something that might be worth 10 or 20, and maybe nobody says they want to pay a hundred bucks, and then they say, 'Is anybody willing to pay me $95 or $90?'" | Transcription Error |
| 141 | 14 | "auction is to" should be "auction, is to" | Transcription Error |
| 141 | 19 | "alternate strategy" should be "dominant strategy" | Transcription Error |
| 143 | 3 | "think of buyer's goal" should be "think a buyer's goal" | Transcription Error |
| 143 | 13 | "repeated gain" should be "repeated game" | Transcription Error |
| 152 | 23 | "demands sources" should be "demand sources" | Transcription Error |
| 153 | 4 | "full" should be "floor" | Transcription Error |
| 154 | 3 | "high-low" should be "higher" | Transcription Error |
| 156 | 6 | "server floor" should be "serving flow" | Transcription Error |
| 157 | 3 | "what happens" should be "will happen" | Transcription Error |
| 157 | 21-24 | ██████████████████ | Transcription Error |
| 158 | 5 | "contain the content" should be "convey the content" | Transcription Error |
| 172 | 18 | "were ran" should be "ran" | Transcription Error |
| 172 | 20-21 | "all experiments that were ran on Google Ad Manager" should be "all experiments on Google Ad Manager" | Transcription Error |

| Page | Line | Change | Reason |
|---|---|---|---|
| 173 | 16 | "codes" should be "code" | Transcription Error |
| 173 | 16-17 | "might want run that as an experiment" should be "might roll that out as an experiment" | Transcription Error |
| 175 | 3-4 | "not specific particular" should be "not specifically" | Transcription Error |
| 175 | 11-12 | "certainly not specific to" should be "certainly not on" | Transcription Error |
| 175 | 13 | "presumably covered all in display ads" should be "presumably covering all of display ads" | Transcription Error |
| 180 | 4 | "aware" should be "not aware" | Transcription Error |
| 180 | 20 | "got" should be "run" | Transcription Error |
| 181 | 11 | "frequent" should be "treatment" | Transcription Error |
| 181 | 12-13 | "traffic like in any experiment" should be "traffic. Like an A/B experiment" | Transcription Error |
| 181 | 22 | "randomized" should be "random noise" | Transcription Error |
| 187 | 8 | "affect" should be "effect" | Transcription Error |
| 187 | 9 | "affect" should be "effect" | Transcription Error |
| 189 | 24 | "used up the same" should be "used the same" | Transcription Error |
| 190 | 5 | "still either" should be "still see either" | Transcription Error |
| 191 | 20 | "two different polls, he actually saw" should be "two different polls, I actually saw" | Transcription Error |
| 195 | 5 | "you wouldn't expect" should be "you would expect" | Transcription Error |
| 200 | 22-23 | "an experiment. That is purely an experiment" should be "an experiment that is purely an experiment" | Transcription Error |
| 201 | 16 | "pay" should be "bid" | Transcription Error |
| 201 | 16-17 | "is meant to illustrated how the correct worked" should be "was meant to illustrate how the product worked" | Transcription Error |
| 203 | 22 | "experiment to configuration" should be "experiment configuration" | Transcription Error |
| 203 | 25 | "you look at it one percent" should be "you look good at one percent" | Transcription Error |
| 204 | 2-3 | "you look at it two percent" should be "you look good at two percent" | Transcription Error |
| 207 | 19 | "more" should be "less" | Clarification |
| 210 | 17 | "'cause" should be "because" | Transcription Error |
| 212 | 23 | "working on." should be "working on it." | Transcription Error |
| 214 | 17 | "directors" should be "direct" | Transcription Error |
| 216 | 7 | "'cause" should be "because" | Transcription Error |
| 219 | 4 | "large rate" should be "large intermediary" | Transcription Error |
| 225 | 5 | "charged its advertiser's fee" should be "charged its advertisers a fee" | Transcription Error |
| 226 | 8 | "revenue per mil" should be "revenue per mille" | Transcription Error |

| Page | Line | Change | Reason |
|---|---|---|---|
| 237 | 16 | "decreasing floors" should be "increasing floors" | Transcription Error |
| 241 | 13-14 | "0.1 per – 17 percent" should be "0.17 percent" | Clarification |
| 250 | 23 | "understand it has Enhanced DRS" should be "understand Enhanced DRS" | Transcription Error |
| 252 | 22 | "per-option" should be "per-auction" | Transcription Error |
| 257 | 7 | "ruled" should be "rolled" | Transcription Error |
| 257 | 8 | "weren't" should be "were" | Transcription Error |
| 260 | 17 | "very more" should be "very many more" | Transcription Error |
| 262 | 18 | "purist" should be "spurious" | Transcription Error |
| 262 | 24 | "one of them" should be "some of them" | Clarification |
| 268 | 21 | "code" should be "account" | Transcription Error |
| 274 | 2 | "it's in" should be "sort of" | Transcription Error |
| 277 | 18 | "that always" should be "that it's always" | Transcription Error |
| 279 | 24-25 | "which as" should be "versus" | Transcription Error |
| 282 | 17 | "considerate" should be "considered" | Transcription Error |
| 287 | 16-17 | "keep meeting this title?" should be "keep making this better?" | Transcription Error |
| 301 | 15 | "an" should be "and" | Transcription Error |
| 304 | 13 | "conflict" should be "conflate" | Transcription Error |
| 309 | 6 | "want opt in" should be "want to opt in" | Transcription Error |
| 309 | 9-10 | "Affected DRS didn't affect any other optimization" should be "It affected DRS. It didn't affect any other optimization" | Transcription Error |
| 313 | 7 | "repeat myself before" should be "repeat what I said before" | Transcription Error |
| 313 | 25 | "And then on the a subsequent" should be "And then on a subsequent" | Transcription Error |
| 315 | 12 | "a net benefit" should be "a permanent net benefit" | Transcription Error |
| 325 | 7 | "Your more" should be "More" | Clarification |
| 326 | 20 | "observation" should be "simulations" | Transcription Error |
| 327 | 6 | "kind of, factually" should be "counterfactually" | Transcription Error |
| 329 | 20 | "codes" should be "goals" | Transcription Error |
| 330 | 6 | "codes" should be "goals" | Transcription Error |
| 331 | 12 | "codes" should be "goals" | Transcription Error |
| 339 | 12 | "second" should be "seconds" | Transcription Error |
| 339 | 17 | "as the" should be "the" | Transcription Error |
| 339 | 23 | "Noel Worth [ph]" should be "Noam Wolf" | Transcription Error |
| 340 | 2 | ███████████████████ | Clarification |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 340 | 3 | ███████████████████████████████ | Clarification |
| 344 | 9 | "main query is" should be "many queries" | Transcription Error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: 05/22/2024                    Signature: Nilesh Komla