# EXHIBIT 160
## REDACTED

# In the Matter Of:

*In Re - Google Digital Advertising*

## NITISH KORULA

*November 03, 2023*



```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4    IN RE GOOGLE DIGITAL          ) Civil Action No.

 5    ADVERTISING ANTITRUST         ) 1:21-md-03010-PKC

 6    LITIGATION                    )

 7                                  )

 8

 9

10

11
                    ** HIGHLY CONFIDENTIAL **
12
             _____
13

14              VIDEO RECORDED EXAMINATION OF

15                       NITISH KORULA

16           _____

17                          TAKEN ON

18
                     FRIDAY, NOVEMBER 3, 2023
19

20

21

22
      CERTIFIED STENOGRAPHER:
23      JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
        CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24      CCR-WA (No. 21007264), CSR-CA (No. 14420),
        REALTIME SYSTEMS ADMINISTRATOR
25      JOB NO.: 915335
```

Case 4:20-cv-00957-SDJ   Document 703-10   Filed 12/09/24   Page 4 of 9 PageID #: 39173
In Re - Google Digital Advertising
Highly Confidential
Nitish Korula
November 03, 2023

176

1     [redacted]

[redacted]

[redacted]

[redacted]

5     A.   [redacted]

6     Q.   And after September 2019, was
7  there any way for a publisher to remove the
8  temporary CPM calculated by EDA from the
9  reserve price?
10    A.   No.  There is no way for them
11 to -- for publishers to do that.  I can't
12 actually imagine anyone wanting to do, but,
13 no, there's no way to do it.
14    Q.   So if AdX has $4 and $6 bids for
15 September 2019, it would run a second-price
16 auction?
17    A.   It would run a -- prior to
18 September 2019, AdX would run a
19 second-price auction.
20    Q.   And if its two highest bids were
21 $4 and $6, that auction would clear at
22 $4.01?
23    A.   Yes.  Not necessarily and $0.01.
24 The logic around that is a little bit
25 complicated.  Also there are currency

Case 4:20-cv-00957-SDJ   Document 703-10   Filed 12/09/24   Page 5 of 9 PageID #: 39174

In Re - Google Digital Advertising
Highly Confidential
Nitish Korula
November 03, 2023

369

```
 1             REPORTER CERTIFICATE
 2      I, the undersigned, do hereby certify:
 3      That NITISH KORULA was by me duly sworn
 4   in the within-entitled cause; that said
 5   deposition was taken at the time and place
 6   herein named; and that the deposition is a
 7   true record of the witness's testimony as
 8   reported by me, a disinterested person, and
 9   thereafter was transcribed.
10      I further certify that I am not
11   interested in the outcome of the said
12   action, nor connected with, nor related to
13   any of the parties in said action, nor to
14   their respective counsel.
15      IN WITNESS WHEREOF, I have hereunto set
16   my hand this 6th day of November, 2023.
17   Signature: __Requested__Waived__Not Requested
18
19                    [signature]
20        _____
21              JESSICA R. WAACK
              Registered Diplomate Reporter
22            Certified Realtime Reporter
         California Certified Realtime Reporter
23           New York Realtime Court Reporter
            New York Association Court Reporter
24            Notary Public, State of New York
         CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
25         CCR-WA (No. 21007264), CSR-CA (No. 14420)
```

DocuSign Envelope ID: BB4D3F62-7187-4137-APBB-972BFD5CA9AC
Case 4:20-cv-00957-SDJ    Document 703-10    Filed 12/09/24    Page 6 of 9 PageID #: 39175

HIGHLY CONFIDENTIAL

# ERRATA SHEET FOR THE TRANSCRIPT OF NITISH KORULA

Case Name: *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.).

