# EXHIBIT 161
# REDACTED

# In the Matter Of:

*UNITED STATES v*

*GOOGLE*

*NITISH KORULA, PH.D.*

*November 14, 2023*



Case 4:20-cv-00957-SDJ   Document 703-11   Filed 12/09/24   Page 3 of 7 PageID #: 39181
UNITED STATES v GOOGLE
Nitish Korula, Ph.D.
November 14, 2023

36

```
10:38:42  1    perform some calculations, including potentially
10:38:45  2    running an auction using the data returned from all
10:38:49  3    of those exchanges, and may then pass that
10:38:52  4    information on towards the publisher or other code
10:38:59  5    on the page.
10:39:01  6         Q.   And what is EB?
10:39:03  7         A.   EB stands for exchange bidding.
10:39:06  8         Q.   What is exchange bidding?
10:39:10  9         A.   Exchange bidding is the former name for
10:39:13 10    what is now known as open bidding, which is a
10:39:21 11    Google product that allows multiple exchanges to
10:39:26 12    compete for ad inventory.
10:39:35 13         Q.   So am I right that exchange bidding is
10:39:38 14    when third-party ad exchanges outside of Google bid
10:39:43 15    on AdX for publisher impressions?
10:39:51 16         A.   I would not say that they bid on AdX,
10:39:54 17    no.
10:39:54 18         Q.   Where do they bid?
10:39:56 19         A.   I would say they submit bids into Google
10:40:00 20    Ad Manager's unified auction.
10:40:02 21         Q.   And what is unified auction?
10:40:06 22         A.   The unified auction -- the unified first
```

Case 4:20-cv-00957-SDJ    Document 703-11    Filed 12/09/24    Page 4 of 7 PageID #: 39182
UNITED STATES v GOOGLE
Nitish Korula, Ph.D.
November 14, 2023

75

```
11:59:02   1   ████████████████████████████████████
11:59:05   2   ██████████████████████
11:59:09   3        MR. PEARL:  Objection, form.
11:59:16   4   ████████████████████████████████████
11:59:23   5   ██████████████████████████████
11:59:27   6   ████████████████████████████████
11:59:29   7   ███████████████████████████
11:59:35   8   ████████████████████████████████
11:59:41   9   ██████████████████████████████
11:59:50  10   ██████████████████████████████
11:59:56  11   ████████████████
12:00:07  12   ██████████████████████████████████
12:00:09  13   ████████████████████████████████
12:00:13  14   ██████████████████
12:00:20  15   ████████████████████████████
12:00:27  16   ████████████████████
12:00:29  17   ████████
12:00:31  18   ███████████████████████████
12:00:34  19   ████████████████████████████████
12:00:37  20   ██████████
12:00:38  21   ██████████████████████████
12:00:44  22   ████████████████████████████████
```

137

1  C E R T I F I C A T E

2       I, TINA M. ALFARO, Registered Professional

3  Reporter, Certified Realtime Reporter, and

4  Registered Merit Reporter, the officer before whom

5  the foregoing deposition was taken, do hereby

6  certify that the foregoing transcript is a true and

7  correct record of the testimony given; that said

8  testimony was taken by me stenographically and

9  thereafter reduced to typewriting under my

10 direction; that reading and signing was requested;

11 and that I am neither counsel for, related to, nor

12 employed by any of the parties to this case and

13 have no interest, financial or otherwise, in its

14 outcome.

15      IN WITNESS WHEREOF, I have hereunto set my

16 hand on this _____ day of _____,

17 2023.

18

19

20

21 _____
   *Tina M. Alfaro*

22 Tina M. Alfaro, RPR, CRR, RMR

*United States v. Google LLC*

Errata Sheet for Transcript of the 30(b)(6) Deposition of Nitish Korula (November 14, 2023)

| Page | Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 5 | 19 | ███ | ███ | Transcription error |
| 12 | 5 | ███ | ███ | Transcription error |
| 16 | 21 | ███ | ███ | Transcription error |
| 18 | 15-16 | ███ | ███ | Transcription error |
| 19 | 2 | ███ | ███ | Transcription error |
| 20 | 11-12 | ███ | ███ | Transcription error |
| 26 | 5 | the differing definitions | there are differing definitions | Transcription error |
| 40 | 11 | ███ | ███ | Transcription error |
| 43 | 22 | ███ | ███ | Transcription error |
| 47 | 1-2 | ███ | ███ | Transcription error |
| 65 | 14 | ███ | ███ | Transcription error |
| 68 | 9 | DSP's [sic] | DSP's | Transcription error |
| 71 | 7 | asked counsel I said | asked counsel -- I said | Transcription error |
| 91 | 11 | ███ | ███ | Transcription error |
| 95 | 14 | ███ | ███ | Transcription error |
| 128 | 10 | ███ | ███ | Transcription error |
| 133 | 13 | ███ | ███ | Transcription error |

I have read the transcript of my 30(b)(6) deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: 12/15/2023     Signature of the Witness: _Nitish Korula_