# EXHIBIT 162
# REDACTED

**In the Matter Of:**

*In Re - Google Antitrust Investigation*

*NITISH KORULA*

*October 28, 2021*



GOOG-AT-MDL-007173923

1

```
 1                                      VOLUME 1
                                        PAGES:  1-292
 2                                      EXHIBITS:  See Index

 3

 4            UNITED STATES DEPARTMENT OF JUSTICE

 5
     - - - - - - - - - - - - - - - x
 6
     IN RE:
 7
     GOOGLE ANTITRUST INVESTIGATION
 8   60-516110-0009

 9   - - - - - - - - - - - - - - - x

10

11              ** HIGHLY CONFIDENTIAL **

12

13        DEPOSITION of NITISH KORULA, PH.D.

14         - CONDUCTED BY VIDEOCONFERENCE -

15            Thursday, October 28, 2021

16          9:04 a.m. Eastern Daylight Time

17

18

19

20          Michelle Keegan, RMR, CRR

21                   Lexitas

22     508-478-9795 ~ 508-478.0595 (Fax)

23            www.LexitasLegal.com

24
```

GOOG-AT-MDL-007173924

Highly Confidential

85

| | | |
|---|---|---|
| 11:04:10 | 1 | A. I don't believe that they did.  No. |
| 11:04:14 | 2 | Q. Are you familiar with header bidding? |
| 11:04:17 | 3 | A. I am.  Yes. |
| 11:04:18 | 4 | Q. Just briefly, what is header -- we covered |
| 11:04:23 | 5 | this at the beginning, but could you briefly |
| 11:04:25 | 6 | remind me of what header bidding is? |
| 11:04:27 | 7 | A. It's, generally speaking, a set of |
| 11:04:33 | 8 | technologies that publishers use to contact |
| 11:04:38 | 9 | various buyers to bid on their inventory. |
| 11:04:43 | 10 | Typically it goes on the user's device, what is |
| 11:04:45 | 11 | called "client side." |
| 11:04:49 | 12 | It involves sending requests to various |
| 11:04:55 | 13 | bidders, typically prior to calling the other |
| 11:05:00 | 14 | platforms the publishers might work with, |
| 11:05:03 | 15 | receiving bids, potentially earning an auction on |
| 11:05:06 | 16 | those bids. |
| 11:05:08 | 17 | Q. Did header bidding allow exchanges to work |
| 11:05:11 | 18 | around Google's mediation solutions? |
| 11:05:13 | 19 | A. What do you mean by "Google's mediation |
| 11:05:18 | 20 | solutions"? |
| 11:05:19 | 21 | Q. GAM. |
| 11:05:23 | 22 | A. I wouldn't describe Google Ad Manager as a |
| 11:05:26 | 23 | mediation solution. |
| 11:05:29 | 24 | But did header bidding allow exchanges to |

GOOG-AT-MDL-007174008

Highly Confidential

86

| | | |
|---|---|---|
| 11:05:32 | 1 | ==work around GAM?  I wouldn't describe it that way== |
| 11:05:37 | 2 | ==either because Google Ad Manager is and has been== |
| 11:05:42 | 3 | ==for a while a very flexible product such that== |
| 11:05:46 | 4 | ==whenever a publisher started using header bidding== |
| 11:05:49 | 5 | ==it was very natural for them to be able to== |
| 11:05:52 | 6 | ==represent the header bidding demand within Google== |
| 11:05:56 | 7 | ==Ad Manager.== |
| 11:05:56 | 8 | So I wouldn't really describe it as |
| 11:05:58 | 9 | working around Google Ad Manager. |
| 11:06:00 | 10 | Q. Did header bidding allow exchanges to work |
| 11:06:03 | 11 | around GAM auction logic? |
| 11:06:05 | 12 | A. To work around Ad Manager auction logic? |
| 11:06:11 | 13 | No, I wouldn't describe it that way either. |
| 11:06:13 | 14 | Q. How would you describe it? |
| 11:06:24 | 15 | A. How would I describe header bidding?  The |
| 11:06:26 | 16 | way I think -- the way I did the last two times. |
| 11:06:30 | 17 | Q. Not the definition.  Its impacts on Google |
| 11:06:34 | 18 | sell side products, if any. |
| 11:06:37 | 19 | MR. RYBNICEK:  Objection, vague. |
| 11:06:39 | 20 | Q. You may answer. |
| 11:06:41 | 21 | A. I can't comment on -- I guess when I say |
| 11:06:54 | 22 | "I can't comment," I feel like it's partly -- it's |
| 11:06:57 | 23 | a very broad question that I'm finding it hard to |
| 11:07:01 | 24 | comment on. |

