# EXHIBIT 163

# DOCUMENT UNDER SEAL