# EXHIBIT 164
# REDACTED

```
                                                         Page 1

 1           IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF TEXAS
 3                   SHERMAN DIVISION
 4                      - - -
 5
         STATE OF TEXAS et al.,      :   CASE NO.
 6                                   :   4:20-CV-00957-
                    Plaintiffs,      :   SDJ
 7                                   :
            v.                       :
 8                                   :
         GOGGLE, LLC,                :
 9                                   :
                    Defendants.      :
10                                   :
11           - HIGHLY CONFIDENTIAL -
           PURSUANT TO PROTECTIVE ORDER
12
                        - - -
13
                     May 1, 2024
14
                        - - -
15
16       Videotaped deposition of ██████████████,
    taken pursuant to notice, was held at the law
17  offices of Axinn, Veltrop & Harkrider LLP, 114 West
    47th Street, New York, New York, beginning at
18  9:08 a.m., on the above date, before Michelle L.
    Gray, a Registered Professional Reporter, Certified
19  Shorthand Reporter, Certified Realtime Reporter,
    Certified Court Reporter and Notary Public.
20
21                      - - -
22
23
24
25  ████████████████████████
```



Page 182

```
 1              right now is 2:08 p.m.  We're back
 2         on the record.
 3   BY MR. HANSUM:
 4         Q.        ▮▮▮▮▮▮, before our last break we
 5   were discussing, briefly, net bids.
 6              And can you explain again for me
 7   what a net bid is?
 8         A.    Net bid is in contrast to original
 9   bid advertisers submit.  And that is the price
10   after Google's share.
11         Q.    So the net bid is the bid price
12   after Google's revenue share?
13         A.    Rev -- yes.  That's correct.
14         Q.    Okay.  So if Google's revenue share
15   is -- in the fixed revenue example it's 20 percent.
16   The net bid would be 80 percent of the buyer's
17   original bid; is that right?
18         A.    That is correct.
19         Q.    Okay.  And I believe when you
20   mentioned that earlier, you said net bids -- you
21   gave that definition of net bid with respect to Ad
22   Exchange.
23              Are there other uses of the term
24   "net bid" within Google or DoubleClick for
25   Publishers?
```

## HIGHLY CONFIDENTIAL

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: *United States et al. v. Google LLC*, 4:20-cv-00957-SDJ (E.D. Tex.)

Deposition Date: May 1, 2024

Deponent: ███████████

### CORRECTIONS

| Page | Line | Change | Reason |
|---|---|---|---|
| 18 | 20 | "My reason" to "My recent" | Transcription error |
| 24 | 22 | "learning natural languages." to "machine learning and natural languages." | Transcription error |
| 26 | 24 | "measure" to "major" | Transcription error |
| 39 | 3 | "I work with software" to "I was a software" | Transcription error |
| 40 | 3-4 | "this technical issue evolved" to "there's technical issues involved" | Transcription error |
| 54 | 20 | "know the client" to "told the client" | Transcription error |
| 57 | 4 | "Google want to get the" to "Google want to go get the" | Transcription error |
| 57 | 14-15 | "Make the whole ecosystem more efficient." to "Make the whole ecosystem less efficient" | Transcription error |
| 66 | 3 | "I work for" to "I worked for" | Transcription error |
| 68 | 20 | "rules and options. One way to" to "rules and auction is one way to" | Transcription error |
| 73 | 4 | "That's what I" to "That's my" | Transcription error |
| 76 | 3 | "DoubleClick for Publishers." to "DoubleClick for Publishers at some point." | Transcription error |
| 84 | 12 | "resum " to ""resumé" | Typographical error |
| 111 | 24 | "as a prior software" to "as a prior standard software" | Transcription error |
| 114 | 1 | "a language," to "aligned with" | Transcription error |
| 125 | 20-21 | "can have many have causes" to "can have many causes" | Transcription error |
| 143 | 2 | "not familiar" to "unfamiliar" | Transcription error |

| | | | |
|---|---|---|---|
| 150 | 24 | "document hands out" to "document handles" | Transcription error |
| 153 | 9 | "best accurate readout" to "best accurate results" | Transcription error |
| 179 | 8 | "the communication, which" to "the communication purpose, which" | Transcription error |
| 180 | 18 | "regardless" to "regarding" | Transcription error |
| 186 | 13 | "define what that bid" to "define what net bid" | Transcription error |
| 191 | 13 | "that it become okay for me" to "a little complicated for me" | Transcription error |
| 193 | 17 | "deals." to "still wins." | Transcription error |
| 195 | 1 | "retail price optimization" to "reserve price optimization" | Transcription error |
| 201 | 10 | "or order of RPO" to "on older RPO" | Transcription error |
| 217 | 10 | "agreed to" to "reasonable to" | Transcription error |
| 228 | 17 | "bid" to "bidding" | Transcription error |
| 229 | 23 | "DRP" to "DFP" | Transcription error |
| 237 | 16 | "our" to "all" | Transcription error |
| 240 | 14 | "what's not" to "was not" | Transcription error |
| 248 | 25 | "draw" to " generate" | Transcription error |
| 249 | 20 | "So I was" to: "So A) I was" | Transcription error |
| 260 | 8 | "net revenue" to "negative revenue" | Transcription error |
| 260 | 12 | "there are other," to "there are other bugs," | Transcription error |
| 260 | 17 | "reach out in" to "result in" | Transcription error |
| 282 | 21 | "AdX that you're running." to "AdX actually running." | Transcription error |
| 283 | 7 | "have direct number" to "have the right number" | Transcription error |
| 286 | 24 | "did Ad Exchange" to "did on Ad Exchange" | Transcription error |
| 296 | 20 | "in that. He said" to "in that. I think he said" | Transcription error |
| 321 | 6 | "So I can't answer Reading" to "But I can answer Reading" | Transcription error |
| 331 | 10 | "transact." to "transacted." | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: 5/31/24    Signature: ███████████