# EXHIBIT 165
# DOCUMENT UNDER SEAL