# EXHIBIT 166

# DOCUMENT UNDER SEAL