# EXHIBIT 168

# DOCUMENT UNDER SEAL