# EXHIBIT 169

# REDACTED

HIGHLY CONFIDENTIAL

```
                                          Page 1

 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION
 3    THE STATE OF TEXAS, et      )
      al.,                        )
 4                                ) Case No.
                  Plaintiffs,     ) 4:20-cv-00957-SDJ
 5                                )
      vs.                         ) Hon. Sean D. Jordan
 6                                )
      GOOGLE LLC,                 )
 7                                )
                  Defendant.      )
 8
                   FRIDAY, MAY 24, 2024
 9
       HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE
10                        ORDER
                          - - -
11
12            Videotaped deposition of Neal
13    Mohan, in his personal capacity and 30(b)(6)
14    designee of Google LLC, held at the offices
15    of Freshfields Bruckhaus Deringer, 855 Main
16    Street, Redwood City, California, commencing
17    at 9:35 a.m. Pacific Time, on the above date,
18    before Carrie A. Campbell, Registered
19    Diplomate Reporter, Certified Realtime
20    Reporter, Illinois, California & Texas
21    Certified Shorthand Reporter, Missouri,
22    Kansas, Louisiana & New Jersey Certified
23    Court Reporter.
24                        - - -
25    Job No. MDLG6687875
```

HIGHLY CONFIDENTIAL

Page 149

███████████████████████████████████████

11        Now, cookies, again, is that

12   all-important technology.

13        All right?  Right?

14        MS. SESSIONS:  Object to the

15     form.

16        THE WITNESS:  Are you asking do

17     I see that sentence?

18   QUESTIONS BY MR. LANIER:

19        Q.     Yeah.

20        That -- with this cookies,

21   that's reference to what you and I were

22   talking about earlier as a type of technology

23   important to the Internet?

24        A.     It is a type of technology

25   important to the Internet, yes.

HIGHLY CONFIDENTIAL

Page 150

1       Q.      It stores information of
2    websites visited or what?
3       A.      It stores information that
4    websites need -- use to operate.  So, for
5    example, if you go to a banking website and
6    you type in your -- you know, your username,
7    to make sure that you can actually then
8    transact on that website, sometimes cookie
9    technology is used by websites.
10              So it has a number of different
11   purposes that really lead to the functioning
12   of the Internet.  It's like kind of a
13   technology that -- that's used across the
14   web.
15      Q.      But some cookies will show
16   where you've gone.  They track people and how
17   people behave on the web.
18              Right?
19      A.      They don't track people.  They
20   track -- a cookie is like an anonymous ID.
21   It's not tied to a person.
22      Q.      Tied to a computer, to an IP
23   address?
24      A.      No, not necessarily --
25      Q.      It can be.

HIGHLY CONFIDENTIAL
39223

Page 151

1          A.      -- tied to an IP address.

2                  It could be, but it's not tied

3     to -- not necessarily.

HIGHLY CONFIDENTIAL

Page 152



Golkow Technologies,
A Veritext Division

HIGHLY CONFIDENTIAL

Page 153



HIGHLY CONFIDENTIAL

Page 154



HIGHLY CONFIDENTIAL

Page 251

1          THE WITNESS:  Again, I'm not

2      sure it's tied to a device.

3    QUESTIONS BY MR. LANIER:

HIGHLY CONFIDENTIAL

Page 252

17   QUESTIONS BY MR. LANIER:

18        Q.    But the point is, is you're

19   able to use cookie IDs to follow.  If I -- if

20   I go look at a website for new cars, what are

21   the -- I google:  What are the great new cars

22   that are out in 2025?  And I get a website,

23   and I go to the website.

24             A copy of that is kept.  The

25   note is kept that this computer has just gone

HIGHLY CONFIDENTIAL

### ERRATA SHEET FOR THE TRANSCRIPT OF NEAL MOHAN

Case Name: The State of Texas, et al. v. Google, LLC,  No. 4:20-CV-957-SDJ

Dep. Date:   May 24, 2024

Deponent:   Neal Mohan

| Page | Line | Corrections | Reason for Correction |
|------|------|-------------|----------------------|
| 11 | 20 | The phrase "It wasn't necessary–" should read "It wasn't necess–" | Transcription error |
| 17 | 4 | The phrase "I worked on products" should read "I worked on projects" | Transcription error |
| 56 | 12 | The phrase "our clients based their" should read "our clients may base their" | Transcription error |
| 132 | 24 | The phrase "what I remember is" should read "what I remember as" | Transcription error |
| 139 | 22 | The phrase "ad network" should read "ad networks" | Transcription error |
| 150 | 12 | The phrase "It's like kind of a" should read "It's like kind of the" | Transcription error |
| 164 | 11-12 | The phrase "Or I guess it's not even an email" should read "Or I guess it's not even an email. It's a document or –" | Transcription error |
| 192 | 7 | The phrase "sure I'm looking at" should read "sure what I'm looking at" | Transcription error |
| 201 | 17 | The phrase "multiple experts" should read "multiple competitors" | Transcription error |
| 206 | 19 | The phrase "I'm happy to–" should read "I'm happy to repeat it–" | Transcription error |
| 212 | 25 | The phrase "not following your question." should read "not following your question. I'm–" | Transcription error |
| 220 | 3 | The phrase "sorry to step you" should read "sorry to step over you" | Transcription error |
| 239 | 6 | The phrase "And it's got about" should read "And it's got the" | Transcription error |
| 257 | 2 | The phrase "clear conscious" should read "clear conscience" | Typographical error |
| 264 | 15-16 | The phrase "I was the products chief" should read "I was the product chief" | Transcription error |
| 272 | 15 | The phrase "Form" should read "Object to the form" | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: 6/25/24          Signature: _____