# EXHIBIT 170

# DOCUMENT UNDER SEAL