# EXHIBIT 171

# DOCUMENT UNDER SEAL