# EXHIBIT 172

```
                                                              Page 1

 1             IN THE UNITED STATES DISTRICT COURT
 2               FOR THE EASTERN DISTRICT OF TEXAS
 3                      SHERMAN DIVISION
 4       THE STATE OF TEXAS, et al.,        )
                                            )
 5                          Plaintiffs,     ) Case No.
                                            ) 4:20-cv-00957-SDJ
 6       vs.                                )
                                            )
 7       GOOGLE LLC,                        )
                                            )
 8                          Defendant.      )
         _____)
 9
10
11                 DEPOSITION OF JOHN OLSON,
12         30(b)(6) DESIGNEE FOR THE STATE OF IDAHO
13                      May 3, 2024
14
15
16
17
18
19
20
21
22
23    Reported by:
24    Rebecca Martin, CSR #1108, RPR, CRR
25    Job No. CS6657429
```

Page 58

1    and economy of the state.  There may be particular
2    groups or individuals who have suffered that harm
3    that may benefit from the redress, for instance,
4    through the injunctive relief that is obtained.
5         Q.   Okay.  Is Idaho alleging that there has
6    been harm to advertisers in the state of Idaho?
7         A.   Yes.
8         Q.   And what is the factual basis for the
9    allegations that Google's conduct harmed
10   advertisers in the state of Idaho?
11        A.   Similar to what I've answered before,
12   that the Texas witnesses -- the witness as to the
13   common facts, and the common facts here would show
14   nationwide harm to -- apologies, was your question
15   about advertisers?
16        Q.   Advertisers, correct.
17        A.   Nationwide harm to advertisers, and it
18   appears that the harm to advertisers is not
19   dependent upon the geographic location of those
20   advertisers such that advertisers in Idaho would
21   also be subject to the same nationwide harm that
22   has been alleged and for which Texas is the
23   designated witness as to those common claims.
24        Q.   Sitting here today, are you aware of
25   anything Idaho-specific or any Idaho-specific harm

Page 59

1    or are you only relying on the factual basis
2    alleged by Texas?
3         A.   Sitting here today, with the caveats
4    that there's still some discovery ongoing,
5    discovery to be reviewed and digested, as well as
6    what will be shown through the expert reports,
7    sitting here today, I do not have independent
8    Idaho-specific facts.
9         Q.   Are you aware of whether any advertisers
10   in Idaho used Google Ad Tech products to sell
11   Display advertising?
12        A.   I am not aware of a specific advertiser
13   that does use Google Ad Tech products -- I mean, a
14   specific advertiser in the state of Idaho that uses
15   Google Ad Tech products.
16        Q.   Are you aware if there are any
17   advertisers that use Google Ad Tech products?
18        A.   I'm not aware of a specific one or any
19   specific one.  I would assume, again, based on the
20   nationwide harm, Google's sizable market share in
21   the market, that there are advertisers here in
22   Idaho that use Google Ad Tech products.
23        Q.   Is Idaho alleging that Google's alleged
24   conduct harmed publishers in Idaho?
25        A.   Yes.

Page 63

```
 1    factual basis alleged in the Fourth Amended
 2    Complaint, described in our interrogatory
 3    responses, and to which the Texas designated
 4    witness testified.
 5              And then as to Idaho, being that it's
 6    nationwide harm and nothing indicating that the
 7    location of the individual, that the harm is
 8    related to that, that Idaho individuals are -- I
 9    believe, as you said, citizens would likewise be
10    harmed to the same extent as identified in the
11    Fourth Amended Complaint and our discovery
12    responses.
13         Q.   Can you identify anything separate and
14    apart from what Texas alleged and testified to as
15    the factual basis for the allegation that Google's
16    conduct harmed consumer -- individuals in the state
17    of Idaho?
18         A.   I'll have to, again, reiterate that it
19    would not necessarily be limited to what the Texas
20    witness said, but also as described in our
21    interrogatory responses and in the Fourth Amended
22    Complaint.
23              But there -- yeah, I'm not aware
24    currently of any independent Idaho facts regarding
25    the harm to Idaho individuals or citizens.
```

Page 160

1      REPORTER'S CERTIFICATE

2

STATE OF IDAHO  )
3              ) ss.
COUNTY OF ADA   )

4

5     I, REBECCA MARTIN, Certified Shorthand Reporter and
6  Notary Public in and for the State of Idaho, do hereby
7  certify:
8        That prior to being examined, the witness named in
9  the foregoing deposition was duly sworn remotely by me to
10 testify to the truth, the whole truth and nothing but
11 the truth;
12       That said deposition was taken down by me in
13 shorthand at the time and place therein named and
14 thereafter reduced to typewriting under my direction,
15 and that the foregoing transcript contains a full, true
16 and verbatim record of said deposition.
17       I further certify that I have no interest in the
18 event of the action.
19       WITNESS my hand and seal this 6th day of May, 2024.

20

21

                              _____
22                            REBECCA MARTIN
                              RPR and Notary
23                            Public in and for the
                              State of Idaho

24

25  My Commission Expires: 08-27-2024