# EXHIBIT 173

# DOCUMENT UNDER SEAL