# EXHIBIT 174

# DOCUMENT UNDER SEAL