# EXHIBIT 175

# DOCUMENT UNDER SEAL