IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS, et al,** § § § *Plaintiffs,* § § v. § § **GOOGLE LLC,** § § § *Defendant.* § | Civil Action No. 4:20-cv-00957-SDJ |

**DEFENDANT GOOGLE LLC'S REDACTED MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' ANTITRUST CLAIMS, STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT, AND SUPPORTING MATERIALS**

Pursuant to the Court's November 21, 2024 Order (ECF No. 685), Defendant Google LLC ("Google") respectfully submits a redacted version of its Motion for Summary Judgment on Plaintiffs' Antitrust Claims (ECF No. 674), corrected Statement of Undisputed Material Facts in Support of Google's Motions for Summary Judgment (ECF No. 682), and Declaration of R. McCallum in Support of Google's Motions for Summary Judgment with all attached exhibits (ECF No. 674-3), which were filed under seal on November 18, 2024.

| | |
|---|---|
| Dated: December 9, 2024 | Respectfully submitted, |
| | /s/ *Eric Mahr* |
| | Eric Mahr (*pro hac vice*) |
| | Andrew Ewalt (*pro hac vice*) |
| | Constance Forkner (*pro hac vice*) |
| | FRESHFIELDS US LLP |
| | 700 13th Street, NW |
| | 10th Floor |
| | Washington, DC 20005 |
| | Telephone: (202) 777-4545 |
| | Email: eric.mahr@freshfields.com |
| | |
| | Kathy D. Patrick |
| | State Bar No. 15581400 |
| | KPatrick@gibbsbruns.com |
| | Gibbs & Bruns LLP |
| | 1100 Louisiana, Suite 5300 |
| | Houston, Texas 77002 |
| | Tel.: (713) 650-8805 |
| | Fax: (713) 750-0903 |
| | |
| | *Attorneys for Google LLC* |

### CERTIFICATE OF SERVICE

I certify that on December 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ *Eric Mahr*