# EXHIBIT 177
# DOCUMENT UNDER SEAL