# EXHIBIT 178

# REDACTED

**In the Matter Of:**

*In Re - Google Antitrust Litigation*

---

*July 22, 2021*

---



GOOG-AT-MDL-007177040

Highly Confidential ▬▬▬▬ - July 22, 2021

31

```
 1        ▬▬▬▬▬ - HIGHLY CONFIDENTIAL
 2        A     The person who would have
 3   been in charge of many of the people that
 4   I interacted with was ▬▬▬▬▬▬
 5   You know, other key people within the
 6   product management organization were ▬▬▬
 7   ▬▬▬▬▬▬▬   I am sure there were
 8   others, but those were the names that most
 9   easily come to mind.
10        Q        ▬▬▬▬▬▬   you became ▬▬▬
11   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
12   ▬▬▬▬▬▬▬▬▬▬   is that
13   right?
14        A     That's correct.
15        Q     Was that a promotion?
16        A     No.
17        Q     A lateral move?
18        A     So it was an expansion of my
19   previous role.
20        Q     And in what ways did your
21   role expand?
22   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
23   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
```

GOOG-AT-MDL-007177071

Highly Confidential    ████████████ - July 22, 2021

32

```
 1        ████████████ - HIGHLY CONFIDENTIAL

 2     ████████████████████████████████████

 3     ████████████████████████████████████

 4        Q      What does "authorized buyers"

 5   mean?

 6        A      The third-party buyers on the

 7   AdX platform.

 8        Q      Is it only third-party

 9   buyers?

10        A      Yes.

11        Q      So DV360 is not an authorized

12   buyer?

13        A      No.  So I would amend the

14   statement previous slightly.

15             The Google Ads or the DV360

16   would be considered authorized buyers, but

17   there was still different teams directly

18   managing those relationships within

19   Google.  They were treated as any other

20   buyer from my role's standpoint.

21        Q      So if I understand correctly,

22   authorized buyers is anyone buying within

23   AdX?

24        A      Yeah, that's correct.

25        Q      And there is one team facing
```

GOOG-AT-MDL-007177072

*Privileged and Confidential*
*Attorney-Client Communication*

HIGHLY CONFIDENTIAL

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:    In Re: Google Antitrust litigation

Dep. Date:    July 22, 2021

Deponent:    ███████████████        CORRECTIONS:

| Page Line | Changes or Corrections and Reasons |
|-----------|-----------------------------------|
| 7:7 | "Alex" should be added in front of Bergersen (Transcription Error) |
| 97:20 | "One" should read "won" (Transcription Error) |
| 118:20 | "Strike" should read "strict" (Transcription Error) |
| 141:15 | "And" should be added in between "controls" and "other" (Transcription Error) |
| 178:19 | "Be" should be "It's" (Transcription Error) |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date: August 19, 2021            Signature: ██████████████████