# EXHIBIT 179

# DOCUMENT UNDER SEAL