# EXHIBIT 180

## DOCUMENT UNDER SEAL