# EXHIBIT 181

UNDER PROTECTIVE ORDER

Page 1

1      UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
2              SHERMAN DIVISION
3
4   THE STATE OF TEXAS, et al.,
5         Plaintiffs,
                                        Civil Action No.
6   vs.                                 4:20-cv-00957-SJD
7   GOOGLE, LLC,
8         Defendant.
9   _____/
10
                      May 1, 2024
11                    9:03 a.m. - 12:31 p.m. MDT
12
13
14      VIDEOTAPED DEPOSITION OF ANNA SCHNEIDER
15          TAKEN VIA ZOOM TELECONFERENCE
16
17
18      Taken on behalf of the Defendant before
19   Alice J. Teslicko, Registered Merit Reporter, and
20   Notary Public in and for the State of Florida at
21   Large, pursuant to a Notice of Taking 30(b)(6)
22   Deposition in the above cause.
23
24
25      Job No. CS6659471

1 | State of Montana.
2 |     Q   So you're not aware of any Montana-specific
3 | evidence that would support the claims in this case?
4 |         MR. BARNES:  Object to the form.
5 |     A   The evidence is the same as all of the
6 | evidence that the other plaintiffs are alleging that
7 | we designated Mr. Gordon to testify about, as it was a
8 | national scheme.
9 |     Q   So then that evidence is not
10 | Montana-specific?
11 |     A   It is Montana-specific in that it was a
12 | national scheme, and the nature of the national scheme
13 | affects Montana and Montanans.
14 |     Q   Are you aware of any facts that are unique
15 | to Montana that support the claims in the complaint?
16 |     A   At this time expert and fact discovery is
17 | still ongoing and we will rely on our experts'
18 | opinions.
19 |     Q   So at this time you are not aware of any
20 | evidence unique to Montana that support the claims in
21 | the complaint?
22 |     A   At this time we are relying on the national
23 | scheme, as I spoke to earlier, that the harms done on
24 | the national scheme to all plaintiffs were also done
25 | to Montana.

Page 84

1      CERTIFICATE OF OATH
2
3      I, Alice J. Teslicko, RMR, a Notary Public
4   for the State of Florida at large, do hereby
5   certify that the witness, Anna Schneider,
6   appeared personally before me and was duly sworn.
7      Signed and sealed this 2nd day of May, 2024.
8
9
10
11
12                  Alice J. Teslicko, RMR
13
14  Commission No. HH300672
    My Commission Expires:
15  December 14, 2026
16
17
18
19
20
21
22
23
24
25

Page 85

```
 1                       CERTIFICATE
 2   STATE OF FLORIDA    )
                         )  ss.
 3   COUNTY OF NASSAU    )
 4
            I, ALICE TESLICKO, RMR, a Registered
 5   Merit Reporter and Notary Public for the State of
     Florida at Large, do hereby certify that I reported
 6   the deposition of Anna Schneider, a witness called by
     the Defendant in the above-styled cause; and that the
 7   foregoing pages constitute a true and correct
     transcription of my shorthand report of the deposition
 8   of said witness.
 9          I further certify that I am not an attorney
     or counsel of any of the parties, nor a relative or
10   employee of counsel connected with the action, nor
     financially interested in the action.
11
            WITNESS my hand and official seal in the
12   City of Fernandina Beach, County of Nassau, State of
     Florida, this 2nd day of May, 2024.
13
14
15
16
                                    Alice J. Teslicko, RMR
17
18   My commission expires:
     December 14, 2026
19   Commission No. HH300672
20
21
22
23
24
25
```

```
 1                    ERRATA SHEET
 2    RE:  State of Texas, et al. vs. Google LLC
      DEPO OF:  Anna Schneider
 3    TAKEN:    May 1, 2024
      JOB NO.:  6659471
 4
      PAGE      LINE        CHANGE              REASON
 5    ____      ____    _____    _____
 6    ____      ____    _____    _____
 7    ____      ____    _____    _____
 8    ____      ____    _____    _____
 9    ____      ____    _____    _____
10    ____      ____    _____    _____
11    ____      ____    _____    _____
12    ____      ____    _____    _____
13    ____      ____    _____    _____
14    ____      ____    _____    _____
15    ____      ____    _____    _____
16    ____      ____    _____    _____
17    ____      ____    _____    _____
18    ____      ____    _____    _____
19    ____      ____    _____    _____
20    ____      ____    _____    _____
21                                  _____
                                         ANNA SCHNEIDER
22
      SUBSCRIBED AND SWORN TO BEFORE ME
23    THIS 20th DAY OF May        , 2024.
24    _____       11/26/2027
          (NOTARY PUBLIC)            MY COMMISSION EXPIRES:
25    Job No. CS6659471
```

[Notary stamp: MELISSA GARCIA, Notary Public, STATE OF TEXAS, ID# 132266466, My Comm. Exp. Nov. 26, 2027]

```
 1   The State Of Texas, Et Al. v. Google LLC
 2   Anna Schneider (#6659471)
 3                  ACKNOWLEDGEMENT OF DEPONENT
 4       I, Anna Schneider, do hereby declare that I
 5   have read the foregoing transcript, I have made any
 6   corrections, additions, or changes I deemed necessary as
 7   noted above to be appended hereto, and that the same is
 8   a true, correct and complete transcript of the testimony
 9   given by me.
10
11   _____          5/20/2024
12   Anna Schneider                    Date
13   *If notary is required
14                          SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                          20th DAY OF May              , 2024.
16   [MELISSA GARCIA
17    Notary Public
     STATE OF TEXAS
     ID# 132266466
     My Comm. Exp. Nov. 26, 2027]
18                          Melissa Garcia
19                          NOTARY PUBLIC
20
21
22
23
24
25
```