# EXHIBIT 182

```
                                                              Page 1

 1               IN THE UNITED STATES DISTRICT COURT

 2                FOR THE EASTERN DISTRICT OF TEXAS

 3                        SHERMAN DIVISION

 4

 5   THE STATE OF TEXAS, et al.,

 6            Plaintiffs,

 7       v.                 Civil Action No. 4:20-cv-00957-SDJ

 8   GOOGLE LLC,

 9            Defendant.
10   _____/

11

12

13

14          The Zoom Videoconferenced/Video Recorded

15          Deposition of MICHAEL SCHWALBERT,

16          Commencing at 8:33 a.m. CT,

17          Friday, May 10, 2024,

18          Before Stenographer Shorthand Reporter,

19          Lori Ann Baldwin, CSR-5207, RPR, CRR, BA.

20

21          Veritext Job No. CS 6687342

22

23

24

25
```

Page 33

1       right?
2   A.  Correct.
3   Q.  And Missouri is not seeking relief on behalf of state
4       agencies or any other state entities, right?
5   A.  Correct.  We're not seeking, you know, specifically,
6       relief for them.  To the extent that there is some
7       sort of injunctive relief, obviously, that applies to,
8       to the state and country as a whole.  But no, we're
9       not representing any state agency.
10  Q.  Okay.  And what is Missouri's understanding of how
11      many in-state advertisers and ad agencies use Google
12      Ad Tech products?
13              MR. LUCY:  Object to the form.
14  A.  I could not provide you with a, with a com -- with a
15      total count.  I, I believe that that would be gathered
16      and, and made as part of the, the expert disclosure in
17      calculating that.
18  BY MR. ADES:
19  Q.  Okay.  Sitting here today, can you name any in-state
20      advertisers?
21              MR. LUCY:  Object to the form.
22  A.  The, for instance, the, it was disclosed that the -- I
23      mean, one would be the, the Missouri Department of
24      Tourism and the University of Missouri, the other
25      agencies that were involved, but I can't, I can't give

Page 35

1  litigating it.  And from that, from the universe of
2  factual information, that's what the, the expert
3  disclosures would, would provide.
4  Q.  And do you know if any state agencies investigated the
5      alleged harm to advertisers in Missouri?
6              MR. LUCY:  Object to the form.
7  A.  I am not aware.
8  BY MR. ADES:
9  Q.  Then how did Missouri determine there was harm to
10     in-state advertisers?
11             MR. LUCY:  I object as to work product.
12             So Mr. Schwalbert, you can answer to the
13     extent that it doesn't divulge work product.
14 A.  I wouldn't, I wouldn't be able to, to tell you that
15     without disclosing how, how we conducted our
16     investigation and litigation.  I think it was core
17     work product.
18 BY MR. ADES:
19 Q.  Okay.  Now, turning to publishers, does Missouri have
20     an understanding of how many in-state publishers use
21     Google's Ad Tech's products?
22             MR. LUCY:  Object to the form.
23 A.  I could not give you a, I could not give you the
24     count.
25 BY MR. ADES:

Page 36

1  Q.   Can you name any in-state publishers sitting here
2       today?
3            MR. LUCY:  Object to the form.
4  A.   A, a specific one, no, I cannot.
5  BY MR. ADES:
6  Q.   Okay.  Are you aware of any reports, studies or
7       calculations of the alleged harm to publishers in
8       Missouri?
9            MR. LUCY:  Object to work product.
10 A.   Outside of what would be part of expert, expert
11      discovery, I'm not aware of.
12 BY MR. ADES:
13 Q.   And what is Missouri's understanding of how many
14      Ad Tech providers are located in Missouri?
15           MR. LUCY:  Object to the form.
16 A.   Again, I don't have, I couldn't give you a, could give
17      you the same thing.  I couldn't give you a count.  And
18      I'm not aware of anything outside of experts, experts'
19      work that would provide that.
20 BY MR. ADES:
21 Q.   And just to close the loop here, what is Missouri's
22      understanding of the types of in-state consumers
23      affected by the alleged conduct?
24           MR. LUCY:  Object to the form.
25 A.   I think that that would be, the types of consumers

Page 37

```
 1           would be the same types that were addressed by
 2           Mr. Gordon in his, in his deposition.
 3    BY MR. ADES:
 4    Q.     So, Missouri doesn't have a different view as to its
 5           own in-state consumers?  It would just be the, the
 6           same for, for all states?
 7                    MR. LUCY:  Object to the form.
 8    A.     The types of, like, maybe I'm not understanding your
 9           question very well.  Can you explain or rephrase?
10    BY MR. ADES:
11    Q.     Sure.  So, would this include all Google users, all
12           Internet users, all consumers of goods and services
13           located in Missouri?
14    A.     I believe that those, I mean, it would include, I
15           believe this that's what Mr. Gordon testified to, it
16           would include those.
17    Q.     Okay.  And does Missouri have an understanding of the
18           number of in-state consumers affected by the alleged
19           conduct?
20                    MR. LUCY:  Object to the form.
21    A.     Outside of what would be part of expert discovery, no,
22           not a raw count.  I mean, no, I, I couldn't, I
23           couldn't tell you, I couldn't sit here and tell you a
24           precise number of what that would be, you know, total
25           number that would be.
```

```
                                                         Page 113

 1                         CERTIFICATE

 2

 3    STATE OF MICHIGAN

 4    COUNTY OF OAKLAND

 5              LORI ANN BALDWIN, a Notary Public in and
 6       for the above county and state, do hereby certify that
 7       this remote deposition was taken before me at the time
 8       and place hereinbefore set forth; that the witness was
 9       by me first duly sworn to testify to the truth; that
10       this is a true, full and correct transcript of my
11       stenographic notes so taken to the best of my skill
12       and ability; and that I am not related, nor of counsel
13       to either party, nor interested in the event of this
14       cause.
15
16
17
18
19
20                    Lori Baldwin

21            Lori Ann Baldwin, CSR-5207, RPR, CRR
22            Notary Public
23            Oakland County, Michigan
24            My commission expires:  December 21, 2025
25
```