# EXHIBIT 183

```
                                                            Page 1

 1             IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF TEXAS
 2                     SHERMAN DIVISION
 3    THE STATE OF TEXAS, et al.              PLAINTIFFS
 4    VS.                CIVIL ACTION NO. 4:20-CV-957-SDJ
 5    GOOGLE LLC                               DEFENDANT
 6
 7
          *****************************************
 8
           30(b)(6) DEPOSITION OF STATE OF MISSISSIPPI
 9
                       BY ITS REPRESENTATIVE
10
                        CRYSTAL UTLEY SECOY
11
          *****************************************
12
13
14                        Taken at the
         Office of the Mississippi Attorney General,
15                       550 High Street,
                       Jackson, Mississippi,
16                on Thursday, April 25, 2024,
             beginning at approximately 12:56 p.m.
17
18
19
20
21
22
          *****************************************
23
                      CATHY M. WHITE, CCR
24              Certified Court Reporter #1309
                       Notary Public
25
```

```
                                                          Page 17
1    form of digital advertising that they use; right?
2         A.   Correct.
3         Q.   Okay.  So you don't know, for example,
4    whether any state agency uses Google advertising --
5    display advertising technology?
6         A.   I do not.
7         Q.   And you referenced some consumer complaints
8    here.  Just to confirm then, so none of the -- first,
9    Mississippi produced all of the consumer complaints
10   that it could locate in response to Google's request
11   for production in this case; right?
12        A.   Correct.
13        Q.   And you agree that none of those relate to
14   Google's display advertising technology; right?
15        A.   Yes.
16        Q.   And Mississippi didn't rely on any of those
17   consumer complaints in forming the allegations in the
18   complaint in this case; right?
19        A.   Correct.
20        Q.   And Mississippi is not going to rely on any
21   of those consumer complaints at trial; right?
22        A.   Correct.
23        Q.   You're aware that certain third parties were
24   interviewed as part of an investigation leading up to
25   the filing of this case; right?
```

Page 26

```
 1    telling you that --
 2              MS. SCHULTZ:  I wouldn't -- only answer --
 3              THE WITNESS:  Okay.
 4              MS. SCHULTZ:  -- questions asked.  To the
 5    extent you can do so without violating work product
 6    here, you may do so.
 7        A.  So, no.
 8    BY MR. AYCOCK:
 9        Q.  Okay.  So before suit was filed then,
10    Mississippi determined that in-state advertisers and
11    publishers had been harmed by Google's conduct?
12              MS. SCHULTZ:  And I'm going to say that --
13    assert a work product privilege there.
14              If you may -- if you can answer without
15    disclosing work product, you may.
16        A.  It's our position that advertisers and
17    publishers in Mississippi would have been impacted by
18    the conduct because it's our understanding that this
19    is a national issue and that it impacts our entire
20    state, consumers, advertisers, publishers, businesses.
21    BY MR. AYCOCK:
22        Q.  Okay.  So but you didn't make any specific
23    findings about harm in particular to anybody in
24    Mississippi before suit was filed; right?
25              MS. SCHULTZ:  Same objection there to work
```

Page 27

1    product.
2             You can only answer to the extent it does not
3    disclose work product.
4       A.   We did not interview -- we have not
5    interviewed any advertisers or publishers, so I'm
6    not -- I cannot identify one specific advertiser or
7    publisher today.
8    BY MR. AYCOCK:
9       Q.   Okay.  So today, you can't name any
10   particular advertiser or publisher in Mississippi who
11   has been harmed by Google's alleged conduct?
12      A.   Not by a specific name, because it's our
13   position that it's pretty much every business in the
14   State of Mississippi.  And we're also -- I mean, it's
15   my understanding that we're still in the middle of
16   discovery, and that that will play out through
17   discovery and potentially with our experts.
18      Q.   You haven't made any state-specific
19   conclusions about the extent of the harm to parties in
20   Mississippi; right?
21      A.   We have answered some questions regarding
22   that on interrogatory number 26.  I think, beyond
23   that, we -- that's as far as civil penalties.  Harm
24   would be in interrogatory number 5.
25           MR. AYCOCK:  Go ahead and mark those as the

```
                                                            Page 63

 1              CERTIFICATE OF COURT REPORTER
 2              I, Catherine M. White, CSR, and Notary Public
 3    in and for the County of Rankin, State of Mississippi,
 4    hereby certify that the foregoing pages, and including
 5    this page, contain a true and correct transcript of
 6    the testimony of the witness, as taken by me at the
 7    time and place heretofore stated, and later reduced to
 8    typewritten form by computer-aided transcription under
 9    my supervision and to the best of my skill and
10    ability.
11              I further certify that I placed the witness
12    under oath to truthfully answer the questions in this
13    matter under the power vested in me by the State of
14    Mississippi.  I further certify that I am not in the
15    employ of or related to any counsel or party in this
16    matter, and have no interest, monetary or otherwise,
17    in the final outcome of the proceedings.
18              Witness my signature and seal this the 26th
19    day of April, 2024.
20
                          _____
21                        CATHERINE M. WHITE, CSR No. 1309
22    My Commission Expires:
      February 1, 2026
23
24
25
```

Page 64

```
 1                    DEPONENT'S CERTIFICATE
 2        I, Crystal Utley Secoy, the deponent in the
 3   foregoing deposition, certify that I have read the
 4   foregoing pages 4 - 62, being the total number of
 5   pages relating to my testimony, as to the correctness
 6   thereof, and that after reading said pages and subject
 7   to any corrections I may have reflected below, I
 8   certify that this testimony is true, correct and
 9   complete and that the transcript thereof is true and
10   correct.
11
                                    _____
12                                  Crystal Utley Secoy

     STATE OF  MS
13   COUNTY OF Hinds
14            SWORN TO AND SUBSCRIBED before me on this the
15   20th day of May, 2024.
16
                                    _____
17                                        NOTARY PUBLIC
18   My Commission expires: _____
19   PAGE | LINE | CORRECTION              | REASON
     43   | 3    | delete ", like,"        | did not say
20   53   | 7    | delete ", you know,"    | did not say
21
```

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 50224, FONDA I. HELLEN, Commission Expires May 7, 2027, HINDS COUNTY]