# EXHIBIT 184

# DOCUMENT UNDER SEAL