# EXHIBIT 186

# DOCUMENT UNDER SEAL