# EXHIBIT 187

# DOCUMENT UNDER SEAL