# EXHIBIT 188

# DOCUMENT UNDER SEAL