# EXHIBIT 189

HIGHLY CONFIDENTIAL

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                   SHERMAN DIVISION
 3         CIVIL ACTION NO. 4:20-cv-00957-SDJ
 4    THE STATE OF TEXAS, et al.,    )
                                     )
 5           Plaintiffs,             )
                                     )
 6             -vs-                  )
                                     )
 7    GOOGLE LLC,                    )
                                     )
 8           Defendant.              )
 9
10     VIDEO-RECORDED RULE 30(b)(6) DEPOSITION OF
                    STEVEN TATERKA
11          on behalf of State of Indiana
12               HIGHLY CONFIDENTIAL
13
14
         The deposition upon oral examination of
15    STEVEN TATERKA, a witness produced and sworn before
      me, Janine A. Ferren, RMR, CRR, CSR-IL No. 84-4852,
16    Notary Public in and for the County of Hamilton,
      State of Indiana, taken on behalf of the Defendant,
17    at the offices of Office of the Attorney General,
      Indiana Government Center South, Fifth Floor,
18    Indianapolis, Marion County, Indiana, on the
      25th day of April 2024, scheduled to commence at
19    1:00 p.m., pursuant to the Federal Rules of Civil
      Procedure with written notice as to time and place
20    thereof.
21
22
23
24
25    Job No. CS6657993
```

HIGHLY CONFIDENTIAL

Page 77

| | | |
|---|---|---|
| 1 | A | For an injunctive relief, yes. |
| 2 | Q | Those claims could have been brought in state |
| 3 | | court; correct? |
| 4 | | MR. WILKERSON: Objection. Form. |
| 5 | A | Oh, the state antitrust claim? Sure. |
| 6 | Q | With respect to the parens patriae claims, what |
| 7 | | categories of people or entities is the state |
| 8 | | seeking relief on behalf of? |
| 9 | A | We'd probably include publishers, advertisers, |
| 10 | | and end users. |
| 11 | Q | As you sit here today, are you aware of a single |
| 12 | | publisher in the State of Indiana that uses |
| 13 | | Google ad tech products to sell display |
| 14 | | advertising? |
| 15 | A | Today I cannot identify a particular publisher |
| 16 | | or advertiser. But my understanding is that |
| 17 | | discovery is still open and that there may be |
| 18 | | expert testimony on this issue. |
| 19 | Q | Does the State of Indiana know how many in-state |
| 20 | | publishers use Google ad tech products in |
| 21 | | Indiana? |
| 22 | A | I don't believe so. |
| 23 | Q | What is the factual basis for the allegations by |
| 24 | | the State of Indiana that Google's alleged |
| 25 | | conducted harmed publishers in the state of |

HIGHLY CONFIDENTIAL

Page 78

1        Indiana?
2    A   We believe that the common set of facts which
3        Texas has testified to would apply to Indiana,
4        the same as any other state.
5    Q   As you sit here today, can the State of Indiana
6        name a single advertiser in the State of Indiana
7        that uses Google ad tech products to sell
8        display advertising?
9    A   I can't name a specific advertiser, but I would
10       just reiterate that with discovery still pending
11       and with expert testimony to come, there may be
12       some specific names.  In a state of seven
13       million people, there's bound to be some
14       publishers and advertisers here.
15   Q   Do you know how many publishers or advertisers
16       in the state -- scratch that, because I already
17       asked about publishers.
18           Do you know how many advertisers there are
19       in the state that use Google ad tech products?
20   A   I do not know.
21   Q   And when I say --
22   A   Same comment about discovery and expert
23       witnesses.
24   Q   And when I say "you," you understand I mean the
25       State of Indiana; correct?

HIGHLY CONFIDENTIAL

Page 113

```
1          nonresponsive.
2     Q    Before this last break, do you remember the
3          testimony and the answers that you gave
4          regarding a series of questions about evidence
5          or no evidence as it relates to the magnitude or
6          proportion of harm to Indiana's economy or
7          population?  Do you remember that testimony?
8     A    I do, I do.
9     Q    And as I understand it, your contention is
10         there's no additional Indiana-specific evidence
11         to add to what Indiana and the other states have
12         alleged; is that correct?
13    A    That is correct.
14    Q    And in regard to your preparation for today,
15         there were no documents that you requested from
16         staff or from counsel that was not provided to
17         you; is that accurate?
18              MS. KLEIN:  Objection.  Leading.
19    A    That's correct.
20              MR. WILKERSON:  That's all we have for now.
21         Pass it back.
22              MS. KLEIN:  We'll reserve the remainder of
23         our questions for time of trial and for the next
24         witness for the 30(b)(6).  Thank you for your
25         time.
```

HIGHLY CONFIDENTIAL

Page 115

```
STATE OF INDIANA          )
                          )  SS:
COUNTY OF HAMILTON        )
```

I, Janine A. Ferren, a Notary Public in and for the County of Hamilton, State of Indiana at large, do hereby certify that STEVEN TATERKA, the deponent herein, was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth in the aforementioned matter;

That the foregoing deposition was taken on behalf of the Defendant, at the offices of Office of the Attorney General, Indiana Government Center South, Fifth Floor, Indianapolis, Marion County, Indiana, on the 25th day of April 2024, commencing at the hour of 1:09 p.m., pursuant to the Federal Rules of Civil Procedure;

That said deposition was taken down stenographically and transcribed under my direction, and that the typewritten transcript is a true record of the testimony given by the said deponent; and thereafter presented to said deponent for his signature;

That the parties were represented by their counsel as aforementioned.

I do further certify that I am a disinterested person in this cause of action; that I am not a

HIGHLY CONFIDENTIAL

```
                                                    Page 116
 1    relative or attorney of any party, or otherwise
 2    interested in the event of this action, and am not
 3    in the employ of the attorneys for any party.
 4        IN WITNESS WHEREOF, I have hereunto set my
 5    hand and affixed my notarial seal on this 26th
 6    day of April 2024.
 7
 8
 9
10                        Janine A. Ferren
11
12
      Seal, Notary Public        My Commission Expires:
13    State of Indiana           April 22, 2024
14    Janine A. Ferren           County of Residence:
      Commission No. NP0681591   Hamilton
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 118

1  The State Of Texas, Et Al. v. Google LLC
2  Steven Taterka (#6657993)
3              E R R A T A   S H E E T
4  PAGE 33   LINE 14   CHANGE _____
5  The word "charter" should be "chartered"
6  REASON Transcription error
7  PAGE 85   LINE 16   CHANGE _____
8  The word "reserved" should be "reserve"
9  REASON Transcription error
10 PAGE____   LINE____   CHANGE_____
11 _____
12 REASON_____
13 PAGE____   LINE____   CHANGE_____
14 _____
15 REASON_____
16 PAGE____   LINE____   CHANGE_____
17 _____
18 REASON_____
19 PAGE____   LINE____   CHANGE_____
20 _____
21 REASON_____
22
23  _____          May 21, 2024
24  Steven Taterka                          Date
25

1  The State Of Texas, Et Al. v. Google LLC
2  Steven Taterka (#6657993)
3  ACKNOWLEDGEMENT OF DEPONENT
4  I, Steven Taterka, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____    May 21, 2024
12  Steven Taterka                     Date
13  *If notary is required
14  SUBSCRIBED AND SWORN TO BEFORE ME THIS
15  _____ DAY OF _____, 20___.
16
17
18  _____
19  NOTARY PUBLIC