# EXHIBIT 191

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
THE STATE OF TEXAS, et al.,

        Plaintiffs,

  vs.                    Civil Action No. 4:20-CV-957-SDJ

GOOGLE LLC,

        Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOTAPED DEPOSITION

OF

JONATHAN VAN PATTEN

Taken at
1302 E. Highway 14
Pierre, South Dakota
April 29, 2024

**APEX COURT REPORTING**
**(605) 877-1806**    Cindy@ApexCourtReporting.com

```
 1            have a connection to South Dakota?
 2   A        I believe so.
 3   Q        Can you name any particular advertisers in South
 4            Dakota who have been harmed by the RPO program?
 5   A        We have -- we have alleged harm with respect to
 6            advertisers, publishers, and consumers.  We have not
 7            identified specific ones in South Dakota.  But we
 8            believe, because of the ubiquitousness of the
 9            practice, that the nationwide harm is experienced in
10            South Dakota as well.
11   Q        But you can't name any specific South Dakota
12            advertisers or publishers who were harmed by the
13            alleged misconduct by Google in this case, right?
14               MR. WILKERSON:  Objection, form.
15   A        We -- we have alleged that there are many
16            advertisers and publishers and consumers that have
17            been harmed.  We have not identified any specific
18            ones in South Dakota and expect that that
19            measurement will occur in expert reports.
20   Q        (By Mr. Aycock)  Okay.  But as of today, you haven't
21            named any specific South Dakota advertisers or
22            publishers who have been harmed by Google's alleged
23            conduct in this case, right?
24               MR. WILKERSON:  Objection, form.
25   A        Not as -- other than I've already stated.
```

```
 1          believe the hits came as a result of Google but not
 2          Google advertising.
 3    Q     Okay.  And --
 4    A     Which was why we determined they weren't relevant.
 5    Q     Right.  So in case, ultimately, South Dakota
 6          determined that it didn't find any consumer
 7          complaints related to Google advertising, display
 8          advertising technology, right?
 9    A     Correct.
10    Q     And so no complaints were produced in this case by
11          South Dakota, right?
12    A     That's correct.
13    Q     And South Dakota -- I'm sorry.  No consumer
14          complaints form the basis -- let me start over.
15              No consumer complaints in South Dakota form the
16          basis for the complaint in this case, right?
17    A     I believe that's a fair statement.
18    Q     And you don't intend to rely on any South Dakota
19          consumer complaints at trial in this case, right?
20    A     Well, to the extent that we discover and at least --
21          either -- for our part, time is short, so the
22          likelihood of us discovering before May 3rd or by
23          May 3rd is not likely, but there's -- there's,
24          like -- I know you said 6 million or whatever the
25          figure is, but there's a lot of documents that took
```

```
 1   CERTIFICATE OF COURT REPORTER AND NOTARY PUBLIC
 2   STATE OF SOUTH DAKOTA    )
 3                             ss.
 4   COUNTY OF PENNINGTON     )
 5           BE IT KNOWN that I, Cindy K. Pfingston, a
 6   Registered Professional Reporter, took the deposition of:
 7                      JONATHAN VAN PATTEN,
 8   pursuant to Notice and/or Stipulation; that I was
 9   then and there a Notary Public in and for said
10   County and State; that I exercised the power of that
11   office in taking said deposition; that by virtue
12   thereof, I was then and there authorized to
13   administer an oath; that said witness, before
14   testifying, was duly sworn to testify to the truth, the
15   whole truth and nothing but the truth relative to
16   the cause specified therein;
17           That the said deposition having been
18   transcribed, was subsequently submitted by me to the said
19   witness, who thereupon read the said deposition and made
20   changes or corrections, if any, as appear noted therein,
21   along with the reason for each thereof, and that the said
22   deposition was thereupon subscribed to by the said
23   witness; that the examination was conducted at the time
24   and place therein specified on behalf of the respective
25   parties as therein indicated; that the foregoing and
```

1  attached 85 typewritten pages contain a full, true,
2  accurate and correct transcript of my stenotype notes, as
3  they purport to contain, then and there taken;
4        That I am neither attorney nor counsel
5  for, nor related to or employed by any of the parties to
6  the action in which said deposition is taken; and
7  further, that I am not a relative or employee of any
8  attorney or counsel employed by the parties hereto
9  or financially interested in the action.
10        I FURTHER CERTIFY that I have retained the
11 original copy of said deposition for the purpose of
12 filing with the taking attorney.
13        WITNESS MY HAND AND SEAL this 30th day
14 of April, 2024.
15
16                    _____
                      Cindy K. Pfingston
17                    Registered Professional Reporter
                          and Notary Public
18                    Pennington County,
                      Rapid City, South Dakota
19                    My Commission expires: 2-4-2028
20
21
22
23
24
25

**APEX COURT REPORTING**
**(605) 877-1806     Cindy@ApexCourtReporting.com**