# EXHIBIT 193

# DOCUMENT UNDER SEAL