# EXHIBIT 194
# REDACTED

PURSUANT TO PROTECTIVE ORDER

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
 2                  SHERMAN DIVISION
 3    THE STATE OF TEXAS, et    )
      al.,                      )
 4                              ) Case No.
              Plaintiffs,       ) 4:20-cv-00957-SDJ
 5                              )
      vs.                       ) Hon. Sean D. Jordan
 6                              )
      GOOGLE LLC,               )
 7                              )
              Defendants.       )
 8
               FRIDAY, APRIL 12, 2024
 9
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                       - - -
11            Remote videotaped deposition of
12    Google LLC 30(b)(6) designee ▇▇▇▇▇▇▇▇▇ ,
13    held at the location of the witness in
14    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , commencing at 8:33 a.m.
15    Eastern, on the above date, before Carrie A.
16    Campbell, Registered Diplomate Reporter,
17    Certified Realtime Reporter, Illinois,
18    California & Texas Certified Shorthand
19    Reporter, Missouri, Kansas, Louisiana & New
20    Jersey Certified Court Reporter.
21
22                       - - -
23
24
25    Job No. MDLG6644294
```

```
                                                        Page 81
 1    QUESTIONS BY MS. YOUNG:
 2          Q.      We will get into this with the
 3    contracts, but the partners who were
 4    terminated were terminated before their
 5    contracts were expired.
 6                  Correct?
 7                  MS. ELMER:  Object to form.
 8                  THE WITNESS:  Sorry, could
 9        you -- could you -- could you say that
10        again?
11    QUESTIONS BY MS. YOUNG:
12          Q.      The partners who were
13    terminated as part of this recontracting
14    effort that you led, they were terminated
15    before their contracts expired.
16                  Correct?
17                  MS. ELMER:  Object to form.
18                  THE WITNESS:  No.
19    QUESTIONS BY MS. YOUNG:
20          Q.      They were not terminated before
21    their contracts expired?
22          A.      All our -- I believe the -- no,
23    I would say not.
24          Q.      So this recontracting only
25    occurred when the contract was up to expire?
```

HIGHLY CONFIDENTIAL

# ERRATA SHEET FOR THE TRANSCRIPT OF ▮ 30(b)(6)

Case Name: *State of Texas et. al. v. Google LLC*, 4:20-cv-00957-SDJ

Dep. Date: April 12, 2024

Deponent: ▮

| Page | Line | Corrections | Reason for Correction |
|---|---|---|---|
| 24 | 4 | The word "wholistic" should read "holistic" | Typographical error |
| 34 | 1 | The word "ACK" should read "App" | Transcription error |
| 54 | 8 | The word "GRX" should read "DRX" | Transcription error |
| 91 | 23 | The word "Timmy" should read "Tinny" | Transcription error |
| 92 | 19 | ▮ | Transcription error |
| 92 | 20 | ▮ | Transcription error |
| 277 | 6 | The phrase "service-service" should read "self-service" | Typographical error |
| 321 | 18 | ▮ | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: 5/10/24

Signature: ▮