# EXHIBIT 195
# REDACTED

# Freshfields Bruckhaus Deringer US LLP



**Wilbur 30(b)(6) Exhibit**
**72**
4/12/24  Carrie Campbell, RDR

**CONFIDENTIAL**

<u>Via Email</u>

Zeke DeRose III
The Lanier Law Firm, PC
Zeke.DeRose@lanierlawfirm.com

Joseph M. Graham, Jr.
Geraldine Young
Marc B. Collier
Norton Rose Fulbright US LLP
joseph.graham@nortonrosefulbright.com
geraldine.young@nortonrosefulbright.com
marc.collier@northrosefulbright.com

**New York**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
T +1 212 284 4910
F +1 646 521 5710
E rob.mccallum@freshfields.com
www.freshfields.com

April 9, 2024

**Re:**  *State of Texas et al. v. Google LLC*, No. 4:20-cv-957-SDJ (E.D. Tex.)

Counsel,

Google provides this letter as its written statement in advance of the upcoming 30(b)(6) depositions on Topics 71, 72, and 73 concerning (1) GAM, (2) DFP, (3) AdX, (4) AdX Direct, and (5) ▉ contracts, and confirms the following information with respect to the association between the main template contracts (if any) and the customers who use those contracts.

<u>**GAM**</u>.  Google Ad Manager ("GAM") is Google's platform that offers publisher ad serving functionalities on its ad server, formerly known as DoubleClick for Publishers ("DFP") and ad exchange functionalities on DoubleClick AdExchange ("AdX"). Publishers have the following options to sign up for access to the GAM platform:

1. **Small Business Free.**  There is no contract required for Small Business Free, as a publisher only needs to agree to the terms and conditions at https://admanager.google.com/terms/free/na.

2. **Multiple Account Management ("MCM")**.  With MCM, publishers can contract for access to GAM with a third-party provider already on GAM that is approved to act in this capacity (referred to as an "MCM parent"). See, e.g., an example of the contract addendum between Google and an MCM parent, GOOG-AT-MDL-008927970. For almost all MCM arrangements, the contracting publisher (referred to as an "MCM child") has a contract with the MCM parent regarding the MCM parent's management of

CONFIDENTIAL
April 9, 2024
Page 2

    inventory on its behalf.[1]

   3. **Self Service contracts**.

      a. Self Service delinquent sign-up – these are contracts that publishers enroll in after they exhaust the threshold of free impressions in Small Business Free. There is no option to enable access to AdX. Google will produce the template of this contract to Plaintiffs.

      b. Self Service account manager – these contracts are serviced by a Google account management team. Through this process, a publisher can sign up through clickwrap agreements for DFP Small Business and AdX Services (see, e.g., this template at GOOG-DOJ-AT-01134520) and for DFP Premium and AdX Services (Google will produce the template of this contract to Plaintiffs).

   4. ■■■■■■■■■■ A publisher can sign up for GAM services through the Google Ad Manager 360 Service Form (see, e.g. GOOG-TEX-00980662) and the Google Ad Manager Small Business Service (see., e.g. GOOG-DOJ-06873988). These contracts are serviced by a Google account management team. Publishers can choose to negotiate the terms of these contracts.

**Google's publisher ad server**. Google estimates that there are currently ■■■■■■ publisher networks[2] on GAM with access to Google's publisher ad server. Google provides the following information as to the association between these publisher networks and the contracting options listed above.

   1. **Small Business Free.** There are currently ■■■■■■ publisher networks on GAM that were established through Small Business Free.

   2. **MCM**. There are currently ■■■■■■ publisher networks on GAM through the MCM process.[3]

   3. **Self Service contracts**. There are currently ■■■■ publisher networks on GAM that were established through Self Service contracts. Of these, ■■■■ publisher networks are on GAM through Self Service delinquent sign-up and ■■■■ are on GAM through Self Service account manager.

   4. ■■■■■■■■■■ There are currently ■■■■ publisher networks on GAM that were established through ■■■■■■■■■■

---

[1] See additional information on MCM here:
https://support.google.com/admanager/answer/11130475?hl=en&sjid=12943915249312001127-NA.

[2] Publisher networks are the entities that a publisher logs into to configure the specific settings of their account. A single publisher could have multiple publisher networks, each with their own ID.

[3] These are a subset of publisher networks on GAM through Small Business Free, Self Service contracts, and Simba contracts.

CONFIDENTIAL
April 9, 2024
Page 3

**AdX**. Of the ▮▮▮▮ publisher networks on GAM using Google's publisher ad server, only ▮▮▮▮ networks have AdX enabled. Those networks are organized by the method of access to GAM below.[4]

1. **Small Business Free.** Publishers on GAM through Small Business Free do not have access enabled to AdX.

2. **MCM**. Of the ▮▮▮▮ publisher networks on GAM through the MCM process, ▮▮▮▮ publishers networks have access enabled to AdX.

3. **Self Service contracts.** Publishers networks on GAM through Self Service delinquent sign-up do not have the option to enable access to AdX. The ▮▮▮▮ publisher networks on GAM through Self Service account manager contracts have access enabled to AdX.

4. ▮▮▮▮▮▮▮▮ The ▮▮▮▮ publisher networks on GAM through ▮▮▮▮ have access enabled to AdX.

**AdX Direct.** Google does not offer a contract for AdX Direct. AdX Direct is a name given to publisher configurations that integrate with Google Ad Manager's ad exchange using its "Ad Exchange tag." The feature is disclosed in GAM's help center[5] and available in the Ad Manager User Interface. Any publisher with a GAM ad exchange account can access AdX Direct.

Because AdX Direct is implemented by the placement of appropriate tags on web pages, apps, or video content (or third-party ad servers), and not by signing up for a service with Google, Google does not have the ability to generate a definitive list of the publishers using AdX Direct. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Over the time period ▮▮▮▮, AdX Direct has constituted approximately ▮▮ of total US end-user web display impressions for worldwide-billed web property IDs.

---

[4] There are ▮▮▮▮ networks with access enabled to AdX for which Google is unable at this time to confirm which contract they were established by.
[5] See https://support.google.com/admanager/answer/7501422.

CONFIDENTIAL<br>
April 9, 2024<br>
Page 4

Sincerely,

*/s/ Robert J. McCallum*

Robert J. McCallum