# EXHIBIT 196

# DOCUMENT UNDER SEAL