# EXHIBIT 197
# DOCUMENT UNDER SEAL