# EXHIBIT 198

# DOCUMENT UNDER SEAL