# EXHIBIT 199

## DOCUMENT UNDER SEAL