# EXHIBIT 202

# 2014 releases archive

DoubleClick for Publishers and Ad Exchange Seller

> These release notes are *archives* provided for your convenience only and might not reflect current product functionality. For the latest releases, see What's new in DFP and Ad Exchange Seller.

[Expand all]  [Collapse all]

## Q4 2014

### December 8 Query Tool: Reach reports

**New feature**

**Reporting**

- **Reach reports:** A hierarchical ad units view for Reach reports in Query Tool is now available! In Reach reports, when you filter for "Ad units", you're able to report on all ad unit levels, not only the top-level view. You don't have to add the "Ad units" dimension when you filter by ad units, but you can only use the "contains" operator for top-level ad units. Learn more about Query Tool filters.

### December 1 Render creatives using SafeFrame in GPT

**Updated feature**

**GPT**

- **Render creatives using SafeFrame in GPT:** SafeFrame is an IAB standard which provides API-enabled iframes that prevent external access to sensitive data, while still allowing transparent and rich interactions between page content and ads. You can now configure your creatives to use SafeFrame in GPT. Learn more

### November 24 IMA HTML5 SDK supports Internet Explorer 11

**Updated feature**

**Video**

- **IMA HTML5 SDK now supports Internet Explorer 11:** Our SDK is now compatible with the desktop versions of Chrome, Firefox, Safari, and Internet Explorer, as well as the mobile versions of Chrome, Safari, and the default Android browser. Learn more at the Ads Developer Blog.

### November 17 Import & export creatives / Audience notifications / Improved creative "start time" / New API release / Sort video content table

**Highlight**

**Updated feature**

**Import and export creative templates:** You can now export creative templates, work on them offline, and then import them as new templates or updated user-defined templates. Learn more about importing and exporting creative templates.

- **Improved consistency across forecasts that cover the same date range:** When you run a forecast to predict the future inventory of a line item, the numbers of a forecast with a larger target date range will now more closely match the sum of multiple, smaller forecasts that cover the same date range. For example:

    1. Run a forecast from April 1-14.
    2. Then run 14 forecasts — one for each day from April 1-14 — and add the forecasting numbers.

    The sum of the 14 smaller forecasts will now match the bigger forecast much more closely than in the past. Learn more about how this works and why the numbers may not exactly match.

- **Improved accuracy of manual forecast adjustments:** We've greatly reduced the number of forecasting errors as a result of manual forecast adjustments. In particular, DFP now updates the number of matched impressions more accurately when you add non-overlapping manual forecast adjustments.

## Q1 2014

**March 31** Future sell-through reports now use 28 days of historical data

### Updated feature

#### Reporting

- **Future sell-through reports now use 28 days of historical data:** Future sell-through reports (currently in beta) now use a sample of the last 28 days of your network's impression activity to determine future projections. This means the numbers will match inventory forecasts much more closely (future sell-through reports previously used only 7 days of data).

    In addition, we've improved the freshness of booked line item data in future sell-through reports. It's now updated twice a day instead of just once.

**March 24** Archived orders / Report on unfilled impressions by ad request size / Content bundles

### New features

#### Orders

- **Archived orders:** To ensure that you can find your active orders easily, DFP will now automatically archive orders that haven't delivered any impressions for the last 365 days, if your network has more than 5,000 orders total. Active and pending orders won't be affected. You can always view and reactivate archived orders if you need them. Learn more

#### Reporting

- **Report on unfilled impressions by ad request size (query tool functionality):** To provide you with more insight into your unfilled inventory, you can now pull a report showing where unfilled impressions are serving, by ad request size. Learn more

#### Advanced video

- **Content bundles:** You can now group videos into targetable content bundles that you assemble based on filters or by selecting individual videos, or both. Bundles are automatically updated as new metadata that matches their criteria is ingested. Learn more

**March 17** Billing tab / Google Publisher Tag (GPT) event listeners / Flash click tracking / SDK mediation metrics (query tool functionality)

