# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS, et al,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| **GOOGLE LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## [PROPOSED] ORDER

Before the Court is Defendant Google LLC's ("Google") Unopposed Motion for Leave to File its Memorandum in Opposition to Plaintiffs' Motion to Exclude Opinions of Itamar Simonson under seal and to Extend Time Limit Under Local Rule CV-5(a)(7). Google seeks leave to file under seal its Memorandum in Opposition and Declaration of J. Sessions in Support of Google's Memorandum in Opposition with all attached exhibits, and to extend the time limit under Rule CV-5(a)(7) for publicly filing a redacted version of the aforementioned documents from 7 days to 21 days.

Having reviewed the Motion, the Court finds that the documents to be filed are voluminous. Moreover, the Court finds it likely that these filings will contain information designated Confidential or Highly Confidential under the governing Confidentiality Order. ECF No. 182.

It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion to File its Memorandum in Opposition to Plaintiffs' Motion to Exclude Opinions of Itamar Simonson

Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7) (Dkt. #___), is **GRANTED**. Google may file its Memorandum in Opposition to Plaintiffs' Motion to Exclude the Testimony of Itamar Simonson and Declaration of J. Sessions in Support of Google's Memorandum in Opposition with all attached exhibits under seal in the first instance, and the timeframe within which Google must publicly file redacted versions under Local Rule CV-5(a)(7) is hereby extended from 7 to 21 days.