IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

## ORDER

Before the Court is Plaintiff States' Unopposed Motion to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7)(E). Plaintiff States request leave to file under seal Plaintiff States' Response to Google LLC's Motion for Summary Judgment on Plaintiffs' Antitrust Claims.

Plaintiff States also request that the time limit to file a redacted version of this document be extended from seven to 21 days.

For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7)(E).

It is further ORDERED that the foregoing document shall remain under seal and that Defendant Google LLC shall have 21 days to file a redacted version of the foregoing document.

IT IS SO ORDERED.