IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>          Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br>Special Master: David T. Moran |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AND TO EXTEND
TIME LIMIT UNDER LOCAL RULE CV-5(a)(7)(E)**

Plaintiff States respectfully move the Court for leave to file under seal Plaintiff States' Response to Google LLC's Motion for Summary Judgment on Plaintiffs' DTPA Claims, Plaintiff States' Response to Defendant Google LLC's [Corrected] "Statement of Undisputed Material Facts in Support of Google's Motions for Summary Judgment," and Declaration of Kiran N. Bhat in Support of Plaintiff States' Responses to Google LLC's Motions for Summary Judgment with all attached exhibits. Plaintiff States will file these documents today. Defendant Google LLC ("Google") does not oppose this motion.

Because Plaintiff States' filings are voluminous and contain information subject to Google's claims of confidentiality pursuant to the Confidentiality Order, Dkt. 182, Plaintiff States seek permission to file these papers under seal in the first instance and to extend the time limit under Local Rule CV-5(a)(7)(E) for Google to submit redacted versions of these filings from seven to 21 days.

Google sought to file its Motions for Summary Judgment, Motion to Exclude, and accompanying documents under seal in the first instance, and sought to extend the time limit for filing redacted versions of these documents from seven to 21 days. Dkts. 665, 666, 670. The Court

1

granted that relief, Dkt. 685, and should implement the same process with respect to Plaintiff States' responsive filings. *See Carranza v. Shelton & Valadez, P.C.*, No. SA-22-CV-00025-ESC, 2023 WL 3260544, at *1 (W.D. Tex. May 4, 2023) (discussing court's inherent power to manage its docket).

The Court should therefore grant Plaintiff States' unopposed motion to seal the above documents and to extend the limit for filing redacted versions under Local Rule CV-5(a)(7)(E) from seven to 21 days.

DATED: December 9, 2024

Respectfully submitted,

/s/ W. Mark Lanier
W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.Derose@LanierLawFirm.com
Jonathan P. Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
(713) 659-5200

**THE LANIER LAW FIRM, PLLC**
*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, Mississippi, North Dakota, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

/s/ Ashley Keller
Ashley Keller
ack@kellerpostman.com
Kiran N. Bhat
kiran.bhat@kellerpostman.com
2333 Ponce De Leon Boulevard
Suite R-240
Coral Gables, Florida 33134
(833) 633-0118

Zina Bash (Bar No. 24067505)
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990

/s/ Noah S. Heinz
Noah S. Heinz
noah.heinz@kellerpostman.com
1101 Connecticut Ave., N.W., Suite 1100
Washington, DC 20036
(202) 918-1123
**KELLER POSTMAN LLC**

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201


FOR PLAINTIFF STATE OF TEXAS

KEN PAXTON
Attorney General

*/s/ James R. Lloyd*
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov
James R. Lloyd, Deputy Attorney General for Civil Litigation
James.Lloyd@oag.texas.gov


STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

## CERTIFICATION OF CONFERENCE

I certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that Google LLC does not oppose the foregoing sealing request.

*/s/Kiran N. Bhat*
Kiran N. Bhat

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Kiran N. Bhat*
Kiran N. Bhat
