IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

**ORDER**

Before the Court is Plaintiff States' Unopposed Motion to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7)(E). Plaintiff States request leave to file under seal:

- Plaintiff States' Response to Google LLC's Motion for Summary Judgment on Plaintiffs' DTPA Claims;

- Plaintiff States' Response to Defendant Google LLC's [Corrected] "Statement of Undisputed Material Facts in Support of Google's Motions for Summary Judgment"; and

- Declaration of Kiran N. Bhat in Support of Plaintiff States' Responses to Google LLC's Motions for Summary Judgment with all attached exhibits.

Plaintiff States also request that the time limit to file redacted versions of these documents be extended from seven to 21 days.

For good cause shown, this Court hereby GRANTS the States' Unopposed Motion to File Under Seal and to Extend Time Limit Under Local Rule CV-5(a)(7)(E).

It is further ORDERED that the foregoing documents shall remain under seal and that Defendant Google LLC shall have 21 days to file redacted versions of the foregoing documents.

IT IS SO ORDERED.