IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") Renewed Motion to File Under Seal its September 20, 2024 Motion to Strike Improper Rebuttal Opinions of Plaintiffs' Experts David DeRamus and Anil Somayaji ("Motion to Strike"), Exhibits 2 through 10 thereto, Plaintiffs' Response to its Motion to Strike ("Response"), Exhibit B thereto, and Google's October 4, 2024 Reply in Support of its Motion to Strike ("Reply") (the "Renewed Motion to Seal"). The Court has reviewed the Renewed Motion to Seal, and finds that Google's interest in the nondisclosure of the briefing and exhibits referenced in the Renewed Motion to Seal, and that of certain nonparties, outweighs the presumption in favor of the public's right of access to these court records; there is good reason to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that the Renewed Motion to Seal is **GRANTED**.

It is further **ORDERED** that Google's Motion to Strike and Exhibits 2 through 10 thereto (ECF 613), Plaintiffs' Response and Exhibit B thereto (ECF 625), and Google's Reply (ECF 628) shall remain under seal.