IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　Defendant. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan |

**ORDER**

　　　　Before the Court is Plaintiff States' ("States'") Unopposed [Corrected] Motion for Leave to File Under Seal, originally filed on December 9, 2024 (ECF No. 692) and later filed as corrected on December 16, 2024. The States request leave to file under seal: PLAINTIFF STATES' MOTION FOR SPOLIATION SANCTIONS and the exhibits thereto (ECF No. 693), which was filed on December 9, 2024. For good cause shown, this Court hereby GRANTS the States' Unopposed [Corrected] Motion for Leave to File Under Seal.

　　　　It is therefore ORDERED that Plaintiff States' Unopposed [Corrected] Motion for Leave to File Under Seal, filed on December 16, 2024, is GRANTED.

　　　　It is further ORDERED that the parties have twenty-one (21) days to file redactions.

　　　　It is further ORDERED that PLAINTIFF STATES' MOTION FOR SPOLIATION SANCTIONS and the exhibits thereto, referenced in the granted motion to seal shall remain under seal.

IT IS SO ORDERED.