IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al, § § § *Plaintiffs,* § § v. § § GOOGLE LLC, § § § *Defendant.* § § | Civil Action No. 4:20-cv-00957-SDJ |

**DEFENDANT GOOGLE LLC'S REDACTED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF ITAMAR SIMONSON AND SUPPORTING MATERIALS**

Defendant Google LLC ("Google") respectfully submits a redacted version of its Memorandum in Opposition to Plaintiffs' Motion to Exclude the Testimony of Itamar Simonson (ECF No. 706) and all attached exhibits, which were filed under seal on December 9, 2024.

Dated: December 16, 2024

Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 461-8276
Email: justina.sessions@freshfields.com

Eric Mahr (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

>Kathy D. Patrick
>State Bar No. 15581400
>KPatrick@gibbsbruns.com
>Gibbs & Bruns LLP
>1100 Louisiana, Suite 5300
>Houston, Texas 77002
>Tel: (713) 650-8805
>Fax: (713) 750-0903
>
>*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

>*/s/ Justina K. Sessions*