# EXHIBIT 1

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| The State of Texas, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> Google, LLC, <br><br> *Defendant.* | Case No. 4:20-cv-00957 |

**EXPERT REPORT OF ITAMAR SIMONSON, PH.D.**

July 30, 2024

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## TABLE OF CONTENTS

I.  BACKGROUND, QUALIFICATIONS, AND ASSIGNMENT .................................1
    A.  Background and Qualifications......................................................................1
    B.  Assignment ................................................................................................6

II.  SUMMARY OF CONCLUSIONS ....................................................................7

III.  INTRODUCTION ..........................................................................................14
    A.  Overview of Survey Design.......................................................................14
    B.  Sample Selection and Survey Administration ............................................20

IV.  HIGHER-SPEND ADVERTISER SURVEY ..................................................24
    A.  Overview...................................................................................................24
    B.  Methodology.............................................................................................25
        1.  Survey Universe and Screening Criteria............................................25
        2.  Main Questionnaire..........................................................................35
    C.  Survey Findings ........................................................................................50
    D.  Key Implications of the Findings...............................................................68

V.  LOWER-SPEND ADVERTISER SURVEY .....................................................71
    A.  Overview...................................................................................................71
    B.  Methodology.............................................................................................72
        1.  Survey Universe and Screening Criteria............................................72
        2.  Main Questionnaire..........................................................................76
    C.  Survey Findings ........................................................................................81
    D.  Key Implications of the Findings...............................................................101

VI.  AD AGENCY SURVEY ................................................................................103
    A.  Overview...................................................................................................103
    B.  Methodology.............................................................................................104
        1.  Survey Universe and Screening Criteria............................................104
        2.  Main Questionnaire..........................................................................108
    C.  Survey Findings ........................................................................................110
    D.  Key Implications of the Findings...............................................................127

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## I.    BACKGROUND, QUALIFICATIONS, AND ASSIGNMENT

### A.    Background and Qualifications

1.    I served as the Sebastian S. Kresge Professor of Marketing at the Graduate School of Business, Stanford University, from 1993 through 2020.  Since the beginning of 2021, I am the Sebastian S. Kresge Emeritus Professor of Marketing (while continuing to publish and serve as the co-editor of the Consumer Psychology Review Journal).  A copy of my curriculum vitae, which includes a complete list of my publications, is attached as Appendix A.

2.    I hold a Ph.D. in Marketing from the Duke University Fuqua School of Business, a master's degree in business administration (MBA) from the UCLA Graduate School of Management, and a Bachelor's degree with majors in Economics and Political Science from The Hebrew University.

3.    My field of expertise is customer behavior, marketing management, the role of price, brand, advertising, and product features on judgment and behavior, research methods, the design and analysis of surveys and common survey mistakes, and human judgment and decision-making.  Most of my research has focused on purchasing behavior, and the effects of product characteristics (such as brand name, price, and features), the competitive context, and marketing activities (such as promotions and advertising) on buying decisions.

4.    I have published numerous articles in my career, which are listed in my C.V. (Appendix A); they deal with topics such as consumer decision making, the role of brands, customer decision making in the age of the Internet,[1] survey methods, and many other topics.  I

---

[1]    *See, e.g.,* Itamar Simonson and Emanuel Rosen (2014), *Absolute Value: What Really Influences Customers in the Age of (Nearly) Perfect Information*, HarperCollins Publishers.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

have also co-authored a chapter on "Demand Effects in Likelihood of Confusion Surveys," in the ABA-published book entitled *Trademark and Deceptive Advertising Surveys*.[2]

5.    I have received various awards, including (a) the 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award; (b) an Honorary Doctorate from the University of Paris – Sorbonne University; (c) the award for the Best Article published in the *Journal of Consumer Research* (the major journal on consumer behavior) between 1987 and 1989; (d) the 1997 O'Dell Award, given for the *Journal of Marketing Research* (the major journal on marketing research issues) article that has had the greatest impact on the marketing field in the previous five years; (e) the 2001 O'Dell award (and a finalist for the O'Dell Award in 1995, 2002, 2004, 2005, 2007, 2008, and 2012); (f) the award for the Best Article published in the *Journal of Public Policy & Marketing* (the main journal on public policy and legal aspects of marketing) between 1993 and 1995; (g) the Ferber Award from the Association for Consumer Research, the largest association of consumer researchers in the world; (h) Elected Fellow of the Association for Consumer Research; (i) the 2016 American Marketing Association Award for the Exceptional Book that had a significant impact on marketing and related fields; (j) the 2002 American Marketing Association award for the Best Article in the area of services marketing; and (k) the 2016 Association for Consumer Research Conference Best Paper Award.

6.    At Stanford University, I have taught MBA and executive courses on Marketing Management, covering such topics as brand management and brand equity, buyer behavior, developing marketing strategies, pricing, building brand equity, advertising, sales promotions, and retailing.  I have also taught courses dealing with topics such as Marketing of High Technology

---

[2]    Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys*, Chapter 11, Shari Diamond and Jerre Swann, Eds., American Bar Association.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Products/Services, Business-to-Business Marketing, and Critical-Analytical Thinking. Over the past several years, I have also taught an MBA course regarding "Applied Behavioral Economics," which examines the judgment and decision-making behavior and common errors/tendencies of managers, organizations, and consumers, financial decision making, and risk taking. In addition to teaching MBA courses, I have guided and supervised numerous MBA student teams in their work on company and industry projects dealing with a variety of markets.

7.       All doctoral courses that I have taught over the past 33 years have involved educating students regarding proper and improper ways to conduct and evaluate consumer and managerial decision-making studies. For example, in addition to general principles of decision-making, the courses examine the various stages involved in a consumer survey, including defining the problem to be investigated, selecting and developing the research approach, collecting and analyzing data, and deriving conclusions. In each class meeting, we carefully investigate the key errors (if any) in the research we discuss, and I teach the doctoral students what key aspects they should focus on when designing and evaluating studies. One doctoral course that I have taught for 25 years has focused on studies of psychological and behavioral aspects of consumer decision-making and judgment and decision-making more generally. The emphasis in doctoral courses is often on consumer research, designing surveys, and evaluating published articles and studies.

8.       Prior to joining Stanford University, during the six years that I was on the faculty of the University of California at Berkeley (1987-93), I taught an MBA Marketing Management course, a Ph.D. course on buyer behavior, and a Ph.D. course on buyer decision-making. I also taught in various executive-education programs, including a program for marketing managers in high-technology companies.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

9.      After completing my MBA studies and before starting my Ph.D. program, I worked for five years in a marketing capacity in a subsidiary of Motorola Inc., serving in the last two years as the product-marketing manager for various communications products.  My work included (a) defining new products and designing marketing plans for new product introductions, (b) customer and competitor surveys and analysis, (c) pricing and advertising, and (d) sales forecasting.

10.      I have conducted, supervised, or evaluated well over 2,000 marketing research studies dealing with various aspects of customers' and managers' behavior and decision making, covering topics such as decision-making processes, branding, pricing, advertising methods, product configurations, marketing strategies, and assessments of advertising/promotion effectiveness.  Among these studies are surveys conducted by my MBA students of various marketing and advertising executives (as well as consumers) that examined different advertising channels and methods.  Based on this experience, as well as my education, teaching, participation in consumer-research conferences, and numerous projects with companies and students, I have developed expertise in how to design consumer and managerial surveys, how to conduct consumer/managerial surveys, problems and pitfalls that are common in surveys, how to analyze the data from surveys, and what the results of surveys can—and cannot—show.

11.      I serve on the editorial boards of various peer-reviewed journals, such as the Journal of Consumer Research, the Journal of Marketing Research, the Journal of the Academy of Marketing Science, and the Journal of Consumer Psychology.  In addition, I am the Co-Editor of the Consumer Psychology Review journal.  I also frequently review articles submitted to journals in other fields, such as psychology, organizational and individual decision-making, and economics.  Almost all the articles I review include surveys that I carefully examine, often identifying issues that need to be addressed and suggesting to the authors how to conduct new studies.  I received

4

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

(twice) the Outstanding Reviewer Award from the Journal of Consumer Research. As a reviewer, I am asked to evaluate the research of scholars wishing to publish their articles in leading scholarly journals. In addition, I have worked as a consultant for companies and organizations on a variety of marketing and buyer behavior topics, the design of consumer surveys, and the measurement of consumer preferences.

12.    I have also served as an expert in well over 200 prior litigations involving various marketing, advertising, and buyer behavior issues (including consumer surveys), technology marketing, the impact of product features, class actions, trademark-related matters, false advertising, branding, survey methods, and other issues. My surveys and expert opinions have been relied upon by various courts.[3] A list of cases in which I testified as an expert during the past ten years is included with this report as Appendix B. I am being compensated at the rate of $900 an hour. In addition, I receive compensation based on the professional fees of Analysis Group, Inc., an economic consulting firm which has provided research support and assisted in the

---

[3]    *See, e.g.*, *Malletier v. Dooney & Bourke, Inc.*, 525 F. Supp. 2d 558, 626 n.210 (S.D.N.Y. 2007) (noting that Dr. "Simonson is eminently qualified to analyze survey techniques"); *VIP Prods., LLC v. Jack Daniel's Props., Inc.*, 291 F. Supp. 3d 891, 902 (D. Ariz. 2018) ("Dr. Simonson has served as an expert witness on numerous occasions, providing testimony on issues related to marketing, consumer behavior, trademark-related matters, false advertising, and branding."); *Gucci Am., Inc. v. Guess?, Inc.*, 831 F. Supp. 2d 723, 745 (S.D.N.Y. 2011) (agreeing with Dr. Simonson's survey analysis); *THOIP v. Walt Disney Co.*, 690 F. Supp. 2d 218, 232-242 (S.D.N.Y. 2010) (relying on Dr. Simonson's opinions to exclude opposing expert's survey); *Simon Prop. Grp. L.P. v. mySimon, Inc.*, 104 F. Supp. 2d 1033, 1043-1044, 1048, 1050 (S.D. Ind. 2000) (repeatedly citing Dr. Simonson's expert report as support for excluding opposing expert's survey); *Sazerac Co. v. Fetzer Vineyards, Inc.*, 265 F. Supp. 3d 1013, 1016 (N.D. Cal. 2017) (relying on Dr. Simonson's survey: "Fetzer's expert's analysis using a modified Eveready survey was far superior to the two room survey employed by Sazerac's expert"); *Kargo Glob., Inc. v. Advance Magazine Publishers, Inc.*, No. 06 Cv. 550 (JFK) (S.D.N.Y. 2007), at 24-25, 41-42 (embracing Dr. Simonson's report as stating "unassailable commonsense" and denying motion to exclude his testimony); *Schechner. v. Whirlpool Corp.*, No. 2:16-cv-12409, Discovery Master's Report and Recommendation on Motions to Strike Expert Opinions (Dkt. 96, 101, 111, and 112), October 30, 2018, at p. 19 ("Simonson's credentials are impressive, and his qualifications related to consumer research cannot be reasonably challenged."); *Gutierrez v. Wells Fargo Bank, N.A.*, 730 F. Supp. 2d 1080, 1114 (N.D. Cal. 2010) ("This remarkably candid opinion was echoed throughout Expert Simonson's *direct* testimony"); *People of the State of California v. Macy's Inc.*, (Cal. Super. 2021), Case No. BC 643040, Statement of Decision, July 13, 2021, at p. 10 ("The Court finds that the survey performed by Dr. Simonson was exemplary and a model of how litigation surveys should be conducted. The Court, accordingly, affords the survey's results and conclusions based thereon a high degree of credibility and weight.").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

preparation of this report under my direction and supervision.  My compensation is not dependent in any way on the outcome of this litigation.


### B.    Assignment

13.    I was asked by counsel for Google, LLC ("Google") to conduct surveys designed to examine how advertisers at companies and advertisers at ad agencies (collectively, "advertisers") approach, manage, and evaluate digital advertising and, in particular, display advertising and programmatic display advertising.[4]  Specifically, I was asked to address the following issues:

  a.  identifying considerations that are relevant for advertisers' budgeting decisions, including how and where they allocate advertising spending;

  b.  examining advertisers' potential reactions to changing display advertising costs;

  c.  examining advertisers' use of ad buying tools for programmatic display advertising;

  d.  identifying methods that are implemented by advertisers to assess advertising performance;

---

[4]    As described in more detail below, "display advertising" was defined to these survey participants as: "digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms." As described below in paragraph 52, these definitions were created for purposes of these surveys only, in order to test—among other things—the degree to which advertisers viewed certain types of ads, including ads placed on social media platforms, as substitutes for other types of display ads.  I did not conduct a survey to determine how advertisers use the terms "display" or "social."  In the Higher-Spend Advertiser Survey and Agency Survey, "programmatic ads" were defined as: "ads that…are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served."  As discussed in more detail below, because lower-spend advertisers might not regularly differentiate between programmatic and direct deals transaction methods, I did not refer to programmatic ads and instead asked about display advertising more generally in the Lower-Spend Advertiser Survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

    e.   examining use of advertising agencies by advertisers at companies; and

    f.   examining advertisers' sophistication and use of experiments.

14.    The documents that I relied upon in connection with my work in this matter are listed in Appendix C.

15.    My analysis may change before trial if additional information from any of the parties or their experts becomes available.  I, therefore, reserve the right to supplement my report accordingly.

## II.    SUMMARY OF CONCLUSIONS

16.    The three surveys described in this report examined how advertisers manage, monitor and make decisions concerning digital advertising, in general, and programmatic display advertising, in particular.  The participants were involved in making decisions concerning digital advertising on behalf of their companies (or clients in the case of ad agencies).  The final tabulated samples included 502 "higher-spend advertisers" (spending over $500,000 annually on advertising), 302 "lower-spend advertisers" (spending less than $500,000 annually on advertising, including 138 advertisers who spend less than $50,000 annually on advertising), and 381 respondents from advertising agencies, all of whom were based in the U.S.

17.    The surveys were designed to determine advertisers' actual choices and considerations, as well as their evaluations of alternative advertising buying tools and the manner in which they assess the cost effectiveness of these tools.  In addition, participants were given a scenario and asked to indicate how they would respond in case the cost of programmatic display advertising increases by "a small but significant amount."[5]

---

[5]    This phrase was designed to leave it to the respondents to consider their reaction, if any, if (what they consider to be) "a small but significant" increase in the cost of programmatic display advertising occurred. *See* paragraph 65.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

18.      Although there were minor differences among the three surveys (*i.e.*, the "Higher-Spend Advertiser Survey," "Lower-Spend Advertiser Survey," and "Ad Agency Survey"), the overall results were generally similar across them.  The surveys' results lead to the following general conclusions:

- Advertisers and ad agency employees rely on a variety of methods to monitor the performance of their digital advertising, including measures of Return on Investment (ROI) and/or Return on Ad Spend (ROAS).  ROI and ROAS were most commonly identified by respondents as the most important metric for accurately assessing performance.  Based on these and other measures, advertisers and ad agency employees assess the effectiveness of the various advertising types and ad buying tools they use.

**Figure 1. Share of Respondents in Each Survey Using ROI and ROAS to Measure Performance for Display Ads**



**Notes & Sources:** From Exhibits 32, 63, and 98.

- Advertisers and ad agency employees can and do adjust their advertising spending allocation based on information on costs and returns of various advertising types.  In response to a scenario involving a "small but significant"

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

increase in the cost of programmatic display advertising (or display advertising more broadly, in the case of lower-spend advertisers[6]), approximately 54 to 61 percent of advertisers and ad agency employees indicated that they would divert spending to other types of digital advertising (described below). These results were generally consistent for higher-spend advertisers, lower-spend advertisers, and ad agency employees, suggesting that advertisers of all types would react to changes in the cost of programmatic display advertising by reallocating spending to other advertising types.

**Figure 2. Share of Respondents in Each Survey Who Would Divert Spending to Other Digital Advertising Types in Response to an Increase in the Cost of Display Advertising**



**Notes & Sources:** From Exhibits 15, 58, and 81.

- Among the most common types of advertising to which advertisers and ad agency employees would divert spending were social, search, and digital video,

---

[6]  As discussed in more detail below, because lower-spend advertisers might not regularly differentiate between programmatic and direct deals transaction methods, I did not refer to programmatic ads and instead asked about display advertising more generally in the Lower-Spend Advertiser Survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

indicating that these advertising types serve as substitutes for programmatic display advertising for many advertisers and ad agencies.

**Figure 3. Share of Respondents in Each Survey Diverting Spending to Other Digital Advertising Types (Among Respondents Who Would Divert Spending)**



Notes & Sources: From Exhibits 16, 59, and 82. As discussed in more detail below, respondents in the Lower-Spend Advertiser Survey were not asked about "Direct Deals Display."

- The survey results demonstrate that most advertisers and ad agencies tend to multi-home across different types of digital advertising and, within display advertising, through the use of multiple ad buying tools and platforms. Across higher-spend advertisers, lower-spend advertisers, and ad agency employees, over 85 percent of respondents indicated using more than one type of digital advertising in addition to display advertising, and approximately 75 percent of respondents indicated using more than one ad buying tool for display advertising.

10

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 4. Share of Respondents in Each Survey Multi-homing Across Different Types of Digital Advertising and Display Ad Buying Tools**



**Notes & Sources:** From Exhibits 9, 21, 45, 49, 76, and 87.

- The survey results also showed that most users of Google ad buying tools also multi-home across display ad buying tools. In particular, over 75 percent of Google Ads users also indicated using at least one other non-Google ad buying tool for display advertising.

**Figure 5. Share of Google Ads Users in Each Survey Using At Least One Other Non-Google Ad Buying Tool for Display Advertising**



**Notes & Sources:** From Exhibits 23, 51, and 89.

- Thus, the survey findings indicate that most advertisers and ad agencies use a variety of other digital advertising types and employ multiple ad buying tools

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

for display advertising, so they typically have a variety of alternatives to Google ad buying tools. That is, advertisers, by and large, already practice multi-homing, which facilitates flexible allocations and tool selection as desired.

- Furthermore, the survey findings show that advertisers and ad agency employees often add new ad buying tools. In particular, approximately 30 to 40 percent of higher-spend advertisers and ad agency employees indicated that they started using at least one ad buying tool for programmatic display in the past year.

- While my assignment focused in large part on programmatic display advertising (as defined for purposes of the surveys), it is important to consider the broader context of advertising spending. The survey findings make clear that programmatic display advertising (or display advertising more generally, for lower-spend advertisers) accounts for a relatively small portion of most advertisers' digital advertising spending. Across higher-spend and lower-spend advertisers and ad agency employees, other types of digital advertising (including search, social, digital video, etc.) accounted for approximately 70 percent of digital advertising spending, on average.

12

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 6. Average Share of Digital Ad Budget Spent on Display Advertising[7]**



**Notes & Sources:** From Exhibits 14, 57, and 80.

- In addition to monitoring performance measures, many advertisers and ad agency employees also conduct experiments on display ads, which suggests an additional level of sophistication in optimizing their spending.  The surveys indicate that most advertisers use the services of ad agencies or advertising consultants, which further assist them in monitoring and making necessary adjustments to their advertising activities and budget allocations across advertising types and ad buying tools.

---

[7]   As described in more detail elsewhere in this report, the Lower-Spend Advertiser Survey referred to "display advertising," whereas the Higher-Spend Advertiser Survey and the Agency Survey referred to "programmatic display advertising."  *See* paragraph 52 for further explanation of the definitions used for purposes of this report.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 7. Share of Respondents in Each Survey Conducting Experiments on Display Ads**



**Notes & Sources:** From Exhibits 35, 66, and 101.

## III.    INTRODUCTION

### A.    Overview of Survey Design

19.    As described above, I was asked to examine how advertisers at companies and employees at ad agencies approach, manage, and evaluate digital advertising. As I have taught my students, advertising practices and the factors guiding advertising and other managerial decisions as well as the manner in which advertising performance is evaluated vary greatly across advertisers, depending on the type of business, the circumstances, the available advertising tools, individual preferences, and other factors. While anecdotal examples of choices by specific advertisers only provide narrow insight into the decision-making practices of a few selected advertisers, surveys can rigorously examine advertising practices across a broad range of advertisers and allow for more generalizable conclusions.

20.    Thus, the surveys described in this report are designed to provide a broad review of advertisers' *actual* decisions and considerations, as well as their expected responses to changes in the cost or performance of a particular type of advertising. As described above, the primary focus

14

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

of my assignment was on display ads and programmatic display ads in particular.[8]  However, because display advertising cannot be properly examined without considering the range of advertising types available to and used by advertisers, the surveys also asked respondents about the range of advertising types they use and the impact, if any, of a change in one component (*e.g.*, the cost of programmatic display advertising increases by a small but significant amount) on decisions pertaining to other advertising types.

21.    When determining the proper respondent universe for a study designed to provide a broad picture of advertising decisions, it is important to include the main categories of decision makers.  In the present case, there are two potentially significant distinctions: the size of the advertising budget and the difference between an advertiser and an advertising agency.  First, the size or advertising budget of a company or an organization might make a difference in terms of the advertising tools they employ, the tradeoffs they make, their considerations, the performance metrics they rely on, and other dimensions.  Thus, it was important for my study to include respondents with a wide range of different advertising spending levels, while making sure that there were enough respondents representing lower-spend advertisers.  In addition, many advertisers use the services of ad agencies (as confirmed in the survey).  It is possible that agency employees who handle and assist advertisers in evaluating and implementing their advertising have a different perspective and information than the advertisers themselves.  To the extent that such differences exist, I decided that it was important for my study to also examine respondents from advertising agencies.

---

[8]    As described below in paragraph 52, the definition of "display advertising" used in the surveys was created for purposes of these surveys only, in order to test—among other things—the degree to which advertisers viewed certain types of ads, including ads on social media platforms, as substitutes for other types of display ads.  I did not conduct a survey to determine how advertisers use the terms "display" or "social."

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

22.    Prior to designing the survey questionnaires, I arranged for 14 preliminary interviews to be conducted with advertisers with a range of different spending levels as well as with ad agencies to explore some of the topics the survey would ultimately examine.[9]   The interviewer was an employee of Analysis Group who was on the team which assisted me with the surveys.  I listened to all of these interviews.

23.    To obtain live reactions from interviewees while answering the questions, respondents were given the following instructions:

> When answering, please give as much detail as possible. However, if you do not know the answer, that is okay -- just let me know.

24.    This technique is known in the scientific literature as "think-aloud protocols," which has advantages and some limitations in terms of capturing respondents' understanding and interpretation of the questions in real time.[10]   I used the feedback and responses of the interview participants to inform the development of the survey questions.

25.    In designing the survey questions, it was important to recognize potential differences between different groups of advertisers that might affect their understanding of certain industry-specific terminology or otherwise affect the question phrasing.  Ultimately, I designed three survey questionnaires tailored to different groups of respondents: "higher-spend advertisers" spending more than $500,000 on advertising in the past year (the "Higher-Spend Advertiser Survey"), "lower-spend advertisers" spending less than $500,000 on advertising in the past year (the "Lower-Spend Advertiser Survey"), and individuals at ad agencies (the "Ad Agency

---

[9]    The initial interview participants were members of the same Advertiser Perceptions panel (described below) that was used for the online surveys.  To avoid overlap, I requested that respondents who participated in the preliminary interviews not be invited to participate in the subsequent surveys.  *See* Appendix D for the discussion guide used during the preliminary interviews.

[10]    For a review, *see, e.g.,* Robert Crutcher (1994), "Telling What We Know: The Use of Verbal Report Methodologies in Psychological Research," *Psychological Science*, Vol. 5, No. 5, pp. 241-248; *see also* Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise Effects," *Journal of Consumer Research*, Vol. 16, pp. 158-174.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Survey").[11]  While the three surveys asked similar questions covering the same general set of topics, I made certain adjustments to the question language and terminology to make the questionnaires more suitable for respondents in each of these different groups.  For example, the preliminary interviews suggested that advertisers with lower spending levels might be less familiar with certain terminology, such as "programmatic" buying methods or "ad buying tools," than advertisers with higher spending levels.  Thus, I simplified certain language in the Lower-Spend Advertiser Survey questionnaire to make the questions more understandable to advertisers spending less than $500,000 on advertising in the past year, while still including these terms in the Higher-Spend Advertiser Survey questionnaire to maintain additional precision for advertisers who were more familiar with such terminology.[12,13]  In addition, because respondents who work at advertising agencies may work on behalf of multiple clients at the same time, I adjusted the phrasing of several questions in the Ad Agency Survey to ask about the client on which they spend the most time, so that the point of reference was consistent across the sample and did not require respondents to try to average across different advertising clients.[14]

---

[11]  The complete questionnaires for the three surveys are presented in Appendices F.1, G.1, and H.1, and are discussed in more detail in the subsequent sections of my report.

[12]  The choice of the specific threshold to divide respondents between the Lower-Spend Advertiser Survey and the Higher-Spend Advertiser Survey was based on my judgment that advertisers spending $500,000 or more were not at risk of misunderstanding the terminology used in the Higher-Spend Advertiser Survey.  The survey pre-tests I conducted, which are described in more detail below, were consistent with the conclusion that respondents spending less than $500,000 on advertising understood the terminology used in the Lower-Spend Advertiser Survey and respondents spending more than $500,000 on advertising understood the terminology used in the Higher-Spend Advertiser Survey.  While some studies of demand-side platform usage conducted by Advertiser Perceptions require respondents to have a minimum of $1 million in annual digital ad spend, I included respondents that had spending of less than $1 million in my surveys in light of Plaintiffs' allegations about advertisers with lower spending levels.  *See, e.g.*, GOOG-AT-MDL-008928829-914, at 831.

[13]  The questionnaire adjustments are discussed in more detail in Section V.  In each survey, I also asked respondents more specifically about their level of advertising spending.  While the sample size for any very narrow spending level may be small, these data allow me to examine, for example, the practices and considerations of organizations that spend less than $50,000 or more than $50 million annually.

[14]  The questionnaire adjustments are discussed in more detail in Section VI.  As discussed below, I did not impose a required level of advertising spend for the Ad Agency Survey (or tailor the survey questions differently based on the level of advertising spend of the respondent's primary client) because respondents at ad agencies handle various advertising tasks across multiple clients, which provides them the requisite level of sophistication to

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

26.     The surveys, which were largely descriptive,[15] followed the standards of proper surveys.[16]  The questions were phrased in a nonleading manner.[17]  The order of response options in closed-ended questions was rotated or randomized to avoid potential "order effects,"[18] and measures were taken to identify any spurious answers (as explained below).[19]

27.     Until the conclusion of the surveys, respondents were "blind" to the purpose of the survey and the identity of its sponsor.  Although these surveys were conducted on behalf of Google, it was important to not single out or make Google prominent in the survey questions, because such prominence could have affected the answers and thereby potentially provide inaccurate data due

---

understand the advertising terminology used in the survey.  Similar to the Lower-Spend Advertiser Survey and the Higher-Spend Advertiser Survey, I did ask respondents in the Ad Agency Survey to indicate the level of advertising spending of their primary client, which enables me to examine the practices of ad agencies for clients with different spending levels.

[15]   The surveys were "descriptive," in that they were primarily designed to learn from advertisers what they actually do and, in some cases, why they do it (from their perspective).  Other descriptive surveys of advertising managers have been published in peer-reviewed journals.  *See, e.g.*, Douglas West and Gerard P. Prendergast (2009), "Advertising and Promotions Budgeting and The Role of Risk," *European Journal of Marketing*, Vol. 43, No. 11/12, pp. 1457-1476.

[16]   For references regarding general survey guidelines, *see, e.g.,* Shari S. Diamond (2011), "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center ("Diamond (2011)"), pp. 359-423; Don A. Dillman, Jolene D. Smyth, and Leah Melani Christian (2014), *Internet, Phone, Mail, and Mixed-Mode Surveys: The Tailored Design Method*, Fourth Edition, Wiley; Norman M. Bradburn, Seymour Sudman, and Brian Wansink (2004), *Asking Questions: The Definitive Guide to Questionnaire Design – For Market Research, Political Polls, and Social and Health Questionnaires*, Revised Edition, Jossey-Bass ("Bradburn et al (2004)"); Erin Ruel, William Edward Wagner III, and Brian Joseph Gillespie (2016), *The Practice of Survey Research: Theory and Applications*, SAGE Publications, Inc.

[17]   As discussed below, the pre-tests conducted for the three surveys confirmed that the questions were clear and nonleading.

[18]   *See, e.g.*, Diamond (2011), at pp. 395-396 ("The order in which questions are asked on a survey and the order in which response alternatives are provided in a closed-ended question can influence the answers … To control for order effects, [] the order of the response choices in a survey should be rotated[.]").

[19]   This approach could help determine the level of noise caused by "spurious response error," which occurs when survey respondents claim to recognize or consume brands that do not exist. *See, e.g.,* Ronald E. Goldsmith (1988), "Spurious Response Error in a New Product Survey," *Journal of Business Research*, Vol. 17, No. 3, pp. 271-281 ("Goldsmith (1988)").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

to what is known as "focalism"[20] and possible "demand effects."[21]  Thus, respondents were informed only at the conclusion of the survey about its sponsor and were given the option to indicate that their responses should not be included in any statistical or other analysis of the findings, which was implemented accordingly (*i.e.*, I have not received any information about their responses and those responses are not included in the results described in this report or any other analysis).[22]

28.     After developing the survey questionnaires, I subsequently arranged to conduct a dozen additional interviews, or "pre-tests," of the questionnaires.[23, 24]  Instead of think-aloud protocols, participants in these subsequent pre-test interviews completed the survey on their own, but they were asked a few additional questions at the conclusion of the survey.  The questions were the following:

- Did you have any problems or difficulties taking the survey?

- Did you think any questions were unclear? If so, which ones and why?

- Did you think any answer options were unclear? If so, which ones and why?

---

[20]   *See, e.g.*, Timothy D. Wilson and Daniel T. Gilbert (2003), "Affective Forecasting," *Advances in Experimental Social Psychology*, Vol. 35, pp. 345-411, at pp. 366-369. *See also* Daniel Kahneman, et al. (2006), "Would You Be Happier If You Were Richer? A Focusing Illusion," *Science*, Vol. 312, pp. 1908-1910, at p. 1908; David Gal and Itamar Simonson (2020), "Predicting Consumers' Choices in the Age of the Internet, AI, and Almost Perfect Tracking: Some Things Change, the Key Challenges Do Not," *Consumer Psychology Review*, Vol. 4, No. 1, pp. 1-18.

[21]   *See, e.g.*, Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Chapter 11, Shari S. Diamond and Jerre B. Swann, Eds., American Bar Association, pp. 243-259, at p. 243.  *See also* Alan G. Sawyer (1975), "Demand Artifacts in Laboratory Experiments in Consumer Research," *Journal of Consumer Research*, Vol. 1, No. 4, pp. 20-30, at pp. 20-21.

[22]   As described later, the surveys did not include a "Back" button and disabled the "Back" option in respondents' browsers.  *See* Appendix F.1, at F.1-2.  Therefore, respondents were not able to change their previous answers after being informed about the survey sponsor.

[23]   Specifically, five pre-tests of the Higher-Spend Advertiser Survey questionnaire, three pre-tests of the Lower-Spend Advertiser Survey questionnaire, and four pre-tests of the Ad Agency Survey questionnaire were conducted. Pre-tests can help determine whether survey questions were clear and unambiguous.

[24]   *See, e.g.,* Bradburn et al (2004), at p. 317 ("[A] pretest will help you determine if the questionnaire is gathering the data you need and whether it is convenient and clear for respondents to fill out. Additionally, a pretest will often suggest problems you were unaware of, and it can help you avoid costly mistakes.").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- Did any questions in the survey make you feel that you should answer one way or the other? If so, which ones and why?

- What do you think might be the purpose for conducting this survey? What makes you think so?

- Is there anything else you would like to say about the survey?[25]

29.     Overall, the results of these pre-test interviews indicated that, consistent with my prior experience with similar survey questions, the questions in this survey were clear, and respondents encountered no difficulties understanding the questions.[26]

### B.     Sample Selection and Survey Administration

30.     All surveys were administered via the Internet in September and October 2023. The samples of advertisers and of ad agency employees were obtained through Advertiser Perceptions ("AP").   A "leading provider of research-based strategic market intelligence and analysis to the media, advertising and ad tech industry,"[27] AP has specialized in understanding the advertising market and advertising decision makers.[28]   This allowed them to reach a large pool of confirmed advertisers at companies and employees at ad agencies.   AP regularly surveys advertisers at companies and employees at ad agencies to generate reports for use by companies

---

[25]   *See* Appendix E.
[26]   Given these results, I did not make any changes to the survey questionnaires based on the results of the pre-tests.
[27]   Business Wire, "Eureka Equity Partners Announces Investment in Advertiser Perceptions," https://www.businesswire.com/news/home/20230216005622/en/Eureka-Equity-Partners-Announces-Investment-in-Advertiser-Perceptions (viewed 9/24/2023).
[28]   For example, Advertiser Perceptions publishes a series of "DSP Reports" summarizing insights from a survey of advertising decision makers.   *See*, *e.g.*, GOOG-DOJ-11021167-216; GOOG-DOJ-AT-00748293-396; GOOG-DOJ-AT-00839664-764; GOOG-DOJ-AT-02524665-749; GOOG-AT-MDL-001272416-493.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

in the advertising space.[29] AP also frequently runs surveys at the request of specific companies seeking to understand advertisers' decisions, considerations, and expected responses to changes.[30]

31.     AP maintains a proprietary "AdPROs" panel and works with a variety of third-party survey panels to recruit qualified respondents.[31]  The AdPROs panel includes U.S.-based respondents who are brand marketers, agency executives, media specialists, digital publishers, and IT leaders directly involved in media and ad tech purchase decisions.[32]  Notably, the ADPROs panel includes "[q]uantitative and qualitative respondents covering the world's top brands and agencies – including 100% of the Ad Age Top 200 Advertisers and controlling $165B+ of annual ad spend."[33]

32.     For each of the surveys described in this report, members of AP's AdPROs panel and third-party partner panels were invited to participate in the survey via email.  Up to two reminder emails were sent to participants who did not complete the survey within three to four days of the initial invite.

---

[29]    *See, e.g.*, GOOG-DOJ-11021167-216; GOOG-DOJ-AT-00748293-396; GOOG-DOJ-AT-00839664-764; GOOG-DOJ-AT-02524665-749. *See also* Advertiser Perceptions, "Data-Driven Market Intelligence: For More Effective New Business and Client Retention Pitches," https://advertiserintelligence.com (viewed 10/2/2023); Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf, at pp. 6, 17-18.

[30]    Advertiser Perceptions, "Key Business Intelligence That Drives Results: Take Actions Based on Data-Driven Strategic Sales & Marketing Recommendations," https://www.advertiserperceptions.com/results/ (viewed 10/2/2023); Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf, at pp. 2, 6, 17-18.

[31]    Advertiser Perceptions, "2023 Ad Pros Page - Advertiser Perceptions," https://www.advertiserperceptions.com/join-ap-ad-pros/ (viewed 9/24/2023).

[32]    Advertiser Perceptions, "2023 Ad Pros Page - Advertiser Perceptions," https://www.advertiserperceptions.com/join-ap-ad-pros/ (viewed 9/24/2023); Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf, at p. 7.

[33]    Advertiser Perceptions, "2023 Ad Pros Page - Advertiser Perceptions," https://www.advertiserperceptions.com/join-ap-ad-pros/ (viewed 9/24/2023).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

33.     AP has a standard process they put in place to generate survey samples that are representative of the advertiser population they are intended to reflect.[34]   Specifically, AP maintains estimates of the distribution of U.S. based advertisers across a variety of metrics, including company size, annual media spend, industry/sector, advertiser title, and demographic information such as age, gender, and region.   At my direction, and in accordance with their standard practices, AP sent invitations to panel members to generate an inbound sample[35] that was representative of the U.S. advertiser population accounting for the vast majority of spending.[36]

34.     At the direction of counsel, I asked AP to pre-screen respondents to ensure that they did not work for any companies that are parties to, were identified on initial disclosures in, or have received subpoenas in connection with *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.), the cases consolidated in *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (S.D.N.Y.), and/or *Texas v. Google LLC*, No. 4:20-cv-00957 (E.D. Tex.).[37]   Respondents who work for companies on this list did not participate in any of the surveys.   To the extent those companies are, on average, more sophisticated advertisers, then my results would likely be conservative on key topics such as multi-homing (*i.e.*, the use of multiple ad buying tools and/or

---

[34]   *See, e.g.*, GOOG-DOJ-AT-02524665-749, at 666-667; GOOG-DOJ-AT-00839664-764, at 666-667, 726; GOOG-DOJ-11021167-216, at 168; GOOG-AT-MDL-002038336-380, at 337-338. According to AP, their "proprietary database and panels of media decision makers are large and responsive" and the "advertiser survey and questionnaire development process that [they] employ is proven and ensures optimal response." Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf, at p. 18.

[35]   The "inbound sample" refers to the sample of respondents who clicked into the survey link provided in the invitation.   AP's approach of generating a representative inbound sample is similar to the methodology applied by many other panel providers I have worked with in the past.

[36]   For the Higher-Spend Advertiser Survey, in order to generate sufficiently large sample sizes across different spending levels, AP generated a sample with equal proportion of respondents within the $500,000 to $15,000,000 annual ad spend range and the $15,000,000+ annual ad spend range. However, AP applied their standard practice to generate a representative inbound sample within those sub-groups.

[37]   The relevant companies are identified in Appendix I.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

advertising types) and substitution across advertising types in response to cost increases, which likely requires greater experience and expertise.[38]

35.     While conducting the analyses described throughout this report, I also examined whether key results differed by demographics or advertiser spend (*e.g.*, whether male respondents are more or less likely to multi-home than female respondents) and found that, by and large, the results are generally consistent across different subgroups.[39]  In addition to the standard process AP put in place to generate survey samples that are representative, this consistency supports that the survey results are not meaningfully impacted by the specific composition of the sample (*e.g.*, the number of male respondents versus female respondents).

36.     As part of the quality control process, AP uses Research Defender, a digital fingerprinting and fraud detection platform,[40] to exclude bots and manage duplication across sample partners, in addition to other internal metrics such as speeders (*i.e.*, respondents who completed the survey in a very short amount of time), straight liners (*i.e.*, respondents who gave the same answer for a series of questions), inconsistencies in responses, and low-quality open-ended responses.  Respondents who completed the survey were compensated in points redeemable for cash, equivalent to approximately $10 to $20.[41]

37.     For each survey, the final dataset provided by AP included all respondents who entered the survey, passed AP's quality control process, and did not choose to exclude their

---

[38]   For a general overview of the literature on the effect of knowledge and expertise, *see*, *e.g.*, Joseph W. Alba and J. Wesley Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, Vol. 13, No. 4, pp. 411- 454.

[39]   *See* Exhibits 103-104.

[40]   Research Defender, "Home," https://researchdefender.com (viewed 10/19/2023).

[41]   Research shows that providing respondents with financial incentives for completing surveys increases response rates and reduces nonresponse bias.  *See, e.g.*, Diamond (2011), at p. 383; Eleanor Singer and Cong Ye (2013), "The Use and Effects of Incentives in Surveys," *The Annals of the American Academy of Political and Social Science,* Vol. 645, pp. 112-141, at p. 134; Colin F. Camerer and Robin M. Hogarth (1999), "The Effects of Financial Incentives in Experiments: A Review and Capital-Labor-Production Framework," *Journal of Risk and Uncertainty*, Vol. 19, No. 1-3, pp. 7-42.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

responses.[42]   In total, the final analytical samples included 502 advertisers with self-reported annual ad spend of at least $500,000 in the past year (the Higher-Spend Advertiser Survey), 302 advertisers with self-reported annual ad spend less than $500,000 (the Lower-Spend Advertiser Survey), and 381 ad agency employees (the Ad Agency Survey).[43]

38.    In the sections below, I describe each of these surveys and their results in more detail.

## IV.    HIGHER-SPEND ADVERTISER SURVEY

### A.    Overview

39.    I designed a survey questionnaire for higher-spend advertisers spending more than $500,000 annually to address a number of issues, including the following:

- use of digital advertising types;

- reliance on ad agencies;

---

[42]  *See* discussion in paragraph 81 regarding respondents who opted to exclude their responses from the sample.

[43]  Exhibit 1; Exhibit 37; Exhibit 68. These sample sizes are large compared to many other surveys I have conducted throughout my career and allow me to draw reliable conclusions with sufficient precision for my purposes. As described throughout my report, many of the main results from the surveys in this matter are proportions (*e.g.*, the share of respondents who would divert spending away from programmatic display advertising in response to a cost increase or the share of respondents who use multiple ad buying tools for programmatic display advertising). These sample sizes allow for reasonably precise estimates of these proportions. For example, with a sample size of 300, the standard error around an estimated proportion of 50 percent is 0.0289 (calculated as $\sqrt{\frac{p \times (1-p)}{n}}$, where $p = 0.5$ and $n = 300$), which implies a 95 percent confidence interval of $\pm 5.67$ percent (calculated as $1.96 \times 0.0289 = 0.0566$). Because, for a given sample size, the standard error is largest when the value of the estimated proportion is 50 percent, the 95 percent confidence interval is smaller than $\pm 5.67$ percent for any other estimated proportion value (*e.g.*, 20 percent or 80 percent, etc.) with the same sample size of 300. The estimates become more precise with larger sample sizes. For example, with a sample size of 500, the standard error around an estimated proportion of 50 percent is 0.0224 (calculated as $\sqrt{\frac{p \times (1-p)}{n}}$, where $p = 0.5$ and $n = 500$), which implies a 95 percent confidence internal of $\pm 4.38$ percent (calculated as $1.96 \times 0.0224 = 0.0438$). Holding sample size constant, the standard error of the difference between two estimated proportions is maximized when both estimated proportions are 50 percent. For example, for two samples of 300 observations each, the largest standard error of a difference in proportions is 0.0408 (calculated as $\sqrt{\frac{p_1 \times (1-p_1)}{n_1} + \frac{p_2 \times (1-p_2)}{n_2}}$, where $p_1 = 0.5$, $p_2 = 0.5$, $n_1 = 300$, and $n_2 = 300$), which implies a 95 percent confidence interval of $\pm 8.0$ percent (calculated as $1.96 \times 0.0408 = 0.0800$).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- reactions (if any) to an increase in the cost of programmatic display spending, including whether and to what extent spending would be diverted to other digital advertising types;

- use of different ad buying tools for programmatic display advertising;

- metrics used to assess performance of programmatic display advertising; and

- use of experiments to inform different aspects of programmatic display advertising.

40.     As noted above, the survey was designed to provide a broad review of advertisers' past decisions and behavior as well as their expected responses to changes.  Thus, the survey involved a mix of questions about advertisers' considerations, past decisions, as well as questions presenting hypothetical scenarios.

**B.      Methodology**

41.     Five pre-test interviews for the Higher-Spend Advertiser Survey were conducted on September 1, 2023.  No changes to the survey questionnaire were made based on these pre-test interviews.   After pre-testing, the Higher-Spend Advertiser Survey was administered from September 5, 2023, to September 21, 2023.  The full survey questionnaire is included in Appendix F.1.  Screenshots of the survey as it appeared to respondents are presented in Appendix F.2.

**1.      Survey Universe and Screening Criteria**

42.     The survey universe for the Higher-Spend Advertiser Survey included advertisers and marketers based in the U.S. who work for companies that sell and advertise products or services (as opposed to ad agencies) and have spent over $500,000 on advertising in the past year.[44]

---

[44]    As discussed above, because advertisers with lower spending levels may be less familiar with certain industry terminology used in the Higher-Spend Advertiser Survey, I required respondents to the Higher-Spend Advertiser

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Because a primary focus of the survey was to assess decision-making regarding programmatic display advertising specifically, the survey universe was also limited to advertisers and marketers who have used programmatic display advertising in the past year and who were personally involved in decisions regarding their company's use of display advertising, including determining strategies, budgets, use of buying tools, and/or management of digital display campaigns.

43.     Upon entering the survey, respondents were asked several standard introductory and demographic questions, followed by a series of screening questions to ensure that only respondents with the relevant characteristics that define the survey universe would qualify for the main questionnaire.[45]

44.     First, prospective respondents who clicked on the link to the survey were asked to enter a "captcha" code presented on the screen to make sure the respondent was a person rather than a machine.

45.     They were then told:

> **QS2.** Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.
>
> Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.
>
> If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

---

Survey to spend more than $500,000 on advertising in the past year.  Advertisers spending less than this amount were eligible for the Lower-Spend Advertiser Survey, which was similar to the Higher-Spend Advertiser Survey but simplified certain language.

[45]    As shown in Appendix F.1, questions asked in the screening section of the questionnaire are identified by a "QS" prefix, questions asked in the main questionnaire are identified by a "Q" prefix, and the question asked in the follow-up section is identified by a "QF" prefix.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

46.     They were then asked about their age, gender, and state they live in to understand the demographic characteristics of the samples and to ensure respondents were over 18 and resided in the U.S.  Respondents were screened out of the survey if they were younger than 18 years old, selected "Prefer not to answer" to the age question, or selected either "Don't know / Unsure" or "Other" to the state of residence question.  I also asked respondents an attention check question in order to screen out inattentive respondents.

47.     Next, respondents were asked a series of screening questions to determine whether they met the definition of the relevant survey universe and thus would qualify for the main questionnaire.

48.     First, respondents were asked about their job responsibilities (QS6) and had to indicate that their job responsibilities involved advertising or marketing to proceed with the survey. Respondents were also asked to identify the type of company they work for (QS7), and had to indicate that the company they work for sells and advertises or markets products or services to proceed with the survey.[46]

> **QS6.** Which of the following do you have any involvement in as part of your job responsibilities? *(Please select all that apply.)*
>
> ❑  Hiring/HR
> ❑  IT/Tech
> ❑  Business intelligence/Data science
> ❑  Sales or account management
> ❑  Accounting/Finance
> ❑  Advertising or Marketing
> ❑  Website/Mobile App design/development
> ❑  Customer relationship management
> ❑  Data analysis/statistics

---

[46]    The order of the presented response options was randomized (except for "Other").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

❐ Other (*specify*):

**[TERMINATE IF "Advertising or Marketing" IS NOT SELECTED]**

**QS7.** Which of the following best characterizes the type of company you work for? *(Please select only one option.)*

⊙ **Advertiser/Marketer** - your company sells products or services and advertises/markets its products or services
⊙ **Creative Agency** - your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies
⊙ **Media Agency** - your company advises clients on their media/marketing strategies and/or how to spend their advertising funds
⊙ **Full Service Agency** - your company handles both Creative and Media strategy and/or execution
⊙ **Other** (*please describe*):

**[TERMINATE IF "Advertiser/Marketer" IS NOT SELECTED]**

49.    Respondents were then asked about their advertising spending (QS10), and had to indicate that their company had spent at least $500,000 on all advertising, including all digital types and nondigital types, in the last 12 months in order to qualify for the survey:[47]

**QS10.** Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? *(Please select only one option.)*

⊙ Less than $10,000 **[TERMINATE]**
⊙ $10,000 to less than $50,000 **[TERMINATE]**
⊙ $50,000 to less than $100,000 **[TERMINATE]**
⊙ $100,000 to less than $250,000 **[TERMINATE]**
⊙ $250,000 to less than $500,000 **[TERMINATE]**
⊙ $500,000 to less than $1 million
⊙ $1 million to less than $3 million
⊙ $3 million to less than $7 million
⊙ $7 million to less than $15 million
⊙ $15 million to less than $30 million
⊙ $30 million to less than $50 million
⊙ $50 million to less than $100 million
⊙ $100 million to less than $250 million

---

[47]    The order of the presented response options was rotated (except for "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

    ⊙  $250 million to less than $500 million
    ⊙  $500 million or more
    ⊙  Don't know / Unsure **[TERMINATE]**

50.    Next, respondents were asked to estimate the percentage of their advertising budget

that was spent on digital advertising (QS11). Respondents had to indicate that their business unit

or team used a portion of their advertising budget on digital advertising to proceed with the survey.

> **QS11.** Please think about your business unit/team's total advertising budget. In the past year, what percentage of your business unit/team's total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate. *(Please enter a number from 0 to 100 for each type of advertising or select "Don't know/Unsure." Values must add up to 100%)*
>
> Percentage of budget spent on **digital (online) advertising** last year: ☐
> Percentage of budget spent on **offline advertising** last year: ☐
> **TOTAL**               **[SHOW SUM OF NUMBERS ABOVE]**
>    ⊙  Don't know / Unsure **[EXCLUSIVE]**
>
> **[TERMINATE IF DIGITAL (ONLINE) = 0]**

51.    Respondents were then asked about their usage of different digital advertising types

(QS12), and had to indicate that they used display advertising in the past year to proceed. To make

sure that the definitions of digital advertising types in general and of display advertising in

particular were clear and consistent across respondents, I provided all respondents with the same

29

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

descriptions of digital advertising types and instructed them to review the descriptions carefully:[48,49]

> **QS12.** Which of the following types of **digital advertising**, if any, has your business unit/team used in the past year? Please review the description of each advertising type **carefully**. *(Please select all that apply.)*

|  | Advertising Type | Description |
|---|---|---|
| ❑ | Search | Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL. |
| ❑ | Display | Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. |
| ❑ | Email | Digital ads sent via email to current and potential customers. |
| ❑ | Digital Audio | Recorded advertisements that play between or during songs, podcasts, or other digital audio content. |
| ❑ | Social | Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. |
| ❑ | App/In-App | Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms. |
| ❑ | Digital Video | Includes video ads that appear before, during, or after digital content in a video player, such as YouTube. |

---

[48] List of digital advertising types and their descriptions generally based on information from: Insider Intelligence and eMarketer, "US Programmatic Digital Display Advertising Outlook 2021: Spending and Trends," (2021), at pp. 14-15; Directive Consulting, "8 Types of Digital Advertising You Should Know," https://directiveconsulting.com/blog/types-of-digital-advertising/ (viewed 10/12/2023); Indeed, "10 Types of Display Ads for Online Marketing (With Benefits)," https://www.indeed.com/career-advice/career-development/types-of-display-ads (viewed 10/12/2023); Complaint, *United States of America, et al. v. Google LLC*, Case 1:23-cv-00108, January 24, 2023, at pp. 16-17; Fourth Amended Complaint, *State of Texas, et al. v. Google LLC*, Case 1:21-md-03010, May 5, 2023, at pp. 15 and 31; Aaron Crider, "The Next Frontier Is Retail Media: Marketplace Advertising From Instacart to Walmart," https://www.wpromote.com/blog/amazon-marketing/retail-media-marketplace-advertising (viewed 10/12/2023); SendPulse, "Email Advertising," https://sendpulse.com/support/glossary/email-advertising (viewed 10/12/2023).

[49] The order of the presented response options was randomized (except for "Other" and "Don't know / Unsure"). For any subsequent questions that relate to different digital advertising types, respondents were given the option to hover their mouse over the advertising types to review the descriptions presented in this screener question.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| | | |
|---|---|---|
| ☐ | Connected TV | Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc. |
| ☐ | eCommerce Platforms | Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart. |
| ☐ | Other *(specify and explain)*: **[INSERT TEXT BOX]** | |
| ⊙ Don't know / Unsure **[EXCLUSIVE]** | | |

**[TERMINATE IF "DISPLAY" IS NOT SELECTED]**

52.     As shown in the table above, for the purposes of the survey, and only for the purpose of the survey, I informed survey participants that they should assume that display ads do not include ads placed on social media platforms, regardless of whether market participants may consider social media advertising to be a type of display advertising.  I did not test, and do not purport to measure, whether industry participants in fact use "display" to include social, video, or other advertising types.  Instead, I applied this distinction in the definition of "display" because, as directed by counsel, the purpose of this survey was, in part, to assess whether advertisers and advertising agencies would shift spend from one type of advertising to another as defined (*i.e.*, substitution), and thus the categories had to be separately delineated; it was also important to ensure a consistent understanding of the types across respondents. By excluding social media advertising from display advertising in this survey, I am not making any claim as to whether social and display advertising are part of the same antitrust market, or whether these terms have any particular use or meaning to industry participants.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

53.     Respondents were then asked about their usage of programmatic display advertising and direct deals (QS13); to be allowed to proceed, they had to indicate they had purchased display ad inventory through programmatic transaction methods in the past year. Similar to the previous question, I provided respondents with descriptions of display advertising and the two transaction methods to purchase display advertising:[50],[51]

> **QS13.** You indicated that your business unit/team has used **display advertising** in the past year. Display ad inventory can be purchased through programmatic transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.
>
> **Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.
>
> **Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.
>
> Which of the following transaction methods has your business unit/team (or your ad agency) used to purchase **display ad inventory** in the past year? *(Please select all that apply.)*
>
> ❏ Programmatic
> ❏ Direct Deals
> ⊙ None of the above **[EXCLUSIVE]**
> ⊙ Don't know / Unsure **[EXCLUSIVE]**
>
> **[TERMINATE IF "PROGRAMMATIC" IS NOT SELECTED]**

---

[50]    *See, e.g.*, Deepak Sharma, "Programmatic Deals," https://www.adpushup.com/blog/programmatic-vs-direct-deal/ (viewed 10/12/2023); Insider Intelligence and eMarketer, "US Programmatic Digital Display Advertising Outlook 2021: Spending and Trends," (2021), at p. 15.

[51]    The order of the presented response options was randomized (except for "None of the above" and "Don't know / Unsure"). For any subsequent questions that mention "Programmatic Display" and "Direct Deals" advertising types, respondents were given the option to hover their mouse over the advertising types to review the descriptions presented in this screener question.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

54. If respondents indicated that they used social advertising in the last 12 months in QS12, they were then asked to select the platforms they had used for social advertising (QS14). To assess the amount of noise or "false recognition" in the survey results from respondents misidentifying social media platforms they use,[52] I included a fictional social platform that respondents could not have used ("FriendLinx") as a "decoy" or "control" name. This question provided additional information about usage of different social media platforms, but was not used to determine whether a respondent qualified for the survey.

> **QS14. [IF "SOCIAL" SELECTED IN QS12]** You indicated that you have used **social advertising** in the past year. Which of the following social media platforms, if any, has your business unit/team advertised on in the past year? *(Please select all that apply.)* [53]
>
> ☐ Facebook
> ☐ Instagram
> ☐ Pinterest
> ☐ Snapchat
> ☐ TikTok
> ☐ Twitter
> ☐ LinkedIn
> ☐ Reddit
> ☐ Tumblr
> ☐ FriendLinx
> ☐ Other social media platforms (*specify*): **[INSERT TEXT BOX]**
> ⊙ None of the above **[EXCLUSIVE]**
> ⊙ Don't know / Unsure **[EXCLUSIVE]**

55. Finally, respondents were asked to describe their personal involvement in their company's digital display advertising efforts (QS15). In order to ensure respondents could provide relevant and precise responses, respondents had to have been sufficiently involved in their company's digital display advertising decisions in the last 12 months to qualify to participate in

---

[52] *See, e.g.*, Goldsmith (1988); Jon A. Krosnick (1999), "Survey Research," *Annual Review of Psychology*, Vol. 50, pp. 537-567.

[53] The order of the response options was randomized (except for "Other social media platforms," "None of the above," and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

the survey.  In particular, they had to indicate they had determined overall strategies or budgets for digital display, determined which buying tools or demand-side platforms to use for digital display, regularly used self-serve ad platforms to manage digital display campaigns, or oversaw a team or individuals that use self-serve ad platforms to manage digital display campaigns:[54]

> **QS15.** In which of the following ways have you personally been involved in your company's **digital display** advertising efforts in the **last 12 months**? *(Please select all that apply.)*
>
> ❐ I determine overall strategies and/or budgets for digital display
> ❐ I determine which buying tools and/or demand-side platforms (DSPs) to use for digital display
> ❐ I regularly use self-serve ad platforms to manage digital display campaigns
> ❐ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns
> ❐ I regularly set up audience/target parameters for programmatic digital display buying
> ❐ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying
> ❐ I measure results of digital display campaigns
> ❐ I oversee a team/individuals that measure(s) results of digital display campaigns
> ⊙ None of the above **[EXCLUSIVE]**
> ⊙ Don't know / Unsure **[EXCLUSIVE]**
>
> **[TERMINATE IF NONE OF** "I determine overall strategies and/or budgets for digital display**", "**I determine which buying tools and/or demand-side platforms (DSPs) to use for digital display**", "**I regularly use self-serve ad platforms to manage digital display campaigns**", AND "**I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns**" ARE SELECTED]**

56.     Respondents were also asked a series of questions regarding their market sector and current job title or level.  The information gathered from these questions was used for data analysis purposes and not for screening purposes.

---

[54]   The order of the presented response options was randomized (except for "None of the above" and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

57. Consistent with the definition of the survey universe, the survey sample thus included advertisers or marketers who work for companies that sell and advertise their products or services, had spent at least $500,000 on all advertising in the past year, had spent some of their advertising budget on digital advertising in the past year, and had used programmatic display advertising in the past year. Additionally, respondents must have been personally involved in determining strategies, budgets, or ad buying tools for digital display or using self-serve ad platforms to manage digital display campaigns.

### 2.    Main Questionnaire

58. The main questionnaire began with standard preliminary instructions, followed by questions that addressed the following topics:

- use of different digital advertising types and ad agencies;

- reactions to a hypothetical increase in the cost of programmatic display advertising;

- use of ad buying tools for programmatic display advertising; and

- methods to assess the performance of programmatic display advertising.

59. After passing the screening questions, qualified respondents were first given standard preliminary survey instructions encouraging them to select "Don't know / Unsure" if they do not feel comfortable answering a question (to minimize guessing) and instructing them not to use their browser's "Back" button (to prevent respondents from trying to change their previous answers as they progress through the survey).[55]

> **Q1.** You have been selected to answer questions about advertising practices used by your business unit, or the team you work on. For each question, if you don't know or are unsure, please don't guess. Simply indicate this in

---

[55] In addition, the surveys did not include a "Back" button and disabled the "Back" option in respondents' browsers to prevent respondents from changing their previous answers. *See* Appendix F.1, at F.1-2.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

*Questions Regarding Use of Digital Advertising Types and Ad Agencies*

60.     Next, respondents were asked about their use of ad agencies and their relative spending on different types of digital advertising.

61.     Respondents were asked whether or not they use an ad agency <u>for digital advertising</u> (Q2).  Respondents who indicated that they use an agency for digital advertising were asked what the ad agency helps them with:[56]

> **Q3.** For which, if any, of the following do you use an ad agency? (*Please select all that apply.*)
>
> ☐ Content and/or creatives
> ☐ Consulting services
> ☐ Media/marketing strategies
> ☐ Allocating advertising funds across advertising types
> ☐ Budgeting decisions
> ☐ Customer research
> ☐ Implementation of advertising (e.g., placing bids, interacting with DSPs)
> ☐ Tracking advertising performance
> ☐ Inventory access
> ☐ Running advertising tests/experiments
> ☐ Other (*specify*): **[INSERT TEXT BOX]**
> ⊙ None of the above **[EXCLUSIVE]**
> ⊙ Don't know / Unsure **[EXCLUSIVE]**

62.     Respondents were then asked a series of <u>questions related to digital advertising</u>. Respondents were presented with a list of digital advertising types they had previously indicated using in the past year in the screening questions.  They were asked to allocate 100% of their digital

---

[56] The order of the presented response options was randomized (except for "Other," "None of the above," and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

advertising budget across the different types of digital advertising.  Specifically, they received the following instructions:[57]

> **Q4.** The following questions pertain to **digital advertising**.
>
> Previously, you mentioned that your business unit/team has used the following types of **digital advertising** in the past year. What is your best estimate of the share of your business unit/team's **digital advertising** budget that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.
>
> To review the advertising type descriptions, hover your mouse over each digital advertising type.
>
> *(Please enter a number from 0 to 100 in each cell, or select "Don't know / Unsure." Please make sure that numbers add up to 100.)*

| | |
|---|---|
| Search: | ☐ |
| Programmatic Display: | ☐ |
| Direct Deals Display: | ☐ |
| Email: | ☐ |
| Digital Audio: | ☐ |
| Social: | ☐ |
| App/In-App: | ☐ |
| Digital Video: | ☐ |
| Connected TV: | ☐ |
| eCommerce Platforms: | ☐ |
| Other: | ☐ |

> ⊙  Don't know / Unsure **[EXCLUSIVE]**

*Questions Regarding Responses to an Increase in the Cost of Programmatic Display Advertising*

63.    The next questionnaire section examined whether and to what extent respondents would divert any of their advertising spending to other types of advertising in response to an

---

[57]    The order of the presented response options was randomized (except for "Other" and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

increase in the cost of programmatic display advertising. First, respondents were presented with a hypothetical situation in which the cost of programmatic display advertising increased by a small but significant amount and were asked whether or not they would divert spending to other advertising types (*i.e.*, make a change in their budget allocation or maintain their current budget allocation). The questions in this survey were similar to other questions that have been used by researchers in peer-reviewed and other publications relating to the "status quo bias,"[58] which examine managers' and consumers' decisions to take action versus maintaining the status quo. Many such studies have relied on a direct question in which respondents are faced with two options (or, in some cases, more than two) and are asked for their decision. For example, a study of managers in public companies presented respondents with a hypothetical situation in which they needed a new software solution and asked them to choose between an updated version of their current software package or two alternative software packages.[59] Similarly, another study presented participants with a hypothetical situation in which they inherit a portfolio of cash and securities from a relative and asked them to choose whether to retain the existing investment strategy or change to one of several presented alternative strategies.[60] The same article also examined a field study of real-life consumer choices each year to either keep their current health insurance plan or switch to another plan.[61] In addition, other studies have examined, for example,

---

[58]  The "status quo bias" refers to the tendency to prefer keeping the status quo over making a change.

[59]  Sean Nicholson-Crotty, Jill Nicholson-Crotty, and Sean Webeck (2019), "Are Public Managers More Risk Averse? Framing Effects and Status Quo Bias Across The Sectors," *Journal of Behavioral Public Administration*, Vol. 2, No. 1, pp. 1-15, at pp. 6-7.

[60]  William Samuelson and Richard Zeckhauser (1988), "Status Quo Bias in Decision Making," *Journal of Risk and Uncertainty*, Vol. 1, No. 1, pp. 7-59, at pp. 12-13.

[61]  William Samuelson and Richard Zeckhauser (1988), "Status Quo Bias in Decision Making," *Journal of Risk and Uncertainty*, Vol. 1, No. 1, pp. 7-59, at pp. 26-31.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

whether or not to use a resource, which essentially involves a choice between taking an action (use the resource) or not.[62,63]

64.    In the current survey, the question below regarding the possible diversion of spending from one type of advertising (*i.e.*, programmatic display advertising) to other types of advertising follows a similar format to other such studies involving taking action and making changes.  In addition, the current survey was designed to assess the extent to which respondents would divert spending to each other type of advertising, and differences, if any, across different forms of advertising.

65.    Specifically, respondents were instructed to assume a scenario in which their analysis shows that the cost of programmatic display advertising has increased by a "small but significant amount," whereas the costs of other digital advertising types have not changed.  Given this scenario, they were asked whether or not they will divert some of their spending to other types of digital advertising and if so, which types of digital advertising they will divert spending to.[64] The phrasing of this question was designed to leave it to the advertisers to consider their reaction, if any, if (what they consider to be) "a small but significant" increase in the cost of programmatic display advertising occurred.[65]

---

[62]  *See, e.g.*, Aram Galstyan, Shashikiran Kolar, and Kristina Lerman (2003), "Resource Allocation Games with Changing Resource Capacities," *Proceedings of the Second International Joint Conference on Autonomous Agents and Multiagent Systems*, pp. 145-152. *See also* Vicki G. Morwitz, Eric Johnson, and David Schmittlein (1993), "Does Measuring Intent Change Behavior?," *Journal of Consumer Research*, Vol. 20, No. 1, pp. 46-61.

[63]  Other studies have also examined advertiser budgeting methods more generally.  *See, e.g.*, Douglas West and Gerard P. Prendergast (2009), "Advertising and Promotions Budgeting and The Role of Risk," *European Journal of Marketing*, Vol. 43, No. 11/12, pp. 1457-1476.

[64]  The order of the presented response options was randomized (except for "Don't know / Unsure").

[65]  In addition, the balanced phrasing of "small but significant" avoids possible demand effects whereby respondents might have assumed that certain answers were expected or preferred.  *See, e.g.,* Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Chapter 11, Shari S. Diamond and Jerre B. Swann, Eds., American Bar Association, at p. 243. *See also* Alan G. Sawyer (1975), "Demand Artifacts in Laboratory Experiments in Consumer Research," *Journal of Consumer Research*, Vol. 1, No. 4, pp. 20-30, at pp. 20-21.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Q5.** Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), <u>will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising</u>?

     ⊙ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising

     ⊙ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising **[SKIP TO Q8]**

     ⊙ Don't know / Unsure **[SKIP TO Q8]**

**Q6.** To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the **increase in the cost of programmatic display advertising**?[66]

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply.)* [67]

     ❑ Search
     ❑ Direct Deals Display
     ❑ Email
     ❑ Digital Audio
     ❑ Social
     ❑ App/In-app
     ❑ Digital Video
     ❑ Connected TV
     ❑ eCommerce Platforms
     ❑ Other
     ⊙ None of the above **[EXCLUSIVE] [SKIP TO Q8]**
     ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q8]**

---

[66]  As noted above, respondents were only asked Q6 if they indicated that they would divert spending in Q5.

[67]  The order of the response options was randomized (except for "Other," "None of the above," and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

66.     After selecting which other digital advertising types they would divert spending to, respondents were asked to rate the extent of their increase on a scale of 0 to 10, with 0 labeled as "keep the same" and 10 labeled as "substantially increase."   Respondents were also given the option to select "Don't know / Unsure" if they were unable to make a choice on the scale.[68]

> **Q7.** In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below.
>
> Please use the sliders below to indicate, on a scale of **0** to **10**, the extent to which you would divert (that is, increase) advertising spending for the coming year to **each type of digital advertising** that you just indicated.
>
> For each digital advertising type below, please select **0** if you expect to keep spending on that type of digital advertising for the coming year and **10** if you expect to substantially increase spending on that type of digital advertising.
>
> To review the advertising type descriptions, hover your mouse over each digital advertising type.[69]

|  |  |  |
|---|---|---|
| Search | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Direct Deals Display | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Email | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Audio | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Social | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| App/In-app | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Video | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Connected TV | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| eCommerce Platforms | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Other | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |

67.     Below is an example of how this question appeared to respondents taking the survey:[70]

---

[68]    The response options in Q7 were presented in the same order as those presented in Q6, which was randomized.
[69]    As noted above, respondents were only asked Q7 if they indicated that they would divert spending in Q5.
[70]    Appendix F.2, at F.2-24.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



_Questions Regarding the Use of Ad Buying Tools for Programmatic Display Ads_

68.    Respondents moved on to a series of questions about their current and expected future use of ad buying tools for programmatic display.  These questions were designed to explore which ad buying tools were most commonly used, the number of ad buying tools used, anticipated changes in the number of ad buying tools that would be used next year, and respondents' motivations for these decisions.[71]

69.    Respondents were first shown a description of an ad buying tool and asked which ad buying tools[72] they have used in the past year.  Respondents were provided with a list of ad

---

[71]    The concept of multi-homing (_i.e._, using multiple platforms) in advertising has been discussed in the marketing literature.  _See_, _e.g._, David S. Evans (2003), "The Antitrust Economics of Multi-sided Platform Markets," _Yale Journal on Regulation_, Vol. 20, pp. 325-381, at pp. 346-348.

[72]    The list of ad buying tools was, in part, based on GOOG-DOJ-AT-02524665-749, at 679-681 (which identified Google Display and Video 360, Amazon DSP, The Trade Desk DSP, Verizon Media DSP, Adobe Advertising Cloud, Amobee, MediaMath DSP, AcuityAds, Adform, Adelphic, Beeswax, Criteo, Quantcast, StackAdapt,

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

buying tools, as well as options for "Other" (which allowed respondents to type in the name of an ad buying tool not listed), and "Don't know / Unsure." To assess the amount of noise or "false recognition" in the survey results from respondents misidentifying ad buying tools they use,[73] I included two fictional ad buying tools that respondents could not have used ("Ad Step Technologies" and "Quorexx") as "decoy" or "control" names.

> **Q8.** An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."
>
> Which of the following ad buying tools, if any, have you and/or your business unit/team used during the **past year** for **programmatic display advertising**? *(Please select all that apply.)*[74]
>
> ❏ Google Ads
> ❏ Google Display and Video 360 (DV360)
> ❏ illumin (formerly AcuityAds)[75]
> ❏ Adelphic
> ❏ Adform
> ❏ Adobe Advertising Cloud
> ❏ Amazon DSP
> ❏ Amobee
> ❏ Basis by Centro
> ❏ Beeswax
> ❏ Criteo
> ❏ MediaMath DSP
> ❏ Outbrain
> ❏ Quantcast
> ❏ Simpli.fi
> ❏ StackAdapt
> ❏ Taboola

---

Xandr Invest, Zeta Global, Simpli.fi, and Basis by Centro, among others); Pasha Abdulov, "16 Top DSP Integrations and Ad Exchanges," https://growthchannel.io/blog/top-dsp-integrations-ad-exchanges (viewed 9/27/2023) (which additionally identified Taboola and Outbrain).

[73] *See, e.g.,* Goldsmith (1988); Jon A. Krosnick (1999), "Survey Research," *Annual Review of Psychology*, Vol. 50, pp. 537-567.

[74] The order of the response options was randomized (except for "Other" and "Don't know / Unsure").

[75] In April 2023, AcuityAds announced a full rebrand to "illumin." *See* illumin, "Journey Advertising Platform," https://illumin.com/company-overview/ (viewed 9/27/2023); Yahoo Finance, "AcuityAds Announces Full Rebrand to illumin, Following Successful Launch of its Journey Advertising Platform," https://finance.yahoo.com/news/acuityads-announces-full-rebrand-illumin-120000429.html (viewed 9/27/2023).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

□  The Trade Desk DSP
□  Yahoo DSP (formerly Verizon Media DSP)[76]
□  Xandr Invest
□  Zeta Global
□  Quorexx
□  Ad Step Technologies
□  Other (please specify): **[TEXT BOX]**
&#9673;  Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q17]**

70.    If respondents indicated that they use more than one ad buying tools for programmatic display advertising, they were presented with an open-ended question to explain their reason for doing so.

> **Q9.** Why did you and/or your business unit/team use more than one ad buying tool for **programmatic display advertising** in the past year? *(Please type in your response, or select "Don't know / Unsure".)*

71.    Next, respondents were asked about their expected use of ad buying tools next year:[77]

> **Q10.** Do you and/or your business unit/team expect to use the same number, more, or fewer ad buying tools for **programmatic display advertising** next year? *(Please select only one option.)*
>
> &#9673;  I expect to use **more** ad buying tools for programmatic display advertising next year.
> &#9673;  I expect to use **fewer** ad buying tools for programmatic display advertising next year.
> &#9673;  I expect to use the **same number** of ad buying tools for programmatic display advertising next year.
> &#9673;  Don't know / Unsure

72.    If respondents indicated that they planned to change the number of ad buying tools, they were asked to elaborate on their selection through an open-ended question:

---

[76]    In September 2021, Verizon Media DSP was renamed Yahoo DSP as part of its acquisition by private equity firm Apollo Global Management from Verizon. *See* TapClicks, "Yahoo! DSP – Support Guide," https://support.tapclicks.com/hc/en-us/articles/4402116928795-Yahoo-DSP-Support-Guide (viewed 9/27/2023); The Verge, "Yahoo is Yahoo Once More After New Owners Complete Acquisition," https://www.theverge.com/2021/9/2/22653652/yahoo-aol-acquired-apollo-global-management-private-equity (viewed 9/27/2023).

[77]    The order of the response options was randomized (except for "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

> **Q11**. You indicated that, compared to the past year, you expect to use **[PIPE IN BASED ON ANSWER IN Q10:** "**more**" or "**fewer**"**]** ad buying tools for programmatic display advertising next year. Why do you and/or your business unit/team expect to use **[PIPE IN BASED ON ANSWER IN Q10:** "**more**" or "**fewer**"**]** ad buying tools for programmatic display advertising next year? *(Please type in your response, or select "Don't know / Unsure".)*

73.     Respondents were then presented with a closed-ended question to gather information on the factors that they consider when choosing an ad buying tool for programmatic display:[78],[79]

> **Q12.** Which of the following factors, if any, do you and/or your business unit/team consider when deciding to use a particular ad buying tool for **programmatic display advertising**? *(Please select all that apply)*
>
> ❑  Ad placement effectiveness
> ❑  Audience scale / Reach
> ❑  Ease of use / User interface
> ❑  Targeting criteria and capabilities
> ❑  Reporting features
> ❑  Forecasting tools
> ❑  Budget management tools
> ❑  API and integrations
> ❑  Troubleshooting capabilities
> ❑  Media optimization of placements during a campaign
> ❑  Brand safety / fraud protection
> ❑  Identity management
> ❑  Support
> ❑  Cost
> ❑  Other (*please specify*): **[TEXT BOX]**
> ⊙  Don't know / Unsure **[EXCLUSIVE]**

74.     Next, respondents were shown a series of questions assessing whether they stopped or started using any ad buying tools for programmatic display in the past year and what factors led them to make such a decision:[80]

---

[78]  The list of factors presented in this closed-ended question was adapted from lists of "determining drivers influencing plans to use DSPs." GOOG-DOJ-11021167-216, at 190-191; GOOG-DOJ-AT-02524665-749, at 706.

[79]  The order of the response options was randomized (except for "Other" and "Don't know / Unsure").

[80]  The order of the response options in each of Q13 and Q15 was randomized (except for "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Q13.** Have you and/or your business unit/team stopped using any ad buying tool(s) for **programmatic display advertising** in the **past year**? *(Please select only one option.)*

- ⊙ Yes, I and/or my business unit/team stopped using at least one ad buying tool in the past year
- ⊙ No, I and/or my business unit/team have **not** stopped using any ad buying tools in the past year
- ⊙ Don't know / Unsure

**Q14. [IF YES IN Q13]** You indicated that you and/or your business unit/team stopped using at least one ad buying tool in the **past year** for **programmatic display advertising**. What factors led you and/or your business unit/team to stop using one or more ad buying tools for **programmatic display advertising**? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**Q15.** Have you and/or your business unit/team started using any ad buying tool(s) in the **past year** for **programmatic display advertising**? *(Please select only one option.)*

- ⊙ Yes, I and/or my business unit/team started using at least one ad buying tool in the past year
- ⊙ No, I and/or my business unit/team have **not** started using any ad buying tools in the past year
- ⊙ Don't know / Unsure

**Q16. [IF YES IN Q15]** You indicated that you and/or your business unit/team started using at least one ad buying tool in the **past year** for **programmatic display advertising**. What factors led you and/or your business unit/team to start using one or more ad buying tools for **programmatic display advertising**? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

*Questions Regarding the Assessment of Programmatic Display Ad Performance*

75.     After completing the questions about ad buying tools, respondents were asked about their assessment of the performance of programmatic display ads.  Respondents were asked to select the metrics that they use to assess the performance of each of their programmatic display

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

ads, direct deals ads, social media ads, and digital video ads, if they indicated using the advertising type in the screener.[81]

> **Q17.** Which of the following metrics, if any, are you and/or your business unit/team using to assess the performance of **programmatic display ads, direct deals display ads, social media ads**, and/or **digital video ads**?
>
> To review the advertising type descriptions, hover your mouse over each digital advertising type.
> *(Please select all that apply in each column.)*

| Metric | Programmatic display ads | Direct deals display ads | Social media ads | Digital video ads |
|---|---|---|---|---|
| Impressions | ❑ | ❑ | ❑ | ❑ |
| Clicks | ❑ | ❑ | ❑ | ❑ |
| Conversions | ❑ | ❑ | ❑ | ❑ |
| Cost per impression (CPM) | ❑ | ❑ | ❑ | ❑ |
| Cost per click (CPC) | ❑ | ❑ | ❑ | ❑ |
| Cost per action (CPA) | ❑ | ❑ | ❑ | ❑ |
| Return on Ad Spend (ROAS) | ❑ | ❑ | ❑ | ❑ |
| Return on Investment (ROI) | ❑ | ❑ | ❑ | ❑ |
| Click through rate (CTR) | ❑ | ❑ | ❑ | ❑ |
| Other (*please specify*): **[TEXT BOX]** | ❑ | ❑ | ❑ | ❑ |
| None of the above **[EXCLUSIVE]** | ⊙ | ⊙ | ⊙ | ⊙ |
| Don't know / Unsure **[EXCLUSIVE]** | ⊙ | ⊙ | ⊙ | ⊙ |

76.    If respondents indicated they used more than one metric for programmatic display ads, they were then asked to rank the selected metrics in terms of their importance to assessing the performance of programmatic display ads.    Specifically, they were shown the following instructions:

> **Q18.** You indicated that you and/or your business unit/team use the following metrics to assess the performance of **programmatic display ads**. Please rank these metrics in terms of **how important they are to accurately assessing the performance of programmatic display ads**, with 1 being the most important and **[NUMBER OF MEASURES**

---

[81]    The orders of the columns and rows were randomized (except for "Other," "None of the above," and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

SELECTED IN Q17]** being the least important. *(Please rank the following metrics, or select "Don't know / Unsure".)*

77.     In addition to the metrics used, the frequency at which respondents measure or assess the performance of their programmatic display ads is also informative.  If respondents use an ad agency for such purposes, they were instructed to indicate the frequency at which they receive information on the performance of the programmatic display ads.[82]

Q19.** How often, if at all, do you and/or your business unit/team measure or assess the performance of your **programmatic display advertising**? *(Please select only one option.)*

If you are using an ad agency and they are responsible for measuring or assessing performance of your programmatic display advertising, please indicate how often you receive information about the performance of your programmatic display advertising from the agency.

- ⊙ Daily
- ⊙ Weekly
- ⊙ Monthly
- ⊙ Quarterly
- ⊙ Annually
- ⊙ Don't know / Unsure

78.     Lastly, respondents were asked whether they ran any experiments on their programmatic ads in the past year and, if applicable, what types of experiments they ran.

Q20.**   In the past year, have you and/or your business unit/team run any experimental or test & learn initiatives on your **programmatic display ads**? *(Please select only one option.)*[83]

- ⊙ Yes
- ⊙ No
- ⊙ Don't know / Unsure

Q21. [IF YES IN Q20]** Which of the following types of experiments or test & learn initiatives, if any, have you and/or your business unit/team run in the past year on your **programmatic display ads**?

---

[82]   The order of the response options was randomized (except for "Don't know / Unsure").
[83]   The order of the response options was randomized (except for "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

I and/or my business unit/team have run experiments and/or test & learn initiatives testing… *(Please select all that apply.)* [84]

- ☐ Creatives
- ☐ Bid strategies
- ☐ Audiences
- ☐ Publishers
- ☐ Ad buying tool performance
- ☐ ROI/ROAS
- ☐ Other (*please specify*): **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

*Follow-up Disclosure and Participation Question*

79.    At the conclusion of the survey, respondents were presented with a disclosure about the sponsor of the survey and its connection to pending antitrust lawsuits and were given the option to exclude their responses from the survey. This question was included at the end of the survey to avoid introducing any potential bias in the survey responses due to demand effects whereby respondents might have assumed that certain answers were expected or preferred.

80.    Specifically, respondents were shown the following screen, which concluded the survey: [85]

> **QF1.** This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.
>
> If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.
>
> If you do not want to participate in this survey, please click "Exclude my responses" below.
>
> - ⊙ Include my responses
> - ⊙ Exclude my responses

---

[84]    The order of the response options was randomized (except for "Don't know / Unsure").
[85]    The order of the response options was randomized.

49

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

81.     It is noteworthy that there is no reason to expect the respondents who chose, at the conclusion of the survey, to not be included in the final sample to be different from the other respondents.  Considering that respondents were asked to describe their advertising practices and considerations, and they were not asked to evaluate any particular company, there is no reason to expect those who chose to not be included in the sample to be different in any systematic way or in any way that pertains to the surveys' conclusions from other respondents.  In fact, some research has found that identifying the survey sponsor to respondents has no meaningful effect on the content of the survey responses.[86]  For example, in this survey, one would be hard-pressed to come up with a scenario whereby those respondents who used fewer advertising buying tools would be systematically more likely to indicate that they prefer to not be included in the sample.

C.    **Survey Findings**

82.     In this section, I will summarize the main survey findings for the Higher-Spend Advertiser Survey.  Additional findings can be found in Exhibits 1 to 36.  The complete data set of all individual participants' responses is presented in Appendix F.3.

83.     A total of 603 respondents completed the survey.[87]  Of those, 94 respondents chose to exclude their responses from the survey.[88]  Consistent with common practice, 7 respondents

---

[86]    Charles Crabtree, Holger L. Kern, and Matthew T. Pietryka (2022), "Sponsorship Effects in Online Surveys," *Political Behavior*, Vol. 44, pp. 257-270; Del I. Hawkins (1979), "The Impact of Sponsor Identification and Direct Disclosure of Respondent Rights on the Quantity and Quality of Mail Survey Data," *Journal of Business*, Vol. 52, No. 4, pp. 577-590.

[87]    Exhibit 1. AP removed two respondents who did not meet their internal quality control metrics.  These respondents provided what AP determined to be nonsensical responses to open-ended questions, such as "R5U54U" and "The study is quite nice to carry on."  These respondents were not included in the 603 respondents considered to have completed the survey.

[88]    Exhibit 1. Respondents who selected "Exclude my responses" in QF1 were not included in the respondent-level data files provided to me by Advertiser Perceptions and thus I do not have access to their responses to other questions in the survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

who took too little time (less than 100 seconds) or took too much time (3 hours or more) were removed from the sample.[89]  A total of 502 respondents are included in the summary tables.[90]

84.    In total, approximately 27 percent of respondents were women and 73 percent were men.[91]  With respect to age, approximately 20 percent of respondents were between 18 and 34, 67 percent were between 35 and 49, and 13 percent were 50 years old or older.[92]  Approximately 32 percent of respondents indicated that their current job title/level was best described as "Director," 24 percent selected "C-Level (CEO, COO, CMO, etc.)," 20 percent selected "Vice President, SVP, EVP, President, etc.," and 14 percent selected "Manager."[93]  Approximately 50 percent of respondents spent between $500,000 to $15 million on advertising in the last 12 months, and 50 percent spent more than $15 million on advertising in the last 12 months.[94]

---

[89]    Exhibit 1. Changing these cutoffs to, for example, three minutes and two hours does not meaningfully impact the results.  *See* Exhibit 105.

[90]    Exhibit 1.  As noted above, two survey questions included "decoy" response options: QS14 regarding the use of different social media platforms (including "FriendLinx" as a decoy response option) and Q8 regarding the use of different ad buying tools (including "Quorexx" and "Ad Step Technologies" as decoy response options).  Overall, approximately 10 percent of respondents selected at least one of the three decoy response options.  *See* Appendix J, at Exhibit 1.  Given that these selections might have been inadvertent, these respondents were not excluded from the analytical sample.  In Appendix J, I present an alternative set of results for all questions based on an analytical sample that excludes respondents who selected one or more decoy response options in QS14 or Q8.  As shown, excluding these respondents has virtually no effect on the results (and the difference is not statistically significant).

[91]    Exhibit 3.

[92]    Exhibit 3.

[93]    Exhibit 5.

[94]    Exhibit 6. Calculated as (31 + 78 + 57 + 87) / 502 = 50.4 percent and (74 + 68 + 43 + 33 + 21 + 10) / 502 = 49.6 percent. As discussed above, for the Higher-Spend Advertiser Survey, in order to generate sufficiently large sample sizes across different spending levels, AP generated a sample with equal proportion of respondents within the $500,000 to $15,000,000 annual ad spend range and the $15,000,000+ annual ad spend range. However, AP applied their standard practice to generate a representative sample within those sub-groups.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

*Use of Digital Advertising Types and Ad Agencies*

85.     As noted above, all respondents had to indicate they use display advertising in order to qualify for the survey.[95]    As shown in Figure 8, in addition to display advertising,[96] approximately 85 percent of respondents used at least one other type of digital advertising.[97]

**Figure 8. Share of Higher-Spend Advertisers
Using More than One Type of Digital Advertising**



**Notes and Sources:** Exhibit 9.

86.     As shown in Figure 9, the most popular other types of digital advertising were social advertising (76 percent of respondents), search advertising (75 percent of respondents), digital video advertising (65 percent of respondents), and email advertising (61 percent of respondents).[98]

---

[95]    *See* Appendix F.1, at F.1-7.

[96]    As described in paragraph 52, the definitions of advertising types were created for purposes of these surveys only, in order to test—among other things—the degree to which advertisers viewed certain types of ads, including ads shown on social media platforms, as substitutes for other types of display ads.  I did not conduct a survey to determine how advertisers use the terms "display" or "social."

[97]    Exhibit 9. Most advertisers used 5 or more digital advertising types.

[98]    Exhibit 8.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 9. Share of Higher-Spend Advertisers
Using Digital Advertising Types**

**Notes and Sources:** Exhibit 8. All respondents must have used display advertising in the past year to qualify for survey participation.

87.    In QS13, approximately 59 percent of respondents indicated that they used both programmatic buying methods and direct deals to purchase display ad inventory.[99]

88.    In Q4, respondents were asked to estimate the share of their digital advertising budget spent on each digital advertising type over the past year.  As shown in Figure 10, the responses to this question indicate that programmatic display advertising accounted for an average of approximately 29 percent of respondents' overall digital advertising budgets over the past

---

[99]    Exhibit 10.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

year.[100]  Programmatic display advertising accounted for a median of approximately 15 percent of respondents' overall digital advertising budgets over the past year.[101]

**Figure 10. Average Share of Budget Allocated to Each Advertising Type Among Higher-Spend Advertisers**



**Notes and Sources:** Exhibit 14.  All respondents must have used programmatic display in the past year to qualify for the survey.  Values sum to 100%.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

89.     Approximately 67 percent of respondents indicated that they use an ad agency for digital advertising.[102]  The most common ways in which respondents use ad agencies include assistance with "Media/marketing strategies" (68 percent of respondents using ad agencies), "Implementation of advertising" (63 percent of respondents using ad agencies), "Tracking

---

[100]   Exhibit 14.
[101]   Exhibit 14.
[102]   Exhibit 12.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

advertising performance" (58 percent of respondents using ad agencies), and "Running advertising tests/experiments" (53 percent of respondents using ad agencies).[103]

*Responses to an Increase in the Cost of Programmatic Display Advertising*

90.     Question Q5 described a scenario in which the cost of programmatic display advertising recently increased by a small but significant amount and would remain elevated for the foreseeable future (while the cost of other advertising types had not changed and were not expected to change), and asked respondents whether or not they would divert some of their advertising spending for the coming year to other types of digital advertising.  In response to this scenario, approximately 59 percent of respondents indicated that they would divert some of their spending to other types of digital advertising, as shown in Figure 11.[104]

---

[103]   Exhibit 13.
[104]   Exhibit 15.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 11. Share of Higher-Spend Advertisers
Who Would Divert Spending**

**Notes and Sources:** Exhibit 15. Values sum to 100%. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

91.    Respondents who indicated that they would divert spending were then asked in Q6 to identify to which types of advertising they would divert spending. As shown in Figure 12, the most common responses were social (54 percent of respondents who would divert spending), search (53 percent of respondents who would divert spending), and digital video (42 percent of respondents who would divert spending).[105]

---

[105]   Exhibit 16.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 12. Share of Higher-Spend Advertisers
Who Would Divert Spending to Each Advertising Type**



**Notes and Sources:** Exhibit 16.

92.     In Q7, most respondents indicated that the extent to which they would divert spending to each advertising type selected in Q6 was between 7 and 10 on a 0 to 10 point scale (where 0 represents no change in spending on a given type of advertising, and 10 represents a substantial increase in spending on a given type of advertising).[106]   In other words, most respondents indicated that they would make relatively substantial increases to their spending on other types of advertising in response to an increase in the cost of programmatic display advertising.

---

[106]   Exhibit 19.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 13. Share of Higher-Spend Advertisers by Extent of Spending Increase (0 to 10 scale)**

**Notes and Sources:** Exhibit 19. Values sum to 100% for each type. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding. Two respondents (approximately 1 percent of respondents who would divert) indicated diverting to "Other" and rated the extent of the increase at 3 and 6 on a 10 point scale. Exhibits 17 and 18.

*Use of Ad Buying Tools for Programmatic Display Ads*

93.    In response to Q8 regarding usage of different ad buying tools, the most commonly used ad buying tools for programmatic display advertising were Google Ads (66 percent of respondents), Google DV360 (42 percent of respondents), Amazon DSP (36 percent of respondents), Adobe Advertising Cloud (24 percent of respondents), and The Trade Desk DSP (20 percent of respondents).[107]  These results are illustrated in Figure 14 below.

---

[107]    Exhibit 20.  Approximately 75 percent of respondents used at least one of Google Ads and Google DV360. Exhibit 22.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 14. Share of Higher-Spend Advertisers Using Ad Buying Tool
(10 Most Popular Ad Buying Tools)**



**Notes and Sources:** Exhibit 20.

94.    As noted above, "Ad Step Technologies" and "Quorexx" were included as decoy/control ad buying tool names in Q8.  Approximately 6 percent of respondents indicated that they used Ad Step Technologies and 4 percent of respondents indicated that they used Quorexx, validating that most respondents were attentive and provided probative responses.[108]  In addition, QS14 regarding social media platform usage included a decoy social media platform "FriendLinx," and less than 2 percent of respondents selected this option.[109]  Overall, approximately 10 percent of respondents in the analytical sample selected at least one of the three decoy response options.[110] In this section, I present certain results regarding use of multiple buying tools both including and

---

[108]    Exhibit 20.
[109]    *See* Exhibit 11.
[110]    A total of 49 respondents selected at least one decoy response option (or approximately 10 percent of the overall analytical sample of 502 respondents).  *See* Appendix J, at Exhibit 1.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

excluding respondents who selected one or more decoy response options.  As demonstrated below, the main results are very similar regardless of whether respondents who selected one or more decoy response options are included in or excluded from the analysis.[111]  Given that these selections might have been inadvertent, these respondents were not excluded from the analytical sample.[112]

95.    Across the full analytical sample, approximately 75 percent of respondents indicated using more than one ad buying tool for programmatic display advertising.[113] Respondents reported using an average of 3.1 ad buying tools in the past year.[114]  In response to an open-ended question regarding why they used multiple ad buying tools, respondents mentioned a variety of different reasons.  For example, some respondents mentioned testing the relative performance of different tools (*e.g.*, Respondent 1396: "Provide better ad results by testing and comparing the effectiveness of different tools"; Respondent 1727: "Test which performed the best"; Respondent 2431: "We wanted to test different tools to see which one yielded the best results.").[115]  Other respondents mentioned seeking specific ad buying tool features (*e.g.*, Respondent 1158: "Different ad buying tools may have different functions and features"; Respondent 4513: "For a wider variety of features").[116]

---

[111]   *See also* Appendix J.
[112]   An alternative set of results for all questions based on an analytical sample that excludes respondents who selected one or more decoy response options is in Appendix J.
[113]   Exhibit 21.  The decoy ad buying tools were not included in the count of ad buying tools used by each respondent. In other words, if a respondent indicated using The Trade Desk DSP, Google DV360, and Quorexx, he or she was considered to use only two ad buying tools (The Trade Desk DSP and Google DV360).
[114]   Exhibit 21. This result is similar to the results of Advertiser Perceptions' own surveys, though the target population and question language differ somewhat from that of the Higher-Spend Advertiser Survey.  For example, a survey conducted by Advertiser Perceptions in the first half of 2022 found that respondents used an average of approximately 3.5 demand-side platforms.  In order to qualify for Advertiser Perceptions' survey, respondents had to be employed in the U.S., be involved in the purchase of programmatic advertising, used or plan to work with demand-side platforms in the past/next 12 months, and have a minimum of $1 million annual digital ad spend.  Advertiser Perceptions' survey asked about usage of demand-side platforms (DSPs) generally, whereas my Higher-Spend Advertiser Survey asked about usage of ad buying tools for programmatic display advertising.  GOOG-AT-MDL-008928829-914, at 831, 845, 875.
[115]   Appendix F.3.
[116]   Appendix F.3.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

96.    Such respondents' explanations are consistent with my published research as well as with a great deal of other research.[117]  When simultaneously making multiple choices, such as the choice of products or advertising tools, especially under uncertainty regarding the performance of each selected item, decision makers tend to select variety.  This finding has been confirmed and relied upon in a variety of domains, such as with respect to financial investments and other decisions involving menus of options.[118]  The selected menu of options (or advertising tools) may include items that are different in some respects, yet they serve to provide a safer, more effective overall solution as well as experimental data regarding the effectiveness of alternative options.

97.    Excluding respondents who selected one or more decoy response options from the analysis, approximately 74 percent of respondents indicated using more than one ad buying tool for programmatic display advertising.[119]  Respondents reported using an average of 2.8 ad buying tools.[120]

98.    Users of Google ad buying tools also indicated using multiple ad buying tools.  As illustrated in Figure 15 below, for the full analytical sample, approximately 87 percent of respondents who use Google Ads indicated using at least one other ad buying tool for programmatic display and 76 percent of respondents who use Google Ads indicated using at least

---

[117]  Itamar Simonson (1990), "The Effect of Purchase Quantity and Timing on Variety-Seeking Behavior," *Journal of Marketing Research*, Vol. 27, No. 2, pp. 150-162; Itamar Simonson and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety," *Journal of Consumer Research*, Vol. 19, No. 1, pp. 133-138. *See also* Daniel Read and George Loewenstein (1995), "Diversification Bias: Explaining the Discrepancy in Variety Seeking Between Combined and Separated Choices," *Journal of Experimental Psychology: Applied*, Vol. 1, No. 1, pp. 34-49.

[118]  *See, e.g.*, Shlomo Benartzi and Richard H. Thaler (2001), "Naive Diversification Strategies in Defined Contribution Saving Plans," *American Economic Review*, Vol. 91, No. 1, pp. 79-98; Daniel Read, George Loewenstein, and Matthew Rabin (1999), "Choice Bracketing," *Journal of Risk & Uncertainty*, Vol. 19, No. 1-3, pp. 171-197.

[119]  Appendix J, at Exhibit 21.

[120]  Appendix J, at Exhibit 21.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

one other non-Google ad buying tool for programmatic display.[121,122] Excluding respondents who selected one or more decoy response options from the analysis, approximately 87 percent of respondents who use Google Ads indicated using at least one other ad buying tool for programmatic display and 75 percent of respondents who use Google Ads indicated using at least one other non-Google ad buying tool for programmatic display.[123]

**Figure 15. Share of Google Ads Users Using Other Ad Buying Tools Among Higher-Spend Advertisers**



**Notes and Sources:** Exhibit 23. Values sum to 100%. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

99.    Figure 16 shows that, for the full analytical sample, approximately 93 percent of respondents who use Google DV360 indicated using at least one other ad buying tool for

---

[121]  Exhibit 23.  As noted above, the decoy ad buying tools were not included in the count of ad buying tools used by each respondent.

[122]  As shown in Exhibits 25 to 27, most respondents who use only Google Ads for programmatic display advertising also use other types of digital advertising (including social, search, and/or email, among others), and spend less than 40 percent of their overall advertising budget on programmatic display advertising.

[123]  Appendix J, at Exhibit 23.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

programmatic display and 77 percent of respondents who use Google DV360 indicated using at least one other non-Google ad buying tool for programmatic display.[124]  Excluding respondents who selected one or more decoy response options from the analysis, approximately 92 percent of respondents who use Google DV360 indicated using at least one other ad buying tool for programmatic display and 75 percent of respondents who use Google DV360 indicated using at least one other non-Google ad buying tool for programmatic display.[125]

---

[124]   Exhibit 23.  As noted above, the decoy ad buying tools were not included in the count of ad buying tools used by each respondent.

[125]   Appendix J, at Exhibit 23.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 16. Share of Google DV360 Users Using Other Ad Buying Tools Among Higher-Spend Advertisers**



**Notes and Sources:** Exhibit 23. Values sum to 100%. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

100.    All respondents were asked whether they expected to use the same number, more, or fewer ad buying tools for programmatic display advertising next year. Approximately 56 percent of respondents indicated that they expect to use the same number of ad buying tools for programmatic display next year, approximately 24 percent indicated that they expected to use more ad buying tools for programmatic display, and 17 percent indicated that they expected to use fewer ad buying tools for programmatic display.[126] When asked to explain (in an open-ended response) why they expected to use more ad buying tools next year, some respondents mentioned reasons relating to performance optimization (*e.g.*, Respondent 2880: "We are constantly seeking to

---

[126]    Exhibit 28.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

improve our results"; Respondent 1397: "The returns and results we've seen have been positive so we expect to increase our investment in the future."), business growth (*e.g.*, Respondent 4513: "Business is growing"), and wanting to continue testing different vendors (*e.g.*, Respondent 1454: "We just expect to continue to testing."; Respondent 4487: "Experimentation to assess new Ad Buying Tools' Performance (Both Quality and ROAS)"), among other reasons.[127]  Respondents who indicated that they expect to use fewer ad buying tools next year mentioned a variety of different reasons, including wanting to consolidate or simplify their processes (*e.g.*, Respondent 1327: "consolidate for efficiency"; Respondent 1605: "Streamlining costs and operations as much as possible.") and focusing on platforms that had better performance (*e.g.*, Respondent 1090: "We have been testing a lot of tools and now we need to filter the best ones so we can relocate our budget"; Respondent 3274: "We have been comparing efficacy, and plan to reallocate resources to the most beneficial tools."), among other reasons.[128]

101.    All respondents were asked in Q12 to identify, from a closed-ended list of options, which factors they consider when deciding to use a particular ad buying tool for programmatic display advertising. The most popular responses were "Ad placement effectiveness" (48 percent of respondents), "Targeting criteria and capabilities" (47 percent of respondents), "Audience scale / reach" (45 percent of respondents), "Media optimization of placements during a campaign" (45 percent of respondents), and "Cost" (44 percent of respondents).[129]

102.    Respondents were also asked about their past decisions to start and/or stop using certain buying tools.  Approximately 40 percent of respondents indicated that they started using at least one ad buying tool for programmatic display in the past year.[130]  In explaining this decision,

---

[127]  Appendix F.3.
[128]  Appendix F.3.
[129]  Exhibit 29.
[130]  Exhibit 31.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

some respondents pointed to reasons relating to performance optimization (*e.g.*, Respondent 2889: "More affordable rates and ROI"; Respondent 1426: "Performance") and specific features of the tool (*e.g.*, Respondent 4513: "We needed more features": Respondent 4210: "Each tool may provide unique data insights and reporting capabilities."), among other reasons.[131]  Approximately 23 percent of respondents indicated that they stopped using at least one ad buying tool for programmatic display in the past year.[132]   When asked to explain why, several respondents mentioned reasons relating to poor performance (*e.g.*, Respondent 1341: "The ROI was horrible"; Respondent 2647: "Did not meet our ROAS goals after 1 month pilot"; Respondent 2893: "Because of low performance"; Respondent 3274: "Cost vs effectiveness- we felt our resources were better allocated elsewhere.") or high costs (Respondent 3652: "Higher cost"; Respondent 4214: "Cost fluctuations"; Respondent 1330: "…Pricing was not competitive").[133]

*Assessment of Programmatic Display Ad Performance*

103.    As summarized in Figure 17, in Q17, the most popular metrics used to assess the performance of programmatic display ads were "Conversions" (48 percent of respondents), "Return on Investment (ROI)" (48 percent of respondents), "Return on Ad Spend (ROAS)" (47 percent of respondents), and "Cost per Click (CPC)" (47 percent of respondents).[134]

---

[131]   Appendix F.3.
[132]   Exhibit 30.
[133]   Appendix F.3.
[134]   Exhibit 32.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 17. Share of Higher-Spend Advertisers
Using Each Performance Metric**



**Notes and Sources:** Exhibit 32.

104.    Approximately 22 percent of respondents indicated that Return on Investment (ROI) was the most important metric for accurately assessing performance and approximately 17 percent of respondents indicated that Return on Ad Spend (ROAS) was most important.[135]   As shown in Figure 18, Return on Investment (ROI) and Return on Ad Spend (ROAS) were ranked as the most important metric by a greater share of respondents than any other metric.[136]

---

[135]   Exhibit 33.
[136]   Exhibit 33.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 18. Share of Higher-Spend Advertisers
Ranking Performance Metric as Most Important**



**Notes and Sources:** Exhibit 33. One respondent (less than 1 percent of respondents) selected "Other" as the most important metric. Values sum to 100%. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

105.    Approximately 77 percent of respondents indicated that they measure or assess performance of programmatic display advertising at least monthly.[137]

106.    Approximately 59 percent of respondents ran experiments on their programmatic display ads in the past year.[138]   Among those respondents, approximately 59 percent ran experiments related to creatives, 54 percent ran experiments related to audiences, and 50 percent ran experiments related to ROI/ROAS.[139]

**D.    Key Implications of the Findings**

107.    <u>Performance measurement</u>: The results of the survey show that higher-spend advertisers typically rely on a variety of methods to monitor the performance of their advertising;

---

[137]  Exhibit 34. Specifically, approximately 12 percent of respondents indicated measuring performance daily, 37 percent indicated measuring performance weekly, and 28 percent indicated measuring performance monthly.
[138]  Exhibit 35.
[139]  Exhibit 36.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

they also tend to review performance often.  Approximately half of the advertisers reported monitoring Return on Investment (ROI) and/or Return on Ad Spend (ROAS), among other measures, for programmatic display advertising and other types of digital advertising.  Based on these and other measures, advertisers can assess the relative effectiveness or ineffectiveness of the various advertising tools they use, including programmatic display, and potentially react to performance changes.

108.    Substitution: Using the performance feedback that they receive regarding costs and returns, advertisers can adjust their advertising spending allocation.  To further examine the actions taken (or not taken) as a result of identifying a cost increase, respondents were presented with a hypothetical scenario involving a "small but significant" increase in the cost of programmatic display advertising, assuming that the costs associated with other digital advertising types remain the same.  The results indicated that most higher-spend advertisers (59 percent) would have diverted spending to other advertising types, including social, search, and digital video.  Thus, while there are of course differences among advertisers, by and large, the findings indicate that at least social, search, and digital video serve as substitutes for programmatic display advertising.  In particular, the findings indicate that many advertisers would reallocate advertising spending if they determine, based on the performance information available to them, that their programmatic display advertising is less cost effective than it previously was.  In other words, these findings suggest that if the cost of programmatic display advertising increases, many advertisers will take action as a result, and the parties responsible for such cost increases will likely lose share to other advertising channels.

109.    Multi-homing: The survey results also show that most higher-spend advertisers use multiple digital advertising types and, within programmatic display advertising specifically,

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

employ multiple ad buying tools.  In particular, the survey results indicate that most advertisers used multiple other types of digital advertising in addition to programmatic display, with the most popular types being social, search, digital video, email, and direct deals display.  In addition, the survey results show that most higher-spend advertisers (approximately 75 percent) used multiple ad buying tools for programmatic display advertising.[140]  The survey results also indicate that multi-homing is common for users of Google ad buying tools.  Specifically, approximately 87 percent of Google Ads users use at least one other ad buying tool for programmatic display.[141]

110.    Thus, the survey findings indicate that most higher-spend advertisers use a variety of other digital advertising types and employ multiple ad buying tools for display advertising, suggesting they have a variety of alternatives to Google ad buying tools.  That is, higher-spend advertisers, by and large, already practice multi-homing, which facilitates flexible allocations and tool selection as desired.

111.    Programmatic display spending:  It is also important to put spending on programmatic display in the broader context of advertising spending.  As the survey results showed, programmatic display accounts for a relatively small portion of most higher-spend advertisers' digital advertising spending.  Specifically, the survey results indicate that, among higher-spend advertisers who use programmatic display advertising, programmatic display accounts for an average share of approximately 29 percent and a median share of approximately 15 percent of their overall digital advertising budget.[142]

112.    Sophistication of higher-spend advertisers:  The survey also informs us about the level of sophistication of most higher-spend advertisers.  For example, beyond the various metrics

---

[140]  Exhibit 21.
[141]  Exhibit 23.  Approximately 76 percent of Google Ads users use at least one non-Google ad buying tool for programmatic display. Exhibit 23.
[142]  Exhibit 14.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

they use to track the performance of their advertising spending and make corresponding adjustments, most higher-spend advertisers conduct experiments.  Such experiments allow them to examine the effectiveness of advertising aspects such as the creatives, audiences, ROI/ROAS, bid strategies, and ad buying tool performance to further optimize their spending.

## V.    LOWER-SPEND ADVERTISER SURVEY

### A.    Overview

113.    The Lower-Spend Advertiser Survey was similar for the most part to the Higher-Spend Advertiser Survey.  As described in further detail below, I made certain modifications necessary to ensure the questionnaire was clear and appropriate for advertisers who spend significantly less on advertising and may not be familiar with industry-specific terminology or advertising practices that are more complex.[143]

114.    The preliminary interviews suggested that lower-spend advertisers might not regularly differentiate between programmatic and direct deals transaction methods or use the term "ad buying tool," even if they had used display advertising.  As a result, I removed references to programmatic and direct deals methods, instead asking about display advertising in general. Similarly, I removed questions about ad buying tools in the main questionnaire and adapted the questions to refer broadly to "platforms."  In order to avoid presenting lower-spend advertisers with too many likely unfamiliar tool options (*i.e.*, the least used tools), I shortened the list of ad buying tools presented to respondents in questions regarding ad buying tool usage.  In addition, in order to avoid overloading lower-spend advertisers, I asked respondents to identify the metrics used to measure ad performance for up to two advertising types, social media and display

---

[143]    Of course, respondents in all three surveys always had the option to indicate "Don't know / Unsure" if they were unfamiliar with the language in the questions or answer options.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

advertising, instead of up to four advertising types as was done in the Higher-Spend Advertiser Survey. Other differences involved minor updates to the phrasing of questions and answer options to make them suitable for lower-spend advertisers, such as removing references to "business unit/team" and updating "advertiser/marketer" to "products/services business."

### B.    Methodology

115.    Three pre-test interviews (as described above) for the Lower-Spend Advertiser Survey were conducted on September 19, 2023. No changes were made based on these pre-test interviews. The Lower-Spend Advertiser Survey was administered from September 25, 2023 to October 12, 2023. The full survey questionnaire is included in Appendix G.1. Screenshots of the survey as it appeared to respondents are presented in Appendix G.2.

### 1.    Survey Universe and Screening Criteria

116.    The survey universe for the Lower-Spend Advertiser Survey was similar to that of the Higher-Spend Advertiser Survey. Specifically, the universe for the Lower-Spend Advertiser survey included advertisers and marketers based in the U.S. who work for companies that sell and advertise products or services (as opposed to ad agencies) and have spent less than $500,000 on advertising in the past year.[144] Because a primary focus of the survey was to assess decision-making regarding display advertising specifically, the survey universe was limited to advertisers and marketers who have used display advertising in the past year and who were personally involved in decisions regarding their company's use of display advertising, including determining strategies, budgets, use of buying tools, and/or management of digital display campaigns.

---

[144]    As discussed above, advertisers spending more than $500,000 on advertising in the past year were eligible for the Higher-Spend Advertiser Survey, which used certain industry terms that higher-spend advertisers tend to be more familiar with.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

117.    The screening questions used to determine whether the respondents met the definition of the relevant survey universe and thus would qualify for the main questionnaire for the Lower-Spend Advertiser Survey were similar to those used in the Higher-Spend Advertiser Survey, except for certain differences that I describe below.

118.    Similar to the Higher-Spend Advertiser Survey, respondents in the Lower-Spend Advertiser Survey were asked to identify what type of company they work for (QS7), and had to indicate they work for a company that sells and advertises products or services in order to proceed with the survey.  However, I replaced the term "Advertiser/Marketer" with "Products/Services Business" to account for respondents working for small businesses whose primary function is not marketing or advertising:[145]

> **QS7.** Which of the following best characterizes the type of company you work for? *(Please select only one option.)*
>
> ⊙ **Products/Services Business** – your company sells products or services and advertises/markets its products or services
> ⊙ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies
> ⊙ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds
> ⊙ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution
> ⊙ **Other** (*please describe*): **[INSERT TEXT BOX]**
>
> **[TERMINATE IF "Products/Services Business" IS NOT SELECTED]**

119.    Respondents were then asked about their advertising spending over the last 12 months (QS10).  Qualified respondents had to indicate their company had spent less than $500,000 on all advertising in the last 12 months.  To allow for a more granular assessment of spending, I

---

[145]    The order of the presented response options was randomized (except for "Other").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

separated the "$10,000 to less than $50,000" into two categories, "$10,000 to less than $25,000" and "$25,000 to less than $50,000:"[146]

> **QS10.** Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? *(Please select only one option.)*
>
> ⊙ Less than $10,000
> ⊙ $10,000 to less than $25,000
> ⊙ $25,000 to less than $50,000
> ⊙ $50,000 to less than $100,000
> ⊙ $100,000 to less than $250,000
> ⊙ $250,000 to less than $500,000
> ⊙ $500,000 to less than $1 million **[TERMINATE]**
> ⊙ $1 million to less than $3 million **[TERMINATE]**
> ⊙ $3 million to less than $7 million **[TERMINATE]**
> ⊙ $7 million to less than $15 million **[TERMINATE]**
> ⊙ $15 million to less than $30 million **[TERMINATE]**
> ⊙ $30 million to less than $50 million **[TERMINATE]**
> ⊙ $50 million to less than $100 million **[TERMINATE]**
> ⊙ $100 million to less than $250 million **[TERMINATE]**
> ⊙ $250 million to less than $500 million **[TERMINATE]**
> ⊙ $500 million or more **[TERMINATE]**
> ⊙ Don't know / Unsure **[TERMINATE]**

120.    As described above, respondents for the Lower-Spend Advertiser Survey had to indicate that they use display advertising (QS12), but the survey did not distinguish between programmatic transaction methods and direct deals.[147]

121.    Similar to the Higher-Spend Advertiser Survey, respondents had to indicate that they have been personally involved in their company's digital display advertising efforts in the last 12 months to be qualified to participate in the survey (QS13).  However, I made minor adjustments

---

[146]    The order of the presented response options was rotated (except for "Don't know / Unsure").
[147]    *See* Appendix G.1, at QS12.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

to the language in the response options related to personal involvement in advertising efforts to align with the scope of advertising that lower-spend advertisers likely perform: [148]

> **QS13.** In which of the following ways have you personally been involved in your company's **digital display** advertising efforts in the **last 12 months**? *(Select all that apply.)*
> ❒ I determine overall strategies and/or budgets for digital display
> ❒ I determine which tools and/or platforms to use for digital display
> ❒ I regularly use self-serve ad platforms to manage digital display campaigns
> ❒ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns
> ❒ I regularly set up audience/target parameters for digital display campaigns
> ❒ I measure results of digital display campaigns
> ⊙ None of the above **[EXCLUSIVE]**
> ⊙ Don't know / Unsure **[EXCLUSIVE]**
>
> **[TERMINATE IF NONE OF** "I determine overall strategies and/or budgets for digital display", "I determine which tools and/or platforms to use for digital display", "I regularly manage digital display campaigns", **AND** "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns" **ARE SELECTED]**

122.    Similar to the Higher-Spend Advertiser Survey, respondents were also asked a series of questions regarding their current job title or level and market sector.  The information gathered from these questions was used for data analysis purposes and not for screening purposes.

123.    Consistent with the definition of the survey universe, the survey sample thus included respondents who work for companies that sell and advertise their products or services, had spent less than $500,000 on all advertising in the past year, had spent some of their advertising budget on digital advertising in the past year, and had used display advertising in the past year. Additionally, respondents must have been personally involved in determining strategies, budgets,

---

[148]    The order of the presented response options was rotated (except for "None of the above" and "Don't know / Unsure").

or advertising tools and platforms for digital display or using self-serve ad platforms to manage digital display campaigns.

### 2.    Main Questionnaire

124.    After passing the screening questions, qualified respondents entered the main questionnaire and were given the same standard introductory instructions (Q1) as in the Higher-Spend Advertiser Survey.  As noted above, the main questionnaire was broadly similar to the Higher-Spend Advertiser Survey, except for certain differences that I describe below.  The main questionnaire included questions that addressed the following topics:

- use of different digital advertising types and ad agencies;

- reactions to a hypothetical increase in the cost of display advertising;

- use of platforms for display advertising; and

- methods to assess the performance of display advertising.

_Questions Regarding Use of Digital Advertising Platforms and Ad Agencies_

125.    Similar to the Higher-Spend Advertiser Survey, the Lower-Spend Advertiser Survey asked respondents whether they use an ad agency and/or consultant for digital advertising and, if so, for what purposes (Q2 and Q3).  They were then asked a series of questions related to their use of digital advertising.  To ensure a consistent understanding of digital display advertising across respondents, they were first shown the same description of digital display advertising that had been shown previously in the screener.  They were then asked which platforms they had used for digital display advertising in the last 12 months.  Respondents were provided with a shorter list of platforms selected from the list of buying tools in the Higher-Spend Advertiser Survey,[149] as

---

[149]   The list of ad buying tools was, in part, based on GOOG-DOJ-AT-02524665-749, at 679-681 (which identified Google Display and Video 360, AcuityAds, Adelphic, Adform, Amazon DSP, Adobe Advertising Cloud, Amobee, Basis by Centro, Beeswax, Criteo, and MediaMath DSP, among others).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

well as options for "Other" (which allowed respondents to type in the name of a platform not listed) and "Don't know / Unsure."  As in the Higher-Spend Advertiser Survey, I included a fictional platform that respondents could not have used ("Ad Step Technologies") as a "decoy" or "control" name to assess the amount of "false recognition" in the survey results, which may reflect, for example, misremembering or inattention.

> **Q4.** You mentioned that you have used **digital display advertising** in the **last 12 months.**
>
> **Digital display ads** are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.[150]
>
> Which of the following platforms, if any, have you used during the **last 12 months** for **digital display advertising**? *(Please select all that apply.)*[151]
>
> ❑  Google Ads
> ❑  Google Display and Video 360 (DV360)
> ❑  Adobe Advertising Cloud
> ❑  Amazon DSP
> ❑  Amobee
> ❑  MediaMath
> ❑  Quantcast
> ❑  The Trade Desk
> ❑  Yahoo DSP (formerly Verizon Media)[152]
> ❑  Criteo
> ❑  Ad Step Technologies
> ❑  Other (*please specify*): **[TEXT BOX]**
> ⊙  Don't know / Unsure **[EXCLUSIVE]**

---

[150] As described in paragraph 52, this definition was created for purposes of these surveys only, in order to test—among other things—the degree to which advertisers viewed certain types of ads, including ads shown on social media platforms, as substitutes for other types of display ads.  I did not conduct a survey to determine how advertisers use the terms "display" or "social."

[151] The order of the response options was randomized (except for "Other" and "Don't know / Unsure").

[152] In September 2021, Verizon Media DSP was renamed Yahoo DSP as part of its acquisition by private equity firm Apollo Global Management from Verizon. *See* https://support.tapclicks.com/hc/en-us/articles/4402116928795-Yahoo-DSP-Support-Guide (viewed 9/27/2023); https://www.theverge.com/2021/9/2/22653652/yahoo-aol-acquired-apollo-global-management-private-equity (viewed 9/27/2023).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

126.    If respondents indicated that they had used social advertising in the last 12 months in the screener, they were then asked to select the platforms they had used for social advertising. I also included a description of social advertising again to ensure their understanding was consistent across the sample.  Similar to the previous question, I included a fictional social platform that respondents could not have used ("FriendLinx") as a "decoy" or "control" name.

> **Q5. [IF "SOCIAL" WAS SELECTED IN QS12]** You indicated that you have used **social advertising** in the **last 12 months**.
>
> **Social ads** are digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.
>
> Which of the following platforms, if any, have you used during the **last 12 months** for **social advertising**? *(Please select all that apply.)* [153]
>
> ☐ Facebook
> ☐ Instagram
> ☐ Pinterest
> ☐ Snapchat
> ☐ TikTok
> ☐ Twitter
> ☐ LinkedIn
> ☐ Reddit
> ☐ Tumblr
> ☐ FriendLinx
> ☐ Other social media platforms: **[INSERT TEXT BOX]**
> ◉ Don't know / Unsure **[EXCLUSIVE]**

127.    Next, respondents were asked an open-ended question regarding the factors they consider when deciding from where to buy digital ads.  They were given the option to select "Don't know / Unsure."  If respondents did not select the "Don't know / Unsure" option, they were asked an additional question to ensure that they were being thoughtful about their answers:

> **Q6.** What factors do you consider when deciding where to buy **digital ads** from? *(Please type your response in the text box below, or select "Don't know / Unsure")*

---

[153]   The order of the response options was randomized (except for "Other social media platforms" and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

> **Q7. [IF "DON'T KNOW / UNSURE" WAS NOT SELECTED]** In addition to the factors you just mentioned, what other factors, if any, do you consider when deciding where to buy **digital ads** from? *(Please type your response in the text box below, or select "Don't know / Unsure")*

128.    Respondents were then presented with a list of digital advertising types they had previously indicated using in the past year in the screening questions.  They were asked to allocate 100% of their digital advertising budget across the different types of digital advertising. Specifically, they received the following instructions:[154]

> **Q8.** The following questions pertain to **digital advertising**.
>
> Previously, you mentioned that you have used the following types of **digital advertising** in the past year. What is your best estimate of the share of your **digital advertising spending** that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising spending on each type. The total should add up to 100%.
>
> To review the advertising type descriptions, hover your mouse over each digital advertising type.
>
> *(Please enter a number from 0 to 100 in each cell, or select "Don't know / Unsure." Please make sure that numbers add up to 100.)*
>
> Search:
> Display:
> Email:
> Digital Audio:
> Social:
> App/In-App:
> Digital Video:
> Connected TV:
> eCommerce Platforms:
> Other:
> ⊙  Don't know / Unsure **[EXCLUSIVE]**

---

[154]    The order of the presented response options was randomized (except for "Other" and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

*Questions Regarding Responses to an Increase in the Cost of Display Advertising*

129.    Similar to the Higher-Spend Advertiser Survey, I instructed respondents in the Lower-Spend Advertiser Survey to assume a scenario in which their analysis shows that the cost of display advertising has increased by a "small but significant amount," whereas the costs of other digital advertising types have not changed.  They were then asked whether or not they would divert some of their spending to other types of digital advertising (Q9) and if so, to which types they would divert (Q10) and the extent to which they would divert (Q11).  As I described above, all references to "programmatic display" or "direct deals display" were replaced with "display."

*Questions Regarding the Assessment of Display Ad Performance*

130.    Similar to the Higher-Spend Advertiser Survey, respondents were asked about the metrics they use to assess the performance of display ads.  However, instead of asking respondents to indicate which performance metrics they used for each of programmatic display ads, direct deals display ads, social media ads, and digital video ads, I only asked respondents about display ads and social media ads, if they indicated using social media ads in the screener.

> **Q12.** Which of the following metrics, if any, are you using to assess the performance of **display ads** and/or **social media ads**?
>
> To review the advertising type descriptions, hover your mouse over each digital advertising type.[155]
> *(Please select all that apply in each column.)*

| Metric | Display ads | Social media ads |
|---|---|---|
| Impressions | ☐ | ☐ |
| Clicks | ☐ | ☐ |
| Conversions | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ |

---

[155]   The orders of the columns and rows were randomized (except for "Other," "None of the above," and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| | | |
|---|---|---|
| Return on Investment (ROI) | ❏ | ❏ |
| Click through rate (CTR) | ❏ | ❏ |
| Other (please specify): **[TEXT BOX]** | ❏ | ❏ |
| None of the above **[EXCLUSIVE]** | ⊙ | ⊙ |
| Don't know / Unsure **[EXCLUSIVE]** | ⊙ | ⊙ |

131.    As in the Higher-Spend Advertiser Survey, if respondents indicated they used more than one metric for display ads, they were then asked to rank the selected metrics in terms of their importance to assessing the performance of display ads (Q13).  Similarly, respondents were asked to indicate the frequency at which they receive information on the performance of the display ads (Q14), whether they ran any experiments on their display ads in the past year (Q15), and, if applicable, what types of experiments they ran (Q16).

### C.    Survey Findings

132.    In this section, I will summarize the main survey findings for the Lower-Spend Advertiser Survey.  In each analysis, I summarize the results for the full sample of respondents, as well as for the subset of respondents who indicated spending less than $50,000 on advertising annually to explore whether there are meaningful differences for advertisers at even lower spending levels.[156]  Additional findings can be found in Exhibits 37 to 67.  The complete data set of all individual participants' responses is presented in Appendix G.3.

133.    A total of 402 lower-spend respondents completed the survey.[157]  Of those, 95 respondents chose to exclude their responses in QF1.[158] Consistent with common practice, 5 respondents who took too little time (less than 100 seconds) or took too much time (3 hours or

---

[156]    As shown in Exhibit 42, the analytical sample included 138 respondents who spent less than $50,000 on advertising in the past year, which provided a sufficient sample size to perform these analyses.

[157]    Exhibit 37.

[158]    Exhibit 37. Respondents who selected "Exclude my responses" in QF1 were not included in the respondent-level data files provided to me by Advertiser Perceptions and thus I do not have access to their responses to other questions in the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

more) were removed from the sample.[159] A total of 302 respondents are included in the summary tables.[160]

134.    In total, approximately 16 percent of respondents were women and 84 percent were men.[161] With respect to age, approximately 18 percent of respondents were between 18 and 34, 74 percent were between 35 and 49, and 8 percent were 50 years old or older.[162]  Approximately 38 percent of respondents indicated that their current job title/level was best described as "C-Level (CEO, COO, CMO, etc.)," 22 percent selected "Director," 21 percent selected "Vice President, SVP, EVP, President, etc.," and 12 percent selected "Manager."[163]  Approximately 46 percent of respondents spent less than $50,000 on advertising in the last 12 months, and 54 percent spent between $50,000 and $500,000 on advertising in the last 12 months.[164]

*Use of Digital Advertising Types and Ad Agencies*

135.    As shown in Figure 19, in addition to display advertising,[165] approximately 86 percent of respondents used at least one other type of digital advertising.  As shown, the results are similar for respondents with less than $50,000 annual ad spend.[166]

---

[159]  Exhibit 37. Changing these cutoffs to, for example, three minutes and two hours does not meaningfully impact the results.  *See* Exhibit 105.

[160]  Exhibit 37.  As noted above, two survey questions included "decoy" response options: Q4 regarding the use of different ad buying tools (including "Ad Step Technologies" as a decoy response option) and Q5 regarding the use of different social media platforms (including "FriendLinx" as a decoy response option).  Overall, approximately 20 percent of respondents selected at least one of the two decoy response options. *See* Appendix J, at Exhibit 37.  Given that these selections might have been inadvertent, these respondents were not excluded from the analytical sample.  In Appendix J, I present an alternative set of results for all questions based on an analytical sample that excludes respondents who selected one or more decoy response options in Q4 or Q5.  As shown, excluding these respondents has virtually no effect on the results (and the difference is not statistically significant).

[161]  Exhibit 39.

[162]  Exhibit 39.

[163]  Exhibit 41.

[164]  Exhibit 42. Calculated as $(6 + 58 + 74) / 302 = 45.7$ percent; $(42 + 61 + 61) / 302 = 54.3$ percent.

[165]  As described in paragraph 52, the definitions of advertising types were created for purposes of these surveys only, in order to test—among other things—the degree to which advertisers viewed certain types of ads, including ads shown on social media platforms, as substitutes for other types of display ads.  I did not conduct a survey to determine how advertisers use the terms "display" or "social."

[166]  Exhibit 45.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 19. Share of Lower-Spend Advertisers Using More than One Type of Digital Advertising**

**Notes and Sources:** Exhibit 45.

136.    As shown in Figure 20, the most popular other types of digital advertising were social advertising (70 percent of respondents), search advertising (64 percent of respondents), digital video advertising (54 percent of respondents), and email advertising (47 percent of respondents).  Similarly, among respondents with less than $50,000 annual ad spend, the most popular other types of digital advertising were social advertising (72 percent of respondents), search advertising (67 percent of respondents), digital video advertising (48 percent of respondents), and digital audio advertising (43 percent of respondents).[167]

---

[167]  Exhibit 44.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 20. Share of Lower-Spend Advertisers Using Digital Advertising Types**

**Notes and Sources:** Exhibit 44. All respondents must have used display advertising in the past year to qualify for survey participation. One respondent (less than 1 percent of respondents) selected "Other;" this respondent had an annual ad spend of $50,000 – $500,000.

137.     Among respondents who indicated that they used social advertising in the past year, approximately 83 percent used Facebook, 65 percent used Instagram, 48 percent used Twitter, 47 percent used LinkedIn, and 42 percent used TikTok.[168]

138.     As illustrated in Figure 21A, across all respondents, display advertising accounted for an average of 33 percent of respondents' overall digital advertising budgets over the past year. As shown in Figure 21B, display advertising accounted for a similar percentage (37 percent) of the overall digital advertising budget for respondents with less than $50,000 annual ad spend.[169] As shown in Exhibit 57, display advertising accounted for a median of 20 percent of the overall digital advertising budget across the full sample of lower-spend advertisers and a median of 27

---

[168]   Exhibit 56. As shown on Exhibit 56, the results are similar among respondents with less than $50,000 annual ad spend.
[169]   Exhibit 57.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

percent of the overall digital advertising budget among respondents with less than $50,000 annual ad spend.[170]

**Figure 21A. Average Share of Budget Allocated to Each Advertising Type Among All Lower-Spend Advertisers**



**Notes and Sources:** Exhibit 57.  All respondents must have used display advertising in the past year to qualify for survey participation.  Values sum to 100%.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

---

[170]   Exhibit 57.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 21B. Average Share of Budget Allocated to Each Advertising Type Among Lower-Spend Advertisers with Less than $50,000 Annual Ad Spend**



**Notes and Sources:** Exhibit 57.  All respondents must have used display advertising in the past year to qualify for survey participation.  Values sum to 100%.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

139.    Approximately 67 percent of respondents indicated that they use an ad agency and/or consultant for digital advertising.[171]  The most common ways in which respondents use ad agencies and/or consultants include assistance with "Media/marketing strategies" (60 percent of respondents using ad agencies and/or consultants), "Implementation of advertising (*e.g.*, placing bids, interacting with DSPs)" (52 percent of respondents using ad agencies and/or consultants), "Tracking advertising performance" (52 percent of respondents using ad agencies and/or

---

[171]   Exhibit 46.  Similarly, approximately 69 percent of respondents with less than $50,000 annual ad spend indicated that they use an ad agency and/or consultant for digital advertising.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

consultants), and "Content and/or creatives" (45 percent of respondents using ad agencies and/or consultants).[172]

*Use of Platforms to Buy Display Ads*

140.    In response to Q4 regarding usage of different platforms to buy digital display ads, the most commonly used platforms were Google Ads (63 percent of respondents), Amazon DSP (50 percent of respondents), Google DV360 (35 percent of respondents), and Adobe Advertising Cloud (27 percent of respondents).[173]  These results are illustrated in Figure 22 below.  As shown, the results are similar for advertisers with less than $50,000 annual ad spend.

---

[172]  Exhibit 47.  Respondents with less than $50,000 annual ad spend indicated using ad agencies and/or consultants for similar purposes.
[173]  Exhibit 48.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 22. Share of Lower-Spend Advertisers Using Display Platforms (10 Most Popular Platforms)**



**Notes and Sources:** Exhibit 48.  Excludes "Ad Step Technologies."

141.    As noted above, "Ad Step Technologies" was included as a decoy/control platform name in Q4.  Approximately 14 percent of respondents indicated that they used Ad Step Technologies.[174]  In addition, Q5 regarding social media platform usage included a decoy social media platform "FriendLinx," and approximately 12 percent of respondents selected this response option.[175]  Overall, approximately 20 percent of respondents in the analytical sample selected at least one of the two decoy response options.[176]  Among the subset of respondents with less than $50,000 in annual ad spend, approximately 15 percent of respondents selected at least one of the

---

[174]  Exhibit 48.  Among the subset of respondents with less than $50,000 annual ad spend, approximately 7 percent indicated that they used Ad Step Technologies.

[175]  Exhibit 56.  Among the subset of respondents with less than $50,000 annual ad spend, approximately 13 percent indicated that they used FriendLinx.

[176]  A total of 59 respondents selected at least one decoy response option (or approximately 20 percent of the overall analytical sample of 302 respondents).  *See* Appendix J, at Exhibit 37.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

two decoy response options.[177]  In this section, I present certain results regarding use of multiple buying tools both including and excluding respondents who selected one or more decoy response options.  As demonstrated below, the main results are very similar regardless of whether respondents who selected one or more decoy response options are included in or excluded from the analysis. Given that these selections might have been inadvertent, these respondents were not excluded from the analytical sample.[178]

142.    Across the full analytical sample, approximately 80 percent of respondents indicated using more than one platform to buy display ads.[179]  Respondents reported using an average of 2.6 platforms to buy display ads in the past year.[180]  Among the subset of respondents with less than $50,000 in annual ad spend, approximately 78 percent of respondents indicated using more than one platform to buy display ads.[181]  On average, respondents with less than $50,000 in annual ad spend reported using approximately 2.3 platforms to buy display ads in the past year.[182]

143.    Excluding respondents who selected one or more decoy response options from the analysis, approximately 77 percent of respondents indicated using more than one platform to buy display ads.[183]  Respondents reported using an average of 2.4 platforms to buy display ads.[184]  For the subset of respondents with less than $50,000 in annual ad spend, excluding respondents who

---

[177]  A total of 21 respondents with less than $50,000 in annual ad spend selected at least one decoy response option (or approximately 15 percent of the subset of respondents with less than $50,000 in annual ad spend). *See* Appendix J, at Exhibit 37.

[178]  An alternative set of results for all questions based on an analytical sample that excludes respondents who selected one or more decoy response options is in Appendix J.

[179]  Exhibit 49.  The decoy display platform name was not included in the count of platforms used by each respondent. In other words, if a respondent indicated using Google DV360 and Ad Step Technologies, he or she was considered to use only one display platform (Google DV360).

[180]  Exhibit 49.

[181]  Exhibit 49.

[182]  Exhibit 49.

[183]  Appendix J, at Exhibit 49.

[184]  Appendix J, at Exhibit 49.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

selected one or more decoy response options from the analysis, approximately 78 percent of respondents indicated using more than one platform to buy display ads.[185]  Respondents in this subset reported using an average of 2.2 platforms to buy display ads.[186]

144.    Users of Google Ads and Google DV360 also indicated using multiple platforms to buy display ads.  As shown in Figure 23, for the full analytical sample, approximately 87 percent of respondents who use Google Ads indicated using at least one other platform to buy display ads and 80 percent of respondents who use Google Ads indicated using at least one other non-Google platform to buy display ads.[187,188]  Figure 23 also shows that the results are similar for advertisers with less than $50,000 annual ad spend.

---

[185]  Appendix J, at Exhibit 49.
[186]  Appendix J, at Exhibit 49.
[187]  Exhibit 51.  As noted above, the decoy display platform was not included in the count of platforms used to buy display ads by each respondent.
[188]  As shown in Exhibits 53 to 55, most respondents who use only Google Ads for display advertising also use other types of digital advertising (including social, search, and/or email, among others), and spend less than 40 percent of their overall advertising budget on display advertising.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 23.  Share of Google Ads Users Using Other Display Platforms Among Lower-Spend Advertisers**



**Notes and Sources:** Exhibit 51.  Values sum to 100%.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

145.    Excluding respondents who selected one or more decoy response options from the analysis, approximately 85 percent of respondents who use Google Ads indicated using at least one other platform to buy display ads and 76 percent of respondents who use Google Ads indicated using at least one other non-Google platform to buy display ads.[189]  For the subset of respondents with less than $50,000 in annual ad spend, excluding respondents who selected one or more decoy response options from the analysis, approximately 84 percent of respondents who use Google Ads

---

[189]    Appendix J, at Exhibit 51.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

indicated using at least one other platform to buy display ads and 78 percent of respondents who use Google Ads indicated using at least one other non-Google platform to buy display ads.[190]

146.    As shown in Figure 24, for the full analytical sample, approximately 97 percent of respondents who use Google DV360 indicated using at least one other platform to buy display ads and 83 percent of respondents who use Google DV360 indicated using at least one other non-Google platform to buy display ads.[191]   Figure 24 also shows that the results are similar for advertisers with less than $50,000 annual ad spend.

---

[190]    Appendix J, at Exhibit 51.
[191]    Exhibit 51.  As noted above, the decoy display platform was not included in the count of platforms used to buy display ads by each respondent.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 24.  Share of Google DV360 Users Using Other Display Platforms Among Lower-Spend Advertisers**



**Notes and Sources:** Exhibit 51.  Values sum to 100%.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

147.    Excluding respondents who selected one or more decoy response options from the analysis, approximately 96 percent of respondents who use Google DV360 indicated using at least one other platform to buy display ads and 79 percent of respondents who use Google DV360 indicated using at least one other non-Google platform to buy display ads.[192]  For the subset of respondents with less than $50,000 in annual ad spend, excluding respondents who selected one or more decoy response options from the analysis, approximately 91 percent of respondents who use Google DV360 indicated using at least one other platform to buy display ads and 79 percent

---

[192]    Appendix J, at Exhibit 51.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

of respondents who use Google DV360 indicated using at least one other non-Google platform to buy display ads.[193]

148.    All respondents were asked to explain, in an open-ended response, what factors they consider when deciding where to buy digital ads from.  Respondents mentioned a variety of different factors, including, for example, performance and effectiveness (*e.g.*, Respondent 1026: "A good amount of return on investment is a must factor to consider while buying the digital ads."; Respondent 675: "ROI and data privacy"; Respondent 2421: "Good ROI"), features offered by the platform (*e.g.*, Respondent 751: "Can you provide detailed and accurate targeting features."; Respondent 2120: "quality of the features it offers"), and reputation/credibility of the platform (*e.g.*, Respondent 511: "The platform where I will be purchasing should be very trusted."; Respondent 776: "Affordability and reputation"), among other factors.[194]

*Responses to an Increase in the Cost of Display Advertising*

149.    In response to the scenario described above contemplating an increase in the cost of display advertising, approximately 61 percent of respondents indicated that they would divert some of their spending to other types of digital advertising, as illustrated in Figure 25.[195]  As shown, the results are similar for respondents with less than $50,000 annual ad spend (70 percent of these respondents indicated that they would divert spending).

---

[193]    Appendix J, at Exhibit 51.
[194]    Appendix G.3.
[195]    Exhibit 58.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 25. Share of Lower-Spend Advertisers Who Would Divert Spending**



**Notes and Sources:** Exhibit 58.  Values sum to 100%.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

150.    Respondents who indicated that they would divert spending were then asked to identify which types of advertising they would divert spending to.  As shown in Figure 26, the most common responses were social (58 percent of respondents who would divert spending), email (43 percent of respondents who would divert spending), and search (43 percent of respondents who would divert spending).[196]  As shown, the results are fairly similar among the subset of respondents with less than $50,000 annual ad spend, with social (64 percent of respondents who would divert spending) and search (43 percent of respondents who would divert spending) as the most common responses.

---

[196]   Exhibit 59.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 26. Share of Lower-Spend Advertisers
Who Would Divert Spending to Each Advertising Type**



**Notes and Sources:** Exhibit 59.

151.    Additionally, most respondents indicated that the extent to which they would divert spending to each advertising type selected was between 7 and 10 on a 0 to 10 point scale (where 0 represents no change in spending on a given type of advertising, and 10 represents a substantial increase in spending on a given type of advertising).[197]  In other words, most respondents indicated that they would make relatively substantial increases to their spending on other types of advertising in response to an increase in the cost of display advertising.

---

[197]    Exhibit 62.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 27A. Extent of Spending Increase
Among Lower-Spend Advertisers (0 to 10 scale)**

**Notes and Sources:** Exhibit 62.  Values sum to 100% for each type.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.  One respondent (approximately 1 percent of respondents who would divert) indicated diverting spending to "Other" and rated the extent of the increase at 10 on a 10 point scale.  Exhibits 60 and 61.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 27B. Extent of Spending Increase Among Lower-Spend Advertisers with Less than $50,000 Annual Ad Spend (0 to 10 scale)**



**Notes and Sources:** Exhibit 62.  Values sum to 100% for each type.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

## *Assessment of Display Ad Performance*

152.    The most popular metrics used to assess the performance of display ads were "Return on Investment (ROI)" (39 percent of respondents), "Cost per Click (CPC)" (39 percent of respondents), "Clicks" (38 percent of respondents), "Click through rate (CTR)" (35 percent of respondents), and "Return on Ad Spend (ROAS)" (35 percent of respondents), as summarized in Figure 28.[198]  As shown, the results are generally consistent for advertisers with less than $50,000 annual ad spend.

---

[198]    Exhibit 63.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 28. Share of Lower-Spend Advertisers
Using Each Performance Metric**

**Notes and Sources:** Exhibit 63.

153.    Approximately 18 percent of respondents indicated that Return on Investment (ROI) was the most important metric for accurately assessing performance and approximately 12 percent of respondents indicated that Return on Ad Spend (ROAS) was most important.[199] Similarly, among advertisers with less than $50,000 annual ad spend, approximately 21 percent of respondents indicated that Return on Investment (ROI) was the most important metric for accurately assessing performance and approximately 14 percent of respondents indicated that Return on Ad Spend (ROAS) was most important.[200]

---

[199]    Exhibit 64.
[200]    Exhibit 64.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 29. Share of Lower-Spend Advertisers
Ranking Performance Metric as Most Important**



Notes and Sources: Exhibit 64.  Two respondents (less than 1 percent of respondents who used at least one metric to assess the
performance of display advertising) selected "Don't know / Unsure."  Values sum to 100%.  Displayed values are rounded to the nearest
percent and may appear to sum to greater or less than 100 percent after rounding.

154.    Approximately 82 percent of respondents indicated that they measure or assess

performance of display advertising at least monthly.[201]   Similarly, approximately 85 percent of

respondents with less than $50,000 annual ad spend reported measuring or assessing performance

of display at least monthly.[202]

155.    Approximately 60 percent of respondents ran experiments on their display ads in

the past year.[203]   Among those respondents, approximately 62 percent ran experiments related to

creatives, 47 percent ran experiments related to audiences, 41 percent ran experiments related to

---

[201]   Exhibit 65.  Specifically, approximately 9 percent of respondents indicated measuring performance daily, 41
percent indicated measuring performance weekly, and 32 percent indicated measuring performance monthly.
[202]   Exhibit 65.  Specifically, approximately 7 percent of respondents indicated measuring performance daily, 50
percent indicated measuring performance weekly, and 28 percent indicated measuring performance monthly.
[203]   Exhibit 66.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

ROI/ROAS, and 41 percent ran experiments related to ad buying tool performance.[204]  Similarly, among the subset of respondents with less than $50,000 annual ad spend, approximately 64 percent of respondents ran experiments on their display ads, with the most common types of experiments relating to creatives, ROI/ROAS, and ad buying tool performance.[205]

### D.    Key Implications of the Findings

156.    <u>Performance measurement</u>:  Similar to higher-spend advertisers, the results of the survey show that lower-spend advertisers typically rely on a variety of performance measures, including Return on Investment (ROI) and Return on Ad Spend (ROAS), as well as Clicks and Cost per Click (CPC) (among other measures), and tend to review performance often.  Based on these and other measures, advertisers can assess the relative effectiveness or ineffectiveness of the various advertising tools they use, including display advertising, and potentially react to performance changes.

157.    <u>Substitution</u>:  As with higher-spend advertisers, using the performance feedback that they receive regarding costs and returns, lower-spend advertisers can adjust their advertising spending allocation.  Similar to the Higher-Spend Advertiser Survey, respondents were presented with a hypothetical scenario involving a "small but significant" increase in the cost of display advertising, assuming that the costs associated with other digital advertising types remain the same. The results indicated that most lower-spend advertisers (61 percent) would divert spending to other advertising types.[206]  The most popular advertising types to which lower-spend advertisers would divert spending include social, email, and search, generally suggesting that at least social, email, and search serve as substitutes for display advertising.  In particular, the findings indicate that

---

[204]    Exhibit 67.
[205]    Exhibits 66-67.
[206]    Exhibit 58.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

many lower-spend advertisers would reallocate advertising spending if they determine that their display advertising is less cost effective than it previously was.  These results suggest that, if the cost of display advertising increases, many advertisers will take action as a result, and the parties responsible for such cost increases will likely lose share to other advertising channels.

158.    Multi-homing:  The survey results show that most lower-spend advertisers use multiple digital advertising types and, within display advertising specifically, use multiple platforms to buy display ads.  In particular, most advertisers use multiple other types of digital advertising in addition to display, with the most popular types being social, search, digital video, and email advertising.  In addition, most advertisers (approximately 80 percent) use multiple platforms to buy display ads.[207]  The survey results further indicated that multi-homing is common for users of Google ad buying tools.  Specifically, approximately 87 percent of lower-spend advertisers that use Google Ads also use at least one other platform for display ads.[208]

159.    Thus, the survey findings indicate that most lower-spend advertisers use a variety of other digital advertising types and employ multiple ad buying tools for display advertising, suggesting they have a variety of alternatives to Google ad buying tools.  That is, lower-spend advertisers, by and large, already practice multi-homing, which facilitates flexible allocations and tool selection as desired.

160.    Display ad spending:  Similar to higher-spend advertisers, the survey results indicate that most lower-spend advertisers spend a relatively small portion of their budget on display advertising.  Among lower-spend advertisers who use display advertising, display

---

[207]    Exhibit 49.
[208]    Exhibit 51. Approximately 80 percent of Google Ads users use at least one non-Google ad buying tool for programmatic display. Exhibit 51.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

advertising accounts for an average share of approximately 33 percent and a median share of approximately 20 percent of their overall digital budget.[209]

161.  <u>Sophistication of lower-spend advertisers</u>:  The survey results also suggest that, beyond the various metrics they use to track performance of their advertising spending and make adjustments, most lower-spend advertisers also conduct experiments related to various advertising aspects, including creatives, audiences, and ROI/ROAS, among others, to further optimize their spending.


VI.    **AD AGENCY SURVEY**

A.    **Overview**

162.  The questions in the Ad Agency Survey were largely the same or similar to those in the Higher-Spend Advertiser Survey.  As described in further detail below, I made certain modifications to ensure the questionnaire was clear and suitable for respondents who work at advertising agencies and may work on behalf of multiple clients at the same time.  As with the Lower-Spend Advertiser Survey, these modifications were based on the preliminary interviews, as well as discussions with AP.

163.  For most of the questionnaire, I instructed ad agency respondents to answer the questions as they relate to the client on which they spend the most time, so that the point of reference was consistent across the sample and did not involve trying to average different advertising clients.  I also updated certain questions related to job responsibilities and involvement to reflect the fact that the respondents in the Ad Agency Survey advise or engage in advertising efforts on behalf of clients.

---

[209]  Exhibit 57.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## B. Methodology

164.    Four pre-test interviews for the Ad Agency Survey (as described above) were conducted on September 5, 2023.  No changes were made based on the pre-testing.  The actual Ad Agency Survey was administered from September 6, 2023 to September 21, 2023.  The full survey questionnaire is included in Appendix H.1.  Screenshots of the survey as it appeared to respondents are presented in Appendix H.2.

### 1. Survey Universe and Screening Criteria

165.    The survey universe for the Ad Agency Survey included individuals based in the U.S. who work for ad agencies and assist their clients with media strategy (*i.e.*, advising clients on media/marketing strategies and/or how to spend advertising funds).  Because a primary focus of the survey was to assess decision-making regarding programmatic display advertising specifically, the survey universe was also limited to ad agency employees who have used programmatic display advertising in the past year for their primary client and who were personally involved in assisting their primary client with decisions regarding their use of display advertising, including determining or advising the client regarding strategies, budgets, use of buying tools, and/or management of digital display campaigns.

166.    The screening questions used to determine whether the respondents met the definition of the relevant survey universe and thus would qualify for the main questionnaire for the Ad Agency Survey were similar to those used in the Higher-Spend Advertiser Survey, except for certain differences that I describe below.

167.    Respondents were asked to select which description best characterizes their company (QS7), and had to indicate working for a media agency or a full service agency in order to proceed with the survey.  If the respondent indicated working for a full service agency, they

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

were asked a follow-up question (QS8) regarding their primary involvement, and had to indicate that they were primarily involved in media strategy (rather than creative strategy) in order to proceed.[210]

> **QS7.** Which of the following best characterizes the type of company you work for? *(Please select only one option.)*
>
> - ⊙ **Advertiser/Marketer** – your company sells products or services and advertises/markets its products or services
> - ⊙ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies
> - ⊙ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds
> - ⊙ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution
> - ⊙ **Other** (*please describe*): **[INSERT TEXT BOX]**
>
> **[TERMINATE IF NEITHER "Full Service Agency" NOR "Media Agency" IS SELECTED]**
>
> **QS8. [IF FULL SERVICE AGENCY SELECTED IN QS7]** You indicated that you work for a Full Service Agency. Does your work primarily involve Creative strategy (i.e., designing or producing marketing content and/or advising clients on creative strategies) or Media strategy (i.e., advising clients on media/marketing strategy and/or how to spend advertising funds)? *(Please select only one option.)*
>
> - ⊙ Creative Strategy
> - ⊙ Media Strategy
> - ⊙ None of the above
> - ⊙ Don't know / Unsure
>
> **[TERMINATE IF "Media Strategy" IS NOT SELECTED]**

168.    I then instructed respondents to answer all subsequent questions from the perspective of the client on which they spend the most time:

> **QS10.** The following questions will ask you about your advertising decisions and practices. For these questions, please think about **the client**

---

[210]    The order of the presented response options was randomized (except for "Other," "None of the above," and "Don't know / Unsure" as applicable).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

> **you spend the most time on** and answer the question from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

169.    Unlike the Higher-Spend Advertiser Survey and Lower-Spend Advertiser Survey, I did not impose a required level of advertising spend for the Ad Agency Survey (or tailor the survey questions differently based on the level of advertising spend of the respondent's primary client) since respondents at ad agencies handle various advertising tasks across multiple clients, which provides them the requisite level of sophistication to understand the advertising terminology used in the survey.  The questionnaire did ask respondents about the level of advertising spend of their primary client.  In most cases, the primary client spending would place them in the higher-spend group (*i.e.*, advertisers spending more than $500,000 annually).[211]

170.    I modified the screener question related to personal involvement such that respondents who advise clients on marketing strategies or budgets would be qualified for the survey, even though they might not be personally responsible for making the final decisions:[212]

> **QS17.** In the **last 12 months**, in which of the following ways have you personally been involved in **digital display** advertising efforts on behalf of the client you spend the most time on? *(Select all that apply.)*
>
> ❑ I determine or advise the client regarding overall strategies and/or budgets for digital display.
> ❑ I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display.
> ❑ I regularly use self-serve ad platforms to manage digital display campaigns for the client.
> ❑ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns for the client.
> ❑ I regularly set up audience/target parameters for programmatic digital display buying for the client.
> ❑ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying for the client.

---

[211]    *See* Exhibit 73.
[212]    The order of the presented response options was randomized (except for "None of the above" and "Don't know / Unsure").

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- ❑ I measure results of digital display campaigns for the client.
- ❑ I oversee a team/individuals that measure(s) results of digital display campaigns for the client.
- ⊙ None of the above **[EXCLUSIVE]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF NONE OF "**I determine or advise the client regarding overall strategies and/or budgets for digital display**", "**I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display**", "**I regularly use self-serve ad platforms to manage digital display campaigns for the client**", AND "**I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns for the client**" ARE SELECTED]**

171.    The remaining screening criteria in the Ad Agency Survey were the same as those in the Higher-Spend Advertiser Survey, focusing specifically on the client on which respondents spend the most time.[213]

172.    Similar to the Higher-Spend Advertiser Survey and the Lower-Spend Advertiser Survey, respondents were also asked a series of questions regarding their current job title or level and the market sector and use of social media platforms, if any, for the client on which they spend the most time.  The information gathered from these questions was used for data analysis purposes and not for screening purposes.

173.    Consistent with the definition of the survey universe, the survey sample thus included respondents who primarily work on media strategy at an ad agency, had spent some advertising budget on digital advertising in the past year for the client on which they spend the most time, and had used programmatic display advertising in the past year for the client on which they spend the most time.  Additionally, respondents must have been personally involved in

---

[213]   Specifically, QS1-QS6, QS11-QS16, and QS18 in the Ad Agency Survey were the same as screening questions in the Higher-Spend Advertiser Survey.  The answer options for QS9 ("Which of the following best characterizes your current job title/level?") were modified slightly to reflect job titles/levels more typical of respondents who work at ad agencies.  *See* Appendix F.1; Appendix H.1.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

determining or advising clients on strategies, budgets, or ad buying tools for digital display or using self-serve ad platforms to manage digital display campaigns.

### 2. Main Questionnaire

174.   After passing the screening questions, qualified respondents entered the main questionnaire and were given the same standard introductory instructions (Q1) as in the Higher-Spend Advertiser Survey.  As noted above, the main questionnaire was broadly similar to the Higher-Spend Advertiser Survey, except for certain differences that I describe below.  The main questionnaire began with standard preliminary instructions, followed by questions that addressed the following topics, as tied to the advertising client on which respondents spent the most time:

- use of different digital advertising types;

- reactions to a hypothetical increase in the cost of programmatic display advertising;

- use of ad buying tools for programmatic display advertising; and

- methods to assess the performance of programmatic display advertising.

175.   After passing the screening questions, qualified respondents were given the following instructions:

> **Q1.** You have been selected to answer additional questions about your advertising practices for **the client you spend the most time on**. Please continue to think about the client you spend the most time on and answer the question from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective       of       the       most       typical       of       those       clients.
>
> For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.
>
> Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

176.    Next, instead of asking respondents about their use of ad agencies (as in the Higher-Spend Advertiser Survey and the Lower-Spend Advertiser Surveys), I asked respondents about the extent to which they were involved in advertising activities for the client on which they spend the most time:

> **Q2.** Which of the following best describes your involvement in each of these activities for the client you spend the most time on? *(Please select a value on the slider between 0 and 100 for each activity. If you do not have an answer, please select "Don't know / Unsure".)*[214]

|  |  |
|---|---|
| Determining initial advertising budget | **[INSERT SLIDER]** |
| Allocating budget across different advertising types | **[INSERT SLIDER]** |
| Increasing/decreasing spending on a particular type of advertising | **[INSERT SLIDER]** |
| Increasing/decreasing spending on a particular ad campaign | **[INSERT SLIDER]** |
| Making changes to a campaign based on its performance | **[INSERT SLIDER]** |
| Deciding where to advertise | **[INSERT SLIDER]** |
| Deciding whether to purchase display ads programmatically or through direct deals with publishers | **[INSERT SLIDER]** |
| Measuring performance of display ad campaigns | **[INSERT SLIDER]** |

177.    Below is an example of how Q2 appeared to respondents in the survey:[215]

---

[214]    The order of the activities was randomized.
[215]    *See* Appendix H.2, at H.2-21-22.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



178.    As indicated, the rest of the questionnaire was the same as the Higher-Spend Advertiser Survey and asked respondents to answer from the viewpoint of the client on which they spend the most time.

### C.    Survey Findings

179.    In this section, I will summarize the main survey findings for the Ad Agency Survey.  Additional findings can be found in Exhibits 68 to 110.  The complete data set of all individual participants' responses is presented in Appendix H.3.

180.    A total of 463 respondents completed the survey.[216]  Of those, 71 respondents chose to exclude their responses in QF1.[217]  Consistent with common practice, 11 respondents who took

---

[216]  Exhibit 68.
[217]  Exhibit 68. Respondents who selected "Exclude my responses" in QF1 were not included in the respondent-level data files provided to me by Advertiser Perceptions and thus I do not have access to their responses to other questions in the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

too little time (less than 100 seconds) or took too much time (more than 3 hours) were removed from the sample.[218]  A total of 381 respondents are included in the summary tables.[219]

181.    In total, approximately 33 percent of respondents were women and 67 percent were men.[220]  With respect to age, approximately 25 percent of respondents were between 18 and 34, 63 percent were between 35 and 49, and 12 percent were 50 years old or older.[221]  Approximately 37 percent of respondents indicated that their current job title/level was best described as "C-Level (CEO, COO, CMO, etc.)," 13 percent identified their job title/level as "Strategist," 12 percent identified their job title/level as "Social Media Manager," 8 percent identified their job title/level as "Media Planner," and 8 percent identified their job title/level as "Account Manager / Account Executive."[222]  Approximately 55 percent of respondents indicated that the client on which they spend the most time spent less than $15 million on advertising in the last 12 months, and 45 percent spent more than $15 million on advertising in the last 12 months.[223]

---

[218]  Exhibit 68. Changing these cutoffs to, for example, three minutes and two hours does not meaningfully impact the results. *See* Exhibit 105.

[219]  Exhibit 68. Two survey questions included "decoy" response options: QS16 regarding the use of different social media platforms (including "FriendLinx" as a decoy response option) and Q7 regarding the use of different ad buying tools (including "Quorexx" and "Ad Step Technologies" as decoy response options).  Overall, approximately 13 percent of respondents selected at least one of the three decoy response options.  *See* Appendix J, at Exhibit 68.  Given that these selections might have been inadvertent, these respondents were not excluded from the analytical sample.  In Appendix J, I present an alternative set of results for all questions based on an analytical sample that excludes respondents who selected one or more decoy response options in QS16 or Q7.  As shown, excluding these respondents has virtually no effect on the results (and the difference is not statistically significant).

[220]  Exhibit 70.

[221]  Exhibit 70.

[222]  Exhibit 71.

[223]  Exhibit 73. Calculated as $(5 + 8 + 6 + 29 + 45 + 69 + 48) / 381 = 55.1$ percent and $(65 + 39 + 21 + 26 + 9 + 10) / 381 = 44.6$ percent.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

*Use of Digital Advertising Types and Role of the Ad Agency*

182.    As shown in Figure 30, in addition to display advertising,[224] approximately 87 percent of respondents used at least one other type of digital advertising for the client on which they spend the most time.[225]



**Figure 30. Share of Ad Agency Respondents Using More than One Type of Digital Advertising**

**Notes and Sources:** Exhibit 76.

183.    As shown in Figure 31, the most popular other types of digital advertising were social advertising (78 percent of respondents), search advertising (69 percent of respondents), digital video advertising (65 percent of respondents), and email advertising (51 percent of respondents).[226]

---

[224]    As described in paragraph 52, the definitions of advertising types were created for purposes of these surveys only, in order to test—among other things—the degree to which advertisers viewed certain types of ads, including ads shown on social media platforms, as substitutes for other types of display ads.  I did not conduct a survey to determine how advertisers use the terms "display" or "social."

[225]    Exhibit 76.

[226]    Exhibit 75.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 31. Share of Ad Agency Respondents
Using Digital Advertising Types**

**Notes and Sources:** Exhibit 75.  All respondents must have used display advertising in the past year to qualify for survey participation.

184.　In QS15, approximately 46 percent of respondents indicated that they used both programmatic buying methods and direct deals to purchase display ad inventory for the client on which they spend the most time.[227]

185.　Question Q3 asked respondents to estimate, for the client on which they spend the most time, the share of the digital advertising budget that was used for each digital advertising type over the past year.  As summarized in Figure 32, the responses to this question indicate that programmatic display advertising accounted for an average of 31 percent of respondents' overall digital advertising budgets over the past year.[228]  Programmatic display advertising accounted for

---

[227]　Exhibit 77.
[228]　Exhibit 80.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

a median of approximately 20 percent of respondents' overall digital advertising budgets over the past year.[229]

**Figure 32. Average Share of Budget Allocated to Each Advertising Type Among Ad Agency Respondents**



**Notes and Sources:** Exhibit 80.  Respondents must have used programmatic display advertising in the past year to qualify for survey participation.  Values sum to 100%. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

186.    Respondents indicated being heavily involved in a range of different activities for the client on which they spend the most time, including setting advertising budgets, allocating budget across different advertising types, increasing/decreasing spending on a particular type of advertising or a particular ad campaign, and making changes to a campaign based on its performance.[230]

---

[229]    Exhibit 80.
[230]    Exhibit 79.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*Responses to an Increase in the Cost of Programmatic Display Advertising*

187.    Question Q4 described a scenario in which the cost of programmatic display advertising recently increased by a small but significant amount and would remain elevated for the foreseeable future (while the cost of other advertising types had not changed and were not expected to change), and asked respondents whether or not they would divert some advertising spending for the coming year to other types of digital advertising.  As shown in Figure 33, in response to this scenario, approximately 54 percent of respondents indicated that they would divert some spending to other types of digital advertising for the client on which they spend the most time.[231]

**Figure 33. Share of Ad Agency Respondents Who Would Divert Spending**



**Notes and Sources:** Exhibit 81.  Values sum to 100%.  Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

188.    Respondents who indicated that they would divert spending were then asked in Q5 to identify which types of advertising they would divert spending to.  As summarized in Figure

---

[231]    Exhibit 81.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

34, the most common responses were social (62 percent of respondents who would divert spending), search (45 percent of respondents who would divert spending), and digital video (40 percent of respondents who would divert spending).[232]

**Figure 34. Share of Ad Agency Respondents
Who Would Divert Spending to Each Advertising Type**



**Notes and Sources:** Exhibit 82.

189.    In Q6, most respondents indicated that the extent to which they would divert spending to each advertising type selected in Q5 was between 7 and 10 on a 0 to 10 point scale (where 0 represents no change in spending on a given type of advertising, and 10 represents a substantial increase in spending on a given type of advertising).[233]    In other words, most respondents indicated that they would make relatively substantial increases to their spending on other types of advertising in response to an increase in the cost of programmatic display advertising.

---

[232]  Exhibit 82.
[233]  Exhibit 85.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 35. Share of Ad Agency Respondents by Extent of Spending Increase (0 to 10 scale)**

**Notes and Sources:** Exhibit 85. Values sum to 100% for each type. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding. One respondent (less than 1 percent of respondents who would divert) indicated diverting spending to "Other" and rated the extent of the increase at 3 on a 10 point scale. Exhibits 83 and 84.

### *Use of Ad Buying Tools for Programmatic Display Ads*

190.    In response to Q7 regarding usage of different ad buying tools for the client on which they spend the most time, the most commonly used ad buying tools for programmatic display advertising were Google Ads (58 percent of respondents), Google DV360 (41 percent of respondents), Amazon DSP (39 percent of respondents), The Trade Desk DSP (26 percent of respondents), and Adobe Advertising Cloud (18 percent of respondents).[234]

---

[234]    Exhibit 86. Approximately 72 percent of respondents used at least one of Google Ads and Google DV360. Exhibit 88.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 36. Share of Ad Agency Respondents Using Ad Buying Tool (10 Most Popular Tools)**

**Notes and Sources:** Exhibit 86.

191.    As noted above, "Ad Step Technologies" and "Quorexx" were included as decoy/control ad buying tool names in Q7.  Approximately 8 percent of respondents indicated that they used Ad Step Technologies and 4 percent of respondents indicated that they used Quorexx.[235]  In addition, QS16 regarding social media platform usage included a decoy social media platform "FriendLinx," and about 5 percent of respondents selected this option.[236]  Overall, approximately 13 percent of respondents in the analytical sample selected at least one of the three decoy response options.[237]  In this section, I present certain results regarding use of multiple buying tools both including and excluding respondents who selected one or more decoy response options.  As demonstrated below, the main results are very similar regardless of whether respondents who selected one or more decoy response options are included in or excluded from the analysis.  Given

---

[235]    Exhibit 86.
[236]    *See* Exhibit 78.
[237]    A total of 50 respondents selected at least one decoy response option (or approximately 13 percent of the overall analytical sample of 381 respondents).  *See* Appendix J, at Exhibit 68.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

that these selections might have been inadvertent, these respondents were not excluded from the analytical sample.[238]

192.    Across the full analytical sample, approximately 73 percent of respondents indicated using more than one ad buying tool for programmatic display advertising for the client on which they spend the most time.[239]  Respondents reported using an average of 3.1 ad buying tools in the past year for the client on which they spend the most time.[240]  Respondents who indicated using more than one ad buying tool in the past year were asked an open-ended question regarding why they used multiple ad buying tools.  In response, respondents mentioned a variety of reasons including, for example, testing the relative performance of different tools (*e.g.*, Respondent 1402: "Compare the advertising effectiveness of different platforms…"; Respondent 1824: "Experiment with different tools to find the most effective strategies for optimizing campaign performance and ROI."; and Respondent 2034: "Testing and optimization") and mitigating risk of potential technical failures (*e.g.*, Respondent 2688: "Relying on a single ad buying tools can be risky if that platform experience technical changes."; Respondent 3378: "Using multiple ad buying tools reduces the risk in technical issued or policy changes etc.").[241]

193.    Excluding respondents who selected one or more decoy response options from the analysis, approximately 71 percent of respondents indicated using more than one ad buying tool for programmatic display advertising for the client on which they spend the most time.[242]

---

[238]    An alternative set of results for all questions based on an analytical sample that excludes respondents who selected one or more decoy response options is in Appendix J.

[239]    Exhibit 87.  The decoy ad buying tools were not included in the count of ad buying tools used by each respondent. In other words, if a respondent indicated using The Trade Desk DSP, Google DV360, and Quorexx, he or she was considered to use only two ad buying tools (The Trade Desk DSP and Google DV360).

[240]    Exhibit 87.

[241]    Appendix H.3.

[242]    Appendix J, at Exhibit 87.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Respondents reported using an average of 2.9 ad buying tools for the client on which they spend the most time.[243]

194.    Users of Google ad buying tools also indicated using multiple ad buying tools.  For the full analytical sample, approximately 83 percent of respondents who use Google Ads indicated using at least one other ad buying tool for programmatic display for the client on which they spend the most time and 79 percent of respondents who use Google Ads indicated using at least one other non-Google ad buying tool for programmatic display for the client on which they spend the most time.[244,245]  These results are illustrated in Figure 37 below.  Excluding respondents who selected one or more decoy response options from the analysis, approximately 81 percent of respondents who use Google Ads indicated using at least one other ad buying tool for programmatic display for the client on which they spend the most time and 77 percent of respondents who use Google Ads indicated using at least one other non-Google ad buying tool for programmatic display for the client on which they spend the most time.[246]

---

[243]   Appendix J, at Exhibit 87.

[244]   Exhibit 89.  As noted above, the decoy ad buying tools were not included in the count of ad buying tools used by each respondent.

[245]   As shown in Exhibits 91 to 93, most respondents who use only Google Ads for programmatic display advertising also use other types of digital advertising (including social, search, digital video, and/or email, among others), and spend less than 40 percent of their overall advertising budget on programmatic display advertising.

[246]   Appendix J, at Exhibit 89.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Figure 37. Share of Google Ads Users Using Other Ad Buying Tools
Among Ad Agency Respondents**



**Notes and Sources:** Exhibit 89.  Values sum to 100%.  Displayed values are rounded to
the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

195.    As shown in Figure 38, for the full analytical sample, approximately 94 percent of
respondents who use Google DV360 indicated using at least one other ad buying tool for
programmatic display for the client on which they spend the most time and 88 percent of
respondents who use Google DV360 indicated using at least one other non-Google ad buying tool
for programmatic display for the client on which they spend the most time.[247]    Excluding
respondents who selected one or more decoy response options from the analysis, approximately
93 percent of respondents who use Google DV360 indicated using at least one other ad buying
tool for programmatic display for the client on which they spend the most time and 87 percent of

---

[247]    Exhibit 89.  As noted above, the decoy ad buying tools were not included in the count of ad buying tools used by
each respondent.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

respondents who use Google DV360 indicated using at least one other non-Google ad buying tool for programmatic display for the client on which they spend the most time.[248]

**Figure 38. Share of Google DV360 Users Using Other Ad Buying Tools Among Ad Agency Respondents**



**Notes and Sources:** Exhibit 89. Values sum to 100%. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

196.     All respondents were asked whether they expected to use the same number, more, or fewer ad buying tools for programmatic display advertising next year for the client on which they spend the most time. Approximately 54 percent of respondents indicated that they expect to use the same number of ad buying tools for programmatic display next year, approximately 22 percent indicated that they expected to use more ad buying tools for programmatic display, and 22 percent indicated that they expected to use fewer ad buying tools for programmatic display.[249] When asked to explain (in an open-ended response) why they expected to use more ad buying

---

[248]    Appendix J, at Exhibit 89.
[249]    Exhibit 94.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

tools next year, some respondents mentioned reasons relating to performance optimization (*e.g.*, Respondent 3348: "Based on experience, we wanna try new platforms for better performance"; Respondent 1676: "In order to optimize ad campaigns and evaluate the tool that delivers the best performance and ROI."), testing different tools (*e.g.*, Respondent 2743: "As more players come in the market we like to test and see who outperforms."), and specific features offered (*e.g.*, Respondent 2493: "Exploring tools that offer unique features, technologies, or partnerships that can enhance campaign capabilities."), among other reasons.[250]  Respondents who indicated that they expected to use fewer ad buying tools next year also mentioned a variety of reasons, including wanting to consolidate or simplify (*e.g.*, Respondent 1801: "Consolidation leading to efficiency"; Respondent 2063: "Easier to use less") and focusing on tools that had better performance (*e.g.*, Respondent 1792: "we tested more programs over the past year and are consolidating to top performers"; Respondent 1791: "After testing tools against eachother [sic] and measuring results, we will cut tools that underperformed their competitors."), among other reasons.[251]

197.    All respondents were asked in Q11 to identify, from a closed-ended list of options, which factors they consider when deciding to use a particular ad buying tool for programmatic display advertising for the client on which they spend the most time. The most popular responses included "Targeting criteria and capabilities" (47 percent of respondents), "Cost" (45 percent of respondents), and "Ad placement effectiveness" (45 percent of respondents).[252]

198.    Respondents were also asked about their past decisions to start and/or stop using certain buying tools for the client on which they spend the most time.  Approximately 31 percent of respondents indicated that they started using at least one ad buying tool for programmatic

---

[250]   Appendix H.3.
[251]   Appendix H.3.
[252]   Exhibit 95.

display in the past year.[253]  In explaining this decision, some respondents mentioned reasons relating to performance optimization (*e.g.*, Respondent 1854: "Expectation of improved return on investment."; Respondent 2118: "better ROI") and specific features of the tool (*e.g.*, Respondent 1491: "Forecasting tools"; Respondent 2110: "Trying new features"), among other reasons.[254] Approximately 21 percent of respondents indicated that they stopped using at least one ad buying tool for programmatic display in the past year.[255]  When asked to explain why, several respondents mentioned reasons relating to poor performance (*e.g.*, Respondent 1149: "Poor results"; Respondent 1407: "The ad buying tool we stopped using underperformed in terms of delivering the desired results, such as click-through rates, conversions, or return on ad spend.") or high costs (*e.g.*, Respondent 1378: "Mainly cost but also poor support"; Respondent 1321: "COST").[256]

*Assessment of Programmatic Display Ad Performance*

199.    In Q16, the most popular metrics used to assess the performance of programmatic display ads for the client on which respondents spend the most time included "Conversions" (49 percent of respondents), "Return on Investment (ROI)" (46 percent of respondents), "Return on Ad Spend (ROAS)" (46 percent of respondents), and "Cost per Click" (46 percent of respondents).[257]

---

[253]  Exhibit 97.
[254]  Appendix H.3.
[255]  Exhibit 96.
[256]  Appendix H.3.
[257]  Exhibit 98.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 39. Share of Ad Agency Respondents Using Each Performance Metric**



Notes and Sources: Exhibit 98.

200.    Approximately 20 percent of respondents indicated that Return on Investment (ROI) was the most important metric for accurately assessing performance for the client on which they spend the most time and approximately 14 percent of respondents indicated that Return on Ad Spend (ROAS) was most important.[258]  As shown in Figure 40, Return on Investment (ROI) and Return on Ad Spend (ROAS) were ranked as the most important metric by a greater share of respondents than any other metric.[259]

---

[258]  Exhibit 99.
[259]  Exhibit 99.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Figure 40. Share of Ad Agency Respondents
Ranking Performance Metric Most Important**

**Notes and Sources:** Exhibit 99. One respondent (less than 1 percent of respondents who used at least one metric to assess the performance of programmatic display ads) selected "Don't know / Unsure." Values sum to 100%. Displayed values are rounded to the nearest percent and may appear to sum to greater or less than 100 percent after rounding.

201.    Approximately 82 percent of respondents indicated that they measure or assess performance of programmatic display advertising at least monthly for the client on which they spend the most time.[260]

202.    Approximately 61 percent of respondents ran experiments on programmatic display ads in the past year for the client on which they spend the most time.[261]  Among those respondents, approximately 64 percent ran experiments related to audiences, 58 percent ran experiments related to creatives, and 55 percent ran experiments related to ROI/ROAS.[262]

---

[260]  Exhibit 100.  Specifically, approximately 9 percent of respondents indicated measuring performance daily, 39 percent indicated measuring performance weekly, and 34 percent indicated measuring performance monthly.
[261]  Exhibit 101.
[262]  Exhibit 102.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

### D.    Key Implications of the Findings

203.    <u>Performance measurement</u>:    The results of the survey show that ad agency employees typically rely on multiple performance measures, including Return on Investment (ROI) and/or Return on Ad Spend (ROAS) (among other measures), which tend to be reviewed often.    Based on these and other measures, ad agency employees can assess the relative effectiveness or ineffectiveness of the various advertising tools they use, including programmatic display, and potentially react to performance changes on behalf of clients.

204.    <u>Substitution</u>:  Using the performance feedback that they receive regarding costs and returns, ad agency employees can adjust their advertising spending allocation.  To further examine the actions taken (or not taken) as a result of identifying a cost increase, respondents were presented with a hypothetical scenario involving a "small but significant" increase in the cost of programmatic display advertising, assuming that the costs associated with other digital advertising types remain the same.  The results indicated that most ad agency employees (54 percent) would have diverted spending to other advertising types, including social, search, and digital video.  Thus, the findings indicate that at least social, search, and digital video serve as substitutes for programmatic display advertising, and many ad agency employees would reallocate advertising spending if they determine that their programmatic display advertising is less cost effective than it previously was.  In other words, the findings suggest that if the cost of programmatic display advertising increases, many ad agency employees will take action as a result, and the parties responsible for such cost increases will likely lose share to other advertising channels.

205.    <u>Multi-homing</u>:  The survey results also show that most ad agency employees use multiple digital advertising types and, within programmatic display advertising specifically, employ multiple ad buying tools.  In particular, the survey results indicated that most ad agency

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

employees used multiple other types of digital advertising in addition to programmatic display for the client on which they spend the most time, with the most popular types being social, search, digital video, and email.  In addition, the survey results showed that most ad agency employees (approximately 73 percent) used multiple ad buying tools for programmatic display advertising for the client on which they spend the most time.[263]  The survey results also indicated that multi-homing is common for users of Google ad buying tools.  Specifically, approximately 83 percent of Google Ads users use at least one other platform for display ads.[264]

206.    Thus, the survey findings indicate that most ad agency employees use a variety of other digital advertising types and employ multiple ad buying tools for display advertising for the client on which they spend the most time, suggesting they have a variety of alternatives to Google ad buying tools.  That is, ad agencies, by and large, already practice multi-homing, which facilitates flexible allocations and tool selection as desired.

207.    <u>Programmatic display spending</u>:  Consistent with the results of the Higher-Spend Advertiser and Lower-Spend Advertiser surveys, most ad agency employees indicated that programmatic display advertising accounts for a relatively small portion of digital advertising spending for the clients on which they spend the most time.  Specifically, programmatic display accounts for an average share of approximately 31 percent and a median share of 20 percent of the overall digital advertising budget for the clients on which respondents spent the most time.[265]

208.    <u>Sophistication of ad agencies</u>:  The survey also informs us about the level of sophistication of most ad agencies.  Similar to higher-spend advertisers, most ad agencies also conduct experiments to examine the effectiveness of advertising aspects such as the creatives,

---

[263]  Exhibit 87.
[264]  Exhibit 89. Approximately 79 percent of Google Ads users use at least one non-Google ad buying tool for programmatic display. Exhibit 89.
[265]  Exhibit 80.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

audiences, ROI/ROAS, bid strategies, and ad buying tool performance to further optimize their

spending.

*I. Simonson*

Itamar Simonson, Ph.D.
July 30, 2024

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 1

## HIGHER-SPEND ADVERTISER SURVEY
## RESPONSE STATISTICS

| | Status | # | % |
|---|---|---|---|
| [1] | **Invited to Complete Survey** | **4,978** | **100%** |
| [2] | **Clicked on Survey Link** | **2,348** | **100%** |
| [3] | **Screened Out of Survey** | **1,538** | **66%** |
| [4] | *CAPTCHA* | *13* | *1%* |
| [5] | *Age* | *9* | *0%* |
| [6] | *State* | *8* | *0%* |
| [7] | *Job Responsibilities* | *394* | *17%* |
| [8] | *Not Employed by a Advertiser/Marketer* | *678* | *29%* |
| [9] | *Annual Advertising Spend Less than $500K* | *230* | *10%* |
| [10] | *No Digital Advertising Spend* | *1* | *0%* |
| [11] | *Did Not Use Display Advertising* | *95* | *4%* |
| [12] | *Did Not Use Programmatic Display* | *57* | *2%* |
| [13] | *Not Involved in Decision Making Roles for Display Advertising* | *35* | *1%* |
| [14] | *Failed Attention Check* | *16* | *1%* |
| [15] | *Nonsensical Responses* | *2* | *0%* |
| [16] | *Overquota Respondents* | *-* | *0%* |
| [17] | **Self-Termination** | **207** | **9%** |
| [18] | **Completed the Survey** | **603** | **100%** |
| [19] | **Removed from Sample** | **101** | **17%** |
| [20] | *Slowpokes and Speeders* | *7* | *1%* |
| [21] | *Asked to be Excluded* | *94* | *16%* |
| [22] | **Analytical Sample** | **502** | **83%** |

Notes & Sources:

From Higher-Spend Advertiser Survey.

[4] Respondents who failed the CAPTCHA three times were screened out of the study.

[5] Respondents who selected "Under 18" or "Prefer not to answer" in QS3 were screened out of the study.

[6] Respondents who selected "Other" or "Don't know / Unsure" in QS5 were screened out of the study.

[7] Respondents who indicated in QS6 that, as part of their job responsibilities, they do not have any involvement with "Advertising or Marketing" were screened out of the study.

[8] Respondents who indicated in QS7 that they did not work for a "Advertiser/Marketer" were screened out of the study.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 1

## HIGHER-SPEND ADVERTISER SURVEY
## RESPONSE STATISTICS

Notes & Sources (cont.):

[9] Respondents who indicated in QS10 that their company spent less than $500,000 on all advertising in the last 12 months or selected "Don't know / Unsure" were screened out of the study.

[10] Respondents who indicated in QS11 that the percentage of their total advertising budget spent on digital (online) advertising was zero were screened out of the study.

[11] Respondents who did not indicate in QS12 that they used display advertising in the past year were screened out of the study.

[12] Respondents who did not indicate in QS13 that their business unit/team used programmatic transaction methods to purchase display ad inventory, or selected "Don't know / Unsure" were screened out of the study.

[13] Respondents who selected "None of the above" or "Don't know / Unsure" in QS15 were screened out of the study.

[14] Respondents who did not select "Somewhat likely" in QS16 were screened out of the study.

[15] Removed by survey vendor from raw data for providing nonsensical responses to open-ended questions, such as "R5U54U" and "The study is quite nice to carry on."

[16] Respondents were terminated due to entering the survey after it had been closed for sampling.

[17] Respondents who only completed part of the survey.

[20] Respondents who took less than 100 seconds (1.67 minutes) or more than 10,800 seconds (3 hours) to complete the survey were removed from the analysis.

[21] Respondents were asked if they are willing to participate in this survey after completing the questionnaire. Respondents who selected "Exclude my responses" in QF1 were removed from the data by the panel vendor.

[22] These respondents were used in the analysis.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 2**

**HIGHER-SPEND ADVERTISER SURVEY
SURVEY PARTICIPATION PREFERENCE**

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with
pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to
digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a
reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you
do not want to participate in this survey, please click "Exclude my responses" below.



Notes & Sources:
From Higher-Spend Advertiser Survey.
Includes respondents who completed the survey.
Respondents who indicated that they wanted their responses excluded from the survey were removed from the data
  by the panel vendor.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 3**

**HIGHER-SPEND ADVERTISER SURVEY**
**RESPONDENT DEMOGRAPHICS**

|  |  | #<br>[A] | %<br>[B] |
|---|---|---:|---:|
| | **Age** | | |
| [1] | 18 - 34 | 100 | 20% |
| [2] | 35 - 49 | 336 | 67% |
| [3] | 50 - 64 | 66 | 13% |
| [4] | 65 or above | - | 0% |
| [5] | Total | 502 | 100% |
| | | | |
| | **Gender** | | |
| [6] | Female | 135 | 27% |
| [7] | Male | 367 | 73% |
| [8] | Other | - | 0% |
| [9] | Prefer not to answer | - | 0% |
| [10] | Total | 502 | 100% |

Source:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 4**

**HIGHER-SPEND ADVERTISER SURVEY
MARKET SECTORS**

QS8: Which of the following, if any, best characterizes the market sector/industry
   your company is in? (Please select only one option.)

|  | Market Sector / Industry | Total Respondents | |
|---|---|---|---|
|  |  | # | % |
|  | [A] | [B] | [C] |
| [1] | Advertising or Marketing | 161 | 32% |
| [2] | Retail (including Ecommerce) | 70 | 14% |
| [3] | B2B/Services for Businesses | 47 | 9% |
| [4] | Apparel/Fashion | 30 | 6% |
| [5] | Food and Beverage | 26 | 5% |
| [6] | Media and Entertainment | 24 | 5% |
| [7] | Financial Products/Services for Consumers (including Fintech) | 24 | 5% |
| [8] | Consumer Electronics | 16 | 3% |
| [9] | Travel and Hospitality | 15 | 3% |
| [10] | Home Products/Appliances | 14 | 3% |
| [11] | Health Care or Medical Services | 13 | 3% |
| [12] | Health and Beauty Products | 12 | 2% |
| [13] | Telecommunications | 10 | 2% |
| [14] | Restaurants | 9 | 2% |
| [15] | Automotive | 6 | 1% |
| [16] | Pharmaceuticals and Remedies (Rx or OTC) | 6 | 1% |
| [17] | Education | 3 | 1% |
| [18] | Government | 2 | 0% |
| [19] | Non-Profit | 1 | 0% |
| [20] | Other | 13 | 3% |
| [21] | Total | 502 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 5

## HIGHER-SPEND ADVERTISER SURVEY
## JOB TITLES

QS9: Which of the following best characterizes your current job title/level? (Please select only one option.)

| | Job Title / Level | Total Respondents | |
|---|---|---|---|
| | | # | % |
| | [A] | [B] | [C] |
| [1] | Director | 160 | 32% |
| [2] | C-Level (CEO, COO, CMO, etc.) | 118 | 24% |
| [3] | Vice President, SVP, EVP, President, etc. | 101 | 20% |
| [4] | Manager | 72 | 14% |
| [5] | Supervisor/Department Head/Group Manager | 33 | 7% |
| [6] | Strategist | 10 | 2% |
| [7] | Planner | 3 | 1% |
| [8] | Associate | 2 | 0% |
| [9] | Analyst | 2 | 0% |
| [10] | Buyer | 1 | 0% |
| [11] | Other | - | 0% |
| [12] | Total | 502 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 6

## HIGHER-SPEND ADVERTISER SURVEY
## ANNUAL AD SPEND

QS10: Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (Please select only one option.)



Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 7

## HIGHER-SPEND ADVERTISER SURVEY
## PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING

QS11: Please think about your business unit/team's total advertising budget. In the past year, what percentage of your business unit/team's total advertising budget was used for digital (online) advertising, as opposed to offline advertising? Please give your best estimate.



Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents who entered zero for digital (online) advertising were screened out of the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 8

## HIGHER-SPEND ADVERTISER SURVEY
## TYPES OF DIGITAL ADVERTISING USED

QS12: Which of the following types of digital advertising, if any,
have you used in the past year? Please review the description of
each advertising type carefully.  (Please select all that apply.)

|  | Advertising Type | Total Respondents # | Total Respondents % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | Display | 502 | 100% |
| [2] | Social | 381 | 76% |
| [3] | Search | 377 | 75% |
| [4] | Digital Video | 324 | 65% |
| [5] | Email | 307 | 61% |
| [6] | eCommerce Platforms | 274 | 55% |
| [7] | Connected TV | 236 | 47% |
| [8] | App/In-App | 222 | 44% |
| [9] | Digital Audio | 205 | 41% |
| [10] | Other | 2 | 0% |
| [11] | Total | 502 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents who did not select "Display" were screened out of the
    survey.
Percentages do not add up to 100% because respondents can
    select multiple options.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 9**

**HIGHER-SPEND ADVERTISER SURVEY**
**NUMBER OF TYPES OF DIGITAL ADVERTISING USED**

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully. (Please select all that apply.)

|  | Number of Types Selected | Total Respondents # | % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | 1 | 75 | 15% |
| [2] | 2 | 9 | 2% |
| [3] | 3 | 17 | 3% |
| [4] | 4 | 44 | 9% |
| [5] | 5 | 69 | 14% |
| [6] | 6 | 79 | 16% |
| [7] | 7 | 66 | 13% |
| [8] | 8 | 60 | 12% |
| [9] | 9 | 81 | 16% |
| [10] | 10 | 2 | 0% |
| [11] | Total | 502 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 10**

**HIGHER-SPEND ADVERTISER SURVEY**
**DISPLAY ADVERTISING TRANSACTION METHODS**

QS13: Which of the following transaction methods has your business unit/team
(or your ad agency) used to purchase display ad inventory in the past year?
(Please select all that apply.)

|  | Total Respondents | |
|---|---|---|
| Transaction Method | # | % |
| [A] | [B] | [C] |
| [1] Programmatic Only | 206 | 41% |
| [2] Programmatic and Direct Deals | 296 | 59% |
| [3] Total | 502 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Respondents who selected "Direct Deals Only," "None of the Above" or
"Don't know / Unsure" were screened out of the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 11**

**HIGHER-SPEND ADVERTISER SURVEY
SOCIAL MEDIA PLATFORMS USED**

QS14: You indicated that your business unit/team has used social advertising in the past year. Which of the following social media platforms, if any, has your business unit/team advertised on in the past year? (Please select all that apply.)

| Social Media Platform | Total Respondents | |
|---|---|---|
| | # | % |
| [A] | [B] | [C] |
| [1] Facebook | 336 | 88% |
| [2] Instagram | 301 | 79% |
| [3] LinkedIn | 255 | 67% |
| [4] Twitter | 218 | 57% |
| [5] Tiktok | 207 | 54% |
| [6] Snapchat | 133 | 35% |
| [7] Pinterest | 133 | 35% |
| [8] Reddit | 83 | 22% |
| [9] Tumblr | 15 | 4% |
| [10] FriendLinx | 7 | 2% |
| [11] Other | 5 | 1% |
| [12] None of the Above | - | 0% |
| [13] Don't know / Unsure | - | 0% |
| [14] Total Shown Question | 381 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other," "None of the above," and "Don't know / Unsure."

Percentages do not add up to 100% because respondents can select multiple options.

Respondents were only shown QS14 if they indicated in QS12 that their business unit/team had used social advertising in the past year.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 12

## HIGHER-SPEND ADVERTISER SURVEY
## USE OF AD AGENCY

Q2: Do you or do you not use an ad agency for digital advertising?
 (Please select only one option.)

| Response Options | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Yes, I use an ad agency for digital advertising | 337 | 67% |
| [2] No, I do not use an ad agency for digital advertising | 160 | 32% |
| [3] Don't know / Unsure | 5 | 1% |
| [4] Total Shown Question | 502 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 13

## HIGHER-SPEND ADVERTISER SURVEY
## PURPOSE OF AD AGENCY USE

Q3: For which, if any, of the following do you use an ad agency? (Please select all that apply.)

| Response Options | Total Respondents # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Media/marketing strategies | 229 | 68% |
| [2] Implementation of advertising (e.g., placing bids, interacting with DSPs) | 212 | 63% |
| [3] Tracking advertising performance | 195 | 58% |
| [4] Running advertising tests/experiments | 177 | 53% |
| [5] Content and/or creatives | 173 | 51% |
| [6] Allocating advertising funds across advertising types | 144 | 43% |
| [7] Customer research | 131 | 39% |
| [8] Consulting services | 126 | 37% |
| [9] Budgeting decisions | 101 | 30% |
| [10] Inventory access | 89 | 26% |
| [11] Other | - | 0% |
| [12] None of the above | - | 0% |
| [13] Don't know / Unsure | - | 0% |
| [14] Total Shown Question | 337 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above," and "Don't know / Unsure."
Respondents were only shown Q3 if they indicated in Q2 that they used an ad agency for digital advertising.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 14

## HIGHER-SPEND ADVERTISER SURVEY
## DIGITAL ADVERTISING BUDGET SHARE

Q4: What is your best estimate of the share of your business unit/team's digital advertising budget that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

| | Advertising Type | # of Respondents | Mean | Median |
|---|---|---|---|---|
| | [A] | [B] | [C] | [D] |
| [1] | Programmatic Display | 494 | 29% | 15% |
| [2] | Social | 374 | 13% | 10% |
| [3] | Search | 371 | 16% | 10% |
| [4] | Digital Video | 318 | 8% | 5% |
| [5] | Email | 301 | 6% | 5% |
| [6] | Direct Deals Display | 289 | 7% | 5% |
| [7] | eCommerce Platforms | 268 | 8% | 5% |
| [8] | Connected TV | 230 | 6% | 0% |
| [9] | App/In-App | 216 | 5% | 0% |
| [10] | Digital Audio | 200 | 4% | 0% |
| [11] | Other | 2 | 0% | 0% |
| [12] | Don't know / Unsure | 8 | n/a | n/a |
| [13] | Total Shown Question | 502 | | |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."

Respondents were shown their responses from QS12 and QS13. They were asked to allocate across all selected types.

Respondents can hover their mouse over each digital advertising type to review the type description.

[B] Shows number of respondents who allocated a budget for each advertising type.

[C]-[D] Budget allocated for an advertising type is assumed to be equal to 0 if respondents did not select the advertising type in QS12 or QS13.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 15**

**HIGHER-SPEND ADVERTISER SURVEY**
**RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE**

Q5: Now suppose that, based on your analysis, the cost of programmatic display advertising has recently increased by a small but significant amount, and will remain elevated for the foreseeable future. Assume further that, based on similar analyses for other digital advertising types, the costs of other digital advertising types have not changed and are not expected to change. So if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

| Response Options | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Will Divert Spending | 295 | 59% |
| [2] Will Not Divert Spending | 179 | 36% |
| [3] Don't know / Unsure | 28 | 6% |
| [4] Total Shown Question | 502 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 16**

**HIGHER-SPEND ADVERTISER SURVEY**
**ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED**
**DUE TO PROGRAMMATIC DISPLAY COST INCREASE**

Q6: To which other types of digital advertising below, if any, would you divert your advertising
spending for the coming year as a result of the increase in the cost of programmatic display advertising?

| | Advertising Type | Respondents Indicating They Would Divert Spending to the Advertising Type | |
| --- | --- | --- | --- |
| | | # | % |
| | [A] | [B] | [C] |
| [1] | Social | 159 | 54% |
| [2] | Search | 157 | 53% |
| [3] | Digital Video | 125 | 42% |
| [4] | Direct Deals Display | 102 | 35% |
| [5] | eCommerce Platforms | 101 | 34% |
| [6] | Connected TV | 99 | 34% |
| [7] | Email | 95 | 32% |
| [8] | App/In-App | 80 | 27% |
| [9] | Digital Audio | 74 | 25% |
| [10] | Other | 2 | 1% |
| [11] | None of the above | 1 | 0% |
| [12] | Don't know / Unsure | 4 | 1% |
| [13] | Total Shown Question | 295 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above,"
and "Don't know / Unsure."
Respondents can hover their mouse over each digital advertising type to review the advertising type
description.
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were only shown Q6 if they indicated in Q5 that they would divert advertising spending to
other types of digital advertising.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 17**

**HIGHER-SPEND ADVERTISER SURVEY**
**NUMBER OF ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED**
**DUE TO PROGRAMMATIC DISPLAY COST INCREASE**

Q6: To which other types of digital advertising below, if any, would you divert your advertising
spending for the coming year for the client you spend the most time on, as a result of the increase
in the cost of programmatic display advertising?

| | Number of Advertising Types Diverted Spending To | Respondents Indicating They Would Divert Spending to the Number of Advertising Types | |
| --- | --- | --- | --- |
| | | # | % |
| | [A] | [B] | [C] |
| [1] | 0 | 1 | 0% |
| [2] | 1 | 31 | 11% |
| [3] | 2 | 80 | 27% |
| [4] | 3 | 73 | 25% |
| [5] | 4 | 33 | 11% |
| [6] | 5 | 36 | 12% |
| [7] | 6 | 16 | 5% |
| [8] | 7 | 5 | 2% |
| [9] | 8 | 3 | 1% |
| [10] | 9 | 13 | 4% |
| [11] | 10 | - | 0% |
| [12] | Don't know / Unsure | 4 | 1% |
| [13] | Total Shown Question | 295 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents were only shown Q6 if they indicated in Q5 that they would divert advertising spending to
other types of digital advertising.
Respondents can hover their mouse over each digital advertising type to review
the advertising type description.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 18

## HIGHER-SPEND ADVERTISER SURVEY
## EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE

Q7: In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] Social | 159 | 6.6 | - | 1 | 4 | 17 | 10 | 18 | 15 | 33 | 25 | 24 | 11 | 1 |
| [2] Search | 157 | 6.8 | - | 2 | 4 | 5 | 13 | 15 | 18 | 32 | 35 | 24 | 8 | 1 |
| [3] Digital Video | 125 | 6.8 | 1 | - | 5 | 10 | 6 | 13 | 15 | 17 | 24 | 22 | 12 | - |
| [4] Direct Deals Display | 102 | 7.1 | - | 1 | 3 | 8 | - | 6 | 11 | 24 | 19 | 18 | 10 | 2 |
| [5] eCommerce Platforms | 101 | 7.9 | - | - | - | 3 | 1 | 3 | 7 | 19 | 26 | 24 | 16 | 2 |
| [6] Connected TV | 99 | 6.9 | - | 3 | 3 | 6 | 4 | 8 | 15 | 12 | 20 | 14 | 13 | 1 |
| [7] Email | 95 | 6.9 | 2 | 2 | 3 | 4 | 3 | 5 | 11 | 21 | 19 | 16 | 9 | - |
| [8] App/In-App | 80 | 7.7 | - | - | 1 | 1 | 3 | 1 | 8 | 17 | 24 | 14 | 11 | - |
| [9] Digital Audio | 74 | 7.2 | - | 3 | 1 | 3 | 2 | 8 | 8 | 2 | 22 | 18 | 7 | - |
| [10] Other | 2 | 4.5 | - | - | - | 1 | - | - | 1 | - | - | - | - | - |

| Advertising Type | Total Respondents | Average Extent of Increase | Share of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] Social | 100% | n/a | 0% | 1% | 3% | 11% | 6% | 11% | 9% | 21% | 16% | 15% | 7% | 1% |
| [2] Search | 100% | n/a | 0% | 1% | 3% | 3% | 8% | 10% | 11% | 20% | 22% | 15% | 5% | 1% |
| [3] Digital Video | 100% | n/a | 1% | 0% | 4% | 8% | 5% | 10% | 12% | 14% | 19% | 18% | 10% | 0% |
| [4] Connected TV | 100% | n/a | 0% | 1% | 3% | 8% | 0% | 6% | 11% | 24% | 19% | 18% | 10% | 2% |
| [5] Direct Deals Display | 100% | n/a | 0% | 0% | 0% | 3% | 1% | 3% | 7% | 19% | 26% | 24% | 16% | 2% |
| [6] Email | 100% | n/a | 0% | 3% | 3% | 6% | 4% | 8% | 15% | 12% | 20% | 14% | 13% | 1% |
| [7] Digital Audio | 100% | n/a | 2% | 2% | 3% | 4% | 3% | 5% | 12% | 22% | 20% | 17% | 9% | 0% |
| [8] eCommerce Platforms | 100% | n/a | 0% | 0% | 1% | 1% | 4% | 1% | 10% | 21% | 30% | 18% | 14% | 0% |
| [9] App/In-App | 100% | n/a | 0% | 4% | 1% | 4% | 3% | 11% | 11% | 3% | 30% | 24% | 9% | 0% |
| [10] Other | 100% | n/a | 0% | 0% | 0% | 50% | 0% | 0% | 50% | 0% | 0% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 18

## HIGHER-SPEND ADVERTISER SURVEY
## EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents were shown their answer choices from Q6.

Respondents were only shown Q7 if they did not select "None of the above" or "Don't know/Unsure" in Q6.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total number of people selecting the advertising type
   to which to divert spending.

[C] Calculated as the average extent of increase in [D] through [N], weighted by the number of respondents.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 19**

**HIGHER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE**

Q7: In your previous answer, you indicated that the increase in the cost of programmatic display advertising will
lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use
the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising
spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising
type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10
if you expect to substantially increase spending on that type of digital advertising.

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 159 | 22 | 43 | 93 | 1 |
| [2] | Search | 157 | 11 | 46 | 99 | 1 |
| [3] | Digital Video | 125 | 16 | 34 | 75 | - |
| [4] | Direct Deals Display | 102 | 12 | 17 | 71 | 2 |
| [5] | eCommerce Platforms | 101 | 3 | 11 | 85 | 2 |
| [6] | Connected TV | 99 | 12 | 27 | 59 | 1 |
| [7] | Email | 95 | 11 | 19 | 65 | - |
| [8] | App/In-App | 80 | 2 | 12 | 66 | - |
| [9] | Digital Audio | 74 | 7 | 18 | 49 | - |
| [10] | Other | 2 | 1 | 1 | - | - |

| | Advertising Type | Total Respondents | Share of Respondents by Extent of Increase | | | Don't know / Unsure |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 100% | 14% | 27% | 58% | 1% |
| [2] | Search | 100% | 7% | 29% | 63% | 1% |
| [3] | Digital Video | 100% | 13% | 27% | 60% | 0% |
| [4] | Direct Deals Display | 100% | 12% | 17% | 70% | 2% |
| [5] | eCommerce Platforms | 100% | 3% | 11% | 84% | 2% |
| [6] | Connected TV | 100% | 12% | 27% | 60% | 1% |
| [7] | Email | 100% | 12% | 20% | 68% | 0% |
| [8] | App/In-App | 100% | 3% | 15% | 83% | 0% |
| [9] | Digital Audio | 100% | 9% | 24% | 66% | 0% |
| [10] | Other | 100% | 50% | 50% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER #: 43225

**EXHIBIT 19**

**HIGHER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE**

<u>Notes & Sources</u>:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."
Respondents were shown their answer choices from Q6.
Respondents were only shown Q7 if they did not select "None of the above" or "Don't know/Unsure" in Q6.
Respondents can hover their mouse over each digital advertising type to review the type description.
Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total
   number of people selecting the advertising type to which to divert spending.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 20**

**HIGHER-SPEND ADVERTISER SURVEY**
**AD BUYING TOOLS USED IN PAST YEAR**

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any,  have you and/or your business unit/team used during the past year for programmatic display advertising?

| Ad Buying Tool | Total Respondents | | $500K – $15M Ad Spend | | > Than $15M Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Google Ads | 330 | 66% | 169 | 67% | 161 | 65% |
| [2] Google DV360 | 213 | 42% | 110 | 43% | 103 | 41% |
| [3] Amazon DSP | 180 | 36% | 86 | 34% | 94 | 38% |
| [4] Adobe Advertising Cloud | 118 | 24% | 51 | 20% | 67 | 27% |
| [5] The Trade Desk DSP | 102 | 20% | 37 | 15% | 65 | 26% |
| [6] Yahoo DSP (formerly Verizon Media DSP) | 76 | 15% | 30 | 12% | 46 | 18% |
| [7] Criteo | 61 | 12% | 20 | 8% | 41 | 16% |
| [8] Taboola | 46 | 9% | 20 | 8% | 26 | 10% |
| [9] MediaMath DSP | 43 | 9% | 11 | 4% | 32 | 13% |
| [10] Adform | 41 | 8% | 14 | 6% | 27 | 11% |
| [11] Xandr Invest | 37 | 7% | 13 | 5% | 24 | 10% |
| [12] Outbrain | 36 | 7% | 13 | 5% | 23 | 9% |
| [13] StackAdapt | 36 | 7% | 20 | 8% | 16 | 6% |
| [14] Amobee | 34 | 7% | 7 | 3% | 27 | 11% |
| [15] Quantcast | 34 | 7% | 13 | 5% | 21 | 8% |
| [16] Simpli.fi | 34 | 7% | 9 | 4% | 25 | 10% |
| [17] Zeta Global | 32 | 6% | 5 | 2% | 27 | 11% |
| [18] Ad Step Technologies | 30 | 6% | 5 | 2% | 25 | 10% |
| [19] Basis by Centro | 26 | 5% | 11 | 4% | 15 | 6% |
| [20] Illumin (formerly AcuityAds) | 24 | 5% | 9 | 4% | 15 | 6% |
| [21] Adelphic | 21 | 4% | 8 | 3% | 13 | 5% |
| [22] Quorexx | 21 | 4% | 5 | 2% | 16 | 6% |
| [23] Beeswax | 14 | 3% | 5 | 2% | 9 | 4% |
| [24] Other | 10 | 2% | 7 | 3% | 3 | 1% |
| [25] Don't know / Unsure | 5 | 1% | 1 | 0% | 4 | 2% |
| [26] Total Shown Question | 502 | 100% | 253 | 100% | 249 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 20

## HIGHER-SPEND ADVERTISER SURVEY
## AD BUYING TOOLS USED IN PAST YEAR

<u>Notes & Sources</u>:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."

Respondents with annual ad spend of less than $500K or who selected "Don't know / Unsure" in QS10 were screened out of the survey.

Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 21

## HIGHER-SPEND ADVERTISER SURVEY
## NUMBER OF AD BUYING TOOLS USED IN PAST YEAR

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

| Number of Ad Buying Tools Selected | Total Respondents | | $500K – $15M Ad Spend | | > Than $15M Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Zero | 3 | 1% | 1 | 0% | 2 | 1% |
| [2] One | 118 | 24% | 76 | 30% | 42 | 17% |
| [3] More Than One | 376 | 75% | 175 | 69% | 201 | 81% |
| [4]    Two | 136 | 27% | 68 | 27% | 68 | 27% |
| [5]    Three | 91 | 18% | 50 | 20% | 41 | 16% |
| [6]    Four or More | 149 | 30% | 57 | 23% | 92 | 37% |
| [7] Don't know / Unsure | 5 | 1% | 1 | 0% | 4 | 2% |
| [8] Total Shown Question | 502 | 100% | 253 | 100% | 249 | 100% |
| [9] Average # of Ad Buying Tools Selected | 3.1 | | 2.7 | | 3.6 | |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Respondents with annual ad spend of less than $500K or who selected "Don't know / Unsure" in QS10 were screened out of the survey.

[A] Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.

[9] Calculated as the average number of ad buying tools selected by respondents. Excludes respondents who selected "Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 22

## HIGHER-SPEND ADVERTISER SURVEY
## USE OF GOOGLE AD BUYING TOOLS

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

|  | Total Respondents | | $500K – $15M Ad Spend | | > Than $15M Ad Spend | |
|---|---|---|---|---|---|---|
| Ad Buying Tool(s) | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Neither Google Ads nor Google DV360 | 120 | 24% | 60 | 24% | 60 | 24% |
| [2] At least one of Google Ads and Google DV360 | 377 | 75% | 192 | 76% | 185 | 74% |
| [3]    Google Ads Only | 164 | 33% | 82 | 32% | 82 | 33% |
| [4]    Google DV360 Only | 47 | 9% | 23 | 9% | 24 | 10% |
| [5]    Both Google Ads and Google DV360 | 166 | 33% | 87 | 34% | 79 | 32% |
| [6] Don't know / Unsure | 5 | 1% | 1 | 0% | 4 | 2% |
| [7] Total Shown Question | 502 | 100% | 253 | 100% | 249 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Respondents with annual ad spend of less than $500K or who selected "Don't know / Unsure" in QS10 were screened out of the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 23

## HIGHER-SPEND ADVERTISER SURVEY
## GOOGLE USERS
## NUMBER OF OTHER AD BUYING TOOLS

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

| | # of Other Ad Buying Tools (Incl. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | 43 | 25 | 18 | 15 | 10 | 5 |
| [2] | 1 | 99 | 56 | 43 | 47 | 27 | 20 |
| [3] | 2 | 68 | 38 | 30 | 43 | 28 | 15 |
| [4] | 3 | 43 | 17 | 26 | 36 | 15 | 21 |
| [5] | 4+ | 77 | 33 | 44 | 72 | 30 | 42 |
| [6] | Total Respondents | 330 | 169 | 161 | 213 | 110 | 103 |
| [7] | Average # of Other Ad Buying Tools | 2.5 | 2.1 | 3.0 | 3.2 | 2.6 | 3.9 |

| | # of Other Ad Buying Tools (Incl. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [8] | 0 | 13% | 15% | 11% | 7% | 9% | 5% |
| [9] | 1 | 30% | 33% | 27% | 22% | 25% | 19% |
| [10] | 2 | 21% | 22% | 19% | 20% | 25% | 15% |
| [11] | 3 | 13% | 10% | 16% | 17% | 14% | 20% |
| [12] | 4+ | 23% | 20% | 27% | 34% | 27% | 41% |
| [13] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

HIGHLY CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 23

## HIGHER-SPEND ADVERTISER SURVEY
## GOOGLE USERS
## NUMBER OF OTHER AD BUYING TOOLS

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

| | # of Non-Google Ad Buying Tools | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [14] | 0 | 78 | 47 | 31 | 50 | 32 | 18 |
| [15] | 1 | 99 | 56 | 43 | 47 | 27 | 20 |
| [16] | 2 | 66 | 31 | 35 | 41 | 21 | 20 |
| [17] | 3 | 38 | 20 | 18 | 31 | 18 | 13 |
| [18] | 4+ | 49 | 15 | 34 | 44 | 12 | 32 |
| [19] | Total Respondents | 330 | 169 | 161 | 213 | 110 | 103 |
| [20] | Average # of Non-Google Ad Buying Tools | 2.0 | 1.6 | 2.5 | 2.4 | 1.8 | 3.1 |

| | # of Non-Google Ad Buying Tools | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [21] | 0 | 24% | 28% | 19% | 23% | 29% | 17% |
| [22] | 1 | 30% | 33% | 27% | 22% | 25% | 19% |
| [23] | 2 | 20% | 18% | 22% | 19% | 19% | 19% |
| [24] | 3 | 12% | 12% | 11% | 15% | 16% | 13% |
| [25] | 4+ | 15% | 9% | 21% | 21% | 11% | 31% |
| [26] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents with annual ad spend of less than $500K or who selected "Don't know / Unsure" in QS10 were screened out of the survey.
[A] Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.
Percentages calculated by dividing the number of people choosing "Google Ads" or "Google DV360" for a given number of selected ad buying tools by the total number of people choosing "Google Ads" or "Google DV360."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 24

## HIGHER-SPEND ADVERTISER SURVEY
## USE OF GOOGLE ADS AND OTHER AD BUYING TOOLS

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

| | Ad Buying Tool(s) | Total Respondents | |
|---|---|---|---|
| | | # | % |
| | [A] | [B] | [C] |
| [1] | Google Ads and At Least One Other Ad Buying Tool | 287 | 87% |
| [2] | *Google Ads and DV360 Only* | *35* | *11%* |
| [3] | *Google Ads, DV360 and At Least One Non-Google Ad Buying Tool* | *131* | *40%* |
| [4] | *Google Ads Only and At Least One Non-Google Ad Buying Tool* | *121* | *37%* |
| [5] | Google Ads and No Other Ad Buying Tool | 43 | 13% |
| [6] | Total Respondents Using Google Ads | 330 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Limited to respondents who selected Google Ads in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 25**

**HIGHER-SPEND ADVERTISER SURVEY**
**OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS**
**WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY**

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully. (Please select all that apply.)

| Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [1] Social | 19 | 44% | 51 | 65% |
| [2] Search | 19 | 44% | 53 | 68% |
| [3] Email | 19 | 44% | 45 | 58% |
| [4] Digital Video | 13 | 30% | 39 | 50% |
| [5] Direct Display | 12 | 28% | 31 | 40% |
| [6] eCommerce Platforms | 10 | 23% | 26 | 33% |
| [7] App/In-App | 10 | 23% | 22 | 28% |
| [8] Connected TV | 2 | 5% | 19 | 24% |
| [9] Digital Audio | 2 | 5% | 19 | 24% |
| [10] Other | - | - | - | - |
| [11] Total | 43 | 100% | 78 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

[A] Includes the non-programmatic display advertising types respondents selected in QS12 and QS13.

[B]-[C] Limited to respondents who selected Google Ads and no other buying tools (including Google DV360) in Q8. Includes 2 respondents who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tool in Q8. Includes 3 respondents who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 26

### HIGHER-SPEND ADVERTISER SURVEY
### NUMBER OF OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS
### WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| | Number of Other Display Advertising Types Used | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|---|
| | | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] |
| [1] | 0 | 19 | 44% | 20 | 26% |
| [2] | 1 | 2 | 5% | 3 | 4% |
| [3] | 2 | 1 | 2% | 1 | 1% |
| [4] | 3 | 5 | 12% | 8 | 10% |
| [5] | 4 | 4 | 9% | 6 | 8% |
| [6] | 5 | 6 | 14% | 14 | 18% |
| [7] | 6 | 2 | 5% | 10 | 13% |
| [8] | 7 | 3 | 7% | 10 | 13% |
| [9] | 8 | 1 | 2% | 2 | 3% |
| [10] | 9 | - | 0% | 4 | 5% |
| [11] | Total | 43 | 100% | 78 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

[A] Counts the number of non-programmatic display advertising types respondents selected in QS12 and QS13.

[B]-[C] Limited to respondents who selected Google Ads and no other buying tools (including Google DV360) in Q8. Includes 2 respondents who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tool in Q8. Includes 3 respondents who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 27**

**HIGHER-SPEND ADVERTISER SURVEY**
**PROGRAMMATIC DISPLAY ADVERTISING BUDGET SHARE**
**BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY**

Q4: What is your best estimate of the share of your business unit/team's digital advertising budget that was used
for each of these types of advertising in the past year? Specifically, please allocate 100% across the different
types of digital advertising shown below based on the share of your total digital advertising budget spent on
each type. The total should add up to 100%.

| % of Budget Allocated to Programmatic Display Advertising | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| **% of Digital Advertising Budget** | | | | |
| [1] 0% – 10% | 11 | 26% | 25 | 32% |
| [2] 10% – 20% | 6 | 14% | 17 | 22% |
| [3] 20% – 30% | 3 | 7% | 11 | 14% |
| [4] 30% – 40% | 2 | 5% | 3 | 4% |
| [5] 40% – 50% | 1 | 2% | 1 | 1% |
| [6] 50% – 60% | 1 | 2% | 1 | 1% |
| [7] 60% – 70% | - | 0% | - | 0% |
| [8] 70% – 80% | - | 0% | - | 0% |
| [9] 80% – 90% | - | 0% | - | 0% |
| [10] 90% – 100% | 19 | 44% | 20 | 26% |
| [11] Total | 43 | 100% | 78 | 100% |
| **% of Overall Advertising Budget** | | | | |
| [12] 0% – 10% | 15 | 35% | 34 | 44% |
| [13] 10% – 20% | 4 | 9% | 15 | 19% |
| [14] 20% – 30% | 1 | 2% | 4 | 5% |
| [15] 30% – 40% | 4 | 9% | 5 | 6% |
| [16] 40% – 50% | 7 | 16% | 7 | 9% |
| [17] 50% – 60% | 4 | 9% | 4 | 5% |
| [18] 60% – 70% | 4 | 9% | 4 | 5% |
| [19] 70% – 80% | 4 | 9% | 5 | 6% |
| [20] 80% – 90% | - | 0% | - | 0% |
| [21] 90% – 100% | - | 0% | - | 0% |
| [22] Total | 43 | 100% | 78 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 27**

**HIGHER-SPEND ADVERTISER SURVEY**
**PROGRAMMATIC DISPLAY ADVERTISING BUDGET SHARE**
**BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY**

<u>Notes & Sources</u>:

From Higher-Spend Advertiser Survey.

[B]-[C]  Limited to respondents who selected Google Ads and no other ad buying tools (including Google DV360) in Q8. Includes 2 respondents who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

[D]-[E]  Limited to respondents who selected Google Ads and no other Non-Google ad buying tool in Q7. Includes 3 respondents who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

[12]-[21]  Calculated as the % of budget allocated to programmatic display in Q4 * the % of budget allocated to online advertising in QS11.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 28

## HIGHER-SPEND ADVERTISER SURVEY
## CHANGE IN AD BUYING TOOL USE

Q10: Do you and/or your business unit/team expect to use the
same number, more, or fewer ad buying tools for programmatic
display advertising next year? (Please select only one option.)

| Response Options | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] More | 118 | 24% |
| [2] Fewer | 84 | 17% |
| [3] Same Number | 278 | 56% |
| [4] Don't know / Unsure | 17 | 3% |
| [5] Total Shown Question | 497 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Respondents were shown Q10 if they did not select "Don't know / Unsure"
in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 29**

**HIGHER-SPEND ADVERTISER SURVEY**
**FACTORS CONSIDERED WHEN CHOOSING AD BUYING TOOLS**
**FOR PROGRAMMATIC DISPLAY ADVERTISING**

Q12: Which of the following factors, if any, do you and/or your business unit/team consider when
deciding to use a particular ad buying tool for programmatic display advertising? (Please select all that apply.)

| | Factor | Respondents Indicating the Factor was Considered | |
|---|---|---|---|
| | | # | % |
| | [A] | [B] | [C] |
| [1] | Ad placement effectiveness | 239 | 48% |
| [2] | Targeting criteria and capabilities | 233 | 47% |
| [3] | Audience scale/Reach | 225 | 45% |
| [4] | Media optimization of placements during a campaign | 222 | 45% |
| [5] | Cost | 221 | 44% |
| [6] | Ease of use/User interface | 186 | 37% |
| [7] | Reporting features | 172 | 35% |
| [8] | Brand safety/fraud protection | 162 | 33% |
| [9] | API and integrations | 153 | 31% |
| [10] | Budget management tools | 144 | 29% |
| [11] | Forecasting tools | 119 | 24% |
| [12] | Support | 117 | 24% |
| [13] | Troubleshooting capabilities | 99 | 20% |
| [14] | Identity management | 96 | 19% |
| [15] | Other | 4 | 1% |
| [16] | Don't know / Unsure | 2 | 0% |
| [17] | Total Shown Question | 497 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents were shown Q12 if they did not select "Don't know / Unsure" in Q8.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 30

## HIGHER-SPEND ADVERTISER SURVEY
## DISCONTINUATION OF AD BUYING TOOL USE

Q13: Have you and/or your business unit/team stopped using
any ad buying tool(s) for programmatic display advertising
in the past year? (Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Yes | 113 | 23% |
| [2] | No | 350 | 70% |
| [3] | Don't know / Unsure | 34 | 7% |
| [4] | Total Shown Question | 497 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents were shown Q13 if they did not select
   "Don't know / Unsure" in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 31

## HIGHER-SPEND ADVERTISER SURVEY
## START OF AD BUYING TOOL USE

Q15: Have you and/or your business unit/team started using
any ad buying tool(s) for programmatic display advertising
in the past year? (Please select only one option.)

| Response Options | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Yes | 198 | 40% |
| [2] No | 257 | 52% |
| [3] Don't know / Unsure | 42 | 8% |
| [4] Total Shown Question | 497 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Respondents were shown Q15 if they did not select "Don't know / Unsure"
in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 32

## HIGHER-SPEND ADVERTISER SURVEY
## PERFORMANCE ASSESSMENT METRICS

Q17: Which of the following metrics, if any, are you and/or your business unit/team using to assess the performance of programmatic display ads, direct deals display ads, social media ads, and/or digital video ads? (Please select all that apply in each column.)

| Metric | Programmatic Display Ads # | Programmatic Display Ads % | Direct Deals Display Ads # | Direct Deals Display Ads % | Social Media Ads # | Social Media Ads % | Digital Video Ads # | Digital Video Ads % |
|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| [1] Conversions | 241 | 48% | 116 | 39% | 183 | 48% | 135 | 42% |
| [2] Return on Investment (ROI) | 239 | 48% | 129 | 44% | 165 | 43% | 137 | 42% |
| [3] Return on Ad Spend (ROAS) | 238 | 47% | 133 | 45% | 195 | 51% | 153 | 47% |
| [4] Cost per click (CPC) | 237 | 47% | 146 | 49% | 191 | 50% | 127 | 39% |
| [5] Click through rate (CTR) | 225 | 45% | 144 | 49% | 210 | 55% | 140 | 43% |
| [6] Cost per impression (CPM) | 199 | 40% | 125 | 42% | 165 | 43% | 143 | 44% |
| [7] Impressions | 190 | 38% | 120 | 41% | 179 | 47% | 162 | 50% |
| [8] Cost per action (CPA) | 186 | 37% | 113 | 38% | 168 | 44% | 124 | 38% |
| [9] Clicks | 182 | 36% | 107 | 36% | 168 | 44% | 125 | 39% |
| [10] Other | 11 | 2% | 3 | 1% | 10 | 3% | 9 | 3% |
| [11] None of the above | 1 | 0% | 1 | 0% | 1 | 0% | 1 | 0% |
| [12] Don't know / Unsure | 1 | 0% | - | 0% | 1 | 0% | 2 | 1% |
| [13] Total Shown Question | 502 | 100% | 296 | 100% | 381 | 100% | 324 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "None of the above" and "Don't know / Unsure."

Respondents were only asked about each of the above advertising types if they had indicated in QS12 and QS13 that their business unit/team had used those advertising types in the past year.

Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 33

## HIGHER-SPEND ADVERTISER SURVEY
## RANKING OF PERFORMANCE ASSESSMENT METRICS

Q18: You indicated that you use the following metrics to assess the performance of programmatic display ads for the client you
spend the most time on. Please rank these metrics in terms of how important they are to accurately assessing
the performance of programmatic display ads, with 1 being the most important and [NUMBER OF MEASURES SELECTED IN Q16]
being the least important. (Please rank the following metrics, or select "Don't know / Unsure".)

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [1] Return on Investment (ROI) | 108 | 22% | 193 | 39% |
| [2] Return on Ad Spend (ROAS) | 84 | 17% | 195 | 39% |
| [3] Conversions | 73 | 15% | 170 | 34% |
| [4] Cost per click (CPC) | 58 | 12% | 141 | 28% |
| [5] Cost per action (CPA) | 48 | 10% | 121 | 24% |
| [6] Click through rate (CTR) | 40 | 8% | 128 | 26% |
| [7] Cost per impression (CPM) | 36 | 7% | 106 | 21% |
| [8] Clicks | 30 | 6% | 90 | 18% |
| [9] Impressions | 22 | 4% | 84 | 17% |
| [10] Other | 1 | 0% | 4 | 1% |
| [11] Total | 500 | 100% | 500 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents are only shown Q18 if they indicate that they used more than one metric to assess the performance of programmatic
display ads in Q17. Respondents who selected only one metric in Q17 are assumed to have that metric ranked as most important.

Total includes respondents who ranked metrics in Q18 or selected only one metric in Q17.

0 (0% of respondents who selected at least one metric to assess the performance of programmatic display ads) respondents selected "Don't
know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 34**

**HIGHER-SPEND ADVERTISER SURVEY**
**FREQUENCY OF PERFORMANCE ASSESSMENT**

Q19: How often, if at all, do you and/or your business unit/team measure
or assess the performance of your programmatic display advertising?
(Please select only one option.)

If you are using an ad agency and they are responsible for measuring
or assessing performance of your programmatic display advertising,
please indicate how often you receive information about the performance
of your programmatic display advertising from the agency.

| Frequency | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Daily | 59 | 12% |
| [2] Weekly | 186 | 37% |
| [3] Monthly | 142 | 28% |
| [4] Quarterly | 94 | 19% |
| [5] Annually | 18 | 4% |
| [6] Don't know / Unsure | 3 | 1% |
| [7] Total Shown Question | 502 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 35**

**HIGHER-SPEND ADVERTISER SURVEY**
**EXPERIMENTS ON PROGRAMMATIC DISPLAY ADS**

Q20: In the past year, have you and/or your business unit/team
run any experiments or test & learn initiatives on your programmatic
display ads? (Please select only one option.)

| Response Options | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Yes | 295 | 59% |
| [2] No | 188 | 37% |
| [3] Don't know / Unsure | 19 | 4% |
| [4] Total Shown Question | 502 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 36

## HIGHER-SPEND ADVERTISER SURVEY
## TYPES OF EXPERIMENTS ON PROGRAMMATIC DISPLAY ADS

Q21: Which of the following types of experiments or test & learn initiatives, if any, have you and/or your business unit/team run in the past year on your programmatic display ads?

| | Experiment Type | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Creatives | 175 | 59% |
| [2] | Audiences | 160 | 54% |
| [3] | ROI/ROAS | 148 | 50% |
| [4] | Bid strategies | 145 | 49% |
| [5] | Ad buying tool performance | 142 | 48% |
| [6] | Publishers | 87 | 29% |
| [7] | Other | 4 | 1% |
| [8] | Don't know / Unsure | - | 0% |
| [9] | Total Shown Question | 295 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."

Percentages do not add up to 100% because respondents can select multiple options.

Respondents were only shown Q21 if they indicated in Q20 that they had conducted experiments or test & learn initiatives on their programmatic display ads in the past year.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 37**

**LOWER-SPEND ADVERTISER SURVEY
RESPONSE STATISTICS**

| | Status | # | % |
|---|---|---|---|
| [1] | **Invited to Complete Survey** | **2,268** | **100%** |
| [2] | **Clicked on Survey Link** | **1,067** | **100%** |
| [3] | **Screened Out of Survey** | **623** | **58%** |
| [4] | *CAPTCHA* | *6* | *1%* |
| [5] | *Age* | *9* | *1%* |
| [6] | *State* | *2* | *0%* |
| [7] | *Job Responsibilities* | *171* | *16%* |
| [8] | *Not Employed by a Products/Services Business* | *178* | *17%* |
| [9] | *Annual Advertising Spend Above $500K* | *149* | *14%* |
| [10] | *No Digital Advertising Spend* | *3* | *0%* |
| [11] | *Did Not Use Display Advertising* | *94* | *9%* |
| [12] | *Not Involved in Decision Making Roles for Display Advertising* | *4* | *0%* |
| [13] | *Failed Attention Check* | *7* | *1%* |
| [14] | *Overquota Respondents* | *-* | *0%* |
| [15] | **Self-Termination** | **42** | **4%** |
| [16] | **Completed the Survey** | **402** | **100%** |
| [17] | **Removed from Sample** | **100** | **25%** |
| [18] | *Slowpokes and Speeders* | *5* | *1%* |
| [19] | *Asked to be Excluded* | *95* | *24%* |
| [20] | **Analytical Sample** | **302** | **100%** |
| [21] | Respondents with Less than $50K Annual Ad Spend | 138 | 46% |
| [22] | Respondents with $50K – $500K Annual Ad Spend | 164 | 54% |

Notes & Sources:

From Lower-Spend Advertiser Survey.

[4] Respondents who failed the CAPTCHA three times were screened out of the study.

[5] Respondents who selected "Under 18" or "Prefer not to answer" in QS3 were screened out of the study.

[6] Respondents who selected "Other" or "Don't know / Unsure" in QS5 were screened out of the study.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 37**

**LOWER-SPEND ADVERTISER SURVEY**
**RESPONSE STATISTICS**

Notes & Sources (cont.):

[7] Respondents who indicated in QS6 that, as part of their job responsibilities, they do not have any involvement with "Advertising or Marketing" were screened out of the study.

[8] Respondents who indicated in QS7 that they did not work for a "Products/Service Business" were screened out of the study.

[9] Respondents who indicated in QS10 that their company spent $500,000 or more on all advertising in the last 12 months or selected "Don't know / Unsure" were screened out of the study.

[10] Respondents who indicated in QS11 that the percentage of their total advertising budget spent on digital (online) advertising was zero were screened out of the study.

[11] Respondents who did not indicate in QS12 that they used display advertising in the past year were screened out of the study.

[12] Respondents who did not select "I determine overall strategies and/or budgets for digital display," "I determine which tools and/or platforms to use for digital display," "I regularly manage digital display campaigns," or "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns" in QS13 were screened out of the study.

[13] Respondents who did not select "Somewhat likely" in QS14 were screened out of the study.

[14] Respondents were terminated due to entering the survey after it had been closed for sampling.

[15] Respondents who only completed part of the survey.

[18] Respondents who took less than 100 seconds (1.67 minutes) or more than 10,800 seconds (3 hours) to complete the survey were removed from the analysis.

[19] Respondents were asked if they are willing to participate in this survey after completing the questionnaire. Respondents who selected "Exclude my responses" in QF1 were removed from the data by the panel vendor.

[20] These respondents were used in the analysis.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 38**

**LOWER-SPEND ADVERTISER SURVEY
SURVEY PARTICIPATION PREFERENCE**

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you do not want to participate in this survey, please click "Exclude my responses" below.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 38**

**LOWER-SPEND ADVERTISER SURVEY**
**SURVEY PARTICIPATION PREFERENCE**

Notes & Sources:

From Lower-Spend Advertiser Survey.

Includes respondents who completed the survey.

Respondents who indicated that they wanted their responses excluded from the survey were removed from the data
by the panel vendor.

Information about annual ad spend for the 95 respondents who selected to exclude their responses is not available.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 39**

**LOWER-SPEND ADVERTISER SURVEY
RESPONDENT DEMOGRAPHICS**

| | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| **Age** | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] 18 - 34 | 54 | 18% | 22 | 16% | 32 | 20% |
| [2] 35 - 49 | 223 | 74% | 107 | 78% | 116 | 71% |
| [3] 50 - 64 | 25 | 8% | 9 | 7% | 16 | 10% |
| [4] 65 or above | - | 0% | - | 0% | - | 0% |
| [5] Total | 302 | 100% | 138 | 100% | 164 | 100% |
| **Gender** | | | | | | |
| [6] Female | 49 | 16% | 12 | 9% | 37 | 23% |
| [7] Male | 253 | 84% | 126 | 91% | 127 | 77% |
| [8] Other | - | 0% | - | 0% | - | 0% |
| [9] Prefer not to answer | - | 0% | - | 0% | - | 0% |
| [10] Total | 302 | 100% | 138 | 100% | 164 | 100% |

Source:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 40

## LOWER-SPEND ADVERTISER SURVEY
## MARKET SECTORS

QS8: Which of the following, if any, best characterizes the market sector/industry your company is in? (Please select only one option.)

| Market Sector / Industry | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Advertising or Marketing | 138 | 46% | 59 | 43% | 79 | 48% |
| [2] Retail (including Ecommerce) | 36 | 12% | 23 | 17% | 13 | 8% |
| [3] B2B/Services for Businesses | 21 | 7% | 6 | 4% | 15 | 9% |
| [4] Apparel/Fashion | 14 | 5% | 8 | 6% | 6 | 4% |
| [5] Food and Beverage | 13 | 4% | 7 | 5% | 6 | 4% |
| [6] Health and Beauty Products | 12 | 4% | 6 | 4% | 6 | 4% |
| [7] Restaurants | 9 | 3% | 6 | 4% | 3 | 2% |
| [8] Education | 9 | 3% | 4 | 3% | 5 | 3% |
| [9] Media and Entertainment | 8 | 3% | 1 | 1% | 7 | 4% |
| [10] Financial Products/Services for Consumers (including Fintech) | 8 | 3% | 3 | 2% | 5 | 3% |
| [11] Home Products/Appliances | 5 | 2% | 3 | 2% | 2 | 1% |
| [12] Health Care or Medical Services | 5 | 2% | 4 | 3% | 1 | 1% |
| [13] Consumer Electronics | 5 | 2% | 1 | 1% | 4 | 2% |
| [14] Telecommunications | 4 | 1% | 1 | 1% | 3 | 2% |
| [15] Automotive | 3 | 1% | 2 | 1% | 1 | 1% |
| [16] Pharmaceuticals and Remedies (Rx or OTC) | 2 | 1% | - | 0% | 2 | 1% |
| [17] Travel and Hospitality | 1 | 0% | - | 0% | 1 | 1% |
| [18] Non-Profit | - | 0% | - | 0% | - | 0% |
| [19] Government | - | 0% | - | 0% | - | 0% |
| [20] Other | 9 | 3% | 4 | 3% | 5 | 3% |
| [21] Total | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 41

## LOWER-SPEND ADVERTISER SURVEY
## JOB TITLES

QS9: Which of the following best characterizes your current job title/level? (Please select only one option.)

| Job Title / Level | Total Respondents # | % | < Than $50K Ad Spend # | % | $50K – $500K Ad Spend # | % |
|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] C-Level (CEO, COO, CMO, etc.) | 115 | 38% | 55 | 40% | 60 | 37% |
| [2] Director | 67 | 22% | 31 | 22% | 36 | 22% |
| [3] Vice President, SVP, EVP, President, etc. | 64 | 21% | 27 | 20% | 37 | 23% |
| [4] Manager | 35 | 12% | 18 | 13% | 17 | 10% |
| [5] Supervisor/Department Head/Group Manager | 10 | 3% | 3 | 2% | 7 | 4% |
| [6] Associate | 3 | 1% | - | 0% | 3 | 2% |
| [7] Buyer | 2 | 1% | 1 | 1% | 1 | 1% |
| [8] Planner | 2 | 1% | 1 | 1% | 1 | 1% |
| [9] Strategist | 1 | 0% | 1 | 1% | - | 0% |
| [10] Analyst | 1 | 0% | - | 0% | 1 | 1% |
| [11] Other | 2 | 1% | 1 | 1% | 1 | 1% |
| [12] Total | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 42

## LOWER-SPEND ADVERTISER SURVEY
## ANNUAL AD SPEND

QS10: Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (Please select only one option.)

Number of Respondents



Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 43

## LOWER-SPEND ADVERTISER SURVEY
## PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING

QS11: Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for digital (online) advertising, as opposed to offline advertising. Please give your best estimate.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 43

## LOWER-SPEND ADVERTISER SURVEY
## PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING

QS11: Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for digital (online) advertising, as opposed to offline advertising. Please give your best estimate.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 43**

**LOWER-SPEND ADVERTISER SURVEY
PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING**

QS11: Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for digital (online) advertising, as opposed to offline advertising. Please give your best estimate.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 43**

**LOWER-SPEND ADVERTISER SURVEY**
**PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING**

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

Respondents who entered zero for digital (online) advertising were screened out of the survey.

3 respondents selected "Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 44

## LOWER-SPEND ADVERTISER SURVEY
## TYPES OF DIGITAL ADVERTISING USED

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| Advertising Type | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Display | 302 | 100% | 138 | 100% | 164 | 100% |
| [2] Social | 210 | 70% | 100 | 72% | 110 | 67% |
| [3] Search | 193 | 64% | 92 | 67% | 101 | 62% |
| [4] Digital Video | 163 | 54% | 66 | 48% | 97 | 59% |
| [5] Email | 143 | 47% | 50 | 36% | 93 | 57% |
| [6] eCommerce Platforms | 134 | 44% | 55 | 40% | 79 | 48% |
| [7] Digital Audio | 131 | 43% | 59 | 43% | 72 | 44% |
| [8] App/In-App | 119 | 39% | 58 | 42% | 61 | 37% |
| [9] Connected TV | 113 | 37% | 42 | 30% | 71 | 43% |
| [10] Other | 1 | 0% | - | 0% | 1 | 1% |
| [11] Total | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Respondents who did not select "Display" were screened out of the survey.
Percentages do not add up to 100% because respondents can select multiple options.
Sorted in descending order based on column [B].

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 45

## LOWER-SPEND ADVERTISER SURVEY
## NUMBER OF TYPES OF DIGITAL ADVERTISING USED

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| Number of Types Selected | Total Respondents # | Total Respondents % | < Than $50K Ad Spend # | < Than $50K Ad Spend % | $50K – $500K Ad Spend # | $50K – $500K Ad Spend % |
|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] 1 | 42 | 14% | 27 | 20% | 15 | 9% |
| [2] 2 | 14 | 5% | 6 | 4% | 8 | 5% |
| [3] 3 | 52 | 17% | 30 | 22% | 22 | 13% |
| [4] 4 | 25 | 8% | 7 | 5% | 18 | 11% |
| [5] 5 | 43 | 14% | 11 | 8% | 32 | 20% |
| [6] 6 | 29 | 10% | 9 | 7% | 20 | 12% |
| [7] 7 | 33 | 11% | 17 | 12% | 16 | 10% |
| [8] 8 | 13 | 4% | 4 | 3% | 9 | 5% |
| [9] 9 | 51 | 17% | 27 | 20% | 24 | 15% |
| [10] 10 | - | 0% | - | 0% | - | 0% |
| [11] Total | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 46

## LOWER-SPEND ADVERTISER SURVEY
## USE OF AD AGENCY AND/OR CONSULTANT

Q2: Do you or do you not use an ad agency and/or consultant for digital advertising? (Please select only one option.)

| Response Options | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Yes, I use an ad agency and/or consultant. | 202 | 67% | 95 | 69% | 107 | 65% |
| [2] No, I don't use an ad agency and/or consultant | 100 | 33% | 43 | 31% | 57 | 35% |
| [3] Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [4] Total Shown Question | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

**EXHIBIT 47**

**LOWER-SPEND ADVERTISER SURVEY**
**PURPOSE OF AD AGENCY USE**

Q3: For which, if any, of the following do you use an ad agency and/or consultant? (Please select all that apply.)

| Response Options | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Media/marketing strategies | 121 | 60% | 54 | 57% | 67 | 63% |
| [2] Implementation of advertising (e.g., placing bids, interacting with DSPs) | 106 | 52% | 50 | 53% | 56 | 52% |
| [3] Tracking advertising performance | 105 | 52% | 46 | 48% | 59 | 55% |
| [4] Content and/or creatives | 90 | 45% | 43 | 45% | 47 | 44% |
| [5] Running advertising tests/experiments | 86 | 43% | 39 | 41% | 47 | 44% |
| [6] Customer research | 74 | 37% | 36 | 38% | 38 | 36% |
| [7] Budgeting decisions | 65 | 32% | 25 | 26% | 40 | 37% |
| [8] Allocating advertising funds across advertising types | 64 | 32% | 23 | 24% | 41 | 38% |
| [9] Consulting services | 60 | 30% | 17 | 18% | 43 | 40% |
| [10] Inventory access | 46 | 23% | 19 | 20% | 27 | 25% |
| [11] Other | - | 0% | - | 0% | - | 0% |
| [12] None of the above | - | 0% | - | 0% | - | 0% |
| [13] Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [14] Total Shown Question | 202 | 100% | 95 | 100% | 107 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above," and "Don't know/Unsure."
Respondents are only shown Q3 if they indicated in Q2 that they used an ad agency for digital advertising.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 48

## LOWER-SPEND ADVERTISER SURVEY
## DIGITAL DISPLAY PLATFORMS USED IN PAST YEAR

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| Platform | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Google Ads | 191 | 63% | 86 | 62% | 105 | 64% |
| [2] Amazon DSP | 151 | 50% | 71 | 51% | 80 | 49% |
| [3] Google DV360 | 106 | 35% | 41 | 30% | 65 | 40% |
| [4] Adobe Advertising Cloud | 82 | 27% | 26 | 19% | 56 | 34% |
| [5] MediaMath DSP | 54 | 18% | 21 | 15% | 33 | 20% |
| [6] Yahoo DSP (formerly Verizon Media DSP) | 49 | 16% | 18 | 13% | 31 | 19% |
| [7] The Trade Desk DSP | 44 | 15% | 15 | 11% | 29 | 18% |
| [8] Ad Step Technologies | 41 | 14% | 10 | 7% | 31 | 19% |
| [9] Quantcast | 33 | 11% | 9 | 7% | 24 | 15% |
| [10] Criteo | 29 | 10% | 10 | 7% | 19 | 12% |
| [11] Amobee | 28 | 9% | 9 | 7% | 19 | 12% |
| [12] Other | 4 | 1% | 3 | 2% | 1 | 1% |
| [13] Don't know / Unsure | 3 | 1% | 1 | 1% | 2 | 1% |
| [14] Total Shown Question | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know/Unsure."
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 49

## LOWER-SPEND ADVERTISER SURVEY
## NUMBER OF DIGITAL DISPLAY PLATFORMS USED IN PAST YEAR

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| Number of Platforms Selected | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Zero | - | 0% | - | 0% | - | 0% |
| [2] One | 58 | 19% | 29 | 21% | 29 | 18% |
| [3] More Than One | 241 | 80% | 108 | 78% | 133 | 81% |
| [4]   Two | 114 | 38% | 66 | 48% | 48 | 29% |
| [5]   Three | 61 | 20% | 26 | 19% | 35 | 21% |
| [6]   Four or More | 66 | 22% | 16 | 12% | 50 | 30% |
| [7] Don't know/Unsure | 3 | 1% | 1 | 1% | 2 | 1% |
| [8] Total Shown Question | 302 | 100% | 138 | 100% | 164 | 100% |
| [9] Average # of Display Platforms Selected | 2.6 | | 2.3 | | 2.9 | |

Notes & Sources:
From Lower-Spend Advertiser Survey.
[A] Count excludes Ad Step Technologies, which was a decoy option.
[9] Calculated as the average number of display platforms selected by respondents. Excludes respondents who selected "Don't know/Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 50

## LOWER-SPEND ADVERTISER SURVEY
## USE OF GOOGLE PLATFORMS

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| Platform(s) | Total Respondents # | Total Respondents % | < Than $50K Ad Spend # | < Than $50K Ad Spend % | $50K – $500K Ad Spend # | $50K – $500K Ad Spend % |
|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Neither Google Ads nor Google DV360 | 77 | 25% | 37 | 27% | 40 | 24% |
| [2] At least one of Google Ads and Google DV360 | 222 | 74% | 100 | 72% | 122 | 74% |
| [3]     Google Ads Only | 116 | 38% | 59 | 43% | 57 | 35% |
| [4]     Google DV360 Only | 31 | 10% | 14 | 10% | 17 | 10% |
| [5]     Both Google Ads and Google DV360 | 75 | 25% | 27 | 20% | 48 | 29% |
| [6] Don't know / Unsure | 3 | 1% | 1 | 1% | 2 | 1% |
| [7] Total Shown Question | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 51

## LOWER-SPEND ADVERTISER SURVEY
## GOOGLE USERS
## NUMBER OF OTHER DISPLAY PLATFORMS

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| | # of Other Display Platforms (Inc. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | 24 | 12 | 12 | 3 | 3 | - |
| [2] | 1 | 74 | 43 | 31 | 26 | 12 | 14 |
| [3] | 2 | 38 | 16 | 22 | 30 | 14 | 16 |
| [4] | 3 | 30 | 10 | 20 | 26 | 7 | 19 |
| [5] | 4+ | 25 | 5 | 20 | 21 | 5 | 16 |
| [6] | Total Respondents | 191 | 86 | 105 | 106 | 41 | 65 |
| [7] | Average # of Other Platforms | 1.8 | 1.5 | 2.1 | 2.4 | 2.0 | 2.7 |

| | # of Other Display Platforms (Inc. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [8] | 0 | 13% | 14% | 11% | 3% | 7% | 0% |
| [9] | 1 | 39% | 50% | 30% | 25% | 29% | 22% |
| [10] | 2 | 20% | 19% | 21% | 28% | 34% | 25% |
| [11] | 3 | 16% | 12% | 19% | 25% | 17% | 29% |
| [12] | 4+ | 13% | 6% | 19% | 20% | 12% | 25% |
| [13] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 51

## LOWER-SPEND ADVERTISER SURVEY
## GOOGLE USERS
## NUMBER OF OTHER DISPLAY PLATFORMS

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| | # of Non-Google Platforms | Google Ads Users | | | Google DV360 Users | | |
| | | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend |
|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [14] | 0 | 39 | 17 | 22 | 18 | 8 | 10 |
| [15] | 1 | 80 | 48 | 32 | 32 | 17 | 15 |
| [16] | 2 | 38 | 13 | 25 | 30 | 11 | 19 |
| [17] | 3 | 21 | 7 | 14 | 17 | 4 | 13 |
| [18] | 4+ | 13 | 1 | 12 | 9 | 1 | 8 |
| [19] | Total Respondents | 191 | 86 | 105 | 106 | 41 | 65 |
| [20] | Average # of Non-Google Platforms | 1.4 | 1.2 | 1.7 | 1.7 | 1.3 | 1.9 |

| | # of Non-Google Platforms | Google Ads Users | | | Google DV360 Users | | |
| | | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend |
|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [21] | 0 | 20% | 20% | 21% | 17% | 20% | 15% |
| [22] | 1 | 42% | 56% | 30% | 30% | 41% | 23% |
| [23] | 2 | 20% | 15% | 24% | 28% | 27% | 29% |
| [24] | 3 | 11% | 8% | 13% | 16% | 10% | 20% |
| [25] | 4+ | 7% | 1% | 11% | 8% | 2% | 12% |
| [26] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
[A] Count excludes Ad Step Technologies, which was a decoy option.
Percentages calculated by dividing the number of people choosing "Google Ads" or "Google DV360" for a given number of selected platforms by the total number of people choosing "Google Ads" or "Google DV360."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 52

## LOWER-SPEND ADVERTISER SURVEY
## USE OF GOOGLE ADS AND OTHER DISPLAY PLATFORMS

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically
website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads,
animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the
following platforms, if any, have you used during the last 12 months for digital display advertising?

| | Display Platform(s) | Total Respondents | |
| | | # | % |
| | [A] | [B] | [C] |
| [1] | Google Ads and At Least One Other Display Platform | 167 | 87% |
| [2] | *Google Ads and DV360 Only* | *15* | *8%* |
| [3] | *Google Ads, DV360 and At Least One Non-Google Display Platforms* | *60* | *31%* |
| [4] | *Google Ads Only and At Least One Non-Google Display Platform* | *92* | *48%* |
| [5] | Google Ads and No Other Display Platform | 24 | 13% |
| [6] | Total Respondents Using Google Ads | 191 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Limited to respondents who selected Google Ads in Q4.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 53**

**LOWER-SPEND ADVERTISER SURVEY**
**OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS**
**WHO USE ONLY GOOGLE ADS FOR DISPLAY**

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| Other Digital Advertising | Respondents Who Use Google Ads and No Other Display Platforms | | | | | |
|---|---|---|---|---|---|---|
| | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| Types Used | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Social | 11 | 46% | 6 | 50% | 5 | 42% |
| [2] Search | 9 | 38% | 4 | 33% | 5 | 42% |
| [3] Email | 6 | 25% | 2 | 17% | 4 | 33% |
| [4] Digital Video | 5 | 21% | 2 | 17% | 3 | 25% |
| [5] Connected TV | 2 | 8% | - | 0% | 2 | 17% |
| [6] Digital Audio | 1 | 4% | 1 | 8% | - | 0% |
| [7] eCommerce Platforms | - | 0% | - | 0% | - | 0% |
| [8] App/In-App | - | 0% | - | 0% | - | 0% |
| [9] Other | - | 0% | - | 0% | - | 0% |
| [10] Total Shown Question | 24 | 100% | 12 | 100% | 12 | 100% |

| Other Digital Advertising | Respondents Who Use Google Ads and No Other Non-Google Display Platforms | | | | | |
|---|---|---|---|---|---|---|
| | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| Types Used | # | % | # | % | # | % |
| [A] | [H] | [I] | [J] | [K] | [L] | [M] |
| [1] Social | 22 | 56% | 10 | 59% | 12 | 55% |
| [2] Search | 21 | 54% | 8 | 47% | 13 | 59% |
| [3] Email | 16 | 41% | 5 | 29% | 11 | 50% |
| [4] Digital Video | 16 | 41% | 7 | 41% | 9 | 41% |
| [5] Connected TV | 7 | 18% | 2 | 12% | 5 | 23% |
| [6] Digital Audio | 7 | 18% | 3 | 18% | 4 | 18% |
| [7] eCommerce Platforms | 6 | 15% | 4 | 24% | 2 | 9% |
| [8] App/In-App | 8 | 21% | 5 | 29% | 3 | 14% |
| [9] Other | - | 0% | - | 0% | - | 0% |
| [10] Total Shown Question | 39 | 100% | 17 | 100% | 22 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 53**

**LOWER-SPEND ADVERTISER SURVEY**
**OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS**
**WHO USE ONLY GOOGLE ADS FOR DISPLAY**

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

[A] Non-display advertising types respondents selected in QS12.

[B]-[G] Limited to respondents who selected Google Ads and no other display platforms, aside from the decoy platform, Ad Step Technologies, in Q4.

[H]-[M] Limited to respondents who selected Google Ads and no other non-Google display platforms, aside from the decoy platform, Ad Step Technologies, in Q4.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 54

## LOWER-SPEND ADVERTISER SURVEY
## NUMBER OF OTHER DIGITAL ADVERTISING TYPES USED AMONG RESPONDENTS
## WHO USE ONLY GOOGLE ADS FOR DISPLAY

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| | Number of Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Display Platforms | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | 11 | 46% | 6 | 50% | 5 | 42% |
| [2] | 1 | 2 | 8% | 1 | 8% | 1 | 8% |
| [3] | 2 | 4 | 17% | 2 | 17% | 2 | 17% |
| [4] | 3 | 4 | 17% | 2 | 17% | 2 | 17% |
| [5] | 4 | 3 | 13% | 1 | 8% | 2 | 17% |
| [6] | 5 | - | 0% | - | 0% | - | 0% |
| [7] | 6 | - | 0% | - | 0% | - | 0% |
| [8] | 7 | - | 0% | - | 0% | - | 0% |
| [9] | 8 | - | 0% | - | 0% | - | 0% |
| [10] | Total Shown Question | 24 | 100% | 12 | 100% | 12 | 100% |

| | Number of Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Non-Google Display Platforms | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | | # | % | # | % | # | % |
| | [A] | [H] | [I] | [J] | [K] | [L] | [M] |
| [1] | 0 | 11 | 28% | 6 | 35% | 5 | 23% |
| [2] | 1 | 2 | 5% | 1 | 6% | 1 | 5% |
| [3] | 2 | 7 | 18% | 2 | 12% | 5 | 23% |
| [4] | 3 | 5 | 13% | 2 | 12% | 3 | 14% |
| [5] | 4 | 6 | 15% | 2 | 12% | 4 | 18% |
| [6] | 5 | 3 | 8% | 1 | 6% | 2 | 9% |
| [7] | 6 | 3 | 8% | 2 | 12% | 1 | 5% |
| [8] | 7 | 1 | 3% | - | 0% | 1 | 5% |
| [9] | 8 | 1 | 3% | 1 | 6% | - | 0% |
| [10] | Total Shown Question | 39 | 100% | 17 | 100% | 22 | 100% |

HIGHLY CONFIDENTIAL #SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 54**

**LOWER-SPEND ADVERTISER SURVEY**
**NUMBER OF OTHER DIGITAL ADVERTISING TYPES USED AMONG RESPONDENTS**
**WHO USE ONLY GOOGLE ADS FOR DISPLAY**

Notes & Sources:

From Lower-Spend Advertiser Survey.

[A]  Counts the number of non-display advertising types respondents selected in QS12.

[B]-[G]  Limited to respondents who selected Google Ads and no other display platforms, aside from the decoy platform, Ad Step Technologies, in Q4.

[H]-[M]  Limited to respondents who selected Google Ads and no other non-Google display platforms, aside from the decoy platform, Ad Step Technologies, in Q4.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 55**

**LOWER-SPEND ADVERTISER SURVEY**
**DIGITAL ADVERTISING BUDGET SHARE**
**BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR DISPLAY**

Q8: Previously, you mentioned that you have used the following types of digital advertising in the past year. What is your best estimate of the share of your digital advertising spending that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising spending spent on each type. The total should add up to 100%.

| % of Budget Allocated to Display Advertising | Respondents Who Use Google Ads and No Other Display Platforms | | | | | | Respondents Who Use Google Ads and No Other Non-Google Display Platforms | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | # | % | # | % | # | % | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] |
| **% of Digital Advertising Budget** | | | | | | | | | | | | |
| [1] 0% – 10% | 1 | 4% | 1 | 8% | - | 0% | 8 | 21% | 4 | 24% | 4 | 18% |
| [2] 10% – 20% | 3 | 13% | 1 | 8% | 2 | 17% | 5 | 13% | 3 | 18% | 2 | 9% |
| [3] 20% – 30% | 6 | 25% | 3 | 25% | 3 | 25% | 7 | 18% | 3 | 18% | 4 | 18% |
| [4] 30% – 40% | - | 0% | - | 0% | - | 0% | 2 | 5% | - | 0% | 2 | 9% |
| [5] 40% – 50% | 2 | 8% | - | 0% | 2 | 17% | 3 | 8% | - | 0% | 3 | 14% |
| [6] 50% – 60% | 1 | 4% | 1 | 8% | - | 0% | 2 | 5% | 1 | 6% | 1 | 5% |
| [7] 60% – 70% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [8] 70% – 80% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [9] 80% – 90% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [10] 90% – 100% | 11 | 46% | 6 | 50% | 5 | 42% | 11 | 28% | 6 | 35% | 5 | 23% |
| [11] Don't know / Unsure | - | 0% | - | 0% | - | 0% | 1 | 3% | - | 0% | 1 | 5% |
| [12] Total | 24 | 100% | 12 | 100% | 12 | 100% | 39 | 100% | 17 | 100% | 22 | 100% |
| **% of Overall Advertising Budget** | | | | | | | | | | | | |
| [13] 0% – 10% | 3 | 13% | 2 | 17% | 1 | 8% | 10 | 26% | 5 | 29% | 5 | 23% |
| [14] 10% – 20% | 7 | 29% | 3 | 25% | 4 | 33% | 10 | 26% | 5 | 29% | 5 | 23% |
| [15] 20% – 30% | 3 | 13% | 1 | 8% | 2 | 17% | 6 | 15% | 1 | 6% | 5 | 23% |
| [16] 30% – 40% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [17] 40% – 50% | 9 | 38% | 6 | 50% | 3 | 25% | 10 | 26% | 6 | 35% | 4 | 18% |
| [18] 50% – 60% | 1 | 4% | - | 0% | 1 | 8% | 1 | 3% | - | 0% | 1 | 5% |
| [19] 60% – 70% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [20] 70% – 80% | 1 | 4% | - | 0% | 1 | 8% | 1 | 3% | - | 0% | 1 | 5% |
| [21] 80% – 90% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [22] 90% – 100% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [23] Don't know / Unsure | - | 0% | - | 0% | - | 0% | 1 | 3% | - | 0% | 1 | 5% |
| [24] Total | 24 | 100% | 12 | 100% | 12 | 100% | 39 | 100% | 17 | 100% | 22 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
[B]-[G] Limited to respondents who selected Google Ads and no other display platforms, aside from the decoy display platform, Ad Step Technologies, in Q4.
[H]-[M] Limited to respondents who selected Google Ads and no other non-Google display platforms in Q4, aside from the decoy display platform, Ad Step Technologies.
[13]-[22] Calculated as the % of budget allocated to display in Q8 * the % of budget allocated to online advertising in QS11.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 56

## LOWER-SPEND ADVERTISER SURVEY
## SOCIAL MEDIA PLATFORMS USED

Q5: You indicated that you have used social advertising in the past year. Social ads are digital ads placed on social
media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. Which of the following social media
platforms, if any, have you used during the last 12 months for social advertising? (Please select all that apply).

| Social Media Platform | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Facebook | 175 | 83% | 84 | 84% | 91 | 83% |
| [2] Instagram | 137 | 65% | 65 | 65% | 72 | 65% |
| [3] Twitter | 100 | 48% | 43 | 43% | 57 | 52% |
| [4] LinkedIn | 99 | 47% | 39 | 39% | 60 | 55% |
| [5] Tiktok | 89 | 42% | 32 | 32% | 57 | 52% |
| [6] Snapchat | 72 | 34% | 29 | 29% | 43 | 39% |
| [7] Pinterest | 58 | 28% | 17 | 17% | 41 | 37% |
| [8] Reddit | 47 | 22% | 18 | 18% | 29 | 26% |
| [9] FriendLinx | 25 | 12% | 13 | 13% | 12 | 11% |
| [10] Tumblr | 17 | 8% | 7 | 7% | 10 | 9% |
| [11] Other social media platforms | 2 | 1% | 1 | 1% | 1 | 1% |
| [12] Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [14] Total Shown Question | 210 | 100% | 100 | 100% | 110 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column Total Respondents, except for "Other," "None of the above," and "Don't know/Unsure."
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were shown Q5 if they indicated that they had used social advertising in the past year in QS12.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 57**

**LOWER-SPEND ADVERTISER SURVEY**
**DIGITAL ADVERTISING BUDGET SHARE**

Q8: Previously, you mentioned that you have used the following types of digital advertising in the past year. What is your best estimate of the share of your digital advertising spending that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

|  | Advertising Type | # of Respondents | Total Respondents Mean | Median |
|---|---|---|---|---|
|  | [A] | [B] | [C] | [D] |
| [1] | Display | 284 | 33% | 20% |
| [2] | Social | 196 | 15% | 10% |
| [3] | Search | 176 | 12% | 10% |
| [4] | Digital Video | 151 | 10% | 5% |
| [5] | Email | 129 | 7% | 0% |
| [6] | eCommerce Platforms | 124 | 7% | 0% |
| [7] | Digital Audio | 114 | 6% | 0% |
| [8] | App/In-app | 104 | 6% | 0% |
| [9] | Connected TV | 98 | 6% | 0% |
| [10] | Other | - | 0% | 0% |
| [11] | Don't know / Unsure | 7 | n/a | n/a |
| [12] | Total Shown Question | 302 |  |  |

|  | Advertising Type | # of Respondents | < Than $50K Ad Spend Mean | Median |
|---|---|---|---|---|
|  | [A] | [E] | [F] | [G] |
| [1] | Display | 124 | 37% | 27% |
| [2] | Social | 88 | 16% | 10% |
| [3] | Search | 78 | 13% | 10% |
| [4] | Digital Video | 57 | 8% | 0% |
| [5] | Email | 38 | 4% | 0% |
| [6] | eCommerce Platforms | 46 | 6% | 0% |
| [7] | Digital Audio | 45 | 5% | 0% |
| [8] | App/In-app | 46 | 6% | 0% |
| [9] | Connected TV | 33 | 4% | 0% |
| [10] | Other | - | 0% | 0% |
| [11] | Don't know / Unsure | 5 | n/a | n/a |
| [12] | Total Shown Question | 138 |  |  |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 57**

**LOWER-SPEND ADVERTISER SURVEY
DIGITAL ADVERTISING BUDGET SHARE**

Q8: Previously, you mentioned that you have used the following types of digital advertising in the past year. What is your best estimate of the share of your digital advertising spending that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

| | Advertising Type | # of Respondents | $50K – $500K Ad Spend Mean | Median |
|---|---|---|---|---|
| | [A] | [H] | [I] | [J] |
| [1] | Display | 160 | 29% | 20% |
| [2] | Social | 108 | 14% | 10% |
| [3] | Search | 98 | 12% | 10% |
| [4] | Digital Video | 94 | 11% | 10% |
| [5] | Email | 91 | 8% | 5% |
| [6] | eCommerce Platforms | 78 | 7% | 0% |
| [7] | Digital Audio | 69 | 6% | 0% |
| [8] | App/In-app | 58 | 6% | 0% |
| [9] | Connected TV | 65 | 7% | 0% |
| [10] | Other | - | 0% | 0% |
| [11] | Don't know / Unsure | 2 | n/a | n/a |
| [12] | Total Shown Question | 164 | | |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents are shown their responses from QS12. They are asked to allocate across all selected types.
Respondents can hover their mouse over each digital advertising type to review the type description.
Budget allocated for an advertising type is assumed to be equal to 0 if respondents did not select the advertising type in QS12.
[B],[E],[H] Shows number of respondents who allocated a budget for each advertising type.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 58**

**LOWER-SPEND ADVERTISER SURVEY**
**RESPONSE TO DISPLAY COST INCREASE**

Q9: Now suppose that, based on your analysis, the cost of display advertising has recently increased by a small but significant amount, and will remain elevated for the foreseeable future. Assume further that, based on similar analyses for other digital advertising types, the costs of other digital advertising types have not changed and are not expected to change. So if the cost of display advertising increases (while the cost of other advertising types remains types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

|  | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| --- | --- | --- | --- | --- | --- | --- |
| Response Options | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Will Divert Spending | 185 | 61% | 97 | 70% | 88 | 54% |
| [2] Will Not Divert Spending | 103 | 34% | 37 | 27% | 66 | 40% |
| [3] Don't know / Unsure | 14 | 5% | 4 | 3% | 10 | 6% |
| [4] Total Shown Question | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 59**

**LOWER-SPEND ADVERTISER SURVEY**
**ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED**
**DUE TO DISPLAY COST INCREASE**

Q10: To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the increase in the cost of display advertising?

| | | | Respondents Indicating They Would Divert Spending to the Advertising Type | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| Advertising Type | | # | % | # | % | # | % |
| [A] | | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Social | | 108 | 58% | 62 | 64% | 46 | 52% |
| [2] Email | | 79 | 43% | 32 | 33% | 47 | 53% |
| [3] Search | | 79 | 43% | 42 | 43% | 37 | 42% |
| [4] Digital Audio | | 75 | 41% | 33 | 34% | 42 | 48% |
| [5] Digital Video | | 74 | 40% | 39 | 40% | 35 | 40% |
| [6] eCommerce Platforms | | 62 | 34% | 31 | 32% | 31 | 35% |
| [7] Connected TV | | 59 | 32% | 23 | 24% | 36 | 41% |
| [8] App/In-app | | 54 | 29% | 27 | 28% | 27 | 31% |
| [9] Other | | 1 | 1% | - | 0% | 1 | 1% |
| [10] None of the above | | - | 0% | - | 0% | - | 0% |
| [11] Don't know / Unsure | | - | 0% | - | 0% | - | 0% |
| [12] Total Shown Question | | 185 | 100% | 97 | 100% | 88 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above," and "Don't know/Unsure."
Respondents can hover their mouse over each digital advertising type to review the type description.
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were only shown Q10 if they indicated that they would divert advertising spending to other types of digital advertising in Q9.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 60**

**LOWER-SPEND ADVERTISER SURVEY**
**NUMBER OF ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED**
**DUE TO DISPLAY COST INCREASE**

Q10: To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the increase in the cost of display advertising?

| | | Respondents Indicating They Would Divert Spending to the Number of Advertising Types | | | | |
| | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| Number of Advertising Types Diverted Spending to | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
|---|---|---|---|---|---|---|---|
| [1] | 0 | - | 0% | - | 0% | - | 0% |
| [2] | 1 | 23 | 12% | 11 | 11% | 12 | 14% |
| [3] | 2 | 31 | 17% | 21 | 22% | 10 | 11% |
| [4] | 3 | 68 | 37% | 43 | 44% | 25 | 28% |
| [5] | 4 | 32 | 17% | 13 | 13% | 19 | 22% |
| [6] | 5 | 19 | 10% | 2 | 2% | 17 | 19% |
| [7] | 6 | 8 | 4% | 5 | 5% | 3 | 3% |
| [8] | 7 | 1 | 1% | 1 | 1% | - | 0% |
| [9] | 8 | 3 | 2% | 1 | 1% | 2 | 2% |
| [10] | 9 | - | 0% | - | 0% | - | 0% |
| [11] | Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [12] | Total Shown Question | 185 | 100% | 97 | 100% | 88 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Respondents were shown Q10 if they indicated that they would divert advertiser spending to other types of digital advertising in Q9.
Respondents can hover their mouse over each digital advertising type to review the type description.

**EXHIBIT 61**

**LOWER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE**

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**All Respondents**

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] Social | 108 | 8.0 | - | - | - | - | 2 | 4 | 7 | 22 | 30 | 26 | 17 | - |
| [2] Email | 79 | 7.4 | 1 | 2 | 2 | - | 1 | 3 | 6 | 14 | 28 | 16 | 6 | - |
| [3] Search | 79 | 7.9 | - | 1 | 2 | - | 1 | 2 | 6 | 14 | 18 | 26 | 9 | - |
| [4] Digital Audio | 75 | 7.8 | - | - | 1 | 1 | 1 | - | 6 | 18 | 20 | 23 | 5 | - |
| [5] Digital Video | 74 | 7.8 | 1 | - | - | - | 1 | 1 | 4 | 23 | 22 | 14 | 8 | - |
| [6] eCommerce Platforms | 62 | 7.8 | - | - | - | 2 | - | 3 | 3 | 15 | 18 | 14 | 7 | - |
| [7] Connected TV | 59 | 7.5 | - | 1 | 1 | - | 2 | 4 | 4 | 13 | 15 | 14 | 5 | - |
| [8] App/In-app | 54 | 7.8 | - | - | - | 1 | 2 | 2 | 5 | 6 | 20 | 10 | 8 | - |
| [9] Other | 1 | 10.0 | - | - | - | - | - | - | - | - | - | - | 1 | - |

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] Social | 100% | n/a | 0% | 0% | 0% | 0% | 2% | 4% | 6% | 20% | 28% | 24% | 16% | 0% |
| [2] Email | 100% | n/a | 1% | 3% | 3% | 0% | 1% | 4% | 8% | 18% | 35% | 20% | 8% | 0% |
| [3] Search | 100% | n/a | 0% | 1% | 3% | 0% | 1% | 3% | 8% | 18% | 23% | 33% | 11% | 0% |
| [4] Digital Audio | 100% | n/a | 0% | 0% | 1% | 1% | 1% | 0% | 8% | 24% | 27% | 31% | 7% | 0% |
| [5] Digital Video | 100% | n/a | 1% | 0% | 0% | 0% | 1% | 1% | 5% | 31% | 30% | 19% | 11% | 0% |
| [6] eCommerce Platforms | 100% | n/a | 0% | 0% | 0% | 3% | 0% | 5% | 5% | 24% | 29% | 23% | 11% | 0% |
| [7] Connected TV | 100% | n/a | 0% | 2% | 2% | 0% | 3% | 7% | 7% | 22% | 25% | 24% | 8% | 0% |
| [8] App/In-app | 100% | n/a | 0% | 0% | 0% | 2% | 4% | 4% | 9% | 11% | 37% | 19% | 15% | 0% |
| [9] Other | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 61**

**LOWER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE**

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**< Than $50K Ad Spend**

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [10] Social | 62 | 8.3 | - | - | - | - | 1 | 1 | 4 | 8 | 17 | 19 | 12 | - |
| [11] Email | 32 | 7.5 | - | - | 1 | - | - | 3 | 3 | 4 | 13 | 7 | 1 | - |
| [12] Search | 42 | 8.2 | - | - | 1 | - | 1 | 1 | 2 | 4 | 10 | 16 | 7 | - |
| [13] Digital Audio | 33 | 7.8 | - | - | 1 | - | - | - | 3 | 11 | 5 | 9 | 4 | - |
| [14] Digital Video | 39 | 8.1 | - | - | - | - | - | - | 3 | 9 | 13 | 8 | 6 | - |
| [15] eCommerce Platforms | 31 | 7.9 | - | - | - | - | - | - | 2 | 10 | 10 | 6 | 3 | - |
| [16] Connected TV | 23 | 7.8 | - | - | - | - | - | 1 | 2 | 8 | 3 | 7 | 2 | - |
| [17] App/In-app | 27 | 8.0 | - | - | - | - | - | 1 | 3 | 4 | 11 | 4 | 4 | - |
| [18] Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [10] Social | 100% | n/a | 0% | 0% | 0% | 0% | 2% | 2% | 6% | 13% | 27% | 31% | 19% | 0% |
| [11] Email | 100% | n/a | 0% | 0% | 3% | 0% | 0% | 9% | 9% | 13% | 41% | 22% | 3% | 0% |
| [12] Search | 100% | n/a | 0% | 0% | 2% | 0% | 2% | 2% | 5% | 10% | 24% | 38% | 17% | 0% |
| [13] Digital Audio | 100% | n/a | 0% | 0% | 3% | 0% | 0% | 0% | 9% | 33% | 15% | 27% | 12% | 0% |
| [14] Digital Video | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 8% | 23% | 33% | 21% | 15% | 0% |
| [15] eCommerce Platforms | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 6% | 32% | 32% | 19% | 10% | 0% |
| [16] Connected TV | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 4% | 9% | 35% | 13% | 30% | 9% | 0% |
| [17] App/In-app | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 4% | 11% | 15% | 41% | 15% | 15% | 0% |
| [18] Other | - | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 61**

**LOWER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE**

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**$50K – $500K Ad Spend**

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [19] Social | 46 | 7.7 | - | - | - | - | 1 | 3 | 3 | 14 | 13 | 7 | 5 | - |
| [20] Digital Audio | 47 | 7.4 | 1 | 2 | 1 | - | 1 | - | 3 | 10 | 15 | 9 | 5 | - |
| [21] Email | 37 | 7.5 | - | 1 | 1 | - | - | 1 | 4 | 10 | 8 | 10 | 2 | - |
| [22] Search | 42 | 7.9 | - | - | - | 1 | 1 | - | 3 | 7 | 15 | 14 | 1 | - |
| [23] Digital Video | 35 | 7.4 | 1 | - | - | - | 1 | 1 | 1 | 14 | 9 | 6 | 2 | - |
| [24] eCommerce Platforms | 31 | 7.7 | - | - | - | 2 | - | 3 | 1 | 5 | 8 | 8 | 4 | - |
| [25] Connected TV | 36 | 7.3 | - | 1 | 1 | - | 2 | 3 | 2 | 5 | 12 | 7 | 3 | - |
| [26] App/In-app | 27 | 7.7 | - | - | - | 1 | 2 | 1 | 2 | 2 | 9 | 6 | 4 | - |
| [27] Other | 1 | 10.0 | - | - | - | - | - | - | - | - | - | - | 1 | - |

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [19] Social | 100% | n/a | 0% | 0% | 0% | 0% | 2% | 7% | 7% | 30% | 28% | 15% | 11% | 0% |
| [20] Digital Audio | 100% | n/a | 2% | 4% | 2% | 0% | 2% | 0% | 6% | 21% | 32% | 19% | 11% | 0% |
| [21] Email | 100% | n/a | 0% | 3% | 3% | 0% | 0% | 3% | 11% | 27% | 22% | 27% | 5% | 0% |
| [22] Search | 100% | n/a | 0% | 0% | 0% | 2% | 2% | 0% | 7% | 17% | 36% | 33% | 2% | 0% |
| [23] Digital Video | 100% | n/a | 3% | 0% | 0% | 0% | 3% | 3% | 3% | 40% | 26% | 17% | 6% | 0% |
| [24] eCommerce Platforms | 100% | n/a | 0% | 0% | 0% | 6% | 0% | 10% | 3% | 16% | 26% | 26% | 13% | 0% |
| [25] Connected TV | 100% | n/a | 0% | 3% | 3% | 0% | 6% | 8% | 6% | 14% | 33% | 19% | 8% | 0% |
| [26] App/In-app | 100% | n/a | 0% | 0% | 0% | 4% | 7% | 4% | 7% | 7% | 33% | 22% | 15% | 0% |
| [27] Other | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 61**

**LOWER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE**

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents are shown their answer choices from Q10.

Respondents were shown Q11 if they did not select "None of the above" or "Don't know/Unsure" in Q10.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total number of people selecting the advertising type to which to divert spending.

[C] Calculated as the average of extent of increase in [D] through [N], weighted by the number of respondents.

**EXHIBIT 62**

**LOWER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE**

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**All Respondents**

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 108 | - | 13 | 95 | - |
| [2] | Email | 79 | 5 | 10 | 64 | - |
| [3] | Search | 79 | 3 | 9 | 67 | - |
| [4] | Digital Audio | 75 | 2 | 7 | 66 | - |
| [5] | Digital Video | 74 | 1 | 6 | 67 | - |
| [6] | eCommerce Platforms | 62 | 2 | 6 | 54 | - |
| [7] | Connected TV | 59 | 2 | 10 | 47 | - |
| [8] | App/In-app | 54 | 1 | 9 | 44 | - |
| [9] | Other | 1 | - | - | 1 | - |

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 100% | 0% | 12% | 88% | 0% |
| [2] | Email | 100% | 6% | 13% | 81% | 0% |
| [3] | Search | 100% | 4% | 11% | 85% | 0% |
| [4] | Digital Audio | 100% | 3% | 9% | 88% | 0% |
| [5] | Digital Video | 100% | 1% | 8% | 91% | 0% |
| [6] | eCommerce Platforms | 100% | 3% | 10% | 87% | 0% |
| [7] | Connected TV | 100% | 3% | 17% | 80% | 0% |
| [8] | App/In-app | 100% | 2% | 17% | 81% | 0% |
| [9] | Other | 100% | 0% | 0% | 100% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 62**

**LOWER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE**

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**< Than $50K Ad Spend**

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [10] | Social | 62 | - | 6 | 56 | - |
| [11] | Email | 32 | 1 | 6 | 25 | - |
| [12] | Search | 42 | 1 | 4 | 37 | - |
| [13] | Digital Audio | 33 | 1 | 3 | 29 | - |
| [14] | Digital Video | 39 | - | 3 | 36 | - |
| [15] | eCommerce Platforms | 31 | - | 2 | 29 | - |
| [16] | Connected TV | 23 | - | 3 | 20 | - |
| [17] | App/In-app | 27 | - | 4 | 23 | - |
| [18] | Other | - | - | - | - | - |

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [10] | Social | 100% | 0% | 10% | 90% | 0% |
| [11] | Email | 100% | 3% | 19% | 78% | 0% |
| [12] | Search | 100% | 2% | 10% | 88% | 0% |
| [13] | Digital Audio | 100% | 3% | 9% | 88% | 0% |
| [14] | Digital Video | 100% | 0% | 8% | 92% | 0% |
| [15] | eCommerce Platforms | 100% | 0% | 6% | 94% | 0% |
| [16] | Connected TV | 100% | 0% | 13% | 87% | 0% |
| [17] | App/In-app | 100% | 0% | 15% | 85% | 0% |
| [18] | Other | 0% | 0% | 0% | 0% | 0% |

**EXHIBIT 62**

**LOWER-SPEND ADVERTISER SURVEY
EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE**

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**$50K – $500K Ad Spend**

| Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|
| | | 0 – 3 | 4 – 6 | 7 – 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] |
| [19] Social | 46 | - | 7 | 39 | - |
| [20] Digital Audio | 47 | 4 | 4 | 39 | - |
| [21] Email | 37 | 2 | 5 | 30 | - |
| [22] Search | 42 | 1 | 4 | 37 | - |
| [23] Digital Video | 35 | 1 | 3 | 31 | - |
| [24] eCommerce Platforms | 31 | 2 | 4 | 25 | - |
| [25] Connected TV | 36 | 2 | 7 | 27 | - |
| [26] App/In-app | 27 | 1 | 5 | 21 | - |
| [27] Other | 1 | - | - | 1 | - |

| Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|
| | | 0 – 3 | 4 – 6 | 7 – 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] |
| [19] Social | 100% | 0% | 15% | 85% | 0% |
| [20] Digital Audio | 100% | 9% | 9% | 83% | 0% |
| [21] Email | 100% | 5% | 14% | 81% | 0% |
| [22] Search | 100% | 2% | 10% | 88% | 0% |
| [23] Digital Video | 100% | 3% | 9% | 89% | 0% |
| [24] eCommerce Platforms | 100% | 6% | 13% | 81% | 0% |
| [25] Connected TV | 100% | 6% | 19% | 75% | 0% |
| [26] App/In-app | 100% | 4% | 19% | 78% | 0% |
| [27] Other | 100% | 0% | 0% | 100% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 62**

**LOWER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE**

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents are shown their answer choices from Q10.

Respondents were shown Q11 if they did not select "None of the above" or "Don't know/Unsure" in Q10.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type
   by the total number of people selecting the advertising type to which to divert spending.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 63

## LOWER-SPEND ADVERTISER SURVEY
## PERFORMANCE ASSESSMENT METRICS

Q12: Which of the following metrics, if any, are you using to assess the performance of display ads and/or social media ads? (Please select all that apply in each column.)

**All Respondents**

| Metric | Display Ads # | Display Ads % | Social Media Ads # | Social Media Ads % |
|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] |
| [1] Return on Investment (ROI) | 119 | 39% | 90 | 43% |
| [2] Cost per click (CPC) | 117 | 39% | 103 | 49% |
| [3] Clicks | 116 | 38% | 92 | 44% |
| [4] Click through rate (CTR) | 107 | 35% | 103 | 49% |
| [5] Return on Ad Spend (ROAS) | 106 | 35% | 85 | 40% |
| [6] Cost per impression (CPM) | 106 | 35% | 75 | 36% |
| [7] Cost per action (CPA) | 104 | 34% | 80 | 38% |
| [8] Conversions | 102 | 34% | 73 | 35% |
| [9] Impressions | 93 | 31% | 64 | 30% |
| [10] Other | 3 | 1% | - | 0% |
| [11] None of the above | 1 | 0% | - | 0% |
| [12] Don't know / Unsure | 3 | 1% | 3 | 1% |
| [13] Total Shown Question | 302 | 100% | 210 | 100% |

**< Than $50K Ad Spend**

| Metric | Display Ads # | Display Ads % | Social Media Ads # | Social Media Ads % |
|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] |
| [14] Return on Investment (ROI) | 62 | 45% | 47 | 47% |
| [15] Cost per click (CPC) | 55 | 40% | 52 | 52% |
| [16] Clicks | 48 | 35% | 45 | 45% |
| [17] Click through rate (CTR) | 47 | 34% | 51 | 51% |
| [18] Return on Ad Spend (ROAS) | 43 | 31% | 41 | 41% |
| [19] Cost per impression (CPM) | 50 | 36% | 36 | 36% |
| [20] Cost per action (CPA) | 47 | 34% | 34 | 34% |
| [21] Conversions | 38 | 28% | 37 | 37% |
| [22] Impressions | 42 | 30% | 26 | 26% |
| [23] Other | - | 0% | - | 0% |
| [24] None of the above | - | 0% | - | 0% |
| [25] Don't know / Unsure | 3 | 2% | 3 | 3% |
| [26] Total Shown Question | 138 | 100% | 100 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 63**

**LOWER-SPEND ADVERTISER SURVEY**
**PERFORMANCE ASSESSMENT METRICS**

Q12: Which of the following metrics, if any, are you using to assess the performance of display ads and/or
social media ads? (Please select all that apply in each column.)

**$50K – $500K Ad Spend**

| Metric | Display Ads | | Social Media Ads | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [27] Return on Investment (ROI) | 57 | 35% | 43 | 39% |
| [28] Cost per click (CPC) | 62 | 38% | 51 | 46% |
| [29] Clicks | 68 | 41% | 47 | 43% |
| [30] Click through rate (CTR) | 60 | 37% | 52 | 47% |
| [31] Return on Ad Spend (ROAS) | 63 | 38% | 44 | 40% |
| [32] Cost per impression (CPM) | 56 | 34% | 39 | 35% |
| [33] Cost per action (CPA) | 57 | 35% | 46 | 42% |
| [34] Conversions | 64 | 39% | 36 | 33% |
| [35] Impressions | 51 | 31% | 38 | 35% |
| [36] Other | 3 | 2% | - | 0% |
| [37] None of the above | 1 | 1% | - | 0% |
| [38] Don't know / Unsure | - | 0% | - | 0% |
| [39] Total Shown Question | 164 | 100% | 110 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Don't know/Unsure" and "None of the above."
Respondents were only asked about each of the above advertising types if they had indicated in QS12 that
they had used those advertising types in the past year.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 64

## LOWER-SPEND ADVERTISER SURVEY
## RANKING OF PERFORMANCE ASSESSMENT METRICS

Q13: You indicated that you use the following metrics to assess the performance of display ads.
  Please rank these metrics in terms of how important they are to accurately assessing the performance of digital display ads, with 1
  being the most important and [NUMBER OF MEASURES SELECTED IN Q12] being the least important.
  (Please rank the following metrics, or select "Don't know / Unsure".)

**All Respondents**

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
| --- | --- | --- | --- | --- |
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [1] Return on Investment (ROI) | 52 | 18% | 100 | 34% |
| [2] Clicks | 40 | 14% | 85 | 29% |
| [3] Cost per click (CPC) | 40 | 14% | 85 | 29% |
| [4] Return on Ad Spend (ROAS) | 36 | 12% | 84 | 28% |
| [5] Cost per action (CPA) | 31 | 10% | 77 | 26% |
| [6] Cost per impression (CPM) | 30 | 10% | 77 | 26% |
| [7] Conversions | 28 | 9% | 75 | 25% |
| [8] Click through rate (CTR) | 26 | 9% | 80 | 27% |
| [9] Impressions | 13 | 4% | 56 | 19% |
| [10] Other | - | 0% | 1 | 0% |
| [11] Total | 296 | 100% | 296 | 100% |

**< Than $50K Ad Spend**

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
| --- | --- | --- | --- | --- |
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [12] Return on Investment (ROI) | 28 | 21% | 51 | 38% |
| [13] Clicks | 15 | 11% | 33 | 25% |
| [14] Cost per click (CPC) | 22 | 17% | 39 | 29% |
| [15] Return on Ad Spend (ROAS) | 18 | 14% | 33 | 25% |
| [16] Cost per action (CPA) | 14 | 11% | 36 | 27% |
| [17] Cost per impression (CPM) | 14 | 11% | 36 | 27% |
| [18] Conversions | 7 | 5% | 26 | 20% |
| [19] Click through rate (CTR) | 11 | 8% | 35 | 26% |
| [20] Impressions | 4 | 3% | 24 | 18% |
| [21] Other | - | 0% | - | 0% |
| [22] Total | 133 | 100% | 133 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 64**

**LOWER-SPEND ADVERTISER SURVEY
RANKING OF PERFORMANCE ASSESSMENT METRICS**

Q13: You indicated that you use the following metrics to assess the performance of display ads.
 Please rank these metrics in terms of how important they are to accurately assessing the performance of digital display ads, with 1
 being the most important and [NUMBER OF MEASURES SELECTED IN Q12] being the least important.
 (Please rank the following metrics, or select "Don't know / Unsure".)

**$50K – $500K Ad Spend**

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
| --- | --- | --- | --- | --- |
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [23] Return on Investment (ROI) | 24 | 15% | 49 | 30% |
| [24] Clicks | 25 | 15% | 52 | 32% |
| [25] Cost per click (CPC) | 18 | 11% | 46 | 28% |
| [26] Return on Ad Spend (ROAS) | 18 | 11% | 51 | 31% |
| [27] Cost per action (CPA) | 17 | 10% | 41 | 25% |
| [28] Cost per impression (CPM) | 16 | 10% | 41 | 25% |
| [29] Conversions | 21 | 13% | 49 | 30% |
| [30] Click through rate (CTR) | 15 | 9% | 45 | 28% |
| [31] Impressions | 9 | 6% | 32 | 20% |
| [32] Other | - | 0% | 1 | 1% |
| [33] Total | 163 | 100% | 163 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."
Respondents are only shown Q13 if they indicate that they used more than one metric to assess the performance of display
 ads in Q12. Respondents who selected only one metric in Q12 are assumed to have that metric ranked as most important.
Total includes respondents who ranked metrics in Q13 or selected only one metric in Q12.
2 respondents (less than 1 percent of respondents who used at least one metric to assess the performance of display ads) selected
 "Don't know/Unsure." These respondents had an annual ad spend of less than $50,000.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 65

## LOWER-SPEND ADVERTISER SURVEY
## FREQUENCY OF PERFORMANCE ASSESSMENT

Q14: How often, if at all, do you measure or assess the performance of your display advertising? (Please select only one option.)

If you are using an ad agency and/or consultant and they are responsible for measuring or assessing performance of your display advertising, please indicate how often you receive information about the performance of your display advertising from the agency.

| | Frequency | Total Respondents # | % | < Than $50K Ad Spend # | % | $50K – $500K Ad Spend # | % |
|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Daily | 28 | 9% | 9 | 7% | 19 | 12% |
| [2] | Weekly | 123 | 41% | 69 | 50% | 54 | 33% |
| [3] | Monthly | 96 | 32% | 38 | 28% | 58 | 35% |
| [4] | Quarterly | 46 | 15% | 16 | 12% | 30 | 18% |
| [5] | Annually | 8 | 3% | 5 | 4% | 3 | 2% |
| [6] | Don't know / Unsure | 1 | 0% | 1 | 1% | - | 0% |
| [7] | Total Shown Question | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 66

## LOWER-SPEND ADVERTISER SURVEY
## EXPERIMENTS ON DISPLAY ADS

Q15: In the past year, have you run any experiments or test & learn initiatives on your digital display ads?
  (Please select only one option.)

| Response Options | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Yes | 180 | 60% | 88 | 64% | 92 | 56% |
| [2] No | 119 | 39% | 49 | 36% | 70 | 43% |
| [3] Don't know / Unsure | 3 | 1% | 1 | 1% | 2 | 1% |
| [4] Total Shown Question | 302 | 100% | 138 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 67**

**LOWER-SPEND ADVERTISER SURVEY**
**TYPES OF EXPERIMENTS ON DISPLAY ADS**

Q16: Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year on your digital display ads?

| Experiment Type | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Creatives | 111 | 62% | 58 | 66% | 53 | 58% |
| [2] Audiences | 84 | 47% | 29 | 33% | 55 | 60% |
| [3] ROI/ROAS | 74 | 41% | 36 | 41% | 38 | 41% |
| [4] Ad buying tool performance | 74 | 41% | 33 | 38% | 41 | 45% |
| [5] Bid strategies | 66 | 37% | 27 | 31% | 39 | 42% |
| [6] Publishers | 63 | 35% | 25 | 28% | 38 | 41% |
| [7] Other | - | 0% | - | 0% | - | 0% |
| [8] Don't know / Unsure | 1 | 1% | - | 0% | 1 | 1% |
| [9] Total Shown Question | 180 | 100% | 88 | 100% | 92 | 100% |

Notes & Sources:

From Lower-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other" and "Don't know/Unsure."

Percentages do not add up to 100% because respondents can select multiple options.

Respondents were shown Q16 if they indicated in Q15 that they had conducted experiments or test & learn initiatives on their display ads in the past year.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 68

## AGENCY SURVEY
## RESPONSE STATISTICS

| | Status | # | % |
|---|---|---|---|
| [1] | **Invited to Complete Survey** | **3,916** | **100%** |
| [2] | **Clicked on Survey Link** | **1,909** | **100%** |
| [3] | **Screened Out of Survey** | **1,368** | **72%** |
| [4] | *CAPTCHA* | *12* | *1%* |
| [5] | *Age* | *14* | *1%* |
| [6] | *State* | *11* | *1%* |
| [7] | *Job Responsibilities* | *235* | *12%* |
| [8] | *Not Employed by a Media Agency or Full Service Agency* | *681* | *36%* |
| [9] | *Full Service Agency Not Focused on Media Strategy* | *171* | *9%* |
| [10] | *No Digital Advertising Spend* | *-* | *0%* |
| [11] | *Did Not Use Display Advertising* | *83* | *4%* |
| [12] | *Did Not Use Programmatic Display* | *24* | *1%* |
| [13] | *Not Involved in Decision Making Roles for Display Advertising* | *19* | *1%* |
| [14] | *Failed Attention Check* | *11* | *1%* |
| [15] | *Overquota Respondents* | *107* | *6%* |
| [16] | **Self-Termination** | **78** | **4%** |
| [17] | **Completed the Survey** | **463** | **100%** |
| [18] | **Removed from Sample** | **82** | **18%** |
| [19] | *Slowpokes and Speeders* | *11* | *2%* |
| [20] | *Asked to be Excluded* | *71* | *15%* |
| [21] | **Analytical Sample** | **381** | **82%** |

Notes & Sources:

From Agency Survey.

[4] Respondents who failed the CAPTCHA three times were screened out of the study.

[5] Respondents who selected "Under 18" or "Prefer not to answer" in QS3 were screened out of the study.

[6] Respondents who selected "Other" or "Don't know / Unsure" in QS5 were screened out of the study.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 68**

**AGENCY SURVEY
RESPONSE STATISTICS**

Notes & Sources (cont.):

[7]  Respondents who indicated in QS6 that, as part of their job responsibilities, they do not have any involvement with "Advertising or Marketing" were screened out of the study.

[8]  Respondents who indicated in QS7 that they did not work for a "Media Agency" or "Full Service Agency" were screened out of the study.

[9]  Respondents who indicated in QS7 that they work for a "Full Service Agency" but not in "Media Strategy" in QS8 were screened out of the study.

[10] Respondents who indicated in QS13 that the percentage of the client they spend the most time on's total advertising budget spent on digital (online) advertising was zero were screened out of the study.

[11] Respondents who did not indicate in QS14 that the client they spend the most time on used display advertising in the past year were screened out of the study.

[12] Respondents who did not indicate in QS15 that the client they spend the most time on used programmatic transaction methods to purchase display ad inventory were screened out of the study.

[13] Respondents who did not select "I determine or advise the client regarding overall strategies and/or budgets for digital display," "I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display," "I regularly use self-serve ad platforms to manage digital display campaigns," or "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns" responses in QS17 were screened out of the study.

[14] Respondents who did not select "Somewhat likely" in QS18 were screened out of the study.

[15] Respondents were terminated due to entering the survey after it had been closed for sampling.

[16] Respondents who only completed part of the survey.

[19] Respondents who took less than 100 seconds (1.67 minutes) or more than 10,800 seconds (3 hours) to complete the survey were removed from the analysis.

[20] Respondents were asked if they are willing to participate in this survey after completing the questionnaire. Respondents who selected "Exclude my responses" in QF1 were removed from the data by the panel vendor.

[21] These respondents were used in the analysis.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 69**

**AGENCY SURVEY**
**SURVEY PARTICIPATION PREFERENCE**

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you do not want to participate in this survey, please click "Exclude my responses" below.



Notes & Sources:
From Agency Survey.
Includes respondents who completed the survey.
Respondents who indicated that they wanted their responses excluded from the survey were removed from the data by the panel vendor.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 70

## AGENCY SURVEY
## RESPONDENT DEMOGRAPHICS

|          |                    | #    | %    |
|----------|--------------------|------|------|
|          |                    | [A]  | [B]  |
|          | **Age**            |      |      |
| [1]      | 18 - 34            | 94   | 25%  |
| [2]      | 35 - 49            | 239  | 63%  |
| [3]      | 50 - 64            | 47   | 12%  |
| [4]      | 65 or above        | 1    | 0%   |
| [5]      | Total              | 381  | 100% |
|          | **Gender**         |      |      |
| [6]      | Female             | 125  | 33%  |
| [7]      | Male               | 255  | 67%  |
| [8]      | Other              | -    | 0%   |
| [9]      | Prefer not to answer | 1  | 0%   |
| [10]     | Total              | 381  | 100% |

Source:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 71**

**AGENCY SURVEY**
**JOB TITLES**

QS9: Which of the following best characterizes your current job title/level? (Please select only one option.)

| | Job Title / Level | Total Respondents | |
|---|---|---|---|
| | | # | % |
| | [A] | [B] | [C] |
| [1] | C-Level (CEO, COO, CMO, etc.) | 140 | 37% |
| [2] | Strategist | 50 | 13% |
| [3] | Social Media Manager | 45 | 12% |
| [4] | Media Planner | 32 | 8% |
| [5] | Account Manager / Account Executive | 31 | 8% |
| [6] | Project Manager | 24 | 6% |
| [7] | Media Buyer | 20 | 5% |
| [8] | Business Development Manager | 16 | 4% |
| [9] | Data Scientist / Data Analyst | 2 | 1% |
| [10] | Traffic Manager | 2 | 1% |
| [11] | Analyst / Researcher | 1 | 0% |
| [12] | Editor / Writer | 1 | 0% |
| [13] | Other | 17 | 4% |
| [13] | Total | 381 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 72**

**AGENCY SURVEY**
**MARKET SECTORS**

QS11: Which of the following, if any, best characterizes the market sector/industry
of the client you spend the most time on? (Please select only one option.)

|  | Market Sector / Industry | Total Respondents | |
|---|---|---|---|
|  |  | # | % |
|  | [A] | [B] | [C] |
| [1] | Advertising or Marketing | 139 | 36% |
| [2] | Retail (including Ecommerce) | 38 | 10% |
| [3] | B2B/Services for Businesses | 25 | 7% |
| [4] | Apparel/Fashion | 24 | 6% |
| [5] | Media and Entertainment | 21 | 6% |
| [6] | Travel and Hospitality | 16 | 4% |
| [7] | Automotive | 15 | 4% |
| [8] | Food and Beverage | 15 | 4% |
| [9] | Financial Products/Services for Consumers (including Fintech) | 14 | 4% |
| [10] | Pharmaceuticals and Remedies (Rx or OTC) | 12 | 3% |
| [11] | Health Care or Medical Services | 12 | 3% |
| [12] | Health and Beauty Products | 11 | 3% |
| [13] | Telecommunications | 9 | 2% |
| [14] | Restaurants | 7 | 2% |
| [15] | Education | 6 | 2% |
| [16] | Consumer Electronics | 5 | 1% |
| [17] | Non-Profit | 4 | 1% |
| [18] | Home Products/Appliances | 2 | 1% |
| [19] | Government | 1 | 0% |
| [20] | Other | 5 | 1% |
| [21] | Total | 381 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 73

## AGENCY SURVEY
## ANNUAL AD SPEND

QS12: In the last 12 months, approximately how much did the client you spend the most time on spend on all advertising, includes all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (Please select only one option.)



Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 74

## AGENCY SURVEY
## PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING

QS13: Please think about the total advertising budget for the client you spend the most time on. In the past year, what percentage of the total advertising budget for the client you spend the most time on was used for digital (online) advertising, as opposed to offline advertising? Please give your best estimate.



Notes & Sources:

From Agency Survey

Respondents who entered zero for digital (online) advertising were screened out of the survey.

1 respondent selected "Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 75

## AGENCY SURVEY
## TYPES OF DIGITAL ADVERTISING USED

QS14: Which of the following types of digital advertising, if any, have
you used in the past year for the client you spend the most time on?
Please review the description of each advertising type carefully.
(Please select all that apply.)

| Advertising Type | Total Respondents | |
| --- | --- | --- |
| | # | % |
| [A] | [B] | [C] |
| [1] Display | 381 | 100% |
| [2] Social | 299 | 78% |
| [3] Search | 262 | 69% |
| [4] Digital Video | 248 | 65% |
| [5] Email | 194 | 51% |
| [6] eCommerce Platforms | 191 | 50% |
| [7] Connected TV | 185 | 49% |
| [8] App/In-App | 174 | 46% |
| [9] Digital Audio | 160 | 42% |
| [10] Other | 2 | 1% |
| [11] Total | 381 | 100% |

Notes & Sources:
From Agency Survey.
Respondents who did not select "Display" were screened out of the survey.
Percentages do not add up to 100% because respondents can select
  multiple options.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 76

## AGENCY SURVEY
## NUMBER OF TYPES OF DIGITAL ADVERTISING USED

QS14: Which of the following types of digital advertising, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type carefully. (Please select all that apply.)

| | Number of Types Selected | Total Respondents | |
|---|---|---|---|
| | | # | % |
| | [A] | [B] | [C] |
| [1] | 1 | 48 | 13% |
| [2] | 2 | 12 | 3% |
| [3] | 3 | 17 | 4% |
| [4] | 4 | 39 | 10% |
| [5] | 5 | 62 | 16% |
| [6] | 6 | 49 | 13% |
| [7] | 7 | 63 | 17% |
| [8] | 8 | 47 | 12% |
| [9] | 9 | 44 | 12% |
| [10] | 10 | - | 0% |
| [11] | Total | 381 | 100% |

Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 77

## AGENCY SURVEY
## DISPLAY ADVERTISING TRANSACTION METHODS

QS15: Which of the following transaction methods have you used to purchase display ad inventory in the past year for the client you spend the most time on? (Please select all that apply.)

| Transaction Method | Total Respondents | |
|---|---|---|
| | # | % |
| [A] | [B] | [C] |
| [1] Programmatic Only | 204 | 54% |
| [2] Programmatic and Direct Deals | 177 | 46% |
| [3] Total | 381 | 100% |

Notes & Sources:

From Agency Survey.

Respondents who selected "Direct Deals Only," "None of the Above," or "Don't know / Unsure" were screened out of the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 78

## AGENCY SURVEY
## SOCIAL MEDIA PLATFORMS USED

QS16: You indicated that you have used social advertising in the past year for the client you spend the most time on. Which of the following social media platforms, if any, have you used in the past year for the client you spend the most time on? (Please select all that apply.)

| | Social Media Platform | Total Respondents # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Facebook | 270 | 90% |
| [2] | Instagram | 252 | 84% |
| [3] | LinkedIn | 181 | 61% |
| [4] | Twitter | 156 | 52% |
| [5] | Tiktok | 151 | 51% |
| [6] | Snapchat | 112 | 37% |
| [7] | Pinterest | 102 | 34% |
| [8] | Reddit | 76 | 25% |
| [9] | Tumblr | 26 | 9% |
| [10] | FriendLinx | 15 | 5% |
| [11] | Other | 5 | 2% |
| [12] | None of the Above | - | 0% |
| [13] | Don't know / Unsure | 1 | 0% |
| [14] | Total Shown Question | 299 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other," "None of the Above," and "Don't know / Unsure."
Percentages do not add to 100% because respondents can select multiple options.
Respondents were only shown QS16 if they indicated in QS14 that they had used social advertising in the past year for the client they spend the most time on.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 79

## AGENCY SURVEY
## ROLE OF AGENCY VS. THE CLIENT

Q2: Which of the following best describes your involvement in each of these activities for the client you spend the most time on? (Please select a value on the slider between 0 and 100 for each activity. If you do not have an answer, please select "Don't know / Unsure")

| Roles | Mean | Median |
|---|---|---|
| [A] | [B] | [C] |
| [1] Determining initial advertising budget | 70 | 75 |
| [2] Allocating budget across different advertising types | 74 | 78 |
| [3] Increasing/decreasing spending on a particular type of advertising | 73 | 77 |
| [4] Increasing/decreasing spending on a particular ad campaign | 73 | 76 |
| [5] Making changes to a campaign based on its performance | 74 | 77 |
| [6] Deciding where to advertise | 74 | 78 |
| [7] Deciding whether to purchase display ads programmatically or through direct deals with publishers | 72 | 75 |
| [8] Measuring performance of display ad campaigns | 71 | 76 |

Notes & Sources:
From Agency Survey.
0 is labeled as "I am not involved in these decisions" and 100 is labeled as "I am the primary decision maker."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 80**

**AGENCY SURVEY**
**DIGITAL ADVERTISING BUDGET SHARE**

Q3: What is your best estimate of the share of the digital advertising budget of the client you spend the most time on that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your client's total digital advertising budget spent on each type. The total should add up to 100%.

| | Advertising Type | # of Respondents | Mean | Median |
|---|---|---|---|---|
| | [A] | [B] | [C] | [D] |
| [1] | Programmatic Display | 377 | 31% | 20% |
| [2] | Social | 295 | 15% | 12% |
| [3] | Search | 258 | 13% | 10% |
| [4] | Digital Video | 244 | 9% | 10% |
| [5] | Email | 191 | 5% | 0% |
| [6] | eCommerce Platforms | 190 | 7% | 0% |
| [7] | Connected TV | 183 | 7% | 0% |
| [8] | Direct Deals Display | 174 | 5% | 0% |
| [9] | App/In-app | 171 | 5% | 0% |
| [10] | Digital Audio | 158 | 4% | 0% |
| [11] | Other | 2 | 0% | 0% |
| [12] | Don't know / Unsure | 4 | n/a | n/a |
| [13] | Total Shown Question | 381 | | |

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."

Respondents were shown their responses from QS14 and QS15. They are asked to allocate across all selected types.

Respondents can hover their mouse over each digital advertising type to review the type description.

[B] Shows number of respondents who allocated a budget for each advertising type.

[C]-[D] Budget allocated for an advertising type is assumed to be equal to 0 if respondents did not select the advertising type in QS14 or QS15.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 81**

**AGENCY SURVEY
RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE**

Q4: Now suppose that, based on your analysis, the cost of programmatic display advertising has recently increased by a small but significant amount, and will remain elevated for the foreseeable future. Assume further that, based on similar analyses for other digital advertising types, the costs of other digital advertising types have not changed and are not expected to change. So, for the client you spend the most time on, if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year for the client you spend the most time on to other types of digital advertising?

|  | Response Options | # | % |
|---|---|---|---|
|  |  | [A] | [B] | [C] |
| [1] | Will Divert Spending | 206 | 54% |
| [2] | Will Not Divert Spending | 156 | 41% |
| [3] | Don't know / Unsure | 19 | 5% |
| [4] | Total Shown Question | 381 | 100% |

Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 82

## AGENCY SURVEY
## ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED
## DUE TO PROGRAMMATIC DISPLAY COST INCREASE

Q5: To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year for the client you spend the most time on, as a result of the increase in the cost of programmatic display advertising?

|  | Advertising Type | Respondents Indicating They Would Divert Spending to the Advertising Type | |
|---|---|---|---|
|  |  | # | % |
|  | [A] | [B] | [C] |
| [1] | Social | 128 | 62% |
| [2] | Search | 93 | 45% |
| [3] | Digital Video | 82 | 40% |
| [4] | eCommerce Platforms | 77 | 37% |
| [5] | Direct Deals Display | 74 | 36% |
| [6] | Connected TV | 73 | 35% |
| [7] | Digital Audio | 53 | 26% |
| [8] | Email | 54 | 26% |
| [9] | App/In-app | 47 | 23% |
| [10] | Other | 1 | 0% |
| [11] | None of the above | 1 | 0% |
| [12] | Don't know / Unsure | 1 | 0% |
| [13] | Total Shown Question | 206 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above," and "Don't know / Unsure."
Respondents can hover their mouse over each digital advertising type to review the advertising type description.
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were only shown Q5 if they indicated in Q4 that they would divert advertising spending to other types of digital advertising for the client they spending the most time on.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 83

## AGENCY SURVEY
## NUMBER OF ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED DUE TO PROGRAMMATIC DISPLAY COST INCREASE

Q5: To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year for the client you spend the most time on, as a result of the increase in the cost of programmatic display advertising?

| | Number of Advertising Types Diverted Spending To | Respondents Indicating They Would Divert Spending to the Number of Advertising Types | |
| --- | --- | --- | --- |
| | | # | % |
| | [A] | [B] | [C] |
| [1] | 0 | 1 | 0% |
| [2] | 1 | 33 | 16% |
| [3] | 2 | 58 | 28% |
| [4] | 3 | 41 | 20% |
| [5] | 4 | 28 | 14% |
| [6] | 5 | 16 | 8% |
| [7] | 6 | 7 | 3% |
| [8] | 7 | 5 | 2% |
| [9] | 8 | 3 | 1% |
| [10] | 9 | 13 | 6% |
| [11] | 10 | - | 0% |
| [12] | Don't know / Unsure | 1 | 0% |
| [13] | Total Shown Question | 206 | 100% |

Notes & Sources:
From Agency Survey.
Respondents were only shown Q5 if they indicated in Q4 that they would divert advertising spending to other types of digital advertising for the client they spending the most time on.
Respondents can hover their mouse over each digital advertising type to review the advertising type description.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 84**

**AGENCY SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE**

Q6: In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising types of digital spending to the advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year for the client you spend the most time on to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

| | Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| | | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] | Social | 128 | 6.9 | - | - | 6 | 6 | 6 | 11 | 14 | 27 | 31 | 13 | 12 | 2 |
| [2] | Search | 93 | 6.7 | 1 | 1 | 3 | 3 | 2 | 14 | 13 | 24 | 12 | 13 | 7 | - |
| [3] | Digital Video | 82 | 6.6 | 1 | 2 | 3 | 6 | 6 | 2 | 9 | 17 | 17 | 11 | 7 | 1 |
| [4] | eCommerce Platforms | 77 | 7.3 | 2 | - | 2 | 2 | 1 | 7 | 5 | 18 | 13 | 16 | 10 | 1 |
| [5] | Direct Deals Display | 74 | 6.9 | 3 | - | 3 | 4 | 4 | 5 | 4 | 14 | 14 | 11 | 11 | 1 |
| [6] | Connected TV | 73 | 6.8 | - | 1 | 2 | 7 | 5 | 5 | 3 | 14 | 23 | 8 | 5 | - |
| [7] | Digital Audio | 53 | 7.0 | 2 | - | 2 | - | 5 | 6 | 2 | 6 | 11 | 15 | 4 | - |
| [8] | Email | 54 | 6.8 | 3 | - | 4 | 1 | 2 | 2 | 4 | 9 | 15 | 10 | 4 | - |
| [9] | App/In-app | 47 | 7.2 | 2 | - | - | 1 | - | 5 | 3 | 12 | 11 | 5 | 7 | 1 |
| [10] | Other | 1 | 3.0 | - | - | - | 1 | - | - | - | - | - | - | - | - |

| | Advertising Type | Total Respondents | Average Extent of Increase | Share of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| | | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] | Social | 100% | n/a | 0% | 0% | 5% | 5% | 5% | 9% | 11% | 21% | 24% | 10% | 9% | 2% |
| [2] | Search | 100% | n/a | 1% | 1% | 3% | 3% | 2% | 15% | 14% | 26% | 13% | 14% | 8% | 0% |
| [3] | Digital Video | 100% | n/a | 1% | 2% | 4% | 7% | 7% | 2% | 11% | 21% | 21% | 13% | 9% | 1% |
| [4] | eCommerce Platforms | 100% | n/a | 3% | 0% | 3% | 3% | 1% | 9% | 6% | 23% | 17% | 21% | 13% | 1% |
| [5] | Direct Deals Display | 100% | n/a | 4% | 0% | 4% | 5% | 5% | 7% | 5% | 19% | 19% | 15% | 15% | 1% |
| [6] | Connected TV | 100% | n/a | 0% | 1% | 3% | 10% | 7% | 7% | 4% | 19% | 32% | 11% | 7% | 0% |
| [7] | Digital Audio | 100% | n/a | 4% | 0% | 4% | 0% | 9% | 11% | 4% | 11% | 21% | 28% | 8% | 0% |
| [8] | Email | 100% | n/a | 6% | 0% | 7% | 2% | 4% | 4% | 7% | 17% | 28% | 19% | 7% | 0% |
| [9] | App/In-app | 100% | n/a | 4% | 0% | 0% | 2% | 0% | 11% | 6% | 26% | 23% | 11% | 15% | 2% |
| [10] | Other | 100% | n/a | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 84

### AGENCY SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents were shown their answer choices from Q5.

Respondents were only shown Q6 if they did not select "None of the above" or "Don't know/Unsure" in Q5.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total number of people selecting the advertising type
  to which to divert spending.

[C]  Calculated as the average extent of increase in [D] through [N], weighted by the number of respondents.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 85**

**AGENCY SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE**

Q6: In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising types of digital spending to the advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year for the client you spend the most time on to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

|  | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
|  |  |  | 0 – 3 | 4 – 6 | 7 – 10 |  |
|  | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 128 | 12 | 31 | 83 | 2 |
| [2] | Search | 93 | 8 | 29 | 56 | - |
| [3] | Digital Video | 82 | 12 | 17 | 52 | 1 |
| [4] | eCommerce Platforms | 77 | 6 | 13 | 57 | 1 |
| [5] | Direct Deals Display | 74 | 10 | 13 | 50 | 1 |
| [6] | Connected TV | 73 | 10 | 13 | 50 | - |
| [7] | Digital Audio | 53 | 4 | 13 | 36 | - |
| [8] | Email | 54 | 8 | 8 | 38 | - |
| [9] | App/In-app | 47 | 3 | 8 | 35 | 1 |
| [10] | Other | 1 | 1 | - | - | - |

|  | Advertising Type | Total Respondents | Share of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
|  |  |  | 0 – 3 | 4 – 6 | 7 – 10 |  |
|  | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 100% | 9% | 24% | 65% | 2% |
| [2] | Search | 100% | 9% | 31% | 60% | 0% |
| [3] | Digital Video | 100% | 15% | 21% | 63% | 1% |
| [4] | eCommerce Platforms | 100% | 8% | 17% | 74% | 1% |
| [5] | Direct Deals Display | 100% | 14% | 18% | 68% | 1% |
| [6] | Connected TV | 100% | 14% | 18% | 68% | 0% |
| [7] | Digital Audio | 100% | 8% | 25% | 68% | 0% |
| [8] | Email | 100% | 15% | 15% | 70% | 0% |
| [9] | App/In-app | 100% | 6% | 17% | 74% | 2% |
| [10] | Other | 100% | 100% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 85**

**AGENCY SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE**

<u>Notes & Sources</u>:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other."
Respondents were shown their answer choices from Q5.
Respondents were only shown Q6 if they did not select "None of the above" or "Don't know/Unsure" in Q5.
Respondents can hover their mouse over each digital advertising type to review the type description.
Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total
    number of people selecting the advertising type to which to divert spending.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 86**

**AGENCY SURVEY**
**AD BUYING TOOLS USED IN PAST YEAR**

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| Ad Buying Tool | Total Respondents | | < Than $15M Ad Spend | | > Than $15M Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Google Ads | 222 | 58% | 125 | 60% | 96 | 56% |
| [2] Google DV360 | 156 | 41% | 83 | 40% | 72 | 42% |
| [3] Amazon DSP | 147 | 39% | 81 | 39% | 66 | 39% |
| [4] The Trade Desk DSP | 100 | 26% | 48 | 23% | 51 | 30% |
| [5] Adobe Advertising Cloud | 70 | 18% | 40 | 19% | 30 | 18% |
| [6] Yahoo DSP (formerly Verizon Media DSP) | 50 | 13% | 27 | 13% | 23 | 14% |
| [7] Criteo | 49 | 13% | 22 | 10% | 27 | 16% |
| [8] MediaMath DSP | 41 | 11% | 24 | 11% | 17 | 10% |
| [9] Xandr Invest | 37 | 10% | 17 | 8% | 20 | 12% |
| [10] Simpli.fi | 36 | 9% | 14 | 7% | 22 | 13% |
| [11] Taboola | 34 | 9% | 18 | 9% | 16 | 9% |
| [12] Quantcast | 30 | 8% | 16 | 8% | 14 | 8% |
| [13] Adform | 31 | 8% | 17 | 8% | 14 | 8% |
| [14] StackAdapt | 29 | 8% | 17 | 8% | 12 | 7% |
| [15] Zeta Global | 28 | 7% | 12 | 6% | 16 | 9% |
| [16] Basis by Centro | 26 | 7% | 13 | 6% | 13 | 8% |
| [17] Amobee | 27 | 7% | 13 | 6% | 14 | 8% |
| [18] Outbrain | 25 | 7% | 17 | 8% | 8 | 5% |
| [19] Beeswax | 20 | 5% | 9 | 4% | 11 | 6% |
| [20] Adelphic | 15 | 4% | 6 | 3% | 9 | 5% |
| [21] Illumin (formerly AcuityAds) | 15 | 4% | 4 | 2% | 11 | 6% |
| [22] Ad Step Technologies | 29 | 8% | 9 | 4% | 20 | 12% |
| [23] Quorexx | 15 | 4% | 7 | 3% | 8 | 5% |
| [24] Other | 7 | 2% | 5 | 2% | 2 | 1% |
| [25] Don't know / Unsure | 1 | 0% | 1 | 0% | - | 0% |
| [26] Total Shown Question | 381 | 100% | 210 | 100% | 170 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 86**

**AGENCY SURVEY**
**AD BUYING TOOLS USED IN PAST YEAR**

<u>Notes & Sources</u>:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
[D]-[G]  Does not include one respondent who answered "Don't know / Unsure" to QS12.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 87

## AGENCY SURVEY
## NUMBER OF AD BUYING TOOLS USED IN PAST YEAR

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| Number of Ad Buying Tools Selected | Total Respondents | | < Than $15M Ad Spend | | > Than $15M Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Zero | 2 | 1% | 2 | 1% | - | 0% |
| [2] One | 101 | 27% | 64 | 30% | 37 | 22% |
| [3] More than One | 277 | 73% | 143 | 68% | 133 | 78% |
| [4]   Two | 73 | 19% | 30 | 14% | 43 | 25% |
| [5]   Three | 87 | 23% | 50 | 24% | 36 | 21% |
| [6]   Four or More | 117 | 31% | 63 | 30% | 54 | 32% |
| [7] Don't know / Unsure | 1 | 0% | 1 | 0% | - | 0% |
| [8] Total Shown Question | 381 | 100% | 210 | 100% | 170 | 100% |
| [9] Average # of Ad Buying Tools Selected | 3.1 | | 3.0 | | 3.3 | |

Notes & Sources:
    From Agency Survey.
[A] Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.
[D]-[G] Does not include one respondent who answered "Don't know / Unsure" to QS12.
[9] Calculated as the average number of ad buying tools selected by respondents. Excludes respondents who selected "Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 88

## AGENCY SURVEY
## USE OF GOOGLE AD BUYING TOOLS

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display
ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools
include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display
advertising for the client you spend the most time on? (Please select all that apply.)

|  |  | Total Respondents | | < Than $15M Ad Spend | | > Than $15M Ad Spend | |
|  | Ad Buying Tool(s) | # | % | # | % | # | % |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Neither Google Ads nor Google DV360 | 105 | 28% | 63 | 30% | 42 | 25% |
| [2] | At least one of Google Ads and Google DV360 | 275 | 72% | 146 | 70% | 128 | 75% |
| [3] | Google Ads Only | 119 | 31% | 63 | 30% | 56 | 33% |
| [4] | Google DV360 Only | 53 | 14% | 21 | 10% | 32 | 19% |
| [5] | Both Google Ads and Google DV360 | 103 | 27% | 62 | 30% | 40 | 24% |
| [6] | Don't know / Unsure | 1 | 0% | 1 | 0% | - | 0% |
| [7] | Total Shown Question | 381 | 100% | 210 | 100% | 170 | 100% |

Notes & Sources:
From Agency Survey.
[D]-[G] Does not include one respondent who answered "Don't know / Unsure" to QS12.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## EXHIBIT 89

### AGENCY SURVEY
### GOOGLE USERS
### NUMBER OF OTHER AD BUYING TOOLS

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| | # of Other Ad Buying Tools (Incl. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | 38 | 22 | 16 | 10 | 7 | 3 |
| [2] | 1 | 39 | 15 | 24 | 18 | 9 | 9 |
| [3] | 2 | 54 | 34 | 19 | 40 | 23 | 16 |
| [4] | 3 | 27 | 15 | 12 | 22 | 9 | 13 |
| [5] | 4+ | 64 | 39 | 25 | 66 | 35 | 31 |
| [6] | Total Respondents | 222 | 125 | 96 | 156 | 83 | 72 |
| [7] | Average # of Other Ad Buying Tools | 2.7 | 2.7 | 2.7 | 3.5 | 3.3 | 3.8 |

| | # of Other Ad Buying Tools (Incl. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [8] | 0 | 17% | 18% | 17% | 6% | 8% | 4% |
| [9] | 1 | 18% | 12% | 25% | 12% | 11% | 13% |
| [10] | 2 | 24% | 27% | 20% | 26% | 28% | 22% |
| [11] | 3 | 12% | 12% | 13% | 14% | 11% | 18% |
| [12] | 4+ | 29% | 31% | 26% | 42% | 42% | 43% |
| [13] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

EXHIBIT 89

**AGENCY SURVEY**
**GOOGLE USERS**
**NUMBER OF OTHER AD BUYING TOOLS**

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| | # of Non-Google Ad Buying Tools | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [14] | 0 | 46 | 27 | 19 | 18 | 12 | 6 |
| [15] | 1 | 57 | 28 | 28 | 36 | 22 | 13 |
| [16] | 2 | 45 | 23 | 22 | 31 | 12 | 19 |
| [17] | 3 | 30 | 22 | 8 | 25 | 16 | 9 |
| [18] | 4+ | 44 | 25 | 19 | 46 | 21 | 25 |
| [19] | Total Respondents | 222 | 125 | 96 | 156 | 83 | 72 |
| [20] | Average # of Non-Google Ad Buying Tools | 2.2 | 2.2 | 2.3 | 2.9 | 2.6 | 3.2 |

| | # of Non-Google Ad Buying Tools | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [21] | 0 | 21% | 22% | 20% | 12% | 14% | 8% |
| [22] | 1 | 26% | 22% | 29% | 23% | 27% | 18% |
| [23] | 2 | 20% | 18% | 23% | 20% | 14% | 26% |
| [24] | 3 | 14% | 18% | 8% | 16% | 19% | 13% |
| [25] | 4+ | 20% | 20% | 20% | 29% | 25% | 35% |
| [26] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

Notes & Sources:
From Agency Survey.
[A] Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.
[C]-[D],[F]-[G] Does not include one respondent who answered "Don't know / Unsure" to QS12.
Percentages calculated by dividing the number of people choosing "Google Ads" or "Google DV360" for a given number of selected ad buying tools by the total number of people choosing "Google Ads" or "Google DV360."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 90

## AGENCY SURVEY
## USE OF GOOGLE ADS AND OTHER AD BUYING TOOLS

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

|  | Ad Buying Tool(s) | Total Respondents # | % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | Google Ads and At Least One Other Ad Buying Tool | 184 | 83% |
| [2] | *Google Ads and DV360 Only* | *8* | *4%* |
| [3] | *Google Ads, DV360 and At Least One Non-Google Ad Buying Tool* | *95* | *43%* |
| [4] | *Google Ads Only and At Least One Non-Google Ad Buying Tool* | *81* | *36%* |
| [5] | Google Ads and No Other Ad Buying Tool | 38 | 17% |
| [6] | Total Respondents Using Google Ads | 222 | 100% |

Notes & Sources:
From Agency Survey.
Limited to respondents who selected Google Ads in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 91

## AGENCY SURVEY
## OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS
## WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY

QS14: Which of the following types of digital advertising, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type carefully. (Please select all that apply.)

| Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
| --- | --- | --- | --- | --- |
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [1] Social | 26 | 68% | 34 | 74% |
| [1] Search | 24 | 63% | 32 | 70% |
| [2] Digital Video | 22 | 58% | 29 | 63% |
| [3] Email | 21 | 55% | 26 | 57% |
| [4] Connected TV | 19 | 50% | 22 | 48% |
| [5] eCommerce Platforms | 16 | 42% | 18 | 39% |
| [6] Digital Audio | 14 | 37% | 18 | 39% |
| [7] App/In-App | 11 | 29% | 14 | 30% |
| [8] Direct Display | 11 | 29% | 14 | 30% |
| [9] Other | - | - | - | - |
| [10] Total | 38 | 100% | 46 | 100% |

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other."

[A] Includes the non-programmatic display advertising types respondents selected in QS14 and QS15.

[B]-[C] Limited to respondents who selected Google Ads and no other ad buying tools (including Google DV360) in Q7. Includes 1 respondent who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tool in Q7. Includes 1 respondent who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 92**

**AGENCY SURVEY**

**NUMBER OF OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS**
**WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY**

QS14: Which of the following types of digital advertising, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type carefully. (Please select all that apply.)

| | Number of Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|---|
| | | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] |
| [1] | 0 | 8 | 21% | 8 | 17% |
| [2] | 1 | 3 | 8% | 3 | 7% |
| [3] | 2 | 3 | 8% | 4 | 9% |
| [4] | 3 | 3 | 8% | 4 | 9% |
| [5] | 4 | 1 | 3% | 4 | 9% |
| [6] | 5 | 5 | 13% | 5 | 11% |
| [7] | 6 | 3 | 8% | 3 | 7% |
| [8] | 7 | 3 | 8% | 3 | 7% |
| [9] | 8 | 3 | 8% | 4 | 9% |
| [10] | 9 | 6 | 16% | 8 | 17% |
| [11] | Total | 38 | 100% | 46 | 100% |

Notes & Sources:

From Agency Survey.

[A] Counts the number of non-programmatic display advertising types respondents selected in QS14 and QS15.

[B]-[C] Limited to respondents who selected Google Ads and no other ad buying tools (including Google DV360) in Q7. Includes 1 respondent who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tools in Q7. Includes 1 respondent who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 93**

**AGENCY SURVEY**
**PROGRAMMATIC DISPLAY ADVERTISING BUDGET SHARE**
**BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY**

Q3: What is your best estimate of the share of the digital advertising budget of the client you spend the most time on that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your client's total digital advertising budget spent on each type. The total should add up to 100%.

| % of Budget Allocated to Programmatic Display Advertising | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| **% of Digital Advertising Budget** | | | | |
| [1] 0% – 10% | 10 | 26% | 12 | 26% |
| [2] 10% – 20% | 12 | 32% | 15 | 33% |
| [3] 20% – 30% | 4 | 11% | 5 | 11% |
| [4] 30% – 40% | 1 | 3% | 2 | 4% |
| [5] 40% – 50% | - | 0% | 1 | 2% |
| [6] 50% – 60% | 3 | 8% | 3 | 7% |
| [7] 60% – 70% | - | 0% | - | 0% |
| [8] 70% – 80% | - | 0% | - | 0% |
| [9] 80% – 90% | - | 0% | - | 0% |
| [10] 90% – 100% | 8 | 21% | 8 | 17% |
| [11] Don't know / Unsure | - | 0% | - | 0% |
| [12] Total | 38 | 100% | 46 | 100% |
| **% of Overall Advertising Budget** | | | | |
| [13] 0% – 10% | 16 | 42% | 19 | 41% |
| [14] 10% – 20% | 7 | 18% | 9 | 20% |
| [15] 20% – 30% | 4 | 11% | 5 | 11% |
| [16] 30% – 40% | 4 | 11% | 6 | 13% |
| [17] 40% – 50% | 3 | 8% | 3 | 7% |
| [18] 50% – 60% | 3 | 8% | 3 | 7% |
| [19] 60% – 70% | - | 0% | - | 0% |
| [20] 70% – 80% | - | 0% | - | 0% |
| [21] 80% – 90% | 1 | 3% | 1 | 2% |
| [22] 90% – 100% | - | 0% | - | 0% |
| [23] Don't know / Unsure | - | 0% | - | 0% |
| [24] Total | 38 | 100% | 46 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 93

**AGENCY SURVEY**
**PROGRAMMATIC DISPLAY ADVERTISING BUDGET SHARE**
**BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY**

<u>Notes & Sources</u>:
From Agency Survey.
[B]-[C]  Limited to respondents who selected Google Ads and no other ad buying tools (including Google DV360) in Q7. Includes 1
respondent who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.
[D]-[E]  Limited to respondents who selected Google Ads and no other Non-Google ad buying tools in Q7. Includes 1
respondent who selected Google Ads and one of the decoy ad buying tools, Ad Step Technologies and Quorexx.
[13]-[23]  Calculated as the % of budget allocated to programmatic display in Q3 * the % of budget allocated to online advertising
in QS13.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 94

## AGENCY SURVEY
## CHANGE IN AD BUYING TOOL USE

Q9: Do you expect to use the same number, more, or fewer ad buying tools
for programmatic display advertising next year for the client you spend the
most time on? (Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | More | 83 | 22% |
| [2] | Fewer | 83 | 22% |
| [3] | Same Number | 206 | 54% |
| [4] | Don't know / Unsure | 8 | 2% |
| [5] | Total Shown Question | 380 | 100% |

Notes & Sources:
From Agency Survey.
Respondents were show Q9 if they did not select "Don't know / Unsure" in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 95**

**AGENCY SURVEY**
**FACTORS CONSIDERED WHEN CHOOSING AD BUYING TOOLS**
**FOR PROGRAMMATIC DISPLAY ADVERTISING**

Q11: Which of the following factors, if any, do you consider when deciding to use a particular ad buying
tool for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| | Factor | Respondents Indicating the Factor was Considered | |
| --- | --- | --- | --- |
| | | # | % |
| | [A] | [B] | [C] |
| [1] | Targeting criteria and capabilities | 178 | 47% |
| [2] | Cost | 171 | 45% |
| [1] | Ad placement effectiveness | 170 | 45% |
| [2] | Media optimization of placements during a campaign | 169 | 44% |
| [3] | Audience scale/Reach | 166 | 44% |
| [4] | Ease of use/User interface | 155 | 41% |
| [5] | Reporting features | 149 | 39% |
| [6] | Brand safety/fraud protection | 139 | 37% |
| [7] | API and integrations | 128 | 34% |
| [8] | Budget management tools | 113 | 30% |
| [9] | Forecasting tools | 110 | 29% |
| [10] | Support | 102 | 27% |
| [11] | Identity management | 91 | 24% |
| [12] | Troubleshooting capabilities | 80 | 21% |
| [13] | Other | 2 | 1% |
| [14] | Don't know / Unsure | 1 | 0% |
| [15] | Total Shown Question | 380 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents were show Q11 if they did not select "Don't know / Unsure" in Q7.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 96

## AGENCY SURVEY
## DISCONTINUATION OF AD BUYING TOOL USE

Q12: Have you stopped using any ad buying tool(s) for programmatic display
advertising in the past year for the client you spend the most time on?
(Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Yes | 81 | 21% |
| [2] | No | 290 | 76% |
| [3] | Don't know / Unsure | 9 | 2% |
| [4] | Total Shown Question | 380 | 100% |

Notes & Sources:
From Agency Survey.
Respondents were show Q12 if they did not select "Don't know / Unsure" in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 97

## AGENCY SURVEY
## REASONS FOR STARTING USE OF AT LEAST ONE AD BUYING TOOL

Q14: Have you started using any ad buying tool(s) in the past year for
programmatic display advertising for the client you spend the most time on?
(Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Yes | 118 | 31% |
| [2] | No | 256 | 67% |
| [3] | Don't know / Unsure | 6 | 2% |
| [4] | Total Shown Question | 380 | 100% |

Notes & Sources:
From Agency Survey.
Respondents were show Q14 if they did not select "Don't know / Unsure" in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 98

## AGENCY SURVEY
## PERFORMANCE ASSESSMENT METRICS

Q16: Which of the following metrics, if any, do you use to assess the performance of programmatic display ads, direct deals display ads, social media ads, and/or digital video ads for the client you spend the most time on? (Please select all that apply in each column.)

| Metric | Programmatic Display Ads # | Programmatic Display Ads % | Direct Deals Display Ads # | Direct Deals Display Ads % | Social Media Ads # | Social Media Ads % | Digital Video Ads # | Digital Video Ads % |
|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| [1] Conversions | 187 | 49% | 75 | 42% | 158 | 53% | 102 | 41% |
| [2] Return on Investment (ROI) | 177 | 46% | 70 | 40% | 135 | 45% | 103 | 42% |
| [3] Cost per click (CPC) | 175 | 46% | 83 | 47% | 145 | 48% | 88 | 35% |
| [4] Return on Ad Spend (ROAS) | 175 | 46% | 85 | 48% | 157 | 53% | 109 | 44% |
| [5] Impressions | 170 | 45% | 68 | 38% | 139 | 46% | 118 | 48% |
| [6] Cost per impression (CPM) | 161 | 42% | 79 | 45% | 133 | 44% | 126 | 51% |
| [7] Click through rate (CTR) | 156 | 41% | 83 | 47% | 163 | 55% | 100 | 40% |
| [8] Cost per action (CPA) | 146 | 38% | 75 | 42% | 143 | 48% | 93 | 38% |
| [9] Clicks | 140 | 37% | 68 | 38% | 130 | 43% | 89 | 36% |
| [10] Other | 8 | 2% | 3 | 2% | 8 | 3% | 15 | 6% |
| [11] None of the above | - | 0% | 1 | 1% | - | 0% | - | 0% |
| [12] Don't know / Unsure | 1 | 0% | 2 | 1% | 2 | 1% | 2 | 1% |
| [13] Total Shown Question | 381 | 100% | 177 | 100% | 299 | 100% | 248 | 100% |

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "None of the above" and "Don't know / Unsure."

Respondents were only asked about each of the above advertising types if they had indicated in QS14 and QS15 that the client they spend the most time on used those advertising types in the past year.

Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 99

## AGENCY SURVEY
## PERFORMANCE ASSESSMENT METRICS

Q17: You indicated that you use the following metrics to assess the performance of programmatic display ads for the client you
spend the most time on. Please rank these metrics in terms of how important they are to accurately assessing
the performance of programmatic display ads, with 1 being the most important and [NUMBER OF MEASURES SELECTED IN Q16]
being the least important. (Please rank the following metrics, or select "Don't know / Unsure".)

|  | Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
|---|---|---|---|---|---|
|  |  | # | % | # | % |
|  | [A] | [B] | [C] | [D] | [E] |
| [1] | Return on Investment (ROI) | 77 | 20% | 148 | 39% |
| [2] | Return on Ad Spend (ROAS) | 54 | 14% | 139 | 37% |
| [3] | Conversions | 45 | 12% | 138 | 36% |
| [4] | Cost per action (CPA) | 40 | 11% | 102 | 27% |
| [5] | Cost per click (CPC) | 35 | 9% | 97 | 26% |
| [6] | Cost per impression (CPM) | 35 | 9% | 95 | 25% |
| [7] | Impressions | 34 | 9% | 90 | 24% |
| [8] | Clicks | 29 | 8% | 70 | 18% |
| [9] | Click through rate (CTR) | 27 | 7% | 98 | 26% |
| [10] | Other | 3 | 1% | 7 | 2% |
| [11] | Total | 379 | 100% | 379 | 100% |

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents were only shown Q17 if they indicate that they used more than one metric to assess the performance of programmatic
display ads in Q16. Respondents who selected only one metric in Q16 are assumed to have that metric ranked as most important.
Total includes respondents who ranked metrics in Q17 or selected only one metric in Q16.

1 respondent (less than 1% of respondents who selected at least one metric to assess the performace of programmatic display ads) selected
"Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 100

## AGENCY SURVEY
## FREQUENCY OF PERFORMANCE ASSESSMENT

Q18: How often, if at all, do you measure or assess the performance of the programmatic display advertising for the client you spend the most time on? (Please select only one option.)

| Frequency | # | % |
|-----------|---|---|
| [A] | [B] | [C] |
| [1] Daily | 36 | 9% |
| [2] Weekly | 147 | 39% |
| [3] Monthly | 131 | 34% |
| [4] Quarterly | 53 | 14% |
| [5] Annually | 14 | 4% |
| [6] Don't know / Unsure | - | 0% |
| [7] Total Shown Question | 381 | 100% |

Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 101

## AGENCY SURVEY
## EXPERIMENTS ON PROGRAMMATIC DISPLAY ADS

Q19: In the past year, have you run any experiments or test & learn initiatives to assess the performance of the programmatic display ads for the client you spend the most time on? (Please select only one option.)

| Response Options | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Yes | 233 | 61% |
| [2] No | 132 | 35% |
| [3] Don't know / Unsure | 16 | 4% |
| [4] Total Shown Question | 381 | 100% |

Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 102

## AGENCY SURVEY
## TYPES OF EXPERIMENTS ON PROGRAMMATIC DISPLAY ADS

Q20: Which of the following types of experiments or test & learn initiatives,
if any, have you run in the past year to assess the performance of the
programmatic display ads for the client you spend the most time on?

| Experiment Type | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Audiences | 149 | 64% |
| [2] Creatives | 136 | 58% |
| [3] ROI/ROAS | 127 | 55% |
| [4] Bid strategies | 113 | 48% |
| [5] Ad buying tool performance | 113 | 48% |
| [6] Publishers | 73 | 31% |
| [7] Other | 1 | 0% |
| [8] Don't know / Unsure | - | 0% |
| [9] Total Shown Question | 233 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other" and
"Don't know / Unsure."
Percentages do not add up to 100% because respondents can select
multiple options.
Respondents were only shown Q20 if they indicated in Q19 that they
had conducted experiments or test & learn initiatives on their
programmatic display ads in the past year.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 103

## SENSITIVITY ANALYSIS BY RESPONDENT DEMOGRAPHIC

| Response Options | Complete Sample Survey Results | Gender | | Age | | | | Region | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Female | Male | 18 – 34 | 35 – 49 | 50 – 64 | 65+ | NE | MW | S | W |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] |
| ***Higher-Spend Advertiser Survey*** | | | | | | | | | | | |
| [1] Will Divert Spending | 59% | 65% | 56% | 65% | 57% | 56% | n/a | 66% | 54% | 54% | 60% |
| [2] Used Multiple Ad Buying Tools | 75% | 77% | 74% | 76% | 75% | 74% | n/a | 82% | 80% | 75% | 68% |
| [3] Sample Size (N) | 502 | 135 | 367 | 100 | 336 | 66 | - | 115 | 70 | 155 | 162 |
| ***Lower-Spend Advertiser Survey*** | | | | | | | | | | | |
| [4] Will Divert Spending | 61% | 49% | 64% | 57% | 63% | 56% | n/a | 57% | 69% | 57% | 65% |
| [5] Used Multiple Display Platforms | 80% | 67% | 82% | 78% | 80% | 80% | n/a | 72% | 85% | 79% | 82% |
| [6] Sample Size (N) | 302 | 49 | 253 | 54 | 223 | 25 | - | 54 | 61 | 119 | 68 |
| ***Agency Survey*** | | | | | | | | | | | |
| [7] Will Divert Spending | 54% | 51% | 56% | 65% | 51% | 49% | 100% | 57% | 64% | 51% | 50% |
| [8] Used Multiple Ad Buying Tools | 73% | 78% | 70% | 74% | 71% | 77% | 100% | 81% | 80% | 75% | 61% |
| [9] Sample Size (N) | 381 | 125 | 255 | 94 | 239 | 47 | 1 | 100 | 45 | 119 | 117 |

Notes & Sources:

From Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys.

[1] Respondents who, in Q5 of the Higher-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[2] Respondents who, in Q8 of the Higher-Spend Advertiser Survey, selected more than one ad buying tool. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.

[4] Respondents who, in Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.

[5] Respondents who, in Q4 of the Lower-Spend Advertiser Survey, selected more than one display platform. Count excludes Ad Step Technologies, which was a decoy answer option.

[7] Respondents who, in Q4 of the Agency Survey, indicated that they would divert advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

[8] Respondents who, in Q7 of the Agency Survey, selected more than one ad buying tool for the client they spend the most time on. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.

[C]-[D] From QS4 in Higher-Spend Advertiser Survey, QS4 in Lower-Spend Advertiser Survey, and QS4 in Agency Survey.

[E]-[H] From QS3 in Higher-Spend Advertiser Survey, QS3 in Lower-Spend Advertiser Survey, and QS3 in Agency Survey.

[I]-[L] From QS5 in Higher-Spend Advertiser Survey, QS5 in Lower-Spend Advertiser Survey, and QS5 in Agency Survey. Each respondent's state of residence is categorized into regions based on the U.S. census regions. See Census Regions and Divisions of the United States, U.S. Census Bureau, available at https://www2.census.gov/geo/pdfs/maps-data/maps/reference/us_regdiv.pdf.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

EXHIBIT 104

SENSITIVITY ANALYSIS BY RESPONDENT ANNUAL AD SPEND

| Response Options | Complete Sample Survey Results | Annual Ad Spend | | | | | | | | | | | | | | | |
| | | Less than $10K | $10K to $25K | $25K to $50K | $50K to $100K | $100K to $250K | $250K to $500K | $500K to $1M | $1M to $3M | $3M to $7M | $7M to $15M | $15M to $30M | $30M to $50M | $50M to $100M | $100M to $250M | $250M to $500M | $500M+ |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] | [P] | [Q] | [R] |
| *Higher-Spend Advertiser Survey* | | | | | | | | | | | | | | | | | |
| [1] Will Divert Spending | 59% | n/a | n/a | n/a | n/a | n/a | n/a | 61% | 55% | 56% | 66% | 61% | 56% | 58% | 61% | 48% | 60% |
| [2] Used Multiple Ad Buying Tools | 75% | n/a | n/a | n/a | n/a | n/a | n/a | 58% | 60% | 63% | 85% | 84% | 79% | 72% | 79% | 95% | 80% |
| [3] Sample Size (N) | 502 | n/a | n/a | n/a | n/a | n/a | n/a | 31 | 78 | 57 | 87 | 74 | 68 | 43 | 33 | 21 | 10 |
| *Lower-Spend Advertiser Survey* | | | | | | | | | | | | | | | | | |
| [4] Will Divert Spending | 61% | 67% | 74% | 68% | 62% | 54% | 48% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| [5] Used Multiple Display Platforms | 80% | 67% | 84% | 74% | 86% | 84% | 75% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| [6] Sample Size (N) | 302 | 6 | 58 | 74 | 42 | 61 | 61 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| *Agency Survey* | | | | | | | | | | | | | | | | | |
| [7] Will Divert Spending | 54% | - | - | - | 80% | 63% | 83% | 62% | 60% | 49% | 52% | 49% | 38% | 62% | 69% | 56% | 40% |
| [8] Used Multiple Ad Buying Tools | 73% | - | - | - | 60% | 75% | 50% | 69% | 71% | 59% | 79% | 72% | 82% | 86% | 69% | 89% | 100% |
| [9] Sample Size (N) | 381 | - | - | - | 5 | 8 | 6 | 29 | 45 | 69 | 48 | 65 | 39 | 21 | 26 | 9 | 10 |

Notes & Sources:
From Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys.
[1] Respondents who, in Q5 of the Higher-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising.
[2] Respondents who, in Q8 of the Higher-Spend Advertiser Survey, selected more than one ad buying tool. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.
[4] Respondents who, in Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.
[5] Respondents who, in Q4 of the Lower-Spend Advertiser Survey, selected more than one display platform. Count excludes Ad Step Technologies, which was a decoy answer option.
[7] Respondents who, in Q4 of the Agency Survey, indicated that they would divert advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.
[8] Respondents who, in Q7 of the Agency Survey, selected more than one ad buying tool for the client they spend the most time on. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.
[C]-[R] From QS10 in Higher-Spend Advertiser Survey, QS10 in Lower-Spend Advertiser Survey, and QS12 in Agency Survey. Agency Results do not include one respondent who answered "Don't know / Unsure" to QS12.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 105

## SENSITIVITY ANALYSIS BY RESPONDENT SURVEY COMPLETION TIME

| Response Options | Survey Results in Sample that Excludes Completion Time Outliers | | Test of $H_0$ | |
| | 1.67 Minutes - 3 Hours | 3 Minutes - 2 Hours | z-score | p-value |
| --- | --- | --- | --- | --- |
| [A] | [B] | [C] | [D] | [E] |
| *Higher-Spend Advertiser Survey* | | | | |
| [1] Will Divert Spending | 59% | 63% | -1.46 | 0.15 |
| [2] Used Multiple Ad Buying Tools | 75% | 82% | -2.73** | 0.01 |
| [3] Sample Size (N) | 502 | 453 | | |
| | | | | |
| *Lower-Spend Advertiser Survey* | | | | |
| [4] Will Divert Spending | 61% | 65% | -1.02 | 0.31 |
| [5] Used Multiple Display Platforms | 80% | 84% | -1.47 | 0.14 |
| [6] Sample Size (N) | 302 | 277 | | |
| | | | | |
| *Agency Survey* | | | | |
| [7] Will Divert Spending | 54% | 56% | -0.58 | 0.57 |
| [8] Used Multiple Ad Buying Tools | 73% | 75% | -0.82 | 0.41 |
| [9] Sample Size (N) | 381 | 365 | | |

Notes & Sources:

From Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys.

[1] Respondents who, in Q5 of the Higher-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[2] Respondents who, in Q8 of the Higher-Spend Advertiser Survey, selected more than one ad buying tool. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.

[4] Respondents who, in Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.

[5] Respondents who, in Q4 of the Lower-Spend Advertiser Survey, selected more than one display platform. Count excludes Ad Step Technologies, which was a decoy answer option.

[7] Respondents who, in Q4 of the Agency Survey, indicated that they would divert advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 105

## SENSITIVITY ANALYSIS BY RESPONDENT SURVEY COMPLETION TIME

<u>Notes & Sources (continued)</u>:

[8] Respondents who, in Q7 of the Agency Survey, selected more than one ad buying tool for the client they spend the most time on. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.

[B] Limited to respondents with qtime between 1.67 minutes (100 seconds) and 3 hours (10,800 seconds).

[C] Limited to respondents with qtime between 3 minutes (180 seconds) and 2 hours (7,200 seconds).

[D] Significance tests reflect the difference in the percentage of respondents in columns [B] and [C] saying they will divert spending or use multiple ad tools, between outlier completion time exclusions. The z-scores are based on a two-tailed test with $z = ( p_1 - p_2 ) / \mathrm{sqrt}\, (p_1 \times ( 1 - p_1 ) / n_1 + p_2 \times ( 1 - p_2 ) / n_2 )$; a z-score of $\pm 1.96$, for example, corresponds to a significance at the 95% confidence level. One asterisk (*) denotes significance at the 0.1 level with $p < 0.1$ and two asterisks (**) denote significance at the 0.05 level with $p < 0.05$.

[E] Reflects significance levels of the difference of percentages in [B] and [C].

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 106

## SUMMARY OF SELECTED RESULTS ACROSS SURVEYS

| Survey Results | Higher-Spend Advertiser Survey | | Lower-Spend Advertiser Survey | | Test of $H_0$ | |
|---|---|---|---|---|---|---|
| | % | N | % | N | z-score | p-value |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Respondents Who Would Divert Spending | 59% | 502 | 61% | 302 | -0.70 | 0.48 |
| [2] Respondents Who Use More Than One Advertising Type | 85% | 502 | 86% | 302 | -0.41 | 0.69 |
| [3] Respondents Who Use More Than One Ad Buying Tool/Display Platform | 75% | 502 | 80% | 302 | -1.63 | 0.10 |
| [4] Google Ads Users Using At Least One Other Non-Google Ad Buying Tool/Display Platform | 76% | 330 | 80% | 191 | -0.86 | 0.39 |

| Survey Results | Higher-Spend Advertiser Survey | | Agency Survey | | Test of $H_0$ | |
|---|---|---|---|---|---|---|
| | % | N | % | N | z-score | p-value |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [5] Respondents Who Would Divert Spending | 59% | 502 | 54% | 381 | 1.39 | 0.16 |
| [6] Respondents Who Use More Than One Advertising Type | 85% | 502 | 87% | 381 | -1.01 | 0.31 |
| [7] Respondents Who Use More Than One Ad Buying Tool | 75% | 502 | 73% | 381 | 0.73 | 0.46 |
| [8] Google Ads Users Using At Least One Other Non-Google Ad Buying Tool | 76% | 330 | 79% | 222 | -0.81 | 0.42 |

| Survey Results | Lower-Spend Advertiser Survey | | Agency Survey | | Test of $H_0$ | |
|---|---|---|---|---|---|---|
| | % | N | % | N | z-score | p-value |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [9] Respondents Who Would Divert Spending | 61% | 302 | 54% | 381 | 1.90* | 0.06 |
| [10] Respondents Who Use More Than One Advertising Type | 86% | 302 | 87% | 381 | -0.50 | 0.62 |
| [11] Respondents Who Use More Than One Ad Buying Tool/Display Platform | 80% | 302 | 73% | 381 | 2.19** | 0.03 |
| [12] Google Ads Users Using At Least One Other Non-Google Ad Buying Tool/Display Platform | 80% | 191 | 79% | 222 | 0.08 | 0.94 |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 106

## SUMMARY OF SELECTED RESULTS ACROSS SURVEYS

Notes & Sources:

From Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys.

[1] Respondents who, in Q5 of the Higher-Spend Advertiser Survey and Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising. In the Higher-Spend Advertiser Survey, this question referred to programmatic display advertising specifically.

[2] Respondents who, in QS12 of the Higher- and Lower-Spend Advertiser Surveys, indicated that they had used more than one type of digital advertising in the past year.

[3] Respondents who, in Q8 of the Higher-Spend Advertiser Survey and Q4 of the Lower-Spend Advertiser Survey, selected more than one ad buying tool/display platform. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.

[4] Respondents who, in Q8 of the Higher-Spend Advertiser Survey and Q4 of the Lower-Spend Advertiser Survey, indicated using Google Ads, and who selected at least one non-Google ad buying tool/display platform. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options.

[5] Respondents who, in Q5 of the Higher-Spend Advertiser Survey and Q4 of the Agency Survey, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[6] Respondents who, in QS12 of the Higher-Advertiser Survey and QS14 of the Agency Survey, indicated that they had used more than one type of digital advertising in the past year. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[7] Respondents who, in Q8 of the Higher-Spend Advertiser Survey and Q7 of the Agency Survey, selected more than one ad buying tool. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[8] Respondents who, in Q8 of the Higher-Spend Advertiser Survey and Q7 of the Agency Survey, indicated using Google Ads, and who selected at least one non-Google ad buying tool. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[9] Respondents who, in Q4 of the Agency Survey and Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising. In the Agency Survey, this referred to programmatic display advertising specifically and respondents were asked to answer the question for the client they spend the most time on.

[10] Respondents who, in QS14 of the Agency Survey and QS12 of the Lower-Spend Advertiser Survey, indicated that they had used more than one type of digital advertising in the past year. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[11] Respondents who, in Q7 of the Agency Survey and Q4 of the Lower-Spend Advertiser Survey, selected more than one ad buying tool/display platform. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[12] Respondents who, in Q7 of the Agency Survey and Q4 of the Lower-Spend Advertiser Survey, indicated using Google Ads, and who selected at least one non-Google ad buying tool/display platform. Count excludes Quorexx and Ad Step Technologies, which were decoy answer options. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 106

## SUMMARY OF SELECTED RESULTS ACROSS SURVEYS

<u>Notes & Sources (continued):</u>

[F] Significance tests reflect the difference in the survey results in columns [B] and [D] across the Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys. The z-scores are based on a two-tailed test with $z = ( p_1 - p_2 ) / \text{sqrt} (p_1 \times ( 1 - p_1 ) / n_1 + p_2 \times ( 1 - p_2 ) / n_2 )$; a z-score of $\pm 1.96$, for example, corresponds to a significance at the 95% confidence level. One asterisk (*) denotes significance at the 0.1 level with $p < 0.1$ and two asterisks (**) denote significance at the 0.05 level with $p < 0.05$.

[G] Reflects significance levels of the difference of percentages in [B] and [D].

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER #: 48842

## EXHIBIT 107

## LOWER-SPEND ADVERTISER SURVEY
## SUMMARY OF SELECTED RESULTS

| Survey Results | Full Sample | | < Than $50K Ad Spend | | Test of $H_0$ | |
|---|---|---|---|---|---|---|
| | % | N | % | N | z-score | p-value |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Respondents Who Would Divert Spending | 61% | 302 | 70% | 138 | -1.88* | 0.06 |
| [2] Respondents Who Use More Than One Advertising Type | 86% | 302 | 80% | 138 | 1.44 | 0.15 |
| [3] Respondents Who Use More Than One Display Platform | 80% | 302 | 78% | 138 | 0.37 | 0.71 |
| [4] Google Ads Users Using At Least One Other Non-Google Display Platform | 80% | 191 | 80% | 86 | -0.13 | 0.90 |

Notes & Sources:

From Lower-Spend Advertiser Survey.

[1] Respondents who, in Q9, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.

[2] Respondents who, in QS12, indicated that they have used more than one type of digital advertising in the past year.

[3] Respondents who, in Q4, selected more than one display platform. Count excludes Ad Step Technologies, which was a decoy answer option.

[4] Respondents who, in Q4, indicated using Google Ads, and who selected at least one non-Google display platform. Count excludes Ad Step Technologies which was a decoy answer option.

[B]-[C] Full respondent sample.

[D]-[E] Limited to respondents with an annual ad spend of less than $50,000.

[F] Significance tests reflect the difference in the survey results in columns [B] and [D]. The z-scores are based on a two-tailed test with

$z = ( p_1 - p_2 ) / sqrt (p_1 \times ( 1 - p_1 ) / n_1 + p_2 \times ( 1 - p_2 ) / n_2 )$; a z-score of $\pm 1.96$, for example, corresponds to a significance at the 95% confidence level. One asterisk (*) denotes significance at the 0.1 level with p<0.1 and two asterisks (**) denote significance at the 0.05 level with p <0.05.

[G] Reflects significance levels of the difference of percentages in [B] and [D].

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 108

## HIGHER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT
## SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE

| | Respondent Subgroup | Would Divert Spending in Q5 (N = 295) | Would Not Divert Spending in Q5 (N = 179) |
|---|---|---|---|
| | [A] | [B] | [C] |
| | *Age* | | |
| [1] | 18 - 34 | 22.0% | 16.2% |
| [2] | 35 - 49 | 65.4% | 72.6% |
| [3] | 50 - 64 | 12.5% | 11.2% |
| [4] | 65 or above | - | - |
| | *Gender* | | |
| [5] | Female | 29.8% | 19.0% |
| [6] | Male | 70.2% | 81.0% |
| | *Percent of Advertising Budget Spent on Digital* | | |
| [7] | Average | 66.5% | 64.1% |
| [8] | Median | 68.0% | 65.0% |
| | *Annual Ad Spend* | | |
| [9] | $500,000 to less than $1 million | 6.4% | 5.0% |
| [10] | $1 million to less than $3 million | 14.6% | 16.8% |
| [11] | $3 million to less than $7 million | 10.8% | 11.7% |
| [12] | $7 million to less than $15 million | 19.3% | 14.5% |
| [13] | $15 million to less than $30 million | 15.3% | 14.0% |
| [14] | $30 million to less than $50 million | 12.9% | 15.6% |
| [15] | $50 million to less than $100 million | 8.5% | 8.9% |
| [16] | $100 million to less than $250 million | 6.8% | 6.7% |
| [17] | $250 million to less than $500 million | 3.4% | 5.0% |
| [18] | $500 million or more | 2.0% | 1.7% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 108

## HIGHER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE

| Respondent Subgroup | Would Divert Spending in Q5 (N = 295) | Would Not Divert Spending in Q5 (N = 179) |
|---|---|---|
| [A] | [B] | [C] |
| **Advertising Types Used** | | |
| [19] Search | 82.0% | 63.1% |
| [20] Display | 100.0% | 100.0% |
| [21] Email | 69.5% | 46.4% |
| [22] Digital Audio | 46.4% | 33.5% |
| [23] Social | 84.1% | 63.1% |
| [24] App/In-App | 52.9% | 34.6% |
| [25] Digital Video | 72.2% | 55.3% |
| [26] Connected TV | 52.9% | 40.2% |
| [27] eCommerce | 61.7% | 45.8% |
| [28] Other | 0.7% | - |
| | | |
| [29] **Average Number of Advertising Types Used** | 6.2 | 4.8 |
| | | |
| **Use of Direct Deals** | | |
| [30] Uses Direct Deals | 65.4% | 52.5% |
| [31] Does Not Use Direct Deals | 34.6% | 47.5% |
| | | |
| **Use of Ad Agency** | | |
| [32] Uses Ad Agency | 73.6% | 60.3% |
| [33] Does Not Use Ad Agency | 26.1% | 39.7% |
| | | |
| [34] **Average % of Digital Budget Allocated to Programmatic Display** | 21.1% | 40.5% |
| | | |
| [35] **Use of Multiple Ad Buying Tools** | 85.1% | 60.9% |
| | | |
| **Metrics Used to Measure Performance of Programmatic Display** | | |
| [36] ROI | 50.5% | 44.7% |
| [37] ROAS | 49.5% | 43.0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 108

## HIGHER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT
## SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE

| | Respondent Subgroup | Would Divert Spending in Q5 (N = 295) | Would Not Divert Spending in Q5 (N = 179) |
|---|---|---|---|
| | [A] | [B] | [C] |
| | *Frequency of Measuring Performance* | | |
| [38] | Daily | 13.2% | 10.6% |
| [39] | Weekly | 34.6% | 40.8% |
| [40] | Monthly | 26.8% | 28.5% |
| [41] | Quarterly | 21.0% | 15.6% |
| [42] | Annually | 3.7% | 3.9% |
| | *Use of Experiments* | | |
| [43] | Has run experiments in past year | 69.5% | 42.5% |
| [44] | Has not run experiments in past year | 27.1% | 56.4% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

[B] Respondents who, in Q5, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[C] Respondents who, in Q5, indicated that they would not divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[1]-[4] Computed based on responses to QS3.

[5]-[6] Computed based on responses to QS4.

[7]-[8] Computed based on responses to QS11.

[9]-[18] Computed based on responses to QS10.

[19]-[29] Computed based on responses to QS12.

[30]-[31] Computed based on responses to QS13.

[32]-[33] Computed based on responses to Q2.

[34] Computed based on responses to Q4.

[35] Computed based on responses to Q8.

[36]-[37] Computed based on responses to Q17.

[38]-[42] Computed based on responses to Q19.

[43]-[44] Computed based on responses to Q20.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 109

## LOWER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO DISPLAY COST INCREASE

| Respondent Subgroup | Would Divert Spending in Q9 (N = 185) | Would Not Divert Spending in Q9 (N = 103) |
|---|---|---|
| [A] | [B] | [C] |
| *Age* | | |
| [1]  18 - 34 | 16.8% | 19.4% |
| [2]  35 - 49 | 75.7% | 75.7% |
| [3]  50 - 64 | 7.6% | 4.9% |
| [4]  65 or above | - | - |
| | | |
| *Gender* | | |
| [5]  Female | 13.0% | 19.4% |
| [6]  Male | 87.0% | 80.6% |
| | | |
| *Percent of Advertising Budget Spent on Digital Advertising* | | |
| [7]  Average | 63.7% | 58.0% |
| [8]  Median | 65.0% | 60.0% |
| | | |
| *Annual Ad Spend* | | |
| [9]  Less than $10,000 | 2.2% | 1.0% |
| [10]  $10,000 to less than $25,000 | 23.2% | 13.6% |
| [11]  $25,000 to less than $50,000 | 27.0% | 21.4% |
| [12]  $50,000 to less than $100,000 | 14.1% | 15.5% |
| [13]  $100,000 to less than $250,000 | 17.8% | 23.3% |
| [14]  $250,000 to less than $500,000 | 15.7% | 25.2% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 109

## LOWER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO DISPLAY COST INCREASE

| Respondent Subgroup | Would Divert Spending in Q9 (N = 185) | Would Not Divert Spending in Q9 (N = 103) |
|---|---|---|
| [A] | [B] | [C] |
| *Advertising Types Used* | | |
| [15] Search | 68.1% | 55.3% |
| [16] Display | 100.0% | 100.0% |
| [17] Email | 48.6% | 42.7% |
| [18] Digital Audio | 45.9% | 40.8% |
| [19] Social | 74.6% | 60.2% |
| [20] App/In-App | 41.1% | 38.8% |
| [21] Digital Video | 55.1% | 51.5% |
| [22] Connected TV | 37.8% | 38.8% |
| [23] eCommerce | 47.6% | 40.8% |
| [24] Other | 0.5% | - |
| | | |
| [25] *Average Number of Advertising Types Used* | 5.2 | 4.7 |
| | | |
| *Use of Ad Agency* | | |
| [26] Uses Agency | 76.2% | 51.5% |
| [27] Does Not Use Agency | 23.8% | 48.5% |
| | | |
| [28] *Average % of Digital Budget Allocated to Display* | 29.0% | 40.3% |
| | | |
| [29] *Use of Multiple Display Platforms* | 89.7% | 64.1% |
| | | |
| *Metrics Used to Measure Performance of Display* | | |
| [30] ROI | 43.8% | 32.0% |
| [31] ROAS | 33.0% | 35.0% |

HIGHLY CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 109

## LOWER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO DISPLAY COST INCREASE

| Respondent Subgroup | Would Divert Spending in Q9 (N = 185) | Would Not Divert Spending in Q9 (N = 103) |
|---|---|---|
| [A] | [B] | [C] |
| *Frequency of Measuring Performance* | | |
| [32]  Daily | 8.6% | 10.7% |
| [33]  Weekly | 41.1% | 39.8% |
| [34]  Monthly | 34.1% | 29.1% |
| [35]  Quarterly | 12.4% | 19.4% |
| [36]  Annually | 3.8% | 1.0% |
| | | |
| *Use of Experiments* | | |
| [37]  Has run experiments in past year | 74.1% | 35.9% |
| [38]  Has not run experiments in past year | 24.9% | 63.1% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
[B] Respondents who, in Q9, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.
[C] Respondents who, in Q9, indicated that they would not divert advertising spending as a response to an increase in the cost of display advertising.
[1]-[4] Computed based on responses to QS3.
[5]-[6] Computed based on responses to QS4.
[7]-[8] Computed based on responses to QS11.
[9]-[14] Computed based on responses to QS10.
[15]-[25] Computed based on responses to QS12.
[26]-[27] Computed based on responses to Q2.
[28] Computed based on responses to Q8.
[29] Computed based on responses to Q4.
[30]-[31] Computed based on responses to Q12.
[32]-[36] Computed based on responses to Q14.
[37]-[38] Computed based on responses to Q15.

HIGHLY CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 110

## AGENCY SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE

| Respondent Subgroup | Would Divert Spending in Q4 (N = 206) | Would Not Divert Spending in Q4 (N = 156) |
|---|---|---|
| [A] | [B] | [C] |
| *Age* | | |
| [1]  18 - 34 | 29.6% | 17.3% |
| [2]  35 - 49 | 58.7% | 68.6% |
| [3]  50 - 64 | 11.2% | 14.1% |
| [4]  65 or above | 0.5% | - |
| | | |
| *Gender* | | |
| [5]  Female | 31.1% | 31.4% |
| [6]  Male | 68.9% | 67.9% |
| | | |
| *Percent of Advertising Budget Spent on Digital* | | |
| [7]  Average | 65.8% | 62.4% |
| [8]  Median | 70.0% | 60.0% |
| | | |
| *Annual Ad Spend* | | |
| [9]  $50,000 to less than $100,000 | 1.9% | 0.6% |
| [10]  $100,000 to less than $250,000 | 2.4% | 0.6% |
| [11]  $250,000 to less than $500,000 | 2.4% | 0.6% |
| [12]  $500,000 to less than $1 million | 8.7% | 6.4% |
| [13]  $1 million to less than $3 million | 13.1% | 10.3% |
| [14]  $3 million to less than $7 million | 16.5% | 20.5% |
| [15]  $7 million to less than $15 million | 12.1% | 12.8% |
| [16]  $15 million to less than $30 million | 15.5% | 20.5% |
| [17]  $30 million to less than $50 million | 7.3% | 14.7% |
| [18]  $50 million to less than $100 million | 6.3% | 3.2% |
| [19]  $100 million to less than $250 million | 8.7% | 3.8% |
| [20]  $250 million to less than $500 million | 2.4% | 2.6% |
| [21]  $500 million or more | 1.9% | 3.2% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 110

## AGENCY SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE

| Respondent Subgroup | Would Divert Spending in Q4 (N = 206) | Would Not Divert Spending in Q4 (N = 156) |
|---|---|---|
| [A] | [B] | [C] |
| *Advertising Types Used* | | |
| [22]   Search | 77.2% | 54.5% |
| [23]   Display | 100.0% | 100.0% |
| [24]   Email | 52.4% | 46.2% |
| [25]   Digital Audio | 52.4% | 26.3% |
| [26]   Social | 85.4% | 66.7% |
| [27]   App/In-App | 45.6% | 43.6% |
| [28]   Digital Video | 73.8% | 51.3% |
| [29]   Connected TV | 59.2% | 32.7% |
| [30]   eCommerce | 52.9% | 45.5% |
| [31]   Other | 1.0% | - |
| | | |
| [32] *Average Number of Advertising Types Used* | 6.0 | 4.7 |
| | | |
| *Use of Direct Deals* | | |
| [33]   Uses Direct Deals | 52.4% | 39.1% |
| [34]   Does Not Use Direct Deals | 47.6% | 60.9% |
| | | |
| [35] *Average % of Digital Budget Allocated to Programmatic Display* | 23.6% | 41.1% |
| | | |
| [36] *Use of Multiple Ad Buying Tools* | 78.2% | 66.7% |
| | | |
| *Metrics Used to Measure Performance of Programmatic Display* | | |
| [37]   ROI | 53.4% | 35.9% |
| [38]   ROAS | 48.5% | 40.4% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 110

## AGENCY SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE

| | Respondent Subgroup | Would Divert Spending in Q4 (N = 206) | Would Not Divert Spending in Q4 (N = 156) |
|---|---|---|---|
| | [A] | [B] | [C] |
| | *Frequency of Measuring Performance* | | |
| [39] | Daily | 6.3% | 12.2% |
| [40] | Weekly | 41.7% | 34.6% |
| [41] | Monthly | 34.5% | 33.3% |
| [42] | Quarterly | 13.6% | 16.0% |
| [43] | Annually | 3.9% | 3.8% |
| | *Use of Experiments* | | |
| [44] | Has run experiments in past year | 68.9% | 52.6% |
| [45] | Has not run experiments in past year | 26.7% | 45.5% |

Notes & Sources:

From Agency Survey.

[B] Respondents who, in Q4, indicated that they would divert advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

[C] Respondents who, in Q4, indicated that they would not divert not advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

[1]-[4] Computed based on responses to QS3.

[5]-[6] Computed based on responses to QS4.

[7]-[8] Computed based on responses to QS13.

[9]-[21] Computed based on responses to QS12.

[22]-[32] Computed based on responses to QS14.

[33]-[34] Computed based on responses to QS15.

[35] Computed based on responses to Q3.

[36] Computed based on responses to Q7.

[37]-[38] Computed based on responses to Q16.

[39]-[43] Computed based on responses to Q18.

[44]-[45] Computed based on responses to Q19.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX A
# CV

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Itamar Simonson**

**ADDRESSES**                                                    April 2024

Home Office:                                        (University) Office:

  1561 Newlands Ave.                      Graduate School of Business

  Burlingame, CA 94010                      Stanford University

Seattle address: 5416 Kirkwood Pl. N.          itamars@stanford.edu

Seattle, WA 98103

  Cell: (650) 387-7677

  itamar.simonson@gmail.com

**EDUCATION**

| | |
|---|---|
| Ph.D. | Duke University, Fuqua School of Business<br>Major: Marketing;  May 1987 |
| M.B.A. | UCLA,  Graduate School of Management<br>Major: Marketing;  March 1978 |
| B.A. | Hebrew University, Jerusalem, Israel<br>Major: Economics, Political Science;  August 1976 |

**ACADEMIC POSITIONS**

| | |
|---|---|
| July 1987 - June 1993 | University of California, Berkeley<br>Haas School of Business<br>Assistant Professor |
| July 1993 – Aug. 1996 | Stanford Graduate School of Business<br>Associate Professor of Marketing |
| Sept. 1996 – Aug. 1999 | Stanford Graduate School of Business<br>Professor of Marketing |
| Sept. 1999 –  Dec. 2020 | Stanford Graduate School of Business<br>Sebastian S. Kresge Professor of Marketing |
| Jan. 2021 – Present | Stanford Graduate School of Business<br>Sebastian S. Kresge Emeritus Professor of Marketing |
| 1994 – 2000 | Stanford Graduate School of Business<br>Marketing Group Head |
| 2000, 2004, 2012 | Visiting Professor of Marketing: MIT; NYU; Columbia |

A-2

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AWARDS**

- Best Article in the *Journal of Consumer Research* during the period 1987-1989.

- The 1997 O'Dell Award (for the *Journal of Marketing Research* article that has had the greatest impact on the marketing field in the previous five years).

- The 2001 O'Dell Award.

- Honorary Doctorate: University of Paris II – Sorbonne Universities.

- The American Marketing Association Best Book in Marketing Award.

- Elected Fellow of the Association for Consumer Research.

- The 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award.

- Finalist for the O'Dell Award:  1995;  2002;  2004;  2005;  2007;  2008; 2012.

- Best Article in the *Journal of Public Policy & Marketing*  during the period 1993-1995.

- The 2016 Association for Consumer Research Conference Best Paper Award.

- The 2002 American Marketing Association Award for the Best Article on Services Marketing.

- The Association for Consumer Research 1990 "Ferber Award."

- Finalist for the 2003 Paul Green Award (for the *Journal of Marketing Research* article with the greatest potential to contribute to the practice of marketing research).

- Runner-up for the 2005 *Journal of Consumer Research* Best Article Award.

- Winner in the Marketing Science Institute and Direct Marketing Association competition on "Understanding and Measuring the Effect of Direct Marketing."

- Runner-up for the 1993 *California Management Review* Best Article Award.

- National Science Foundation Grant (for 1996-8).

- Outstanding Reviewer Award, *Journal of Consumer Research*, 2005, 2009.

- Honorable Mention for the Sloan Executive Program Teaching Award.


**TEACHING EXPERIENCE**

<u>Stanford University</u>:

       Marketing Management  (for MBAs and the Sloan Executive Program)

       Marketing to Businesses (for MBAs);  Technology Marketing  (for MBAs)

       Critical Analytical Thinking (for MBAs)

       Research Methods for Studying Consumer Behavior  (a Ph.D. Course)

       Applied Behavioral Economics  (at the MBA and Ph.D. levels)

       Buyer Behavior (a Ph.D. course)

<u>University Of California, Berkeley</u>:

       MBA, Ph.D. and Executive Education Classes on Marketing Management and Consumer Behavior.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## BUSINESS EXPERIENCE

October 1978-August 1983    Motorola, Inc.
Worked in an international subsidiary; responsibilities included marketing research and customer analysis, customer surveys, definition of new products, pricing, analysis of sales force performance, competitive intelligence, and forecasting.  Conducted studies of consumers and markets for various communications products.  Last two years served as Product Marketing Manager for communications products.

**Consulting**:

Consulted for clients from a wide range of industries such as technology, communications, services, and manufacturing sectors.
Expert witness assignments: surveys, trademarks, branding, impact of product features, antitrust surveys, deceptive advertising, consumer behavior, marketing management, retailing, class actions, assessment of demand drivers, and other marketing and decision making issues.

## PUBLICATIONS

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson (2023), "The Upscaling Effect," *Journal of Consumer Research*, Vol. 50, 492-509.

Ioannis Evangelidis, Sudeep Bhatia, Jonathan Levav, and Itamar Simonson, "50 Years of Research on Context Effects: Historical Overview and Directions for Future Research," *Journal of Consumer Research*, Forthcoming.

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson (2022), "A Reexamination of the Impact of Decision Conflict on Choice Deferral," *Management Science*, Forthcoming.

Itamar Simonson (2022), "Experimentation, Serendipity, and Strategy in Research Discovery," *Review of Marketing Research.*

David Gal and Itamar Simonson (2021), "Predicting Consumers' Choices in the Age of the Internet, AI, and Almost Perfect Tracking: Some Things Change, the Key Challenges Do Not," *Consumer Psychology Review*, 4 (1), 135-152.

Itamar Simonson (2020), "The Real Time Cognitive Value of Eating Kale, Helping, and Doing Something Special: "Concurrent Experience Evaluation" (CEE), Its Drivers and Moderators, and Research Directions," *Journal of Consumer Psychology*, 30, 688-711.

Franklin Shaddy, Ayelet Fishbach, and Itamar Simonson (2021), "Tradeoffs in Choice," *Annual Review in Psychology*, 72, 181-206.

Haiyang Yang, Ziv Carmon, and Itamar Simonson (2020), "Preference for Practical versus Theoretical Knowledge: Conceptualization and Consumer Behavior Predictions," *Review of Marketing Research*, Vol. 17, Dawn Iaccabucci Editor.

Louise Twito, Salomon Israel, Itamar Simonson, and Ariel Knafo-Noam (2019), "The Motivational Aspect of Children's Delayed Gratification: Values and Decision Making in Middle Childhood," *Frontiers in Psychology*.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Itamar Simonson (2018), "Understanding Consumer Choices Involving Environmental and Utilitarian Attributes: The Role of Dimensional Comparability and Compromisibility," *Journal of Environmental Analysis & Ecology Studies*, Vol. 3.

Itamar Simonson and Ran Kivetz (2018), "Bringing (Contingent) Loss Aversion Down to Earth – A Comment," *Journal of Consumer Psychology*, *Journal of Consumer Psychology*, 28, 517-522.

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson (2018), "The Asymmetric Impact of Context Effects on Advantaged versus Disadvantaged Options," *Journal of Marketing Research*, 55, 239-253.

Itamar Simonson, Aner Sela, and Sanjay Sood (2017), "Preference-Construction Habits: The Case of Extremeness Aversion," *Journal of the Association for Consumer Research*, 2, 3, 322-332.

Itamar Simonson (2016), "Imperfect Progress: An Objective, Quality Assessment of the Role of User Reviews in Consumer Decision Making," *Journal of Consumer Research*, 42, 840-845.

Itamar Simonson (2016), "The Construction of the Consumer Decision Making Field by Jim Bettman – The Case of Preference Construction," in *Legends in Consumer Behavior*, I. Simonson, editor.

Leilei Gao and Itamar Simonson (2016), "The positive effect of assortment size on purchase likelihood: The moderating influence of decision order," *Journal of Consumer Psychology*, 26, 542-549.

Itamar Simonson (2015), "Mission (Largely) Accomplished:  What's Next for Consumer BDT-JDM Researchers?" *Journal of Marketing Behavior*, 1, 9-35.

Itamar Simonson (2015), "The BDT Effect and Future:  A Reply to John Lynch and Norbert Schwarz" *Journal of Marketing Behavior*, 1, 59-73.

Itamar Simonson (2014), "Vices and Virtues of Misguided Replications:  The Case of Asymmetric Dominance," *Journal of Marketing Research*; 51 (4), 514-9.

Itamar Simonson and Emanuel Rosen (2014), *Absolute Value: What Really Influences Customers in the Age of (Nearly) Perfect Information*, HarperCollins Publishers.

Itamar Simonson and Emanuel Rosen (2014), "What Marketers Misunderstand About Online Reviews," *Harvard Business Review*, January, 23-25.

(*HBR Blog*:  "Three Long-Held Concepts Every Marketer Should Rethink," January 22, 2014)

Leilei Gao, YanLiu Huang, and Itamar Simonson (2014), "The Influence of Initial Possession Level on Consumers' Adoption of A Collection Goal: A Tipping Point Effect," *Journal of Marketing,* 78, 143-156.

Aner Sela, Itamar Simonson, and Ran Kivetz (2013), "Beating the Market: The Allure of Unintended Value," *Journal of Marketing Research*, Vol. L (December), 691-705.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Comparison Selection: An Approach to the Study of Consumer Judgment and Choice," *Journal of Consumer Psychology*, 23(1), 137-149.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Directions for Judgment and Decision Making Research Based on Comparison Selection:  Reply to Arkes, Johnson, and Kardes," *Journal of Consumer Psychology*, 23(1), 161-3.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," Ch. 11 in *Trademark and False Advertising Surveys*, Edited by Shari Diamond and Jerre Swann, American Bar Association.

Thomas Kramer, Michal Maimaran, and Itamar Simonson (2012), "Asymmetric Option Effects on Ease of Choice Criticism and Defense," *OBHDP*, 117, 179-91.

Michal Maimaran and Itamar Simonson (2011), "Multiple Routes to Self Versus Other-Expression in Consumer Choice," *Journal of Marketing Research*, August, 755-66.

Itamar Simonson and Aner Sela (2011), "On the Heritability of Consumer Decision Making:  An Exploratory Approach for Studying Genetic Effects on Judgment and Choice," *Journal of Consumer Research*, 37, 951-66.

Stephen Nowlis, Ravi Dhar, and Itamar Simonson (2010), "The Effect of Decision Order on Purchase Quantity Decisions," *Journal of Marketing Research*, 40 (4), 725-737.

Chezy Ofir, Itamar Simonson, and Song-Oh Yoon (2009), "The Robustness of the Effects of Consumers' Participation in Market Research: The Case of Service Quality Evaluations," *Journal of Marketing*, 73 (November), 105-14.

Aimee Drolet, Mary Frances Luce, and Itamar Simonson (2009), "When Does Choice Reveal Preference? Moderators of Heuristic vs. Goal Based Choice," *Journal of Consumer Research*, 36 (1).

Itamar Simonson (2008), "Regarding Inherent Preferences," *Journal of Consumer Psychology*, 18, 191-196.

Itamar Simonson (2008), "Will I Like a 'Medium' Pillow?  Another Look at Constructed and Inherent Preferences," *Journal of Consumer Psychology*, 18, 155-169.

Song-Oh Yoon and Itamar Simonson (2008), "The Context of Construction as a Determinant of the Strength and Stability of Consumer Preferences," *Journal of Consumer Research*, 35, September, 324-336.

Itamar Simonson (2007), "Decision Making," *Encyclopedia of Social Psychology*; Sage.

Jonah Berger, Michaela Draganska, and Itamar Simonson (2007), "The Influence of Product Variety on Brand Perceptions, Choice, and Experience," *Marketing Science*, 26, July-August, 460-72.

Nathan Novemsky, Ravi Dhar, Norbert Schwarz, and Itamar Simonson (2007), "Preference Fluency in Choice," *Journal of Marketing Research*, XLIV, 347-356.

Chezy Ofir and Itamar Simonson (2007), "The Effect of Stating Expectations on Customer Satisfaction and Shopping Experience," *Journal of Marketing Research*, February, 164-174.

Ray Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2007), "Racial Preferences in Dating," *Review of Economic Studies*, 75, 1, 117-132.

Raymond Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2006), "Gender Differences in Mate Selection: Evidence from a Speed Dating Experiment," *Quarterly Journal of Economics*, 121 (2), 673-697.

Itamar Simonson (2005), "Determinants of Customers' Responses to Customized Offers: Conceptual Framework and Research Propositions," *Journal of Marketing*, 69 (January), 32-45.

Itamar Simonson (2005), "In Defense of Consciousness:  The Role of Conscious and Unconscious Inputs in Consumer Choice," *Journal of Consumer Psychology*,15(3), 211-217.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Donnel Briley, Michael Morris, and Itamar Simonson (2005), "Cultural Chameleons: Biculturals, Conformity Motives, and Decision Making," *Journal of Consumer Psychology*, 15 (4), 351-362.

Uptal Dholakia and Itamar Simonson (2005), "The Effect of Explicit Reference Points on Consumer Choice and Online Bidding Behavior," *Marketing Science*, 24, 206-17.

Itamar Simonson, Thomas Kramer, and Maia Young (2004), "Effect Propensity," *Organizational Behavior and Human Decision Processes*, 95 (November), 156-74.

Itamar Simonson and Aimee Drolet (2004), "Anchoring Effects on Consumers' Willingness-to-Pay and Willingness-to-Accept," *Journal of Consumer Research*, 31 (December), 681-90.

Ran Kivetz and Itamar Simonson (2003) "The Idiosyncratic Fit Heuristic: The Role of Effort Advantage in Consumer Response to Loyalty Programs," *Journal of Marketing Research*, 40 (November), 454-67.

Dan Ariely and Itamar Simonson (2003), "Buying, Bidding, Playing, or Competing?  Value Assessment and Decision Dynamics in Online Auctions," *Journal of Consumer Psychology*, 13(1&2), 113–123.

Ravi Dhar and Itamar Simonson (2003), "The Effect of Forced Choice on Choice," *Journal of Marketing Research*, 40 (May), 146-60.

Ran Kivetz and Itamar Simonson (2002), "Self Control for the Righteous: Toward a Theory of Luxury Pre-Commitment," *Journal of Consumer Research*, 29 (September), 199-217.

Ran Kivetz and Itamar Simonson (2002), "Earning the Right to Indulge:  Effort as a Determinant of Customer Preferences Toward Frequency Program Rewards," *Journal of Marketing Research*, 39 (May), 155-70.

Chezy Ofir and Itamar Simonson (2001), "In Search of Negative Customer Feedback: The Effect of Expecting to Evaluate on Satisfaction Evaluations," *Journal of Marketing Research*, 38 (May), 170-82.

Itamar Simonson, Ziv Carmon, Ravi Dhar, Aimee Drolet, and Stephen Nowlis (2001), "Consumer Research: In Search of Identity," *Annual Review of Psychology*, 52, 249-275.

Donnel Briley, Michael Morris, and Itamar Simonson (2000), "Reasons as Carriers of Culture: Dynamic Vs. Dispositional Models of Cultural Influence on Decision Making," *Journal of Consumer Research*, 27 (September), 157-178.

Aimee Drolet, Itamar Simonson, and Amos Tversky (2000), "Indifference Curves that Travel with the Choice Set," *Marketing Letters*, 11(3), 199-209.

Stephen Nowlis and Itamar Simonson (2000), "Sales promotions and the Choice Context as Competing Influences on Consumer Decision Making," *Journal of Consumer Psychology*, 9(1), 1-17.

Ran Kivetz and Itamar Simonson (2000), "The Effect of Incomplete Information on Consumer Choice," *Journal of Marketing Research*, 37(4), 427-48.

Itamar Simonson and Stephen Nowlis (2000), "The Effect of Explaining and Need for Uniqueness on Consumer Decision Making:  Unconventional Consumer Choices Based on Reasons," *Journal of Consumer Research*, 27 (June), 49-68.

Itamar Simonson (1999), "The Effect of Product Assortment on Consumer Preferences," *Journal of Retailing*, 75(3), 347-70.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Ravi Dhar and Itamar Simonson (1999), "Making Complementary Choices in Consumption Episodes:  Highlighting Versus Balancing" *Journal of Marketing Research*, 36 (February), 29-44.

Houghton, David, ..., and Itamar Simonson (1999), "Correction Processes in Consumer Choice," *Marketing Letters*, 10(2),107-112.

Ziv Carmon and Itamar Simonson (1998), "Price-Quality Tradeoffs in Choice Versus Matching: New Insights into the Prominence Effect," *Journal of Consumer Psychology*, 7(4), 323-343.

Stephen Nowlis and Itamar Simonson (1997), "Attribute–Task Compatibility as a Determinant of Consumer Preference Reversals," *Journal of Marketing Research*, 34 (May), 205-218.

Joel Huber, …, and Itamar Simonson (1997), "Thinking About Values in Prospect and Retrospect:  Maximizing Experienced Utility," *Marketing Letters*, 7, 324-334.

Stephen Nowlis and Itamar Simonson (1996), "The Impact of New Product Features on Brand Choice," *Journal of Marketing Research*, 33 (February), 36-46.

Itamar Simonson (1994), "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications," *Journal of Public Policy and Marketing*, 13(2), 181-199.

Itamar Simonson, "Shoppers' Easily Influenced Choices," *NY Times*, 11/6/1994.

Itamar Simonson (1994), "An Empirical Investigation of the Meaning and Measurement of Genericness,"  *Trademark Reporter*, 84 (2), 199-223.

Itamar Simonson, Ziv Carmon, and Suzanne O'Curry (1994), "Experimental Evidence on the Negative Effect of Product Features and Sales Promotions on Brand Choice,"  *Marketing Science*, 13 (1), 23-40.

Itamar Simonson (1993), "Get Closer to Your Customers by Understanding How They Make Choices," *California Management Review*, 35 (4), 68-84.

Itamar Simonson (1993), "The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test," *Trademark Reporter*, 83 (3), 364-393.

Itamar Simonson, Stephen Nowlis, and Katherine Lemon (1993), "The Effect of Local Consideration Sets on Global Choice Between Lower Price and Higher Quality," *Marketing Science*, 12 (4), 357-377.

Itamar Simonson, Stephen Nowlis, and Yael Simonson (1993), "The Effect of Irrelevant Preference Arguments on Consumer Choice," Journal of Consumer Psychology, 2 (3), 287-306.

Eldar Shafir, Itamar Simonson, and Amos Tversky (1993), "Reasons-Based Choice," *Cognition*, 49, 11-36.

Amos Tversky and Itamar Simonson (1993), "Context-Dependent Preferences," *Management Science*, 39 (10), 1179-1189.

Itamar Simonson (1992), "Influences of Anticipating Regret and Responsibility on Purchase Decisions," *Journal of Consumer Research*, 19 (June), 105-118.

Itamar Simonson and Peter Nye (1992), "The Effect of Accountability on Susceptibility to Decision Errors",  *Organizational Behavior and Human Decision Processes*, 51 (3), 416-446.

Itamar Simonson and Amos Tversky (1992), "Choice in Context: Tradeoff Contrast and Extremeness Aversion," *Journal of Marketing Research*, 29 (August), 281-295.

A-8

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Itamar Simonson and Barry Staw (1992), "De-Escalation Strategies: A Comparison of Techniques for Reducing Commitment to Losing Courses of Action," *Journal of Applied Psychology*, 77 (4), 419-426.

Itamar Simonson and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety," *Journal of Consumer Research*, 19 (June), 133-138.

Ravi Dhar and Itamar Simonson (1992), "The Effect of the Focus of Comparison on Consumer Preferences," *Journal of Marketing Research*, 29 (November), 430-440.

William T. Ross and Itamar Simonson (1991), "Evaluations of Pairs of Experiences: A Preference for Happy Endings," *Journal of Behavioral Decision Making*, 4(4), 273-282.

Itamar Simonson (1991), "The Effect of Buying Decisions on Consumers' Assessments of Their Tastes", *Marketing Letters*, 2, 1, 5-14.

Itamar Simonson (1990), "The Effect of Purchase Quantity and Timing on Variety Seeking Behavior," *Journal of Marketing Research*, 27 (May), 150-162.

Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise Effects," *Journal of Consumer Research*, 16 (September), 158-174.

Itamar Simonson, Joel Huber, and John Payne (1988), "The Relationship Between Prior Brand Knowledge and Information Acquisition Order", *Journal of Consumer Research*, (March), 14, 566-78.

**ARTICLES UNDER REVIEW/REVISION**

Franklin Shaddy, Ayelet Fishbach, and Itamar Simonson, "Why Invoking the Self Attenuates Variety Seeking, the Compromise Effect, and Balancing." (Revised for resubmission)

Wendy Liu and Itamar Simonson, "Shortlisting – Not Overwhelmed But Biased." (Revised for resubmission)

Aner Sela and Itamar Simonson, "The Feeling of Preference: Preference Expression in the Absence of Preferences." (Revised for resubmission)

Jen Park and Itamar Simonson, "Rejection and Closure: Why Options that Survive Rejection Are More Attractive."

**Doctoral Dissertations Chaired:**

Ravi Dhar (Chaired Professor, Yale U.)
Aimee Drolet (Chaired Professor, UCLA)
Stephen Nowlis (Chaired Professor, Washington U., St. Louis)
Ziv Carmon (Chaired Professor, INSEAD)
Ran Kivetz (Chaired Professor, Columbia U.)
Donnel Briley (Professor, U.O. Sydney)
Thomas Kramer (Professor, U.O. California, Riverside)
Wendy Liu (Professor, U.O. California, San Diego)

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Sanjay Sood (Professor, UCLA)
Song-Oh Yoon (Professor, Korea University)
Michal Maimaran (Clinical Professor, Kellogg School)
Leilei Gao (Professor, Chinese University, Hong Kong)
Wendy De La Rosa (Assistant Professor, Wharton School, U.O. Penn.)
Aner Sela (Professor, U. O. Florida)
Jonah Berger (Associate Professor, Wharton School, U.O. Penn.)
Jen Park (Assistant Professor, University of British Columbia)


## EDITORIAL ACTIVITIES

Co-Editor of *Consumer Psychology Review*

Editorial Boards:  *Journal of Marketing Research, Journal of Consumer Psychology, Journal of Consumer Research, International Journal of Research in Marketing, Journal of Marketing in Emerging Economies, Marketing Letters*, *Journal of Academy of Marketing Science*, *Review of Marketing Research*.

Reviewer for *Marketing Science, Journal of Behavioral Decision Making, Science, Management Science, Journal of Retailing and Consumer Services, Journal of Marketing, Journal of Retailing, Organizational Behavior and Human Decision Processes, Journal of Experimental Psychology, Psychological Review, Psychological Bulletin, Journal of Personality and Social Psychology, Psychological Science, California Management Review, Journal of Economic Psychology*, *European Journal of Social Psychology, Journal of Judgment and Decision Making, Medical Decision Making,* and National Science Foundation.


## PROFESSIONAL AFFILIATIONS

<div align="center">

Association for Consumer Research
Judgment and Decision Making Society

</div>

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX B
# TESTIMONY LIST

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

<u>Cases in which Dr. Itamar Simonson Testified as an Expert at Trial or by Deposition in the Past Ten Years</u>

1. <u>Nike, Inc.</u> v. StockX LLC (SDNY; 22-cv-983-VEC) (Deposition).

2. Mark Patane et al. v. <u>Nestle Waters North America, Inc.</u> (USDC of CT; 3:17- CV-01381) (Deposition).

3. <u>Promotion In Motion</u> v. Haribo America (Dist. of NJ; 19-cv-14183-MCA- LDW) (Deposition).

4. MGFB Properties, Inc. et al. v. <u>Viacom, Inc. et al.</u> (Nor. Dist. FL; 5:19-00257) (Deposition).

5. <u>American Eagle Outfitters</u> v. Walmart (W.D. of PA; 2:20-cv-00412) (Deposition).

6. The People of the State of California v. <u>Macy's Inc.</u> (Superior Court of CA, County of Los Angeles; BC643040) (Trial).

7. <u>Fujifilm North America Corp.</u> v. Polaroid, IP (SDNY; 1:17-cv-08796) (Deposition).

8. In the Matter of Certain Portable Battery Jump Starters (ITC; Inv. # 337-TA- 1360) (Trial).

9. Jerome's Furniture Warehouse v. <u>Ashley Furniture Industries</u> (South. Dist. CA; 20-cv-1765) (Deposition).

10. <u>Warner Bros. Entertainment</u> v. Random Tuesday, Inc. (Cent. Dist. CA; 2:20-cv-02416) (Deposition).

11. <u>Delta Air Lines, Inc.</u> v. Marriott International (Nor. Dist. of GA; 1:20-01125) (Deposition).

12. Stitch, Ltd. v. <u>TikTok, Inc.</u> (SD-CA; 3:21-cv-00626) (Trial).

13. Koss Corp. v. <u>Apple Inc.</u> (WDTX; 6:20-cv-00665) (Deposition).

14. <u>Margarita Delgado, et al.</u> v. Ocwen Loan Servicing et al. (East. Dist. of NY; 1:13-cv-04427) (Deposition).

15. Thrive Natural Care v. <u>Thrive Causemetics</u> (Cent. Dist. of CA; 2:20-cv-9091- PA-AS) (Deposition).

16. Contour IP v. <u>GoPro, Inc.</u> (N.D. of CA; 21-cv-2143) (Deposition).

17. <u>Burnett, Camp, et al.</u> v. Conseco Life Insurance (So. Dist. of Indiana;  1:18-cv-00200-JPH-DML) (Deposition).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

18. *In Re. Distribution of Cable Royalty Funds* (Testified at trial on behalf of the <u>Public Television Claimants</u> Before the Cable Royalty Judges; Washington, D.C.).

19. Ericsson Inc. v. <u>Apple Inc.</u> (EDTX, Marshall Div.; 2:21-cv-336 (Deposition).

20. <u>New Chapter, Inc.</u> v. Advanced Nutrition, Inc. (EDNY; 22-cv-37-34) (Deposition).

21. G+ Communications, LLC v. <u>Samsung Electronics Co.</u> (ED-TX; 2-22-cv-78) (Deposition).

22. Duracell U. S. Operations v. <u>Energizer Brands</u> (SDNY; 1:20-cv-07318) (Depositions).

23. IPA Technologies Inc. v. <u>Amazon.com, Inc.</u> (Dist. of Delaware; 1:16-cv-01266-RGA) (Deposition).

24. Rovi Guides, Inc. v. <u>Videotron LTD</u>. (Federal Court, Ottawa; Docket T-921-17) (Trial).

25. <u>Federal Trade Commission</u> v. LendingClub Corp. (Nor. Dist. Of CA; 3:18-cv-02454-JSC) (Deposition).

26. ID Tech v. <u>Samsung Electronics</u> (Cent. Dist. of CA.; 8:17-cv-01748) (Deposition).

27. <u>Instagram, LLC</u> v. Instagoods Pty Ltd (USPTO, Application no.: 88923261) (Deposition).

28. Willis Electric Co. v. <u>Polygroup Trading Ltd.</u> (US Dist. Of Minnesota; 5-cv- 3443) (Trial).

29. Innovation Sciences v. <u>Amazon.com et al.</u> (East. Dist. of TX, Sherman Div.; 4:18-cv-00474) (Deposition).

30. <u>Strategic Partners, Inc.</u> v. Figs, Inc. (CD-CA; 2:19-cv-02286) (Trial).

31. Re. Apple iPhone Antitrust litigation (Nor. Dist. CA, Oakland Div.; 4:11-cv- 06714-YG) (Deposition).

32. <u>Monster Energy Company</u> v. BeastUp LLC (East. Dist. of CA; 17cv1605 KJM-JDP) (Trial).

33. The People of the State of California v. <u>HRB Tax Group et al.</u> (Superior Court, County of LA; 19STCV15742) (Deposition).

34. <u>Apple Inc.</u> v. The USPTO (E.D. of VA; 1-22-cv-1231-MSN) (Deposition).

35. Jackpocket, Inc. v. <u>LottoMatrix NY LLC et al.</u> (SDNY; 22-cv-05772) (Deposition).

36. <u>Veterinary Hospital Managers Association, Inc.</u>, v. Eastern States Veterinary Association, Inc. (USPTO, Ser. No. 88/850,803) (Deposition).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

37. GeoTag, Inc. v. <u>AT&T et al</u>. (Nor. Dist. of Texas, Dallas Div.; 2:10-CV-57O) (Deposition).

38. Poquito Mas Licensing Corp. v. <u>Taco Bell Corp.</u> (Cent. Dist. of CA; 8:13-CV-01933) (Deposition).

39. <u>Whirlpool Corp.</u> Front-Loading Washer Products Liability Litigation (Nor. Dist. Ohio; 1:08-wp-65000; MDL 2001) (Trial).

40. <u>Playtex Products, LLC</u> v. Munchkin, Inc. (Cent. Dist. CA; CASE NO. CV 11- 0503 AHM (RZX) (Trial).

41. SRI International, Inc. v. <u>Cisco Systems, Inc.</u> (US Dist. of Del., 13-1534) (Deposition).

42. <u>Fage Dairy Processing Industry, S.A.</u> v. General Mills, Inc. (Nort. Dist. of NY; 6:11-cv-01174) (Deposition).

43. <u>Fox Broadcasting Company et al</u>. v. Dish Network (Cent. Dist. of CA; 12- 04529) (Deposition).

44. Skye Astiana et al. v. <u>Kashi Company</u> (South. dist. of CA; 11-CV-1967-HBGS) (Deposition).

45. <u>Bank of America</u> v. Trilegiant Corp. & Affinion Group (Arbitration, Reference # 01-14-0000-4517) (Arbitration testimony).

46. Larry Butler et al. v. <u>Sears, Roebuck and Co.</u> (Nor. Dist. of IL, Eastern Div., 06-CV-7-23) (Deposition).

47. <u>Car Freshner</u> v. Exotica Fresheners (SDNY; 14-CV-391) (Trial).

48. <u>Laura McCabe et al.</u> v. Six Continents Hotels, Inc. (No. Dist. of CA, SF Div., 12–cv–04818 NC) (Deposition).

49. RPI v. <u>Apple Inc.</u> (No. Dist. of NY, Albany Div.; 1:13-CV-633) (Deposition).

50. <u>WNET, ABC et al.</u> (Broadcast networks) v. Aereo, Inc. (SDNY; 12-cv-1540) (Deposition).

51. <u>Western Sugar Cooperative et al.</u> v. Archer-Daniels-Midland Company et al. (Cent. Dist. of CA, CV11-3473-CBM) (Trial).

52. Sazerac Company, Inc. v. <u>Fetzer Vineyard, Inc.</u> (N. D. of CA; 3:15-cv-04618) (Trial).

53. Lena Thodos et al. v. <u>Nicor, Inc. et al.</u> (Circuit Ct. of Cook County, IL, Chancery Div.; 11 CH06556) (Deposition).

54. Christopher Corcoran et al. v. <u>CVS Pharmacy</u> (Nor. Dis. of CA; 15-CV-3504) (Deposition).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

55. Intellectual Ventures II v. AT&T Mobility et al. (Dist. of Del.; 13-cv-1631) (Deposition).

56. Lights Out Holdings and Shawne Merriman v. Nike, Inc. (South. Dist. Of CA, 3:14-cv- 00872-JAH-NLS) (Deposition).

57. Koninklijke Philips Electronics N.V. v. Hunt Control Systems (Dist. of NJ, 11-03684) (Trial).

58. Valador, Inc. v. HTC Corp. (East. Dist. of VA; 1:16-cv-1162) (Deposition).

59. Beaulieu Group v. Mohawk Industries (N. D. of Georgia, Rome Div.; 4:15 – cv-00124) (Deposition).

60. Adidas America, Inc. et al. v. Skechers USA, Inc. (Dist. of Oregon, Portland Div.; 3:15-cv-01741) (Deposition).

61. B Property Management, Inc., et al. v. Goodman Global (Middle Dist. of FL; 3:12-CV-1366-HES-JBT) and Anne McVicar et al., v. Goodman Global (Cent. Dist. of CA; 8:13-cv-13-01223-DOC-RNB) (Deposition).

62. Exxon Mobil Corp. v. FX Networks et al. (South. Dist. of TX; 4:13– CV– 02906) (Deposition)

63. Car Freshner Corp. v. Crocs, Inc. (Nor. Dist. of NY; 7:16-cv-0068) (Deposition).

64. Jack Daniel's Properties v. VIP (US Dist. of Ariz., CV 14-02057) (Trial).

65. Versata Software, Inc. v. Zoho Corp. (W.D. Texas; 1:13-00371) (Deposition).

66. Oracle America, Inc. v. Google Inc. (No. Dist. of CA; C 10-03561) (Deposition).

67. TrueCar, Inc. v. Sonic Automotive, Inc. (Cent. Dist. of CA, West. Div.; 13-cv-05812) (Deposition).

68. World Trade Centers Association, Inc. v. The Port Authority of New York and New Jersey (So. Dist. of NY; 15-cv-7411) (Deposition).

69. TCL Communication Technology Holdings v. Telefonaktoebol LM Ericsson, et al. (Cent. Dist. of CA, 8:14-CV-00341 JVS-DFMx) (Trial).

70. (on behalf of Sound Exchange) In the Matter of Determination of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services (United States Copyright Judges, Washington, D.C., trial).

71. Adidas America, Inc. et al. v. TRB Acquisitions et al. (Dist. of Oregon; 3:15- cv-02113-SI) (Deposition).

72. THX LTD. v. Apple Inc. (Nor. Dist. of CA; 3:16-cv-01161) (Deposition).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

73.   Price, et al. v. L'Oreal USA, Inc., et al. (S.D.N.Y.; 1:17-cv-00614) (Deposition).

74.   San Diego County Credit Union v. Citizens Equity First Credit Union (S.D. Cal.; 18-cv-967) (Trial).

75.   Maldonado v. Apple, Inc. (N.D. Cal.; 3:16-cv-04067) (Deposition).

76.   McMorrow v. Mondelez International, Inc. (S.D. Cal.; 17-cv-2327) (Deposition).

77.   Black Card, LLC v. Visa U.S.A., Inc. (D. Wyo.; 2:15-cv-00027) (Trial).

78.   Hadley v. Kellogg Sales Company (N.D. Cal.; 16-CV-04955) (Deposition).

79.   Combe Inc. v. Dr. August Wolff GmBH & Co. (E.D. Va.; 1:17-cv-00935) (Deposition).

80.   Schechner v. Whirlpool Corporation (E.D. Mich.; 2:16-cv-12409) (Deposition).

81.   Fitzhenry-Russell v. Keurig Dr. Pepper Inc. (N.D. Cal.; 5:17-cv-00564) (Deposition).

82.   Cross-Fit, Inc. v. National Strength and Conditioning Association (S.D. Cal.; 14-cv-1191) (Deposition).

83.   Morales v. Kraft Foods Group, Inc. (C.D. Cal.; 14-cv-04387) (Deposition).

84.   Exxon Mobil Corp. v. FX Networks et al. (S.D. Tex.; 4:13-cv-02906) (Deposition).

85.   State of Arizona et al. v. Volkswagen AG et al. (Sup. Ct. of Ariz., Maricopa County; 16-cv-005112) (Deposition).

86.   Saxon Glass Technologies v. Apple Inc. (W.D.N.Y.; 1:15-cv-00581) (Deposition).

87.   Tempur-Pedic NA et al. v. Mattress Firm (S.D. Tex.; 4:17-cv-1068) (Deposition).

88.   RingCentral, Inc. v. Nextiva, Inc. (N.D. Cal.; 5:19-cv-02626) (Deposition).

89.   Droplets, Inc. v. Yahoo, Inc. (N.D. Cal.; 12-cv-03733) (Deposition).

90.   Thomas Luca v. Wyndham Worldwide et al. (W.D. Pa.; 2:16-cv-00746) (Deposition).

91.   Smith-Brown et al. v. Ulta Beauty, Inc. et al. (N.D. Ill.; 1:18-cv-610) (Deposition).

92.   William Brady v. Bayer et al. (Cal. Superior Court, Orange County; 0-2016-00839608-CU-MC-CXC) (Deposition).

93.   Sprint Spectrum et al. v. AT&T Mobility (S.D.N.Y.; 19-cv-1215) (Deposition).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

94. Jill Hennessey v. <u>Kohl's Corp.</u> (E.D. Mo.; 4:19-01866) (Deposition).

95. Maxell, Ltd. v. <u>Apple Inc.</u> (E.D. Tex.; 5:19-cv-0036) (Deposition).

96. Polaris PowerLED Technologies v. <u>Samsung Electronics America et al.</u> (E.D. Tex.; 2-17-cv-00715) (Deposition).

97. <u>Apple Inc.</u> v. Qualcomm Inc. (S.D. Cal.; 17-cv-0108 & 3:17-cv-1375) (Depositions).

98. Milan et al. v. <u>Clif Bar & Company</u> (N.D. Cal.; 18-02354) (Deposition).

99. ICON Health & Fitness v. <u>Nautilus, Inc.</u> (D. Utah; 1-17-cv-00164-DAK) (Deposition).

100. <u>CFA Institute</u> v. American Retirement Association (W.D. Va.; 3:19-cv-00012) (Deposition).

101. Social Technologies v. <u>Apple Inc.</u> (N.D. Cal.; 3:18-cv-05945-VC) (Deposition).

102. American Airlines v. <u>Delta Airlines</u> (N.D. Tex.; 4:19-cv-01053-O) (Deposition).

103. Re: MacBook Keyboard Litigation (N.D. Cal.; 5:18-cv-02813-EJD-VKD) (Deposition).

104. Simmons et al. v. <u>Ford Motor Company</u> (S.D. Fla.; 18-cv-81558-RAR) (Deposition).

105. (on behalf of <u>Sound Exchange</u>) Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings (Web V) (United States Copyright Judges, Washington, D.C.; 14-CRB-0001-WR) (Trial).

106. Federal Trade Commission v. <u>Meta Platforms</u> (US Dist. Of Columbia; 20-cv-03590) (Deposition).

107. <u>Apollo Health and Beauty Care</u> v. Sol de Janeiro IP, Inc. (S.D.N.Y; 22-cv-07719) (Deposition).

108. I-META Holdings, Inc., v. <u>Meta Platforms, Inc.</u>, (Eighth Judicial District Court, Clark County, Nevada; A-23-877867-B (PI Hearing).

109. <u>Apple, Inc.</u> v. Masimo Corporation (D. Del.; 22-cv-1378) (Deposition).

110. United States, et al. v. <u>Google, LLC</u> (E.D. Virginia; 23-cv-00108) (Deposition).

111. Simmons et al. v. <u>Ford Motor Company</u> (S.D. FL; 18-cv-81558-RAR) (Deposition).

112. SEVEN Networks v. <u>Motorola Mobility</u> (Nor. Dist. of TX, Dallas Div.; 3:21-cv-1036) (Deposition).

113. In re: HomeAdvisor, Inc. Litigation (16-CV-01849-PAB-KLM) (Deposition).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX C
# DOCUMENTS RELIED UPON

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Bates Ranges | | |
|---|---|---|
| GOOG-AT-MDL-001272416 | – | GOOG-AT-MDL-001272493 |
| GOOG-AT-MDL-002038336 | – | GOOG-AT-MDL-002038380 |
| GOOG-AT-MDL-008928829 | – | GOOG-AT-MDL-008928914 |
| GOOG-DOJ-11021167 | – | GOOG-DOJ-11021216 |
| GOOG-DOJ-AT-00748293 | – | GOOG-DOJ-AT-00748396 |
| GOOG-DOJ-AT-00839664 | – | GOOG-DOJ-AT-00839764 |
| GOOG-DOJ-AT-02524665 | – | GOOG-DOJ-AT-02524749 |

Case Materials and Legal Documents:
Complaint, *United States of America, et al. v. Google LLC*, Case 1:23-cv-00108, January 24, 2023.
Fourth Amended Complaint, *State of Texas, et al. v. Google LLC*, Case 1:21-md-03010, May 5, 2023.

Case Law and Other Case Documents:
*Gucci Am., Inc. v. Guess?, Inc.*, 831 F. Supp. 2d 723 (S.D.N.Y. 2011).
*Gutierrez v. Wells Fargo Bank, N.A.*, 730 F. Supp. 2d 1080 (N.D. Cal. 2010).
*Kargo Glob., Inc. v. Advance Magazine Publishers, Inc.*, No. 06 Cv. 550 (JFK) (S.D.N.Y. 2007).
*Malletier v. Dooney & Bourke, Inc.*, 525 F. Supp. 2d 558 (S.D.N.Y. 2007).
*People of the State of California v. Macy's Inc.*, (Cal. Super. 2021), Case No. BC 643040, Statement of Decision, July 13, 2021.
*Sazerac Co. v. Fetzer Vineyards, Inc.*, 265 F. Supp. 3d 1013 (N.D. Cal. 2017).
*Schechner. v. Whirlpool Corp.*, No. 2:16-cv-12409, Discovery Master's Report and Recommendation on Motions to Strike Expert Opinions (Dkt. 96, 101, 111, and 112), October 30, 2018.
*Simon Prop. Grp. L.P. v. mySimon, Inc.*, 104 F. Supp. 2d 1033 (S.D. Ind. 2000).
*THOIP v. Walt Disney Co.*, 690 F. Supp. 2d 218 (S.D.N.Y. 2010).
*VIP Prods., LLC v. Jack Daniel's Props., Inc.*, 291 F. Supp. 3d 891 (D. Ariz. 2018).

Academic Articles, Books, and Publications:
Advertiser Perceptions, "What Advertisers Think," 2016, available at https://www.advertiserperceptions.com/wp-content/uploads/2016/08/2016-AP-Company-Brochure.pdf.
Alan G. Sawyer (1975), "Demand Artifacts in Laboratory Experiments in Consumer Research," *Journal of Consumer Research*, Vol. 1, No. 4, pp. 20–30.
Aram Galstyan, Shashikiran Kolar, and Kristina Lerman (2003), "Resource Allocation Games with Changing Resource Capacities," *Proceedings of the Second International Joint Conference on Autonomous Agents and Multiagent Systems*, pp. 145-152.
Census Regions and Divisions of the United States, U.S. Census Bureau, available at https://www2.census.gov/geo/pdfs/maps-data/maps/reference/us_regdiv.pdf.
Charles Crabtree, Holger L. Kern, and Matthew T. Pietryka (2022), "Sponsorship Effects in Online Surveys," *Political Behavior*, Vol. 44, pp. 257-270.
Colin F. Camerer and Robin M. Hogarth (1999), "The Effects of Financial Incentives in Experiments: A Review and Capital-Labor-Production Framework," *Journal of Risk and Uncertainty*, Vol. 19, No. 1-3, pp. 7-42.
Daniel Kahneman, et al. (2006), "Would You Be Happier If You Were Richer? A Focusing Illusion," *Science*, Vol. 312, pp. 1908-1910.
Daniel Read and George Loewenstein (1995), "Diversification Bias: Explaining the Discrepancy in Variety Seeking Between Combined and Separated Choices," *Journal of Experimental Psychology: Applied*, Vol. 1, No. 1, pp. 34-49.
Daniel Read, George Loewenstein, and Matthew Rabin (1999), "Choice Bracketing," *Journal of Risk & Uncertainty*, Vol. 19, No. 1-3, pp. 171-197.
David Gal and Itamar Simonson (2020), "Predicting Consumers' Choices in the Age of the Internet, AI, and Almost Perfect Tracking: Some Things Change, the Key Challenges Do Not," *Consumer Psychology Review*, Vol. 4, No. 1, pp. 1-18.

C-2

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Academic Articles, Books, and Publications (continued):

David S. Evans (2003), "The Antitrust Economics of Multi-sided Platform Markets," *Yale Journal on Regulation*, Vol. 20, pp. 325-381.

Del I. Hawkins (1979), "The Impact of Sponsor Identification and Direct Disclosure of Respondent Rights on the Quantity and Quality of Mail Survey Data," *Journal of Business*, Vol. 52, No. 4, pp. 577-590.

Don A. Dillman, Jolene D. Smyth, and Leah Melani Christian (2014), *Internet, Phone, Mail, and Mixed-Mode Surveys: The Tailored Design Method*, Fourth Edition, Wiley.

Douglas West and Gerard P. Prendergast (2009), "Advertising and Promotions Budgeting and The Role of Risk," European Journal of Marketing, Vol. 43, No. 11/12, pp. 1457-1476.

Eleanor Singer and Cong Ye (2013), "The Use and Effects of Incentives in Surveys," *The Annals of the American Academy of Political and Social Science,* Vol. 645, pp. 112-141.

Erin Ruel, William Edward Wagner III, and Brian Joseph Gillespie (2016), *The Practice of Survey Research: Theory and Applications*, SAGE Publications, Inc.

Insider Intelligence and eMarketer, "US Programmatic Digital Display Advertising Outlook 2021: Spending and Trends," (2021).

Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise Effects," *Journal of Consumer Research*, Vol. 16, pp. 158-174.

Itamar Simonson (1990), "The Effect of Purchase Quantity and Timing on Variety Seeking Behavior," *Journal of Marketing Research*, Vol. 27, No. 2, pp. 150-162.

Itamar Simonson and Emanuel Rosen (2014), *Absolute Value: What Really Influences Customers in the Age of (Nearly) Perfect Information*, HarperCollins Publishers.

Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science and Design*, Chapter 11, Shari S. Diamond and Jerre B. Swann, Eds., American Bar Association, pp. 243-259.

Itamar Simonson and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety," *Journal of Consumer Research*, Vol. 19, No. 1, pp. 133-138.

Jon A. Krosnick (1999), "Survey Research," *Annual Review of Psychology*, Vol. 50, pp. 537-567.

Joseph Alba and J. Wesley Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, Vol. 13, No. 4, pp. 411- 454.

Norman M. Bradburn, Seymour Sudman, and Brian Wansink (2004), *Asking Questions: The Definitive Guide to Questionnaire Design – For Market Research, Political Polls, and Social and Health Questionnaires*, Revised Edition, Jossey-Bass.

Robert Crutcher (1994), "Telling What We Know: The Use of Verbal Report Methodologies in Psychological Research," *Psychological Science*, Vol. 5, No. 5, pp. 241-248.

Ronald E. Goldsmith (1988), "Spurious Response Error in a New Product Survey," *Journal of Business Research*, Vol. 17, No. 3, pp. 271-281.

Sean Nicholson-Crotty, Jill Nicholson-Crotty, and Sean Webeck (2019), "Are Public Managers More Risk Averse? Framing Effects and Status Quo Bias Across The Sectors," *Journal of Behavioral Public Administration*, Vol. 2, No. 1, pp. 1-15.

Shari S. Diamond (2011), "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, Federal Judicial Center, pp. 359-423.

Shlomo Benartzi and Richard H. Thaler (2001), "Naive Diversification Strategies in Defined Contribution Saving Plans," *American Economic Review*, Vol. 91, No. 1, pp. 79-98.

Timothy D. Wilson and Daniel T. Gilbert (2003), "Affective Forecasting," *Advances in Experimental Social Psychology*, Vol. 35, pp. 345-411.

Vicki G. Morwitz, Eric Johnson, and David Schmittlein (1993), "Does Measuring Intent Change Behavior?," *Journal of Consumer Research*, Vol. 20, No. 1, pp. 46-61.

William Samuelson and Richard Zeckhauser (1988), "Status Quo Bias in Decision Making," *Journal of Risk and Uncertainty*, Vol. 1, No. 1, pp. 7-59.


Websites:

Aaron Crider, "The Next Frontier Is Retail Media: Marketplace Advertising From Instacart to Walmart," https://www.wpromote.com/blog/amazon-marketing/retail-media-marketplace-advertising (viewed 10/12/2023).

Advertiser Perceptions, "2023 Ad Pros Page - Advertiser Perceptions," https://www.advertiserperceptions.com/join-ap-ad-pros (viewed 9/24/2023).

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Websites (continued):

Advertiser Perceptions, "Data-Driven Market Intelligence: For More Effective New Business and Client Retention Pitches," https://advertiserintelligence.com (viewed 10/2/2023).

Advertiser Perceptions, "Key Business Intelligence That Drives Results: Take Actions Based on Data-Driven Strategic Sales & Marketing Recommendations," https://www.advertiserperceptions.com/results (viewed 10/2/2023).

Business Wire, "Eureka Equity Partners Announces Investment in Advertiser Perceptions," https://www.businesswire.com/news/home/20230216005622/en/Eureka-Equity-Partners-Announces-Investment-in-Advertiser-Perceptions (viewed 9/24/2023).

Deepak Sharma, "Programmatic Deals," https://www.adpushup.com/blog/programmatic-vs-direct-deal (viewed 10/12/2023).

Directive Consulting, "8 Types of Digital Advertising You Should Know," https://directiveconsulting.com/blog/types-of-digital-advertising (viewed 10/12/2023).

illumin, "Journey Advertising Platform," https://illumin.com/company-overview (viewed 9/27/2023).

Indeed, "10 Types of Display Ads for Online Marketing (With Benefits)," https://www.indeed.com/career-advice/career-development/types-of-display-ads (viewed 10/12/2023).

Pasha Abdulov, "16 Top DSP Integrations and Ad Exchanges," https://growthchannel.io/blog/top-dsp-integrations-ad-exchanges (viewed 9/27/2023).

Research Defender, "Home," https://researchdefender.com (viewed 10/19/2023).

SendPulse, "Email Advertising," https://sendpulse.com/support/glossary/email-advertising (viewed 10/12/2023).

TapClicks, "Yahoo! DSP – Support Guide," https://support.tapclicks.com/hc/en-us/articles/4402116928795-Yahoo-DSP-Support-Guide (viewed 9/27/2023).

The Verge, "Yahoo is Yahoo Once More After New Owners Complete Acquisition," https://www.theverge.com/2021/9/2/22653652/yahoo-aol-acquired-apollo-global-management-private-equity (viewed 9/27/2023).

Yahoo Finance, "AcuityAds Announces Full Rebrand to illumin, Following Successful Launch of its Journey Advertising Platform," https://finance.yahoo.com/news/acuityads-announces-full-rebrand-illumin-120000429.html (viewed 9/27/2023).

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX D

# PRELIMINARY INTERVIEW GUIDE

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Preliminary Interview Guide**

**1.    Introduction**

Hello, am I speaking to [FIRST NAME]?

My name is [NAME] and I will be interviewing you. Thank you for agreeing to speak with me today.

This interview is not being recorded. I have not been told your identity, including the company you work for. I only know your job title and the industry category you work in. <u>All information you provide will be analyzed across the entire sample of interviews</u>.

This interview is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.  Based on our research, we understand that your company is not a participant in those lawsuits.  We are interviewing people who work in advertising and would like to ask you some questions about your work. Would you be willing to participate in this interview?

As we go through, please let me know if any of my questions are unclear or if I use any terms you are unfamiliar with.

I will ask you about several different topics. If I start asking about any topics that don't apply to you or your company, please just let me know and I can move on to the next topic.

When answering, please give as much detail as possible. However, if you do not know the answer, that is okay -- just let me know.

Do you have any questions before I begin?

**2.    General Background**

1.  Do you work in a particular group or area within your company? What group or area is that?

    a.  How is your advertising group organized? Does it, e.g., cover specific products, customer segments, etc.?

2.  How would you describe your current role?

3.  How long have you been in this role?  How long have you worked on digital advertising over the course of your career?

4.  In your current role, what, if any, responsibilities do you have with respect to digital advertising?

5.  If you know, roughly what share or percentage of your ad spending is on digital, online advertising vs. offline advertising?

6.  How would you describe the role you play in deciding how advertising dollars are spent? What are your specific responsibilities?

7.  Do you work with advertising agencies for digital advertising?

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

    a.  *[If yes:]* From your perspective, what would you describe as the purpose of working with advertising agencies? What types of tasks or goals do you expect from them versus what do you keep in-house?

**3.**    **Advertising Channels and Usage**

8.  What do you think of as an "advertising campaign"?

9.  Some advertisers but not others set advertising objectives based on the concept of the marketing funnel (i.e., awareness, preference, action). Do you set specific funnel objectives for each campaign?

10.  Can you give me some examples of advertising campaigns you've run in the past year?

    a.  *[For each of the first 3 campaigns mentioned, ask:]*

    b.  What was your overall objective for the campaign?

    c.  What kinds of media did you advertise on? *[By media, we mean: Digital, TV, print, radio, out-of-home, directories. If respondent is unsure/unclear, explain and ask them what term they would use to describe these categories.]*

11.  Let's focus on your use of digital advertising. Which, if any, of the following digital advertising channels have you used over the past year?

    a.  *[Allow respondents to answer, and probe for the below options if not already mentioned. For each channel the respondent mentions, ask how they define it.]*

    b.  Display?

    c.  Search?

    d.  Social?

    e.  Web?

    f.  In-app?

    g.  Is there anything else we haven't covered?

12.  How do you use each of the digital advertising channels you just mentioned?

    a.  *[Probe for each channel mentioned previously:]*

        i.  Display

        ii.  Search

        iii.  Social

        iv.  Web

        v.  In-app

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

4.      **Budget and Spending Decisions and Process**

13. Next, let's talk about budgeting and spending decisions. If I ask any questions that you don't know the answer to, just let me know.

14. What is your best estimate of the percentage of your digital advertising budget spent in each channel over the last 12 months? Please allocate 100% across these channels.

    a.   *[List channels the respondent already indicated that they use and have them allocate 100% across these channels]*

15. Is your current budget/spending allocation roughly the same or different than last year?

    a.   If the same: Why didn't you make changes? Was that a deliberate decision to keep the same allocation as before or did you just not see a reason to change?

    b.   If different: What caused you to change the allocation of your spending across channels? Any other reasons for changing this allocation?

16. At a high level, how do you or those you work with decide how and where to spend advertising dollars?

    a.   *[Allow respondent to answer however they wish. Follow up with potential additional questions to guide discussion:*

        i.   Is there an overall advertising budget for your organization? How is that determined?

        ii.  Is there a budget for your unit or group? How is that determined?

        iii. Is there a budget for digital advertising specifically? How is that determined?

        iv.  Are there separate budgets for different digital ad channels? How are those determined?

        v.   How, if at all, do you or those you work with decide how much to spend on a particular advertising campaign?

        vi.  How, if at all, do you or those you work with decide how to allocate spending (e.g., across different types of advertising)?]*

17. When deciding how to allocate your digital advertising budget, how many people participate in that decision?

18. How often do you revisit this budget allocation and consider when to make changes? Who is involved in those decisions?

19. Do you adjust spending during the course a campaign? Between campaigns? Why?

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

5.     **Display Advertising Terms and Usage**

20.  My next questions will focus in on display advertising. First, I'd like to understand a bit more about what you consider to be display advertising. How do you define display advertising?

    a.   Does it include advertising on social media sites?

    b.   Does it include in-app advertising?

    c.   Does it include instream video advertising? Outstream video advertising?

    d.   Does it include direct advertising or just programmatic advertising using third-party tools?

21.  *[After respondent has explained how they define "display advertising"]* Thank you for explaining how you define the term display advertising. For the purposes of the rest of our interview, I will use "display advertising" to mean digital ads placed on websites that are not social media platforms. In my definition of "display advertising," I include only ads that are purchased programmatically, and do not include ads that are purchased directly from publishers. I do not include instream video ads or in-app ads. Please let me know if anything is unclear in any of the questions I ask.

22.  Why do you use display advertising? In your view, what are the advantages relative to other forms of advertising?

23.  Next, I am going to ask you some questions about what you view as alternatives to certain types of display advertising?

    a.   Do you view social media advertising as an alternative for display advertising?

    b.   Do you view in-app advertising as an alternative for display advertising?

    c.   Do you view video display advertising as a substitute for static image display advertising?

    d.   Do you view purchasing display ads directly from publishers as a substitute for purchasing display ads programmatically?

24.  How have you bought display ads in the past 12 months?

    a.   Have you bought display ads via direct deals with publishers?

    b.   Have you bought display ads via programmatic methods?

    c.   Have you bought display ads via private marketplaces?

    d.   Have you bought display ads via open exchanges?

    e.   *[If multiple:]* Why do you use each of these methods? Why would you choose one option over another?

25.  *[If respondent indicates that they have purchased display ads via direct deals:]*

    a.   What is your best estimate of the percentage of your spending on display ads in the past 12 months that was through direct deals with publishers?

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

b. Has this percentage stayed relatively constant over the past several 5 years, or has it changed?

    i. *[If it has changed:]* How has it changed? Why?

c. Do you expect this percentage to be roughly the same or different in the coming year? Why?

d. In your view, what are the advantages and disadvantages of buying display ads directly vs. programmatically?

### 6.    Multihoming (DSPs)

26. Next, let's talk about your use of different DSPs and buying tools. First, how do you define a demand side platform, or "DSP"?

27. How do you define a buying tool for display advertising? In your view, is a buying tool different from a DSP?

28. In the following questions, I will use the term "buying tool" to include both DSPs that can be used to buy open web display ads as well as user interfaces for buying ads on owned and operated platforms, such as Facebook.

29. In the past year, have you used one or more than one buying tool to buy digital ads?

a. Please list the buying tools you've used in the past year. *[Probe for: Google Ads, Google DV360, Criteo, The Trade Desk, Facebook, Amazon, TikTok]*

30. *[If respondent uses multiple buying tools:]* Roughly how many buying tools have you used to buy digital ads in the past year?

a. Do you expect to increase or decrease the number of buying tools you use in the coming year? What makes you say that?

b. Why do you use multiple buying tools, and for what purposes?

c. Are there advantages or disadvantages to using multiple buying tools?

d. Have you heard of self-competition related to using multiple buying tools? What does that mean to you?

e. Do you have any concerns about self-competition when using multiple buying tools?

f. Do you perceive that some buying tools have access to some consumers or publisher inventory that others don't have access to?

    i. *[If yes:]* Is that one motivation behind using multiple buying tools?

g. If there were important publisher inventory that you felt you did not have good access to with the buying tools you are currently using, would you use another buying tool?

31. *[If respondent uses only one buying tool:]* Why do you use one buying tool instead of multiple?

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

    a.  Do you expect to use any additional buying tools in the coming year? What makes you say that?

    b.  If there were important publisher inventory that you felt you did not have good access to with the buying tool you are currently using, would you use another buying tool?

*32. [If respondent uses <u>Google Ads</u>:]*

    a.  What experiences or factors led you to start using Google Ads for display advertising?

    b.  What do you use Google Ads for? Do you use other DSPs for the same purpose?

*33. [If respondent uses <u>DV360</u>:]*

    a.  What do you use Google DV360 for? Do you use other DSPs for the same purpose?

34. Do you use the terms "DSP" and "exchanges" in the same way or do they mean different things?

    a.  *[[If different:]]* Do you or don't you choose specific exchanges?

    b.  *[[If they do:]]* What factors do you consider when choosing an exchange?

**7.    Measuring/Tracking Display Ad Performance**

35. Next, let's talk about how you assess the performance of digital ads, and display ads in particular.

36. What metrics do you use to measure how well or poorly your display ads are performing?

    a.  *[Let respondent answer generally. Probe for specific metrics, such as: impressions, clicks, conversions, cost per impression, cost per click, cost per conversion, return on investment (ROI), return on ad spend (ROAS)]*

    b.  In your opinion, which metrics are the most informative?

*37.* Do the terms return on investment (ROI) and return on ad spend (ROAS) mean anything to you?

    a.  Do you measure ROI and/or ROAS? How?

    b.  What's the difference between ROI and ROAS?

    c.  How precise do you think those measurements are?

38. What factors do you consider in choosing…

    a.  Between web display ads vs. in-app ads?

    b.  Between display vs. social?

    c.  Between one buying tool vs. another buying tool?

    d.  Between direct vs. programmatic?

39. Do you run experiments to assess the performance of your display ads?

    a.  Generally, what types of experiments do you find to be most informative? Why?

    b.  Can you give some examples of experiments you've run in the past year?

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

    c.   *[For each:]* What did you find? How did that affect your advertising?

40. Do you monitor the performance of display ads while they are running?

    a.   If so, how frequently do you check the performance?

    b.   How do you use that information?

41. Do you measure performance of display ads after the campaign ends?

    a.   If so, how do you use that information?

42. Do you compare performance across types of digital ads within a campaign? For example, do you ever compare performance of display ads with social media ads or search ads?

    a.   Do you shift spending from one type of digital ad to another based on their relative performance?

        i.   If so, when do you make those changes?

43. In the last 2 years, have you increased or decreased the amount you're spending on particular display ads based on their performance?

    a.   If so, please give details as to what performance criteria triggered the change.

    b.   If so, what changes have you made? Can you give an example?

    c.   How, if at all, did those changes affect your spending on other advertising channels?

        i.   Have you shifted spending to/from other advertising channels? If so, what channels and why?

            1.   *[Probe for in-app, social media, other DSPs, purchasing channels (direct vs. programmatic)]*

            2.   *[Probe for changes in formats, including between static and instream and outstream video]*

        ii.   Have you experienced any difficulties in shifting spending across different advertising channels? If so, please describe.

    d.   When have you made these changes? While the campaign is running? At the start of the next campaign?

44. Can you think of an example of a time when you were running a campaign and you noticed that the performance of your display ads had declined or was lower than you expected?

    a.   *[If yes:]* How did you notice the decline in display ad performance? What performance metrics showed this?

    b.   When did you notice the decline in display ad performance? [While the campaign was running? After the campaign concluded?]

    c.   What, if anything, did you do about the decline in display ad performance?

    d.   Did you change how much you were spending on those display ads? How?

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

     i.   *[If yes:]* Did you shift that spending somewhere else? If so, where?

       1.   *[Probe for in-app, social media, other DSPs, purchasing channels (direct vs. programmatic)]*

       2.   *[Probe for changes in formats, including between static and instream and outstream video]*

45.  Let's talk about a hypothetical situation. Please imagine a situation in which you notice that the ROI of your programmatic display ads goes down by 5 percentage points. Assume that you have observed this trend across several campaigns, and the lower performance appears to be persistent.

    a.  Would you change how much you are spending on those programmatic display ads? What changes would you make?

    b.  *[If respondent says they would not change much:]* Suppose instead that the ROI of your programmatic display ads goes down by 10 percentage points. Would you change how much you are spending on those programmatic display ads?

    c.  *[If respondent says they would decrease spending on display ads:]* Would you shift that spending somewhere else? If so, where?

      i.   Direct ads?

      ii.   In-app ads?

      iii.   Social media ads?

      iv.   To a different format?  For example, from static display to instream and/or outstream video ads?

    d.  Would you make any changes to your use of different ways of purchasing display ads? That is, would you change your allocation of spending on direct deals vs. programmatic?

**8.   Conclusion**

46.  That is all I have for you today. Thinking back on our conversation, is there anything else you want to mention or clarify further?

47.  Thank you so much for your time.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX E
# PRETEST MODERATOR
# INSTRUCTIONS

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Pretest Moderator Instructions**

<u>Instructions</u>: *The moderator's script is highlighted in grey. Instructions and cues for the moderator are in bold and all caps.*

**Section 1: Introduction & Questionnaire**

Hello.

My name is _____. Thank you so much for agreeing to take this survey today. Please take the survey as you normally would. There is no correct or incorrect way to take this survey, we would like you to approach this as realistically as possible. After you're done taking the survey, I will ask you a few follow-up questions.

Does that all sound okay? **[WAIT FOR AGREEMENT]**

Thank you! The link to the website you need to go to was provided in the email you received, please follow that link. **[IF NECESSARY REMIND WHO THE SENDER OF THE EMAIL WAS]** Please let me know when you have the link open.

Thank you! You can start the survey. Please let me know when you complete the survey because I will have a few follow-up questions then.

**[ALLOW THE RESPONDENT TO TAKE THE SURVEY AND FINISH]**

**Section 2: Follow-up Questions**

**[QUESTIONS TO ASK AFTER THE RESPONDENT FINISHED RESPONDING TO ALL SURVEY QUESTIONS AND INDICATES SO]**

Q1. Did you have any problems or difficulties while taking the survey?

Q2. Did you think any questions were unclear? If so, which ones and why?

Q3. Did you think any answer options were unclear? If so, which ones and why?

Q4. Did any questions in the survey make you feel that you should answer one way or the other? If so, which ones and why?

Q5. What do you think might be the purpose for conducting this survey? What makes you think so?

**Section 3: Closing**

Q6. Is there anything else you would like to say about the survey?

------------------------------------------------------------------------------------------------------------------

Thank you so much for your time. Your participation is much appreciated and a representative from Advertiser Perceptions will reach out regarding your compensation for completing this survey. Have a good day.

E-2

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX F
# HIGHER-SPEND ADVERTISER SURVEY

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX F.1
# HIGHER-SPEND ADVERTISER SURVEY SCRIPT

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Higher-Spend Advertiser Survey
Screener and Main Survey Programmer Instructions**

**LEGEND:**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following sections:

| |
|---|
| **Introduction & Screening** (questions labeled QS) |
| **Main Survey Questions** (questions labeled Q) |
| **Follow-Up Questions** (questions labeled QF) |

## Overview

**[NO RESPONDENTS TO BE CONTACTED AT COMPANIES FROM THE LIST OF ENTITIES TO BE EXCLUDED]**

**[PANEL CONSISTS OF RESPONDENTS WHO ARE 18+, BASED IN THE U.S., AND WHOSE JOB FUNCTION RELATES TO MARKETING AND/OR ADVERTISING]**

**[TARGET 500 COMPLETES]**

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ANSWER ALL QUESTIONS UNLESS OTHERWISE SPECIFIED]**

**[DISPLAY ONE QUESTION PER PAGE UNLESS OTHERWISE SPECIFIED]**

**[NO SURVEY OR SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[TEXT FOR TERMINATES: "THANK YOU FOR YOUR INTEREST IN OUR STUDY. YOU DO NOT QUALIFY FOR THIS STUDY. WE APPRECIATE YOUR TIME."]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Introduction and Screening**

QS1.    Please enter the code exactly as it appears in the box below, and then click "Continue" to continue.

**[INSERT CAPTCHA; TERMINATE AFTER THREE INCORRECT ATTEMPTS]**

QS2.    Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

QS3.    What is your age? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "PREFER NOT TO ANSWER" LAST]**

- ⊙ Under 18 **[TERMINATE]**
- ⊙ 18 - 34
- ⊙ 35 - 49
- ⊙ 50 - 64
- ⊙ 65 or above
- ⊙ Prefer not to answer **[TERMINATE]**

QS4.    What is your gender? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

- ⊙ Male
- ⊙ Female
- ⊙ Other: **[INSERT TEXT BOX]**
- ⊙ Prefer not to answer

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS5.    In which state do you live? (*Please select only one option.*)

**[INSERT DROP DOWN MENU OF ALL 50 STATES AND DC, PLUS "OTHER" AND "DON'T KNOW / UNSURE"]**

**[TERMINATE IF "OTHER" OR "DON'T KNOW / UNSURE" IS SELECTED]**

QS6.    Which of the following do you have any involvement in as part of your job responsibilities? *(Please select all that apply.)*

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ❏  Hiring/HR
- ❏  IT/Tech
- ❏  Business intelligence/Data science
- ❏  Sales or account management
- ❏  Accounting/Finance
- ❏  Advertising or Marketing
- ❏  Website/Mobile App design/development
- ❏  Customer relationship management
- ❏  Data analysis/statistics
- ❏  Other (*specify):*

**[TERMINATE IF "Advertising or Marketing" IS NOT SELECTED]**

QS7.    Which of the following best characterizes the type of company you work for? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙  **Advertiser/Marketer** – your company sells products or services and advertises/markets its products or services
- ⊙  **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies **[TERMINATE]**
- ⊙  **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds **[TERMINATE]**
- ⊙  **Full Service Agency** – your company handles both Creative and Media strategy and/or execution **[TERMINATE]**
- ⊙  **Other** (*please describe)*: **[INSERT TEXT BOX] [TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS8.  Which of the following, if any, best characterizes the market sector/industry your company is in? (*Please select only one option.*)

**[DO NOT RANDOMIZE]**

⊙ Advertising or Marketing
⊙ Apparel/Fashion
⊙ Automotive
⊙ B2B/Services for Businesses
⊙ Consumer Electronics
⊙ Education
⊙ Financial Products/Services for Consumers (including Fintech)
⊙ Food and Beverage
⊙ Government
⊙ Health and Beauty Products
⊙ Home Products/Appliances
⊙ Health Care or Medical Services
⊙ Media and Entertainment
⊙ Non-Profit
⊙ Pharmaceuticals and Remedies (Rx or OTC)
⊙ Restaurants
⊙ Retail (including Ecommerce)
⊙ Telecommunications
⊙ Travel and Hospitality
⊙ Other (*Please describe*): **[INSERT TEXT BOX]**

QS9.  Which of the following best characterizes your current job title/level? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

⊙ C-Level (CEO, COO, CMO, etc.)
⊙ Vice President, SVP, EVP, President, etc.
⊙ Director
⊙ Supervisor/Department Head/Group Manager
⊙ Manager
⊙ Strategist
⊙ Associate
⊙ Analyst
⊙ Buyer
⊙ Planner
⊙ Other (*please describe*): **[INSERT TEXT BOX]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS10.  Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Less than $10,000 **[TERMINATE]**
- ⊙ $10,000 to less than $50,000 **[TERMINATE]**
- ⊙ $50,000 to less than $100,000 **[TERMINATE]**
- ⊙ $100,000 to less than $250,000 **[TERMINATE]**
- ⊙ $250,000 to less than $500,000 **[TERMINATE]**
- ⊙ $500,000 to less than $1 million
- ⊙ $1 million to less than $3 million
- ⊙ $3 million to less than $7 million
- ⊙ $7 million to less than $15 million
- ⊙ $15 million to less than $30 million
- ⊙ $30 million to less than $50 million
- ⊙ $50 million to less than $100 million
- ⊙ $100 million to less than $250 million
- ⊙ $250 million to less than $500 million
- ⊙ $500 million or more
- ⊙ Don't know / Unsure **[TERMINATE]**

QS11.  Please think about your business unit/team's total advertising budget. In the past year, what percentage of your business unit/team's total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate. (*Please enter a number from 0 to 100 for each type of advertising, or select "Don't know / Unsure." Values must add up to 100%*)

**[FOR ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please enter a whole number between 0 and 100 for each advertising type, or select "Don't know / Unsure." Values must add up to 100.**"][SHOW TOTAL AT BOTTOM]**

**[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**

Percentage of budget spent on **digital (online) advertising** last year: [____]
Percentage of budget spent on **offline advertising** last year: [____]
**TOTAL**                                    **[SHOW SUM OF NUMBERS ABOVE]**

⊙  Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF DIGITAL (ONLINE) = 0]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS12.  Which of the following types of **digital advertising**, if any, has your business unit/team used in the past year? Please review the description of each advertising type **carefully**. *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

| | **Advertising Type** | **Description** |
|---|---|---|
| ☐ | Search | Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL. |
| ☐ | Display | Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. |
| ☐ | Email | Digital ads sent via email to current and potential customers. |
| ☐ | Digital Audio | Recorded advertisements that play between or during songs, podcasts, or other digital audio content. |
| ☐ | Social | Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. |
| ☐ | App/In-App | Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms. |
| ☐ | Digital Video | Includes video ads that appear before, during, or after digital content in a video player, such as YouTube. |
| ☐ | Connected TV | Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc. |
| ☐ | eCommerce Platforms | Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart. |
| ☐ | Other *(specify and explain):* **[INSERT TEXT BOX]** | |
| ⊙ Don't know / Unsure **[EXCLUSIVE]** | | |

**[TERMINATE IF "DISPLAY" IS NOT SELECTED]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS13.  You indicated that your business unit/team has used **display advertising** in the past year. Display ad inventory can be purchased through programmatic transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.

**Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.

**Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.

Which of the following transaction methods has your business unit/team (or your ad agency) used to purchase **display ad inventory** in the past year? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

❑ Programmatic
❑ Direct Deals
⊙ None of the above **[EXCLUSIVE]**
⊙ Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF "PROGRAMMATIC" IS NOT SELECTED]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS14. **[IF "SOCIAL" IS SELECTED IN QS12]** You indicated that your business unit/team has used **social advertising** in the past year. Which of the following social media platforms, if any, has your business unit/team advertised on in the past year? (*Please select all that apply.*)

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE", AND "DON'T KNOW / UNSURE" LAST]**

- ❒ Facebook
- ❒ Instagram
- ❒ Pinterest
- ❒ Snapchat
- ❒ TikTok
- ❒ Twitter
- ❒ LinkedIn
- ❒ Reddit
- ❒ Tumblr
- ❒ FriendLinx
- ❒ Other social media platforms (*specify*): **[INSERT TEXT BOX]**
- ⊙ None of the above **[EXCLUSIVE]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

QS15. In which of the following ways have you personally been involved in your company's **digital display** advertising efforts in the **last 12 months**? (*Please select all that apply.*)

**[RANDOMIZE; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ❒ I determine overall strategies and/or budgets for digital display
- ❒ I determine which buying tools and/or demand-side platforms (DSPs) to use for digital display
- ❒ I regularly use self-serve ad platforms to manage digital display campaigns
- ❒ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns
- ❒ I regularly set up audience/target parameters for programmatic digital display buying
- ❒ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying
- ❒ I measure results of digital display campaigns
- ❒ I oversee a team/individuals that measure(s) results of digital display campaigns
- ⊙ None of the above **[EXCLUSIVE] [TERMINATE]**
- ⊙ Don't know / Unsure **[EXCLUSIVE] [TERMINATE]**

**[TERMINATE IF NONE OF "I determine overall strategies and/or budgets for digital display", "I determine which buying tools and/or demand-side platforms (DSPs) to use for digital display", "I regularly use self-serve ad platforms to manage digital display campaigns", "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns" ARE SELECTED]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS16. This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ◉ Not at all likely **[TERMINATE]**
- ◉ Not likely **[TERMINATE]**
- ◉ Neither unlikely nor likely **[TERMINATE]**
- ◉ Somewhat likely
- ◉ Very likely **[TERMINATE]**
- ◉ Don't know / Unsure **[TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Main Questionnaire |
|---|

Q1.   You have been selected to answer questions about advertising practices used by your business unit, or the team you work on. For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

| Use of Ad Agencies |
|---|

Q2.   Do you or do you not use an ad agency for digital advertising? *(Please select one option.)*

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

   ⊙  Yes, I use an ad agency for digital advertising
   ⊙  No, I do **not** use an ad agency for digital advertising
   ⊙  Don't know / Unsure

Q3.   **[IF RESPONDENT SELECTED "YES" IN Q2]** For which, if any, of the following do you use an ad agency? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**
   ❑  Content and/or creatives
   ❑  Consulting services
   ❑  Media/marketing strategies
   ❑  Allocating advertising funds across advertising types
   ❑  Budgeting decisions
   ❑  Customer research
   ❑  Implementation of advertising (e.g., placing bids, interacting with DSPs)
   ❑  Tracking advertising performance
   ❑  Inventory access
   ❑  Running advertising tests/experiments
   ❑  Other *(specify)*: **[INSERT TEXT BOX]**
   ⊙  None of the above **[EXCLUSIVE]**
   ⊙  Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Budget Allocation and Substitution |
|---|

Q4.    The following questions pertain to **digital advertising**.

Previously, you mentioned that your business unit/team has used the following types of **digital advertising** in the past year. What is your best estimate of the share of your business unit/team's **digital advertising** budget that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know / Unsure." Please make sure that numbers add up to 100.)*

**[SHOW ALL ANSWER OPTIONS SELECTED IN QS12 AND QS13 WITH TEXT BOX REQUIRING WHOLE NUMBER BETWEEN 0 AND 100. RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST. SHOW RUNNING TOTAL AT THE BOTTOM OF THE PAGE WITH THE SUM OF THE NUMBERS ENTERED]**

**[DISPLAY DESCRIPTIONS FROM QS12 AND QS13 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[THE SUM OF ALL NUMBERS MUST EQUAL 100. IF RESPONDENT CLICKS "NEXT" AND THE SUM OF THE NUMBERS IS NOT EQUAL TO 100, SHOW THE FOLLOWING ERROR MESSAGE: "**Sorry, your answers do not add up to 100. Please try again.**"]**

**[FOR ALL OTHER ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please specify a whole number in each cell, and do not leave any cell blank. Please enter 0 if you do not spend any portion of your advertising budget on a type of advertising.**"]**

Search:                            ☐

Programmatic Display:              ☐

Direct Deals Display:              ☐

Email:                             ☐

Digital Audio:                     ☐

Social:                            ☐

App/In-app:                        ☐

Digital Video:                     ☐

Connected TV:                      ☐

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

eCommerce Platforms: [ ]

Other [ ]

**TOTAL** **[SHOW SUM OF NUMBERS ABOVE]**

⊙ Don't know / Unsure **[EXCLUSIVE]**

Q5.   Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), <u>will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising</u>?

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising.
⊙ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising. **[SKIP TO Q8]**
⊙ Don't know / Unsure **[SKIP TO Q8]**

Q6.   To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the **increase in the cost of programmatic display advertising**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply.)*

**[DISPLAY DESCRIPTIONS FROM QS12 AND QS13 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING. RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST.]**

☐ Search
☐ Direct Deals Display
☐ Email
☐ Digital Audio
☐ Social
☐ App/In-App
☐ Digital Video

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

    ❏ Connected TV
    ❏ eCommerce Platforms
    ❏ Other
    ⊙ None of the above **[EXCLUSIVE] [SKIP TO Q8]**
    ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q8]**

Q7.  In your previous answer, you indicated that the increase in the cost of programmatic
display advertising will lead you to divert some of your advertising spending to the types of
digital advertising listed below.

Please use the sliders below to indicate, on a scale of **0** to **10**, the extent to which you
would divert (that is, increase) advertising spending for the coming year to **each type of
digital advertising** that you just indicated.

For each digital advertising type below, please select **0** if you expect to keep spending on
that type of digital advertising for the coming year and **10** if you expect to substantially
increase spending on that type of digital advertising.

To review the advertising type descriptions, hover your mouse over each digital advertising
type.

**[SHOW ANSWER OPTIONS SELECTED IN Q6. MATCH ORDER OF
RESPONSES TO Q6. FOR EACH ADVERTISING TYPE, SHOW SLIDER FROM 0
TO 10, LABEL 0 "KEEP THE SAME" AND 10 "SUBSTANTIALLY INCREASE."
INCLUDE OPTION FOR "DON'T KNOW / UNSURE".]**

**[DISPLAY DESCRIPTIONS FROM QS12 AND QS13 WHEN RESPONDENT
HOVERS OVER TYPE OF ADVERTISING]**

| | | |
|---|---|---|
| Search | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Direct Deals Display | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Email | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Audio | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Social | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| App/In-app | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Video | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Connected TV | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| eCommerce Platforms | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Other | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Use of Ad Buying Tools for Programmatic Display (Multihoming)**

Q8.   An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."

Which of the following ad buying tools, if any, have you and/or your business unit/team used during the **past year** for **programmatic display advertising**? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**
- ❑ Google Ads
- ❑ Google Display and Video 360 (DV360)
- ❑ illumin (formerly AcuityAds)
- ❑ Adelphic
- ❑ Adform
- ❑ Adobe Advertising Cloud
- ❑ Amazon DSP
- ❑ Amobee
- ❑ Basis by Centro
- ❑ Beeswax
- ❑ Criteo
- ❑ MediaMath DSP
- ❑ Outbrain
- ❑ Quantcast
- ❑ Simpli.fi
- ❑ StackAdapt
- ❑ Taboola
- ❑ The Trade Desk DSP
- ❑ Yahoo DSP (formerly Verizon Media DSP)
- ❑ Xandr Invest
- ❑ Zeta Global
- ❑ Quorexx
- ❑ Ad Step Technologies
- ❑ Other (*please specify*): **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q17]**

**[ADD FOLLOWING TEXT AS HOVER OVER FOR ALL INSTANCES OF "AD BUYING TOOL" IN FOLLOWING QUESTIONS:** <u>An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers.</u> Some ad buying tools can also be used to buy video and search ad inventory Ad buying tools include demand side platforms, or "DSPs.".**]**

F.1-15

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q9.  **[IF MORE THAN ONE AD BUYING TOOL IS SELECTED IN Q8]** Why did you and/or your business unit/team use more than one ad buying tool for **programmatic display advertising** in the past year? *(Please type in your response, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
  ⦿ Don't know / Unsure **[EXCLUSIVE]**

Q10.  Do you and/or your business unit/team expect to use the same number, more, or fewer ad buying tools for **programmatic display advertising** next year? *(Please select only one option.)*

**[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**
  ⦿ I expect to use **more** ad buying tools for programmatic display advertising next year.
  ⦿ I expect to use **fewer** ad buying tools for programmatic display advertising next year.
  ⦿ I expect to use the **same number** of ad buying tools for programmatic display advertising next year.
  ⦿ Don't know / Unsure

Q11.  **[IF MORE OR FEWER IS SELECTED IN Q10]** You indicated that, compared to the past year, you expect to use **[PIPE IN BASED ON ANSWER IN Q10:** "**more**" or "**fewer**"]** ad buying tools for programmatic display advertising next year. Why do you and/or your business unit/team expect to use **[PIPE IN BASED ON ANSWER IN Q10:** "**more**" or "**fewer**"]** ad buying tools for programmatic display advertising next year? *(Please type in your response, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
  ⦿ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q12. Which of the following factors, if any, do you and/or your business unit/team consider when deciding to use a particular ad buying tool for **programmatic display advertising**? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**
- ❑ Ad placement effectiveness
- ❑ Audience scale / Reach
- ❑ Ease of use / User interface
- ❑ Targeting criteria and capabilities
- ❑ Reporting features
- ❑ Forecasting tools
- ❑ Budget management tools
- ❑ API and integrations
- ❑ Troubleshooting capabilities
- ❑ Media optimization of placements during a campaign
- ❑ Brand safety / fraud protection
- ❑ Identity management
- ❑ Support
- ❑ Cost
- ❑ Other *(please specify):* **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q13. Have you and/or your business unit/team stopped using any ad buying tool(s) for **programmatic display advertising** in the **past year**? *(Please select only one option.)*

**[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes, I and/or my business unit/team stopped using at least one ad buying tool in the past year.
- ⊙ No, I and/or my business unit/team have **not** stopped using any ad buying tools in the past year. **[SKIP TO Q15]**
- ⊙ Don't know / Unsure **[SKIP TO Q15]**

Q14. **[IF YES IN Q13]** You indicated that you and/or your business unit/team stopped using at least one ad buying tool in the **past year** for **programmatic display advertising**. What factors led you and/or your business unit/team to stop using one or more ad buying tools for **programmatic display advertising**? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q15. Have you and/or your business unit/team started using any ad buying tool(s) in the **past year** for **programmatic display advertising**? *(Please select only one option.)* **[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes, I and/or my business unit/team started using at least one ad buying tool in the past year.
- ⊙ No, I and/or my business unit/team have **not** started using any ad buying tools in the past year.
- ⊙ Don't know / Unsure

Q16. **[IF YES IN Q15]** You indicated that you and/or your business unit/team started using at least one ad buying tool in the **past year** for **programmatic display advertising**. What factors led you and/or your business unit/team to start using one or more ad buying tools for **programmatic display advertising**? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Measuring Performance |
|---|

Q17. **[ONLY INCLUDE ADVERTISING TYPES SELECTED IN QS12 AND QS13]** Which of the following metrics, if any, are you and/or your business unit/team using to assess the performance of **programmatic display ads**, **direct deals display ads**, **social media ads**, and/or **digital video ads**?

To review the advertising type descriptions, hover your mouse over each digital advertising type. *(Please select all that apply in each column.)*

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[RANDOMIZE ORDER OF ROWS; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST. RANDOMIZE ORDER OF COLUMNS]**

| Metric | Programmatic display ads | Direct deals display ads | Social media ads | Digital video ads |
|---|---|---|---|---|
| Impressions | ☐ | ☐ | ☐ | ☐ |
| Clicks | ☐ | ☐ | ☐ | ☐ |
| Conversions | ☐ | ☐ | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ | ☐ | ☐ |
| Click through rate (CTR) | ☐ | ☐ | ☐ | ☐ |
| Other (*please specify*): **[TEXT BOX]** | ☐ | ☐ | ☐ | ☐ |
| None of the above **[EXCLUSIVE]** | ⦿ | ⦿ | ⦿ | ⦿ |
| Don't know / Unsure **[EXCLUSIVE]** | ⦿ | ⦿ | ⦿ | ⦿ |

Q18. **[ONLY IF MORE THAN ONE METRIC FOR PROGRAMMATIC DISPLAY ADS ARE SELECTED IN Q17]** You indicated that you and/or your business unit/team use the following metrics to assess the performance of **programmatic display ads**. Please rank these metrics in terms of **how important they are to accurately assessing the performance of programmatic display ads**, with 1 being the most important and **[NUMBER OF MEASURES SELECTED IN Q17]** being the least important. *(Please rank the following metrics, or select "Don't know / Unsure".)*

**[HAVE RESPONDENTS ASSIGN A RANK FROM 1 TO THE NUMBER OF RESPONSES SELECTED IN Q17 FOR EACH PERFORMANCE METRIC]**
   ⦿  Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q19. How often, if at all, do you and/or your business unit/team measure or assess the performance of your **programmatic display advertising**? *(Please select only one option.)*

If you are using an ad agency and they are responsible for measuring or assessing performance of your programmatic display advertising, please indicate how often you receive information about the performance of your programmatic display advertising from the agency.

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Daily
- ⊙ Weekly
- ⊙ Monthly
- ⊙ Quarterly
- ⊙ Annually
- ⊙ Don't know / Unsure

Q20. In the past year, have you and/or your business unit/team run any experimental or test & learn initiatives on your **programmatic display ads**? *(Please select only one option.)*
**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes
- ⊙ No **[SKIP TO QF1]**
- ⊙ Don't know / Unsure **[SKIP TO QF1]**

Q21. Which of the following types of experiments or test & learn initiatives, if any, have you and/or your business unit/team run in the past year on your **programmatic display ads**?

I and/or my business unit/team have run experiments and/or test & learn initiatives testing… *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

- ☐ Creatives
- ☐ Bid strategies
- ☐ Audiences
- ☐ Publishers
- ☐ Ad buying tool performance
- ☐ ROI/ROAS
- ☐ Other (*please specify*): **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Follow Up Question**

QF1.  This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.

      If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.

      If you do not want to participate in this survey, please click "Exclude my responses" below.

      **[RANDOMIZE ORDER]**

⊙ Include my responses
⊙ Exclude my responses

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX F.2
# HIGHER-SPEND ADVERTISER SURVEY SCREENSHOTS

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**INTRODUCTION AND SCREENING**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



3%

Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know/Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLIGHTLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Which of the following do you have any involvement in as part of your job responsibilities?**
*(Please select all that apply.)*

- ☐ Customer relationship management
- ☐ Hiring/HR
- ☐ Data analysis/statistics
- ☐ Business intelligence/Data science
- ☐ Website/Mobile App design/development
- ☐ Advertising or Marketing
- ☐ Accounting/Finance
- ☐ Sales or account management
- ☐ IT/Tech
- ☐ Other *(specify):* _____

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



19%

## Which of the following best characterizes the type of company you work for?
*(Please select only one option.)*

○ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution

○ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies

○ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds

○ **Advertiser/Marketer** – your company sells products or services and advertises/markets its products or services

○ **Other** *(please describe):* [                    ]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



F.2-9

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



26%

**Which of the following best characterizes your current job title/level?**
*(Please select only one option.)*

○ Director

○ Planner

○ Manager

○ Associate

○ Strategist

○ Buyer

○ C-Level (CEO, COO, CMO, etc.)

○ Supervisor/Department Head/Group Manager

○ Vice President, SVP, EVP, President, etc.

○ Analyst

○ Other *(please describe):* [_____]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



29%

## AD PROS™
### ADVERTISER PERCEPTIONS

Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all non-digital types (e.g., TV types, print, OOH, etc.)?
*(Please select only one option.)*

○ $500 million or more

○ $250 million to less than $500 million

○ $100 million to less than $250 million

○ $50 million to less than $100 million

○ $30 million to less than $50 million

○ $15 million to less than $30 million

○ $7 million to less than $15 million

○ $3 million to less than $7 million

○ $1 million to less than $3 million

○ $500,000 to less than $1 million

○ $250,000 to less than $500,000

○ $100,000 to less than $250,000

○ $50,000 to less than $100,000

○ $10,000 to less than $50,000

○ Less than $10,000

○ Don't know/Unsure

Continue »

F.2-11

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

32%

# AD PROS™
ADVERTISER PERCEPTIONS

Please think about your business unit/team's total advertising budget. In the past year, what percentage of your business unit/team's total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate.

*(Please enter a number from 0 to 100 for each type of advertising or select "Don't know/Unsure." Values must add up to 100%)*

| | |
|---|---|
| Percentage of budget spent on **offline advertising** last year: | ___ % |
| Percentage of budget spent on **digital (online) advertising** last year: | ___ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



35%

## AD PROS™
ADVERTISER PERCEPTIONS

Which of the following types of **digital advertising**, if any, has your business unit/team used in the past year? Please review the description of each advertising type **carefully.**

*(Please select all that apply.)*

☐ **Social** (Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.)

☐ **Search** (Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL.)

☐ **Digital Audio** (Recorded advertisements that play between or during songs, podcasts, or other digital audio content.)

☐ **Email** (Digital ads sent via email to current and potential customers.)

☐ **Display** (Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.)

☐ **App/In-App** (Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms.)

☐ **eCommerce Platforms** (Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart.)

☐ **Connected TV** (Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc.)

☐ **Digital Video** (Includes video ads that appear before, during, or after digital content in a video player, such as YouTube.)

☐ Other *(specify and explain):* [_____]

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



You indicated that your business unit/team has used **display advertising** in the past year. Display ad inventory can be purchased through programmatic transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.

**Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.

**Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.

Which of the following transaction methods has your business unit/team (or your ad agency) used to purchase **display ad inventory** in the past year?
*(Please select all that apply.)*

☐ Direct Deals

☐ Programmatic

☐ None of the above

☐ Don't know/Unsure

Continue »

F.2-14

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

42%

You indicated that your business unit/team has used **social advertising** in the past year. Which of the following social media platforms, if any, has your business unit/team advertised on in the past year?
*(Please select all that apply.)*

☐ Twitter

☐ Reddit

☐ Pinterest

☐ Snapchat

☐ Tumblr

☐ Facebook

☐ Instagram

☐ TikTok

☐ LinkedIn

☐ FriendLinx

☐ Other social media platforms *(specify):* _____

☐ None of the above

☐ Don't know/Unsure

Continue »

**HIGHLIGHT CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



In which of the following ways have you personally been involved in your company's **digital display** advertising efforts in the **last 12 months**?
*(Select all that apply.)*

☐ I oversee a team/individuals that measure(s) results of digital display campaigns.

☐ I determine overall strategies and/or budgets for digital display.

☐ I measure results of digital display campaigns.

☐ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying.

☐ I regularly set up audience/target parameters for programmatic digital display buying.

☐ I regularly use self-serve ad platforms to manage digital display campaigns.

☐ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns.

☐ I determine which buying tools and/or demand-side platforms (DSPs) to use for digital display.

☐ None of the above

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



46%

This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below.
*(Please select only one option.)*

◯ Very likely

◯ Somewhat likely

◯ Neither unlikely nor likely

◯ Not likely

◯ Not at all likely

◯ Don't know/Unsure

Continue »

**HIGHLIGHTLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**MAIN QUESTIONNAIRE**



You have been selected to answer questions about advertising practices used by your business unit, or the team you work on. For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know/Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



53%

Do you or do you not use an ad agency for digital advertising?
*(Please select one option.)*

◯ No, I do **not** use an ad agency for digital advertising

◯ Yes, I use an ad agency for digital advertising

◯ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



56%

## For which, if any, of the following do you use an ad agency?
*(Please select all that apply.)*

- [ ] Running advertising tests/experiments
- [ ] Allocating advertising funds across advertising types
- [ ] Content and/or creatives
- [ ] Implementation of advertising (e.g., placing bids, interacting with DSPs)
- [ ] Customer research
- [ ] Tracking advertising performance
- [ ] Budgeting decisions
- [ ] Inventory access
- [ ] Consulting services
- [ ] Media/marketing strategies
- [ ] Other *(specify)*: _____
- [ ] None of the above
- [ ] Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## AD PROS™
### ADVERTISER PERCEPTIONS

57%

The following questions pertain to **digital advertising**.

Previously, you mentioned that your business unit/team has used the following types of **digital advertising** in the past year. What is your best estimate of the share of your business unit/team's **digital advertising** budget that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know/Unsure." Please make sure that numbers add up to 100.)*

| | |
|---|---|
| Email | ___ % |
| App/In-App | ___ % |
| eCommerce Platforms | ___ % |
| Social | ___ % |
| Digital Audio | ___ % |
| Programmatic Display | ___ % |
| Direct Deals Display | ___ % |
| Digital Video | ___ % |
| Connected TV | ___ % |
| Search | ___ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

F.2-21

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

◯ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising.

◯ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising.

◯ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



64%

To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the **increase in the cost of programmatic display advertising**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply.)*

☐ Email

☐ App/In-App

☐ eCommerce Platforms

☐ Social

☐ Digital Audio

☐ Search

☐ Direct Deals Display

☐ Digital Video

☐ Connected TV

☐ Other

☐ None of the above

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

AD PROS™
ADVERTISER PERCEPTIONS

66%

An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."

Which of the following ad buying tools, if any, have you and/or your business unit/team used during the **past year** for **programmatic display advertising**?
*(Please select all that apply.)*

| | | | |
|---|---|---|---|
| Xandr Invest | ☐ | Adelphic | ☐ |
| Simpli.fi | ☐ | MediaMath DSP | ☐ |
| Yahoo DSP (formerly Verizon Media DSP) | ☐ | Ad Step Technologies | ☐ |
| Adobe Advertising Cloud | ☐ | Adform | ☐ |
| Outbrain | ☐ | Basis by Centro | ☐ |
| Zeta Global | ☐ | StackAdapt | ☐ |
| Criteo | ☐ | Beeswax | ☐ |
| Google Ads | ☐ | Amazon DSP | ☐ |
| Google Display and Video 360 (DV360) | ☐ | Taboola | ☐ |
| Amobee | ☐ | Quorexx | ☐ |
| illumin (formerly AcuityAds) | ☐ | Other *(please specify):* _____ | ☐ |
| The Trade Desk DSP | ☐ | Don't know/Unsure | ☐ |
| Quantcast | ☐ | | |

Continue »

F.2-25

**HIGHLIGHTLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

74%

Which of the following factors, if any, do you and/or your business unit/team consider when deciding to use a particular ad buying tool for **programmatic display advertising**?
*(Please select all that apply.)*

☐ Audience scale/Reach

☐ Cost

☐ Identity management

☐ Reporting features

☐ API and integrations

☐ Brand safety/fraud protection

☐ Forecasting tools

☐ Media optimization of placements during a campaign

☐ Support

☐ Ease of use/User interface

☐ Ad placement effectiveness

☐ Budget management tools

☐ Targeting criteria and capabilities

☐ Troubleshooting capabilities

☐ Other *(please specify):* [_____]

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

80%

**AP AD PROS™**
ADVERTISER PERCEPTIONS

You indicated that you and/or your business unit/team stopped using at least one ad buying tool in the **past year** for **programmatic display advertising**. What factors led you and/or your business unit/team to stop using one or more ad buying tools for **programmatic display advertising**?

*(Please type your response in the text box below or select "Don't know/Unsure".)*

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

AD PROS™
ADVERTISER PERCEPTIONS

85%

Which of the following metrics, if any, are you and/or your business unit/team using to assess the performance of programmatic display ads, direct deals display ads, social media ads and/or digital video ads?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply in each column.)*

| | Programmatic display ads | Digital video ads | Social media ads | Direct deals display ads |
|---|---|---|---|---|
| Return on Ad Spend (ROAS) | ☐ | ☐ | ☐ | ☐ |
| Conversions | ☐ | ☐ | ☐ | ☐ |
| Clicks | ☐ | ☐ | ☐ | ☐ |
| Click through rate (CTR) | ☐ | ☐ | ☐ | ☐ |
| Impressions | ☐ | ☐ | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ | ☐ | ☐ |
| Other *(please specify):* [____] | ☐ | | | |
| Other *(please specify):* [____] | | | | ☐ |
| Other *(please specify):* [____] | | | ☐ | |
| Other *(please specify):* [____] | | ☐ | | |
| None of the above | ☐ | ☐ | ☐ | ☐ |
| Don't know/Unsure | ☐ | ☐ | ☐ | ☐ |

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

89%

How often, if at all, do you and/or your business unit/team measure or assess the performance of your **programmatic display advertising**?
*(Please select only one option.)*

If you are using an ad agency and they are responsible for measuring or assessing performance of your programmatic display advertising, please indicate how often you receive information about the performance of your programmatic display advertising from the agency.

◯ Annually

◯ Quarterly

◯ Monthly

◯ Weekly

◯ Daily

◯ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

92%

## AD PROS™
### ADVERTISER PERCEPTIONS

In the past year, have you and/or your business unit/team run any experimental or test & learn initiatives on your **programmatic display ads**?
*(Please select only one option.)*

○ Yes

○ No

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Which of the following types of experiments or test & learn initiatives, if, any, have you and/or your business unit/team run in the past year on your **programmatic display ads**?

I and/or my business unit/team have run experiments and/or test & learn initiatives testing...
*(Please select all that apply.)*

- Bid strategies
- Publishers
- Creatives
- Ad buying tool performance
- Audiences
- ROI/ROAS
- Other *(please specify):*
- Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**FOLLOW UP QUESTION**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Thank you for taking our survey. Your efforts are greatly appreciated!

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX F.3
# HIGHER-SPEND ADVERTISER SURVEY RAW DATA

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# PRODUCED AS NATIVE

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX G
# LOWER-SPEND ADVERTISER SURVEY

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX G.1
# LOWER-SPEND ADVERTISER SURVEY SCRIPT

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Lower-Spend Advertiser Survey
Screener and Main Survey Programmer Instructions**

**LEGEND:**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**FORMAT:**  The survey consists of the following sections:

| |
|---|
| **Introduction & Screening** (questions labeled QS) |
| **Main Survey Questions** (questions labeled Q) |
| **Follow-Up Questions** (questions labeled QF) |

## Overview

**[NO RESPONDENTS TO BE CONTACTED AT COMPANIES FROM THE LIST OF ENTITIES TO BE EXCLUDED]**

**[PANEL CONSISTS OF RESPONDENTS WHO ARE 18+, BASED IN THE U.S., AND WHOSE JOB FUNCTION RELATES TO MARKETING AND/OR ADVERTISING]**

**[TARGET 300 COMPLETES]**

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ANSWER ALL QUESTIONS UNLESS OTHERWISE SPECIFIED]**

**[DISPLAY ONE QUESTION PER PAGE UNLESS OTHERWISE SPECIFIED]**

**[NO SURVEY OR SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[TEXT FOR TERMINATES: "THANK YOU FOR YOUR INTEREST IN OUR STUDY. YOU DO NOT QUALIFY FOR THIS STUDY. WE APPRECIATE YOUR TIME."]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Introduction and Screening**

QS1.    Please enter the code exactly as it appears in the box below, and then click "Continue" to continue.

**[INSERT CAPTCHA; TERMINATE AFTER THREE INCORRECT ATTEMPTS]**

QS2.    Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

QS3.    What is your age? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "PREFER NOT TO ANSWER" LAST]**

⊙ Under 18 **[TERMINATE]**
⊙ 18 - 34
⊙ 35 - 49
⊙ 50 - 64
⊙ 65 or above
⊙ Prefer not to answer **[TERMINATE]**

QS4.    What is your gender? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

⊙ Male
⊙ Female
⊙ Other: **[INSERT TEXT BOX]**
⊙ Prefer not to answer

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS5.   In which state do you live? (*Please select only one option.*)

**[INSERT DROP DOWN MENU OF ALL 50 STATES AND DC, PLUS "OTHER" AND "DON'T KNOW / UNSURE"]**

**[TERMINATE IF "OTHER" OR "DON'T KNOW / UNSURE" IS SELECTED]**

QS6.   Which of the following do you have any involvement in as part of your job responsibilities? *(Please select all that apply.)*

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ❏  Hiring/HR
- ❏  IT/Tech
- ❏  Business intelligence/Data science
- ❏  Sales or account management
- ❏  Accounting/Finance
- ❏  Advertising or Marketing
- ❏  Website/Mobile App design/development
- ❏  Customer relationship management
- ❏  Data analysis/statistics
- ❏  Other *(specify):*

**[TERMINATE IF "Advertising or Marketing" IS NOT SELECTED]**

QS7.   Which of the following best characterizes the type of company you work for? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙  **Products/Services Business** – your company sells products or services and advertises/markets its products or services
- ⊙  **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies **[TERMINATE]**
- ⊙  **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds **[TERMINATE]**
- ⊙  **Full Service Agency** – your company handles both Creative and Media strategy and/or execution **[TERMINATE]**
- ⊙  **Other** (*please describe)*: **[INSERT TEXT BOX] [TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS8.   Which of the following, if any, best characterizes the market sector/industry your company is in? (*Please select only one option.*)

**[DO NOT RANDOMIZE]**

- ⊙ Advertising or Marketing
- ⊙ Apparel/Fashion
- ⊙ Automotive
- ⊙ B2B/Services for Businesses
- ⊙ Consumer Electronics
- ⊙ Education
- ⊙ Financial Products/Services for Consumers (including Fintech)
- ⊙ Food and Beverage
- ⊙ Government
- ⊙ Health and Beauty Products
- ⊙ Home Products/Appliances
- ⊙ Health Care or Medical Services
- ⊙ Media and Entertainment
- ⊙ Non-Profit
- ⊙ Pharmaceuticals and Remedies (Rx or OTC)
- ⊙ Restaurants
- ⊙ Retail (including Ecommerce)
- ⊙ Telecommunications
- ⊙ Travel and Hospitality
- ⊙ Other (*Please describe*): **[INSERT TEXT BOX]**

QS9.   Which of the following best characterizes your current job title/level? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙ C-Level (CEO, COO, CMO, etc.)
- ⊙ Vice President, SVP, EVP, President, etc.
- ⊙ Director
- ⊙ Supervisor/Department Head/Group Manager
- ⊙ Manager
- ⊙ Strategist
- ⊙ Associate
- ⊙ Analyst
- ⊙ Buyer
- ⊙ Planner
- ⊙ Other (*please describe*): **[INSERT TEXT BOX]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS10.  Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Less than $10,000
⊙ $10,000 to less than $25,000
⊙ $25,000 to less than $50,000
⊙ $50,000 to less than $100,000
⊙ $100,000 to less than $250,000
⊙ $250,000 to less than $500,000
⊙ $500,000 to less than $1 million **[TERMINATE]**
⊙ $1 million to less than $3 million **[TERMINATE]**
⊙ $3 million to less than $7 million **[TERMINATE]**
⊙ $7 million to less than $15 million **[TERMINATE]**
⊙ $15 million to less than $30 million **[TERMINATE]**
⊙ $30 million to less than $50 million **[TERMINATE]**
⊙ $50 million to less than $100 million **[TERMINATE]**
⊙ $100 million to less than $250 million **[TERMINATE]**
⊙ $250 million to less than $500 million **[TERMINATE]**
⊙ $500 million or more **[TERMINATE]**
⊙ Don't know / Unsure **[TERMINATE]**

QS11.  Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate. *(Please enter a number from 0 to 100 for each type of advertising, or select "Don't know / Unsure." Values must add up to 100%)*

**[FOR ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please enter a whole number between 0 and 100 for each advertising type, or select "Don't know / Unsure." Values must add up to 100"**][SHOW TOTAL AT BOTTOM]**

**[RANDOMIZE ORDER, KEEP "DON'T KNOW / UNSURE" LAST]**

Percentage of budget spent on **digital (online) advertising** last year:  ⬚
Percentage of budget spent on **offline advertising** last year:  ⬚
**TOTAL**                                    **[SHOW SUM OF NUMBERS ABOVE]**

    ⊙ Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF DIGITAL (ONLINE) = 0]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS12.  Which of the following types of **digital advertising**, if any, have you used in the past year? Please review the description of each advertising type **carefully**. *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

|  | **Advertising Type** | **Description** |
|---|---|---|
| ☐ | Search | Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL. |
| ☐ | Display | Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. |
| ☐ | Email | Digital ads sent via email to current and potential customers. |
| ☐ | Digital Audio | Recorded advertisements that play between or during songs, podcasts, or other digital audio content. |
| ☐ | Social | Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. |
| ☐ | App/In-App | Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms. |
| ☐ | Digital Video | Includes video ads that appear before, during, or after digital content in a video player, such as YouTube. |
| ☐ | Connected TV | Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc. |
| ☐ | eCommerce Platforms | Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart. |
| ☐ | Other *(specify and explain):* **[INSERT TEXT BOX]** | |
| ⊙ Don't know / Unsure **[EXCLUSIVE]** | | |

**[TERMINATE IF "DISPLAY" IS NOT SELECTED]**

G.1-7

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS13.  In which of the following ways have you personally been involved in your company's **digital display** advertising efforts in the **last 12 months**? (*Select all that apply.*)

**[RANDOMIZE; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ❒ I determine overall strategies and/or budgets for digital display.
- ❒ I determine which tools and/or platforms to use for digital display.
- ❒ I regularly use self-serve ad platforms to manage digital display campaigns.
- ❒ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns.
- ❒ I regularly set up audience/target parameters for digital display campaigns.
- ❒ I measure results of digital display campaigns.
- ⦿ None of the above **[EXCLUSIVE] [TERMINATE]**
- ⦿ Don't know / Unsure **[EXCLUSIVE] [TERMINATE]**

**[TERMINATE IF NONE OF "**I determine overall strategies and/or budgets for digital display**", "**I determine which tools and/or platforms to use for digital display**", "**I regularly use self-serve ad platforms to manage digital display campaigns**", AND "**I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns**" ARE SELECTED]**

QS14. This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⦿ Not at all likely **[TERMINATE]**
- ⦿ Not likely **[TERMINATE]**
- ⦿ Neither unlikely nor likely **[TERMINATE]**
- ⦿ Somewhat likely
- ⦿ Very likely **[TERMINATE]**
- ⦿ Don't know / Unsure **[TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Main Questionnaire**

Q1.   You have been selected to answer questions about advertising practices you have used. For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

**Use of Ad Agencies**

Q2.   Do you or do you not use an ad agency and/or a consultant for digital advertising? *(Please select one option.)*

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

     ⊙  Yes, I use an ad agency and/or a consultant for digital advertising
     ⊙  No, I do **not** use an ad agency and/or a consultant for digital advertising
     ⊙  Don't know / Unsure

Q3.   **[IF RESPONDENT SELECTED "YES" IN Q2]** For which, if any, of the following do you use an ad agency and/or a consultant? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**

     ❑  Content and/or creatives
     ❑  Consulting services
     ❑  Media/marketing strategies
     ❑  Allocating advertising funds across advertising types
     ❑  Budgeting decisions
     ❑  Customer research
     ❑  Implementation of advertising (e.g., placing bids, interacting with DSPs)
     ❑  Tracking advertising performance
     ❑  Inventory access
     ❑  Running advertising tests/experiments
     ❑  Other (*specify*): **[INSERT TEXT BOX]**
     ⊙  None of the above **[EXCLUSIVE]**
     ⊙  Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Advertising Channels and Usage |
|---|

Q4. You mentioned that you have used **digital display advertising** in the **last 12 months**.

**Digital display ads** are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.

Which of the following platforms, if any, have you used during the **last 12 months** for **digital display advertising**? *(Please select all that apply)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE", AND "DON'T KNOW / UNSURE" LAST]**

- ❑ Google Ads
- ❑ Google Display and Video 360 (DV360)
- ❑ Adobe Advertising Cloud
- ❑ Amazon DSP
- ❑ Amobee
- ❑ MediaMath
- ❑ Quantcast
- ❑ The Trade Desk
- ❑ Yahoo DSP (formerly Verizon Media)
- ❑ Criteo
- ❑ Ad Step Technologies
- ❑ Other *(please specify)*: **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q5. **[IF "SOCIAL" WAS SELECTED IN QS12]** You indicated that you have used **social advertising** in the **last 12 months**.

**Social ads** are digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.

Which of the following platforms, if any, have you used during the **last 12 months** for **social advertising**? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE", AND "DON'T KNOW / UNSURE" LAST]**

- ❑ Facebook
- ❑ Instagram
- ❑ Pinterest
- ❑ Snapchat
- ❑ TikTok

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- ☐ Twitter
- ☐ LinkedIn
- ☐ Reddit
- ☐ Tumblr
- ☐ FriendLinx
- ☐ Other social media platforms *(specify)*: **[INSERT TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q6.  What factors do you consider when deciding where to buy **digital ads** from? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
- ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO QS8]**

Q7.  In addition to the factors you just mentioned, what other factors, if any, do you consider when deciding where to buy **digital ads** from?

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Budget Allocation and Substitution |
|---|

Q8.   The following questions pertain to **digital advertising**.

Previously, you mentioned that you have used the following types of **digital advertising** in the past year. What is your best estimate of the share of your **digital advertising spending** that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising spending on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know / Unsure." Please make sure that numbers add up to 100.)*

**[SHOW ALL ANSWER OPTIONS SELECTED IN QS12 WITH TEXT BOX REQUIRING WHOLE NUMBER BETWEEN 0 AND 100. RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST. SHOW RUNNING TOTAL AT THE BOTTOM OF THE PAGE WITH THE SUM OF THE NUMBERS ENTERED]**

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[THE SUM OF ALL NUMBERS MUST EQUAL 100. IF RESPONDENT CLICKS "NEXT" AND THE SUM OF THE NUMBERS IS NOT EQUAL TO 100, SHOW THE FOLLOWING ERROR MESSAGE: "**Sorry, your answers do not add up to 100. Please try again.**"]**

**[FOR ALL OTHER ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please specify a whole number in each cell, and do not leave any cell blank. Please enter 0 if you do not spend any portion of your advertising budget on a type of advertising.**"]**

Search: ☐
Display: ☐
Email: ☐
Digital Audio: ☐
Social: ☐
App/In-App: ☐
Digital Video: ☐
Connected TV: ☐
eCommerce Platforms: ☐

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Other

**TOTAL** | **[SHOW SUM OF NUMBERS ABOVE]**

⊙ Don't know / Unsure **[EXCLUSIVE]**

Q9.  Please read carefully. Now suppose that, based on your analysis, the cost of **<u>display advertising</u>** has **<u>recently increased by a small but significant amount, and will remain elevated for the foreseeable future</u>**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **<u>not</u>** changed and are not expected to change.

So, if the cost of display advertising increases (while the cost of other advertising types remains the same), <u>will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising</u>?

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising
⊙ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising **[SKIP TO Q12]**
⊙ Don't know / Unsure **[SKIP TO Q12]**

Q10. To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the **<u>increase in the cost of display advertising</u>**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

❏ Search
❏ Email
❏ Digital Audio
❏ Social
❏ App/In-App
❏ Digital Video
❏ Connected TV

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

      ☐ eCommerce Platforms
      ☐ Other
      ⊙ None of the above **[EXCLUSIVE] [SKIP TO Q12]**
      ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q12]**

Q11. In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below.

Please use the sliders below to indicate, on a scale of **0** to **10**, the extent to which you would divert (that is, increase) advertising spending for the coming year to **each type of digital advertising** that you just indicated.

For each digital advertising type below, please select **0** if you expect to keep spending on that type of digital advertising for the coming year and **10** if you expect to substantially increase spending on that type of digital advertising.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

**[SHOW ANSWER OPTIONS SELECTED IN Q10. MATCH ORDER OF RESPONSES TO Q10. FOR EACH ADVERTISING TYPE, SHOW SLIDER FROM 0 TO 10, LABEL 0 "KEEP THE SAME" AND 10 "SUBSTANTIALLY INCREASE". INCLUDE OPTION FOR "DON'T KNOW / UNSURE".]**

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

| | | |
|---|---|---|
| Search | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Email | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Audio | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Social | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| App/In-app | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Video | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Connected TV | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| eCommerce Platforms | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Other | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Measuring Performance |
|---|

Q12. **[ONLY INCLUDE ADVERTISING TYPES SELECTED IN QS12]** Which of the following metrics, if any, are you using to assess the performance of **display ads [IF "SOCIAL" WAS SELECTED IN QS12,** and/or **social media ads]**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply in each column.)*

**[RANDOMIZE ORDER OF ROWS, KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST. RANDOMIZE ORDER OF COLUMNS]**

**[DISPLAY DESCRIPTIONS FROM QS12 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

| Metric | Display ads | Social media ads |
|---|---|---|
| Impressions | ☐ | ☐ |
| Clicks | ☐ | ☐ |
| Conversions | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ |
| Click through rate (CTR) | ☐ | ☐ |
| Other *(please specify)*: **[TEXT BOX]** | ☐ | ☐ |
| None of the above **[EXCLUSIVE]** | ⊙ | ⊙ |
| Don't know / Unsure **[EXCLUSIVE]** | ⊙ | ⊙ |

Q13. **[ONLY IF MORE THAN ONE METRIC UNDER DISPLAY ADS ARE SELECTED IN Q12]** The following questions pertain to **digital display advertising**.

You indicated that you use the following metrics to assess the performance of **digital display ads**. Please rank these metrics in terms of **how important they are to accurately assessing the performance** of **digital display ads**, with 1 being the most important and **[NUMBER OF MEASURES SELECTED UNDER DISPLAY ADS IN Q12]** being the least important. *(Please rank the following metrics, or select "Don't know / Unsure")*

**[HAVE RESPONDENTS ASSIGN A RANK FROM 1 TO THE NUMBER OF RESPONSES SELECTED UNDER DISPLAY ADS IN Q12 FOR EACH PERFORMANCE METRIC]**
   ⊙  Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q14. How often, if at all, do you assess the performance of your **digital display advertising**? *(Please select only one option)*

If you are using an ad agency and/or a consultant and they are responsible for measuring or assessing performance of your display advertising, please indicate how often you receive information about the performance of your **digital display advertising** from the agency.

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Daily
- ⊙ Weekly
- ⊙ Monthly
- ⊙ Quarterly
- ⊙ Annually
- ⊙ Don't know / Unsure

Q15. In the past year, have you run any experiments or test & learn initiatives on your **digital display ads**? *(Please select only one option.)*

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes
- ⊙ No
- ⊙ Don't know / Unsure

Q16. **[IF "YES" IN Q15]** Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year on your **digital display ads**?

I have run experiments and/or test & learn initiatives testing… *(Please select all that apply.)*

**[RANDOMIZE ORDER, KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

- ❒ Creatives
- ❒ Bid strategies
- ❒ Audiences
- ❒ Publishers
- ❒ Ad buying tool performance
- ❒ ROI/ROAS
- ❒ Other *(please specify)*: **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Follow Up Question**

QF1.  This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.

If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.

If you do not want to participate in this survey, please click "Exclude my responses" below.

**[RANDOMIZE ORDER]**

⊙ Include my responses
⊙ Exclude my responses

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX G.2
# LOWER-SPEND ADVERTISER SURVEY SCREENSHOTS

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**INTRODUCTION AND SCREENING**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



18%

## Which of the following do you have any involvement in as part of your job responsibilities?

*(Please select all that apply.)*

☐ Accounting/Finance

☐ Business intelligence/Data science

☐ Sales or account management

☐ Hiring/HR

☐ IT/Tech

☐ Data analysis/statistics

☐ Customer relationship management

☐ Website/Mobile App design/development

☐ Advertising or Marketing

☐ Other *(specify):* [_____]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**Which of the following, if any, best characterizes the market sector/industry your company is in?**
*(Please select only one option.)*

- Advertising or Marketing
- Apparel/Fashion
- Automotive
- B2B/Services for Businesses
- Consumer Electronics
- Education
- Financial Products/Services for Consumers (including Fintech)
- Food and Beverage
- Government
- Health and Beauty Products
- Home Products/Appliances
- Health Care or Medical Services
- Media and Entertainment
- Non-Profit
- Pharmaceuticals and Remedies (Rx or OTC)
- Restaurants
- Retail (including Ecommerce)
- Telecommunications
- Travel and Hospitality
- Other *(Please describe):*

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

29%

**AP AD PROS™**
ADVERTISER PERCEPTIONS

Which of the following best characterizes your current job title/level?
*(Please select only one option.)*

○ Analyst

○ Manager

○ Vice President, SVP, EVP, President, etc.

○ C-Level (CEO, COO, CMO, etc.)

○ Buyer

○ Planner

○ Strategist

○ Associate

○ Director

○ Supervisor/Department Head/Group Manager

○ Other *(please describe):* [                    ]

Continue »



Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all non-digital types (e.g., TV types, print, OOH, etc.)?
*(Please select only one option.)*

○ Less than $10,000

○ $10,000 to less than $25,000

○ $25,000 to less than $50,000

○ $50,000 to less than $100,000

○ $100,000 to less than $250,000

○ $250,000 to less than $500,000

○ $500,000 to less than $1 million

○ $1 million to less than $3 million

○ $3 million to less than $7 million

○ $7 million to less than $15 million

○ $15 million to less than $30 million

○ $30 million to less than $50 million

○ $50 million to less than $100 million

○ $100 million to less than $250 million

○ $250 million to less than $500 million

○ $500 million or more

○ Don't know / Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

37%

Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate.

*(Please enter a number from 0 to 100 for each type of advertising or select "Don't know/Unsure." Values must add up to 100%)*

| | |
|---|---|
| Percentage of budget spent on **offline advertising** last year: | ___ % |
| Percentage of budget spent on **digital (online) advertising** last year: | ___ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

G.2-12

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## AP AD PROS™
ADVERTISER PERCEPTIONS

40%

Which of the following types of **digital advertising**, if any, have you used in the past year? Please review the description of each advertising type **carefully.**

*(Please select all that apply.)*

☐ **Search** (Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL.)

☐ **Connected TV** (Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc.)

☐ **Social** (Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.)

☐ **App/In-App** (Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms.)

☐ **Display** (Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.)

☐ **eCommerce Platforms** (Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart.)

☐ **Email** (Digital ads sent via email to current and potential customers.)

☐ **Digital Video** (Includes video ads that appear before, during, or after digital content in a video player, such as YouTube.)

☐ **Digital Audio** (Recorded advertisements that play between or during songs, podcasts, or other digital audio content.)

☐ Other *(specify and explain):* [_____]

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**MAIN QUESTIONNAIRE**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



For which, if any, of the following do you use an ad agency and/or a consultant?
*(Please select all that apply.)*

☐ Content and/or creatives

☐ Budgeting decisions

☐ Media/marketing strategies

☐ Customer research

☐ Implementation of advertising (e.g., placing bids, interacting with DSPs)

☐ Allocating advertising funds across advertising types

☐ Consulting services

☐ Running advertising tests/experiments

☐ Tracking advertising performance

☐ Inventory access

☐ Other *(specify):* [_____]

☐ None of the above

☐ Don't know/Unsure

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

64%

## AD PROS™
ADVERTISER PERCEPTIONS

You indicated that you have used **social advertising** in the **last 12 months**.

**Social ads** are digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.

Which of the following platforms, if any, have you used during the **last 12 months** for **social advertising**?
*(Please select all that apply.)*

☐ Twitter

☐ TikTok

☐ Reddit

☐ Snapchat

☐ Tumblr

☐ Instagram

☐ Pinterest

☐ FriendLinx

☐ Facebook

☐ LinkedIn

☐ Other social media platforms *(specify):* [_____]

☐ Don't know/Unsure

Continue »

G.2-20

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

72%

**AD PROS™**
ADVERTISER PERCEPTIONS

The following questions pertain to **digital advertising**.

Previously, you mentioned that you have used the following types of **digital advertising** in the past year.
What is your best estimate of the share of your **digital advertising spending** that was used for each of
these types of advertising in the past year? Specifically, please allocate 100% across the different types of
digital advertising shown below based on the share of your total digital advertising spending on each
type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know/Unsure." Please make sure that numbers add up to 100.)*

| | |
|---|---|
| **Search** | ____ % |
| **Social** | ____ % |
| **Display** | ____ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

G.2-23

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Please read carefully. Now suppose that, based on your analysis, the cost of **display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So, if the cost of display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

◯ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising

◯ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising

◯ Don't know/Unsure

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS**
ADVERTISER PERCEPTIONS

83%

Which of the following metrics, if any, are you using to assess the performance of **display ads** and/or **social media ads**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply in each column.)*

| | Social media ads | Display ads |
|---|---|---|
| Click through rate (CTR) | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ |
| Conversions | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ |
| Impressions | ☐ | ☐ |
| Clicks | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ |
| Other *(please specify)*: | | ☐ |
| Other *(please specify)*: | ☐ | |
| None of the above | ☐ | ☐ |
| Don't know/Unsure | ☐ | ☐ |

Continue »

G.2-27

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



94%

## AD PROS™
ADVERTISER PERCEPTIONS

Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year on your **digital display ads**?

I have run experiments and/or test & learn initiatives testing...
*(Please select all that apply.)*

☐ Bid strategies

☐ Creatives

☐ Publishers

☐ ROI/ROAS

☐ Ad buying tool performance

☐ Audiences

☐ Other *(please specify):* [                    ]

☐ Don't know/Unsure

**Continue »**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**FOLLOW UP QUESTION**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Thank you for taking our survey. Your efforts are greatly appreciated!

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX G.3
# LOWER-SPEND ADVERTISER SURVEY RAW DATA

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# PRODUCED AS NATIVE

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX H
# AGENCY SURVEY

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX H.1 AGENCY SURVEY SCRIPT

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Agency Survey**
**Screener and Main Survey Programmer Instructions**

**LEGEND:**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**FORMAT:**  The survey consists of the following sections:

| |
|---|
| **Introduction & Screening** (questions labeled QS) |
| **Main Survey Questions** (questions labeled Q) |
| **Follow-Up Questions** (questions labeled QF) |

## Overview

**[NO RESPONDENTS TO BE CONTACTED AT COMPANIES FROM THE LIST OF ENTITIES TO BE EXLCUDED]**

**[PANEL CONSISTS OF RESPONDENTS WHO ARE 18+, BASED IN THE U.S., WORK FOR AN ADVERTISING AGENCY, AND WHOSE JOB FUNCTION RELATES TO MARKETING AND/OR ADVERTISING]**

**[TARGET 400 COMPLETES]**

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ANSWER ALL QUESTIONS UNLESS OTHERWISE SPECIFIED]**

**[DISPLAY ONE QUESTION PER PAGE UNLESS OTHERWISE SPECIFIED]**

**[NO SURVEY OR SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**[TEXT FOR TERMINATES: "THANK YOU FOR YOUR INTEREST IN OUR STUDY. YOU DO NOT QUALIFY FOR THIS STUDY. WE APPRECIATE YOUR TIME."]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Introduction and Screening**

QS1.   Please enter the code exactly as it appears in the box below, and then click "Continue" to continue.

**[INSERT CAPTCHA; TERMINATE AFTER THREE INCORRECT ATTEMPTS]**

QS2.   Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

QS3.   What is your age? (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "PREFER NOT TO ANSWER" LAST]**

⊙ Under 18 **[TERMINATE]**
⊙ 18 - 34
⊙ 35 - 49
⊙ 50 - 64
⊙ 65 or above
⊙ Prefer not to answer **[TERMINATE]**

QS4.   What is your gender? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

⊙ Male
⊙ Female
⊙ Other: **[INSERT TEXT BOX]**
⊙ Prefer not to answer

QS5.   In which state do you live? (*Please select only one option.*)

**[INSERT DROP DOWN MENU OF ALL 50 STATES AND DC, PLUS "OTHER" AND "DON'T KNOW / UNSURE"]**

**[TERMINATE IF "OTHER" OR "DON'T KNOW / UNSURE" IS SELECTED]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS6.   Which of the following do you have any involvement in as part of your job responsibilities? *(Please select all that apply.)*

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ❑  Hiring/HR
- ❑  IT/Tech
- ❑  Business intelligence/Data science
- ❑  Sales or account management
- ❑  Accounting/Finance
- ❑  Advertising or Marketing
- ❑  Website/Mobile App design/development
- ❑  Customer relationship management
- ❑  Data analysis/statistics
- ❑  Other *(specify):*

**[TERMINATE IF "Advertising or Marketing" IS NOT SELECTED]**

QS7.   Which of the following best characterizes the type of company you work for? (*Please select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙  **Advertiser/Marketer** – your company sells products or services and advertises/markets its products or services **[TERMINATE]**
- ⊙  **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies **[TERMINATE]**
- ⊙  **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds
- ⊙  **Full Service Agency** – your company handles both Creative and Media strategy and/or execution
- ⊙  **Other** (*please describe*)**: [INSERT TEXT BOX] [TERMINATE]**

QS8.   **[IF FULL SERVICE AGENCY SELECTED IN QS7]** You indicated that you work for a Full Service Agency. Does your work primarily involve Creative strategy (i.e., designing or producing marketing content and/or advising clients on creative strategies) or Media strategy (i.e., advising clients on media/marketing strategy and/or how to spend advertising funds)? *(Please select only one option.)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ⊙  Creative Strategy **[TERMINATE]**
- ⊙  Media Strategy
- ⊙  None of the above **[TERMINATE]**
- ⊙  Don't know / Unsure **[TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS9.   Which of the following best characterizes your current job title/level? (*Select only one option.*)

**[RANDOMIZE; KEEP "OTHER" LAST]**

- ⊙ C-Level (CEO, CMO, COO, etc.)
- ⊙ Account Manager / Account Executive
- ⊙ Business Development Manager
- ⊙ Media Planner
- ⊙ Media Buyer
- ⊙ Project Manager
- ⊙ Social Media Manager
- ⊙ Editor / Writer
- ⊙ Analyst / Researcher
- ⊙ Strategist
- ⊙ Data Scientist / Data Analyst
- ⊙ Traffic Manager
- ⊙ Other (*please describe*): **[INSERT TEXT BOX]**

QS10.  The following questions will ask you about your advertising decisions and practices. For these questions, please think about **the client you spend the most time on** and answer the question from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

QS11.  Which of the following, if any, best characterizes the market sector/industry of the client you spend the most time on? (*Please select only one option.*)

**[DO NOT RANDOMIZE]**

- ⊙ Advertising or Marketing
- ⊙ Apparel/Fashion
- ⊙ Automotive
- ⊙ B2B/Services for Businesses
- ⊙ Consumer Electronics
- ⊙ Education
- ⊙ Financial Products/Services for Consumers (including Fintech)
- ⊙ Food and Beverage
- ⊙ Government
- ⊙ Health and Beauty Products
- ⊙ Home Products/Appliances
- ⊙ Health Care or Medical Services
- ⊙ Media and Entertainment
- ⊙ Non-Profit
- ⊙ Pharmaceuticals and Remedies (Rx or OTC)
- ⊙ Restaurants
- ⊙ Retail (including Ecommerce)
- ⊙ Telecommunications
- ⊙ Travel and Hospitality

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

⊙ Other (*Please describe*): **[INSERT TEXT BOX]**

QS12.  In the **last 12 months**, approximately how much did the client you spend the most time
on spend on all advertising, including all digital types (e.g., display, video, audio,
social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (*Please select only
one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW /
UNSURE" LAST]**

⊙ Less than $10,000
⊙ $10,000 to less than $50,000
⊙ $50,000 to less than $100,000
⊙ $100,000 to less than $250,000
⊙ $250,000 to less than $500,000
⊙ $500,000 to less than $1 million
⊙ $1 million to less than $3 million
⊙ $3 million to less than $7 million
⊙ $7 million to less than $15 million
⊙ $15 million to less than $30 million
⊙ $30 million to less than $50 million
⊙ $50 million to less than $100 million
⊙ $100 million to less than $250 million
⊙ $250 million to less than $500 million
⊙ $500 million or more
⊙ Don't know / Unsure

QS13.  Please think about the total advertising budget for the client you spend the most time
on. In the past year, what percentage of the total advertising budget for the client you
spend the most time on was used for **digital (online) advertising**, as opposed to **offline
advertising**? Please give your best estimate. (*Please enter a number from 0 to 100 for
each type of advertising or select "Don't know / Unsure." Values must add up to
100%.*)

**[FOR ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please enter a
whole number between 0 and 100 for each advertising type, or select "Don't know /
Unsure." Values must add up to 100**"][SHOW TOTAL AT BOTTOM]**

Percentage of budget spent on **digital (online) advertising** last year: [          ]
Percentage of budget spent on **offline advertising** last year: [          ]
⊙ Don't know / Unsure

**[TERMINATE IF DIGITAL (ONLINE) = 0]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

QS14.  Which of the following types of **digital advertising**, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type **carefully**. *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

| | **Advertising Type** | **Description** |
|---|---|---|
| ❏ | Search | Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL. |
| ❏ | Display | Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. |
| ❏ | Email | Digital ads sent via email to current and potential customers. |
| ❏ | Digital Audio | Recorded advertisements that play between or during songs, podcasts, or other digital audio content. |
| ❏ | Social | Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. |
| ❏ | App/In-App | Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms. |
| ❏ | Digital Video | Includes video ads that appear before, during, or after digital content in a video player, such as YouTube. |
| ❏ | Connected TV | Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc. |
| ❏ | eCommerce Platforms | Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart. |
| ❏ | Other *(specify and explain):* **[INSERT TEXT BOX]** | |
| ⊙ Don't know / Unsure **[EXCLUSIVE]** | | |

**[TERMINATE IF "DISPLAY" IS NOT SELECTED]**

QS15.  You indicated that you have used **display advertising** in the past year for the client you spend the most time on. Display ad inventory can be purchased through programmatic

H.1-7

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.

**Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.

**Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.

Which of the following transaction methods have you used to purchase **display ad inventory** in the past year for the client you spend the most time on? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ☐ Programmatic
- ☐ Direct Deals
- ⊙ None of the above **[EXCLUSIVE]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

**[TERMINATE IF "PROGRAMMATIC" IS NOT SELECTED]**

QS16.  **[IF "SOCIAL" IS SELECTED IN QS14]** You indicated that you have used **social advertising** in the past year for the client you spend the most time on. Which of the following social media platforms, if any, have you used in the past year for the client you spend the most time on? (*Please select all that apply.*)

**[RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE", AND "DON'T KNOW / UNSURE" LAST]**

- ☐ Facebook
- ☐ Instagram
- ☐ Pinterest
- ☐ Snapchat
- ☐ TikTok
- ☐ Twitter
- ☐ LinkedIn
- ☐ Reddit
- ☐ Tumblr
- ☐ FriendLinx
- ☐ Other social media platforms *(specify)*: **[INSERT TEXT BOX]**
- ⊙ None of the above **[EXCLUSIVE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

⊙ Don't know / Unsure **[EXCLUSIVE]**

QS17.  In the **last 12 months**, in which of the following ways have you personally been involved in **digital display** advertising efforts on behalf of the client you spend the most time on? (*Select all that apply.*)

**[RANDOMIZE; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

❐ I determine or advise the client regarding overall strategies and/or budgets for digital display.

❐ I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display.

❐ I regularly use self-serve ad platforms to manage digital display campaigns for the client.

❐ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns for the client.

❐ I regularly set up audience/target parameters for programmatic digital display buying for the client.

❐ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying for the client.

❐ I measure results of digital display campaigns for the client.

❐ I oversee a team/individuals that measure(s) results of digital display campaigns for the client.

⊙ None of the above **[EXCLUSIVE] [TERMINATE]**

⊙ Don't know / Unsure **[EXCLUSIVE] [TERMINATE]**

**[TERMINATE IF NONE OF "I determine or advise the client regarding overall strategies and/or budgets for digital display", "I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display", "I regularly use self-serve ad platforms to manage digital display campaigns for the client", and "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns for the client" ARE SELECTED]**

QS18.  This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. (*Please select only one option.*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Not at all likely **[TERMINATE]**

⊙ Not likely **[TERMINATE]**

⊙ Neither unlikely nor likely **[TERMINATE]**

⊙ Somewhat likely

⊙ Very likely **[TERMINATE]**

⊙ Don't know / Unsure **[TERMINATE]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

---

**Main Questionnaire**

Q1.  You have been selected to answer additional questions about your advertising practices for **the client you spend the most time on**. Please continue to think about the client you spend the most time on and answer the question from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

**Relative Roles of Agency vs. the Client**

Q2.  Which of the following best describes your involvement in each of these activities for the client you spend the most time on? *(Please select a value on the slider between 0 and 100 for each activity. If you do not have an answer, please select "Don't know / Unsure".)*

**[SHOW SLIDER FOR EACH ROW FROM 0 TO 100, LABEL "I AM NOT INVOLVED IN THESE DECISIONS" 0 AND "I AM THE PRIMARY DECISION-MAKER" 100. INCLUDE OPTION FOR "DON'T KNOW / UNSURE"]**

**[RANDOMIZE ORDER OF ROWS]**

Determining initial advertising budget
Allocating budget across different advertising types
Increasing/decreasing spending on a particular type of advertising
Increasing/decreasing spending on a particular ad campaign
Making changes to a campaign based on its performance
Deciding where to advertise
Deciding whether to purchase display ads programmatically or through direct deals with publishers
Measuring performance of display ad campaigns

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| Budget Allocation and Substitution |
| :--- |

Q3.  The following questions pertain to **digital advertising.**

Previously, you mentioned that the client you spend the most time on has used the following types of **digital advertising** in the past year. What is your best estimate of the share of the **digital advertising** budget of the client you spend the most time on that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your client's total digital advertising budget spent on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please enter a number from 0 to 100 in each cell, or select "Don't know / Unsure." Please make sure that numbers add up to 100.)*

**[SHOW ALL ANSWER OPTIONS SELECTED IN QS14 AND QS15 WITH TEXT BOX REQUIRING WHOLE NUMBER BETWEEN 0 AND 100. RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST. SHOW RUNNING TOTAL AT THE BOTTOM OF THE PAGE WITH THE SUM OF THE NUMBERS ENTERED]**

**[DISPLAY DESCRIPTIONS FROM QS14 AND QS15 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[THE SUM OF ALL NUMBERS MUST EQUAL 100. IF RESPONDENT CLICKS "NEXT" AND THE SUM OF THE NUMBERS IS NOT EQUAL TO 100, SHOW THE FOLLOWING ERROR MESSAGE: "**Sorry, your answers do not add up to 100. Please try again.**"]**

**[FOR ALL OTHER ERRORS, DISPLAY THE FOLLOWING ERROR MESSAGE: "**Please specify a whole number in each cell, and do not leave any cell blank. Please enter 0 if you do not spend any portion of your advertising budget on a type of advertising.**"]**

Search: ☐

Programmatic Display: ☐

Direct Deals Display: ☐

Email: ☐

Digital Audio: ☐

Social: ☐

App/In-app: ☐

Digital Video: ☐

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Connected TV: ☐

eCommerce Platforms: ☐

Other ☐

**TOTAL** **[SHOW SUM OF NUMBERS ABOVE]**

⊙ Don't know / Unsure **[EXCLUSIVE]**

Q4. Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has **recently increased by a small but significant amount, and will remain elevated for the foreseeable future**. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have **not** changed and are not expected to change.

So, for **the client you spend the most time on**, if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising.

⊙ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising. **[SKIP TO Q7]**

⊙ Don't know / Unsure **[SKIP TO Q7]**

Q5. To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year for **the client you spend the most time on**, as a result of the **increase in the cost of programmatic display advertising**?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply.)*

**[DISPLAY DESCRIPTIONS FROM QS14 AND QS15 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING. RANDOMIZE ORDER; KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**

☐ Search
☐ Direct Deals Display
☐ Email
☐ Digital Audio
☐ Social
☐ App/In-App

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- ☐ Digital Video
- ☐ Connected TV
- ☐ eCommerce Platforms
- ☐ Other
- ⊙ None of the above **[EXCLUSIVE] [SKIP TO Q7]**
- ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q7]**

Q6.   In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below.

Please use the sliders below to indicate, on a scale of **0** to **10**, the extent to which you would divert (that is, increase) advertising spending for the coming year for **the client you spend the most time on** to **each type of digital advertising** that you just indicated.

For each digital advertising type below, please select **0** if you expect to keep spending on that type of digital advertising for the coming year and **10** if you expect to substantially increase spending on that type of digital advertising.

To review the advertising type descriptions, hover your mouse over each digital advertising type.

**[SHOW ANSWER OPTIONS SELECTED IN Q5. MATCH ORDER OF RESPONSES TO Q5. FOR EACH ADVERTISING TYPE, SHOW SLIDER FROM 0 TO 10, LABEL 0 "KEEP THE SAME" AND 10 "SUBSTANTIALLY INCREASE." INCLUDE OPTION FOR "DON'T KNOW / UNSURE".]**

**[DISPLAY DESCRIPTIONS FROM QS14 AND QS15 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

| | | |
|---|---|---|
| Search | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Direct Deals Display | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Email | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Audio | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Social | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| App/In-app | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Digital Video | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Connected TV | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| eCommerce Platforms | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |
| Other | **[INSERT SLIDER]** | ⊙ Don't know / Unsure |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Use of Ad Buying Tools for Programmatic Display (Multihoming)**

Q7.  An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."

Which of the following ad buying tools, if any, have you used in the **past year** for **programmatic display advertising** for the client you spend the most time on? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**
- ❏ Google Ads
- ❏ Google Display and Video 360 (DV360)
- ❏ illumin (formerly AcuityAds)
- ❏ Adelphic
- ❏ Adform
- ❏ Adobe Advertising Cloud
- ❏ Amazon DSP
- ❏ Amobee
- ❏ Basis by Centro
- ❏ Beeswax
- ❏ Criteo
- ❏ MediaMath DSP
- ❏ Outbrain
- ❏ Quantcast
- ❏ Simpli.fi
- ❏ StackAdapt
- ❏ Taboola
- ❏ The Trade Desk DSP
- ❏ Yahoo DSP (formerly Verizon Media DSP)
- ❏ Xandr Invest
- ❏ Zeta Global
- ❏ Quorexx
- ❏ Ad Step Technologies
- ❏ Other (*please specify*): **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE] [SKIP TO Q16]**

**[ADD FOLLOWING TEXT AS HOVER OVER FOR ALL INSTANCES OF "AD BUYING TOOL" IN FOLLOWING QUESTIONS:** An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."**]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q8.   **[IF MORE THAN ONE AD BUYING TOOL IS SELECTED IN Q7]** Why did you use more than one ad buying tool for **programmatic display advertising** in the past year for the client you spend the most time on? *(Please type in your response, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**

- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q9.   Do you expect to use the same number, more, or fewer ad buying tools for **programmatic display advertising** next year for the client you spend the most time on? *(Please select only one option.)*

**[RANDOMIZE ORDER; KEEP "DON'T KNOW / UNSURE" LAST]**
- ⊙ I expect to use **more** ad buying tools for programmatic display advertising next year for the client I spend the most time on.
- ⊙ I expect to use **fewer** ad buying tools for programmatic display advertising next year for the client I spend the most time on.
- ⊙ I expect to use the **same number** of ad buying tools for programmatic display advertising next year for the client I spend the most time on.
- ⊙ Don't know / Unsure

Q10.  **[IF MORE OR FEWER SELECTED IN Q9]** You indicated that, compared to the past year, you expect to use **[PIPE IN BASED ON ANSWER IN Q9: "more" or "fewer"]** ad buying tools for programmatic display advertising next year for the client you spend the most time on. Why do you expect to use **[PIPE IN BASED ON ANSWER IN Q9: "more" or "fewer"]** ad buying tools for programmatic display advertising next year for the client you spend the most time on? *(Please type in your response or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**

- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q11.  Which of the following factors, if any, do you consider when deciding to use a particular ad buying tool for **programmatic display advertising** for the client you spend the most time on? *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**
- ☐ Ad placement effectiveness
- ☐ Audience scale / Reach

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

- ❏ Ease of use / User interface
- ❏ Targeting criteria and capabilities
- ❏ Reporting features
- ❏ Forecasting tools
- ❏ Budget management tools
- ❏ API and integrations
- ❏ Troubleshooting capabilities
- ❏ Media optimization of placements during a campaign
- ❏ Brand safety / fraud protection
- ❏ Identity management
- ❏ Support
- ❏ Cost
- ❏ Other (*please specify*): **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q12. Have you stopped using any ad buying tool(s) for **programmatic display advertising** in the **past year** for the client you spend the most time on? *(Please select only one option.)*

   **[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Yes, I stopped using at least one ad buying tool in the past year for the client I spend the most time on.
- ⊙ No, I have **not** stopped using any ad buying tools in the past year for the client I spend the most time on.
- ⊙ Don't know / Unsure

Q13. **[IF YES IN Q12]** You indicated that you stopped using at least one ad buying tool in the **past year** for **programmatic display advertising** for the client you spend the most time on. What factors led you to stop using one or more ad buying tools for **programmatic display advertising** for the client you spend the most time on? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

   **[INSERT TEXT BOX]**
   **[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**

- ⊙ Don't know / Unsure **[EXCLUSIVE]**

Q14. Have you started using any ad buying tool(s) in the **past year** for **programmatic display advertising** for the client you spend the most time on? *(Please select only one option.)*

   **[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

⊙   Yes, I started using at least one ad buying tool in the past year for the client I spend the most time on.
⊙   No, I have **not** started using any ad buying tools in the past year for the client I spend the most time on.
⊙   Don't know / Unsure

Q15.  **[IF YES IN Q14]** You indicated that you started using at least one ad buying tool in the **past year** for **programmatic display advertising** for the client you spend the most time on. What factors led you to start using one or more ad buying tools for **programmatic display advertising** for the client you spend the most time on? *(Please type your response in the text box below, or select "Don't know / Unsure".)*

**[INSERT TEXT BOX]**
**[REQUIRE AT LEAST 4 CHARACTERS; IF ENTRY IS LESS THAN 4 CHARACTERS, SHOW ERROR "***Please be thorough in your response.***"]**

⊙   Don't know / Unsure **[EXCLUSIVE]**

**Measuring Performance**

Q16.  **[ONLY INCLUDE ADVERTISING TYPES SELECTED IN QS13 AND QS15]** Which of the following metrics, if any, do you use to assess the performance of **programmatic display ads**, **direct deals display ads, social media ads,** and/or **digital video ads** for the client you spend the most time on?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply in each column.)*

**[DISPLAY DESCRIPTIONS FROM QS14 AND QS15 WHEN RESPONDENT HOVERS OVER TYPE OF ADVERTISING]**

**[RANDOMIZE ORDER OF ROWS, KEEP "OTHER," "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST. RANDOMIZE ORDER OF COLUMNS]**

| Metric | Programmatic display ads | Direct deals display ads | Social media ads | Digital video ads |
|---|---|---|---|---|
| Impressions | ☐ | ☐ | ☐ | ☐ |
| Clicks | ☐ | ☐ | ☐ | ☐ |
| Conversions | ☐ | ☐ | ☐ | ☐ |
| Cost per impression (CPM) | ☐ | ☐ | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ | ☐ | ☐ |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| | | | | |
|---|---|---|---|---|
| Click through rate (CTR) | ☐ | ☐ | ☐ | ☐ |
| Other (*please specify*): **[TEXT BOX]** | ☐ | ☐ | ☐ | ☐ |
| None of the above **[EXCLUSIVE]** | ⊙ | ⊙ | ⊙ | ⊙ |
| Don't know / Unsure **[EXCLUSIVE]** | ⊙ | ⊙ | ⊙ | ⊙ |

Q17. **[ONLY IF MORE THAN ONE METRIC FOR PROGRAMMATIC DISPLAY ADS ARE SELECTED IN Q16]** You indicated that you use the following metrics to assess the performance of **programmatic display ads** for the client you spend the most time on. Please rank these metrics in terms of **how important they are to accurately assessing the performance of programmatic display ads**, with 1 being the most important and **[NUMBER OF MEASURES SELECTED IN Q16]** being the least important. *(Please rank the following metrics, or select "Don't know / Unsure".)*

**[HAVE RESPONDENTS ASSIGN A RANK FROM 1 TO THE NUMBER OF RESPONSES SELECTED IN Q16 FOR EACH PERFORMANCE METRIC]**
⊙ Don't know / Unsure **[EXCLUSIVE]**

Q18. How often, if at all, do you measure or assess the performance of the **programmatic display advertising** for the client you spend the most time on? *(Please select only one option.)*

**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Daily
⊙ Weekly
⊙ Monthly
⊙ Quarterly
⊙ Annually
⊙ Don't know / Unsure

Q19. In the past year, have you run any experiments or test & learn initiatives to assess the performance of the **programmatic display ads** for the client you spend the most time on? *(Please select only one option.)*
**[RANDOMIZE ORDER AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

⊙ Yes
⊙ No
⊙ Don't know / Unsure

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Q20. **[IF YES IN Q19]** Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year to assess the performance of the **programmatic display ads** for the client you spend the most time on?

I have run experiments and/or test & learn initiatives testing… *(Please select all that apply.)*

**[RANDOMIZE ORDER; KEEP "OTHER" AND "DON'T KNOW / UNSURE" LAST]**

- ☐ Creatives
- ☐ Bid strategies
- ☐ Audiences
- ☐ Publishers
- ☐ Ad buying tool performance
- ☐ ROI/ROAS
- ☐ Other (*please specify*): **[TEXT BOX]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

<div style="background:black;color:white;padding:2px">**Follow Up Question**</div>

QF1. This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising.

If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses.

If you do not want to participate in this survey, please click "Exclude my responses" below.

**[RANDOMIZE ORDER]**

- ⊙ Include my responses
- ⊙ Exclude my responses

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX H.2
# AGENCY SURVEY SCREENSHOTS

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**INTRODUCTION AND SCREENING**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



3%

Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know/Unsure" option. There are no right or wrong answers.

Your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. The results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



9%

## What is your gender?
*(Please select only one option.)*

○ Female

○ Male

○ Other: [                    ]

○ Prefer not to answer

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS™**
ADVERTISER PERCEPTIONS

15%

## Which of the following do you have any involvement in as part of your job responsibilities?
*(Please select all that apply.)*

☐ Data analysis/statistics

☐ Accounting/Finance

☐ Customer relationship management

☐ Advertising or Marketing

☐ Website/Mobile App design/development

☐ Hiring/HR

☐ IT/Tech

☐ Sales or account management

☐ Business intelligence/Data science

☐ Other *(specify)*: _____

Continue »

HIGHLIGHTLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



18%

## Which of the following best characterizes the type of company you work for?

*(Please select only one option.)*

○ **Full Service Agency** – your company handles both Creative and Media strategy and/or execution

○ **Media Agency** – your company advises clients on their media/marketing strategies and/or how to spend their advertising funds

○ **Creative Agency** – your company designs or produces marketing content and/or advises clients on their creative media/marketing strategies

○ **Advertiser/Marketer** – your company sells products or services and advertises/markets its products or services

○ **Other** *(please describe):* [_____]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



You indicated that you work for a Full Service Agency. Does your work primarily involve Creative strategy (i.e., designing or producing marketing content and/or advising clients on creative strategies) or Media strategy (i.e., advising clients on media/marketing strategy and/or how to spend advertising funds)?
*(Please select only one option.)*

◯ Creative Strategy

◯ Media Strategy

◯ None of the above

◯ Don't know/Unsure

[ Continue » ]

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

24%

# AD PROS™
## ADVERTISER PERCEPTIONS

### Which of the following best characterizes your current job title/level?
*(Please select only one option.)*

○ Media Planner

○ Media Buyer

○ Strategist

○ Social Media Manager

○ Data Scientist/Data Analyst

○ Business Development Manager

○ Account Manager/Account Executive

○ Editor/Writer

○ Project Manager

○ Traffic Manager

○ C-Level (CEO, CMO, COO, etc.)

○ Analyst/Researcher

○ Other *(please describe):* _____

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



The following questions will ask you about your advertising decisions and practices. For these questions, please think about **the client you spend the most time on** and answer the question from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**AD PROS**
ADVERTISER PERCEPTIONS

29%

Which of the following, if any, best characterizes the market sector/industry of the client you spend the most time on?
*(Please select only one option.)*

○ Advertising or Marketing

○ Apparel/Fashion

○ Automotive

○ B2B/Services for Businesses

○ Consumer Electronics

○ Education

○ Financial Products/Services for Consumers (including Fintech)

○ Food and Beverage

○ Government

○ Health and Beauty Products

○ Home Products/Appliances

○ Health Care or Medical Services

○ Media and Entertainment

○ Non-Profit

○ Pharmaceuticals and Remedies (Rx or OTC)

○ Restaurants

○ Retail (including Ecommerce)

○ Telecommunications

○ Travel and Hospitality

○ Other *(Please describe):* [_____]

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



In the **last 12 months**, how much did the client you spend the most time on spend on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)?

*(Please select only one option.)*

○ Less than $10,000

○ $10,000 to less than $50,000

○ $50,000 to less than $100,000

○ $100,000 to less than $250,000

○ $250,000 to less than $500,000

○ $500,000 to less than $1 million

○ $1 million to less than $3 million

○ $3 million to less than $7 million

○ $7 million to less than $15 million

○ $15 million to less than $30 million

○ $30 million to less than $50 million

○ $50 million to less than $100 million

○ $100 million to less than $250 million

○ $250 million to less than $500 million

○ $500 million or more

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

36%

## AD PROS™
### ADVERTISER PERCEPTIONS

Please think about the total advertising budget for the client you spend the most time on. In the past year, what percentage of the total advertising budget for the client you spend the most time on was used for **digital (online) advertising**, as opposed to **offline advertising**? Please give your best estimate.

*(Please enter a number from 0 to 100 for each type of advertising or select "Don't know/Unsure." Values must add up to 100%.)*

| | |
|---|---|
| Percentage of budget spent on **digital (online) advertising** last year: | _____ % |
| Percentage of budget spent on **offline advertising** last year: | _____ % |
| Don't know/Unsure | ☐ |
| | Total: 0 % |

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

39%

# AD PROS™
## ADVERTISER PERCEPTIONS

Which of the following types of **digital advertising**, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type **carefully.**

*(Please select all that apply.)*

☐ **Digital Audio** (Recorded advertisements that play between or during songs, podcasts, or other digital audio content.)

☐ **Connected TV** (Includes digital advertising that appears on home screens of CTV devices and in-stream video ads that appear on CTVs from platforms like Hulu, Roku and YouTube. CTVs are TV sets connected to the internet through built-in internet capability or through another device such as a Blu-ray player, game console, set-top box (e.g., Apple TV, Google Chromecast, Roku), etc.)

☐ **eCommerce Platforms** (Digital ads that appear on eCommerce platforms, such as Amazon.com or Instacart.)

☐ **Display** (Digital ads made up of text, image, video, and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms.)

☐ **Search** (Digital ads placed on search engine result pages. Ads generally consist of a headline, description, and a link to the destination URL.)

☐ **Email** (Digital ads sent via email to current and potential customers.)

☐ **Social** (Digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter.)

☐ **App/In-App** (Digital ads placed and displayed within mobile apps. Does not include ads placed on social media platforms.)

☐ **Digital Video** (Includes video ads that appear before, during, or after digital content in a video player, such as YouTube.)

☐ Other *(specify and explain):* _____

☐ Don't know/Unsure

Continue »

H.2-15

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



You indicated that you have used **display advertising** in the past year for the client you spend the most time on. Display ad inventory can be purchased through programmatic transaction methods or through direct deals with publishers. Please review the below descriptions about these transaction methods.

**Programmatic:** Ads that are purchased programmatically are transacted and fulfilled using automation. In programmatic transactions, the price of each impression is typically determined in an auction conducted automatically before the impression is served.

**Direct Deals:** Ads that are purchased through a direct negotiation, or "direct deal," with the publisher. In direct deals, the price of the ad inventory is typically set through a one-to-one negotiation between the advertiser and the publisher rather than through an auction. "Direct deals" include programmatic direct deals, such as programmatic guaranteed deals and preferred deals.

Which of the following transaction methods have you used to purchase **display ad inventory** in the past year for the client you spend the most time on?
*(Please select all that apply.)*

☐ Direct Deals

☐ Programmatic

☐ None of the above

☐ Don't know/Unsure

Continue »

H.2-16

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

45%

## AD PROS™
### ADVERTISER PERCEPTIONS

You indicated that you have used **social advertising** in the past year for the client you spend the most time on. Which of the following social media platforms, if any, have you used in the past year for the client you spend the most time on?
*(Please select all that apply.)*

☐ Facebook

☐ Pinterest

☐ Snapchat

☐ Tumblr

☐ TikTok

☐ Twitter

☐ Reddit

☐ Instagram

☐ LinkedIn

☐ FriendLinx

☐ Other social media platforms *(specify):* [              ]

☐ None of the above

☐ Don't know/Unsure

Continue »

H.2-17

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



48%

In the **last 12 months**, in which of the following ways have you personally been involved in **digital display** advertising efforts on behalf of the client you spend the most time on?
*(Select all that apply.)*

☐ I determine or advise the client regarding overall strategies and/or budgets for digital display.

☐ I regularly use self-serve ad platforms to manage digital display campaigns for the client.

☐ I oversee a team/individuals that measure(s) results of digital display campaigns for the client.

☐ I oversee a team/individuals that set(s) up audience/target parameters for programmatic digital display buying for the client.

☐ I regularly set up audience/target parameters for programmatic digital display buying for the client.

☐ I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display.

☐ I measure results of digital display campaigns for the client.

☐ I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns for the client.

☐ None of the above

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

49%

This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below.

*(Please select only one option.)*

○ Not at all likely

○ Not likely

○ Neither unlikely nor likely

○ Somewhat likely

○ Very likely

○ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**MAIN QUESTIONNAIRE**

52%



You have been selected to answer additional questions about your advertising practices for **the client you spend the most time on**. Please continue to think about the client you spend the most time on and answer the questions from the perspective of that client. If there are multiple clients you spend the most time on, please answer the following questions from the perspective of the most typical of those clients.

For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know/Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Increasing/decreasing spending on a particular type of advertising

I am not involved in these decisions = 0

I am the primary decision-maker = 100

☐ *Don't know/Unsure*

Determining initial advertising budget

I am not involved in these decisions = 0

I am the primary decision-maker = 100

☐ *Don't know/Unsure*

Allocating budget across different advertising types

I am not involved in these decisions = 0

I am the primary decision-maker = 100

☐ *Don't know/Unsure*

Increasing/decreasing spending on a particular ad campaign

I am not involved in these decisions = 0

I am the primary decision-maker = 100

☐ *Don't know/Unsure*

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

59%

**AD PROS™**
ADVERTISER PERCEPTIONS

The following questions pertain to **digital advertising**.

Previously, you mentioned that the client you spend the most time on has used the following types of **digital advertising** in the past year. What is your best estimate of the share of the **digital advertising** budget of the client you spend the most time on that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your client's total digital advertising budget spent on each type. The total should add up to 100%.

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please enter a number from 0 to 100 in each cell, or select "Don't know/Unsure." Please make sure that numbers add up to 100.)*

| | |
|---|---|
| Programmatic Display | [ ] % |
| Direct Deals Display | [ ] % |
| Search | [ ] % |
| Digital Video | [ ] % |
| Social | [ ] % |
| Don't know/Unsure | [ ] |
| | Total: 0 % |

Continue »

H.2-23

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Please read carefully. Now suppose that, based on your analysis, the cost of **programmatic display advertising** has <u>recently increased by a small but significant amount, and will remain elevated for the foreseeable future</u>. Assume further that, based on similar analyses for other digital advertising types, the **costs of other digital advertising types** have <u>**not**</u> changed and are not expected to change.

So, for **the client you spend the most time on**, if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), <u>will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising</u>?

◯ Yes, I will divert some of my advertising spending for the coming year to other types of digital advertising.

◯ No, I will **not** divert any of my advertising spending for the coming year to other types of digital advertising.

◯ Don't know/Unsure

Continue »

H.2-24

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



65%

To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year for **the client you spend the most time on**, as a result of the <u>increase in the cost of programmatic display advertising</u>?

To review the advertising type descriptions, hover your mouse over each digital advertising type.
*(Please select all that apply.)*

- ☐ Digital Audio
- ☐ eCommerce Platforms
- ☐ Search
- ☐ Direct Deals Display
- ☐ App/In-App
- ☐ Digital Video
- ☐ Social
- ☐ Email
- ☐ Connected TV
- ☐ Other
- ☐ None of the above
- ☐ Don't know/Unsure

Continue »

H.2-25

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# AD PROS™
### ADVERTISER PERCEPTIONS

68%

An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs."

Which of the following ad buying tools, if any, have you used in the **past year** for **programmatic display advertising** for the client you spend the most time on?
*(Please select all that apply.)*

| | | | |
|---|---|---|---|
| MediaMath DSP | ☐ | Criteo | ☐ |
| The Trade Desk DSP | ☐ | Xandr Invest | ☐ |
| Basis by Centro | ☐ | Beeswax | ☐ |
| Adobe Advertising Cloud | ☐ | Yahoo DSP (formerly Verizon Media DSP) | ☐ |
| Outbrain | ☐ | Simpli.fi | ☐ |
| Adform | ☐ | Amobee | ☐ |
| Quorexx | ☐ | Zeta Global | ☐ |
| Taboola | ☐ | Amazon DSP | ☐ |
| Ad Step Technologies | ☐ | Adelphic | ☐ |
| Google Display and Video 360 (DV360) | ☐ | Quantcast | ☐ |
| Google Ads | ☐ | Other *(please specify):* | ☐ |
| illumin (formerly AcuityAds) | ☐ | Don't know/Unsure | ☐ |
| StackAdapt | ☐ | | |

Continue »

H.2-27

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



70%

Do you expect to use the same number, more, or fewer ad buying tools for **programmatic display advertising** next year for the client you spend the most time on?
*(Please select only one option.)*

◯ I expect to use the **same number** of ad buying tools for programmatic display advertising next year for the client I spend the most time on.

◯ I expect to use **more** ad buying tools for programmatic display advertising next year for the client I spend the most time on.

◯ I expect to use **fewer** ad buying tools for programmatic display advertising next year for the client I spend the most time on.

◯ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

75%

# AD PROS™
## ADVERTISER PERCEPTIONS

Which of the following factors, if any, do you consider when deciding to use a particular ad buying tool for **programmatic display advertising** for the client you spend the most time on?
*(Please select all that apply.)*

- Media optimization of placements during a campaign
- Brand safety/fraud protection
- Forecasting tools
- Cost
- Audience scale/Reach
- Ad placement effectiveness
- API and integrations
- Support
- Identity management
- Reporting features
- Ease of use/User interface
- Budget management tools
- Targeting criteria and capabilities
- Troubleshooting capabilities
- Other *(please specify):* _____
- Don't know/Unsure

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



80%

You indicated that you stopped using at least one ad buying tool in the **past year** for **programmatic display advertising** for the client you spend the most time on. What factors led you to stop using one or more ad buying tools for **programmatic display advertising** for the client you spend the most time on?

*(Please type your response in the text box below, or select "Don't know/Unsure".)*

☐ Don't know/Unsure

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**HIGHLIGHTLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## AD PROS™
ADVERTISER PERCEPTIONS

85%

Which of the following metrics, if any, do you use to assess the performance of programmatic display ads, direct deals display ads, social media ads and/or digital video ads for the client you spend the most time on?

To review the advertising type descriptions, hover your mouse over each digital advertising type.

*(Please select all that apply in each column.)*

| | Programmatic display ads | Digital video ads | Direct deals display ads | Social media ads |
|---|---|---|---|---|
| Cost per impression (CPM) | ☐ | ☐ | ☐ | ☐ |
| Clicks | ☐ | ☐ | ☐ | ☐ |
| Cost per click (CPC) | ☐ | ☐ | ☐ | ☐ |
| Return on Investment (ROI) | ☐ | ☐ | ☐ | ☐ |
| Return on Ad Spend (ROAS) | ☐ | ☐ | ☐ | ☐ |
| Impressions | ☐ | ☐ | ☐ | ☐ |
| Cost per action (CPA) | ☐ | ☐ | ☐ | ☐ |
| Conversions | ☐ | ☐ | ☐ | ☐ |
| Click through rate (CTR) | ☐ | ☐ | ☐ | ☐ |
| Other *(please specify):* _____ | ☐ | | | |
| Other *(please specify):* _____ | | | ☐ | |
| Other *(please specify):* _____ | | | | ☐ |
| Other *(please specify):* _____ | | ☐ | | |
| None of the above | ☐ | ☐ | ☐ | ☐ |
| Don't know/Unsure | ☐ | ☐ | ☐ | ☐ |

Continue »

H.2-36

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

90%

**AD PROS™**
ADVERTISER PERCEPTIONS

How often, if at all, do you measure or assess the performance of the **programmatic display advertising** for the client you spend the most time on?
*(Please select only one option.)*

○ Daily

○ Weekly

○ Monthly

○ Quarterly

○ Annually

○ Don't know/Unsure

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

92%

**AD PROS™**
ADVERTISER PERCEPTIONS

In the past year, have you run any experiments or test & learn initiatives to assess the performance of the **programmatic display ads** for the client you spend the most time on?
*(Please select only one option.)*

○ Yes

○ No

○ Don't know/Unsure

Continue »

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

95%

**AP AD PROS™**
ADVERTISER PERCEPTIONS

Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year to assess the performance of the **programmatic display ads** for the client you spend the most time on?

I have run experiments and/or test & learn initiatives testing...
*(Please select all that apply.)*

☐ ROI/ROAS

☐ Creatives

☐ Audiences

☐ Ad buying tool performance

☐ Bid strategies

☐ Publishers

☐ Other *(please specify)*: [_____]

☐ Don't know/Unsure

Continue »

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**FOLLOW UP QUESTION**



**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**



Thank you for taking our survey. Your efforts are greatly appreciated!

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX H.3
# AGENCY SURVEY
# RAW DATA

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# PRODUCED AS NATIVE

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I
# NO CONTACT LIST

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

# NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| 33 Across | Ad Tech Provider |
| Accenture Federal Services | Ad Agency |
| AccuWeather | Publisher |
| AdButler & Sparklit Networks, Inc. | Ad Tech Provider |
| AdClickMedia | Ad Tech Provider |
| Adform | Ad Tech Provider |
| AdGlare | Ad Tech Provider |
| Adning | Ad Tech Provider |
| Adobe Inc. | Ad Tech Provider |
| AdRecover | Ad Tech Provider |
| Adsmovil | Ad Agency |
| Adsterra | Ad Tech Provider |
| Advance Publications, Inc. | Publisher |
| Advertising Council, Inc., The (AdCouncil) | Ad Agency |
| Aim Media Indiana Operating, LLC | Publisher |
| AIM Media Midwest Operating, LLC | Publisher |
| AIM Media Texas Operating, LLC | Publisher |
| Alaska Department of Labor | State Agency |
| Alaska Department Of Revenue | State Agency |
| Alaska Office Of Veterans Affairs | State Agency |
| Alaska, State of | State / Territory |
| Alden Global Capital | Publisher |
| Alhurra, Inc. | Advertiser |
| Ally Financial | Advertiser |
| Altice | Publisher |
| Amazon (including Twitch (ad server)) | Ad Tech Provider |
| American Express | Advertiser |
| Amtrak (The National Railroad Passenger Corporation) | Federal Agency |
| ANGI | Advertiser |
| Anheuser Busch Inbev | Advertiser |
| Apco | Ad Agency |
| Apollo (including Verizon Media/Yahoo, Oath, Adapt.tv, Brightroll, Nexage, and Michaels (Publisher)) | Ad Tech Provider |
| Appen Media Group, Inc. | Publisher |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Apple (including AppleNews (publisher)) | Ad Tech Provider |
| AppLovin Corporation / MoPub | Ad Tech Provider |
| Aptive Resources, LLC | Ad Agency |
| Arizona Game & Fish Department | State Agency |
| Arizona State University | State Agency |
| Arizona, State of | State / Territory |
| Arkansas Department of Parks, Heritage and Tourism | State Agency |
| Arkansas Division Of Higher Education | State Agency |
| Arkansas, State of | State / Territory |
| Arrieta, Nicholas | Advertiser |
| Associated Newspapers Ltd. | Publisher |
| Associated Press, The | Publisher |
| Astarita, Mark J. | Advertiser |
| AT&T and subsidiaries (Xandr [f/k/a AppNexus], Warner Bros.) | Ad Tech Provider |
| Autodesk | Advertiser |
| Bed, Bath, & Beyond | Publisher |
| Berkshire Hathaway | Advertiser |
| Best Buy Co., Inc. | Advertiser |
| Bidvertiser | Ad Tech Provider |
| Big Lens | Ad Agency |
| Bigler, Jason | Ad Tech Provider |
| Billow Marketing | Ad Agency |
| Blaine Warren | Ad Agency |
| Blast Analytics & Marketing | GMP-certified partner |
| Bloomberg L.P. | Publisher |
| Boeing | Advertiser |
| Boland, Brian | Ad Tech Provider |
| Borgman, Christine L. | Other |
| Bounteous | GMP-certified partner |
| Brightcom | Ad Tech Provider |
| Broadstreet | Ad Tech Provider |
| Brown County Publishing Company Inc | Publisher |
| Browne, Simone | Other |
| Brunet Garcia Advertising Inc. | Ad Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Bully Pulpit Interactive | Ad Agency |
| BuySellAds | Ad Tech Provider |
| Buzzfeed, Inc. | Publisher |
| CACI International | Ad Agency |
| California Department Of Food & Agriculture | State Agency |
| California, State of | State / Territory |
| Californians Aware | Other |
| Campbell Ewald | Ad Agency |
| Capital Region Independent Media LLC | Publisher |
| Capitol One, Inc. | Advertiser |
| Cardinal Path | Reseller |
| Carmax (including Edmunds) | Publisher |
| CBC Creative | Ad Agency |
| Ceasar's Entertainment | Advertiser |
| Center for Investigative Reporting, The (d/b/a Reveal) | Publisher |
| Centers for Medicare and Medicaid Services | Federal Agency |
| Central Michigan University | State Agency |
| Charles Tombras Advertising, Inc. | Ad Agency |
| Charleston Publishing Co., Inc. | Publisher |
| Choozle | Ad Tech Provider |
| Clarion Publishing Company, Inc. | Publisher |
| Clarke Publishing, Inc. | Publisher |
| Clarksburg Publishing Company (doing business as WV News) | Publisher |
| Clickso | Advertiser |
| Cliffy Care Landscaping LLC | Advertiser |
| Coastal Point LLC | Publisher |
| Coca-Cola | Advertiser |
| College Of Southern Nevada | State Agency |
| College of Western Idaho | State Agency |
| Colorado Office Of Early Childhood | State Agency |
| Colorado State University | State Agency |
| Colorado, State of | State / Territory |
| Comcast (including FreeWheel, Beeswax, NBCUniversal (Publisher), Fandango, and Xfinity (Publisher)) | Publisher / Ad Tech Provider |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Commonwealth Publishing Company, Inc. | Publisher |
| comScore Media Measurement | Ad Tech Provider |
| CondeNast | Publisher |
| Connecticut Department Of Transportation | State Agency |
| Connecticut, State of | State / Territory |
| Consumable | Ad Tech Provider |
| Consumer Financial Protection Bureau | Federal Agency |
| ContextLogic Inc. | Advertiser |
| Criteo (including BidSwitch, Iponweb, and MediaGrid) | Ad Tech Provider |
| Crosby Marketing | Ad Agency |
| Custom Ink | Advertiser |
| CVP Corp. (f/k/a Atlas Research) OR Customer Value Partners, Inc. | Ad Agency |
| CVS Health Corp. | Publisher |
| Daily Beast, The | Publisher |
| Dallas Morning News, The | Publisher |
| Daniel J. Edelman, Inc. (d/b/a Edelman) | Ad Agency |
| Deloitte | Ad Agency |
| Delta Air Lines, Inc. | Advertiser |
| Delta Press Publishing Company, Inc. | Publisher |
| Delta-Democrat Publishing Company | Publisher |
| Demas, Bill (former Chief Executive Officer of Turn) | Ad Tech Provider |
| Denton Media Company / Denton Record Chronicle | Publisher |
| Dentsu | Ad Agency |
| Departamento de Educación de Puerto Rico | State Agency |
| Department of Defense (including U.S. Air Force, U.S. Army, and U.S. Navy) | Federal Agency |
| Devaney, Michael | Advertiser |
| Diffie, Whitfield | Other |
| Digg.com | Publisher |
| Digital Advertising Alliance | Industry Trade Organization / Trade Association |
| Digital Content Next | Industry Trade Organization / Trade Association |
| Digital Turbine (including AdColony and Fyber (SSP Mobile/In-app)) | Ad Tech Provider |
| District Communications Group, LLC, The | Ad Agency |
| Dot Dash | Advertiser |
| DoubleVerify | Ad Tech Provider |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Dow Jones & Company, Inc. | Publisher |
| Dr. Pepper Snapple Group | Advertiser |
| Drug Enforcement Administration (DEA) | Advertiser |
| DuckDuckGo | Other |
| Duty First Consulting LLC | Ad Agency |
| Eagle Printing Company | Publisher |
| Eastern Kentucky University | State Agency |
| eBay | Publisher |
| ECENT Corporation | Publisher |
| Elevation, Ltd. | Ad Agency |
| Emmerich Newspapers, Incorporated | Publisher |
| Enterprise-Tocsin, Inc. | Publisher |
| E-Planning (ePlanning) | Ad Tech Provider |
| Epom | Ad Tech Provider |
| Epsilon | Ad Tech Provider |
| Equativ (including Smart AdServer, DynAdmic, and LiquidM) | Ad Tech Provider |
| Etsy, Inc. | Publisher |
| Evadav | Ad Tech Provider |
| Exeter Government Services | Ad Agency |
| Experian | Ad Tech Provider |
| Eyeo (including Trestle) | Other |
| Ezoic | Ad Tech Provider |
| FanDuel 93.7 | Advertiser |
| Fannie Mae (Federal National Mortgage Association) | Federal Agency |
| Farber, David | Other |
| Federal Bureau of Investigation (FBI) | Advertiser |
| Federal Bureau of Prisons (FBP) | Advertiser |
| Federal Trade Commission | Federal Agency |
| Fifty-Five | GMP-certified partner |
| First Amendment Coalition | Industry Trade Organization / Trade Association |
| Fischer, Addison | Other |
| Flag Publications, Inc. | Publisher |
| Fleishman Hillard | Ad Agency |
| Florida Department Of Agriculture & Consumer Services | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Florida Department Of Corrections | State Agency |
| Florida Department of Economic Opportunity | State Agency |
| Florida Department Of Education | State Agency |
| Florida Department Of Environmental Protection | State Agency |
| Florida Department Of State | State Agency |
| Florida Department Of Transportation | State Agency |
| Florida Fish & Wildlife Conservation Commission | State Agency |
| Florida, State of | State / Territory |
| Fors Marsh Group | Ad Agency |
| Fox Corporation | Publisher |
| Franklinton Publishing Co., Inc. | Publisher |
| Future of Privacy Forum | Industry Trade Organization / Trade Association |
| Gale Force Media, LLC | Publisher |
| Gannett Co., Inc. | Publisher |
| General Motors | Advertiser |
| Genius Media Group, Inc. | Publisher |
| Gould Enterprises, Inc. | Publisher |
| Grenada Star, Inc. | Publisher |
| Guardian, The | Publisher |
| GumGum | Ad Tech Provider |
| Hanson Law Firm, PC | Advertiser |
| Hattiesburg Publishing, Inc. | Publisher |
| Havas Media | Ad Agency |
| HD Media Company, LLC | Publisher |
| Hearst Communications, Inc. (including the Houston Chronicle) | Publisher |
| Hilton Worldwide Holdings, Inc. | Advertiser |
| Hispanic Communications Network (HCN) | Ad Agency |
| Holt, Rush | Other |
| Horizon Media | Ad Agency |
| I LOVE NY | State Agency |
| IAB Tech Lab | Industry Trade Organization / Trade Association |
| IAC (including Ask Media Group (ad agency)) | Publisher |
| IBM (owner of The Weather Company) | Publisher |
| Idaho Department Of Health & Welfare | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Idaho Office Of Drug Policy | State Agency |
| Idaho Transportation Department | State Agency |
| Idaho, State of | State / Territory |
| Illinois Department Of Commerce & Economic Opportunity | State Agency |
| Illinois, State of | State / Territory |
| Imgur, Inc. | Publisher |
| Incubeta | Reseller |
| IndexExchange | Ad Tech Provider |
| Indiana Department Of Veterans' Affairs | State Agency |
| Indiana Municipal Power Agency | State Agency |
| Indiana University | State Agency |
| Indiana, State of | State / Territory |
| InfoLinks | Ad Tech Provider |
| Inform, Inc. | Publisher |
| Inmar | Ad Agency |
| Innovid | Publisher Ad Server; Reseller |
| Inskin | Publisher |
| Inspire Brands | Advertiser |
| Instacart | Publisher |
| Instapundit.com | Ad Agency |
| Integral Ad Science | Ad Tech Provider |
| Inter American Press Association | Industry Trade Organization / Trade Association |
| Internet Brands, Inc. (owner of PulsePoint (SSP) and WebMD Health Corp. (Publisher)) | Publisher / Advertiser |
| IPG (The Interpublic Group of Companies, Inc.) (including IPG DXTRA, Inc. d/b/a Weber Shandwick; IW Group Inc.; McCann-Erickson USA, Inc.; Universal McCann Worldwide, LLC) | Ad Agency |
| J.O. Emmerich & Associates, Inc. | Publisher |
| J.R. Reingold & Associates, Inc. (d/b/a Reingold, Inc.) | Ad Agency |
| Jacob's Eye | Ad Agency |
| Jellyfish | Reseller |
| JLaSalle Enterprises LLC | Publisher |
| Johnson & Johnson | Advertiser |
| Jonathan Kanter | Individual |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Journal, Inc. | Publisher |
| JumpFly | Ad Agency |
| Kantar Group (majority owned by Bain) | Ad Tech Provider |
| Kanter LLC | Ad Agency |
| Kargo Global, Inc.  (including StitcherAds) | Ad Tech Provider |
| Kentucky Cabinet for Public Health | State Agency |
| Kentucky Community & Technical College System | State Agency |
| Kentucky Tourism, Arts, and Heritage Cabinet | State Agency |
| Kentucky, Commonwealth of | State / Territory |
| Kevel f/k/a AdZerk | Ad Tech Provider |
| Kinin, Inc. | Advertiser |
| Klonick, Kate | Other |
| Kohl's Corp. | Advertiser |
| Kosciusko Star-Herald, Inc. | Publisher |
| Kranzler Kingsley Communications Ltd. | Ad Agency |
| LA Times | Publisher |
| Lewis, Harry | Other |
| LG Electronics | Advertiser |
| Liberty Mutual | Advertiser |
| Liftable Media | Publisher |
| Liftoff (including information re Vungle) | Ad Tech Provider |
| LinkedIn | Ad Tech Provider |
| LiveNation Entertainment Inc | Advertiser |
| LMI (Logistics Management Institute) | Federal Contractor |
| Long & Foster Real Estate Companies | Advertiser |
| Louisiana Dept of Children and Family Services | State Agency |
| Louisiana Office of Tourism | State Agency |
| Louisiana State University | State Agency |
| Louisiana, State of | State / Territory |
| Louisville Publishing, Inc. | Publisher |
| Lowe's Companies, Inc. | Advertiser |
| LVMH | Advertiser |
| Macy's Inc. | Publisher / Advertiser |
| MadAds Media | Ad Tech Provider |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Magnite (including Rubicon Project, Telaria, Carbon, SpotX, RTK Header Bidding, and SpringServe (ad server)) | Ad Tech Provider |
| Mail Media, Inc. (Daily Mail) | Publisher |
| Major League Baseball | Publisher |
| Marin | Ad Tech Provider |
| Marion Publishing Company | Publisher |
| Mars, Inc. | Advertiser |
| Marx, Gary | Other |
| Match Group | Advertiser |
| McClatchy Company, The | Publisher |
| McNamee, Roger | Other |
| MDC Partners (Stagwell, Inc.) | Ad Agency |
| Media Institute, The | Other |
| Media.Monks | Reseller |
| Media.net | Ad Tech Provider |
| MediaMath, Inc. | Ad Tech Provider |
| Mediavine | Publisher |
| Merck | Advertiser |
| Meredith Corp. | Publisher |
| Merkle | Reseller |
| Meta Platforms, Inc. (f/k/a Facebook Inc.) | Ad Tech Provider |
| Michigan Department of Labor and Economic Opportunity | State Agency |
| Michigan, State of | State / Territory |
| Microsoft (including Xandr, MSN (Publisher), LinkedIn, Tapad, and Drawbridge) | Ad Tech Provider |
| Mighty Hive | GMP-certified partner |
| Mikula Web Solutions, Inc. | Publisher |
| Mindshare USA, LLC | Ad Agency |
| Minnesota Department Of Health | State Agency |
| Minnesota, State of | State / Territory |
| Mint Rose Day Spa LLC | Advertiser |
| MIQ Digital USA Inc. | Ad Agency |
| Mississippi Department Of Public Safety | State Agency |
| Mississippi Development Authority | State Agency |
| Mississippi State University | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Mississippi, State of | State / Territory |
| Missouri Department Of Transportation | State Agency |
| Missouri Division of Tourism | State Agency |
| Missouri, State of | State / Territory |
| MLex | Publisher |
| Monster Government Solutions Inc. | Ad Agency |
| Montana Office of Tourism | State Agency |
| Montana State University | State Agency |
| Montana, State of | State / Territory |
| Montgomery Publishing Co., Inc. | Publisher |
| Monumetric | Ad Tech Provider |
| Mother Jones | Publisher |
| Motley Fool | Publisher |
| Mozilla | Other |
| Multi Media Channels LLC | Publisher |
| Nation Company, L.P., The | Publisher |
| National Aeronautics and Space Administration | Federal Agency |
| National Football League | Publisher |
| National Freedom of Information Coalition | Other |
| National Highway Traffic Safety Admininistration | Federal Agency |
| National Press Photographers Association | Industry Trade Organization / Trade Association |
| Navy Federal Credit Union | Advertiser |
| Nebraska Department Of Transportation | State Agency |
| Nebraska, State of | State / Territory |
| Neeva | Advertiser |
| Negron, Kimberly | Advertiser |
| Neighborhood Newspapers, Inc. | Publisher |
| Nestle | Advertiser |
| Netflix | Publisher |
| Network Advertising Initiative | Industry Trade Organization / Trade Association |
| Nevada Department of Health & Human Services [Voluntary Production] | State Agency |
| Nevada Department Of Motor Vehicles | State Agency |
| Nevada Department of Tourism & Cultural Affairs | State Agency |
| Nevada Silver State Health Insurance Exchange | State Agency |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| Nevada State Treaurer | State Agency |
| Nevada, State of | State / Territory |
| New Hampshire Department of Natural & Cultural Resources | State Agency |
| New Hampshire, State of | State / Territory |
| New Jersey Department Of Health & Senior Services | State Agency |
| New Jersey, State of | State / Territory |
| New York State Energy Research & Development Authority | State Agency |
| New York Times Company, The | Publisher |
| New York, State of | State / Territory |
| News Corp. | Publisher |
| News Leaders Association, The | Other |
| News Media Alliance | Industry Trade Organization / Trade Association |
| News Media Association | Industry Trade Organization / Trade Association |
| Newton County Appeal Inc. | Publisher |
| Nexstar | Publisher |
| Nexstar Media Group, Inc. | Publisher |
| NextRoll (including AdRoll) | Ad Tech Provider |
| Nielsen Holdings | Ad Tech Provider |
| Nike | Advertiser |
| Nobid | Ad Tech Provider |
| North Carolina Department Of Health & Human Services | State Agency |
| North Carolina, State of | State / Territory |
| North Dakota Department Of Health (aka North Dakota Department of Health and Human Services) | State Agency |
| North Dakota Department of Human Services | State Agency |
| North Dakota, State of | State / Territory |
| North Texas Tollway Authority | State Agency |
| Northrup Grunman | Advertiser |
| NVR, Inc. | Advertiser |
| O'Kelley, Brian (former Chief Executive Officer of AppNexus) | Ad Tech Provider |
| Omnicom Group, Inc. (including DDB Chicago, Inc., Team DDB, GMMB, GSD&M LLC, Ketchum, Inc., OMD Worldwide, and Porter Novelli Inc.) | Ad Agency |
| OneMobile | Ad Tech Provider |
| OpenX Technologies, Inc. | Ad Tech Provider |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Oracle (including Moat) | Ad Tech Provider |
| Organic Panaceas, LLC | Advertiser |
| Outbrain (including Zemanta (DSP) and AdNgin (Ad Server)) | Ad Tech Provider |
| Pandora (Sirius XM Radio Inc.) | Publisher |
| Paramount Global (including CBS, Audacy Radio (owned by CBS), Viacom) | Publisher |
| PBS | Publisher |
| Peace Corps | Advertiser |
| Peel, Deborah C. | Other |
| Penske Media Corp. | Publisher |
| PepsiCo | Advertiser |
| Pinger | Publisher |
| Pinterest, Inc. | Ad Tech Provider |
| POLITICO LLC | Publisher |
| PopAds | Ad Tech Provider |
| PopCash | Ad Network |
| Prebid Header Bidding | Ad Tech Provider |
| Prevention Magazine | Publisher |
| Proctor & Gamble | Advertiser |
| Progressive Insurance | Advertiser |
| Progressive, Inc., The | Publisher |
| PropellerAds | Ad Tech Provider |
| Publica | Ad Tech Provider |
| Publicis Groupe, The (including Epsilon, Conversant, Publicis North America, and Publicis Media, Inc.) | Ad Agency |
| PubMatic, Inc. | Ad Tech Provider |
| Puerto Rico Department of Labor and Human Resources | State Agency |
| Puerto Rico Tourism Company | State Agency |
| Puerto Rico, Commonwealth of | State / Territory |
| Qualcomm | Advertiser |
| Quantcast | Ad Tech Provider |
| Raintree Medical And Chiropractic Center LLC | Advertiser |
| Reddit | Publisher |
| Rent-A-Center | Advertiser |
| Reporters Committee for Freedom of the Press, The | Other |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Reuters News & Media Inc. | Publisher |
| RevContent | Ad Tech Provider |
| Revive | Ad Tech Provider |
| Rhode Island Department Of Health | State Agency |
| Rhode Island, State of | State / Territory |
| Richter 7 Inc. | Ad Agency |
| Robinson Communications Inc | Publisher |
| Rodrock Chiropractic Pa | Advertiser |
| Roku, Inc. (including DataXu (DSP)) | Ad Tech Provider |
| Rome News Media, LLC | Publisher |
| Rutgers, The State University of New Jersey | State Agency |
| Samsung Electronics America, Inc. (including Samsung NEXT, LLC) | Advertiser |
| Savannah Publishing Co., Inc. | Publisher |
| SC Department of Social Services | State Agency |
| Schneier, Bruce | Other |
| Scott Publishing, Inc. | Publisher |
| Search Discovery | GMP-certified partner |
| Sharethrough Inc. (including DistrictM) | Ad Tech Provider |
| SHE Media | Ad Tech Provider |
| Simpson Publishing Co., Inc. | Publisher |
| Singh, Sunny | Advertiser |
| Skechers | Advertiser |
| Skimlinks | Ad Tech Provider |
| SkinnySchool LLC d/b/a Maria Marques Fitness | Advertiser |
| Smartly.io | Reseller |
| Smithsonian Institution | Advertiser |
| Snap, Inc. | Ad Tech Provider |
| Society of Professional Journalists | Other |
| Something Extra Publishing, Inc. | Publisher |
| Sonobi | Ad Tech Provider |
| Sortable / Freestar | Ad Tech Provider |
| South Carolina Department of Parks, Recreation, and Tourism | State Agency |
| South Carolina, State of | State / Territory |
| South Dakota Department of Education | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| South Dakota Department Of Human Services | State Agency |
| South Dakota State University | State Agency |
| South Dakota, State of | State / Territory |
| Southern Arkansas University | State Agency |
| Southern Community Newspapers, Inc. | Publisher |
| Southern Utah University | State Agency |
| Sovrn Holdings, Inc. | Ad Tech Provider |
| Spotify | Publisher |
| SPX Total Body Fitness LLC | Advertiser |
| StackAdapt | Ad Tech Provider |
| Starbucks | Advertiser |
| State Farm | Advertiser |
| State University Of New York | State Agency |
| Static Media | Publisher |
| Stellman, Michael | Advertiser |
| Sterling International Consulting Group | Publisher |
| Stratacomm LLC | Ad Agency |
| Strava | Publisher |
| Sunland Publishing Company, Inc. | Publisher |
| Surefreight Global LLC | Advertiser |
| Susan Athey | Individual |
| Sweepstakes Today, LLC | Publisher |
| T. Rowe Price | Advertiser |
| Taboola | Ad Tech Provider |
| Tallulah Publishing, Inc. | Publisher |
| Target Corporation | Publisher |
| Tate Record, Inc. | Publisher |
| Teads | Ad Tech Provider |
| Tennessee Highway Safety Office | State Agency |
| Tennessee, State of | State / Territory |
| Tennis.com | Publisher |
| Texas A&M University | State Agency |
| Texas Department of Information Resources, The (DIR) | State Agency |
| Texas Department Of Motor Vehicles | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Texas Department Of Transportation | State Agency |
| Texas General Land Office, The | State Agency |
| Texas Office of the Governor, Economic Development & Tourism | State Agency |
| Texas, State of | State / Territory |
| The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | Advertiser |
| The Goodway Group | Ad Agency |
| TIAA | Advertiser |
| Ticketmaster | Publisher |
| Tiktok | Ad Tech Provider |
| Timehop (creator of Nimbus) | Ad Tech Provider |
| Times Journal, Inc. | Publisher |
| Tinuiti | Ad Agency |
| Trade Desk, Inc., The | Ad Tech Provider |
| Tremor International Ltd. (including RhythmOne/Unruly (SSP), Unruly Group Limited, Amobee, Inc., Tremor Video, and Spearad GmbH) | Ad Tech Provider |
| Trilogy Federal, LLC | Ad Agency |
| TripAdvisor | Publisher / Advertiser |
| Triple Lift, Inc. | Ad Tech Provider |
| Trustworthy Accountability Group | Industry Trade Organization / Trade Association |
| Tully Center for Free Speech | Other |
| Turkle, Sherry | Other |
| Turn | Ad Tech Provider |
| TWC Product & Tech | Publisher |
| Twitch | Publisher |
| Twitter, Inc. | Ad Tech Provider |
| U.S. Air Force | Federal Agency |
| U.S. Army | Federal Agency |
| U.S. Census Bureau | Federal Agency |
| U.S. Department of Agriculture | Federal Agency |
| U.S. Department of Defense | Federal Agency |
| U.S. Department of Education | Federal Agency |
| U.S. Department of Energy | Federal Agency |
| U.S. Department of Health and Human Services | Federal Agency |
| U.S. Department of Homeland Security | Federal Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| U.S. Department of Housing and Urban Development | Federal Agency |
| U.S. Department of Interior | Federal Agency |
| U.S. Department of Labor | Federal Agency |
| U.S. Department of State | Federal Agency |
| U.S. Department of Transportation | Federal Agency |
| U.S. Department of Treasury | Federal Agency |
| U.S. Department of Veterans Affairs | Federal Agency |
| U.S. General Services Administration | Federal Agency |
| U.S. Navy | Federal Agency |
| U.S. Postal Service | Federal Agency |
| Unilever | Advertiser |
| Union City Daily Messenger, Inc. | Publisher |
| United States of America | US Government |
| United States Social Security Administration | Federal Agency |
| Unity (including ironSource) | Ad Tech Provider |
| Universidad de Puerto Rico | State Agency |
| University of Alaska | State Agency |
| University Of Arkansas | State Agency |
| University Of California | State Agency |
| University Of Connecticut School Of Law | State Agency |
| University of Florida (including Florida Institute of Food & Agricultural Sciences) | State Agency |
| University Of Idaho | State Agency |
| University Of Illinois System | State Agency |
| University Of Minnesota | State Agency |
| University Of Missouri | State Agency |
| University Of Montana, The | State Agency |
| University Of Nebraska Omaha | State Agency |
| University Of Nevada | State Agency |
| University Of North Carolina At Chapel Hill | State Agency |
| University Of North Dakota | State Agency |
| University Of Rhode Island | State Agency |
| University Of South Carolina | State Agency |
| University Of South Dakota | State Agency |
| University Of Tennessee, The | State Agency |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
| --- | --- |
| University Of Texas, The | State Agency |
| University Of Virginia, The | State Agency |
| University Of Washington | State Agency |
| University System Of New Hampshire | State Agency |
| Univision | Publisher |
| URX | Ad Tech Provider |
| US Trade and Development Agency | Advertiser |
| Utah Department Of Health | State Agency |
| Utah Office of Tourism | State Agency |
| Utah, State of | State / Territory |
| Verizon | Ad Tech Provider |
| Verizon Communications | |
| Verve Group, The (including Smaato and AppMonet) | Ad Tech Provider |
| Viant Technology (including Adelphic Mobile) | Ad Tech Provider |
| Vimeo | Publisher |
| Virginia Department For Aging & Rehabilitative Services | State Agency |
| Virginia, Commonwealth of | State / Territory |
| Vitor Lindo | Advertiser |
| Vixie, Paul | Other |
| Vox Media, Inc. (Concert by Vox) | Ad Tech Provider |
| Walmart Inc. | Publisher |
| Walt Disney Company, The (including Hulu, ABC, and ESPN) | Publisher |
| Warner Bros. Discovery (including CNN, Zedo (SSP), and Turner Entertainment) | Publisher / Ad Tech Provider |
| Washington Post, The (Nash Holdings LLC) | Publisher |
| Washington State Department Of Health | State Agency |
| Washington, State of | State / Territory |
| Wayfair, Inc. | Advertiser |
| Weakley County Press, Inc | Publisher |
| Wells Fargo | Advertiser |
| West Virginia Department Of Commerce | State Agency |
| West Virginia University | State Agency |
| West Virginia, State of | State / Territory |
| Western Nevada College | State Agency |
| WNET | Publisher |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX I

## NO CONTACT LIST
## AS OF AUGUST 15, 2023

| Entity | Type of Entity |
|---|---|
| Wordpress (owned by Automattic; including OiO Publisher (ad server)) | Publisher |
| WPP (including GroupM Worldwide LLC, VMLY&R, Wavemaker, and Young & Rubicam Inc.) | Ad Agency |
| Yahoo Inc. | Ad Tech Provider |
| Yazoo Newspaper Co., Inc. | Publisher |
| Yberra, Sara | Advertiser |
| Yelp Inc. | Publisher |
| Yieldmo, Inc. | Ad Tech Provider |
| ylliX | Ad Tech Provider |
| Zedo, Inc. | Ad Tech Provider |
| Zeta Global (Zeta Interactive) | Ad Tech Provider |
| Zuboff, Shoshana | Other |
| Zynga (Take-Two Interactive; including Chartboost) | Other |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX J
# EXHIBITS EXCLUDING RESPONDENTS SELECTING DECOY ANSWER OPTIONS

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 1

### HIGHER-SPEND ADVERTISER SURVEY
### RESPONSE STATISTICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| | Status | # | % |
|---|---|---|---|
| [1] | **Invited to Complete Survey** | **4,978** | **100%** |
| [2] | **Clicked on Survey Link** | **2,348** | **100%** |
| [3] | **Screened Out of Survey** | **1,538** | **66%** |
| [4] | *CAPTCHA* | *13* | *1%* |
| [5] | *Age* | *9* | *0%* |
| [6] | *State* | *8* | *0%* |
| [7] | *Job Responsibilities* | *394* | *17%* |
| [8] | *Not Employed by a Advertiser/Marketer* | *678* | *29%* |
| [9] | *Annual Advertising Spend Less than $500K* | *230* | *10%* |
| [10] | *No Digital Advertising Spend* | *1* | *0%* |
| [11] | *Did Not Use Display Advertising* | *95* | *4%* |
| [12] | *Did Not Use Programmatic Display* | *57* | *2%* |
| [13] | *Not Involved in Decision Making Roles for Display Advertising* | *35* | *1%* |
| [14] | *Failed Attention Check* | *16* | *1%* |
| [15] | *Nonsensical Responses* | *2* | *0%* |
| [16] | *Overquota Respondents* | *-* | *0%* |
| [17] | **Self-Termination** | **207** | **9%** |
| [18] | **Completed the Survey** | **603** | **100%** |
| [19] | **Removed from Sample** | **101** | **17%** |
| [20] | *Slowpokes and Speeders* | *7* | *1%* |
| [21] | *Asked to be Excluded* | *94* | *16%* |
| [22] | **Analytical Sample** | **502** | **100%** |
| [23] | *Selected a Decoy Option* | *49* | *10%* |
| [24] | **Analytical Sample (Excluding Respondents Selecting a Decoy Option)** | **453** | **90%** |

Notes & Sources:
From Higher-Spend Advertiser Survey.
[4] Respondents who failed the CAPTCHA three times were screened out of the study.
[5] Respondents who selected "Under 18" or "Prefer not to answer" in QS3 were screened out of the study.
[6] Respondents who selected "Other" or "Don't know / Unsure" in QS5 were screened out of the study.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
#: 40588

# APPENDIX EXHIBIT 1

## HIGHER-SPEND ADVERTISER SURVEY
## RESPONSE STATISTICS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Notes & Sources (cont.):

[7]   Respondents who indicated in QS6 that, as part of their job responsibilities, they do not have any involvement with "Advertising or Marketing" were screened out of the study.

[8]   Respondents who indicated in QS7 that they did not work for a "Advertiser/Marketer" were screened out of the study.

[9]   Respondents who indicated in QS10 that their company spent less than $500,000 on all advertising in the last 12 months or selected "Don't know / Unsure" were screened out of the study.

[10]  Respondents who indicated in QS11 that the percentage of their total advertising budget spent on digital (online) advertising was zero were screened out of the study.

[11]  Respondents who did not indicate in QS12 that they used display advertising in the past year were screened out of the study.

[12]  Respondents who did not indicate in QS13 that their business unit/team used programmatic transaction methods to purchase display ad inventory, or selected "Don't know / Unsure" were screened out of the study.

[13]  Respondents who selected "None of the above" or "Don't know / Unsure" in QS15 were screened out of the study.

[14]  Respondents who did not select "Somewhat likely" in QS16 were screened out of the study.

[15]  Removed by survey vendor from raw data for providing nonsensical responses to open-ended questions, such as "R5U54U" and "The study is quite nice to carry on."

[16]  Respondents were terminated due to entering the survey after it had been closed for sampling.

[17]  Respondents who only completed part of the survey.

[20]  Respondents who took less than 100 seconds (1.67 minutes) or more than 10,800 seconds (3 hours) to complete the survey were removed from the analysis.

[21]  Respondents were asked if they are willing to participate in this survey after completing the questionnaire. Respondents who selected "Exclude my responses" in QF1 were removed from the data by the panel vendor.

[23]  Respondents who selected one or more decoy options in the survey were removed from the analysis. These respondents selected "Ad Step Technologies," "Quorexx" in Q8, and/or "FriendLinx" in Q5.

[24]  These respondents were used in the analysis.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 2**

**HIGHER-SPEND ADVERTISER SURVEY**
**SURVEY PARTICIPATION PREFERENCE**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you do not want to participate in this survey, please click "Exclude my responses" below.



Notes & Sources:
From Higher-Spend Advertiser Survey.
Includes respondents who completed the survey.
Respondents who indicated that they wanted their responses excluded from the survey were removed from the data
  by the panel vendor.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 3**

**HIGHER-SPEND ADVERTISER SURVEY**
**RESPONDENT DEMOGRAPHICS**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

|  |  | # | % |
|---|---|---|---|
|  |  | [A] | [B] |
|  | **Age** |  |  |
| [1] | 18 - 34 | 88 | 19% |
| [2] | 35 - 49 | 301 | 66% |
| [3] | 50 - 64 | 64 | 14% |
| [4] | 65 or above | - | 0% |
| [5] | Total | 453 | 100% |
|  | **Gender** |  |  |
| [6] | Female | 122 | 27% |
| [7] | Male | 331 | 73% |
| [8] | Other | - | 0% |
| [9] | Prefer not to answer | - | 0% |
| [10] | Total | 453 | 100% |

Source:
From Higher-Spend Advertiser Survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## APPENDIX EXHIBIT 4

### HIGHER-SPEND ADVERTISER SURVEY
### MARKET SECTORS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS8: Which of the following, if any, best characterizes the market sector/industry
your company is in? (Please select only one option.)

| Market Sector / Industry | Total Respondents # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Advertising or Marketing | 140 | 31% |
| [2] Retail (including Ecommerce) | 63 | 14% |
| [3] B2B/Services for Businesses | 46 | 10% |
| [4] Apparel/Fashion | 25 | 6% |
| [5] Food and Beverage | 25 | 6% |
| [6] Media and Entertainment | 21 | 5% |
| [7] Financial Products/Services for Consumers (including Fintech) | 21 | 5% |
| [8] Travel and Hospitality | 15 | 3% |
| [9] Consumer Electronics | 14 | 3% |
| [10] Home Products/Appliances | 13 | 3% |
| [11] Health Care or Medical Services | 13 | 3% |
| [12] Health and Beauty Products | 11 | 2% |
| [13] Telecommunications | 9 | 2% |
| [14] Restaurants | 7 | 2% |
| [15] Automotive | 6 | 1% |
| [16] Pharmaceuticals and Remedies (Rx or OTC) | 5 | 1% |
| [17] Education | 3 | 1% |
| [18] Government | 2 | 0% |
| [19] Non-Profit | 1 | 0% |
| [20] Other | 13 | 3% |
| [21] Total | 453 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 5**

**HIGHER-SPEND ADVERTISER SURVEY**
**JOB TITLES**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

QS9: Which of the following best characterizes your current job title/level? (Please select only one option.)

| | Job Title / Level | Total Respondents | |
|---|---|---|---|
| | | # | % |
| | [A] | [B] | [C] |
| [1] | Director | 151 | 33% |
| [2] | C-Level (CEO, COO, CMO, etc.) | 97 | 21% |
| [3] | Vice President, SVP, EVP, President, etc. | 93 | 21% |
| [4] | Manager | 62 | 14% |
| [5] | Supervisor/Department Head/Group Manager | 33 | 7% |
| [6] | Strategist | 10 | 2% |
| [7] | Planner | 2 | 0% |
| [8] | Associate | 2 | 0% |
| [9] | Analyst | 2 | 0% |
| [10] | Buyer | 1 | 0% |
| [11] | Other | - | 0% |
| [12] | Total | 453 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 6

## HIGHER-SPEND ADVERTISER SURVEY
## ANNUAL AD SPEND
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS10: Approximately how much did your company spend in the last 12 months on all advertising, including
all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)?
(Please select only one option.)



Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 7

### HIGHER-SPEND ADVERTISER SURVEY
### PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS11: Please think about your business unit/team's total advertising budget. In the past year, what percentage of your business unit/team's total advertising budget was used for digital (online) advertising, as opposed to offline advertising? Please give your best estimate.



Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents who entered zero for digital (online) advertising were screened out of the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 8**

**HIGHER-SPEND ADVERTISER SURVEY**
**TYPES OF DIGITAL ADVERTISING USED**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

QS12: Which of the following types of digital advertising, if any,
have you used in the past year? Please review the description of
each advertising type carefully.  (Please select all that apply.)

|  | | Total Respondents | |
| --- | --- | --- | --- |
| Advertising Type | | # | % |
| [A] | | [B] | [C] |
| [1] | Display | 453 | 100% |
| [2] | Social | 347 | 77% |
| [3] | Search | 347 | 77% |
| [4] | Digital Video | 292 | 64% |
| [5] | Email | 282 | 62% |
| [6] | eCommerce Platforms | 242 | 53% |
| [7] | Connected TV | 204 | 45% |
| [8] | App/In-App | 195 | 43% |
| [9] | Digital Audio | 178 | 39% |
| [10] | Other | 2 | 0% |
| [11] | Total | 453 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Respondents who did not select "Display" were screened out of the
survey.

Percentages do not add up to 100% because respondents can
select multiple options.

Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 9**

**HIGHER-SPEND ADVERTISER SURVEY**
**NUMBER OF TYPES OF DIGITAL ADVERTISING USED**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

QS12: Which of the following types of digital advertising, if any,
have you used in the past year? Please review the description of
each advertising type carefully.  (Please select all that apply.)

|  | Number of Types Selected | Total Respondents # | % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | 1 | 66 | 15% |
| [2] | 2 | 9 | 2% |
| [3] | 3 | 14 | 3% |
| [4] | 4 | 40 | 9% |
| [5] | 5 | 63 | 14% |
| [6] | 6 | 75 | 17% |
| [7] | 7 | 64 | 14% |
| [8] | 8 | 57 | 13% |
| [9] | 9 | 63 | 14% |
| [10] | 10 | 2 | 0% |
| [11] | Total | 453 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**APPENDIX EXHIBIT 10**

**HIGHER-SPEND ADVERTISER SURVEY**
**DISPLAY ADVERTISING TRANSACTION METHODS**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

QS13: Which of the following transaction methods has your business unit/team
(or your ad agency) used to purchase display ad inventory in the past year?
(Please select all that apply.)

|  | Transaction Method | Total Respondents # | Total Respondents % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | Programmatic Only | 195 | 43% |
| [2] | Programmatic and Direct Deals | 258 | 57% |
| [3] | Total | 453 | 100% |

<u>Notes & Sources</u>:

From Higher-Spend Advertiser Survey.

Respondents who selected "Direct Deals Only," "None of the Above" or
"Don't know / Unsure" were screened out of the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 11

### HIGHER-SPEND ADVERTISER SURVEY
### SOCIAL MEDIA PLATFORMS USED
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS14: You indicated that your business unit/team has used social
advertising in the past year. Which of the following social media
platforms, if any, has your business unit/team advertised on in the
past year? (Please select all that apply.)

| Social Media Platform | Total Respondents # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Facebook | 310 | 89% |
| [2] Instagram | 271 | 78% |
| [3] LinkedIn | 231 | 67% |
| [4] Twitter | 192 | 55% |
| [5] Tiktok | 182 | 52% |
| [6] Snapchat | 115 | 33% |
| [7] Pinterest | 112 | 32% |
| [8] Reddit | 69 | 20% |
| [9] Tumblr | 9 | 3% |
| [10] FriendLinx | - | 0% |
| [11] Other | 5 | 1% |
| [12] None of the Above | - | 0% |
| [13] Don't know / Unsure | - | 0% |
| [14] Total Shown Question | 347 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other,"
  "None of the above," and "Don't know / Unsure."
Percentages do not add up to 100% because respondents can
  select multiple options.
Respondents were only shown QS14 if they indicated in QS12 that
  their business unit/team had used social advertising in the past year.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 12

### HIGHER-SPEND ADVERTISER SURVEY
### USE OF AD AGENCY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q2: Do you or do you not use an ad agency for digital advertising?
   (Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Yes, I use an ad agency for digital advertising | 301 | 66% |
| [2] | No, I do not use an ad agency for digital advertising | 148 | 33% |
| [3] | Don't know / Unsure | 4 | 1% |
| [4] | Total Shown Question | 453 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 13

## HIGHER-SPEND ADVERTISER SURVEY
## PURPOSE OF AD AGENCY USE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q3: For which, if any, of the following do you use an ad agency? (Please select all that apply.)

| Response Options | Total Respondents # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Media/marketing strategies | 205 | 68% |
| [2] Implementation of advertising (e.g., placing bids, interacting with DSPs) | 191 | 63% |
| [3] Tracking advertising performance | 172 | 57% |
| [4] Running advertising tests/experiments | 158 | 52% |
| [5] Content and/or creatives | 158 | 52% |
| [6] Allocating advertising funds across advertising types | 126 | 42% |
| [7] Consulting services | 110 | 37% |
| [8] Customer research | 109 | 36% |
| [9] Budgeting decisions | 87 | 29% |
| [10] Inventory access | 76 | 25% |
| [11] Other | - | 0% |
| [12] None of the above | - | 0% |
| [13] Don't know / Unsure | - | 0% |
| [14] Total Shown Question | 301 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above," and "Don't know / Unsure."
Respondents were only shown Q3 if they indicated in Q2 that they used an ad agency for digital advertising.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 14

### HIGHER-SPEND ADVERTISER SURVEY
### DIGITAL ADVERTISING BUDGET SHARE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: What is your best estimate of the share of your business unit/team's digital advertising budget that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

| | Advertising Type | # of Respondents | Mean | Median |
|---|---|---|---|---|
| | [A] | [B] | [C] | [D] |
| [1] | Programmatic Display | 445 | 29% | 15% |
| [2] | Search | 341 | 17% | 10% |
| [3] | Social | 340 | 13% | 10% |
| [4] | Digital Video | 286 | 8% | 5% |
| [5] | Email | 276 | 6% | 5% |
| [6] | Direct Deals Display | 251 | 7% | 5% |
| [7] | eCommerce Platforms | 236 | 8% | 3% |
| [8] | Connected TV | 198 | 5% | 0% |
| [9] | App/In-App | 189 | 5% | 0% |
| [10] | Digital Audio | 173 | 3% | 0% |
| [11] | Other | 2 | 0% | 0% |
| [12] | Don't know / Unsure | 8 | n/a | n/a |
| [13] | Total Shown Question | 453 | | |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents were shown their responses from QS12 and QS13. They were asked to allocate across all selected types.
Respondents can hover their mouse over each digital advertising type to review the type description.
[B] Shows number of respondents who allocated a budget for each advertising type.
[C]-[D] Budget allocated for an advertising type is assumed to be equal to 0 if respondents did not select the advertising type in QS12 or QS13.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 15

## HIGHER-SPEND ADVERTISER SURVEY
## RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q5: Now suppose that, based on your analysis, the cost of programmatic display advertising has recently increased by a small but significant amount, and will remain elevated for the foreseeable future. Assume further that, based on similar analyses for other digital advertising types, the costs of other digital advertising types have not changed and are not expected to change. So if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Will Divert Spending | 262 | 58% |
| [2] | Will Not Divert Spending | 164 | 36% |
| [3] | Don't know / Unsure | 27 | 6% |
| [4] | Total Shown Question | 453 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 16

## HIGHER-SPEND ADVERTISER SURVEY
## ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED
## DUE TO PROGRAMMATIC DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q6: To which other types of digital advertising below, if any, would you divert your advertising
spending for the coming year as a result of the increase in the cost of programmatic display advertising?

| Advertising Type | Respondents Indicating They Would Divert Spending to the Advertising Type | |
|---|---|---|
| | # | % |
| [A] | [B] | [C] |
| [1] Social | 143 | 55% |
| [2] Search | 140 | 53% |
| [3] Digital Video | 109 | 42% |
| [4] Direct Deals Display | 85 | 32% |
| [5] eCommerce Platforms | 84 | 32% |
| [6] Email | 81 | 31% |
| [7] Connected TV | 80 | 31% |
| [8] App/In-App | 67 | 26% |
| [9] Digital Audio | 59 | 23% |
| [10] Other | 2 | 1% |
| [11] None of the above | 1 | 0% |
| [12] Don't know / Unsure | 4 | 2% |
| [13] Total Shown Question | 262 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above,"
  and "Don't know / Unsure."
Respondents can hover their mouse over each digital advertising type to review the advertising type
  description.
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were only shown Q6 if they indicated in Q5 that they would divert advertising spending to
  other types of digital advertising.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

APPENDIX EXHIBIT 17

**HIGHER-SPEND ADVERTISER SURVEY**
**NUMBER OF ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED**
**DUE TO PROGRAMMATIC DISPLAY COST INCREASE**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

Q6: To which other types of digital advertising below, if any, would you divert your advertising
spending for the coming year for the client you spend the most time on, as a result of the increase
in the cost of programmatic display advertising?

| | Number of Advertising Types Diverted Spending To | Respondents Indicating They Would Divert Spending to the Number of Advertising Types | |
| --- | --- | --- | --- |
| | | # | % |
| | [A] | [B] | [C] |
| [1] | 0 | 1 | 0% |
| [2] | 1 | 31 | 12% |
| [3] | 2 | 73 | 28% |
| [4] | 3 | 64 | 24% |
| [5] | 4 | 31 | 12% |
| [6] | 5 | 29 | 11% |
| [7] | 6 | 12 | 5% |
| [8] | 7 | 5 | 2% |
| [9] | 8 | 3 | 1% |
| [10] | 9 | 9 | 3% |
| [11] | 10 | - | 0% |
| [12] | Don't know / Unsure | 4 | 2% |
| [13] | Total Shown Question | 262 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents were only shown Q6 if they indicated in Q5 that they would divert advertising spending to
other types of digital advertising.
Respondents can hover their mouse over each digital advertising type to review
the advertising type description.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 18

### HIGHER-SPEND ADVERTISER SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q7: In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

| | Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] | Social | 143 | 6.4 | - | 1 | 4 | 16 | 10 | 18 | 15 | 28 | 24 | 19 | 7 | 1 |
| [2] | Search | 140 | 6.6 | - | 2 | 4 | 5 | 13 | 15 | 18 | 28 | 28 | 21 | 5 | 1 |
| [3] | Digital Video | 109 | 6.7 | 1 | - | 5 | 8 | 6 | 12 | 14 | 16 | 17 | 20 | 10 | - |
| [4] | Direct Deals Display | 85 | 7.0 | - | 1 | 3 | 6 | - | 6 | 11 | 19 | 16 | 15 | 7 | 1 |
| [5] | eCommerce Platforms | 84 | 7.9 | - | - | - | 2 | 1 | 3 | 7 | 17 | 20 | 19 | 13 | 2 |
| [6] | Email | 81 | 6.7 | 2 | 2 | 3 | 4 | 3 | 5 | 11 | 15 | 17 | 12 | 7 | - |
| [7] | Connected TV | 80 | 6.6 | - | 3 | 3 | 6 | 4 | 7 | 14 | 10 | 15 | 7 | 11 | - |
| [8] | App/In-App | 67 | 7.6 | - | - | 1 | 1 | 3 | 1 | 6 | 16 | 20 | 12 | 7 | - |
| [9] | Digital Audio | 59 | 7.0 | - | 3 | 1 | 3 | 2 | 6 | 6 | 2 | 18 | 15 | 3 | - |
| [10] | Other | 2 | 4.5 | - | - | - | 1 | - | - | 1 | - | - | - | - | - |

| | Advertising Type | Total Respondents | Average Extent of Increase | Share of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] | Social | 100% | n/a | 0% | 1% | 3% | 11% | 7% | 13% | 10% | 20% | 17% | 13% | 5% | 1% |
| [2] | Search | 100% | n/a | 0% | 1% | 3% | 4% | 9% | 11% | 13% | 20% | 20% | 15% | 4% | 1% |
| [3] | Digital Video | 100% | n/a | 1% | 0% | 5% | 7% | 6% | 11% | 13% | 15% | 16% | 18% | 9% | 0% |
| [4] | Direct Deals Display | 100% | n/a | 0% | 1% | 4% | 7% | 0% | 7% | 13% | 22% | 19% | 18% | 8% | 1% |
| [5] | eCommerce Platforms | 100% | n/a | 0% | 0% | 0% | 2% | 1% | 4% | 8% | 20% | 24% | 23% | 15% | 2% |
| [6] | Email | 100% | n/a | 2% | 2% | 4% | 5% | 4% | 6% | 14% | 19% | 21% | 15% | 9% | 0% |
| [7] | Connected TV | 100% | n/a | 0% | 4% | 4% | 8% | 5% | 9% | 18% | 13% | 19% | 9% | 14% | 0% |
| [8] | App/In-App | 100% | n/a | 0% | 0% | 1% | 1% | 4% | 1% | 9% | 24% | 30% | 18% | 10% | 0% |
| [9] | Digital Audio | 100% | n/a | 0% | 5% | 2% | 5% | 3% | 10% | 10% | 3% | 31% | 25% | 5% | 0% |
| [10] | Other | 100% | n/a | 0% | 0% | 0% | 50% | 0% | 0% | 50% | 0% | 0% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 18

### HIGHER-SPEND ADVERTISER SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents were shown their answer choices from Q6.

Respondents were only shown Q7 if they did not select "None of the above" or "Don't know/Unsure" in Q6.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total number of people selecting the advertising type
    to which to divert spending.

[C] Calculated as the average extent of increase in [D] through [N], weighted by the number of respondents.

## APPENDIX EXHIBIT 19

### HIGHER-SPEND ADVERTISER SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q7: In your previous answer, you indicated that the increase in the cost of programmatic display advertising will
lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use
the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising
spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising
type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10
if you expect to substantially increase spending on that type of digital advertising.

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 143 | 21 | 43 | 78 | 1 |
| [2] | Search | 140 | 11 | 46 | 82 | 1 |
| [3] | Digital Video | 109 | 14 | 32 | 63 | - |
| [4] | Direct Deals Display | 85 | 10 | 17 | 57 | 1 |
| [5] | eCommerce Platforms | 84 | 2 | 11 | 69 | 2 |
| [6] | Email | 81 | 11 | 19 | 51 | - |
| [7] | Connected TV | 80 | 12 | 25 | 43 | - |
| [8] | App/In-App | 67 | 2 | 10 | 55 | - |
| [9] | Digital Audio | 59 | 7 | 14 | 38 | - |
| [10] | Other | 2 | 1 | 1 | - | - |

| | Advertising Type | Total Respondents | Share of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 100% | 15% | 30% | 55% | 1% |
| [2] | Search | 100% | 8% | 33% | 59% | 1% |
| [3] | Digital Video | 100% | 13% | 29% | 58% | 0% |
| [4] | Direct Deals Display | 100% | 12% | 20% | 67% | 1% |
| [5] | eCommerce Platforms | 100% | 2% | 13% | 82% | 2% |
| [6] | Email | 100% | 14% | 23% | 63% | 0% |
| [7] | Connected TV | 100% | 15% | 31% | 54% | 0% |
| [8] | App/In-App | 100% | 3% | 15% | 82% | 0% |
| [9] | Digital Audio | 100% | 12% | 24% | 64% | 0% |
| [10] | Other | 100% | 50% | 50% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER #: 49606

## APPENDIX EXHIBIT 19

**HIGHER-SPEND ADVERTISER SURVEY**
**EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents were shown their answer choices from Q6.

Respondents were only shown Q7 if they did not select "None of the above" or "Don't know/Unsure" in Q6.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total
number of people selecting the advertising type to which to divert spending.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 20

## HIGHER-SPEND ADVERTISER SURVEY
## AD BUYING TOOLS USED IN PAST YEAR
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

| | Ad Buying Tool | Total Respondents | | $500K – $15M Ad Spend | | > Than $15M Ad Spend | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Google Ads | 305 | 67% | 164 | 67% | 141 | 67% |
| [2] | Google DV360 | 193 | 43% | 106 | 43% | 87 | 42% |
| [3] | Amazon DSP | 159 | 35% | 83 | 34% | 76 | 36% |
| [4] | Adobe Advertising Cloud | 98 | 22% | 47 | 19% | 51 | 24% |
| [5] | The Trade Desk DSP | 90 | 20% | 36 | 15% | 54 | 26% |
| [6] | Yahoo DSP (formerly Verizon Media DSP) | 63 | 14% | 26 | 11% | 37 | 18% |
| [7] | Criteo | 54 | 12% | 20 | 8% | 34 | 16% |
| [8] | Taboola | 36 | 8% | 19 | 8% | 17 | 8% |
| [9] | StackAdapt | 32 | 7% | 20 | 8% | 12 | 6% |
| [10] | Adform | 29 | 6% | 11 | 5% | 18 | 9% |
| [11] | Outbrain | 28 | 6% | 10 | 4% | 18 | 9% |
| [12] | MediaMath DSP | 26 | 6% | 10 | 4% | 16 | 8% |
| [13] | Xandr Invest | 26 | 6% | 12 | 5% | 14 | 7% |
| [14] | Zeta Global | 23 | 5% | 5 | 2% | 18 | 9% |
| [15] | Quantcast | 22 | 5% | 11 | 5% | 11 | 5% |
| [16] | Amobee | 21 | 5% | 6 | 2% | 15 | 7% |
| [17] | Simpli.fi | 20 | 4% | 7 | 3% | 13 | 6% |
| [18] | Illumin (formerly AcuityAds) | 15 | 3% | 7 | 3% | 8 | 4% |
| [19] | Basis by Centro | 14 | 3% | 7 | 3% | 7 | 3% |
| [20] | Adelphic | 13 | 3% | 7 | 3% | 6 | 3% |
| [21] | Beeswax | 8 | 2% | 5 | 2% | 3 | 1% |
| [22] | Ad Step Technologies | - | - | - | - | - | - |
| [23] | Quorexx | - | - | - | - | - | - |
| [24] | Other | 10 | 2% | 7 | 3% | 3 | 1% |
| [25] | Don't know / Unsure | 5 | 1% | 1 | 0% | 4 | 2% |
| [26] | Total Shown Question | 453 | 100% | 244 | 100% | 209 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 20**

**HIGHER-SPEND ADVERTISER SURVEY**
**AD BUYING TOOLS USED IN PAST YEAR**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

<u>Notes & Sources</u>:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents with annual ad spend of less than $500K or who selected "Don't know / Unsure" in QS10 were screened out of the survey.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 21

### HIGHER-SPEND ADVERTISER SURVEY
### NUMBER OF AD BUYING TOOLS USED IN PAST YEAR
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

| | Number of Ad Buying Tools Selected | Total Respondents # | Total Respondents % | $500K – $15M Ad Spend # | $500K – $15M Ad Spend % | > Than $15M Ad Spend # | > Than $15M Ad Spend % |
|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Zero | - | - | - | - | - | - |
| [2] | One | 113 | 25% | 75 | 31% | 38 | 18% |
| [3] | More Than One | 335 | 74% | 168 | 69% | 167 | 80% |
| [4] | Two | 126 | 28% | 66 | 27% | 60 | 29% |
| [5] | Three | 88 | 19% | 50 | 20% | 38 | 18% |
| [6] | Four or More | 121 | 27% | 52 | 21% | 69 | 33% |
| [7] | Don't know / Unsure | 5 | 1% | 1 | 0% | 4 | 2% |
| [8] | Total Shown Question | 453 | 100% | 244 | 100% | 209 | 100% |
| [9] | Average # of Ad Buying Tools Selected | 2.9 | | 2.6 | | 3.2 | |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents with annual ad spend of less than $500K or who selected "Don't know / Unsure" in QS10 were screened out of the survey.
[9] Calculated as the average number of ad buying tools selected by respondents. Excludes respondents who selected "Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 22

## HIGHER-SPEND ADVERTISER SURVEY
## USE OF GOOGLE AD BUYING TOOLS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

|  | Total Respondents | | $500K – $15M Ad Spend | | > Than $15M Ad Spend | |
| Ad Buying Tool(s) | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Neither Google Ads nor Google DV360 | 100 | 22% | 57 | 23% | 43 | 21% |
| [2] At least one of Google Ads and Google DV360 | 348 | 77% | 186 | 76% | 162 | 78% |
| [3]   Google Ads Only | 155 | 34% | 80 | 33% | 75 | 36% |
| [4]   Google DV360 Only | 43 | 9% | 22 | 9% | 21 | 10% |
| [5]   Both Google Ads and Google DV360 | 150 | 33% | 84 | 34% | 66 | 32% |
| [6] Don't know / Unsure | 5 | 1% | 1 | 0% | 4 | 2% |
| [7] Total Shown Question | 453 | 100% | 244 | 100% | 209 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Respondents with annual ad spend of less than $500K or who selected "Don't know / Unsure" in QS10 were screened out of the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 23

### HIGHER-SPEND ADVERTISER SURVEY
### GOOGLE USERS
### NUMBER OF OTHER AD BUYING TOOLS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

|  | # of Other Ad Buying Tools (Incl. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
|  |  | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend |
|  | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | 41 | 25 | 16 | 15 | 10 | 5 |
| [2] | 1 | 97 | 55 | 42 | 44 | 27 | 17 |
| [3] | 2 | 67 | 38 | 29 | 43 | 28 | 15 |
| [4] | 3 | 42 | 17 | 25 | 36 | 15 | 21 |
| [5] | 4+ | 58 | 29 | 29 | 55 | 26 | 29 |
| [6] | Total Respondents | 305 | 164 | 141 | 193 | 106 | 87 |
| [7] | Average # of Other Ad Buying Tools | 2.2 | 2.0 | 2.4 | 2.8 | 2.4 | 3.3 |

|  | # of Other Ad Buying Tools (Incl. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
|  |  | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend |
|  | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [8] | 0 | 13% | 15% | 11% | 8% | 9% | 6% |
| [9] | 1 | 32% | 34% | 30% | 23% | 25% | 20% |
| [10] | 2 | 22% | 23% | 21% | 22% | 26% | 17% |
| [11] | 3 | 14% | 10% | 18% | 19% | 14% | 24% |
| [12] | 4+ | 19% | 18% | 21% | 28% | 25% | 33% |
| [13] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 23

### HIGHER-SPEND ADVERTISER SURVEY
### GOOGLE USERS
### NUMBER OF OTHER AD BUYING TOOLS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

| | # of Non-Google Ad Buying Tools | Google Ads Users | | | Google DV360 Users | | |
| | | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [14] | 0 | 75 | 47 | 28 | 49 | 32 | 17 |
| [15] | 1 | 98 | 55 | 43 | 45 | 27 | 18 |
| [16] | 2 | 65 | 31 | 34 | 41 | 21 | 20 |
| [17] | 3 | 35 | 19 | 16 | 29 | 17 | 12 |
| [18] | 4+ | 32 | 12 | 20 | 29 | 9 | 20 |
| [19] | Total Respondents | 305 | 164 | 141 | 193 | 106 | 87 |
| [20] | Average # of Non-Google Ad Buying Tools | 1.7 | 1.5 | 2.0 | 2.0 | 1.6 | 2.5 |

| | # of Non-Google Ad Buying Tools | Google Ads Users | | | Google DV360 Users | | |
| | | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | $500K – $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [21] | 0 | 25% | 29% | 20% | 25% | 30% | 20% |
| [22] | 1 | 32% | 34% | 30% | 23% | 25% | 21% |
| [23] | 2 | 21% | 19% | 24% | 21% | 20% | 23% |
| [24] | 3 | 11% | 12% | 11% | 15% | 16% | 14% |
| [25] | 4+ | 10% | 7% | 14% | 15% | 8% | 23% |
| [26] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents with annual ad spend of less than $500K or who selected "Don't know / Unsure" in QS10 were screened out of the survey.
Percentages calculated by dividing the number of people choosing "Google Ads" or "Google DV360" for a given number of selected ad buying tools by the total number of people choosing "Google Ads" or "Google DV360."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 24

### HIGHER-SPEND ADVERTISER SURVEY
### USE OF GOOGLE ADS AND OTHER AD BUYING TOOLS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you and/or your business unit/team used during the past year for programmatic display advertising?

|  | Ad Buying Tool(s) | Total Respondents # | Total Respondents % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | Google Ads and At Least One Other Ad Buying Tool | 264 | 87% |
| [2] | *Google Ads and DV360 Only* | *34* | *11%* |
| [3] | *Google Ads, DV360 and At Least One Non-Google Ad Buying Tool* | *116* | *38%* |
| [4] | *Google Ads Only and At Least One Non-Google Ad Buying Tool* | *114* | *37%* |
| [5] | Google Ads and No Other Ad Buying Tool | 41 | 13% |
| [6] | Total Respondents Using Google Ads | 305 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Limited to respondents who selected Google Ads in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 25

### HIGHER-SPEND ADVERTISER SURVEY
### OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS
### WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully. (Please select all that apply.)

| Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [1] Social | 19 | 46% | 50 | 67% |
| [2] Search | 19 | 46% | 52 | 69% |
| [3] Email | 19 | 46% | 44 | 59% |
| [4] Digital Video | 13 | 32% | 38 | 51% |
| [5] Direct Display | 12 | 29% | 30 | 40% |
| [6] eCommerce Platforms | 10 | 24% | 25 | 33% |
| [7] App/In-App | 10 | 24% | 21 | 28% |
| [8] Connected TV | 2 | 5% | 18 | 24% |
| [9] Digital Audio | 2 | 5% | 18 | 24% |
| [10] Other | - | - | - | - |
| [11] Total | 41 | 100% | 75 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."
[A] Includes the non-programmatic display advertising types respondents selected in QS12 and QS13.
[B]-[C] Limited to respondents who selected Google Ads and no other buying tools (including Google DV360) in Q8.
[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tool in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

### APPENDIX EXHIBIT 26

### HIGHER-SPEND ADVERTISER SURVEY
### NUMBER OF OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS
### WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| | Number of Other Display Advertising Types Used | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
| | | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] |
| [1] | 0 | 17 | 41% | 18 | 24% |
| [2] | 1 | 2 | 5% | 3 | 4% |
| [3] | 2 | 1 | 2% | 1 | 1% |
| [4] | 3 | 5 | 12% | 8 | 11% |
| [5] | 4 | 4 | 10% | 6 | 8% |
| [6] | 5 | 6 | 15% | 14 | 19% |
| [7] | 6 | 2 | 5% | 10 | 13% |
| [8] | 7 | 3 | 7% | 10 | 13% |
| [9] | 8 | 1 | 2% | 2 | 3% |
| [10] | 9 | - | 0% | 3 | 4% |
| [11] | Total | 41 | 100% | 75 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
[A] Counts the number of non-programmatic display advertising types respondents
    selected in QS12 and QS13.
[B]-[C] Limited to respondents who selected Google Ads and no other buying tools (including Google DV360) in Q8.
[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tool in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 27

### HIGHER-SPEND ADVERTISER SURVEY
### PROGRAMMATIC DISPLAY ADVERTISING BUDGET SHARE
### BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: What is your best estimate of the share of your business unit/team's digital advertising budget that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

| % of Budget Allocated to Programmatic Display Advertising | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| **% of Digital Advertising Budget** | | | | |
| [1] 0% – 10% | 11 | 27% | 24 | 32% |
| [2] 10% – 20% | 6 | 15% | 17 | 23% |
| [3] 20% – 30% | 3 | 7% | 11 | 15% |
| [4] 30% – 40% | 2 | 5% | 3 | 4% |
| [5] 40% – 50% | 1 | 2% | 1 | 1% |
| [6] 50% – 60% | 1 | 2% | 1 | 1% |
| [7] 60% – 70% | - | 0% | - | 0% |
| [8] 70% – 80% | - | 0% | - | 0% |
| [9] 80% – 90% | - | 0% | - | 0% |
| [10] 90% – 100% | 17 | 41% | 18 | 24% |
| [11] Total | 41 | 100% | 75 | 100% |
| **% of Overall Advertising Budget** | | | | |
| [12] 0% – 10% | 15 | 37% | 33 | 44% |
| [13] 10% – 20% | 4 | 10% | 15 | 20% |
| [14] 20% – 30% | 1 | 2% | 4 | 5% |
| [15] 30% – 40% | 4 | 10% | 5 | 7% |
| [16] 40% – 50% | 7 | 17% | 7 | 9% |
| [17] 50% – 60% | 3 | 7% | 3 | 4% |
| [18] 60% – 70% | 4 | 10% | 4 | 5% |
| [19] 70% – 80% | 3 | 7% | 4 | 5% |
| [20] 80% – 90% | - | 0% | - | 0% |
| [21] 90% – 100% | - | 0% | - | 0% |
| [22] Total | 41 | 100% | 75 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 27

### HIGHER-SPEND ADVERTISER SURVEY
### PROGRAMMATIC DISPLAY ADVERTISING BUDGET SHARE
### BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Notes & Sources:

From Higher-Spend Advertiser Survey.

[B]-[C] Limited to respondents who selected Google Ads and no other ad buying tools (including Google DV360) in Q8.

[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tool in Q7.

[12]-[21] Calculated as the % of budget allocated to programmatic display in Q4 * the % of budget allocated to online advertising in QS11.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 28

## HIGHER-SPEND ADVERTISER SURVEY
## CHANGE IN AD BUYING TOOL USE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q10: Do you and/or your business unit/team expect to use the
same number, more, or fewer ad buying tools for programmatic
display advertising next year? (Please select only one option.)

|  | Response Options | # | % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | More | 95 | 21% |
| [2] | Fewer | 78 | 17% |
| [3] | Same Number | 259 | 58% |
| [4] | Don't know / Unsure | 16 | 4% |
| [5] | Total Shown Question | 448 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents were shown Q10 if they did not select "Don't know / Unsure"
    in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 29**

**HIGHER-SPEND ADVERTISER SURVEY**
**FACTORS CONSIDERED WHEN CHOOSING AD BUYING TOOLS**
**FOR PROGRAMMATIC DISPLAY ADVERTISING**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

Q12: Which of the following factors, if any, do you and/or your business unit/team consider when deciding to use a particular ad buying tool for programmatic display advertising? (Please select all that apply.)

| Factor | Respondents Indicating the Factor was Considered | |
|---|---|---|
| | # | % |
| [A] | [B] | [C] |
| [1] Ad placement effectiveness | 220 | 49% |
| [2] Targeting criteria and capabilities | 212 | 47% |
| [3] Audience scale/Reach | 207 | 46% |
| [4] Cost | 206 | 46% |
| [5] Media optimization of placements during a campaign | 197 | 44% |
| [6] Ease of use/User interface | 168 | 38% |
| [7] Reporting features | 154 | 34% |
| [8] Brand safety/fraud protection | 146 | 33% |
| [9] API and integrations | 137 | 31% |
| [10] Budget management tools | 126 | 28% |
| [11] Forecasting tools | 106 | 24% |
| [12] Support | 103 | 23% |
| [13] Identity management | 85 | 19% |
| [14] Troubleshooting capabilities | 77 | 17% |
| [15] Other | 4 | 1% |
| [16] Don't know / Unsure | 2 | 0% |
| [17] Total Shown Question | 448 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents were shown Q12 if they did not select "Don't know / Unsure" in Q8.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 30**

**HIGHER-SPEND ADVERTISER SURVEY**
**DISCONTINUATION OF AD BUYING TOOL USE**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

Q13: Have you and/or your business unit/team stopped using any ad buying tool(s) for programmatic display advertising in the past year? (Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Yes | 96 | 21% |
| [2] | No | 322 | 72% |
| [3] | Don't know / Unsure | 30 | 7% |
| [4] | Total Shown Question | 448 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Respondents were shown Q13 if they did not select "Don't know / Unsure" in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 31

### HIGHER-SPEND ADVERTISER SURVEY
### START OF AD BUYING TOOL USE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q15: Have you and/or your business unit/team started using
any ad buying tool(s) for programmatic display advertising
in the past year? (Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Yes | 173 | 39% |
| [2] | No | 238 | 53% |
| [3] | Don't know / Unsure | 37 | 8% |
| [4] | Total Shown Question | 448 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Respondents were shown Q15 if they did not select "Don't know / Unsure"
in Q8.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 32

## HIGHER-SPEND ADVERTISER SURVEY
## PERFORMANCE ASSESSMENT METRICS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q17: Which of the following metrics, if any, are you and/or your business unit/team using to assess the performance of programmatic display ads, direct deals display ads, social media ads, and/or digital video ads? (Please select all that apply in each column.)

| Metric | Programmatic Display Ads | | Direct Deals Display Ads | | Social Media Ads | | Digital Video Ads | |
|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| [1] Return on Investment (ROI) | 219 | 48% | 113 | 44% | 156 | 45% | 124 | 42% |
| [2] Return on Ad Spend (ROAS) | 219 | 48% | 123 | 48% | 179 | 52% | 141 | 48% |
| [3] Conversions | 216 | 48% | 104 | 40% | 169 | 49% | 126 | 43% |
| [4] Cost per click (CPC) | 216 | 48% | 133 | 52% | 179 | 52% | 122 | 42% |
| [5] Click through rate (CTR) | 209 | 46% | 124 | 48% | 197 | 57% | 127 | 43% |
| [6] Cost per impression (CPM) | 181 | 40% | 114 | 44% | 153 | 44% | 131 | 45% |
| [7] Impressions | 175 | 39% | 108 | 42% | 172 | 50% | 148 | 51% |
| [8] Clicks | 171 | 38% | 93 | 36% | 150 | 43% | 112 | 38% |
| [9] Cost per action (CPA) | 166 | 37% | 94 | 36% | 148 | 43% | 111 | 38% |
| [10] Other | 11 | 2% | 3 | 1% | 10 | 3% | 9 | 3% |
| [11] None of the above | 1 | 0% | 1 | 0% | 1 | 0% | 1 | 0% |
| [12] Don't know / Unsure | 1 | 0% | - | 0% | 1 | 0% | 2 | 1% |
| [13] Total Shown Question | 453 | 100% | 258 | 100% | 347 | 100% | 292 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "None of the above" and "Don't know / Unsure."
Respondents were only asked about each of the above advertising types if they had indicated in QS12 and QS13 that their business unit/team had used those advertising types in the past year.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 33

### HIGHER-SPEND ADVERTISER SURVEY
### RANKING OF PERFORMANCE ASSESSMENT METRICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q18: You indicated that you use the following metrics to assess the performance of programmatic display ads for the client you
spend the most time on. Please rank these metrics in terms of how important they are to accurately assessing
the performance of programmatic display ads, with 1 being the most important and [NUMBER OF MEASURES SELECTED IN Q16]
being the least important. (Please rank the following metrics, or select "Don't know / Unsure".)

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [1] Return on Investment (ROI) | 98 | 22% | 180 | 40% |
| [2] Return on Ad Spend (ROAS) | 81 | 18% | 180 | 40% |
| [3] Conversions | 67 | 15% | 155 | 34% |
| [4] Cost per click (CPC) | 50 | 11% | 126 | 28% |
| [5] Cost per action (CPA) | 42 | 9% | 106 | 24% |
| [6] Click through rate (CTR) | 35 | 8% | 116 | 26% |
| [7] Clicks | 29 | 6% | 82 | 18% |
| [8] Cost per impression (CPM) | 27 | 6% | 94 | 21% |
| [9] Impressions | 21 | 5% | 75 | 17% |
| [10] Other | 1 | 0% | 4 | 1% |
| [11] Total | 451 | 100% | 451 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents are only shown Q18 if they indicate that they used more than one metric to assess the performance of programmatic
display ads in Q17. Respondents who selected only one metric in Q17 are assumed to have that metric ranked as most important.

Total includes respondents who ranked metrics in Q18 or selected only one metric in Q17.

0 (0% of respondents who selected at least one metric to assess the performance of programmatic display ads) respondents selected "Don't
know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 34

## HIGHER-SPEND ADVERTISER SURVEY
## FREQUENCY OF PERFORMANCE ASSESSMENT
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q19: How often, if at all, do you and/or your business unit/team measure
or assess the performance of your programmatic display advertising?
(Please select only one option.)

If you are using an ad agency and they are responsible for measuring
or assessing performance of your programmatic display advertising,
please indicate how often you receive information about the performance
of your programmatic display advertising from the agency.

| | Frequency | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Daily | 56 | 12% |
| [2] | Weekly | 165 | 36% |
| [3] | Monthly | 130 | 29% |
| [4] | Quarterly | 83 | 18% |
| [5] | Annually | 16 | 4% |
| [6] | Don't know / Unsure | 3 | 1% |
| [7] | Total Shown Question | 453 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 35

### HIGHER-SPEND ADVERTISER SURVEY
### EXPERIMENTS ON PROGRAMMATIC DISPLAY ADS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q20: In the past year, have you and/or your business unit/team
run any experiments or test & learn initiatives on your programmatic
display ads? (Please select only one option.)

|  | Response Options | # | % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | Yes | 260 | 57% |
| [2] | No | 174 | 38% |
| [3] | Don't know / Unsure | 19 | 4% |
| [4] | Total Shown Question | 453 | 100% |

Notes & Sources:
From Higher-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 36

### HIGHER-SPEND ADVERTISER SURVEY
### TYPES OF EXPERIMENTS ON PROGRAMMATIC DISPLAY ADS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q21: Which of the following types of experiments or test & learn initiatives,
if any, have you and/or your business unit/team run in the past year on your
programmatic display ads?

| | Experiment Type | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Creatives | 154 | 59% |
| [2] | Audiences | 143 | 55% |
| [3] | ROI/ROAS | 128 | 49% |
| [4] | Bid strategies | 125 | 48% |
| [5] | Ad buying tool performance | 118 | 45% |
| [6] | Publishers | 73 | 28% |
| [7] | Other | 4 | 2% |
| [8] | Don't know / Unsure | - | 0% |
| [9] | Total Shown Question | 260 | 100% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other" and
"Don't know / Unsure."

Percentages do not add up to 100% because respondents can select
multiple options.

Respondents were only shown Q21 if they indicated in Q20 that they
had conducted experiments or test & learn initiatives on their
programmatic display ads in the past year.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 37

### LOWER-SPEND ADVERTISER SURVEY
### RESPONSE STATISTICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| | Status | # | % |
|---|---|---|---|
| [1] | **Invited to Complete Survey** | **2,268** | **100%** |
| [2] | **Clicked on Survey Link** | **1,067** | **100%** |
| [3] | **Screened Out of Survey** | **623** | **58%** |
| [4] | *CAPTCHA* | *6* | *1%* |
| [5] | *Age* | *9* | *1%* |
| [6] | *State* | *2* | *0%* |
| [7] | *Job Responsibilities* | *171* | *16%* |
| [8] | *Not Employed by a Products/Services Business* | *178* | *17%* |
| [9] | *Annual Advertising Spend Above $500K* | *149* | *14%* |
| [10] | *No Digital Advertising Spend* | *3* | *0%* |
| [11] | *Did Not Use Display Advertising* | *94* | *9%* |
| [12] | *Not Involved in Decision Making Roles for Display Advertising* | *4* | *0%* |
| [13] | *Failed Attention Check* | *7* | *1%* |
| [14] | *Overquota Respondents* | *-* | *0%* |
| [15] | **Self-Termination** | **42** | **4%** |
| [16] | **Completed the Survey** | **402** | **100%** |
| [17] | **Removed from Sample** | **100** | **25%** |
| [18] | *Slowpokes and Speeders* | *5* | *1%* |
| [19] | *Asked to be Excluded* | *95* | *24%* |
| [20] | **Analytical Sample** | **302** | **100%** |
| [21] | Selected a Decoy Option | 59 | 20% |
| [22] | Analytical Sample (Excluding Respondents Selecting a Decoy Option) | 243 | 80% |
| [23] | *Respondents with Less Than $50K Annual Ad Spend* | *138* | *100%* |
| [24] | Respondents with Less Than $50K Annual Ad Spend Selecting a Decoy | 21 | 15% |
| [25] | Respondents with Less Than $50K Annual Ad Spend Not Selecting a Decoy | 117 | 85% |
| [26] | *Respondents with $50K – $500K Annual Ad Spend* | *164* | *100%* |
| [27] | Respondents with $50K – $500K Annual Ad Spend Selecting a Decoy | 38 | 23% |
| [28] | Respondents with $50K – $500K Annual Ad Spend Not Selecting a Decoy | 126 | 77% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 37

### LOWER-SPEND ADVERTISER SURVEY
### RESPONSE STATISTICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

[4]  Respondents who failed the CAPTCHA three times were screened out of the study.

[5]  Respondents who selected "Under 18" or "Prefer not to answer" in QS3 were screened out of the study.

[6]  Respondents who selected "Other" or "Don't know / Unsure" in QS5 were screened out of the study.

[7]  Respondents who indicated in QS6 that, as part of their job responsibilities, they do not have any involvement with "Advertising or Marketing" were screened out of the study.

[8]  Respondents who indicated in QS7 that they did not work for a "Products/Service Business" were screened out of the study.

[9]  Respondents who indicated in QS10 that their company spent $500,000 or more on all advertising in the last 12 months or selected "Don't know / Unsure" were screened out of the study.

[10] Respondents who indicated in QS11 that the percentage of their total advertising budget spent on digital (online) advertising was zero were screened out of the study.

[11] Respondents who did not indicate in QS12 that they used display advertising in the past year were screened out of the study.

[12] Respondents who did not select "I determine overall strategies and/or budgets for digital display," "I determine which tools and/or platforms to use for digital display," "I regularly manage digital display campaigns," or "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns" in QS13 were screened out of the study.

[13] Respondents who did not select "Somewhat likely" in QS14 were screened out of the study.

[14] Respondents were terminated due to entering the survey after it had been closed for sampling.

[15] Respondents who only completed part of the survey.

[18] Respondents who took less than 100 seconds (1.67 minutes) or more than 10,800 seconds (3 hours) to complete the survey were removed from the analysis.

[19] Respondents were asked if they are willing to participate in this survey after completing the questionnaire. Respondents who selected "Exclude my responses" in QF1 were removed from the data by the panel vendor.

[21] Respondents who selected one or more decoy options in the survey were removed from the analysis. These respondents selected "Ad Step Technologies" in Q4 and/or "FriendLinx" in Q5.

[22] These respondents were used in the analysis.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 38

### LOWER-SPEND ADVERTISER SURVEY
### SURVEY PARTICIPATION PREFERENCE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you do not want to participate in this survey, please click "Exclude my responses" below.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 38

**LOWER-SPEND ADVERTISER SURVEY**
**SURVEY PARTICIPATION PREFERENCE**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

Notes & Sources:

From Lower-Spend Advertiser Survey.

Includes respondents who completed the survey.

Respondents who indicated that they wanted their responses excluded from the survey were removed from the data by the panel vendor.

Information about annual ad spend for the 95 respondents who selected to exclude their responses is not available.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 39

### LOWER-SPEND ADVERTISER SURVEY
### RESPONDENT DEMOGRAPHICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

|  |  | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|  |  | # | % | # | % | # | % |
|---|---|---|---|---|---|---|---|
|  | **Age** | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | 18 - 34 | 44 | 18% | 19 | 16% | 25 | 20% |
| [2] | 35 - 49 | 177 | 73% | 91 | 78% | 86 | 68% |
| [3] | 50 - 64 | 22 | 9% | 7 | 6% | 15 | 12% |
| [4] | 65 or above | - | 0% | - | 0% | - | 0% |
| [5] | Total | 243 | 100% | 117 | 100% | 126 | 100% |
|  | **Gender** |  |  |  |  |  |  |
| [6] | Female | 41 | 17% | 10 | 9% | 31 | 25% |
| [7] | Male | 202 | 83% | 107 | 91% | 95 | 75% |
| [8] | Other | - | 0% | - | 0% | - | 0% |
| [9] | Prefer not to answer | - | 0% | - | 0% | - | 0% |
| [10] | Total | 243 | 100% | 117 | 100% | 126 | 100% |

Source:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 40

### LOWER-SPEND ADVERTISER SURVEY
### MARKET SECTORS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS8: Which of the following, if any, best characterizes the market sector/industry your company is in? (Please select only one option.)

| Market Sector / Industry | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Advertising or Marketing | 106 | 44% | 46 | 39% | 60 | 48% |
| [2] Retail (including Ecommerce) | 34 | 14% | 23 | 20% | 11 | 9% |
| [3] B2B/Services for Businesses | 18 | 7% | 6 | 5% | 12 | 10% |
| [4] Apparel/Fashion | 13 | 5% | 7 | 6% | 6 | 5% |
| [5] Food and Beverage | 10 | 4% | 7 | 6% | 3 | 2% |
| [6] Health and Beauty Products | 8 | 3% | 3 | 3% | 5 | 4% |
| [7] Financial Products/Services for Consumers (including Fintech) | 7 | 3% | 3 | 3% | 4 | 3% |
| [8] Media and Entertainment | 6 | 2% | 1 | 1% | 5 | 4% |
| [9] Restaurants | 5 | 2% | 4 | 3% | 1 | 1% |
| [10] Education | 5 | 2% | 2 | 2% | 3 | 2% |
| [11] Health Care or Medical Services | 5 | 2% | 4 | 3% | 1 | 1% |
| [12] Consumer Electronics | 4 | 2% | 1 | 1% | 3 | 2% |
| [13] Telecommunications | 4 | 2% | 1 | 1% | 3 | 2% |
| [14] Home Products/Appliances | 3 | 1% | 3 | 3% | - | - |
| [15] Automotive | 3 | 1% | 2 | 2% | 1 | 1% |
| [16] Pharmaceuticals and Remedies (Rx or OTC) | 2 | 1% | - | - | 2 | 2% |
| [17] Travel and Hospitality | 1 | 0% | - | - | 1 | 1% |
| [18] Non-Profit | - | - | - | - | - | - |
| [19] Government | - | - | - | - | - | - |
| [20] Other | 9 | 4% | 4 | 3% | 5 | 4% |
| [20] Total | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 41

### LOWER-SPEND ADVERTISER SURVEY
### JOB TITLES
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS9: Which of the following best characterizes your current job title/level? (Please select only one option.)

| | Job Title / Level | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | C-Level (CEO, COO, CMO, etc.) | 88 | 36% | 45 | 38% | 43 | 26% |
| [2] | Director | 58 | 24% | 28 | 24% | 30 | 18% |
| [3] | Vice President, SVP, EVP, President, etc. | 50 | 21% | 23 | 20% | 27 | 16% |
| [4] | Manager | 29 | 12% | 14 | 12% | 15 | 9% |
| [5] | Supervisor/Department Head/Group Manager | 8 | 3% | 3 | 3% | 5 | 3% |
| [6] | Associate | 3 | 1% | - | 0% | 3 | 2% |
| [7] | Buyer | 2 | 1% | 1 | 1% | 1 | 1% |
| [8] | Planner | 2 | 1% | 1 | 1% | 1 | 1% |
| [9] | Strategist | 1 | 0% | 1 | 1% | - | 0% |
| [10] | Analyst | - | - | - | 0% | - | 0% |
| [11] | Other | 2 | 1% | 1 | 1% | 1 | 1% |
| [12] | Total | 243 | 100% | 117 | 100% | 164 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 42

### LOWER-SPEND ADVERTISER SURVEY
### ANNUAL AD SPEND
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS10: Approximately how much did your company spend in the last 12 months on all advertising, including all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (Please select only one option.)



Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 43

## LOWER-SPEND ADVERTISER SURVEY
## PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS11: Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for digital (online) advertising, as opposed to offline advertising. Please give your best estimate.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 43

### LOWER-SPEND ADVERTISER SURVEY
### PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS11: Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for digital (online) advertising, as opposed to offline advertising. Please give your best estimate.



HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 43

## LOWER-SPEND ADVERTISER SURVEY
## PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS11: Please think about your total advertising budget. In the past year, what percentage of your total advertising budget was used for digital (online) advertising, as opposed to offline advertising. Please give your best estimate.



HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 43

### LOWER-SPEND ADVERTISER SURVEY
### PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

Respondents who entered zero for digital (online) advertising were screened out of the survey.

2 respondents selected "Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 44

### LOWER-SPEND ADVERTISER SURVEY
### TYPES OF DIGITAL ADVERTISING USED
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| | Advertising Type | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Display | 243 | 100% | 117 | 100% | 126 | 100% |
| [2] | Social | 161 | 66% | 80 | 68% | 81 | 64% |
| [3] | Search | 151 | 62% | 74 | 63% | 77 | 61% |
| [4] | Digital Video | 119 | 49% | 50 | 43% | 69 | 55% |
| [5] | Email | 107 | 44% | 39 | 33% | 68 | 54% |
| [6] | Digital Audio | 93 | 38% | 44 | 38% | 49 | 39% |
| [7] | eCommerce Platforms | 90 | 37% | 38 | 32% | 52 | 41% |
| [8] | App/In-App | 83 | 34% | 41 | 35% | 42 | 33% |
| [9] | Connected TV | 79 | 33% | 31 | 26% | 48 | 38% |
| [10] | Other | 1 | 0% | - | 0% | 1 | 1% |
| [11] | Total | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:

From Lower-Spend Advertiser Survey.

Respondents who did not select "Display" were screened out of the survey.

Percentages do not add up to 100% because respondents can select multiple options.

Sorted in descending order based on column [B].

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 45

## LOWER-SPEND ADVERTISER SURVEY
## NUMBER OF TYPES OF DIGITAL ADVERTISING USED
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please
review the description of each advertising type carefully.  (Please select all that apply.)

| | Number of Types Selected | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 1 | 40 | 16% | 26 | 22% | 14 | 11% |
| [2] | 2 | 11 | 5% | 5 | 4% | 6 | 5% |
| [3] | 3 | 50 | 21% | 30 | 26% | 20 | 16% |
| [4] | 4 | 20 | 8% | 6 | 5% | 14 | 11% |
| [5] | 5 | 34 | 14% | 9 | 8% | 25 | 20% |
| [6] | 6 | 23 | 9% | 8 | 7% | 15 | 12% |
| [7] | 7 | 23 | 9% | 11 | 9% | 12 | 10% |
| [8] | 8 | 12 | 5% | 4 | 3% | 8 | 6% |
| [9] | 9 | 30 | 12% | 18 | 15% | 12 | 10% |
| [10] | 10 | - | 0% | - | 0% | - | 0% |
| [11] | Total | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 46

## LOWER-SPEND ADVERTISER SURVEY
## USE OF AD AGENCY AND/OR CONSULTANT
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q2: Do you or do you not use an ad agency and/or consultant for digital advertising? (Please select only one option.)

|  | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| Response Options | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Yes, I use an ad agency and/or consultant. | 155 | 64% | 77 | 66% | 78 | 62% |
| [2] No, I don't use an ad agency and/or consultant. | 88 | 36% | 40 | 34% | 48 | 38% |
| [3] Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [4] Total Shown Question | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 47**

**LOWER-SPEND ADVERTISER SURVEY**
**PURPOSE OF AD AGENCY USE**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

Q3: For which, if any, of the following do you use an ad agency and/or consultant? (Please select all that apply.)

| | Response Options | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Media/marketing strategies | 93 | 60% | 42 | 55% | 51 | 65% |
| [2] | Implementation of advertising (e.g., placing bids, interacting with DSPs) | 83 | 54% | 41 | 53% | 42 | 54% |
| [3] | Tracking advertising performance | 73 | 47% | 34 | 44% | 39 | 50% |
| [4] | Content and/or creatives | 72 | 46% | 35 | 45% | 37 | 47% |
| [5] | Running advertising tests/experiments | 61 | 39% | 30 | 39% | 31 | 40% |
| [6] | Customer research | 56 | 36% | 30 | 39% | 26 | 33% |
| [7] | Budgeting decisions | 49 | 32% | 20 | 26% | 29 | 37% |
| [8] | Allocating advertising funds across advertising types | 42 | 27% | 15 | 19% | 27 | 35% |
| [9] | Consulting services | 40 | 26% | 10 | 13% | 30 | 38% |
| [10] | Inventory access | 28 | 18% | 12 | 16% | 16 | 21% |
| [11] | Other | - | 0% | - | 0% | - | 0% |
| [12] | None of the above | - | 0% | - | 0% | - | 0% |
| [13] | Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [14] | Total Shown Question | 155 | 100% | 77 | 100% | 78 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above," and "Don't know/Unsure."
Respondents are only shown Q3 if they indicated in Q2 that they used an ad agency for digital advertising.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 48

### LOWER-SPEND ADVERTISER SURVEY
### DIGITAL DISPLAY PLATFORMS USED IN PAST YEAR
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| Platform | Total Respondents # | Total Respondents % | < Than $50K Ad Spend # | < Than $50K Ad Spend % | $50K – $500K Ad Spend # | $50K – $500K Ad Spend % |
|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Google Ads | 155 | 64% | 74 | 63% | 81 | 64% |
| [2] Amazon DSP | 119 | 49% | 60 | 51% | 59 | 47% |
| [3] Google DV360 | 82 | 34% | 33 | 28% | 49 | 39% |
| [4] Adobe Advertising Cloud | 62 | 26% | 20 | 17% | 42 | 33% |
| [5] Yahoo DSP (formerly Verizon Media DSP) | 38 | 16% | 16 | 14% | 22 | 17% |
| [6] MediaMath DSP | 34 | 14% | 14 | 12% | 20 | 16% |
| [7] The Trade Desk DSP | 30 | 12% | 12 | 10% | 18 | 14% |
| [8] Quantcast | 21 | 9% | 5 | 4% | 16 | 13% |
| [9] Criteo | 18 | 7% | 8 | 7% | 10 | 8% |
| [10] Amobee | 18 | 7% | 7 | 6% | 11 | 9% |
| [11] Ad Step Technologies | - | - | - | - | - | - |
| [12] Other | 4 | 2% | 3 | 3% | 1 | 1% |
| [13] Don't know / Unsure | 3 | 1% | 1 | 1% | 2 | 2% |
| [14] Total Shown Question | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know/Unsure."
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 49

## LOWER-SPEND ADVERTISER SURVEY
## NUMBER OF DIGITAL DISPLAY PLATFORMS USED IN PAST YEAR
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| Number of Platforms Selected | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Zero | - | 0% | - | 0% | - | 0% |
| [2] One | 52 | 21% | 25 | 21% | 27 | 21% |
| [3] More Than One | 188 | 77% | 91 | 78% | 97 | 77% |
| [4]   Two | 97 | 40% | 60 | 51% | 37 | 29% |
| [5]   Three | 50 | 21% | 21 | 18% | 29 | 23% |
| [6]   Four or More | 41 | 17% | 10 | 9% | 31 | 25% |
| [7] Don't know/Unsure | 3 | 1% | 1 | 1% | 2 | 2% |
| [8] Total Shown Question | 243 | 100% | 117 | 100% | 126 | 100% |
| [9] Average # of Display Platforms Selected | 2.4 | | 2.2 | | 2.7 | |

Notes & Sources:
From Lower-Spend Advertiser Survey.
[9] Calculated as the average number of display platforms selected by respondents. Excludes respondents who selected "Don't know/Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 50

## LOWER-SPEND ADVERTISER SURVEY
## USE OF GOOGLE PLATFORMS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| Platform(s) | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Neither Google Ads nor Google DV360 | 61 | 25% | 29 | 25% | 32 | 25% |
| [2] At least one of Google Ads and Google DV360 | 179 | 74% | 87 | 74% | 92 | 73% |
| [3]    Google Ads Only | 97 | 40% | 54 | 46% | 43 | 34% |
| [4]    Google DV360 Only | 24 | 10% | 13 | 11% | 11 | 9% |
| [5]    Both Google Ads and Google DV360 | 58 | 24% | 20 | 17% | 38 | 30% |
| [6] Don't know / Unsure | 3 | 1% | 1 | 1% | 2 | 2% |
| [7] Total Shown Question | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 51

## LOWER-SPEND ADVERTISER SURVEY
## GOOGLE USERS
## NUMBER OF OTHER DISPLAY PLATFORMS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| | # of Other Display Platforms (Inc. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | 23 | 12 | 11 | 3 | 3 | - |
| [2] | 1 | 66 | 40 | 26 | 25 | 11 | 14 |
| [3] | 2 | 31 | 13 | 18 | 25 | 11 | 14 |
| [4] | 3 | 21 | 6 | 15 | 17 | 5 | 12 |
| [5] | 4+ | 14 | 3 | 11 | 12 | 3 | 9 |
| [6] | Total Respondents | 155 | 74 | 81 | 82 | 33 | 49 |
| [7] | Average # of Other Platforms | 1.6 | 1.3 | 1.9 | 2.2 | 1.8 | 2.4 |

| | # of Other Display Platforms (Inc. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [8] | 0 | 15% | 16% | 14% | 4% | 9% | 0% |
| [9] | 1 | 43% | 54% | 32% | 30% | 33% | 29% |
| [10] | 2 | 20% | 18% | 22% | 30% | 33% | 29% |
| [11] | 3 | 14% | 8% | 19% | 21% | 15% | 24% |
| [12] | 4+ | 9% | 4% | 14% | 15% | 9% | 18% |
| [13] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 51

## LOWER-SPEND ADVERTISER SURVEY
## GOOGLE USERS
## NUMBER OF OTHER DISPLAY PLATFORMS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically appear along the top or sides of a website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| | # of Non-Google Platforms | Google Ads Users | | | Google DV360 Users | | |
| | | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend |
|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [14] | 0 | 37 | 16 | 21 | 17 | 7 | 10 |
| [15] | 1 | 70 | 44 | 26 | 29 | 15 | 14 |
| [16] | 2 | 28 | 10 | 18 | 22 | 8 | 14 |
| [17] | 3 | 12 | 3 | 9 | 8 | 2 | 6 |
| [18] | 4+ | 8 | 1 | 7 | 6 | 1 | 5 |
| [19] | Total Respondents | 155 | 74 | 81 | 82 | 33 | 49 |
| [20] | Average # of Non-Google Platforms | 1.3 | 1.0 | 1.4 | 1.5 | 1.2 | 1.7 |

| | # of Non-Google Platforms | Google Ads Users | | | Google DV360 Users | | |
| | | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend | Total Respondents | < Than $50K Ad Spend | $50K – $500K Ad Spend |
|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [21] | 0 | 24% | 22% | 26% | 21% | 21% | 20% |
| [22] | 1 | 45% | 59% | 32% | 35% | 45% | 29% |
| [23] | 2 | 18% | 14% | 22% | 27% | 24% | 29% |
| [24] | 3 | 8% | 4% | 11% | 10% | 6% | 12% |
| [25] | 4+ | 5% | 1% | 9% | 7% | 3% | 10% |
| [26] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Percentages calculated by dividing the number of people choosing "Google Ads" or "Google DV360" for a given number of selected platforms by the total number of people choosing "Google Ads" or "Google DV360."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 52

## LOWER-SPEND ADVERTISER SURVEY
## USE OF GOOGLE ADS AND OTHER DISPLAY PLATFORMS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: Digital display ads are digital ads made up of text, image, video and/or other multimedia components that typically website, or sometimes in the middle of other content on a website. Examples of display ad formats include banner ads, animations, and interactive content. Display ads do not include ads placed on social media platforms. Which of the following platforms, if any, have you used during the last 12 months for digital display advertising?

| | | Total Respondents | |
| --- | --- | --- | --- |
| | Display Platform(s) | # | % |
| | [A] | [B] | [C] |
| [1] | Google Ads and At Least One Other Display Platform | 132 | 85% |
| [2] | *Google Ads and DV360 Only* | *14* | *9%* |
| [3] | *Google Ads, DV360 and At Least One Non-Google Display Platforms* | *44* | *28%* |
| [4] | *Google Ads Only and At Least One Non-Google Display Platform* | *74* | *48%* |
| [5] | Google Ads and No Other Display Platform | 23 | 15% |
| [6] | Total Respondents Using Google Ads | 155 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Limited to respondents who selected Google Ads in Q4.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 53

### LOWER-SPEND ADVERTISER SURVEY
### OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS
### WHO USE ONLY GOOGLE ADS FOR DISPLAY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Display Platforms | | | | | |
| | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Social | 11 | 48% | 6 | 50% | 5 | 45% |
| [2] Search | 9 | 39% | 4 | 33% | 5 | 45% |
| [3] Email | 6 | 26% | 2 | 17% | 4 | 36% |
| [4] Digital Video | 5 | 22% | 2 | 17% | 3 | 27% |
| [5] Connected TV | 2 | 9% | - | 0% | 2 | 18% |
| [6] Digital Audio | 1 | 4% | 1 | 8% | - | 0% |
| [7] eCommerce Platforms | - | 0% | - | 0% | - | 0% |
| [8] App/In-App | - | 0% | - | 0% | - | 0% |
| [9] Other | - | 0% | - | 0% | - | 0% |
| [10] Total Shown Question | 23 | 100% | 12 | 100% | 11 | 100% |

| Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Non-Google Display Platforms | | | | | |
| | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | # | % | # | % | # | % |
| [A] | [H] | [I] | [J] | [K] | [L] | [M] |
| [1] Social | 21 | 57% | 9 | 56% | 12 | 57% |
| [2] Search | 20 | 54% | 7 | 44% | 13 | 62% |
| [3] Email | 16 | 43% | 5 | 31% | 11 | 52% |
| [4] Digital Video | 15 | 41% | 6 | 38% | 9 | 43% |
| [5] Connected TV | 7 | 19% | 2 | 13% | 5 | 24% |
| [6] Digital Audio | 7 | 19% | 3 | 19% | 4 | 19% |
| [7] eCommerce Platforms | 5 | 14% | 3 | 19% | 2 | 10% |
| [8] App/In-App | 7 | 19% | 4 | 25% | 3 | 14% |
| [9] Other | - | 0% | - | 0% | - | 0% |
| [10] Total Shown Question | 37 | 100% | 16 | 100% | 21 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 53**

**LOWER-SPEND ADVERTISER SURVEY**
**OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS**
**WHO USE ONLY GOOGLE ADS FOR DISPLAY**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

[A]   Non-display advertising types respondents selected in QS12.

[B]-[G]   Limited to respondents who selected Google Ads and no other display platforms.

[H]-[M]   Limited to respondents who selected Google Ads and no other non-Google display platforms.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 54

## LOWER-SPEND ADVERTISER SURVEY
## NUMBER OF OTHER DIGITAL ADVERTISING TYPES USED AMONG RESPONDENTS
## WHO USE ONLY GOOGLE ADS FOR DISPLAY
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS12: Which of the following types of digital advertising, if any, have you used in the past year? Please review the description of each advertising type carefully.  (Please select all that apply.)

| | Number of Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Display Platforms | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | 10 | 43% | 6 | 50% | 4 | 36% |
| [2] | 1 | 2 | 9% | 1 | 8% | 1 | 9% |
| [3] | 2 | 4 | 17% | 2 | 17% | 2 | 18% |
| [4] | 3 | 4 | 17% | 2 | 17% | 2 | 18% |
| [5] | 4 | 3 | 13% | 1 | 8% | 2 | 18% |
| [6] | 5 | - | 0% | - | 0% | - | 0% |
| [7] | 6 | - | 0% | - | 0% | - | 0% |
| [8] | 7 | - | 0% | - | 0% | - | 0% |
| [9] | 8 | - | 0% | - | 0% | - | 0% |
| [10] | Total Shown Question | 23 | 100% | 12 | 100% | 11 | 100% |

| | Number of Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Non-Google Display Platforms | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | | # | % | # | % | # | % |
| | [A] | [H] | [I] | [J] | [K] | [L] | [M] |
| [1] | 0 | 10 | 27% | 6 | 38% | 4 | 19% |
| [2] | 1 | 2 | 5% | 1 | 6% | 1 | 5% |
| [3] | 2 | 7 | 19% | 2 | 13% | 5 | 24% |
| [4] | 3 | 5 | 14% | 2 | 13% | 3 | 14% |
| [5] | 4 | 6 | 16% | 2 | 13% | 4 | 19% |
| [6] | 5 | 2 | 5% | - | 0% | 2 | 10% |
| [7] | 6 | 3 | 8% | 2 | 13% | 1 | 5% |
| [8] | 7 | 1 | 3% | - | 0% | 1 | 5% |
| [9] | 8 | 1 | 3% | 1 | 6% | - | 0% |
| [10] | Total Shown Question | 37 | 100% | 16 | 100% | 21 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 54**


**LOWER-SPEND ADVERTISER SURVEY**
**NUMBER OF OTHER DIGITAL ADVERTISING TYPES USED AMONG RESPONDENTS**
**WHO USE ONLY GOOGLE ADS FOR DISPLAY**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**


<u>Notes & Sources</u>:
From Lower-Spend Advertiser Survey.
[A]  Counts the number of non-display advertising types respondents selected in QS12.
[B]-[G]  Limited to respondents who selected Google Ads and no other display platforms.
[H]-[M]  Limited to respondents who selected Google Ads and no other non-Google display platforms.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

APPENDIX EXHIBIT 55

LOWER-SPEND ADVERTISER SURVEY
DIGITAL ADVERTISING BUDGET SHARE BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR DISPLAY
EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: Previously, you mentioned that you have used the following types of digital advertising in the past year. What is your best estimate of the share of your digital advertising spending that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising spending spent on each type. The total should add up to 100%.

| % of Budget Allocated to Display Advertising | Respondents Who Use Google Ads and No Other Display Platforms | | | | | | Respondents Who Use Google Ads and No Other Non-Google Display Platforms | | | | | |
| | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | # | % | # | % | # | % | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] |
| **% of Digital Advertising Budget** | | | | | | | | | | | | |
| [1] 0% – 10% | 1 | 4% | 1 | 8% | - | 0% | 7 | 19% | 3 | 19% | 4 | 19% |
| [2] 10% – 20% | 3 | 13% | 1 | 8% | 2 | 18% | 5 | 14% | 3 | 19% | 2 | 10% |
| [3] 20% – 30% | 6 | 26% | 3 | 25% | 3 | 27% | 7 | 19% | 3 | 19% | 4 | 19% |
| [4] 30% – 40% | - | 0% | - | 0% | - | 0% | 2 | 5% | - | 0% | 2 | 10% |
| [5] 40% – 50% | 2 | 9% | - | 0% | 2 | 18% | 3 | 8% | - | 0% | 3 | 14% |
| [6] 50% – 60% | 1 | 4% | 1 | 8% | - | 0% | 2 | 5% | 1 | 6% | 1 | 5% |
| [7] 60% – 70% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [8] 70% – 80% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [9] 80% – 90% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [10] 90% – 100% | 10 | 43% | 6 | 50% | 4 | 36% | 10 | 27% | 6 | 38% | 4 | 19% |
| [11] Don't know / Unsure | - | 0% | - | 0% | - | 0% | 1 | 3% | - | 0% | 1 | 5% |
| [12] Total | 23 | 100% | 12 | 100% | 11 | 100% | 37 | 100% | 16 | 100% | 21 | 100% |
| **% of Overall Advertising Budget** | | | | | | | | | | | | |
| [13] 0% – 10% | 3 | 13% | 2 | 17% | 1 | 9% | 9 | 24% | 4 | 25% | 5 | 24% |
| [14] 10% – 20% | 7 | 30% | 3 | 25% | 4 | 36% | 10 | 27% | 5 | 31% | 5 | 24% |
| [15] 20% – 30% | 3 | 13% | 1 | 8% | 2 | 18% | 6 | 16% | 1 | 6% | 5 | 24% |
| [16] 30% – 40% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [17] 40% – 50% | 9 | 39% | 6 | 50% | 3 | 27% | 10 | 27% | 6 | 38% | 4 | 19% |
| [18] 50% – 60% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [19] 60% – 70% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [20] 70% – 80% | 1 | 4% | - | 0% | 1 | 9% | 1 | 3% | - | 0% | 1 | 5% |
| [21] 80% – 90% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [22] 90% – 100% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| [23] Don't know / Unsure | - | 0% | - | 0% | - | 0% | 1 | 3% | - | 0% | 1 | 5% |
| [24] Total | 23 | 100% | 12 | 100% | 11 | 100% | 37 | 100% | 16 | 100% | 21 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
[B]-[G] Limited to respondents who selected Google Ads and no other display platforms.
[H]-[M] Limited to respondents who selected Google Ads and no other non-Google display platforms in Q4.
[13]-[22] Calculated as the % of budget allocated to display in Q8 * the % of budget allocated to online advertising in QS11.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 56

## LOWER-SPEND ADVERTISER SURVEY
## SOCIAL MEDIA PLATFORMS USED
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q5: You indicated that you have used social advertising in the past year. Social ads are digital ads placed on social media platforms such as Facebook, Instagram, LinkedIn, Snapchat, and Twitter. Which of the following social media platforms, if any, have you used during the last 12 months for social advertising? (Please select all that apply).

| | Social Media Platform | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Facebook | 136 | 84% | 70 | 88% | 66 | 81% |
| [2] | Instagram | 107 | 66% | 53 | 66% | 54 | 67% |
| [3] | LinkedIn | 75 | 47% | 30 | 38% | 45 | 56% |
| [4] | Twitter | 72 | 45% | 32 | 40% | 40 | 49% |
| [5] | Tiktok | 62 | 39% | 21 | 26% | 41 | 51% |
| [6] | Snapchat | 54 | 34% | 25 | 31% | 29 | 36% |
| [7] | Pinterest | 37 | 23% | 12 | 15% | 25 | 31% |
| [8] | Reddit | 27 | 17% | 10 | 13% | 17 | 21% |
| [9] | Tumblr | 8 | 5% | 3 | 4% | 5 | 6% |
| [10] | FriendLinx | - | 0% | - | 0% | - | 0% |
| [11] | Other social media platforms | 2 | 1% | 1 | 1% | 1 | 1% |
| [12] | Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [14] | Total Shown Question | 161 | 100% | 80 | 100% | 81 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column Total Respondents, except for "Other," "None of the above," and "Don't know/Unsure."
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were shown Q5 if they indicated that they had used social advertising in the past year in QS12.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 57

## LOWER-SPEND ADVERTISER SURVEY
## DIGITAL ADVERTISING BUDGET SHARE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: Previously, you mentioned that you have used the following types of digital advertising in the past year.
What is your best estimate of the share of your digital advertising spending that was used for each of these
types of advertising in the past year? Specifically, please allocate 100% across the different types of digital
advertising shown below based on the share of your total digital advertising budget spent on each type.
The total should add up to 100%.

| | Advertising Type | # of Respondents | Mean | Median |
|---|---|---|---|---|
| | [A] | [B] | [C] | [D] |
| [1] | Display | 228 | 36% | 25% |
| [2] | Social | 151 | 15% | 10% |
| [3] | Search | 138 | 13% | 10% |
| [4] | Digital Video | 110 | 9% | 0% |
| [5] | Email | 95 | 6% | 0% |
| [6] | eCommerce Platforms | 83 | 6% | 0% |
| [7] | Digital Audio | 80 | 5% | 0% |
| [8] | App/In-app | 72 | 5% | 0% |
| [9] | Connected TV | 71 | 5% | 0% |
| [10] | Other | - | 0% | 0% |
| [11] | Don't know / Unsure | 5 | 0% | 0% |
| [12] | Total Shown Question | 243 | | |

Total Respondents

| | Advertising Type | # of Respondents | Mean | Median |
|---|---|---|---|---|
| | [A] | [E] | [F] | [G] |
| [1] | Display | 105 | 40% | 30% |
| [2] | Social | 72 | 17% | 11% |
| [3] | Search | 64 | 13% | 10% |
| [4] | Digital Video | 43 | 7% | 0% |
| [5] | Email | 29 | 4% | 0% |
| [6] | eCommerce Platforms | 32 | 5% | 0% |
| [7] | Digital Audio | 34 | 5% | 0% |
| [8] | App/In-app | 33 | 5% | 0% |
| [9] | Connected TV | 26 | 4% | 0% |
| [10] | Other | - | 0% | 0% |
| [11] | Don't know / Unsure | 3 | n/a | n/a |
| [12] | Total Shown Question | 117 | | |

< Than $50K Ad Spend

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 57

### LOWER-SPEND ADVERTISER SURVEY
### DIGITAL ADVERTISING BUDGET SHARE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q8: Previously, you mentioned that you have used the following types of digital advertising in the past year. What is your best estimate of the share of your digital advertising spending that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across the different types of digital advertising shown below based on the share of your total digital advertising budget spent on each type. The total should add up to 100%.

| | Advertising Type | # of Respondents | $50K – $500K Ad Spend | |
| | | | Mean | Median |
|---|---|---|---|---|
| | [A] | [H] | [I] | [J] |
| [1] | Display | 123 | 32% | 21% |
| [2] | Social | 79 | 13% | 10% |
| [3] | Search | 74 | 13% | 10% |
| [4] | Digital Video | 67 | 10% | 5% |
| [5] | Email | 66 | 8% | 5% |
| [6] | eCommerce Platforms | 51 | 7% | 0% |
| [7] | Digital Audio | 46 | 6% | 0% |
| [8] | App/In-app | 39 | 5% | 0% |
| [9] | Connected TV | 45 | 7% | 0% |
| [10] | Other | - | 0% | 0% |
| [11] | Don't know / Unsure | 2 | n/a | n/a |
| [12] | Total Shown Question | 126 | | |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents are shown their responses from QS12. They are asked to allocate across all selected types.
Respondents can hover their mouse over each digital advertising type to review the type description.
Budget allocated for an advertising type is assumed to be equal to 0 if respondents did not select the advertising type in QS12.
[B],[E],[H] Shows number of respondents who allocated a budget for each advertising type.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 58

### LOWER-SPEND ADVERTISER SURVEY
### RESPONSE TO DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q9: Now suppose that, based on your analysis, the cost of display advertising has recently increased by a small but significant amount, and will remain elevated for the foreseeable future. Assume further that, based on similar analyses for other digital advertising types, the costs of other digital advertising types have not changed and are not expected to change. So if the cost of display advertising increases (while the cost of other advertising types remains types remains the same), will you or won't you divert some of your advertising spending for the coming year to other types of digital advertising?

| Response Options | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| --- | --- | --- | --- | --- | --- | --- |
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Will Divert Spending | 143 | 59% | 81 | 69% | 62 | 49% |
| [2] Will Not Divert Spending | 87 | 36% | 33 | 28% | 54 | 43% |
| [3] Don't know / Unsure | 13 | 5% | 3 | 3% | 10 | 8% |
| [4] Total Shown Question | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 59

## LOWER-SPEND ADVERTISER SURVEY
## ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED
## DUE TO DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q10: To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the increase in the cost of display advertising?

| | | Respondents Indicating They Would Divert Spending to the Advertising Type | | | | |
|---|---|---|---|---|---|---|
| | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| Advertising Type | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Social | 84 | 59% | 53 | 65% | 31 | 50% |
| [2] Email | 60 | 42% | 27 | 33% | 33 | 53% |
| [3] Search | 60 | 42% | 33 | 41% | 27 | 44% |
| [4] Digital Video | 54 | 38% | 30 | 37% | 24 | 39% |
| [5] Digital Audio | 53 | 37% | 25 | 31% | 28 | 45% |
| [6] eCommerce Platforms | 47 | 33% | 26 | 32% | 21 | 34% |
| [7] App/In-app | 38 | 27% | 20 | 25% | 18 | 29% |
| [8] Connected TV | 37 | 26% | 15 | 19% | 22 | 35% |
| [9] Other | 1 | 1% | - | 0% | 1 | 2% |
| [10] None of the above | - | 0% | - | 0% | - | 0% |
| [11] Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [12] Total Shown Question | 143 | 100% | 81 | 100% | 62 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above," and "Don't know/Unsure."
Respondents can hover their mouse over each digital advertising type to review the type description.
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were only shown Q10 if they indicated that they would divert advertising spending to other types of digital advertising in Q9.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 60

### LOWER-SPEND ADVERTISER SURVEY
### NUMBER OF ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED
### DUE TO DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q10: To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year as a result of the increase in the cost of display advertising?

| | Number of Advertising Types Diverted Spending to | Respondents Indicating They Would Divert Spending to the Number of Advertising Types | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | - | 0% | - | 0% | - | 0% |
| [2] | 1 | 19 | 13% | 10 | 12% | 9 | 15% |
| [3] | 2 | 28 | 20% | 18 | 22% | 10 | 16% |
| [4] | 3 | 58 | 41% | 40 | 49% | 18 | 29% |
| [5] | 4 | 19 | 13% | 7 | 9% | 12 | 19% |
| [6] | 5 | 10 | 7% | 2 | 2% | 8 | 13% |
| [7] | 6 | 6 | 4% | 3 | 4% | 3 | 5% |
| [8] | 7 | 1 | 1% | 1 | 1% | - | 0% |
| [9] | 8 | 2 | 1% | - | 0% | 2 | 3% |
| [10] | 9 | - | 0% | - | 0% | - | 0% |
| [11] | Don't know / Unsure | - | 0% | - | 0% | - | 0% |
| [12] | Total Shown Question | 143 | 100% | 81 | 100% | 62 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Respondents were shown Q10 if they indicated that they would divert advertiser spending to other types of digital advertising in Q9.
Respondents can hover their mouse over each digital advertising type to review the type description.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 61

## LOWER-SPEND ADVERTISER SURVEY
## EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**All Respondents**

| Advertising Type | Total Respondents | Average Extent of Increase | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Number of Respondents by Extent of Increase | | | | | | | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] Social | 84 | 8.1 | - | - | - | - | 2 | 3 | 6 | 15 | 22 | 21 | 15 | - |
| [2] Email | 60 | 7.2 | 1 | 2 | 2 | - | 1 | 2 | 5 | 13 | 19 | 10 | 5 | - |
| [3] Search | 60 | 7.9 | - | 1 | 2 | - | - | 1 | 4 | 11 | 13 | 21 | 7 | - |
| [4] Digital Video | 54 | 7.7 | 1 | - | - | - | 1 | - | 4 | 17 | 17 | 9 | 5 | - |
| [5] Digital Audio | 53 | 7.7 | - | - | 1 | 1 | - | - | 5 | 14 | 14 | 16 | 2 | - |
| [6] eCommerce Platforms | 47 | 7.7 | - | - | - | 1 | - | 3 | 2 | 14 | 12 | 10 | 5 | - |
| [7] App/In-app | 38 | 7.9 | - | - | - | - | 1 | 2 | 4 | 4 | 13 | 8 | 6 | - |
| [8] Connected TV | 37 | 7.4 | - | 1 | 1 | - | 1 | 2 | 3 | 9 | 9 | 8 | 3 | - |
| [9] Other | 1 | 10.0 | - | - | - | - | - | - | - | - | - | - | 1 | - |

| Advertising Type | Total Respondents | Average Extent of Increase | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Number of Respondents by Extent of Increase | | | | | | | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] Social | 100% | n/a | 0% | 0% | 0% | 0% | 2% | 4% | 7% | 18% | 26% | 25% | 18% | 0% |
| [2] Email | 100% | n/a | 2% | 3% | 3% | 0% | 2% | 3% | 8% | 22% | 32% | 17% | 8% | 0% |
| [3] Search | 100% | n/a | 0% | 2% | 3% | 0% | 0% | 2% | 7% | 18% | 22% | 35% | 12% | 0% |
| [4] Digital Video | 100% | n/a | 2% | 0% | 0% | 0% | 2% | 0% | 7% | 31% | 31% | 17% | 9% | 0% |
| [5] Digital Audio | 100% | n/a | 0% | 0% | 2% | 2% | 0% | 0% | 9% | 26% | 26% | 30% | 4% | 0% |
| [6] eCommerce Platforms | 100% | n/a | 0% | 0% | 0% | 2% | 0% | 6% | 4% | 30% | 26% | 21% | 11% | 0% |
| [7] App/In-app | 100% | n/a | 0% | 0% | 0% | 0% | 3% | 5% | 11% | 11% | 34% | 21% | 16% | 0% |
| [8] Connected TV | 100% | n/a | 0% | 3% | 3% | 0% | 3% | 5% | 8% | 24% | 24% | 22% | 8% | 0% |
| [9] Other | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 61

### LOWER-SPEND ADVERTISER SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**< Than $50K Ad Spend**

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [10] Social | 53 | 8.3 | - | - | - | - | 1 | 1 | 4 | 7 | 12 | 17 | 11 | - |
| [11] Email | 27 | 7.6 | - | - | 1 | - | - | 2 | 2 | 4 | 11 | 6 | 1 | - |
| [12] Search | 33 | 8.2 | - | - | 1 | - | - | 1 | 1 | 4 | 8 | 13 | 5 | - |
| [13] Digital Video | 30 | 7.9 | - | - | - | - | - | - | 3 | 8 | 11 | 4 | 4 | - |
| [14] Digital Audio | 25 | 7.6 | - | - | 1 | - | - | - | 3 | 9 | 4 | 6 | 2 | - |
| [15] eCommerce Platforms | 26 | 7.8 | - | - | - | - | - | - | 1 | 10 | 8 | 6 | 1 | - |
| [16] App/In-app | 20 | 8.0 | - | - | - | - | - | 1 | 2 | 2 | 9 | 4 | 2 | - |
| [17] Connected TV | 15 | 7.8 | - | - | - | - | - | - | 1 | 7 | 2 | 4 | 1 | - |
| [18] Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [10] Social | 100% | n/a | 0% | 0% | 0% | 0% | 2% | 2% | 8% | 13% | 23% | 32% | 21% | 0% |
| [11] Email | 100% | n/a | 0% | 0% | 4% | 0% | 0% | 7% | 7% | 15% | 41% | 22% | 4% | 0% |
| [12] Search | 100% | n/a | 0% | 0% | 3% | 0% | 0% | 3% | 3% | 12% | 24% | 39% | 15% | 0% |
| [13] Digital Video | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 10% | 27% | 37% | 13% | 13% | 0% |
| [14] Digital Audio | 100% | n/a | 0% | 0% | 4% | 0% | 0% | 0% | 12% | 36% | 16% | 24% | 8% | 0% |
| [15] eCommerce Platforms | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 4% | 38% | 31% | 23% | 4% | 0% |
| [16] App/In-app | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 5% | 10% | 10% | 45% | 20% | 10% | 0% |
| [17] Connected TV | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 7% | 47% | 13% | 27% | 7% | 0% |
| [18] Other | - | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 61

### LOWER-SPEND ADVERTISER SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**$50K – $500K Ad Spend**

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [19] Social | 31 | 7.7 | - | - | - | - | 1 | 2 | 2 | 8 | 10 | 4 | 4 | - |
| [20] Email | 33 | 6.9 | 1 | 2 | 1 | - | 1 | - | 3 | 9 | 8 | 4 | 4 | - |
| [21] Search | 27 | 7.5 | - | 1 | 1 | - | - | - | 3 | 7 | 5 | 8 | 2 | - |
| [22] Digital Video | 24 | 7.3 | 1 | - | - | - | 1 | - | 1 | 9 | 6 | 5 | 1 | - |
| [23] Digital Audio | 28 | 7.9 | - | - | - | 1 | - | - | 2 | 5 | 10 | 10 | - | - |
| [24] eCommerce Platforms | 21 | 7.6 | - | - | - | 1 | - | 3 | 1 | 4 | 4 | 4 | 4 | - |
| [25] App/In-app | 18 | 7.9 | - | - | - | - | 1 | 1 | 2 | 2 | 4 | 4 | 4 | - |
| [26] Connected TV | 22 | 7.0 | - | 1 | 1 | - | 1 | 2 | 2 | 2 | 7 | 4 | 2 | - |
| [27] Other | 1 | 10.0 | - | - | - | - | - | - | - | - | - | - | 1 | - |

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [19] Social | 100% | n/a | 0% | 0% | 0% | 0% | 3% | 6% | 6% | 26% | 32% | 13% | 13% | 0% |
| [20] Email | 100% | n/a | 3% | 6% | 3% | 0% | 3% | 0% | 9% | 27% | 24% | 12% | 12% | 0% |
| [21] Search | 100% | n/a | 0% | 4% | 4% | 0% | 0% | 0% | 11% | 26% | 19% | 30% | 7% | 0% |
| [22] Digital Video | 100% | n/a | 4% | 0% | 0% | 0% | 4% | 0% | 4% | 38% | 25% | 21% | 4% | 0% |
| [23] Digital Audio | 100% | n/a | 0% | 0% | 0% | 4% | 0% | 0% | 7% | 18% | 36% | 36% | 0% | 0% |
| [24] eCommerce Platforms | 100% | n/a | 0% | 0% | 0% | 5% | 0% | 14% | 5% | 19% | 19% | 19% | 19% | 0% |
| [25] App/In-app | 100% | n/a | 0% | 0% | 0% | 0% | 6% | 6% | 11% | 11% | 22% | 22% | 22% | 0% |
| [26] Connected TV | 100% | n/a | 0% | 5% | 5% | 0% | 5% | 9% | 9% | 9% | 32% | 18% | 9% | 0% |
| [27] Other | 100% | n/a | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 61

### LOWER-SPEND ADVERTISER SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Notes & Sources:

From Lower-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents are shown their answer choices from Q10.

Respondents were shown Q11 if they did not select "None of the above" or "Don't know/Unsure" in Q10.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total number of people selecting the advertising type to which to divert spending.

[C] Calculated as the average of extent of increase in [D] through [N], weighted by the number of respondents.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 62

## LOWER-SPEND ADVERTISER SURVEY
## EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**All Respondents**

| Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|
| | | 0 – 3 | 4 – 6 | 7 – 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] |
| [1] Social | 84 | - | 11 | 73 | - |
| [2] Email | 60 | 5 | 8 | 47 | - |
| [3] Search | 60 | 3 | 5 | 52 | - |
| [4] Digital Video | 54 | 1 | 5 | 48 | - |
| [5] Digital Audio | 53 | 2 | 5 | 46 | - |
| [6] eCommerce Platforms | 47 | 1 | 5 | 41 | - |
| [7] App/In-app | 38 | - | 7 | 31 | - |
| [8] Connected TV | 37 | 2 | 6 | 29 | - |
| [9] Other | 1 | - | - | 1 | - |

| Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|
| | | 0 – 3 | 4 – 6 | 7 – 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] |
| [1] Social | 100% | 0% | 13% | 87% | 0% |
| [2] Email | 100% | 8% | 13% | 78% | 0% |
| [3] Search | 100% | 5% | 8% | 87% | 0% |
| [4] Digital Video | 100% | 2% | 9% | 89% | 0% |
| [5] Digital Audio | 100% | 4% | 9% | 87% | 0% |
| [6] eCommerce Platforms | 100% | 2% | 11% | 87% | 0% |
| [7] App/In-app | 100% | 0% | 18% | 82% | 0% |
| [8] Connected TV | 100% | 5% | 16% | 78% | 0% |
| [9] Other | 100% | 0% | 0% | 100% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 62

## LOWER-SPEND ADVERTISER SURVEY
## EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**< Than $50K Ad Spend**

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [10] | Social | 53 | - | 6 | 47 | - |
| [11] | Email | 27 | 1 | 4 | 22 | - |
| [12] | Search | 33 | 1 | 2 | 30 | - |
| [13] | Digital Video | 30 | - | 3 | 27 | - |
| [14] | Digital Audio | 25 | 1 | 3 | 21 | - |
| [15] | eCommerce Platforms | 26 | - | 1 | 25 | - |
| [16] | App/In-app | 20 | - | 3 | 17 | - |
| [17] | Connected TV | 15 | - | 1 | 14 | - |
| [18] | Other | - | - | - | - | - |

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [10] | Social | 100% | 0% | 11% | 89% | 0% |
| [11] | Email | 100% | 4% | 15% | 81% | 0% |
| [12] | Search | 100% | 3% | 6% | 91% | 0% |
| [13] | Digital Video | 100% | 0% | 10% | 90% | 0% |
| [14] | Digital Audio | 100% | 4% | 12% | 84% | 0% |
| [15] | eCommerce Platforms | 100% | 0% | 4% | 96% | 0% |
| [16] | App/In-app | 100% | 0% | 15% | 85% | 0% |
| [17] | Connected TV | 100% | 0% | 7% | 93% | 0% |
| [18] | Other | 0% | 0% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 62

### LOWER-SPEND ADVERTISER SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q11: In your previous answer, you indicated that the increase in the cost of display advertising will lead you to divert some of your advertising spending to the types of digital advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

**$50K – $500K Ad Spend**

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [19] | Social | 31 | - | 5 | 26 | - |
| [20] | Email | 33 | 4 | 4 | 25 | - |
| [21] | Search | 27 | 2 | 3 | 22 | - |
| [22] | Digital Video | 24 | 1 | 2 | 21 | - |
| [23] | Digital Audio | 28 | 1 | 2 | 25 | - |
| [24] | eCommerce Platforms | 21 | 1 | 4 | 16 | - |
| [25] | App/In-app | 18 | - | 4 | 14 | - |
| [26] | Connected TV | 22 | 2 | 5 | 15 | - |
| [27] | Other | 1 | - | - | 1 | - |

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
|---|---|---|---|---|---|---|
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [19] | Social | 100% | 0% | 16% | 84% | 0% |
| [20] | Email | 100% | 12% | 12% | 76% | 0% |
| [21] | Search | 100% | 7% | 11% | 81% | 0% |
| [22] | Digital Video | 100% | 4% | 8% | 88% | 0% |
| [23] | Digital Audio | 100% | 4% | 7% | 89% | 0% |
| [24] | eCommerce Platforms | 100% | 5% | 19% | 76% | 0% |
| [25] | App/In-app | 100% | 0% | 22% | 78% | 0% |
| [26] | Connected TV | 100% | 9% | 23% | 68% | 0% |
| [27] | Other | 100% | 0% | 0% | 100% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 62

### LOWER-SPEND ADVERTISER SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

<u>Notes & Sources</u>:

From Lower-Spend Advertiser Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents are shown their answer choices from Q10.

Respondents were shown Q11 if they did not select "None of the above" or "Don't know/Unsure" in Q10.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total number of people selecting the advertising type to which to divert spending.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 63

## LOWER-SPEND ADVERTISER SURVEY
## PERFORMANCE ASSESSMENT METRICS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q12: Which of the following metrics, if any, are you using to assess the performance of display ads and/or social media ads? (Please select all that apply in each column.)

**All Respondents**

| | Metric | Display Ads | | Social Media Ads | |
|---|---|---|---|---|---|
| | | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] |
| [1] | Return on Investment (ROI) | 98 | 40% | 71 | 44% |
| [2] | Cost per click (CPC) | 97 | 40% | 80 | 50% |
| [3] | Clicks | 94 | 39% | 74 | 46% |
| [4] | Click through rate (CTR) | 90 | 37% | 73 | 45% |
| [5] | Return on Ad Spend (ROAS) | 85 | 35% | 66 | 41% |
| [6] | Cost per action (CPA) | 81 | 33% | 60 | 37% |
| [7] | Cost per impression (CPM) | 75 | 31% | 59 | 37% |
| [8] | Impressions | 75 | 31% | 49 | 30% |
| [9] | Conversions | 73 | 30% | 55 | 34% |
| [10] | Other | 3 | 1% | - | 0% |
| [11] | Don't know / Unsure | 3 | 1% | 3 | 2% |
| [12] | None of the above | 1 | 0% | - | 0% |
| [13] | Total Shown Question | 243 | 100% | 161 | 100% |

**< Than $50K Ad Spend**

| | Metric | Display Ads | | Social Media Ads | |
|---|---|---|---|---|---|
| | | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] |
| [14] | Return on Investment (ROI) | 51 | 44% | 36 | 45% |
| [15] | Cost per click (CPC) | 47 | 40% | 43 | 54% |
| [16] | Clicks | 39 | 33% | 37 | 46% |
| [17] | Click through rate (CTR) | 41 | 35% | 38 | 48% |
| [18] | Return on Ad Spend (ROAS) | 36 | 31% | 31 | 39% |
| [19] | Cost per action (CPA) | 38 | 32% | 25 | 31% |
| [20] | Cost per impression (CPM) | 36 | 31% | 29 | 36% |
| [21] | Impressions | 35 | 30% | 19 | 24% |
| [22] | Conversions | 27 | 23% | 27 | 34% |
| [23] | Other | - | 0% | - | 0% |
| [24] | Don't know / Unsure | 3 | 3% | 3 | 4% |
| [25] | None of the above | - | 0% | - | 0% |
| [26] | Total Shown Question | 117 | 100% | 80 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 63

### LOWER-SPEND ADVERTISER SURVEY
### PERFORMANCE ASSESSMENT METRICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q12: Which of the following metrics, if any, are you using to assess the performance of display ads and/or social media ads? (Please select all that apply in each column.)

**$50K – $500K Ad Spend**

| Metric | Display Ads # | Display Ads % | Social Media Ads # | Social Media Ads % |
|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] |
| [27] Return on Investment (ROI) | 47 | 37% | 35 | 43% |
| [28] Cost per click (CPC) | 50 | 40% | 37 | 46% |
| [29] Clicks | 55 | 44% | 37 | 46% |
| [30] Click through rate (CTR) | 49 | 39% | 35 | 43% |
| [31] Return on Ad Spend (ROAS) | 49 | 39% | 35 | 43% |
| [32] Cost per action (CPA) | 43 | 34% | 35 | 43% |
| [33] Cost per impression (CPM) | 39 | 31% | 30 | 37% |
| [34] Impressions | 40 | 32% | 30 | 37% |
| [35] Conversions | 46 | 37% | 28 | 35% |
| [36] Other | 3 | 2% | - | 0% |
| [37] Don't know / Unsure | - | 0% | - | 0% |
| [38] None of the above | 1 | 1% | - | 0% |
| [39] Total Shown Question | 126 | 100% | 81 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Don't know/Unsure" and "None of the above."
Respondents were only asked about each of the above advertising types if they had indicated in QS12 that they had used those advertising types in the past year.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 64

### LOWER-SPEND ADVERTISER SURVEY
### RANKING OF PERFORMANCE ASSESSMENT METRICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q13: You indicated that you use the following metrics to assess the performance of display ads.
   Please rank these metrics in terms of how important they are to accurately assessing the performance of digital display ads, with 1
   being the most important and [NUMBER OF MEASURES SELECTED IN Q12] being the least important.
   (Please rank the following metrics, or select "Don't know / Unsure".)

**All Respondents**

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
| --- | --- | --- | --- | --- |
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| Return on Investment (ROI) | 46 | 19% | 85 | 36% |
| Clicks | 35 | 15% | 67 | 28% |
| Cost per click (CPC) | 34 | 14% | 71 | 30% |
| Return on Ad Spend (ROAS) | 29 | 12% | 68 | 29% |
| Cost per action (CPA) | 23 | 10% | 60 | 25% |
| Click through rate (CTR) | 22 | 9% | 68 | 29% |
| Cost per impression (CPM) | 20 | 8% | 51 | 21% |
| Conversions | 18 | 8% | 54 | 23% |
| Impressions | 11 | 5% | 46 | 19% |
| Other | - | 0% | 1 | 0% |
| Total | 238 | 100% | 238 | 100% |

**< Than $50K Ad Spend**

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
| --- | --- | --- | --- | --- |
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [12] Return on Investment (ROI) | 22 | 19% | 43 | 38% |
| [13] Clicks | 15 | 13% | 27 | 24% |
| [14] Cost per click (CPC) | 20 | 18% | 35 | 31% |
| [15] Return on Ad Spend (ROAS) | 16 | 14% | 29 | 26% |
| [16] Cost per action (CPA) | 10 | 9% | 29 | 26% |
| [17] Click through rate (CTR) | 9 | 8% | 32 | 28% |
| [18] Cost per impression (CPM) | 11 | 10% | 26 | 23% |
| [19] Conversions | 6 | 5% | 19 | 17% |
| [20] Impressions | 4 | 4% | 22 | 19% |
| [21] Other | - | 0% | - | 0% |
| [22] Total | 113 | 100% | 113 | 100% |

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## APPENDIX EXHIBIT 64

### LOWER-SPEND ADVERTISER SURVEY
### RANKING OF PERFORMANCE ASSESSMENT METRICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q13: You indicated that you use the following metrics to assess the performance of display ads.
   Please rank these metrics in terms of how important they are to accurately assessing the performance of digital display ads, with 1
   being the most important and [NUMBER OF MEASURES SELECTED IN Q12] being the least important.
   (Please rank the following metrics, or select "Don't know / Unsure".)

**$50K – $500K Ad Spend**

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
| --- | --- | --- | --- | --- |
|  | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [23] Return on Investment (ROI) | 24 | 19% | 42 | 34% |
| [24] Clicks | 20 | 16% | 40 | 32% |
| [25] Cost per click (CPC) | 14 | 11% | 36 | 29% |
| [26] Return on Ad Spend (ROAS) | 13 | 10% | 39 | 31% |
| [27] Cost per action (CPA) | 13 | 10% | 31 | 25% |
| [28] Click through rate (CTR) | 13 | 10% | 36 | 29% |
| [29] Cost per impression (CPM) | 9 | 7% | 25 | 20% |
| [30] Conversions | 12 | 10% | 35 | 28% |
| [31] Impressions | 7 | 6% | 24 | 19% |
| [32] Other | - | 0% | 1 | 1% |
| [33] Total | 125 | 100% | 125 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other."
Respondents are only shown Q13 if they indicate that they used more than one metric to assess the performance of display
   advertising in Q12. Respondents who selected only one metric in Q12 are assumed to have that metric ranked as most important.
Total includes respondents who ranked metrics in Q13 or selected only one metric in Q12.
1 respondent (less than 1 percent of respondents who used at least one metric to assess the performance of display ads) selected
   "Don't know/Unsure." This respondent had an annual ad spend of less than $50,000.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 65

## LOWER-SPEND ADVERTISER SURVEY
## FREQUENCY OF PERFORMANCE ASSESSMENT
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q14: How often, if at all, do you measure or assess the performance of your display advertising? (Please select only one option.)

If you are using an ad agency and/or consultant and they are responsible for measuring or assessing performance of your display advertising, please indicate how often you receive information about the performance of your display advertising from the agency.

| | Frequency | Total Respondents # | Total Respondents % | < Than $50K Ad Spend # | < Than $50K Ad Spend % | $50K – $500K Ad Spend # | $50K – $500K Ad Spend % |
|---|---|---|---|---|---|---|---|
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Daily | 21 | 9% | 8 | 7% | 13 | 10% |
| [2] | Weekly | 110 | 45% | 63 | 54% | 47 | 37% |
| [3] | Monthly | 70 | 29% | 29 | 25% | 41 | 33% |
| [4] | Quarterly | 35 | 14% | 12 | 10% | 23 | 18% |
| [5] | Annually | 6 | 2% | 4 | 3% | 2 | 2% |
| [6] | Don't know / Unsure | 1 | 0% | 1 | 1% | - | 0% |
| [7] | Total Shown Question | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 66

## LOWER-SPEND ADVERTISER SURVEY
## EXPERIMENTS ON DISPLAY ADS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q15: In the past year, have you run any experiments or test & learn initiatives on your digital display ads?
  (Please select only one option.)

| | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| Response Options | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Yes | 134 | 55% | 70 | 60% | 64 | 51% |
| [2] No | 106 | 44% | 46 | 39% | 60 | 48% |
| [3] Don't know / Unsure | 3 | 1% | 1 | 1% | 2 | 2% |
| [4] Total Shown Question | 243 | 100% | 117 | 100% | 126 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.

## APPENDIX EXHIBIT 67

### LOWER-SPEND ADVERTISER SURVEY
### TYPES OF EXPERIMENTS ON DISPLAY ADS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q16: Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year on your digital display ads?

| Experiment Type | Total Respondents | | < Than $50K Ad Spend | | $50K – $500K Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Creatives | 80 | 60% | 44 | 63% | 36 | 56% |
| [2] Audiences | 57 | 43% | 20 | 29% | 37 | 58% |
| [3] ROI/ROAS | 60 | 45% | 32 | 46% | 28 | 44% |
| [4] Ad buying tool performance | 51 | 38% | 24 | 34% | 27 | 42% |
| [5] Bid strategies | 47 | 35% | 18 | 26% | 29 | 45% |
| [6] Publishers | 39 | 29% | 16 | 23% | 23 | 36% |
| [7] Other | - | 0% | - | 0% | - | 0% |
| [8] Don't know / Unsure | 1 | 1% | - | 0% | 1 | 2% |
| [9] Total Shown Question | 134 | 100% | 70 | 100% | 64 | 100% |

Notes & Sources:
From Lower-Spend Advertiser Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know/Unsure."
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were shown Q16 if they indicated in Q15 that they had conducted experiments or test & learn initiatives on their display ads in the past year.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 68

## AGENCY SURVEY
## RESPONSE STATISTICS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| | Status | # | % |
|---|---|---|---|
| [1] | **Invited to Complete Survey** | **3,916** | **100%** |
| [2] | **Clicked on Survey Link** | **1,909** | **100%** |
| [3] | **Screened Out of Survey** | **1,368** | **72%** |
| [4] | *CAPTCHA* | *12* | *1%* |
| [5] | *Age* | *14* | *1%* |
| [6] | *State* | *11* | *1%* |
| [7] | *Job Responsibilities* | *235* | *12%* |
| [8] | *Not Employed by a Media Agency or Full Service Agency* | *681* | *36%* |
| [9] | *Full Service Agency Not Focused on Media Strategy* | *171* | *9%* |
| [10] | *No Digital Advertising Spend* | *-* | *0%* |
| [11] | *Did Not Use Display Advertising* | *83* | *4%* |
| [12] | *Did Not Use Programmatic Display* | *24* | *1%* |
| [13] | *Not Involved in Decision Making Roles for Display Advertising* | *19* | *1%* |
| [14] | *Failed Attention Check* | *11* | *1%* |
| [15] | *Overquota Respondents* | *107* | *6%* |
| [16] | **Self-Termination** | **78** | **4%** |
| [17] | **Completed the Survey** | **463** | **100%** |
| [18] | **Removed from Sample** | **82** | **18%** |
| [19] | *Slowpokes and Speeders* | *11* | *2%* |
| [20] | *Asked to be Excluded* | *71* | *15%* |
| [21] | **Analytical Sample** | **381** | **100%** |
| [22] | *Selected a Decoy Option* | *50* | *13%* |
| [23] | **Analytical Sample (Excluding Respondents Selecting a Decoy Option)** | **331** | **87%** |

Notes & Sources:
From Agency Survey.
[4] Respondents who failed the CAPTCHA three times were screened out of the study.
[5] Respondents who selected "Under 18" or "Prefer not to answer" in QS3 were screened out of the study.
[6] Respondents who selected "Other" or "Don't know / Unsure" in QS5 were screened out of the study.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 68

## AGENCY SURVEY
### RESPONSE STATISTICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Notes & Sources (cont.):

[7] Respondents who indicated in QS6 that, as part of their job responsibilities, they do not have any involvement with "Advertising or Marketing" were screened out of the study.

[8] Respondents who indicated in QS7 that they did not work for a "Media Agency" or "Full Service Agency" were screened out of the study.

[9] Respondents who indicated in QS7 that they work for a "Full Service Agency" but not in "Media Strategy" in QS8 were screened out of the study.

[10] Respondents who indicated in QS13 that the percentage of the client they spend the most time on's total advertising budget spent on digital (online) advertising was zero were screened out of the study.

[11] Respondents who did not indicate in QS14 that the client they spend the most time on used display advertising in the past year were screened out of the study.

[12] Respondents who did not indicate in QS15 that the client they spend the most time on used programmatic transaction methods to purchase display ad inventory were screened out of the study.

[13] Respondents who did not select "I determine or advise the client regarding overall strategies and/or budgets for digital display," "I determine or advise the client regarding which buying tools and/or demand-side platforms (DSPs) to use for digital display," "I regularly use self-serve ad platforms to manage digital display campaigns," or "I oversee a team/individuals that use(s) self-serve ad platforms to manage digital display campaigns" responses in QS17 were screened out of the study.

[14] Respondents who did not select "Somewhat likely" in QS18 were screened out of the study.

[15] Respondents were terminated due to entering the survey after it had been closed for sampling.

[16] Respondents who only completed part of the survey.

[19] Respondents who took less than 100 seconds (1.67 minutes) or more than 10,800 seconds (3 hours) to complete the survey were removed from the analysis.

[20] Respondents were asked if they are willing to participate in this survey after completing the questionnaire. Respondents who selected "Exclude my responses" in QF1 were removed from the data by the panel vendor.

[22] Respondents who selected one or more decoy options in the survey were removed from the analysis. These respondents selected "Ad Step Technologies," "Quorexx" in Q7, and/or "FriendLinx" in QS16.

[23] These respondents were used in the analysis.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 69

### AGENCY SURVEY
### SURVEY PARTICIPATION PREFERENCE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QF1: This survey is being conducted by consultants that have been retained on behalf of Google in connection with pending antitrust lawsuits in which the plaintiffs allege that Google engaged in anticompetitive conduct related to digital advertising. If you are willing to participate in this survey, please click "Include my responses" below. As a reminder, your responses will be kept anonymous and will be analyzed as part of a larger sample of responses. If you do not want to participate in this survey, please click "Exclude my responses" below.



Notes & Sources:
From Agency Survey.
Includes respondents who completed the survey.
Respondents who indicated that they wanted their responses excluded from the survey were removed from the data by the panel vendor.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 70**

**AGENCY SURVEY**
**RESPONDENT DEMOGRAPHICS**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

|  |  | # | % |
|---|---|---|---|
|  |  | [A] | [B] |
|  | **Age** |  |  |
| [1] | 18 - 34 | 84 | 25% |
| [2] | 35 - 49 | 203 | 61% |
| [3] | 50 - 64 | 43 | 13% |
| [4] | 65 or above | 1 | 0% |
| [5] | Total | 331 | 100% |
|  | **Gender** |  |  |
| [6] | Female | 105 | 32% |
| [7] | Male | 225 | 68% |
| [8] | Other | - | 0% |
| [9] | Prefer not to answer | 1 | 0% |
| [10] | Total | 331 | 100% |

Source:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 71

## AGENCY SURVEY
## JOB TITLES
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS9: Which of the following best characterizes your current job title/level? (Please select only one option.)

|      | Job Title / Level | Total Respondents | |
|------|-------------------|-----|-----|
|      |                   | #   | %   |
|      | [A]               | [B] | [C] |
| [1]  | C-Level (CEO, COO, CMO, etc.) | 111 | 34% |
| [2]  | Strategist | 50 | 15% |
| [3]  | Social Media Manager | 38 | 11% |
| [4]  | Media Planner | 30 | 9% |
| [5]  | Account Manager / Account Executive | 26 | 8% |
| [6]  | Project Manager | 22 | 7% |
| [7]  | Media Buyer | 19 | 6% |
| [8]  | Business Development Manager | 13 | 4% |
| [9]  | Data Scientist / Data Analyst | 2 | 1% |
| [10] | Traffic Manager | 2 | 1% |
| [11] | Analyst / Researcher | 1 | 0% |
| [12] | Editor / Writer | - | - |
| [13] | Other | 17 | 5% |
| [13] | Total | 331 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 72

## AGENCY SURVEY
## MARKET SECTORS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS11: Which of the following, if any, best characterizes the market sector/industry
of the client you spend the most time on? (Please select only one option.)

|  | Market Sector / Industry | Total Respondents | |
|---|---|---|---|
|  |  | # | % |
|  | [A] | [B] | [C] |
| [1] | Advertising or Marketing | 118 | 36% |
| [2] | Retail (including Ecommerce) | 35 | 11% |
| [3] | B2B/Services for Businesses | 22 | 7% |
| [4] | Apparel/Fashion | 19 | 6% |
| [5] | Media and Entertainment | 17 | 5% |
| [6] | Travel and Hospitality | 15 | 5% |
| [7] | Automotive | 15 | 5% |
| [8] | Food and Beverage | 14 | 4% |
| [9] | Financial Products/Services for Consumers (including Fintech) | 13 | 4% |
| [10] | Pharmaceuticals and Remedies (Rx or OTC) | 12 | 4% |
| [11] | Health Care or Medical Services | 9 | 3% |
| [12] | Health and Beauty Products | 8 | 2% |
| [13] | Telecommunications | 6 | 2% |
| [14] | Restaurants | 6 | 2% |
| [15] | Education | 5 | 2% |
| [16] | Consumer Electronics | 5 | 2% |
| [17] | Non-Profit | 4 | 1% |
| [18] | Home Products/Appliances | 2 | 1% |
| [19] | Government | 1 | 0% |
| [20] | Other | 5 | 2% |
| [21] | Total | 331 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 73

## AGENCY SURVEY
## ANNUAL AD SPEND
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS12: In the last 12 months, approximately how much did the client you spend the most time on spend on all advertising, includes all digital types (e.g., display, video, audio, social) plus all nondigital types (e.g., TV types, print, OOH, etc.)? (Please select only one option.)



Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 74

## AGENCY SURVEY
## PERCENT OF BUDGET SPENT ON DIGITAL ADVERTISING
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS13: Please think about the total advertising budget for the client you spend the most time on. In the past year, what percentage of the total advertising budget for the client you spend the most time on was used for digital (online) advertising, as opposed to offline advertising? Please give your best estimate.



Notes & Sources:
From Agency Survey
Respondents who entered zero for digital (online) advertising were screened out of the survey.
1 respondent selected "Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 75

## AGENCY SURVEY
## TYPES OF DIGITAL ADVERTISING USED
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS14: Which of the following types of digital advertising, if any, have
you used in the past year for the client you spend the most time on?
Please review the description of each advertising type carefully.
(Please select all that apply.)

| | Advertising Type | Total Respondents # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Display | 331 | 100% |
| [2] | Social | 255 | 77% |
| [3] | Search | 233 | 70% |
| [4] | Digital Video | 215 | 65% |
| [5] | Connected TV | 168 | 51% |
| [6] | Email | 161 | 49% |
| [7] | eCommerce Platforms | 151 | 46% |
| [8] | App/In-App | 141 | 43% |
| [9] | Digital Audio | 139 | 42% |
| [10] | Other | 2 | 1% |
| [11] | Total | 331 | 100% |

Notes & Sources:
From Agency Survey.
Respondents who did not select "Display" were screened out of the survey.
Percentages do not add up to 100% because respondents can select
multiple options.
Sorted in descending order based on column [B], except for "Other."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 76

## AGENCY SURVEY
## NUMBER OF TYPES OF DIGITAL ADVERTISING USED
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS14: Which of the following types of digital advertising, if any, have
you used in the past year for the client you spend the most time on?
Please review the description of each advertising type carefully.
(Please select all that apply.)

|  | Number of Types Selected | Total Respondents # | Total Respondents % |
|---|---|---|---|
|  | [A] | [B] | [C] |
| [1] | 1 | 45 | 14% |
| [2] | 2 | 10 | 3% |
| [3] | 3 | 17 | 5% |
| [4] | 4 | 35 | 11% |
| [5] | 5 | 51 | 15% |
| [6] | 6 | 44 | 13% |
| [7] | 7 | 49 | 15% |
| [8] | 8 | 42 | 13% |
| [9] | 9 | 38 | 11% |
| [10] | 10 | - | 0% |
| [11] | Total | 331 | 100% |

Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 77

**AGENCY SURVEY**
**DISPLAY ADVERTISING TRANSACTION METHODS**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

QS15: Which of the following transaction methods have you used to purchase
display ad inventory in the past year for the client you spend the most time on?
(Please select all that apply.)

|  | Transaction Method | Total Respondents | |
|---|---|---|---|
|  |  | # | % |
|  | [A] | [B] | [C] |
| [1] | Programmatic Only | 177 | 53% |
| [2] | Programmatic and Direct Deals | 154 | 47% |
| [3] | Total | 331 | 100% |

<u>Notes & Sources</u>:

From Agency Survey.

Respondents who selected "Direct Deals Only," "None of the Above," or
"Don't know / Unsure" were screened out of the survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 78

## AGENCY SURVEY
## SOCIAL MEDIA PLATFORMS USED
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS16: You indicated that you have used social advertising in the past year for the client you spend the most time on. Which of the following social media platforms, if any, have you used in the past year for the client you spend the most time on? (Please select all that apply.)

| Social Media Platform | Total Respondents | |
| --- | --- | --- |
| | # | % |
| [A] | [B] | [C] |
| [1] Facebook | 233 | 91% |
| [2] Instagram | 217 | 85% |
| [3] LinkedIn | 154 | 60% |
| [4] Tiktok | 126 | 49% |
| [5] Twitter | 124 | 49% |
| [6] Snapchat | 90 | 35% |
| [7] Pinterest | 82 | 32% |
| [8] Reddit | 55 | 22% |
| [9] Tumblr | 6 | 2% |
| [10] FriendLinx | - | 0% |
| [11] Other | 5 | 2% |
| [12] None of the Above | - | 0% |
| [13] Don't know / Unsure | 1 | 0% |
| [14] Total Shown Question | 255 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other,"
   "None of the Above," and "Don't know / Unsure."
Percentages do not add to 100% because respondents can select multiple options.
Respondents were only shown QS16 if they indicated in QS14 that they had used
   social advertising in the past year for the client they spend the most time on.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 79

## AGENCY SURVEY
## ROLE OF AGENCY VS. THE CLIENT
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q2: Which of the following best describes your involvement in each of these activities for the client you
spend the most time on? (Please select a value on the slider between 0 and 100 for each activity. If you
do not have an answer, please select "Don't know / Unsure")

| | Roles | Mean | Median |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Determining initial advertising budget | 68 | 74 |
| [2] | Allocating budget across different advertising types | 73 | 77 |
| [3] | Increasing/decreasing spending on a particular type of advertising | 73 | 75 |
| [4] | Increasing/decreasing spending on a particular ad campaign | 72 | 75 |
| [5] | Making changes to a campaign based on its performance | 74 | 76 |
| [6] | Deciding where to advertise | 73 | 77 |
| [7] | Deciding whether to purchase display ads programmatically or through direct deals with publishers | 71 | 75 |
| [8] | Measuring performance of display ad campaigns | 70 | 75 |

Notes & Sources:

From Agency Survey.

0 is labeled as "I am not involved in these decisions" and 100 is labeled as "I am the primary decision maker."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 80

## AGENCY SURVEY
## DIGITAL ADVERTISING BUDGET SHARE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q3: What is your best estimate of the share of the digital advertising budget of the client you
spend the most time on that was used for each of these types of advertising in the past year?
Specifically, please allocate 100% across the different types of digital advertising shown
below based on the share of your client's total digital advertising budget spent on each type.
The total should add up to 100%.

| | Advertising Type | # of Respondents | Mean | Median |
|---|---|---|---|---|
| | [A] | [B] | [C] | [D] |
| [1] | Programmatic Display | 327 | 31% | 20% |
| [2] | Social | 251 | 15% | 14% |
| [3] | Search | 229 | 14% | 10% |
| [4] | Digital Video | 211 | 9% | 10% |
| [5] | Connected TV | 166 | 7% | 2% |
| [6] | Email | 158 | 5% | 0% |
| [7] | Direct Deals Display | 151 | 5% | 0% |
| [8] | eCommerce Platforms | 150 | 6% | 0% |
| [9] | App/In-app | 138 | 4% | 0% |
| [10] | Digital Audio | 137 | 4% | 0% |
| [11] | Other | 2 | 0% | 0% |
| [12] | Don't know / Unsure | 4 | n/a | n/a |
| [13] | Total Shown Question | 381 | | |

Notes & Sources:

From Agency Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents were shown their responses from QS14 and QS15. They are asked to allocate across all selected types.
Respondents can hover their mouse over each digital advertising type to review the type description.
[B] Shows number of respondents who allocated a budget for each advertising type.
[C]-[D] Budget allocated for an advertising type is assumed to be equal to 0 if respondents did not select the advertising type
in QS14 or QS15.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 81

## AGENCY SURVEY
## RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q4: Now suppose that, based on your analysis, the cost of programmatic display advertising has recently increased by a small but significant amount, and will remain elevated for the foreseeable future. Assume further that, based on similar analyses for other digital advertising types, the costs of other digital advertising types have not changed and are not expected to change. So, for the client you spend the most time on, if the cost of programmatic display advertising increases (while the cost of other advertising types remains the same), will you or won't you divert some of your advertising spending for the coming year for the client you spend the most time on to other types of digital advertising?

| Response Options | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Will Divert Spending | 185 | 56% |
| [2] Will Not Divert Spending | 132 | 40% |
| [3] Don't know / Unsure | 14 | 4% |
| [4] Total Shown Question | 331 | 100% |

Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 82

## AGENCY SURVEY
## ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED
## DUE TO PROGRAMMATIC DISPLAY COST INCREASE

Q5: To which other types of digital advertising below, if any, would you divert your advertising
spending for the coming year for the client you spend the most time on, as a result of the increase
in the cost of programmatic display advertising?

|  | Advertising Type | Respondents Indicating They Would Divert Spending to the Advertising Type | |
|---|---|---|---|
|  |  | # | % |
|  | [A] | [B] | [C] |
| [1] | Social | 113 | 61% |
| [2] | Search | 81 | 44% |
| [3] | Digital Video | 74 | 40% |
| [4] | eCommerce Platforms | 64 | 35% |
| [5] | Connected TV | 64 | 35% |
| [6] | Direct Deals Display | 62 | 34% |
| [7] | Email | 44 | 24% |
| [8] | Digital Audio | 41 | 22% |
| [9] | App/In-app | 38 | 21% |
| [10] | Other | 1 | 1% |
| [11] | None of the above | 1 | 1% |
| [12] | Don't know / Unsure | 1 | 1% |
| [13] | Total Shown Question | 185 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other," "None of the above,"
  and "Don't know / Unsure."
Respondents can hover their mouse over each digital advertising type to review the advertising
  type description.
Percentages do not add up to 100% because respondents can select multiple options.
Respondents were only shown Q5 if they indicated in Q4 that they would divert advertising spending to
  other types of digital advertising for the client they spending the most time on.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 83

## AGENCY SURVEY
## NUMBER OF ADVERTISING TYPES TO WHICH SPENDING WOULD BE DIVERTED
## DUE TO PROGRAMMATIC DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q5: To which other types of digital advertising below, if any, would you divert your advertising spending for the coming year for the client you spend the most time on, as a result of the increase in the cost of programmatic display advertising?

| | Number of Advertising Types Diverted Spending To | Respondents Indicating They Would Divert Spending to the Number of Advertising Types | |
|---|---|---|---|
| | | # | % |
| | [A] | [B] | [C] |
| [1] | 0 | 1 | 1% |
| [2] | 1 | 33 | 18% |
| [3] | 2 | 53 | 29% |
| [4] | 3 | 39 | 21% |
| [5] | 4 | 24 | 13% |
| [6] | 5 | 12 | 6% |
| [7] | 6 | 6 | 3% |
| [8] | 7 | 4 | 2% |
| [9] | 8 | 2 | 1% |
| [10] | 9 | 10 | 5% |
| [11] | 10 | - | 0% |
| [12] | Don't know / Unsure | 1 | 1% |
| [13] | Total Shown Question | 185 | 100% |

Notes & Sources:
From Agency Survey.
Respondents were only shown Q5 if they indicated in Q4 that they would divert advertising spending to other types of digital advertising for the client they spending the most time on.
Respondents can hover their mouse over each digital advertising type to review the advertising type description.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 84

### AGENCY SURVEY
### EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q6: In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising types of digital spending to the advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year for the client you spend the most time on to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

| Advertising Type | Total Respondents | Average Extent of Increase | Number of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] Social | 113 | 6.8 | - | - | 6 | 6 | 5 | 11 | 12 | 24 | 26 | 11 | 11 | 1 |
| [2] Search | 81 | 6.5 | 1 | 1 | 3 | 3 | 2 | 14 | 11 | 20 | 10 | 10 | 6 | - |
| [3] Digital Video | 74 | 6.4 | 1 | 2 | 3 | 6 | 6 | 2 | 9 | 15 | 16 | 9 | 4 | 1 |
| [4] eCommerce Platforms | 64 | 7.1 | 2 | - | 2 | 2 | 1 | 6 | 4 | 17 | 10 | 12 | 7 | 1 |
| [5] Connected TV | 64 | 6.6 | - | 1 | 2 | 6 | 5 | 4 | 3 | 14 | 20 | 7 | 2 | - |
| [6] Direct Deals Display | 62 | 6.8 | 3 | - | 3 | 4 | 3 | 3 | 4 | 11 | 11 | 9 | 10 | 1 |
| [7] Email | 44 | 6.5 | 3 | - | 4 | 1 | 2 | 2 | 3 | 7 | 11 | 7 | 4 | - |
| [8] Digital Audio | 41 | 6.7 | 2 | - | 2 | - | 5 | 4 | 1 | 6 | 10 | 8 | 3 | - |
| [9] App/In-app | 38 | 7.2 | 2 | - | - | - | - | - | 5 | 1 | 10 | 11 | 3 | 5 | 1 |
| [10] Other | 1 | 3.0 | - | - | - | 1 | - | - | - | - | - | - | - | - |

| Advertising Type | Total Respondents | Average Extent of Increase | Share of Respondents by Extent of Increase | | | | | | | | | | | Don't know / Unsure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
| [1] Social | 100% | n/a | 0% | 0% | 5% | 5% | 4% | 10% | 11% | 21% | 23% | 10% | 10% | 1% |
| [2] Search | 100% | n/a | 1% | 1% | 4% | 4% | 2% | 17% | 14% | 25% | 12% | 12% | 7% | 0% |
| [3] Digital Video | 100% | n/a | 1% | 3% | 4% | 8% | 8% | 3% | 12% | 20% | 22% | 12% | 5% | 1% |
| [4] eCommerce Platforms | 100% | n/a | 3% | 0% | 3% | 3% | 2% | 9% | 6% | 27% | 16% | 19% | 11% | 2% |
| [5] Connected TV | 100% | n/a | 0% | 2% | 3% | 9% | 8% | 6% | 5% | 22% | 31% | 11% | 3% | 0% |
| [6] Direct Deals Display | 100% | n/a | 5% | 0% | 5% | 6% | 5% | 5% | 6% | 18% | 18% | 15% | 16% | 2% |
| [7] Email | 100% | n/a | 7% | 0% | 9% | 2% | 5% | 5% | 7% | 16% | 25% | 16% | 9% | 0% |
| [8] Digital Audio | 100% | n/a | 5% | 0% | 5% | 0% | 12% | 10% | 2% | 15% | 24% | 20% | 7% | 0% |
| [9] App/In-app | 100% | n/a | 5% | 0% | 0% | 0% | 0% | 13% | 3% | 26% | 29% | 8% | 13% | 3% |
| [10] Other | 100% | n/a | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 84

### AGENCY SURVEY

### EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents were shown their answer choices from Q5.

Respondents were only shown Q6 if they did not select "None of the above" or "Don't know/Unsure" in Q5.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total number of people selecting the advertising type to which to divert spending.

[C] Calculated as the average extent of increase in [D] through [N], weighted by the number of respondents.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 85

## AGENCY SURVEY
## EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q6: In your previous answer, you indicated that the increase in the cost of programmatic display advertising will lead you to divert some of your advertising types of digital spending to the advertising listed below. Please use the sliders below to indicate, on a scale of 0 to 10, the extent to which you would divert (that is, increase) advertising spending for the coming year for the client you spend the most time on to each type of digital advertising that you just indicated. For each digital advertising type below, please select 0 if you expect to keep spending on that type of digital advertising for the coming year and 10 if you expect to substantially increase spending on that type of digital advertising.

| | Advertising Type | Total Respondents | Number of Respondents by Extent of Increase | | | Don't know / Unsure |
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 113 | 12 | 28 | 72 | 1 |
| [2] | Search | 81 | 8 | 27 | 46 | - |
| [3] | Digital Video | 74 | 12 | 17 | 44 | 1 |
| [4] | eCommerce Platforms | 64 | 6 | 11 | 46 | 1 |
| [5] | Connected TV | 64 | 9 | 12 | 43 | - |
| [6] | Direct Deals Display | 62 | 10 | 10 | 41 | 1 |
| [7] | Email | 44 | 8 | 7 | 29 | - |
| [8] | Digital Audio | 41 | 4 | 10 | 27 | - |
| [9] | App/In-app | 38 | 2 | 6 | 29 | 1 |
| [10] | Other | 1 | 1 | - | - | - |

| | Advertising Type | Total Respondents | Share of Respondents by Extent of Increase | | | Don't know / Unsure |
| | | | 0 – 3 | 4 – 6 | 7 – 10 | |
| | [A] | [B] | [C] | [D] | [E] | [F] |
| [1] | Social | 100% | 11% | 25% | 64% | 1% |
| [2] | Search | 100% | 10% | 33% | 57% | 0% |
| [3] | Digital Video | 100% | 16% | 23% | 59% | 1% |
| [4] | eCommerce Platforms | 100% | 9% | 17% | 72% | 2% |
| [5] | Connected TV | 100% | 14% | 19% | 67% | 0% |
| [6] | Direct Deals Display | 100% | 16% | 16% | 66% | 2% |
| [7] | Email | 100% | 18% | 16% | 66% | 0% |
| [8] | Digital Audio | 100% | 10% | 24% | 66% | 0% |
| [9] | App/In-app | 100% | 5% | 16% | 76% | 3% |
| [10] | Other | 100% | 100% | 0% | 0% | 0% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 85

## AGENCY SURVEY
## EXTENT OF SPENDING CHANGES AS A RESULT OF PROGRAMMATIC DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents were shown their answer choices from Q5.

Respondents were only shown Q6 if they did not select "None of the above" or "Don't know/Unsure" in Q5.

Respondents can hover their mouse over each digital advertising type to review the type description.

Percentages calculated by dividing the number of people choosing the extent of increase for an advertising type by the total
  number of people selecting the advertising type to which to divert spending.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 86

### AGENCY SURVEY
### AD BUYING TOOLS USED IN PAST YEAR
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| Ad Buying Tool | Total Respondents | | < Than $15M Ad Spend | | > Than $15M Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Google Ads | 198 | 60% | 115 | 61% | 82 | 59% |
| [2] Google DV360 | 137 | 41% | 77 | 41% | 59 | 42% |
| [3] Amazon DSP | 125 | 38% | 69 | 36% | 56 | 40% |
| [4] The Trade Desk DSP | 86 | 26% | 45 | 24% | 40 | 29% |
| [5] Adobe Advertising Cloud | 54 | 16% | 35 | 18% | 19 | 14% |
| [6] Criteo | 42 | 13% | 20 | 11% | 22 | 16% |
| [7] Yahoo DSP (formerly Verizon Media DSP) | 40 | 12% | 24 | 13% | 16 | 11% |
| [8] MediaMath DSP | 31 | 9% | 21 | 11% | 10 | 7% |
| [9] Xandr Invest | 26 | 8% | 14 | 7% | 12 | 9% |
| [10] Simpli.fi | 26 | 8% | 12 | 6% | 14 | 10% |
| [11] Taboola | 24 | 7% | 15 | 8% | 9 | 6% |
| [12] Amobee | 23 | 7% | 12 | 6% | 11 | 8% |
| [13] Quantcast | 21 | 6% | 14 | 7% | 7 | 5% |
| [14] Adform | 21 | 6% | 13 | 7% | 8 | 6% |
| [15] StackAdapt | 19 | 6% | 14 | 7% | 5 | 4% |
| [16] Basis by Centro | 18 | 5% | 12 | 6% | 6 | 4% |
| [17] Zeta Global | 16 | 5% | 8 | 4% | 8 | 6% |
| [18] Outbrain | 16 | 5% | 13 | 7% | 3 | 2% |
| [19] Beeswax | 12 | 4% | 7 | 4% | 5 | 4% |
| [20] Adelphic | 7 | 2% | 5 | 3% | 2 | 1% |
| [21] Illumin (formerly AcuityAds) | 5 | 2% | 3 | 2% | 2 | 1% |
| [22] Ad Step Technologies | - | - | - | - | - | 0% |
| [23] Quorexx | - | - | - | - | - | 0% |
| [24] Other | 7 | 2% | 5 | 3% | 2 | 1% |
| [25] Don't know / Unsure | 1 | 0% | 1 | 1% | - | 0% |
| [26] Total Shown Question | 331 | 100% | 190 | 100% | 140 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 86

## AGENCY SURVEY
## AD BUYING TOOLS USED IN PAST YEAR
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

<u>Notes & Sources</u>:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."

[D]-[G]  Does not include one respondent who answered "Don't know / Unsure" to QS12.

Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 87

## AGENCY SURVEY
## NUMBER OF AD BUYING TOOLS USED IN PAST YEAR
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| Number of Ad Buying Tools Selected | Total Respondents | | < Than $15M Ad Spend | | > Than $15M Ad Spend | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Zero | - | 0% | - | 0% | - | 0% |
| [2] One | 96 | 29% | 61 | 32% | 35 | 25% |
| [3] More than One | 234 | 71% | 128 | 67% | 105 | 75% |
| [4]    Two | 64 | 19% | 26 | 14% | 38 | 27% |
| [5]    Three | 79 | 24% | 47 | 25% | 31 | 22% |
| [6]    Four or More | 91 | 27% | 55 | 29% | 36 | 26% |
| [7] Don't know / Unsure | 1 | 0% | 1 | 1% | - | 0% |
| [8] Total Shown Question | 331 | 100% | 190 | 100% | 140 | 100% |
| [9] Average # of Ad Buying Tools Selected | 2.9 | | 2.9 | | 2.8 | |

Notes & Sources:
From Agency Survey.
[D]-[G] Does not include one respondent who answered "Don't know / Unsure" to QS12.
   [9] Calculated as the average number of ad buying tools selected by respondents. Excludes respondents who selected "Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 88

## AGENCY SURVEY
## USE OF GOOGLE AD BUYING TOOLS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| | Ad Buying Tool(s) | Total Respondents | | < Than $15M Ad Spend | | > Than $15M Ad Spend | |
|---|---|---|---|---|---|---|---|
| | | # | % | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | Neither Google Ads nor Google DV360 | 87 | 26% | 55 | 29% | 32 | 23% |
| [2] | At least one of Google Ads and Google DV360 | 243 | 73% | 134 | 71% | 108 | 77% |
| [3] | Google Ads Only | 106 | 32% | 57 | 30% | 49 | 35% |
| [4] | Google DV360 Only | 45 | 14% | 19 | 10% | 26 | 19% |
| [5] | Both Google Ads and Google DV360 | 92 | 28% | 58 | 31% | 33 | 24% |
| [6] | Don't know / Unsure | 1 | 0% | 1 | 1% | - | 0% |
| [7] | Total Shown Question | 331 | 100% | 190 | 100% | 140 | 100% |

Notes & Sources:
From Agency Survey.
[D]-[G] Does not include one respondent who answered "Don't know / Unsure" to QS12.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 89

## AGENCY SURVEY
## GOOGLE USERS
## NUMBER OF OTHER AD BUYING TOOLS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

|  | # of Other Ad Buying Tools (Incl. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
|  |  | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend |
|  | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] | 0 | 37 | 21 | 16 | 10 | 7 | 3 |
| [2] | 1 | 35 | 14 | 21 | 17 | 8 | 9 |
| [3] | 2 | 51 | 32 | 18 | 38 | 22 | 15 |
| [4] | 3 | 24 | 13 | 11 | 20 | 8 | 12 |
| [5] | 4+ | 51 | 35 | 16 | 52 | 32 | 20 |
| [6] | Total Respondents | 198 | 115 | 82 | 137 | 77 | 59 |
| [7] | Average # of Other Ad Buying Tools | 2.4 | 2.6 | 2.1 | 3.1 | 3.2 | 3.0 |

|  | # of Other Ad Buying Tools (Incl. Google Tools) | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
|  |  | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend |
|  | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [8] | 0 | 19% | 18% | 20% | 7% | 9% | 5% |
| [9] | 1 | 18% | 12% | 26% | 12% | 10% | 15% |
| [10] | 2 | 26% | 28% | 22% | 28% | 29% | 25% |
| [11] | 3 | 12% | 11% | 13% | 15% | 10% | 20% |
| [12] | 4+ | 26% | 30% | 20% | 38% | 42% | 34% |
| [13] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 89

### AGENCY SURVEY
### GOOGLE USERS
### NUMBER OF OTHER AD BUYING TOOLS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| | # of Non-Google Ad Buying Tools | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [14] | 0 | 45 | 26 | 19 | 18 | 12 | 6 |
| [15] | 1 | 52 | 26 | 25 | 34 | 20 | 13 |
| [16] | 2 | 42 | 21 | 21 | 29 | 11 | 18 |
| [17] | 3 | 27 | 21 | 6 | 23 | 16 | 7 |
| [18] | 4+ | 32 | 21 | 11 | 33 | 18 | 15 |
| [19] | Total Respondents | 198 | 115 | 82 | 137 | 77 | 59 |
| [20] | Average # of Non-Google Ad Buying Tools | 1.9 | 2.1 | 1.7 | 2.4 | 2.4 | 2.4 |

| | # of Non-Google Ad Buying Tools | Google Ads Users | | | Google DV360 Users | | |
|---|---|---|---|---|---|---|---|
| | | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend | Total Respondents | < Than $15M Ad Spend | > Than $15M Ad Spend |
| | [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [21] | 0 | 23% | 23% | 23% | 13% | 16% | 10% |
| [22] | 1 | 26% | 23% | 30% | 25% | 26% | 22% |
| [23] | 2 | 21% | 18% | 26% | 21% | 14% | 31% |
| [24] | 3 | 14% | 18% | 7% | 17% | 21% | 12% |
| [25] | 4+ | 16% | 18% | 13% | 24% | 23% | 25% |
| [26] | Total Respondents | 100% | 100% | 100% | 100% | 100% | 100% |

Notes & Sources:
From Agency Survey.
[C]-[D],[F]-[G]  Does not include one respondent who answered "Don't know / Unsure" to QS12.
Percentages calculated by dividing the number of people choosing "Google Ads" or "Google DV360" for a given number of selected ad buying tools by the total number of people choosing "Google Ads" or "Google DV360."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 90

## AGENCY SURVEY
## USE OF GOOGLE ADS AND OTHER AD BUYING TOOLS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q7: An ad buying tool is a programmatic advertising platform that allows advertisers and media buying agencies to bid automatically on display ad inventory from a wide range of publishers. Some ad buying tools can also be used to buy video and search ad inventory. Ad buying tools include demand side platforms, or "DSPs." Which of the following ad buying tools, if any, have you used in the past year for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

|  | Ad Buying Tool(s) | Total Respondents | |
|---|---|---|---|
|  |  | # | % |
|  | [A] | [B] | [C] |
| [1] | Google Ads and At Least One Other Ad Buying Tool | 161 | 81% |
| [2] | *Google Ads and DV360 Only* | *8* | *4%* |
| [3] | *Google Ads, DV360 and At Least One Non-Google Ad Buying Tool* | *84* | *42%* |
| [4] | *Google Ads Only and At Least One Non-Google Ad Buying Tool* | *69* | *35%* |
| [5] | Google Ads and No Other Ad Buying Tool | 37 | 19% |
| [6] | Total Respondents Using Google Ads | 198 | 100% |

Notes & Sources:
From Agency Survey.
Limited to respondents who selected Google Ads in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 91

### AGENCY SURVEY
### OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS
### WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS14: Which of the following types of digital advertising, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type carefully. (Please select all that apply.)

| Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [1] Social | 25 | 68% | 33 | 73% |
| [1] Search | 24 | 65% | 32 | 71% |
| [2] Digital Video | 21 | 57% | 28 | 62% |
| [3] Email | 20 | 54% | 25 | 56% |
| [4] Connected TV | 18 | 49% | 21 | 47% |
| [5] eCommerce Platforms | 15 | 41% | 17 | 38% |
| [6] Digital Audio | 14 | 38% | 18 | 40% |
| [7] App/In-App | 11 | 30% | 14 | 31% |
| [8] Direct Display | 10 | 27% | 13 | 29% |
| [9] Other | - | - | - | - |
| [10] Total | 37 | 100% | 45 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other."
[A] Includes the non-programmatic display advertising types respondents selected in QS14 and QS15.
[B]-[C] Limited to respondents who selected Google Ads and no other ad buying tools (including Google DV360) in Q7.
[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tool in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 92

### AGENCY SURVEY
### NUMBER OF OTHER DIGITAL ADVERTISING TYPES USED BY RESPONDENTS
### WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

QS14: Which of the following types of digital advertising, if any, have you used in the past year for the client you spend the most time on? Please review the description of each advertising type carefully. (Please select all that apply.)

| | Number of Other Digital Advertising Types Used | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
| | | # | % | # | % |
| | [A] | [B] | [C] | [D] | [E] |
| [1] | 0 | 8 | 22% | 8 | 18% |
| [2] | 1 | 3 | 8% | 3 | 7% |
| [3] | 2 | 3 | 8% | 4 | 9% |
| [4] | 3 | 3 | 8% | 4 | 9% |
| [5] | 4 | 1 | 3% | 4 | 9% |
| [6] | 5 | 5 | 14% | 5 | 11% |
| [7] | 6 | 2 | 5% | 2 | 4% |
| [8] | 7 | 3 | 8% | 3 | 7% |
| [9] | 8 | 3 | 8% | 4 | 9% |
| [10] | 9 | 6 | 16% | 8 | 18% |
| [11] | Total | 37 | 100% | 45 | 100% |

Notes & Sources:

From Agency Survey.

[A] Counts the number of non-programmatic display advertising types respondents selected in QS14 and QS15.

[B]-[C] Limited to respondents who selected Google Ads and no other ad buying tools (including Google DV360) in Q7.

[D]-[E] Limited to respondents who selected Google Ads and no other Non-Google ad buying tools in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

APPENDIX EXHIBIT 93

AGENCY SURVEY
PROGRAMMATIC DISPLAY ADVERTISING BUDGET SHARE
BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY
EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q3: What is your best estimate of the share of the digital advertising budget of the client you spend the most time
on that was used for each of these types of advertising in the past year? Specifically, please allocate 100% across
the different types of digital advertising shown below based on the share of your client's total digital advertising
budget spent on each type. The total should add up to 100%.

| % of Budget Allocated to Programmatic Display Advertising | Respondents Who Use Google Ads and No Other Ad Buying Tools for Programmatic Display | | Respondents Who Use Google Ads and No Other Non-Google Ad Buying Tools for Programmatic Display | |
|---|---|---|---|---|
| | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| **% of Digital Advertising Budget** | | | | |
| [1] 0% – 10% | 10 | 27% | 12 | 27% |
| [2] 10% – 20% | 11 | 30% | 14 | 31% |
| [3] 20% – 30% | 4 | 11% | 5 | 11% |
| [4] 30% – 40% | 1 | 3% | 2 | 4% |
| [5] 40% – 50% | - | 0% | 1 | 2% |
| [6] 50% – 60% | 3 | 8% | 3 | 7% |
| [7] 60% – 70% | - | 0% | - | 0% |
| [8] 70% – 80% | - | 0% | - | 0% |
| [9] 80% – 90% | - | 0% | - | 0% |
| [10] 90% – 100% | 8 | 22% | 8 | 18% |
| [11] Don't know / Unsure | - | 0% | - | 0% |
| [12] Total | 37 | 100% | 45 | 100% |
| **% of Overall Advertising Budget** | | | | |
| [13] 0% – 10% | 15 | 41% | 18 | 40% |
| [14] 10% – 20% | 7 | 19% | 9 | 20% |
| [15] 20% – 30% | 4 | 11% | 5 | 11% |
| [16] 30% – 40% | 4 | 11% | 6 | 13% |
| [17] 40% – 50% | 3 | 8% | 3 | 7% |
| [18] 50% – 60% | 3 | 8% | 3 | 7% |
| [19] 60% – 70% | - | 0% | - | 0% |
| [20] 70% – 80% | - | 0% | - | 0% |
| [21] 80% – 90% | 1 | 3% | 1 | 2% |
| [22] 90% – 100% | - | 0% | - | 0% |
| [23] Don't know / Unsure | - | 0% | - | 0% |
| [24] Total | 37 | 100% | 45 | 100% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 93

### AGENCY SURVEY
### PROGRAMMATIC DISPLAY ADVERTISING BUDGET SHARE
### BY RESPONDENTS WHO USE ONLY GOOGLE ADS FOR PROGRAMMATIC DISPLAY
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION


Notes & Sources:

From Agency Survey.

[B]-[C]  Limited to respondents who selected Google Ads and no other ad buying tools (including Google DV360) in Q7.

[D]-[E]  Limited to respondents who selected Google Ads and no other Non-Google ad buying tools in Q7.

[13]-[23]  Calculated as the % of budget allocated to programmatic display in Q3 * the % of budget allocated to online advertising
   in QS13.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 94

## AGENCY SURVEY
## CHANGE IN AD BUYING TOOL USE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q9: Do you expect to use the same number, more, or fewer ad buying tools
for programmatic display advertising next year for the client you spend the
most time on? (Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | More | 62 | 19% |
| [2] | Fewer | 76 | 23% |
| [3] | Same Number | 186 | 56% |
| [4] | Don't know / Unsure | 6 | 2% |
| [5] | Total Shown Question | 330 | 100% |

Notes & Sources:
From Agency Survey.
Respondents were show Q9 if they did not select "Don't know / Unsure" in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 95

## AGENCY SURVEY
## FACTORS CONSIDERED WHEN CHOOSING AD BUYING TOOLS
## FOR PROGRAMMATIC DISPLAY ADVERTISING
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q11: Which of the following factors, if any, do you consider when deciding to use a particular ad buying
tool for programmatic display advertising for the client you spend the most time on? (Please select all that apply.)

| | Factor | Respondents Indicating the Factor was Considered # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Targeting criteria and capabilities | 159 | 48% |
| [2] | Media optimization of placements during a campaign | 156 | 47% |
| [3] | Cost | 152 | 46% |
| [4] | Ad placement effectiveness | 151 | 46% |
| [5] | Audience scale/Reach | 151 | 46% |
| [6] | Ease of use/User interface | 133 | 40% |
| [7] | Reporting features | 131 | 40% |
| [8] | Brand safety/fraud protection | 118 | 36% |
| [9] | API and integrations | 105 | 32% |
| [10] | Budget management tools | 97 | 29% |
| [11] | Forecasting tools | 96 | 29% |
| [12] | Support | 94 | 28% |
| [13] | Identity management | 71 | 22% |
| [14] | Troubleshooting capabilities | 58 | 18% |
| [15] | Other | 2 | 1% |
| [16] | Don't know / Unsure | 1 | 0% |
| [17] | Total Shown Question | 330 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."
Respondents were show Q11 if they did not select "Don't know / Unsure" in Q7.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 96

### AGENCY SURVEY
### DISCONTINUATION OF AD BUYING TOOL USE
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q12: Have you stopped using any ad buying tool(s) for programmatic display
advertising in the past year for the client you spend the most time on?
(Please select only one option.)

| Response Options | # | % |
|---|---|---|
| [A] | [B] | [C] |
| [1] Yes | 73 | 22% |
| [2] No | 250 | 76% |
| [3] Don't know / Unsure | 7 | 2% |
| [4] Total Shown Question | 330 | 100% |

Notes & Sources:
From Agency Survey.
Respondents were show Q12 if they did not select "Don't know / Unsure" in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 97

## AGENCY SURVEY
## REASONS FOR STARTING USE OF AT LEAST ONE AD BUYING TOOL
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q14: Have you started using any ad buying tool(s) in the past year for
programmatic display advertising for the client you spend the most time on?
(Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Yes | 96 | 29% |
| [2] | No | 228 | 69% |
| [3] | Don't know / Unsure | 6 | 2% |
| [4] | Total Shown Question | 330 | 100% |

Notes & Sources:
From Agency Survey.
Respondents were show Q14 if they did not select "Don't know / Unsure" in Q7.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 98

## AGENCY SURVEY
## PERFORMANCE ASSESSMENT METRICS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q16: Which of the following metrics, if any, do you use to assess the performance of programmatic display ads, direct deals display ads, social media ads, and/or digital video ads for the client you spend the most time on? (Please select all that apply in each column.)

| Metric | Programmatic Display Ads # | Programmatic Display Ads % | Direct Deals Display Ads # | Direct Deals Display Ads % | Social Media Ads # | Social Media Ads % | Digital Video Ads # | Digital Video Ads % |
|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
| [1] Conversions | 165 | 50% | 66 | 43% | 139 | 55% | 89 | 41% |
| [2] Return on Investment (ROI) | 165 | 50% | 62 | 40% | 118 | 46% | 93 | 43% |
| [3] Return on Ad Spend (ROAS) | 154 | 47% | 73 | 47% | 139 | 55% | 92 | 43% |
| [4] Cost per click (CPC) | 149 | 45% | 77 | 50% | 128 | 50% | 74 | 34% |
| [5] Impressions | 148 | 45% | 64 | 42% | 123 | 48% | 107 | 50% |
| [6] Cost per impression (CPM) | 143 | 43% | 72 | 47% | 118 | 46% | 113 | 53% |
| [7] Click through rate (CTR) | 142 | 43% | 75 | 49% | 141 | 55% | 87 | 40% |
| [8] Cost per action (CPA) | 126 | 38% | 66 | 43% | 126 | 49% | 75 | 35% |
| [9] Clicks | 121 | 37% | 58 | 38% | 107 | 42% | 76 | 35% |
| [10] Other | 8 | 2% | 3 | 2% | 8 | 3% | 14 | 7% |
| [11] None of the above | - | 0% | 1 | 1% | - | 0% | - | 0% |
| [12] Don't know / Unsure | 1 | 0% | 2 | 1% | 1 | 0% | 2 | 1% |
| [13] Total Shown Question | 331 | 100% | 154 | 100% | 255 | 100% | 215 | 100% |

Notes & Sources:
From Agency Survey.
Sorted in descending order based on column [B], except for "None of the above" and "Don't know / Unsure."
Respondents were only asked about each of the above advertising types if they had indicated in QS14 and QS15 that the client they spend the most time on used those advertising types in the past year.
Percentages do not add up to 100% because respondents can select multiple options.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 99

### AGENCY SURVEY
### PERFORMANCE ASSESSMENT METRICS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q17: You indicated that you use the following metrics to assess the performance of programmatic display ads for the client you
spend the most time on. Please rank these metrics in terms of how important they are to accurately assessing
the performance of programmatic display ads, with 1 being the most important and [NUMBER OF MEASURES SELECTED IN Q16]
being the least important. (Please rank the following metrics, or select "Don't know / Unsure".)

| Metric | Respondents Ranking Metric As Most Important | | Respondents Ranking Metric Among the Top 3 Most Important | |
|---|---|---|---|---|
|  | # | % | # | % |
| [A] | [B] | [C] | [D] | [E] |
| [1] Return on Investment (ROI) | 74 | 22% | 141 | 43% |
| [2] Return on Ad Spend (ROAS) | 49 | 15% | 121 | 37% |
| [3] Conversions | 40 | 12% | 119 | 36% |
| [4] Cost per action (CPA) | 34 | 10% | 87 | 26% |
| [5] Cost per impression (CPM) | 31 | 9% | 82 | 25% |
| [6] Impressions | 29 | 9% | 73 | 22% |
| [7] Clicks | 26 | 8% | 58 | 18% |
| [8] Click through rate (CTR) | 22 | 7% | 87 | 26% |
| [9] Cost per click (CPC) | 21 | 6% | 73 | 22% |
| [10] Other | 3 | 1% | 7 | 2% |
| [11] Total | 329 | 100% | 329 | 100% |

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other."

Respondents were only shown Q17 if they indicate that they used more than one metric to assess the performance of programmatic
display ads in Q16. Respondents who selected only one metric in Q16 are assumed to have that metric ranked as most important.
Total includes respondents who ranked metrics in Q17 or selected only one metric in Q16.

1 respondent (less than 1% of respondents who selected at least one metric to assess the performace of programmatic display ads) selected
"Don't know / Unsure."

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 100

## AGENCY SURVEY
## FREQUENCY OF PERFORMANCE ASSESSMENT
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q18: How often, if at all, do you measure or assess the performance of the programmatic
display advertising for the client you spend the most time on? (Please select only one option.)

| | Frequency | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Daily | 32 | 10% |
| [2] | Weekly | 132 | 40% |
| [3] | Monthly | 109 | 33% |
| [4] | Quarterly | 46 | 14% |
| [5] | Annually | 12 | 4% |
| [6] | Don't know / Unsure | - | 0% |
| [7] | Total Shown Question | 331 | 100% |

Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 101

## AGENCY SURVEY
### EXPERIMENTS ON PROGRAMMATIC DISPLAY ADS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q19: In the past year, have you run any experiments or test & learn initiatives to assess the performance of the programmatic display ads for the client you spend the most time on? (Please select only one option.)

| | Response Options | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Yes | 202 | 61% |
| [2] | No | 114 | 34% |
| [3] | Don't know / Unsure | 15 | 5% |
| [4] | Total Shown Question | 331 | 100% |

Notes & Sources:
From Agency Survey.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 102

## AGENCY SURVEY
### TYPES OF EXPERIMENTS ON PROGRAMMATIC DISPLAY ADS
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Q20: Which of the following types of experiments or test & learn initiatives, if any, have you run in the past year to assess the performance of the programmatic display ads for the client you spend the most time on?

| | Experiment Type | # | % |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Audiences | 133 | 66% |
| [2] | Creatives | 121 | 60% |
| [3] | ROI/ROAS | 103 | 51% |
| [4] | Bid strategies | 97 | 48% |
| [5] | Ad buying tool performance | 91 | 45% |
| [6] | Publishers | 54 | 27% |
| [7] | Other | 1 | 0% |
| [8] | Don't know / Unsure | - | 0% |
| [9] | Total Shown Question | 202 | 100% |

Notes & Sources:

From Agency Survey.

Sorted in descending order based on column [B], except for "Other" and "Don't know / Unsure."

Percentages do not add up to 100% because respondents can select multiple options.

Respondents were only shown Q20 if they indicated in Q19 that they had conducted experiments or test & learn initiatives on their programmatic display ads in the past year.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 103

## SENSITIVITY ANALYSIS BY RESPONDENT DEMOGRAPHIC
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| | Complete Sample | Gender | | Age | | | | Region | | | |
| Response Options | Survey Results | Female | Male | 18 – 34 | 35 – 49 | 50 – 64 | 65+ | NE | MW | S | W |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] |
| ***Higher-Spend Advertiser Survey*** | | | | | | | | | | | |
| [1] Will Divert Spending | 58% | 63% | 56% | 63% | 57% | 55% | n/a | 65% | 51% | 54% | 60% |
| [2] Used Multiple Ad Buying Tools | 74% | 75% | 74% | 73% | 74% | 73% | n/a | 82% | 81% | 73% | 67% |
| [3] Sample Size (N) | 453 | 122 | 331 | 88 | 301 | 64 | - | 99 | 63 | 142 | 149 |
| ***Lower-Spend Advertiser Survey*** | | | | | | | | | | | |
| [4] Will Divert Spending | 59% | 51% | 60% | 57% | 60% | 55% | n/a | 52% | 69% | 56% | 59% |
| [5] Used Multiple Display Platforms | 77% | 61% | 81% | 77% | 77% | 82% | n/a | 70% | 87% | 75% | 78% |
| [6] Sample Size (N) | 243 | 41 | 202 | 44 | 177 | 22 | - | 44 | 54 | 96 | 49 |
| ***Agency Survey*** | | | | | | | | | | | |
| [7] Will Divert Spending | 56% | 52% | 58% | 65% | 53% | 51% | 100% | 59% | 67% | 55% | 50% |
| [8] Used Multiple Ad Buying Tools | 71% | 79% | 67% | 73% | 68% | 77% | 100% | 83% | 75% | 71% | 59% |
| [9] Sample Size (N) | 331 | 105 | 225 | 84 | 203 | 43 | 1 | 86 | 36 | 104 | 105 |

Notes & Sources:

From Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys.

[1] Respondents who, in Q5 of the Higher-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[2] Respondents who, in Q8 of the Higher-Spend Advertiser Survey, selected more than one ad buying tool.

[4] Respondents who, in Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.

[5] Respondents who, in Q4 of the Lower-Spend Advertiser Survey, selected more than one display platform.

[7] Respondents who, in Q4 of the Agency Survey, indicated that they would divert advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

[8] Respondents who, in Q7 of the Agency Survey, selected more than one ad buying tool for the client they spend the most time on.

[C]-[D] From QS4 in Higher-Spend Advertiser Survey, QS4 in Lower-Spend Advertiser Survey, and QS4 in Agency Survey.

[E]-[H] From QS3 in Higher-Spend Advertiser Survey, QS3 in Lower-Spend Advertiser Survey, and QS3 in Agency Survey.

[I]-[L] From QS5 in Higher-Spend Advertiser Survey, QS5 in Lower-Spend Advertiser Survey, and QS5 in Agency Survey. Each respondent's state of residence is categorized into regions based on the U.S census regions. See Census Regions and Divisions of the United States, U.S. Census Bureau, available at https://www2.census.gov/geo/pdfs/maps-data/maps/reference/us_regdiv.pdf.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 104

### SENSITIVITY ANALYSIS BY RESPONDENT ANNUAL AD SPEND
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Response Options | Complete Sample Survey Results | Less than $10K | $10K to $25K | $25K to $50K | $50K to $100K | $100K to $250K | $250K to $500K | $500K to $1M | $1M to $3M | $3M to $7M | $7M to $15M | $15M to $30M | $30M to $50M | $50M to $100M | $100M to $250M | $250M to $500M | $500M+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] | [P] | [Q] | [R] |
| *Higher-Spend Advertiser Survey* | | | | | | | | | | | | | | | | | |
| [1] Will Divert Spending | 58% | n/a | n/a | n/a | n/a | n/a | n/a | 61% | 57% | 55% | 63% | 59% | 53% | 58% | 61% | 47% | 56% |
| [2] Used Multiple Ad Buying Tools | 74% | n/a | n/a | n/a | n/a | n/a | n/a | 58% | 61% | 63% | 85% | 84% | 75% | 74% | 82% | 93% | 78% |
| [3] Sample Size (N) | 453 | n/a | n/a | n/a | n/a | n/a | n/a | 31 | 76 | 56 | 81 | 68 | 51 | 38 | 28 | 15 | 9 |
| *Lower-Spend Advertiser Survey* | | | | | | | | | | | | | | | | | |
| [4] Will Divert Spending | 59% | 67% | 76% | 63% | 58% | 51% | 43% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| [5] Used Multiple Display Platforms | 77% | 67% | 86% | 72% | 81% | 81% | 72% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| [6] Sample Size (N) | 243 | 6 | 51 | 60 | 26 | 47 | 53 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| *Agency Survey* | | | | | | | | | | | | | | | | | |
| [7] Will Divert Spending | 56% | - | - | - | 80% | 71% | 83% | 61% | 60% | 52% | 51% | 53% | 39% | 63% | 68% | 60% | 57% |
| [8] Used Multiple Ad Buying Tools | 71% | - | - | - | 60% | 71% | 50% | 68% | 72% | 56% | 82% | 68% | 79% | 94% | 64% | 80% | 100% |
| [9] Sample Size (N) | 331 | - | - | - | 5 | 7 | 6 | 28 | 43 | 62 | 39 | 57 | 33 | 16 | 22 | 5 | 7 |

Notes & Sources:

From Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys.

[1] Respondents who, in Q5 of the Higher-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[2] Respondents who, in Q8 of the Higher-Spend Advertiser Survey, selected more than one ad buying tool.

[4] Respondents who, in Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.

[5] Respondents who, in Q4 of the Lower-Spend Advertiser Survey, selected more than one display platform.

[7] Respondents who, in Q4 of the Agency Survey, indicated that they would divert advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

[8] Respondents who, in Q7 of the Agency Survey, selected more than one ad buying tool for the client they spend the most time on.

[C]-[R] From QS10 in Higher-Spend Advertiser Survey, QS10 in Lower-Spend Advertiser Survey, and QS12 in Agency Survey. Agency Results do not include one respondent who answered "Don't know / Unsure" to QS12.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 105

### SENSITIVITY ANALYSIS BY RESPONDENT SURVEY COMPLETION TIME
### EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Response Options | Survey Results in Sample that Excludes Completion Time Outliers | | Test of $H_0$ | |
| | 1.67 Minutes - 3 Hours | 3 Minutes - 2 Hours | z-score | p-value |
| --- | --- | --- | --- | --- |
| [A] | [B] | [C] | [D] | [E] |
| ***Higher-Spend Advertiser Survey*** | | | | |
| [1] Will Divert Spending | 58% | 62% | -1.35 | 0.18 |
| [2] Used Multiple Ad Buying Tools | 74% | 81% | -2.56** | 0.01 |
| [3] Sample Size (N) | 453 | 409 | | |
| | | | | |
| ***Lower-Spend Advertiser Survey*** | | | | |
| [4] Will Divert Spending | 59% | 63% | -1.02 | 0.31 |
| [5] Used Multiple Display Platforms | 77% | 83% | -1.56 | 0.12 |
| [6] Sample Size (N) | 243 | 219 | | |
| | | | | |
| ***Agency Survey*** | | | | |
| [7] Will Divert Spending | 56% | 58% | -0.55 | 0.58 |
| [8] Used Multiple Ad Buying Tools | 71% | 74% | -0.80 | 0.43 |
| [9] Sample Size (N) | 331 | 317 | | |

Notes & Sources:

From Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys.

[1] Respondents who, in Q5 of the Higher-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[2] Respondents who, in Q8 of the Higher-Spend Advertiser Survey, selected more than one ad buying tool.

[4] Respondents who, in Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.

[5] Respondents who, in Q4 of the Lower-Spend Advertiser Survey, selected more than one display platform.

[7] Respondents who, in Q4 of the Agency Survey, indicated that they would divert advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 105

## SENSITIVITY ANALYSIS BY RESPONDENT SURVEY COMPLETION TIME
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

<u>Notes & Sources (continued):</u>

[8] Respondents who, in Q7 of the Agency Survey, selected more than one ad buying tool for the client they spend the most time on.

[B] Limited to respondents with qtime between 1.67 minutes (100 seconds) and 3 hours (10,800 seconds).

[C] Limited to respondents with qtime between 3 minutes (180 seconds) and 2 hours (7,200 seconds).

[D] Significance tests reflect the difference in the percentage of respondents in columns [B] and [C] saying they will divert spending or use multiple ad tools, between outlier completion time exclusions. The z-scores are based on a two-tailed test with $z = ( p_1 - p_2 ) / sqrt ( p_1 \times ( 1 - p_1 ) / n_1 + p_2 \times ( 1 - p_2 ) / n_2 )$; a z-score of $\pm 1.96$, for example, corresponds to a significance at the 95% confidence level. One asterisk (*) denotes significance at the 0.1 level with $p < 0.1$ and two asterisks (**) denote significance at the 0.05 level with $p < 0.05$.

[E] Reflects significance levels of the difference of percentages in [B] and [C].

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 106

## SUMMARY OF SELECTED RESULTS ACROSS SURVEYS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Survey Results | Higher-Spend Advertiser Survey | | Lower-Spend Advertiser Survey | | Test of $H_0$ | |
|---|---|---|---|---|---|---|
| | % | N | % | N | z-score | p-value |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Respondents Who Would Divert Spending | 58% | 453 | 59% | 243 | -0.26 | 0.79 |
| [2] Respondents Who Use More Than One Advertising Type | 85% | 453 | 84% | 243 | 0.65 | 0.52 |
| [3] Respondents Who Use More Than One Ad Buying Tool/Display Platform | 74% | 453 | 77% | 243 | -1.01 | 0.31 |
| [4] Google Ads Users Using At Least One Other Non-Google Ad Buying Tool/Display Platform | 75% | 305 | 76% | 155 | -0.17 | 0.87 |

| Survey Results | Higher-Spend Advertiser Survey | | Agency Survey | | Test of $H_0$ | |
|---|---|---|---|---|---|---|
| | % | N | % | N | z-score | p-value |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [5] Respondents Who Would Divert Spending | 58% | 453 | 56% | 331 | 0.54 | 0.59 |
| [6] Respondents Who Use More Than One Advertising Type | 85% | 453 | 86% | 331 | -0.39 | 0.70 |
| [7] Respondents Who Use More Than One Ad Buying Tool | 74% | 453 | 71% | 331 | 1.00 | 0.32 |
| [8] Google Ads Users Using At Least One Other Non-Google Ad Buying Tool | 75% | 305 | 77% | 198 | -0.48 | 0.63 |

| Survey Results | Lower-Spend Advertiser Survey | | Agency Survey | | Test of $H_0$ | |
|---|---|---|---|---|---|---|
| | % | N | % | N | z-score | p-value |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [9] Respondents Who Would Divert Spending | 59% | 243 | 56% | 331 | 0.71 | 0.48 |
| [10] Respondents Who Use More Than One Advertising Type | 84% | 243 | 86% | 331 | -0.94 | 0.35 |
| [11] Respondents Who Use More Than One Ad Buying Tool/Display Platform | 77% | 243 | 71% | 331 | 1.82* | 0.07 |
| [12] Google Ads Users Using At Least One Other Non-Google Ad Buying Tool/Display Platform | 76% | 155 | 77% | 198 | -0.25 | 0.80 |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 106

## SUMMARY OF SELECTED RESULTS ACROSS SURVEYS
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

Notes & Sources:

From Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys.

[1] Respondents who, in Q5 of the Higher-Spend Advertiser Survey and Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising. In the Higher-Spend Advertiser Survey, this question referred to programmatic display advertising specifically.

[2] Respondents who, in QS12 of the Higher- and Lower-Spend Advertiser Surveys, indicated that they have used more than one type of digital advertising in the past year.

[3] Respondents who, in Q8 of the Higher-Spend Advertiser Survey and Q4 of the Lower-Spend Advertiser Survey, selected more than one ad buying tool/display platform

[4] Respondents who, in Q8 of the Higher-Spend Advertiser Survey and Q4 of the Lower-Spend Advertiser Survey, indicated using Google Ads, and who selected more than one non-Google ad buying tool/display platform.

[5] Respondents who, in Q5 of the Higher-Spend Advertiser Survey and Q4 of the Agency Survey, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[6] Respondents who, in QS12 of the Higher-Advertiser Survey and QS14 of the Agency Survey, indicated that they have used more than one type of digital advertising in the past year. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[7] Respondents who, in Q8 of the Higher-Spend Advertiser Survey and Q7 of the Agency Survey, selected more than one ad buying tool. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[8] Respondents who, in Q8 of the Higher-Spend Advertiser Survey and Q7 of the Agency Survey, indicated using Google Ads, and who selected more than one non-Google ad buying tool. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[9] Respondents who, in Q4 of the Agency Survey and Q9 of the Lower-Spend Advertiser Survey, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising. In the Agency Survey, this referred to programmatic display advertising specifically. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[10] Respondents who, in QS14 of the Agency Survey and QS12 of the Lower-Spend Advertiser Survey, indicated that they have used more than one type of digital advertising in the past year. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[11] Respondents who, in Q7 of the Agency Survey and Q4 of the Lower-Spend Advertiser Survey, selected more than one ad buying tool/display platform. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

[12] Respondents who, in Q7 of the Agency Survey and Q4 of the Lower-Spend Advertiser Survey, indicated using Google Ads, and who selected more than one non-Google ad buying tool/display platform. In the Agency Survey, respondents were asked to answer the question for the client they spend the most time on.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 106**

**SUMMARY OF SELECTED RESULTS ACROSS SURVEYS**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

Notes & Sources (continued):

[F] Significance tests reflect the difference in the survey results in columns [B] and [D] across the Higher-Spend Advertiser, Lower-Spend Advertiser, and Agency Surveys. The z-scores are based on a two-tailed test with $z = ( p_1 - p_2 ) / sqrt (p_1 \times ( 1 - p_1 ) / n_1 + p_2 \times ( 1 - p_2 ) / n_2 )$; a z-score of $\pm 1.96$, for example, corresponds to a significance at the 95% confidence level. One asterisk (*) denotes significance at the 0.1 level with $p < 0.1$ and two asterisks (**) denote significance at the 0.05 level with $p < 0.05$.

[G] Reflects significance levels of the difference of percentages in [B] and [D].

**APPENDIX EXHIBIT 107**

**LOWER-SPEND ADVERTISER SURVEY**
**SUMMARY OF SELECTED RESULTS**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

| | Full Sample | | < Than $50K Ad Spend | | Test of $H_0$ | |
|---|---|---|---|---|---|---|
| Survey Results | % | N | % | N | z-score | p-value |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| [1] Respondents Who Would Divert Spending | 59% | 243 | 69% | 117 | -1.96* | 0.05 |
| [2] Respondents Who Use More Than One Advertising Type | 84% | 243 | 78% | 117 | 1.27 | 0.20 |
| [3] Respondents Who Use More Than One Display Platform | 77% | 243 | 78% | 117 | -0.09 | 0.93 |
| [4] Google Ads Users Using At Least One Other Non-Google Display Platform | 76% | 155 | 78% | 74 | -0.38 | 0.70 |

Notes & Sources:

From Lower-Spend Advertiser Survey.

[1] Respondents who, in Q9, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.

[2] Respondents who, in QS12, indicated that they have used more than one type of digital advertising in the past year.

[3] Respondents who, in Q4, selected more than one display platform.

[4] Respondents who, in Q4, indicated using Google Ads, and who selected more than one non-Google display platform.

[B]-[C] Full respondent sample.

[D]-[E] Limited to respondents with an annual ad spend of less than $50,000.

[F] Significance tests reflect the difference in the survey results in columns [B] and [D]. The z-scores are based on a two-tailed test with

$z = ( p_1 - p_2 ) / \sqrt{( p_1 \times ( 1 - p_1 ) / n_1 + p_2 \times ( 1 - p_2 ) / n_2 )}$; a z-score of $\pm 1.96$, for example, corresponds to a significance at the 95% confidence level. One asterisk (*) denotes significance at the 0.1 level with p<0.1 and two asterisks (**) denote significance at the 0.05 level with p <0.05.

[G] Reflects significance levels of the difference of percentages in [B] and [D].

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 108

## HIGHER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Respondent Subgroup | Would Divert Spending in Q5 (N = 262) | Would Not Divert Spending in Q5 (N = 164) |
|---|---|---|
| [A] | [B] | [C] |
| **Age** | | |
| [1]  18 - 34 | 21.0% | 16.5% |
| [2]  35 - 49 | 65.6% | 71.3% |
| [3]  50 - 64 | 13.4% | 12.2% |
| [4]  65 or above | - | - |
| | | |
| **Gender** | | |
| [5]  Female | 29.4% | 19.5% |
| [6]  Male | 70.6% | 80.5% |
| | | |
| **Percent of Advertising Budget Spent on Digital** | | |
| [7]  Average | 67.5% | 65.1% |
| [8]  Median | 70.0% | 65.5% |
| | | |
| **Annual Ad Spend** | | |
| [9]  $500,000 to less than $1 million | 7.3% | 5.5% |
| [10]  $1 million to less than $3 million | 16.4% | 17.1% |
| [11]  $3 million to less than $7 million | 11.8% | 12.8% |
| [12]  $7 million to less than $15 million | 19.5% | 15.9% |
| [13]  $15 million to less than $30 million | 15.3% | 14.6% |
| [14]  $30 million to less than $50 million | 10.3% | 13.4% |
| [15]  $50 million to less than $100 million | 8.4% | 8.5% |
| [16]  $100 million to less than $250 million | 6.5% | 6.1% |
| [17]  $250 million to less than $500 million | 2.7% | 4.3% |
| [18]  $500 million or more | 1.9% | 1.8% |

# APPENDIX EXHIBIT 108

## HIGHER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT
## SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Respondent Subgroup | Would Divert Spending in Q5 (N = 262) | Would Not Divert Spending in Q5 (N = 164) |
|---|---|---|
| [A] | [B] | [C] |
| *Advertising Types Used* | | |
| [19]    Search | 84.0% | 64.6% |
| [20]    Display | 100.0% | 100.0% |
| [21]    Email | 71.0% | 47.6% |
| [22]    Digital Audio | 44.3% | 33.5% |
| [23]    Social | 85.1% | 64.0% |
| [24]    App/In-App | 51.5% | 34.8% |
| [25]    Digital Video | 71.8% | 56.7% |
| [26]    Connected TV | 50.4% | 39.6% |
| [27]    eCommerce | 59.9% | 46.3% |
| [28]    Other | 0.8% | - |
| | | |
| [29] *Average Number of Advertising Types Used* | 6.2 | 4.9 |
| | | |
| *Use of Direct Deals* | | |
| [30]    Uses Direct Deals | 63.0% | 51.8% |
| [31]    Does Not Use Direct Deals | 37.0% | 48.2% |
| | | |
| *Use of Ad Agency* | | |
| [32]    Uses Ad Agency | 72.1% | 61.0% |
| [33]    Does Not Use Ad Agency | 27.5% | 39.0% |
| | | |
| [34] *Average % of Digital Budget Allocated to Programmatic Display* | 20.8% | 39.7% |
| | | |
| [35] *Use of Multiple Ad Buying Tools* | 84.7% | 59.8% |
| | | |
| *Metrics Used to Measure Performance of Programmatic Display* | | |
| [36]    ROI | 51.1% | 45.7% |
| [37]    ROAS | 51.5% | 42.1% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX EXHIBIT 108

## HIGHER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| | Respondent Subgroup | Would Divert Spending in Q5 (N = 262) | Would Not Divert Spending in Q5 (N = 164) |
|---|---|---|---|
| | [A] | [B] | [C] |
| | *Frequency of Measuring Performance* | | |
| [38] | Daily | 13.7% | 11.6% |
| [39] | Weekly | 34.0% | 39.6% |
| [40] | Monthly | 27.1% | 29.3% |
| [41] | Quarterly | 21.0% | 14.6% |
| [42] | Annually | 3.4% | 4.3% |
| | | | |
| | *Use of Experiments* | | |
| [43] | Has run experiments in past year | 69.1% | 40.2% |
| [44] | Has not run experiments in past year | 27.1% | 58.5% |

Notes & Sources:

From Higher-Spend Advertiser Survey.

[B] Respondents who, in Q5, indicated that they would divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[C] Respondents who, in Q5, indicated that they would not divert advertising spending as a response to an increase in the cost of programmatic display advertising.

[1]-[4] Computed based on responses to QS3.

[5]-[6] Computed based on responses to QS4.

[7]-[8] Computed based on responses to QS11.

[9]-[18] Computed based on responses to QS10.

[19]-[29] Computed based on responses to QS12.

[30]-[31] Computed based on responses to QS13.

[32]-[33] Computed based on responses to Q2.

[34] Computed based on responses to Q4.

[35] Computed based on responses to Q8.

[36]-[37] Computed based on responses to Q17.

[38]-[42] Computed based on responses to Q19.

[43]-[44] Computed based on responses to Q20.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**APPENDIX EXHIBIT 109**

**LOWER-SPEND ADVERTISER SURVEY**
**COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT**
**SPENDING IN RESPONSE TO DISPLAY COST INCREASE**
**EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION**

| | Respondent Subgroup | Would Divert Spending in Q9 (N = 143) | Would Not Divert Spending in Q9 (N = 87) |
|---|---|---|---|
| | [A] | [B] | [C] |
| | *Age* | | |
| [1] | 18 - 34 | 17.5% | 18.4% |
| [2] | 35 - 49 | 74.1% | 77.0% |
| [3] | 50 - 64 | 8.4% | 4.6% |
| [4] | 65 or above | - | - |
| | *Gender* | | |
| [5] | Female | 14.7% | 18.4% |
| [6] | Male | 85.3% | 81.6% |
| | *Percent of Advertising Budget Spent on Digital Advertising* | | |
| [7] | Average | 64.5% | 57.5% |
| [8] | Median | 65.0% | 60.0% |
| | *Annual Ad Spend* | | |
| [9] | Less than $10,000 | 2.8% | 1.1% |
| [10] | $10,000 to less than $25,000 | 27.3% | 12.6% |
| [11] | $25,000 to less than $50,000 | 26.6% | 24.1% |
| [12] | $50,000 to less than $100,000 | 10.5% | 12.6% |
| [13] | $100,000 to less than $250,000 | 16.8% | 21.8% |
| [14] | $250,000 to less than $500,000 | 16.1% | 27.6% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 109

## LOWER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Respondent Subgroup | Would Divert Spending in Q9 (N = 143) | Would Not Divert Spending in Q9 (N = 87) |
|---|---|---|
| [A] | [B] | [C] |
| *Advertising Types Used* | | |
| [15]   Search | 65.0% | 55.2% |
| [16]   Display | 100.0% | 100.0% |
| [17]   Email | 43.4% | 41.4% |
| [18]   Digital Audio | 39.2% | 39.1% |
| [19]   Social | 70.6% | 58.6% |
| [20]   App/In-App | 32.9% | 37.9% |
| [21]   Digital Video | 47.6% | 49.4% |
| [22]   Connected TV | 30.8% | 36.8% |
| [23]   eCommerce | 36.4% | 40.2% |
| [24]   Other | 0.7% | - |
| | | |
| [25] *Average Number of Advertising Types Used* | 4.7 | 4.6 |
| | | |
| *Use of Ad Agency* | | |
| [26]   Uses Agency | 73.4% | 48.3% |
| [27]   Does Not Use Agency | 26.6% | 51.7% |
| | | |
| [28] *Average % of Digital Budget Allocated to Display* | 32.7% | 42.0% |
| | | |
| [29] *Use of Multiple Display Platforms* | 88.1% | 62.1% |
| | | |
| *Metrics Used to Measure Performance of Display* | | |
| [30]   ROI | 45.5% | 33.3% |
| [31]   ROAS | 32.2% | 35.6% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 109

## LOWER-SPEND ADVERTISER SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT
## SPENDING IN RESPONSE TO DISPLAY COST INCREASE
## EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Respondent Subgroup | Would Divert Spending in Q9 (N = 143) | Would Not Divert Spending in Q9 (N = 87) |
|---|---|---|
| [A] | [B] | [C] |
| ***Frequency of Measuring Performance*** | | |
| [32]  Daily | 7.7% | 10.3% |
| [33]  Weekly | 46.2% | 44.8% |
| [34]  Monthly | 31.5% | 25.3% |
| [35]  Quarterly | 11.2% | 18.4% |
| [36]  Annually | 3.5% | 1.1% |
| | | |
| ***Use of Experiments*** | | |
| [37]  Has run experiments in past year | 69.2% | 33.3% |
| [38]  Has not run experiments in past year | 29.4% | 65.5% |

Notes & Sources:

From Lower-Spend Advertiser Survey.

[B] Respondents who, in Q9, indicated that they would divert advertising spending as a response to an increase in the cost of display advertising.

[C] Respondents who, in Q9, indicated that they would not divert advertising spending as a response to an increase in the cost of display advertising.

[1]-[4] Computed based on responses to QS3.

[5]-[6] Computed based on responses to QS4.

[7]-[8] Computed based on responses to QS11.

[9]-[14] Computed based on responses to QS10.

[15]-[25] Computed based on responses to QS12.

[26]-[27] Computed based on responses to Q2.

[28] Computed based on responses to Q8.

[29] Computed based on responses to Q4.

[30]-[31] Computed based on responses to Q12.

[32]-[36] Computed based on responses to Q14.

[37]-[38] Computed based on responses to Q15.

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 110

## AGENCY SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Respondent Subgroup | Would Divert Spending in Q4 (N = 185) | Would Not Divert Spending in Q4 (N = 132) |
|---|---|---|
| [A] | [B] | [C] |
| *Age* | | |
| [1]  18 - 34 | 29.7% | 17.4% |
| [2]  35 - 49 | 57.8% | 67.4% |
| [3]  50 - 64 | 11.9% | 15.2% |
| [4]  65 or above | 0.5% | - |
| | | |
| *Gender* | | |
| [5]  Female | 29.7% | 31.1% |
| [6]  Male | 70.3% | 68.2% |
| | | |
| *Percent of Advertising Budget Spent on Digital* | | |
| [7]  Average | 66.5% | 63.6% |
| [8]  Median | 70.0% | 60.0% |
| | | |
| *Annual Ad Spend* | | |
| [9]  $50,000 to less than $100,000 | 2.2% | 0.8% |
| [10]  $100,000 to less than $250,000 | 2.7% | 0.8% |
| [11]  $250,000 to less than $500,000 | 2.7% | 0.8% |
| [12]  $500,000 to less than $1 million | 9.2% | 7.6% |
| [13]  $1 million to less than $3 million | 14.1% | 11.4% |
| [14]  $3 million to less than $7 million | 17.3% | 21.2% |
| [15]  $7 million to less than $15 million | 10.8% | 12.9% |
| [16]  $15 million to less than $30 million | 16.2% | 20.5% |
| [17]  $30 million to less than $50 million | 7.0% | 14.4% |
| [18]  $50 million to less than $100 million | 5.4% | 3.0% |
| [19]  $100 million to less than $250 million | 8.1% | 3.8% |
| [20]  $250 million to less than $500 million | 1.6% | 1.5% |
| [21]  $500 million or more | 2.2% | 1.5% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 110

## AGENCY SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Respondent Subgroup | Would Divert Spending in Q4 (N = 185) | Would Not Divert Spending in Q4 (N = 132) |
|---|---|---|
| [A] | [B] | [C] |
| *Advertising Types Used* | | |
| [22] Search | 78.9% | 56.1% |
| [23] Display | 100.0% | 100.0% |
| [24] Email | 52.4% | 41.7% |
| [25] Digital Audio | 51.9% | 27.3% |
| [26] Social | 84.9% | 63.6% |
| [27] App/In-App | 44.3% | 38.6% |
| [28] Digital Video | 74.1% | 50.8% |
| [29] Connected TV | 60.0% | 35.6% |
| [30] eCommerce | 50.3% | 39.4% |
| [31] Other | 1.1% | - |
| | | |
| [32] *Average Number of Advertising Types Used* | 6.0 | 4.5 |
| | | |
| *Use of Direct Deals* | | |
| [33] Uses Direct Deals | 53.5% | 36.4% |
| [34] Does Not Use Direct Deals | 46.5% | 63.6% |
| | | |
| [35] *Average % of Digital Budget Allocated to Programmatic Display* | 23.4% | 43.5% |
| | | |
| [36] *Use of Multiple Ad Buying Tools* | 77.3% | 61.4% |
| | | |
| *Metrics Used to Measure Performance of Programmatic Display* | | |
| [37] ROI | 55.7% | 40.2% |
| [38] ROAS | 50.3% | 40.9% |

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# APPENDIX EXHIBIT 110

## AGENCY SURVEY
## COMPARISON OF RESPONDENTS WHO WOULD DIVERT VS. WOULD NOT DIVERT SPENDING IN RESPONSE TO PROGRAMMATIC DISPLAY COST INCREASE EXCLUDING RESPONDENTS WHO SELECTED A DECOY OPTION

| Respondent Subgroup | Would Divert Spending in Q4 (N = 185) | Would Not Divert Spending in Q4 (N = 132) |
|---|---|---|
| [A] | [B] | [C] |
| *Frequency of Measuring Performance* | | |
| [39]  Daily | 5.9% | 12.9% |
| [40]  Weekly | 42.2% | 37.9% |
| [41]  Monthly | 34.6% | 29.5% |
| [42]  Quarterly | 13.5% | 15.9% |
| [43]  Annually | 3.8% | 3.8% |
| | | |
| *Use of Experiments* | | |
| [44]  Has run experiments in past year | 68.1% | 51.5% |
| [45]  Has not run experiments in past year | 27.6% | 46.2% |

Notes & Sources:

From Agency Survey.

[B] Respondents who, in Q4, indicated that they would divert advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

[C] Respondents who, in Q4, indicated that they would not divert not advertising spending for the client they spend the most time on as a response to an increase in the cost of programmatic display advertising.

[1]-[4] Computed based on responses to QS3.

[5]-[6] Computed based on responses to QS4.

[7]-[8] Computed based on responses to QS13.

[9]-[21] Computed based on responses to QS12.

[22]-[32] Computed based on responses to QS14.

[33]-[34] Computed based on responses to QS15.

[35] Computed based on responses to Q3.

[36] Computed based on responses to Q7.

[37]-[38] Computed based on responses to Q16.

[39]-[43] Computed based on responses to Q18.

[44]-[45] Computed based on responses to Q19.