# EXHIBIT 3

**In the Matter Of:**

*UNITED STATES OF AMERICA v*

*GOOGLE, LLC*

*ITAMAR SIMONSON, PH.D.*

*February 28, 2024*



Case 4:20-cv-00957-SDJ   Document 725-4   Filed 12/16/24   Page 3 of 10 PageID #: 46759
UNITED STATES OF AMERICA v GOOGLE, LLC
Highly Confidential
Itamar Simonson, Ph.D.
February 28, 2024

73

1   begin working on this matter?
2         A.    In 2021.  Soon after I
3   started working on this case.
4         Q.    And how did you make the
5   decision to use Advertiser Perceptions on
6   this matter?
7         A.    So I think, obviously, that
8   was an important decision, and I wanted
9   to do my due diligence, if you will, on
10  that issue.  So I learned about them,
11  looked at other surveys or survey reports
12  they have done.  I interviewed a couple
13  of people from Advertiser Perceptions.  I
14  think -- and I read about them, whatever
15  I could find on the internet.
16        Q.    Did you consider any other
17  entities to perform that role?
18        A.    I mean, initially, I think
19  there were some other names that came up,
20  but I don't think any of them -- that
21  there was anyone I could find that had
22  the capability to undertake such a
23  survey.
24              I mean, not to -- I guess,

**HIGHLY CONFIDENTIAL**

**ERRATA SHEET FOR THE TRANSCRIPT OF:**

Case Name: *United States et al. v. Google LLC*, No. 1:23-cv-00108 (E.D. Va.)

Deposition Date: 02/28/2024

Deponent: Professor Itamar Simonson

**CORRECTIONS**

| Page | Line | Change | Reason |
| --- | --- | --- | --- |
| 13 | 18 | The words "list in hindsight. It" should read "list in hindsight, it" | Transcription error |
| 18 | 4 | The word "There" should read "They" | Transcription error |
| 18 | 5 | The words "headed a position" should read "had a deposition" | Transcription error |
| 30 | 12 | The word "doctorate" should read "doctoral" | Transcription error |
| 30 | 15 | The word "or" should read "or the" | Transcription error |
| 31 | 10 | The word "receive" should read "received" | Transcription error |
| 31 | 10 | The words "Nobel Prize" should read "the Nobel Prize" | Clarification |
| 34 | 22 | The word "group" should read "groups" | Transcription error |
| 37 | 18 | The word "likely" should read "likelihood of" | Transcription error |
| 43 | 4 | The words "ranked ordered" should read "rank ordered" | Transcription error |
| 44 | 16 | The word "decisionmaking" should read "decision making" | Transcription error |
| 44 | 21 | The word "decisionmaking" should read "decision making" | Transcription error |
| 44 | 24 | The words "much better and rely" should read "much better at relying" | Transcription error |
| 46 | 10 | The word "Are" should read "They're" | Transcription error |
| 47 | 10 | The words "work for" should read "work for a" | Clarification |
| 47 | 10 | The word "firm" should read "firm?" | Transcription error |
| 52 | 21 | The words "there's, like" should read "that's like" | Transcription error |
| 55 | 21 | The words "testify about" should read "testify about it" | Transcription error |

