# EXHIBIT 7
# DOCUMENT UNDER SEAL