# EXHIBIT 8
# DOCUMENT UNDER SEAL