# EXHIBIT 9

# DOCUMENT UNDER SEAL