# EXHIBIT 10

# DOCUMENT UNDER SEAL