# EXHIBIT 11

# DOCUMENT UNDER SEAL