# EXHIBIT 12

# DOCUMENT UNDER SEAL