# EXHIBIT 13
# DOCUMENT UNDER SEAL