# EXHIBIT 14
# DOCUMENT UNDER SEAL