# EXHIBIT 15

FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | FILED 8/10/2023 | Document No. 606901 | PAGE Page 1 of 838 * PUBLIC *;

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
OFFICE OF ADMINISTRATIVE LAW JUDGES

| | |
|---|---|
| **In the Matter of:**<br><br>**Intuit Inc.,** a corporation. | **Docket No. 9408** |

**RESPONDENT'S MOTION *IN LIMINE*
TO EXCLUDE SURVEY AND RELATED OPINIONS OF NATHAN NOVEMSKY**

TurboTax Free Edition indisputably *is* free for those eligible to use it—and nearly 15 million taxpayers do use it each year to file their taxes for free. Intuit accurately advertises Free Edition as free for those who qualify, and consumers regularly visit the TurboTax website (as Intuit's ads encourage) for information on both the free and paid TurboTax product lines. Lacking evidence that the TurboTax ads or website are at all deceptive, Complaint Counsel (CC) commissioned Nathan Novemsky to conduct a survey in hopes of creating such evidence. But rather than run a scientific survey to demonstrate any causal link between the ads or website and the supposed deception, Novemsky conducted a survey in which his 607 respondents were not even shown any of the ads in question. Instead, Novemsky employed what can charitably be described as a pre-baked "memory test" that is unreliable and therefore inadmissible. Respondent respectfully moves to exclude the Novemsky "survey" and to preclude any evidence or testimony derived from it, including his expert report (GX303) and rebuttal report (RX1345).

**I.      BACKGROUND**

Novemsky supervised an online survey that was administered March 11-24, 2022—*i.e.*, near the end of Tax Year 2021 (TY2021). GX303 ¶¶1, 5, 65. As noted, Novemsky did not show respondents any stimulus—*e.g.*, a TurboTax ad—before asking them about their "understanding of filing 2021 income taxes for free using TurboTax." RX1345 ¶21; *see* Tr.62:6-17, 71:4-6. Nor

# GX303

FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | FILED 10/2023 | Document No. 606901 | PAGE Page 388 of 838 * PUBLIC *;

**United States of America**
**Before the Federal Trade Commission**

| | |
|---|---|
| **In the Matter of:**<br><br>**Intuit Inc.,** a corporation. | Docket No. 9408 |

# Expert Report of Nathan Novemsky, Ph.D.

December 9, 2022

Appendix D
FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | 10/10/2023 | Document No. 606901 | PAGE Page 440 of 838 * PUBLIC *;

[NOTES TO PROGRAMMER IN BOLD CAPS AND BRACKETS]

SURVEY NAME: TURBOTAX PILOT

## Introduction and Screening

Thank you for taking time to complete this brief survey.

The responses you give to our questions are very important to us. If you don't know an answer to a question, or if you don't have an opinion, please indicate this in your response.

Your answers will be kept confidential. The results of this study will not be used to try to sell you anything.

If you normally wear glasses or contact lenses when viewing a screen, please wear them before continuing to the next page. Please take this survey when you have time to complete it uninterrupted and without distractions.

[PROGRAMMER: TERMINATE IF RESPONDENT SELECTS 2 ("I do not understand or do not agree to these instructions"); OTHERWISE GO TO S05.]

1. I understand and agree to these instructions
2. I do not understand or do not agree to these instructions

S05. As an additional security measure, please enter the code exactly as it appears in the image below, and then click the "Continue" button.

Please enter it exactly as it appears, including upper and lower case letters. Do not include any spaces. Type them all together.

[PROGRAMMER: PIPE IN ONE RANDOMLY SELECTED CODE. CONFIRM THAT WHAT THE RESPONDENT TYPES IN MATCHES THE PIPED-IN CODE FOR SPELLING AND CASE.]

TEXT BOX: _____

[PROGRAMMER: IF THE CODE DOES NOT MATCH ON THE FIRST TRY, PIPE IN A DIFFERENT RANDOMLY SELECTED CODE AND ALLOW RESPONDENT TO TRY AGAIN. TERMINATE IF THE CODE DOES NOT MATCH THE THIRD TIME RESPONDENT TRIES.]

First, there are a few short questions to determine whether you qualify for the study.

[NEXT PAGE]

S10. Which type of electronic device are you using to take this survey?

