# EXHIBIT 16

# SIMONSON REPORT
## SENSITIVITY ANALYSIS BASED ON OPT-OUT RESPONDENTS

|     |                                                                                                                     | Total Respondents | Would Divert Spending # | Would Divert Spending % | Used More than One Ad Buying Tool # | Used More than One Ad Buying Tool % |
|-----|---------------------------------------------------------------------------------------------------------------------|-------------------|-------------------------|-------------------------|-------------------------------------|-------------------------------------|
|     |                                                                                                                     | [A]               | [B]                     | [C]                     | [D]                                 | [E]                                 |
|     | **Higher-Spend Advertiser Survey**                                                                                  |                   |                         |                         |                                     |                                     |
| [1] | Analytical Sample                                                                                                   | 502               | 295                     | 58.8%                   | 376                                 | 74.9%                               |
| [2] | Analytical Sample + Opt-out Respondents (Assuming Opt-out Respondents Would Not Substitute / Multi-home)            | 596               | 295                     | 49.5%                   | 376                                 | 63.1%                               |
|     | **Lower-Spend Advertiser Survey**                                                                                   |                   |                         |                         |                                     |                                     |
| [3] | Analytical Sample                                                                                                   | 302               | 185                     | 61.3%                   | 241                                 | 79.8%                               |
| [4] | Analytical Sample + Opt-out Respondents (Assuming Opt-out Respondents Would Not Substitute / Multi-home)            | 397               | 185                     | 46.6%                   | 241                                 | 60.7%                               |
|     | **Agency Survey**                                                                                                   |                   |                         |                         |                                     |                                     |
| [5] | Analytical Sample                                                                                                   | 381               | 206                     | 54.1%                   | 277                                 | 72.7%                               |
| [6] | Analytical Sample + Opt-out Respondents (Assuming Opt-out Respondents Would Not Substitute / Multi-home)            | 452               | 206                     | 45.6%                   | 277                                 | 61.3%                               |

Notes & Sources:

[1] From Simonson Report, at Exhibit 1, Exhibit 15, and Exhibit 21.
[2] From Simonson Report, at Exhibit 1 (= 502 respondents in analytical sample + 94 opt-out respondents), Exhibit 15, and Exhibit 21.
[3] From Simonson Report, at Exhibit 37, Exhibit 49, and Exhibit 58.
[4] From Simonson Report, at Exhibit 37 (= 302 respondents in analytical sample + 95 opt-out respondents), Exhibit 49, and Exhibit 58.
[5] From Simonson Report, at Exhibit 68, Exhibit 81, and Exhibit 87.
[6] From Simonson Report, at Exhibit 68 (= 381 respondents in analytical sample + 71 opt-out respondents), Exhibit 81, and Exhibit 87.