THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN MATTHEW AVDEEF, | § | |
| | § | |
| Petitioner & Google Crime Victim | § | |
| | § | |
| V. | § | |
| | § | |
| | § | |
| | § | |
| | § | Case No. 4:20-CV-957-SDJ |
| | § | |
| | § | Hon. Sean D. Jordan |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Google LLC. | § | |
| | § | |
| Defendant. | § | |

## FORMAL CRIMINAL RETALIATION REPORT TO THE HONORABLE SEAN D. JORDAN & THE HONORABLE AILEEN GOLDMAN DURRETT

COMES NOW Petitioner and Google Crime Victim, STEPHEN MATTHEW AVDEEF, and files this '*Formal Criminal Retaliation Report To The Honorable Sean D. Jordan & The Honorable Aileen Goldman Durrett*,' against Defendant, United States Government, DOD, and NSA Spying Contractor Google Inc., Alphabet Inc., and would respectfully show the Court as follows:

### Statement of Facts

**1.**     Time, FEAR & PANIC, has now ultimately and disgustingly revealed as to the reason '*Why*' Defendant Google felt that Google would never be held to task by any overriding authority, and thus Defendant Google would be wholly protected by equally corrupt Democrats. Thus, Google obnoxiously felt the Google criminal empire was never obligated to answer any filing from Movant in regards to Google criminal retaliatory behavior of fear, intimidation, personal destruction, & Murder!

**2.**     No amount of printed ink contained within the terror based and utter mortal fear that this pleading for intervention is based upon, can ever truly convey just how desperate this plea for mercy is. This Retaliation Report is now being frustratingly drafted after spending the prior one hundred & forty-six (146) days from the date of the Motion For Sanctions court ordered filing as of now, Tuesday, September 30, 2024, apprehensively staring at the mail box waiting on a ruling.

**3.**     Over the course of the last decade, Movant has desperately attempted to overcome such rampant political corruption by following every action to the letter of the law. From tearful pleas for prosecution of an ongoing series of Federal and Texas state crimes being perpetually perpetrated upon Movant & Movant's family, that have been viciously and maliciously brushed aside by nauseatingly corrupt politicians, from local corrupt city officials, to a corrupt Texas AG, through half a dozen corrupt federal judges, to fearful elected members of our U.S. Government.

4.     The terrifying space between a rock and a hard place that Movant's entire family is trapped inside, is a direct result of several prominent elected members of the Republican National Party who view this long-term act of child abuse, criminal indifference to life, two (2) decade long FDA corruption & multiple acts of Federal and Texas State Judicial criminal corruption far too volatile to present to the voting public before the horribly contentious upcoming Presidential election. This is for the sole fact of a main part of this criminal political corruption, leads directly back to Texas Governor Greg Abbott, and his criminal protector, Texas AG Paxton.

5.     When prominent Republicans reviewed the long-term FDA protected injury to a child/child abuse medical insurance fraud that leads back to then VP Biden, Obama, and both wholly corrupt Obama appointees AG Holder and former FDA Director Dr. Margaret Hamburg, Republicans looked back at all of the written correspondence, and were in turn horrified, that just as many Republicans swept this issue under the rug, and in turn kicked the can down the road, as viciously corrupt Democrats, who VP Biden instructed Holder and thus Google to do whatever it took to destroy Movant and Movant's family to conceal such rampant act of the FDA concealed child deaths and child injuries, including Movant's child. Movant's infection victim daughter is so scared of the City of Everman, who has clearly been implicated in the MURDER of her brother, that Movant's daughter is far too terrified to even come to her parent's home, out of true FEAR for her life.

**6.**     To quell any doubt from this court that the Google and Democrat acts of ruthlessly cruel retaliation directed upon Movant and Movant's entire family in order to protect the mythically dishonest Obama legacy are not tied to the criminal harassment attacks from Everman Police, Movant was told that there is material evidence of clear and concise criminal communications between dangerously corrupt Everman Police Chief/Everman City Manager C. Spencer and the National Democratic Committee, who are hell bent on protecting Socialist enforcer Google, and the upcoming supposedly Democrat rigged Presidential elective scam. Chief Spencer, who still refuses to return the federal criminal material evidence that former Everman Police Detective Steele, was bribed to destroy to protect the FDA, Obama, Google, and corrupt Democrats, was instructed by panicking Democrats with full approval from Google, to railroad Movant into the Texas penitentiary no matter what needs to be done. A fabricated conviction, that has already failed several times so far, is intended to not only discredit movant FOREVER, but is intended to criminally and brutally silence a political detractor, FOREVER. Furthermore, it was confirmed by a confidential political source who still is unable to provide hard copy material evidence documents until after Trump returns to the Presidency, has confirmed that the Everman Police are actually the ones responsible for the high-speed stalking chase of Movant's son that led to a holiday traffic jam & led to an unplanned impact that killed Toby Avdeef, thus MURDER.

