ENC: 21079512 FC F
AVDEEF ANASTASIA
1000 KELLEY DR SEX: F
FORT WORTH , TX 76140
PHONE: 817-293-5898
BD: 06/15/2003
CASE ID: 2793630019
INS: COOK CHILDREN'S HLTH PLN
POL/GRP #: G24831202*CHIP
DR: PODGORE, JOHN K

**UNT HEALTH**
Physician Group of UNT Health Science Center
Department of Pediatrics
855 Montgomery
P.O. Box 99395
Fort Worth, TX 76199
817/735-2362
Facility Code 21

Place of Service 3

[X] H. Hafeez, MD 21675
[ ] M. Levine, D.O. 21352
[ ] K. Edwards, M.B. 21717
[ ] T. Moore, PA 21683
[ ] D. Alexander, PA 140053/2600
[ ] N. Habiba, MD 21691
[ ] S. Matches, D.O21246
[ ] J Podgore, D.O. 21121
[ ] L. Fallas, PA 21659
[ ] C. Cooper, PA 21618
[ ] L. Mattingly, PA 21709

Tax ID 75-6064033 Medicaid/Group ID Z000T3424

**EXHIBIT "A"**

...28-10 Ins ______ Case ID ______
DOB ______

...release any information acquired in the course of my examination or treatment and permit payment directly to the physician, at his/her election, any benefits due for services rendered. I recognize and accept personal responsibility for any balance remaining after payment or denial of such benefits (excluding Medicaid Recipients). By law physicians are required to file Medicare/Medicaid claims for patients.

*Melissa A. Avdeef* Date *11/28/10*
Patient/Insured Signature

New Patient ___ Return Patient X Work-in ___

Total Charges $ ______ Payments $ ______ Check #: *1213* Credit Card# ______ Cash ______
Appt. Time *4:30* Arrive Time *4:02* Chart *4:07* In Room ______ Check Out ______
Referral Number: ______ Insurance Verified: *[initials]*

| Code | Fee |
|---|---|
| **1. OFFICE VISITS – New Patient** | |
| ___ 992016 Limited/minor | |
| ___ 992024 Low-Moderate | |
| ___ 992032 Moderate severity | |
| ___ 992040 Moderate/high severity | |
| ___ 992057 Moderate/high severity | |
| **2. OFFICE VISITS – Established Patient** | |
| ___ 992115 Minimal | |
| ___ 992123 Limited/minor | |
| ___ 992131 Low/Moderate severity | ✓ |
| ___ 992149 Moderate severity | |
| ___ 992156 High severity | |
| **3. CONSULTATIONS** | |
| ___ 992412 Limited/minor | ✓ |
| ___ 992420 Low severity | |
| ___ 992438 Moderate severity | |
| **4. WELL VISITS** | |
| New Patient / Est. Patient | |
| ___ 993816 ___ 993915 0-12 mos | |
| ___ 993824 ___ 993923 1-4 yrs | |
| ___ 993832 ___ 993931 5-11 yrs | |
| ___ 993840 ___ 993949 12-17 yrs | |
| **5. IMMUNIZATIONS** | |
| ___ 907006 DtaP # ___ | |
| ___ 907022 DT/Td # ___ under 7 yrs | |
| ___ 907188 DT/Td # ___ age 7 & older | |
| ___ 906453 Hib # ___ | |
| ___ 907444 Hep B # ___ | |
| ___ 907139 IPV # ___ ___ | |
| ___ 907071 MMR # ___ ___ | |
| ___ 907154 Tdap | |
| ___ 907162 Varicella # ___ | |
| ___ 9065 ___ Influenza (age ___) | |
| ___ 907329 Pneumococcal | |
| ___ 906602 Flu Mist | |
| ___ 906693 Prevnar | |
| ___ 906339 Hepatitis A | |
| ___ 906982 Pentacel | |
| ___ 907345 Menactra | |
| ___ 907238 Pediarix | |
| ___ 907105 Pro Quad | |
| ___ 906800 Rotavirus | |
| ___ 906495 HPV | |
| ___ 906966 Kinrix | |
| ___ 904714 Vaccine Adm (single) | |
| ___ 904722 Vaccine Adm (additional) | |
| 904656 Vaccine Adm (single-counseling) | |

| Code | Fee |
|---|---|
| ___ 991737 Vision Screening | |
| ___ 946400 Inhalation Therapy | |
| ___ 2031052 Albuterol | |
| ___ 946640 Inhalation Education | |
| ___ 172502 umbilical cauterization | |
| ___ 170001 Histofreeze | |
| ___ benign# ___ | |
| ___ 171108 Multiseum # ___ | |
| ___ 829622 Blood by Glucose Monitor | *bloodwork/labs* |
| ___ foreign body ___ | |
| ___ wound debridement | |
| location ___ | |
| length ___ | |
| ___ 100602 I&D abscess | |
| ✓ *b. cepacia test / positive* | |
| **7. INJECTIONS** | |
| ___ 963728 *Injections* | |
| ✓ Rocephin ___ mg | *middle ear infection left ear pussy* |
| ✓ Decadron ___ mg | |
| ___ 865808 PPD | |
| **8. Other** | |
| ___ 990804 Medical Records | |
| ___ 25 Modifier | |

**Texas Health Steps Program:**
**Complete Check up**

| New | Est. | Medical Screen Results | |
|---|---|---|---|
| ___ 30993810 < 1 yr | ___ 30993919 | Normal | ___ NNU |
| ___ 30993828 1-4 | ___ 30993927 | Treatment not nec. | ___ NNU |
| ___ 30993836 5-11 | ___ 30993935 | Abnormal Trt Init | ___ NNU |
| ___ 30993844 12-17 | ___ 30993943 | Abnormal Ref. to PCP | ___ YST |
| ___ 30993851 18-20 | ___ 30993950 | Abnormal Ref. to Splst | ___ YST |
| | | Abnormal Ref to Health agcy | ___ NNU |
| | | Abnormal-Cond. Under trt | ___ YS2 |
| | | Referred to Fam. Planning | ___ NNU |

TB Skin Test- *12 mo and older*
___ 30865802 TB Sk test adm.
___ TB questionnaire

___ 30992119 Follow-up Visit

Immunizations Given:

| DTAP (U3) | Tdap (U3) | DT/Td (U2) | Kinrix (U2) |
|---|---|---|---|
| ___ 30907000 | ___ 30907158 | ___ 30907182 | ___ 30906960 |
| MMR (U3) | Prevnar | Varicella | |
| ___ 30907075 | ___ 30906697 | ___ 30907166 | |
| Pro Quad (U3) | EIPV | Menactra | |
| ___ 30907109 | ___ 30907133 | ___ 30907349 | |
| Hib/cv | | Rotavirus | |
| 30906457 HBOC 4 dose | | 30906804 | |



Web Images Video News Maps Gmail more ▼ Sign in



the last breath of mars | Search Books | Advanced Book Search | Google Book Search Hel

The following words are very common and were not included in your search: the of. [details]

**Books** **All books** - Limited preview - Full view **Books 1 - 10 of 706 on the last breath of mars. (0.09 s**

Sponsored Links

The Last Breath Of Mars
By Stephen Avdeef. Only $24.99.
Qualified orders over $25 ship free
Amazon.com



Mars Underground - Page 119
by William K. Hartmann - Fiction - 1999 - 448 pages
Sit at the controls of your buggy until **the last breath** comes, ... first to hear the real music of **Mars** with your own ears; **the last** music you'll ever hear. ...
Limited preview - About this book
[ More editions ]

Cinq **Mars** ... - Page 65
by Alfred de Vigny - 1905
She had just exhaled her **last breath** in the public street, in the arms of the reverend Father Mignon, Canon; and we learned from the said father here ...
Full view - Table of Contents - About this book
[ More editions ]



Cinq-**Mars**: Or, A Conspiracy Under Louis XIII. - Page 65
by Alfred de Vigny - 1907
She had just sent forth her **last breath** in the public street, in the arms of the reverend Father Mignon, canon ; and we have learned from the said father ...
Full view - Table of Contents - About this book



The **Last Breath** of **Mars**
by Stephen Avdeef - Fiction - 2006 - 428 pages
... **Last Breath** ... **Mars** ...
Full view - Table of Contents - About this book



Princess of **Mars** - Page 108
by Burroughs, Edgar Rice - Fiction - 2004 - 256 pages
Dejah Thoris caught her **breath** at my **last** words, and gazed upon me with dilated

eyes and quickening **breath**, and then, with an odd little laugh, ..
Limited preview - About this book
[ More editions ]



The King's Minion: Richelieu, Louis XIII, and the Affair of Cinq-**Mars** - Page 7
by Philippe Erlanger - 1972 - 247 pages
New companies had been added to the King's Guard, and Cinq-**Mars** was given the ... his Minister saying, "Be assured that I shall love you to my **last breath**. ...
Snippet view - About this book
[ More editions ]



Third Person Singular - Page 116
by K. J. Erickson - Fiction - 2002
**The last** time **Mars** spoke with Bobby, Bobby said he'd be in England for most of

the summer and ... "I've already got one," he said under his **breath** to **Mars**, ...
Limited preview - About this book



**DONALD J. TRUMP**

Thank you for your letter.

The strength of our country lies in the spirit of the American people and their willingness to stay informed and get involved. I appreciate you taking the time to share your thoughts.

Melania joins me in sending best wishes to you and your family.

Sincerely,

[signature]

WEST PALM BCH FL 334

7 AUG 2023 PM 1 L



Mr. Stephen Audeef
1000 Kelley Drive
Fort Worth, Texas 76140

76140-361800

AMENDED CERTIFICATE OF CONFERENCE

From: Stephen Avdeef (sci_writer@hotmail.com)

To: colel_85@outlook.com; nickole.brown@dfps.texas.gov; amccasland@huntcounty.net; smatavdeef@yahoo.com

Date: Thursday, September 19, 2024 at 04:38 AM CDT

Thursday, September 19, 2024

**AMENDED CERTIFICATE OF CONFERENCE**

To all current Federal Litigation Defendants,

Directly pursuant to the previously served Certificate of Conference on or about August 8th, 2024 in regards to the seeking of a Motion For Leave of Court to file Plaintiff's First Amended Petition, that action was subsequently delayed pursuant to legal actions sought by GEICO Insurance Company. Corporate contacts at GEICO at first claimed that GEICO corporate legal counsel would in fact be seeking a court appointed educational monetary trust for the minor child at the center of this Federal Civil Rights and Criminal Fraud Litigation, but in turn has failed to do so.

The consistent retaliatory acts of financial and child abuse crimes perpetrated by Defendant Lindsey Nicole Cole in this matter, maliciously prevented GEICO corporate legal counsel from following through with a sought court ordered educational minor child financial conservatorship. Defendant Cole is well aware of the $100,000.00 life insurance policy that GEICO is attempting to properly distribute between all three (3) policy beneficiary /inheritors. The minor child portion of the aforementioned life insurance policy is $10,000.00, and it is now disgustingly clear, that if Defendant Cole is unable to steal these funds as proven by previous criminal acts of Federal Tax and COVID Fraud, and thus unable to control the inheritance, that Defendant Cole will vindictively and maliciously deprive Plaintiff's of executing the distribution of the life insurance policy. Defendant Cole retaliatory actions of maliciously stonewalling and wholly avoiding all attempts at all forms of proper legal contact attempted by GEICO insurance to contact Defendant Cole in regards to the procurement and permissions of aiding GEICO in the financial distribution of funds for future educational and monetary support of Defendant Coles minor child and thus Plaintiffs Grandchild, needs to now be properly addressed to the court. These actions by Defendant Cole are yet another series of child abuse crimes perpetrated against a minor child by knowingly and maliciously depriving a minor child of proper monetary support out of revenge and spite. This further adds subsequent exculpatory material evidence of both DFPS and Defendant Coles criminal victimization of the minor child at the center of this legal conflict.

This is pursuant to the fact that DFPS and thus The State of Texas is still providing criminal material protectionism of Defendant Cole, by similarly stonewalling the release of criminal material evidence that would in fact prove all standing allegations against Defendant Cole in a ruthlessly illegal attempt to deviously and unethically stall this case to criminally deprive Plaintiff's of their legal and civil rights. DFPS /Texas should now be heavily sanctioned for this criminally conspirative behavior.

The Texas sanctioned and now wholly protected criminal activities being continually perpetrated by Defendant Cole and DFPS, will now be presented in a Motion For Leave of Court to properly expand this matter to include ongoing acts of retaliation, criminal concealment of material evidence, and the continual re-victimization of the minor child by Defendant Cole, DFPS, and the State of Texas. Both Texas and DFPS are now clearly criminally conspiring with Defendant Cole by all Defendant's attempting to ignore and thus maliciously avoid this entire matter by both refusing to file a proper answer with the court in a timely manner, and refusing all contact in order to financially punish Plaintiff's by vindictively delaying the issuance of life insurance benefits, to Plaintiff's. This will be addressed in both a sought Motion For Sanctions, and a request for a financial punitive judgment collectively against all pending and impending Top Rail Church Defendants.

Do all current Hunt County, Texas State, and individual Defendants' agree or disagree, with Plaintiff's seeking an Amended Petition in order to properly address all ongoing criminal behavior being committed by all current Defendants? Defendant Cole, **changing your name** in order to wholly avoid this matter and hide from all of your legal problems is not an equitable defense, and just proves our case as to how deviously dishonest you are, and yet **DFPS & Hunt Co. are still criminally covering for you?**

Regards, Plaintiffs

**Stephen Matthew Avdeef**

_______________________________

*Electronic Signature / Stephen Matthew Avdeef*

**Melissa Ann Avdeef**

_______________________________

*Electronic Signature / Melissa Ann Avdeef*

***Friday, September 20, 2024***

Law Office of Craig Magnuson, Mr. Craig Alan Magnuson, 1240 Southridge Ct., Suite 105, Hurst, Texas 76053 Service Via: FedEx 7787 2996 5121

City of Everman, Mayor Ray Richardson
212 Race Street, Everman, Texas 76140 Service Via: FedEx 7787 2942 9016

City of Everman, Police Chief/City Manager C. Spencer
212 Race Street, Everman, Texas 76140 Service Via: FedEx 7787 2967 8877

First Baptist Church Everman (FBCE), Attn: Pastor David King
501 W. Barron Ave., Everman, Texas 76140 Service Via: FedEx 7787 2987 3285

Office of Attorney General of Texas, Attorney General Kenneth Paxton, Jr.
300 W. 15th St., Austin, Texas 78701 Service Via: FedEx 7787 2938 0570

State Commission on Judicial Conduct, P.O. Box 12265,
Austin, Texas 78711-2265 (512-463-5533) Service Via: USPS

**FORMAL PRESERVATION OF MATERIAL EVIDENCE DEMAND PURSUANT TO THE FEDERAL SPOILATION DOCTRINE BEING SERVED UPON THE CITY OF EVERMAN AND EVERMAN POLICE**

To all served impending Defendants and multiple subjects of a Federal Criminal Retaliation Report to the United States Federal District Court,

For purposes of now inevitable Federal Civil Litigation and amended attachment to a currently pending Federal Criminal Complaint against the City of Everman, all served recipients are now DEMANDED TO PRESERVE ALL MATERIAL EVIDENCE. Your collective and criminally conspirative acts of Federal Criminal Retaliation that were recently perpetrated upon your reporting crime victim, is now being presented to the United States Federal District Court.

On or about Friday, September 20, 2024, a written demand for the truth was properly served upon the City of Everman by both hand delivery, and electronic service upon the entire Everman City Council. This notice was also subsequently served by hand delivery on the criminal conspirator FB Church of Everman. The aforementioned hand delivery was slipped into the physical spacing in a pair of commercial entrance doors next to the USPS box, on the West side of the church.

***PARTIAL ACTS OF CRIMINAL RETALIATION FOR PROSECUTION***

When in fact the city of Everman instructed a now former city employee to task the aforementioned city workers wife to file a false complaint with DFPS, that is not only a Texas State Jail Felony & falsification of State Records, it was in fact a series of Federal Crimes. This was a federal civil rights attack along with federal criminal acts of witness intimidation and criminal retaliation. In no way is this preservation demand listing even a small part of the entire criminal retaliatory campaign, that is now being presented in the form of a Formal Criminal Retaliation Report to the Federal Court, and the proper federal authorities for prosecution.

The actual trigger point that needs to now result in the federal prosecution of all named parties here, occurred as a direct result of the aforementioned hand delivery service to criminal conspirators and impending Defendants, First Baptist Church of Everman, and all church conspirators. On or about September 20, 2024, at 8:25 AM Everman Police issued a criminal protection threat against a First Baptist Church of Everman crime victim. This criminal retaliatory act of fear and intimidation presented as a threat of future arrest, was wholly intended to provide criminal protection from all future proper legal document service upon already properly noticed impending Federal Civil Litigation Defendant(s). This material fact of retaliation was stunningly admitted to by issuance of a '***Criminal Trespass Warning***' presented at the crime victim's residence located at 1000 Kelley Drive by Everman Police Officer Westmoreland Badge # 267. Officer 267 clearly stated that the church views a crime victim's PROPERLY SERVED LEGAL NOTICE, as "*AN ACT OF HARASSMENT*." This stunning admission now contained upon both Officer 267, and the second unidentified Officer present, who never spoke, is contained upon both Police Officers body cam footage, and will be the subject of a material evidence subpoena and should lead to criminal prosecution of Officer 267.

