Judge Reyes immediately recused herself, and I actually expected my demand for dismissal to be granted; INSTEAD, the legal fight went on FOR OVER HALF A DECADE pursuant to the fact that the truth ever so slowly crept out, pursuant to the fact that it took a few years to discover that Judy Lacker was actually at the center of this severe and massive '*ABUSE of POWER*' and '*FEDERAL BIVENS ACTION.*' I even attempted to end this act of criminal harassment with the filing of a '*Relators Petition*' but as you can now guess, PRO SE DEFENDANTS ARE NOT ALLOWED TO WIN. Wholly unaware that this massive retaliatory fraud was in fact the next criminal phase of the federal Criminal Bullware Criminal Deprivation of Rights retaliation Scam, I spent years futilely writing to everyone that mattered. The Federal Criminal Rights Scam was therefore met with criminal approval from massively corrupt Mayor Betsy Price who even had the attacks from come from an entire office full of corrupt Prosecutors to force me into silence, so that I could not upset corrupt Mayor Price's reelection. Scumbags to the core, since I even wrote to not one (1), but two (2) complete sets of Fort Worth City Council Members after the first election cycle. No one cared, since Fort Worth and imbedded corruption went hand in hand, and thus no one was shocked that I was being financially scammed. The most obnoxious kicker, is that time revealed that the entire federal criminal scam to criminally protect Judy Lacker's criminal retaliatory attack that now involved the entire prosecutor's office and the entire municipal city government, there was in fact a sneaky & devious lawyer running the show from behind the scenes that was manipulating all the criminal attacks that are well documented, all in order to provide a brutal retaliation campaign to protect corrupt Mayor Betsy Price.

The true stinker, is that the very same scumbag lawyer that was guaranteeing my silence no matter how many times I needed to be threatened and drug through the mud, IS NOW THE MAYOR OF FORT WORTH, AND THUS NOW IN CHARGE OF THE PACK OF MUNICIPAL CRIMINALS. Apparently, corrupt lawyer Mattie Parker was unable to resist the massive abuse of power and the potential to make millions in scamming poor souls that cannot afford a lawyer, thus posses NO FEDERAL CIVIL RIGHTS, NO CONSTITUTIONAL RIGHTS, AND UTTERLY NO HUMAN RIGHTS. Once it came to money greed and power, Mayor Mattie Parker is at the head of the pack, and lawyer Parker needs to be disbarred for life, and be put in a federal prison for what she has put my family through. Now imagine, you have an entire Fort Worth City Council and entire Prosecutorial Administration threatening to put you in prison if you walk out the door of your house and drive any where in a motor vehicle under the threat of being pulled over and hauled off to jail for something you did not do, other than being targeted by a scumbag lawyer protecting a viciously corrupt Mayor, protecting a nasty mean and vindictive legal secretary who was weaponising an entire city municipality, just to get even?

You have to now ask yourself how can this level of corruption exist in modern society, and the person, or actually persons that need to answer this questions are in Austin Texas, and are explicitly aware of all the crimes that are beating down my family for the sake of Democrat criminal protectionism. Those people that I have not just written to dozens of times, and humiliatingly begged and pleaded for justice, are then Texas AG Abbott, and his master Governor Perry, then to Texas AG Ken Paxton, and his wholly corrupt master Governor Abbott, and of course, this extremely well documented series of Texas State Jail Felonies, child abuse, bribery, child murder, deprivation of rights, and so on, and so on, were treated like a fart in the wind. I will keep at this until all of these criminals face justice. I finally was bullied into paying $530.00 for a crime that I did NOT commit, all so that I could end the attacks for justice sake.

Formal Documentation To The Federal Bureau of Investigation of In Person Democrat      61
Retaliation Committed By Unknown Federal Agents

(19) THE FDA, TARRANT COUNTY DISTRICT ATTORNEY, THE TEXAS ATTORNEY, THE FBI, AND THE DOJ APPROVED BRIBERY OF EVERMAN POLICE DETECTIVE STEELE BY ROCKLINE INDUSTRIES, A NOW DEAD NAZI, CNA INS, AND LAWYERS

This is a currently unprosecuted series of federal crimes that were committed by the criminals at Rockline Industries and CNA Insurance in order to avoid Texas State Jail felonies and is highly crucial to this overall action. This, directly pursuant to the fact that this act of criminal bribery that was ADMITTED TO, gives the rock-solid explanation as to WHY CNA lawyer bribed Judge Cosby to silence their crime victim FOREVER, or at least until now! You also have to make note, that the FDA, the DOJ, and the FBI have all been culpably aware of these acts of federal bribery for many years now, and have refused to take any action pursuant to the fact that it would in fact open Pandora's box, and in turn lead back to FDA Director Hamburg, and land on Obama and Biden's doorstep, and who have all slithered out of this so far.

In early 2014, it was clear that my child might die from what the doctors were saying at Children's Health Children's Medical Center in Dallas, Texas. My daughter was placed in the hospital and transferred to Children's Medical Center in Plano pursuant to that it was the location of the needed specialists. Remember, at this point, Rockline and CNA Insurance had lied their way out of ever paying one red cent of medical expenses since that got in the way of rancid corporate greed, and thus all the other children after the fact could also be savagely dismissed and allowed to suffer and or die, all due to the ongoing criminal abuse of the FDA approved federal medical fraud criminal scam. The diagnosis was serious enough that I was requested to be on location to manage my little girl's life-threatening medical condition. This led to my taking up residence at the RONALD MCDONALD HOUSE in downtown Dallas, in where I shuttled up to Plano seven (7) days a week. Just to make note, I sent pictures of the ambulance ride from Dallas to Plano, and pictures of an entire stack of large plastic drums containing all the medicine bottles of all of the pills and medications that my child has been forced to choke down over only a few year period. Did criminal perjurer and medical fraud scammer Gary Elliston of DeHay & Elliston respond to the extreme suffering of a small child writhing in pain after being denied FDA and CDC experts for the prior eight (8) years at that time until the doctors finally began to believe me, and not the Judge Lindsay fraud attack? OF COURSE NOT, GARY ELLISTON WOULD RATHER SEE A CHILD DIE IN PAIN RATHER THAN TELL THE TRUTH.

In November of 2014, I contacted an old friend from scouting who just so happened to be the Tarrant County District Attorney Joe Shannon, who I knew was not running for reelection due to medical issues. Joe had been aware of my child's struggle and was waiting for her to be discharged from the hospital in order to testify 'in camera' for the upcoming Tarrant County Grand Jury submission that Joe wanted to finish before leaving office, and that would have put Gary, Pam, Courtney, and Powers in state prison, and surely would have disgraced Lindsay off of the federal bench after the public was made aware after the indictments were filed and copied to the press. D.A. Shannon instructed me to do everything by the book due to the criminals were such sneaky and dangerously connected criminals. A few days after my child was finally discharged STILL ALIVE from the Plano hospital, and as instructed, I put together a large file of federal and Texas State criminal material evidence, that were all ORIGINALS, so that the police detective could validate the material evidence as 'authentic.' I took my large box of documents to the Everman Police Station and sat down with Everman Police Detective Steele.

Detective Steele thumbed through the documents, and was made aware through a presented copy of an email from the D.A. as material proof that the District Attorney was waiting on his MULTIPLE FELONIES SUBMISSION so that formal charges could be filed BEFORE Shannon permanently left office and newly elected D.A. Sharen Wilson took over in January 2015. I was told by Steele that he would be interviewing all involved and preparing criminal charges after he collected all of the statements, now that a MAJOR HOSPITAL WAS WILLING TO TESTIFY AS TO THE BACTERIOLOGICAL INFECTIONS. I went home, and waited, and waited, and waited. A month later I emailed Detective Steele (so I could prove it later) and I requested to know when Detective Steele planned on submitting the charges to the new D.A.? Steele wrote back and claimed that he was waiting for the new D.A. to settle in to the new job, and that he would be submitting the felony charge request soon. Another month went by, and at that point, Detective Steele stops answering, and began ignoring all messages. I even contacted Everman Police Chief Randy Sanders, who I had known personally for the prior two (2) decades out of frustration to see what was taking so long, and I never heard from Randy ever again.

I would come to find out later that once Detective Steele contacted all of the lowlife and criminally unscrupulous lawyers and some unnamed lawyers for Rockline and CNA Insurance in order to arrange for the interview and surrender of all involved, Detective Steele was OFFERED A BRIBE, and Steele took it. Simple proof is the fact that the Everman Police TOO THIS DAY have still refused to answer as to; **WHERE IS THE BOX OF CRIMINAL MATERIAL EVIDENCE?** Steele destroyed everything, as he was paid to do by the same scumbag criminals that he was supposed to be putting in prison, and the CEO of CNA Insurance, Dino Robusto, is aware of these federal crimes, and Robusto belongs in federal prison with all of the rest of them. A few years later, two (2) Everman Police Officers stopped by my workshop that faces the other side of the large corner lot I reside on, and came into the workshop to have a seat. Both officers were having a problem living with what then Detective, now CAPTAIN Steele had done, after they both realized that this was not just a local crime, this act of bribery allowed children not just all over the country, but all over the world to be re-victimized over and over again, by a ruthlessly dishonest NAZI run Rockline, and savagely cruel and greedy CNA Insurance, and allowed these child killing criminals to inflict more than half a dozen additional recalls, since the FDA was still providing criminal protection in order to protect corrupt Democrats, and to boot, Steele was a hard core Democrat, therefore, this proves that Democrats are corrupt to the core.

I wrote to Police Chief Sanders several times, and then to Police Chief Spencer after Sanders retired, and neither Police Chief will even give me the time of day. I was told that when Captain Steele discovered that he was sick, the selfish ass decided in a panic to leave something behind for his family, but he did it at the expense of our child, and all the other children that these Democrat created organized crime (*R.I.C.O. ACT*) federal criminals have sickened, injured and killed, all with killing off a yet unknown number of senior citizens. As a parent of one of those children, I will admit that I hope Mr. Steele who disgraced the badge with the approval of Chief Spencer, TX Governor Abbott, TX AG Paxton, Tarrant County DA Wilson, and all the other liars and child abusers and child killers, I angrily hope Steele rots in hell. I have even been properly serving Police Chief Spencer all of the federal criminal complaints, hoping that the man will eventual have a pang of conscience, and actually address the subject, but honesty no longer exists in modern society, as everyone has to immediately lie their way out of whatever they get caught doing. **A forensic accounting of the Steele family finances will prove the bribe.**

## (20) THE FEDERAL STATUTE OF LIMITATIONS NOTICE FOR ALL THE LAWYERS TO CHEW ON WHILE YOU ARE PLANNING YOUR VEXATIOUS MOTION TO DISMISS

The Rule of Federal Law is quite distinct in this entire matter, when an actor is protecting a criminal scheme, crime, series of crimes, a criminal conspiracy, acts of fraud, and so on, the bell begins to toll after the final act of retaliation. The failing of most criminals who will lie, cheat, and scheme their way out of taking any form of responsibility for the crimes they commit against others, is that they rarely ever stop and think about the timeline that they are creating. For example, when Judy Lacker was finally fired by firm manager Cathy Medea at McLean Sanders for stealing work product privileged client files from Dan Foster's private credenza out of his personal office, not a firm common file room, Judy aided and abetted the entire creation of the Johnson County 'Southern Democrat' corruption scheme to protect the millions being raked in from the civil rights fraud scams, Judy tied this entire mess together in one nasty and vindictive package. When Judy was employed at the City of Fort Worth as the secretary for the City Attorney and ran across our very rare name pursuant to the fact that there only five (5) Avdeef's in Texas, Judy criminally tied the Johnson Court Bullware Forever Retaliation and the "SAM–PAM & GARY SCAM" both together and made all of it current once again. The City of Fort Worth Prosecutorial and Judicial Misconduct Civil Rights scheme lasted for half a decade.

When corrupt Texas Judge John Chupp laid waste to the court record by conspiring with a court reporter in order to butcher out the "SAM–PAM & GARY SCAM" in order to criminally protect Chupp's best friend, lawyer Shawn K. Brady, of the Brady Law Firm and Brady Collection Agency, which Brady lied about being in collections on the court record, that also had to be criminally purged. When corrupt Texas Judge Cosby was bribed by CNA Insurance lawyers to commit an entire series of FEDERAL CRIMES for a ruthlessly cruel and savagely greedy insurance company to protect the extremely financially profitable "SAM-PAM & GARY SCAM" by destroying a federal crimes victim and his child and all future victims at any cost. All the criminal abusers disgustingly tie all of the attacks together from Bullware to Judy to Chupp to Cosby, to Mayor Price to Judge Lindsay to Judge O'Connor to Citizens Bank to Ally Bank to GMAC to coke snorting Alteris to Sheriff Eddie Boggs to Farmers screaming at me about magically talking to cracked windshields after discovering the "SAM-PAM & GARY SCAM," and to Liberty Mutual pretending that I no longer exist and retaliating against my dead mother, and thus to Judge Terry R. Means fabricating a retaliatory Federal Criminal Wire Fraud Scheme in order to falsify a fake federal civil action to **CRIMINALLY PROTECT…EVERYONE**.

This brief assessment only scratches the surface of all the sickening and criminally abusive child killing profiteering from DA Bullware ruining the rest of my life, to Judge Means pretending to be me in order to punish me with criminal abuse of the courts and silence me FOREVER. I now dare all of you legal eagles to pry all of this human waste apart and somehow justify more than three decades of intentional crimes protected and perpetrated by the Democrats, the DOJ and the FBI. For those lawyers who scream and yell that your client had nothing to do with the entire FDA medical fraud scam, YET, each of you obnoxiously and thus hypocritically used the very same federal criminal child abuse scam that you found in the Federal Pacer System and how a group of judges have attacked me in order to threaten me out of taking you and your client(s) to court, you cannot have it both ways! **The Retaliatory Attacks Are Ongoing To This Day, So In Essence; The Federal Statute of Limitations Has Yet To Begun To Even Toll.**

(21) BRIEF CASE SUMMATION OF THE UNITED STATES FEDERAL GOVERNMENT
REQUESTED ADDITIONAL PROOF OF TEXAS CORRUPTION AGAINST ALL NEW
DEFENDANT CNA INSURANCE AND TEXAS JUDGE DON COSBY FEDERAL
CRIMINAL BRIBERY SCAM AND FEDERAL INSURANCE FRAUD SCAM THAT THE
DEMOCRATS PLAN ON WEAPONIZING FOR CRIMINAL DESTRUCTION PURPOSES

During the tenure of an in person meeting with Senator Tom Coburn who I copied
multiple letters to in the form of criminal complaints directed to horrifically corrupt then United
States Attorney General Eric Holder, Tom informed me that it was in fact the Democrats who
"*were sicking Google on me to destroy me as a threat*." Tom informed me of what a mistake it
was for me to contact Holder, since he was the most corrupt of the group. Tom was so incensed
by my accusations and how wholly and disgustingly corrupt the FDA was, as a medical doctor
first, political second by Tom's own proclamation, Tom contacted me to meet him for lunch the
following week. Tom drove down from Oklahoma and we met downtown Fort Worth at Dos
Gringos restaurant, in where a lunch date turned into a sit there all day through dinner, and we
ended up leaving well after dark, late that night. The first of many meetings was shockingly eye
opening, as to wholly and disgustingly corrupt the Democrats truly were. Tom was the source of
many of the accusations that no one seems to want to listen to, such as how corrupt the FDA is,
but they are the truth, and someday, I will be proven correct, and this will be looked back on
history and a tremendously obnoxious struggle, that corrupt Democrats have blocked at every
turn. Now all of you can clearly understand as to WHY I am bothering to explain all of this at
this stage and not just file complaints, since this is now finally being presented to both a federal
and global court, to expose all of you once and for all, to the entire globe.

When Tom informed me that he was ill, he was afraid that he would not live to see this
campaign to its terminus, and thus we went over several plan options that may have a positive
outcome. It has to be said, that other Senators and Congressman were involved in some of these
periodic meetings, but to date, each and every one of them has frustratingly refused to speak
publically out of fear of personal and political attacks and vindictive reprisals on each elected
members family, from of course, nauseatingly corrupt Democrats, and their ruthlessly dishonest
and corrupt media thugs. Some I still keep in touch with, but it appears only to remind me not to
use their names publicly, or else there will be criminal consequences, meaning, that I am being
threatened with imprisonment, if I tell the truth, and all of you make me sick, due to this level of
political dishonesty that after this is over, the tell all book or HBO series is going to be stunning.

One plan that was enacted after his death, and that was to combat the sheer panic of
Republican corruption in the form of Texas A.G. Abbott, & Governor Perry, knowingly &
maliciously conspiring with Tarrant County D.A. Wilson, to criminally suppress the truth about
the entire FDA corruption medical fraud mess that Chupp and several judges, along with A.G.
Abbott, should have made PUBLIC. Now in hindsight, it can clearly be seen that the request
from a fearful pack of elected officials to obtain a higher volume of material evidence test of
Cosby, other than just a corrupt Texas A.G. and a few corrupt and criminally culpable State
Judges, that it was just one long circle jerk delay tactic. BUT, it indeed worked, spectacularly!
For those of you that are unaware of what subsequent corruption test I am referring to, it was to
prove that once wholly corrupt Texas A.G. Abbott, became Governor of Texas, would now
Governor Abbott tell the truth about aiding/abetting Judge Chupp, who lied to a federal court?

Now in the interest and the personal benefit of those who are unfamiliar with this well complained about act of blatant and blunt criminal corruption that everyone on Washington is fleeing from like a turd in a punchbowl. Please allow me to grant all that will listen a brutally sickening synopsis. CNA Insurance who was pulling the purse strings and was in fact the criminal scumbags behind the "*SAM-PAM & GARY SCAM*" had never been a Defendant, and thus never had to face a court of law, therefore, Tom's plan was to file against CNA Insurance ONLY in Texas State District Court, and thus see how truly corrupt the Texas courts are, and **prove it once and for all**. A few years after Tom's death when it was clear that I had become the dangerous pariah, I filed in Tarrant County in order to watch the fireworks of Texas corruption, and we were not disappointed. The same Judge Cosby who had verbally attacked my wife and granted a win to a pair of personal friend lawyers over an UNSIGNED CONTRACT, predictably pulled the case from other court and had the clerks office assign it to Cosby's court, obviously, in order to solicit a bribe and out of sheer meanness and spite.

The problem is, that no well thought out plan, ever goes as planned! Just after filing and preparing to utterly humiliate and thus pound the daylights out of a pack of perjurous lawyers, I was prescribed the genetic gene therapy drug Humira. Instead of helping, I suffered a massive case of severe anaphylactic shock that damn near killed me. To rid my system of the drug, I was put into a drug-induced coma, since a genetic IV drug has to be dissipated out of the system slowly, or it can kill you, since it is not just as simple as stopping a pill. The court clerk knew I was in the hospital, and someone even called the charge nurse pretending to be my lawyer in order to ensure I was not going to show and do something as horrible as tell the truth. My wife called the clerks office to inform them of my medical situation, but did not go as far as contact Judge Cosby, because honestly, my wife is scared to death of this sexist pig, as she still afraid of him after suffering from his nasty and mean personally sexist and morally demeaning comments made to my wife in open court. Cosby went out of his way to earn his bribery paycheck, just as Citizens bank bought Judge Chupp a house, and Abbott knew it! Hearing notices were hidden from me, yet judgment notices were mailed out, despite the fact that this all violates the Texas Rules of Civil Procedure. Cosby refused to delay the proceedings and held trial anyway, in secret. CNA paid well and Cosby paid off like a one-armed bandit slot machine. Cosby punished me for demanding the truth from scammers and in response to my federally requested corruption test by hitting me while laying in a hospital bed, with the order that I needed to post a **Six-Hundred & Sixty Thousand ($660,000.00)** bond just to proceed forward with the case, and as a final insult to injury to pathological liars posing as my lawyer, I was then declared VEXATIOUS in order for CNA Insurance to silence their already scammed medical crime victim FOREVER!

