Paige, Brin, & Pichai all belong in federal prison along with lawyers Walker, Drummond, Stanton, Bailey, Jones and their fake document examiner Linda James and therefore thoroughly explore how Google wrote search algorithms that used a series of known federal crimes to viciously slander, defame and retaliate against their crime victim to stress the criminal '*Fraud Upon The Court*' that Google perpetrated by using **Deceitful Ms. James** to discredit evidence.

**40. This Case Is About:** Presenting all the certified service letters to the CEO of CNA Insurance Dino Robusto and Chief Legal Counsel to prove absolutely beyond a shadow of a doubt that when the requested Texas State Court Corruption Test was being launched against what was hoped to be Don Cosby who had just retaliated against my wife by granting an **UNSIGNED NUVELL SALES CONTRACT**, thus federal contract fraud, and as a punishment for my wife filing a complaint against Cosby with Chief Judge Walker, that when CNA walked into a hearing that Cosby kept secret while I was laying in a hospital bed fighting for my life from the very same Burkholderia Cross contamination infection that Rockline infected my child with and lied their way out of, that CNA lawyers **LIED** and committed federal insurance fraud by already knowing that the product run numbers were fake and were thus criminally protecting the horribly profitable criminal '*SAM & GARY SCAM*,' and when Cosby was confronted by certified mail, Cosby conspired with Clerk Wilder to destroy evidence of the crime(s) but even worse, when Governor Abbott and '*TOP COP*' Texas AG Paxton were made aware of the crimes that they were both explicitly involved in the creation of, both did **NOTHING** to protect their exposure.

**41. This Case Is About:** Putting Judge Chupp on the stand to explain how he enlisted then Texas AG Abbott and Tarrant County DA Wilson to commit a federal criminal conspiracy by committing the federal crime of criminal perjury to a United States Federal District Court and how Chupp knew he would be criminally successful pursuant to the facts that Pro Se Litigants are **NOT ALLOWED TO WIN**, and thus have Chupp explain how he sent multiple car loads of armed Tarrant County Constables to surround my house with guns drawn all the way around the block to humiliatingly drag me into his court with no valid motion action so that Chupp could threaten me out of filing a civil appeal or a complaint to the federal authorities and informed me that "*Your Welcome to appeal this case but you will do it from a prison cell!*" or how Chupp deleted the "*SAM & GARY SCAM*" from the court record in order to protect his friend Brady who lied about being a collection agency to avoid federal law and how Chupp, Abbott and Wilson lied to a federal court to conceal Chupp stripping federal criminal material evidence out of a court transcript to strip a Pro Se Appellant from perfecting or even filing a proper appeal in which three (3) COA justices agreed '*Per Curium*' that Chupp indeed butchered the transcript, but of course, even though the COA admitted Chupp lied and committed an entire series of federal crimes, a Pro Se seeking to expose civil/human rights violations was not allowed to win.

**42. This Case Is About:** Exposing the fact that all four (4) federal cases were an actual series of severe federal crimes that all four (4) judges actively participated in, and thus call each of the four (4) federal judges to the stand in the same order as the crimes so that Lindsay can spell out to the jury how he aided and abetted his "*Dear Friends,*" create the "*SAM & GARY SCAM*" or how Judge Means bent over backwards to protect Judge Lindsay by ignoring material evidence such as electron microscope pictures of the Burkholderia Cepacia on the actual infected product or the U.N.T blood test results showing a positive infection of my minor child since evidence had nothing to do with protecting judge Lindsay abusing his bench by mounting a Federal Insurance Fraud Scam or how Means instructed both Judge O'Connor and Judge McBryde on how to rule

to ensure that I was properly punished by the courts for having the nerve to expose the corruption of a federal judge, and Means just proved me correct again by his filing a fake litigation case in my name to keep control over the '*SAM & GARY SCAM*' and to prevent the exposure of how all of the judges rigged the cases out of retaliation and to protect the Democrats, Google, all of you criminal abusers, and to conceal from the public, court sanctioned hatred of Pro Se Litigants.

**43. This Case Is About:** Revealing to the jury the criminal origins of Rockline industries and how it was founded by a ruthlessly dishonest and downright mean former NAZI Luftwaffe pilot who fled Germany and went to work at a coffee filter plant in where Ralph Rudolph committed multiple acts corporate espionage by stealing client lists and sabotaging his employer who took him in and repaid that kindness by bankrupting the company out of sheer greed and how his brutally vicious son CEO Randy Rudolph has been scrubbing the Internet in order to create a false and revised false narrative as to what a criminal organization Rockline is and how by lying to suppliers, falsifying and concealing bacteriological testing, lying about cleaning machinery and how Rockline physically threatens employees into silence or how they went after the whistleblower Sam Wilson so viciously to find "*The Snitch*" they employed hand writing experts to analyze the letter exposing Rockline's brutal tactics to the FDA and how Rockline has inflicted well over half a dozen recalls including a second Burkholderia infection and the jury needs to consider just how dangerous Rockline is to this nation and explore how many children and seniors citizens they have maimed & killed, and how the FDA still provides criminal cover.

