Stephen Matthew Avdeef
1000 Kelley Drive, Everman, TX 76140-3618
Ph.: (817) 564-3888   Email: sci_writer@hotmail.com

September 30, 2024

<u>VIA FEDERAL EXPRESS DELIVERY: 7788 9779 6408</u>

US District Court Eastern District, District Clerk
Attention: The Honorable Sean D. Jordan & Judge Aileen Goldman Durrett
101 E. Pecan Street,
Sherman, Texas 75090

Re:   Civil Action No. 4:20-CV-957-SDJ
       State of Texas, et al v. Google LLC

Dear Clerk:

Enclosed is the Movant/Petitioner's "*FORMAL CRIMINAL RETALIATION REPORT*". Please present to Judge Jordan and to Judge Durrett for their immediate review and consideration.

Thank you for your assistance.

Regards

Stephen Matthew Avdeef, Pro Se

Encl (1)

cc:   Chief Legal Counsel Kent Walker, Google Inc. (via electronically)
       Plaintiff's Counsel, Texas Attorney General Ken Paxton (via USPS mail)