ORIGIN ID:FWHA  (817) 343-7042
STEPHEN AVDEEF
1000 KELLEY DR

FORT WORTH, TX 76140
UNITED STATES US

SHIP DATE: 30SEP24
ACTWGT: 1.00 LB
CAD: 256247089/INET4535

BILL SENDER

TO **FEDERAL JUDGE SEAN D. JORDAN**
**US FEDERAL EASTERN DIST. COURT**
**101 E. PECAN STREET**

**SHERMAN TX 75090**
(903) 892-2921
INV:
PO:          DEPT:
REF: FED RETALIATION RPT 9-30-24

FedEx Express



FedEx
TRK# 7788 9779 6408
0201

AD SWIA

WED - 02 OCT 5:0
** 2DAY
75090
TX-US DFW