*Wednesday, December 11th, 2024, Thirty-Eight (38) Days Post Election Interference*

## FORMAL REQUEST FOR A PRESIDENTIAL EXECUTIVE ORDER

*Presented to President Elect, The Forty-Seventh President of the United States of America*

To the Honorable Donald John Trump,

The attached Federal Criminal Complaint very briefly outlines the *'Ongoing Federal Criminal Enterprise,'* Federal Insurance Fraud Corruption Scheme created by wholly Corrupt Obama, Biden, Holder, FDA/Hamburg Democrats, and brutally enforced by Socialist Google. The Federal Criminal Conspiracy created by Obama "*Dear Friend*" and FDA Appointee, Dr. Margaret Hamburg, was even questioned by the London based Online Essential Journal, who globally inquired as to why the FDA was providing criminal cover and refusal of enforcement to Sam's Club wet wipe supplier, Rockline Industries.

Oklahoma Senator Tom Coburn, who was a Pediatric Doctor before a Senator, was infuriated at the child abuse and indifference to death Medical Fraud Scam, both launched and criminally protected by disgustingly corrupt and brutally cruel Democrats. Tom informed me that Dr. Hamburg shared a family connection to the Founder of Rockline, a former NAZI, Ralph Rudolph, who fled WWII Germany and founded Rockline through multiple acts of corporate espionage.

My unfortunate involvement began while preparing to attend a fall 2006 European Book Tour of the then Virgin Megastores that showcased new Authors to watch for. Instead of attending the tour, returning to the states, buying a new home, and opening a publishing company, instead, I spent several months by my toddler's side trying to save her life after being admitted to several children's hospitals. Instead of telling the truth, Rockline NAZI thugs were screaming and threatening employees into silence, until one brave soul, Sam Wilson, wrote to the FDA and that letter was leaked to the press. Then the Democrat corruption machine kicked into high gear. When I wrote to AG Eric Holder for expected justice & prosecution, VP Biden was tasked to silence me no matter what had to be done, no matter how many sick, injured and dead children and senior citizens needed to be concealed. There needs to probe to find and document all the FDA National Safety Recall Victims that are supposed to be protected by Federal Law.

Once the Democrats were made aware that Google was already stealing and republishing my Mars novel, Democrats hit on the perfect criminal suppression, and personal/financial destruction machine, in then concealed, Military Contractor Google. Google was not only a United States Government Contractor, but was stealing phone data for the NSA as a spying contractor, as revealed years ago. This now means, that when The Democratic National Party knowingly, maliciously, and intentionally instructed a Military contractor who viciously concealed the military and government status from a United States Federal District Court, this was by default, the United States Government stealing Federally Protected Copyright from a private citizen. The two (2) decade long series of Federal Crimes even led to the harassment and intimidation murder of our only son, and should now be the subject of a Congressional Oversight Hearing. This would indeed expose the devious cover-up that the Department of Justice and an equally corrupt FBI deleted, concealed, and extended criminal cover to child abusers and senior citizen killers, and thus maliciously allowed Rockline to save money on expensive machine cleaning and maintenance, out of sheer criminal corporate greed and federal corruption. These are still current prosecutable crimes, since Rockline has continued to inflict at least half a dozen known infection recalls up to present day.

Therefore, as a United States Government Corruption Crime Victim, I now formally & humbly request the implementation and execution of a 'PRESIDENTIAL EXECUTIVE ORDER FOR FEDERAL CRIMINAL RESTITUTION' Be Presented To The United States Treasury.'

Pursuant to the fact that a thief should not be allowed to place a value of an item that the thief stole and greedily profiteered from, I now claim the total loss of the entire fifty (50) years of my Federally Protected Copyright by the United States Government through NSA Spying Contractor Google. At $17.98 commission per $24.95 purchase, at one million (1,000,000) purchases a year for fifty (50) years, comes to a criminal financial loss through Democrat government corruption of eight-hundred and ninety-nine million dollars $899,000,000.00. Furthermore, I now request additional criminal sanctions for two (2) entire decades of malicious career ending criminal behavior of $250,000,000.00. Google should be ordered to reimburse the U.S. Treasury for the loss to the U.S. citizenry. Attached please find the 'Full View' Federal Material Evidence Proof of the Google Theft and Republishing of my Federally Protected Copyright and Intellectual Property that Google lied, cheated, and schemed their way out of taking legal responsibility for.

*Respectfully & Humbly Submitted*

_____
Stephen Matthew Avdeef

the last breath of mars - Google Book Search                                Page 1 of 2



Web  Images  Video  News  Maps  Gmail  more ▼                              Sign in

| the last breath of mars | Search Books | Advanced Book Search  Google Book Search Hel |

The following words are very common and were not included in your search: the of. [details]

**Books**   All books - Limited preview - Full view   Books 1 - 10 of 706 on the last breath of mars. (0.09 s



**Mars** Underground - Page 119
by William K. Hartmann - Fiction - 1999 - 448 pages
Sit at the controls of your buggy until **the last breath** comes, ... first to hear
the real music of **Mars** with your own ears; **the last** music you'll ever hear. ...
Limited preview - About this book
[ More editions ]

Sponsored Links

**The Last Breath Of Mars**
By Stephen Avdeef. Only $24.99.
Qualified orders over $25 ship free
Amazon.com

Cinq **Mars** ... - Page 65
by Alfred de Vigny - 1905
She had just exhaled her **last breath** in the public street, in the arms of the
reverend Father Mignon, Canon; and we learned from the said father here ...
Full view - Table of Contents - About this book
[ More editions ]

Cinq-**Mars**: Or, A Conspiracy Under Louis XIII. - Page 65
by Alfred de Vigny - 1907
She had just sent forth her **last breath** in the public street, in the arms of the
reverend Father Mignon, canon ; and we have learned from the said father ...
Full view - Table of Contents - About this book



**The Last Breath of Mars**
by Stephen Avdeef - Fiction - 2006 - 428 pages
... **Last Breath** ... **Mars** ...
Full view - Table of Contents - About this book



Princess of **Mars** - Page 108
by Burroughs, Edgar Rice - Fiction - 2004 - 256 pages
Dejah Thoris caught her **breath** at my **last** words, and gazed upon me with dilated

eyes and quickening **breath**, and then, with an odd little laugh, ..
Limited preview - About this book
[ More editions ]



The King's Minion: Richelieu, Louis XIII, and the Affair of Cinq-**Mars** - Page 7
by Philippe Erlanger - 1972 - 247 pages
New companies had been added to the King's Guard, and Cinq-**Mars** was given the
... his Minister saying, "Be assured that I shall love you to my **last breath**. ...
Snippet view - About this book
[ More editions ]



Third Person Singular - Page 116
by K. J. Erickson - Fiction - 2002
The **last** time **Mars** spoke with Bobby, Bobby said he'd be in England for most of

the summer and ... "I've already got one," he said under his **breath** to **Mars**, ...
Limited preview - About this book

http://books.google.com/books?q=the+last+breath+of+mars                    8/3/2007