*Thursday, December 12th, 2024, Thirty-Seven (37) Days Post Election Interference*

Leigha Simonton, U.S. Attorney's Office, Northern District of TX, Earl Cabell
Federal Bldg., 1100 Commerce St., 3rd Flr., Dallas TX 75242,    Service Via: USPS

State Commission on Judicial Conduct, P.O. Box 12265,
Austin, Texas 78711-2265 (512-463-5533)                    Service Via: USPS

Office of Attorney General of Texas, Attention Attorney General Kenneth Paxton,
Jr. 300 W. 15th St., Austin, Texas 78701                   Service Via: USPS

The TX Department of Public Safety/The TX Rangers, D.P.S. Director, Steven C.
McCraw 5805 North Lamar Blvd Austin, TX 78752-4431        Service Via: USPS

City of Everman, Mayor Ray Richardson
212 Race Street, Everman, Texas 76140                Service Via: Hand Delivery

First Baptist Church Everman (FBCE), Attn: Pastor David King
501 W. Barron Ave., Everman, Texas 76140                 Service Via: USPS

The Honorable Sean D. Jordan & The Honorable Aileen Durrett, US Federal
Eastern District Court, 101 E. Pecan St., Sherman TX 75090    Service Via: USPS

Speaker of the House Mike Johnson, US House of Representatives
1236 Longworth HOB, Washington DC20515                 Service Via: USPS

Tom Fitton, Judicial Watch, 425 Third Street, Suite 800,
Washington DC 20024                              Service Via: USPS

The Honorable President Elect Donald J. Trump, The Mar-A-Lago Club, 1100 S.
Ocean Blvd., Palm Beach, Florida, 33480                 Service Via: USPS

RE: FORMAL FEDERAL CRIMINAL COMPLAINT AGAINST THE TEXAS
COMMISSION FOR JUDICIAL CONDUCT, THE STATE OF TEXAS, THE
OFFICE OF THE ATTORNEY GENERAL, DFPS, THE CITY OF EVERMAN,
THE TX RANGERS, GOOGLE & THE DEMOCRATIC NATIONAL PARTY

To The Office of United States Attorney,

If there was previously any doubt about the relentless retaliatory attacks
being dictated to Democratic Enforcer, The City of Everman, by wholly corrupt
Democrat politicians and thus the federal crimes were about an election? The City
of Everman and their Texas criminal protectors just provided the crescendo of
material prosecutorial evidence after being now granted complete criminal
protection by the Texas Commission for Judicial Conduct, and the Texas A.G.

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The    1
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

PROSECUTABLE CRIMINAL MATERIAL EVIDENCE OF JUDICIAL AND PROSECUTORIAL MISCONDUCT OF FEDERAL DOCUMENT FRAUD, U.S. POSTAL MAIL FRAUD, AND FEDERAL CRIMINAL RETALIATION, *ET. AL.* ARROGANTLY PERPETRATED BY THE CITY OF EVERMAN, THE TEXAS COMMISSION FOR JUDICIAL CONDUCT & THE TEXAS AG, THEREFORE NOW PROVING TEXAS STATE AND FEDERAL CRIMINAL RETALIATION

Sneaky and criminally devious people are always easy to predict when exposed to prosecutorial authorities and thus when facing criminal and devastating public exposure. Upon the receipt of the first of the three (3) following presented documents, the two (2) following documents were wholly and trepidatiously expected, and they both arrived, just as predicted.

**1.    Criminal Material Evidentiary Document Number ONE (1) Refusing to address or assist in the federal crimes being committed by the '*Commission*.'**

The Texas Commission For Judicial Conduct written '*Confidential*' response, dated October 9, 2024, was received on or about Saturday, October 12, 2024. This act of criminal retaliatory protectionism was received prior to the Everman Criminal Judicial and Prosecutorial Municipal and Texas Corruption Fraud pursuant to the fact that no certified delivery attempt was made on Friday, October 11, 2024, by USPS. Only a singular certified delivery attempt notice was improperly served. With the local post-office no longer being open on Saturday's, this frustratingly defaulted to a forced in-person retrieval until the follow week.

This is without a doubt a Federal Criminal Retaliatory Act of Protectionism, and even qualifies as an act of Federal Criminal Conspiracy. The notice that the '*Commission*' is responding to with a vindictive act of **VICTIM SHAMING**, in blaming the bribery and child abuse corruption crime victim of a corrupt city entity for the crimes being committed against the child and her entire family by police.

To add insult to utterly brutal and cruel injury, the disgustingly corrupt '*Commission*," closed the insult to the rule of law with; "*WE APOLOGIZE THAT WE CANNOT ASSIST YOU WITH YOUR CONCERNS.*" Our "*CONCERNS*" are that the '*Commission*' were properly and legally notified that the City of Everman has gone right back to the very same set of Federal and Texas State Document Fraud and Criminal Retaliation Crimes that the "*Commission*" are now criminally responsible for. The '*Commission*' has criminally aided & abetted corrupt Everman to resume viciously attacking a Federal Crime Victim with complete criminal autonomy and the '*Commission*' just spit in that Bribery Crime Victim's face!

# State Commission on Judicial Conduct

**Officers**
Gary L. Steel, Chair
Ken Wise, Vice-Chair
Carey F. Walker, Secretary

**Members**
Janis Holt
Clifton Roberson
Kathy P. Ward
Wayne Money
Andrew M. "Andy" Kahan
Tano E. Tijerina
Clifford T. Harbin
Chace A. Craig
Sylvia Borunda Firth
Derek M. Cohen



October 9, 2024

**Executive Director**
Jacqueline R. Habersham

**CONFIDENTIAL**

Stephen Avdeef
1000 Kelley Drive
Everman, TX 76140

Re:    CJC No. 24-0565

Dear Mr. Avdeef:

The Commission is in receipt of your request for reconsideration. Pursuant to Section 33.035 of the Texas Government Code, we cannot grant your request based on the information you provided because it does not contain allegations or evidence not already considered by the Commission as part of the original investigation into your complaint. Further, in part, some of your allegations involve the judge's discretionary rulings, of which you have an appellate remedy and are not subject to review by this agency.

Although we understand that you are not satisfied with the Commission's decision please be assured that the Commission took your arguments and evidence into consideration when it reached its decision. We apologize that we cannot assist you with your concerns.

Sincerely,

Jacqueline R. Habersham
Executive Director

PO Box 12265
Austin TX 78711-2265

www.scjc.texas.gov

(512) 463-5533
Toll-Free (877) 228-5750

==**Criminal *'Piss Off & Go Away'* Notice and Material Proof of Federal Criminal Protectionism, Conspiracy, Criminal Deprivation of Rights & Discrimination**==

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party    3

## 2.    Criminal Material Evidentiary Document Number (Two). Proving that Everman is resuming the Judicial/Prosecutorial Non-Appearance Fraud

Once again, each and every time I report and thus attempt to expose the Federal Criminal Democrat harassment enforcers, The City of Everman, they respond with yet another round of petty childish citations. Just as in when I filed a complaint with the DOJ in the Fall of 2022, Everman pulled this very same criminally Texas State protected, Texas Court and Federal Document Fraud. In December of 2022, Everman criminally concealed a properly filed and served '*Motion to Dismiss with Extreme Prejudice*,' & a '*Motion For Sanctions*,' in order to criminally protect the act of Federal Criminal Retaliation as a direct prosecutable response to reporting Federal Criminal Behavior, and, **Here...We...Go...Again!** In that criminal scam, I anticipated the scam, and I served Judge Bill Lane at his **LAW FIRM**, and Everman proceeded anyway with a false criminal conviction, that Everman committed Wire Fraud by filing a faked warrant fee as an act of criminal revenge! This was reported to the Texas Commission For Judicial Conduct. Even with the direct documented service to the Judge himself, *'pro se'* litigants are considered bothersome trash & have no Civil Rights, no Constitutional Rights, and utterly no Human Rights, and now after providing criminal coverage to Everman, the corrupt '*Commission'* is now whitewashing me out of existence.

It cannot be stressed enough, that this matter is far from a nasty, mean, and corruptly vindictive city entity endlessly harassing a crime victim in order to keep that reporting crime victim busy enough to avoid litigation and public exposure, it is about FEDERAL CRIMINAL CHILD & SENIOR CITIZEN EXPLOITATION! When I was instructed by OK Senator Tom Coburn to present the Federal Criminal Material Evidence File to the *'Local Police'* for the purposes of then Tarrant County DA Shannon to file criminal *'Child Abuse'* and *'Injury To A Child'* Felony charges against Rockline, the FDA, CNA Insurance, and DeHay & Elliston. This was per Tom's agreement with the D.A., Tom at that time was unaware as to just how corrupt the *'Local Police'* actually were. Upon Tom's untimely death I began requesting the file back once it was revealed to me by no less that two (2) Everman Police members that lawyers for CNA Insurance had bribed Everman Police Detective Steele to deviously quash the criminal charges. This is no allegation, when the Federal Criminal Bribery was admitted to by two (2) Everman Police!

THAT, is when the so far decade long endless campaign of petty citation harassment began, and if child abusing and wholly corrupt Police Chief and City Manager Spencer is not guilty? THEN RETURN THE MATERIAL EVIDENCE FILE TO THE CRIME VICTIM OR FINALLY FILE THE FELONY CHARGES!

\*\* Please DO NOT ARRIVE earlier than 15 MINUTES PRIOR to your scheduled time and unless you plan to be in court for at least two (2) hours.

**To Request a Court Hearing**

- Submit a copy of your (DL, ID, Permit, Passport, etc.)
- Submit the completed REQUEST FOR COURT DATE
- Or apply here https://form.jotform.com/242193644264054
- If you have any questions or need additional assistance, please call the court at (817)293-0525 ext: 302 or email emartinez@evermantx.net
- To make a payment and waive your right for a Jury Trial Waiver of Trial form must be completed. To make your payment www.trafficpayment.com

## HEARING DOCKET DATE/TIME October 7th, 2024

**Attorney Docket 12:00 PM**

**Prosecutor Docket 1:00 PM**

**Plea Docket 1:30 PM**

**Juvenile/Minor Plea Docket 2:00 PM**

**Show Cause Docket 2:30 PM**

**Bench Trials/Jury Trials- Scheduled times**

\*\* You are required to dress appropriately for court. No cut offs, tank tops, offensive material on shirts, etc.

The Everman Municipal Court as a Court of Record, serves its citizens and guests within the community in a courteous, efficient, and professional manner. The court and its officer's process cases in a fair and impartial manner.

Our mission is to provide effective and impartial administration of justice. We are dedicated and committed to promoting the highest standards in customer service, upholding the integrity of the court, and building public trust and confidence.

The Everman Municipal Court adjudicates Class C misdemeanor offenses and city ordinance violations punishable by fine only. The Court Office is located in the

Everman City Hall is staffed with a Court Clerk who can assist you daily. The Court Clerk is not a licensed attorney and CANNOT provide you with legal advice!

