

Mr. Stephen Avdeef
1000 Kelley Dr.
Fort Worth, TX 76140



SHIP TO:
101 E PECAN ST
SHERMAN TX 75090-0041

C001

USPS TRACKING® #

9534 6110 2107 4347 8887 02



The Honorable Sean D. Jordan & The
Honorable Aileen Durrett
US Federal Eastern District Court
101 E. Pecan St., Sherman TX 75090