AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| THE STATE OF TEXAS, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-cv-00957-SDJ |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC, and I request to receive all notices and other documents served or to be served.

Date: 12/18/2024

/s/ Elisa Wulfsberg
*Attorney's signature*

Elisa Wulfsberg (Texas State Bar No. 24125469)
*Printed name and bar number*

GIBBS & BRUNS, LLP
1100 Louisiana St., Ste. 5300
Houston, TX 77002
*Address*

ewulfsberg@gibbsbruns.com
*E-mail address*

(713) 650-8805
*Telephone number*

(713) 750-0903
*FAX number*