IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

## JOINT STIPULATION

The Parties, the Plaintiff States ("States") and Defendant Google LLC ("Google") (collectively, "the Parties"), jointly submit this Stipulation with a proposed order memorializing this stipulation.

WHEREAS, on December 1, 2024, Google filed its Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties (ECF No. 690),

WHEREAS, States' Response in Opposition to the Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties is otherwise due December 23, 2024 (ECF No. 662);

WHEREAS, on December 9, 2024, States filed their Motion for Spoliation Sanctions (ECF No. 693);

WHEREAS, Google's Response in Opposition to the Motion for Spoliation Sanctions is otherwise due December 23, 2024;

IT IS HEREBY STIPULATED AND AGREED, between the undersigned parties, through their undersigned counsel:

    1. Google shall respond to Plaintiffs' Motion for Spoliation Sanctions by January 6,

2025. Google's response shall be no longer than 20 pages.

2. Plaintiffs shall respond to Google's Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties by January 6, 2025.

3. Google may file a reply in support of its Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties by January 13, 2025.

4. Plaintiffs may file a reply in support of their Motion for Spoliation Sanctions by January 13, 2025.

5. All other deadlines in the Court's scheduling orders should remain effective and unmodified.

The Parties respectfully request that the Court enter the attached proposed order memorializing this stipulation.

Dated: December 19, 2024            Respectfully submitted,

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

/s/ Eric Mahr
Eric Mahr (*pro hac vice*)
700 13th Street, NW
10th Floor
Washington, DC 20005
Tel.: (202) 777-4545
eric.mahr@freshfields.com

**GIBBS & BRUNS LLP**

Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com
Robin C. Gibbs
Texas Bar No. 07853000
RGibbs@gibbsbruns.com
Ayesha Najam
Texas Bar No. 24046507

ANajam@gibbsbruns.com
Charles M. Rosson
Texas Bar No. 24074985
CRosson@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

*Attorneys for Defendant*

/s/ W. Mark Lanier
W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Jonathan P. Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
(713) 659-5200
**THE LANIER LAW FIRM, PLLC**

/s/ Ashley Keller
Ashley Keller
ack@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220

Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990

Noah S. Heinz
noah.heinz@kellerpostman.com
1101 Connecticut, N.W., 11th Floor
Washington, DC 20005
(202) 918-1123
**KELLER POSTMAN LLC**

*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Indiana, North Dakota, Mississippi, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*

**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100

Houston, Texas 77010
(713) 651-5151

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

FOR PLAINTIFF STATE OF TEXAS:

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation
*/s/ James Lloyd*_____

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-167

**CERTIFICATE OF SERVICE**

I certify that, on December 18, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Eric Mahr*
Eric Mahr
