IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Stipulation, filed on December 18, 2024.

Having considered the Parties' Joint Stipulation, it is ORDERED that:

1. Google shall file its response to States' Motion for Spoliation Sanctions by January 6, 2024. Google's response shall be no longer than 20 pages.

2. Plaintiffs shall file their response to Google's Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties by January 6, 2025.

3. Google may file its reply in support of its Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties by January 13, 2025.

4. States may file their reply in support of their Motion for Spoliation Sanctions by January 13, 2025.

5. All other deadlines in the Court's scheduling orders should remain effective and unmodified.

IT IS SO ORDERED.