UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE STATE OF TEXAS, ET AL.    §
                                 §
v.                                    §     CIVIL NO. 4:20-CV-957-SDJ
                                 §
GOOGLE LLC                  §

## <u>ORDER</u>

Before the Court is the Parties' Joint Stipulation, (Dkt. #729). The Joint Stipulation concerns the Plaintiff States' Motion for Spoliation Sanctions, (Dkt. #693), and Google's Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties (Dkt. #690). After consideration, the Court will grant the Joint Stipulation.

It is therefore **ORDERED** that Parties' Joint Stipulation is **GRANTED**. It is further **ORDERED** that:

1. Google shall file its response to Plaintiff States' Motion for Spoliation Sanctions by January 6, 2025. Google's response shall be no longer than twenty pages.

2. Plaintiff States shall file their response to Google's Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties by January 6, 2025.

3. Google may file its reply in support of its Motion to Strike Plaintiffs' Jury Demand for all Claims and Civil Penalties by January 13, 2025.

4. Plaintiff States may file their reply in support of their Motion for Spoliation Sanctions by January 13, 2025.

5. All other deadlines in the Court's scheduling orders remain effective and unmodified.

**So ORDERED and SIGNED this 20th day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE