IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § § | |
| *Defendant.* | § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") December 23, 2024 Unopposed Motion for Leave to File Under Seal (the "Motion to Seal"). Google seeks leave to file under seal its Reply in Support of its Omnibus Motion to Exclude Expert Testimony ("Reply"), also filed December 23, 2024.

Having reviewed the Motion to Seal, the Court finds that Google's interest in nondisclosure of highly sensitive, non-public technology and products outweighs the presumption in favor of the public's right of access to these court records and that there is good reason to file them under seal. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021).

It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion for Leave to File Under Seal (Dkt. #___), is **GRANTED**.