IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS, et al,** | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| **GOOGLE LLC,** | § § § § | |
| *Defendant.* | § § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") Unopposed Motion for Leave to File Under Seal its Reply in Support of its Motion for Summary Judgment on Plaintiffs' Antitrust Claims. Google seeks leave to file under seal its Reply in Support of its Motion for Summary Judgment on Plaintiffs' Antitrust Claims.

Having reviewed the Motion, the Court finds it likely that these filings will contain information designated Confidential or Highly Confidential under the governing Confidentiality Order. ECF No. 182.

It is therefore **ORDERED** that Defendant Google LLC's Unopposed Motion to File its Reply in Support of its Motion for Summary Judgment on Plaintiffs' Antitrust Claims (Dkt. #___), is **GRANTED**. Google may file its Reply in Support of its Motion for Summary Judgment on Plaintiffs' Antitrust Claims under seal in the first instance.