IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

**DECLARATION OF KIRAN N. BHAT IN SUPPORT OF PLAINTIFF STATES' OPPOSITIONS TO GOOGLE'S MOTIONS FOR SUMMARY JUDGMENT**

I, Kiran N. Bhat, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.      I am an attorney at Keller Postman LLC, which represents Plaintiff States Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota in this case.

2.      I am admitted to practice law in Florida, Maryland, and the District of Columbia, the United States District Courts for the Southern District of Florida, District of Columbia, and the District of Maryland, and the United States Courts of Appeals for the Seventh and Ninth Circuits. I have been admitted *pro hac vice* in this case.

3.      I submit this Declaration in Support of Plaintiff States' Responses in Opposition to Google's Motions for Summary Judgment and Response to Statement of Undisputed Facts, dated December 9, 2024, and filed concurrently with this declaration.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of an article titled *Google's Scott Spencer on DoubleClick Ad Exchange Auction and Data Management*, dated February 9, 2010, available at https://www.adexchanger.com/ad-exchange-news/googles-scott-spencer-on-doubleclick-ad-exchange-auction-and-data-management/.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of a document titled "Admeld Partner Summit," dated March 22, 2012, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-009280415.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of correspondence from ████████████ to George Levitte, et al., with the subject line "[Monetization-pm] Re: [drx-pm] LAUNCHED! Dynamic Pricing (RPO) for AdX sellers," dated November 12, 2015, produced by Google in this matter, bearing Bates No. GOOG-NE-06151351.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of a document titled "Online Bid Prediction," dated February 2017, produced by Google in this matter, bearing Bates No. GOOG-NE-13229114.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of a document titled "AdX Dynamic Price Optimization V2 Launch Doc," dated September 16, 2015, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-02319045.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of email correspondence between ████████ and ████████, with the subject line "Re: Second price auction question," dated April 22, 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-017791414.

10.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) and 30(b)(1) deposition of Google employee ████, taken in this matter on April 26, 2024.

11.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the deposition of Google employee ████████, taken in this matter on April 17, 2024.

12. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of a document titled "Display Ads Infrastructure WAT at a Glance," updated August 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-001646464.

13. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of a document titled "Meeting Notes: DRX Suite Commercialization," dated June 16, 2016, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-004435235.

14. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of email correspondence between ▮▮▮▮▮▮▮▮, Nitish Korula, ▮▮▮▮▮▮▮▮▮, et al., with the subject line "Re: Regarding the DRS V2 vs. ▮▮▮ proposal," dated October 12, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14380896.

15. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the deposition of Google employee Nitish Korula taken in *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.), on November 3, 2023.

16. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of a document titled "AdX Per Buyer Reserve Prices," updated October 16, 2014, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-01814688.

17. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of email correspondence between ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮, with the subject line "Re: [ad-exchange-eng] Re: AdX auction stats per seller," dated November 12, 2009, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-015241235.

18. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of an email with the subject line "[Launch 124105] Per-buyer dynamic reserve price optimization on AdX -

full launch (█████████████████████████████)," dated March 10, 2015, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14499842.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of email correspondence between ██████████████ to █████████, et al., with subject line "Re: PRD - AdX auction description update - Invitation to edit," dated July 10, 2014, produced by Google in this matter, bearing Bates No. GOOG-NE-13315908.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of email correspondence between ██████████ and Aparna Pappu, et al., with the subject line "Re: RPO launch," dated November 19, 2014, produced by Google in this matter, bearing Bates No. GOOG-DOJ-32321240.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of email correspondence between ████████████ and ████████████, et al., with the subject line "Re: GDN Mediation Detection AM Email Followup," dated June 15, 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15445619.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of email correspondence between Scott Spencer and ████████████, with the subject line "Re: external and internal comms for RPO," dated March 24, 2015, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-014566000.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of an article titled "Google Sweetens Deal for Publishers with Dynamic Price Floors," dated March 5, 2015, available at https://digiday.com/media/google-sweetends-deal-publishers-dynamic-price-floors/.

24.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of email correspondence between ████████ and ████████████, et al., with the subject line "Re: Observing

optimizations (RPO?) in the wild," dated March 24, 2016, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-017664768.

25.     Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of email correspondence between Aparna Pappu and ████████, with the subject line "Re: Observing optimizations (RPO?) in the wild," dated March 18, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00982249.

26.     Attached hereto as **Exhibit 23** is a true and correct copy of correspondence between George Levitte and ████████████, with the subject line "RPO brief / comms… - Delete: 'and improves yield by reduci…," dated March 29, 2016, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-015109254.

27.     Attached hereto as **Exhibit 24** is a true and correct copy of email correspondence between ████████ and George Levitte, et al., with the subject line "Re: effect of removing second bid," dated July 21, 2015, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14713056.

28.     Attached hereto as **Exhibit 25** is a true and correct copy of email correspondence between ████████████ and ████████████, with the subject line "Re: peer review," dated March 22, 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14736445.

29.     Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of a document titled "Truthful DRS Design Doc," produced by Google in this matter, bearing Bates No. GOOG-NE-13226622.

30.     Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of a presentation titled "Reserve Price Optimization and First Price," dated June 25, 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-019203202.

31.    Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of a presentation titled "Project Bernanke - Quantitative Easing on the Ad Exchange - gTrade Update," dated October 2013, produced by Google in this matter, bearing Bates No. GOOG-NE-06839089.

32.    Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of a presentation titled "Ad Manager Ecosystem 101," noting "Recording June 2019," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-001004706.

33.    Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of a document titled "AdX Dynamic Revshare v2: Launch Doc," produced by Google in this matter, bearing Bates No. GOOG-NE-13207241.

34.    Attached hereto as **Exhibit 31** is a true and correct copy of a document titled "AdX Dynamic Reserve Price: AFC Launch Review Follow Up," dated December 1, 2014, produced by Google in this matter, bearing Bates No. GOOG-NE-13198969.

35.    Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of a draft document titled "DRX 2.0 Quality," updated April 17, 2017, produced by Google in this matter, bearing Bates No. GOOG-TEX-00831090.

36.    Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of a presentation titled "GDN bidding dynamics," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-003407129.

37.    Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of a document titled "Overview of the AdX," produced by Google in this matter, bearing Bates No. GOOG-NE-06567486.

38.    Attached hereto as **Exhibit 35** is a true and correct copy of excerpts of a presentation titled "Project Bernanke and margins story," dated Q1'19, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-001412616.

39.    Attached hereto as **Exhibit 36** is a true and correct copy of email correspondence between George Levitte and ███████, et al., with the subject line "Re: Meeting next week," dated April 2, 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15022588.

40.    Attached hereto as **Exhibit 37** is a true and correct copy of email correspondence between ███████ and ███████, et al., with the subject line "Re: Eliminating 2nd price bids," dated July 9, 2013, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-002086688.

41.    Attached hereto as **Exhibit 38** is a true and correct copy of email correspondence between ███████ and Scott Spencer, et al., with the subject line "Re: [adx-questions:9735 Dynamic Price Floors," dated February 21, 2013, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15601229.

