# EXHIBIT 1

12/5/24, 12:26 PM                    Google's Scott Spencer On DoubleClick Ad Exchange Auction And Data Management | AdExchanger

    Subscribe  Sign In

**HOME** » **AD EXCHANGE NEWS**

ADVERTISEMENT

**AD EXCHANGE NEWS**

# Google's Scott Spencer On DoubleClick Ad Exchange Auction And Data Management

By AdExchanger

TUESDAY, FEBRUARY 9TH, 2010 – 11:39 AM                                                                 SHARE:




After today's announcement on the Google Blog by Neil Mohan regarding Publisher revenues through Google advertising products (also covered here by AdExchanger.com), AdExchanger.com asked Group Product Manager, Scott Spencer on DoubleClick Ad Exchange specifics.

*AdExchanger.com: How does the second-price auction work in DoubleClick Ad Exchange and why is this good for publishers?*

SS: AdX is a second price auction with minimum CPMs set by the publisher. This is the most price efficient auction model, resulting in the most stable, long-term equilibrium price. This is valuable for publishers because it incentivizes buyers to bid the most that they're willing to pay for a given piece of inventory and it minimizes the need to "game" the system.

*How does DoubleClick Ad Exchange help publishers manage their data such as the data created in an auction?*

The Ad Exchange allows publishers to manage and use data in multiple ways. They can offer their inventory with different controls over what data is used when their inventory is purchased. Additionally, they can use their data to buy inventory on the exchange and re-sell it to their own advertisers.

*By John Ebbert*

ADVERTISEMENT



### Trending Ad Tech Topics

Learn the latest on CTV, commerce media, privacy, and more from leading digital marketing and advertising innovators.

 AdExchanger

**Register Today**

**NEXT IN AD EXCHANGE NEWS ▸**

## Google Disses The Yield Optimizers; Liquidity Will Be A Key Differentiator

ADVERTISEMENT