# EXHIBIT 2
# REDACTED

**Admeld Partner Summit**
**March 22, 2012**
**Press/Blog Post**

**Press Briefings:**

10 a.m. - ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮
- ▮▮▮▮▮▮ was formerly the ad/tech reporter at ▮▮▮▮▮▮ but recently joined ▮ ▮▮▮ to start ▮▮▮▮▮▮ and as a reporter for ▮▮▮▮▮▮

10:30 - ▮▮▮▮▮▮, ▮▮▮▮, ▮▮▮▮▮▮
- ▮▮▮▮▮▮ is formerly the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. He tends to take a fairly skeptical view of the ad tech space, so will be important to reiterate how this benefits the ecosystem.

**Points to Highlight**

- This is our first public update for publishers since we acquired Admeld 15 weeks ago -- and we know our publisher partners have had a lot of questions. We hope to be able to answer some of those today.
- Since the acquisition, not only have we been laying out our long-term vision, we've already started the hard work of merging these two businesses. Here's a bit of what this looks like:

- **Sales and Services**: One of the reasons for Admeld's success was their high-touch service model, and it was a key factor in our decision to buy the company.
- We've learned from their approach and are adopting this model ourselves. Towards this goal, we have integrated the Ad Exchange and Admeld service teams, giving us one of the biggest teams of its kind in the industry.
- This also expands Admeld's global footprint, giving them broader coverage in JAPAC and EMEA.

- **AdX and Admeld**: We want to make sure our publishers are coming up aces, and one of the most effective ways to do that is to increase demand for their inventory so...today we announced AdX Connect. By the end of next quarter, Admeld clients will be able to tap directly into demand from the DoubleClick Ad Exchange.

- **Transparency**: Admeld's approach to advertiser, buyer, and bid transparency levels is one of the most popular for its publisher clients. Moving forward, we'll be putting adapting those same levels of transparency to the AdX platform as well.

- **DFP**: We're working on a number of Admeld-related enhancements for publishers using the latest version of DFP.
  - First, we're going to make much easier for publishers to leverage SSP-style ad

> > network optimization functionality directly within the DFP platform.
> > ○ We're building an API so that Admeld's mobile optimization capabilities will be more fluidly integrated with DFP mobile.
>
> - These are all initial steps, our long term goal is to build a seamless platform for publishers that stretches across video, desktop and mobile, with the control and flexibility our partners require.
> - **Bottom line with all these changes: we are doubling down on publishers.**
> - We bought Admeld to learn from their products AND people. I think the integrations we've highlighted today give a good indication of what we mean by bringing the best of the two businesses together--it's about taking the technology and best practices that work to better serve publishers.

**FAQ:**
**Q: Google has historically been perceived as a company for advertisers. Are you trying to change that?**
A: I'd actually contend that we've always been in the business of helping publishers! We started AdSense in 2003. It's now used by more than 2 million publishers all across the globe to fund the great content on their sites. And of course, now thanks to the DoubleClick acquisition, we have DFP and the Ad Exchange. The content our publisher partners create is the lifeblood of the online ecosystem, and we are completely committed to helping them make the web work for them. Our acquisition of Admeld is a reflection of that commitment, not the beginning of it.

**Q: Have you seen any customers defect after the acquisition?**
A: We've been extremely happy with how many publishers have stayed on board through the acquisition, and our publisher partners are already seeing material benefits as a result of the two businesses coming together.

**Q: Can anyone now credibly mount an alternative to Google in display?**
A: Display remains an incredibly competitive space that literally, changes day by day. A steady investment of VC dollars in the space ensures that there are many players and constant innovation. It's also worth keeping in mind that we compete for spend and mindshare not only with with other display providers, but with other media as well.

**Q: You've said in the past that you are building an "open" system, but some in the industry charge that is not so. What is your response?**
A: We are absolutely building an ==open system==. It's what our customers -- ==advertisers and publishers== -- ==want,== and we're committed to delivering that to them. On the sell-side, our number one priority is delivering great returns for publishers. Period. When they succeed, we succeed, and that is how this business will continue to grow.

**Q. But open doesn't mean neutral. How can a company in the business of selling advertising be entrusted to help publishers manage their inventory?**
A. Quite honestly, in our conversations with publishers, that question gets dispensed with pretty

quickly. What our publishers want to know is, "How are you going to help me make more money?" At the end of the day, we are judged on our ability to help publishers drive revenues, and if we don't deliver on that front, we know they will go elsewhere.

**Q. What do you say to charges that Google is a "black box," and isn't giving publishers' transparency into ads pricing in order to favor its own inventory?**
A. This simply isn't true. On the AdSense side, we revealed our revenue share with publishers two years ago (68%). On the Ad Exchange side, we announced at last week's Admeld partner day that we would be adopting Admeld's approach towards transparency, one that publsihers have already told us that they're happy with. Across the board, we are committed to giving our publisher partners the transparency they need to run and grow their businesses.

**Q. Is ad tech complexity really a problem, or is it more that Google is unhappy that newer players refuse to integrate with its stack?**
A. Well, one look at the Lumascapes for our industry, and I think most would agree that this ecosystem is incredibly complex, and that raises inevitable challenges for publishers (and advertisers too). We take this complexity seriously because our publishers tell us every day that they want a simpler, more integrated way to manage their inventory. Other companies certainly have other approaches, but our focus is on building a platform that will drive returns for our publisher partners.

**Q. Is this a tech issue or a VC issue?**
A. This is a hot area for investment right now and ultimately, that's a good thing. It means tons of innovation, which ultimately helps push the whole sector forward. But this explosion of technology also creates a lot of complexity for publishers--that's the piece that we're looking to address.

**Safari**
**Q: Did Google know this was happening?**
We used known Safari functionality to provide features that signed-in Google users had enabled.  We created a temporary communication link between Safari browsers and Google's servers, so that we could ascertain whether Safari users were also signed into Google, and had opted for personalized ads and other content.   However, the Safari browser contained functionality that then enabled other Google advertising cookies to be set on the browser. We didn't anticipate that this would happen, and we have now started removing these advertising cookies from Safari browsers.

**Q: How will DNT affect your (and by proxy your publishers') business?**
The "Do Not Track" debate affects third party cookies used by some of our ad systems, primarily the DoubleClick cookie. The DNT feature is just an extension of the various privacy tools we already offer that enable users to opt out of the DoubleClick cookie. For some users, this will be a popular feature if they are concerned about the use of third-party cookies to target ads. Others may decide they'd prefer to see ads that are more relevant to them. So there may be an