# EXHIBIT 4
# REDACTED

# Online Bid Prediction



Status: Proposal (evaluated via offline simulations)

██████████

████@ (DRX Quality)

████@, ████@,
████@ ████

Feb 2017

## Background

Predicting bid responses from RTB buyers is a fundamental problem that has applications in many areas including Reserve Price Optimization (RPO) and ████████████████.

In the context of RPO the key goal is to ==exploit the gap between the winning bid and the transaction price by inserting a (higher) reserve price between the two thereby inducing the winner to spend more.== The challenge lies in predicting the per-buyer reserve price for each query. While the current RPO model generates ████████████████████████, analysis indicates that ████████████████████████████████████████████████████████ In fact, as can be seen from the analysis there are ████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

## Customizing Models ████████████████

One of the main motivations of this work is ████████████████████████████████████████████████.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

Additionally ▮



**Comment [1]:** Can you say approximately by how much?

**Comment [2]:** I can run a query to get the actual numbers but here is a illustration: https:▮

To summarize, ▮

Understanding ▮

The ▮



**Comment [3]:** ▮

**Comment [4]:** Right, are these representing real traffic? If not, ▮

**Comment [5]:** Yes. ▮

**Comment [6]:** Oh, sorry, ▮

**Comment [7]:** I had also analyzed the ▮

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

We analyzed ▮

Moreover we also observed that ▮

▮

Summarizing the above observations, we see that ▮

**Comment [8]:** Just to clarify: While I really like the idea and think that it's worth pursuing, it's important to recognize ▮

**Comment [9]:** There are several options here: 1. ▮

**Comment [10]:** Yes, I think you're right that there absolutely are options, such as the ones you mention, so I'm not _that_ concerned. :) Just wanted to bring it up.

**Comment [11]:** ▮

**Comment [12]:** I plan to spend some cycles over the next few months to think through the RPO story for GDN. ▮

**Comment [13]:** But if we want to move GDN to RPO, ▮

**Comment [14]:** I think there's a bit of a semantic shift in what 'RPO' means for ▮ vs how we think about it here.

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-13229116

## Online Bid Prediction Framework



HIGHLY CONFIDENTIAL TREATMENT REQUESTED            GOOG-NE-13229117