# EXHIBIT 5
# REDACTED

# AdX Dynamic Price Optimization V2 Launch Doc

2015-09-16, ███████████████
███████████ and ████████████.
Design doc: ███████████████████
Tracking bug: ████████████

## Project Summary

AdX Dynamic Reserve Price aims to increase AdX and AdSense publisher revenue earned by setting optimized reserve prices in the AdX auction from AdX buyers.[1] In April 2015 we launched (████████████) Dynamic Pricing V1, that set reserve prices ████████████
████████████████████████████████████████████████████. In this launch, we'd like to roll out the following set of infrastructure and modeling improvements.

## Description of Changes

This launch is comprised of 4 components.

---

[1] GDN/GMob bids are exempt (████████████) as is any buyer network who submits two bids, but ████████ is not.

HIGHLY CONFIDENTIAL                                                                                                             GOOG-DOJ-AT-02319045



### Tuning the Inventory model and Buyer Impact Experiment

In original launch (█████████) we deliberately chose ████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

---

[2] To avoid dealing with differential revshares, we separate models for AdX and AdSense publishers.