# EXHIBIT 7
# REDACTED

HIGHLY CONFIDENTIAL

Page 1

1       IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
2                   SHERMAN DIVISION
3   THE STATE OF TEXAS, et      )
    al.,                        )
4                               ) Case No.
                Plaintiffs,     ) 4:20-cv-00957-SDJ
5                               )
    vs.                         ) Hon. Sean D. Jordan
6                               )
    GOOGLE LLC,                 )
7                               )
                Defendant.      )
8
             FRIDAY, APRIL 26, 2024
9
     HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE
10                      ORDER
                       - - -
11
12          Remote videotaped deposition of
13   Google LLC 30(b)(6) designee ████████ and
14   in his 30(b)(1) capacity, held at the
15   location of the witness in Niwot, Colorado,
16   commencing at 9:01 a.m. Mountain Time, on the
17   above date, before Carrie A. Campbell,
18   Registered Diplomate Reporter, Certified
19   Realtime Reporter, Illinois, California &
20   Texas Certified Shorthand Reporter, Missouri,
21   Kansas, Louisiana & New Jersey Certified
22   Court Reporter.
23                     - - -
24
25   Job No. MDLG6661075

HIGHLY CONFIDENTIAL

Page 2

```
 1            A P P E A R A N C E S :
 2
 3       NORTON ROSE FULBRIGHT US LLP
         BY:  M. MILES ROBINSON
 4            miles.robinson@nortonrosefulbright.com
              ISABELA PENA-GONZALEZ
 5            isabela.pena-gonzalez@
              nortonrosefulbright.com
 6       1301 McKinney, Suite 5100
         Houston, Texas  77010
 7       (713) 651-5151
 8
         and
 9
10       THE LANIER LAW FIRM, PLLC
         BY:  ALEX ABSTON
11            alex.abston@lanierlawfirm.com
              ZEKE DEROSE
12            zeke.derose@lanierlawfirm.com
         10940 West Sam Houston Parkway North,
13       Suite 100
         Houston, Texas  77064
14       (713) 659-5200
         Counsel for Texas, Idaho, Louisiana
15       (The Lanier Law Firm only),
         Mississippi, North Dakota,
16       Mississippi, South Carolina, and
         South Dakota
17
18
         STATE OF TEXAS
19       OFFICE OF THE ATTORNEY GENERAL
         BY:  JONATHAN LUCAS WOODWARD
20            lucas.woodward@oag.texas.gov
              TREVOR YOUNG
21            Trevor.Young@oag.texas.gov
         P.O. Box 12548
22       Austin, Texas  78711-2548
         (512) 936-1674
23       Counsel for Plaintiff State of Texas
24
25
```

HIGHLY CONFIDENTIAL

Page 3

```
 1        AXINN, VELTROP & HARKRIDER LLP
          BY:   BRADLEY JUSTUS
 2              bjustus@axinn.com
                DARPAN R. SINGH
 3              dsingh@axinn.com
          1901 L Street NW
 4        Washington, DC  20036
          (202) 912-4700
 5        Counsel for Google LLC

 6

 7   ALSO PRESENT:
 8        JONATHAN JAFFE, consultant
 9        ████████████████████, Litigation and
     Regulatory Counsel, Google LLC
10
          VINCE ROSICA, trial technician,
11   Precision Trial Solutions
12
13   V I D E O G R A P H E R :
          ZACH HONE,
14        Golkow Litigation Services
15                          - - -
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 7

```
 1              VIDEOGRAPHER:  We are now on
 2        the record.  My name is Zach Hone.
 3        I'm a videographer for Golkow.
 4              Today's date is April 26, 2024,
 5        and the time is 9:01 a.m.
 6              This remote video deposition is
 7        being held in the matter of State of
 8        Texas, et al. versus Google LLC.
 9              The deponent is ███████████.
10              All parties to this deposition
11        are appearing remotely and have agreed
12        to the witness being sworn in
13        remotely.
14              Due to the nature of remote
15        reporting, please pause briefly before
16        speaking to ensure all parties are
17        heard completely.
18              Counsels' appearances will be
19        noted on the stenographic record.
20              The court reporter will now
21        swear in the witness.
22
23                   ████████████,
24     of lawful age, having been first duly sworn
25     to tell the truth, the whole truth and
```

HIGHLY CONFIDENTIAL

Page 8

1    nothing but the truth, deposes and says on

2    behalf of the Plaintiffs, as follows:

3

4              MR. ROBINSON:  Okay.  I just

5         want to briefly put on the record,

6         this is Miles Robinson of Norton Rose

7         Fulbright representing the plaintiff

8         states.

9              Also joined by Isabela

10        Pena-Gonzalez, also with Norton Rose

11        Fulbright, and then also Jonathan

12        Jaffe with the plaintiff states.

13             Good morning, ███████████ --

14             MR. JUSTUS:  Sorry, I'm -- so

15        you have Bradley Justus from Axinn for

16        Google and the witness.  I have my

17        colleague, Darpan Singh, as well as

18        in-house counsel for Google, Steve

19        Sparling.

20

21             DIRECT EXAMINATION

22   QUESTIONS BY MR. ROBINSON:

23        Q.     All right, ███████████.  Good

24   morning.

25        A.     Good morning.

HIGHLY CONFIDENTIAL

Page 248

