# EXHIBIT 8
# REDACTED

```
                                                          Page 1

 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF TEXAS
 2                   SHERMAN DIVISION
 3   THE STATE OF TEXAS, et    )
     al.,                      )
 4                             ) Case No.
              Plaintiffs,      ) 4:20-cv-00957-SDJ
 5                             )
     vs.                       ) Hon. Sean D. Jordan
 6                             )
     GOOGLE LLC,               )
 7                             )
              Defendants.      )
 8
             WEDNESDAY, APRIL 17, 2024
 9
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10
                          - - -
11
12           Videotaped deposition of ▓▓▓▓▓▓
13   ▓▓▓ , held at Freshfields Bruckhaus Deringer,
14   100 Bishopsgate, London, United Kingdom,
15   commencing at 9:25 a.m. British Summer Time,
16   on the above date, before Carrie A. Campbell,
17   Registered Diplomate Reporter, Certified
18   Realtime Reporter, Illinois, California &
19   Texas Certified Shorthand Reporter, Missouri,
20   Kansas, Louisiana & New Jersey Certified
21   Court Reporter.
22
23                        - - -
24
25   Job No. MDLG6633025
```

PURSUANT TO PROTECTIVE ORDER

```
                                                         Page 2

 1              A P P E A R A N C E S :
 2
 3       NORTON ROSE FULBRIGHT US LLP
         BY:   PETER M. HILLEGAS       (VIA ZOOM)
 4             peter.hillegas@nortonrosefulbright.com
         98 San Jacinto Boulevard, Suite 1100
 5       Austin, Texas   78701-4255
         (512) 474-5201
 6
 7       and
 8
         NORTON ROSE FULBRIGHT US LLP
 9       BY:   JIANG WU                (VIA ZOOM)
               jiang.wu@nortonrosefulbright.com
10       1045 West Fulton Market, Suite 1200
         Chicago, Illinois   60607
11       (312) 964-7800
12
         and
13
14       NORTON ROSE FULBRIGHT US LLP
         BY:   ABRAHAM CHANG           (VIA ZOOM)
15             abraham.chang@nortonrosefulbright.com
         1301 McKinney, Suite 5100
16       Houston, Texas   77010
         (713) 651-5151
17       Counsel for Texas, Idaho, Louisiana
         (The Lanier Law Firm only),
18       Mississippi, North Dakota,
         Mississippi, South Carolina, and
19       South Dakota
20
21       STATE OF TEXAS
         OFFICE OF THE ATTORNEY GENERAL
22       BY:   JONATHAN LUCAS WOODWARD    (VIA ZOOM)
               lucas.woodward@oag.texas.gov
23       P.O. Box 12548
         Austin, Texas   78711-2548
24       (512) 936-1674
         Counsel for Plaintiff State of Texas
25
```

Page 3

1    FRESHFIELDS BRUCKHAUS DERINGER US LLP
     BY:   ANDREW EWALT
2          andrew.ewalt@freshfields.com
           TYLER GARRETT
3          tyler.garrett@freshfields.com
     700 13th Street, NW, 10th Floor
4    Washington, DC  20005-3960
     (202) 777-4500
5    Counsel for Google LLC
6
7  ALSO PRESENT:
8         ███████████████, Litigation and
   Regulatory Counsel, Google LLC
9
          JONATHAN JAFFE, consultant, (VIA ZOOM)
10
          RAY MOORE, trial technician, Precision
11 Trial Solutions, (VIA ZOOM)
12
13 V I D E O G R A P H E R :
       CHRIS RITONA,
14     Golkow Litigation Services
15                      - - -
16
17
18
19
20
21
22
23
24
25

```
 1            VIDEOGRAPHER:  We are now on
 2   the record.  My name is Chris Ritona.
 3   I am the videographer for Golkow
 4   Litigation Services.
 5            Today's date is April 17, 2024,
 6   and the time is approximately
 7   9:25 a.m. British Summer Time.
 8            This remote video deposition is
 9   being held in the matter of the State
10   of Texas, et al., versus Google LLC,
11   for the US District Court, for the
12   Eastern District of Texas, Herman
13   Division, Civil Action
14   Number 4:20-CV-00957-SDJ.  And the
15   deponent today is          .
16            All parties to this deposition
17   are appearing remotely and have agreed
18   to the witness being sworn in
19   remotely.
20            Due to the nature of remote
21   reporting, please pause briefly before
22   speaking to ensure all parties are
23   heard completely.
24            Will counsel please identify
25   themselves for the record?
```

