# EXHIBIT 10
# REDACTED

This doc has been archived, new meeting notes are at █████████████

## Meeting Notes: DRX Suite Commercialization

**Time**: Thursdays, 11:00 am ET
**Agenda:** ██████████ | **Releases:** ████████ | **Group:** ████████████████████

### 06/16/2016

**Attendees**: ████████████████████████████████████████████

**Deep dive:** ████████████████████████████████
CONFIDENTIAL!

- ████
  - ████
  - ████
  - ████
  - ████
  - To make all this work we need to know if pubs are compliant or not, so we need to work on verification and reviewing of sites
  - Industry outreach to get buy-in from everyone else in the industry
- Plan
  - ████████████████████████████████████████
    ████████████
    ████████████████████████████████
    ████████████████████████████████
- Current partners on ad experience testing
  - ████████████████████████, and more
  - We've already tested many different ad experiences, ████████████
- Product offering for publishers

- Sales messaging is being finalized and training rolling out this month starting this week.



- ████████
    - ████████
        - Went to GA 5/2
        - Marketing Blog posts had great response.
        - Press coverage: AdAge, MediaPost, AdExchanger (US), Mobile Marketing (UK),
    - **Tuesday, May 10th:**
        - Blog post announcement + press with NYT
        - DCLK.com post pointing folks to live demo
        - FIPP Event, London: ████████ is speaking with ████████ on stage about their implementation
    - **Wednesday, May 11th:**
        - ████████ case study launch: on the blog, on dclk.com
    - **Thursday, May 19th:**
        - We'll share updates from the press, the announcement blog post, case study launch in our Google Publisher Connection newsletter



- Policy (meeting notes)
    - Ad refresh launch (comms doc)
        - The ability to refresh display, mweb, and in-app inventory is now available on AdX. Pubs who wish to refresh must declare the type of refresh in the UI and the rate of refresh. This change now brings AdX in-line with Admob refresh policies.
        - For publishers on our previous AdX refresh betas, please see the comms doc for details. Prior refresh agreements are void with this launch, and your publisher must comply with the new guidelines.

- Core (meeting notes)
    - **Change History**: The new change history for trafficking changes going to majority of pubs starting this week as part of ████████████████████████. Submitted to Sales Bulletin, and has been announced in HC release notes [comms doc].
    - **AdX Seller Reporting API Enhancements** ████████████████



    - **AdX Only Recontracting**: As unification progresses and we build more and more functionality into the Shared Container, we need to make sure AdX only pubs have signed DFP contracts so they can take advantage. Goal should be to recontract/sign all AdX only

- pubs on the new DRX contract (or DFP SB T&Cs) by the EOQ1/2017. We will be working on a comms plan for this in the Unification working group, starting EOQ2. This is just an early heads-up for PSI [see deck].
    - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ comms plan and ETA will be shared soon, together with instructions for outreach.
    - **Billing UI redesign**: 1st billing UI change expected beginning of June, no functionalities or workflows changing, so no external comms required. See comms doc for more background.

- ▇▇▇ (meeting notes)
    - **RPO** blogpost went live last week, will wait to see how it has been received before deciding on next blogpost with more RPO details. Sales trainings have been going smoothly [See comms doc]
    - **New AdX targeting widget feature** was pushed live that allows pubs to include a parent DFP ad unit but exclude a child ad unit within the same rule. Announced in HC this week.
    - 
    - ▇▇▇▇▇▇▇▇
    - [comms doc]
    - **Awbid**: Sales trainings are in progress (see deck). Goal to train all regional Sales teams in next 2 weeks to get ready for May 24th announcement. Comms doc now available at go/awbidsellside
    - **Outreach to convert GPT passbacks to SSL** in progress. There are ▇▇▇ DFP pubs who still use non-HTTPS passbacks, resulting in failed ad requests. Outreach driven by TAMs, and followed by UI notification that was displayed on May 9th, see details.
    - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Required Eng work should be done by EOQ2, in the meantime add any new pubs here, more background here.

## 06/02/2016

**Attendees**: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Deep dive: ▇▇▇▇ for Formats/Mobile (Tom Bender)
- [See deck]
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - ■ We're investing so heavily in ▇▇▇▇ is that the ads are just better, they look better, long-term any pub with minimal standards for user experience will ultimately transition off standard banners, there's also a lot going on competitively ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ This feature is empowering pubs to design attractive ads with the same care they put into designing their content.
    - 

- 
  - 
    - Custom programmatic formats, meaning making custom formats work in programmatic, including PG. Reservations should not be more flexible than PG.
      - Large pubs want to sell their proprietary formats programmatically, lots of pubs run custom formats in DFP, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Historically it's been impossible to do this on the exchange because we have all these restrictions on the exchange for protection. Our big effort to support this is ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
      - Next steps are going into beta, full DBM support for publisher creative types, etc.
    - Expand standard programmatic formats
      - There are different projects that fall under this
        - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - HTML5 - support pubs as Flash dies off
      - This is close to going to GA (targeting 6/27), it's been very difficult historically to traffic HTML5 in DFP, we built this new feature that just lets you upload a HTML5 creative with 1 click. We've been beta testing it, and have ▇ networks using it actively now. If you have pubs who want to do this, we will have an open beta starting Monday. This has become really relevant important with the Flash deprecation plans.
    - AMP ads - making sure DFP/AdX can support really fast ads
      - AMP makes fast mobile web pages, but the problem with ads is that if content loads so fast you realize that ads are really slow. The solution is ads for AMP (not external yet!), it makes ads load really fast, we're starting with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ We're targeting June for proof of concept.
- Roadmap slide in the deck!

Deep dive: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- [See deck]
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- Why are we making these changes? The products we have today are nothing like what we wrote the policies for in 2012, today we have open auctions, private auctions, direct deals etc, back then we used to mostly deal with AdWords and AdSense
- Looking at our policies today, on DRX one thing we have is the platform policy that everyone has