# EXHIBIT 13
# REDACTED

# AdX Per Buyer Reserve Prices



first draft 2014-02-26, updated 2014-10-16
status: backend work in progress
this doc:
AdX Dynamic Price Eng pointers
Some numbers (2014-04)

## Objective
Extract higher yield from buyers to pass on to publishers, by setting reserve prices tailored to features of inventory as well as to the identity of the buyer. We respect any existing reserve prices set by the publisher and their ad server, and confine ourselves to raising the floor price.

**Commented [1]:** as a buyer, does this mean that I should no longer try to bid how much a bid request is worth to me, but some number as close to my per-buyer floor and below the value of the bid?

## Overview
The system consists of two components: ███████████████████████
████████████████████████████████ Dynamic pricing will be applied to all AdX publisher traffic (sans holdback), without providing controls for the publisher to opt in or out. ███████████
████████████. For now we focus on AdX pubs.

Reporting: We will not offer externally visible reporting on the performance of the price optimization feature. ███████████████████████████████
████████████████

**Commented [2]:** Will we proactively communicate we're doing this? Or is the plan to keep this secret from both pubs and buyers?

**Commented [3]:** I'd like this to be a silent launch. If you or others feel strongly against talk to +████████████

**Commented [4]:** We could do some external communication, although I'd also prefer silent launch if possible. We could, for example, talk about how pubs win, and how buyers can "opt out if they submit a valid second bid" we determine what is valid without specifying exactly how.

## Pricing Model



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01814688

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
██████████████████████

████
████████████████████████ Recording the dynamic price ████████████ for simulation purposes would be nice to have but has not been implemented yet.

## Model Construction

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████

We validate the ████████████████████████████

## Modeling the ████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████████████.

For each query, ████████████████████████
███████████████████████████████████
████████████████████

████████████████████████
████████████████████████

**Commented [5]:** ████████████████

**Commented [6]:** ████████████████. With this in place it should be possible to get a good idea what is going on. Will keep you posted.

████████████

**Commented [7]:** Thanks!

**Commented [8]:** +████████████
What is the definition of transaction price?

**Commented [9]:** ████████████

**Commented [10]:** If I understand correctly, this is roughly ████████████ right?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01814689