# EXHIBIT 15
# REDACTED

**Message**

| | |
|---|---|
| **From:** | ███████@google.com [███████@google.com] on behalf of ███████@google.com [███████@google.com] |
| **Sent:** | 3/10/2015 1:48:50 AM |
| **To:** | ███████@google.com |
| **CC:** | ███████@google.com |
| **Subject:** | [Launch 124105] Per-buyer dynamic reserve price optimization on AdX - full launch (███ annual revenue from RTB buyers) |

REMINDER - Launch date this quarter.

**Your role as drx-quality:** Launch Subscriber

**Link:** ███████

## Launch information:

| | |
|---|---|
| Launch ID | 124105 |
| Name | **Per-buyer dynamic reserve price optimization on AdX - full launch (███ annual revenue from RTB buyers)** |
| Calendars | Ads & Comm (Display): Display Ads - Publisher Platform - DRX |
| | Ads & Comm (Display): Display Ads - Ads Quality |
| Launch Date | **2015-Q1** |
| Status | **Current** |
| Description | We'll increase reserve price in AdX auction on a per buyer basis if buyers have submitted bids with large discount, that is, a big difference between bid and clearing price. |
| | ███████. By increasing reserve price we increase AdX publishers' revenue. |
| | ███████ |
| | We've previously experimented: ███████ |
| | Experiments show ███████ |
| Creator | mpal |

## Approvers:

| **Ads & Comm (Display): Display Ads - Publisher Platform - DRX** | **Status** | **Owners** |
|---|---|---|
| PA Lead | Pending Review | ███████ |
| Eng | Approved | ███████ |
| Legal | Approved | ███████ |
| Logs | FYI | ███████ |

| | | |
|---|---|---|
| Privacy (Display) | Approved | |
| Latency | FYI | |
| UI | FYI | |
| Security | FYI | |
| Policy Team | FYI | |
| **Ads & Comm (Display): Display Ads - Ads Quality** | **Status** | **Owners** |
| Eng | Pending Review | |
| PM | In Progress | |

Launch Attributes:

**Global attributes**

| | |
|---|---|
| PRD | https://docs.google.…CP_VcW9j48QZntE/edit |
| Privacy Design Document | https://docs.google.…68/edit?usp=drivesdk |
| Privacy Trivial Launch | Yes |
| Privacy Trivial Justification | No new use or collection of user data |
| Privacy Master Tracking Bug | |
| PM | |
| TL | |
| Design Document | |
| UI mockups | |
| Impact | Medium |
| Launch Stage | Full Launch |
| L-Team | No |
| Patent review | false |
| User Controls Certification (go/uc-cert) | No certification necessary |

**Display Ads - Publisher Platform - DRX attributes**

| | |
|---|---|
| Privacy Launch Document | N/A |
| Display Privacy Review required? | |
| Number of marketing promotions | |
| Comms Docs | |
| Commercialization priority | |
| Comms Owner | |
| Tech Writer | |
| Product Group | |
| Betabot link | |
| Alpha release date | |
| Alpha release qualifications | |
| Beta release date | |
| Beta release qualifications | |
| GA release date | |
| GA release qualifications | |

HIGHLY CONFIDENTIAL
GOOG-DOJ-14499843