# EXHIBIT 16
# REDACTED

| | |
|---|---|
| **Message** | |
| **From:** | ▮▮▮▮@google.com] |
| **Sent:** | 7/10/2014 4:05:55 AM |
| **To:** | ▮▮▮▮@google.com] |
| **CC:** | ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com]; ▮▮▮▮@google.com] |
| **Subject:** | Re: PRD - AdX auction description update - Invitation to edit |

Now I see that there is an item about pricing as well, but it sounds a bit too restrictive as it is. I'll suggest sth. on the document about this.


On Wed, Jul 9, 2014 at 11:53 PM, ▮▮▮▮<@google.com> wrote:
Thanks ▮▮ and thanks ▮▮ for adding me to the thread. I agree with ▮▮. I think being too vague has a disadvantage that it will motivate bidders to try to learn and game the system more. I added a couple of comments in the document, but my high-level comments are:

1) If we want to avoid being too vague, it would be good if we can run some small-scale experiments before making this change, since if we end up using a generalization of 2nd-price auction, we can add more words about the charging scheme and give bidders more confidence about declaring their true value.

2) We need to add some statements about the charging scheme as well. You say the highest bid wins but no word on the price charged. In this regards:
  2.1) We should say sth. that ensures that we will respect their bid and never charge above the bid.
  2.2) It would be good to have some words about the pricing scheme e.g., saying that "if they meet the reserve price (soft floor), the price will be determined by the maximum of 2nd highest bid, and the reserve price."



On Wed, Jul 9, 2014 at 11:02 PM, ▮▮▮▮<@google.com> wrote:
**"DoubleClick Ad Exchange determines the winning bidder based on the highest net bid participating in the auction, after making adjustments"**



This is pretty cryptic :-). Does it mean that any adjustment to the bids happen outside the auction code?


On Wed, Jul 9, 2014 at 5:34 PM, ▮▮▮▮<@google.com> wrote:
+▮▮▮▮

▮▮▮▮, if you are interested in experimenting with ▮▮▮▮, can you pls make sure this language covers e.g. ▮▮▮▮? Thanks.
▮▮▮▮

On Jul 9, 2014 9:26 PM, "▮▮▮▮ (via Google Docs)" ▮▮▮▮<@google.com> wrote:
▮▮▮▮ has invited you to **edit** the following document:

## PRD - AdX auction description update

Hi Everyone,

I've created the proposal to update all of the documentation related to 2nd price auctions in AdX to give us freedom to experiment. This work is based on the review we did about a month ago and incorporates all your feedback. Please take a look and add your comments. Most importantly can you please let me know what this WOULD NOT cover in terms of the experiments and yield changes we want to run. I really want this to be just one big change rather than having to incrementally do this.
Once I head out into the sunset for paternity please work with ▮▮▮▮▮.

Thanks,
▮▮▮

Google Docs: Create and edit documents online.

--
You received this message because you are subscribed to the Google Groups ▮▮▮▮ group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮▮▮▮▮▮▮▮▮@google.com.
For more options, visit ▮▮▮▮▮▮▮▮▮▮▮▮.

--
You received this message because you are subscribed to the Google Groups ▮▮▮▮ group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮▮▮▮▮▮▮▮▮@google.com.
For more options, visit ▮▮▮▮▮▮▮▮▮▮▮▮.