# EXHIBIT 18
# REDACTED

| | |
|---|---|
| **Message** | |
| **From:** | [███████████]@google.com] |
| **Sent:** | 6/15/2017 2:43:09 PM |
| **To:** | [███████████]@google.com] |
| **CC:** | [███████████]@google.com]; [███████████]@google.com] |
| **Subject:** | Re: GDN Mediation Detection AM Email Followup |

Hey ███,

How does this normally come up? Are there people w/in PSI w/ access to revenue data pre-buyside rev share, and they get concerned when they see a publisher where GDN is taking ███ rev share? Ideally, sellside support teams shouldn't have visibility into pre buyside rev share bids, just like we wouldn't have visibility into ███'s pre rev share bids e.g. I'm not sure we want to set the expectation that buyside rev shares are something that can be escalated.

Thanks,
███

On Thu, Jun 15, 2017 at 10:19 AM [███████████]@google.com> wrote:
> FYI - Recognizing that Bernanke shouldn't be spoken of in any way, shape, or form externally (or internally on the sales side) I'm still getting pressure to at least establish a Bernanke escalation path.
>
> Would either of you be opposed to me providing PSI/PSL with a Bernanke escalation path, even if we always hit that escalation path with a "we can't do anything about this?" situation? I'm thinking a simple email alias to reach out to in order to schedule a meeting to discuss with PSI/PSL as a gatekeeper and explicit instructions for nothing in writing.
>
> ---------- Forwarded message ----------
> From: [███████████]@google.com>
> Date: Thu, Jun 15, 2017 at 10:06 AM
> Subject: Re: GDN Mediation Detection AM Email Followup
> To: [███████████]@google.com>
> Cc: [███████████]@google.com>, [███████████]@google.com>, [███████████]@google.com>, [███████████]@google.com>
>
> +███
> To follow up on both these points:
>
> I've pushed a bit further and hit the wall. We really can't talk about these issues beyond what's in the GDN mediation comms doc and GDN Buyside Changes comms doc verbally to clients. The point of view on this is that these are buyside changes and we were lucky to get a warning/any details to speak towards at all.
>
> With respect to GDN Mediation Changes:
> • We can't get an email template. The best I could push for is an internal email from our legal team to explain to our AMs why we can't talk about this in a written form externally (no writing = no email template). Since this doesn't really help beyond offering an explanation I'd rather not push for this unless it feels essential.
>
> With respect to Bernanke

HIGHLY CONFIDENTIAL                                                                                                          GOOG-DOJ-15445619

- We can't talk about this at all. I recognize this is frustrating and lacks an escalation path so I'll push this one more time, however i keep hitting a "the first rule about Bernanke is we don't talk about Bernanke" situation.

On Tue, Jun 13, 2017 at 10:18 PM, ███████@google.com> wrote:
There isn't any explicit need for an email here (but nice to have) - have advised sales to not email anything only verbal communications

The issue we needed clarity is on Bernanke comms / escalation points which I dropped into the commsdoc att: ███ i.e. if we have a country lead escalate an issue, what is the outcome that we can reach - is it simply to affirm their knowledge of it / assuming there is nothing that is actionable for sales in this instance so what is our position here?

On 13 June 2017 at 21:06, ███████@google.com> wrote:
+ ███ as she raised the same in the other thread on GDN mediation

2017-06-13 14:02 GMT+03:00 ███████@google.com>:
+ ███

Thanks, ███!

The goal is to align comms and prevent any inconsistencies.
Having a very general email will help sales to say only what's needed to be said.
Otherwise AMs will combine any random emails/comms themselves, which is not good from our perspective.
There've been a number of sales and sales management request for this.

I suggest to keep is highlevel and exclude the last point, but say somethings like "base on the buyers behavior on your domain, we highly recommend to remove any possible second call to AdX".


Thanks,
███

2017-06-08 6:21 GMT+03:00 ███████@google.com>:
Hey ███,

I know you're out of office 6/8 & 6/9, so please don't answer this until you're back online.

I'm trying to close out the GDN mediation comms doc piece of the GDN Buyside Changes comms doc. You've mentioned the ask for an email template that sales can copy/paste reactively to their clients in this space.

Would a very brief, broad email that highlights following suffice?
- GDN frequently makes decisions that are in the best interest of their advertisers
- Mediation, or multiple calls made in series for a single ad request, is a practice that is not in the best interest of advertisers
- Engaging in this behavior may have a negative revenue impact revenue

HIGHLY CONFIDENTIAL

This is a really sensitive topic, but if you feel we need collateral for sales to speak towards this I can do my best to work with legal to hammer something out.

Best,

\-\-



@google.com

Note: My opinions don't necessarily reflect the opinions of my company unless EXPLICITLY stated otherwise. CONFIDENTIALITY. This communication is intended only for the use of the intended recipient(s) and may contain information that is privileged and confidential. If you are not the intended recipient, please note that any dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message, including all attachments, and please also notify the sender immediately.

\-\-

, Google

— — — — — — — —

Find Best Practices, Pitch Documents, and Product Comm-docs at go/pubhub; our new centralized knowledge management tool.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

This email can contain confidential information. If you received this
email by mistake, do not pass it to third parties and delete all
copies and enclosures, and let us know that it has been delivered to
wrong address. Thank you.

\-\-

, Google

— — — — — — — —

HIGHLY CONFIDENTIAL

GOOG-DOJ-15445621

Find Best Practices, Pitch Documents, and Product Comm-docs at go/pubhub; our new centralized knowledge management tool.

------------------------------------------------------------------
This email can contain confidential information. If you received this
email by mistake, do not pass it to third parties and delete all
copies and enclosures, and let us know that it has been delivered to
wrong address. Thank you.



@google.com | +

--

@google.com

Note: My opinions don't necessarily reflect the opinions of my company unless EXPLICITLY stated otherwise. CONFIDENTIALITY. This communication is intended only for the use of the intended recipient(s) and may contain information that is privileged and confidential. If you are not the intended recipient, please note that any dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message, including all attachments, and please also notify the sender immediately.

--



Note: My opinions don't necessarily reflect the opinions of my company unless EXPLICITLY stated otherwise. CONFIDENTIALITY. This communication is intended only for the use of the intended recipient(s) and may contain information that is privileged and confidential. If you are not the intended recipient, please note that any dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message, including all attachments, and please also notify the sender immediately.

HIGHLY CONFIDENTIAL                                                                                                          GOOG-DOJ-15445623