# EXHIBIT 23
## REDACTED

▮▮▮@google.com>

| | |
|---|---|
| From: | ▮▮▮ (Google Docs) |
| Sent: | Tue 3/29/2016 1:45 PM (GMT-00:00) |
| To: | ▮▮▮@google.com> |
| Cc: | |
| Bcc: | |
| Subject: | RPO brief / comms... - Delete: "and improves yield by reduci... |



**Delete:** *"and improves yield by reducing auction discount"*

Why do you think this should be removed?

Per our conversation with ▮▮▮ on the buy side, we don't need this level of detail in our explanation. Plus when talking to buyers they don't see a second price from a second bidder as an auction discount. They see it as the auction price.

Alternatively we should break out buy and sell side versions of these responses.

+▮▮▮@google.com
▮▮▮@google.com

The discount is not the second price, it is the difference between the bid and what is paid, regardless of whether it comes from another bidder or a floor.

My impression from ▮▮▮ has been that we will get detailed questions anyway and are better of leading with a bit more information (they can correct me here). I am happy to simplify if we can, but I think the narrative about auction discount leading to soft flooring with waterfalls is a good (and correct) justification for why we think dynamic pricing for pubs is a good idea.



Agree with ▮▮▮ that the idea of reducing auction discount is key to understanding what we're doing and why. ==We can obscure the comms language to remove sensitive stuff==, but it'll hinder sales' ability to respond accurately when pushed with hard probing questions.

.

You received this email because you are mentioned in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

Google™

CONFIDENTIAL                                                                                                            GOOG-AT-MDL-015109255