# EXHIBIT 27
# REDACTED

# Reserve Price Optimization and First Price



June 25, 2019

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-019203202

# Agenda

- What is RPO and why do we do it?

- How RPO works in a second price world

- Challenges of doing RPO in a first price world

HIGHLY CONFIDENTIAL  GOOG-AT-MDL-019203203

## What is Reserve Price Optimization (RPO)?

**AdX (*historically*) runs a second price auction**
- Highest bidder wins
- pays second highest bid

Sometimes, winning bid >> price

Idea: **set minimum price just below what the highest bidder is willing to pay**

— winning bid
— dynamic reserve price
— winning price
— 0

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-019203204



HIGHLY CONFIDENTIAL                                                              GOOG-AT-MDL-019203205

Google

## Reserve Price Optimization: Guessing the Top Bid

| winning bid | winning bid | reserve price |
| | reserve price | highest bid |
| winning price | second bid | second bid |
| reserve price | | |
| 0 | 0 | 0 |
| NO-OP | Revenue Gain | Revenue Loss |

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　GOOG-AT-MDL-019203206