# EXHIBIT 29
## REDACTED



Recording June 2019:
████████████████████████████████████████████████████

Recommended also:
gfb's friendly introduction to display ads ecosystem [██████████████████]

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-001004706



HIGHLY CONFIDENTIAL     GOOG-AT-MDL-001004741



Start[redacted] part

HIGHLY CONFIDENTIAL                                                                                           GOOG-AT-MDL-001004742

## Dynamic revenue share

**Dynamic revenue share** is an Ad Exchange feature that allows Ad Exchange to win more impressions.

The feature allows Ad Exchange to modify per-query revenue share while keeping the average revenue share as per contract.

Floor: $2

| No DRS   | Bid Gross | RevShare | Bid Net | Payout |
|----------|-----------|----------|---------|--------|
| Auction 1 | $2.4     | 80/20    | $1.92   | $0     |
| Auction 2 | $4       | 80/20    | $3.2    | $3.2   |
| Sum       | $6.4     | 80/20    | $5.12   | $3.2   |

| With DRS  | Bid Gross | RevShare | Bid Net | Payout |
|-----------|-----------|----------|---------|--------|
| Auction 1 | $2.4      | 90/10    | $2.16   | $2.16  |
| Auction 2 | $4        | 74/26    | $2.96   | $2.96  |
| Sum       | $6.4      | 80/20    | $5.12   | $5.12  |

gTech

HIGHLY CONFIDENTIAL                                                                 GOOG-AT-MDL-001004743