# EXHIBIT 30
# REDACTED

# AdX Dynamic Revshare v2: Launch Doc

## Summary

In AdX Dynamic Revshare (DRS) v2 we address the issue of AdX margin loss in v1 ▬▬▬. In v1 the per-query AdX margin ranges ▬▬▬ resulting average adx margin lower than standard 20%. In v2 we expand per-query margin range to be ▬▬▬ with an objective to keep average adx margin at 20% over queries.

DRS v2 is applied to AdX buyers only, the same as in v1. Compared to v1, we observe revenue lift of ▬▬▬ net profit lift of ▬▬▬ for Google, and almost neutral publisher payout and match-rate.

For background for the design and first simulations see: original 1) <u>original two-sided dynamic revenue sharing design</u>, and 2) <u>DRS V2 design and comparison to other proposals</u>.

## Launch Impact







Comparison with the no-DRS holdback



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-13207244

## AdX Dynamic Revshare: High-level Description

In DRS v1, the per-query AdX marin ranges ▉▉▉▉ resulting average adx margin lower than standard 20%. In DRS v2, we expand per-query margin range to be ▉▉▉▉ with an objective to keep average adx margin at 20% over queries. We can do so by increasing the maximum revenue share from 20% to a higher number, and therefore the intended price set for the buyer. This can help us gain more revenue share on a subset of queries and cancel out the less-than 20% rev-share in other queries.

Even if Google gets more than 20% rev-share for some queries, we have to make sure that the overall rev-share for each publisher is at least 80% (i.e., its pre-negotiated deal). Therefore, we need a more dynamic strategy. In our implementation, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Below, we describe our specific implementation of this idea by introducing and computing a debt account for each buyer and each publisher, and keeping track of the amount of these debt accounts over time.

## Implementation of DRS V2





HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-13207246