# EXHIBIT 31
# REDACTED

# AdX Dynamic Reserve Price: AFC Launch Review Follow up

2014-12-01



We are addressing concerns that came up during the review as follows.

## Exempt buyers who submit two bids from Dynamic Pricing

We are exempting bidders (adx 'buyer networks') who submit a second bid to the AdX auction from dynamic pricing which will effectively make all of GDN demand exempt from dynamic pricing. A proposal has been reviewed with legal. Implemented in ▓▓▓▓▓▓.
This will address two major concerns:

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



## Limiting the Downside

We have the following measures in place to limit revenue and match rate drop due to dynamic pricing.



▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and other features will be considered in a future launch if proven beneficial.

## References

Launch Plan
Design doc: ▓▓▓▓▓▓▓▓▓▓▓

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-13198970