# EXHIBIT 33
# REDACTED

# GDN bidding dynamics

PRIVILEGED AND CONFIDENTIAL

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-003407129

# Bernanke

- Margin optimization technology to significantly improves Adwords win rate and revenue on AdX
- Adwords * Adx publishers
    - Revenue ███
    - Impressions ███
    - Neutral CPD

HIGHLY CONFIDENTIAL                                                                                                  GOOG-AT-MDL-003407130

## Pre-Bernanke world

- We run the internal ▮▮ auction, pick the 2 highest bids b1 and b2
- Take the buy-side revshare out and submit these to the Adx auction
    - b1 ▮▮
    - b2 * ▮▮
- Adx runs a second price auction and returns price *c* to the winner (say Adwords)
    - Adwords second priced itself ▮▮ of impressions i.e. ▮▮
    - Payout = c
    - Revenue = ▮▮
- If Adwords only submitted 1 bid, payout dropped ▮▮, adwords profit ▮▮

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-003407131

# Reinvesting profits (in ads)

- Submit only 1 bid
- Instead of submitting b1 ▮, submit b1 * α, where α >= ▮
    - Additional impressions won all have ▮, so b1 < c / ▮
    - Payout = c
    - Old Revenue = ▮
    - Revenue = ▮
    - Results in a margin ▮
- Find α such that overall margin ▮

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-003407132

# No first pricing logic (optional slide for tech-talk)

- Revenue = ▬▬▬▬▬▬▬ leads to first pricing on all impressions won because of Bernanke
- Second price auction mechanics: buyer pays the minimum bid to win (i.e., nearest competition)
- In the Bernanke world, what is the minimum bid to win?
  - ▬▬
  - ▬▬▬
  - Minimum bid to win = ▬▬▬▬
- Launched for all opt advertisers for compatibility with HDMI

HIGHLY CONFIDENTIAL                                                          GOOG-AT-MDL-003407134



HIGHLY CONFIDENTIAL

GOOG-AT-MDL-003407135



- Very similar to Bernanke
- ▮
- α is chosen to hit ▮ per ▮ exchange
- Impact
  - ▮ revenue
  - ▮

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-003407136