# EXHIBIT 35
# REDACTED



CONFIDENTIAL
GOOG-AT-MDL-001412616



Fixed margin; Adwords second prices itself ~▇ of the time



Alternative we considered is what we only █████████████████████████████████████
████████████████

<mark>This would be very good for us</mark>, neutral to advertiser, publishers will get less than what we think they deserve for their value

CONFIDENTIAL                                                                                                                    GOOG-AT-MDL-001412619



"We could bid too much. But we have to subsidize it. But it's good for publishers and advertisers" make this even a separate slide.

One is good for us and bad for publishers. Other is bad for us and good for publishers. Can we combine them?

CONFIDENTIAL                                                                                                        GOOG-AT-MDL-001412620