# EXHIBIT 36
## REDACTED

| | |
|---|---|
| **Message** | |
| **From**: | [REDACTED]@google.com] |
| **Sent**: | 4/2/2017 10:49:03 PM |
| **To**: | [REDACTED]@google.com] |
| **CC**: | [REDACTED]@google.com]; [REDACTED]@google.com]; [REDACTED]@google.com]; [REDACTED]@google.com]; [REDACTED]@google.com]; [REDACTED]@google.com] |
| **Subject**: | Re: Meeting next week |

Yes. Let me know if you want to be added.

[REDACTED]

On Sun, Apr 2, 2017 at 5:57 PM [REDACTED]@google.com> wrote:
Is there a calendar invite for this?

[REDACTED], one other background question - have they expressed an opinion so far about auction pressure if they participate in 2nd price and whether they view that as good for them (and their pubs)?

On Sun, Apr 2, 2017 at 3:44 PM, [REDACTED]@google.com> wrote:
GDN doesn't like it but understands why we're talking. AdMob is nervous about helping [REDACTED] increase the number of pubs they're working with, but if we can get at least [REDACTED] rev share on [REDACTED] transactions then they think it's worth the tradeoff ([REDACTED]).

Regarding your other question, that's why they're talking with us. [REDACTED]

On Sun, Apr 2, 2017 at 3:38 PM [REDACTED]@google.com> wrote:
One more quick (or not-so-quick) question: How does AdMob feel about [REDACTED] competition?

[REDACTED]

On Sun, Apr 2, 2017 at 3:26 PM, [REDACTED]@google.com> wrote:
Also, just wanted to say that it's amazing that things have progressed at least this far! :)

On Sun, Apr 2, 2017 at 3:25 PM, [REDACTED]@google.com> wrote:
Okay, that's fine. Thanks for calling that out.

On Sun, Apr 2, 2017 at 3:20 PM [REDACTED]@google.com> wrote:
Thanks, [REDACTED]

Let's be careful about saying [REDACTED]' for RPO, because there's a possibility we might change that in the medium-term.

[REDACTED]

On Sun, Apr 2, 2017 at 3:16 PM, [REDACTED]@google.com> wrote:
Ah, good catch [REDACTED]. Thanks. Yes, Mural Park.

HIGHLY CONFIDENTIAL              GOOG-DOJ-15022588

If they participate in the AdX auction then ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Nevertheless, from conversations it sounds like ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

I chatted with ▓▓▓ about this on Friday morning. His guidance was that it'd be okay to give them high level info on RPO (floor set per query but no soft floors, any bid data can be used in model, ▓▓▓▓ ▓▓▓). ▓▓▓▓▓▓ correct if any of that is wrong.

On Sun, Apr 2, 2017 at 3:09 PM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@google.com> wrote:
[+▓▓▓▓, who I think ▓▓ meant in his email]

Thanks, ▓▓▓▓▓ 10 a.m. tomorrow in Mural Park, right?

▓▓▓▓▓▓▓▓▓: One thing that I don't understand in detail (keep meaning to do a deep dive on this, sigh) is the difference between ▓▓▓ and AdX auction for mediation / ▓▓▓▓

▓▓▓▓▓: If they participate in the AdX auction, then ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓: What have we previously said to RTBs about how their bids are used in RPO?

Thanks,
▓▓▓▓

On Sun, Apr 2, 2017 at 2:56 PM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@google.com> wrote:
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Hi guys,

Heard back from ▓▓▓▓▓ earlier today. He wants to start with a VC on auction dynamics Monday morning, then might make the trip to NYC to discuss in more detail later if needed. We've got two hours on the calendar for Monday 10am-noon ET.

General topics we'll probably cover:
- overview of different customers and use cases for our different sellside products (DFP / AdX / AdSense / AdMob) and buyside products (AdWords / DBM / AdX Buyside / Exchange Bidding)
- DFP EDA logic that results in ▓▓▓▓▓▓▓▓▓▓
- AdX 2p auction that results in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- unified EB 1p auction w/o last look
- different inputs that can set auction floor price (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓)
- instances where competition isn't solely based on price ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- differences in EB vs AdX Buyside inventory access (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- sellside rev shares
- platform vs AdX policies

HIGHLY CONFIDENTIAL
GOOG-DOJ-15022589