# EXHIBIT 39
# REDACTED

HIGHLY CONFIDENTIAL

# Google

 Bidding in to DRX and AdMob

April 28, 2017



Confidential + Proprietary

GOOG-TEX-00105361



```
Slide 18
--------
3       Really trying to avoid ▮...
                     ▮▮▮▮▮▮  4/28/2017

3       ▮▮▮▮ is standard, and ▮ might get a special deal between ▮▮▮?
                     ▮▮▮▮▮▮, 4/28/2017

4       Need to be consistent throughout the deck -- ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮  ▮▮▮▮▮  ▮▮▮ unless we are going to say ▮ will get
a special deal
                     ▮▮▮▮▮▮, 4/28/2017

4       moving to appendix
                     ▮▮▮▮▮▮▮▮▮▮▮, 4/28/2017

4       ▮▮▮▮▮▮▮@google.com
_Assigned to ▮▮▮▮▮▮▮▮▮▮▮_
                     ▮▮▮▮▮▮  5/26/2017
```

HIGHLY CONFIDENTIAL                                                    GOOG-TEX-00105384



HIGHLY CONFIDENTIAL                                                                                                         GOOG-TEX-00105385

```
Slide 19
--------
5       Moving to appendix
                        █████████, 4/28/2017
```

HIGHLY CONFIDENTIAL
GOOG-TEX-00105386