IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS, et al,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| **GOOGLE LLC,** | § § § | |
| *Defendant.* | § § | |

### PLAINTIFF STATES' REDACTED RESPONSE TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' ANTITRUST CLAIMS, RESPONSE TO GOOGLE LLC'S [CORRECTED) STATEMENT OF UNDISPUTED MATERIAL FACTS, AND SUPPORTING MATERIALS

Defendant Google LLC ("Google") respectfully submits a redacted version of Plaintiff States' Response to Google LLC's Motion for Summary Judgment on Plaintiffs' Antitrust Claims (ECF No. 711), Plaintiff States' Response to Defendant Google LLC's [Corrected] Statement of Undisputed Material Facts in Support of Google's Motions for Summary Judgment, (ECF No. 712-7), and Declaration of Kiran N. Bhat in Support of Plaintiff States' Responses to Google LLC's Motions for Summary Judgment with all attached exhibits (ECF No. 712-9), which were filed under seal on December 9, 2024. Google has conferred with Plaintiffs and agreed to file these redacted versions on their behalf, pursuant to the corresponding Motions to Seal filed by Plaintiffs (ECF Nos. 709 and 710).

| | |
|---|---|
| Dated: December 30, 2024 | Respectfully submitted,<br><br>/s/ Eric Mahr<br>Eric Mahr (*pro hac vice*)<br>Andrew Ewalt (*pro hac vice*)<br>Constance Forkner (*pro hac vice*)<br>FRESHFIELDS US LLP<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4545<br>Email: eric.mahr@freshfields.com<br><br>Kathy D. Patrick<br>State Bar No. 15581400<br>KPatrick@gibbsbruns.com<br>Gibbs & Bruns LLP<br>1100 Louisiana, Suite 5300<br>Houston, Texas 77002<br>Tel.: (713) 650-8805<br>Fax: (713) 750-0903<br><br>*Attorneys for Google LLC* |

## CERTIFICATE OF SERVICE

 I certify that on December 30, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ Eric Mahr