# EXHIBIT 43
## REDACTED





HIGHLY CONFIDENTIAL  GOOG-TEX-00841224



HIGHLY CONFIDENTIAL                                      GOOG-TEX-00841225

HIGHLY CONFIDENTIAL



GOOG-TEX-00841226