# EXHIBIT 45
## REDACTED

# The Alchemist's
(AKA Bernanke of First Price or First Price Bernanke)
# Design Doc

Status: (FINAL)
Authors: ), gtrade
*PRIVILEGED AND CONFIDENTIAL*

Objective

Background

Overview

Detailed Design

Offline Alchemist
    Bound Exploration and Candidate Alpha Selection
    Reading Experiment Logs
    Finding Alphas and Betas with Interpolation
    Storing the Output of Offline Alchemist

Online Alchemist
    Bid Adjustment
    Cost Adjustment

TODOs

Testing Plan

Document History

## Objective

Adx is launching its first price auction. We need to put a mechanism in place to take value of each advertiser and create the optimum (surplus maximizer). We want this mechanism to be truthful from buyers' perspective. We also want to hit a specific profit margin ▮) to make sure we are not overcharging advertisers or underpaying publishers while making profit. This document describes the proposed design for Alchemist which is a mechanism/framework that allows us to satisfy all these constraints.

## Background

The theory behind Alchemist is available here. Later we added the logic for betas (which represent the same idea as betas in second price Bernanke) here.

## Overview

This doc first focuses on the design for Offline Alchemist. Offline Alchemist's job is to find a



More information on the cost computation can be found here.

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-013274838