# EXHIBIT 48
## REDACTED



GOOG-AT-MDL-013918668



Quick show of hands, 1 to 5, how well do you feel you know this?

Hopefully, we can raise the average by a point or two.

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013918669



Complex

...but explainable?

We'll see...

Comes down to two sides...
Just do WHO and WHAT

GA360 (recently brought under the GMP umbrella): critically important for measurement and analytics. However, I do not have a slide on it.

HIGHLY CONFIDENTIAL



GOOG-AT-MDL-013918678



GOOG-AT-MDL-013918679

# The very basics of a programmatic ad buy



6. Buyers send bid requests back to Authorized Buyers, which picks the winner and delivers the URL of the ad image server to the site

AB Operation:
- List bid values
- Sort High->Low
- Check for exclusions
- Deliver winner info to publisher page

7. Ad is served on page to user in Chrome

… This process all takes place in less than 100 milliseconds!

Now you know some important players:
- Buyers (DSPs)
- Publishers
- Exchanges
- Servers

… What about other players?

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-013918680

## The very basics of a programmatic ad buy

A simple way to understand OTHER programmatic / ad tech players is to think about how they impact the above process:

- Players who HELP BUYERS to calculate the VALUE of a BID (and all leverage 3pc)
  - Bid = (value of action) x (chance of action)
  - How do you understand "Chance of Action"?
    - One way: RELEVANCY TO THE USER -> to get this you have to UNDERSTAND THE USER
      - Large chunk of ecosystem is devoted to collecting/storing/analyzing data pertaining to the user (identified by google_user_id)
        - DMPs (Data Management Platforms) / CDPs (Customer Data Platforms)
        - Third party data providers / Data brokers
        - Data Onboarders
    - Another way: RELEVANCY OF CONTEXT -> to get this you have to UNDERSTAND AD CONTEXT
      - Is it viewable?  Is it likely to be fraud?
        - Verification vendors such as ███████etc.



GOOG-AT-MDL-013918681



Much simpler than the buy side

HIGHLY CONFIDENTIAL