# EXHIBIT 49



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01130527



GOOG-DOJ-AT-01130531



GOOG-DOJ-AT-01130532



HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01130533