# EXHIBIT 51
# REDACTED

```
                                                            Page 1

 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF TEXAS
 3                   SHERMAN DIVISION
 4                       - - -
 5
         STATE OF TEXAS et al.,      :   CASE NO.
 6                                   :   4:20-CV-00957-
                    Plaintiffs,      :   SDJ
 7                                   :
         v.                          :
 8                                   :
         GOGGLE, LLC,                :
 9                                   :
                    Defendants.      :
10                                   :
11             - HIGHLY CONFIDENTIAL -
             PURSUANT TO PROTECTIVE ORDER
12
                         - - -
13
                    May 1, 2024
14
                         - - -
15
16       Videotaped deposition of ███████, Ph.D.,
    taken pursuant to notice, was held at the law
17  offices of Axinn, Veltrop & Harkrider LLP, 114 West
    47th Street, New York, New York, beginning at
18  9:08 a.m., on the above date, before Michelle L.
    Gray, a Registered Professional Reporter, Certified
19  Shorthand Reporter, Certified Realtime Reporter,
    Certified Court Reporter and Notary Public.
20
21                       - - -
22
23
24
25   Job No. MDLG6673130
```

HIGHLY CONFIDENTIAL

Page 2

```
 1    APPEARANCES:
 2
 3              NORTON ROSE FULBRIGHT US LLP
                BY:  TALBOT HANSUM, ESQ.
 4              (In person)
                98 San Jacinto Boulevard
 5              Suite 1100
                Austin, Texas 78701
 6              512.474.5201
                talbut.hansum@nortonrosefulbright.com
 7
                   - and -
 8
                NORTON ROSE FULBRIGHT US LLP
 9              BY:  JIANG (JOHN) WU, Ph.D., ESQ.
                (In person)
10              1045 West Fulton Market
                Suite 1200
11              Chicago, Illinois 60607
                312.964.7800
12              jiang.wu@nortonrosefulbright.com
                Representing the Plaintiff, State of Texas
13
14              THE LANIER LAW FIRM
                BY:  ZEKE DeROSE, III, ESQ.
15              (Zoom)
                10940 West Sam Houston Parkway North
16              Suite 100
                Houston, Texas 77064
17              713.659.5200
                zeke.derose@lanierlawfirm.com
18              Representing the Plaintiffs, States of
                South Carolina, Indiana, Idaho, Louisiana,
19              South Dakota, North Dakota, Texas and
                Mississippi
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 3

```
 1            APPEARANCES:  (Cont'd.)
 2
              STATE OF TEXAS
 3            OFFICE OF THE ATTORNEY GENERAL
              BY:  LUKE WOODWARD, ESQ.
 4            BY:  TREVOR YOUNG, ESQ.
              (Zoom)
 5            300 West 15th Street
              Austin, Texas 78701
 6            512.463.2100
              luke.woodward@oag.texas.gov
 7            trevor.young@oag.texas.gov
              Representing the Plaintiff, State of Texas
 8
 9            AXINN, VELTROP & HARKRIDER LLP
              BY:  DAVID R. PEARL, ESQ.
10            BY:  SANDHYA TANEJA, ESQ.
              BY:  SAM D. SHERMAN, ESQ.
11            (In person)
              1901 L Street NW
12            Washington, D.C. 20036
              202.912.4700
13            dpearl@axinn.com
              staneja@axinn.com
14            ssherman@axinn.com
              Representing the Defendant, Google and the
15            Witness
16
17
18
19
20
21
22
23
24
25
```

```
                                                      Page 4
 1              ADDITIONAL APPEARANCES:  (Cont'd.)
 2
 3
 4       VIDEOTAPE TECHNICIANS:
 5          Danny Ortega - in person
            Jonathan Juarez - in person
 6          (Golkow)
 7
 8       LITIGATION TECHNICIAN:
 9          Vince Rosica - Zoom
            (Golkow/Precision Trial Solutions)
10
11
12       ALSO PRESENT:
            ████████████████████ - in person
13          (Inhouse Google)
14
         Jonathan Jaffe - Zoom
15       (Consultant)
16
17                         -  -  -
18
19
20
21
22
23
24
25
```

```
                                                           Page 9
 1                         -  -  -
 2              THE VIDEOGRAPHER:  We are now
 3     on the record.
 4              My name is Daniel Ortega, and
 5     I'm the legal videographer for
 6     Golkow Litigation Services.
 7              Today's date is May 1st, 2024,
 8     and the time is 9:08 a.m.
 9              This video deposition is being
10     held at 114 West 47th Street, New
11     York, New York, in the matter of the
12     State of Texas et al. versus Google
13     LLC.
14              The deponent today is ███████.
15              All counsel will be noted on
16     the stenographic record.
17              The court reporter today is
18     Michelle Gray and will now swear in
19     the witness.
20                         -  -  -
21              ... ████████, Ph.D., having
22     been first duly sworn, was examined
23     and testified as follows:
24                         -  -  -
25                     EXAMINATION
```

Page 10

