# EXHIBIT 52
# REDACTED

| | |
|---|---|
| Message | |
| **From:** | ▇▇▇▇▇@google.com ▇▇▇▇▇@google.com] |
| **on behalf of** | ▇▇▇▇@google.com ▇▇▇▇@google.com] |
| **Sent:** | 9/26/2014 2:47:28 PM |
| **To:** | ▇▇▇@google.com |
| **CC:** | ▇▇▇@google.com |
| **Subject:** | [xfp-optimization-tech] [Launch 123203] Live experiment on per-buyer reserve price optimization - all pubs |

**Comment by** ▇▇▇: Launch was copied from http://launch/119776.

▇▇▇ has created a new launch.

**Your role as drx-quality:** Launch Subscriber

**Link:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

# Launch information:

| | |
|---|---|
| Launch ID | 123203 |
| Name | **Live experiment on per-buyer reserve price optimization - all pubs** |
| Calendars | Ads & Comm (Display): Display Ads -Publisher Platform (London Ads) |
| Launch Date | **2014-10-02** |
| Status | **Current** |
| Description | We would like to run live experiment on per-buyer reserve price optimization. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ We'll increase reserve price in AdX auction on a per buyer basis if buyers have submitted bids with large discount, that is, a big difference between bid and clearing price. Buyers and their bids are analyzed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. By increasing reserve price we increase AdX publishers' revenue. This is one of the efforts of incentivizing publishers and prevent DPP and GDN inventory from being intermediated. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Creator | ▇▇▇ |

# Approvers:

| Ads & Comm (Display): Display Ads -Publisher Platform (London Ads) | Status | Owners |
|---|---|---|
| PA Lead | Pending Review | ▇▇▇▇▇ |
| Eng | Pending Review | ▇▇▇▇▇ |