# EXHIBIT 54
# REDACTED

| Message | |
|---|---|
| From: | [redacted]@google.com] |
| Sent: | 5/9/2016 8:08:38 PM |
| To: | [redacted]@google.com] |
| CC: | [redacted]@google.com]; [redacted]@google.com]; [redacted]@google.com] |
| Subject: | [Pre-Briefing Action Plan] Dynamic Pricing in the Open Auction |

Hi team,

Thanks for the discussion today at the team meeting. Hopefully you are getting more comfortable with Dynamic Pricing. Below are all the resources and the action plan we'd recommend to pre-brief yourselves AND your buyers.

### General Reminders:

- Account leads should pre-brief all clients who may be sensitive about the topic. We aren't requiring 100% of tier 1 clients be pre-briefed, but considering how sensitive this topic is, we should lean toward over-communication, **especially for global accounts**.
- Do this in person or over the phone, rather than email

### Timeline

- Tier 1 <u>Verbal-ONLY</u> Pre-briefings starting **Tues 5/10 - Weds 5/11**
  - <u>Please update this tracker</u> as you complete your pre-briefings so we can facilitate coordination globally vs. regionally.
- Blog Post is Thursday 5/12
- Post-launch of the blog post (5/12 and beyond), Sales can use the email template provided in the Comms Doc - reactively only
- Otherwise, written detail will live within the Blog Post itself -- pretty much <mark>everything else is Verbal-only</mark>, so please do not expect more written detail later.

### Preparations

- #1 thing you can do to prepare yourself -- read the <u>Comms Doc</u> and send any unanswered questions to the alias (<u>go/rpo-question</u>). ALL messaging must be taken straight from the <mark>legally-approved message in comms doc</mark>
- <u>Buy-side Training</u> ([redacted] 3/30) - <u>Sell-side Training</u> (PSI, 5/5 - starting at starts at 1:04) - both are internal only decks
- Weds 5/11 - we can carve out ~10 mins at the Best Practices for any lingering questions. Due to the point above about all new questions going thru the alias, please don't hold anything major for BP... funnel questions to <u>go/rpo-question</u> in advance!

Let me know if you have any questions on the above plan. As discussed, we want this to be <mark>as soft a landing with buyers as possible</mark>, so let us know how we can help!

Cheers,





On Thu, May 5, 2016 at 9:57 AM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@google.com> wrote:
Hey team - I'll be following up with more Americas-specific action plan shortly.

In the meantime, ▓▓▓ asked me to share with you guys that the sell-side training on Dynamic Pricing is happening today, in fact, it starts in <5 mins.

I know it's super late notice, and this is 100% optional, but wanted to share with you in case you want to register at Grow so you can watch the livestream if you're interested in hearing how the sell-side is approaching this. If you happen to be free now, please reserve questions for our buy-side meetings next week, or use the form ▓▓▓ included.

On that note, ▓▓▓▓▓▓▓▓▓ have already sent across some great questions after reviewing the Comms doc - a couple of which we can answer, but others of which will need to be re-submitted to the alias ▓▓▓ mentioned. Just a reminder **direct all questions not addressed in the FAQ to go/rpo-question**, as we will need to work with legal/marketing/PM to craft a response.

More to come soon. Thanks!

---------- Forwarded message ----------
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓@google.com>
Date: Wed, May 4, 2016 at 2:18 PM
Subject: Dynamic Pricing in the Open Auction (fka RPO) Update
To: AdX Buy-Side Global Sales ▓▓▓▓▓▓▓▓@google.com>, AdX Buy-Side Commercialization Core Group ▓▓▓▓▓▓▓▓▓▓▓@google.com>, ▓▓▓▓▓▓▓▓▓▓▓▓@google.com>, ▓▓▓▓▓▓ ▓▓▓▓▓▓@google.com>, ▓▓▓▓▓▓▓▓▓▓@google.com>, ▓▓▓▓▓▓▓▓▓▓@google.com>, ▓ ▓▓▓▓▓▓@google.com>, ▓▓▓▓▓▓▓▓@google.com>

AdX Buy-Side,

Next Thursday, May 12, a blog post will be published announcing **Dynamic Pricing in the open auction** (formerly known as Reserve Price Optimization) as part of a narrative describing how we're using machine learning expertise to help publishers realize the full potential of programmatic advertising. Optimized Private Auctions will be discussed, but our buyers already know about it.

This will be a big deal to buyers, and we must **reinforce our buy side vision** - a fair, transparent marketplace where buyers and sellers have access to tools that enhance value and yield, increasing both the availability and velocity of programmatic transactions.

We're going to pre-brief select buyers under NDA, and your regional commercialization leads will be following up with a briefing plan tailored to each region. **Please do not start pre-briefing buyers until your regional lead has followed up with the communication plan.**

CONFIDENTIAL                                                                                                                                GOOG-AT-MDL-008051114