# EXHIBIT 55
## REDACTED

HIGHLY CONFIDENTIAL

Page 1

1         UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF TEXAS
2               SHERMAN DIVISION
                    -   -   -
3

THE STATE OF TEXAS, et al. : Civil Action No.
4         Plaintiffs,        : 4:20-cv-00957-SDJ
          vs.                 :
5   GOOGLE LLC,               :
          Defendants.         :
6

7

                    -   -   -
8

                MAY 21, 2024
9             HIGHLY CONFIDENTIAL
10                  -   -   -
11

12

13              Remote Videotape Deposition,
14   taken via Zoom, of ███████████,
15   commencing at 9:06 a.m., on the above
16   date, before Amanda Maslynsky-Miller,
17   Court Reporter and Certified Realtime
18   Reporter.
19

20                  -   -   -
21

22

23

24   Job No. MDLG6691770

HIGHLY CONFIDENTIAL

Page 2

APPEARANCES:

```
           NORTON ROSE FULBRIGHT US LLP
           BY: ABRAHAM CHANG, ESQUIRE
           1301 McKinney
           Suite 5100
           Houston, Texas 77010
           (713) 651-5151
           abraham.chang@nortonrosefulbright.com
           - and -
           BY: DANIELLA TORREALBA, ESQUIRE
           799 9th Street NW
           Suite 1000
           Washington, DC 20001
           daniellatorraelba@nortonrosefulbright.com
           Representing the Plaintiffs


           MAYER BROWN
           BY: JONATHAN D. JAFFE, ESQUIRE
           Two Palo Alto Square
           3000 El Camino Real
           Palo Alto, California 94306
           jjaffe@mayerbrown.com
           (650) 331-2085
           Representing the Plaintiff,
           State of Texas

           THE LANIER LAW FIRM, PLLC
           BY: ZEKE DEROSE, ESQUIRE
           10940 West Sam Houston Parkway North
           Suite 100
           Houston, Texas 77064
           (713) 659-5200
           zeke.derose@lanierlawfirm.com
           Representing the Plaintiffs
```

HIGHLY CONFIDENTIAL

Page 3

1    APPEARANCES: (Continued)

2

3            FRESHFIELDS BRUCKHAUS DERINGER
             BY: VERONICA BOSCO, ESQUIRE
4            BY: RYAN HICKS, ESQUIRE
             3 World Trade Center
5            175 Greenwich Street
             51st Floor
6            New York, New York 10007
             (212) 277-4000
7            veronica.bosco@freshfields.com
             ryan.hicks@freshfields.com

8
             - and -

9
             BY: JULIE ELMER, ESQUIRE
10           700 13th Street, NW
             10th Floor
11           Washington, DC 20005
             (202) 777-4500
12           julie.elmer@freshfields.com
             Representing Google LLC

13

14

15

16   ALSO PRESENT:
     Bill Geigert, Videographer
17   Dan Lawlor, Trial, Technician
     Cole Pritchett, Texas Attorney General

18
                      -   -   -

19

20

21

22

23

24

HIGHLY CONFIDENTIAL

Page 6

```
 1                       -   -   -

 2              DEPOSITION SUPPORT INDEX

 3                       -   -   -

 4

 5   Direction to Witness Not to Answer

 6   Page     Line      Page Line        Page Line

 7   50       24

 8   365      15

 9

10   Request for Production of Documents

11   Page Line      Page Line        Page Line

12   None

13

14

15   Stipulations

16   Page Line      Page Line        Page Line

17   7        1

18

19

20   Question Marked

21   Page Line      Page Line        Page Line

22   None

23

24
```

HIGHLY CONFIDENTIAL

Page 7

```
 1                  -   -   -
 2              (It is hereby stipulated and
 3          agreed by and among counsel that
 4          sealing, filing and certification
 5          are waived; and that all
 6          objections, except as to the form
 7          of the question, will be reserved
 8          until the time of trial.)
 9                  -   -   -
10              VIDEO TECHNICIAN:  Good
11          morning.  We are now on the
12          record.  My name is Bill Geigert.
13          I'm the videographer for Golkow
14          Litigation Services.  Today's date
15          is May 21st, 2024, and the time is
16          9:06 a.m.
17              This remote video deposition
18          is being held in the matter of the
19          State of Texas, et al., versus
20          Google, LLC.  The deponent is
21          ███████████████.
22              All parties to this
23          deposition are appearing remotely
24          and have agreed to the witness
```

