# EXHIBIT 56
# REDACTED

| | |
|---|---|
| **Message** | |
| **From**: | ▓▓▓▓▓▓▓@google.com] |
| **Sent**: | 3/29/2016 8:40:35 PM |
| **To**: | ▓▓▓▓▓▓▓@google.com]; ▓▓▓▓▓▓▓@google.com]; ▓▓▓▓▓▓▓@google.com] |
| **CC**: | ▓▓▓▓▓▓▓@google.com]; ▓▓▓▓▓▓▓@google.com]; ▓▓▓▓▓▓▓google.com]; ▓▓▓▓▓▓▓@google.com]; ▓▓▓▓▓▓▓@google.com]; ▓▓▓▓▓▓▓@google.com]; ▓▓▓▓▓▓▓@google.com] |
| **Subject**: | Re: Agenda for Tomorrow's Algorithmic Second Pricing Chat |

+ ▓▓▓▓▓

Thanks for a productive meeting this morning. Here are my notes and a summary of the decisions made:

**What are we going to communicate externally and when?**

- April 13 we announce Jedi, but we will **not** announce auction dynamics changes.
- ▓▓▓▓▓ may hint at some additional changes to increase publisher yield and ensure a healthy programmatic market but will not mention RPO, OPA, or DRS.
- In early May, we may externally share more details about efforts to increase publisher yield in a blog post. The post will discuss Google's support for healthy programmatic ecosystem for buyers and pubs
- In mid may, we will fully announce RPO, OPA, and possibly DRS. This will happen before AWBid announcement at GPS may 24th.
- Shortly (few days) before the announcement of RPO, we will pre-brief AdX buyers. Buyers have already been informed about OPA, and conversations have gone well.
- **When we message OPA externally, we will reference the boost but not proactively give details.** Messaging will be something like "there will be an additional incremental value that open auction bids have to beat in order to win an OPA". Reactive comms may go in to slightly more detail, but we are not going to talk about how our algorithm works.

**What are we going to communicate internally and when?**

- ▓▓▓▓▓ is leading/coordinating global buy-side trainings in next two weeks on both auction dynamics and Jedi
- Focusing messaging on key talking points which will be reinforced by blog post: google using machine learning to help pubs monetize, which leads to more inventory for buyers
- Sales understands the information is strictly confidential
- We are not sharing any decks/comm docs until we get OK from ▓▓▓

**What do we tell ▓▓▓▓▓▓▓ now?**

- 8 months ago, we said we're doing experiments with auction to increase yield. Things change when we are saying those are no longer experiments and a product goes to GA, but for now we will position these findings as what they are: **experiments**.
- ▓▓▓▓▓▓▓ We will confirm the chart they found was due to an experiment/beta aimed at increasing publisher yield. We won't give them additional details about what the experiment changed.
- ▓▓▓▓▓▓▓ We will confirm the chart they found was due to an experiment/beta aimed at increasing publisher yield. I will set up a meeting with the ▓▓▓▓▓ team and AdX representative and verbally share the talking points on the first section of RPO brief doc.

**Additional interesting points:**

- For overall auction, ▓▓▓▓ impressions close at a price set by RPO.

HIGHLY CONFIDENTIAL TREATMENT REQUESTED                                                                GOOG-NE-10976657

- Excluding GDN (███████████████) of impressions close at a price set by RPO

If anyone had a different interpretation of any of these points, please let me know :)


--
█████
████████████████████████
Google - Mountain View

On Tue, Mar 29, 2016 at 5:16 AM, ███████████████@google.com> wrote:
Hi █████████

I won't be able to join the meeting today but ███ has been actively working on our holistic plans and specific external comms.

He'll be leading on behalf of marketing.


On Mar 29, 2016 5:14 AM, ███████████████@google.com> wrote:
Thanks ████ - Will let ██████ run through the plan - and would like to focus the discussion on 'buyer outreach' plan - the place where we really need your/███s expertise and guidance.  We are a bit paranoid about the recent findings by █████ and want to understand if there is a real risk of leakage....

On Mon, Mar 28, 2016 at 8:20 PM, ███████████████@google.com> wrote:
Looking forward to our discussion tomorrow morning, and coming out of the meeting with an action plan. Here's the agenda items I am thinking of, please let me know if there are any others that are top of mind.

**What are we going to communicate externally and when?**
1) RPO
2) DRS
3) OPA Boost
4) Proactive vs Reactive

**Buyer outreach plan**
1) Do we pre-brief tier 1 buyers?
2) How do we address ███████████████ observations today?
3) How do we answer the "how long have you been doing this for" question?

**Publisher outreach plan?**
1) Do we pre-brief top pubs

**How do we tie these features with Jedi into a coherent overarching strategy?**




--

HIGHLY CONFIDENTIAL TREATMENT REQUESTED
GOOG-NE-10976658