# EXHIBIT 59
# REDACTED

LEGALLY PRIVILEGED AND CONFIDENTIAL

# DRS commercialization plan - April 2016

DRS v1 was launched with minimal comms, although sellside teams were aware (PRD). DRS v2 introduces ▮▮▮▮ where some queries have revenue shares ▮▮ for pubs. To launch this we need to disclose more auction details in the help center. To facilitate this change, we are doing a commercialization where publishers can opt out of DRS.



Launch plan overview
Eng work
    The Switch
    ▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮
Legal: Disclosures, Help Center and UI
Comms plan
    Sales
    gTech  <<to be finalized >>
    Buy side
    Timeline
Open questions
References

## Launch plan overview

We wish to launch ▮▮▮▮▮▮▮▮ version of DRS v2. This means we'll recoup debt from buyers and sellers. The launch will replace DRS v1, ie. v1 and v2 will not co-exist for any pubs. The v2 launch plan should account for DRS to be further modified ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮.

The commercialization plan is to build a publisher controlled switch in the AdX UI where DRS can be turned on and off any time (see comms plan below) and provide pubs with a period where we inform them of what the switch does and give them a chance to turn it off before it takes effect. We will only provide internal reporting. We may build external reporting in the longer term, but having this will not gate DRS launches.

# Eng work

## The Switch

### Requirements
- The Switch is publisher visible, can be turned on/off by AdX users who have admin access at any time
- Controls *all* versions of DRS (v1,v2, future versions)
- Three pieces of text needed for switch
  - 1) Name, 2) description text and 3) tooltip (see suggested text below)
  - Text should make implications of turning switch on/off clear and encourages adoption (turning it on)
  - Text needs to be approved by legal before appearing in UI
- Needs to work for both DFP+AdX **and AdX only pubs**
  - Needs to be forward compatible with unification
- **The switch is off (box unchecked, meaning DRS is active) by default for new networks** (it can be turned on during initial network configuration for new networks if nedded). The switch will also be off (unchecked) by default during the commercialization opt-out period where it does nothing.

### Switch Implementation notes / proposal

Create a new checkbox in:
- *AdX seller UI >> Admin tab*

Within the Admin tab, we have several options: the switch can either be in "*Account Information*" or **in a new folder called "*Account settings (DECISION)*"**:



(working doc for mocks)

### ALREADY IMPLEMENTED (June 14th, 2016):

CONFIDENTIAL                                                                                                   GOOG-AT-MDL-016926949