# EXHIBIT 61
## REDACTED

# Global Bernanke

gTrade

July 26, 2015

Global Bernanke is an extension of project Bernanke in which GDN retains a ▇ margin on AdX as a whole, while deviating from ▇ on individual publishers. This deviation is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

Future versions of Global Bernanke will see deviations from ▇ not just on individual publishers but also on specific important slices (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇).

For now, algorithmically, we solve the following optimization problem:

Maximize incremental conversions
subject to
network margin ▇
individual publisher margin ▇
publisher payout / bernanke payout ▇

The network margin of ▇ is a business constraint. With purely this constraint, the total revenue impact would have been ▇, but we have the other constraints for the following reasons:

We set individual publisher margin to be at least ▇ to ensure that GDN don't lose money on any publisher. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The publisher payout / current publisher payout ▇ is a heuristic that limits any publisher from losing more than ▇ of what they make now with this launch. This constraint is dynamic meaning the bernanke payout is computed ▇. In the experiment, we do see that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

HIGHLY CONFIDENTIAL      GOOG-DOJ-14161943



## Results

We are running a ▮▮▮ experiment starting 7/21, and below are the links to relevant metrics so far.

HIGHLY CONFIDENTIAL
GOOG-DOJ-14161944

Publisher payout from GDN ▉

## Publisher impact analysis

Payout Impact Breakdown:





HIGHLY CONFIDENTIAL

GOOG-DOJ-14161946