# EXHIBIT 62
# REDACTED

| | |
|---|---|
| **Message** | |
| From: | ▮▮▮@google.com] |
| Sent: | 4/14/2015 3:04:56 AM |
| To: | ▮▮▮@google.com] |
| CC: | ▮▮▮@google.com]; ▮▮▮@google.com]; ▮▮▮@google.com]; ▮▮▮@google.com]; ▮▮▮@google.com]; ▮▮▮@google.com] |
| Subject: | Re: [Follow up] RPO Comms (03/16/2015) |

Correct. We're still not at the point that we have fully codified this as permenant and we are truly still experimenting so its an honest answer.

▮▮▮

On 13 April 2015 at 10:06, ▮▮▮@google.com> wrote:
You're right that the approved messaging don't suggest experiments. I guess the concern about lumping this in with experiments arose when we were talking about how we are covered with these kinds of changes since we notified AdX clients last year that we were going to start running experiments with our auction dynamics.

I think our sales teams are still concerned that if they're hard pressed by clients on whether or not these are systematic changes to AdX auction dynamics, they don't have a whole lot that they can say, right?

On Mon, Apr 13, 2015 at 10:02 AM, ▮▮▮@google.com> wrote:
Hey ▮▮ the approved snippet below does not suggest experiments to me. What kind of change do you suggest?

----
"Our Auction Quality team is constantly working to improve the AdX auction to help maximize publisher revenues and optimize buyer return on investment. These improvements are designed to benefit you in the long-term, but should not impact your day-to-day operations."


On 10 April 2015 at 16:22, ▮▮▮@google.com> wrote:
Bumping this back up - any thoughts on getting clearer comms that this is not an experiment but an actual update to how CPM floors are set?

On Wed, Apr 1, 2015 at 7:22 PM, ▮▮▮@google.com> wrote:
Agree that this isn't new news and that we're covered by the updates we made late last year and the communications we did about those updates.

I talked about RPO with the AdX Buy-Side leads yesterday and the only major concern that folks had was regarding our approved comms. Several sales people, but ▮▮▮ especially, are very concerned that our comms make it sound like this change is still an experiment when it is actually a change that we are rolling out across all of our traffic. They don't think we should be throwing this under the rug of experiments we're running to optimize publisher yield and that we should be more up front about it being a change that has rolled out across AdX.

▮▮▮ - what are your opinions on that? Is there any way we could update our comms to make it clearer that this is not one of the many experiments that we're running and an actual change to how we're managing auction dynamics across our inventory?

On Thu, Mar 19, 2015 at 12:25 PM, ▮▮▮@google.com> wrote:

HIGHLY CONFIDENTIAL                                                                                                      GOOG-DOJ-13997420

Remember that we did communicate out in the fall that we are changing the auction. This isnt new news and everyone else is doing it. Buyers should already be adjusting their strategies on all exchanges so I dont expect much real change other than some initial wingeing from buyers. They'll only move spend if the ROI deteriates to be non competitive with others.

if anything we should also combine this with awareness that other exchanges are charging hidden buyside fees.

On 19 March 2015 at 11:25, ███████████@google.com> wrote:
Thanks ███ I'll talk to PR again. The article described a feature that advantages DFP with AdX, and that is inaccurate, otherwise the statement was fairly broad.

On 19 March 2015 at 11:21, ███████████@google.com> wrote:
Great! Thanks, ███

I was discussing this with ███ this morning, and I think our only real concern here is that buyers will likely figure out that we are modifying the floor prices if they run some basic analysis of the min CPM values they see across several bid requests. So we should expect some buyers to ask about this once their data analysts look at the fluctuating min CPM floors per publisher.

That and the fact that we denied that we were doing this after the recent leak went out in that Digiday article.

On Thu, Mar 19, 2015 at 11:10 AM, ███████████@google.com> wrote:
███ I sent the list to you and ███.

On 19 March 2015 at 09:10, ███████████@google.com> wrote:
███ has the impact list

On Thu, Mar 19, 2015 at 9:06 AM, ███████████@google.com> wrote:
Looks good to me. I'll bring this up with the AdX Buy-Side leadership group at the next comms meeting. Classic question will be "What are AdX buyers getting in return for higher CPMs? How does this help them at all?"

███████ - do you have the impact numbers so I can see which buyers are likely to be most impacted?

On Wed, Mar 18, 2015 at 5:28 PM, ███████████@google.com> wrote:
Hi all, I worked a bit on the comms doc and suggested a snippet for external reactive comms. Please review and comment, so we can get the doc locked down by EOQ. Thanks!

On Mon, Mar 16, 2015 at 6:02 PM, ███████████@google.com> wrote:
 This is great, thanks ███

███

On 16 March 2015 at 17:09, ███████████@google.com> wrote:
+███████ summary from our buy-side sync tonight:
- Background for ███████

HIGHLY CONFIDENTIAL
GOOG-DOJ-13997421

- o       We will be rolling out RPO (see draft comms doc) over the next few weeks. Experiment currently running at ████████████████████████████████████████████████████
- o       Buyers won't notice anything but higher floor prices / higher costs. The model tries to predict for every buyer what they would bid, ████████████████████████. Buyers continue to bid the same as usual, we just decrease the gap between the first bid and the closing price. Impact really depends on buyers bidding strategy, so predictions vary per buyer. ████ has an estimate based on a simulation that we can share, but should not be shared with anyone else / Sales.
- o       Not doing any proactive comms on the sell-side, other than sharing comms doc with comms teams and providing short and high-level snippet for reactive comms only.
- **What we agreed on for Buy-side**: Same approach as on sell-side - ████ will mention this in buy-side comms and share comms doc once finalized, but won't do any other comms on internally/externally. We'll make sure the reactive snippet can be used both for buyers/sellers.

Let me know if anything is unclear.

Best, ████

On Mon, Mar 16, 2015 at 12:59 PM, ████████████████@google.com> wrote:
Thanks for the notes ████

On 16 March 2015 at 12:52, ██████████████████████████@google.com> wrote:
Hi all,

For the records, here is a summary of what we discussed, feel free to chime in if you feel I got anything wrong:

- 1) Comms
  - o       Sell-side
    - **External**: We will not do any proactive external communication, but get a small snippet approved for reactive comms ████████ stating that we constantly try to improve our auction system - which our teams can use for any changes we'll do throughout the year
    - **Internal**: We'll finalize the comms doc this week (██████████████). ████ will present RPO at Indirect comms next Monday, and we'll distribute the comms doc to the specialists. But no Sales Bulletin announcement or trainings for Sales, etc. TAMs will have access to dashboard for troubleshooting.
  - o       Buy-side
    - **External**: We should not communicate either, already announced previously that we are constantly working on changes.
    - **Internal**: ████ set up meeting with ████████████. this evening to discuss.
- 2) Rollout
  - o       Experiment is already running at ████
It's at ████ now, and the plan is to be at ████ by EOW.
  - o       Goal is to get to ████ by EOQ, but won't start ramp-up before Monday's commz at least (*that's my suggestion, let me know if you disagree!*)
We won't go beyond ████ before all comms questions are settled.
  - o       Ramp up to ████████████████████████████████████████████
  - o       ████████████████████████████████████████████████

Best, ████