# EXHIBIT 65
## REDACTED

**Open Questions / Use cases**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**10/1**

**Limiting number of House LI**
- Legal / competition risk if we are seen to be ▮
- Comm / PR risk, how do we justify?
- Could this be a policy?
- **Action Item**
    - Look into messaging
    - Look into limit
    - Follow-up conversation with ▮ on competition risk
- Only product rrestriction is ▮ ▮ ▮
  ▮

**9/30**

▮ **Renewal Negotiations - Redlines**
▮

- Working document
- Redlines can't be met. Are they just provoking a response? ▮ ▮
    - ▮



- Contract expires on 11/30
    - We can decide what to do if no agreement
    - Agreed we will treat them as any partner of equal size ▮▮▮▮ → i.e. same contract as before ▮▮▮▮ Ok to renew these terms (not removing anything from what they have today, ▮▮▮▮
        - Need to understand what when to GPX wrt prices? Pre-approval already done. **Can add end date to PA /PD rates?**
    - But no other 'special conditions' → ▮▮▮▮, PM, Sales (▮▮▮▮) aligned
        - Not willing to negotiate --> NC team to send an update to ▮▮▮▮
    - What if they ask for short extension? E.g. 6 months renewal
        - ▮
- ▮ questions. Unless ▮ clarify they are related to the contract

▮▮
- Use cases
    - ▮▮▮▮.
    - Who bought inventory in advance vs programmatically
    - Who is bidding on inventory →
- One step forward , two step back
- Project to improve reporting infrastructure
- Will frustrate that process.
- Ambition to use use it

- Follow-up with fields.

**9/12**

■■■■■■■■■■■■■■

- Use cases
  - Top advertiser ■■■■ Need every country
    - Geo (+++)
    - Device type (+++)
  - Intent to buy on ■■■■■
  - Understand inventory
  - Crux audience segments ■■■■■■■■■■■■■■
    - Can allow some segments of values. Will look into it
- **Isn't our data? We apply privacy concerns and don't need you to be our regulators.**
- Joining gives flexibility
  - AdUnit useful
  - Seller reserve price
- **Request - Notify when we discontinue the file**
- Understand environment, advertiser / level info
- ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
  - ■■■■■■■■
  - ■■■■■■■■
- Bid advertisers
  - Useful to evaluate intent to buy on the ■■■■■
- **We can protect the privacy, what we believe in the ■■■■■**
- ■■ - What advertiser

**9/10**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

- ■■■■■ - Does it matter if ■■ is mad? They'll complain anyways
- As long as we don't have any ac reason for making the chang and an argument / story

  (user privacy) → That's what important.
  - Balance interest of bidder / publishers. Difficult decision. This is where we landed.
- ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■



■■■ notes: The Bid DT changes are going to be disruptive to ■■■ yield management practices, and their measurement of success from their internal ad network, ■■■

**Folllow up email from** ■■■

- Bid density
- Wants to see (opportunity lost on direct campaigns)
- Price it sold for and prices it could have sold for (via EB, but also HB and guaranteed ). ■■■
- **Can we look into providing this???**
  - How is this different from ■■■

- 
    - ■ 
    - ○ DImension
        - ■ KeyValue
            - Search "Geos" >> contextual site
        - ■ Geo
    - ○ Ability to run YM depends on this joining→ Will get to ▮

## 9/3
**1P Review**
- Concerns user dat data can be leaked via sharing HOB with buyers
- ▮Needed to look into 'mitigating ' leaks risks
- What if we see a trainwreck? What are our options? Do we feel confident 10% numbers will hold @100%?
    - ○ Think our bidding can adapt. Think equilibrium should be similar.
    - ○ Need comms flexible in comms to leave room for plan B)

## 8/29
**Affected pubs analysis**
- ▮
- ▮
- Orrdered list of rules to look at thha are impactful → and are causing too many bids to be rejected

## 8/27
1P Launch PR / marketing

- Comms to publishers → A week before launch.  ETA 9/3 (go no go) 9/4 (email) -->  9/10 (20 -30%) → 9/18 (95%)
- PR would like to pre-brief press, ideally sharing some high level stats
    - ○ E.g neutral to positive
    - ○ Uptick in queries won by ▮
- Want to do Blogpost + Interviews ▮
- Don't want 2 news cycles. First might be dominated

## 8/26
**Remnant line items exclusion checkbox** ▮