# EXHIBIT 66
## REDACTED

Message

| | |
|---|---|
| **From:** | ████████████ @google.com ████████████ @google.com] |
| on behalf of | ████████████ @google.com] |
| **Sent:** | 11/14/2014 4:09:47 AM |
| **To:** | ████████████████ @google.com] |
| **CC:** | ████████ @google.com]; ████████ @google.com]; ████ ███ @google.com] |
| **Subject:** | [Follow up] ████████████ (11/13/2014) |

Hi everyone,

Here is the summary of today's DRX Suite Commercialization meeting. Full notes are at ████████ or at the bottom of this email.

- **DFP Outage**: Please refer to <u>this comms doc</u> for all further updates on the outage, we are working tightly with several teams on further comms and will be providing all info in this doc. [<u>summary deck</u>]

- **Adserving / opt update**: The team completed First look analysis and is now working on getting First look deals into closed beta by Q1, also launched closed beta for EDA Sponsorship, but altogether moving slower with EDA than hoped [<u>see slides</u>]

- **GPT update**: Successfully launched ████████████ | ████████ , launch of ████ will likely be pushed to Q1 (allows for ████████████ )

- **Cross-Comms Deprecation Planning**: Discussed need for coordination between deprecation plans on ████ ██ , comms team will report back to the group on next steps [<u>see deck</u>]

- **Comms around the horn:**
  - <u>Indirect</u>: Plan to restart beta for default activation of ████ for new networks next week
  - <u>Policy</u>: OTC launched - see go/iwantOTC<u>!</u>
  - <u>Deals</u>: 10 pubs testing ████████ this week, first ████ campaign launched in ████ uncovered bugs with ████ campaigns that are actively being worked on
  - <u>Emerging</u>: ████ launched into Alpha on 11/10 [<u>see comms doc</u>], Viewability insights will be published next week on our blogs [see <u>infographic</u> and <u>Research Study</u>, Sales FAQ will follow]
  - <u>Core</u>: Will roll out QT to inactive reporting SB pubs on 11/19 and all remaining pubs on 12/03 [<u>see comms doc</u>], kicking off outreach to get ready to deprecate EAI CSV report on 01/12/2014 [<u>see comms doc</u>]

- **DRX Tracker review**: Click <u>here</u> for launches of upcoming 2 weeks

- **FYI**: Sign up for the DRX comms doc alias ████████ s, <u>AdX Sell-Side October Newsletter</u> finalized

Thank you for providing feedback on this meeting in our survey, we will evaluate your responses over the coming days and communicate results next Thursday.

Best,
██

*************************** FULL MEETING NOTES ***************************
<u>Hot topics</u>
- **Update on DFP Outage** ████████
  - <u>**See comms doc**</u>
  - <u>**See brief summary deck**</u>
  - **Questions:**
    - **What's a reasonable timeframe for us to provide a post mortem?**
- **We spent all day yesterday getting an impact list, which we now have**
- ████ **will meet today with** ████████████ **today to talk about comms strategy**
- **Goal: By EOD everyone globally should be able to tell their publisher about the impact. For those who have interesting SLAs etc., we will be addressing that as well.**
- **We are working as quickly as we can**
- **Who will be in the discussion to fix internal comms going forward?**
- **To be defined**

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

- Please include ████████ is out next week
  - ████ Need to make sure we communicate clearly once e.g. the app status dashboard is ready.
- ████ Google+ community is widely used as well, would be nice to include, please talk to ████ team
  - ████ Will deliver a post mortem just from the EMT team to make sure outage communication is clear going forward, this will be a priority after the outage comms has been handled.
- ████ to schedule ████ to come back to this group with the EMT post mortem - added to ████████.

