# EXHIBIT 67
# REDACTED

Message

**From:**      ███████████████ @google.com]
**Sent:**      10/4/2016 3:32:46 PM
**To:**        ███████████████ @google.com]
**CC:**        ███ @google.com
**Subject:**   Re: some DRS feedback

Hi ██████

thanks for looking into this.

Part of "Why it's all so complex" comes from the techy industry we and Pubs happen to be in. The other part comes from the wording and definition we use when communicate to pubs.

to your questions

1) Yes, I feel there is a room for improvement in the UI wording. I know we did many iterations of the wording, but pubs keep saying they don't understand which language we speak. I think of 2 moments:
    1) Think of other term or rephrasing the "per-query revenue share optimization"
    2) Explain better what is "at least the contracted revenue share"

2) More transparent reporting has been an ask here. If we can indicate either total RPM value for the pub or even mark a DRS dimension / flag to report on.

3) I think example of how DRS works can be added to HC.

If you feel we need to brainstorm on this, I'm happy to do so.

best,
████

2016-09-30 16:57 GMT+01:00 ███████████████ @google.com>:
█████████ as FYI

Hey ████,

Could you elaborate on the "Why is all of this so complex" question?

Some of the feedback that ████ and I have gotten related to this in the past includes
1) Could the DRS opt out wording in the UI be modified to be clearer?
2) Could we show pubs overall lift (AdX + DFP remnant) to show pubs the value of DRS more clearly?
3) Could we include more in the help center about DRS?

I'm open to suggestions for how we could make things easier for pubs. In general the mechanics of DRS are pretty complex and Ads Quality engineers are always experimenting with updates to the algorithm. As a result, we try to emphasize the benefits, overall process, and guiding principles of revenue share based optimizations for pubs.

Thanks,
████

HIGHLY CONFIDENTIAL                                                                                  GOOG-DOJ-14156657

On Wed, Sep 28, 2016 at 1:05 PM ██████████████ @google.com> wrote:
Hi ██

this is FYI on what pub says about DRS. No need to reply on this questions, I'll do.
The one I'd love to have your input is " why is all of this so complex?" :)

██████

---------- Forwarded message ----------
From: ██████████████████ @google.com>
Date: 2016-09-28 17:36 GMT+01:00
Subject: Re: Question about "per query revenue share optimization"
To: ██████████████████████████ @google.com>, ██████████
████ @google.com>

██████

Hi ████

I'm afraid my knowledge is on the AdX rev share optimization is limited. I have forwarded you internal comms
that I have seen around the topic that may be helpful.

██████may please help address the Partners' questions?

They are in the email below, but i've included them here for quick access:
- what is "my contracted revenue share"?
- why would it be in my advantage to have this fluctuate?
- how can I see the effect if I were to go along with this?
- why is all of this so complex?

Many thanks,
██████

On Wed, Sep 28, 2016 at 4:34 PM, ████████████████████████ @google.com> wrote:
Hey ██████

I am getting a lot of questions for further information about  per rev share opt from my partners, this  partner in
particular.

Outside of the comms doc and the help centre, is there anything else we can share?

Cheers,
████

---------- Forwarded message ----------
From: ████████████████████ .com>
Date: 27 September 2016 at 13:26
Subject: Re: Question about "per query revenue share optimization"
To: ██████████████████████ @google.com>

Hi team,

Any chance I could get a reply?

Best regards, █████████
--



On Fri, Sep 23, 2016 at 3:10 PM, ████████████████████████████.com> wrote:
Hi team,

I've received the same response back when I used to have a real account manager.

I've read it several times, but it makes no sense. It doesn't explain what the change means, and what I should to ensure I get the best possible revenue for my clients.

Questions are:
- what is "my contracted revenue share"?
- why would it be in my advantage to have this fluctuate?
- how can I see the effect if I were to go along with this?
- why is all of this so complex?

I look forward to a speedy response to all my questions,

Best regards, █████████
--



On Fri, Sep 23, 2016 at 3:05 PM, █████████████████████████████@google.com> wrote:
Hi ████

To optimize the auction for the purpose of maximizing publisher revenue and buyer return on investment, we're continually exploring changes in DoubleClick Ad Exchange.

With the per-query revenue share optimization control in the admin tab of your account, we give you the possibility to enable or disable revenue share based optimizations.

If you don't check the box in the admin, Ad Exchange may increase or decrease revenue share per query to increase overall payout. In all cases, we keep your revenue share to your contracted share or more over a billing period.

If you check the checkbox, each ad request from this network to Ad Exchange will pay at least the contracted revenue share. Selecting this disables revenue share based optimizations and reduces Ad Exchange yield.

Kind regards,

HIGHLY CONFIDENTIAL