# EXHIBIT 68
## REDACTED

# Display Strategy Working Document
## August 2012

**ATTORNEY CLIENT PRIVILEGED**

**CONFIDENTIAL: All viewers of this doc are obliged to be aware of their responsibilities under Google's Insider Trading Regulations (go/insider trading) and Data Sharing Policy (go/datapolicy). Please use discretion in sharing.**

**Table of Contents**

- GDN - Direct Response
  - Big Bets in Optimization
  - Display Ads as a Consumer Product
  - Richer Ads, Richer Google
  - GDN as an AdX Buyer
  - Realizing Full Value of Display
- GDN - Brand
  - How can we build a meaningful business in secondary inventory?
  - Accelerating brand format innovation
  - Brand Metrics - the click for brand?
- GDN - Audience
  - Doubling down on Dynamic Remarketing
  - Building a world class Google Interest Suite
- Social & O&O
  - Going Native: Message Ads & the future of Gmail advertising
  - Google+ Promote: A native format for the web and mobile apps
  - AdWords Audience: Bringing it all together
- Agency & Large Advertisers
  - Buyside DMP
  - GDN and DBM
  - Buy-Side Video Strategy
  - DoubleClick Digital Marketing (DDM) v2
  - Panels
  - Dynamic Remarketing
- Publisher Platform
  - DFP Audience Network
  - Doubleclick for Startups
  - CMS + Ad Serving = more $
  - Programmatic Direct
  - Video Ads
    - Video Advertising (Sell-Side)
  - AdX Growth

increase in auction prices.

## GDN as an AdX Buyer

Clarifying Google's auction display strategy

**Problem Statement**

Our auction media business went from this in the "Network" Era

to this in the "Exchange" Era:

And we have several problems with this new ecosystem: we're still operating with a 'network' mindset when we're now in an open 'exchange' environment. Specifically, the problems are as follows:

1. :
    a.
    b.



**Proposed Solution, Impact, Risks**
The general theme here is one of separation, one of incentive alignment. AdX should really become the neutral platform; GDN should align purely with advertiser interests. There are 4 things we need to do:





b.

CONFIDENTIAL

GOOG-AT-MDL-B-005175297