# EXHIBIT 70
# REDACTED

Message

| | |
|---|---|
| From: | ▮▮▮▮▮@google.com] |
| Sent: | 3/5/2015 9:49:25 PM |
| To: | ▮▮▮▮▮@google.com] |
| Subject: | Re: quarterly summary |

**EXHIBIT 132**

1. Global Bernanke
a. Proposed a methodology to achieve varying margin per pub while still maintaining ▮▮ at the network level. Simulated several versions to show annual revenue potential of ▮▮.
b. Initial set of experiments helped derive more insights and refine the methodology, based on discussions with GDN and AdX leads.
c. Simulations on the 'final' CPD based version completed. Based on the results, we got approval from GDN leads, AdX team and the VPs.
d. Plan to launch this quarter. We expect this first version to have ▮▮ revenue gain and CPD increase.
2. ▮▮▮▮
. Started initial ▮▮ experiments. Using the insights, we have run other experiments and planning some more. These include:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. Revenue calibration
. Auction code changes completed to handle revenue calibration.
a. ▮▮ code with bootstrap to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ nearly complete.
b. Plan to have experiment running this quarter.
4. Bernanke improvements
. Worked with ▮▮ to launch bug fix for budget throttling for ▮▮ AdX revenue. Set up a methodology to run custom Bernanke as part of this experiment to better measure launch impact.
a. Removed pub Bernanke holdback for ▮▮ revenue.
b. Flag changes done for experiment incorporating ▮▮ ads in Bernanke. Experiment to be started this quarter.
5. ▮▮▮▮
. Completed revenue projection for ▮▮. Estimated over ▮▮ remarketing spend increase and ▮▮▮▮▮▮ volume increase. Considered numerous factors such as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
a. Presented the above methodology and results to numerous GDN and AdX directors, PMs and VPs. These numbers eventually served as important data points for the launch approval.
b. Currently working with ▮▮ teams on quality issues and latency reduction (e.g., ▮▮ based list selection).
6. ▮▮▮▮▮▮
. Ran simulations with ▮▮▮▮▮▮▮▮ bid together optimally.
a. Showed revenue potential of about ▮▮ at this stage. Potentially much higher revenue gains possible as ▮▮ grows.
7. Joint effort with AdX team
. Pitched original sell-side DRS version for ▮▮ revenue. Helped with the approval process with AdX and GDN leads.
a. Currently helping AdX team build transparent DRS versions.
b. Consulting on other projects such as dynamic RPO.
8. AdX calibration
. Launched a new calibration pipeline ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Vastly improves run time, reduces complexity and added ▮▮ revenue, ▮▮ profit.

   a.    Working with ▇ on adding clickiness to the model.

On Tue, Mar 3, 2015 at 1:16 AM, ▇▇▇@google.com> wrote:
Adding ▇

On Tue, Mar 3, 2015 at 12:13 AM, ▇▇▇@google.com> wrote:
Hi Team,

Please write a 1-2 paragraphs summary of your work/projects in Q4-Q1 (it could be organized in a few bullet points) and email it to me by Wednesday. Do not spend a lot of time on it (definitely less than half an hour).

thanks,
▇