Dep. Date:   November 3, 2023

Deponent:    Nitish Korula

| Page | Line | Corrections | Reason for Correction |
|---|---|---|---|
| 16 | 22 | The phrase "other ways" should be the word "otherwise" | Transcription error |
| 17 | 2 | The phrase "finish your answers" should read "complete your answers" | Transcription error |
| 24 | 10 | The word "yes" should be deleted | Transcription error |
| 38 | 13 | The phrase "December 2021?" should read "December 2021." | Typographical error |
| 42 | 15 | The phrase "Can you repeat the question." should read "Can you repeat the question?" | Typographical error |
| 43 | 17 | The phrase "that is requested" should read "that it is requested" | Typographical error |
| 49 | 9-10 | The phrase "Can you repeat the question." should read "Can you repeat the question?" | Typographical error |
| 50 | 9 | The phrase "when assessing subject of" should read "when assessing subjective" | Transcription error |
| 50 | 16 | The phrase "more than it actually was" should read "more than it truly was" | Transcription error |
| 58 | 4 | The phrase "it seems to be, yes" should read "It seems to be, yes" | Typographical error |
| 63 | 24 | The phrase "does not" should read "is not" | Transcription error |
| 68 | 11 | The phrase "different styles and how" should read "different styles in how" | Transcription error |
| 69 | 12 | The phrase "individuals, things that I did" should read "individual things that I did" | Transcription error |
| 68 | 14 | The phrase "I do know" should read "I don't know" | Transcription error |
| 87 | 17-18 | The phrase "I do not what" should read "I do not know what" | Transcription error |
| 88 | 12-13 | The phrase "are referred to auxiliary materials" should read "refer to auxiliary materials" | Transcription error |
| 94 | 12 | The phrase "promotion to a level" should read "promotion to the level" | Transcription error |
| 100 | 16-18 | The phrase "is a matter of opinion. But" should read "as a matter of | Transcription error |

1

HIGHLY CONFIDENTIAL

| Page | Line | Corrections | Reason for Correction |
|---|---|---|---|
| | | opinion, but" | |
| 101 | 5 | The word "Xander" should read "Xandr" | Typographical error |
| 101 | 5 | The phrase "offered buy-side" should read "offered sell-side" | Transcription error |
| 101 | 6 | The phrase "and sell-side" should read "and buy-side" | Transcription error |
| 102 | 23 | The phrase "I don't work in publishers" should presumably read "I don't work at publishers" | Transcription error |
| 103 | 6 | The word "Distribution" should read "Description" | Transcription error |
| 110 | 6 | The phrase "I generally" should read "I genuinely" | Transcription error |
| 112 | 9 | The phrase "and a lot" should read "and a bunch" | Transcription error |
| 114 | 9 | The phrase "may have one" should read "may have won" | Transcription error |
| 116 | 8-9 | The phrase "Can you repeat the question, please." should read "Can you repeat the question, please?" | Typographical error |
| 124 | 24 | The phrase "Was he a survey" should read "Was he a supervisor" | Transcription error |
| 127 | 12 | The phrase "DoubleClick Ad Manager" should read "DoubleClick Bid Manager" | Transcription error |
| 135 | 17 | The phrase "I can assist" should read "I can list" | Typographical error |
| 141 | 16 | The phrase "facilitate compensation" should read "facilitate competition" | Transcription error |
| 143 | 23 | The phrase "no availability" should read "no ability" | Transcription error |
| 145 | 7 | The phrase "as opposed a" should read "as opposed to a" | Transcription error |
| 146 | 3 | The phrase "per-impression basis" should read "a per-impression basis" | Transcription error |
| 152 | 13 | The phrase "unable to put" should read "unable to" | Transcription error |
| 166 | 22-23 | The phrase "assigns AdX a CPM" should read "assigns AdX a static CPM" | Transcription error |
| 172 | 17 | The phrase "directly sought" should be "directly sold" | Transcription error |
| 172 | 25 | The word "remenant" should be spelled "remnant" | Typographical error |
| 176 | 23 | The word "Yes" should be deleted | Transcription error |
| 178 | 8 | The phrase "run an auction were" should read "run an auction where" | Typographical error |
| 178 | 9-10 | The phrase "reserve price to buyers and to --" should read "reserve prices -- to buyers until" | Transcription error |
| 179 | 8 | The word "ultimate" should read "alternate" | Transcription error |