GOOG-AT-MDL-007174009

96

| | | |
|---|---|---|
| 11:21:01 | 1 | that we might, and so they wanted to include it in |
| 11:21:03 | 2 | the contract. |
| 11:21:03 | 3 | Q. So, Mr. Korula, I'm going to ask a couple |
| 11:21:13 | 4 | more general questions about your work at Google. |
| 11:21:15 | 5 | And I'm hopeful that we can maybe even take a |
| 11:21:18 | 6 | break a little bit in advance of the top of the |
| 11:21:23 | 7 | hour. |
| 11:21:23 | 8 | Did you play a role in migrating Google |
| 11:21:25 | 9 | actions from second price to first price? |
| 11:21:27 | 10 | A. I did. |
| 11:21:28 | 11 | Q. Why did -- |
| 11:21:32 | 12 | A. I should clarify. When you say "Google |
| 11:21:34 | 13 | auctions," I presume you mean the Google |
| 11:21:37 | 14 | Ad Manager auctions. |
| 11:21:38 | 15 | Q. Yes. |
| 11:21:39 | 16 | A. Yes. |
| 11:21:39 | 17 | Q. Why did Google make that migration? |
| 11:21:41 | 18 | A. Various other exchanges had already |
| 11:21:49 | 19 | migrated from second price to first price. |
| 11:21:53 | 20 | Exchange Bidding was already running as a |
| 11:21:55 | 21 | first-price auction. |
| 11:21:58 | 22 | We felt that overall making this change |
| 11:22:01 | 23 | would be good for simplicity, good for |
| 11:22:04 | 24 | transparency, and would generally result in more |

GOOG-AT-MDL-007174019

97

| | | |
|---|---|---|
| 11:22:08 | 1 | ==efficiency and improvements to the ecosystem.== |
| 11:22:14 | 2 | Q. And around the same time, did Google |
| 11:22:16 | 3 | remove publishers' abilities to set different |
| 11:22:18 | 4 | reserve prices per buyer? |
| 11:22:20 | 5 | A. That is correct. |
| 11:22:24 | 6 | Q. And that's what we've been referring to as |
| 11:22:28 | 7 | UPR today? |
| 11:22:28 | 8 | A. That's not exactly right. But unified |
| 11:22:33 | 9 | pricing rules are the new pricing rules, |
| 11:22:39 | 10 | which . . . |
| 11:22:39 | 11 | Q. How do the new pricing rules differ? |
| 11:22:42 | 12 | A. The old pricing rules were horrifically |
| 11:22:48 | 13 | complicated and messy. For example, publishers |
| 11:22:52 | 14 | could set priorities and they could have many |
| 11:22:57 | 15 | dozens or possibly even hundreds of priorities. I |
| 11:23:02 | 16 | don't recall the exact number. |
| 11:23:03 | 17 | And so these rules could overlap in |
| 11:23:05 | 18 | interesting ways. And then when two rules both |
| 11:23:08 | 19 | seem to apply on the same inventory, the rule with |
| 11:23:10 | 20 | higher priority would take precedence. |
| 11:23:12 | 21 | It was very confusing and messy and hard |
| 11:23:14 | 22 | to work with. |
| | 23 | (Reporter interrupted) |
| 11:23:25 | 24 | A. I said making changes for a publisher to |