### New features

**Account administration**

- **Access billing information:** Users with a system defined admin role can now access the "Billing" tab in DFP. This tab allows you to view and download your invoices, change invoice settings, and view transaction history. Learn more

**Tagging**

- **Google Publisher Tag (GPT) event listeners:** You can now use the Google Publisher Tags (GPT) API to register an event listener notifying you when an ad slot finishes rendering. This can be used to obtain details of the ad delivered, such as if the slot was unfilled, size of the ad, creative ID and line item ID. Learn more

**Creatives**

- **Flash click tracking:** You can now override the clickTAG in Flash files, ensuring that your Flash creatives click through to the right place and that DFP can track clicks even if the Flash clickTAG is missing or set up incorrectly. Learn more

**Reporting**

- **SDK mediation metrics (query tool functionality):** You can now report on impressions and clicks for networks that use SDK mediation. These metrics will help you understand the performance of your ad network partners. Learn more

### Updated feature

**Line items**

- **Line items now open to the Settings tab by default:** Previously, when you navigated to a line item, it would default to the Creatives tab. Most publishers look to update their settings first, and this improvement saves them a click.

**March 3** Enhanced dynamic allocation / Targeting presets / Secondary currencies / "Invite contacts" permission / Run default queries (query tool functionality)

### New features

**Monitor delivery**

- **Enhanced dynamic allocation:** We are changing the way DFP interacts with Ad Exchange and AdSense. Called "enhanced dynamic allocation," our ad servers now optimize the distribution of Ad Exchange and AdSense impressions throughout goal-based line item delivery, without compromising reservation goals. Prior to enhanced dynamic allocation, DFP did not make a bid request to Ad Exchange or AdSense before delivering a goal-based line item, missing out on potential revenue. Learn more

**Trafficking and targeting**

- **Targeting presets:** Instead of reentering the same set of criteria again and again, you can save time, minimize errors, and keep your campaigns consistent by saving targeting criteria to a preset. Learn more

- **Secondary currencies:** You can set up secondary currencies to make it easier to enter line item pricing information. This can be useful if you sell inventory in more than one currency. You

can set the currency for the line item when you're creating it, once the line item has been saved, you can't change the currency later. Learn more

**User role administration**

- **"Invite contacts" permission:** A new permission has been added to roles: "Invite contacts." Previously, in order to invite a contact, a user needed the "Edit users, roles and teams" permission plus the "Edit contacts" permission. Now, the "Invite contacts" permission has been separated from "Edit users, roles and teams," giving you more granular control over what users can do.

  There will be no change in what existing users and roles can actually do. If you could invite contacts before, you still can; if you couldn't, you still can't. That also goes for any new users you add to your existing roles, unless you make changes those roles. If you don't have any concerns about how your users have been inviting contacts (or not inviting them), then there's nothing you need to do. However, if you've wanted to control which of your users and roles can invite contacts, now you can. Learn more about roles and permissions

**Reporting**

- **Run default queries (query tool functionality):** You can now use default queries as templates for commonly used reporting configurations. These templates allow you to easily set up reporting queries and adapt to your own needs. Learn more

## February 18 Google Publisher Toolbar update

**New feature**

**Google Publisher Toolbar**

- **View ads on this page:** The "Ads on this page" section, added to the Account Overview popup, provides a summary of all Google ads. Scroll to a specific ad by clicking on the bullseye icon or open an "Ad Details" window directly from the popup. Learn more / Get the Toolbar

## February 10 Prevent automatic line item activation

**New features**

**Line items**

- **Prevent automatic line item activation:** To make it easy to traffic line items, DFP automatically activates them once you've added a creative of each specified size. However, if you want more precise control of when line items become active, you can require that all line items be activated manually. Learn more

## February 3 Testing recommendations

**Help center improvement**

**Testing recommendations:** Check out new recommendations on how to test your network and sites as you're rolling out a new network, site, or campaign.

## January 27 %%DESCRIPTION_URL%% and %%REFERRER_URL%% macros / Skippable video skip time at the network level / Creative orientation lock

**New features**