| 57 | 10 | The word "Archer-Daniels" should read "Archer Daniels" | Transcription error |
|---|---|---|---|
| 57 | 23 | The word "listed" should read "not listed" | Transcription error |
| 57 | 23 | The word "not" should read "no" | Transcription error |
| 58 | 11 | The words "testify. It" should read "testify if it" | Transcription error |
| 58 | 12 | The word "in" should read "on" | Transcription error |
| 65 | 10 | The words "can find" should read "can find it" | Transcription error / clarification |
| 74 | 18 | The word "was" should read "were" | Transcription error |
| 85 | 13 | The word "Abarantes" should read "Abrantes" | Transcription error |
| 91 | 21 | The word "programatic" should read "programmatic" | Transcription error |
| 92 | 5 | The word "programatic" should read "programmatic" | Transcription error |
| 92 | 17 | The word "programatic" should read "programmatic" | Transcription error |
| 101 | 20 | The word "programatic" should read "programmatic" | Transcription error |
| 101 | 23 | The word "programatic" should read "programmatic" | Transcription error |
| 102 | 13 | The word "programatic" should read "programmatic" | Transcription error |
| 102 | 21 | The word "programatic" should read "programmatic" | Transcription error |
| 104 | 16 | The word "programatic" should read "programmatic" | Transcription error |
| 109 | 4 | The word "less" should read "less than" | Transcription error |
| 110 | 7 | The words "there was" should read "it was about" | Transcription error |
| 111 | 2 | The words "just a get" should read "just to get" | Transcription error |
| 111 | 15 | The words "there are" should read "these were" | Transcription error |
| 112 | 19 | The word "programatic" should read "programmatic" | Transcription error |
| 116 | 8 | The word "recognize" should read "recognized" | Transcription error |
| 116 | 16 | The word "agency" should read "and agency" | Transcription error |
| 125 | 11 | The word "one" should read "an" | Transcription error |

| 128 | 6 | The word "pick" should read "picked" | Transcription error |
|---|---|---|---|
| 130 | 2 | The words "report list" should read "report lists" | Transcription error |
| 132 | 14 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 133 | 3 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 133 | 17 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 133 | 21 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 134 | 7 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 134 | 14 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 134 | 19-20 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 135 | 16 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 135 | 18 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 136 | 15 | The words "ad pros" should read "Ad Pros" | Transcription error |
| 141 | 17 | The word "kept" should read "keep" | Transcription error |
| 143 | 2 | The word "resident" should read "residence" | Transcription error |
| 148 | 1 | The words "might have followed" should read "might have been followed" | Omission |
| 149 | 16 | The words "apropos all" should read "all" | Transcription error |
| 155 | 4 | The word "attorney" should read "attorneys" | Transcription error |
| 156 | 23 | The word "interview" should read "interviewer" | Transcription error |
| 157 | 23 | The word "your" should read "the" | Transcription error |
| 158 | 23 | The word "received" should read "received the" | Transcription error |
| 177 | 6 | The word "did" should read "do" | Transcription error / clarification |
| 184 | 10 | The words "That saying" should read "That said" | Transcription error |
| 194 | 22 | The word "programatic" should read "programmatic" | Transcription error |
| 200 | 1 | The word "alternative" should read "alternatively" | Transcription error |
| 200 | 9-10 | The words "you also serve as searcher. You" should read "you also as a researcher, you" | Transcription error |
| 202 | 21 | The words "than about those" should read "than on those" | Clarification |
| 206 | 2 | The word "programatic" should read "programmatic" | Transcription error |
| 206 | 5 | The word "programatic" should read | Transcription error |

| | | "programmatic" | |
|---|---|---|---|
| 206 | 18 | The word "No" should read "Now" | Transcription error |
| 210 | 5 | The word "point" should read "points" | Transcription error |
| 212 | 16 | The word "programatic" should read "programmatic" | Transcription error |
| 213 | 5 | The word "to" should read "the" | Transcription error |
| 213 | 17 | The words "from between" should read "between" | Transcription error |
| 218 | 24 | The word "that" should read "that's" | Transcription error |
| 221 | 8-9 | The words "with all but" should read "we talk about" | Transcription error |
| 224 | 5 | The word "result" should read "results" | Transcription error |
| 225 | 17 | The words "southern district" should read "Southern District" | Transcription error |
| 236 | 3 | The words "the hypothesis" should read "hypotheses" | Transcription error |
| 236 | 9 | The words "product called" should read "protocol" | Transcription error |
| 239 | 7 | The word "some" should read "sunk" | Transcription error |
| 241 | 10 | The word "clear" should read "clear?" | Transcription error |
| 242 | 9 | The word "is" should read "were" | Transcription error |
| 244 | 16 | The word "right" should read "the right" | Transcription error |
| 249 | 8 | The word "term" should read "terms" | Clarification |
| 255 | 14 | The word "they" should read "he" | Transcription error |
| 257 | 12 | The words "just Dr. Hoyer" should read "Dr. Hoyer just" | Transcription error |
| 272 | 7 | The word "marketings" should read "marketing" | Transcription error |
| 272 | 10 | The word "criteria" should read "criterion" | Transcription error |
| 274 | 5 | The word "programatic" should read "programmatic" | Transcription error |
| 279 | 21 | The words "you see if" should read "if you see" | Transcription error |
| 287 | 15 | The word "Volkswagon" should read "Volkswagen" | Transcription error |
| 295 | 14 | The word "effect" should read "a fact" | Transcription error |
| 295 | 15 | The words "between – about" should read "between about" | Transcription error |