Case 4:20-cv-00957-SDJ   Document 725-16   Filed 12/16/24   Page 6 of 13 PageID #: 46802   PUBLIC

Appendix D

FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | 11/30/2023 | Document No. 606901 | PAGE Page 441 of 838 * PUBLIC *;

*Select one only.*

**[PROGRAMMER: RANDOMIZE CHOICES EXCEPT "Other." ALLOW ONLY ONE SELECTION.]**
**[TERMINATE IF RESPONDENT SELECTS 5 ("A TV-based browser or video game console") OR 6 ("An eBook reading device") OR 7 ("Other"). ALL OTHERS GO TO S20.]**

1. A laptop/notebook computer
2. A tablet computer (for example, Apple iPad, Samsung Galaxy Tab, Amazon Fire, or similar)
3. A desktop computer
4. A smartphone (for example, Apple iPhone, Samsung Galaxy, or similar)
5. A TV-based browser or video game console (for example, Android TV, Microsoft Xbox, Sony PlayStation, or similar)
6. An eBook reading device (for example, Kindle, Nook, Sony Reader, or similar)
7. Other

S20. Do you, or does any member of your household, currently work for any of the following?

*Select all that apply.*

**[PROGRAMMER: RANDOMIZE CHOICES EXCEPT 7 ("None of the above"). ALLOW MULTIPLE SELECTIONS.]**
**[TERMINATE IF RESPONDENT SELECTS 1 ("A market research department of a company or an advertising, public relations, or marketing department of a company"), 2 ("A market research firm or an advertising, public relations, or marketing agency"), OR 3 ("A company providing accounting or tax preparation services or software"). ALL OTHERS GO TO S30.]**

1. A market research department of a company or an advertising, public relations, or marketing department of a company
2. A market research firm or an advertising, public relations, or marketing agency
3. A company providing accounting or tax preparation services or software
4. A developer, seller, or marketer of mobile devices
5. A developer, seller, or marketer of motor vehicles (such as automobiles or motorcycles)
6. A social media company
7. None of the above **[SINGLE PUNCH]**

S30. Which one of the following ranges includes your age?

*Select one only.*

**[PROGRAMMER: DO NOT RANDOMIZE. ALLOW ONLY ONE SELECTION.]**
**[TERMINATE IF RESPONDENT SELECTS 1 ("Under 18 years old") OR 7 ("Prefer not to answer"). ALL OTHERS GO TO S40.]**

1. Under 18 years old
2. 18-24 years old
3. 25-34 years old
4. 35-44 years old

Case 4:20-cv-00957-SDJ   Document 725-16   Filed 12/16/24   Page 7 of 13 PageID #: 46803   PUBLIC

Appendix D

FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | 11/30/2023 | Document No. 606901 | PAGE Page 442 of 838 * PUBLIC *;

5. 45-54 years old
6. 55 years or older
7. Prefer not to answer

S40. What is your gender?

*Select one only.*

**[PROGRAMMER: RANDOMIZE CHOICES EXCEPT 4 ("Prefer not to answer"). ALLOW ONLY ONE SELECTION.]**
**[TERMINATE IF RESPONDENT SELECTS 4 ("Prefer not to answer"). ALL OTHERS GO TO S50.]**

1. Male
2. Female
3. Other
4. Prefer not to answer

S50. In which of the following states do you currently live?

*Select one only.*

**[PROGRAMMER: INCLUDE DROPDOWN LIST OF STATES INCLUDING "Washington D.C." AND "None of the above." ALLOW ONLY ONE SELECTION.]**
**[TERMINATE IF RESPONDENT SELECTS "None of the above." ALL OTHERS GO TO S60.]**

FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | 11/30/2410/2023 | Document No. 606901 | PAGE Page 443 of 838 * PUBLIC *;

We will now ask you some questions about the income tax return you plan to file for 2021.

These questions are being asked solely for the purposes of determining whether you qualify for the survey.

Your responses will be kept <u>confidential.</u>

*When you are ready to start, please click the "Continue" button.*
**[NEXT PAGE]**


S60. Are you planning to file an income tax return in 2022, based on your income in 2021 (i.e. income earned between January 1, 2021 and December 31, 2021)?

*Select one only.*

**[PROGRAMMER: RANDOMIZE CHOICES.]**
**[TERMINATE IF RESPONDENT SELECTS 2 "No." or 3 "I already filed" ALL OTHERS GO TO S70.]**

1. Yes, I am planning to file an income tax return in 2022, based on my income in 2021
2. No, I am not planning to file an income tax return in 2022, based on my income in 2021
3. I already filed my income tax return in 2022, based on my income in 2021

S70. Which of the below best describes your involvement in tax filing in your household?