Formal Criminal Retaliation Report To The Honorable Sean D. Jordan     4
& The Honorable Aileen Goldman Durrett

7.    Movant was informed by the aforementioned federal government contacts that the documents to "***Seal The Deal***" and guarantee a Google, Democrat, FDA, DOJ, FBI, State of TX, City of FTW, and shockingly, the City of Everman & individually, Police Chief Spencer conviction, until AFTER Trump returns, directly pursuant to fear of retaliation from brutally and disgustingly corrupt AG Garland. To add insult to injury over such a truly frustrating need for material evidence being denied by severely corrupt political powers, Movant gave his word that this matter would in fact be "***Slow-Walked***" over the tenure of the remainder of this year, with the promise of a massive impending house cleaning at the DOJ, that will in fact change everything. The problem with this political protection tactic, is Movant's entire family is in mortal danger from increasingly desperate criminal conspirators, and the entire family FEARS for their LIVES from Spencer.

**8.**    A week before Movant's son Toby's death, Toby reported a "***Blacked Out Military Looking SUV***" was in fact following him both inside and outside the City of Everman, pursuant to the fact that Toby lived only two (2) blocks from Movant, in Everman. Out of sheer personal fear, Movant has yet to reveal this dangerously murderous detail. When Movant reported that the aforementioned blacked out SUV, was in fact owned by the City of Everman, and is parked at this very moment at the municipal vehicle complex located behind the police and fire department complex in a gated compound; Spencer or an officer murdered Toby.

**9.**    Movant is still unable to obtain a picture of the police vehicle that has no decals, plates and no city-law enforcement badging, just a sinister and evil blacked out and improperly unmarked law enforcement vehicle. Out of fear that the very same law enforcement officers that are supposed to provide public safety, are the same ones that just accidently killed Movant's son when a high speed chase meant to impart fear that would be relayed back to Movant as a warning to stop what Movant is doing, now has to be exposed at this time, pursuant to the fact that it is clear that Movant will be murdered by these child abusers/child killers, long before the upcoming Presidential election, and this now needs to be forwarded to the Office of the United States Attorney so that Spencer and his criminal cohorts will hopefully face lethal injection for Toby's murder. This is now seen as inevitable, but the appeal for mercy from this court is not to protect Movant's own life, but fearfully being presented to Your Honor in order to prevent the murder of Movant's entire family, of which that now appears to be the next step from a corrupt Police Chief who sees himself as not just above the law, but judge, jury, and executioner.

**10.**    This is in no way any form of allegation, this would only be the next attempt to murder Movant, since the first attempt to kill Movant through a staged and botched home invasion plot, wholly failed. In 2022, two (2) so called and still unidentified '*Federal Agents'* stormed into Movant's house with the plan that was later revealed to stage a fake "*Home Invasion"* that would result in Movant's death.

**11.** To ensure the material facts of this plot, and the fact that the murder plot was being protected by corrupt Democrats protecting Biden and their criminal enforcer Google, Movant presented the entire written scenario to both United States Attorney General Merrick Garland, and personally FBI Director Wray, and even to the Inspector General of the United States of America, along with Speaker of the House, and members of Congress! After spelling out the entire failed plot, in where Movant only survived by gaining the confidence of the Federal Agents after the murder plot was presented to Movant's face, Movant calmed the situation and even talked the Google protecting killers, who in fact stated that the plan was intended to '*STOP YOU* (Movant) *FROM BOTHERING GOOGLE...ANY...FURTHER!*' Movant offered to fetch coffee for both intruders who felt confident enough to accept the offer. Thankfully, neither one followed their target into the kitchen that was only a few feet away in this dumpy little house that Movant has been trapped in thanks to the Google destruction of Movant's career by inflicted poverty. After being caught completely off guard, Movant returned to the table in the middle of the living room with a stainless steel 357 Magnum. After pulling the hammer back, and laying the gun on the table pointed at the taller smart mouth killer, we all had a rather tension filled discussion about how the '*Texas Castle Doctrine*' worked. The plan was to kill the tall one first whose holster was '*unstrapped,*' and the shorter agent would be shot in the head before his weapon cleared his open hip holster.

Formal Criminal Retaliation Report To The Honorable Sean D. Jordan        7
& The Honorable Aileen Goldman Durrett

**12.**    A logical and law-abiding citizen would be understandably mortified by a federal criminal material witness who still has a pending federal criminal complaint against Google with the United States Department of Justice, and the FBI, would properly assume that reporting this would draw a stunning level of public and investigative action, **BUT…NOT…A…PEEP!**  The aforementioned federal informant, revealed that instead of sending a squad of FBI agents to get to the bottom of the attack, instead, the DOJ and FBI responded by purging files, deleting emails & shredding documents to cover thy ass, just in case the national media clambered onto this story. But, a corrupt Democrat bias media ignored the entire subject that would have resulted in Biden being impeached, since the order led directly back to Biden & Speaker Pelosi who was angry that the, "*kook from Texas*" was bothering her! Furthermore, the most shocking and horrifying part, was that Movant was informed that Democrats had in fact warned Police Chief Spencer of Movant's impending murder to ensure that the crappy little neighborhood was blamed for yet another low-income resident home invasion, and to ensure that no investigation was performed, and the determination of death was already decided. The same Democratic and federal law enforcement officials bullied the City of Dallas to classify Toby's death as a self-blaming accident, and instructed homicide detectives to purge all of the material accident witnesses, that gave an accurate description of the blacked-out SUV. The first murder failed, the next one did not.