The blatant confession from Officer 267, now illustrates to all impending federal authorities, that this was IN NO WAY A CRIMINAL TRESPASS, and in fact was a MATERIAL THREAT TO PROTECT A FELLOW EVERMAN CRIMINAL CONSPIRATOR FROM ALL FUTURE LEGAL SERVICE. Officer 267 was visibly angry, as it was clear that the officer's hands were shaking, and his hands were steadied on his uniform belt, that should now be visible for the secondary officer's body cam footage. Besides the blatant criminal material threat intended to protect fellow criminal retaliation actors, the impending Federal Civil Litigation, is a **Civil Matter**! Thus, it is wholly improper for the Everman Police to interfere with civil legal service. Officer 267 attempted to escalate the situation by claiming that Movant was yelling in order to improperly incite a physical conflict.

The City of Everman just successfully lied their way out of a Prosecutorial & Judicial Misconduct Complaint in where the FBCE retaliation scam was properly included in the material evidence of Federal Criminal Retaliation intended to continue to bludgeon and threaten the city's way out of exposing the child abuse bribery of former Everman Police Detective Steele. These ongoing criminal matters were even the subject of a recent Cease and Desist Retaliation Demand, that the City of Everman wholly ignored. The number of criminal actions are far too extensive to properly list here, and FBCE is now wholly abusing their criminal relationship with such a disgustingly corrupt city, and now the Everman Police have just proven all pending allegations with a vicious and wholly vindictive act of SLANDER & DEFAMATION OF A PUBLICLY SEARCHABLE CRIMINAL RECORD. If there was any doubt whatsoever that this was a personal criminal attack from the Everman Police, before leaving, Officer 267 even went as far as placing an '*unclocked*' no time limit, Orange '***Parking Violation***' Sticker, open ended threat on a vintage Dodge truck temporarily parked at the curb in front of the aforementioned residence. The ownership of these '*Carnival Trucks*' was already the subject of a written notice to the City of Everman, in where the ownership of the classic vehicles was in the process of being transferred to the Learning For Life Champion Field Day Carnival For Special Needs Children, that will take place as soon as the IRS grants the applied for 503 charity. Even with proper documented service upon the wholly corrupt City of Everman, no petty act of retaliation is apparently beneath a corrupt Police department, who our ENTIRE FAMILY LIVES IN MORTAL FEAR FROM SUCH A CORRUPT CITY ENTITY!

This FORMAL FEDERAL MATERIAL EVIDENCE PRESERVATION DEMAND PURSUANT TO THE FEDERAL SPOILATION DOCTRINE, is now being served upon all above served impending Federal Civil and Criminal Litigants. All served criminal and civil actors will now preserve all relevant police body cam footage, all electronic mail between all actors and outside yet to be named sources. All physical mail in regards to the entire series of stated and unstated crimes from January 2010, until present day. All 911 and telephonic data both hard line and cellular data is now formally demanded to be preserved.

817-564-3888 sci_writer@hotmail.com

Stephen Matthew Avdeef

*cc: President Donahue of The Hague, the E.U.I.P.O., The World Court of Justice, The DOJ, FBI, Inspector General of the United States of America, U.S. Speaker of the House Mike Johnson, Senator Jim Jordan, Senator Josh Hawley, Former President The Honorable Donald J. Trump, Fox News Sean Hannity, and our London Barrister, Attachment to the Impending United States Federal District Court Litigation Complaint, Attachment to the E.U.I.P.O. International IP and Copyright Theft Complaint, Attachment to Part Three of Three (3 of 3) of the requested World Court of Justice International Criminal Human Rights Violation Pleading to The Hague and the Honorable Federal Judges Sean D. Jordan, & The Honorable Aileen Durrett*

Thursday September 19th, 2024

ELECTRONICALLY SERVED UPON THE CITY OF EVERMAN AND BY HAND DELIVERY ON FRIDAY MORNING, SEPTEMBER 20TH, 2024 TO MAYOR RICHARDSON AND POLICE CHIEF/CITY MANAGER SPENCER

FORMAL DOCUMENTATION OF FEDERAL CRIMINAL CULPABILITY, OBSTRUCTION OF JUSTICE, AND RETALIATION NOTICE TO THE ENTIRE CITY OF EVERMAN, NOW TO BE PRESENTED IN A FORMAL RETALIATION REPORT TO THE U.S. FEDERAL DISTRICT COURT, E.U. FEDERAL AUTHORITIES, WORLD COURT OF JUSTICE AND THE HAGUE

To The Entire City of Everman,

Now that the criminally conspirative officials running the wholly corrupt City of Everman have ignored a final plea for the truth and for Everman to take responsibility for their nine (9) yearlong campaign of harassment and criminal belligerence. It is time to move forward against corrupt city & federal officials. City employees need to be made aware of and what corrupt city officials have managed to conceal. Each and every city employee that is participating along with wholly corrupt Police Chief Spencer, has been criminally conspiring along with the equally corrupt Mayor. Chief Spencer has been maliciously and criminally allowed to abuse his duel city authority as Spencer is also the Everman City Manager.

The federal authorities view that Spencer led a nine (9) year campaign of vindictive harassment as criminal, that was intended to bully, threaten & intimidate the parents, of Spencer's minor child crime victim, out of seeking justice from the federal authorities, and the United States Federal District Court, in where this matter is headed in only a few short weeks. What ALL City of Everman employees and ALL past and present members of the City Council for the tenure of the nine (9) years of criminal belligerence, is that the United States Federal District Courts are **Class Two** (2). This means that the federal courts are both CRIMINAL & CIVIL. Any federal criminal behavior presented leaves the federal judge no other option than to refer the case for prosecution to the office of the U.S. Attorney. When Chief Spencer ordered a now former city of Everman employee to instruct his wife who works at Everman Baptist Church as a daycare Director to file a CRIMINALLY FRAUDULENT ABUSE COMPLAINT against me, Spencer went too far out of desperation to conceal his acts of child abuse and injury to a child.

What this now means, is that each and every city employee and City Council member involved in these acts of criminal retaliation, are, **JUST...AS...GUILTY!**

I will not bother to recite all of the disgusting child abuse details that Police Chief Spencer is attempting to harass his crime victims out of by abusing his position as City Manager, or how nauseatingly corrupt Mayor Richardson is aiding & abetting Spencer with the full blessing of a **child abusing/killing Everman City Council**. The fact that Everman Police Detective Steele accepted a handsome bribe from CNA insurance lawyers to destroy federal criminal material evidence of ongoing child abuse and injury to a child, in order for Rockline and CNA to avoid Texas State Jail Felony charges to be filed by then Tarrant County D.A. Shannon at the direct request of Senator Tom Coburn. When Tom came down with cancer and passed away, all of these child abusing scum bribed their way out of the crimes committed against our little girl, and to criminally conceal all of the other children that were maimed and killed out of pure slothen corporate greed, and to avoid all future medical and death payments. Everman was just served an offer to settle the massive financial damages they inflicted & it was **IGNORED**. In a final word, ten cents on the dollar would have been accepted, but the truth has to be forced out!

This is now a stern warning to ALL CITY OF EVERMAN EMPLOYEES AND POLICE OFFICERS, that each and every one who aides and abets Chief Spencer and Mayor Richardson in using the city to harass a child crime victim's parents out of seeking justice for a sick little girl, who was wholly deprived of her entire childhood, then all of you are just as criminally culpable. THIS IS A CALL TO ALL CITY EMPLOYEES TO COME FORWARD WITH THE TRUTH, BEFORE THIS MATTER IS PRESENTED TO THE FEDERAL COURTS FOR PROSECUTION AND BECOMES A NATIONAL MEDIA EVENT SINCE THIS MATTER LEADS DIRECTLY BACK TO CORRUPT DEMOCRATS AND POLITICAL FEDERAL CRIMINAL BEHAVIOR TIED TO OBAMA/BIDEN. **What if this had been YOUR CHILD?**

Stephen Matthew Avdeef
817-564-3888 sci_writer@hotmail.com

*cc: President Donahue of The Hague, the E.U.I.P.O., The World Court of Justice, The DOJ, FBI, Inspector General of the United States of America, U.S. Speaker of the House Mike Johnson, Senator Jim Jordan, Senator Josh Hawley, Former President The Honorable Donald J. Trump, Fox News Sean Hannity, and our London Barrister, Attachment to the Impending United States Federal District Court Litigation Complaint, Attachment to the E.U.I.P.O. International IP and Copyright Theft Complaint, Attachment to Part Three of Three (3 of 3) of the requested World Court of Justice International Criminal Human Rights Violation Pleading to The Hague and the Honorable Federal Judges Sean Jordan, & The Honorable Eileen Durrett*

Served Electronically to the Entire City of Everman & VIA: Hand Delivery to City Hall on January 18th, 2024

# FEDERAL CRIMINAL RETALIATION NOTICE TO THE CITY OF EVERMAN

To all City of Everman Criminal Conspirators,

Directly pursuant to the fact that the recent politically motivated federal criminal retaliation murder of my son Toby Avdeef was confirmed by the Dallas police to a family police officer friend making an inquiry, that our son's murder was indeed perpetrated upon me was a "WARNING." This brutal warning was clearly issued with the inhumane message that was in no way to proceed forward against the disgustingly and murderously corrupt Democrats and Google. This is now triggering an entire chain of events that all of you corruption criminals are right down the middle of. As you can see from your service copy of the attached Certificate of Conference, this matter is now heading to a Federal District Court hearing before the Honorable Sean Jordan.

Your belligerent attacks through your criminal abuse of the courts now means that you Mayor, Spencer, Judge Lane, and your still concealed corrupt prosecutor along with your church daycare director who you had lie to CPS, are all now criminally complicit in our son's murder. You knew damn well that the Democrats and corrupt Paxton were providing you criminal protection. This means, that your actions are now considered 'Conspiracy to Commit Murder' directly pursuant to the fact that the murder was intended to conceal Texas State and Federal Criminal Behavior. I truly hope all of you will face lethal injection for your rabid level of corruption and your criminally perjurous refusal to voluntarily tell the truth.

The murderous attack was intended to prevent my presentation of the Texas State Bar and Judicial Misconduct complaint against you pack of criminals, and to prevent or delay the part three of three human rights complaint to the Hague and the World Court of Justice. Your collective criminal arrogance has now stunningly proven my case, and there is utterly no doubt anymore that this is a political war crime committed by desperate democrats and an absolute rock solid human rights crime, and now I am moving forward against ALL OF YOU.

Everman had the chance to tell the truth and settle this matter for the cost of a handful police cruisers and a fire truck or two, and instead, there will be a congressional hearing into this matter and your acts of municipal corruption *"scumbagism"* will be front and center in the middle of a very public and hateful election year.

As soon as my Criminal Report to Congress is served, I will finish the Texas complaints against you, Paxton, and the rest of the criminal abusers now that my son died in fear for his life, and you trash sat back and let it happen so that you could wallow in your corruptive greed. Please inform both Bill Lane and your cowering prosecutor that you are still concealing, that I will be requesting that both 'Officers of the Court' be ordered to appear in Federal Court to explain their criminally conspirative behavior in your Federal Criminal Retaliatory Protection of the *"SAM-PAM & GARY SCAM."*

I will see all of you in court VERY SOON.

Your crime victim,

Stephen Matthew Avdeef

________________________________

Stephen Matthew Avdeef
*Electronic Signature /s/ Stephen Matthew Avdeef*

**Saturday, January 20th, 2024**

**SEVENTY-FIVE (75) DAYS FROM THE GOP'S REFUSAL TO ADDRESS THE BRUTAL FEDERAL CRIMES BEING PERPETRATED UPON MY ENTIRE FAMILY BY GOOGLE & THE DEMOCRATS THAT ALLOWED THE MURDER OF OUR SON**

Speaker Mike Johnson, Speaker of the House of Representatives, 1236 Longworth HOB, Washington D.C. 20515 Service Via FedEx # 7748 3596 3280

Congressman Jim Jordon, Judiciary Committee Chairman, 2056 Rayburn House Office Bldg., 50 Independence Ave., SW, Washington D.C. 20515 Service Via FedEx # 7748 3600 3871

Senator Josh Hawley, United States Senate, 212 Russell Senate Office Building, Washington D.C. 20510 Service Via FedEx # 7748 3603 1713

Former President Donald J. Trump, c/o The Mar-A-Lago Club, 1100 S. Ocean Boulevard, Palm Beach, FL 33480 Service Via FedEx # 7748 3608 1980

Attn: Sean Hannity, Fox News Network, 1211 Avenue of the Americas, New York City, New York 10036 Service Via FedEx # 7748 3619 7672

RE: CRIMINAL RETALIATION REPORT TO SPEAKER OF THE HOUSE FOR THE ASSASSINATION MURDER OF A FEDERAL CRIMINAL MATERIAL WITNESS AND FEDERAL CRIME VICTIM'S FAMILY MEMBER COMMITTED BY THE DEMOCRATIC PARTY AND GOOGLE TO MURDEROUSLY WARN & SILENCE A WHISTLEBLOWER

To Speaker of the House Johnson, and all served above,

Directly pursuant to the fact that we are currently preparing for the Cremation Ceremony of our son Toby, I will get straight to the point. I contacted you directly Speaker Johnson two and a half months ago in where I begged, pleaded, and demanded that you finally bring an end to the reign of terror that viciously corrupt Democrats were inflicting upon my entire family. I attempted to pour my heart out to you personally as to how my entire family was living in fear and that the ruthlessly inflicted poverty by overly greedy and corrupt Democrats by and through their Socialist Enforcer Google, was brutally intended in preventing my entire family from financially being able to protect ourselves and to prevent us from hiring proper and very expensive legal representation. Apparently, you did not take our pleas of the fear that we were living through on a daily basis seriously enough to take any sort of resolute action? And now, with all due respect, our son is dead because the Republican Party looked the other way, and the Democrats and murderously corrupt Google, knew all too well that they would get away with it!

Rather than go into all of the gruesome details that are being already ruthlessly suppressed by the Dallas Police and corrupt Texas A.G. Paxton, who needs to go to prison over his criminal protection of the "***SAM-PAM & GARY SCAM,***" I have attached the '*Certificate of Conference*' to Google and A.G. Paxton for information purposes, and the Final Demand to Google that was answered with Google instructing their Democrat Criminal Protectors to brutally Murder our son...**THE...VERY...NEXT...DAY!** Our son came to me scared out of his mind and informed us that a "***Blacked Out Government Looking SUV***" had been following him, and I asked him to attempt to get a picture over his shoulder so that the driver and front seat passenger could be identified through facial recognition by federal and international authorities that are following this matter. By the attached documents, you can now see the outcome that has now resulted in the criminal cover-up and vindictive suppression of this murder that is well underway, and was just confirmed by a police officer friend of the family that was attempting to look into this matter, that all of you ignored. My son was run down at a high rate of speed and smashed into a wall to be snuffed out and exterminated like some sort of animal, and please forgive me, but all of you now share in the blame. We were going to flee the United States for a publishing community in New Zealand, and now instead, we are cremating our son, and, as I just promised if they failed to end this matter, I will spend the rest of my life bringing an end to Google and the Democratic party, or at least, until I am MURDERED.

Therefore, **FOR...ONE...LAST...TIME,** and before Google and sickeningly corrupt Democrats murder by Daughter, my Wife, and our grandchild that our murdered son left us to now raise, I am pleading with you to end this matter right here, and right now. Please instruct the United States Government to remit the Federal Criminal Deprivation and Democrat Retaliation of the maliciously criminal theft of my entire copyright by United States Government & NSA Spying Contractor Google who lied, cheated, schemed, perjured, concealed material evidence, and scammed their way out of taking criminal responsibility for, all through the Federal "*Fraud Upon The Court*" Drummond Scam. We now demand immediate issuance of criminal restitution in the amount of **$899,070,000.00. A Congressional Hearing into this matter is now requested, and The United States Treasury and the United States Pentagon should be ordered to immediately pay for this Federal/Military Crime.**

Stephen Matthew Avdeef
*Electronic Signature /s/ Stephen Matthew Avdeef*

*Thursday, March 9th, 2023*

Office of the Attorney General
**Attention:** Texas Attorney General Ken Paxton
300 W. 15th Street, Austin, Texas 78701 Service Via: FedEx # 7715 1445 5157

The Texas Department of Public Safety / The Texas Rangers
**Attention:** D.P.S. Director Steven C. McCraw
5805 North Lamar Blvd Austin, Texas 78752-4431 Service Via: FedEx # 7715 1439 5570

United States Department of Justice, Office of the Inspector General
**Attention:** Inspector General Michael E. Horowitz
950 Pennsylvania NW, Washington, D.C. 20530-0001 Service Via FedEx # 7715 1451 6553

**RE: FORMAL TEXAS CORRUPTION CRIMINAL CULPABILITY COMPLAINT AGAINST TEXAS ATTORNEY GENERAL KEN PAXTON & FEDERAL CRIMINAL LIABILITY AND CORRUPTION COMPLAINT AGAINST THE STATE OF TEXAS TO THE INSPECTOR GENERAL OF THE UNITED STATES OF AMERICA**

Texas Attorney General Paxton,

It is rather sad that directly pursuant to the material fact that I have previously warned you in writing multiple times over the prior few years that your act of criminal protectionism extended to any and all criminal abusers that choose to commit crimes against my entire family that you as '*Top Cop*' in Texas, would eventually answer for. Now that sickening and criminally abusive crescendo ended up falling upon such a corrupt municipal entity as the City of Everman. Thus, that nauseating level of your criminally approved corruption was indeed wholly sanctioned by no less than the Texas Rangers, and I can now stunningly prove this matter beyond all shadow of a doubt to both impending Federal District Court and the International Court of Justice.