Of course, the next step was to prove that Cosby did it all on purpose, and that court sanctioned criminal knew exactly what he was doing. This was rather easy, and I proved it in the form of filing devastatingly honest and material evidence packed '*Motion For New Trial*.' This motion should have scared the living crap out of Cosby, **IF HE WAS HONEST!** Did it? Of course not! Cosby not only ignored the motion, COSBY HID THE MOTION PROVING AN ENTIRE SERIES OF FEDERAL CRIMES, AND THAT THE CNA LAWYERS HAD JUST COMMITTED FEDERAL CRIMINAL PERJURY! Cosby then conspired with Tarrant County Chief Clerk Thomas Wilder TO DESTROY THE ENTIRE FILE AND ALL MATERIAL EVIDENCE, MEANS COSBY AND WILDER DESTROYED FEDERAL CRIMINAL MATERIAL EVIDENCE; AND EVERYONE KNOWS IT! ==**ABBOTT…DID…NOTHING!**==

(22) THE DESCRIPTION OF THE CASE THAT NEVER WAS AGAINST BAYLOR SCOTT AND WHITE PURSUANT TO THE CNA INSURANCE BRIBERY OF TEXAS STATE DISTRICT COURT JUDGE DON COSBY AND THE ACTS OF FEDERAL INSURANCE FRAUD AND SEVERE CHILD ABUSE WITH BODILY INJURY COMMITTED BY COSBY

As a direct result and thus spectacular success of the above mentioned corruption test, and despite the fact that this case NEVER EXISTED, THIS DENIED AND CONCEALED CASE IS A SPECTACULAR PIECE OF FEDERAL CRIMINAL MATERIAL EVIDENCE! Judge Cosby was copied the pleading that would have been filed for the severely negligent case of Medical Malpractice that was a direct result of the Burkholderia Cepacia Infection that had JUST COST ME MY LEFT EYE and that CNA had just paid off Cosby to criminally conceal. This was also part of the court file that Cosby criminally conspired with smart-ass Clerk Wilder, who is still pretending that this matter does not exist, and returns each service with a joke. Clerk Wilder and his criminal cohort Cosby belong in a federal prison and should share a cell.

Once the bacteriological infections began to grow in intensity, my own immune system began to fight back, and in the process, began attacking organs within my body. As a result of the rampant infections that almost took my life, the infections triggered a severe case of ocular scleritis, thus ravenously attacking my left eye. Unknown at the time, I was taken to Baylor Scot & White hospital emergency room. The first ER doctor, placed me in the ICU, and issued Morphine for such a severely painful medical infliction. After a few hours, the pain medication wore off and a new shift of ER doctors came on duty. Dr. Melania Chandou pulled back the curtain and began to finally examine me. Dr. Chandou instructed the nurse to go retrieve an eye pressure wand. Turns out that Dr. Chandu had never used an eye pressure wand and actually stood there in front of a patient and began reading the directions and arguing with the nurse on how to operate the medical instrument. This, actually scared me, since this level of medical incompetence, and is a frightening thing when you are laying at the mercy of a doctor who has no idea what she is doing! After fiddling with it for a few minutes, Dr. Chandou jabbed me in the eye a few times, and the pain from her poking at me is utterly indescribable. Doctor Chandou finally got a click out of the devise, and she arrogantly declared it as ZERO. It is actually impossible to receive a ZERO reading on the human eye, pursuant to the fact that the human eyeball maintains a static pressure from around six (6) to thirteen (13) PSI on average. Suddenly and angrily, **Doctor Chandou said I had pinkeye and I was just faking it to score some free dope**. She said it loud enough to humiliatingly be heard by the entire ER/ICU ward. I was discharged, and I was taken to an eye specialist clinic that when Doctor Warren received a seventy-eight (78) PSI reading, he instantly panicked and called for a nurse to bring an emergency kit, and pressure relieving drops. Of course, when I reported this stunning act of medical incompetence it quickly became an act of criminal medical malpractice, and just as expected, the cover-up began. Doctor Chandou was sent off to a hospital up north to hide her from litigation service and after filing a formal medical complaint with the AMA, nothing happened and it was all swept under the rug, then comes the obnoxiously dishonest lawyer, Chief Counsel D. Michael Holt. I contacted Baylor Medical Systems, and of course I was ruthlessly attacked by Holt, and unscrupulous Holt even decided that what was improper settlement from me, and sarcastically decided that I was some sort of scammer, all thanks Holt's smart mouth assessment of the CNA paid for child abuse scam, and now Holt ignores each & every service since Holt knows that a corrupt Cosby covered his ass, and hid the filing from the clerk's office.

## (23) THE FBI, FBI AGENT JOHN DOE-1, FBI AGENT JOHN DOE-2 & TAMERA STARKE CRIMINAL RETALIATORY ABUSE OF POWER '*BIVENS ACTION*' PART – TWO (2)

This simple and vindictive act of retaliation now proves in a spectacularly overwhelming manner of just how corrupt and criminally abusive the Socialist/Liberal '*Deep State'* that maliciously infects the FBI is in all of its offensively insulting form. In the late summer of 2019, our family decided to see if we would qualify for a mortgage and wanted to get an idea as to what the current home values were for the money. We found a house online and the following weekend, as a family, we attended the advertised open house, just to take a look. Keller Williams Real Estate Agent Tamera Starke was supervising the open house that day. When very nosey Ms. Starke began prodding us for who we were and what my wife and I did for a living, Ms. Starke's eyes lit up when she discovered that I wrote for a living. She began telling me about some of her book ideas and I described my upcoming set of novels '*Echoes From The Past*,' that center around a seven thousand (7000) year long tale based upon reincarnation. Tamera was fascinated by the story and the potential of the several hundred publishing concept ideas that I already dedicated into a publishing binder. There was no secret as to how I was struggling to get further materials published due to the bullies at Google and their criminally corrupt leash holders at the Democratic Party. We even discussed how Google had threatened my current publisher during a scam trial and how Google has threatened several publishers since then just to smash me into the dirt to prevent me from ever being able to fight these thieving criminals. Telling Tamera about a few of my book ideas fostered her to want to take control of all potential monetary investments in regards to a publishing company, automotive business, and locating a commercial building to start my own insurance company. Tamera greedily smelled the potential of money.

Once Tamera got to know me over several additional phone conversations that she initiated, Tamera finally revealed that her husband Barry Saling was the actual realtor that she helped out, but in fact Tamera Starke was an extremely liberal college professor in Dallas Texas. That material fact concealed to that point suddenly explained all of the very disturbing comments that became more and more frequent. In actuality, Tamera was a VERY OPINIONATED Liberal Socialist Hard-core leftist college professor, who very much cannot stand conservatives, but her lust for money and personal greed appeared to allow her to marginally tolerate Republicans and conservatives, thus as long as she made a nice buck. The more insulting the comments became, the more annoying Tamera became, to the point she was just plain personally insulting to even speak to. When Tamera called the final time she was insisting that I come out to meet her sales team and make plans for the future, despite the fact I kept insisting that I was extremely busy drafting a legal document in the ongoing fight with Google. When I requested that she not contact me anymore after how hostile Tamera became at our conversation about how convenient it was that each time the Democrats get into political trouble, there is always a mass shooting, and that I was not the only one to notice it. Thus, Tamera became quite angry when I presented the supposition that George Soros was paying shooters to keep the anti-gun Socialists pressing for the Democrats to strip this country of the right to bear arms. The final straw was the insult to one of Tamera's hero's, '*Rules For Radical*' Saul Alinsky, who the Marxists and Socialists love to quote, in the fact that "*Never Let A Crisis Go To Waste*!" Meaning, that Democrats always disgustingly profiteer from murder victims, even when it is children, which makes the Democrats nothing but ghouls and complicit killers, as proven by the Rockline Democrat, FDA, FBI, DOJ approved child abuse and child murder medical fraud scam, that Tamera and I also discussed.

Once Tamera began to screech at me over the phone in response to my less than favorable opinion of her obnoxious politics, Tamera lost her cool and began to lecture me once I told her how Democrats frame political dissidents for the same crimes that Democrats commit, and the next thing is that I would probably be framed as some sort of mass shooter next, since it appeared to be the next Democrat attack on my character. At that point, I requested that Tamera NEVER contact me again, and that I would be filing a grievance with Keller Williams over her highly inappropriate behavior. Apparently, in order to cut me off before I could finalize a formal complaint with corporate Keller Williams Real Estate, Tamera reported me to the FBI, and LIED TO A FEDERAL AGENCY IN CLAIMING THAT I WAS PLANNING A MASS SHOOTING!

A few days later a pair of denim jeans wearing, casually dressed men knocked on my front door. They both claimed to be from the FBI, yet showed no ID, and wore no identifying tags, like a chain badge around the neck, or a belt mounted badge, nothing at all. We had a rather antagonistic conversation at the front door, and once I showed them the same binder containing part of the collection of potential publishable novels, neither man was shocked when I accused Tamera of retaliatory greed. In fact, they were more shocked of how fast I knew that it had to be Tamera who lodged the fraudulent complaint. It began to create a rather hostile argument when the supposedly FBI agents had utterly no concern that someone was abusing their time by committing a federal offense in the filing of a false complaint, since telling a lie to a FBI agent is in fact a federal crime. When the two alleged agents left my property, I went and called the main branch of the FBI, in order to speak to the controlling Special Agent in order to find out who had just accosted me at my front door. The FBI had no record of any agent being dispatched to my home address or even searching by my name, no information was found. I was told they could not have been FBI agents according to my quite detailed description of the fraudsters, yet there was no interest in a follow up to the potential crimes of two (2) men apparently impersonating a federal agent, that is in itself a series of federal crimes. I wrote to Keller Williams to see if they cared about the criminal abuse of the KW name, and their lawyer viciously threatened me.

In August of 2019, I wrote several times directly to FBI Director Christopher Wray after I formally got no response from the Texas branch of the FBI. This matter now proves beyond a shadow of a doubt, that my entire family, have not one single shred of Federal Civil Rights, Constitutional Rights, or even basic Human Rights. FBI Director Wray did not even have the basic decency to contact me or even have anyone from the FBI follow up with some very disturbing crimes, such as the possible fact that a Dallas professor had FBI agents, or even worse, Tamera may have had two (2) college buddies pose as federal agents! This singular aspect of all of the FBI abuses, more succinctly proves on a sickening level, and thus proves now to everyone who reads this nauseatingly history of what seems like the endless series of crimes and criminal abuses approved personally by FBI Director Wray, but more precisely, this proves that Democrats wholly believe that, **DEMOCRATS...ARE...ABOVE...THE...LAW**. As a formal request to the Republican Minority House leadership, when both houses are returned to the people through the impending fall revolution that will take place in the mid-term elections this November, I now request that FBI Director Wray face a full Congressional investigation. I will once again plead formally for a Congressional Special Counsel to be appointed to investigate Democrat Corruption, and the criminal politicization of the FBI, the NSA, and the United States Department of Justice, just after wholly corrupt U.S. Attorney General Merrick Garland is removed from office after a proper accounting to the people.

(24) BRIEF CASE SUMMATION OF THE FAKE CORRUPTION CONTROL FEDERAL
CASE FABRICATED BY FEDERAL ADMINISTRATIVE JUDGE TERRY R. MEANS TO
PROTECT ALL CRIMINAL ABUSERS AND TO PROTECT THE '*SAM-PAM & GARY
SCAM*' FDA CRIMINAL INSURANCE FRAUD AND CHILD ABUSE SCAM THAT THE
DEMOCRATS PLAN ON WEAPONISING FOR CRIMINAL DESTRUCTION PURPOSES

This act of Judicial Misconduct, Judicial Fraud, Retaliatory Strike from the Judicial
Branch of the United States Government, Federal Wire Fraud, Financial Fraud, Federal
Corruption, Federal Criminal Conspiracy, Multiple violations of the Ethical Code for Judicial
Conduct, Federal Insurance Fraud, Protection of Federal Contract Fraud, Protection of Multiple
Counts of Federal Bank Fraud, utterly, and proves without a doubt, that my child FDA Infection
crime victim will NEVER be able to re-file the original product liability insurance fraud scam
pursuant to the fact that she will be the victim of a judicial-opposing counsel federal criminally
conspisative fraud.

The sheer fact that there is currently a standing Federal Criminal Complaint with the
United States Department of Justice over this massive criminal attack from the Judicial Branch
of the United States Government that was enacted to maliciously conceal Democrat Corruption
has been left standing, SHOULD BE CONSIDERED A FEDERAL CONGRESSIONAL
CRIME. Even after exposing this series of federal crimes committed by a pack of no less than
half a dozen federal judges, it is still standing upon the federal court record for all corrupt
unscrupulous attorneys to currently abuse. Every day that this command and control corruption
attack is on the public court record through the Federal Pacer System, THE STATUTE OF
LIMITATIONS FOR FEDERAL CRIMINAL RETALIATION FOR ALL OF THE
IMPENDING DEFENDANTS, IS RENEWED EVERY…SINGLE…DAY!

This attack from the National Democratic Party to conceal Obama through Biden
political corruption is in fact a government political attack, making me a formal political
dissident who is suffering federal socialist global attacks in order to destroy a political dissenter,
and thus wholly justifies my presenting this political oppression to the World Court at The
Hague. Every day the Democrats refuse to remit the politically motivated and retaliatory global
theft of the intentional criminal deprivation of my Copyright by withholding criminal restitution,
the Democrats and corrupt officials at the DOJ & FBI, are just reinforcing my global case to the
Hague for me. By the U.S. government seeking my silence & death, that makes this a war crime.

Attention Democrats, allow me to frame a human rights and global political war against
conservatives and police war crimes pleading that is based around the threat from global socialist
Google enforcers. You deserve to be declared as a global threat, and I will be seeking billions in
compensatory damages from the U.S. Government and specifically the National Democratic
Party, and I hope it truly & honestly leads to the end of the crime ridden bullies and criminal
thugs known as the Democratic Party, as we know it today, post Presidential burglary and all the
accompanying criminal attacks on President Trump that I will be framing out as examples of a
global threat. I can only say, that this is no threat unlike the threats and slanderous attacks that
Democrats have ruined me personally with, but by your own corrupt actions, this matter now
leaves me no other choice, and all impending actions fall back on Democrats. You had Google
strip me of my career, now pay for the crimes, or you leave me no other choice then to act.

(25) FORMAL DOCUMENTATION OF CONTINUING CRIMINAL RETALIATION FROM LIBERTY MUTUAL INS, FARMERS INS., FROZEN FOODS EXPRESS, ALCON LABS & ALL CRIMINALLY COMPLICIT LAWYERS AND THEIR FIRMS DESPITE A PENDING CRIMINAL COMPLAINT WITH THE UNITED STATES DEPARTMENT OF JUSTICE

These series of compressed notices are all about criminally abusive lawyers who knew they were committing a crime, and thus profiteering from known federal crimes, but knew damn well that the courts would help them escape all responsibility. As proven over and over again, not one single lawyer ever had a pang of honesty, and some were so criminally obnoxious and mean, and were so proud of it, they need to be made an example of for all lawyers to follow with an all new Perjury and Material Evidence Doctrine. Please allow me to skip through the scumbag lawyers criminal behavior and criminal activities as briefly as possible with a series of statements from the more heinous criminal abusers of the false conviction scam from Judge Lindsay that Judge Means was so desperate to control and conceal that Means was willing to pretend to be me in order to provide criminal cover and concealment for the brutally corrupt Democrats.

## (A)    Farmer Insurance

There is no more vindictive criminal abuser of the FDA approved medical child abuse fraud than Farmers Insurance. What started as a pair of simple automobile accidents, was abused into a series of federal criminal retaliatory crimes pursuant to Farmers ruthlessly abusing the "*SAM-PAM & GARY SCAM*" in order for former Chief Counsel James Miller to vindictively retaliate. It was serious enough for Farmers to terminate Mr. Miller, but yet Farmers is still hiding behind the federal crimes as a cost saving scam. Some lawyers are so abusive and view themselves as clearly and wholly above the law, they feel that they can do whatever they please, and no court will ever interfere in their belligerent threats, and that abusiveness is on spectacular display through Farmers Insurance, who took a pair of simple No-Fault accidents, and turned them into a series of federal crimes out of anger and mean-spirited vindictiveness from a lawyer.

For example, after **ACCIDENT NUMBER ONE**, that took place on April 24th, 2017, was in fact a Texas State jail felony one the Arlington Texas cell phone ban was violated by a Farmers Insured driver Jaritza Hernandez. Ms. Hernandez works in the same building as my wife, and on the aforementioned date, while leaving work at the end of the day, Ms. Hernandez began speeding across the large parking lot not just texting and driving, a violation of law, but Ms. Hernandez was also talking on the phone! Ms. Hernandez was flying across the parking lot busy in her own little world, and never looked up while speeding across all of the painted pathways. My wife Melissa backed out of her normal parking space, and began to proceed to parking lot exit out to the street. Without ever hitting the brakes or even looking up, Ms. Hernandez slammed into the driver's side door and lower rocker panel, she lifted the far smaller Nissan Cube with her far larger mid-sized SUV, and lifted the little Cube off the ground, almost flipping it over onto its passenger door. My wife was violently thrown clear across the car to the sideways limit of the seat belt that was only designed to stop forward motion, not side to side. Melissa was violently thrown across to the passenger door in where she smashed her skull on the metal upper door sill so hard that she popped a spinal vertebrae in her neck out of position. When a Farmers investigator discovered the Judge Lindsay FDA medical child abuse scam, no less than the Chief Legal Counsel from Farmers, James Miller, called me from California.

Chief Counsel Miller began screaming at me over the phone and insinuated that we were proven scammers, and that is was "*people like us*" that what was wrong about insurance today. Miller was so angry and belligerent to me, he screamed that the windshield was already cracked, and he could prove it, and HE (*not Farmers*) WILL NOT PAY TO REPLACE IT. He became so hostile towards an FDA crime victim framed by Democrats for a crime they committed against my child, Miller assumed far too much. Miller got so personally ugly, he called the body shop, Caliber Collision, and screamed at them not to install a new windshield, in order to vindictively punish me, out of sheer meanness and spite. The manager at Caliber was so embarrassed, Caliber paid for our half of the windshield out of the shop budget, just so they could avoid Chief Counsel Miller's wrath, and to stay out of the middle of it. To this day, Miller has NEVER provided evidence or proven his magical talent for talking to broken windshield's that apparently confide in him and tell him when they broke; thus, Miller is an undeclared '*Windshield Whisperer!*'

Now to make it all far worse, here is **ACCIDENT NUMBER TWO** in where another Farmers Insured driver was cruzing along and scanning both sides of the street searching for a parking space just down from my wife's office building. The couple was looking for a free parking spot in order to avoid paying for parking at the Texas Rangers Ballpark in Arlington, that is just a few blocks from my wife's office building. Too busy to look ahead, this was a simple smash the crap out of the car in front of you since you were not looking where you are going rear-ender! It is just as simple as that. Neither accident was my wife's fault, and this accident whiplashed my wife's head HARD on the steering wheel, pursuant to the fact the air bag does not deploy on rear collisions. This accident took place exactly ninety (90) days to the mark from the previous Farmer's blame game, on or about July 24th, 2017. Of course this whiplash to the spine aggravated the previous injury, and of course, at this point, the harassment from Farmers was then escalated ten (10) fold, then clearly we both needed to be destroyed in order to bully and threaten their way out of now FELONY level texting while driving criminal accident injuries that Ms. Hernandez was wholly guilty of, and that Farmers was determined to avoid one single penny of, no matter how nasty, mean, and vindictive Farmers needed to get, since once they clamped on to the '*SAM-PAM & GARY SCAM*' Farmers was going to disgustingly abuse that federal crime against sick children for all it was financially worth.