**44. This Case Is About:** Calling Farmers Insurance Former Chief Legal Counsel James Miller (*who was fired after I complained to Farmers CEO*) and have Miller explain how he is able to talk to an automotive windshield and ask them exactly what date they cracked, just as he screamed at me over the phone just after discovering the "*SAM & GARY SCAM*" and instantly decided I was an insurance scammer worthy of personal destruction after the Farmers client was committing a crime by driving across a parking lot in Arlington Texas **while both texting and talking** on the phone and never looked up in where Jeritza then slammed full force into the drivers side of my wife's car with such energy the SUV lifted the far smaller Nissan cube off the ground and almost flipped it over and flexed the little box so hard that the twisted body shattered the windshield from the corner, yet Miller also screamed at Caliber Collision so viciously that Farmers refused to replace the windshield, that Caliber was so embarrassed, they paid the other one half compromise that Miller tried to backpeddle his way out with after I argued toe to toe and humiliated Miller to his superiors, in where then Miller retaliated and blocked any settlement for the accident and has **to this day never paid one single penny towards any medical bills**.

**45. This Case Is About:** Revisiting how stunningly dishonest Farmers insurance is, and requesting the court to issue all new insurance regulations and force all insurance companies to publish their company to company '*SNITCH LIST*' in where they slander anyone who cost them money, and continue to harp on the second accident only ninety (90) days later from a second Farmers client that was also not my wife's fault as it was a rear-ender from a woman too busy looking up and down the curb for a parking spot and ignoring where she was going, but of course, Farmers used this accident to blackmail my wife into allowing Miller to continue to punish my wife for embarrassing Miller and thus Farmers Insurance still never paid one single penny of medical bills, and bullied threatened and brutally harassed my wife for two (2) solid years from several different states such as Oklahoma and California, thus Farmers committed an entire series of Federal Insurance Fraud Crimes and Farmers went silent after Farmers assumed

they escaped justice after the expiration of the two (2) year accident injury Texas statute of limitations, and now the Federal jury needs to make a stern and harsh example out of Farmers, especially when Farmers wholly and maliciously ignored and criminally avoided the '*Stowers Doctrine*' and stress as to how insurance companies react once they are caught, instead of doing the right thing, they destroy evidence and fire culpable employees, as when Farmers fired Miller.

**46. This Case Is About:** Continuing the exposure of the organized crime syndicate known as insurance by showing the jury that one (1) ruthlessly dishonest insurance company is a problem, such as CNA Insurance threatening their way out of a loss of income claim by threatening to blame a child's death on a parent, or worse, two (2) corrupt insurance companies is a disturbing pattern, such as what Farmers Insurance was just exposed in doing to the jury, but once Liberty Mutual makes three (3) corrupt insurance companies in a row to severely abuse the "**SAM & GARY SCAM**" as not just the next criminally abusive profiteer from crimes committed against children, BUT THE FINAL CRIMINAL PROFITEER, and thus this is clearly '*Motis Operandi*.'

**47. This Case Is About:** Allowing the jury to share in what it is like to suffer the ultimate act of theft as in when your entire career and means of making a living is wholly stolen by pathetically nasty, mean, and vindictive people who do not care who they destroy by laying out each written notification to the United States Department of Justice by working my way backward up through the food chain of the Democratic Party until reaching the pinnacle of corruption once Eric Holder and Joe Biden were made aware of just how volatile it would be to publically expose the utter failure of Obama appointee FDA Director Dr. Janet Hamburg who ensured the FDA looked the other way in order to provide wholly improper criminal protection for a still yet unknown reason that the jury will need to explore, and how the Democrats employed Socialist Google to strip me of every penny and how Google went out of their way to anger Pro Se Litigant Hating Federal Judge McBryde (*record of punishing Pro Se*) knowing Google would profit from criminally perjuring themselves to the Federal Court in order for Google to be allowed to steal **ALL OF MY FUTURE WORK** through a horrendously dishonest campaign of "*Fraud Upon The Court*" by using discrediting material evidence with a Fake Document Examiner whose credentials are **self fabricated**, and **she is her own school**, (*Ms. James formed an LLC to avoid litigation!*) thus the entire scam is nothing but a sick joke, and Google knows it, and will never voluntarily tell the truth, even though more than a dozen letters exposed Google's crimes to the DOJ and FBI, thus this case is about requesting the jury to hit Google, all criminal conspirators and all the criminal abusers served here with a shared Billion dollar a year civil punitive action.

**48. This Case Is About:** Spelling out to the jury in all its angry detail as to just how deeply the "**SAM & GARY SCAM**" has controlled and utterly destroyed every single aspect of not only my personal life, but how it has destroyed every minute detail of my entire family, from my wife being forced to leave our church choir and even quit the church when the "*Fraud Upon The Court*" that Judge Lindsay created for his "*Dear Friends*" so that a family that Lindsey assumed were too stupid to comprehend the scam, were actually framed for all of the crimes that a pack of lowlife lawyers at DeHay & Elliston aided and abetted a former NAZI in victim shaming Rockline's crime victims and hoping for a child's death in order to escalate and heap on the blame to ensure pure victim destruction, all while the court knew that as long as you were branded as some sort of kook or a rube as called by Lindsay while I was being threatened with prison if I disrespected his "*Dear Friends*" and how once a federal judge falsely brands you a scammer, then for the rest of your life, you have absolutely no personal credibility, no Federal

Civil Rights, no Constitutional Rights, and absolutely not one single scrap of even basic Human Rights, and therefore dragging every single criminal abuser who still refuse to tell the truth is going to be the only solution to this never ending Insurance Fraud Scam, and, so that the jury can render the largest punitive judgment in legal history and forever change the courts, hold lawyers responsible for perjury, change material evidence standards, and change the insurance industry.