The Municipal Court accepts, Credit cards, checks, and money orders as a form of payment.

You have ten (10) calendar days from the date of your citation to either pay the

citation, make a payment plan or set your citation for court. You will need to make an

appearance in person, by mail, or by attorney representation by your appearance date.

**WARRANTS:**

Do you have warrants in Everman? You may be eligible to have your warrant fine amount reduced. The Everman Municipal Court continues to be a Safe Harbor Court, which means that anyone may appear in court with an identification at any time to resolve their outstanding cases without the fear of being arrested for Everman Municipal Court warrants. The Court can make payment arrangements or set your cases for a future court date with the Judge.

## Everman Court Rules Proving Legal Allowance of Appearance By Mail and Documented Hand Delivery With Perfected Service Via: Electronic Mail

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party    5

NOTICE OF APPEARANCE FOR CITATIONS #E0004034, E0004035, E0004036 BY STEPHEN MATTHEW AVDEEF

From: Melissa (smatavdeef@yahoo.com)

To: cmartinez@evermantx.net; mayor@evermantx.net; espencer@evermantx.net; sei_writer@hotmail.com

Cc: place1@evermantx.net; crentro@evermantx.net; place3@evermantx.net; place4@evermantx.net; place5@evermantx.net; place6@evermantx.net

Date: Sunday, October 13, 2024 at 08:33 PM CDT

Ms. Martinez,

Attached is my required court appearance being electronically served to you on 10/13/2024 and also by hand-delivery through the City Hall drop box on 10/13/2024 addressed to your attention regarding the above mentioned citations. Also included is a picture as proof of said hand-delivery.

Please enter my appearance for these citations upon the court record.

Thank you for your assistance in this matter.

Regards,
Stephen Matthew Avdeef

 State of Tx v Google Clerk Ltr, Ensuing Fed Retaliation Report-Everman - 10-14-2024.pdf
143.6KB

 Avdeef-Municipal Court Clerk-Hand Delivery 10-13-2024.jpg
82.1KB

 ENSUING CRIMINAL RETALIATION REPORT TO THE HONORABLE SEAN D. JORDAN AND THE HONORABLE AILEEN GOLDMAN DURRETT.pdf
748.4KB

## Legally Perfected Mail Service To The Court Clerk, the Entire City Counsel, the Mayor, and Police Chief with Attached Photographic Material Proof

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party



**Clocked Photographic Evidence of Hand Delivery To Everman City Hall**

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The     7
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

**Stephen Matthew Avdeef**
**1000 Kelley Drive, Everman, TX 76140-3618**
**Ph.: (817) 564-3888   Email: sci_writer@hotmail.com**

October 14, 2024

**VIA FEDERAL EXPRESS DELIVERY: 7792 1931 6840**
**US District Court Eastern District, District Clerk**
**Attention: The Honorable Sean D. Jordan & Judge Aileen Goldman Durrett**
101 E. Pecan Street, Sherman, Texas 75090
Re:     Civil Action No. 4:20-CV-957-SDJ, State of Texas, et al v. Google LLC
**Attention District Clerk:**
Enclosed is the Movant/Petitioner's "*FORMAL ENSUING CRIMINAL RETALIATION REPORT*". Please present to Judge Jordan and to Judge Durrett for their immediate review and consideration.

**VIA HAND DELIVERY**
**Everman Municipal Court, Attn: Court Clerk**
212 N. Race Street, Everman, Texas 76140
RE: Notice of Appearance – Citations E0004034, E0004035, E0004036
**Attention: Court Clerk:**
Attached is my required court appearance served by hand delivery through the City Hall drop box to you for the above-mentioned citations. Please enter my appearance for these citations upon the court record.

**VIA REGULAR USPS MAIL**
**U.S. Attorney's Office Northern District of Texas, Earle Cabell Federal Bldg.**
U.S Attorney: Leigha Simonton, 1100 Commerce St., 3rd Floor, Dallas, TX 75242
**Attention: Ms. Simonton,**
Please see the attached "*FORMAL ENSUING CRIMINAL RETALIATION REPORT*" for your immediate review and consideration.

**VIA REGULAR USPS MAIL**
**State Commission on Judicial Conduct**
Ms. Jacqueline R. Habersham, Executive Director
P.O. Box 12265, Austin, Texas 78711-2265
**Attention: Ms. Habersham,**
Please see the attached "*FORMAL ENSUING CRIMINAL RETALIATION REPORT*" in regard to this Commission's act of criminal protectionism.

Regards

_____
Stephen Matthew Avdeef, Pro Se

**Further *'Proof of Service'* Proving Federal Criminal Avoidance of Service, Retaliation, Fraud & Criminal Conspiracy by all blind copied State Agencies**

## ATTENTION UNITED STATES FEDERAL DISTRICT COURT JUDGE, THE HONORABLE SEAN D. JORDAN

Your Honor, contained within this forced Criminal Complaint is Everman's Formal Written Answer To The Motion For Sanctions that I filed in Your Honor's Court! In the reporting of Retaliatory Actions Directed To The City Of Everman To Conceal Obama/FDA/VP-Biden/Google Crimes, that was now without a shadow of a doubt just deviously concealed from Your Honor, and the proper Federal Authorities. As proclaimed within the aforementioned *'Sanctions'* and as justification for an *'Order For Protection And Severe Monetary Sanctions,'* and pursuant to my fearful claim that "*Everman Will Never Stop Until Forced To*," now, here is rock solid material evidence proof to Your Honor that my claim was wholly accurate. Everman is continually attacking a *'Child Abuse/Injury To A Child'* Bribery Crime Victim, and is now disgustingly and cowardly *'Holding Their Breath'* until after the Inauguration. This criminal gamble is clearly and without a doubt being perpetrated with the underhanded attempt to see if the Democrats would be able to still provide continual criminal cover from blatantly corrupt Attorney General, Merrick Garland. This was wholly depending on the outcome of the election and a wait and see plan on Comrade Kamala's demand for Socialist power and dictatorial control. This Is Why I *'Begged For Mercy'* From Being Forced To Live In Fear From False Convictions, False Imprisonment, And Murder.

**All I was asking for is the truth and not to live in fear from a corrupt cop & for both the Defendant & Plaintiff in your anti-trust case to cease retaliating.**

## 3. Criminal Material Evidentiary Document Number (Three) Proving Criminal Suppression/Avoidance by Texas Commission For Judicial Conduct

As final material evidence proof of a Texas sponsored Criminal Deprivation of Civil Rights and of a criminally suppressive corruption whitewash well beyond a shadow of a doubt, in this written refusal to enforce or even adhere to the rule of law, it is presented here below in stunning black and white. The document presented below was a cover letter attached to my bradded and served Federal Criminal Report that was in direct regards to the criminally complicit and wholly culpable behavior of the *'Commission.'* This was served upon the *'Commission'* as a professional courtesy copy and presented with the expectation that it may inspire the *'Commission'* take proper legal action in regards to the rule of law. Instead, the report was thrown back in my face out of sheer arrogance and criminal pomposity.

# State Commission on Judicial Conduct

**Officers**
Gary L. Steel, Chair
Ken Wise, Vice-Chair
Carey F. Walker, Secretary

**Members**
Janis Holt
Clifton Roberson
Kathy P. Ward
Wayne Money
Andrew M. "Andy" Kahan
Ken Wise
Tano E. Tijerina
Clifford T. Harbin
Chace A. Craig
Sylvia Borunda Firth
Derek E. Cohen



**Executive Director**
Jacqueline R. Habersham

October 21, 2024

**CONFIDENTIAL**

Stephen Avdeef
1000 Kelly Dr
Fort Worth TX  76140

Dear Mr. Avdeef:

We have received your complaint on October 21, 2024, unfortunately your complaint is against a federal judge. In accordance with the Texas Constitution, the State Commission on Judicial Conduct has no jurisdiction over federal judges. Therefore, we will not be able to take any action regarding your complaint.

However, you may forward your complaint about a federal judge to:

Clerk of the Court
US Court of Appeals Fifth Circuit
600 Maestri St
New Orleans LA  70130

The State Commission on Judicial Conduct hopes that this information will assist you in finding a solution to your concerns. We appreciate your interest in assisting us in maintaining the high ethical standards of the Texas Judiciary.

**STATE COMMISSION ON JUDICIAL CONDUCT**

Encl.

## Material Proof of a Stunning Act of Criminal Avoidance/Criminal Conspiracy

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The  10
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

DEMOCRAT CRIMINAL AGGRESSOR EVERMAN WHOLLY LACKS
LEGAL STANDING TO FILE FABRICATED CRIMES WITH RETALIATORY
MALICIOUS INTENT TO CREATE PROTECTIONISM FROM A BRIBERY
VICTIM THROUGH THE FALSIFICATION OF *'PENDING CHARGES'*

The pending charges criminal scheme can now be wholly correlated to each
and every time an attempt to report Everman's criminal involvement in the FDA
crimes for over a decade now. These series of well-documented retaliatory attacks
are now prosecutable Federal Criminal acts of Criminal Suppression, Coercion,
and attempted Criminal Submission Through Corruption Extortion. The act of
vicious browbeating orchestrated by wholly corrupt Police Chief/Everman City
Manager Spencer are in fact acts of Criminal Protectionism in order to delay and
prevent an Everman corruption crime victim from reporting Everman criminal
behavior to the proper Texas and Federal Authorities, and it needs to stop now.

In 2022 just after serving child abuser Spencer with a service copy of a
report containing Spencer's crimes to the United States Department of Justice and
the FBI, that was later swept under the rug and criminally deleted by corrupt
Democrats, Spencer retaliated. When I reported the very same citation scam that
Spencer has resumed this time around, I was informed by both Texas State and
Federal authorities, both sets of prosecutorial authorities responded with the very
same excuse, that as long as *'Pending Charges'* were still in place, there is nothing
that could be done until the charges were resolved, dismissed, or adjudicated.

**NOW**, all of you can clearly see the devious and criminally malicious reason
for Everman to delay a simple pre-trial hearing for a stunning delay of OCTOBER
to FEBRUARY! Five (5) months for a set of **THREE** (3) citations seeking several
thousand dollars total, that already have a rigged outcome! From September to
February, MEANING, HALF...A...YEAR! For a pathetic set of citations, that were
issued in order to obnoxiously and thus wholly and disgustingly intended to
prevent me from reporting this pack of child abusing criminal murderers, to all of
you! This tactic has been terroristiclly abused by wholly corrupt Democrats, and is
still being employed to string along President Trump TO THIS VERY DAY!