42.    Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of a presentation titled "FAN Bidding in to DRX and AdMob," dated April 28, 2017, produced by Google in this matter, bearing Bates No. GOOG-TEX-00105361.

43.    Attached hereto as **Exhibit 40** is a true and correct copy of excerpts of a document titled "RPO Brief," dated March 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-29803801.

44.    Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of the transcript of the deposition of Google employee Nitish Korula, taken in this matter on April 19, 2024.

45.    Attached hereto as **Exhibit 42** is a true and correct copy of excerpts of email correspondence between Aparna Pappu and ████████, et al., with subject line "Re: Per-buyer dynamic reserve price optimization on AdX - full launch," dated November 2, 2014, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15631978.

46.    Attached hereto as **Exhibit 43** is a true and correct copy of excerpts of a presentation titled "AdX First-Price Bidding," dated October 10, 2019, produced by Google in this matter, bearing Bates No. GOOG-TEX-00841213.

47.    Attached hereto as **Exhibit 44** is a true and correct copy of excerpts of a document titled ████████████████████████████████████████████ ████████████████████████████████.

48.    Attached hereto as **Exhibit 45** is a true and correct copy of excerpts of a document titled "The Alchemist's (AKA Bernanke of First Price or First Price Bernanke) Design Doc," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-013274837.

49.    Attached hereto as **Exhibit 46** is a true and correct copy of the Declaration of ████████████ in Support of Defendant Google LLC's Responses to Plaintiffs' Third Set of Interrogatories, dated May 24, 2024.

50.    Attached hereto as **Exhibit 47** is a true and correct copy of excerpts of a letter from David Pearl to Mark Mao and Walter Noss, dated May 30, 2023, from *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010 (PKC) (S.D.N.Y.), regarding the production of auction data.

51.    Attached hereto as **Exhibit 48** is a true and correct copy of excerpts of a presentation titled "The Google Advertising Ecosystem," updated May 2021, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-013918668.

52.     Attached hereto as **Exhibit 49** is a true and correct copy of excerpts of a presentation titled "First-Price Bidding Update - 9/3/2019," produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-01130527.

53.     Attached hereto as **Exhibit 50** is a true and correct copy of excerpts of a document titled "Dynamic Revenue Share ████████," updated July 30, 2018, produced by Google in this matter, bearing Bates No. GOOG-NE-04934281.

54.     Attached hereto as **Exhibit 51** is a true and correct copy of excerpts the transcript of the deposition of Google employee ██████, taken in this matter on May 1, 2024.

55.     Attached hereto as **Exhibit 52** is a true and correct copy of an email with the subject line "███████████████████████████████████████████████ ███████████████" dated September 26, 2014, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-001109245.

56.     Attached hereto as **Exhibit 53** is a true and correct copy of excerpts of the transcript of the deposition of Google expert Dr. Steven N. Wiggins, taken in this matter on October 10, 2024.

57.     Attached hereto as **Exhibit 54** is a true and correct copy of email correspondence between ████████, et al., with the subject line "[Pre-Briefing Action Plan] Dynamic Pricing in the Open Auction," dated May 9, 2016, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-008051113.

58.     Attached hereto as **Exhibit 55** is a true and correct copy of excerpts of the transcript of the deposition of Google employee ██████████, taken in this matter on May 21, 2024.

59.     Attached hereto as **Exhibit 56** is a true and correct copy of email correspondence between ██████████ and ██████████, et al., with the subject line "Re: Agenda for Tomorrow's

Algorithmic Second Pricing Chat," dated March 29, 2016, produced by Google in this matter, bearing Bates No. GOOG-NE-10976657.

60.     Attached hereto as **Exhibit 57** is a true and correct copy of a document titled "Dynamic Pricing for AdX," dated February 6, 2013, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14510945.

61.     Attached hereto as **Exhibit 58** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) and 30(b)(1) deposition of Google employee ███████ ███████, taken in this matter on May 15, 2024.

62.     Attached hereto as **Exhibit 59** is a true and correct copy of excerpts of a document titled "DRS Commercialization Plan - April 2016," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-016926948.

63.     Attached hereto as **Exhibit 60** is a true and correct copy of excerpts of a document titled "Reserve Price Optimization (RPO)," produced by Google in this matter, bearing Bates No. GOOG-DOJ-14544743.

64.     Attached hereto as **Exhibit 61** is a true and correct copy of excerpts of a document titled "Global Bernanke gTrade," dated July 26, 2015, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14161943.

65.     Attached hereto as **Exhibit 62** is a true and correct copy of excerpts of email correspondence between ███████ and ███████, et al., with the subject line "Re: [Follow up] RPO Comms (03/16/2015)," dated April 14, 2015, produced by Google in this matter, bearing Bates No. GOOG-DOJ-13997420.

66.     Attached hereto as **Exhibit 63** is a true and correct copy of excerpts of a letter and attached verified appendix from Justina Sessions to Zeke DeRose III and Joseph Graham, Jr., dated

May 24, 2024, from this matter, regarding Google's written responses to discovery provided in lieu of oral testimony.

67.    Attached hereto as **Exhibit 64** is a true and correct copy of excerpts of email correspondence between ███████████ and ████████, et al., with the subject line "Re: ███████ auction," dated October 9, 2013, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-002087955.

68.    Attached hereto as **Exhibit 65** is a true and correct copy of excerpts of a document titled "Open Questions / Use Cases," produced by Google in this matter, bearing Bates No. GOOG-DOJ-15772422.

69.    Attached hereto as **Exhibit 66** is a true and correct copy of excerpts of email correspondence between ███████████████, et al., with the subject line "[Follow up] DRX Suite Commercialization (11/13/2014)," dated November 14, 2014, produced by Google in this matter, bearing Bates No. GOOG-NE-12737317.

70.    Attached hereto as **Exhibit 67** is a true and correct copy of excerpts of email correspondence between ███████████ and ████████████, et al., with the subject line "Re: some DRS feedback," dated October 4, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14156657.

71.    Attached hereto as **Exhibit 68** is a true and correct copy of excerpts of a document titled "Display Strategy Working Document," dated August 2012, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-005175287.

72.    Attached hereto as **Exhibit 69** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) and 30(b)(1) deposition of Google employee Nirmal Jayaram, taken in this matter on April 26, 2024.

73.    Attached hereto as **Exhibit 70** is a true and correct copy of email correspondence between Nirmal Jayaram and ███████████, with the subject line "Re: quarterly summary," dated March 5, 2015, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-002096327.

74.    Attached hereto as **Exhibit 71** is a true and correct copy of excerpts of the transcript of the trial testimony of Google employee Nirmal Jayaram, given in United States v. Google, LLC, No. 1:23-cv-108 (E.D. Va.) on September 17, 2024.

75.    Attached hereto as **Exhibit 72** is a true and correct copy of excerpts of the transcript of the deposition of Google employee ███████████, taken in this matter on April 30, 2024.