```
1    about, to think about the best way to -- the

2    best way to structure our business.

3              Q.        Were you ever in favor of

4    making Google's ad-buying tools free?

5              A.        Ad-buying tools?  No.  I don't

6    have anything to do with the ad-buying side.

7              Q.        My apologies.  Google's

8    ad-selling tools, making those free?

9              A.        I don't recall myself ever

10   suggesting making them free.  I think that at

11   one point I said that maybe it should be a

12   third party as one proposal, but I don't

13   think I ever remember saying that it would be

14   free because I don't know how you'd support

15   it without that.

16             Q.        What do you mean "a third

17   party"?

18             A.        When we were building exchange

19   bidding, we weren't sure if other exchanges

20   would want to bid into exchange bidding.  And

21   so if they weren't willing to, they didn't

22   like it, then one possibility could have been

23   that exchange bidding could have been

24   something that was offered by the industry.

25                       But it never really made sense,
```

Page 249

```
 1    because ultimately we were just running the
 2    exchange bidding auction on behalf of the
 3    publisher.  It's a first-price auction, very
 4    simple.
 5              And in the end, partners
 6    actually really liked using it and publishers
 7    did, too.  But at one point we weren't sure
 8    if they would.
 9         Q.    But in 2016, Google was
10    operating a second-price auction.
11              Right?
12         A.    Well, in 2016, I don't know if
13    exchange bidding had sold -- had gone to
14    market yet.  I think it had.  I think that we
15    were talking about exchange bidding next
16    here, so I'm not quite sure on the dates.
17              But if exchange bidding had
18    gone to market, it was a first-price auction.
19    AdX was the second-price auction that bid
20    into it.  Some of the other auctions that bid
21    into it were second price, and I think some
22    were first price.  But those all changed at
23    various times, and so I'm not sure where
24    everybody was at this point.
25         Q.    And just to make it clear for
```

HIGHLY CONFIDENTIAL

Page 250

1    the jury, what is the difference between a

2    first-price auction and a second-price

3    auction?

4         A.        In the broadest strokes, a

5    second-price auction is an auction where the

6    bidder bids and their bid is compared against

7    other bids.

8              If there's another bid that is

9    higher than the floor price that the

10    publisher -- or through publisher

11    optimizations have set, then the winner is

12    the highest bid, assuming -- assuming there's

13    no safety issues or other things like that,

14    it's the highest bid.  And they pay the

15    second highest bid.

16              If there is no second highest

17    bid higher than the floor price, then they

18    pay the floor price.

19              And both of those, when I say

20    that pay it, they pay that price plus a

21    penny.

22              And I'm sorry, you asked me

23    about a first-price auction.

24              A first-price auction, again,

25    floor prices come into play here, too.  But

HIGHLY CONFIDENTIAL

Page 251

1    if there is a bid that's higher than the

2    floor price, and again there's no restriction

3    because of safety or other reasons like that,

4    then the highest bid wins, and they play --

5    pay their bid.  At least in -- at least how

6    we defined first price and second price for

7    these products.

8         Q.    Do you see right -- going back

9    to this -- meeting notes, do you see that

10   right under this "███████" and -- there's no

11   last name listed here, but I see someone

12   named ████████████ is near the top of the

13   e-mail chain.

14              Could this be ███████████████

15   that's making this comment?

16        A.    It could be.

17        Q.    And do you know who -- right

18   underneath that it says "█████"

19              Do you know who ████ is?  Or who

20   ████ could be?

21        A.    It's probably ██████████.  He

22   was a product manager.

23        Q.    And do you see that right

24   underneath ██████ comment about "Why is

25   making sell-side free not best option?" ████

Page 294