PURSUANT TO PROTECTIVE ORDER

Page 7

```
 1              MR. HILLEGAS:  Peter Hillegas
 2     of Norton Rose Fulbright on behalf of
 3     the State of Texas.
 4              Also with me is Jiang Wu, also
 5     of the State of Texas -- also of
 6     Norton Rose Fulbright for the State of
 7     Texas.
 8              And for the plaintiff,
 9     Mr. Jonathan Jaffe.
10              MR. EWALT:  Andrew Ewalt from
11     Freshfields on behalf of Google.
12              With me is my colleague Tyler
13     Garrett, also from Freshfields, and
14     ████████████████ from Google.
15              Mr. ████████, Mr. Garrett and I
16     are all present in the room with the
17     witness.
18              VIDEOGRAPHER:  Thank you.
19              The court reporter today is
20     Carrie Campbell, and she will now
21     please swear in the witness.
22
23              ████████████,
24     of lawful age, having been first duly sworn
25     to tell the truth, the whole truth and
```

```
                                                         Page 8

 1    nothing but the truth, deposes and says on
 2    behalf of the Plaintiffs, as follows:
 3
 4                   DIRECT EXAMINATION
 5    QUESTIONS BY MR. HILLEGAS:
 6          Q.      Good morning, ▓▓▓▓▓▓▓.
 7                  Could you please state your
 8    full name for the record?
 9          A.      My name is ▓▓▓▓▓▓▓▓.
10          Q.      Where do you live?
11          A.      Currently I live in Zumikon in
12    Switzerland.
13          Q.      Where are you today?
14          A.      Right now, I'm in London.
15          Q.      Do you work for Google?
16          A.      That's correct.
17          Q.      What is the address of the
18    location for Google where you work?
19          A.      That would be
20    Brandschenkestrasse 110 in Zurich.
21          Q.      ▓▓▓▓▓▓▓, have you ever been
22    deposed before?
23          A.      No, this is my first
24    deposition.
25          Q.      So I'll lay out the rules for
```

PURSUANT TO PROTECTIVE ORDER

Page 15

```
 1         Q.    When did you start working at
 2   Google?
 3         A.    I believe it was October 2005.
 4         Q.    Was that immediately after you
 5   received your Ph.D.?
 6         A.    It was a year after.  Or it
 7   depends kind of when I left grad school
 8   versus when the Ph.D. was formally granted.
 9   I had a year of postdoc.
10         Q.    Where did you do your postdoc
11   research?
12         A.    At Rutgers University and at
13   Bell Labs.
14         Q.    Bell Labs is also in New
15   Jersey?
16         A.    That is correct.
17         Q.    Do you know what a second-price
18   auction is?
19         A.    I have a general idea.
20         Q.    What's a second-price auction?
21         A.    So it's a type of auction for
22   selling one item where you have one seller,
23   multiple bidders.
24               The bidders -- each bidder gets
25   to submit a bid, and then the highest bid
```

Page 16

1   wins.  And they pay the second price, which
2   depends on the flavor of the auction.  It's
3   either the second highest bid or sometimes
4   you have floor prices or zero prices or
5   whatever you call them, in which case the
6   winning bidder would pay the maximum of the
7   second highest competing bid or the floor
8   price.
9        Q.     What are the benefits of
10  running a second-price auction?
11       A.     I mean, well, what are the
12  benefits of running an auction?  If you want
13  to sell an item, it's one of possible ways of
14  going about selling your item.
15       Q.     What are the benefits of a
16  second-price auction specifically?
17       A.     It's one of the auction
18  formats.  In the academic literature, kind of
19  it's the textbook example of an
20  incentive-compatible auction where you can
21  prove a mathematical theorem for a bidder in
22  kind of the textbook setting.
23              The bidder -- the bidder's
24  strategy is to submit a bid that equals
25  their -- their true value -- or their value,

```
                                                          Page 17
 1    how much they are willing to pay for the item
 2    under consideration.
 3         Q.    And that's because they won't
 4    actually have to pay the full amount.
 5               Right?
 6         A.    So if you want to go through
 7    the full analysis, it's a case analysis.  You
 8    can say, well, what if you bid higher, what
 9    can happen.  What if you bid lower than
10    your -- than your value for the item.  And
11    this type of case analysis lets you prove a
12    theorem saying that without loss of
13    generality, the bidder might as well submit a
14    bid equal to how much they value the item.
15         Q.    And what are the benefits of a
16    second-price auction for a pub -- for a
17    seller?
18         A.    So it depends on, again, the
19    environment, what is being sold.  Lots of
20    considerations.  So if you are a seller, you
21    might want to consider different auction
22    formats and pick whatever format makes sense
23    for you.
24         Q.    So my question is for a
25    second-price auction.  Why would a seller
```