```
 1                    - - -
 2   BY MR. HANSUM:
 3         Q.      All right.  Good morning, [REDACTED].
 4         A.      Good morning.
 5         Q.      [REDACTED], my name is Talbot Hansum.
 6   I'm here on behalf of the states that are suing
 7   Google in this case.
 8                 [REDACTED], can we begin by having you
 9   state your full name for the record?
10         A.      My official name is [REDACTED].
11   Last name is [REDACTED].  But I go by [REDACTED] at Google.
12         Q.      Okay.  And I want to run through
13   some of the ground rules for a deposition.
14                 Have you ever been deposed before?
15         A.      No.
16         Q.      Okay.  So in a deposition, the court
17   reporter is recording every word that I say and
18   every word that you say.
19                 I will ask you questions, and if you
20   will give a moment pause after my question to give
21   your counsel an opportunity to provide any
22   objections that they may have, and then proceed
23   with your answer.
24                 Do you understand that?
25         A.      Yes.
```

Page 89

```
 1              specific part of Google revenue
 2              coming from DoubleClick for
 3              Publishers.
 4   BY MR. HANSUM:
 5       Q.     Okay.  So while EDA was a yield
 6   optimization technique, it also increased Google's
 7   revenue; is that fair?
 8              MR. PEARL:  Objection.  Form.
 9              THE WITNESS:  Yes.  It
10              increased Google's revenue and also
11              publishers' revenue.
12   BY MR. HANSUM:
13       Q.     Okay.  How would you label cross
14   priority ranking and EDA as a -- would you call it
15   an experiment, or a feature?  What would be the way
16   that you would normally label that?
17              MR. PEARL:  Objection.  Form.
18              THE WITNESS:  It's part of
19              feature software engineer practice.
20              It start from ideas,
21              experimentation.  There are other
22              failures.  Some of them will
23              eventually implement and roll out
24              and become a, quote, unquote,
25              features the publisher can use.
```

HIGHLY CONFIDENTIAL

Page 90

```
 1                    And so this -- it goes -- this
 2             -- either went to multiple stages
 3             and over a long course of the time.
 4   BY MR. HANSUM:
 5        Q.      That's fine.  I'm trying to
 6   understand just what you call these things that
 7   have names.  So like we talked about DRS and EDA
 8   and now CPR.
 9                    Do you call all of those features --
10   what would you, in your day-to-day job, call those?
11                    MR. PEARL:  Objection.  Form.
12                    THE WITNESS:  I think we just
13             refer just by name.  So, yeah, CPR
14             is one idea to yield optimize the
15             other ideas, many other ideas.  And,
16             yeah, they are all -- but either
17             refer by names will make it very
18             clear which ideas we are -- for
19             software engineer to communicate,
20             which idea we are working on.
21   BY MR. HANSUM:
22        Q.      Okay.  I'm going to list a couple of
23   ideas that I understand as yield optimization
24   ideas.
25        A.      Okay.
```

Page 91

1       Q.      And I just want you to confirm that
2  they are.
3       A.      Sounds good.
4       Q.      So cross priority ranking, or CPR,
5  is a yield optimization idea; is that correct?
6       A.      Yes.
7       Q.      And enhanced dynamic allocation,
8  which I understand is another name for cross
9  priority ranking, is also a yield optimization
10 idea; is that right?
11      A.      It should be the same as cross
12 priority ranking, but yes.
13      Q.      Okay.
14      A.      EDA, or enhanced dynamic allocation,
15 it's a yield optimization idea.
16      Q.      Okay.  And dynamic revenue share, or
17 DRS, is also a yield optimization idea; is that
18 fair?
19      A.      Yes.
20      Q.      Okay.  And a project called Project
21 Bernanke is also a yield optimization idea; is that
22 right?
23              MR. PEARL:  Objection.  Form.
24              THE WITNESS:  I heard of the
25      Project Bernanke, but I don't work

Page 92

```
 1           on buy-side.
 2   BY MR. HANSUM:
 3           Q.    Okay.  And UPR are unified pricing
 4   rules.  Have you heard of that?
 5           A.    Yes.
 6           Q.    And is that a yield optimization
 7   idea?
 8           A.    Yes.
 9           Q.    Okay.  And reserve price
10   optimization, or RPO, is that a yield optimization
11   idea?
12           A.    Yes.  That's another idea.
13           Q.    Okay.  So I just listed CPR, EDA --
14   you understand those to be the same thing -- DRS,
15   Bernanke, UPR, and RPO, right?
16           A.    Yes.
17                 I cannot speak more on Bernanke
18   since I don't work on that.
19           Q.    Okay.  Let's -- so we'll put
20   Bernanke aside just for a second.
21                 So CPR and EDA, DRS, UPR, and RPO.
22                 Sorry.  Just to be clear, I didn't
23   say EPR, I said UPR.
24           A.    Unified pricing rules.
25           Q.    Correct, yes.  Although those are
```

Page 345

1              CERTIFICATE
2
3
4         I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a
5    true record of the testimony given by the witness.
6         It was requested before completion of the deposition that the witness, ███████, Ph.D.,
7    have the opportunity to read and sign the deposition transcript.
8
9    *Michelle L. Gray*
10
     MICHELLE L. GRAY,
11   A Registered Professional
     Reporter, Certified Shorthand
12   Reporter, Certified Realtime
     Reporter, Certified Court Reporter
13   and Notary Public
     Dated:  May 2, 2024
14
15
16         (The foregoing certification of this
17   transcript does not apply to any reproduction of
18   the same by any means, unless under the direct
19   control and/or supervision of the certifying
20   reporter.)
21
22
23
24
25