HIGHLY CONFIDENTIAL

```
 1         being sworn in remotely.

 2              Due to the nature of remote

 3         reporting, please pause briefly

 4         before speaking to ensure all

 5         parties are heard completely.

 6              All counsel will be noted on

 7         the stenographic record.  The

 8         court reporter is Amanda Miller

 9         and she will now swear in the

10         witness.

11                   -   -   -

12         ███████████████████   after

13         having been duly sworn, was

14         examined and testified as follows:

15                   -   -   -

16                EXAMINATION

17                   -   -   -

18  BY ATTORNEY CHANG:

19         Q.    Good morning, ████████████.

20         A.    Good morning.

21         Q.    Will you please state your

22  name for the record?

23         A.    ██████████████.

24         Q.    Do you understand that
```

HIGHLY CONFIDENTIAL

Page 165

1              THE WITNESS:  Could you

2        reframe the question?

3   BY ATTORNEY CHANG:

4        Q.    Sure.

5              Google didn't disclose all

6   of the optimization features that it

7   rolled out, correct?

8        A.    You know, some of the

9   features launched before I joined.  But,

10  in general, the optimization features

11  that I worked on I talked about

12  externally.

13       Q.    You spoke about them to

14  publishers?

15       A.    Yes.

16       Q.    So that would be RPO?

17       A.    I talked about optimized

18  pricing is what it was called externally.

19              But, yes, I talked about

20  that with many publishers.

21       Q.    You talked about DRS to

22  publishers?

23       A.    I talked about revenue

24  share-based optimization, which, again,

HIGHLY CONFIDENTIAL

Page 166

```
 1    external name.

 2          Q.    You talked about dynamic

 3    allocation, correct?

 4          A.    Yes.  I talked about

 5    enhanced dynamic allocation with a number

 6    of publishers.

 7          Q.    You also talked about

 8    Bernanke, then, with publishers?

 9               ATTORNEY BOSCO:  Object to

10          form.

11               THE WITNESS:  No, I -- I

12          can't remember ever talking about

13          Bernanke with publishers.

14    BY ATTORNEY CHANG:

15          Q.    Was there a reason why you

16    didn't talk about Bernanke?

17          A.    I'm not familiar with all

18    the details of the feature.  But I think

19    at the high level, the feature was a

20    Google Ads optimization.  So it was not a

21    Google Ad Manager optimization.

22          Q.    But you knew that it was

23    implemented?

24          A.    I --
```

HIGHLY CONFIDENTIAL

                                              Page 167

1              ATTORNEY BOSCO:  Object to

2         the form.

3              THE WITNESS:  I had heard

4         the term, but I didn't know -- or

5         I don't know the details of

6         exactly how it works.

7    BY ATTORNEY CHANG:

8         Q.    So you said that Bernanke is

9    a Google Ads optimization and it's not a

10   Google Ad Manager optimization, right?

11        A.    Yes.  It is a buy-side

12   optimization.

13        Q.    And that's the reason why

14   you didn't talk about Bernanke with

15   publishers; is that right?

16        A.    Yes.  I worked on Google Ad

17   Manager.

18        Q.    But you knew what Bernanke

19   was at the time, right?

20              ATTORNEY BOSCO:  Objection.

21              THE WITNESS:  I had heard

22        the name.

23   BY ATTORNEY CHANG:

24        Q.    You knew how it worked,

HIGHLY CONFIDENTIAL

Page 259

1          generally accurate.
2     BY ATTORNEY CHANG:
3          Q.    And you were afraid that the
4     publishers would do the leaking?
5               ATTORNEY BOSCO:  Object to
6          the form.
7               THE WITNESS:  You know,
8          again, I -- I don't remember
9          specifically writing this
10         sentence.
11              But trying to interpret it
12         now, I believe that was my
13         concern, that this information
14         could become public and ultimately
15         get back to buyers in a way that
16         they could alter their bidding
17         strategies and actually hurt
18         publishers.
19    BY ATTORNEY CHANG:
20         Q.    Is it fair to say that your
21    concern -- strike that.
22              Is it fair to say that the
23    Ads Quality team was trying to not
24    publicize Ads Quality features to

HIGHLY CONFIDENTIAL

Page 260

1  advertisers?