**Adserving / Opt Update** ████████████

- <u>See deck for serving / opt update</u>
  - Priorities until EOQ
    - First look deals
- Idea is to ████████████████
- This allows you to sell more of your valuable cookies at high CPMs
- We did experiments, ████████████████
- Results of the analysis: There are about ████████████████ ████████████)
- ████████████████
- We want to have a closed beta (without much UI) in Q1
- How do you find these marketers?
  - Based on buy-side information, buyers who do mostly remarketing, but with the feature pubs will be deciding who they want to add
    - Dynamic Rev share
- Optimization feature that plays with our ████ ADX sellside rev share to get more auctions with a winner
- Right now, when a buyer submits a bit we automatically subtract ████ ████ of that bid, and compare it to the floor in that auction
- This feature addresses the queries that fall under that floor, so we reduce our rev share to win the auction
- The publisher is still paid the same amount, but we end up with more auctions that have winners, and the increase in volume results in more revenue
- ████████
- Would buyers / pubs be aware of this?
  - No, this is 'secret sauce', buyers and pubs could notice it, but we have mechanisms in place to prevent that it can be manipulated
- ████████
- ████████████
- There is a HC change that is live already today, that uses language which does not explain the scenario specifically but leaves it open for it to be possible
- IMPORTANT: We should not talk about this externally, there is nothing Sales can do about it, no optimization, etc. So in the Americas the product specialist team has decided to NOT distribute this info further to vertical leads etc. gTech needs to be aware though for troubleshooting purposes, ████████████████
  - Dynamic PRO (Reserve Price Optimization)
- Has been going on for a long time, we are moving to a more behind the scenes approach where we automatically set based on the buyer-pub-combination predict what the bid will be, and we push up the reserve so the pub gets a higher payout on the query
- This will help make AdX more valuable
- We are often lost in the chain of many demand sources, AdX is often set at the end with low CPMs, if we shift more value to publishers it makes AdX more attractive
- Rev opportunity of ████████ based on ████████████████
  - Additional discussion post comms → comms strategy is not to discuss Dynamic RPO in-detail in comms forum. ████ will follow-up directly with ████
    - This is INTERNAL ONLY as well
  - Successes

HIGHLY CONFIDENTIAL TREATMENT REQUESTED



- ████████████████████████████
- Launched several experiments (DRS, RPO██████ first look etc.)
- First look analysis completed
- EDA Sponsorship closed beta
  ▪ Challenges
- ████████████████████████████████

- <u>GPT update</u> ████████
  ○ Top priorities
  ▪ Responsive v2
- ████████████████████████████
- ████████████████████████████
- ████
- Fully launched for ███████████████████████████ full launch still expected this quarter
- ████
- ████████████████████████████████
- ████████████████████████████████████
- ████
- ████
- ████████████████████
  ○ ████████████████████████████████
  ▪ ████████████████████
  ○ ████████████████████████
  ▪ ████████████████████

### Discussion on Cross-Commercialization Deprecation Planning ███████████

- We are on the cusp of announcing deprecation plans which will drive publishers to reimplement on the new XSM within 2015
  ○ Timeline:
    ▪ June 1 2015 - End of xDSM Engineering Support
    ▪ August 1, 2015 - xDSM put in read-only mode
    ▪ Dec 31, 2015 - xDSM completely shut down
- In the Indirect world we are discussing the deprecation of Dart tags
  ○ Timeline:
    ▪ March 31, 2016 - End DART tag support
- The challenge: Pubs will be impacted by both, and see them connected, need to prioritize their resources
- Ask: We need a plan to handle contingencies, if a publisher can not do both (Dart and XSM), can we do exceptions for specific publishers, etc. And we need more direct involvement from commercialization leads in these task forces.
- Action items:
  ○ Commz team will discuss and report back to this group

### Comms around the horn (CLs)

- <u>Indirect</u>
  ○ Planning to restart beta for new DFP Premium/AdX backfill accounts next week.
  ○ Established 3 pub goal for selected publishers:

| Region | Goal | Fulfilled |
|---|---|---|
| Americas LPS | 3 | |
| NACE LPS | 3 | 2 |
| SEEMEA LPS | 3 | |
| APAC | 3 | |
| OPG NA/EMEA | 3 | 1 |

  ○ Reminder - Winner gets this spiffy award [pause for oohs and ahhs]....