2

HIGHLY CONFIDENTIAL

| Page | Line | Corrections | Reason for Correction |
|---|---|---|---|
| 181 | 1 | The phrase "a manager" should read "an engineer" | Transcription error |
| 184 | 13-20 | ██████████████████████████ | Transcription error |
| 185 | 2 | The phrase "mention of an special" should read "mention of an internal" | Transcription error |
| 185 | 21 | The word "architectured" should read "architected" | Typographical error |
| 189 | 7 | The word "tenths" should read "tens" | Typographical error |
| 226 | 19 | The phrase "joining as" should read "joining Ads" | Typographical error |
| 227 | 22 | The phrase "an AdX serves" should read "an AdX ad serves" | Transcription error |
| 233 | 14 | The phrase "retrained. It's buy-side algorithms." should read "retrained its buy-side algorithms." | Transcription error |
| 235 | 22 | The phrase "that is right" should read "that is derived" | Transcription error |
| 246 | 2 | The phrase "semantic for" should read "semantic or" | Transcription error |
| 246 | 10 | The phrase "is instructed" should read "is structured" | Transcription error |
| 249 | 8 | The phrase "third-party sides" should read "third-party sites" | Transcription error |
| 255 | 12 | The word "there" should be deleted | Transcription error |
| 256 | 16 | The word "be" should be "win" | Transcription error |
| 259 | 23 | The phrase "also important time" should read "also put in time" | Transcription error |
| 266 | 15 | The phrase "specifically will cause DV 3" should read "specifically it will cause DV 3". The phrase should also be in quotes. | Transcription & typographical errors |
| 267 | 5 | The word "impresses" should read "impressions" | Transcription error |
| 276 | 3 | The word "moving" should be "removing" | Transcription error |
| 283 | 11 | The phrase "prior to September 2016" should be "prior to September 2019" | Transcription error |
| 285 | 10 | The word "limited" should be "omitted" | Transcription error |
| 290 | 10 | The phrase "publishers have valued CPMs" should read "publishers set value CPMs" | Transcription error |

3

HIGHLY CONFIDENTIAL

| Page | Line | Corrections | Reason for Correction |
|---|---|---|---|
| 295 | 21 | The phrase "for AdX bids to be" should read "for AdX bids to beat" | Transcription error |
| 300 | 4 | The phrase "were guaranteed" should read "with guaranteed" | Transcription error |
| 308 | 5-6 | The phrase "budget constraint" should read "budget-constrained" | Transcription error |
| 319 | 18 | The phrase "some would often" should read "somewhat often" | Transcription error |
| 327 | 12 | The phrase "go together" should read "blur together" | Transcription error |
| 330 | 5-6 | The phrase "and even this at the time" should read "and even less at the time" | Transcription error |
| 335 | 15 | The phrase "publishers in Google" should read "publishers and Google | Transcription error |
| 341 | 6 | The sentence "Sorry was I speaking a little fast" should be punctuated "Sorry, was I speaking a little fast?" | Typographical error |
| 351 | 1 | The phrase "go terminus" should read "coterminous" | Typographical error |
| 352 | 6 | The phrase "were directly sold reserved ad campaigns" should read "were directly sold, reserved ad campaigns" | Transcription error |
| 353 | 25 | The word "DSP" should be "DFP" | Transcription error |
| 354 | 3 | The word "DSP" should be "DFP" | Transcription error |
| 354 | 22 | The phrase "reporting functionality somewhat limited" should read "reporting functionality is somewhat limited" | Transcription error |
| 355 | 5 | The phrase "which access control" should read "rich access control" | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: 12/4/2023          Signature: _Nitish Korula_ (DocuSigned by: 979FE5617530433...)

4