GOOG-AT-MDL-007174020

In Re - Google Antitrust Investigation                              Nitish Korula
Highly Confidential                                                 October 28, 2021

252

16:55:10  1      ███████████████████████████████████

16:55:16  2      ███████████████████████████████████

16:55:20  3      ███████████████████████████  █████████

16:55:22  4      ██████████████████████████

16:55:23  5          Q. How did publishers react to UPR, to the

16:55:27  6      best of your knowledge?

16:55:27  7          A. Some publishers were unhappy with various

16:55:33  8      aspects of UPR.  Some publishers were fine with

16:55:37  9      it.

16:55:41  10         Q. What were the benefits of UPR, in your

16:55:45  11     view, to publishers, if any?

16:55:47  12         A. Well, the short-term benefit, there were a

16:55:57  13     couple.  One was that it provided sort of a single

16:56:00  14     interface where a publisher could go and configure

16:56:03  15     all of their floors and just have it apply in one

16:56:06  16     consistent way.

16:56:08  17         Another was, as I said, the old pricing

16:56:10  18     rules were very clunky, very error-prone.  We

16:56:15  19     routinely heard about mistakes that publishers had

16:56:17  20     made or accidents.  The old priority system was

16:56:21  21     just hard to manage.

16:56:25  22         A long-term benefit was by having a

16:56:27  23     unified auction with unified floors that applied

16:56:31  24     consistently, I think that addressed some of the

GOOG-AT-MDL-007174175

*Privileged and Confidential*
*Attorney-Client Communication*

HIGHLY CONFIDENTIAL

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:    In Re: Google Antitrust Investigation

Dep. Date:    October 28, 2021

Deponent:     Nitish Korula

CORRECTIONS:

| Page | Line | Changes or Corrections and Reasons |
|------|------|-----------------------------------|
| 15 | 24 | The phrase "My business manager" should read "My manager" (Transcription Error) |
| 16 | 2 | The name "Nasha" should read "Macha" (Transcription Error) |
| 39 | 20 | The word "proper" should read "broader" (Transcription Error) |
| 39 | 22 | The sentence "That's probably isn't very helpful at this point." should read "That probably is not very helpful at this point." (Transcription Error) |
| 46 | 9-10 | The phrase "but Google only needs a CPM basis" should read "but overwhelmingly it's a CPM basis" (Transcription Error) |
| 49 | 1 | The phrase "joining Ads." should read "joining the sell side team, prior to my joining Ads." (Transcription Error) |
| 51 | 24 | The word "VRX" should read "DRX" (Transcription Error) |
| 54 | 2 | The phrase "I even have" should read "I don't even have" (Transcription Error) |
| 54 | 3 | The word "but" should read "in that" (Transcription Error) |
| 54 | 16-17 | The phrase "quality optimizations" should read "quality or optimizations." (Transcription Error) |
| 58 | 9 | The phrase "with buy" should read "with the buy" (Transcription Error) |
| 61 | 18 | The phrase "Sandbox" should read "Privacy Sandbox" (Transcription Error) |
| 63 | 12 | The phrase "that decision" should read "that criticism" (Transcription Error) |
| 63 | 12-13 | The phrase "like, one of the criticisms or concern" should read "well not criticism, but that concern" (Transcription Error) |
| 67 | 4 | The word "ad" should read "app" (Transcription Error) |
| 69 | 15 | The phrase "that announcement a few years" should read "that – and now it's been a few years –" (Transcription Error) |
| 70 | 5 | The word "liked" should read "like" (Transcription Error) |