| 298 | 7  | The word "questions" should read "question" | Transcription error |
| --- | --- | --- | --- |
| 298 | 21 | The words "experts who prepare" should read "expert who prepared" | Transcription error / clarification |
| 299 | 12 | The word "line" should read "lines" | Transcription error |
| 309 | 7  | The word "were" should read "who were" | Transcription error |
| 318 | 20 | The words "very many" should read "many very" | Transcription error |
| 319 | 1  | The word "patterns" should read "patents" | Transcription error |
| 335 | 2  | The words "No respondents" should read "No respondent" | Transcription error |
| 342 | 13 | The word "never" should read "they never" | Transcription error |
| 343 | 11 | The words "attribute. That's" should read "attribute that's" | Transcription error |
| 345 | 7  | The word "seller" should read "sellers" | Transcription error |
| 346 | 7  | The word "at" should read "to" | Transcription error |
| 348 | 14 | The word "programatic" should read "programmatic" | Transcription error |
| 349 | 11 | The words "this question" should read "these questions" | Transcription error |
| 351 | 12 | The word "it" should read "if it" | Transcription error |
| 352 | 16 | The word "programatic" should read "programmatic" | Transcription error |
| 352 | 24 | The word "programatic" should read "programmatic" | Transcription error |
| 353 | 14 | The word "programatic" should read "programmatic" | Transcription error |
| 354 | 7  | The word "programatic" should read "programmatic" | Transcription error |
| 354 | 14 | The word "programatic" should read "programmatic" | Transcription error |
| 354 | 16 | The word "programatic" should read "programmatic" | Transcription error |
| 354 | 23 | The word "programatic" should read "programmatic" | Transcription error |
| 355 | 5  | The word "programatic" should read "programmatic" | Transcription error |
| 355 | 14 | The word "programatic" should read "programmatic" | Transcription error |
| 358 | 22 | The word "programatic" should read | Transcription error |

|     |    | "programmatic"                                                        |                    |
| --- | -- | --------------------------------------------------------------------- | ------------------ |
| 361 | 9  | The word "do" should read "do it"                                     | Clarification      |
| 362 | 3  | The word "programatic" should read "programmatic"                     | Transcription error |
| 363 | 7  | The word "substitutions" should read "substitution"                   | Transcription error |
| 364 | 8  | The word "programatic" should read "programmatic"                     | Transcription error |
| 364 | 11 | The word "programatic" should read "programmatic"                     | Transcription error |
| 366 | 22 | The words "they ask" should read "they were asked"                    | Transcription error |
| 370 | 2  | The word "programatic" should read "programmatic"                     | Transcription error |
| 371 | 2  | The word "programatic" should read "programmatic"                     | Transcription error |
| 383 | 6  | The words "to the" should read "to"                                   | Transcription error |
| 383 | 15 | The word "Number" should read "number"                                | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefor.

Date : 3/28/2024

*I. Simonson*

Itamar Simonson, Ph.D.

392

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
 4         I, Itamar Simonson, do
 5   hereby certify that I have read the
 6   foregoing pages, 1 - 393, and that the
 7   same is a correct transcription of the
 8   answers given by me to the questions
 9   therein propounded, except for the
10   corrections or changes in form or
11   substance, if any, noted in the attached
12   Errata Sheet.
13
14
15   _____I. Simonson_____   3/28/2024
16   ITAMAR SIMONSON, Ph.D.         DATE
17
18
19   Subscribed and sworn
     to before me this
20   _____ day of _____, 20____.
21   My commission expires:_____
22
23   _____
     Notary Public
24
```