*Select one only.*

**[PROGRAMMER: RANDOMIZE 1 to 4 ASCENDING OR DESCENDING, KEEP 5 LAST.]**
**[TERMINATE IF RESPONDENT SELECTS 4 ("I do not contribute to the tax-filing decisions") OR 5 ("Don't know/ Not sure"). ALL OTHERS GO TO S80.]**

1. I alone make the tax-filing decisions
2. I make the tax-filing decisions with input from others in my household
3. I contribute to the tax-filing decisions, but someone else in my household makes the decisions
4. I do not contribute to the tax-filing decisions
5. Don't know / Not sure

S80. Which of the following tax preparation methods will you (or others in your household) <u>consider</u> when preparing your 2021 income tax return?

Please select all tax preparation methods <u>you have considered using</u>, as well as those you may consider using when preparing your 2021 income tax return.

*Select all that apply.*

**[PROGRAMMER: RANDOMIZE 1 to 3. KEEP 4 and 5 LAST.]**
**[GO TO S90 IF RESPONDENT SELECTS 1 ("an online tax software")]**
**[TERMINATE OTHERWISE]**

1. An online tax software
2. A paper tax-return form
3. A third-party professional (such as an accountant or a tax-preparer)
4. None of the above **[SINGLE PUNCH]**
5. Don't know / Not sure **[SINGLE PUNCH]**

S90. Which of the following income types did you earn in 2021?

*Select all that apply.*

**[PROGRAMMER: RANDOMIZE 1 to 5. KEEP 6 and 7 LAST.]**
**[ALL GO TO S100]**

1. Wages (reported on a W-2 form)
2. Unemployment income (reported on a 1099-G form)
3. Independent contractor income (reported on a 1099-NEC form)
4. Business income
5. Rental Property income
6. None of the above **[SINGLE PUNCH]**
7. Don't know / Not sure **[SINGLE PUNCH]**

S100. Which type of deductions are you planning to claim on your 2021 income tax return?

*Select one only*

**[PROGRAMMER: RANDOMIZE 1 to 2. KEEP 3 LAST.]**
**[ALL GO TO S110]**

1. I am planning to claim the standard deduction
2. I am planning to claim itemized deductions
3. Don't know / Not sure

S110. Which of the below, if any, did you do in 2021?

*Select all that apply*

**[PROGRAMMER: RANDOMIZE 1 to 4. KEEP 5 and 6 LAST.]**
**[ALL GO TO S120]**

1. Received alimony
2. Received, exercised, or disposed of stock options
3. Paid mortgage interest
4. Paid student loan interest
5. None of the above **[SINGLE PUNCH]**
6. Don't know / Not sure **[SINGLE PUNCH]**

**[GO TO S120 IF:**

   **S90 = 2, 3, 4, 5 OR**
   **S90 = 1 AND S100 = 2 OR**
   **S90 = 1 AND S100 = 1 AND S110 IS NOT 4, 5, OR 6**
**OTHERWISE TERMINATE]**

S120.  Please select "Yellow" from the following list in order to continue into the survey. *Select one only.*
**[PROGRAMMER: RANDOMIZE. ALLOW ONLY ONE SELECTION.**
**[TERMINATE IF RESPONDENT DOES NOT SELECT YELLOW.]**
**[ELSE QUALIFY AND GO TO TAT10]**

1. Green
2. Blue
3. Yellow
4. Red

## Main Questionnaire

TAT10.

*Thank you.  You qualify for this study!*

You indicated that you consider using <u>an online tax software</u> to prepare your 2021 income tax return.

One such online tax software is TurboTax.  We will now ask you questions about TurboTax.

Please answer the questions based on the information you have and do not guess!  If you do not have enough information to answer a question, please indicate so.

 **[NEXT PAGE]**


TAT220. Based on your current information and understanding, what can you tell us about whether there is a cost to filing your taxes with TurboTax?

**[PROGRAMMER:  OPEN ENDED CAPTURE RESPONSE]**


**[NEXT PAGE]**


TAT230. Based on your current information and understanding, who, if anyone, is eligible to file taxes for free with TurboTax?

**[PROGRAMMER:  OPEN ENDED CAPTURE RESPONSE]**


**[NEXT PAGE]**

FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | 10/10/2023 | Document No. 606901 | PAGE Page 446 of 838 * PUBLIC *;

TAT240. Based on your current information and understanding, which of the following best describes your understanding of filing your 2021 income taxes for free with TurboTax?