**13.**    If this court is assuming that Movant has ever had a day in court before any proper form of jurisprudence, that is wholly incorrect, and if it were not for Oklahoma Senator Tom Coburn passing away from cancer during the middle of his federal criminal corruption probe, then this matter would be a stunningly different outcome, and the last decade of crimes committed against Movant's family, never would have taken place. In fact, Tom was preparing a congressional oversight committee to begin the formal criminal impeachment of '*The Pack of Corrupt Federal Judges'* and Tom viewed all four (4) federal cases that Movant was forced to present and fight as a created Pro Se litigant, were in fact a series of easily prosecutable federal crimes! During our second lunch meeting after the marathon first lunch that lasted from 11:30 am, all the way until Dos Gringos closed at 2:00 am, that Movant was indeed correct, and Dallas Federal Judge Lindsay was in fact having a sexual relationship with Chief Legal Counsel Pamela Williams. Movant suspected as much, pursuant to when Judge Lindsay was threatening Movant with six (6) months in jail if in fact Movant disrespected opposing counsel. Judge Lindsay made remarks to conversations that took place at a status meeting, where only Movant, Pamela Williams and Courtney Bowline were present. Exact quotes were made that appeared NOWHERE IN ANY COURT PLEADING, and could only have been relayed to the judge by an act of "*Pillow Talk*" as Tom angrily stated. Tom also confirmed that Gary Elliston, was Lindsay's dear golfing buddy.

**14.**    The legal system is corrupted to the core, as proven by the fact that Movant has always attempted to follow all legal proper procedures by writing to everyone possible to expose this matter and in order to document the fact that Movant is dutifully flowing all proper legal measures to the letter of the law. Once you have been scammed by the legal system by wholly being subverted by disgustingly corrupt politicians, judges, and unscrupulously devious lawyers who will gleefully and vindictively profiteer from any crime possible, even the death and misery inflicted upon hundreds of children, since the cheap and disgusting easy win is all that matters, win at any cost regardless of who has to be destroyed or hurt publicly.

**15.**    Each and every time that a criminal complaint is made against Democrats, Google, and the City of Everman, Police Chief Spencer, the corrupt Mayor allows Spencer to abuse the entire power of the city offices. Such as using Code Enforcement to harass a crime victim citizen unmercifully, pursuant to the fact that Spencer is also the corrupt City of Everman, City Manager! Thus, Spencer wields the entire city as a weapon of abuse and criminal retaliation. Each time Google Chief Counsel Kent Walker was served, the provable cause and effect took place, with Chief Spencer mounting yet another retaliatory attack, and this was tested multiple times, therefore, the City of Everman is being tasked to be the local harassment unit for Google, at the direct criminal behest of corrupt Democrats. This should now lead to this matter being presented to the United States Attorney.

**16.**    To wholly ensure there is utterly no doubt remaining by this court that a corrupt local law enforcement agency is being led by a ruthless pack of thugs and are willing to use the power of an entire city to pummel and destroy anyone who oppose Democrats and Google, here are only a few examples to prove a point.

**17.**    Through now documentable acts of cause and effect, each and every time a proper legal service is perfected upon the city of Everman, a retaliatory act from prosecutorial and judicial misconduct, all the way down to petty and vindictive citation harassment from both the City of Everman & Everman Police as a whole is enacted. In 2015 when a demand for the return of criminal prosecution file from newly appointed Chief Spencer, after Chief Sanders retired without properly answering the same demand, the City of Everman used Prosecutor Herbert Prouty to lie to the court, fake a citation, and eventually City Prosecutor Prouty had to admit in open court that in fact Prouty had LIED, but proceeded forward anyway to bully and threaten the process through in a criminal level, **ABUSE OF POWER.**

**18.**    When a Federal Criminal Complaint was served upon Chief Spencer at approximately 5:30 pm at approximately 1:30 am seven (7) hours later an Everman Police officer was sent to criminally trespass on Movant's posted private property to place Orange parking violation stickers on all motor vehicles parked on private property surrounding the workshop that faces a second residential street. This was a stunningly petty criminal act that the Everman City council viewed as acceptable.

**19.**    When the City of Everman was properly copied an amended criminal complaint in order to expose ongoing criminal corruption complaint to the Office of the Attorney General and the Corruption office of the Texas Rangers, Everman retaliated over this yet another attempt at failed justice. Improper Citations were issued that were barred by '*Res Judicata*' from the "*Grandfathered In*" confession from corrupt Prosecutor Prouty. Movant filed a Motion To Dismiss With Extreme Prejudice and a Motion For Sanctions, and a still concealed and unknown prosecutor conspired with Judge Bill Lane to conceal and destroy both properly served motions and Everman FAKED a notice of non-appearance after delaying court in a last minute panic, then threatened arrest for a retaliatory act of **fabricated failure to appear**. Movant was so confident of the retaliation scam, that both aforementioned motions were served upon Judge Lane's Law Firm, just in case a proof of service was needed to prove criminal municipal corruption. This spectacular act of blatant criminal city corruption was acerbated by the act of mail fraud, when an out of state service demanded citation financial payment of a faked court hearing under the threat of a criminal arrest warrant and loss of freedoms. When this matter was properly presented to the Texas Commission of Judicial Conduct, including the proof of service to the Judge himself, and the subsequent Everman Baptist Church FAKED prosecution attempt, that DFPS viewed as an absurdity, and did not want to get involved, no charges were filed for a false report.