The pain and suffering that your direct criminal culpability has knowingly and maliciously inflicted upon my family is stunning and it is almost hard to believe that I now have the ability to prove my case to the World Court of Justice. I previously wrote to you begging for justice against the endless stream of criminal abusers that were victimizing my entire family and making us all live in fear every day of our lives, and each and every one of the criminals knowingly profiteered from the "*SAM-PAM & GARY SCAM*" that you have personally provided ongoing criminal protection for. This entire campaign of misery, fear, and intimidation mounted by wholly corrupt Democrats and their Socialist enforcement arm Google, have only been successful directly pursuant to the fact that you personally, Texas Attorney General Paxton, will now provably and beyond all legal shadow of a doubt, **MALICIOUSLY AND WITH EXTREME PREJUDICE REFUSE TO DO YOUR JOB TO PROTECT GOVERNOR ABBOTT!** I can only hope and pray that the Inspector General of the United States of America can come to appreciate as to the scope of just how corrupt Texas is, once a crime victim has been scammed and therefore stripped of their lawyer through politically sanctioned court corruption so that crime victim is no longer even human and can be dismissed as a mere nuisance of truth?

Without expressing too much anger and frustration, I will attempt to skip through just a few of the high points of the nauseating level of corruption my family has been forced to face down over the last decade and a half. Not for your personal benefit AG Paxton, but for the sole purpose of convincing the Inspector General of prosecuting all of you for the consistent series of Federal Crimes that you are personally concealing as '*Top Cop*' in Texas, in the hopes that you all be sentenced to a federal penitentiary. The prior statement that we live in fear every day of our lives due to your personal corruption is no exaggeration AG Paxton. It is a horrifying sentiment that I hope to soon convey to a federal grand jury seeking to indict you, Abbott, former Governor Perry, Judges Chupp, Cosby, and Slaughter, the criminal abusers at the City of Fort Worth and Everman, former Tarrant D.A. Wilson, Tarrant County Clerk Wilder, several dozen '*Officers of the Court*' and all other complicit corporate child abusing and child killing criminals that have all knowingly profiteered from the crimes that began with the criminal victimization of my child. To say that we have been preparing for this moment for years is a drastic understatement, since I am belligerently forced to live with your crimes every waking moment of my life that relies on the CNA Bribery of Everman Police Detective Steele to destroy evidence.

The utterly stunning level of criminal malice that you have personally imposed upon my entire family A.G. Paxton, in no way can be properly conveyed here upon this simple format. THIS, is why this matter is finally, in fact, FINALLY, after several agonizingly tearful years of living in fear for my family's safety thanks to YOUR REFUSAL TO DO THE JOB THAT THIS STATE ELECTED YOU TO, SO THAT YOU CAN PROVIDE CRIMINAL PROTECTION FOR GOV. ABBOTT WHO LIED TO A FEDERAL COURT AS A.G. TO PROTECT A BRIBED JUDGE WHO WAS PAID OFF BY THE SAME INS. CO. THAT LIED/BRIBED THEIR WAY OUT OF CRIMINALLY ANSWERING FOR MY INFECTED CHILD & MYSELF & PAID OFF BOTH JUDGE CHUPP & COSBY TO DESTROY TX STATE & FEDERAL CRIMINAL MATERIAL '*INJURY TO A CHILD*' EVIDENCE OF THE "*SAM-PAM & GARY SCAM*" SO THAT CNA INS., ROCKLINE & THE FDA CAN CONTINUE TO CONCEAL COSTLY DEATHS & MEDICAL INJURIES OF SICK CHILDREN & SENIORS.

***Can you now appreciate the anger and contempt for your criminal culpability?***

For the sole benefit of the attachment of this criminal culpability notice as a material evidence exhibit to the Federal Criminal Corruption Complaint to the Inspector General of the United States of America, I will put this as angrily, ugly, and as brutally honest as possible;

IF YOU AS ATTORNEY GENERAL OF THE STATE OF TEXAS HAD DONE YOUR JOB WHEN I PRESENTED THE FACT THAT FORT WORTH, THE FIFTH (5TH) LARGEST CITY IN TEXAS, WAS CRIMINALLY SCAMMING ME INTO A FRAUDULENT CRIMINAL CONVICTION IN ORDER TO BRUTALIZE MY FAMILY INTO SUBMISSIVE SILENCE FOR OVER HALF A DECADE, HAD DONE YOUR JOB, INSTEAD OF COVERING FOR ABBOTT'S CRIMINAL PROTECTION OF THE "***SAM-PAM & GARY SCAM***" AS NAMED BY NOW DECEASED U.S. SENATOR TOM COBURN, THEN THE CRIMINAL RETALIATION THAT THE CITY OF EVERMAN JUST PUT ME THROUGH FOR THE PRIOR NINE (9) MONTHS,...**NEVER...WOULD...HAVE...HAPPENED!**

***TO MAKE THIS SUPERBLY CLEAR, YOU NOW...CRIMINALLY...OWN...THIS!***

As with all crimes, lies, and scams, they are all eventually revealed and the truth ultimately prevails, but not always in time to exact the justice that was deserved. BUT, this time, we all saw what was coming and we prepared to blow the lid off of what you find criminally acceptable, A.G. Paxton. You see, last spring when we were preparing to finally file in Federal District Court, and so that we could create '***STANDING***' to pursue the entire '*State of Texas,*' NSA/U.S. Military Spying and thus U.S. Government Contractor Google, and the United States Government, with the World Court of Justice and the HAGUE, we served a notice to the Feds and the HAGUE. This was also copied to wholly corrupt Everman Police Chief Spencer, who has been providing criminal protection for the very same federal criminals that bribed their way into the creation of **YOUR** '*SAM-PAM & GARY SCAM,*' in a vain attempt to force the truth out of such criminally corrupt public officials, such as yourself. Instead of the truth, Chief Spencer began criminally abusing his duel position as City Manager for the City of Everman. Rather than explain the entire matter that even the feds predicted would go sideways, and that turned out to be a spectacular understatement, we are attaching a compact disc (CD) with a sample of documents that criminally nails each and every one of you by copying the Texas Rangers the destroyed motions in order to prove well beyond any shadow of a legal doubt that even the Texas Rangers would also bless your direct criminal abuse of my entire family. Thus, the Rangers would even go so far as the REFUSAL TO TAKE A CRIMINAL REPORT FROM A LONG-TERM '*CHILD ABUSE-INJURY TO A CHILD*' VICTIM WITH CRIMINAL INDIFFERENCE TO DEATH FROM OUR CHILD. NOW, THIRTY (30) DAYS LATER, THERE IS NO DOUBT OF THE TX RANGERS ACT OF CRIMINAL MALICE. This means, that as a family of Federal FDA/Obama/Biden/DOJ/FBI/CNA/Rockline crime victims, and as a supposedly Federally Protected Corruption Whistleblower, we as a family, utterly have not a single shred of:

NO…FEDERAL…CIVIL…RIGHTS
NO…CONSTITUTIONAL…RIGHTS
NO…CIVIL…LIBERTIES…IN…ANY…FORM
NO…BASIC…FUNDAMENTAL…HUMAN…RIGHTS
NO…UNITED…STATES…OF…AMERICA…CITIZENSHIP…RIGHTS
NO…RIGHT...TO…EARN…A…LIVING…&…NO…PERSONAL…PROPERTY…RIGHTS
NO…DIGNITY…OR…THE…RIGHT…TO…FACE…ONES…ACCUSER…OR…ABUSER
NO…PROTECTION…OF…LAW…AFTER…HAVING…BEEN…STRIPPED…OF…THE… RIGHT…&…ABILITY…TO…CALL…UPON…ANY…TEXAS…LAW…ENFORCEMENT

As just a reminder of putrid Municipal Corruption and thus of what you have already criminally ignored and created that has now amazingly occurred, **FOR A SECOND TIME!**

After being summarily and rudely dismissed by both Governor Perry, then Abbott, and after begging and pleading for justice from you A.G. Paxton, you allowed all of the criminal abusers of the "*SAM-PAM & GARY SCAM*" at Fort Worth, the fifth (5th) largest city in the State of Texas, and thus who were allowed to criminally drag me through the mud for over half a decade, was wholly concealed with your personal blessing. The ONLY REASON Everman Police Chief/City Manager Spencer was obnoxiously cocky enough to abuse the courts to scam me into criminal obedience even with the Texas Rangers watching, is because he knew damn well that the Texas Rangers would use your umbrella of criminal protectionism, **AND THAT YOU AS '*TOP COP*' IN TEXAS, WOULD DO ABSOLUTELY NOTHING!**

Just to briefly refresh your memory AG Paxton, in case all of these dozens of federal crimes that will by no means be covered within here have slipped your mind, please allow me.

When I was coming home from living at the Dallas Ronald McDonald House to manage the life & death struggle to save my then eleven (11) year old sickened & maliciously infected child that you and the Texas Rangers could care less about, I received a ten (10) MPH speeding ticket. I also received an expired paper tag citation since the dealer tag expired while the car was locked up in Dallas for five (5) months, and I had to drive it home. Directly pursuant to the legal fact that Fort Worth failed to have the authority to change the speed limit on that road from 40MPH to 30MPH without a Texas State DOT speed and traffic survey, the overwhelming '*Exculpatory*' and '*PRIMA FACIA*' '*Motion To Dismiss*' should have been a rather simple legal action of justice. Even worse, the officer was illegally hiding behind a split rail fence on the private property of a friend of mine for the last few decades, and did not have express permission or legal consent to trespass upon that property, but the truth is always irrelevant. **EXCEPT,** one of the criminal abusers of the "*SAM-PAM & GARY SCAM*" who I got fired from the Law firm of McLean Sanders for stealing work product and attorney-client privileged files from her then boss, and my former lawyer Daniel Foster, Judy Lacker decided to criminally abuse her new position as the personal secretary for the City Attorney, for the City of Fort Worth. Once Judy ran across my very distinct last name (*only 4 known Avdeef's in Texas*), Judy viciously enlisted the criminal assistance of a young and gullible City Prosecutor named Melanie Houston.

Fort Worth Prosecutor Houston enlisted the aid of corrupt Municipal Court Judge JoAnn Reyes, who I had filed a disciplinary action against a decade before. Both corrupt Municipal Criminals conspired to arrogantly and abusively agree to what lie to tell a Criminal Defendant! The **LIE** was, "***You are not allowed to present criminal material evidence at a evidentiary pre-trial hearing***!" WHAT!? Yes, you read that correctly, and they were both obnoxiously and insultingly snickering between them as they both sheepishly smiled at me with an accompanying shit eating grin, to put it as accurately as possible. As soon as I exposed the criminal act of Prosecutorial and Judicial Misconduct resulting in an act of '***Federal Criminal Deprivation of Rights'*** charge to the Mayor, the entire City Counsel, the City Manager, the City Attorney, and even to Risk Management, pursuant to the fact that I was planning to file suit in such a blatant Federal Criminal '*Abuse of Power*.' In a mad panic, the Six (6) year long criminal scam that you approved of was launched and allowed over a dozen Municipal Criminals to beat down and humiliate me for more than half a decade in order to keep a pending criminal action against me to brutally ride out the clock on a criminal scam, that you are still protecting...**To...This...Day**.

Thanks to your now wonderfully provable State Sponsored Corruption of stripping any and all citizens who cannot afford a lawyer of their rights and basic human dignity, the criminal scam was highly successful. Now, the only reason it is being re-presented at this point, is to confront you with the nauseatingly prophetic results. What time has now proven, and what will in turn be proven to both a Federal District Court and the International Court of Justice, is just how profitable your act of criminal protection of Governor Abbott's criminal past has criminally benefitted the City of Fort Worth, who maintained a slanderous criminal warrant for over a year after hiding motions, concealing documents, and criminally destroying the Texas State owned court records, in order to bludgeon me into silence, and hoping to drag me along in order to prevent or delay federal litigation as long as possible, and thanks to you, it worked spectacularly.

Just to be clear, the wholly corrupt former Mayor of Fort Worth Betsy Price, who I repeatedly BEGGED FOR MERCY AND FOR HER TO APPLY THE RULE OF LAW, was able to retire UNSCATHED, thanks to you. Even more disgusting, the very same wholly and unscrupulously corrupt lawyer who we later discovered managed the entire '***Federal Criminal Deprivation of Rights***' scam that was run from behind the scenes, IS NOW THE MAYOR OF FORT WORTH! What this means, is corrupt Mayor Price handed over the '*Baton of Corruption*' to the same lawyer she deviously hired to beat me over the head with that very same '*Baton of Corruption*,' and is now maliciously running the fifth (5th) largest city in the State of Texas, with your complete criminal blessing AG Paxton! Even worse, I was drug along for enough of my life to ensure that wholly corrupt Judge Reyes was allowed to retire UNSCATHED, and that wholly corrupt Prosecutor Houston was allowed to BECOME A JUDGE! One corrupt judge slithers off and slinks away, and another criminal takes her place, wholly UNSCATHED, again, thanks to you A.G. Paxton! The other three (3) complicit Prosecutors who aided and abetted, have never been charged, the Risk Management officer retired UNSCATHED, and Judy Lacker passed away without ever having to answer for the massive criminal scam that you are still protecting, so Judy retired UNSCATHED. We angrily hope you are wholly pleased with the results of your crimes, that is now only the tip of the iceberg of your abused criminal culpability now heading to the Inspector General, the Federal District Court, and the World Court of Justice.

**Texas Federal Criminal '*Good Ole Boy*' Corruption Complaint to The Inspector General**

To the Honorable Inspector General Horowitz,

This very brief documentation of the continual series of federal crimes protected by and perpetrated by and through the Perry/Abbott and then in turn the Abbott/Paxton Texas Administrations, now barely scratch the surface as to just how many corporate criminal abusers have monetarily profited from Texas State sanctioned and protected corruption. The Texas Rangers turning a blind eye to this level of Federal and Texas State rampant corruption now leaves no doubt at all as to the rancid infection of Texas approved corruption that is cruelly and ruthlessly protected and is criminally abused all the way to the Office of the Governor of Texas.

An extremely crucial material evidence point that now needs to be presented as to the reason that this criminal subject is grinding along so slowly pursuant to all of the missed deadlines for all of these federal and international criminals to tell the truth, is the final brutal attack mounted to possibly end my life in order to criminally terminate my family's demand for global justice. Near the end of 2022, we served all of the criminal conspirators with a copy of the International HAGUE criminal notice. In January of 2023, the Socialist Democrats, Socialist Google, CNA Insurance, Liberty Mutual, and Farmers Insurance apparently all came to the conundrum that my presenting this matter outside the manipulative Democrat control over the federal courts and the three (3) letter agencies with imbedded '*Deep State*' corruption operatives, began to panic as the realism that there were hundreds of billions at stake globally, this matter was elevated far past nasty, mean, and vindictive. These global criminals seemingly based their criminal autonomy wholly upon the collective criminals banking on the fact that the entire State of Texas is corrupt to the core. From corrupt Chief Spencer, through the Texas Rangers, and thus all the way to the Governors Office, and that none of you would ever seek out the truth and justice that cost however much CNA paid off Det. Steele to avoid Felony Child Injury Charges.