**NOW FOR THE FARMERS ACTS OF FEDERAL CRIMINAL RETALIATION,** Farmers knew that my wife had to be bullied and threatened into staying away from the courts, so that Famers could ride out the clock pursuant to the Texas State Accident Injury two (2) year statute of limitations to file suit. The failure with this logic, is the fact that Famers made this into a national attack from several states and thus clearly escalated this matter to a series of federal crimes by maliciously profiteering from a series of federal crimes employed against a federal crime victim. Farmers spent two (2) solid years brutally harassing my wife as she was passed around from one employee to another in order to make it almost impossible to document who made what threat, and what office it came from. **BUT**, of course Farmers took it too far, and invariably shot themselves in the foot. When Farmers mailed documented threats as a response to my complaints that Farmers all over the country were calling my wife a "*Faker*," "Fraudster" and "*INSURANCE SCAMMER*" along with far too many nastier things to list here, Farmers documented these attacks that were mainly coming into Texas from California, and from Oklahoma. This multistate attack ensured that this is indeed a federal criminal retaliatory attack to criminally intimidate an accident victim out of exposing a felony accident injury crime.

This means that Farmers was acting in a criminally belligerent manner, and Farmers was so viciously ruthless, that Farmers even used Cosby and his sexist attacks against my wife, which with all due respect, makes Farmers nothing but criminal trash, by using a sexist pig to scare a four foot ten inch (4'-10") docile female away from the courts, just to cover your own ass out of sheer corporate greed. To prove retaliation, just before the two (2) year statutes were about to expire in 2019, Farmers issued a two (2)-part settlement offer that was a take it or leave it. Since one was tied to the other, both had to be accepted. This stipulation was so that Miller could retaliate, as if Farmers NEVER PAYING ONE RED CENT FOR ALL THE MEDICAL BILLS FOR EITHER ACCIDENT EVER, WAS NOT VINDICTIVE ENOUGH! Farmers offered slightly over ten grand for the second accident, but only a few hundred dollars for the first accident, since Miller threatened that we would never get a penny, so the little tiny pittance of a monetary insult, is so that Miller could punish both of us from California from humiliating Chief Counsel Miller, and thus making a fool out of him. We rejected the personal monetary punishment that DID NOT EVEN COVER ALL OF THE MEDICAL BILLS THAT ARE STILL ONGOING TO THIS DAY. I wrote to the CEO of Farmers to nail him with the criminal culpability, and of course NOTHING was done, and Farmers FIRED MILLER in order to cut ties with the unethical lawyer so that Farmers could distance themselves from the criminal attacks, **yet no truth yet, and they have still never paid a single medical bill!**

## (B)    Frozen Foods Express (FFE) and Alcon Laboratories

This scam cannot appropriately be presented here other than to say this was a well-practiced scam from the very beginning. As my wife was leaving Wells Fargo Bank located on Altamesa Blvd. in Fort Worth, a Frozen Foods Express Tractor (hereinafter FFE) came screaming out of the Alcon Laboratories location located on the opposite side of the divided parkway after dropping off a product laden trailer. The scam was to ensure that a dishonest commercial truck driver would avoid Department of Public Safety (D.P.S.) accident points being tacked onto commercial truck driver Anton Smith's Commercial Driver License (CDL). You have to step back in AWE, of just how deviously corrupt these people are at FFE. By their own actions, this accident manipulation criminal scam to lie to the investigating authorities has clearly been performed many, MANY times before, pursuant to the sheer fact of how well practiced the scumbags at FFE are at lying to the police, and scamming insurance companies by manipulating and thus deviously playing the system, and FFE is far too good at this scam to have been new.

While exiting the bank parking lot my wife looked across the divided parkway to make sure it was clear to proceed. As she crept out into the connecting parkway cross over a tractor came screaming out of the Alcon gate at a very high rate of speed, and continued to accelerate. My wife became hesitant to proceed and she let off the gas to see what this guy was going to do. The tractor began to steer at an angle directly at Melissa's vehicle as the driver was picking up even more speed and looking to his right to judge if he could go screaming into oncoming traffic in order to merge into the parkway without having to come to a stop, as required by law for commercial vehicles. WITHOUT EVER LOOKING TO THE LEFT, the driver smashed down the gas pedal and slammed directly into Melissa's Nissan Rouge that was only four (4) weeks old at the time. The heavy tractor picked up the little Nissan and lifted it off the ground and tossing the little car several yards until the car impacted the curb and slammed down to a stop. The hit was devastating, and this was yet another incompetent driver that never hit the brakes, then lied.

Instead of just letting the system work, the scammers at FFE launched into action, and within minutes began swarming the scene of the commercial motor carrier injury accident, which meant they were committing a series of federal crimes pursuant to the National Commercial Motor Vehicle Transportation Codes. Like angry bees, the FFE criminals began quickly picking up parts and drastically altering the scene of the accident before the Fort Worth Police arrived. They instructed the driver over the radio immediately after he reported the accident to ignore my wife completely, and refuse all contact, and refuse to give her any of the legally required accident info that is required by Texas law that each driver provides at the scene. This fact alone that within seconds FFE is already manipulating the scene of the accident in a radio transmission, means that FFE are professional scammers. When the police arrived, FFE actually lied to the police and claimed that my wife struck the FFE tractor and it was in fact her fault. One of the pair of officers began laughing out loud and said that is a physical impossibility. Later when my wife contacted the officer, he refused to get involved, and told my wife she would have to work it out in the courts. At the same time as FFE was scooping up broken tractor parts off the roadway, their commercial contract frozen food employer/receiver Alcon Laboratories, sent a security guard over to scream at my wife and demand she move her vehicle that came to rest and was blocking the roadway crossover, knowing damn well that he was completely altering the scene of the accident. Due to his uniform, my wife thought he was a cop, and did what she was told. This guard magically disappeared when the REAL POLICE arrived.

The insurance fraud that took place over the next year was a spectacular act of criminal evasion, and is not worth spelling out wholly here in this format. Simply, FFE DID NOT HAVE INSURANCE AT ALL, AND WAS SELF-INSURED, AND THUS LIED ABOUT IT. FFE pretended they had insurance and lied to my wife, who when she got to the hospital, the insurance info was fake, and the hospital refused to treat her for the accident, stabilized her, then sent her home. FFE continued to stall and lie, and even lied about having a lawyer, since one of the office workers had gone to a weekend workshop and was pretending to be the lawyer in charge of the non-existent litigation department, FFE scammed GEICO by ignoring everything, forcing this matter to court, then claiming dismissal pursuant to the negotiation clause. GEICO refused to pay the scammers, and instructed us to sue the crap out of FFE. Of course, as you already guessed, once FFE and their criminal conspirator ALCON who hid material evidence witnesses and destroyed security video that would have proven their contractor FFE lied to the police, FFE then saw the "*SAM-PAM & GARY SCAM*" as a get out of jail free card. This is despite the fact that this massive hit to my wife's spine has now caused permanent spinal damage and permanent hearing loss that is common in spinal injuries. FFE was even sent the X-Rays, and the doctors diagnosis, and of course, FFE is hiding from this, and hiding behind the democrat crimes all while knowing my wife is suffering and needs surgery, and may end up in a wheelchair. Thus is not supposition, this is a CRIMINAL MATERIAL FACT.

As all of the proof that is needed for a federal criminal indictment, when Judge Means filed the act of retaliatory control to protect all of the lowlife criminals such as FFE and Alcon, even after I wrote to the CEO of Alcon and his Chief Legal Counsel, the retaliation is now prosecutable. Bedward and Endicott both need to go to prison, along with the FFE crowd of scammers. Even though the Alcon lawyers new that the Means case was **FAKE**, they could not resist an attempt to criminally profiteer from a Pro Se Litigant hatred attack. The lawyers filed a motion to declare my injured wife as "*Vexatious*' and the material proof is on the court record.

This criminal retaliatory attack case should now be the shinning example for the desperate need to create all new control doctrine for lawyers that implements all new material evidence standards, and all new and very harsh criminal perjury standards. The lawyers at the law firm of Greenburg, Traurig LLP new they were committing a federal crime(s) by tagging onto a fake case that I was not foolish enough to fall into such a sneaky and devious trap. These criminals assume that a Texas State Bar Law License is a license to LIE, Steal, Cheat and commit whatever state or federal crime that they damn well please. When I composed a few '*back in your face'* written responses back to a pack of legal criminals to ensure they know how much trouble they are in, the attack dogs fell silent. Lawyers in todays society are like a dog wandering the street, it will bear its teeth, snap at you, and try to bite you if it thinks it has the advantage, but as soon as the dog knows it has been whipped, it slithers away whimpering with its tail between its legs. In fact, talking about sneaky, FFE and their criminal conspirator ALCON take sneaky and devious to a whole new level of evil. Just think, imagine the lack of mercy and outright meanness it takes to viciously mount a public attack on a small defenseless middle aged woman who is already suffering permanent hearing loss from your legal cruelty, but will more than likely be permanently paralyzed, and the scumbags in your law firm gang up to destroy this suffering accident injury victim by shutting her the hell up permanently with a heartlessly vindictive and viciously cruel vexatious attack, all because a greedy ALCON CEO, and its unscrupulous lawyer, along with federal contractors (*ALCON is a global corporation doing business all over the world*) are far too obnoxiously selfish to ever tell the truth. These are people that lie far too easily, and are just as bad as corrupt Democrats that need to be formally declared a criminal empire, all run by Darth Biden and his SITH Lord Pelosi.

In a closing note that needs to be made, all of the lawyers at ALCON and even the Fake ninety (90) day wonder pretend lawyer Sandee Sportsman at FFE all are well aware that after their deviously dishonest and thus dangerous driver who needs to be taken off the road, my wife's Nissan is worth NOTHING. She cannot trade it in, pursuant to the fact the CARFAX shows the wholly rebuilt and almost totaled Nissan has less value than the trade-in is worth, meaning the junk that FFE and ALCON knows my wife is stuck paying for, is a danger to our kids and grandkids; but, as long as they have lied their way out of this so far, they are content to risk children's lives, all out of pure corporate greed and they should go to prison for it.

### (C)    Liberty Mutual Insurance

This ongoing federal crime is now the sparkling example for the need to have all new federal regulations governing Insurance Companies that I have already suggested and previously outlined to Congress. The Federal Criminal Material Attack Scam that is run by tremendously corrupt lawyer Kieran Leary and his new law firm need to face severe criminal prosecution for such a ruthlessly blatant criminal fraud that is being perpetrated to conceal theft of labor charges across state lines. This began from me foolishly assuming that if I was cordial enough with an Insurance company, that I would in turn be treated with professional respect and human dignity. OH HELL NO! During a freak ice storm in the spring of 2021, a water pipe unknowingly ruptured inside the bathroom wall. Water damage appears to be one of the most destructive and costliest accidents that can happen to a domicile structure. The water traveled through the walls and did damage to books and personal possessions, damaged furniture, all while I was forced to care from my terminally ill mother dying from lung cancer at home with end of life hospice care.

The freak ice storm caught the entire state of Texas off guard, so I wholly understood when I reported the damage claim to Liberty Mutual Insurance, that there were absolutely no adjusters available to handle the claim, or even come out for a claim inspection. After speaking to Paige Levack at length, I was requested to act as my own contractor, and then the scam began. Over the next year, the lies that Mr. Levack told me when he at first assured me that "*I will pay you for your time*" turned out to be a bald-faced lie. Liberty Mutual began harassing the living daylights out of us in order to make us just go away and abandon the claim, that now Liberty Mutual refuses to pay for by mounting a pathetically childish campaign of pretending that I no longer exist. After I spent the better part of a year slogging through the disgusting cleanup process of dealing with filthy, nasty, stinky black mold, I thought that Liberty Mutual would be elated that a job that would have cost well over fifty thousand or more for a professional cleaning and restoration service, that I came in at approximately fourteen grand. Instead of closing the claim, then came demand after demand for more and more evidence and requirements that each hoop I jumped through, there were four more hoops to go, and it never ended until I stopped.

It finally came to the point that my mother passed away on November 10, 2021, and in turn I properly notified Liberty Mutual of her death, pursuant to the transfer of the home owners insurance policy, due to the fact that I was both my mothers '*Power of Attorney*' pursuant to her Alzheimer/Dementia illness, and was in turn appointed executor of her estate. I provided Liberty Mutual a copy of the Texas Death Certificate and proceeded to cancel the far overpriced homeowners policy, that was far too annoying to deal with. Regardless of the legal status, as a form of sheer harassment and vindictiveness, Liberty Mutual REFUSED TO ALLOW ME TO CANCEL THEIR POLICY. The law is quite clear that the executor has control of the estate, and a power of attorney is to make all appropriate legal and financial decisions, BUT THE RULE OF LAW MEANS NOTHING TO LIBERTY MUTUAL INSURANCE. Now, instead of just paying the claim and moving on, Liberty Mutual had their lawyer Kieran Leary manage the campaign of unceasing harassment. This has now escalated far past just federal criminal retaliation after I reported the entire harassment criminal scheme to the U.S. DOJ, who of course did absolutely nothing. Now Liberty Mutual has even sunken to the level of pretending that I no longer exist in this world, so therefore the Texas Felony "*THEFT OF LABOR*" claim, should somehow magically just all go away as they wish upon a star, but now Liberty Mutual Insurance IS HARASSING MY DEAD MOTHER, AND THEIR SCUMBAG LAWYER KNOWS IT, AND IS CULPABLY ALLOWING THE CRIMINAL HARASSMENT TO CONTINUE!

All of you will find these complaints contained upon the included Compact Disc inside each FedEx service packet. Liberty Mutual NEVER CANCELED THE POLICY, and is now pretending my dead mother is still alive in order to childishly pretend that I do not exist, and Mr. Leary needs to be prosecuted to the fullest extent of the law for such a sickening and morally insulting attack using my dead mother against me in such a heartless and greedy attack. The policy was illegally continued after the receipt of a death certificate and now Liberty ran up the costs to over a thousand dollars owed, that will of course be a standing debt, and take on a life of its own and I will be harassed by a non-stop stream of collection agencies for many years to come, and Mr. Leary knows this, and I hope he is eventually disbarred for his vindictive criminal behavior. I have frustratingly tried to be professional about this, but Mr. Leary is just another in a long line of deviously, dishonest, and wholly unscrupulous lawyers that view themselves wholly above the law when a crime victim is too poor to hire overpriced legal counsel to seek the truth.

**(D)    American Motorcycle**

This is proof of how an obnoxiously dishonest salesman can turn a simple contract fraud into a federal crime, and is only worth the briefest of mention. More to the point, this relatively minor crime was manipulated into knowingly profiting from the "*SAM-PAM & GARY SCAM*" and now should be used to shock the daylights out of a jury in order to spell out and show, without a shadow of a doubt, how criminally abusive lawyers are, since once the shop owners lawyer found Internet gold with the Lindsay criminal child abuse scam, the lawyer slammed this matter for all it was worth. This is a relatively simple scam. My son takes his mother into a motorcycle dealership to co-sign on the purchase of a used motorcycle for cheap back and forth to work transportation. Despite what my son was told as to the purchase details on the previous visit, and after our son Toby was told to bring back a parental co-signer, everything changed when they both sat down in a slick willy fast talking carnival barker style sales scammer. The purchase, somehow was slithered into a lease agreement, and neither my wife or son were really aware of when the sales pitch actually changed, since neither one could get a word in edgewise. By the end of the afternoon after a session of relentless sales tactic, my wife apparently thought she was still buying our son a motorcycle, but once she got home, she looked over the papers and realized she had signed a very unrealistic and overpriced lease. I took one look at the motorcycle after my son immediately began having mechanical issues that the shop refused to repair, even though there was supposed to be a mechanical and thus guaranteed warranty, the scam revealed itself. It turned out that it was not even a street legal motor vehicle, and in fact, the motorcycle was actually a very well abused *Full Race Non Legal For Street Use Racing '*Track Bike*!*' The shop had deviously altered the frame, and lied in the sale/lease. The criminal complaint to the D.P.S. resulted in American Motorcycle being cited for abuse of the Texas State Inspection Process, but of course, even that failed to force the truth out of criminals, and now my son pays for a bike he cannot even ride, and sits in the garage waiting for the truth, collecting dust!

**(E)    Google/NSA/FBI/DOJ/Democrats/Nancy Pelosi/President Biden**

Just to make sure all of you are fully aware of how criminally vindictive Google has been, it is now required to add Google into the latest of retaliatory crimes that Google has recently employed in order to strip me of everything, before Google is eventually held responsible for their action, and are finally broken up pursuant to the Federal Sherman Act. This is only inclusive within the acts of retaliation, directly pursuant to the ongoing attacks being mounted by Google/NSA/FBI/DOJ in order to do as much damage as possible to a Google theft crime victim. U.S. Attorney General Merrick Garland is already criminally culpably aware of these massive criminal attacks & Garland now proves by **doing nothing**, that all thefts or retaliatory crimes, are in fact wholly acceptable against US Citizens, as long as they are criminally perpetrated against conservatives and Republicans. My computer has been hacked and hundreds of NON-COPYRIGHTED PUBLISHING CONCEPT OUTLINES have been stolen, meaning my entire life's work has been stolen, as a result of the criminal campaign to conceal Democrat Corruption and to silence a Federal Whistleblower crime victim. A special prosecutor needs to address this issue that has even resulted in Google vindictively purchasing my life and our family dream, out of spite and sheer meanness, to strip me of everything. We as a Democrat crime victim family, now demand that Congress order the assignment of the property deed to the Fairfield Ranch property in Fairfield Texas, that in fact A.G. Garland is already culpably aware.