**49. This Case Is About:** Calling first Chief Judge of the Northern District Dallas / Fort Worth Divisions, then calling the Chief Judge of the Fifth Circuit Court of Appeals, and in turn call Chief Justice Roberts of the United States Supreme Court in order to have al three (3) spell out how Pro Se Litigants almost never win, unless later aided by an intervening lawyer, and how the old adage of *"Anyone Who Represents Themselves Has A Fool For A Client!"* is actually the standard attitude of all of the federal courts who provably treat Pro Se Litigants as ignorant rubes, irritants to the courts, and something to be humiliated, destroyed, and are to be taught a brutal lesson in order to warn other potential Pro Se Litigants as to what is in store for them if they dare venture forth under not only the rule of law, but supposed and now non-existent protection that is provided under the Constitution of the United States of America, and lay out to the jury how my Federal and Texas States cases are a non-stop series of Federal Crimes, and ensure the jury now appreciates as to **WHY** Gary Elliston bribed my lawyer to abandon a sick child and create a Pro Se Litigant because Gary knew damn well that nothing I ever said or claimed would ever have a single ounce of credibility, and then recall Judge McBryde and have McBryde repeat what he told me in a hearing as to *"your letters to Google border on extortion!"* clearly meaning, that if a lawyer wrote a *'cease and desist'* criminal theft reparation demand, then the lawyer is doing a good job and serving his client well, BUT, if a Pro Se drafts the very same written demand, then a Pro Se is considered an extortionist by the court, and that the COA will provide any excuse possible to justify a Pro Se Litigant attack levied by the court, just as in *Avdeef v. Google*, then conclude with a legal scholar who contacted me to ask how in the hell Google was able to get away with what they did, and how devastating it is to publishing as a whole, and needs to be strongly revisited to prevent Google from destroying the entire industry.

**50. This Case Is About:** Waiting to see as to what all new sneaky and devious means of slithering out of telling the truth the next pack of criminally unethical and unscrupulous lawyers will devise in order to avoid facing a jury, or to avoid answering for lie, after lie, after lie, after lie, then it is already clear, the only option that is more than likely will be forced by such a unified pack of criminals, **Is Present These Criminal Human Rights Issues Orchestrated By Global Google and The Democrats of The United States of America, and Lay all of This Form of Uniquely American Corruption out for all The World To See, and for The World Court At The Hague To Judge, to protect the globe from such an abuse of political power.**

*Subject Number Eleven (11)*

PROVABLE JUDICIAL MISCONDUCT AND DEMOCRAT FEDERAL HATE CRIMES

Socialist hate crimes bordering on treason in order to conceal the past lies of Democrat Party Communism and Socialism that is now openly bragged about in a treasonously complicit media needs to be in fact a separate federal litigation claim. Hating someone for **WHO** or **WHAT** they are is the textbook definition of a *'Hate Crime'* and that scope needs to be broadened by and through this case in order to provide all new protections for Pro Se Litigants.

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil     30
Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*

After all, the United States Constitution grants equal access to the courts, and the Founding Fathers NEVER envisioned a court system that willingly and ruthlessly destroys, discriminates, retaliates, and utterly beats down any average citizen that now chooses to represent themselves, **as it is their right to do so!** With the Democrats so willing to destroy the Constitution on a daily basis, it is instead time to reinforce those freestanding Civil Rights before they are lost forever.

*Subject Number Twelve (12)*

<u>NOT JUST ANOTHER IN A LONG LINE OF CRIMINAL ABUSERS, BUT NOTICE BEING SERVED UPON THE **FINAL** CRIMINAL ABUSER, LIBERTY MUTUAL INSURANCE</u>

As the final abuser, the Liberty Mutual aspect of this case needs to be the bookend at the end of the bookshelf, so that jurors can follow the "*SAM & GARY SCAM*" all the way from devious origin, all the way through the years and relish in all of the criminally conspirative Democrats, ending at the final abuser. As the final test to see if there would be at least one business relationship that would not be poisoned by Gary Elliston's Child Abuse / Child Killer / Insurance Fraud Scam, after it was clear that I was being forced to file an insurance claim on my mother's home at the same time frame that my mother whose overall health was rapidly deteriorating over the course of 2021, I tried to keep this cordial. In a freak ice storm in March of 2021, a copper water pipe froze inside the master bathroom wall and inflicted a massive amount of water and in turn black mold damage to our home. Upon following proper procedure and reporting the damage to Liberty Mutual, Paige Levack was extremely courteous and was wholly straightforward. Mr. Levack began to explain in frustrating detail as to how correct I was in my assessment of how the freak ice storm took not only the entire State of Texas off guard, but it in fact caught the entire southwest off-guard, thus there were no Liberty Mutual adjusters available to come out for inspection and begin the rebuilding and repair process, and that no adjusters will be available any time soon. Therefore, when I offered to perform the cleanup and repairs out of fear that if I did not act soon, the lack of Liberty Mutual adjusters would escalate the damages into an unacceptable/unlivable stage, and anyone who has dealt with water damage and the resulting black mold that seems to grow exponentially, would understand my desperation and my families concern to get back to normal as soon as possible. Mr. Levack agreed whole heartedly, and during a lengthy conversation, Mr. Levack repeated multiple times that Liberty Mutual would gladly pay for my time, labor and expenses, and I reiterated the offer multiple times in order to spell out that I would take on the project at the direct and express order from Liberty Mutual Claims Department directly pursuant to the complete lack of Liberty Mutual Employees.