D.A. Alvin Bragg has requested the court to delay his act of "*LAWFARE*"
for the upcoming four (4) year Presidential term of President Trump. This way, the
very same corrupt Democrats behind Everman's act of "*LAWFARE*" can be strung
along and held over Trump's head in order to overshadow and being as an ongoing
smear campaign that never ends. This is why I begged for Judge Jordan to
terminate the harassment, since Everman will, ==never stop until they are forced to.==

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The    11
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

## JUSTIFIABLE FEAR OF APPEARING IN PERSON BEFORE A CORRUPT COURT WITH A CLEAR MOTIS OPERANDI OF JUDICIAL AND PROSECUTORIAL MISCONDUCT AND MURDEROUS CRIMINAL ACTS

There is utterly no doubt beyond all political trepidation that the pompously corrupt Everman Municipal Court views themselves as not only above the law, but also displaying the criminal arrogance that all of you here will go to extreme lengths to provide complete criminal autonomy from prosecution. Even after angrily responding back with a blatantly rude and stunning unbelievable act of exposing criminal corruption to the Texas Commission For Judicial Conduct. Even the '*Commission*' granted disgustingly corrupt autonomy to go right back to the judicial and prosecutorial citation & records fraud scam, as clearly exposed above.

Business as usual, there is a clear motive behind fabricating a criminal legal threat of arrest when no penal criminal statute exists, and the criminal motivation of keeping never ending '***Pending Charges***' against your crime victim and criminal victim complainant. Once again, to clearly stress this point, when I filed formal complaints about the previous identical prosecutorial and judicial citation fraud in 2022, I was informed that as long as charges were '***Pending,***' I still possess no legal recourse to pursue any corruption complaint, until the charges were resolved, no matter what. This is the entire devious and maliciously criminal motivation for Everman to FAKE YET ANOTHER NON-APPEARANCE FRAUD, AND SCHEDULE A PRE-TRIAL HEARING FOR FEBRUARY 4TH, 2025, ONE-HUNDRED AND THIRTEEN (113) DAYS FROM THE FAKED NOTICE OF NON-APPEARANCE UNTIL A SCHEDULED PRE-TRIAL!!!!

Everman has **NEVER** scheduled any hearings against me over the decades of personal attacks for more than 21 to 30 days! Everman is always in a hurry to pound the living daylights out of any and all detractors, and waiting from the middle of October until the beginning of February of the next year, now proves my personal fear of prison or death as wholly justified! Everman has already attempted to put me in prison at the direct behest of corrupt Democrats viciously protecting Google, and an Everman Police officer already MURDERED MY SON! Now considered as to WHY, pushing the physical threat appearance date for FIVE (5) MONTHS later? It is a Federal POLITICAL ATTACK from DEMOCRATS BETTING ON TRUMP BEING DEFEATED! This proves now that Everman was holding its breath to wait to see if ALL OF YOU, were going to proceed with Texas and Federal criminal corruption, '*business as usual*!' The February date is AFTER the January 20th, swearing in of what was supposed to be comrade Kamala, and Everman was holding its breath until the coast was clear to attack!

## ACTS OF TEXAS CRIMINAL JUDICIAL MISCONDUCT ARE NOT SUBSIDING, THEY ARE IN FACT ESCALATING, THUS RENDERING THE CLAIMS FROM THE TEXAS STATE COMMISSION FOR JUDICIAL CONDUCT AS WHOLLY MALICIOUS AND CRIMINALLY ABSURD

The insultingly self-absolving and criminally fraudulent claim from the Texas State Commission for Judicial Conduct that this matter is only a Federal Judicial Misconduct matter, thus the '*Commission*' is no longer responsible for their act of '*Federal Criminal Conspiracy,*' along with a plethora of other crimes, is now almost a comical absurdity! After the '*Commission*' granting complete autonomy to the City of Everman to resume the very same Criminal Judicial Retaliation Fraud supported by the '*Commission*' with their complete protectionism blessing, the current Hunt County Texas Federal Criminal Civil Rights Hoax almost puts The City of Everman actions to shame, in the fact that an entire County in Texas is that blatantly corrupt, as I will now show below as briefly as possible.

## CORRUPTION TEST NOW PROVING THE PERPETUAL ACTS OF TEXAS STATE AND FEDERAL POLITICAL CORRUPTION ABUSES OF THE DEMOCRAT, FDA, OBAMA, BIDEN, FBI, DOJ FEDERAL CORRUPTION CASE BEING PRESENTED HERE TO PROVE CRIMINAL PROTECTIONISM

Please allow me to elaborate directly pursuant to the fact that the court records now prove my allegations well beyond all shadow of a doubt, and this matter is already a well-proven series of Federal Criminal and International Criminal Human Rights Criminal Abuses. Within weeks of the homicide of Toby Avdeef, his former girlfriend and thus '*baby mama*' of our granddaughter, that Toby regularly and angrily referred to as "*the crackhead*" decided to criminally profiteer from Toby's death. This case needs to be used as a litmus test in order to see if the Texas Commission For Judicial Conduct will see the Federal Crimes committed by Hunt County Judge Aiken along with her Court Coordinator Ashley McCasland and their Top Rail Church, which they are members of, as a justification to remove wholly corrupt Judge Aiken from the Hunt County Bench?

## TX STATE COMMISSION FOR JUDICIAL CONDUCT CORRUPTION TEST

After being ruthlessly victimized by an endless stream of unscrupulously and criminally devious corporate lawyers, viciously vindictive banks, insurance companies, corrupt judges, and dishonest politicians, I thought the crimes had ended with the death of our son. I was wrong. Within weeks of Toby's harassment murder, this hate filled manic depressive reared her nasty, mean & vindictive head!

As the only person, my good natured and fun-loving son ever HATED, and hated with a vitriolic passion that the only reason he did not have any regrets, is that it resulted in his precious little girl, the love of his life, and our wonderfully adorable granddaughter. Convicted Child Abuser Lindsey turned out to be just another in the endless succession of criminal abusers, and possibly the worst one of all. Lindsey, who self-medicates with drugs & alcohol to avoid anti-psychotic meds, sat with church members at her mother's church, a mother who lied about never having anything to do with her drug addict & never ending lying, devious and thieving daughter. The members of the Top Rail Church in Greenville concocted a church fabricated Federal Criminal Civil Rights Fraud/Criminal Hoax.

During very frustrating family visits with Lindsey's mother, Tammy, in Greenville, we attended her church on several occasions in order to ensure the now 4-year old minor child had her other Grandma in her life, since family should be the most important thing in a small child's life. Tammy was rude and abusive, and lied about contacting her daughter in direct violation of the criminal court non-contact conviction order. Lindsey was **CONVICTED** in assaulting my wife, Toby, and her then three (3) month old child! The visits were during the tenure of the 18-month probation term, and had to be terminated once it was clear that Tammy was clearly violating the court order, and Lindsey had to be threatened by the DA with serving the remaining time in state prison, if she did not stop harassing both of us.

During more than one Sunday church service at Top Rail, we spoke with Ashley McCasland, who is the Court Coordinator for Hunt County Judge Keli Aiken, who Ashley bragged was also a Member of the Top Rail Church! Judge Aiken, Ashley McCasland, the family of Lindsey's boyfriend, and the church pastor, all hatched a plan to aid and abet a fellow church member to perpetrate a very serious set of Federal Crimes. They all coached a fellow church member and convicted child abuser whose child was placed in the custody of our home by Child Protective Services (DFPS), due to Toby's crazy work schedule, on what to do, what forms to file, and what to say in the demonstrative acts of sworn criminal perjury on the court record. This means that Judge Aiken, Hunt County Court Coordinator McCasland, Top Rail Church, and all the family and church members are an entire pack of criminal aggressors, and are by default the Plaintiff's in the rigged child abduction criminal act, that Everman Police even refused to act upon. The Church Scammers fraudulently claimed that the child had been "*Kidnapped*" from Hunt County, yet she **NEVER** lived in Hunt County. The Church even claimed that we were guilty of '*Human Trafficking*,' and even went as far to fraudulently claim that no custody had ever been assigned, and DFPS has been criminally concealing and blocking material evidence to conceal Lindsey's record.

Criminal aggressor Judge Aiken held an *'Ex Parte'* hearing in where she issued a criminally invalid court order to seize custody, but no hearing notice setting was ever served or received. The Everman Police were tasked with serving the order, but when I provided multiple court documents proving that the court order was a crime in itself, the Everman Police officers refused to enforce it, and chose not to get involved. Once the Police read the Tarrant County Constable Email about Hunt County officials hatefully slandering me, and we still had an entire month to file a proper legal response by Texas State law, even the corrupt Police Chief was afraid to get involved in a series of clear-cut Federal Crimes.

Once the local Police defied Judge Aikens criminally issued **CHURCH ORDER**, the severely corrupt Church Member, Judge Aiken, ordered the Tarrant County Constables to rip our granddaughter out of our home kicking and screaming. Once this pack of Hunt County Criminals obtained the goal of a '*Federal Kidnapping*,' they had a rushed hearing that we were unable to attend in a last minute setting pursuant to an already booked business trip that was outside of Texas (Nevada) that could not be delayed. I filed a *'Defendants First Motion For Continuance'* and of course, since it told the harsh and stunning truth, it was summarily ignored, and the court never ruled on it. Judge Aiken shut down the case as quickly as possible, after refusing to review any of the criminally complicit behavior she perpetrated. Judge Aiken needs to face Federal Criminal Prosecution. We filed an actual and genuine ***'Federal Writ of Habeas Corpus For Immediate Injunctive Relief Pursuant to 1983*,'** in the Eastern District, Sherman Division.

The Church Scam is indeed a series of Federal Crimes, directly pursuant to a FAKED WRIT OF HABEAS CORPUS in where Hunt County and the Church claimed that the minor child was being held prisoner! The child was not a member of any Texas State Correction Facility, County Jail, or State Penitentiary, and to grant such a **FAKED** Writ was a clear act of Federal Criminal Conspiracy Perpetrated by Hunt County Judge Aiken, the Texas AG, and the DFPS, which is in fact a subsidiary of the Office of the Texas Attorney General. NO ONE has even filed an answer in the Federal action since filing in June. They are all pretending the matter no longer exists once these criminals got what they wanted. The Texas A.G. is blatantly retaliating by not allowing the DFPS to provide Lindsey's lengthy criminal record and all of the previous encounters with CPS. The DFPS lied to us, strung us along for five (5) months, and even lied about faking a website failure that was somehow our fault for not obtaining the promised criminal record. The A.G. finally gave up scamming us & DFPS sent a letter finally denying an assault crime victim the legally obligated record of her aggressor, and are now deviously protecting her child abuser, & even inflicting alcohol fetal poisoning of all 3 kids.