76.    Attached hereto as **Exhibit 73** is a true and correct copy of a letter from members of Congress to the Federal Trade Commission, dated July 31, 2020, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-01933085.

77.    Attached hereto as **Exhibit 74** is a true and correct copy of excerpts of email correspondence between ███████████ and ███████████, et al., with the subject line "Re: [drx-pm] Re: SBS Australia meeting notes - April 30th," dated April 30, 2015, produced by Google in this matter, bearing Bates No. GOOG-NE-13340735.

78.    Attached hereto as **Exhibit 75** is a true and correct copy of excerpts of Defendant Google LLC's First Amended Responses and Objections to Plaintiffs' Third Set of Interrogatories, dated May 24, 2024.

79.    Attached hereto as **Exhibit 76** is a true and correct copy of correspondence between ███████████ and ███████████ et al. with the subject line "AdX Per Buyer Res… - Will we proactively communicate we're…," dated December 12, 2014, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15420444.

80. Attached hereto as **Exhibit 77** is a true and correct copy of a document with the subject line "Approval to Remove Restriction on GDN Maintaining Constant 15% Publisher Margin," produced by Google in this matter, bearing Bates No. GOOG-DOJ-15724551.

81. Attached hereto as **Exhibit 78** is a true and correct copy of excerpts of email correspondence between ▇▇▇▇▇▇ and ▇▇▇▇▇▇, et al., with the subject line "Re: ramp up / down for DRS launch on August 1st," dated July 27, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14733010.

82. Attached hereto as **Exhibit 79** is a true and correct copy of excerpts of email correspondence between Nitish Korula and ▇▇▇▇▇▇, et al., with the subject line "Re: Privacy Chat," dated September 11, 2019, produced by Google in this matter, bearing Bates No. GOOG-DOJ-29427368.

83. Attached hereto as **Exhibit 80** is a true and correct copy of excerpts of a document titled "Dynamic Sell-Side Revshare on AdX," dated May 9, 2014, produced by Google in this matter, bearing Bates No. GOOG-NE-06864639.

84. Attached hereto as **Exhibit 81** is a true and correct copy of excerpts of a presentation titled "Project Bernanke - Quantitative Easing on the AdExchange," dated December 10, 2013, produced by Google in this matter, bearing Bates No. GOOG-DOJ-28386151.

85. Attached hereto as **Exhibit 82** is a true and correct copy of email correspondence between ▇▇▇▇▇▇ and ▇▇▇▇▇▇, et al., with the subject line "Re: Bernanke vs DRS?" dated July 14, 2014, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15418378.

86. Attached hereto as **Exhibit 83** is a true and correct copy of excerpts of a document titled "AdX Dynamic Price Model Training," dated January 10, 2013, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14008698.

87.    Attached hereto as **Exhibit 84** is a true and correct copy of email correspondence between ▮▮▮▮▮▮ and Scott Spencer, with the subject line "Re: DRS on track: ▮▮▮▮▮▮▮▮▮▮▮" dated September 11, 2014, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14265301.

88.    Attached hereto as **Exhibit 85** is a true and correct copy of excerpts of the Expert Report of Google's expert Professor Steven N. Wiggins, dated July 30, 2024.

89.    Attached hereto as **Exhibit 86** is a true and correct copy of email correspondence between ▮▮▮▮▮▮ and ▮▮▮▮▮▮, with the subject line "Re: DRX and DRS," dated April 28, 2015, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-002097533.

90.    Attached hereto as **Exhibit 87** is a true and correct copy of correspondence between Rahul Srinivasan and ▮▮▮▮▮▮▮▮, et al., with the subject line "ATTY CLIENT PRIVI. . . – is there any way that defensive biddi . . .,", produced by Google in this matter, bearing Bates No. GOOG-DOJ-29453844.

91.    Attached hereto as **Exhibit 88** is a true and correct copy of email correspondence between Nitish Korula and ▮▮▮▮, et al., with the subject line "Re: EDA – time to give publishers an in-UI opt-out," dated October 26, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14382034.

92.    Attached hereto as **Exhibit 89** is a true and correct copy of email correspondence between Rahul Srinivasan and ▮▮▮▮, et al., with the subject line "Re: Web SellSide Metrics Review April 26," dated April 19, 2018, produced by Google in this matter, bearing Bates No. GOOG-NE-10573952.

93.    Attached hereto as **Exhibit 90** is a true and correct copy of excerpts of email correspondence between ████████ and ██████, et al., with the subject line "Re: Ads Quality Reporting," dated November 28, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14158284.

94.    Attached hereto as **Exhibit 91** is a true and correct copy of excerpts of a presentation titled "AdX Direct Review - AViD Sellside Review," dated February 11, 2020, produced by Google in this matter, bearing Bates No. GOOG-DOJ-27799214.

95.    Attached hereto as **Exhibit 92** is a true and correct copy of excerpts of a presentation titled "1st Price Migration Overview," dated October 30, 2018, produced by Google in this matter, bearing Bates No. GOOG-DOJ-29731245.

96.    Attached hereto as **Exhibit 93** is a true and correct copy of correspondence between ████████ and ██████████, et al., with the subject line "Bid-level DataTra . . - + ██████████ So . . . just reali . . .," produced by Google in this matter, bearing Bates No. GOOG-DOJ-15435125.

97.    Attached hereto as **Exhibit 94** is a true and correct copy of excerpts of email correspondence between ██████ and █████████, with the subject line "Fwd: ***CONFIDENTIAL*** RE: Google/AMX AdX Video Questions," dated August 26, 2013, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14762797.

98.    Attached hereto as **Exhibit 95** is a true and correct copy of excerpts of email correspondence between ████████ and █████████, et al., with the subject line "Re: Planning for 2sided rev-share launch," dated December 10, 2014, produced by Google in this matter, bearing Bates No. GOOG-TEX-00309326.

99.    Attached hereto as **Exhibit 96** is a true and correct copy of excerpts of a document titled "DRX re-contracting PRD," produced by Google in this matter, bearing Bates No. GOOG-TEX-00725911.

100.    Attached hereto as **Exhibit 97** is a true and correct copy of excerpts of email correspondence between ███████████ and ████████, et al., with the subject line "Re: ███████ on AdX – contracting question," dated February 9, 2016, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-019588187.

101.    Attached hereto as **Exhibit 98** is a true and correct copy of excerpts of a document titled "PRD: Real-Time YM with Header Container," produced by Google in this matter, bearing Bates No. GOOG-TEX-00119553.

102.    Attached hereto as **Exhibit 99** is a true and correct copy of excerpts of a document titled "PRD: Sell-side ADH," updated May 26, 2021, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-006231727.

103.    Attached hereto as **Exhibit 100** is a true and correct copy of excerpts of email correspondence between ████████████ and Rahul Srinivasan, et al. with the subject line "Re: More Layser Unified Auction swirl," dated July 23, 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-004016318.

104.    Attached hereto as **Exhibit 101** is a true and correct copy of excerpts of the Rebuttal Expert Report of Plaintiffs' expert Zubair Shafiq, dated September 9, 2024.