```
 1          A.      Okay.  You're asking -- your
 2    question is when could it make less money?
 3          Q.      Or in general, when could it --
 4    when could DRS actually hurt websites and
 5    publishers?
 6                  MR. JUSTUS:  Objection.  Form.
 7                  THE WITNESS:  I can't think --
 8          it's just too detailed.  I can't think
 9          of it right now.  I'm sorry.  It's
10          very a complicated space.
11    QUESTIONS BY MR. ROBINSON:
12          Q.      But you're not trying to hide
13    from me how DRS works, though.
14                  Right?
15                  MR. JUSTUS:  Objection.  Form.
16                  THE WITNESS:  No.
17    QUESTIONS BY MR. ROBINSON:
18          Q.      Google made more money through
19    DRS, the implementation of DRS, though.
20                  Right?
21          A.      As I recall, both publishers
22    and Google and probably advertisers, although
23    we don't have any visibility into that, all
24    made more money because of the match rate
25    being higher, yes.
```

HIGHLY CONFIDENTIAL

Page 295

1          Q.     But a higher match rate isn't

2     always better, because a lower match rate

3     might push advertisers to other third-party

4     auctions that might be even better, though.

5               Right?

6          A.     So advertisers are supposed to

7     bid their value.  And so if their value -- or

8     at least that's our understanding of it, that

9     buyers bid their value in a second-price

10    auction.

11              So if it was matching at the

12    value that they were willing to pay, then

13    that's good for advertisers.

14              Your question is, if the

15    advertiser didn't win and then they went to

16    another auction, they can't go to another

17    auction for this one, I think, at this point

18    because -- like this impression would be over

19    at this point.  At least as far as I can

20    think of.

21              So it's possible their

22    advertising budget could have gone someplace

23    else.  Possible that they might have made

24    more money.  It's very hard to say.

25         Q.     So in the end, despite -- we've

HIGHLY CONFIDENTIAL

Page 296

```
 1   now looked at a couple of documents about how
 2   no one wanted to expose how DRS works, being
 3   nervous about how DRS works, and your
 4   testimony is that that's just because DRS was
 5   complicated.
 6                  Right?
 7                  MR. JUSTUS:  Objection.
 8                  THE WITNESS:  That's my belief,
 9            yes, is -- and we increased match
10            rate.  We know that we made more money
11            for publishers, and that's all we can
12            know.
13                  MR. ROBINSON:  Okay.  We can
14            take a break.
15                  THE WITNESS:  Great.  Thank
16            you.
17                  VIDEOGRAPHER:  Off record.
18            Time is 4:08.
19              (Off the record at 4:08 p.m.)
20                  VIDEOGRAPHER:  Back on record.
21            Time is 4:20.
22   QUESTIONS BY MR. ROBINSON:
23        Q.     So, ████████, we've looked at
24   a couple of documents where there was vague
25   discussions about levels of transparency.
```

HIGHLY CONFIDENTIAL

Page 393

```
 1                      CERTIFICATE
 2             I, CARRIE A. CAMPBELL, Registered
       Diplomate Reporter, Certified Realtime
 3     Reporter and Certified Shorthand Reporter, do
       hereby certify that prior to the commencement
 4     of the examination, ███████████, was duly
       sworn by me to testify to the truth, the
 5     whole truth and nothing but the truth.
 6             I DO FURTHER CERTIFY that the
       foregoing is a verbatim transcript of the
 7     testimony as taken stenographically by and
       before me at the time, place and on the date
 8     hereinbefore set forth, to the best of my
       ability.
 9
               I DO FURTHER CERTIFY that I am
10     neither a relative nor employee nor attorney
       nor counsel of any of the parties to this
11     action, and that I am neither a relative nor
       employee of such attorney or counsel, and
12     that I am not financially interested in the
       action.
13
14
15
16           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
17           Certified Realtime Reporter
             California Certified Shorthand
18           Reporter #13921
             Missouri Certified Court Reporter #859
19           Illinois Certified Shorthand Reporter
             #084-004229
20           Texas Certified Shorthand Reporter #9328
             Kansas Certified Court Reporter #1715
21           New Jersey Certified Court Reporter
             #30XI00242600
22           Louisiana Certified Court Reporter
             #2021012
23           Notary Public
             Dated:  April 29, 2024
24
25
```