Page 18

```
 1    choose a second-price auction?
 2               MR. EWALT:  Objection.  Form.
 3               THE WITNESS:  So I can offer
 4         some reasons.  I can speculate.
 5               So second-price auction is a
 6         form of auction that doesn't require
 7         multiple rounds.  So it's a
 8         single-round auction.  Everybody
 9         submits a sealed bid, and then a
10         winner is declared.
11               So it's not good -- it's good
12         for an environment where you cannot
13         afford multiple iterations.  Like
14         there are auctions where people can
15         submit multiple bids over time.  This
16         is not one of those formats.
17               So it's a kind of single-shot
18         auction format that's over in one
19         round.  There's not multiple rounds.
20    QUESTIONS BY MR. HILLEGAS:
21         Q.    So one of the benefits of a
22    second-price auction is it's fast?
23               MR. EWALT:  Objection.  Form.
24               THE WITNESS:  So it's not an
25         iterative auction format.  It's a
```

Page 27

```
 1   but I believe it was a flavor of that idea,
 2   that you would pay one cent more than the
 3   next highest bid.
 4         Q.    Do you know what a first-price
 5   auction is?
 6         A.    I believe I do.
 7         Q.    What is a first-price auction?
 8         A.    So first-price auction, again,
 9   it's a single -- a single-shot auction where
10   everybody submits a sealed bid, and then the
11   auctioneer looks at all of the bids.  The
12   highest bids wins, and the winner pays
13   whatever bid they submitted.
14               There is also a flavor with
15   reserve prices where the auctioneer can
16   decide that they will not sell the item
17   unless the bid exceeds a preset reserve
18   price.
19         Q.    What are the benefits of a
20   first-price auction for the seller?
21         A.    Oh, it's an auction format.  If
22   you want to sell an item using an auction,
23   first-price auction is a common auction
24   format.
25         Q.    First-price auction is a common
```

1    auction format, but I've asked you what are
2    the benefits of a first-price auction for the
3    seller.
4              Are you able to identify any?
5              MR. EWALT:  Objection to form.
6              THE WITNESS:  Benefits.  So in
7         some cases it's simpler because the
8         computation of the transaction price
9         doesn't depend on anything except the
10        winning bid.
11             So if you are thinking about
12        implementing it as a computer program,
13        the program is slightly simpler.  So
14        that's what I would name.
15             And if you were into auction
16        theory, you could kind of try and
17        study the dynamics and how bidders
18        respond to different auction formats
19        and kind of study, for example, if
20        you're a seller, what are your
21        objectives, and which auction format
22        best achieves the objectives that you
23        have.
24   QUESTIONS BY MR. HILLEGAS:
25        Q.      So ease of computation is a

Page 29

1      ==benefit to the exchange.==
2                    ==Right?==
3                         MR. EWALT:  Objection to form.
4                         ==THE WITNESS:  So I wouldn't say==
5           ==it's a huge benefit.  Kind of -- it's==
6           ==not so difficult to implement==
7           ==different auction rules.==
8                    ==It could be a benefit in==
9           ==various constrained environments==
10          ==where, for example -- or -- okay.  So==
11          ==I would say there are many different==
12          ==environments where you might consider==
13          ==running an auction, and in some of==
14          ==them, kind of certain auction rules==
15          ==might be preferable to others.==
16     QUESTIONS BY MR. HILLEGAS:
17          Q.   But the seller is not the one
18     building the auction.
19               Correct?
20          A.   So, again, it depends on the
21     environment.  I can imagine sellers who would
22     build their own auction logic.  I can imagine
23     environments where a seller would outsource
24     the auctioning logic to another party.  So I
25     would say it depends on context.