2              ATTORNEY BOSCO:  Object to

3         the form.

4              THE WITNESS:  No, I would

5         not characterize it that way.

6  BY ATTORNEY CHANG:

7         Q.    Certainly you weren't

8  disclosing implementation details to

9  advertisers, though, agreed?

10        A.    Not all implementation, yes.

11        Q.    Can you provide me with an

12  example of an implementation detail that

13  you did provide to advertisers?

14        A.    You know, in general, our --

15  our help center content is public, and so

16  a high-level description of how the

17  optimization features we've talked about

18  work, like optimized pricing, like

19  revenue share-based optimizations, that

20  information is available publicly.

21        Q.    That's a high-level

22  description, right?

23        A.    Yes, that is.

24        Q.    Yeah.  You're not talking

HIGHLY CONFIDENTIAL

Page 261

1    about implementation details, right?

2            A.    It's some of the

3    implementation details, it's just not all

4    of the implementation details.

5                    ATTORNEY CHANG:  Let's pull

6            up GOOG-DOJ-14156657.

7                        -   -   -

8            (Whereupon, Exhibit-448,

9            GOOG-DOJ-14156657-6661,10/4/16

10           E-mail, ██████████████████, was

11           marked for identification.)

12                       -   -   -

13                   ATTORNEY BOSCO:  Counsel,

14           appreciating that you just

15           introduced a new document, perhaps

16           before you get into your questions

17           on this document it might be a

18           good time to take a break?

19                   ATTORNEY CHANG:  Yes.  Sure.

20           How deep are we right now?  Can I

21           get a time check?

22                   VIDEO TECHNICIAN:  Can I go

23           off the record?

24                   ATTORNEY CHANG:  Yes.  Thank

HIGHLY CONFIDENTIAL

Page 343

1          Q.    So, for example, reserve
2    price optimization, right, that would be
3    something that an advertiser would need
4    to know about?
5                ATTORNEY BOSCO:  Objection.
6                THE WITNESS:  Yes, the
7          existence of -- we call it
8          optimized pricing externally.  The
9          existence of that feature is a
10         detail that buyers would want and
11         should know.
12   BY ATTORNEY CHANG:
13         Q.    Do you know when optimized
14   pricing was disclosed to advertisers?
15               ATTORNEY BOSCO:  Object to
16         the form.
17               THE WITNESS:  I don't know.
18         For context, optimized
19         pricing launched before I joined
20         the team, and I'm not sure of that
21         exact timeline.
22   BY ATTORNEY CHANG:
23         Q.    Advertisers wouldn't just
24   need to know that it exists, they would

HIGHLY CONFIDENTIAL

Page 344

1    also need to know how optimized pricing

2    works, right?

3                    ATTORNEY BOSCO:  Object to

4         the form.

5                    THE WITNESS:  There are

6         details they need to know.  But

7         every single detail of how it

8         works, no, I don't necessarily

9         think so.

10   BY ATTORNEY CHANG:

11        Q.    You're not trying to speak

12   for a million advertisers when you say

13   they don't need to know every single

14   detail of how it works, are you?

15                   ATTORNEY BOSCO:  Object to

16        the form.

17                   THE WITNESS:  You know, I'm

18        talking more about from my

19        personal experience.  You know,

20        we're designing these features

21        primarily for our sell-side

22        clients for the team that I'm on.

23        And, no, I don't think all of the

24        details of the features are

HIGHLY CONFIDENTIAL

Page 345

1          something that you'd want to

2          disclose to advertisers, every

3          detail of how it works.

4     BY ATTORNEY CHANG:

5          Q.    I can understand why you

6     wouldn't want to disclose the details to

7     advertisers, given that it's raising

8     prices for advertisers.

9               What I'm saying is, don't

10    you think advertisers would want to know

11    how it all works?

12              ATTORNEY BOSCO:  Object to

13         the form.

14              THE WITNESS:  I think --

15         just to clarify.  I think you

16         mischaracterized my previous

17         statement.

18              Your question around what

19         advertisers would want to know,

20         I'm not an expert on that.

21    BY ATTORNEY CHANG:

22         Q.    Let me re-ask my question so

23    you can respond to that question, then.

24              When you say there are

HIGHLY CONFIDENTIAL

Page 346

1  details they need to know but every

2  single detail of how it works, no, I

3  don't necessarily think so; you're not

4  speaking for all advertisers, are you?