1

*Privileged and Confidential*
*Attorney-Client Communication*

| | | |
|---|---|---|
| 78 | 3 | The phrase "and creating reports" should read "when creating reports" (Transcription Error) |
| 80 | 5 | The word "interactive" should read "attractive" (Transcription Error) |
| 80 | 20 | The phrase "required DoubleClick" should read "acquired DoubleClick" (Transcription Error) |
| 82 | 24 | The word "can" should read "can't" (Transcription Error) |
| 83 | 13-15 | The phrase "that I didn't know about or that -- you know, there's a Google -- I don't know." should read "that I didn't know about, or that, you know, that Google didn't know, I don't know." (Transcription Error) |
| 85 | 15 | The word "earning" should read "running" (Transcription Error) |
| 89 | 22 | The words "Jedi Loop" should read "Jedi Blue" (Transcription Error) |
| 90 | 9 | The phrase "a better product." should read "it was to build a better product." (Transcription Error) |
| 92 | 24 | The phrase "I would expect" should read "I would say that I would expect" (Transcription Error) |
| 94 | 23-24 | The phrase "there was generally work consistent" should read "those were generally consistent" (Transcription Error) |
| 95 | 6 | The word "we" should read "they" (Transcription Error) |
| 95 | 11 | The word "the" should read "their" (Transcription Error) |
| 102 | 23 | The word "technology" should read "functionality" (Transcription Error) |
| 109 | 21 | The word "our" should read "help" (Transcription Error) |
| 114 | 4 | The phrase "don't have" should read "don't actually have" (Transcription Error) |
| 120 | 9 | The phrase "would agree" should read "would necessarily agree" (Transcription Error) |
| 124 | 22 | The phrase "I don't know" should read "I don't know. I withdraw that statement." (Transcription Error) |
| 125 | 19 | The phrase "why they do" should read "why they do or don't do" (Transcription Error) |
| 129 | 9 | The words "Axis Premiere" should read "Axel Springer" (Transcription Error) |
| 130 | 23 | The word "above" should read "about" (Transcription Error) |
| 136 | 14-15 | The phrase "advertising and owned and operated" should read "advertising on owned and operated" (Transcription Error) |
| 136 | 23-24 | The phrase "advertising alone and owned and operated" should read "advertising on owned and operated" (Transcription Error) |
| 138 | 3-4 | The phrase "can run a Google search" should read "can't buy Google search" (Transcription Error) |
| 138 | 7-9 | The phrase "uploads content to the YouTube and has direct sales, they can direct |

*Privileged and Confidential*
*Attorney-Client Communication*

campaign with an advertiser across Google and Ad Manager" should read "uploads content to YouTube and has direct sales, they can run a direct campaign with an advertiser across YouTube and Ad Manager." (Transcription Error)

| | | |
|---|---|---|
| 145 | 9 | The phrase "prebid and security" should read "prebid integration and security" (Transcription Error) |
| 146 | 8 | The word "do" should read "know" (Transcription Error) |
| 150 | 21 | The phrase "when bidding" should read "Open Bidding" (Transcription Error) |
| 151 | 19 | The word "store" should read "sold" (Transcription Error) |
| 152 | 24 | The word "that" should read "ad" (Transcription Error) |
| 156 | 5 | The phrase "sure if" should read "sure that" (Transcription Error) |
| 163 | 23 | The phrase "That would be my opinion." should read "Let alone my opinion." (Transcription Error) |
| 164 | 13 | The word "per-bid" should read "per-query" (Transcription Error) |
| 168 | 4-5 | The phrase "that beats another bid submitted on a higher channel." should read "that beats a higher bid submitted on another channel." (Transcription Error) |
| 168 | 9 | The word "tools" should read "rules" (Transcription Error) |
| 169 | 11-12 | The phrase "were inspired of" should read "one inspired by" (Transcription Error) |
| 169 | 14 | The word "used" should read "raised" (Transcription Error) |
| 170 | 1 | The phrase "moving the revenue" should read "moving EB to net revenue" (Transcription Error) |
| 170 | 12 | The phrase "gross net" should read "gross to net" (Transcription Error) |
| 170 | 17 | The word "protopayments" should read "total payments" (Transcription Error) |
| 174 | 20 | The phrase "bid the exchange" should read "bid into the exchange" (Transcription Error) |
| 180 | 11 | The phrase "that DBM" should read "that calling DBM" (Transcription Error) |
| 190 | 17 | The phrase "any of DV3's algorithms" should read "any of DV3's bidding algorithms" (Transcription Error) |
| 191 | 18 | The word "eventually" should read "demand" (Clarity) |
| 194 | 20 | The phrase "experience of clean unified auction" should read "experience of a clean unified auction" (Transcription Error) |
| 195 | 23 | The phrase "sell side led the migration" should read "led the sell side migration" (Transcription Error) |
| 195 | 24 | The word "in" should read "and" (Transcription Error) |
| 197 | 12 | The word "competence" should read "components" (Transcription Error) |
| 197 | 24 | The phrase "sell side were" should read "sell side saw it were" (Transcription Error) |
| 199- | 24- | The phrase "of the bid" should read "other bid" (Transcription Error) |