*Select one only.*

**[PROGRAMMER:  RANDOMIZE ASCENDING / DESCENDING 1 to 3. KEEP 4 LAST.]**
**[IF RESPONDENT SELECTS 1, GO TO TAT250]**
**[IF RESPONDENT SELECTS 2, GO TO TAT260]**
**[IF RESPONDENT SELECTS 3, GO TO TAT270]**
**[OTHERWISE GO TO TAT290]**

1. I think I can file my 2021 income taxes for free with TurboTax
2. I don't think I can file my 2021 income taxes for free with TurboTax
3. I do not have enough information to say whether or not I can file my 2021 income taxes for free with TurboTax
4. I'm not sure

TAT250. You may have already said this above, but please tell us again why you think you can file your 2021 income taxes for free with TurboTax?

**[PROGRAMMER:  OPEN ENDED CAPTURE RESPONSE]**

**[GOTO TAT290]**

TAT260. You may have already said this above, but please tell us again why you don't think you can file your 2021 income taxes for free with TurboTax?

**[PROGRAMMER:  OPEN ENDED CAPTURE RESPONSE]**

**[GOTO TAT290]**

TAT270. You may have already said this above, but please tell us again what information you need to say whether or not you can file your 2021 income taxes for free with TurboTax?

**[PROGRAMMER:  OPEN ENDED CAPTURE RESPONSE]**

**[GOTO TAT290]**

TAT290. Please consider the statement "TurboTax Free Edition is for simple U.S. returns only."

Do you think that your 2021 income tax return meets the definition of a "simple U.S. return" as used in this sentence?

**[PROGRAMMER:  RANDOMIZE 1, 2. ANCHOR 3 LAST]**
**[IF RESPONDENT SELECTS 1 ("Yes"), GO TO TAT300]**

Case 4:20-cv-00957-SDJ   Document 725-16   Filed 12/16/24   Page 12 of 13 PageID #: 46808

PUBLIC

Appendix D

FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | FILED 2/10/2023 | Document No. 606901 | PAGE Page 447 of 838 * PUBLIC *;

**[IF RESPONDENT SELECTS 2 ("No"), GO TO TAT310]**
**[OTHERWISE GO TO TAT320]**

1. Yes, I think my 2021 income tax return meets the definition of a "simple U.S. return"
2. No, I don't think my 2021 income tax return meets the definition of a "simple U.S. return"
3. Don't know / Not sure

TAT300. Why do you think that your 2021 income tax return meets the definition of a "simple U.S. return"?

**[PROGRAMMER: OPEN ENDED, CAPTURE]**

**[NEXT PAGE]**

TAT310. Why do you think that your 2021 income tax return does not meet the definition of a "simple U.S. return"?

**[PROGRAMMER: OPEN ENDED, CAPTURE]**

**[NEXT PAGE]**

**Main Questionnaire     Post Measures**

TAT320. In the past, have you ever begun to use TurboTax online software with the intention of filing for free using that software?

1. Yes, I have
2. No, I have not
3. Don't know / Not sure

**[NEXT PAGE]**

TAT330. In the past, have you ever filed your taxes using a TurboTax product that was not free?

1. Yes, I have
2. No, I have not
3. Don't know / Not sure

**[NEXT PAGE]**

Page 8

**Main Questionnaire   OPT OUT**

You finished the survey!  Thank you for your participation.

This survey is being conducted on behalf of the United States Federal Trade Commission (FTC), the nation's consumer protection agency, in order to collect information about the reactions and experiences of potential customers to advertisements  by Intuit, the maker of TurboTax.

The FTC investigates unfair and deceptive conduct by companies.  The information you provide could help us further our mission under the FTC Act to protect consumers.

<u>The FTC will treat your responses as confidential</u> and will handle your information as outlined in the FTC's privacy policy, which you can read at http://www.ftc.gov/ftc/privacy.shtm.

The information collected in this survey may be made available to our law enforcement partners or in the course of litigation, as required by a court.

Your participation in this survey is strictly voluntary.  If you wish to opt out, please let us know and we will honor this request and delete your submission from our records.

TAT400. Do you wish to opt-out?

**[PROGRAMMER:  RANDOMIZE]**

**[DELETE RESPONDENT DATA IF 1 ("Yes")]**

1. Yes, I want to opt-out, please delete my submission
2. No, I do not want to opt-out, please keep my submission