Formal Criminal Retaliation Report To The Honorable Sean D. Jordan    12
& The Honorable Aileen Goldman Durrett

**20.**    In a spectacular act of Texas protected '*Good Ole Boy Corruption'* and as now irrefutable proof that Pro Se litigants are treated by ALL OF THE COURTS, FROM MUNICIPAL TO FEDERAL, are viewed as an utter nuisance, and as nothing but vermin, the 'State Commission on Judicial Conduct' swept the entire matter under the rug. Everman was allowed to falsify Texas owned court records, retaliate against a crime victim, and walk away unscathed. The commission even had the nerve to claim that no evidence existed, even after being provided the FedEx service directly to Judge Lane's Law Office! This resulted in Everman resuming acts of ongoing retaliation, that the Texas AG, The Texas Rangers, The Governor, The State Bar of Texas are criminally culpable for, and turned a blind eye to, in order to protect then AG Abbott, now Governor Abbott, who as an AG, knowingly aided Texas Judge John Chupp to criminally perjure Chupp's way out of answering from the bribery and destruction of federal criminal material evidence in the FDA, Rockline, and CNA Insurance, medical insurance fraud. The act of criminal perjury was so blatant, all three (3) appellate justices at the Fifth Circuit Court of Appeals, agreed '*Per Curium'* that Chupp did indeed butcher the Texas owned court transcript, but it would have made no difference! Thus, ignoring the entire federal criminal conspiracy, and to this day, AG PAXTON ALLOWS ANY & ALL CRIMES AGAINST MOVANT AND FAMILY IN ORDER TO MALICIOUSLY SUPPRESS AND CONCEAL ABBOTT'S CRIMINAL ACTS!

**21.**    As material proof to this court of the ongoing Texas approved and Texas AG protected criminal corruption behavior being ruthlessly implemented to beat a crime victim into humiliating submission, multiple documents will now be attached to this Criminal Retaliation Report. The Pending Federal Criminal Complaint presented to the DOJ, was several hundred pages, and Movant will now not burden this court with the entire volume of documents that Federal Prosecutors need to sort through, thus, Movant will now just attach a few relevant services for material evidence purposes. Attached please find the complaint served upon the Texas Commission for Judicial Conduct. Furthermore, please find a Cease and Desist Demand, a final demand for the truth, and the final act of desperation in the form of Formal Preservation of Material Evidence Demand, just as an example.

**22.**    Just to ensure that this court is aware that Movant was the one telling the truth in the FDA criminal and medical insurance fraud scam, please find the Electronic Microscope pictures of the Burkholderia Cepacia bacteria that Gary Elliston suborned sworn perjury of an expert material witness with the help of golfing buddy Judge Lindsay, and a copy of the UNT Medical Center Positive Bacteriological Test showing that Movant's child was infected, and that Rockline, the FDA, and CNA Insurance lied on a court record to conceal and criminally scam their way out of all long-term medical insurance claims and death benefits of ALL FUTURE RECALL MINOR CHILD AND SENIOR INFECTION VICTIMS.

23.     As a final word in order to prove to Judge Jordan and Judge Durrett that Democrats are doing whatever it takes to protect Defendant Google in order to continually harass, bully, and threaten Movant out of moving forward with the international complaint by keeping Movant busy by instructing the brutally corrupt Everman Police Department to maintain the acts of ever increasing corruption. The week before electronic service to Defendant, Google VP Kent Walker, resulted in the escalated act of intimidation murder that will now be addressed in a request for a Dallas Co. Coroner's Inquest to change the determination of death to Homicide. Murder victim Toby Avdeef reported that a blacked-out SUV was aggressively following Toby inside and outside of the City of Everman. Toby was told that Movant would report this ongoing harassment to the proper federal authorities, which that report directly resulted in Democrats panicking over the Google service to escalate the directions to Chief Spencer to step up the acts of criminal harassment. The Everman police vehicle that was following Toby, after reporting this matter, **IS NOW FOLLOWING MOVANT'S WIFE INSIDE AND OUTSIDE OF EVERMAN!** Melissa Avdeef is now living in daily terror due to the Texas AG, Texas Rangers, and all of the federal authorities turning a blind eye to this potential second murder in order to protect Google and the Obama legacy. The **ONLY** way to now logically escape both this matter and by default Everman's dominance, is for Judge Jordan to grant the financial sanctions in order to flee.