This now means that Texas Sanctioned Corruption has now maliciously led to the ruthlessly corrupt federal criminals to contact my medical insurance provider and vindictively convince Blue Cross Blue Shield to suddenly deny my life saving monthly genetic infusion medication Inflectra. This sudden denial came after five (5) consecutive annual approvals that began with Humira that almost killed me through anaphylactic shock in 2017, then three (3) consecutive years of approval for Entyvio, until the change to Inflectra last year. Blue Cross utterly panicked when I informed the case management nurse as to how criminally serious it was for BCBS to allow an outside firm to manipulate their approval and appeal process, and that this was about to become a wrongful death criminal and federal civil action if, and when I died! The retraction of the attack on my life was reversed at warp speed. This was no coincidence since there were outside federal sources that became involved in this matter, and positively confirmed my murderous allegations. The basis for the attack is pursuant to the fact that I was infected with Burkholderia Cepacia along with my then toddler child through cross infection, from the very same FDA National Safety Recall that the FDA is now providing criminal cover for CNA and Rockline after the FDA lied their way out of a 2014 F.O.I.A., and now half a dozen FDA Directors have lied by omission and have been stonewalling each and every criminal probe. Burkholderia attaches itself to the CF Gene, in which both my daughter and I share, and the ruthless and rare bacteria acts in only the rarest of situations. Like Chicken Pox, an infection from Chicken Pox as a child, you then suffer from Shingles later in life. The infection is not transferable, but it haunts you for the rest of your life once it settles outside the lungs in the intestinal track, and I will die from it at some point, and all of these criminals know this! Thus the attack on my medication, was not just an act of '*Federal Criminal Retaliation*' waged against a Federally Protected Federal Corruption '*Whistleblower*,' it is now a clear and concise and wholly prosecutable crime of, **A PRE-MEDITATED ACT, OF ATTEMPTED MURDER!**

You are now welcome to contact me at your personal convenience after you scroll through just a small sample of electronic documents contained upon the attached compact disc (CD) to gain a small insight into what we are preparing to expose to the Federal and International Courts that A.G. Paxton was duly, properly, and culpably warned of, that now Texas State as a Federal Whole, TX State Agencies, Mayors, Police, Municipal Entities Fort Worth & Everman, Corporate Criminals, Insurance Companies, CNA, Farmers & Liberty Mutual, Baylor Scott & White, multiple law firms, Judicial Members, Court Clerks, Court Reporters and dozens of '*Officers of the Court*' cruelly abusive child killing profiteers, should answer prosecutorially. **This now proves that corruption breeds corruption, lies create lies, and that Democrats condone any and all crimes committed against conservatives and or Republicans, as criminally acceptable, and this now astoundingly proves my case to the global authorities.**

Regards,

Stephen Matthew Avdeef
*Electronic Signature / Stephen Matthew Avdeef*
(817) 564-3888 sci_writer@hotmail.com

cc: President Donahue of The HAGUE, E.U.I.P.O., The World Court of Justice, I.C.A.N.N., The DOJ, The FBI, Speaker of the House Kevin McCarthy, Head of The Judiciary Committee Senator Jim Jordan, U.S. Federal District Court, and Former President of the United States The Honorable Donald J. Trump

**Wednesday, April 5th, 2023, One-Hundred (100) Days From U.S. Gov. Branch/NSA Spying Contractor Google's Failure and Refusal to '*Cease & Desist*' Global Criminal Attacks**

**Part Two (2) of Three (3) of Requested Complaint to The Office of The Inspector General**

**Global Criminal Corruption/Theft Complaint To The E.U.I.P.O., World Court of Justice, the HAGUE, Speaker McCarthy, Judicial Committee Chair Jordan, Office of the Inspector General, & Final Written Demand For Criminal IP Theft/International Fraud Reparations**

E.U.I.P.O. OFFICE, Executive Director Mr. Christian Archambeau, Avenida de Europa, 4, 03008, Alicante, Spain +34 965 13 91 00 (complaints@euipo.europa.eu)
Service Via International FedEx # 7717 4613 9245

The Court of Justice of the European Union, Palais de la Cour de Justice, Boulevard Konrad Adenauer, 2925 Luxembourg, Luxembourg +352 4303 1
Service Via International FedEx # 7717 4620 9337

President of the Hague Joan E. Donoghue, Peace Palace, Carnegieplein 2, 2517 KJ The Hague, The Netherlands International Service Via FedEx # 7717 4579 1228

Congressman Kevin McCarthy, Speaker of the House, 2468 Rayburn House Office Building, Washington D.C. 20515 Service Via FedEx # 7717 3135 2315

Congressman Jim Jordon, Chair of the Judiciary Committee, 2056 Rayburn House Office Bldg., Washington D.C. 20515 Service Via FedEx # 7717 3133 7977

United States Department of Justice, Office of the Inspector General Michael E. Horowitz, 950 Pennsylvania NW, Washington, D.C. 20530-0001 Service Via FedEx # 7717 3130 1314

Attorney General Merrick Garland, United States Department of Justice, 950 Pennsylvania NW, Washington, D.C. 20530-0001 Service Via FedEx # 7717 3129 1401

Christopher Wray, Director, Federal Bureau of Investigations, 935 Pennsylvania Avenue NW, Washington, D.C. 20535 Service Via FedEx # 7717 3127 6813

Former President Donald J. Trump, c/o The Mar-A-Lago Club, 1100 S. Ocean Boulevard, Palm Beach, FL 33480 Service Via FedEx # 7717 3124 3557

Texas Attorney General Ken Paxton, Office of the Attorney General, 300 W. 15th Street, Austin, TX 78752-4431 Service Via FedEx # 7717 3125 7998

The Honorable Federal Judge Sean D. Jordan, US Federal Eastern District Court, 101 E. Pecan Street, Sherman, Texas 75090 Service Via Federal # 7717 3126 8491

**RE: FORMAL GLOBAL CRIMINAL THEFT OF COPYRIGHT, INTELLECTUAL PROPERTY, AND FEDERAL CRIMINAL FRAUD UPON COURT COMPLAINT AGAINST NSA SPYING/U.S. CONTRACTOR GOOGLE, THE UNITED STATES GOVERNMENT & THE DEMOCRATIC NATIONAL PARTY TO THE WORLD COURT OF JUSTICE & THE 118TH CONGRESS OF THE UNTIED STATES OF AMERICA WITH A DEMAND FOR CRIMINAL REPARATIONS OF - $899,070,000.00**

(---★---)

**Partial List of Criminal Acts Perpetrated by U.S./NSA and Military Contractor Google, Democrats and the Judicial Branch of the U.S. Government for Federal & International Theft, Bank Fraud, Whistleblower Retaliation, Extortion, Physical Terroristic Threats, Medical Fraud, Wire Fraud, Injury to a Child, Indifference to Death, Federal Conspiracy, Federal R.I.C.O. ACT violations and Computer Crimes. Criminal Material Facts Already Known To The Criminally Culpable DOJ, FBI, NSA, Democrats, Congress, President Biden & Former Speaker of the House Nancy Pelosi Through an Avoided and Deviously Concealed Impeachment Demand To The United States of America, The DOJ & The FBI.**

## (A) CRIMINAL FRAUD CAUSE OF ACTION

NSA Spying Contractor Google began stealing and republishing my Copyright protected feature length Novel '*The Last Breath of Mars*' globally once the novel became popular after being published through LULU Press digitally. This is not an accusation, it is a documented material fact as now proven by the attached Google '*Full view*' page printed from a Google web page on August 3rd 2007. The novel was released in the fall of 2006 and almost immediately Google began giving away a **FULL VIEW PDF** without the Publisher's or the Author's express permission, thus Google was criminally stealing and republishing the novel globally.

## (B) CRIMINAL FRAUD CAUSE OF ACTION

Google was contacted at first through their web portal to bring attention to the theft and blatant Copyright violation and I was ignored at first. Giving Google the benefit of the doubt that it may all have just been a mistake, I continued to press the issue. After Google would change my novel from '***Full view***' back to the legally allowed '***Partial view***,' Google repeatedly changed back to '***Full view***.' Thus, it was NO ACCIDENT or ERROR, the Mars novel was being REPUBLISHED as a WHOLE, INTENTIONALLY and with CORPORATE GREED and CRIMINAL MALICE. I began writing directly to then Google Vice President David Drummond who took action after each certified communication, but Google continued to reverse Mr. Drummond's actions out of pure corporate greed and intentional malice to steal all known Copyright as proven by Google's actions globally and to the United States Federal District Court Northern District, Fort Worth Division, and material proof of this criminal malice and campaign to steal and republish all Copyright, is contained within the court record on the Federal Pacer System, in '*Avdeef v. Google*, and devious intent can also be seen in '*Authors Guild v. Google.*'

## (C) CRIMINAL FRAUD CAUSE OF ACTION

After giving Google all benefit of the doubt, and repeated a never ending cycle of republish and remove, republish and remove, I was finally disgusted enough to report this obvious intentional and malicious theft of my Federally Protected Copyright to the FBI. My wife thankfully and wonderfully thought ahead and was sharp enough to print off a hard copy of the Federal and Global crime of '*Theft of Copyright*' in the now 2007 '***Full view***' Google page. Google successfully slandered, smeared, and criminally concealed their way out of this proof and thus were allowed to **LIE** their way out of an **ENTIRE SERIES OF FEDERAL CRIMES** by abusing the FDA/Rockline/CNA/DeHay & Elliston Federal Insurance Fraud and Child Abuse Scam by agitating a well proven, Pro Se litigant hating Federal Judge John McBryde. McBryde proves this on the court record by referring to a Pro Se litigant serving a legally required '*Cease & Desist'* and loss of income by theft demand, as, '***BORDERING ON EXTORTION!***' The disgusting criminal hypocrisy is that, when a lawyer serves this very same document, it is seen as wholly proper, now proving that the Federal Courts are utterly and without question, **BROKEN!**

## (D) CRIMINAL FRAUD CAUSE OF ACTION

It was discovered well **AFTER**, '*Avdeef v. Google*' that all of the aforementioned FBI criminal complaints made to both James Comey and Robert Mueller' Federal Bureau of Investigations Administrations, MALICIOUSLY and INTENTIONALLY DESTROYED ALL OF MY CRIMINAL COMPLAINTS IN ORDER TO PROTECT GOOGLE as a MILITARY & UNITED STATES GOVERNMENT/NSA SPYING CONTRACTOR, UNDER ORDERS from EXTREMELY CORRUPT SOCIALIST/GLOBALIST OBAMA/BIDEN DEMOCRATS.

## (E) CRIMINAL FRAUD CAUSE OF ACTION

While preparing to leave for a European Book Tour hosted by the now defunct Virgin Megastore Chain for new Authors, our toddler became extremely ill with a mysterious infection that stumped doctors at Cook Children's and UNT Hospitals. Lasting for several months with repeated hospitalizations, the life and death struggle to save our childs' life was finally solved with an FDA National Safety Recall letter that was only sent to customers who purchased the infected Sam's Club Members Mark Bulk Baby Wipes, that were infected with Burkholderia Cepacia. The FDA criminal protection of manufacturer Rockline has now lasted for decades.

## (F) CRIMINAL FRAUD CAUSE OF ACTION

While being scammed through the Federal Courts with the "***SAM-PAM & GARY SCAM***" as named by now deceased Oklahoma Senator Tom Coburn, who was a Doctor **FIRST**, before a politician. Tom officially declared me a '***Federal Whistleblower***' in regards to FDA and Democrat corruption. The Google began when I was contacted by a squad of soldiers stationed in Iraq. One of my Cub/Boy Scouts joined the U.S. Army, and was placed in a squad of boys that all had no family. We drove our son to see off his life long friend to war from Fort Stewart. We adopted the squad and began sending 34LB boxes of needed /requested goodies every month to the boys. The Soldiers contacted me while fighting ruthlessly corrupt lawyers from DeHay & Elliston & NAZI run Rockline, with the help of their "*Dear Friend"* corrupt Judge Lindsay.

## (G) CRIMINAL FRAUD CAUSE OF ACTION

While spending years fighting Judicial Misconduct and Federal Criminal '*Fraud Upon The Court*' after being scammed by Judge Lindsay, then the "***SAM-PAM & GARY SCAM***" being wholly and disgustingly protected by criminally complicit Federal Administrative Judge Terry R. Means, and during this timeframe, the aforementioned U.S. Army Soldiers stationed in Iraq were reading my Mars novel for FREE, in a DOD (*Department of Defense*) SERVER! The mere fact that this was not just a Google crime to destroy Copyright as we know it, as proven by '*Authors Guild v. Google*,' but the discovery that the United States Army, and thus the PENTAGON was involved, meant that the UNITED STATES GOVERNMENT WAS STEALING A PRIVATE CITIZEN'S COPYRIGHTED MATERIALS IN ORDER TO STRIP THAT FEDERAL '*WHISTLEBLOWER*' OF THE FINANCIAL ABILITY TO FIGHT BACK and in turn EXPOSE FEDERAL DEMOCRAT and FEDERAL JUDICIAL CORRUPTION.

## (H) CRIMINAL FRAUD CAUSE OF ACTION

Forced to file after leaving me no other choice after I was scammed by Gary Elliston, '*Avdeef v. Google*' was not a Federal Civil Litigation case, it was just one (1) of four (4) Federal Criminal '*Fraud Upon The Court*' Federal Corruption Fraud and Democrat Corruption Protection Scams to destroy a Federal Whistleblower by and through inflicted poverty and complete Federal Criminal Deprivation of Rights, and even stripping my family of all human rights. This slowly emerging fact was made nauseatingly clear in '*Avdeef v. Google*,' when during a Discovery Hearing, the tone was set of corruption and well known Pro Se Litigant Court Sanctioned discrimination by Judge McBryde shockingly claiming that my demand letters to Google, "*BORDERED ON EXTORTION*." Chief Counsel Bailey perjurously LIED about Google being a military contractor, and Bailey LIED HIS WAY OUT OF DISCOVERY THAT WOULD HAVE EXPOSED AN ENTIRE SERIES OF MILITARY AND US GOVERNMENT FEDERAL CORRUPTION CRIMES, THUS THIS SHOULD NOW BE A PROSECUTABLE SET OF MILITARY CRIMES THAT ARE STILL BEING ABUSED TO THIS DAY! If Mr. Bailey had stood up to Socialist and Google Bully Shana Stanton, and refused to continue to assist in then known criminal abuses of the Democrat/FDA Federal Corruption Crimes that Mr. Bailey already apologized for, after stating that he had already read "*everything*," and thus Mr. Bailey had seized the opportunity to speak directly to Judge McBryde in the aforementioned Discovery Hearing, and in turn refuse to continue to LIE, then this would **'NOT'** HAVE BEEN A VIOLATION OF ATTORNEY CLIENT PRIVILEGE! Concealing and or participating in a Federal Crime, even through Criminal Abuse and Profiteering, IS A FEDERAL CRIME IN ITSELF! This is directly pursuant to the long standing material fact that the federal courts are both civil and criminal, THUS IT IS A FEDERAL CRIME TO LIE AND CRIMINALLY DECEIVE A FEDERAL JUDGE, ESPECIALLY SINCE MR. BAILEY WAS CONCEALING INTERNATIONAL CRIMES OUTSIDE THE JURISDICTIONAL AUTHORITY OF THE UNITED STATES OF AMERICA AND THE FEDERAL COURT SYSTEM. I have extended DOZENS of written opportunities for Mr. Bailey and all the aforementioned criminal scammers to come forward with the truth and take responsibility for their actions, but instead, Google has maliciously and obnoxiously reassured all of the R.I.C.O. level and International Criminals, that the disgustingly corrupt Democrats will wholly and deviously protect, and never prosecute anyone, and that is a fact that time has now proven legally beyond all shadow of a doubt.

## (I) CRIMINAL FRAUD CAUSE OF ACTION

Google has deviously and maliciously waged a three (3) decade long global war on Copyright in order to steal and republish any and all Intellectual Property and Copyrighted materials with the avoidance of all financial repercussions of the thefts. The E.U.I.P.O. needs to now drastically expand their control over European IP well past just Corporate Branding. This is directly pursuant to the fact that the digital market that Google viciously abuses by playing the shell game of moving stolen materials all over the planet into servers that Europe or even the United States have little to no jurisdictional authority over, allows the E.U.I.P.O. to be deviously and wholly circumvented. It is now time that the World Court of Justice to grant the E.U.I.P.O. the investigative and prosecutorial powers to combat such global Socialist Thieves as Google.

## (J) CRIMINAL FRAUD CAUSE OF ACTION

In the most insulting meeting with any other human being, I had the unfortunate experience to be verbally abused by the most condescending Socialist that I have ever encountered. Google's Chief Litigation Specialist, Shanna Stanton, was sent by Google VP David Drummond to intentionally and maliciously violate a Texas Federal District Court Order from California across state lines, thus a Federal Offense. The court ordered settlement hearing lie after lie of no Copyright, self publishing worth nothing despite most famous Author's starting with self publishing for global exposure, no authority to settle, blamed LULU Press, '*Just a Big Misunderstanding*,' Stanton then lied to the judge & deviously & dishonestly denied everything!

## (K) CRIMINAL FRAUD CAUSE OF ACTION

The Stanton Federal Criminal Fraud consists of, but not limited to, Stanton **LIED** about my Mars Novel being Copyrighted, Stanton **LIED** about the importance of Self-Publishing, Stanton **LIED** about possessing the '*Full view*' PDF, Stanton **LIED** about this being the fault of my Publisher LULU Press then arrogantly claiming that I just did not understand the situation! Then, Stanton ordered her Texas counsel to Aid and Abet Stanton to **LIE** to a Federal Court Judge in order to avoid Sanctions for intentionally and maliciously violating a direct court order.

## (L) CRIMINAL FRAUD CAUSE OF ACTION

During the tenure of the aforementioned '*Avdeef v. Google*,' it became very clear that Google had maliciously threatened Publishers and material witness LULU Press in order to prevent a material witness from providing the court with exculpatory material evidence. LULU Press maliciously avoided and thus delayed answering a court ordered Subpoena for five (5) months, which drastically affected the case, and in turn allowed Defendant Google to **LIE** and improperly manipulate the remainder of the Federal Civil Litigation. In later years, it was discovered through multiple Publisher rejections, that Google has massively retaliated after the Copyright Theft Scam was successful, and was in turn threatening other major publishers on a contact list hacked from my work computer, in order to prevent my ever publishing any another works that would have resulted in an income that would have allowed me to fight back. This means Google viciously used the very same inflicted poverty crimes on a crime victim, in order to ruthlessly suppress and outright destroy that very same crime victim from exposing the truth.