(26) FORMAL NOTICE OF CRIMINAL CULPABILITY TO IMPENDING DEFENDANTS
TEXAS GOVERNOR ABBOTT, TEXAS AG PAXTON, & FORMER GOVERNOR PERRY

To Texas Attorney General Ken Paxton,

As the alleged "*Top Cop*" in Texas, I am serving you this notice that I now formally
request you pass along to former Texas Governor Rick Perry. Perry obnoxiously excused then
Texas AG Abbott's provable federal criminal behavior contained upon a federal court record.
This was pursuant to the fact that I was a Pro Se Litigant, thus I got what I deserved. This proved
to Senator Coburn as to how discriminatory and outright abusive both the Texas courts and the
federal courts were to any poor soul that is forced and or manipulated by a criminally devious
lawyer into becoming a Pro Se Litigant. The push to charge and prosecute all of you and put you
in prison ended with the death of Oklahoma Senator Coburn the year before the 2016 election.
Tom was a Medical Doctor and then a politician, unlike corrupt lawyers that become politicians
out of the thirst for power and greed. Tom was horrified by how the FDA was stonewalling me
and refusing to answer for all of the misery and death that FDA protected Rockline was able to
get away with, and is still getting away with to this day. Still, the FDA has yet to answer my
F.O.I.A. from 2014 that the FDA lashed out in writing thus provable. Half a decade later when I
refused to abandon my F.O.I.A. request, the story suddenly changed and the FDA lied their way
out of answering by fraudulently claiming that it had already been answered, and that lie is still
being pressed onward by now no less than Seven (7) FDA Commissioners to date.

Judy Lacker was there in the very beginning that panicky and angrily desperate
Democrats are latching onto. At the law firm of then, McLean Sanders Head Price & Ellis, when
Judy went into Dan Foster's office and stole files from her boss's credenza to sneak out of the
firm and improperly pass on to fired firm runner Marcia Morgan to show to coke snorting Judge
Altaris, Judy was there when the river of sewage began to flow. Then, when Judy went to work
for the City of Fort Worth, after getting fired from McLean Sanders, and after Judy spotted my
very unusual and rare last name, she saw her chance to abuse another legal position, and she
coached then City Prosecutor Melanie Houston (*who is disgustingly now a Judge since you failed
to act*) to conspire with Judge Reyes (*who was disgustingly allowed to retire unscathed because
you failed to act*). Your criminal negligence of failing to hold Governor Abbott responsible for
aiding Judge Chupp to openly lie to a United States Federal District court in Northern District
that has a egregious track record of Pro Se Litigant Discrimination, thus this is why Gary Elliston
enlisted his buddy the Judge to strip me of my lawyer and force me to take over the case.

When Two (2) Everman police officers stopped by my home when they saw my
workshop door open, they needed to get off their chest the fact that Detective Steele later
confessed that he had taken the money since he knew he was sick, and wanted to leave
something behind for his family. So that piece of human trash finally confessed for selling out
my child to such criminals who used it against me like bribed Judge Chupp, who also destroyed
material evidence, and bribed Judge Cosby, who conspired with smart ass County Clerk Wilder
and also destroyed federal criminal material evidence, then there is you AG Paxton who refuses
to do your job due to rancid politics, that you are not only just as guilty but in a father's eyes of a
sick child, that makes you, Perry, and Abbott worse than Cosby and Chupp who have at least
been allowed to laugh in my face and slander me thanks to your acts of criminal protectionism.

Along with Tarrant County D.A. Sharen Wilson and Police Chief Spencer who knew Detective Steele had been bribed to destroy the material evidence file by CNA Insurance lawyers, who later bribed Cosby to punish me into submission and silence while I was lying in a hospital bed. But, this will all come out to a federal jury for the intention of thoroughly disgusting the jury into showing why I was scammed by Gary and his buddy the Judge, so that NAZI run Rockline could destroy an infection victim little girl and her family with your help through your nauseating indifference to the truth and the rule of law. The fact that Perry, Abbott and now you are Republican, and back then it would have been highly embarrassing for the Republican party to answer for such rampant corruption, was the only stumbling block of the "*Good Ole Fashion House Cleaning*" that Tom was planning when he became ill. I find it rather disgusting that politics regularly trumps greed and dishonesty, but now that I am forced to go it alone since every lawyer has chickened out from a case that lawyers see as a career ender, only due to the fact that Judicial Retaliation is a way of life in the modern court system, a system that people like you protect by not taking action, and exactly why I will do this as a system changing David & Goliath struggle to expose just how corruptively broken the system is, and it is time someone had the guts to stand up to legal double standards. With all due respect, I will see all of you explain yourselves on the witness stand.

### (27) FORMAL NOTICE OF MATERIAL PROOF TO FORMER PRESIDENT DONALD J. TRUMP THAT THE FBI IS INDEED RUN BY CORRUPT '*DEEP STATE*' DEMOCRATS

To Former President Donald J. Trump,

As I have previously stated, time disseminates all lies and this cannot be accentuated any clearer than the monstrous lie that was the '*Russia Hoax*' fabricated by perjurous Hillary and her '*Deep State'* cronies at the FBI and the DOJ. The fact that Hillary is unable to offer any form of public apology and is still, in fact, sporting her supercilious and contemptuous arrogance in the matter. The imminent federal corruption case against the Democratic party as a corruptive whole, will in fact succinctly define the devious criminal nature of the criminal entity that the Democrats have created and will in fact, prove you Sir, correct to the history books. The Democrat Operative Thugs that were sent to my home laughed out loud when I retorted with a '*Deep State*" claim that infects the DOJ and the FBI, but there was no denial, only a sarcastic and thus caustic sneer that proclaimed the long-held ownership of both agencies. This case is going to prove this '*Deep State'* infestation that has ferociously stripped me of more than three (3) decades of my life once I made the Democrats "*Shit List*" back in the 1980's as venerated by the Democrat thugs in the middle of my living room standing there face to face with tyranny.

Another political point that this case could in fact effect the Democrats plan to destroy and remake this entire country into their global Socialist Utopia, is the Democrats plotting, planning, and scheming on how to flip Texas Blue. What I can now wonderfully retort to that corrupt absurdity that is Beto O'Rourke, is the rather inconvenient fact that Texas was BLUE for a great many years. When a campaign of '*Deep State*' FBI providing rather devious criminal protection for wholly corrupt "*Southern Democrats,*" Texas was in fact BLUE, and was run by spectacularly corrupt Democrats. Respectfully, Beto is in need of a Blue corruption history lesson. With the lawless attack on your private residence, this now supports my claim that the Democrats are a criminally abusive threat to the entire globe and they need to be stopped.

A crucial point that needs to be excoriated with the World Court, is that when Democrats encourage socialist political thugs, supported by a corrupt state media, to murder police officers for Democrat political gain in the forming of a nationalist KGB style socialist enforcement agency that answer only to Democrats, then these are political crimes against humanity, as supported by historical assertion. This material factual assessment is mathematically sound, directly pursuant that half of the United States of America are conservative Republicans, and the "*other half*" of the United States population are now clearly lying, cheating and scheming their way around the Constitutional governance of the United States of America to kill and threaten their way into wholly destroying the opposing political party, i.e.; the Republican party, THUS these are globally effective political crimes that are currently being perpetrated up the entire nation, and thus the entire globe, by lawless and criminally abusive Democrats and are maliciously abusing the power, prestige, and the legal sanctity of the United States of America for the venomous need for political power to, by defacto, to control the entire world by seizing the most powerful nation on the planet and the most influential member of the United Nations.

THIS IS A GLOBAL CRIME THAT WAS JUST RE-AFFIRMED BY THE LAWLESS CRIMINAL TRESPASS AND CRIMINAL BURGLARY OF YOUR PRIVATE RESIDENCE AT MAR-A-LAGO IN FLORIDA. This is the same level global crime and the Democrats ordering global Google to commit computer crimes and hack a private citizen in order to steal my life's work, and to strip a private citizen of the financial ability to fight back. This is wholly parallel to the viciously vindictive and criminally manipulative Democrats attempting to criminalize your political power and hold on the conservative cry to stop these criminals before they destroy the entire country. These are global political crimes, and I now beg for assistance from the entire Republican party to declare the Democrats as an organized political weapon and thus a factor of organized crime (*pursuant to the federal R.I.C.O. ACT*).

There is no longer any doubt that the Democrats are not just destroying the United States of America as we know it in order to take permanent control over it, one only has to be fearful of the eighty-seven thousand (87,000) all new armed Federal Agents that will in fact weaponize the Federal Internal Revenue Service out of pure Socialist greed and the lust for power. This would create a culture of fear and intimidation that my family is already living through as a direct result of my decade and a half long attempt to expose corrupt Democrats. The Democratic National Party are using the global reach of Google and expanding the IRS as a political terroristic threat just as the Weimar Republic did in the nineteen thirties (1930's) with the creation of the '*Brown Shirts*' that later became the NAZI political party, and the United States is terrifyingly headed down that very same path of brutality and political dictatorship. As has been well vetted throughout history, sometimes it takes just one political dissident screaming from the dark in order to bring about much needed change. I hope to be that voice out of the dark in order to stop the Democrats from destroying the two hundred and forty-six (246) year long political experiment that is the United States of America. Now that the Democrats have crossed the line of political decorum in an attempt to criminalize a former United States President that was already scammed out of office through criminal level voting fraud and manipulation, the path is now clear for your needed return to the Presidency in order to no less than save the American way of life. I humbly offer my services and I will be proceeding forward with my demand for justice for my entire family and the struggle to break up Google, as we know it, and strip the criminally abusive media of all protections, and thus I am at your service, the Honorable Donald J. Trump.

(28) FORMAL FEDERAL CIVIL LITIGATION NOTICE TO THE DEMOCRATIC NATIONAL PARTY THROUGH DEMOCRATIC COMMITTEE CHAIRMAN HARRISON

Just as in the last three (3) decades, I expect utterly nothing to come from this formal and what should be history changing complaint from such corrupt Democrat controlled agencies as the DOJ and the FBI. I am only serving you, Chairman Harrison, this prophetic prediction that no matter how long it takes I will track down who all of you disgustingly corrupt Dems sent to my home to put the "*Fear of God Into You! (*Me*)*" I look forward to your deposition and especially your time on the witness stand, so that all the world can see just what a threat the Democrats are to this entire planet, and all of you criminals need to be classified as such! The Democrats should have instructed Google to pay the criminal restitution for the ordered theft and intentional criminal deprivation of my Copyright and the Dems act of retaliatory criminal castigation of poverty from Democrats in order to bully and force me into silence through corruption and financial punishment through the Democrat ordered theft of my work product. At this point in time the who, what, and why the thugs were sent to threaten and intimidate me out of presenting decades of Democrat corruption and back-door criminal behavior to our federal courts, then the World Court or even who the thugs were, is utterly irrelevant. More importantly that the Democrat operatives who were sent to barge into my home for an in-your-face meeting that was meant to avoid all material evidence proof of the threat of retaliation is what the devious act now proves. Democrats have always been sneaky, devious and underhanded in their unquenchable thirst for power, but now with blatant Socialist Democrats who are willing to destroy this country to remake it in their own utopian image by attempting to brand all conservatives as '*racists*' in order to keep all of us fighting amongst ourselves while the Democrats take over at all costs, is destined to fail. This is now comparable to Nancy Pelosi bullying Obama-Care down our throats in order for Democrats to take over the healthcare system for the first step in the eventual massive power grab to control and remake the entire country, with "*You have to pass the bill to know what is in the bill!*" Now in hindsight, this Pelosi doctrine now proves why some people need to stand up to this criminal organization of thugs (R.I.C.O.) and prove to the world just how dangerous these criminals are, now that A.G. Garland's silence on the computer crimes to steal my entire life's work is wholly acceptable to the Democratic Criminal Empire, since the theft is being acceptably perpetrated upon a Conservative.

When Democrats lie publically, you mount blistering attacks on anyone who questions those acts of media fraud, yet time continually proves out those lies just as all lies eventually fade with time. This dishonesty factor now applies to my case in a spectacular manner with my being painted as some sort of conspiracy theory kook when I complained about the FDA providing criminal cover for Rockline Industries as previously addressed in the Sentinel Online Journal Article. Now after no less than seven (7) FDA Directors lying their way out of answering my December 2014 F.O.I.A., time has proven me correct, as in all lies that Democrats insult the rest of us with. Rockline took full advantage of the FDA/FBI & DOJ '*Deep State*' cover, and greedily continued to cut corners on cleaning their filthy machinery, threatening employees into silence, and concealing bacteriological test results as now proven by more than half a dozen FDA National Safety Recalls inflicted on innocent victims of Democrat corruption. If you quit before the fall elections as you have stated Mr. Harrison, you are still going to answer on the stand for all the crimes that you have sat culpably silent through since being contacted over this criminal campaign of belligerence that viciously stripped my little girl of her entire childhood.

Chairman Harrison, there is a crucial miscalculation that the Democrats are making and that was revealed by your two (2) Democrat Operative Criminal Thugs. Back in the late 1980's, when I was being scammed by massively corrupt Johnson County criminals in full support of the FBI that you should have already read about, was a point I waited to make, JUST FOR YOU. At the time, I could not understand as to WHY the FBI was covering for the Johnson County federal crimes? Then once your thugs played out the entire rehearsed argument, something from the past all of a sudden revisited me and finally made spectacular sense. The Johnson County R.I.C.O. organized crime syndicate crew, were SOUTHERN DEMOCRATS! The fact that I was not attentive to politics back then, it made no sense; but the fact that the DOJ and FBI PROTECT CORRUPT DEMOCRATS TO THIS DAY, now it all makes sense. AND, it is provable in a court of law. Back then I wrote complaint letters to wholly corrupt Democrat Texas Governor Ann Richards, along with notoriously corrupt Democrat Attorney General Jim Mattox. I wrote to multiple other corrupt Democrats at that time, and of course, prosecuting Democrats, no matter how criminally corrupt, was an intolerable notion to the FBI/DOJ then, and the FBI/DOJ now. Just Remember Chairman Harrison, all of you corrupt Democrats created the need for this FBI criminal complaint that is only being presented in order to document this matter after all of you are thrown out of office and the damage to the country is erased. The Democrats created this situation by sending thugs to my home to insult me and threaten me with a '*this is an in your face meeting in order to warn you of the consequences of messing with us any further.*" In a closing thought Mr. Harrison, the truly disgusting irony to how Democrats obsessively and dishonestly rewrite history in order to conceal past criminal behavior, such as the Democrat founding of the Klu Klux Klan, is that the very same Democrats declared "*evil empire of the USSR*" from the 1980's, is now the Socialist Utopia model of absolute power and control, and the Democrats are foaming at the mouth to change this country into! After all, absolute power…corrupts absolutely! I will see you in court Chairman Harrison.

## (29) FORMAL REQUEST TO IMPENDING SPEAKER OF THE HOUSE MITCH MCCONNELL FOR THE APPOINTMENT OF SPECIAL COUNSEL TO INVESTIGATE DEMOCRAT CORRUPTION AND PRESIDENT BIDEN'S CRIMES & MISDEMEANORS

Minority Speaker McConnell,

The Democrats have now overplayed their hand in sending Democrat Operative thugs to threaten me out of my involvement in the upcoming fall midterm elections by violating the sanctity of my home that in fact threatens my family as a whole. The crime ridden Democrat acts of criminal desperation needs to be addressed by the United States Government before the Democrats convert this country into one large Russian Gulag by cheating their way through the fall elections that will flip control over both houses, and that is exactly what terrifies them into lashing out at the Obama corruption truth. Only Guilty People Lash Out In Retaliatory Strikes To Threaten Their Detractors In Order To Conceal The Truth From The Voting Public. This Historical Proof Is Wholly Pursuant To The Fact That Innocent People Have Nothing To Hide, & Are Not Afraid Of The Truth. This is the final demand to the United States Government to remit the criminal restitution for the Democrat ordered United States Government/Military/NSA Spying Contractor Google Criminal Theft of my global Copyright and the Intentional Criminal Deprivation Value of the Full Fifty Years of My Copyright Globally for a million clicks a year for the entire fifty (50) years totaling = **$899,070,000.00,** To be remitted immediately.

Therefore, in a final plea before this matter is now forced to the courts that will no doubt expose how Republicans stood on the sidelines and did nothing to stop the ferocious personal attacks, the civil rights attacks, Constitutional violations, and human rights atrocities through court sponsored '*officer of the court*' smear campaigns. The Avdeef family now implores you to hold disgustingly corrupt Democrats responsible for their actions and let the chips fall where they may. This is also the final plea for the criminal restitution of the massive career ending federal government/Google Copyright theft scam and a final plea for the United States Congress to grant the Avdeef family the Fairfield Texas Ranch property in order to right that wrong perpetrated by a nauseatingly corrupt Democratic Party that should now be declared a '*Clear and Present Danger*' to the sanctity and well being of the United States of America, and the globe.

THE SOLE INTENTION OF THE DRAFTING OF THIS CRIMINAL COMPLAINT WAS TO PROVE ONCE AND FOR ALL THROUGH THE ACT OF WAITING AND WORKING FOR TEN (10) FULL WEEKS TO PROVE THAT WHEN IT COMES TO THE CRIMINALITY OF THE BIDEN ADMINISTRATION IN REGARDS TO CRIMES COMMITTED AGAINST REPUBLICANS & CONSERVATIVES AND TO SHOW THE ENTIRE NATION THE ACTUAL REASON BEHIND WHY THE CRIME RIDDEN DEMS WANT TO DEFUND THE POLICE BY PROVING THE BIDEN DOJ CRIMINALS WILL DO ABSOLUTELY;

# NOTHING!

### (30) CLOSING AND FINAL ANGRY LEGAL POINTS

FINAL FEDERAL CIVIL LITIGATION NOTICE TO ALL IMPENDING DEFENDANTS.

WE ARE DRAFTING AN ALL NEW PLEADING THAT NOW INCLUDES ACTS OF DEMOCRAT FEDERAL CRIMINAL RETALIATION BY AND THROUGH MATERIAL THREATS, COMPUTER CRIMES, AND BODILY HARM, AS RAPIDLY AS POSSIBLE. THIS IS PURSUANT TO BELLIGERENTLY OBLIQUE THREATS OF IMPRISONMENT AND/OR MURDER, AS SPITEFULLY ALLUDED TO BY DISPATCHED AND ARMED DEMOCRAT OPERATIVES SENT TO IMPART FEAR, ANXIETY AND HORROR TO CRIME VICTIMS. JUST REMEMBER THE DEMOCRATS, FDA, DOJ, ROCKLINE, CNA, TEXAS GOVERNOR ABBOTT, AND TEXAS AG PAXTON, AND ALL THE OTHER CRIMINAL ABUSERS CHOSE THIS FIGHT AND MALICIOUSLY ALLOWED MY FAMILY TO SUFFER TO COVER UP AND CONCEAL THEIR OWN CRIMINAL BEHAVIOR. THIS MATTER BEGAN SITTING ACROSS THE TABLE FROM FBI SPECIAL AGENT JAMES B. LAMB, AND THE FBI HAS BEEN THERE DURING THE COMMISSION OF EACH OF POSSIBLY OVER A ONE HUNDRED (100) STATE AND FEDERAL CRIMES, AND NOW THIS MATTER WILL CULMINATE WITH FBI DIRECTOR WRAY TAKING RESPONSIBILITY FOR DECADES OF CULPABLE FBI MISCONDUCT AND CRIMINAL INDIFFERENCE TO THE RULE OF LAW AND BASIC HUMAN RIGHTS.

THEREFORE,

IN A FINAL ANGRY POINT BEFORE ALL OF YOU FORCING THIS MATTER TO A VERY PUBLIC FEDERAL AND INTERNATIONAL COURTROOMS, THE POINT SHOULD BE MADE NOT ONLY DO MYSELF AND MY FAMILY HAVE LESS RIGHTS THAN ALL OF BIDENS' ILLEGAL IMMIGRANTS FLOODING THE COUNTRY TO FABRICATE NEW DEMOCRATS IN ORDER TO OVERWHELM THE HARD WORKING VOTING POPULATION IN ORDER TO CHEAT THROUGH ALL OF THE ELECTIONS, IF YOU HARM, INJURE, TORTURE, OR KILL AN ANIMAL, THEN YOU WILL GO TO JAIL.