Over the course of 2021, each time we attempted to send pictures of damages and loss materials and expenses, the run around of contradictory excuses never ended. The obnoxious frustration knowing you are being lied to, by each successive employee that rudely and wholly contradicts the claim status and dishonest promises of the previous employee, now appears to be a standard tactic with insurance companies. Pictures would not upload to the Liberty Mutual server, then the argument of wanting to resolve the data problem with mailing a compact disc, then it became a demand to print all the data, then the data was too excessive, then the argument to please allow us to end this by mailing a thumb drive, and after an entire year Liberty Mutual became impossible to deal with. The insurance game appears to be nice and cooperative at first, and tell whatever lie needed to dupe the client/insured into performing whatever labor is required to complete the task, then each successive employee is instructed to be slightly meaner, a little

more confrontational, a little greedier, and the process of harassment and dishonesty increases in intensity the farther the customer is drug through the process. This has been the case with CNA and Farmers, and now Liberty Mutual belligerent threats and obnoxiously employing any and all delay tactics possible to avoid the court process, and bully clients out of reporting the company's activities to the proper authorities, is now clearly a factual industry standard operating procedure.

Now an entire year later, March to March, all of a sudden Liberty Mutual is issuing the same demands that we as customers begged for ten (10) months ago, and **ONLY** because Liberty Mutual does what all Insurance companies seem to do, push a customer to the limit, issue what ever needed lie after lie, after lie, then just bully threaten and intimidate out of any form of payment, then if threats fail, then use whatever means necessary to invoke unscrupulous lawyers to destroy the customer as a human being. I performed a long-term filthy and outright NASTY black mold cleanup and the entire reconstruction project in **GOOD FAITH** and under Texas Republic Law, a verbal agreement for labor to be performed is considered an across the fence *"handshake agreement,"* is still quite legal in Texas. Liberty Mutual is well are of this legal standard, but it always seems to be easier to lie your way out of the facts, rather than issue an imbursement that disturbs your profit margin or bottom line clearly spelling out corporate greed.

It finally came to the point that Liberty Mutual became so belligerent and confrontational once I decided on the advice of counsel that Texas law requires that I file a *"Theft of Labor"* complaint with the Texas Workforce Commission and Texas Labor Commission. Instead of waiting for the outcome pursuant to the Texas Rule of Law, Liberty Mutual escalated the threats to the point of criminal harassment and retaliation, to the point a written *'Cease and Desist Demand'* had to be issued, that was still not respected, and instead drew a snarky and smart mouth response from Ms. Grammas. At this point, it is pointless to expect Liberty Mutual to tell the truth, or abide by the rule of law, therefore we Issued a *'Federal Stowers Doctrine Demand'* for *'$13,812.08'* for an entire year of sweaty labor and expenses and even respectfully suggested that Liberty Mutual research what in fact 'Stowers' is, and of course, the Stowers demand was ignored! Liberty Mutual clearly thinks just like every other greedy and dishonest insurance company that preys on innocent victims and poor souls who obviously cannot afford a lawyer, so they are considered to have **NO** Federal Civil Rights, **NO** Constitutional Rights, and Utterly **NO** Human Rights! Therefore, Liberty Mutual's year long act of belligerent greed appears to have convinced Liberty Mutual that they can weaponize the **"SAM & GARY SCAM."** sadly, just like each and every impending Federal Civil Defendant being served proper litigation notice here.

**\*Subject Number Thirteen (13)\***

LITIGATION DELAYS BEGGED FOR FROM ELECTED MEMBERS OF THE U.S. GOV.

The March 1st, 2022 Texas Special Election run off has been a huge point of contention with not only members of the Republican Party worried that the Democrats will abuse the Texas States approved *"Business as Usual"* Corruption as a means to flip Texas BLUE. The main fear from the GOP was that Beto would be able to parlay Governor Abbott's legal failures to apply the Texas Rule of Law to the City of Fort, or remove Cosby, Chupp, Slaughter, and half a dozen other corrupt Judges, clerks, and court reporters from their respective position of authority. Now the Democrats have actually began fundraising off of Abbott's crimes from the information that I have provided. Rather than addressing the crimes the Democrats are currently having Google

commit against my career & family, these inappropriate fundraising activities according to legal scholars, is in fact a series of election crimes in itself. There will be no more delays now that we have spent the final year working our way back up the Democrat Corruption food chain that originated with Obama/Holder/Biden, then passed directly through President Biden, then landed directly on Speaker of the House Pelosi through the Criminal Restitution Impeachment Demand.