ARROGANTLY CORRUPT DEMOCRATS ALWAYS ATTEMPT TO FRAME
THEIR POLITICAL CRIME VICTIM(S) FOR THE SAME CRIME(S) BEING
COMMITTED BY RUTHLESSLY CORRUPT DEMOCRAT TERRORISTS

It is now already well documented and a matter of public record that during the same tenure that Everman Police were in the process of unmercifully harassing the family of the police corruption child abuse crime victim, the Everman police were instructed to frame that child abuse crime victim's father for the VERY SAME CRIME! During the tenure of a church daycare field trip to the pumpkin patch in the fall 2022, I spoke to the Daycare Directors Husband, an Everman City employee, who was also chaperoning on the church daycare field trip. He spoke about how dangerously corrupt the entire City of Everman was, and that he was desperately looking for a job, and searching for a home outside of the city, in order to avoid going to jail with all the city criminals. It was discussed that it was only a matter of time before the entire criminal empire ended with all of the members of the City of Everman government being sent to prison for such blatant criminal acts.

After this revealing and very disturbing in person conversation, it would later be revealed that before Michael Dickson was able to flee City of Everman corruption, he was forced into instructing his wife, Vanessa, who so happened to be the First Baptist Church of Everman's Daycare Director Vanessa Dickson, to file a CRIMINALLY FRAUDULENT CHILD ABUSE CHARGE WITH DFPS, Department of Family Protective Services, (formally CPS). DFPS immediately concluded that the unsubstantiated abuse attack was nothing but a load of tripe, and called the minor child's parent Toby Avdeef, and informed him as much. Toby told the caseworker that it was "***clearly a petty chickens\*\*\* attack***" and presented the caseworker with a brief description of the City of Everman attack background. Toby was informed DFPS would take no action and was not interested in getting involved in a retaliation squabble & faked report with a corrupt city, and that Everman would have to do their own dirty work, but failed to prosecute Vanessa!

The following year I was informed by federal government contacts that there was clear and concise documentation between wholly corrupt Democrat politicians and the City of Everman concerning political attacks that needed to be ramped up in order to ensure that I was brutally suppressed. This was a **Federal Political Criminal Retaliation & Harassment Attack; This Is A Federally Prosecutable Matter**. Of course, once this Texas State Abuse of Power Criminal Fraud was presented to the Texas Commission for Judicial Conduct, and the Texas Attorney General, the political whitewash began, and with DFPS being a subsidiary of the Office of the Texas A.G., this is **TEXAS STATE & FEDERAL CORRUPTION**.

THE FEDERAL AND STATE CRIMINAL AND CIVIL STATUTE OF LIMITATIONS ON THE DEMOCRAT/FDA/ CREATED AND GOOGLE ENFORCED ONGOING CRIMINAL ENTERPRISE IS RENEWED WITH EACH ORDERED CRIMINAL RETALIATORY ATTACK

If Everman and all other complicit criminal abusers had left well enough alone, then time would have absolved the prosecutable actions over the years. Instead, each instructed attack renews the Federal and Texas State Statute of Limitations. This entire series of Federal and Texas State crimes are not some criminal act committed long ago in a galaxy far, far away, they are wholly current prosecutable crimes. When the founding partner of the Dallas law firm of DeHay & Elliston was hired by the former NAZI party member Ralph Rudolph who founded Rockline Industries by an act of corporate espionage, and the ruthlessly dishonest CNA Insurance from five (5) states away, crossing state lines made these crimes a series of Federal Offenses. When criminally and unscrupulously devious Gary coached Rockline Technical Expert Alan Perlman run **FAKE** product run numbers in a sworn material evidence affidavit, thus Gary Suborned Perjury to a United States Federal District Court. Gary, the NAZI, and CNA Insurance were not just disgustingly and criminally victimizing our then, five (5) year old little girl to deprive her of life long medical care, these pack of vomitus scumbags, were creating a Federal Medical Insurance Fraud Scheme that would continually and perpetually victimize **ALL** FUTURE ROCKLINE INFECTION CRIME VICTIMS, BOTH CHILDREN & SENIOR CITIZENS FROM THAT POINT UNTIL PRESENT DAY! ROCKLINE HAS CRIMINALLY & MALICIOUSLY INFLICTED MORE THAT HALF A DOZEN FDA NATIONAL SAFETY RECALLS UPON THE GLOBAL PUBLIC ALL THE WAY TO PRESENT DAY OUT OF SHEER CORPORATE GREED AND NOT CLEANING MACHINERY.

Each and every time the Democrats instruct Google to inflict financial devastation upon an FDA Whistleblower, as officially declared by Oklahoma Senator Tom Coburn, the Statute of Limitations in this **'RICO'**, *'Ongoing Criminal Enterprise'* is continually reset. When disgustingly corrupt Police Chief Spencer is instructed by terrorist Democrats to railroad a Bribery crime victim with a FAKED child abuse case to the DFPS through a local criminally complicit church, or continually harass the parent of Everman Police corruption crime victim with never ending citations, the prosecutorial Statute of Limitations is statutorily reset. While spending years tracking down where Rockline hid Perlman in another state, I wrote to Rosiland Brewer, the CEO of Sam's Club begging for the truth. Chief Counsel Miguel Rivera threatened me not to bother Sam's Club anymore. Later it turned out, that Sam's knew Rockline Faked the Run Numbers, and stood by and watched!

## FEDERAL ELECTION INTERFERENCE THROUGH A SUCCESSION OF COORDINATED POLITICAL ATTACKS FROM THE DEMOCRATIC NATIONAL PARTY THAT CONGRESS SHOULD NOW INVESTIGATE

The attacks intended to '*keep me busy*' in order to maliciously and vindictively prevent the Obama/Biden FDA Federal Criminal Corruption Case from becoming a hotbed political issue in the 2024 Presidential Election, now constitutes Federal Election Interference. It was already stated to me from '*Confidential*' Federal Contacts, that the motivation was painfully clear, that Google and Democrats conspired to "***WHITEWASH ME OUT OF EXISTENCE***" in order to wholly and fearfully prevent me from becoming a "***Mega Donor***" to the Trump Campaign. The Democrats viewed me as a long time and thus staunch Republican that would have donated several hundred million dollars to the Trump campaign, and that would have been a dangerous factor for the Democrat plan to enact the final Socialist death knell to transform this country into a Communist Dictatorship that the Democrats planned on ruling for the next century or better.

The Democratic Party is wholly and stunningly correct in that aforementioned donor assumption. Indeed, if the Federal Criminal Restitution had been granted pursuant to the pending Motion For Sanctions against Google still pending before the Honorable Sean Jordan, then I would have cheerfully donated several hundred million dollars to Donald J. Trump and the Republican party, that would have possibly made a significant effect on the now concluded election, that ended up still working out as needed for this great nation, so in a nutshell, the Democrats even failed on that election interference front. The Democrat Whitewash Corruption Scheme has already been proven, once the FBI responded to the 2022 United States Department of Justice complaint a full twenty-six (26) months later! The fact the FBI had no idea, and even the faintest clue as to who I even was, proves that nauseatingly corrupt Democrats had already issued the order to both the DOJ and the FBI to criminally purge all known contact and documentary materials referring to me. Even deleting the United States Senator Tom Coburn Congressional criminal Probe and the previous Federal Criminal Investigations harking all the way back to the original 2010 AG Eric Holder criminal retaliation actions in where Google was tasked to monetarily destroy a Federal Corruption Crime Victim who threatened the Obama Presidency & legacy.

Even with President Biden hypocritically preparing to hand out blanket pardons to all the Criminal Conspirators that criminally scammed Trump out of office, by investigating the Dr. Hamburg/Obama FDA medical fraud corruption scam, it would still allow Congress to hold Democrats criminally responsible.

FORMAL FEDERAL CRIMINAL COMPLAINT AGAINST TEXAS AG PAXTON, THE TEXAS RANGERS, AMD THE TEXAS COMMISSION FOR JUDICIAL CONDUCT AND THEIR CRIMINALLY PROTECTED TX JUDGES

The multiple Texas Corruption Complaints against Judge Don Cosby, Judge John Chupp, Judge Gena Slaughter, Judge Keli Aiken, and Municipal Judge Bill Lane, has already been presented to the Texas AG Paxton personally, in addition, the Director of the Texas Rangers Corruption Unit, the Texas Commission For Judicial Conduct & even the Texas State Bar! A.G. Paxton swept all of this under the rug since this involves Governor Abbott. When Abbott was A.G. he aided & abetted Judge Chupp to lie to a Federal Court for helping his collection agency buddy/former corrupt lawyer partner, in butchering the daylights out of all FDA criminal evidence. Chupp did this as a devious favor to prevent any proper appeal by rigging the record, then committed Federal Criminal Perjury. Abbott protected Chupp since his bench was a favor granted to Chupps' mommy by her personal friend Governor Perry, so *'Texas Good Ole Boy Corruption'* is alive and well!

Cosby is even worse, since when my wife notified Nuvell, now Ally bank, that she was seeking alternative medical care for our sick child in Louisiana, since she was leaving the state, Nuvell demanded she immediately surrender the car, with no monies owed! I found the contract and it was UNSIGNED! Under Texas law, the contract is legally invalid. As an act of scumbagism, corrupt Cosby, from the bench, told outside the court friend lawyer Jenkins, to GO GET THE CONTRACT SIGNED FIVE (5) YEARS LATER! Cosby then LIED, and Jenkins LIED to the COA and the Texas Supreme Court refused the case, since my wife was branded a LIAR by a scumbag judge and a scumbag lawyer. Later, as a direct result I was requested by Senator Coburn to file suit against CNA Insurance in order to expose the federal crimes, and Tom would use the court record. Cosby then had a secret '*Ex Parte'* hearing after CNA lawyers saw Cosby could be bought, and had the case moved to his court while I was in a several month-long drug induced coma for the anaphylactic shock from starting the infusion drug Humira, to allow the drug to dissipate and avoid brain damage. CNA paid off Cosby to declare a CNA crime victim as '*Vexatious'* in order to silence me after the same scumbag lawyers Bribed Everman Detective Steele to avoid felony charges. After I filed a Federal Insurance Complaint about Ally Federal Contract Fraud, the CEO of Ally spent an entire year, and half a dozen times gloating and ridiculing my wife over his bribery win, as if she's too stupid to understand! I even enlarged the contract into a poster, but that made him gloat even worse! TX AG PAXTON, HOW MUCH LONGER ARE YOU GOING TO REFUSE TO ENFORCE THE RULE OF LAW? **Do your job, or resign and allow your replacement to do so!**

<u>FORMAL FEDERAL CRIMINAL COMPLAINT AGAINST DEMOCRAT
PROTECTED FEDERAL DISTRICT COURT JUDGES WHO NARROWLY
ESCAPED CONGRESSIONAL IMPEACHMENT AND PROSECUTION DUE
TO THE UNTIMELY DEATH OF OKLAHOMA SENATOR TOM COBURN
AND FORMAL REQUEST TO SPEAKER OF THE HOUSE MIKE JOHNSON
FOR THE CONGRESSIONAL APPOINTMENT FOR A SPECIAL COUNSEL</u>

The now multiple criminally suppressed and purged Federal Criminal
Complaints over this matter have now finally proven as to just how abusively
corrupt the Democrats are each time they cheat and scam their way into power.
Tom, (Senator Coburn) very aptly named the FDA protected national child abuse
medical fraud that Chief Counsel Pamela Williams, a Partner at DeHay & Elliston
abused her sexual contact with Judge Lindsey, along with Lindsey Golfing *'Dear
Friend'* DeHay & Ellison's Founding Partner, Gary Ellison, the **"SAM-PAM &
GARY SCAM!"** The sheer fact that Lindsey would repeat in-person statements
from Pamela that appeared in no legal briefs confirmed the criminal level *EX
PARTE* contact. Even worse, Lindsey threatening me with six (6) months in jail
with not even a phone call if I continued to disrespect his "*Dear Friends*" who
Lindsey was aiding and abetting multiple Federal Criminal, Criminal Civil Rights,
and Human Rights Crimes. Ever more insulting, is when Lindsey screamed at me
from the bench over filing a complaint against my lawyer Patrick W. Powers, who
Gary bought off to stab our little girl in the back, and after Powers went to work
for opposing counsel, revealed work product privileged materials, served Gary
AFTER abandoning the case in order to prevent me from finding legal counsel and
created a Pro Se litigant. Powers slithered his way out of an Unethical/Criminal
Conduct Complaint with the aid of demonstratively corrupt Judge Gena Slaughter.