105.    Attached hereto as **Exhibit 102** is a true and correct copy of excerpts of email correspondence between ███████████ and ███████████, et al., with the subject line "Re: Exchange Bidding Floors," dated November 2, 2018, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-008964888.

106.    Attached hereto as **Exhibit 103** is a true and correct copy of excerpts of email correspondence between ███████████ and Nirmal Jayaram, et al., with the subject line "Re: Notes from today's meeting on API," dated December 19, 2018, produced by Google in this matter, bearing Bates No. GOOG-NE-10291781-787.

107.    Attached hereto as **Exhibit 104** is a true and correct copy of excerpts of a document about "discussion between gTrade . . . and GDN Auction team," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-004555192.

108.    Attached hereto as **Exhibit 105** is a true and correct copy of excerpts from the transcript of the deposition of Google employee Eisar Lipkovitz, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.), on November 9, 2023.

109.    Attached hereto as **Exhibit 106** is a true and correct copy of excerpts of email correspondence between ██████ and ███████, et al., with the subject line "Re: GOOGLE INTERNAL Copy of Q1 Programmatic OKR: margin manipulation investigation – Invitation to comment," dated August 11, 2017, produced by Google in this matter, bearing Bates No. GOOG-TEX-00831660.

110.    Attached hereto as **Exhibit 107** is a true and correct copy of email correspondence between Nitish Korula and ███████████, et al., with the subject line "Re: Buyside Comms for tDRS," dated January 10, 2018, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-014570102.

111.    Attached hereto as **Exhibit 108** is a true and correct copy of the transcript of the deposition of ███████, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.), on August 16, 2023.

112.    Attached hereto as **Exhibit 109** is a true and correct copy of excerpts of email correspondence between ███████ and ████████, et al., with the subject line "Re: AdX Direct on NPM publishers," dated April 23, 2018, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-003186306.

113.    Attached hereto as **Exhibit 110** is a true and correct copy of a document titled "Quality Revenue Optimizations Overview," dated June 2020, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-01509153.

114.    Attached hereto as **Exhibit 111** is a true and correct copy of excerpts of email correspondence between ███████ and ██████, et al., with the subject line "Re: For PR Review – 2021 User Groups External Recap," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-001447559.

115.    Attached hereto as **Exhibit 112** is a true and correct copy of excerpts of a declaration from Google employee Nitish Korula dated August 4, 2023, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-008842393.

116.    Attached hereto as **Exhibit 113** is a true and correct copy of excerpts of a Google presentation titled "Changes to Ad Manager auction," dated January 10, 2019, produced by Google in this matter, bearing Bates No. GOOG-DOJ-10924270.

117.    Attached hereto as **Exhibit 114** is a true and correct copy of excerpts of a document titled "DRX* Contracting Guide," dated September 21, 2020, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT -01128809.

118.    Attached hereto as **Exhibit 115** is a true and correct copy of excerpts of the transcript of the deposition of Google employee ████████, taken in this matter on April 12, 2024.

119.     Attached hereto as **Exhibit 116** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Kentucky (Jonathan Farmer), taken in this matter on April 25, 2024.

120.     Attached hereto as **Exhibit 117** is a true and correct copy of excerpts of the transcript of the deposition of ███████████████████, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.) on September 28, 2023.

121.     Attached hereto as **Exhibit 118** is a true and correct copy of excerpts of the transcript of the deposition of Google employee ███████████, taken in *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.) on November 10, 2020.

122.     Attached hereto as **Exhibit 119** is a true and correct copy of excerpts of the transcript of the deposition of Google employee ███████, taken in *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.) on June 28, 2024.

123.     Attached hereto as **Exhibit 120** is a true and correct copy of excerpts of the transcript of the deposition of the corporate representative for ███████████, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.) on September 26, 2023.

124.     Attached hereto as **Exhibit 121** is a true and correct copy of a document titled ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████.

125.     Attached hereto as **Exhibit 122** is a true and correct copy of a document titled ████████████████████████████████████████████████████████████ ██████████████████████████████.

126.    Attached hereto as **Exhibit 123** is a true and correct copy of a document titled "Remove AdX Last Look for DFP Remnant Competition," dated April 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-019109468.

127.    Attached hereto as **Exhibit 124** is a true and correct copy of excerpts of the transcript of the deposition of the representative for ███████████████████, taken in this matter on May 23, 2024.

128.    Attached hereto as **Exhibit 125** is a true and correct copy of excerpts of the transcript of the deposition of Google employee Chris LaSala, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.) on August 17, 2023.

129.    Attached hereto as **Exhibit 126** is a true and correct copy of excerpts of the transcript of the deposition of the representative for ███████████████, taken in *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.) on May 21, 2024.

130.    Attached hereto as **Exhibit 127** is a true and correct copy of excerpts of the transcript of the deposition of the representative for ███████████████, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.) on September 22, 2023.

131.    Attached hereto as **Exhibit 128** is a true and correct copy of excerpts of the transcript of the deposition of the representative for █████████████, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.) on September 8, 2023.

132.    Attached hereto as **Exhibit 129** is a true and correct copy of excerpts of the transcript of the deposition of the representative for ███████████████, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.) on September 8, 2023.

133.    Attached hereto as **Exhibit 130** is a true and correct copy of excerpts of a document titled "DRX Getting Started Guide - ▉▉▉▉▉▉," dated January 28, 2018, produced by Google in this matter, bearing Bates No. GOOG-NE-13468302.

134.    Attached hereto as **Exhibit 131** is a true and correct copy of excerpts of a document titled "Display Ads Landscape (▉▉▉▉▉▉▉▉)," dated October 17, 2014, produced by Google in this matter, bearing Bates No. GOOG-NE-04597999.

135.    Attached hereto as **Exhibit 132** is a true and correct copy of email correspondence between ▉▉▉▉ and ▉▉▉▉▉, et al., with the subject line "Re: [Update] ▉▉▉▉ - RPO from DFP," dated July 7, 2014, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-019653406.

136.    Attached hereto as **Exhibit 133** is a true and correct copy of email correspondence between ▉▉▉▉▉▉▉ and Woojin Kim, et al., with the subject line "[Launch ▉▉▉] gTrade: Project Bernanke," dated September 24, 2013, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14952731.

137.    Attached hereto as **Exhibit 134** is a true and correct copy of a document titled "Bernanke experiment analysis (THIS IS THE INTERNAL TO GTRADE DOC NOT TO BE SHARED!)" dated February 12, 2018, produced by Google in this matter, bearing Bates No. GOOG-TEX-01266874.

138.    Attached hereto as **Exhibit 135** is a true and correct copy of email correspondence between Aparna Pappu and Jonathan Bellack, et al., with the subject line "Re: [drx-pm] Re: SBS Australia meeting notes - April 30th," dated 5/1/2015, produced by Google in this matter, bearing Bates No. GOOG-NE-13340752.