Page 30

```
 1        Q.    In the context of an exchange
 2   with a seller and a buyer, the seller is
 3   participating, right?  They're not running
 4   the auction?
 5             MR. EWALT:  Objection to form.
 6             THE WITNESS:  So I would say if
 7        you assumed the existence of an
 8        exchange, then, yes, the exchange
 9        would be a separate entity from the
10        seller.
11   QUESTIONS BY MR. HILLEGAS:
12        Q.    And assuming the existence of
13   an exchange, what are the benefits of a
14   first-price auction to the seller?
15        A.    So it's a -- so it depends on
16   the seller's objectives and also the choice
17   the seller might have where -- like, are
18   there multiple exchanges the seller might
19   want to work with, in which case the seller
20   should consider the merits of the different
21   computing options.
22        Q.    So it's your position that a
23   benefit of a first-price auction to a seller
24   is that they can engage in multiple auctions?
25             MR. EWALT:  Objection to form.
```

Page 36

```
 1         auction, which in general is in the --
 2         in the seller's control.
 3                  There is also the question of
 4         reserve prices.  Would the seller wish
 5         to impose some kind of minimum price
 6         on bidders.
 7                  There are various formats where
 8         people might want to charge an
 9         entrance fee, again, depending --
10         depending on the format and what
11         they're trying to accomplish.
12                  So it depends a lot -- and of
13         course there are all questions about
14         how much information do you have about
15         an item being sold.  Are you bidding
16         with -- what is -- what is each
17         bidder's understanding of the item
18         being auctioned.
19                  So I would say there's a lot of
20         nuance that kind of prevents me from
21         giving a very general answer.
22    QUESTIONS BY MR. HILLEGAS:
23         Q.      So because you don't understand
24    the rules of an auction, you aren't able to
25    identify a benefit to running that auction.
```

Page 37

1              Right?
2              MR. EWALT:  Objection to form.
3              THE WITNESS:  I can say in a
4        specific context, maybe like the
5        simplicity of charging the winner the
6        first -- the price they -- the amount
7        they bid, if you like that aspect of
8        the auction, then by all means, go
9        ahead and use that auction format.
10   QUESTIONS BY MR. HILLEGAS:
11        Q.     Are you able to identify any
12   downsides of using a first-price auction over
13   a second-price auction for a seller, holding
14   all of your variables constant?
15        A.     So the theoretical answer and
16   the answer why many academics historically
17   have preferred studying second-price auctions
18   was that in a first-price auction a bidder
19   needs to think about their bidding strategy.
20   And their bidding strategy, at least in a
21   theoretical model, depends on how much other
22   people -- or on your beliefs about how much
23   other people might be bidding.
24              So if you expect very little
25   competition, you can save money by bidding

Page 38

1   lower.  Whereas if you expect tight
2   competition, then you might want to bid
3   higher.
4                And so if this is kind of how
5   the bidding strategy for a bidder looks like,
6   it's kind of complex because you have to make
7   these predictions about other people's
8   bidding behavior and even their presence and
9   their evaluations.  And so from an academic
10  perspective, doing this is complicated for a
11  bidder.
12               And so that would be one reason
13  for why kind of academically you might want
14  to prefer an auction format where the bidding
15  strategy for the bidder can be simpler, such
16  as an incentive-compatible auction, of which
17  a second-price auction would be an example.
18       Q.     Do you believe that auctions
19  should be fair?
20       A.     In general, I'm all for
21  fairness.
22       Q.     Do you believe that people
23  participating in auctions should be able to
24  know what the rules of the auction are?
25       A.     I think it depends on the

PURSUANT TO PROTECTIVE ORDER

Page 373

```
 1                    CERTIFICATE
 2              I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 3  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 4  of the examination, ███████████, was duly
    sworn by me to testify to the truth, the
 5  whole truth and nothing but the truth.
 6              I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 7  testimony as taken stenographically by and
    before me at the time, place and on the date
 8  hereinbefore set forth, to the best of my
    ability.
 9
                I DO FURTHER CERTIFY that I am
10  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
11  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
12  that I am not financially interested in the
    action.
13
14
15       [signature: Carrie A. Campbell]
16       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
17       Certified Realtime Reporter
         California Certified Shorthand
18       Reporter #13921
         Missouri Certified Court Reporter #859
19       Illinois Certified Shorthand Reporter
         #084-004229
20       Texas Certified Shorthand Reporter #9328
         Kansas Certified Court Reporter #1715
21       New Jersey Certified Court Reporter
         #30XI00242600
22       Louisiana Certified Court Reporter
         #2021012
23       Notary Public
         Dated:  April 18, 2024
24
25
```