5        A.    You know, just to clarify.

6              In my comment, you know, I'm

7  specifically saying that the way these

8  features work is to raise reserve prices

9  for publishers.  This is a feature that

10  we built for publishers.

11             And if advertisers have all

12  of the details of how it works, you know,

13  all of the features of the model, all the

14  lines of code, they could game the system

15  and it would hurt the clients I served on

16  Google Ad Manager.

17             So advertisers may want to

18  know those details.  But in my capacity

19  as representing the interests of

20  publishers, all those details would not

21  be, I think, proper to share.

22       Q.    ███████████  I understand

23  that you represent publishers in your

24  capacity at Google Ad Manager.

Page 349

1  getting notice about a DRS experiment?

2         A.    Sorry.  Your previous

3  question was about publishers?

4         Q.    I will re-ask my question.

5               I believe I asked about

6  Google partners.

7         A.    Oh, sorry.

8         Q.    So I apologize.  I will

9  re-ask the question, and you let me know

10  if that changes anything.

11              Are there Google -- let me

12  ask it this way: Do any Google partners

13  or publishers get special treatment when

14  it comes to information about Google

15  optimization features?

16              ATTORNEY BOSCO:  Object to

17         the form.

18              THE WITNESS:  I wouldn't

19         characterize it as special

20         treatment.  But we -- you know, we

21         have meetings with many

22         different -- many different

23         clients, and the questions that

24         may be asked could be different.

HIGHLY CONFIDENTIAL

Page 350

1          So it is possible that, you

2      know, different questions are

3      asked and so there's different

4      information communicated in those

5      different forums.  But not as a

6      principle do we withhold

7      information.

8  BY ATTORNEY CHANG:

9          Q.     Explain to me what Project

10  Bernanke is.

11              ATTORNEY BOSCO:  Object to

12      the form.

13  BY ATTORNEY CHANG:

14          Q.     Let me -- I'll rephrase the

15  question.

16              Do you know what Project

17  Bernanke is?

18          A.     At a high level, yes.

19          Q.     Will you explain to me what

20  Project Bernanke is?

21          A.     So from what I know, I

22  believe it is a bidding optimization for

23  Google Ads.  But the specific details of

24  how it works I'm not familiar with.

HIGHLY CONFIDENTIAL

Page 351

```
 1          Q.    You know more than just it's
 2   a bidding optimization, right?
 3               ATTORNEY BOSCO:  Object to
 4          the form.
 5               THE WITNESS:  That -- that
 6          is the extent of my knowledge
 7          right now.
 8   BY ATTORNEY CHANG:
 9          Q.    Do you recall ever talking
10   about Project Bernanke?
11          A.    I don't remember a specific
12   incident.  But that -- that's an internal
13   code name.  I do think it's come up in
14   conversation.
15          Q.    Do you remember ever being
16   instructed not to talk about Bernanke?
17          A.    I -- I don't remember being
18   instructed not to talk about Bernanke.
19          Q.    Was it an unspoken
20   understanding?
21               ATTORNEY BOSCO:  Object to
22          the form.
23               THE WITNESS:  I don't -- I
24          don't think so.
```

HIGHLY CONFIDENTIAL

Page 397

1                      CERTIFICATE
2
3
    I, Amanda Maslynsky-Miller, Certified
4   Realtime Reporter, do hereby certify that
    prior to the commencement of the examination,
5   ██████████████, was remotely sworn by me to
    testify to the truth, the whole truth and
6   nothing but the truth.
7
    I DO FURTHER CERTIFY that the foregoing is a
8   verbatim transcript of the testimony as taken
    stenographically by me at the time, place and
9   on the date hereinbefore set forth, to the
    best of my ability.
10
11  I DO FURTHER CERTIFY that I am neither a
    relative nor employee nor attorney nor
12  counsel of any of the parties to this action,
    and that I am neither a relative nor employee
13  of such attorney or counsel, and that I am
    not financially interested in the action.
14
15  _Amanda Miller_
16
    Amanda Miller
17  Certified Realtime Reporter
    Dated: May 22, 2024
18
19
    (The foregoing certification of this
20  transcript does not apply to any reproduction
    of the same by any means, unless under the
21  direct control and/or supervision of the
    certifying reporter.)
22
23
24