3

*Privileged and Confidential*
*Attorney-Client Communication*

| | | |
|---|---|---|
| 200 | 1 | |
| 200 | 6-7 | The phrase "upon request" should read "as agreed in every request" (Transcription Error) |
| 211 | 5 | The phrase "Google Ad Manager" should read "Google Ads" (Clarity) |
| 219 | 23 | The word "increasing" should read "increases" (Transcription Error) |
| 221-222 | 24-1 | The phrase "what the calibration," should read "what the calibration was," (Transcription Error) |
| 222 | 21 | The phrase "of pieces" should read "or pieces" (Transcription Error) |
| 225 | 18 | The word "approval" should read "improvement" (Transcription Error) |
| 225 | 22 | The words "not publishers" should read "ad publishers" (Transcription Error) |
| 226 | 20 | The word "BPI" should be "VPI" (Transcription Error) |
| 228 | 8 | The word "definitely" should read "carefully" (Transcription Error) |
| 231 | 2 | The word "of" should read "for" (Clarity) |
| 237 | 2 | The word "if" should read "that" (Transcription Error) |
| 245 | 4 | The word "use" should read "lose" (Transcription Error) |
| 245 | 14 | The world "problematic" should read "programmatic" (Transcription Error) |
| 251 | 8 | The phrase "whether we implemented" should read "when did we implement" (Transcription Error) |
| 252 | 1 | The word "partner" should read "partnership" (Transcription Error) |
| 252 | 15 | The phrase "apply in" should read "apply cleanly in" (Transcription Error) |
| 253 | 17 | The word "they" should read "we" (Transcription Error) |
| 254 | 14 | The phrase "a better place" should read "better placed" (Transcription Error) |
| 256 | 16 | The word "DVM" should read "DBM" (Transcription Error) |
| 261 | 14 | The word "done" should read "built" (Transcription Error) |
| 261 | 19 | The word "ESP" should read "DSP" (Transcription Error) |
| 263 | 17 | The word "bid" should read "built" (Transcription Error) |
| 265 | 20 | The phrase "inaccurate statement that perhaps" should read "inaccurate statement in a comment thread that perhaps" (Transcription Error) |
| 265 | 24 | The word "remediation" read "mediation" (Transcription Error) |
| 277 | 10 | The word "note" should read "email" (Transcription Error) |
| 280 | 21 | The words "general conflict" should read "channel conflict" (Transcription Error) |
| 285 | 19 | The phrase "In contrast to floor, $6 would result" should read "In contrast, a floor of $6 would result" (Transcription Error) |

*Privileged and Confidential*
*Attorney-Client Communication*

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.


Date: 01/21/2022                    Signature: Nitish Kamle

5