### Historical Background For All Those Authorities Being Copied This Pleading

**24.** For the sole benefit of all International authorities and INTERPOL investigators, Movant will present a very abbreviated timeline of just how dangerous the Google criminal empire is, as a direct enforcement arm of murderously corrupt Democrats, and the risk to the safety of the entire planet if the Democrats are allowed to complete the subversive take over of the most powerful nation on the planet, thus this equates to an aggressive child with a great big gun!

**25.** In the United States of America, our U.S. Constitution is supposed to guarantee a U.S. Citizen the right to have access to the courts. And in America, that no longer exists, and any Pro Se Litigant, by choice or by force, or through poverty of being unable to afford competent legal counsel, is treated by all courts, from municipal to state, to federal, and even worse, the federal appellate courts, a self represented citizen, is treated as an irritant and is ridiculed as nothing but a fool and will be branded by the corrupt media as some sort of foolish kook. It should now be known to all international authorities, that Movant NEVER CHOSE TO REPRESENT HIMSELF AND THUS MOVANT WAS A FORCED PRO SE.

**26.** In 2006 Movant was preparing to leave on a European Book Tour sponsored by the now defunct Virgin Megastores pursuant to my then recently published featured length novel '*The Last Breath of Mars*' as a promotional event to promote brand new Authors to watch out for, and who showed talent and promise, as told.

**27.**    Instead of leaving for Europe, Movant's toddler daughter was in and out of the hospital with a mysterious illness. The book trip was cancelled in order to do whatever it took to save a little girl's life. Months later, the medical mystery was solved by the FDA National Safety Recall Letter that infected personal wet wipes from Sam's Club were medically responsible for the rare soil/water born Burkholderia Cepacia infections. Most suffer no adverse affects, but **RARELY**, it can be a devastating and life long infection, such as chicken pox as a child causes shingles later in life. The reason for this life long crime of misery inflicted by greedy and selfish corporate criminals at Rockline Industry, that was founded by a former NAZI who fled Germany after WWII, is that Burkholderia Cepacia will permanently attach to the Cystic Fibrosis Gene. Both Movant and Movant's now adult daughter, both share the CF Gene, therefore we will both suffer for the rest of our lives. Upon hiring a product liability lawyer, Patrick W. Powers, who lied about beating Sam's Club repeatedly in court, after two (2) years of a brutally cruel and vindictive CNA insurance company, Rockline insurer, the medical fraud scam was launched after being forced to file suit with the medical debt utterly destroying the entire family financially. Instead of telling the truth, CNA bribed Movant's lawyer to turn on a small sick little girl, then turn on the family that hired this child abusing scumbag. Powers went to work for opposing legal counsel at Rockline's firm, DeHay & Elliston, and Powers served Gary, AFTER LEAVING THE SUIT.

**28.**    Once Powers was revealing work product privilege and attacking his former clients to cover for his scumbag unethical tactics, Powers even attempted to have Movant declared Vexatious in a nasty attempt to silence his infection crime victims. Then Gary launched the still '*Ongoing Criminal Enterprise*' by disgustingly coaching a Rockline Technical Expert Alan Perlman, to suborn perjury in a sworn material evidence affidavit, and thus Gary Elliston, yes, the founding partner of DeHay & Elliston, created a massive criminal medical and child abuse insurance fraud victimization and concealment scheme that has now allowed Rockline to continue to inflict more that a half a dozen subsequent national and even global infection recalls. Rockline bullied, threatened & harassed employees in order to force silence out of employees that were ordered to cut corners in the costly cleaning process. Thus, faking inspection data/run numbers & the FDA looked the other way. Rockline was caught when employee Sam Wilson could no longer take it, and Sam wrote to federal officials. NAZI Randy Rudolph and his thug sons even hired a writing examiner to ruthlessly hunt down the snitch who had ratted out the organized crime family. This is pursuant to former FDA Director Appointee, and college friend of President Obama, who shares NAZI party member family roots with Rudolph, back in Germany. The FDA criminal protectionism was even questioned by a London media source Sentinel Journal Online & once I reported these crimes to Obama AG Holder, I was to be destroyed.

**29.**    Upon mistakenly retaining lawyer Powers, he was instructed to file in the
Fort Worth Federal District. Gary Elliston paid off Powers to enact a federal
criminal act of judge shopping. Gary bribed Powers to file in Dallas, where Gary's
Dear Friend and golfing buddy, who also golfed with then Dallas Mayor Ron Kirk,
and their friend President Obama, so the disgusting global scam and criminal fix
was assured. Lindsay improperly took the case from the clerk's office and began to
threaten and intimidate Movant in order to protect Gary and his sexual relationship
with Chief Legal Counsel and DeHay & Elliston firm Partner, tall leggy blonde,
Pamela J. Williams, and the criminal level judicial misconduct scam only got
worse from there. Movant was threatened with six (6) months in jail with no bail, if
I dared to disrespect the same friends of the Judge who were in fact perpetrating
over a dozen federal and international crimes. Senator Tom Coburn who was a
doctor first, then an Oklahoma Senator next, discovered that there were
HUNDREDS FDA CONCEALED CHILD DEATH AND INJURY VICTIMS!