## (M) CRIMINAL FRAUD CAUSE OF ACTION

Long forgotten by me, my wife, Melissa, reminded me that she had printed off Material Evidence '*PROOF*' that Google had '*STOLEN MY BOOK*' years before, "*JUST…IN…CASE!*" Thankfully, Melissa finally found the Google book page in a purple file box after weeks of searching all of the assembled filing cabinets. Directly pursuant to an almost non-existent legal budget, we could only afford a $39.99 printer, and we had no access to the same unlimited resources of a law firm hired by the criminals we were forced to combat in order to pry the truth out publically. The low-budget copier had a tendency to jam the intake rollers, and create a '*Crooked*' PDF scan, and no amount of fussing was able to repair the problem. Chief Legal Counsel Bailey was made aware of this budget deficiency, but lawyers will use any and all chances to create a fraudulent excuse to **LIE, CHEAT & SCHEME**, their way out of something as ugly as the truth. Bailey's ignoring material reasoning for the poor quality PDF scan that was '*Crooked,*' Mr. Bailey dishonestly created a **FAKE CONTROVERSY!** This promptly led to **FAKE** Document Examiner Linda James proclaiming, **NOT** alleging, that I faked the material evidence that should have immediately ended the case, thus you can now understand the corrupt lawyer panic! This is no allegation, but a factual statement pursuant to the fact that Bailey was well aware of the failings of the low budget copier, and it was an example of Google's inflicted poverty. I promptly reminded Mr. Bailey of the failings of owning a cheap printer, and that was all we could afford directly thanks to Google stripping my family of everything, but Mr. Bailey chose to obnoxiously ignore the truth, since to Google, the **TRUTH** is wholly **IRRELEVANT!**

## (N) CRIMINAL FRAUD CAUSE OF ACTION

The fabricated Court controversy immediately led to a court ordered verification meeting at Mr. Bailey's law firm of Phelps and Dunbar, in where I was to provide the federal criminal material evidence that is now seen by legal experts as the turning point of the Criminal Fraud. (*See Attached Exhibit 'A'*) Once I arrived at Phelps and Dunbar with our purple portable file box, the criminal scam began that should now be seen by Federal and International Authorities as the crimes of ***'Concealment of Federal Criminal Material Evidence'*** through '***Criminal Fraud.***'

## (O) CRIMINAL FRAUD CAUSE OF ACTION

For what turned out to be the better part of an entire day, **FAKE DOCUMENT EXAMINER** Linda James and her assistant provided the best show on Earth and was stunningly unable to prove what she just LIED about to the Federal District Court, and thus no crime existed on my part. Over the course of several hours, Ms. James and her assistant, squinted, mumbled, and grumbled between themselves, but never made any prominent proclamations. The longer I watched, the more frustrated and extremely agitated Ms. James became, almost to the point of a nervous breakdown, especially after what could be career ending set of fraudulent claims made by Ms. James. Ms. James was unable to provide the material proof of her slanderous statements. Ms. James obviously understood the ramifications of lying to a Federal Court, and what was actually at stake. Later in the day, I walked out of Mr. Bailey's firm, I truly thought the case was over, and Google was going to have to finally tell the truth. BUT, I was sadly mistaken. Years later, a U.S. Senator informed me that Ms. James lacked proper accreditation, and that her school was her living room, and she even lacked the required internship, thus Ms. James is a **FRAUD**.

## (P) CRIMINAL FRAUD CAUSE OF ACTION

During the agonizing struggle for **FAKE** Document Examiner James to microscope out evidence of my allegedly faking the hard copy of the Google '***Full view***' and expose a crime that never took place, Mr. Bailey became quite agitated and was having a hard time watching the show. Mr. Bailey and I walked to the law firm's copyroom while talking about life, and thus in turn to Mr. Bailey apologizing in front of the copier after I inquired if in fact Mr. Bailey had read the other Federal Litigation Cases? Mr. Bailey looked me square in the eyes, then informed me that, "***I Read, Everything!***" Clearly, that once the report of the failed crime exposure that Google was banking on to slither out of the case never materialized, and that news made it back to Shana Stanton, this obviously from a preponderance of the evidence, caused Stanton and Drummond, to utterly PANIC! This obviously immediately led to Mr. Bailey being ordered by Stanton in a desperate measure to attack me to the court & viciously abuse the FDA/Democrat/Obama/Biden crimes that my entire family has been framed for. Thus, Bailey then abused the very same crime that he just apologized for. Bailey should now be forced to admit to the fact that he apologized for, "***What The Courts Have Done to Your Family.***" This was in fact the turning point that has led to a series of Federal and International crimes that Mr. bailey should be called before congress to explain himself under the threat of Contempt of Congress. Bailey remains silent on lying to protect Stanton, Drummond & Google. **Bailey should be disbarred and go to Prison.**

## (Q) CRIMINAL FRAUD CAUSE OF ACTION

In the next logical step with wholly dishonest and deviously corrupt people, of course the failed results to find any wrongdoing on my part, was immediately concealed from the court. To make it clear, we were **ALL, UNDER A COURT ORDER** to **CONFIRM** the **VALIDITY** of the '***FULL VIEW***' **MATERIAL EVIDENCE**. The Document Examiner then hid the results.

## (R) CRIMINAL FRAUD CAUSE OF ACTION

Stanton panicked over the thought of losing to something as lowly as a Pro Se Litigant, therefore Stanton ordered that the very same FDA/Rockline crimes that Bailey just apologized for, to be brutally abused against a Federal Corruption Crime Victim, in order to win at any cost.

## (S) CRIMINAL FRAUD CAUSE OF ACTION

Reporting the scam to the court was met with brutal attacks, and in turn the concealment of Federal Criminal and Military Criminal evidence was launched in order to conceal an entire series of Federal and Global crimes. The '*SAFE HARBOR*' Federal Criminal Scam and Military Ruse to hide from the Pentagon Jag Office was then desperately, ruthlessly and cruelly employed at all costs! This was **NOT** a civil litigation case, it was an entire series of Federal Criminal and Military Frauds committed by a branch of the United States Government, and this matter needs to be presented to a Federal Grand Jury, and presented as political corruption crimes to Congress. Lawyers Blake Bailey, David Drummond, Chris Jones, Shana Stanton, and Kent Walker, along with the **FAKE** Document Examiner James, should now all be forced to appear before Congress and a Military Disciplinary Tribunal in order to ferret out NSA Spying Contractor Google's sneaky and devious violations of the '***Military Contractor Code & Rules of Ethical Conduct.***'

## (T) CRIMINAL FRAUD CAUSE OF ACTION

Google subsequently, and without surprise, **LIED TO THE FIFTH CIRCUIT COURT OF APPEALS**, knowing damn well, that the Federal Court sanctioned hatred and well documented, standardized ***'Criminal Deprivation of Rights'*** by and through outright disdain for Pro Se Litigants, extends all the way through the appellate court system. This decades long "***YOU HAVE A FOOL FOR A LAWYER IF YOU REPRESENT YOURSELF***," discriminative attitude is even perpetrated all the way to the U.S. Supreme Court. This was wholly proven by my Judicial Misconduct Complaint to The Honorable Chief Justice Roberts, being obnoxiously returned to me in order to avoid service, and to pretend the Federal Democrat Crimes never took place. The Constitution of the United States of America guarantees access to the courts and self-representation, since most of the Founding Fathers were Farmers, and not Lawyers!

## (U) CRIMINAL FRAUD CAUSE OF ACTION

Well **AFTER** Google **LIED** to the Fifth Circuit Court of Appeals on a public court record to avoid the criminal exposure of an entire series of Federal, Military, and Global Crimes, Senator Coburn revealed a stunning series of truths about the criminals at Google. I took a chance and wrote to Senator Coburn after previously contacting other prominent Republicans, such as John Boehner in order to investigate what I had suspected about what Democrats were covering up. This was not just a suspicion, after discovering a Published article from the SENTINEL ONLINE JOURNAL that I copied in my letter as proof that the FDA was wholly corrupt, and that Rockline was being criminally protected by Democrats and the FDA! Being a Doctor first, as Coburn revealed publically, I thought Senator Coburn would be the only one to investigate the truth. That assumption was correct, after Coburn read the Sentinel article in where it was clear that the FDA had been providing what could be seen as criminal cover for extreme and deadly wrongdoing at Rockline Industries, and the article wondered out loud if there was not indeed some sort of improper personal connection, Coburn revealed that I was correct all along! Coburn and other Senators revealed that Google was indeed a military contractor, an NSA Spying Contractor, and was in fact a direct branch of the U.S. Government. Senator Coburn also intimated that the FDA was in fact providing far more than criminal protection for both the FDA and Sam's Club as a Hilary Clinton favor, and that this level of murderous corruption to conceal deaths of children and senior citizens went all the way back to the **Obama/Biden Whitehouse**.

## (V) CRIMINAL FRAUD CAUSE OF ACTION

In a STUNNING ACT OF CRIMINAL HYPOCRISY, Google **FIRED VP Drummond** for being a liar and a SEXUAL LETCHER after I wrote to Google multiple times without ever receiving an answer. You have to now appreciate the disgusting irony of Google continuing to maintain the crimes of a now former disgraced Chief Legal Counsel who **LIED** about impregnating female subordinate employees that bordered on criminal level sexual harassment, and if this had transpired in Republican, and thus Conservative Texas, and not Liberal California then Drummond would have faced DISBARMENT and PROSECUTION. At this point, it was nauseatingly clear that Google wholly, intentionally, and maliciously intended to monetarily and unscrupulously profit from the Federal Criminal '*Fraud Upon The Court*' Copyright Theft, U.S. Military Crimes, & Global Publishing Scam, that Drummond masterminded and concealed.

### (W) CRIMINAL FRAUD CAUSE OF ACTION

If there was ever a doubt that this Global Criminal Corruption matter was being protected by the Judicial Branch of the U.S. Government, the Federal Administrative Judge from the Northern District, Fort Worth Division, Terry R. Means' **FAKE** Federal Litigation case PRETENDING TO BE ME, filed in the spring of 2021, now wholly proves my Federal Corruption Case! There is now no doubt that the Federal Government is corruptively involved in the brutally corrupt concealment of this entire action, and Judge Means proved it for me, and the retaliatory actions of Chief Justice John Roberts of the United States Supreme Court to conceal and deviously avoid this Federal Criminal Judicial Misconduct and Criminal Deprivation of Federal Civil Rights has conspired to by no less than half a dozen judges, NOW, proves my case!

### (X) CRIMINAL FRAUD CAUSE OF ACTION

Not any form of supposition or accusation, the criminally belligerent campaign to destroy a Federal Corruption '*Whistleblower*' was made stunningly clear when panicking Democrats sent two (2) **ARMED** so-called '*Federal Agents'* who refused to identify themselves, to physically threaten and bully me into leaving the Democrats & Google alone. The mere fact that no less than FBI Director Wray who I wrote to directly, ignored this matter, is proof of FBI Corruption!

### (Y) CRIMINAL FRAUD CAUSE OF ACTION

After the entire Google Criminal Scam began to unravel & the truth was slowly and finally being revealed, I began to write to Google VP Chief legal counsel Kent Walker. Kent Walker being made culpably aware that former Google Vice President and Chief Legal Counsel David Drummond, that had been fired from Google for lying and sexually lecherous behavior, thus proving Drummonds dishonesty, Walker is now protecting the Global Theft and the Criminal Fraud in order to avoid the criminal consequences. Walker has been repeatedly made aware that Corrupt Democrats are protecting Google, and that the successful Federal Criminal '*Fraud Upon The Court*' has led to further criminal abuses by Google; and, Chief Legal Counsel Walker, Drummond, Stanton, Bailey, & Jones, should all be prosecuted and forced to surrender their respective State Bar Law Licenses as part of their conviction. The '*Mighty Google,*' as Stanton referred to it, needs to broken up in the Sherman Act Anti-Trust Violation Action now before the Federal Court in Sherman, Texas, being overseen by the Honorable Sean Jordan, who this complaint is being copied to, for Google Federal Criminal Retaliation exposure purposes.

### (Z) CRIMINAL FRAUD CAUSE OF ACTION

Ongoing hacking and acts of retaliation continue, so this matter is far from over. Leaving a criminal fraud on a publicly searchable Federal Court Pacer System database once Chief Legal Counsel, thus a **Lawyer**, was made culpably aware, thus further concealment was in fact a Federal Crime. After discovering the Computer Crimes Hacking and Google/NSA Theft of my entire future, I formally served a documented '***Cease & Desist***' Criminal Victim Demand. I demanded that Google cease all slanderous computer criminal activities, and of course, Google ignored the demands, and the attacks have continued including school mandated **Google Chrome Spyware, stealing legal documents**, from my wife's '*back to school'* laptop computer!

**Jurisdictional Authority Notice to The World Court of Justice, The E.U.I.P.O., The HAGUE, The 118th United States Congress, and The Office of The U.S. Inspector General**

If in fact this matter was just about a singular case of Federal or Texas corruption, then this matter would be for the United States Federal Authorities to properly deal with, but this level of long term Democrat corruption, is utterly unsolvable by the very same federal authorities that wholly condone this level of standardized corruption. Therefore there is no sense in appealing to such corrupt individuals as Director Wray at the FBI, or corrupt Democrat, U.S. Attorney General Merrick Garland, or even the Supreme Court of the United States of America, as I have already done. This demand for authorities outside of this country to oversee the U.S. Justice System, is now directly pursuant to the fact, that I have spent the last few years attempting to bring this frustrating matter to the forefront of the U.S. Government, and I have already contacted all of these agencies and their aforementioned leadership, and have been obnoxiously rebuffed, and of course, I was wholly and vindictively painted as some sort of threatening kook!

A crucial point that needs to be stressed, is that this is not some one (1) time incident, or even a few corrupt lawyers and criminally abusive judges, this matter is about the systemic failure of our entire justice system in the country. Please allow me to go back to the beginning, in where I crossed paths with an entirely corrupt county in North Texas, and back in the 1980's when disgustingly corrupt Democrats ran the State of Texas, and now wholly proves, that Texas needs to never again fall to such a brutally and savagely corrupt political party as the Socialist Democrats, as the now extreme far left and murderously dishonest Democrats, who abuse whatever power necessary to destroy and brutalize any and all detractors, despite what is or is not legal. What I can now prove, is that ALL CRIMES committed against Conservatives or Republicans, are wholly acceptable by both the corrupt FBI and the wholly corrupt DOJ. In fact, directly pursuant to the thirty-five (35) years of being victimized by the FBI, that I will cover in part (3) of (3) I may in fact be the only person in the entire U.S. that is suited to present this matter to the World Court after fighting Democrat Corruption for more than three (3) decades.

In closing, and to to seal the argument for global intervention, with the deceitfully corrupt Democrats openly destroying this country from inside out with dual citizenship George Soros, is in fact not just Democrat corruption! This is a military coup and should now be seen by the World Court of Justice as a traitorous attempt to overthrow the entire political structure of the United States of America. I plan on filing against Soros so that the corruption that I have had shoved down my throat by the Soros sponsored '*Deep State*' FBI & DOJ needs to be exposed once and for all, and to answer for the murderous corruption resulting in the deaths from '*defund the police*' law enforcement and all of the child victims of the open border Fentanyl/Crystal Meth criminal invasion, so that treasonous Democrats can overwhelm the entire election system with illegal immigrants in the standard lie, cheat, and scheme tactics to win all future elections, to ensure the total destruction of the American way of life. This is now leading to the collapse of our banking infrastructure, the brainwashing of our children to create more American hating Democrats, and the now century long Socialist cancer that began with Dem Marxist/Socialist Woodrow Wilson. The deaths from this Military Coup/Insurrection, Soros is maliciously destroying our entire justice system through political subversion to install as many Pro-Crime District Attorneys as proven by the Indictment of Former President Trump, and Soros attempting to destroy our standing military through '*WOKE*' policies, is a **Treasonous Military Coup.**

**Federal and Global/International Criminal Culpability *'Fraud Upon The Court'* Preface Notice To The E.U.I.P.O., The HAGUE, The World Court of Justice, The United States Department of Justice, Office of The Inspector General, and The Texas Attorney General**

Before beginning the process to seek global justice for the intentional theft of a multi-billion dollar publishing career, it needs to now be known that each and every perjurously unscrupulous lawyer and each and every corporate criminal, were given dozens of opportunities to do something as horrible as tell the truth, or even worse, take responsibility for their actions. What stunningly and almost unbelievably, The Criminally Socialist Google, The United States Government in the form of Corrupt Democrats leading through the Biden Crime Family all the way back to former President Obama & Hilary Clinton, AG Holder, deviously, brutally Corrupt Insurance companies CNA/Hartford, Liberty Mutual, and Farmers Insurance, Medical scammers at Baylor Scott & White, and their corrupt legal counsel Scott Walker, The City of Fort Worth and their Corrupt current and former Mayors, The City of Everman and their Corrupt Mayor, and most disgustingly, Everman's Corrupt Police Chief/City Manager, Corrupt Governors Perry and Abbott, Corrupt Texas AG's Paxton and Abbott, Corrupt former Tarrant County D.A. Wilson, the Federal Criminal Scammers at FFE Trucking and their Federal Criminal Conspirators at Alcon Laboratories were all given multiple opportunities to make things right, and INSTEAD CHOSE TO GAMBLE ON THE PROTECTION OF WHOLLY CORRUPT DEMOCRATS.

This means that each and every corporate criminal and their criminally devious lawyers, thus so called '*Officers of the Court,*' knew all too well that they were not only committing multiple federal crimes, but each and every disgustingly corrupt criminal abuser, knew damn well what they were doing was criminally wrong. But even worse, each one was culpably aware that they were all profiting from federal crimes committed against sick children and weakened senior citizens. Each set of criminal conspirators were made aware that they were nauseatingly profiteering from the misery and deaths of those Corrupt Democrat and FDA concealed crime victims that lead directly back to Obama, Biden, and U.S. A.G. Holder. This crosses the aisle with Republican protectionism covering for '*Good Ole Boy*' Corruption in Texas to prevent Beto from flipping the state Blue. For all of you wondering as to why I have stuck with this all these years? One of those concealed FDA/Democrat crime victims, **WAS...OUR...CHILD!**

I tried to bring this matter to the attention of the Texas Attorney General, and as you can see by the attached complaint. But of course, once a Defendant or Litigant is screwed, schemed, and duped out of their lawyer, with no legal representation, in the broken American court system, you have NO Federal Civil Rights, NO Constitutional Rights, and you have absolutely not one shred of HUMAN RIGHTS! The primary and only reason I am presenting this matter outside the United States, is that my entire family fear for their lives from corrupt Socialist Democrat, '*Deep State'* criminals within the FBI and the DOJ. Far worse criminal bullies are Texas Governor Abbott and his criminal protector Texas AG Ken Paxton, but most of all, we are terrified to even go outside of our home pursuant to a wholly corrupt Everman Police Department run by corrupt Police Chief Spencer. Brutally corrupt Chief Spencer has spent the last nine (9) months using the police force and city to harass me, with the criminal blessing of the entire Everman City Council who has allowed Chief Spencer to criminally abuse his duel position as City Manager/Police Chief. The City Council is now even concealing the names of the Corrupt Judge & Prosecutor who recently scammed me into a false conviction to avoid being civilly sued.