# <u>THIS MEANS THAT MY FAMILY AND MYSELF HAVE FEWER RIGHTS THAN ANIMALS.</u>

EACH UNSCRUPULOUSLY ABUSIVE LOWLIFE LAWYER AND CORPORATE CRIMINAL IS A CHILD ABUSER FOR WHAT YOU HAVE DONE TO MY LITTLE GIRL. THIS MEANS THAT EACH AND EVERY ONE OF YOU ARE ALL CHILD AND SENIOR CITIZEN KILLERS FOR WHAT ALL OF YOU KNOWINGLY ALLOWED ROCKLINE, THE FDA, CNA, DOJ, FBI & DEMOCRATS TO INFLICT ON ALL OF US OUT OF SELFISH RAMPANT CORPORATE GREED. EACH AND EVERY ABUSER BELONGS IN PRISON! COVID IS NOT THE ONLY DISEASE TO BE SAVAGELY MANIPULATED AND ABUSED BY GREEDY DEMOCRATS, CRIMINAL OVERLORD DARTH BIDEN & SITH PELOSI & THE CRIME RIDDEN DEMOCRATS HAVE WEAPONIZED POVERTY & SUFFERING TO OBTAIN POWER AND CONTROL OVER SURFS DENIED THEIR OWN HISTORY AS YOU CONVERT THE USA INTO A GLOBAL WEAPON OF POWER.

ONE LEGAL ISSUE FOR YOU TO CONSIDER FBI DIRECTOR WRAY, IS THAT BOTH GOOGLE AND ROCKLINE ARE GLOBAL COMPANIES, AND THUS EFFECT THE ENTIRE PLANET. WHAT THIS MEANS, IS WHEN POLITICAL MEGA DONORS GIVE ENOUGH MONEY TO THE DEMOCRATIC PARTY, THEN YOU CAN SICKEN, MAIME, AND KILL AS MANY CHILDREN AND SENIOR CITIZENS THAT YOU DAMN WELL PLEASE. THE FACT THAT SEVEN (7) FDA DIRECTORS HAVE PROVIDED CRIMINAL COVER PROVES THIS, AND NOW, THE GOVERNMENT'S REFUSAL TO REMIT CRIMINAL COPYRIGHT THEFT RESTITUTION WHOLLY GRANTS THE GLOBAL COURT JURISDICTIONAL AUTHORITY TO DEAL WITH GOOGLE, THE DEMOCRATS, & ROCKLINE WHO EVEN SELL PRODUCTS IN CHINA, THUS…**A GLOBAL THREAT**.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Regards,

Stephen & Melissa Avdeef
1000 Kelley Drive
Fort Worth Texas 76140-3618
Cell: 817-564-3888

Stephen Matthew Avdeef, Hard Copy Signature
*Electronic Signature  /s/  Stephen Matthew Avdeef*
smatavdeef@yahoo.com   sci_writer@hotmail.com

**<u>CC: To all previously served known criminal conspirators & Insurance Fraud Child Abusers</u>**

Formal Documentation To The Federal Bureau of Investigation of In Person Democrat Retaliation Committed By Unknown Federal Agents                    84

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights-Constitutional Abusers of the 'SAM & GARY SCAM' Pursuant to the Democratic Parties Refusal to Criminally Prosecute or Pursue an Impeachment Demand Pursuant to the Democratic Parties Criminal Involvement & Direct Criminal Culpability in both Texas & Federal Crimes **

Monday February 28th, 2022, 180 Days From Service To Speaker of the House Nancy Pelosi

**_The Ultimate Proof Is Time Itself, As All Crimes Are Eventually Revealed._**

RE: FORMAL DOCUMENTATION OF SPEAKER OF THE HOUSE NANCY PELOSI AND THE UNITED STATES DEPARTMENT OF JUSTICE THROUGH MERRICK GARLAND REFUSAL TO ANSWER IN REGARDS TO THE DOCUMENTED CRIMINAL BEHAVIOR OF FORMER VICE PRESIDENT, AND CURRENT DEMOCRAT PRESIDENT JOE BIDEN, THE DEMOCRATIC PARTY, MILITARY CONTRACTOR GOOGLE, THE FBI, FDA, NSA, & DOJ, CRIMINALLY CONSPIRATIVE RETALIATION ATTACK FROM THE JUDICIAL BRANCH OF THE UNITED STATES GOVERNMENT AND SOCIALIST PROTECTED CRIMINAL ABUSERS

Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'    1

**Proof of Service To The Top Thirty-Eight (38) Impending Federal Civil Defendants**

(1) Attorney General Merrick Garland, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20543-0001          Service: Via FedEx # 7761 3152 1383

(2) Dallas Federal District Court, Judge Sam A. Lindsay, USDC No. 3, 1100 Commerce St., Suite 1544, Dallas, Texas 75242          Service: Via FedEx # 7761 3176 0857

(3) Fort Worth Federal District Court, Sr. District Judge Terry R. Means, 501 W. 10th Street, Room 502, Fort Worth, Texas 76102          Service Via FedEx # 7761 3195 7992

(4) Fort Worth Federal District Court, Judge Reed O'Connor, 501 W. 10th Street, Room 201, Fort Worth, Texas 76102          Service Via FedEx # 7761 3208 9316

(5) Fort Worth Federal District Court, Sr. District Judge John H. McBryde, 501 W. 10th Street, Room 402, Fort Worth, Texas 76102          Service Via FedEx # 7761 3220 8190

(6) Fort Worth Federal District Court, Judge Mark T. Pittman, 501 W. 10th Street, Room 401, Fort Worth, Texas 76102          Service Via FedEx # 7761 3271 1329

(7) Chief Judge Barbara M.G. Lynn, Federal Judicial Northern District, 1100 Commerce Street, Room 1572, Dallas Texas 75242-1003          Service Via FedEx # 7761 3283 7480

(8) Chief Judge Priscilla R. Owen, Fifth Circuit Court of Appeals, 600 S. Maestri Place, Suite 115, New Orleans, Louisiana 70130          Service Via FedEx # 7761 3325 6143

(9) The Honorable John Roberts, Chief Justice, Supreme Court of the United States, One First Street NE, Washington, DC 20543          Service: Via FedEx # 7761 3341 7027

(10) Texas Attorney General Ken Paxton, Office of the Attorney General, 300 W. 15th Street, Austin, Texas 78701          Service: Via FedEx # 7761 3362 9508

(11) Texas Governor Greg Abbott, Office of the Governor, State Insurance Building, 1100 San Jacinto, Austin Texas 78701          Service: Via FedEx # 7761 3582 4916

(12) Former Texas Governor Rick Perry, ADDRESS UNKNOWN AT THIS TIME, Austin Texas 78701          Service: Via FedEx # 0000 0000 0000

(13) City of Fort Worth, Mayor Maddie Parker & Email Service to all other Criminal Actors, 200 Texas St., Fort Worth, Texas 76102          Service: Via FedEx # 7761 3837 1490

(14) Judge Don Cosby, 67th District Court, 100 North Calhoun Street, 4th Floor, Fort Worth, Texas 76196          Service: Via FedEx # 8126 0820 2620

(15) Judge John Chupp, 141st District Court, 100 North Calhoun Street, 3rd Floor, Fort Worth, Texas 76196          Service: Via FedEx # 8126 0820 2619

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil*          2
*Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*

(16) Tarrant County District Clerk, Thomas A. Wilder, 100 North Calhoun Street, Fort Worth, Texas 76196                                        Service: Via FedEx # 8126 0820 2608

(17) Tarrant County District Attorney Sharen Wilson, 401 W. Belknap Street, Fort Worth, Texas 76196                                        Service: Via FedEx # 8126 0820 2593

(18) Everman Police Chief C.W. Spencer, 404 W. Enon Avenue, Everman, Texas 76140
                                        Service: Via FedEx # 8126 0820 2582

(19) Rockline Industries, Randy Rudolph, CEO, 4343 South Taylor Drive, Sheboygan, Wisconsin 53081                                        Service: Via FedEx # 8126 0820 2571

(20) Sam's Club, Kathryn McLay, President & CEO, 2101 SE Simple Savings Drive, Bentonville, Arkansas 72716                                        Service: Via FedEx # 8126 0820 2560

(21) CNA/Hartford Insurance Former Chief Legal Counsel Michael W. Kazan, c/o Grippo & Elden, 111 S. Wacker Dr., Ste. 5100, Chicago, IL 60606   Service: Via FedEx # 8026 0820 2550

(22) CNA/Hartford Insurance Former Chief Legal Counsel Greta A. Matzen, 188 Inverness Dr. West, Suite 600, Englewood, Colorado 80112          Service: Via FedEx # 8126 0820 2549

(23) CNA Insurance, CEO Dino Robusto, 151 N. Franklin Street, Floor 9, Chicago, Illinois 60613                                        Service: Via FedEx # 8126 0820 2538

(24) DeHay & Elliston LLP, Attention: Gary Elliston, 3500 Bank of America Plaza, 901 Main Street, Dallas, Texas 75202                                        Service: Via FedEx # 8126 0820 2733

(25) Patrick W. Powers, Powers Taylor LLP, 5445 La Sierra Drive, Suite 300, Dallas, Texas 75231                                        Service: Via FedEx # 8126 0820 2722

(26) Texas State District Court Judge Gena Slaughter, 191st District Court, 600 Commerce St., 7th Floor New Tower, Dallas, Texas 75202          Service: Via FedEx # 8126 0820 2711

(27) U.S. Gov./NSA Contractor Google Alphabet Inc., Chief Legal Counsel Kent Walker, 1600 Amphitheatre Parkway, Mountain View, CA 94043  Service: Via FedEx # 8126 0820 2700

(28) Farmers Ins, Jeffrey Hathaway, SVP Head of Claims, 6301 Owensmouth Ave, Woodland Hills, CA 91367 for James Miller, Former Chief Counsel  Service: Via FedEx # 8126 0820 2696

(29) D. Michael Holt, Vice President & General Counsel, Baylor Scott & White Health, 2401 S. 31st Street, MS-20-D642,Temple, Texas 76508          Service: Via FedEx # 8126 0820 2685

(30) S. Russell Stubbs, President & CEO, Frozen Foods Express, 3400 Stonewall Dr., Lancaster, Texas 75134                                        Service: Via FedEx # 8126 0820 2674

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*                3

(31) Alcon Laboratories, David Endicott, CEO, 6201 South Freeway, Fort Worth, Texas 76134
Service: Via FedEx # 8126 0820 2663

(32) Former CNA Chief Legal Counsel Scott Weber, c/o Richard F. Hans, DLA Piper LLP, 1251 Avenue of the Americas, New York, NY 10020    Service: Via FedEx # 8126 0820 2652

(33) Shawn K. Brady, Brady Law Firm/Collection Agency, 6351 Preston Road, Suite 160, Frisco, Texas 75034    Service: Via FedEx # 8126 0820 2641

(34) Kevan Lawlor, CEO, NSF International HQ, in c/o Alan Perlman, Business Development Director of Consumer Brands & Retailer Services, 789 N. Dixboro Road, Ann Arbor, Michigan 48105 (Former Technical Director-Rockline Industries)    Service: Via FedEx # 8126 0820 2630

(35) Justin Jenkins, BC Davenport LLC, 105 5th Ave. South, Ste. 375, Minneapolis, MN 55401 (Former Lead Counsel for Nuvell Financial)    Service: Via FedEx # 8126 0820 2516

(36) The Royal Bank of Scotland/Citizens Bank, Attorney Jadd Masso, 901 Main St., Suite 6000, Dallas, Texas 75202    Service: Via FedEx # 8124 1053 0600

(37) Linda James (Fake Doc. Examiner), Advanced Document & Handwriting Examination Services 3024 Princeton Drive, Plano, Texas 75075    Service: Via FedEx # 8124 1053 0596

(38) Peyton Healey, c/o Hedrick Kring Bailey PLLC, 1700 Pacific Avenue, Suite 4650, Dallas, Texas 75201    Service: Via FedEx # 8124 1053 0585

## *Formal Professional Courtesy Notice to NON-LITIGANTS*

(1) President Donald J. Trump, The Mar-A-Lago Club, 1100 S. Ocean Blvd., Palm Beach, Florida 33480    FedEx Service # 8124 1053 0574

(2) Congressman Kevin McCarthy, Minority Leader of the U.S. House of Representatives, 2468 Rayburn House Office Building, Washington DC 20515    FedEx Service # 8124 1053 0563

(3) United States Senator Mitch McConnell, 317 Russell Senate Office Building, Washington DC 20510    FedEx Service # 8124 1053 0552

(4) United States Senator Josh Hawley, 212 Russell Senate Office Building, Washington DC 20510    FedEx Service # 8124 1053 0541

(5) The Honorable Sean D. Jordan, Paul Brown United States Courthouse, 101 East Pecan Street, Room 216, Sherman, Texas 75090    FedEx Service # 8124 1053 0530

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*    4

TABLE OF CONTENTS                    PAGE #

**\*Subject Number One (1)\*** ………………………………………………………………… 7

OPENING STATEMENT OF FEDERAL CIVIL ACTION AND CRIMINAL RESTITUTION


**\*Subject Number Two (2)\*** …………………………………………………………………..8

NOTICE OF CRIMINAL DEPRIVATION OF RIGHTS AGAINST PRO SE LITIGANTS


**\*Subject Number Three (3)** …………………………………………………………………..9

FEDERAL CIVIL LITIGATION NOTICE TO THE UNITED STATES GOVERNMENT


**\*Subject Number Four (4)\*** …………………………………………………………………..10

PROSECUTABLE CAPITAL CRIMES PERPETRATED UNDER '*ACTS OF CONGRESS*'


**\*Subject Number Five (5)\***…………………………………………………………………11

LITIGATION NOTICE TO NORTHERN DISTRICT CHIEF JUDGE BARBARA M.G. LYNN


**\*Subject Number Six (6)\*** …………………………………………………………………..11

LITIGATION NOTICE TO THE U.S. FIFTH CIR COA CHIEF JUDGE PRISCILLA R OWEN


**\*Subject Number Seven (7)\***…………………………………………………………………..12

LITIGATION NOTICE TO TEXAS GOVERNOR GREG ABBOTT & THE STATE OF TX


**\*Subject Number Eight (8)\*** …………………………………………………………………..13

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*    5

CURRENT GOOGLE RETALIATORY REPORT TO THE HONORABLE SEAN JORDAN
**Subject Number Nine (9)*** ………………………………………………………….13-15

SPECIAL NOTICE TO CO-CREATORS OF THE '*SAM & GARY SCAM'* - SAM'S CLUB


**Subject Number Ten (10)*** …………………………………………………………..16-30

CASE SUMMATION AND SOUGHT LEGAL PRECEDENTS FOR PRO SE LITIGANTS


**Subject Number Eleven (11)*** …………………………………………………………..30

PROVABLE JUDICIAL MISCONDUCT AND DEMOCRAT FEDERAL HATE CRIMES


**Subject Number Twelve (12)*** …………………………………………………………31-32

LITIGATION NOTICE TO THE **FINAL** CRIMINAL ABUSER LIBERTY MUTUAL INS.


**Subject Number Thirteen (13)*** …………………………………………………………...32

LITIGATION DELAYS BEGGED FOR FROM ELECTED MEMBERS OF THE U.S. GOV.


**Subject Number Fourteen (14)*** …………………………………………………………..33

FORMAL PROFESSIONAL COURTESY NOTICE TO NON-LITIGANTS


**Subject Number Fifteen (15)*** …………………………………………………………34

IMPENDING FEDERAL JURY'S POTENTIAL VICTIM'S IMPACT STATEMENT


**Subject Number Sixteen (16)*** …………………………………………………………...35-36

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*   6

NOTICE OF FEDERAL BIVENS ACTION, INS. FRAUD AND FRAUD UPON THE COURT

### *Subject Number One (1)*

### OPENING STATEMENT

After several years of delays and failed promises from dishonest and selfish politicians that culminated in a criminal retaliatory attack from the deep state controlled judicial branch of the United States government perpetrated by Federal Senior Judge Terry R. Means in order to conceal Federal Criminal Deprivation of Rights against a created Pro Se litigant by and through Criminal Malice, Fraud, Court Rigging, '*Fraud Upon The Court,*' and Hate Crime Human Rights Discrimination by all other federally conspirative judges and to maliciously provide blanket protection for all politically corrupt Socialist Democrats beginning with Obama and all of their corporate criminal abusers to now be properly addressed in United States Federal District Court. In turn, the United States Federal Government, the Democratic Party as a whole along with United States Government Military Contractor Google will be sued as one corrupt entity for the global theft of my Copyright and Intellectual Property at the **WORLD COURT IN THE HAGUE** through a Barrister in London to ensure that Google will no longer be protected by corrupt Democrats and the '*deep state*' members of the swamp will have no unethical control.

The bulk of the Defendants service list above were served a twenty-one (21) page notice of intent to finally drag all of the criminal abusers into a court of law approximately ten (10) months ago at approximately the beginning of April, 2021. It would be a quite logical assumption to postulate that most of you foolishly assumed that I was never going to follow through or that I had somehow just propagated yet another angry letter to my family's criminal abusers from your complete lack of telling the truth. Now that incorrect assumption from such a ruthless pack of pathologically devious liars by and through packs of criminally unscrupulous lawyers is now coming back to revisit every single one of you impending corporate Defendants. Therefore, the now appropriate venue for this matter along with moving this legal challenge to another Federal District outside of the provenly corrupt Northern District in order to obtain a proper change of venue, now the next logical step is one of a global nature due to the criminally abusive global power of Google that the Democrats employ against all dissenters.

The aforementioned twenty-one (21) page warning from approximately ten (10) months ago that most of you saw as another excuse to withhold the truth from the courts, the letter had a huge impact, and changed…**EVERYTHING!** Once Federal Administrative Judge Terry R. Means went into a belligerent panic over the fact that the '*SAM & GARY SCAM*' that Judge Means risked his bench over to cover and conceal to protect not only the highly inappropriate criminal relationship between Federal Judge '*SAM*' Lindsay & criminally unscrupulous lawyer '*GARY*' Elliston of DeHay & Elliston, if I was allowed to file in another federal district, then the acts of Judge Shopping, Federal Hate Crimes, Constitutional/Civil Rights Crimes through Criminal Deprivation of Rights along with no less than five (5) Federal Judges conspiring to fix a series of Federal Litigation Cases to punish and retaliate against a PRO-SE Litigant, would all be terrifyingly exposed to the entire nation, therefore the Judicial Branch of the United States Government went on the attack and criminally retaliated against a judicial fraud victim, and now that attack has become a permanent record on the Federal PACER system, and has already been

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*     7

criminally abused, and therefore this matter is no longer any form of allegation, directly pursuant to the material fact that innocent people do not retaliate, only the guilty will risk all to retaliate!