### *Subject Number Fourteen (14)*

### FORMAL PROFESSIONAL COURTESY NOTICE TO NON-LITIGANTS

To the Honorable President Donald J. Trump, Senator Hawley, Congressman Kevin McCarthy and Minority Leader Mitch McConnell,

This notice of professional courtesy is being presented to all of you as a whole in order to inform you that the timing of this patiently awaited corruption test & culpability assignment has now come to complete fruition by and through the ignored arrogance of Nancy Pelosi. For over a year now this matter has been grinding forward waiting for a massive retaliatory attack to prove that I was the one that was telling the truth all along, and how anyone who attempts to bring a spotlight on rampant Democrat Corruption and Criminal Hypocrisy, is branded a Conspiracy Theory Kook. The Democrats enjoy slamming anyone publicly with that dishonest term, since if a GOP member is being accused, then the Democrats are ready to get a short rope without any material facts or something ridiculous as material evidence, but if the crook is a Democrat, then the accused is violently pummeled by a corrupt and compliant Socialist national and social media, and the accuser is immediately and utterly without a shred evidence to be deemed insane.

Unfortunately this is preaching to the Choir, as we all know after painfully enduring the Hillary Russia Hoax that Pelosi knew all too well was fake all along, but yet Pelosi still pressed the gas pedal down to wrongly slander and defame a sitting President through a fake document scam, just like the very same fake document scam that U.S. Government Google pressed upon the Federal Court to conceal the Federal Copyright Theft that I now demand that the United States Government now remit. My notice here is to now reassure the Republican Party and specifically former President Trump, that I plan on creating an election profile for the fall 2022 mid-term elections in where every page of '***Discovery & Interrogatories***' that is extricated out of the obnoxiously corrupt and belligerently dishonest Democratic Party and their NSA Contractor thugs that I have been fighting through third party conspirators for a decade and a half, will be posted on the all new Trump Media Platform. We have patiently waited until now (*despite the barrage of emails*), just before the filing of the litigation so that the Democrats would have to answer to at first a federal court for acts of retaliation or personal threats upon my family, and then be forced to answer as the belligerent attacks from Democrats would in fact prove my allegations to the World Court at the Hague, of how the Democratic Party is not just a threat to the sanctity of the United States of America, but how the Democrats and all of their brutally vicious attack dogs in the national media and through criminal contractor Google, are a true and dangerous threat to the entire globe, and therefore needed to be treated as political terrorists.

At this point, the Avdeef family has only one request to make of you gentlemen. If Senator Cruz and other political members with or without ties to the Lone Star State would take the time to talk some sense into Texas Governor Abbott and Texas Attorney General Ken

Paxton, it would be wonderfully appreciated. Governor Abbott looking the other way for so long for fear of rocking the boat that would no doubt lead back to aiding and abetting Judge Chupp to lie his way out of butchering the "***SAM & GARY SCAM***" out of a court transcript to protect his collection agency buddy, all may be just an unfortunate oversight, and could rapidly be corrected. Please feel free to contact me, and thus I look forward to hearing from each and you.

*Subject Number Fifteen (15)*

IMPENDING FEDERAL JURY'S POTENTIAL VICTIM'S IMPACT STATEMENT

At this time it has been decided that the victim's impact statement that will be read to the jury just before closing argument will not be read by me, my wife, or any of the lawyers, it will be read by my very petite and very frail eighteen (18) year old daughter. The jury needs to hear a horrific experience like this from a child victim's point of view, directly pursuant to the fact that my little girl was the intended target the entire time while human garbage like Gary Elliston and his NAZI puppeteer who plotted, planned and deviously schemed to savage my little girl as a means to an end. This act of severe and **still prosecutable child abuse (*ATTENTION TX AG PAXTON!*)** was plotted with the end result being my personal destruction, and to strip me of a lawyer so that Gary could intentionally create a Pro Se Litigant who no court would ever again believe or even listen to. Proof of this after Powers bailed off the case, Gary hired Powers to unethically come to work for opposing counsel, and to ensure I was stripped of the time and ability to find another lawyer. Powers formally served his new master so that would start the clock running and force me to file an answer after Powers poured liquid bleach into the infected wipes before returning them in an attempt to destroy the material evidence that would prove Powers was not just wrong, but wholly incompetent after he lied to me about beating Sam's in court multiple times. Chief counsel Pamela then began demanding that I file an agreed dismissal so that she could immediately profit from their criminal scheme. This is why my child needs to spend an hour with the jury and let her put what her horrifically brutal medical misery that Gary, Pamela, Courtney, Powers and Lindsay helped a merciless and cold blooded NAZI inflict upon an innocent child, out of PURE NAZI GREED, **and crimes still prosecutable until she is 20.**

After all, Judge Lindsay was just fine with screaming at me across the bench about disrespecting his so called "*Dear Friends*" and how if I made any other allegations that I would spend the next six (6) months in jail thinking about it, and this was just after lecturing me that I was too stupid to obtain another lawyer due to the fact that I was obnoxiously trying to hold Powers responsible for his unethical treachery, and Lindsay even appears to have contacted the State Bar to slander me to ensure my complaint against Powers went no where after Saldana at the Dallas branch of the DOJ checked on my complaint. BUT, the proof is in the pudding, since Lindsay did NOT have the nerve to strip my toddler of her civil rights, yet he was fine in fraudulently branding all the adult infection victims as some sort of scammers. This means, that after I am done, I will take the discovery that none of you are going to lie your way out of or wholly avoid this time, even after we have to drag this matter to the World Court at the Hague, and hand it to my little girl's lawyer in order to not only recuse Lindsay, but name him as a child abuse Defendant once this matter is proven as a result of this federal civil litigation.