The hundreds of pages it would take to properly illustrate what has already
been criminally purged by the FBI, and the Department of Justice in regards to
how Federal Judge Terry R. Means, Federal Judge Reed O'Connor, and Federal
Judge John McBryde all bent over backwards to knowingly, maliciously, and
intentionally rigged each forced Federal case through *'FEDERAL CRIMINAL
DEPRIVATION OF RIGHTS*,' would now be wholly futile. The federal criminal
cover-up even extended to a Federal Complaint to The U.S. Supreme Court (Chief
Roberts) against then Administrative Judge Terry R. Means, who protected the act
of Federal Judge Shopping. (why Gary bribed Powers so the case would not be
filed in Fort Worth!) Means even went as far as to file a FAKE litigation case
*'Avdeef v. The Department of Justice'* in order for Means to keep command and
control, so that Means could permanently shut me up by declaring ***'Vexatious.'***
Of course, the Constitution no longer protects '*Pro Se*' & Justice Roberts proved it.

July 29th, 2013

Stephen Matthew Avdeef
1000 Kelley Drive
Fort Worth, Texas
76140-3618
1-817-293-0773
sci_writer@hotmail.com

**VIA REGULAR & CERTIFIED MAIL RRR: 7012 3460 0000 5946 6744**

U.S. Attorney Sarah R. Saldaña,
Northern District Of Texas
1100 Commerce Street, Third floor
Dallas, Texas 75242-1699

**RE: FORMAL CRIMINAL COMPLAINT AGAINST SAM'S EAST INC, DEHAY &
ELLISTON, ROCKLINE INDUSTRIES, WALMART STORES INC. &
INDIVIDUALLY, GARY D.ELLISTON, PAMELA J. WILLIAMS, COURTNEY G.
BOWLINE, ALAN PERLMAN, PEYTON J. HEALEY AND PATRICK W. POWERS
AND A FORMAL CIVIL RIGHTS AND DISCRIMINATION COMPLAINT AGAINST
FEDERAL JUDGE SAM A. LINDSAY.**

Dear Ms. Saldaña:

Now that I have finally obtained the physical evidence that proves ROCKINE
INDUSTRIES committed a federal offense by perjuring themselves to FDA inspectors and then
criminally conspired to conceal that act of perjury in a United States Federal District Court, and
after spending more than half decade attempting to bring to the attention of the authorities the
criminal actions of the above named corporations and individuals as the angry father of a child
that has been disgustingly victimized over and over again by a bias and discriminatory legal
system, I now appeal to you personally for action.

This case is not about retaliation or all of the absurd atrocities taken by a group of
perjurous lawyers who have criminally conspired with a American corporation to conceal not
only the known victims of a national safety recall that they maliciously inflicted upon the general
population out of sheer greed, but it should be about all the children and senior citizens who died
and were criminally concealed from the FDA and CDC, and in turn your jurisdictional authority.

Now please allow me to give the briefest of possible outlines from the beginning that will
allow me to set the stage for this multi-faceted criminal and constitutional civil rights and
discrimination complaint that would surely take more than fifty pages to completely delve into
the absolutely nauseating case of injustice that has transpired against a family of medical
bacteriological infection victims basically because a Federal Judge was either protecting his
sexual partner, or was at that point in time eyeing yet another possible sexual conquest while at
the same time that same Federal Judge Sam A. Lindsay was openly discriminating against a Pro
Se litigant while also violating that same litigants civil and constitutional rights.

U.S. STATES ATTORNEY FORMAL CRIMINAL & DISCRIMINATION COMPLAINT    1

==Material Evidence Proof that an eight (8) page Criminal Complaint was presented
to the Dallas DOJ and was not only ignored, but the DOJ concealed the complaint.==

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The    21
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

Now hopefully I have your attention, so please stick with me to the gritty end as I attempt to paint this obscene illustration as astutely and clearly and as quickly as I possibly can.

## AN ABBREVIATED STATEMENT OF THE HISTORY OF ACTIONS

In the summer of 2006 Randy Rudolph, the family owner and President of ROCKLINE INDUSTRIES made the conscience decision to spread out the federally mandated cleaning and maintenance of his manufacturing equipment out of sheer greed, and this of course led to the malicious delays and Mr. Rudolph knowingly and intentionally spreading out bacteriological testing for deadly bacteriological agents that were sure to be the end result of his criminal endangerment and complete disregard for public safety.

What this beginning means, that this was **NO ACCIDENT**, it was all done out of **GREED AND MALICE**, and the fact this man could care less about my child or yours. Rudolph knew he was committing a crime, since he even criminally conspired with his office staff to have a code phrase of "Judy to the front desk!" to be broadcast across the plant so the cover-up could begin anytime an FDA inspector arrived at the manufacturing plant. He then spread out the testing of the baby wipe materials to maximize his profit margin to Sam's Club while at the same time he triggered yet more successive recalls over the years where to this day his obscenely dangerous products are openly and callously inflicting dead cockroach parts and broken razor blades on an unsuspecting public and especially little children, as you can read for yourself in the attached article that is now a part of the court record in this case and *Sam Wilson v. ROCKLINE,* from the Pulitzer Prize winning Online Journal. (See Exhibit A)

What this should mean to any law enforcement agency is that every child and senior citizen with medical issues who have died from each successive recall should be seen as an act of murder and or manslaughter, and thus Mr. Rudolph should go to prison for each and every death the he has been allowed to conceal from the court through unscrupulous lawyers that I have spent the better part of a decade struggling to bring to the public's attention.

At the same time as the primary infection that my family suffered, I had just spent the previous three years working on a feature length science fiction novel that had just been released to public through self-publishing, just as almost every other famous Author has done with their first novel in order to draw attention with the sole intent to being picked up by a major global brick and mortar publisher. While spending the entire year working out all of the details in planning a European book tour that would have netted me a bare minimum $1,350,000, the entire family became ill with a viral infection that no doctor could seem to identify and thus created a medical mystery.

Once a national recall letter was received that was generated from Sam's Club own purchase receipt records, it turns out that the medical mystery was an infection from Burkholderia Cepatia, a water borne bacteria that affects senior citizens, small children, or anyone with a compromised immune system, just like my then toddler. It turned out that the electric baby was conveniently incubating the dangerous bacteria by keeping it at body temperature day and night as a personal comfort to our little girl who was having severe constipation problems at the time, among several other medical issues that dictated she use personal hygiene cleaning products.

U.S. STATES ATTORNEY FORMAL CRIMINAL & DISCRIMINATION COMPLAINT    2

This now deleted and concealed Federal Complaint was requested by Senator Tom Coburn as the lead up to his launching a Federal Criminal Probe, that was blocked.

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The   22
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

Once the medical issues escalated, I was finally forced to make a very tough decision to forgo the book tour that would have launched my career to instead stay here in the states to tend to my families medical needs. This decision that was not even contemplated at the time due to the fact that family always come first, and that decision has triggered a chain of events that have completely devastated my family both personally and financially.

To overcome this, I even attempted to negate the loss by sitting down and putting almost seventy of the two hundred plus publishing concept outlines and short story ideas stuck in my head for feature length novels and movies in a binder, and headed off to Hollywood. I Foolishly assumed that all that uncopyrighted and fresh material would be pounced on by desperate studios executives and producers who seem stuck on remakes and tired old rehashing's and sequels, therefore I was quite shocked to hear the head of a major studio inform me that I needed to overcome my public image.

Due to the moral interpeptide clause in all publishing and production contracts, I was told I needed to go home and hire a lawyer to sue Sam's Club to set things right, since over the Internet it now shows I attempted to scam Sam's Club over something as silly as baby wipes, even though the case is far more severe that appears to the general public. I was told this very same thing by a major brick and mortar publisher in New York City when I sought a long term publishing contract, since now, it turns out I am not publicly marketable until I seek justice through the courts, which has turned out to be nothing more than a futile SICK JOKE as a Pro Se litigant is seen by the federal courts as less than a person.

It still nauseates me to say out loud that the studio contract was worth thirty million, and the publishing contract was worth the standard multi-continent twenty million, plus books sales incentives and very lucrative stipends for meeting preset publishing deadlines. What this means, is these pack of criminals have cost me at least fifty million, and at least another fifty million in global book sales, and they claimed to the court I had no damages to claim, and that I failed to even state a claim in an utterly insulting perversion of the law.

After two years it was clear that the obnoxious insurance company (CNA) was never going to take responsibility for the malicious actions taken by their client ROCKLINE INDUSTRIES. Evidence of the recall was presented to CNA, so when ROCKLINE hired outside counsel here in Texas to defend themselves against a family of their own victims seeking medical and financial compensation for such grievous acts committed against known infection victims, it means they went into a federal district court with the sole intention of concealing those medical victims from the U.S. government in the form of the Federal Courts, the FDA, and the CDC, in fact, they actually had the nerve in the beginning of this case, and the whistleblower Sam Wilsons case, to even deny the recall ever existed. I gladly copied Mr. Snively in Arkansas the documents I had collected to prove the recall was indeed real!