139.    Attached hereto as **Exhibit 136** is a true and correct copy of email correspondence between ▮▮▮▮▮▮▮ and Chris LaSala, ▮▮▮▮▮▮▮, et al., with the subject line "Re: URGENT : DBM seems based on not second-price but first-price auction," dated March 16, 2016, produced by Google in this matter, bearing Bates No. GOOG-NE-05308018.

140.    Attached hereto as **Exhibit 137** is a true and correct copy of email correspondence between ▮▮▮▮▮ and ▮▮▮▮▮▮▮, et al., with the subject line "Re: Gtrade incentive issues (▮▮▮▮▮▮▮▮)," dated October 18, 2013, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-002088137.

141.    Attached hereto as **Exhibit 138** is a true and correct copy of webpage entitled "About Display ads and the Google Display Network," available at https://support.google.com/google-ads/answer/2404190?hl%3Den, last visited on December 8, 2024.

142.    Attached hereto as **Exhibit 139** is a true and correct copy of the webpage entitled "Authorized Buyers overview," available at https://support.google.com/authorizedbuyers/answer/6138000?hl=en, last visited on December 8, 2024.

143.    Attached hereto as **Exhibit 140** is a true and correct copy of email correspondence between Scott Spencer and ▮▮▮▮▮, with the subject line "Re: AdX Product Update for July 16th," dated July 23, 2010, produced by Google in this matter, bearing Bates No.  GOOG-AT-MDL-015261161.

144.    Attached hereto as **Exhibit 141** is a true and correct copy of a document titled "Existing Headline: Exchange Bidding" dated September 20, 2018, produced by Google in this matter, bearing Bates No. GOOG-NE-08116078.

145.    Attached hereto as **Exhibit 142** is a true and correct copy of a document titled "Header Bidding Observatory #3" dated Q1 2018, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-01811246.

146.    Attached hereto as **Exhibit 143** is a true and correct copy of email correspondence between ████████ and ████████████ et al., with the subject line "Re: Ultraprio - Increase the ALI for ████████ (due to PG growth)," dated October 9, 2019, produced by Google in this matter, bearing Bates No. GOOG-TEX-00110068.

147.    Attached hereto as **Exhibit 144** is a true and correct copy of email correspondence between ████████ and Aparna Pappu, et al., with the subject line "████████████████ ████████████████████████████████" dated January 30, 2017, produced by Google in this matter, bearing Bates No. GOOG-TEX-00121300.

148.    Attached hereto as **Exhibit 145** is a true and correct copy of email correspondence between ████████████████████, et al., with the subject line "Re: Header Bidding impact on our Revenues," dated September 28, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00120626.

149.    Attached hereto as **Exhibit 146** is a true and correct copy of email correspondence between ██████ and ██████, et al., with the subject line "Re: Another publisher to test," dated November 13, 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14742888.

150.    Attached hereto as **Exhibit 147** is a true and correct copy of email correspondence between Jonathan Bellack, Sam Cox, ████████████, et al., with the subject line "Jedi++ deck -- feedback," dated October 17, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00120719.

151.     Attached hereto as **Exhibit 148** is a true and correct copy of email correspondence between Aparna Pappu and ▮▮▮▮▮▮ et al., with the subject line "Re: IAB Ad Ops Meeting notes," dated January 29, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00103022.

152.     Attached hereto as **Exhibit 149** is a true and correct copy of a document titled "Header Bidding Observatory #2" dated August 1, 2019, produced by Google in this matter, bearing Bates No. GOOG-TEX-00971726.

153.     Attached hereto as **Exhibit 150** is a true and correct copy of excerpts of the transcript of the trial testimony of Andrew Casale, President and CEO of Index Exchange, given in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va. Sept. 9, 2024).

154.     Attached hereto as **Exhibit 151** is a true and correct copy of a document titled "Demand Product Primer," dated November 2017, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-001941178.

155.     Attached hereto as **Exhibit 152** is a true and correct copy of a document titled "Jedi++ Header Bidding Response Options," dated October 13, 2016, produced by Google in this matter, bearing Bates No.  GOOG-TEX-00120929.

156.     Attached hereto as **Exhibit 153** is a true and correct copy of a document titled "Buy side perspective on Header bidding (HB)," dated September 2016, produced by Google in this matter, bearing Bates No. GOOG-NE-06724126.

157.     Attached hereto as **Exhibit 154** is a true and correct copy of a document titled "Web - 2020 Product and Business Strategy," produced by Google in this matter, bearing Bates No. GOOG-TEX-00109645.

158.    Attached hereto as **Exhibit 155** is a true and correct copy of a document titled "Announcing Exchange Bidding Open Beta" undated, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-001290356.

159.    Attached hereto as **Exhibit 156** is a true and correct copy of email correspondence between ▮▮▮▮▮ and Jonathan Bellack, with the subject line "Re: Fwd: The Rise Of "Header Bidding" And The End Of The Publisher Waterfall | AdExchanger," dated June 23, 2015, produced by Google in this matter, bearing Bates No. GOOG-TEX-00116076.

160.    Attached hereto as **Exhibit 157** is a true and correct copy of email correspondence between ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮, with the subject line "OVERDUE LAUNCH – Please update: [Launch 145400] Demand Syndication Alpha" dated June 23, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15006599.

161.    Attached hereto as **Exhibit 158** is a true and correct copy of email correspondence between ▮▮▮▮▮▮▮ and Jonathan Bellack, with the subject line "[Launch 151536] Demand Syndication Beta" dated April 27, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00002258.

162.    Attached hereto as **Exhibit 159** is a true and correct copy of a document titled "Exchange Bidding Project Jedi," dated May 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-13899823.

163.    Attached hereto as **Exhibit 160** is a true and correct copy of email correspondence between ▮▮▮▮▮▮▮ and ▮▮▮▮▮, with the subject line "Re: ▮▮▮▮ listed again as SDK-Mediation Partner in DFP/AdMob?" dated June 14, 2018, produced by Google in this matter, bearing Bates No. GOOG-TEX-00623823.

164.    Attached hereto as **Exhibit 161** is a true and correct copy of a document titled "FAN Bidding in to DRX and AdMob," dated April 28, 2017, produced by Google in this matter, bearing Bates No. GOOG-TEX-00969653.

165.    Attached hereto as **Exhibit 162** is a true and correct copy of a document titled "Header Bidding Observatory #1," dated January, 2017, produced by Google in this matter, bearing Bates No.GOOG-DOJ-AT-01027937.

166.    Attached hereto as **Exhibit 163** is a true and correct copy of excerpts of the transcript of the deposition of Google employee George Levitte, taken in *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.),  on August 10, 2021.

167.    Attached hereto as **Exhibit 164** is a true and correct copy of email correspondence between ███████ and ██████, et al., with the subject line "Re: Need financial target for EB in 2017," dated December 15, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00000478.

168.    Attached hereto as **Exhibit 165** is a true and correct copy of a document titled "AdX first-price bidding," dated 2019, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-00292252.

169.    Attached hereto as **Exhibit 166** is a true and correct copy of an untitled and undated document produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-00573309.