**30.**    After being forced into representing myself under the extortion threat from a
corrupt federal judge that if I did not agree to dismiss the case, that *"I would be
severely sorry."* Movant forcibly began to learn the legal process the hard way, in
order to find justice for Movant's family. Senator Coburn even confirmed, that
when Movant filed in Fort Worth to expose this criminal matter, that AG Holder
employed Socialist enforcer Google to destroy Movant financially, at...all...costs.

Formal Criminal Retaliation Report To The Honorable Sean D. Jordan          19
& The Honorable Aileen Goldman Durrett

**31.**    After foolishly expecting Fort Worth Federal Administrative Judge Terry R.

Means to do the right thing, that has become a sick corruption joke. Means bent

over backwards to do whatever it took to rig the case and protect Judge Lindsay,

despite the fact Means knew there were an untold number of children being

victimized **globally**, but Judicial Protectionism was more important. Coburn even

admitted that Means confessed to him that Lindsay was indeed a sexual lecher, and

that it was well known, but Means was afraid to buck the system, and did what he

was told. After Tom passed away from Cancer, Movant attempted to expose this

entire judicial criminal misconduct scam that now involved two (2) additional

federal judges who were even more vindictive and mean spirited than Means ever

thought of being! Movant served Judges Lindsay, Means, O'Connor, and

McBryde, with a letter of intent to name them as Federal Civil Rights Defendants.

Means panicked, and even went as far as to commit an entire series of federal

crimes. Judge Means FILED A FAKE LITIGATION CASE PRETENDING TO

BE MOVANT! This judicial fraud was reported to Chief Justice Roberts of the

U.S. Supreme Court, and then the real acts of Google and Democrat retaliation

were ramped up. Chief Justice Roberts returned the complaint and basically threw

everything back in Movant's face. Means was never admonished for faking a case

that Means admitted was intended to keep command and control of judicial

misconduct fraud, & the plan was to silence Movant **through a Vexatious ruling**.

**32.**    At the behest of a United States Attorney and several standing Senators and Congressman, along with federal government contacts, it was recommended that Movant attempt to expose the federal judicial corruption by filing a state insurance fraud action against Rockline, and CNA Insurance, on behalf of Movant's still suffering minor child. Then the acts of "***scumbagism***" (*Senator Coburn quote*) viciously reared its ugly head. Unfortunately, Movant's Burkholderia Cepacia infections flared up at the worst time possible. Doctors at UT Southwestern placed Movant on the monthly genetic infusion drug HUMIRA, and it was devastating! Just as the first hearing was scheduled before Texas State District Court Judge Don Cosby, Movant suffered a massive case of medical anaphylactic shock, and was rushed to the emergency room at UT Southwestern. Pursuant to the fact that a gene therapy infusion drug cannot be easily flushed out of the system, Movant was placed into an almost six (6) week drug induced coma in order to allow the drug to slowly ebb out of the system and to prevent a massive shock related stroke and to alleviate severe brain damage! Exiting the hospital two (2) months later, it was discovered that CNA insurance had rushed through an '*ex parte*' hearing in where it was discovered later, that CNA lawyers paid off Judge Cosby rather handsomely, and paid for Cosby to declare Movant as VEXATIOUS, in order to permanently silence a CNA Insurance crime victim, FOREVER! In a panic, a '*Motion For New Trial*' was filed in Cosby's court & of course, Cosby's pocketbook took precedent.

## **Legal Argument To INTERPOL & International Authorities For Prosecution**

**33.**    After spending more than a decade and a half abiding by all the rules of the legal system in the United States of America, there is utterly no doubt that the entire judicial and legal system in the United States is wholly broken, and now requires outside intervention and global exposure in order to bring about major change to coincide with the return of President Trump...And Draining The Swamp!

**33.**    To begin, in an address for global crimes and global prosecution, the fact that Google now expanding '*YOUTUBE*' into a global streaming service provider means that Google is not minimizing their control over INTELLECTUAL PROPERTY and GLOBAL COPYRIGHT as a global criminal empire as per the recent federal court rulings; Google is in fact, preparing to take over the entire global media empire and will now eventually control Hollywood itself and be situated to destroy any Author, Publisher, Producer, and production company through belligerent acts of financial extortion and global control! Google needs to now answer to the Honorable Sean D. Jordan in a severe anti-trust ruling.

**34.**    In a previous attempt to present this global criminal conspiracy to INTERPOL, an international criminal complaint was presented to the INTERPOL office in Washington D.C. to always abide by the rule of law. The material evidence fact now proves that in order for murderously corrupt Democrats to protect Socialist Enforcer Google, all destructive measures had to be employed.

**35.**    During the attempted presentation of the aforementioned INTERPOL notice through documented FedEx service, corporate officials at Federal Express were dumbfounded and unable to answer as to the unknown delivery problems. After an entire week of investigation, FedEx was forced to admit that for some unknown and currently concealed reason, the United States Department of Justice deviously MOVED THE INTERPOL OFFICE WITHIN THE D...O...J! If there was any doubt by Judge Jordan and Judge Durrett that the Democrats were not involved in the international criminal protection of Defendant Google, and the fact that Movant has been begging, pleading & frustratingly trying to abide by the rule of law? This level of corruption and the fact that in order to maliciously conceal and prevent the service of clear and disgusting international crimes to INTERPOL, that the DOJ would in fact **HIDE** the INTERPOL OFFICE IN ORDER TO AVOID SERVICE!