**Criminal Background Summation in Regards to Just The Google Portion (Part 2 of 3) of the Federal Corruption Crimes To The E.U.I.P.O., The World Court of Justice, United States Congress, and Second Courtesy Notice to President Donahue of the HAGUE**

**(1)** In order to truly appreciate the utter EVIL that corrupt Democrat Socialist politicians and their Socialist Government contractor Google are, who steal Copyright and republish it around the globe in order to make billions, yet, with stunning criminal hypocrisy, if you tread on Google intellectual property, you will be destroyed. Time has proven me correct even after being framed for the crimes that Democrats have committed against my family in order to avoid the criminal exposure of embedded corruption that the entire Democratic Party is based upon, and has been since Socialist Democrat President Woodrow Wilson decided to fundamentally change this nation by destroying the conservative way of life, and corrupt Socialist Democrats have spent the last one-hundred and ten (110) years attempting to achieve this Socialist Utopian Goal.

**(2)** For those of you that refuse to accept this historical assessment, the proof as to just how truly evil and utterly dishonest Democrats of today are, one only has to observe the way in which the corrupt Democrats ruthlessly attacked former President Donald J. Trump, and framed President Trump for the very same crimes that the Socialist Democrats were committing against President Trump. As a Democrat crime victim for now three (3) decades of Democrat Criminal Evil, I have been copying all of my materials to Former President Trump directly pursuant to the fact that the criminal Democrat Hoaxes and Crimes that are now coming to light, prove my allegations well beyond a shadow of a doubt. You see, over the years, if you dare to question a corrupt Democrat, you are immediately branded as a '*Kook*' or even worse a '*conspiracy theorist*.' As proof, it has only been a decade from the prior attacks that if you referred to former President Obama as a '*Socialist*' you were overwhelmingly branded as '*insane*' by a obligingly corrupt national media, and NOW, the Democrats openly brag about being '*Progressive Socialists*' yet, the Democrats make no apologies for all the previous lies and dishonest attacks!

**(3)** The federal crime of Judge Shopping and crimes against conservatives are proof that the American justice system is wholly broken, and is no longer capable in any form of fixing itself. Judicial Misconduct at EVERY LEVEL has become an acceptable standard, and my experiences prove it well beyond a shadow of a doubt. This is not an allegation, it is an unbelievable material fact as proven by no less than half a dozen Federal Judges that convinced Judge Means to file a **FAKE** Federal Litigation case in order to keep command and control over the federal crimes being protected by Means in order to cover for corrupt Federal Judge SAM A. Lindsay, who created the "***SAM-PAM & GARY SCAM,***" as Senator Tom Coburn so aptly named it!

**(4)** This current Google criminal case began innocently enough with my preparation to leave for Europe to attend a book tour being hosted by the Virgin Mega Stores in the fall of 2006. Now, eighteen (18) years later, this matter has come full circle with the European Union and the World Court being tasked to determine the forced ending to this continual series of United States Federal and Global Crimes that has exposed massive corruption within the U.S. Government revealing the Global Socialist Threat from Democrats that needs to now be permanently terminated. Upon the completion of my first feature length novel in the summer of 2006, '*The Last Breath of Mars*' after several years of intense labor, the novel was self-published by LULU Press, and in turn listed around the planet through Google Book services, thus creating the theft.

**(4)** Due to bathroom issues, we purchased a baby wipe warmer for our little girl toddler, for comfort purposes and to avoid the cold shock of intimate wet wipes. This resulted in purchasing the Member Mark brand 820 count commercial wet wipe package from Sam's Club. These wipes are placed as a drop-in refill one package at a time. The electric wipe warmer maintained the wipes at body temperature, and that act of medical bacteriological incubation, created this now almost two (2) decade long series of FDA federal crimes that are still current to this day.

**(5)** This is directly pursuant to the fact, that corruption and dishonesty, ravenously breed's corruption and brutal dishonesty. Not long after employing the wipe warmer, our toddler began suffering from fevers and repeated infections that no one in the medical industry between both Cook Children's Hospital and the University of North Texas Hospital, (*herein after UNT*) could solve. Repeated trips to both emergency rooms pursuant to each stubborn infection, even our personal friend and teaching Doctor, Dr. Robbie Richards, was wholly stumped as to the root cause of the worsening infections that we were all afraid was about to take our sickly child's life.

**(6)** An extremely pertinent and wholly crucial point to make in order to set the criminal tone of this rancidly corrupt and cruelty of this child abusing and child killing campaign launched by a former NAZI, is to spell out what was happening at the same four (4) month timeframe that our child was suffering through to survive. The Sam's Club supplier and thus manufacturer of the Member Mark Baby Wipes was Rockline Industries located in Sheboygan Illinois. It is important to note that Rockline was founded by a vicious former NAZI who fled Germany after WWII and went to work for a coffee filter company in which NAZI Ralph Rudolph maliciously stabbed in the back. To thank his benefactors, NAZI Rudolph, since once a NAZI, always a NAZI performed what would now be an act of criminally prosecutable corporate espionage. Rudolph stole customer lists, poached customers and suppliers all in order to unscrupulously create his own company by stealing from the kindness of others & literally biting the hand that feeds you!

**(7)** During the tenure of the summer of 2006, Ralph Rudolph and his equally mean spirited sons, began to cut corners in cleaning and maintaining manufacturing machinery and concealing bacteriological testing that was hidden from Sam's Club and FDA inspectors, who were being bullied and threatened to stay away! The FDA is still concealing these acts of Federal Criminal Protection, that are still being perpetrated to this day by corrupt Democrats. In order to maximize the criminal corporate greed, the Rudolph crime family began screaming, yelling, and threatening employees into belligerent silence, in order for Rockline to lie their way out of answering to anyone, since Rockline has no respect for any authority that interferes with greed. This criminal indifference to life or even basic humanity, the Rudolph boys savagely brutalized Rockline employees until several could take no more. Thankfully, honesty and morality won out, and Whistleblower Sam Wilson stood up the NAZI thugs, and contacted the FDA with the truth.

**(8)** In order to truly appreciate the vindictive cruelty and utter criminality of Rockline Industries, you have to take time to explore the ruthlessly brutal campaign to hunt down and destroy whoever snitched on Rockline to the FDA. Even handwriting experts were about to be employed in order to personally decimate a Federally Protected '*Whistleblower*' that immediately triggered a FDA/CDC National Safety Recall that in fact was governed by Congressional Mandate. Thankfully, Mr. Wilson and the other group of '*Whistleblowers*' found the ethical courage to contact the FDA and CDC, and thus triggered the National Safety Recall.

**(9)** The letter that arrived finally revealed the much-needed solution to the ever-worrisome medical mystery that was on the verge of killing our child. Of course, the several-month long brutalization of Rockline employees in order to protect corporate criminal greed thus meant that I was forced to choose the life of our toddler over leaving for Europe, which would have paid out between $1,350,000.00 to $2,500,000.00, that was slated to open my own publishing company.

**(10)** Instead of launching my publishing career, I was instead forced to deal with an Insurance Company, Hartford CNA Insurance, that that turned out to be stunningly even more viciously cruel & ruthlessly dishonest than their NAZI founded client, FDA protected, Rockline Industries.

**(11)** With the FDA lying their way out of an F.O.I.A. and taking years to discover the Eric Holder led corruption as spelled out by Tom Coburn. Even Tom informed me that one of the primary actors that was tasked to, "*Shut him the hell up!,*" was no less than Obama's Vice-President, Joe Biden. This is why I filed a Corruption Impeachment Complaint against now President Biden and his criminal protector, former Speaker of the House, Nancy Pelosi. To date, a total of seven (7) FDA Directors have been made aware of the crimes committed by Rockline Industries, but to this day, **NO ONE**, has ever properly explained the nauseatingly corrupt connection between the FDA criminal protection of Rockline, and exposing all of the sick and deceased children and senior citizens that Rockline has ruthlessly concealed illnesses and deaths.

**(12)** At the direct behest of Senator Coburn who was afraid that his illness would prevent the criminal exposure of the criminal conspirators at both the FDA and Rockline, the last time I spoke with Tom, he suggested that I file suit against CNA/Hartford Insurance directly in Texas State District Court. This was what Tom referred to as the perfect "*Corruption Test*' to see at just what lengths that a brutally dishonest insurance company would sink to in order to avoid paying extremely expensive long-term medical benefits and outright death benefits of all the children's deaths that needed to be concealed from the public and federal government, so that other medical victims would never make the connection to how or why they got sick in the first place, and thus allowed CNA/Hartford to save a sickening amount of cash outlay. This is **CRIMINAL CORPORATE...GREED...AT...ITS...WORSE!**

**(13)** After Tom's death, his prediction of just how criminally dishonest the FDA, CNA, and Rockline could be, was proven spectacularly correct! When I filed and served CNA, in Texas State District Court, instead of admitting to the truth, their criminally unscrupulous lawyers had the case moved to corrupt Judge Cosby's court, after being well aware that Cosby had already been bribed in a previous case that was created as a direct result of the bank discovering the "*SAM-PAM & GARY SCAM.*" In my wife's case, Cosby committed Federal Banking & Contract Fraud, by granting a judgment on a banking contract that was **UNSIGNED**, thus **INVALID.**

**(14)** CNA clearly **BRIBED COSBY**, who knew I was hospitalized at the time with the very same Burkholderia Cepacia infection, that I was attempting to criminally expose! In order to do CNA's criminal bidding, and while laying in a hospital bed, Cosby hit me with a stunningly dishonest $660,000.00 bond requirement that I was ordered to post before the case could proceed forward. To add criminal insult to injury, and to **STOP A FDA/CNA CRIME VICTIM IN THEIR TRACKS**, Cosby then declared me "***VEXATIOUS***" in order to supposedly shut me up once and for all. The only thing that Cosby proved is just how corrupt the entire legal system is!

**Formal Preview of Part Three (3) of Three (3) And The Impending Actions That Will Now Begin In US Federal District Court To Document Criminal Abuse of The American Court Sanctioned Corruption In Order To Prove Needed Oversight By Global Authorities**

Directly pursuant to the extremely devious complexity of this long term series of Federal and Global Crimes, it was suggested that we should make the Google series of crimes an independent section, and thus spread this matter into three (3) individual complaints. It may seem like a lot was covered in this part (2) of (3), but please allow me to reassure all of you, this barely scratches the surface of just how corrupt the Democrats are, and their '*Deep State*' improper control over all of what Senator Coburn used to refer to as the "*Three Letter Agencies*" meaning the FBI, CIA, NSA, and DOJ.

In a stark and sobering preview, please allow me to make a solid prediction.

Once I was deviously attacked by Administrative Judge Terry R. Means, with a '*Fraud Upon The Court' excuse* wherein he claimed that he was innocently re-filing for a Criminal Fraud Victim, that was in fact, **A...BALD...FACED...LIE**. The '*Fraud Upon The Court*' Federal Doctrine allows a Federal Case to be reopened once Fraud is exposed. The Problem with Judge Means' **LIE**, is the DOJ was **NEVER** a former Defendant. The Judge Means **LIE** now requires filing in ultra conservative Sherman, Texas, Eastern District in order to provide a change of venue since it would be impossible to receive a fair or impartial jurist or even a fair trial.

Once you have been scammed and schemed out of legal counsel, and you are now a created Pro Se Litigant or Defendant, who can no longer afford legal counsel, you are no longer considered human, and you are now a nuisance to the court. This is not an assessment, it is a hard-core fact that has been shoved down my throat by braggart lawyers over and over again over the years. Google legal counsel Bailey read what my family and I was put through, and apologized for what the courts have done to my family, BUT, he was ordered to abuse the court in the very same way. **AND, THAT IS EXACTLY WHAT WE ARE COUNTING ON!**

I have spent the last few years warning such criminal empires as Google, who have rightly so assumed they have a complete mastery over the courts, and Google is correct. THEREFORE, just to expose as to the extremity of the level of corruption that our legal system suffers from, we are counting on each and every corporate criminal abuser that I have yet to cover, that will take place in part (3) of (3), to LIE, CHEAT, SCHEME, AND MANIPULATE THE COURTS INTO DESTROYING A PRO SE LITIGANT, JUST AS HAS ALREADY HAPPENED MORE THAN HALF A DOZEN TIMES. In fact, we are absolutely counting on each and every lawyer bragging, boasting, cheating, lying, concealing material evidence, and demanding the court treat a proven crime victim as nothing but human garbage to be maliciously discriminated by the court in order to silence any justice system detractor, or political opponent.

THUS, once each lawyer has done their best to lie, cheat, and scheme with expected full support of the court, then the court transcript will then in turn to be the rock solid basis for the '*Human Rights Violation*' Case to the World Court of Justice to see as to just how criminally broken the entire United States Justice System is. My three (3) decades of court-sanctioned victimization now provides the final end of the Democratic Party as we know it, once and for all.

**Prayer for Criminal Reparations to United States Speaker of the House Kevin McCarthy**

Speaker McCarthy, even this brief document that only highlights the talking points of all of the criminally abusive behavior that wholly corrupt Democrats, beginning with the Obama Administration, we as a family of Federal Corruption Crime Victims, now humbly plead with you to personally end this matter, once and for all. These crimes directed by Democrats to destroy a detractor by unleashing the criminal Socialist thugs at Google to strip me of not only my Copyright, but to viciously deprive me of my entire career, and Google has nauseatingly succeeded in that task of '*Criminal Retaliation.*' To stress a point that may come up in oral argument, is that when this matter began, Google was a Military Contractor and was later exposed as being a NSA/Spying Contractor who was stealing information from U.S. Citizens and turning it over to the NSA, thus the United States Government. This now proven material fact was deviously and abusively concealed from the public for years, and the corrupt Democrats have vindictively chosen to send two (2) still unidentified **ARMED** Federal Agents to threaten a crime victim into belligerent silence. This act of criminal retaliation to protect Democrats, Judge Means' Judicial Branch of the Government attack, and Google, means that the criminal statute of limitations has been continually renewed, and the crimes that Google committed, even if they are no longer a government contractor, are still prosecutable, and thus are criminally current.

**A Respectful Reminder Speaker McCarthy For The Sake of Oral Argument & Debate To The Members of Congress, Both Sides of The Aisle, As To The Need To Make A Global Public Example Out of NSA Spying Contractor Google, To All Other Global Victims.**

Google knowingly, deviously, and maliciously **LIED**, and they **LIED**, and they **LIED**!

As a respectful review, Google **LIED** about being a NSA contractor, Google **LIED** about being involved with a Department of Defense Server and disrespected the United States Army Soldiers who attempted to tell the truth to a Pro Se Litigant hating court. Google **LIED**. Arrogantly displaying stunning contempt and disdain for the Federal Court system, Google knowingly and disrespectfully violated a direct court order respective of the Federal Scheduling Order and no less than the former VP and Chief Legal Counsel of Google sent a San Francisco Socialist Lawyer to **LIE** face to face to a Google crime victim, and basically spit in that crime victims face! Then, Stanton ordered her Texas counsel to aid and abet Stanton to **LIE** to a federal court in order to avoid sanctions for intentionally and maliciously violating a direct court order.

**(1)** Google **LIED** about my Mars Novel NOT being Copyrighted, thus no legal protection.

**(2)** Google **LIED** about the importance of Self-Publishing.

**(3)** Google **LIED** about possessing the '*Full view*' PDF.

**(4)** Google **LIED** about this being the fault of my Publisher LULU Press then arrogantly claiming that I just did not understand the situation, and insinuated that a Pro Se Litigant was far too stupid to even comprehend or understand the scope of what was taking place!

**(5)** Google maliciously threatened a Federal and an International Copyright Theft Material Witness by viciously threatening Lulu press into silence resulting in Lulu refusing to answer a material witness subpoena for five (5) months out of fear from the almighty Google! As Stanton mockingly referred to Google while arrogantly laughing & sneering about a Pro Se taking on "*Something as Mighty as Google, all by themselves*!"

**(6)** Google, Stanton and Drummond **LIED** about Stanton not having the authority to settle a Federal Civil Litigation Theft of Copyright Case ACROSS STATE LINES, while attending a SETTLEMENT HEARING ORDERED BY THE COURT!

(7) Google VP Drummond and Stanton bullied Bailey and Jones into the perpetration and an entire series of Federal, Military, Human Rights, Constitutional, and United States Government Crimes that are still being criminally protected to this day by the '*Deep State'* members of the U.S. DOJ, The FBI, even Director Wray, and corrupt Democrats.

**(8)** Google deviously concealed the material evidence fact that the '*Deep State'* corruptive cancer within the FBI was deleting all of the criminal complaints from a Federal Copyright Crime Victim and in order to protect a Military Contractors criminal behavior.

**(9)** Google deviously concealed the material evidence fact that the criminally complicit and thus '*Deep State*' members of the DOJ were providing CRIMINAL PROTECTION from a Federal Copyright and a Global Copyright Crime Victim.

**(10)** Google went as far as hiring a **FAKE DOCUMENT EXAMINER** whose credentials were fraudulently created in Linda James' own living room, and Ms. James **NEVER** apprenticed anywhere that would have granted her accreditation. A fraudulent document examiner blatantly perjured herself to a Federal Court, then joined a Federal and International Criminal Conspiracy by aiding and abetted Google in the criminal concealment of said material evidence, means that Ms. James needs to go to prison!

**This now means Speaker McCarthy,** I will NEVER ONE SEE A SINGLE PENNY FROM A NOVEL THAT IS STILL FREELY & CRIMINALLY TRADED ALL OVER THE PLANET AND IS STILL BEING GIVEN AWAY AS A GIFT FOR SIGNING UP TO WEB SITES.