**\*Subject Number Two (2)\***

**UNITED STATES GOVERNMENT, UNITED STATES FEDERAL COURTS, TEXAS STATE COURT, AND TEXAS STATE GOVERNMENT SANCTIONED PRO SE LITIGANT HATE CRIMES, RETALIATORY CRIMINAL DEPRIVATION OF FEDERAL/CONSTITUTIONAL CIVIL RIGHTS AND HUMAN RIGHTS VIOLATIONS**

# I AM NOT A PRO SE LITIGANT BY CHOICE

For those of you nauseatingly, dishonest, and pathetically unscrupulous lawyers who knew all too well that what you were doing was not just wrong, but criminally wrong. Lawyers who counted on savagely abusing the courts long held and well known vitriolic hatred of Pro Se Litigants, this legal vehicle will be stressing the fact to the United States Federal Courts to install all new Federal Civil Rights Protections for Pro Se Litigants so this never happens to another family. Almost every single judge and lawyer over the last decade and a half have sarcastically noted on how a Pro Se Litigant has a fool for a client, and the courts have heavy handedly made it overwhelmingly clear that Pro Se Litigants are NEVER to be believed over a lawyer, and thus a Pro Se Litigant's word and honesty means absolutely nothing when compared to a lawyer, EVEN WHEN THE LAWYER IS CLEARLY PERJURING THEMSELVES, and every single court to date has treated Pro Se Litigants as a putridly irritating, INSULT TO THE COURT.

For those of you lawyers and corporate CEO's being served here that view the rule of law or the United States Constitution to have been a constant irritant towards your corporate GREED, THE UNITED STATES CONSTITUTION GUARANTEES ACCESS TO THE COURTS! At this point I should not have to quote long standing federal case authority, since this fundamental fact is at the basis of this great nation, but after a decade and a half of being ruthlessly and PROVABLY scammed by both lawyers and the willing participants in the form of the courts, it is time to spell out the entire '*SAM & GARY SCAM*' from the founding, all the way to the final impending criminal abuse clearly being planned by Liberty Mutual Insurance. Ultimately, this matter is actually one of a global nature as to the fact that the Internet is not just in the United States, and when Google chooses to create algorithms to slander and defame anyone ordered destroyed by ruthless Socialist Democrats, and thus that attack is one of a global nature; therefore, it is now clear that this planetary matter wholly belongs in the World Court.

The timing of this matter is no coincidence that a nobody citizen who was forced to represent himself when his lawyer was bought off, and then turned on a child victim, and stabbed her in the back by going to work for opposing counsel and revealing privileged work product in order to scam me out of my lawyer, just as a corrupt lawyer did by duping our corrupt lawyer Patrick W. Powers into sticking it to my child. The timing has been several years in the calculation, for maximum effect. The struggle against the mighty Google as the Socialist Enforcement wing of the treasonous Democratic party who are out to fundamentally change this country, currently by their own admission. Meaning that all discovery from this case will be

posted upon former President Trump's new social platform, with the sole intention of exposing how far the Democrats have taken their acts of personal destruction and belligerent retaliation to silence my family for the entire nation to consider in the upcoming mid-term fall elections.

**\*Subject Number Three (3)\***

FORMAL SERVICE OF LITIGATION NOTICE TO UNITED STATES GOVERNMENT, THE NATIONAL DEMOCRATIC PARTY, INDIVIDUALLY THE PRESIDENT OF THE UNITED STATES JOE BIDEN, INDIVIDUALLY SPEAKER OF THE HOUSE NANCY PELOSI, THE NSA, FDA, FBI, AND THE DOJ BY THROUGH PROPER REGISTERED SERVICE UPON UNITED STATES ATORNEY GENERAL MERICK GARLAND

Attorney General Garland,

Listing out what the United States Department of Justice finds criminally acceptable behavior being currently perpetrated upon Conservatives and Republicans in this current service notice would be utterly futile. Those facts are now for a United States Federal Court in the next forty-five (45) days, the next Congress this fall, the next President of the United States once Biden has been replaced, and for the World Court in The Hague to decide. The Democrats currently issuing belligerent threats to pack the Supreme Court now illustrates to the entire world as to just how corrupt the Democratic party truly is, and that the Democrats are currently attempting to destroy the independent sovereignty of the entire federal court system, in a clearly devious plan to do whatever it takes to cheat to win…at any cost strategy.

This matter began back in the 2008 when Democrats were still lying to the entire nation about being Socialist and thus branding anyone who claimed as such, was nailed publically as a conspiracy theory kook. As the DOJ is already aware, when my complaint to then Dallas DOJ head Saldana failed to have any effect, I proceeded up the chain of command to then AG Holder, and ***THEN***, the Democrat retaliation and destruction campaign began. Once the Democrats realized that Google was already stealing and republishing my Copyright as Socialists, (***see 2007 Google 'Full View' criminal material evidence already in possession of the DOJ***) then Holder himself elevated this matter to criminal retaliation propagated by and through the United States Government. The DOJ has already been made culpably aware of the severe global retaliation actions now being employed against a criminal complainant, and the DOJ's refusal to take appropriate action, now makes the DOJ just as guilty as the Judicial Branch and the United States Government as a whole. The mere fact that Google search algorithms present the Federal Criminal Retaliatory Attack of Judge Means Fake Litigation/Federal Wire Fraud, et.al that has been inappropriately allowed to remain and searchable and thus case quotable reference material within the Federal PACER system, and has already been used by criminal abusers in a retaliatory attack, now requires that I present this matter to a court outside the jurisdictional authority of the United States of America, and court that corrupt Democrats have no political control over.

Therefore, until Democrats face future prosecution for their federal criminal behavior that I plan on forcibly exposing in the impending federal litigation after years of delays from self-serving politicians, please consider this formal written notice that the Avdeef family will be filing suit against the United States Government and all other criminal abusers served here.

Furthermore, if the DOJ fails to resolve this federal criminal theft matter of recitation within ten (10) calendar days from service to you AG Garland, then I will file suit globally in The Hague.

**FORMAL CRIMINAL RESTITUTION DEMAND FOR $899,072,000.00 TO THE DOJ.**
**\*Subject Number Four (4)\***

PROSECUTABLE CAPITAL CRIMES PERPETRATED UNDER '*ACTS OF CONGRESS*'

Each and every time a new FDA Director provides criminal concealment for Rockline Industries and CNA Insurance in regards to a FDA National Safety Recall that is empowered by Congressional Act to control private and public corporations during the tenure of an infection outbreak, is in fact a new '*Act of Congress*.' What this means, is each and every time I wrote to a series of FDA Directors, beginning with Obama FDA Appointee FDA Director Dr. Hamburg, the federal criminal statute of limitations is renewed directly pursuant to the federal criminal conspiracy to silence an FDA minor child crime victim and that child's entire cross-infected family.

Each and every time the "*SAM & GARY SCAM*" is criminally abused for financial, civil litigation prevention, and profit by and through corporate greed, such as when Sam's Club sat back and remained criminally silent during the launch of the "*SAM & GARY SCAM*" it violates an '*Act of Congress*' and Sam's Club should be prosecuted for it

Each and every time the Democratic Party has United States Government NSA Spying Contractor Google retaliate on a *DAILY BASIS*, with every set of slanderous search results written with clear and malicious criminal intent, then Google and the Democratic Party as a whole are guilty of violating an, '*Act of Congress*'…every…single…day!

Each and every time Rockline Industries cuts corners in the anti-bacterial cleaning of their filthy manufacturing machinery and thus lie and conceal positive bacteriological test results from retailers and consumers through now more than HALF A DOZEN FDA NATIONAL SAFETY RECALL INFECTION NOTICES, INCLUDING AMAZINGLY A SECOND BURKHOLDERIA CEPACIA RECALL, it violates an '*Act of Congress.*' Therefore, Rockline should not only be federally prosecuted for national criminally abusive behavior, but Rockline should be seized by federal safety regulators and liquidated to create a victims assistance fund.

Each and every time the United States Department of Justice looks the other way and thus allows Rockline to continue their acts of criminally abusive behavior, or when the FBI destroys criminal material evidence of U.S. Contractor Google stealing an FDA crime victims means of making a living, then the DOJ and the FBI, and even the NSA needs to be collectively prosecuted for their collective criminal violations of an '*Act of Congress*.'

Each and every time that Speaker of the House Nancy Pelosi ignores, and therefore, condones retaliatory criminal acts perpetrated upon an FDA and U.S. Government Contractor Google crime victim[s] per direct instructions from President Joe Biden by and through a blatant case of '*Crimes and Misdemeanors*' in order to prevent the exposure of Democrat Political Corruption, it is a clear and politically abusive violation of an '*Act of Congress*.'

Each and every time both upper and lower chambers of the U.S. Government allow the Speaker of the House Pelosi to provide criminal protection to the President of the United States by and through the concealment of Impeachable offenses, it violates an act of '*Act of Congress.*'

**\*Subject Number Five (5)\***

## LITIGATION NOTICE BEING SERVED TO IMPENDING DEFENDANT CHIEF JUDGE OF THE FEDERAL NORTHERN DISTRICT - CHIEF JUDGE BARBARA M.G. LYNN

Your Honor, you are now the criminal lynchpin to this litigation directly pursuant that you will be taking the stand to formally explain to the federal jury as to the extremely long list of judicially acceptable federal and even state crimes that are perfectly acceptable to the entire court system, as you have already personally proven for me. Your testimony will further spell out the utter vitriolic hatred that is not only allowed to be perpetrated by the courts against any and all Pro Se Litigants, but also literate as to how extensively the courts are allowed to commit any and all acts of retaliation, even if those retaliatory acts are taken outside the jurisdictional authority of the court and even if those crimes provide cover and concealment of child abuse and hiding dead children crime victims, AS LONG AS THOSE RETALIATORY CRIMES ARE COMMITTED AGAINST A PRO SE LITIGANT, AS NOW PROVEN BY YOUR HONOR.

I previously copied you the Federal Criminal Complaint against Judge Means' Federal Criminal Retaliation Act in order to ensure that you were made criminally culpably aware of the criminally conspirative act perpetrated by chief protector of the '*SAM & GARY SCAM*,' Fort Worth Division Senior Judge Terry R. Means, who ironically, just as almost all of my family's criminal abusers, I have never even met the man. Most true criminals are unable to look their victims in the eyes, and are wholly incapable of ever telling the truth, and that was the exact reason for making you criminally aware of the federal crimes that this pack of criminally conspirative judges are committing, since we all wholly expected you would do exactly what you have already done, and that is ABSOLUTELY NOTHING.

We all knew you would look the other way when it came to the court sanctioned standard corruptive practice of destroying and humiliating any and all Pro Se Litigants, and those acts of Federal Criminal Deprivation of Rights were in fact a wholly acceptable and wholly consistent standard practice within the entire federal court system, and that the United States Constitution offers no protection for a Pro Se Litigant, and that a Pro Se Litigant even fails to enjoy even basic human rights, as your lack of action has now proven beyond a shadow of a doubt.

**\*Subject Number Six (6)\***

## LITIGATION NOTICE BEING SERVED TO CHIEF JUDGE OF THE UNITED STATES FIFTH CIRCUIT COURT OF APPEALS CHIEF JUDGE PRISCILLA R. OWEN

To The Honorable Chief Judge Owen,

This notice is simple and straight to the point to inform Your Honor that you will be called to the stand in order to explain to the jury as to how the four (4) federal litigations were

ever allowed to pass through an appellate filter that is supposed to correct legal errors, improprieties, and injustices, or even outright judicial bias. From every single outside observer who has contacted me over the years as in lawyers, law professors, and dozens of members of the publishing industry, view all of the cases as "*Judicial Misconduct, Fraud & Hate Crimes.*"
**\*Subject Number Seven (7)\***

LITIGATION NOTICE BEING SERVED UPON TEXAS GOVERNOR GREG ABBOTT AS CURRENT GOVERNOR, AND IN TEXAS GOVERNOR ABBOTT'S CAPACITY AS FORMER TEXAS ATTORNEY GENERAL AND ABUSER OF THE '*SAM & GARY SCAM'*

It should now be noted in here Governor Abbott that you and Paxton are personally the **ONLY** reason that this unplanned last angry warning letter was even drafted, instead of just filing suit on all of you and let the jury work out your collective and severely abusive criminality last March after your service of the twenty-one (21) page notice dated one year ago today, March 19, 2021. While hoping that the aforementioned letter would trigger a documentable and usable act of retaliation just as all of the politicians watching were predicting, when Judge Means launched a blistering retaliatory attack to desperately keep control over his long time protection and curator of the "*SAM & GARY SCAM*," no one expected that turn of events. Once all allegations against half a dozen federal judges and federal magistrates melted away and solidified into a rock solid set of federal retaliatory financial and wire fraud crimes waged to control the narrative of a federal criminal judicial and corruption conspiracy that is now on permanent display on the federal PACER SYSTEM FOR ALL THE WORLD TO FIND AND ABUSE, despite the fact that no less than three (3) federal criminal complaints to the Department of Justice are still pending to "*CURE*" the Means criminal acts. Judge Means' act of desperation triggered a year long methodically planned response to work backwards up the food chain.

In the course of several consultations with elected federal officials both past and present who have tracked and advised in this now well known massive case of federal corruption that spans the entire United States Government from the criminally complicit FDA all the way through the NSA right past the FBI, and lands directly on the front stoop of the Whitehouse itself. Both you, Governor Abbott and AG Paxton, have been copied the demands for the truth and the criminal complaints over the prior year that were immediately requested once Judge Means pulled the retaliation trigger, in order to promptly begin working my way backwards up the chain of command until the ultimate criminal protector of the "*SAM & GARY SCAM*" was exposed for now THE WORLD COURT AT THE HAGUE TO CONSIDER THE GLOBAL CRIMES THAT DEMOCRATS ORDERED GOOGLE TO INFLICT ON THE PLANET BY NO OTHER THAN HEAD OF THE FEDERAL CRIMINAL CONSPIRACY, PRESIDENT JOE BIDEN. Over the same year, the very same panic set in that began when I filed a complaint about Governor Perry and Texas AG Abbott over the Chupp bribery scam. Within days, elected officials began whining, nagging and begging me to drop this matter entirely in order to protect Republican Red State Texas. Both GOP and even a few Democrats are worried that they will be chastised publicly for letting this series of long term FDA protected Rockline/CNA crimes kill and maime children for decades, as they all looked the other way. With all due respect, it may be the wisest of actions for you as a Governor facing the severe public impugning of your previous record as Attorney General of Texas to take drastic and corrective action against the aforementioned criminal perpetrators that maliciously and viciously stripped my child of any and

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil    12
Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*

all medical care that should have led to her untimely death. Your corruption is about to create another corrupt judge in the form of former Mayor Price who justified her entire half a decade long criminal civil rights violations in order to bully and threaten me into silence by Mayor Price informing her staff that you would never do anything to any of them. **This letter is your TEST!**

### *Subject Number Eight (8)*

<u>CURRENT GOOGLE RETALIATORY REPORT TO THE HONORABLE SEAN JORDAN</u>

Your Honor, to be respectfully straight to the point, it now appears that United States Government and Military Spy Contractor Google in their capacity as the brutally ruthless criminal enforcement arm of the Democratic Party, Google, has now been emboldened by the current Biden Administration as now wholly and entirely above the law. My previous complaints to this court about Google creating search algorithms to promote the very same federal criminal acts that Google not only criminally abused and personally profited from, but the series of federal crimes that Google actively participated in, now pale in comparison to how Google is openly retaliating with a global slander and smear campaign and are now drawing personal blood by actively promoting the "*SAM & GARY SCAM*" by and through promoting the Judge Means attack through Google search engines, despite the fact that Google is culpably aware that not only is the Means matter an entire series of federal crimes, Google is well aware that they are all crimes that Google financially profited from, improperly promoted, and that Google personally propagated all of these criminal acts.

THIS is why a Barrister in London has patiently waited for years now for this matter to escalate to the level of global exposure. This is directly pursuant to the fact that now Your Honor can clearly see that Anti-Trust Violating Google is not just a threat to the basic sanctity of the United States of America, but more to the fact, that Anti-Trust Violating Google is indeed a global criminal threat as they steal American Copyright and American Intellectual Property and maliciously distribute stolen materials outside the Jurisdictional Authority of the United States, as we are about to prove to the HAGUE, who will now be able to address how the Democratic Party and Google are one singular cohesive criminal threat to the entire globe, and they both need to be treated as such, and dealt with on a global scale. If it pleases Your Honor, I would now thank you for your time and patience in this matter with a Father of a minor child crime victim that never expected this level of dishonesty and corruption, and as that Google crime victim, I would like to once again extend Your Honor the offer for myself to testify as a criminal witness who is able to deliver a devastating impact statement to the court.

### *Subject Number Nine (9)*

**SPECIAL NOTICE TO CO-CREATORS OF THE '*SAM & GARY SCAM*' - SAM'S CLUB**

CEO Kathryn McLay

The '*SAM & GARY SCAM*' would have NEVER been possible if it were not for the absolute ruthlessly cruel criminal malice already displayed by Sam's Club Legal Department, and Sam's Club CEO Doug McMillon and Sam's Legal Department Lawyer Miguel Rivera. What now needs to be presented to a jury, and actually should be the subject of federal criminal

prosecution, is when Sam's Club bailed off of the original product liability case just over a decade ago that I was forced to file after two (2) years of my child being forced to suffer at the hands of the former NAZI and the founder of Rockline and their criminal conspirator CNA Insurance, Sam's club was aware of the scam being launched.

Sam's may have had a legal right in placing the recall blame on a negligent product supplier of the infected wipes, BUT Sam's knew the run numbers before the court were **FAKE**, and Sam's remained criminally silent. Therefore, directly pursuant to the Federal Penal Code, Sam's Club/Wal-Mart criminally allowed the "*SAM & GARY SCAM*" to be launched and thus displayed criminal indifference to the death and maliciously inflicted misery of children and ill senior citizens, and Sam's should now face prosecution. Sam's bailing off the case was not the only opportunity for Sam's to fail to tell the truth even after I wrote multiple times to the Sam's Legal Department and to more than one (1) Sam's CEO. Sam's club knew of the child abuse medical scam through Rockline suborning perjury of an expert witness with fake run numbers in order to create a pro se litigant, lie their way out of paying a loss of income claim, strip a family of infection victims of their lawyer, bribe the victims lawyer to work for opposing counsel and reveal work product privileged materials to blackmail the family of infection victims and thus cruelly and maliciously allowed a sick child to possibly die for blackmail and extortion purposes to fulfill the threat issued from CNA Insurance Tony Romas to blame from my child's possible death, thus Sam's has still…**never revealed the true run numbers…to…this…day!**

## SIXTEEN (16) YEARS LATER AND SAM'S STILL REFUSES TO TELL THE TRUTH!

Withholding material evidence of a federal crime from a United States Federal District Court that is both Civil and Criminal, IS A FEDERAL CRIME IN ITSELF. Criminal Perjury by and through intentional omission and concealment, is a serious federal crime, and is in fact a series of federal crimes that Sam's Club should now be charged and prosecuted for. Furthermore, Sam's should be charged as a criminal accessory in the injury and death of every child and senior citizen that Rockline has maliciously concealed from the United States Government with the full criminally complicit cooperation and full criminal assistance of the Federal Food and Drug Administration from Dr. Hamburg to present.