Just to make sure each and every one of you scammers properly answer the legal wrath of the federal civil jury, then hopefully a grand jury and face federal prosecutors, a master list of

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil*   34
*Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*

Defendants needs to list out how many of you have minor children to ensure the jury truly appreciates the scope of your collective cruelty. No matter how long this takes, every single one of you will answer for what you have done, and answer for the children and seniors who you have injured and killed, and you did it because you never had to look any of them in the eyes. There are certain lines in life that you do not cross, and one is you do not attack a man's child!

*Subject Number Sixteen (16)*

CLOSING STATEMENT AND FORMAL THIRTY (30) DAY SERVICE NOTICE OF IMPENDING FEDERAL CIVIL ABUSE OF POWER BIVENS ACTION, CRIMINAL CONSPIRACY, CRIMINAL RETALIATION, INSURANCE FRAUD, FRAUD UPON THE COURT LITIGATION AND FORMAL DEMAND FOR INTELLECTUAL PROPERTY AND COPYRIGHT THEFT CRIMINAL RESTITUTION BY AND THROUGH THE CRIMINAL DEPRIVATION OF RIGHTS FROM MILITARY CONTRACTOR GOOGLE, THE DEMOCRAT PARTY AND THE DEEP STATE OF THE UNITED STATES GOVERNMENT

For those of you that thought you escaped justice last year when Judge Means attacked me by and through filing a fake litigation in order to control your crime victim and deviously force me to file any actionable motion that would have in turn kept the litigation within the Northern District, Fort Worth Division, thus I would have been trapped in Judge Means court to be controlled and punished. BUT, instead, I sat back and watched Means attack fail as I bit my tongue and refused to fall into such a terrible trap that I knew no one would do anything about. Once Judge Means launched a fake case pretending to be me in order to hopefully trick me into filing anything that would have gotten his criminal retaliatory scam rolling along so that he could bar me from ever filing any future case in order to silence his crime victim FOREVER, this started a clock and is now in the last few minutes and about to expire for all served impending Defendants. I was already expecting the corrupt Democrats to not only do nothing to enforce the rule of law, but I knew all too well that the Corrupt Democratic Party would never utter a word when United States Attorney General Garland would remain silent, and thus sanction both the Means monetary wire fraud attack, and it would be met with complete approval by both Pelosi and Biden.

This is why Barristers are more than willing to submit this to the World Court, since in essence, once Means attacked to gain control of an entire series of federal crimes that would have given all of you complete criminal oversight protection, and complete blanket immunity, I can now prove in black and white and contained within the United States Federal Government Judicial PACER System, that I was just attacked by the Judicial Branch of the United States Government, and that I was ruthlessly attacked by what equates to one half of the United States Federal Government as in the Democrats, and I am still to this day being viciously and criminally brutalized by the Democrats Socialist Globalist Thugs at Google, and everyone knows it, but all of you mistakenly assume that if you ignore me long enough, I will just go away, and that is now going to be not just proven wrong, but it is about to be proven spectacularly WRONG, especially once we head off to the World Court to expose the corrupt Democratic party as a true threat to this entire planet, just as bad as the NAZI's were, directly pursuant to the fact that the Democrats are leaning far enough to the left, the Communist wing of the Democrats, have been praising the NAZI's who in their opinion, did not go far enough, and therefore lost, and the sheer fact that Democrats are already acting as if this was already a one party country,

will now prove my case for global intervention and for the need for global sanctions against criminal terrorists Google, just as the EU already has previously punished Google. My addition to my child's impact statement will ensure the juries last thought is how I never asked for any of this, and how each and every one of you decided for me so that none of you ever had to tell the truth or take responsibility for your actions, so all of you created me and all of this on all of you.

For the purposes of not giving away too much, there are another fifty (50) summations that are far worse and cover all of the permanent injuries that were intentionally left out of this notice for the intention of shocking the jury about how ruthlessly the "*SAM & GARY SCAM*" has inflicted permanent injury and severe medical suffering upon my entire family. My wife being scammed by FFE and suffering from post concussion paralysis and we cannot afford the corrective spinal surgery that FFE knows she needs but is ignoring the issue, or how Chief Counsel at Baylor Scott and White decided for me that the loss of my left eye from the cross infection of the same Burkholderia Cepacia that the "*SAM & GARY SCAM*" was employed for Rockline to lie their way out of is an acceptable loss to him since he was personally protected from a Medical Malpractice charge by Cosby. Cosby protecting Baylor Legal Counsel Michael Holt, a rather cruel and viciously dishonest lawyer is actually going to be one of the center points of the cruelty of this case, along with many others.

In a final word, the fifty (50) case summations listed above were presented in a format that was meant to irritate all of the over confident lawyers who insultingly think they can diminish the value of any case in order to strip any crime victim of their basic dignity. I intentionally made each summation one long-winded sentence, as each subject deserves to be presented that way to a jury for dramatic purposes. There are far worse acts and far worse cruelty that has been inflicted upon my family from shameful lawyers, but that will be for the jury to see.