I was not after some payday or lawsuit happy as I have been accused of by all of the condescending and pompous lawyers involved in this matter to date, including my own former lawyer, Patrick W. Powers, who actually appears to have been bought off by ROCKLINE to aid them in their criminal endeavors. The fact is, I actually waited the full two years to foolishly attempt to force ROCKLINE to take responsibility for their actions until I was forced to sue by the civil time limit statute. My own lawyer lied to me, concealed his incompetent pee in a cup lab test and actually worked side by side with opposing counsel while perjuring himself to the State Bar of Texas, but all of that is for the book I am writing on the subject.

U.S. STATES ATTORNEY FORMAL CRIMINAL & DISCRIMINATION COMPLAINT    3

The revelation of multiple Federal Judges committing multiple acts of Criminal Misconduct through the Federal Criminal Deprivation of Rights was suppressed.

Attached is an email (See Exhibit B) between Shirley Spitzer, Dallas District Compliance Branch U.S. Food & Drug Administration, and Sean Cheney, Supervisor, HFR-SW1580 of Inspections, Compliance, Enforcement And Criminal Investigations. (713) 293-1431, FAX (210) 541-0394 of the Dallas District, (DAL-DO), 4040 North Central Expressway, Suite 300, Dallas, Texas 75204-3128

I issued an F.O.I.A. to the CDC last year and it was in turn forwarded to the FDA who turns out still had jurisdictional authority over this matter, for which I was unaware of, since ROCKLINE and their lawyers criminally conspired to conceal that from myself and the courts all long. What this one very damning piece of evidence now proves is that ROCKLINE INDUSTRIES and their Insurer CNA LIED TO THE FDA CRIMINAL INVESTIGATORS! Look for yourself, by referring to page two of three, of the two page emails attachment. The attachment is "INFORMATION RELATIVE TO ROCKLINE RECALL," where under section 4. COMPLAINTS, it states

"**None**"

This means they lied to the FDA in fraudulently claiming that they were no victims, meaning "**None**," so once ROCKLINE had lied to the FDA, they had to now protect that act of perjury to government federal criminal investigators which now explains why they did not just mitigate the claim of one of their bacteriological victims, they had to all out DESTROY US, in order to protect their federal offense.

This also explains why they had to paint me as some sort of threatening kook, and go and have a biased liberal judge who was willing to legislate from the bench attack me for having a gun license, or even take every written statement I made as a threat, even when I was quoting from Shakespeare, Alexander The Great, or even Plato, since it now appears that in Federal Court attempting to force a lawyer to tell the truth is considered a physical threat!

I have even allowed my concealed weapons permit to expire just so these criminals can not further use it against me, which is yet another violation of my constitutional rights.

What is even worse is, I was attacked in open court and on the record by Judge Sam A. Lindsay for not having a lawyer, as if being a Pro Se litigant was something dirty. I attached the entire hearing transcript to the current court record so I can raise this issue on appeal. The truly disgusting nature of this personal attack from the bench for having the nerve in exorcising my right to take anyone who injures my family into a court of law to hold them responsible for their actions, is the actual reason WHY, I was not able to find another lawyer to take over the case. Judge Lindsay made insidious accusations I was hiding some reason as to why I could not find counsel, but the truth was, I was unable to tell him in open court that he himself, and his reputation for philandering and his notorious reputation for "skirt chasing" as one Dallas lawyer put it, was the real reason that no one would take over the case. It was apparently one of the worst kept secrets, and I was even told by a member of government, that was one of the factors that removed Judge Lindsay from the short list for Supreme Court appointees. I visited twenty-two different law firms over a five month period, and just over half had the nerve to at least admit to me "off the record" of course, as to why they would not take the case, even though it was an easy win otherwise once the materials were properly tested to make a fool out my own former lawyers test that ROCKLINE is still hiding behind.

U.S. STATES ATTORNEY FORMAL CRIMINAL & DISCRIMINATION COMPLAINT    4

==As a result of this Complaint, the DOJ refused to prosecute Rockline, Sam's Club the law firm of DeHay & Elliston, and most disgustingly, CNA Insurance!==

Right at half of the Dallas lawyers that were candid enough to tell me the truth said that Judge Lindsay had a thing for ROCKLINE'S chief counsel Pamela J. Williams, and it was no secret, and the other half suspected that the two of them already had a thing going, since the "tall leggy blonde" over at DeHay & Elliston was Judge Lindsay's favorite type of prey. Everyone of them knew that anyone who stood to embarrass anyone the Judge was chasing after was going to be "pummeled" in open court, as one very prominent Dallas attorney pointed out, and his words proved prophetic, since I personally took the exact pummeling he was referring to. The one thing the court transcript does not impart to the reader, is the eye contact and the interaction between the bench and Ms. Williams during the hearing which was so blatant, everyone else attending picked up on it.

Trust me when I tell you, that Pamela knew she had a disgusting advantage, and was willing to use it. That is why I found it absolutely hysterical when Ms. Williams attacked my having a concealed weapons permit several months after a standard status meeting, so she could paint me as a threat to fabricate an excuse to file a motion to dismiss. Judge Lindsay even went as far as to vacate the order of the Federal Magistrate Stickney, because Stickney found the order for protection and the motions utterly absurd, but that did not fit the judges plan to retaliate against me. When the Judge saw pushing my buttons was not working and he could not provoke me into losing my temper in open court, just as I was warned he was going to do, he backed off of granting the motion to dismiss. Ms. Williams absolutely lost it, and slammed her papers into her case and almost tripped over her own feet running and stomping out of the court room, which spoke volumes if you had been there.

After ROCKLINE'S lawyers could not get the case dismissed, they demanded I turn over the materials for testing. After I surrendered the materials, I had to file a motion to compel with Magistrate Stickney to force them to return the evidentiary materials since they were obviously stalling and making excuses as to why they could not return them on time. What this meant, is they actually sent off the materials to be tested in the Denver lab they normally used, and the test was POSITIVE.

If the test was negative, they would have shoved the results down my throat, or they would have challenged the evidentiary materials that I have been beating them over the head with for years now. This means, once they found out that their materials that I turned over were infected, they directly violated a federal magistrate's written order, they lied to now, two federal Judges by instead going with my former lawyers ridiculous $300 pee in a cup test that even the lab that performed it had no idea what Burkholderia Cepacia was, and they had to send it out to another lab who was only equipped to test food products! They then in turn lied to the Fifth Circuit Court of Appeals, just as they are about to again. Take a look for yourself, I sent the attached evidence to Judge Lindsay to meet the required one year deadline by certified USPS mail for future proof, as in now, and I presented it in the current case, and of course it was ignored. Take a look at the University of North Texas Testing results that show the bacteria is present in my child, and the scanning electron microscope pictures that show the bacteria that DeHay and Elliston suborned perjury of an expert witness, ROCKLINE'S quality expert Alan Perlman who said I had no proof and lied about the run I had submitted as evidence. (See Exhibit C) Just remember, all of these criminals viciously attacked me by filing a Motion To Declare Plaintiff A Vexatious Litigant to shut me up, and prevent me from talking to you, and to negate anything I ever had to say in the future as untruthful so that these criminals could conceal their multiple criminal acts.

U.S. STATES ATTORNEY FORMAL CRIMINAL & DISCRIMINATION COMPLAINT    5

<mark>The Department of Justice now both Washington D.C., A.G. Holder himself, and even the Dallas Branch of the DOJ, criminally suppressed and blocked this matter.</mark>

I waited two full years to file the current civil rights litigation that I am now having to spend another summer stressing over and working on an appellate brief because I presented all of the evidence to the Department Of Justice in Washington D.C. thinking that a corporation who has been a continual problem for the last fourteen years to the FDA, and who may have bought off my former lawyer, concealing evidence and lied to a federal judge, violated a federal magistrates court order, suborned perjury, lied to the FDA, and has now finally moved their base of manufacturing outside the United States to avoid all of those pesky federal laws and to avoid the FDA inspectors and YOU personally.

After getting no response from the DOJ for over a year, I went to Washington D.C. to see for myself why nothing was ever done once I got the "thank you for your submission" email. I was told by an esteemed member of our government, that my assumption was correct, and the Attorney General Eric Holder, prosecutorial decisions are governed by race and political bias, and never by the rule of law, just as he has shown publicly over and over again.

THIS is why I presented the criminal evidence to the federal court who is supposed to be a constitutional class two court in being both civil and criminal, but of course, a Pro Se litigant appears to be considered an insult to the court as a whole.

These facts are well documented and now well proven that ROCKLINE is ruled by thugs, just ask Mr. Sam Wilson how vicious the President of ROCKLINE Randy Rudolph is. In fact, you should read *Sam Wilson v. ROCKLINE,* to see that when as a concerned employee, Mr. Wilson wrote what he thought was an anonymous letter to the FDA for which he foolish thought he was protected for under the federal whistleblower act. Rudolph, the son of a NAZI Luftwaffe pilot, and his gang of thugs resorted to handwriting analysis and if that did not ferret out whoever snitched on the crew of criminals, then they were about to employ DNA screening, and violate everyone's civil rights. But you have to remember, the law means NOTHING to these people, they will use a Judges bias, pummel and destroy anyone to speaks up against them in the name of justice, and destroy anyone who snitches on them, or even destroy the life of a child, and then destroy the whole family of victims in the process, just as they have done to my family. ROCKLINE and all the employed and hired thugs have nothing more than a nihilistic view on the truth.

Nowhere on your Texas State Bar license, or in the oath that all of these lawyers involved took does it say a lawyer has a right to commit any crime they damn well please just because they are lawyers defending someone. Once we started written communications, (See Exhibit D) ROCKLINE and CNA should have dealt with our families medical issues, and taken responsibility for the infections that my child will suffer from for the rest of her life. Instead, they mounted a campaign to destroy anyone, even a CHILD, to keep from cutting into their profit margin and to conceal any victim from the United States government, and the general public, and they should all be prosecuted for it.

Once Judge Lindsay communicated with Judge Means in any manner, through email, phone, lunch meeting, or by whatever means, Judge Lindsay went outside of his Judicial Plenary authority and directly and improperly influenced a case outside of his jurisdiction through his anti-Pro Se litigant and anti-second amendment bias, which directly and wholly violated my civil and constitutional rights, and both Judges should now have to answer to you, the Fifth Circuit Court of Appeals, and the Judicial Conduct Committee directly in writing.

U.S. STATES ATTORNEY FORMAL CRIMINAL & DISCRIMINATION COMPLAINT    6

The Department of Justice maliciously concealed reported Federal Criminal acts of Suborning Perjury, and conspired to block all criminal evidence from Tom Coburn.

After the denial of the Motion For Reconsideration Of The Courts Final Judgment, I then appealed to Chief Judge Fitzwater through a Letter Brief, as both are attached, (See Exhibit E) just to make sure that all other possibilities were ruled out, and it was indeed Judge Lindsay's outside influence that "URGED" Judge Means to grant *res judicata* and Collateral Estoppel in what is an absurd defense. Their defense basically boils down to, "we lied and cheated the first time around, so now we do not want to lie and cheat again!" or to put it more simply, they are actually hiding behind the very crime and the blatant act of fraud they went to court to conceal as an utterly absurd defense!