170.    Attached hereto as **Exhibit 167** is a true and correct copy of a document titled "Changes to Ad Manager, AdMob auction dated September 3, 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-001977826.

171.    Attached hereto as **Exhibit 168** is a true and correct copy of email correspondence between ███████ and Nirmal Jayaram with the subject line "Fwd: First-price & Removing

pricing knobs," dated May 11, 2019, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-00569648.

172.     Attached hereto as **Exhibit 169** is a true and correct copy of email correspondence between ████████ and ████████ with the subject line "Re: 1st Price Changes," dated May 11, 2019, produced by Google in this matter, bearing Bates No. GOOG-NE-10660658.

173.     Attached hereto as **Exhibit 170** is a true and correct copy of correspondence between ████████ and ████████, et al., with the subject line "Ad Manager Unifie...," dated January 4, 2019, produced by Google in this matter, bearing Bates No. GOOG-NE-13603380.

174.     Attached hereto as **Exhibit 171** is a true and correct copy of a document titled "Understanding Real-Time Bidding (RTF) From the Publisher Perspective," dated February 2010, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-016988772.

175.     Attached hereto as **Exhibit 172** is a true and correct copy of a document titled "Inventory access – Strategy Summit 2-pager," undated, produced by Google in this matter, bearing Bates No. Ex. #, GOOG-DOJ-14875108.

176.     Attached hereto as **Exhibit 173** is a true and correct copy of a document titled "Comms Doc: Heading Bidding – Work In Progress," dated August 2016, produced by Google in this matter, bearing Bates No. GOOG-NE-11797719.

177.     Attached hereto as **Exhibit 174** is a true and correct copy of excerpts of email correspondence between Eisar Lipkovitz, ████████, ████████ et al. with the subject line "Re: Display Revforce," dated July 21, 2017, produced by Google in this matter, bearing Bates No. GOOG-TEX-00122345.

178.    Attached hereto as **Exhibit 175** is a true and correct copy of excerpts of email correspondence between ███████████ and ███████████ with the subject line "Fwd: Header Bidding Observatory / Edition #3," dated March 16, 2018, produced by Google in this matter, bearing Bates No. GOOG-NE-06727162.

179.    Attached hereto as **Exhibit 176** is a true and correct copy of a document titled "OLD – New Ad Manager Indirect Notes @ ███████████ notes," dated December 18, 2017, produced by Google in this matter, bearing Bates No. GOOG-TEX-00107284.

180.    Attached hereto as **Exhibit 177** is a true and correct copy of excerpts of email correspondence between █████████ and ███████████ with the subject line "███████████ ███████████████████████████████████████████████████████ ███████████████████.

181.    Attached hereto as **Exhibit 178** is a true and correct copy of a document titled "XFP + AdX Revenue Optimization via Cross-Priority Ranking," undated, produced by Google in this matter, bearing Bates No. GOOG-NE-13196814.

182.    Attached hereto as **Exhibit 179** is a true and correct copy of a document titled "Responses to the Autorité de la Concurrence's Request for Information," dated October 10, 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-019508860.

183.    Attached hereto as **Exhibit 180** is a true and correct copy of a document titled "Exchange Bidding "Last Look" leak," dated April 5, 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14024199.

184.    Attached hereto as **Exhibit 181** is a true and correct copy of email correspondence between ███████████ and ███████████ with the subject line "Re: EBDA update for

print," dated March 31, 2017, produced by Google in this matter, bearing Bates No. GOOG-TEX-00094890.

185.    Attached hereto as **Exhibit 182** is a true and correct copy of a document titled "AdX auction mechanism: First-price vs Second-price," undated, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-003716241.

186.    Attached hereto as **Exhibit 183** is a true and correct copy of excerpts of an email between ███████ and Nirmal Jayaram and ███████ with the subject line "Re: Pub impact list for global Bernanke," dated July 29, 2015, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-002514119.

187.    Attached hereto as **Exhibit 184** is a true and correct copy of excerpts of an email between Nirmal Jayaram and ███████, et al., with the subject line "Re pub impact list for global Bernanke," dated August 3, 2015, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-002514153.

188.    Attached hereto as **Exhibit 185** is a true and correct copy of excerpts of a document titled "gTrade Overview," dated June 27, 2013, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-001386659.

189.    Attached hereto as **Exhibit 186** is a true and correct copy of email correspondence between ███████ and Nirmal Jayaram with the subject line "Re: doubling first bid, removing second bid," dated June 7, 2013, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-002760309.

190.    Attached hereto as **Exhibit 187** is a true and correct copy of email correspondence between Aparna Pappu and ███████, et al., with the subject line "Re: Planning for 2sided

rev-share launch," dated April 21, 2015, produced by Google in this matter, bearing Bates No. GOOG-TEX-00309958.

191.    Attached hereto as **Exhibit 188** is a true and correct copy of email correspondence between ████████████ and ██████████, et al., with the subject line "Re: mGDN share of AdX?" dated May 8, 2015, bearing Bates No. GOOG-DOJ-14882535.

192.    Attached hereto as **Exhibit 189** is a true and correct copy of a document titled "Comms Doc: AdX buy-Side Bid Data Sharing (GA)," dated March 7, 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-00511017.

193.    Attached hereto as **Exhibit 190** is a true and correct copy of an email between ██ ████████ and ██████████, et al., with the subject line "Re GDN Bid data usage for Bid Landscapes, Feedback on lost bids and Toolbar," dated April 1, 2013, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15603182.

194.    Attached hereto as **Exhibit 191** is a true and correct copy of a document titled "Aligning For A Programmatic Future," undated, produced by Google in this matter, bearing Bates No. GOOG-NE-11902954.

195.    Attached hereto as **Exhibit 192** is a true and correct copy of excerpts of a document titled "Don't First Price CO on AdX & AWBID," dated April 6, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-02467209.

196.    Attached hereto as **Exhibit 193** is a true and correct copy of excerpts of an email correspondence between ████████ and Nitish Korula, et al., with the subject "Re: GOOGLE INTERNAL Copy of Ql Programmatic OKR: margin manipulation investigation - Invitation to comment," dated August 11, 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14162335.

197.    Attached hereto as **Exhibit 194** is a true and correct copy of excerpts of a document titled "First Price Bernanke," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-015924793.

198.    Attached hereto as **Exhibit 195** is a true and correct copy of excerpts of a document titled "Surplus maximization, incentive compatibility and buy side margin," dated March 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-019045181.

199.    Attached hereto as **Exhibit 196** is a true and correct copy of excerpts of an email correspondence including ████████████████, et al., with the subject line "[Follow up] DRX Suite Commercialization (11/13/2014)," dated November 13, 2014, produced by Google in this matter, bearing Bates No. GOOG-TEX-00156142.

200.    Attached hereto as **Exhibit 197** is a true and correct copy of excerpts of a document titled "AdX Dynamic Revshare Sync Notes," dated November 8, 2016, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-013305855.

201.    Attached hereto as **Exhibit 198** is a true and correct copy of excerpts of a document titled "████ Q1 Programmatic OKR," produced by Google in this matter, bearing Bates No. GOOG-DOJ-15820805.