**36.**    To properly illustrate to the international authorities as to just how corrupt the entire legal, and in turn the political system is here in the U.S. after the entire globe sitting back and watching murderously corrupt Democrats protect Google and the national media with the multiple desperate attempts to murder President Trump. And a constant series of court corruption "***LAWFARE***" attacks in where stunning acts of Prosecutorial and Judicial Misconduct are cheered on by corrupt Democrat politicians and savagely corrupt national media that have taken political bias to a prosecutorial level, Movant's case is now proven beyond all doubt.

**37.**    Further proof that the entire legal system is rigged in this country, but by no means the final point of proof, in this massively complicated perpetual acts of scumbagism. Judge Gena Slaughter is just another example of the endless series of corrupt judges that Movant has been forced to endure and who has brutally victimized Movant for daring to demand the truth. When Powers act of retaliation in order to silence Movant & Movant's child failed, since Judge Means did not have the nerve to go quite that far, Movant filed suit against Powers to hold Powers responsible for severe and criminal acts of LEGAL MALPRACTICE. The suit was demanded from the clerk's office in Dallas by Slaughter herself, and it was discovered that she is friends with Powers. During a show cause hearing, Movant arrived to discover no requested court reporter, and an empty courtroom. Movant was escorted into the empty courtroom as the Bailiff locked the door while sarcastically laughing in Movant's face, with a snarky and condescending "*Good Luck*!" Upon walking up to the bench in where Powers lawyer, Peyton Healey, was standing at the bench conducting an *'Ex Parte'* Hearing, is where the judgment had apparently already been agreed upon by judicial misconduct. Movant was greeted with "*Is that the vermin?*" from the bench, that was met with a laugh from Healey. This act of judicial *'scumbagism'* was formally reported to the Texas Commission For Judicial Conduct and the State Bar, and was completely ignored. Slaughter did the same to a group of lawyers, & was <mark>Hypocritically Suspended From The Bench!</mark>

## Conclusion and Prayer

**38.**    Google is now knowingly and maliciously refusing to answer a long-term Google crime victim directly pursuant to the criminal culpable knowledge of the beneficial campaign of brutal harassment, fear, and criminal intimidation. Defendant Google is knowingly and intentionally, profiteering from an act of retaliatory intimidation that went way too far and resulted in the high-speed motor vehicle death of a pending Defendant Google crime victim, Toby Avdeef, and crime victim's family member, the Movant in this Retaliation Report, with the complete criminal intent to avoid a financial punitive judgment that was previously avoided through blatant and still prosecutable, Federal, '*Fraud Upon The Court.*'

**39.**    Pursuant to The City of Everman's belligerent campaign of Criminally and unmercifully attacking a child abuse and bribery crime victim, to knowingly and maliciously aid and abet the controlling Democrats and Defendant Google, in order to prevent all proper legal actions that would in fact expose this federal criminal '*Ongoing Criminal Enterprise'* and RICO level acts of nationwide and global acts of organized crime intended for Defendant Google to improperly maintain a global financial criminal empire. With several hundred billion in illegal financial material gains at stake, and the proper legal dissolution of Defendant Google pursuant to ongoing violations of the Federal Sherman Act, and Federal Criminal Monopoly Statutes in a perpetual series of crimes, **this plea barely scratches the surface!**

**40.**    Directly pursuant to the without a doubt and the wholly anticipated acts of retaliation from not only the Dallas Federal District, but retaliatory directions from Dallas Federal Judge Sam A. Lindsay, as already well documented, and well proven as a matter of court record, Movant now prays that this Honorable Court retrieve the *'Avdeef v. Lindsey Nicole Cole'* Civil Rights Fraud that Movant vehemently objected to the transfer from Sherman Division to Dallas. Directly pursuant to the shocking issues of severe and federal prosecutorial acts of Federal Judicial Misconduct spelled out in this Formal Retaliation Report, in the interest of justice, and in all fairness to an innocent four (4) year old granddaughter who is in physical and mental danger each and every day that the Minor Child is in the custody of a convicted child abuser. Movant now pleads for the life, safety and well-being of Minor Child whose Mother through multiple court records is a Chronic Alcoholic, Meth abuser, bipolar manic depressive who self-medicates with alcohol to squelch the mania and physically aggressive outbreaks of anger in order to avoid the derogatory medical effects of the depression medication. The Minor Child that Movant fought Change of Venue so hard in order to not be the next retaliation victim of Judge Lindsay, is in mortal danger. Movant now pleads for the mercy and the physical rescue of the endangered Minor Child, and will now even go as far as to plead with this court with all the love and concern of a grandparent, for this court to grant the *'Writ of Habeas Corpus'* already upon the court record.