**This now means Speaker McCarthy,** that as the legal Author, I will NEVER be able to sell any Copyrighted materials to anyone, ever again under the threat of Google's permission to steal!

**This now means Speaker McCarthy**, that as the Legal Author, I can **NEVER** draft and publish the several additional novels in what was going to be a '*The Last Breath of Mars'* feature length book series, since Google fraudulently **LIED** their way into stealing everything I publish!

**This now means Speaker McCarthy,** is that my career was over before it began thanks to wholly corrupt Democrats and their criminal enforcement arm of Google! Besides threatening my current Publisher, after the litigation case & out of sheer vindictive spite, once I began exposing all of the Google **LIES**, Google let it be known throughout the publishing world that anyone who does business with me will suffer the global criminal wrath of the Mighty Google!

**This now means Speaker McCarthy,** that A very well known and famous New York Publisher refused to go on the record out of well-founded fear of Google reprisals that are apparently…LEGENDARY, with the material evidence fact that Google had **BLACKLISTED ME FOREVER**, and that I am to be locked out. This Publisher even told me that HBO had been on the list for blackballing me, just because I copied potential production material ideas about this very subject, therefore, Google is abusing its global power in order to shut down a Federal Corruption '*Whistleblower*,' and all of the aforementioned scammers at Google need to now be prosecuted to the fullest extent of the law after being subpoenaed to testify before Congress and should be formally indicted by a Federal Criminal Grand Jury.

**This now means Speaker McCarthy,** that after Google and the federal authorities committed an entire series of computer crimes by hacking my computer to steal over TWO HUNDRED (200) Publishing Concept Outlines in the form of very original Feature Film Ideas, Novel Ideas, Short Story Ideas, Television Ideas, and Cable Series Ideas, & disgustingly criminally distributed my STOLEN INTELLECTUAL PROPERTY ALL OVER THE PLANET, MY FAMILY HAS BEEN, **STRIPPED…OF…EVERYTHING**, BY FEDERAL R.I.C.O. CRIMINALS AT DEMOCRAT CRIME FAMILY BIDEN/GOOGLE/NSA, that are all one in the same criminals.

In a Nutshell, as a Copyrighted Author, a United States Government, NSA Spying Contractor Google, maliciously STOLE, DISTRIBUTED, REPUBLISHED, & MATERIALLY PROFITED FROM MY STOLEN INTELLECTUAL PROPERTY. Then that contractual branch of the U.S. Government LIED, SCHEMED, CHEATED, CONCEALED, BULLIED, THREATENED & CRIMINALLY DEFRAUDED THEIR WAY OUT OF THE CRIMES. After the '*Fraud Upon the court*,' Google CRIMINALLY RETALIATED, COMPUTER HACKED, STOLE FURTHER IP, GLOBALLY DISTRIBUTED STOLEN PROPERTY AND EVEN SPIED ON MY WIFE AND STOLE LEGAL DOCUMENTS THROUGH GOOGLE CHROME SPYWARE, and now refuses to answer to a crime victim, by pretending that crime victim no longer exists. Congress should now order the United States Department of the Treasury to issue criminal reparations for the crimes committed by the U.S. Government against a private U.S. Citizen, and in turn order Government Contractor Google to REIMBURSE the United States Treasury for those criminal reparations. In turn a formal Congressional inquiry should be launched to investigate the Obama/Biden Crime Family control over this entire series of Federal Criminal Behavior from the FDA, FBI, DOJ, straight to Google.

Therefore, Speaker McCarthy, we are no longer requesting, and presented with all due respect, we are now demanding that congress order the United States Department of the Treasury to issue a Treasury Check for criminal reparations for the full fifty (50) year criminal deprivation of my Copyright in the amount of **$899,070,000.00**

**In a final word, people that deviously & cruelly steal other peoples hard work & then retaliate, lie, cheat, & criminally scheme their way out of those crimes, should NEVER, be allowed to place a material value on what they have stolen!**

## A Final Thought

After more than a hundred (100) years of Democrats doing as much damage as possible to this country with each Democrat Presidential Administration in order to collectively destroy America from the inside out with the goal of transforming America into a Socialist Utopia, it is finally time to stop the murderously corrupt Democrats, once and for all!

Thank you all for your time, professional courtesy, and consideration in this matter.

Our Best and Thankful Regards,

Stephen Matthew Avdeef
*Electronic Signature / Stephen Matthew Avdeef*
1000 Kelley Drive, Everman Texas 76140-3618
(817) 564-3888
sci_writer@hotmail.com

Melissa Ann Avdeef
*Electronic Signature / Melissa Ann Avdeef*
1000 Kelley Drive, Everman Texas 76140-3618
(817) -3888
smatavdeef@yahoo.com

## Certificate of Service

A True and Correct Copy of this Federal, International, and Global Criminal Corruption Complaint was served to All Relative Federal, State, and International Authorities by Federal Express, Nationwide and International Registered Delivery Service as documented by each respective Tracking Number in the Address Header of this document and also served electronically when contact information to impending Defendants is available & not maliciously blocked to vindictively avoid exposure of the criminal acts by the same lawyers blocking service.

Regards,

Stephen Matthew Avdeef
*Electronic Signature / Stephen Matthew Avdeef*

Melissa Ann Avdeef
*Electronic Signature / Melissa A. Avdeef*

# Congressional Democrat Criminal Retaliation Report to the FBI and the DOJ

*Wed, August 24th 2022, One-Hundred (100) Days Post Service of Criminal Retaliation Report to Congress, The Department of Justice, and Individually U. S Attorney General Merrick Garland*

This is for my child who forcibly endured an entire childhood of pain and misery at the hands of disgustingly corrupt lawyers committing federal crimes to protect an evil insurance company and for all the other children that the Food & Drug Administration has hidden for corrupt Democrats

***Partial List of the One-Hundred and Eighty-Three (183) Impending Federal Civil Litigants***

(1) FBI Director Christopher Wray, The Federal Bureau of Investigation, 935 Pennsylvania Avenue, NW, Washington DC 20535-0001 Service: Via FedEx # 7776 6737 7440

(2) Attorney General Merrick Garland, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001 Service: Via FedEx # 7776 6764 5351

(3) Texas Attorney General Ken Paxton, Office of the Attorney General, 300 W. 15th Street, Austin, Texas 78701 Service: Via FedEx # 7776 7983 3357

(4) County Attorney for Johnson County Texas, The Honorable Bill Moore, Guinn Justice Center, 204 S. Buffalo Street, Cleburne Texas 76033 Service: Via FedEx # 7776 7981 2110

(5) Attorney Tom Hill, The Law Firm of Gardner Smith & Hill, 4615 Bryce Avenue, Fort Worth, Texas 76107 Service: Via FedEx # 7776 7979 3029

(6) Attorney Daniel Barrett, The Law Firm of Taylor, Olson, Adkins, Sralla & Elam LLP, 6000 Western Pl., Ste. 200, Fort Worth Texas 76107 Service: Via FedEx # 7776 7977 6107

(7) Jaime Harrison, Chair of the Democratic National Committee, 430 S. Capitol Street, SE, Washington DC 20003 Service: Via FedEx # 7776 6768 2529

(8) Dino E. Robusto, CEO of CNA, 151 N. Franklin Street, Floor 9, Chicago, Illinois 60606 Service: Via FedEx # 7776 7975 1890

(9) Farmers Insurance Group, Jeff Dailey, CEO and Director, 6301 Owensmouth Avenue, Woodland Hills, California 91367 Service: Via FedEx # 7776 7971 3320

(10) David H. Long, CEO & Chairman, Liberty Mutual Insurance Group, 175 Berkley Street, Boston, Massachusetts 02116 Service: Via FedEx # 7776 7968 1353

***FORMAL NOTICE OF CONGRESSIONAL DEMOCRAT RETALIATION AND THREATS FROM STILL UNKNOWN FEDERAL AGENTS TO THE FOLLOWING NON-LITIGANTS***

(1) President Donald J. Trump, The Mar-A-Lago Club, 1100 S. Ocean Blvd., Palm Beach, Florida 33480 FedEx Service # 7776 6777 8952

(2) Congressman Kevin McCarthy, Minority Leader of the U.S. House of Representatives, 2468 Rayburn House Office Building, Washington DC 20515 FedEx Service # 7776 6776 3170

(3) United States Senator Mitch McConnell, 317 Russell Senate Office Building, Washington DC 20510 FedEx Service # 7776 6774 8971

(4) United States Senator Josh Hawley, 212 Russell Senate Office Building, Washington DC 20510 FedEx Service # 7776 6773 8043

(5) Congressman Chris Stewart, 166 Cannon House Building, Washington DC 20515 FedEx Service # 7776 6772 5731

(6) Megan Ellison, CEO/Executive Producer, Annapurna Pictures/Television, 812 N. Robertson Blvd., West Hollywood, California 90069 FedEx Service # 7776 6770 7824

*RE: FORMAL DOCUMENTATION TO THE FEDERAL BUREAU OF INVESTIGATION OF IN PERSON DEMOCRAT RETALIATION COMMITTED BY UNKNOWN FEDERAL AGENTS*

(✪)

CRIMINAL RETALIATION COMPLAINT AGAINST CONGRESSIONAL DEMOCRATS, NANCY PELOSI, PRESIDENT JOE BIDEN, D.O.J., A.G. GARLAND, U.S. GOV. SPYING CONTRACTOR GOOGLE, DEMOCRATIC PARTY AND UNKNOWN FEDERAL AGENTS

Director Wray,

While preparing the final draft of the Federal Civil Litigation pleading to be filed in Sherman, Texas in late May, an unexpected confrontational visit to my home by two (2) individuals claiming to be "*Federal Agents*" was so devastating and shockingly informative, it changed everything. This confirmation of my allegations immediately resulted in my scrapping the pleading to begin again. Before describing the clear act of federal criminal retaliation and act of brutal intimidation that was intended to silence me as a federal Whistleblower, the Pandora's box that the criminal attack opened needs to now be formally addressed directly pursuant that this new criminal factor directly involves the FBI and the intentional political malice perpetrated by the FBI through an extremely well documented campaign of intentional Criminal Deprivation of Federal Civil Rights against a Texas State and Federal Whistleblower over more than three (3) decades of acknowledged and proven malevolence controlled and concealed by the, F…B…I.

On or about Monday, May 16th, 2022, the United States of America was served proper notice of documentable federal criminal behavior committed and controlled by the Democratic Party through documented service to minority leaders of both upper and lower chambers of the house. On or about Tuesday, May 17th, 2022, the United States Legal System was properly served in order to document the known and intentionally malicious behavior of the National Democratic Party by and through registered service upon the United States Department of Justice Attorney General Merrick Garland. The "*Federal Agents*" informed me that every day that the Democrats delay the resolution of the federal corruption matter is another day that I am being deprived of the ability to affect the fall elections. The only reason for my answering the front door that afternoon was due to the roofing salesman who tend to frequent our neighborhood who obnoxiously offer free roof inspections because they just so happen to be in the local area that day so you better take advantage. Thinking I was going to be forced to once again run off salesmen who would not stop knocking, as soon as I opened the door and before I could even speak, these people pushed their way into the house without speaking. They walked directly to the living room in our modest little home, and the confrontation began with my demanding to see identification after they claimed to be "*Federal Agents*." This was met with my yelling, "*Show Me Some ID or Get The F*** Out of My House!*" My rather loud demand was met with a calm and curt response. "*Who we are is none your God Damn business, and is irrelevant to why we are here*." An uncomfortable pause was met with. "*We are here to deliver a message that can't be printed out and attached to one of your whinny complaints to Washington*."

Before moving on to yet another criminal report of prosecutable crimes committed against my family that the FBI will in turn ignore, cover up, and conceal, just as has already occurred many times over the years, we need to solidify a singular primary point of material fact. This needs to be well documented for the sole purpose of inclusion within the body of an entire series of '*Plaintiff's Response to Defendants Motion to Dismiss' legal briefs* once this matter is presented to the federal courts in Sherman, Texas in the highly conservative and brutally honest Eastern District, far outside of the highly corrupt Northern District, in where Pro Se Litigant hatred is a rock solid part of the '*Local Rules'* for all the Federal Judges. In a singular point that all lawyers harp on once they lie cheat and scheme their way out of an act of perjury, concealing material evidence, or even scheming an injured Plaintiff out of their lawyer through suborning perjury of an expert witness and the criminal falsification of FDA Infection recall data in order to dupe opposing legal counsel into abandoning a sick and infected child, just as the DOJ has been aware of since 2014 and that Gary Elliston should have gone to a federal prison for, instead Gary has been financially rewarded for his federal crimes. Or, in the crescendo of this point, is maintaining the lie long enough with the courts support for concealment of those acts of criminal perjury that the statute of limitations to file suit or to criminally prosecute, allegedly expires. The FBI is now spectacularly guilty of '*Unequal Justice Under The Law*' due to intentional political malevolence improperly extended for dogmatic partisan gain to the Democratic Party.

**BUT**, there have been so many unscrupulous and criminally devious lawyers who time has revealed that they scammed, lied and cheated their way out of the truth through concealing or destroying material evidence, or concealing material witnesses just like when Rockline and Gary moved criminal perjurer Alan Perlman a few states away in order to hide him from his crime victims and to avoid future service. Thus, all of the dishonest and creepy lawyers by criminal default have forced the federal courts to enact the '*FRAUD UPON THE COURT DOCTRINE*.'

**BUT**, as in this case, I am forced to live through every day of my existence thanks to the FBI watching and ignoring any and all federal crimes committed against myself, and my entire family. The FEDERAL RULE OF LAW IS QUITE CLEAR. The Federal Statute of limitations DOES NOT BEGIN TO TOLL, until the final criminal retaliatory act, which are still occurring.

**THUS**, contained within the body of this report that I expect you to ignore and then destroy so it will vanish like all the other reports, is an act of '***Federal Criminal Retaliation***' that was intended to avoid all material evidence of this '***IN…YOUR…FACE,***' *(as stated in my living room)* style of threatening me out of influencing the fall mid-term elections with well documented lie, after Democrat lie, after Democrat lie. Therefore, for all of the bellyaching lawyers bitching about time limits that once you lie, scheme, and cheat your way out of the truth, then the victim is never allowed to speak of it again, your lies are driving this matter forward.

**As a final point of the opening;**

For the sole purpose of sharpening this primary point to a United States Federal District Court Jury, (*If this is allowed to be presented to a jury?*) you will be called to the stand to explain why the FBI maliciously stood by during the commission of DOZENS of severe Texas and Federal criminal acts against a single family. You, Director Wray, are indeed going to be required to answer as to…WHY? For future response to the predicted '*Objection*" from opposing counsel; as an entire family of crime victims that the FBI decided more than three (3) decades ago and that the FBI has consistently and perpetually reaffirmed, the long term preponderance of the evident behavior, proves beyond a shadow of a doubt, that the Avdeef family possesses NO Federal Civil Rights, NO Constitutional Rights, and absolutely NO HUMAN RIGHTS. Thus, the Avdeef family has been consistently and with extreme criminal malice by and through the FBI and the United States Department of Justice acts of criminal indifference, that the Avdeef family are **LESS…THAN…HUMAN** and possess less rights than a Democrat illegal immigrant.

The life and litigation changing '*In Your Face*' personal confrontation viciously ordered by guilty as sin Democrats in an attempt to bludgeon their war out of the exposure of criminal behavior, just as rancidly corrupt Democrats are famous for, CHANGED THE ENTIRE ASPECT OF THIS LONG TERM AND EXPLICITLY CONNECTED SERIES OF FEDERAL CRIMES. Once the Democrats escalated the acts of criminal retaliatory tactics, the Democrats are the ones who decided to make all thirty-three (33) years of Democrat corruption and victimization as a wholly viable and wholly proper federal civil litigation nomenclature; thus making the savage threats from the Democrats as the justification having proper '*Standing to file suit'* and jurisdictional authority to present this entire interconnected chain of federal Democrat Corruption from Johnson County to Liberty Mutual, to a United States Federal District Court.

Just a friendly reminder, directly pursuant to the federal rule of law, being made culpably aware of a federal crime or crimes, **and thus you fail to act**, and even allow additional crimes to be perpetrated as a direct result of the crime you failed to act upon, makes you just as guilty and thus a criminal accessory to those crimes. What this now means, is that when the Johnson County Federal Criminal Civil Rights and drug scam was launched to silence me, the fake conviction scam was intended to last the rest of my life, and after thirty-three (33) years, and all subsequent Federal Crimes are based upon this scam, the forever scam, worked **PERFECTLY!**

<u>A PARTIAL LIST OF THE FEDERAL CRIMES THAT THE DOJ FINDS ACCEPTABLE AS LONG AS THEY ARE COMMITTED AGAINST REPUBLICANS AND CONSERVATIVES</u>

To FBI Director Wray, and to HBO, who this document is ultimately intended for,

It is now an irrefutable proven criminal material evidence fact that Democrats have spent the last few decades repeatedly, slanderously and viciously painting me as some sort of "*disgruntled litigant kook.*" Let us now make sure the people at HBO are well versed and are just given a smidgen of a sampling, of all of the Federal Crimes that the DOJ find criminally acceptable, and crimes the FBI have been culpably aware of, and the FBI have participated in.

(1) **The DOJ finds it criminally acceptable** despite the fact that is a federal crime to lie to a federal court that is class two, thus both civil / criminal, Federal Judge Lindsay screamed and threatened **HIS** created Pro Se litigant with imprisonment for disrespecting opposing counsel and Judge Lindsay's "*Dear Friends.*" This was a personal favor after criminally aiding opposing counsel in the fabrication of a child abusing & child killing Insurance Fraud FDA Medical Scam.