THIS is why every single FDA Director from Dr. Hamburg until today, has lied their way out of answering my still pending F.O.I.A and has yet to answer a single one of the thirty-five (35) questions from 2014 until now, even the DOJ has refused to obtain the answers to the F.O.I.A for an entire year now. Sam's Club Legal Department knew damn well that their supplier was victimizing children and senior citizens, and each time I begged for them to tell the truth and bring an end to the lying scam that I suspected, but could not prove. A jury should now show Sam's Club the same mercy Sam's showed my child and my entire family of infection victims that were infected by a Sam's Club product, with Sam's name on the box.

There is actually a disgustingly simple reason as to '*WHY*' Rockline hired such repulsively dishonest lawyers at DeHay & Elliston that belong in a federal prison and that Democrats have been protecting. During one of the many trips to Cook Children's Hospital and U.N.T. hospital due to a recurring medical mystery that has perplexed a countless series of doctors for several months. In the very same several month timeframe in where I was forced to abandon my European Book Tour that was going to debut my Mars novel through a 'New

Authors' book tour being hosted by the former Virgin Megastores all across Europe. In the interest of being there to save my toddler's life, I missed my book tour while standing at the foot of my little girl's hospital bed while discussing the medical mystery that I was being told was going to eventually take her life.

**At the very same time**, Rockline was bullyingly, screaming, and belligerently threatening all of its employees to remain silent and compliant in order to conceal that the former NAZI CEO Ralph Rudolph had been cutting corners and not cleaning the manufacturing machines, lying to retailers, and faking bacteriological test results. NOW you can understand the origin of the ruthless child killing scam, that each and every one of you have sickeningly clambered on to in order to profit financially by avoiding a court judgment or to even pay my wife's hospital bills that is a yet another criminal subject.

I am going to ask you a simple question in front of the jury, Sam's Club CEO Kathryn McLay.

# What if this had been your little girl?

Sam's Club lawyers had to have known at the time that DeHay & Elliston was faking the run numbers in the original Product Liability Case, directly pursuant to the fact that only Sam's Club defective product purchasers would have been the only customers to have received the FDA order Federal Safety Recall Notice, as per Sam's Clubs own computer records. I of course argued this point, but Pro Se Litigants, created or voluntary, are not allowed to be correct, or are especially forbidden from embarrassing the court.

**What this means is that Sam's stood by for years and knew the truth the entire time from the fall of 2006 until the summer of 2014 until the FDA F.O.I.A. revelation stunned everyone involved, including politicians at the time that the FDA knew all along that the Product Run Numbers were FAKED, Perlman LIED and this can be proven directly pursuant to the fact that DeHay & Elliston CRIMINALLY SUBORNED PERJURY of Expert Witness Alan Perlman in a SWORN affidavit, and the basis of summary Judgment!**

Sam's may have had a technical legal right to escape the product liability case but Sam's DID NOT HAVE THE RIGHT to lie to a federal court through the intentional and criminal concealment of federal FDA National Safety Recall data and violate federal congressional mandates in sitting back and watching, and thus wholly allowing the Greedy NAZI at Rockline, DeHay & Elliston, Gary Elliston, CNA Insurance, and Judge Sam Lindsay all criminally conspire to launch the '*SAM & GARY SCAM*'. From the fall of 2006 while my toddler was laying in a hospital bed with a mystery infection/illness while at the same time Rockline's founding NAZI was threatening employees into silence, through 2008 while the '*SAM & GARY SCAM*' was being launched to destroy all child and senior victims to when the DOJ began covering for the FDA knowingly concealing criminally malicious behavior at Rockline that was so obviously disgusting, that even the media addressed in a Sentinel Online Journal article, yet the FDA or the federal government did absolutely nothing and looked the other way instead so that corrupt Obama officials were able to walk away unscathed with no political controversies. Sam's club should be prosecuted for criminal culpability, and each child's death due to criminal indifference needs to be publicly accounted for after a nationwide search for victims is

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*    15

performed that Sam's should pay for after Rockline Industries and CNA/Hartford Insurance is seized and liquidated as perpetual criminal abusers and a threat to this nation. Just remember CEO Kathryn McLay I did not choose this path, by default and corporate greed, Sam's Club chose this path for me while your legal department sat back and DID NOTHING! Enough anger?

**\*Subject Number Ten (10)\***

<u>CASE SUMMATION AND LEGAL PRECEDENTS THAT WILL BE SOUGHT IN ORDER TO MAKE THIS CIVIL ACTION A BENCHMARK OF CASE AUTHORITY FOR PRO SE LITIGANTS RIGHTS WITH ALL NEW PROTECTIONS, REINFORCE THE PUBLIC'S CONSTITUTIONAL ACCESS TO THE COURTS, NEW PERJURY AND EVIDENTIARY RESTRICTIONS ON LAWYERS AND JUDGES, AND SET FORTH DRASTIC REFORMS FOR DEEP STATE POLITICAL CORRUPTION FROM THE STATE TO THE PRESIDENCY</u>

To All Impending Federal Civil Litigation Defendants & Their Legal Counsel,

Criminals often mistake the timeframe of statute of limitations in regards to when their own crimes were committed as to when they are time barred and when in fact the criminals and their criminally complicit legal counsel were able to slither away unscathed at that previous point. The problem often occurs when they miscalculate when the crimes actually '*accrue*' or when the ACTS OF RETALIATION '*cease and desist*' and thus when the actual prosecutorial and civil litigation clock actually begins to toll. In this long-term criminal abuse case, some of you have become quite nasty, mean and vindictively vulgar in your personal threats. It has now become wholly relevant to address this issue, and even attach this document as an inclusive material evidence exhibit to the case application file in the World Court at the Hague in order to address the global public issue that Google legally bases the theft of Copyright and IP Protected materials with severe and malicious '*Criminal Intent*.'

The Hague only addresses global issues and that have global governance and effect the global economy as a whole. Thus, when United States Government / Military / NSA Spying Contractor Google being ordered by the national Democratic party to destroy a political dissenter in order to silence a federal whistleblower in order to protect Obama era corruption that is still being perpetrated to this day by corrupt Democrats, and the fact that Google republishes and redistributes stolen Copyright and Intellectual property in servers all over the planet to avoid the jurisdictional authority of the United States, and all for a massive monetary profit, is a global issue. THIS MAKES THIS A PERFECT CASE FOR THE HAGUE TO ADDRESS AND PUT GOOGLE IN THEIR PLACE ONCE AND FOR ALL ON A GLOBAL SCALE JUST IN CASE CORRUPT DEMOCRATS ARE ABLE TO MANIPULATE THE FEDERAL COURTS.

This public service will also prove, absolutely, unequivocally and beyond a shadow of a doubt, that Google views themselves as not just '*above the law*' but in fact, Google dangerously views themselves, **AS...THE...LAW**, as now proven by their interference in the last political election process. Now that unscrupulous  '*Officers of the Court*' are making personal threats not based in law, therefore, let us be clear now.

Directly Pursuant to:  <u>28 U.S. Code § 1658 - Time limitations on the commencement of civil actions arising under Acts of Congress,</u>

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*          16

(a)      Except as otherwise provided by law, a civil action arising under an Act of Congress enacted after the date of the enactment of this section may not be commenced later that 4 years after the cause of action accrues.

When a Member of Congress Issues a direct Order to a United States Citizen in the interest of the rule of law with the implicit intent to expose federal government corruption and thus request a formal '*Corruption Test*' to wholly prove those allegations of corruption to obtain prosecutorial material evidence, that is in fact considered an '*Act of Congress.*' Thus, as a publicly and duly elected member of Congress, that person[s], are therefore legally direct representatives of the United States Government. There is a long-standing series of federal cases in where this very '*Cause of Action*' is fully supported, even in '*Bivens.' Furthermore,* Federal Judge Means Retaliation attack for corruption control and concealment control of Judicial Misconduct and a Federal Criminal Conspiracy to protect the "*SAM & GARY SCAM*" from national exposure perpetrated by the Judicial Branch of the United States Government is still being abused to this day and every single day on a searchable global scale thus global crimes that the United States Federal Statute of Limitations has yet to toll!

### *The Legal Definition of ACCRUE:*

> *'As Cause of Action the facts that give a person a right to judicial relief, usually accrues on the date that the injury to the Plaintiff is sustained. When the injury is not readily discoverable, the cause of action accrues when the Plaintiff in fact discovers the injury. This occurs frequently in case of __Fraud__ or __Malpractice__. A woman, for example, has an appendectomy. Three years after the surgery, she experiences dull pain on her right side. She is examined by another physician who discovers a piece of surgical sponge near the area of the operation. Although the injury had occurred at the time of surgery three years earlier, in this case the cause of action for Medical Malpractice accrues on the date that the sponge is discovered by the second doctor. This distinction is important for purposes of the running of the Statute of Limitations, the time set by law within which a lawsuit must be commenced after a cause of action accrues. In cases involving injuries that cannot be readily discovered, it would be unfair to bar a Plaintiff from bringing a lawsuit because he or she does not start the suit within the required time from the date of injury.'*

All of your collective fraud and the revelation of the federal government ordering United States Government Contractor Google to strip me of my career, was not revealed until well AFTER I wrote to the President of the United States and United States Supreme Court Chief Justice Roberts in 2017, thus the crime was not revealed for over a year. Furthermore, the fact that past and now current members of Congress are still ordering the FDA, DOJ, FBI, & the NSA to refuse to answer, and are still criminally stonewalling my Federal FDA F.O.I.A. request in order to conceal corruption, infection deaths and true recall numbers known to the FDA, and the malicious criminal protection of Rockline. This all means, that at the very least, we have several years to file directly pursuant to the final '*Corruption Test*' results in 2020 with the Destruction of Federal & Texas Criminal Conspiracy Material Evidence and the more than a year it took for the truth to sluggishly trickle out and '*ACCRUE*' after my aforementioned letter to the

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil     17 Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*

President & Chief Justice Roberts began the slow corruption exposure process that led to the Cosby final judgment in 2018. All of your exceptionally devious and criminally evasive behavior that was not only inflicted upon the courts, but in fact, participated in by the courts, in no way allows this recently exposed, continual series of severe criminal abuses to be time barred.

Therefore, each and every one of you that are now making wholly false and misleading statements in order to bully, threaten, and intimidate your way out of the imminent exposure of your still prosecutable behavior, will now be documented in the upcoming discovery process and I will be requesting the court recommend permanent disbarment and criminal prosecution to the fullest extent of the law, especially the City of Fort Worth. There is a handful of you angrily panicking and treading on dangerous ground as you are facing the end of your careers for what all of you have done to my family, especially my little girl, and Biden will not be in office forever, so beware of your overconfidence for such a corrupt administration to protect all of you from answering to the Rule of Law. Continue to threaten my family, and it will end your legal careers now that all of you have just granted me the justification for not filing within the wholly corrupt Northern District Dallas/Fort Worth Divisions, now that some of you just realized that you will not be manipulating or rigging the outcome of the case about to be filed globally.

For those of you personal destruction lawyers who are about to complain about the statute of limitations for a criminally abusive child abuse scam that has never been allowed to terminate, it was in fact an '*ACT OF CONGRESS'* for Congressional Leader and third (3rd) in line to the President of the United States, Speaker of the House Nancy Pelosi, to actively choose to instruct the Members of Congress through her authoritarian dictatorship and in a culpably cumulative action to intentionally and maliciously conceal known and provable criminal behavior of what are clearly '*crimes and misdemeanors*' currently being committed by the sitting President of the United States, Joe Biden, his staff and appointees, and previous documented crimes perpetrated upon a private citizen in order to conceal government corruption committed by the entire Democratic Party in Biden's former capacity as Vice President of the United States. CNA knew with criminal complicity that when they walked into Cosby's court that they were committing an entire series of federal insurance fraud crimes and this documentable, and thus wholly provable, from all of the certified letters I wrote to CNA Insurance CEO Dino Robusto, who Mr. Robusto should now share a prison cell with Judge Cosby and Clerk Wilder.

For those of you personal destruction lawyers who are about to pathetically abuse the Texas court corruption test requested to be performed by elected members of the United States government in order to prove that the Texas courts were indeed as corrupt as I complained about under Governor Perry, and how successful that test was now under Abbott and Paxton with the test resulting in the predicted blistering criminal attack mounted by Judge Cosby on a Pro Se Litigant FDA infection victim to prevent the exposure of an entire series of federal crimes & that Cosby would destroy evidence. The following top fifty (50) case summations are for the benefit of all of the unscrupulous lawyers who may mistakenly think that this case is a simple act of slithering your way out of a mere '*Res Judicata'* action, or who fail to comprehend this matter.

**1. This Case Is About:** Showing a Jury how all of the courts in Texas, from the Municipal Courts, through the Texas State District Courts, to the Texas Appellate Courts straight through the Texas AG's Office, including the Texas Governor, all the way through the Federal Court System wholly, brutally, and unequivocally strip Pro Se litigants of their Federal Civil Rights,

their Constitutional Rights, and even go as far as to strip any poor soul without a lawyer of their basic Human Rights, and how courts are rewarded for humiliating and treating self representation as an irritant to the courts, and that is supported all the way to the U.S. Supreme Court that even has retaliated in order to avoid this extremely disturbing Constitutional matter.

**2. This Case Is About:** Show how Federal Judges O'Connor, Means, and McBryde cross communicated with each other to rig the outcome of each case in order to punish a Pro Se Litigant and to protect Federal Judge Lindsay's code of ethical conduct violating personal relationship that was abused into creating the "*SAM & GARY SCAM*" with Gary Elliston.

**3. This Case Is About:** Requesting that a Federal Court lay down all new restrictions for how insurance companies strip US Citizens of the Federal Civil, Constitutional Rights and their Human Rights with an all-new Insurance Doctrine to build upon the Federal Stowers Doctrine and thus spell out to the jury just how dishonestly disgusting the entire insurance industry has become and how the entire industry now needs all new oversight and far harsher regulations and control, and show how they all profit from each others acts of human rights violating belligerence, and how corporate greed now dictates Insurance companies and not the rule of law.

**4. This Case Is About:** Proving how utterly corrupt the legal system is and how is it improperly controlled by unscrupulously dishonest lawyers and how the courts wholly support and protect lawyers acts of Criminal Deprivation of Rights and Human Rights crimes that should now be formally and officially classified as Federal '*HATE CRIMES*' and request the Federal Court create a Pro Se Commission to research and address this matter and to create an overriding Civil and Constitutional Commission with the authority and powers for the courts to answer to.

**5. This Case Is About:** Illustrating to the Federal Courts as to how ruthlessly insurance companies diminish their customers who cannot afford a lawyer into sub-human chattel and how they destroy and gang up on any customer that may cost them money through a secret database lovingly referred to as the "*SNITCH LIST*" by insurance industry insiders that is used to slander defame, and frame any potential risk to the bottom dollar cost effective risk spreadsheet even when it is culpably known that the other insurance companies have committed multiple criminal offenses to be greedily profited from, and as long as the '*cost risk sub human*' is bullied out of hiring a lawyer.

**6. This Case Is About:** Expose how insurance companies play diversion and distraction games of escalating harassment like a game of musical chairs in where the first assigned comrade is cordial and professional and will say whatever it takes to earn monetary obedience, then when dutiful obedience slips away, each musical chair the customer victim is reassigned to becomes ever increasing hostile and dishonest, and the change in musical chairs escalates in order to confuse what comrade said what, in order to make it impossible at a future point to keep track of which employee made what false statement in order to dilute lie, after lie, after lie, after lie, in order to protect the bottom dollar no matter what crime or crimes have to be employed to avoid the rule of law by any means necessary, and no matter who has to be destroyed, even if it means blackmailing an infection victim parent by threatening to blame the parent for the child's death!

**7. This Case Is About:** How truly evil the Democratic party has become over the last decade once the Democrats under Obama began weaponising private companies (Google) to utterly

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*    19

destroy all dissenters both personally and financially in order to protect what began with lies about being Socialists & Communists, to now destroying anyone who stands in the way of destroying this country in order to install radical agendas that are now finally out in the open to the public as it now appears that the Democratic Party is tearing itself apart from the inside out.

**8. This Case Is About:** Exposing just how deviously and criminally corrupt United States Government Military NSA Spying Google/Alphabet Inc. is, and how the Democrats have Google spy on private U.S. Citizens in order to assess threats to the implementation of Socialism and how the Democrats protect Google at all costs no matter who has to be personally and financially destroyed and as long as you are a Conservative or Republican, Google can steal, slander, defame, and strip a conservative of life, liberty, happiness, career, and strip a Democrat dissenter of every penny they have and calling Internet experts to the stand to illustrate to the jury as to how maliciously that Google tracks all of us and how Google abuses that power by using it to destroy people like me as Google threatened all publishers to avoid me or they will be ostracized from distributing their published works and be destroyed also, and call my publisher LULU to the stand to spell out how Google representatives threatened LULU into silence during the trial.

**9. This Case Is About:** Proving how the FBI has already deleted multiple federal criminal Copyright and IP Theft complaints made against Government Contractor Google, and how Comey and Mueller lied to Congress while attacking a sitting President and were allowing Google to commit dozens of Federal Crimes, Constitutional Crimes, Capital Crimes, Criminal Deprivation of Civil Rights, International Crimes, TREASON AGAINST THE SOVEREIGNTY OF THE UNITED STATES OF AMERICA, and document Human Rights Crimes all in order to deviously and criminally assist the Democrats in implementing Socialist/Communist principals with the utter destruction of Copyright and Intellectual Property laws as we know it today, and there is a now twenty (20) plus years track record of these thefts beginning with stealing from the Authors Guild, and criminally republishing my Mars novel that the United States Department of Justice has criminally approved of for years and has possession of material criminal evidence (*2007 Google 'Full View'*) and has refused to prosecute in order to provide criminal protection for Democrats who ordered the thefts and defamation campaign to protect corrupt Obama Appointees so that Obama could lie to the country and maliciously continue to protect that lie from more than a decade ago is still fraudulently claiming that Obama had "*No Controversies*!"

**10. This Case Is About:** Proving the criminally complicit involvement of the Democratic Party who clambered on to the "*SAM & GARY SCAM*" as criminal profiteers once I began complaining about Google to the United States Department of Justice in 2009 (*then unknown that Google was a secret/concealed military branch of the federal government and the Democratic Party*) and that once I complained to then Democrat and Obama Appointee United States Attorney General Eric Holder, that was the trigger point for the escalation of personal destruction at the direct and criminal instruction from the core of the Democratic Party, and that then Vice President Joe Biden was a direct participant and that Biden is still a criminal abuser!

**11. This Case Is About:** Proving once and for all, and without a doubt, that the "*DEEP STATE*" within the FDA, CDC, FBI, NSA, and sadly the DOJ truly does exist and how they are a nauseatingly corrupt arm of the Democratic Party as proven by their treasonously treacherous acts collectively committed against former President Donald J. Trump, and spell out in gruesome detail for the jury to show how Democrats criminally and savagely abuse this assumed protection

as has been proven by the highly inappropriate protection of the Clintons, especially the federal criminal acts committed by Hillary Clinton that would have put Conservatives/Republicans in a federal Penitentiary that had committed the same series of treasonous crimes, or how the entire "*SAM & GARY SCAM*" was criminally protected by former AG Eric Holder and the DOJ.