*The United States Government, The National Democrat Party, The U.S. Government / NSA Spy Contractor Google And The United States Treasury, Have TEN (10) Calendar Days From Perfected Service Upon The United States Department of Justice To Remit Criminal Copyright Global Theft Restitution of $899,072,000 For The Full Fifty (50) Year Criminal Deprivation. You Broke It You Bought It, And Now Have No Right to Assess Loss Of Income Value.*

"CREATED & FORCED PRO SE LITIGANT THROUGH CRIMINAL FRAUD & DECEIT"

NOTED CORRECTION

*When This Document Was Presented To Elected Officials For Preview, I Was Corrected In A Well-Used Quote From Several Years Ago. The "SAM & GARY SCAM" In Fact Was Corrected In A Conversation And I Failed To Note That Correction To The More Accurate, The "SAM-PAM & GARY SCAM" Which Noted Chief Counsel Pamela J. Williams Improper Relationship With Judge Sam Lindsay. Correction to this document was too late, and all future quotations will be a more proper accurate accreditation.  My apologies for my error and any misunderstanding*

Regards,

Stephen Mathew Avdeef                              _____

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil     36
Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*

1000 Kelley Drive
Fort Worth Texas 76140-3618
*Cell: 817-564-3888*
smatavdeef@yahoo.com
sci_writer@hotmail.com

Hard Copy Signature
Stephen Matthew Avdeef
*Electronic Signature*
*/s/ Stephen Matthew Avdeef*

### Service List of All Impending Federal Litigation Defendants

1. Texas State District Judge John Chupp
2. Tarrant County Court Reporter Tina Fett
3. Texas State District Court Judge David Evans
4. Texas State District Court Judge Gena Slaughter
5. Texas State District Judge Don Cosby
6. Tarrant County Court Reporter Monica Ritchie
7. Tarrant County Court Clerk Thomas Wilder
8. Federal District Court Judge Sam A. Lindsay
9. Federal District Court Senior Judge Terry R. Means
10. Federal District Judge Reed O'Connor
11. Federal Senior. District Judge John McBryde
12. Federal Judge Mark T. Pittman
13. **The United States Department of Justice**
14. United States Attorney General Merrick Garland
15. **The United States of America**
16. Former United States Attorney General Eric Holder
17. Former DOJ Dallas Division Director Sarah R. Saldaña
18. Former President Barrack Obama
19. President Joe Biden, and in his capacity as former Vice President
20. The Center for Disease Control
21. CDC Director Thomas Friedman
22. **The Federal Food and Drug Administration**
23. Former FDA Director — Margaret Hamburg
24. Former Acting FDA Director — Stephen Ostroff (renamed Acting after Califf)
25. Former FDA Director — Robert Califf
26. Former FDA Director — Scott Gottlieb
27. Former Acting FDA Director — Norman Sharpless
28. Former Acting FDA Director — Brett Giroir
29. Former FDA Director — Stephen Hahn
30. Current FDA Acting Director — Janet Woodcock
31. Sheila Wright, Government Information Specialist, U.S. FDA
32. Eli Landy, FDA Lead Regulatory Counsel, FDA
33. **The Federal Bureau of Investigations**
34. FBI Director Christopher Wray
35. Former FBI Director James Comey
36. Former FBI Director Robert Mueller
37. **The National Security Agency**
38. National Security Agency Director General Paul Nackasone
39. United States Supreme Court Chief Justice John Roberts
40. **U. S. Federal District Courts Northern District, Individually, Fort Worth & Dallas Divisions**
41. Dallas Division Chief Judge Barbara M.G. Lynn
42. Federal Fifth Circuit Court of Appeals Chief Judge Priscilla R. Owen
43. **The Democratic National Committee**

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil    37
Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*

44. Chair of the Democratic National Committee Jaime Harrison
45. The U.S. House of Representatives, Speaker of the House Nancy Pelosi
46. **The State of Texas**
47. Texas Attorney General Ken Paxton
48. Texas Governor. Greg Abbott & in his capacity as former Texas Attorney General
49. AG Staff Michael J. Patterson
50. Tarrant County D.A. Sharen Wilson
51. Tarrant County District Attorney's Office, Former ADA Russell A. Friemel
52. Texas Department of Family and Protective Services
53. TX Department Family Protective Services, Commissioner Jaime Masters
54. **Rockline Industries**
55. **CNA / The Hartford Insurance**
56. **The Lawfirm of DeHay & Elliston**
57. Rockline CEO Randy Rudolph
58. Former Rockline Technical Expert Alan Perlman
59. Gary Elliston
60. Pamela Williams
61. Courtney Bowline
62. Patrick Powers
63. Peyton Healey
64. Greta A. Matzen
65. Michael Kazan
66. Brandon Marx
67. Scott Davis
68. David H. Timmins
69. Scott Weber
70. CNA Anthony Romas
71. CNA CEO Dino E. Robusto
72. R. Lyn Stevens
73. Carrie Phaneuf
74. **Online Publisher that Google Threatened and Bullied LULU Press Inc.**
75. **Citizens Bank / The Royal Bank of Scotland**
76. Bruce Van Saun, Chairman/CEO, Citizens Financial Group & RBS Americas
77. Shawn K. Brady, Brady Collection Agency - Law Firm
78. Jadd F. Masso Clark Hill/Strasburger
79. Jessica Hoffman Clark Hill/Strasburger
80. Ellen Alemany, Chairwoman and CEO of CIT Group
81. **United States Spying Contractor Google / Alphabet Inc.**
82. Google Inc. Sundar Pichai CEO & President
83. Former Co-Founder of Google Inc. Larry Page
84. Former Co-Founder of Google Inc. Sergey Brin
85. Google Inc. Kent Walker, Chief Counsel
86. Disgraced Former VP / Chief Counsel David C. Drummond
87. Litigation Specialist Shana Stanton
88. Lawyer Blake A. Bailey
89. Lawyer Christopher R. Jones
90. FAKE DOCUMENT EXAMINER Linda James
91. **The City of Fort Worth**
92. Fort Worth Mayor Maddie Parker, non-practicing legal counsel conspirator
93. Former Mayor Betsy Price