Now you can see why I filed in Fort Worth where my lawyer was supposed to in the beginning, but lied to me, rather than refile in Dallas, this way, it would clearly be defined at what point Judge Lindsay would interfere in the case out of bias and malicious prejudice, and it was not a case of neglect or absentmindedness which can now be ruled out through the letter Brief to Fitzwater. In the sciences, we rely solely on empirical data, which then reinforces Acoms Razor, which once all other material facts are boiled away, the simplest and most logical conclusion prevails.

Of course, as a Pro Se litigant, even Judge Fitzwater ignored me, and instead chose not to inform me of any action, and sealed some sort of findings for only the eyes of the COA, which in turn violated my rights once again, which I will now be pursuing a Judicial Conduct Complaint against Judge Sam A. Lindsay now that this matter has come full circle and he imparted his acts of bias and discrimination to another court outside of his plenary jurisdictional authority and Chief Judge Fitzwater who ignored the rules and concealed from me any action taken by sealing the matter for the Court of Appeals eyes only, thus possibly prejudicing the appellate case.

## CONCLUSION

Now that the FDA F.O.I.A. materials, which by the way, I preserved that appellate issue in writing, this means that ROCKLINE and Tony Romas at CNA knowingly and criminally conspired with legal counsel, this now proves they knew what they were doing was a crime, they all went into a Federal court to suborn perjury, conceal material evidence, commit several other crimes, and personally destroy anyone who stood in the way of protecting their act of perjury to a government criminal inspector and investigator.

This is no different than when Mob lawyers go into court knowing they are committing a crime, and these lawyers, so called officers of the court should be briskly prosecuted under the RICO ACT just like any mob lawyer, since what ROCKLINE'S THUGS WERE AND ARE STILL DOING, IS ORGANIZED CRIME. I would be more than happy to copy you the F.O.I.A. materials that spell out successive recalls over the period of a decade, and clearly shows that problems with ROCKLINE go all the way back to 1999. It also clearly shows how they bullied and intimidated FDA inspectors and refused to allow them copies of anything incriminating, and only allowed FDA inspectors to visually inspect written complaints, but not have physical copies, thus manipulating what was and was not a matter of public record, just as they have bullied threatened, and intimidated their way through this federal civil litigation in an attempt to conceal their criminal actions through deceit and manipulation, but now time has proven what criminals these people are. Now that ROCKLINE has moved their manufacturing outside of the country, they can basically thumb their nose at you, the FDA, the government, and general public, and mostly the rule of law, that means absolutely nothing to Randy Rudolph, as long as you or anyone else does not get in the way of his obscenely high profit margin!

U.S. STATES ATTORNEY FORMAL CRIMINAL & DISCRIMINATION COMPLAINT    7

==Once this made its way to the FDA, they began stonewalling my next F.O.I.A.==

I fully expect to lose at the court of appeals, which is actually a good thing, since Texas Senator John Cornyn was right, as long as it is before the courts, he can take no action, but now, the judicial misconduct, acts of discrimination, criminal acts, and civil rights and constitutional violations are about to be set in stone, which now means that everything that has been inflicted on my child will be a matter of a permanent court record.

Now it is everyone else's turn to drag these criminals to justice, since as an angry father (which even THAT I have been attacked for), I should not be the only one! I am copying this formal complaint to the national media who should be asking these very same questions that I have been posing to the Federal Court, that of course have been summarily ignored:

1.  Why was this man the only one trying to hold this group of bullies and criminals responsible for their actions?

2.  Why has the FDA done…NOTHING!

3.  Why has the Department of Justice done…NOTHING!

I look forward to hearing from you and I hope you can see fit to enforce the rule of law that so many others have ignored.

Regards,

Stephen Matthew Avdeef

Attachments

cc:    Texas Senator John Cornyn
       Margaret Hamburg M.D., FDA Commissioner
       The Fifth Circuit Court Of Appeals (Appellate Brief)
       Senator Darrell Issa, House Oversight & Government Reform Committee Chairman
       The Honorable Sidney A. Fitzwater, Federal Chief Judge Of The Northern District
       Rosalind G. Brewer, Newly Appointed CEO & President, Sam's Club (Letter Of Intent)
       The Honorable Terry R. Means, Federal District Court Judge
       Roger Ailes, Chairman & CEO, Fox News
       Judicial Conduct Committee (In Complaint Form Attachment)
       The State Bar Of Texas Grievance Committee (In Complaint Form Attachment)

U.S. STATES ATTORNEY FORMAL CRIMINAL & DISCRIMINATION COMPLAINT    8

Once the personal friend and Appointee of President Obama, FDA Director Dr. Margaret Hamburg received this, the smear campaign and Google attacks began.

FORMAL REQUEST TO PRESIDENT ELECT DONALD JOHN TRUMP FOR A PRESIDENTIAL EXECUTIVE ORDER IN THE GRANTING OF FEDERAL CRIMINAL RESTITUTION AGAINST UNITED STATES GOVERNMENT, NSA SPYING AND MILITARY CONTRACTOR GOOGLE FOR THEFT OF COPYRIGHT, THEFT OF INTELLECTUAL PROPERTY, COMPUTER CRIMES, RETALIATION, WITNESS INTIMIDATION & FEDERAL FRAUD

To the Honorable Donald J. Trump, to begin, please accept my heartfelt appreciation for standing by this country regardless of what hateful smear campaign the Democrats waged against you and your entire family. I personally will be eternally grateful for that patriotic devotion to this great nation. I truly agree in the assessment that when you turned your head and avoided the assassin's bullet, it was indeed divine intervention, & Thank God for that, & Bless You Sir!

If it were not for political activist Judge McBryde who was more interested in protecting fellow Judges Lindsey, Means and O'Connor, the United States Army soldiers that were prepared testify that Google was supplying my Mars Novel in a DOD server while serving in Iraq, **never** would have been **disrespected!** If Google had told the truth about being a Military Contractor and had not viciously perjured themselves to avoid losing to a *'Pro Se'* crime victim, none of this would have ever occurred. If Google had not deviously hired a FAKE DOCUMENT EXAMINER named Linda James, whose educational certification and intern sanctioning was fabricated and falsified in her living room, in order to smear and destroy the *'Full View'* material evidence provided here as hard copy proof, then Google would have been ordered to pay for what they stole. When Google republished my Copyrighted Novel around the globe through Google Books in an unclocked unlicensed PDF and made billions in peripheral advertising, then summarily and greedily rendered my entire Copyright worthless out of ravenous corporate greed, then lied cheated and schemed their way out of being held responsible. Once Google was exposed, they mounted a vicious and unmerciful campaign of retaliation, suppression, and the complete destruction of their crime victim's career, through threats, intimidation, and outright blacklisting me out of the entire publishing industry.

When I mistakenly wrote to wholly corrupt AG Holder begging for justice, Holder instructed then VP Biden to silence me by any means. When the Democrats realized that Google was already stealing my novel just after the 2006 publication, the nauseatingly corrupt Democrats found the perfect weapon, and deployed Google without mercy. The fact that Google is a government contractor, and was instructed to destroy a Democrat political detractor, this is in fact the United States Federal Government stealing from a private United States Citizen.

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The    29
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

When Chief Legal Counsel Kent Walker and thus Google was served with a final notice in December of 2023, Google stood by and negligently said NOTHING...AND...TOOK...NO...PREVENTIVE...ACTION! While mean spirited and savagely devious Democrats issued the order to step up the harassment of my family for intimidation purposes, Corrupt Chief Spencer was happy to oblige. The Everman Police Officer that Toby Avdeef reported to me only days before his death, apparently began an in your face harassment of my only son in order to send a clear and concise message of criminal intimidation. What appears to have been a high-speed chase went horribly wrong due to holiday traffic, and the corrupt police officer should now face murder charges along with Chief Spencer and Everman Mayor Richardson. Toby's motorcycle was struck and catapulted him over a freeway guardrail, where Toby laid in the grass for the next twenty-two (22) hours in agony coughing up blood according to the Dallas Medical Examiner and **DIED a miserable Death that Google could have prevented by speaking out!**

**What if the Democrats had done this to your son Barron, or Don Junior, since the Democrats did indeed unmercifully harass your entire family for years?**

Pursuant to the fact that these criminal acts are tied directly back to my filing of an *'Amicus Curie Brief'* (Friend of The Court) in the Federal Google Anti-Trust case in the Federal Eastern District, Sherman Texas Division. I begged for mercy from Judge Jordan, but it appears to have fallen on deaf ears. Judge Jordan did indeed file my original Motion For Sanctions into the Federal Pacer System that intended to expose Google criminal behavior, but after two hundred and twenty (220) days, Google has NEVER been required to file an answer, and Democrats are still pounding away through the corrupt child abusers at The City of Everman.

**Therefore, as a United States Government Crime Victim, I now formally request the implementation and execution of a *'PRESIDENTIAL EXECUTIVE ORDER FOR FEDERAL CRIMINAL RESTITUTION' Be Presented To The United States Treasury.'** Pursuant to the fact that a thief should not be allowed to place a value of an item that the thief stole and greedily profiteered from, I now claim the total loss of the entire fifty (50) years of my Federally Protected Copyright by the United States Government through NSA Spying Contractor Google. At $17.98 per $24.95 purchase, at one million (1,000,000) purchases a year for fifty (50) years, comes to a criminal financial loss through Democrat government corruption of eight-hundred and ninety-nine million dollars. $899,000,000.00. Furthermore, I request additional criminal sanctions for two (2) entire decades of malicious criminal behavior of $250,000,000.00. Google should then be ordered to reimburse the Treasury for the loss to the US citizenry.

the last breath of mars - Google Book Search                    Page 1 of 2

 **Google** Book Search

| the last breath of mars | Search Books | Advanced Book Search |
|---|---|---|
| | | Google Book Search Hel |

The following words are very common and were not included in your search: the of. [details]

**Books**    All books - Limited preview - Full view   Books 1 - 10 of 706 on the last breath of mars. (0.09 s

**Mars** Underground - Page 119
by William K. Hartmann - Fiction - 1999 - 448 pages
Sit at the controls of your buggy until **the last breath**
comes, ... first to hear
the real music of Mars with your own ears; **the last music**
you'll ever hear. ...
Limited preview - About this book
[ More editions ]

Sponsored Links

**The Last Breath Of Mars**
By Stephen Avdeef. Only $24.99.
Qualified orders over $25 ship free
Amazon.com



Cinq **Mars** ... - Page 65
by Alfred de Vigny - 1905
She had just exhaled her **last breath** in the public street, in the arms of the
reverend Father Mignon, Canon; and we learned from the said father here ...
Full view - Table of Contents - About this book
[ More editions ]

Cinq-**Mars**: Or, A Conspiracy Under Louis XIII. - Page 65
by Alfred de Vigny - 1907
She had just sent forth her **last breath** in the public street, in the arms of the
reverend Father Mignon, canon ; and we have learned from the said father ...
Full view - Table of Contents - About this book



The **Last Breath** of Mars
by Stephen Avdeef - Fiction - 2006 - 428 pages
... Last Breath ... Mars ...
Full view - Table of Contents - About this book



Princess of **Mars** - Page 108
by Burroughs, Edgar Rice - Fiction - 2004 - 256 pages
Dejah Thoris caught her **breath** at my **last** words, and gazed upon me with dilated

eyes and quickening **breath**, and then, with an odd little laugh, ..
Limited preview - About this book
[ More editions ]

The King's Minion: Richelieu, Louis XIII, and the Affair of Cinq-**Mars** - Page 7
by Philippe Erlanger - 1972 - 247 pages
New companies had been added to the King's Guard, and Cinq-**Mars** was given the
... his Minister saying, "Be assured that I shall love you to my **last breath**. ...
Snippet view - About this book
[ More editions ]



Third Person Singular - Page 116
by K. J. Erickson - Fiction - 2002
**The last** time **Mars** spoke with Bobby, Bobby said he'd be in England for most of

the summer and ... "I've already got one," he said under his **breath** to Mars, ...
Limited preview - About this book

Material Evidence Proof that Google Books Republished my Novel with an Illegal *'Full View'* PDF Copy that Google concealed the authentication of from the court.