202.    Attached hereto as **Exhibit 199** is a true and correct copy of excerpts of a document titled "Dynamic Sell-side Revshare on AdX," dated May 9, 2014, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-019306356.

203.    Attached hereto as **Exhibit 200** is a true and correct copy of excerpts of a document titled "AdX dynamic sell-side rev share (DRS v1) - project description / mini PRD," produced by Google in this matter, bearing Bates No. GOOG-NE-03616222.

204.    Attached hereto as **Exhibit 201** is a true and correct copy of excerpts of an email with the subject "Re : HC update for DRS launch," dated May 13, 2015, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14712739.

205.    Attached hereto as **Exhibit 202** is a true and correct copy of excerpts of an email correspondence between ████████ and ██████, et al., with the subject line "████████ ████████████████," dated February 22, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15426012.

206.    Attached hereto as **Exhibit 203** is a true and correct copy of excerpts of a document titled "Dynamic Revenue Sharing (DRS) V2 Proposal," produced by Google in this matter, bearing Bates No. GOOG-DOJ-13221355.

207.    Attached hereto as **Exhibit 204** is a true and correct copy of excerpts of a document titled "Dynamic Revenue Share," produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-02424328.

208.    Attached hereto as **Exhibit 205** is a true and correct copy of an email with the subject "Re : HC update for DRS launch," dated May 13, 2015, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14712739.

209.    Attached hereto as **Exhibit 206** is a true and correct copy of excerpts of a document titled "DRS commercialization plan -April 2016," produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-02422765.

210.    Attached hereto as **Exhibit 207** is a true and correct copy of excerpts of an email correspondence between ████████ and ██████, et al, with the subject "Re: effect of removing second bid," dated August 18, 2015, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15422521.

211.    Attached hereto as **Exhibit 208** is a true and correct copy of excerpts of an untitled document, produced by Google in this matter, bearing Bates No. GOOG-NE-06841582.

212.    Attached hereto as **Exhibit 209** is a true and correct copy of excerpts of a document titled "CONFIDENTIAL: Draft, not to be shared outside DRX yet," produced by Google in this matter, bearing Bates No. GOOG-NE-13205235.

213.    Attached hereto as **Exhibit 210** is a true and correct copy of an email correspondence between ███████ and ███████, et al., with the subject line "█ ████████████████" dated August 9, 2017, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15446667.

214.    Attached hereto as **Exhibit 211** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Google employee ███ ██, taken in this matter on May 1, 2024.

215.    Attached hereto as **Exhibit 212** is a true and correct copy of excerpts of a document titled "The Google Ad Manager (fka DRX) for Perf," dated March 2022, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-000992438.

216.    Attached hereto as **Exhibit 213** is a true and correct copy of excerpts of an email correspondence between Neal Mohan and ███████, et al., with the subject line "Display and Video Ads: 2014 Mid-Year Check-in, Strategy Update (CONFIDENTIAL)," dated July 22, 2014, produced by Google in this matter, bearing Bates No. GOOG-NE-06586730.

217.    Attached hereto as **Exhibit 214** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of ███████████ ███████, taken in *United States v. Google LLC*, No. 23-cv-108 (E.D. Va.) on September 05, 2023.

218.    Attached hereto as **Exhibit 215** is a true and correct copy of excerpts of an email correspondence between ████████ and ███████████, et al., with the subject line "Re: Project Yavin (Formally Demand Project)," dated September 29, 2017, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-001937115.

219.    Attached hereto as **Exhibit 216** is a true and correct copy of excerpts of a document titled "DRX Update for CIS Offsite," dated September 16, 2014, produced by Google in this matter, bearing Bates No. GOOG-NE-03609116.

220.    Attached hereto as **Exhibit 217** is a true and correct copy of excerpts of a document titled "█████ copy of SellSide Guiding Principles (2018)," dated August 28, 2018, produced by Google in this matter, bearing Bates No. GOOG-TEX-00853578.

221.    Attached hereto as **Exhibit 218** is a true and correct copy of excerpts of a document titled "DRX Re-Contracting Comms," produced by Google in this matter, bearing Bates No. GOOG-TEX-00059386.

222.    Attached hereto as **Exhibit 219** is a true and correct copy of excerpts of a document titled "What are the guiding principles and approaches for our publisher strategy, given the ecosystem changes?," produced by Google in this matter, bearing Bates No. GOOG-NE-04001130.

223.    Attached hereto as **Exhibit 220** is a true and correct copy of excerpts of an email correspondence between Nitish Korula and ███████, et al., with the subject line "Re: ALI limits/ fee," dated October 8, 2018, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15127000.

224.    Attached hereto as **Exhibit 221** is a true and correct copy of a document titled "PM thoughts on options for launching RPO," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-004285638.

225.    Attached hereto as **Exhibit 222** is a true and correct copy of excerpts of a document titled "DRX Unified Yield Management Strategy Review," dated July 9, 2018, produced by Google in this matter, bearing Bates No. GOOG-NE-11809343.

226.    Attached hereto as **Exhibit 223** is a true and correct copy of excerpts of an email correspondence between ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮, et al., with the subject line "Re: Unified Pricing Announcement - Next Steps," dated April 19, 2019, produced by Google in this matter, bearing Bates No. GOOG-DOJ-14559099.

227.    Attached hereto as **Exhibit 224** is a true and correct copy of excerpts of a document titled "Self Competing Candidates in the AdX Auction," dated February 4, 2013, produced by Google in this matter, bearing Bates No. GOOG-DOJ-15601956.

228.    Attached hereto as **Exhibit 225** is a true and correct copy of excerpts of email correspondence between ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮, et al., with the subject line, "[INTERNAL] 2 Things: AdX - DFP," dated April 23, 2019, produced by Google in this matter, bearing Bates No. GOOG-DOJ-AT-02304321.

229.    Attached hereto as **Exhibit 226** is a true and correct copy of excerpts of a document titled "Google data for DRX," produced by Google in this matter, bearing Bates No. GOOG-NE-13379438.

230.    Attached hereto as **Exhibit 227** is a true and correct copy of excerpts of a document titled "DRX Reporting Plan for First-Price Bidding," produced by Google in this matter, bearing Bates No. GOOG-NE-12792275.

231.    Attached hereto as **Exhibit 228** is a true and correct copy of excerpts of email correspondence between ▮▮▮▮▮▮ and ▮▮▮▮▮▮, et al., with the subject line "Re: [action required] Bid Data Transfer - client call," dated September 12, 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-012771724.

232.    Attached hereto as **Exhibit 229** is a true and correct copy of excerpts of an email correspondence between ▮▮▮▮▮▮ and ▮▮▮▮▮▮, et al., with the subject "Re: Bid metrics deprecation," dated July 11, 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-B-005209693.

233.    Attached hereto as **Exhibit 230** is a true and correct copy of excerpts of a declaration of Google employee ▮▮▮▮▮▮, dated June 28, 2024, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-C-000073682.