**41.**    With the extremely brief description of the level of both Texas and Federal Judicial misconduct, that if were not for the untimely death of Oklahoma Senator Tom Coburn would have resulted in the criminal prosecution of Federal Judge Sam A. Lindsay, and the other four (4) Federal Judge criminal protectors. As an act of finally granting the proper justice to long-term criminal victims of Judge Lindsay, all the way to Pro Se hating Judge McBryde who referred to Movant's demand for criminal exposure and seeking monetary stolen funds as "**Bordering on Extortion**" for the very same cease and desist and theft reparation demand that a lawyer is praised for, the every day terror that a crime victim family is forced to suffer and endure, with no end in sight, needs to come to an immediate and spectacular end. The corrupt system no longer functions and when viciously corrupt Democrats, then led by AG Holder, discovered in 2010 that Google was already stealing from Movant, those crimes were escalated, all the way to Google computer hacking and stealing all of Movant's IP and Intellectual property to continually destroy Movant's career, and to inflict poverty in order to prevent Movant from all financial means to in fact hire proper legal counsel. Poverty has become the weapon of choice by disgustingly corrupt Democrats and the financial court abuse of Trump proves Movant's case for the whole world to see! Trump has personally thanked Movant for keeping him in touch as proven here, but Movant doubts that Democrats and Google will allow Movant to live until the election!

Formal Criminal Retaliation Report To The Honorable Sean D. Jordan        27
& The Honorable Aileen Goldman Durrett

**42.**    Movant's entire family fears the final step of murder from criminally corrupt Police Chief Spencer now that Google and the Democrats are obviously beginning to panic pursuant to the fact that Movant refuses to be bullied into silence. Defendant Google even refused to answer a recent *'Certificate of Conference'* intended to seek the refiling of '*Avdeef V. Google*.' This attempted act of complete panic and desperation was served upon Defendant Google in order to properly expose all of the crimes that the courts are now refusing to address in a proper public or through a sealed court order that Movant would not object to, if in fact it allows Movant's entire family to not only flee corrupt Everman, but the State of Texas, and the United States of America in order to resettle in Australia, in where Movant's now adult Daughter will attend college when funds allow. Movant now prays that this court will once and for all terminate this criminal protective campaign of fear, intimidation and murder that is still providing improper concealment of Judicial Misconduct that the courts themselves have maliciously & knowingly protected with a complete criminal disregard for all of the children and senior citizens that are still being victimized by child abusing Democrats in order to protect Google who is still suppressing Movant's entire publishing career.

**43.**    Just as previously stated, **innocent people will answer an allegation,** and therefore Movant now humbly and fearfully pleads with this court to grant all standing sanction requests, and the Motion For Directed Verdict.

Formal Criminal Retaliation Report To The Honorable Sean D. Jordan          28
& The Honorable Aileen Goldman Durrett

**44.**    Movant now pleads out of fear of future retaliation and the possibility of death of family members and Movant, that a *'Demand For Prosecution'* be served by Federal Court Order to the DOJ, FBI, & all criminal abusers addressed within this plea for mercy and legal intervention to all known criminal retaliatory actors.

**45.**    Movant now prays that this Honorable Court will instruct through court order to the Office of the United States Attorney, and in turn the United States Department of Justice to open a federal criminal probe into all criminal activities addressed within the Federal Criminal Report, including, but not limited to, all political criminal activities perpetrated by the National Democratic Party, Defendant Google, the FDA, Rockline Industries, CNA Insurance, and all subsequent criminal abusers/profiteers including all complicit legal counsel and judicial members of the crimes perpetrated through documented acts of Impeachable Federal Criminal Judicial Misconduct.

**46.**    Movant now prays that this Honorable Court will now grant a permanent *'Order of Protection'* against the entire City of Everman, Defendant Google, the Democratic National Committee, the NSA, The FBI, The DOJ, and the United States of America as a whole and all national media from all future acts of political corruption retaliation, computer crimes, personal attacks, attacks upon Movant's family, international acts of theft of both Copyright and Intellectual Property and political assassinations, as now proven by the death of Toby Avdeef.

## CERTIFICATE OF SERVICE

**47.** On or about Monday, September 30th, 2024, a true and correct copy of this

Motion will be properly served upon Defendant Google & in turn a hard copy was

mailed to Plaintiff, The State of Texas, Chief Counsel Ken Paxton by USPS mail.

DATED this 30th day of September 2024.


Respectfully submitted,

Stephen Matthew Avdeef, PRO SE MOVANT
*Electronic Signature/Stephen Matthew Avdeef*
1000 Kelley Drive
Fort Worth, Texas 76140-3618
(817) 564-3888
E-Mail:  sci_writer@hotmail.com


*cc: President Donahue of The Hague, the E.U.I.P.O., The World Court of Justice, The DOJ, FBI, Inspector General of the United States of America, U.S. Speaker of the House Mike Johnson, Senator Jim Jordan, Senator Josh Hawley, Former President The Honorable Donald J. Trump, Fox News Sean Hannity, and our London Barrister, Attachment to the Impending United States Federal District Court Litigation Complaint, Attachment to the E.U.I.P.O. International IP and Copyright Theft Complaint, Attachment to Part Three of Three (3 of 3) of the requested World Court of Justice International Criminal Human Rights Violation Pleading to The Hague.*