(2) **The DOJ finds it criminally acceptable** that the FDA and now seven (7) FDA Directors have criminally refused to answer an F.O.I.A. since December of 2014 in order to prevent the exposure of federal criminal corruption. This is pursuant to the crime of the FDA concealing sick and dead children and senior citizen FDA National Safety Recall infection victims even after the DOJ was copied the entire 2014 F.O.I.A. in the body of a 240-page criminal DOJ complaint.

(3) **The DOJ finds it criminally acceptable** that United States Government Contractor Google was allowed to scam a United States Federal District Court by and through criminal perjury to conceal the fact of being a branch of the U.S. Government, falsification of material evidence, concealment of criminal theft and global republishing material evidence, falsification of an expert witness credentials, threatening a crime victim's publisher, and federal criminal conspiracy. As if these crimes were not sufficient to lead to the appointment of criminal special counsel, with the DOJ and Congress blessing more than a dozen federal crimes being perpetrated upon a political dissenter, this was done in order to conceal the Democrats criminal corruption Democrat enforcer Google's CRIMINAL RETALIATION through computer crimes and the vindictive theft. Google has stolen my ENTIRE CAREER through the **THEFT** of MORE THAN 200 UNPUBLISHED CONCEPT OUTLINES. Google even went as far as to purchase a ranch property in Fairfield Texas out of sheer vindictive spite to strip me of my entire life and future.

(4) **The DOJ finds it criminally acceptable** that Federal Judge Means in his capacity as a member of the Judicial Branch of the United States Government was allowed to commit at least half a dozen federal crimes and attack a Federal Whistleblower by and through the criminal fabrication of a FAKE CIVIL LITIGATION CASE PRETENDING TO BE THE CRIME VICTIM. Even more sickening, the DOJ, Congress and corrupt Democrats have allowed this massive criminal retaliatory strike that was intended to retain improper control of the concealment of this entire criminal corruption case to provide criminal protection for Democrats.

(5) **The DOJ finds it criminally acceptable,** that '***Crimes & Misdemeanors***' committed by President Joe Biden and former President Obama, were maliciously ignored by Speaker Pelosi.

(6) **The DOJ finds it criminally acceptable** that the Congressional and Senatorial demanded corruption test to reaffirm rampant corruption within the Texas State Courts that Bribed Judge Chupp and Cosby, that Texas Governors Perry & Abbott not only provided criminal concealment, but perpetrated by Abbott as Texas AG, went wholly ignored by the DOJ.

(7) **The DOJ finds it criminally acceptable** that Congress and the DOJ were presented multiple pieces of federal criminal material evidence proving the United States Federal NSA Spying Contractor and Military Contractor Google of Federal and International Copyright/IP theft republishing scam in the form of the Google 2007 '*Full view.*' The subsequent two (2) pieces of federal criminal material evidence presented and ignored proving more than a DOZEN federal crimes, were in fact the electron microscope photograph of the Burkholderia Cepacia that the FDA aided and abetted Rockline to suborn perjury of an expert witness (*who was later hidden from me to avoid service*) in order to create a federal criminal medical insurance fraud scam and thus material proof of federal criminal level child abuse. The final piece of material evidence that the DOJ has concealed from the FBI and the general voting public is the U.N.T. Hospital Medical Blood Test results for my little girl who tested Positive for Burkholderia Cepacia, that the Democrats have yet to admit the truth over. The final Democrat criminal insult is the refusal to answer my WRITTEN DEMAND TO THE FDA TO PROVIDE THE NATIONAL SAFETY RECALL NOTICE OF MY CHILD AS AN INFECTION VICTIM.

(8) **The DOJ finds it criminally acceptable** of the STAGGERING amount of FBI approved and FBI concealed crimes that are wholly acceptable to commit against the Avdeef family under the guise of the severe criminal malice of the Democrat hatred and criminal indifference towards Republicans & Conservatives. Such as, Texas felony child abuse/injury to a child, bribery of Detective Steele to destroy State & Federal Criminal Evidence, bribery of Texas State Judges Chupp & Cosby who are guilty of conspiring with Texas Court reporters & Clerk Wilder in destruction of a court record to prevent an appeal / destroy Federal Criminal Material Evidence, Municipal Corruption, Contract Fraud, Insurance Fraud, theft of labor, just to name a few crimes.

(9) **The DOJ finds it criminally acceptable** that the '*Deep State*' controllers and manipulators at the FDA are still providing criminal protection for Rockline Industries as proven by the Sentinel Online Journal Article that was swept under the rug. The mere fact that Rockline, that was founded by a now deceased NAZI (*Ralph Rudolph*) through acts of corporate espionage, was allowed to criminally inflict more than **HALF A DOZEN** subsequent FDA National Safety Recalls! Amazingly including a **SECOND Burkholderia Cepacia Infection!** The fact that Rockline was only caught half a dozen times, the FBI is still sitting on their hands along with the DOJ in revealing to the general public as to exactly how many children and senior citizens were sickened, maimed and killed, all in the name of Democrat protected corporate Greed? What happened to the Democrat LIE of "*Full Disclosure*" or better yet, "*Full Transparency*" in politics and the corporate world that the Democrats enjoy demonizing for financial and political gain?

(10) **The DOJ finds it criminally acceptable** that once irrefutable material and actionable proof is provided that the Democratic Party is in fact '***criminalizing politics***' in the same globally threatening manner that created the USSR and the Weimar Republic that became the NAZI party. The U.S. Department of Justice and individually A.G. Garland, choose to viciously and unmercifully retaliate against a U.S. citizen in order to protect these series of global crimes.

<u>THE FOLLOWING ARGUMENT POINTS ARE BEING PRESENTED TO THE BEST OF MY ABILITY FROM MEMORY AND ARE IN NO PARTICULAR ORDER TO PRESENT HOW WELL REHEARSED THE THREAT WAS WITH DEMOCRATIC TALKING POINTS!</u>

(1) **The confrontation began in my living room with the instant screaming match of**: After being provenly victimized by thirty-three (33) years of documented malice and criminal degradation by the Federal Bureau of Investigation, this malicious journey of criminal deprivation of rights, were intentionally designed as perpetual crimes, have now finally come full circle. Thus, the only escape from this unending prison of government lies and corruptive deceit is NOW THE TRUTH, AND NOTHING BUT THE TRUTH, SO…HELP…YOU…GOD.

(2) A retort of, FBI has allowed the Democrats to obtain political gains through "*Criminal Mob Rule*" and the FBI has even lied and blatantly concealed crimes for the Democratic Party to protect Texas State Corruption all the Way to Washington DC federal criminal corruption on a global scale through perjury and the malicious destruction of prosecutable material evidence.

(3) When Art Brender warned other law firms in 1989 to avoid this case against lawyers and judges, Brender committed a Texas State Jail Felony, and an entire series of federal crimes that are still relevant to this day pursuant to the lifetime intention of the federal criminal retaliation.

(4) The conspiracy between known compatriots in the very close-knit Texas legal community of Art Brender, Johnson County DA Bullware, Timmy Alteris, Judge Tommy Alteris, Tom Hill, Dan Foster, Sherriff Eddie Boggs, Judge Kit Cooke, Daniel Barrett, was not just a case of legal malpractice, it was a case of federal criminal political malpractice conspiracy.

(5) I contacted Brender's Law Firm not for legal representation, but in order to prove that my emails were still being monitored, and it worked perfectly by and through Democrat threats that I threaten and argue with all of the lawyers I have attempted to hire, and thus proved my point.

(6) No answer from CNA lawyers in stunning indifference to my child's misery and suffering as they lied their way out of the documented medical diagnosis, that I had already provided material evidence of, with a fraudulent medical determination issued by LAWYERS, Not…Doctors! When Cosby was shown the lie, he conspired with Clerk Wilder to destroy the court file in order to conceal the bribe he took to punish & silence a CNA crime infection victim.

(7) I was told that Bullware did not register a conviction with the State of Texas in order to deny me the evidence of an improper criminal prosecution being used, to prevent the appeal of a rigged civil case and it was intended to ruin me for decades to come, in fact the rest of my life, and it has been successful so far thanks wholly to the FBI standing by and watching the federal crimes being perpetrated in order to lay waste to my Civil, Constitutional and Human Rights.

(8) Directly pursuant to the fact that Bullware intended that his criminal prosecutorial misconduct be intended to ruin the rest of my life, then that crime is maliciously open ended, and thus is a current federal crime that is directly responsible for the fabrication of the "*SAM-PAM & GARY SCAM*" that the creation of would not have been possible without the criminal slander and defamation of the **FBI approved Johnson County Federal Criminal Civil Rights Scam**.

(9) When informed by my retaliators that the FBI was there EVERY STEP OF THE WAY, from the Johnson County conviction scam, and especially right down the middle of the Fort Worth I.S.D. corruption scam; the FBI is as guilty as sin of Cold Intransigence. With the look of both horror and shock on both faces once I utterly destroyed their platform of intimidation and extortion that now appeared to be worthless, I had to explain what the word '*Intransigence*' meant to both now less than confident attackers that seemed to lose the wind out of their sails.

(10) After spelling out as to just how involved the FBI was in both cases, the Democrats were so obsessed about weaponising what the Dems thought was blackmail gold. I was then told that complaining to the FBI or the DOJ would be pointless, since the **Democrats OWN BOTH THE FBI AND DOJ**, and both agencies do whatever the Democrats tell them to. I was then told that the Democratic party was immune, as in both the FBI & DOJ will **NEVER** hold a Democrat criminally responsible for **ANY CRIME,** as in corruption, and Hillary Clinton is proof positive!

(11) My retort was that the Democrats will answer for their owned thugs at Google stealing all of my IP and un-Copyrighted materials just to see what these thugs would say. The response that was snapped back with attitude and a crappy snicker, was, "*And OH Yes...that is correct...so now you have nothing to live for and you are wasting your time bitching at Google who could care less about the likes of you!*" This confirms that not only is Google a criminal extension of the Democratic Party, but in fact Google are nothing but straight up thieves, just as I have complained before to the DOJ, who finds the crimes committed by Google against my entire family as wholly acceptable since they are committed against a Republican and or Conservative!

(12) The confrontational argument from the so-called and self-identified "*Federal Agents*" was very well rehearsed and mirrored the Democrat talking points with stunning accuracy.

(13) I assured them that the criminal report made to both upper and lower houses would be public, thus, the lack of criminal response, now proves once and for all, and beyond all shadow of a doubt that Republicans & Conservatives have **NO** Civil Rights, **NO** Constitutional Rights, & **NO** Human Rights in the, '***unalienable Rights,... Life, Liberty and the pursuit of Happiness.***'

(14) **Next response:** This case is about a ruthlessly vindictive & viciously greedy insurance & manufacturing company, and the state & federal government agencies abuse of the courts and the court sanctioned criminal acts to strip me of everything in order to prevent my family of crime victims from fighting back and even speaking out as proven by Cosby's bribed financial attack.

(15) Directly pursuant to the fact that this nasty mean and vindictive campaign to ruin me forever launched by corrupt DA Bullware, and built upon by corrupt Gary Elliston was designed to pound me into poverty, I will then proceed in requesting the federal court to grant a Federal Whistleblower FDA crime victim, '*Special Exception*' in allowing me to proceed '***In Pauperis***.'

(16) In the shocking response from the so-called '*Federal Agents*' who were unaware that the FBI was involved in both the Johnson County scam and the bribery of the courts by the Fort Worth I.S.D., other than the FBI claiming that I am some sort of scammer and criminal abuser! Their unexpected response was to once again brag that Democrats had "*Full And Complete Ownership of the FBI!*" This singular statement wholly proves my entire case against the DNC.

(17) This matter has been writing itself into a stunningly graphic and sick novel of Democrat corruption and their indifference to the death of children and the global theft by the Democrat enforcement thugs at Google, who have the entire nation cowing in fear from the Democrat created crime wave that was fabricated to make us all live in fear from Dems and allow them to ramrod through their disgustingly dishonest liberal agenda while we all fight among ourselves.

(18) The novel concept is so devastating, revealing, and brutally honest, it is also creating a wonderfully dramatic screenplay that will immortalize all of you criminals for centuries to come!

(19) The FBI has maliciously allowed Johnson County DA Bullware's criminal act of fear and intimidation to live on through the decades and stay criminally and prosecutorially current through a series of dishonest and unscrupulous lawyers and criminally greedy corporations and their corrupt Democrat political protectors. **As in the Mafia, this is unending organized crime.**

(20) **My Response:** Directly, thanks to the FBI standing by each and every time for more than three (3) decades, I have spent the better part of my life refuting lie after lie, after lie, after LIE, from a constant stream of perjurously devious lawyers who were paid to lie, and had no fear from courts that encouraged these lies as long as they were beating down a Pro Se Litigant.

(21) When I filed in Judge Means court in order to expose the insurance fraud scam, I was foolish enough to actually expect an apology for what had transpired in Judge Lindsay's court; but instead, Judge Means, who I have never even met, went out of his way to discredit and deny every piece of material evidence of conspired criminal behavior in order to protect Lindsay.

(22) Not only have I never met Federal Judge Means, I have never met O'Connor, McBryde, Pittman, or CNA lawyers who bribed Texas State District Court Judge Cosby who retaliated against my wife, yet these criminal abusers ignored the truth/material evidence in order to elicit bribes and personal favors to destroy crime victims none of them ever had to look in their eyes.

(23) At this point, I will now demand a written apology from each and every court in both the Texas state level and the federal courts. Asking Democrats to apologize is a waste of time as they are never sorry for the lies they tell, the property they steal, **or for the people...they...let...die.**

(24) After watching the HBO eight (8) part mini-series '*The Staircase,*' I can wholly relate to Book Author Michael Peterson sixteen (16) years struggle for justice. A corrupt DA fabricated a murder charge against a local Author who was running for office to expose local corruption, and thus Peterson spent eight (8) years in prison for a crime that never took place. The DA lied, concealed material evidence, in what turned out to be an owl attack, then after a six (6) year standoff after a COA overturned the ridiculous verdict based on Prosecutorial misconduct, the DA escaped justice by cowering behind an '***Alford Plea!***' **BUT...that was only a single crime.**

(25) This means the State of North Carolina never paid one (1) single penny to a wrongly convicted man who they knew all along was innocent, but put a potential whistleblower through hell for personal greed and the protection of municipal and state corruption, just as I have already experienced by and through the extremely corrupt City of Fort Worth Municipal Corruption that the FBI sat back and did NOTHING ABOUT. **Again, the FBI was there every step of the way!**

(26) After the so-called self described "*Federal Agents*" pushed their way past me at the front door barging into my home in the previous hour, their well rehearsed and well practiced talking points and Democrat Propaganda, has now wholly defined this fight and changed almost every aspect of the thirty-three (33) year struggle. The look of shock on both faces as I informed the "*Federal Agents*" that both the Johnson County crap we just fought about directly involved the FBI, but the Fort Worth I.S.D. scam actually led to my triggering a thirteen (13) year long investigation that led to an entire series of federal prosecutions and prison sentences, caught both Democrat thugs off guard. At that point, the escalating and thus heated exchange suddenly turned to one of stuttering and immediate confusion since their talking points were failing miserably.

(27) After what seems like a never ending staring contest that I was not sure what was about to trigger an act of violence that I was preparing for by checking to see that my pistol case was still on the kitchen shelf that I checked upon under the guise of "Would you two like a cup of coffee?" Both thugs regained their composure after staring at each other for a moment, and after whispering between themselves, I was informed that; "***Well…your plan of taking all this to court by someone with your history will not work out, since you will just be shut up with a Gag Order from the court and be barred from the court forever!***" Dems just proved my case.

(28) **I responded with:** As with all criminal frauds, lies, political crimes, and criminally conspirative scams, the ENTIRE TRUTH will eventually come out, no matter how long it takes, and even if it takes the rest of my life, and thus, history will judge all of you as criminal scum.

(29) My entire personal and professional life is being unfairly and disgustingly judged and manipulated by a constant and never ending stream of perjurously dishonest lawyers who knew what they were doing was wrong at the time each and every one of them was lying on the court record with no fear of reprisal, but each one lied with complete impunity for personal financial profit at any cost and professional greed no matter who had to be destroyed, EVEN A CHILD!

(30) Thanks to Democrat ordered confrontation, I can now easily prove through the preponderance of the material evidence contained upon each and every court record that once a Pro Se Litigant is created, that was created with direct assistance of the bench, then each and every successive scumbag lawyer builds upon the abuse of the courts with utterly no fear of any form of admonishment from the court, or each state bar in each respective state that lawyers from all over the country has criminally perjured themselves in the "*SAM-PAM & GARY SCAM.*"

(31) Despite the fact that the Democrat retaliation thugs laughingly and slanderously described me as a "***Disgruntled Litigant***" in regards to all four (4) Federal Civil Litigations, it was even more comical how they both attempted to bar me from the courts by using the "*Cosby Corruption Test*" to permanently ban me from filing suit. This means that the Democrats are so desperate, that they will use the criminal **Bribery** of a **Texas State** District Court Judge by CNA Insurance lawyers to conceal and slam an infection insurance fraud crime victim FOREVER. Just the fact that Cosby moved the case from another court after bribing Chief Clerk Wilder who helped Cosby destroy the court file. Cosby hid hearing notices, knew I was laying in a hospital bed, imposed a bond, just to only hit on the entire series of federal crimes that the FBI and DOJ have blessed. Just the fact that Dems think that any **State** judgment **supersedes Federal Rule of Law**, is past desperation, it is utterly pathetic and smacks of futility and clear criminal guilt.