**12. This Case Is About:** Spelling out to the jury in reverse as to the criminal origin of the vicious criminal attack mounted by Senior Federal Judge Terry R. Means in Means filing a fake litigation case by pretending to be a Means crime victim and how that is, at minimum, a financial crime of Federal Wire Fraud as it was meant to deprive a theft crime victim from monetarily collecting both criminal restitution and civil damages and how a DESPERATE JUDGE MEANS RETALIATED in order to attempt to keep command and control and conceal his criminal participation in the massive case of child abuse, child death, senior citizen abuse, and horrific long term case of federal insurance fraud, and the dozens of other crimes that the '*SAM & GARY SCAM*' has complicity created and that the core criminal need to be prosecuted for.

**13. This Case Is About:** Lay out in sickening detail to a jury on the pack of criminally conspirative scammers who fabricated the '*SAM & GARY SCAM*' in order to strip an FDA National Safety Recall Infection victim's family of their lawyer in order to also strip that family of all of their rights, and utterly destroy them as even human beings and fraudulently frame the Avdeef family with the very same crimes that 1. Federal Judge Sam Lindsay, 2. Gary Elliston, 3. Pamela J. Williams, 4. Courtney Bowline, 5. Patrick W. Powers, 6. Alan Perlman, 7. Dino Robusto, 8. Rosalind Brewer, 9. Tony Romas, 10. Miguel Rivera, 11. Randy Rudolph, 12. Ralph Rudolph, who as ONE COHESIVE PACK OF CRIMINAL CONSPIRATORS AND FOUNDERS OF THE FEDERAL INSURANCE FRAUD '*SAM & GARY SCAM*,' all belong in a federal penitentiary for a RICO level criminal fraud that is still being criminally abused to this day and whose Federal Penal Code Statute of Limitations was renewed with the Means criminal retaliatory attack in the FAKE '*Avdeef v. The Department of Justice'* that Google is now fraudulently promoting pursuant to the fact that the act of criminal retaliation was allowed to remain on the Federal PACER system in order to continue to PROTECT ALL CRIMINAL ABUSERS and how the Department of Justice, by and through AG Garland, criminally approves.

**14. This Case Is About:** Requesting the federal court adopt all new legal standards for lawyers, making it possible to prosecute lawyers for lying to the court if malice is proven, and furthermore request the court adopt far stricter material evidence standards especially a set of harsh punishments for lawyers and corporations who withhold and or conceal material evidence from the court and or opposing counsel and double the punishments if the victim is a Pro Se and apply these new standards to strengthen the '*Fraud Upon The Court*' federal doctrine and it should therefore be named the "*SAM-PAM & GARY SCAM*" FEDERAL DOCTRINE.

**15. This Case Is About:** Request the Federal Court to order the seizure and liquidation of Rockline Industries and CNA/Hartford Insurance Company and further order that the proceeds create a victims assistance fund for all the recalls and to finance the global search for two (2) decades of Rockline Industry infection victims and create a globally searchable database of deaths and injuries pursuant to the fact that Rockline Industries has now inflicted infections outside of the United States.

**16. This Case Is About:** Taking the brutally shocking Sentinel Online Journal Article one step farther and thoroughly explore the criminally protective relationship between the FDA and Rockline Industries that was swept under the rug and led to more than half a dozen new recalls, including a second Burkholderia Cepacia Recall that the last seven (7) FDA Directors need to now be prosecuted for all the illnesses & deaths pursuant to criminal indifference & child abuse.

**17. This Case Is About:** Create a digital presentation and poster-board timeline to stand on a tripod in view of the jury for the entire trial in order to methodically spell out the entire "*SAM & GARY SCAM*" in systematic detail and how it evolved through the years with each and every profiteering lawyer and spell out each and every criminal abusers use, and how they were culpably aware of what they were getting away with, and profiting from the death and misery of children and weakened senior citizens for the jury to wallow in sheer disgust of corrupt lawyers.

**18. This Case Is About:** Spelling out how Melissa has been ruthlessly brutalized without a shred of mercy by Farmers Insurance, Alcon Laboratories and Frozen Foods Express (FFE) Trucking Contractor, and let the jury enjoy the scheme that FFE deployed against an accident victim when a FFE tractor came barreling out of the Alcon gates and screamed across to cut off traffic then slammed into Melissa exiting the bank, throwing her car through the air and nail FFE for the well rehearsed insurance fraud scam of picking up parts, lie to the police, and fake having insurance.

**19. This Case Is About:** Shocking the jury in excruciating detail as to the miserable childhood that Ana has been forced to suffer through from a toddler to an adult, and present all of the large plastic cheese ball drums (*12 drums to date*) full of pill bottles in order to show how many pills and medicines a minor child victim has forced to choke down since she was eleven (11) when the collection began, and allow the drums to stand next to the jury box to remind the jury of the long term child abuse inflicted upon an innocent child just to avoid a loss of income claim.

**20. This Case Is About:** Spelling out to the jury in angry detail as to what life would have been like if Rockline had told the truth and not threatened employees into silence and I had left for Europe on the book tour, come home, bought a home and business building, opened a publishing company and published at least a dozen novels by now, and there is no doubt that I would have reached the billon dollar mark, therefore a punitive damage award of one billion per year is not just wholly justified, it is essential for ensuring that this level of corruption never happens again.

**21. This Case Is About:** Hitting Sam's Club hard for cruelly standing by and committing FEDERAL CRIMINAL PERJURY BY OMISSION while the Sam's Legal Department knew all along what the actual product run numbers were and which customers bought the infected products, yet sat silent and acted with severe criminal indifference and prosecutable malice in allowing Rockline and DeHay & Elliston to create the "*SAM-PAM & GARY SCAM*," *corrected*.

**22. This Case Is About:** Calling several criminal experts to explain to the jury in great detail on how criminal culpability works in order to clearly illustrate on how even if the original creator of the *"SAM & GARY SCAM,"* Gary Elliston, had no idea how far the scam would be taken or was unable to predict as to just how many criminal abusers would seek to profit from the scam, that still makes Gary and the original core of Federal Criminal Conspirators wholly responsible for every single crime, just as in if a gun is used in a robbery, then all robbers are charged with a gun crime and ignorance of the law is no excuse, especially for Gary Elliston, a founding partner of

one of the largest law firms DeHay & Elliston, and thus nail Gary for knowing damn well the criminal and civil consequences of his actions and the criminal scam that he engineered in order to stick it to a child crime victim as a personal favor to a vicious former NAZI, just so that NAZI could screw a father of a sick child out of a loss of income claim and Gary hoped the child died in order to aid and abet CNA Insurance to make good of the threat made by CNA's Tony Romas.

**23. This Case Is About:** Spending an entire day at trial exploring the extremely unethical and highly inappropriate personal relationship between Federal Judge Sam Lindsay and his "*DEAR FRIEND[S],*" golfing buddy Gary Elliston from before Lindsay took the bench when Lindsay was the City Attorney for Dallas, then follow the trail of corruption to Lindsay's former boss, former Dallas Mayor and Lindsay's former boss Ron Kirk, who after leaving as Dallas Mayor, went to Washington D.C. to become Trade Rep. Ron Kirk and golfing buddy to President Barack Obama, who the little pack of corruption also golfed with then Obama AG, Eric Holder, to complete one disgustingly neat little pack of Democrat Socialist criminals who would stoop to any measure needed in order to protect the Obama '***Legacy,***' and to claim "***No Controversies!***"

**24. This Case Is About:** Calling Lindsay, Means, O'Connor, then McBryde to the stand in order to explore the improper communications between all four (4) federal judges and to have them explain fixing the cases and for each one to spell out the Ethical Code of Conduct to the jury then recall Lindsay to explore his inappropriate relationship with Gary Elliston, and more to the fact question the obvious sexual tension that was so brutally obvious at both hearings that both my wife and mother inquired after the first hearing, either Lindsay and Chief Counsel, working for Gary, was in a sexual relationship with Lindsay, or was Lindsay pursuing Pamela at that time?

**25. This Case Is About:** Explaining to the jury how "***Judge Shopping***" works and how lawyers regularly scam the system by lawyers who are personal friends of the judge and how lawyers wholly and maliciously abuse a personal relationship with the judge for a cheap and unethical win and use the examples of 1. Judge Chupp and collection agency Shawn K. Brady, 2. Judge Cosby and Justin Jenkins, 3. Judge Cosby and Clerk Wilder, and further explore the 'discoverable' financial bribery relationship between Cosby and Ally Bank who was allowed to enforce an '***unsigned contract,***' and press hard on how CNA first bribed Detective Steele to destroy '***Injury to a Child'*** and federal material evidence, then hid the case from the Tarrant DA, and then CNA went on to bribe Cosby knowing that they were hiding from Federal Insurance Fraud and bribed Cosby to punish a Pro Se crime victim laying in a hospital bed fighting for their life and the bribe that had Cosby stop the case cold by demanding a Pro Se crime victim post a $660,000.00 bond and Cosby would have to grant written permission to move forward and let the jury decide Cosby's guilt once the jury is shown how sneaky & vindictive Cosby got once he was confronted with not only proof that CNA walked into court to conceal a Federal Criminal Scam that CNA knew was ***FAKED*** the entire time, and how Cosby scored in the corruption test!

**26. This Case Is About:** Thoroughly exploring judicial and prosecutorial misconduct and go into great detail using The City of Fort Worth as a text book example of corruptive abuse showing how deviously unethical lawyer Maddie Parker ran the monstrously profitable money making civil rights scam behind the scenes for Mayor Price and how the entire city council knowingly looked the other way for personal profit and an unethical budget solution, then corrupt lawyer Parker manipulated the federal crimes into becoming Mayor and further stress the examples of corrupt prosecutor Houston's '***EX PARTE***' meeting with Judge Reyes (***Criminal***

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*   23

*Prosecutorial Misconduct*) to agree on what lies to tell a Pro Se Defendant (*evidence is not allowed to be presented at a pre-trial evidentiary hearing!*) and how I was bullied along for years with the threat of silence with never ending criminal arrest warrants that made my entire family scared to leave home, and that were kept in place in order to allow Judge Reyes to retire unscathed, Mayor Price to slither away, and delay this matter long enough to escape litigation.

**27. This Case Is About:** Disturbingly show how Texas state corruption is wholly acceptable as long as you are savaging a Pro Se, and illustrate how many Texas State Judges are not only involved, but how many judges the corruption has created, corrupt prosecutor Houston is now a judge, corrupt Mayor Price now running for Judge, and put Betsy Price on the stand to grill her on unethical conduct approval coming from Texas Attorney General Paxton and both Governors Perry and Abbott themselves who were both direct participants in the City of Fort Worth Scam.

**28. This Case Is About:** Putting current Everman Police Chief and former Police Chief Sanders on the stand and have them both explain in disgusting detail as to how unethical lawyers from Rockline and CNA Insurance bribed now deceased Everman Police Detective Robert Steele into destroying criminal material evidence of felony '*Injury to a Child*' and stopped Detective Steele from submitting the Texas State Jail Felony charges to the Tarrant County District Attorney Sharen Wilson after the former D.A. Tim Curry had requested them, and how Steele strung along a child victim's parents with lie after lie in provable emails so that the head of Rockline former NAZI Ralph Rudolph and his son Randy Rudolph could avoid facing criminal charges in Texas and thus also avoid those crimes crossing state lines and being escalated into federal charges.

**29. This Case Is About:** Spending an entire day in trial with Texas State District Court Judges Don Cosby and John Chupp on the stand to explain their matching campaigns of vicious Pro Se Litigant attacks in order to prove beyond a shadow of a doubt of not only how destroying Pro Se Litigants is a standard practice, show the pattern between the judges, and use both judges to prove a set pattern and how neither judge has any fear of reprisal, then slam the entire door shut by putting Judge Slaughter on the stand to explain the *lock the courtroom door and frame a Pro Se Litigant scam* after her extremely inappropriate "*EX PARTE*" meeting with Powers Lawyer Healey, in order to aid and abet Powers in avoiding a *Legal Malpractice* action so Powers could conceal his involvement in a series of federal crimes victimizing a small child and other children, and force Judge Slaughter to explain how when she pulled the very same case fixing scam that a Pro Se was told "*you got what you deserved for representing yourself*" that when Slaughter pulled the same ruse on a pack of lawyers, she was hypocritically suspended from the bench!

**30. This Case Is About:** Putting Tarrant County Clerk Wilder on the stand to explain why he has been responding to this matter so disrespectfully and attempted to conceal his destruction of criminal federal material evidence even after being served a '*Preservation of Material Evidence Demand*' and in addition explain how judges manipulate the cases that the clerks control in order to switch cases around in order for the judges to improperly obtain cases in order to allow lawyer friends to unethically go '*JUDGE SHOPPING*' in order to scam the outcome of a legal action and cheat to win over an unsuspecting opponent who is unaware that the fix is in and how Wilder knew damn well he was providing criminal cover and concealment for Judge Don Cosby.

**31. This Case Is About:** Spending an entire day in trial with FBI Director Wray explaining why both former FBI Directors Mueller and Comey were allowed to destroy my criminal theft

complaints about Google stealing my Copyright and how the FBI was providing criminal cover for Military Contractor Google at the direct insistence of Obama staff and appointees and how the protection was a policy of the Democrat run Obama administration as a whole, then call NSA Director General Nackasone to the stand to confirm that the FBI cover and conceal for United States Government Contractor / Military NSA Spying Contractor Google was also NSA policy.

**32. This Case Is About:** Putting my former lawyer Patrick W. Powers and his lawyer Peyton Healey on the stand after Texas State District Court Judge Gena Slaughter to explain how Judge Slaughter scammed a Pro Se Litigant Federal Crime Victim by having the courtroom cleared out and the bailiff lock the doors behind me after snickering "***Good Luck!***" and after I approached the bench at the tail end of the judges improper '***Ex Parte***' meeting with Peyton Healy to rig the outcome of holding my former lawyer Powers responsible for Malpractice, how I was greeted from the bench with a laughing sneer and "***Is That Him***!?" then when the state responded to my complaint, I was told that I got what I deserved by representing myself, then hypocritically, when Slaughter pulled the exact same legal fixing scam on a group of lawyers, Judge Slaughter was suspended from the bench, thus, this state sponsored hatred of Pro Se Litigants is now devastating '*Prima Facia*' evidence proving my case once and for all by this point after using Slaughter to confirm the set pattern of abuse, put Powers on display so the jury can put a face to a lawyer who allowed his own criminal ego to stab a little girl in the back and thus throw that child to the wolves, and to ensue that the jury sees Powers as a lawyer that needs to be disbarred.

**33. This Case Is About:** Putting former Governor Perry on the stand to explain how he allowed then Texas Attorney General Gregg Abbott and Abbott's staff (Stevenson) criminally conspire to allow Texas judges to do whatever they damn well please, as long as any crime committed is perpetrated against a Pro Se Litigant, and more to the point, have Perry, Abbott and Paxton all explain to the jury in person as to **WHY**, Judges Chupp and Cosby, Clerk Wilder, and especially not one single federal criminal scammer at the City of Fort Worth was **NEVER** held responsible for such simply provable crimes, or even worse, that not a single person ever was removed from office or ever lost their job, and how "***Good Ole Boy***" corruption is utterly a way of life in Texas.

**34. This Case Is About:** Having Rick Perry Governor Abbott and AG Ken Paxton explain to the jury how the constantly preached and very public Texas campaign to protect children somehow did **NOT** apply to my little girl even after all of them were made **CULPABLY AWARE** of the brutal child injury and child abuse crimes that a viciously dishonest CNA Insurance and NAZI run Rockline were inflicting upon a Texas minor child crime victim and how even the Brady Collection agency and Brady's buddy Judge Chupp along with Judge Cosby were all allowed to criminally profit from crimes against a child and were allowed to keep the briberies that enriched these corruption members of an organized crime group that should have been prosecuted under the Federal RICO ACT, and at minimum should have been stripped of their benches!

**35. This Case Is About:** Putting former FDA Director Dr. Hamburg on the stand to explain to the jury how she provided criminal cover by instructing FDA employees Shelia Wright and Eli Lanty to criminally lie their way out of answering a Federal F.O.I.A. in order to protect how many children that Rockline has **KILLED** to date, and after Shelia and Eli take the stand call the next half a dozen FDA Directors to the stand to explain why they have continued to lie and how each and every one has refused to answer the aforementioned F.O.I.A. for the last nine (9) years, and are still stonewalling even after the DOJ was presented the F.O.I.A. that the FDA has been

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*    25

lying about for almost a decade, and even the DOJ and the FBI are still providing criminal cover and are forcing me to drag every one of you formally noticed and served Defendants into a court of law to allow the victims to have a voice, then moving on to the World Court at the Hague to expose how Democrat Corruption is a way of life in this county and needs to be surgically cut out of politics like a cancerous tumor and to give Rockline victims around the world a voice.

**36. This Case Is About:** Spending several days at trial calling every single City of Fort Worth Defendant in order to lay out the grotesque money making civil rights fraud scam in all of its sickening detail from Municipal Court Judges conspiring with Prosecutors to lie to any poor soul without a lawyer to screw these people out of not just their Federal Civil and Constitutional Rights, but wholly strip them of their Human Rights and even their basic dignity, all while making an unfathomable amount of cash and prove this massive corruption scam by laying out how a mere ten (10) MPH ticket turned into a ruthless campaign of belligerence and threats against my entire family for over half a decade to bully me into silence and delay this very case for as long as possible all being run from behind the scenes by the current Mayor Maddie Parker as a deviously unscrupulous lawyer at the head of this criminal conspiracy that she personally profited from and a scam that ran from the entire Fort Worth City Council, through the Mayors Office, involved the City Manager, all of the Prosecutors staff, and over half a dozen Municipal Judges, thus a simple ticket turned into a Federal Organized Crime RICO Case, and now former Mayor Price wants to extend this corruptive power to a bench on the Texas State District Court.

**37. This Case Is About:** Finally revealing and thus exposing all of the Democrats and a few Republican politicians, past and present, who were made **Criminally Culpably Aware** of this matter and who took limited action that led to no solution, those who were made aware and took retaliatory action, and those who should now be prosecuted directly pursuant to that fact that those politicians took part in criminal concealment and or stood by and watched Government NSA Spying Contractor Google criminally strip a corruption victim of every cent in order to obtain belligerent obedience and to ensure that my family was kept busy struggling just to survive, and to conceal their criminal involvement and to protect their own political career over the years that can now be revealed through letters dated back sixteen (16) years and list out all of the politicians that refused to answer, or did answer and chose to ignore sickened and dead children and turned a blind eye to the FDA providing criminal cover for Rockline, and with the fact that if the FDA had taken action back in 2007, and shut down Rockline, then the next half a dozen recalls would have never happened, and all the children that were injured and or died over the years, the criminal guilt is now shared by every politician who did absolutely **NOTHING**.

**38. This Case Is About:** Directly pursuant to the fact that the Federal Courts are both civil & criminal, press the court into ordering the Eastern District U.S. Attorney to file federal criminal charges against the aforementioned core "*SAM & GARY SCAM*" creators and whichever criminal abusers that direct courtroom testimony reveals to be deserving of federal charges and to instruct the FBI to perform a thorough criminal investigation into the decades of corruption.

**39. This Case Is About:** Showing the federal court and the federal jury through '*in camera inspection*' my binder containing over two-hundred (200) Publishing Concept Outlines of possible novels, short stories, feature films, cable series, and short stories to prove the potential for vast income that Google actively threatened all known publishers out of even considering for publishing and that Google needs to face severe criminal punishment and current/past CEO's