*Formal Forty-Five (45) Day Federal Litigation Filing Notice To All Known Criminal, Civil Rights and Constitutional Abusers of the 'SAM-PAM & GARY SCAM.'*   38

94. Sarah Fullenwider
95. Gerald Pruitt, Deputy City Attorney
96. Melanie Houston, Former Prosecutor now Municipal Judge
97. Sophia Canady, Risk Manager
98. Laetitia Coleman Brown, Attorney-Chief of Public Safety Section
99. David Cooke, City Manager
100. Judy Lacker, Legal Secretary to Sarah Fullenwider
101. **Baylor Scott & White Health Care Systems**
102. D. Michael Holt, Vice President & General Legal Counsel
103. Jim H. Hinton, CEO & President, Baylor Scott & White Health LLC.
104. Former Baylor ER Dr. Melania Chandou
105. Dr. F. David Winter Jr., Chairman, President & Chief Clinical Officer, Baylor Scott & White
106. Dr. Glen Couchman, Chief Medical Officer Central TX for Baylor Scott & White
107. Robert R. Michalski, Chief Compliance Officer/Vice President, Baylor Scott & White
108. **RE/MAX LLC**
109. Re/Max LLC Adam Contos, CEO
110. Matthew Fisher Agent, Re/Max Dallas Suburbs
111. Amber Brixey, Agent, RE/MAX Dallas Suburbs
112. FBI Special Agent John Skillenstad
113. **Farmers Insurance**
114. Farmers Group Jeff Dailey, CEO/Director
115. Jennifer Kambarn
116. Ena Frank
117. Thomas Broersma
118. Travis Voth
119. Larry Bishop
120. Brent Jackson
121. Svetlana Ivakhina
122. Chief Legal Counsel, James Miller
123. Chief Claims Officer, Robert Howard
124. Angela Hahn
125. **Frozen Foods Express Industries, Inc.**
126. Becky Brown, Frozen Foods Express - Dallas
127. S. Russell Stubbs, President/CEO, Frozen Foods Express Industries, Inc.
128. Sandee Sportman, Litigation Manager (Pretended to be a lawyer), FFE Dallas
129. Robin Schiller, Sr. Liability Adj Fake Ins Claims Adjustor for Fake Non-existent Ins Co FFE, Dallas
130. **Alcon Laboratories**
131. David J. Endicott, CEO, Alcon Laboratories
132. Chief Counsel Royce Bedward
133. **Alcon Criminally Conspirative Lawfirm of Greenburg Traurig LLP**
134. Litigation Support Specialist Michele J. McPherson
135. Lawyer Peter S. Wahby
136. Lawyer Karl Dial
137. Lawyer Pete Lacina
138. Lawyer Christopher Dodrrill
139. Lawyer Allison Stewart
140. Lawyer Jonathan Bass
141. **Keller Williams Inc.**
142. Keller Williams Inc., Chad Michael Allen, Chief Counsel
143. KW Inc., Gary Keller, Chairman/CEO

144. Tamara Saling-Starke,
145. John Doe FBI Agent #1.
146. Barry Saling, KW/Saling Team
147. John Doe FBI Agent #2.
148. **Everman Police Department**
149. Posthumously, Deceased Everman Police Detective Robert Steele
150. City of Everman, Police Chief Craig W. Spencer
151. Former Everman, Police Chief Randy Sanders
152. **American Motorcycle Trading Company**
153. Bob Luecke President, American Motorcycle Trading Co
154. American Motorcycle Trading Company President Bob Luecke
155. General Manager Blake Luecke
156. **Ally/Nuvell**
157. Jeffrey J. Brown, CEO, Ally Financial Inc.
158. Justin Jenkins Winthrop & Weinstine PA
159. Kimberly A. Hartmann, Law Office of Kimberly A. Hartmann
160. **Sam's Club Inc.**
161. Doug McMillon, President and CEO, Wal-Mart, Inc.
162. Rachel Brand, Exec VP Global Governance, Chief Legal Officer & Corporate Sec, Wal-Mart, Inc.
163. Kathryn McLay, President and CEO, Sam's Club
164. Former Wal-Mart Legal Counsel Miguel Rivera
165. Rosalind Brewer
166. **Shop Chimney**
167. Shop Chimney Director Scott Taylor
168. Estes Express Lines
169. President & CEO Rob Estes of Estes Express Lines
170. Estes Lawyer Lindsey G. Gorbach from Cox PLLC
171. **Liberty Mutual Insurance Company**
172. Paige Levack
173. Audrey Grammas
174. Arianna Lane
175. Team Manager
176. Shawn McConnell
177. Marie Craig