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The    31
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

## A FORMAL APOLOGY TO THE HONORABLE SEAN D. JORDAN

I would now like to take this opportunity to formally apologize to Your Honor for involving you in this long-term act of Democrat/FDA/Obama corruption that has now transversed almost two (2) entire decades. At no time was there any malicious intent, and the reasoning was done in complete '*good faith.*' Not long after your appointment to the bench by President Trump, and just after the Google anti-trust action that I was informed that I inspired with my criminal complaint against military contractor Google to President Trump, The DOJ, and Congress, it was strongly suggested by prominent Republicans to present a Friend of the Court *'Amicus Curiae Brief'* to Your Honors court, thus, I did what I was told in an action that was deemed to assist the court with pertinent legal global publishing issues.

In turn, when Google and the Democrats began an unmerciful campaign for that mistaken act of good will, and good faith, the very same Republicans were rather insistent that I report these criminal retaliatory activities directly to Your Honor. In fact, one rather colorful Senator laughingly stated that, *"Jordan will not tolerate those type of shenanigans in any way, shape, or form!"* Thus, I felt this was good advice, and was never intended to abuse the court in any form.

Unfortunately, once this action was executed as directed, the very act of reporting retaliation actions that were a direct result of contacting Your Honor's Court, instead of the retaliation subsiding, they instead drastically escalated. Not only did the expectation that public and authoritarian exposure would shame or force a withdrawal from such ravenous criminals, I was spectacularly mistaken. Not only did the acts not diminish, the acts of brutality even led to the harassment murder of my only son from the same officers that Toby feared would hurt him!

I now again formally and humbly apologize for opening this door, but at this point with disgustingly corrupt Democrats purging all known criminal records and basically deleting me as a human being, and erasing everything my entire family has been forced to suffer through, means that everything has now been for naught. Once that door was opened, it now appears that Your Honor is the only one that can close it. It is sadly clear, that Everman is counting on Your Honor refusing to act, and they are obviously counting on no one at all stopping them. Just as previously stated, Everman, The Democrats, and even worse Google, will never stop, until they are forcibly stopped by court order. The system is provenly broken, and it is going to take people with moral courage and the fortitude to set the example for others to abide by, therefore, I now humbly request that Your Honor grant the previous seven months of sanctions, & set the standard for bad behavior.

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The   32
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party

IF THIS CRIMINAL COMPLAINT FAILS TO RESULT IN APPROPRIATE ACTION(S), THEN AS A FAMILY OF POLITICAL CORRUPTION AND HUMAN RIGHTS CRIME VICTIMS, WE WILL BE FORCED TO SEEK ALL LEGAL REMEDIES FROM THE INTERNATIONAL AUTHORITIES AT THE HAGUE AND THE WORLD COURT OF JUSTICE IN DECLARING THE U.S. DEMOCRATIC NATIONAL PARTY AS A TERRORIST ORGANIZATION

All who have consulted in this matter outside and even some elected members of the United States Government, wholly agree that the National Democratic Party is in fact a global criminal terrorist organization. The series of crimes committed by the Democrats once Donald J. Trump announced his candidacy, are not just stunning, they are utterly horrific in the Democrats complete criminal indifference to life, and the criminal disregard to the laws and to the Constitution of the United States of America.

Democrats maliciously subverting the laws of this nation to create open borders with the devious intention of importing millions of illegal immigrants in order to fabricate overwhelming numbers of new Democrats. This was already admitted to by Democrats that the plan was to not only cheat and scheme this recent election, but negate all elections for the next hundred years. The politically motivated and planned crime waves of murders, rapes, child molestations, robberies, burglaries, human trafficking, drug importation, terrorist invasion and all the other crimes too numerous to list, are not just political scumbagism, they are without a doubt, INTERNATIONAL HUMAN RIGHTS CRIMES! PURSUANT TO THE FACT THAT THIS WAS INTENDED TO BE A POLITICAL COUP, THUS A SOCIALIST/COMMUNIST POLITICAL MILITARY ABUSE OF A STANDING GOVERNMENT WAR ON DEMOCRACY, CIVIL RIGHTS, AND BASIC HUMAN RIGHTS, THESE ARE GLOBALLY PROSECUTABLE WAR CRIMES, THUS MAKING THE DEMOCRATIC PARTY, TERRORISTS!

The Democrats intentional collapse of the national economy engineered to inflict financial suffering in order to beat down & smear an opposing political party into submission, was almost as heinous as the fentanyl plague that Democrats are still concealing the death toll numbers. The true failing of the pre-planned invasion of the borders and thus the sovereignty of the United States of America, failed spectacularly, only pursuant to all of the south of the border citizens where in fact fleeing Socialist brutal dictatorships. Thus, millions of assumed new Democrats had no intention of voting for yet another deviously dishonest Communist Socialist Dictator who was attempting to lie, cheat, and murder her way into absolute power and control over the most dangerously powerful nation of the planet Earth.

As a child of the 1970's, I personally witnessed the attempted political destruction of this country through the Democrat subversion and take over of the public and private education system, from kindergarten, all the way to corrupting most major universities. The intent to brainwash through malicious POLITICAL INDOCTRINATION, was a Democrat long-term plan, and has actually been quite successful. To this day, that plan still reveals itself, and current proof, is the fact that Harvard just granted a day off from all classes, so that Leftist Socialist Democrat fabricated Liberals could take the day off to cry, blubber, and mourn the election of Donald J. Trump. This now basically equates to the final Failure of the one hundred and seventy-five (175) year push to transform this nation through Political and Military Subversion, and Federal/International Criminal Behavior.

There is a sound reasoning behind the revisionist history attacks, directly pursuant to the fact that rewriting and destroying the factual history of a nation, has been a successful tactic of all Communist Dictatorships over the last 3000 years. China, Cuba, and South Korea, are just a few of the educational examples, and the reason that Democrats are whitewashing out history, just as they have now **Erased My Entire Family!** Dems even tried killing me by sending two (2) Federal agents to fake a home invasion that I fended off in an armed conflict, that FBI Director Wray and corrupt AG Garland covered up and suppressed, **THEN DELETED!**

When the Democrats withdrew from the Union to create a Confederate Nation of the Human Rights Abusing South pursuant to the fact the disgustingly racist Democrats could never voluntarily abandon the complete dehumanizing and greed based criminal victimization of the African American society, it resulted in a brother killing brother Civil War! History clearly shows that Human Rights War Crimes are wholly acceptable to the Democrats, from 1832 with adoption of the cotton gin, all the way to present day. It should be noted, that to this present day, that Democrats have **NEVER ACTUALLY APOLOGIZED FOR SLAVERY!**

Instead of taking responsibility for such deplorable Human Rights Violations, just as in the same tactics that Democrats employ today, they just blame others for their bad behavior. Even after murdering President Lincoln for winning the Civil War and ending Democrat Human Rights Abuses of an entire race of people, my daughter brought home a schoolbook claiming that President Lincoln was a Democrat, and how evil Republicans were slave holders. The history revisionist Democrats are still at it, and that is why Liberals took over the educational system in order to brainwash and create future Democrats, and the system is still broken to this day. The DOE needs to be ended, just as Trump plans.

The Socialist push to reframe this country actually started back with Woodrow Wilson and the League of Nations that was intended to destroy the United States and hand over control of the country to the international authorities. Each Democrat President has done his part in the century long push to transform the nation. Undermining our society and law enforcement with the murderously indifferent "***Defund The Police***" campaign that each officers death should be charged as a series of War Crimes and Human Rights Violations. Undermining our standing military and discouraging enlistment and victimizing wounded soldiers along with subverting the authority of the Pentagon with woke polices, now proves well beyond a shadow of a doubt that this was indeed a military coup mounted by the terrorist Democratic party. The Pentagon even covered for the Google theft. I was told by Senator Coburn, that my Mars novel had to be destroyed by Google because it made out Democrats as an evil empire and that they were defeated in my book. Over a century and a half, ruthlessly dishonest Democrats will slander and smear anyone who criticizes Democrats, and any political detractor. Thus, opposition to absolute power and control, has to be personally and professionally destroyed, and the last two (2) decades of my life, has proven that as a rock solid material fact. This case, is about the Federal Criminal Deprivation of Civil Rights, Constitutional Rights, Human Rights, and International War Crimes, committed by TX State officials, TX Judges, Federal Judges, & corrupt Politicians. The system is broken & poverty is now used as a weapon of oppression, & criminal suppression!

## CONCLUSION AND CLOSING QUOTE FROM ABRAHAM LINCOLN

Public exposure of a case that has already been whitewashed out of existence by a wholly corrupt FBI as already proven, is the only way to protect my family from further acts of retaliation and violence, possibly resulting in murder. If this matter is not addressed by both the Texas State and Federal Authorities, then there is utterly no doubt that Everman and the Democrat leash-holders will eventually railroad me into prison, and or have me murdered, which has already occurred on several occasions, such as a faked home invasion that FBI Director Wray concealed, but failed to obtain the criminal objective of silencing the parent of a minor child Democrat corruption and abuse crime victim who saw it coming.

"***Those who deprive freedoms to other, deserve it not for themselves.***"

***Abraham Lincoln***

Stephen Matthew Avdeef

Formal Federal Criminal Complaint Against The TX Commission For Judicial Conduct, The    35
State of TX, The City 0f Everman, TX Rangers, Google & The Democratic National Party