234.    Attached hereto as **Exhibit 231** is a true and correct copy of excerpts of an untitled document, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-016627159.

235.    Attached hereto as **Exhibit 232** is a true and correct copy of excerpts of a document titled "Bid OT Changes for 1st Price Auction," dated 7/25/2019, produced by Google in this matter, bearing Bates No. GOOG-NE-07834872.

236.    Attached hereto as **Exhibit 233** is a true and correct copy of excerpts of the transcript of the deposition of Google employee ▮▮▮▮▮▮, taken in in *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.) on November 15, 2023.

237.    Attached hereto as **Exhibit 234** is a true and correct copy of excerpts of email correspondence between ▮▮▮▮▮▮ and ▮▮▮▮▮▮, et al., with the subject line "Re: Launch criteria for dynamic reserve price," dated June 16, 2014, produced by Google in this matter, bearing Bates No. GOOG-DOJ-32062262.

238.    Attached hereto as **Exhibit 235** is a true and correct copy of excerpts of email correspondence between ▓▓▓▓▓ and ▓▓▓▓▓▓▓, et al., with the subject line "Re: [programmatic-news] Re: Google sweetens deal for publishers with dynamic price floors via Digiday," dated March 5, 2015, produced by Google in this matter, bearing Bates No. GOOG-TEX-00079344.

239.    Attached hereto as **Exhibit 236** is a true and correct copy of excerpts of a spreadsheet document titled "AdX Buyside GLOBAL …," dated September 15, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00374779.

240.    Attached hereto as **Exhibit 237** is a true and correct copy of excerpts of a document titled "Privacy Policy – Privacy & Terms - Google," dated May 22, 2023, produced by Google in this matter, bearing Bates No. GOOG-AT-MD-008929152.

241.    Attached hereto as **Exhibit 238** is a true and correct copy of excerpts of a document titled "Privacy Policy – Privacy & Terms - Google," dated August 19, 2015, that is available at https://policies.google.com/privacy/archive/20150630-20150819?hl=en.

242.    Attached hereto as **Exhibit 239** is a true and correct copy of excerpts of a document titled "Jedi++," dated October 27, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00970722.

243.    Attached hereto as **Exhibit 240** is a true and correct copy of excerpts of email correspondence between Chris LaSala and Team LaSala, with the subject line "Fwd: GSL Thoughts for Sell-Side Marketing Support," dated December 9, 2016, produced by Google in this matter, bearing Bates No. GOOG-NE-04421287.

244.    Attached hereto as **Exhibit 241** is a true and correct copy of excerpts of a document titled "FAN deal discussion," produced by Google in this matter, bearing Bates No. GOOG-NE-06602063.

245.    Attached hereto as **Exhibit 242** is a true and correct copy of excerpts of a document titled "Header Bidding and FAN," dated Sept. 2, 2016, produced by Google in this matter, bearing Bates No. GOOG-DOJ-27769247.

246.    Attached hereto as **Exhibit 243** is a true and correct copy of excerpts of an email correspondence between Sam Cox and Jonathan Bellack, et al., with the subject line "Re: EB principles - smaller group," dated October 3, 2016, produced by Google in this matter, bearing Bates No. GOOG-TEX-00093279.

247.    Attached hereto as **Exhibit 244** is a true and correct copy of excerpts of email correspondence between ███████████ and Nirmal Jayaram, et al., with the subject line "Re: Header Bidding Observatory / Edition #3," dated March 16, 2018, produced by Google in this matter, bearing Bates No. GOOG-NE-09426318.

248.    Attached hereto as **Exhibit 245** is a true and correct copy of excerpts of email correspondence between ███████████ and ████████, et al., with the subject line "Re: Poirot revenue/ margin upside," dated May 8, 2019, produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-001396947.

249.    Attached hereto as **Exhibit 246** is a true and correct copy of excerpts of a document titled "Poirot: optimal bidding model for non-second price auctions," produced by Google in this matter, bearing Bates No. GOOG-AT-MDL-012549335.

250.    Attached hereto as **Exhibit 247** is a true and correct copy of excerpts of a document titled "Project Poirot," produced by Google in this matter, bearing Bates No. GOOG-NE-11275306.

251.    Attached hereto as **Exhibit 248** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Alaska (Jeffrey Pickett), taken in this matter on May 3, 2024.

252.    Attached hereto as **Exhibit 249** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Arkansas (Chuck Harder), taken in this matter on May 1, 2024.

253.    Attached hereto as **Exhibit 250** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Florida (Andrew Butler), taken in this matter on April 22, 2024.

254.    Attached hereto as **Exhibit 251** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Idaho (John Olson), taken in this matter on May 3, 2024.

255.    Attached hereto as **Exhibit 252** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Indiana (Steven Taterka), taken in this matter on April 25, 2024.

256.    Attached hereto as **Exhibit 253** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Louisiana (Patrick Voelker), taken in this matter on May 3, 2024.

257.    Attached hereto as **Exhibit 254** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Mississippi (Crystal Secoy), taken in this matter on April 25, 2024.

258.    Attached hereto as **Exhibit 255** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Missouri (Michael Schwalbert), taken in this matter on May 10, 2024.

259.    Attached hereto as **Exhibit 256** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Montana (Anna Schneider), taken in this matter on May 1, 2024.

260.    Attached hereto as **Exhibit 257** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Nevada (Lucas Tucker), taken in this matter on April 29, 2024.

261.    Attached hereto as **Exhibit 258** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of North Dakota (Elin Alm), taken in this matter on May 2, 2024.

262.    Attached hereto as **Exhibit 259** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Puerto Rico (Guarionex Diaz Martinez), taken in this matter on May 1, 2024.

263.    Attached hereto as **Exhibit 260** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of South Carolina (Rebecca Hartner), taken in this matter on April 23, 2024.

264.    Attached hereto as **Exhibit 261** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of South Dakota (Jonathan Van Patten), taken in this matter on April 29, 2024.

265.    Attached hereto as **Exhibit 262** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Texas (Justin Gordon), taken in this matter on April 17, 2024.

266.    Attached hereto as **Exhibit 263** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Utah (Marie Martin), taken in this matter on April 30, 2024.

267.    Attached hereto as **Exhibit 264** is a true and correct copy of excerpts of email correspondence between Chris LaSala and ███████████, et al., with the subject "Re: 1P auction GTM narrative – Last Look concerns" dated March 4, 2019, produced by Google in this matter, bearing Bates No. GOOG-ADTCH-00247165.

268.    Pursuant to Local Rule CR-7 and in accordance with the Court's prior orders concerning sealing personal information and trade secrets, Exhibits 1-264 are filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9th day of December, 2024, in Coral Gables, Florida.


*/s/ Kiran N. Bhat*
Kiran N. Bhat

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Kiran N. Bhat*
Kiran N. Bhat

## CERTIFICATE OF MOTION TO SEAL

I certify that contemporaneously with the filing of this Response, Plaintiff States filed a motion to seal both this document and the exhibits attached hereto.

*/s/ Kiran N. Bhat*
Kiran N. Bhat