# EXHIBIT 71

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                        ALEXANDRIA DIVISION

-----------------------------x
UNITED STATES, et al.,       :   Civil Action No.:
                             :   1:23-cv-108
          Plaintiffs,        :
   versus                    :   Tuesday, September 17, 2024
                             :   Alexandria, Virginia
GOOGLE LLC,                  :   Day 7 a.m.
                             :   Pages 1-166
          Defendant.         :
-----------------------------x

        The above-entitled bench trial was heard before the
Honorable Leonie M. Brinkema, United States District Judge.
This proceeding commenced at 9:00 a.m.

                    A P P E A R A N C E S:

FOR THE PLAINTIFFS:   GERARD MENE, ESQUIRE
                      OFFICE OF THE UNITED STATES ATTORNEY
                      2100 Jamieson Avenue
                      Alexandria, Virginia  22314
                      (703) 299-3700

                      JULIA TARVER WOOD, ESQUIRE
                      AARON TEITELBAUM, ESQUIRE
                      TIMOTHY LONGMAN, ESQUIRE
                      JEFFREY VERNON, ESQUIRE
                      MICHAEL WOLIN, ESQUIRE
                      UNITED STATES DEPARTMENT OF JUSTICE
                      ANTITRUST DIVISION
                      450 Fifth Street, NW
                      Washington, D.C.  20530
                      (202) 894-4266

(State of VA)         TYLER HENRY, ESQUIRE
                      OFFICE OF THE ATTORNEY GENERAL
                      OFFICE OF THE SOLICITOR GENERAL
                      202 North Ninth Street
                      Richmond, Virginia  23219
                      (804) 786-7704
```

1

```
 1                       P R O C E E D I N G S

 2   FOR THE DEFENDANT:      CRAIG REILLY, ESQUIRE
                             LAW OFFICE OF CRAIG C. REILLY
 3                           209 Madison Street
                             Suite 501
 4                           Alexandria, Virginia   22314
                             (703) 549-5354
 5
                             KAREN DUNN, ESQUIRE
 6                           JEANNIE RHEE, ESQUIRE
                             ANITA LIU, ESQUIRE
 7                           WILLIAM ISAACSON, ESQUIRE
                             PAUL, WEISS, RIFKIND,
 8                           WHARTON & GARRISON LLP
                             2001 K Street, NW
 9                           Washington, D.C.   20006
                             (202) 223-7300
10
     COURT REPORTER:         STEPHANIE M. AUSTIN, RPR, CRR
11                           Official Court Reporter
                             United States District Court
12                           401 Courthouse Square
                             Alexandria, Virginia   22314
13                           (607) 743-1894
                             S.AustinReporting@gmail.com
14
             COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
15

16

17

18

19

20

21

22

23

24

25
                                                                   2
```

```
1                    P R O C E E D I N G S
2              THE DEPUTY CLERK:  Civil Action Number
3    1:23-cv-108, United States of America, et al. versus Google
4    LLC.
5              Will counsel please note their appearance for the
6    record, first for the plaintiff.
7              MR. HENRY:  Good morning, Your Honor.  Ty Henry on
8    behalf of the plaintiff states.
9              THE COURT:  Good morning.
10             MS. WOOD:  Good morning, Your Honor.  Julia Tarver
11   Wood from the Department of Justice for the United States.
12   With me are my colleagues, Aaron Teitelbaum --
13             MR. TEITELBAUM:  Good morning, Your Honor.
14             MS. WOOD:  -- Tim Longman, Michael Wolin and Jeff
15   Vernon.
16             THE COURT:  Good morning.
17             MS. WOOD:  And also Mr. Mene from the U.S.
18   Attorney's Office, of course.
19             THE COURT:  Mr. Mene.
20             MS. DUNN:  Good morning, Your Honor.  Karen Dunn
21   from Google, and with me are Jeannie Rhee, Anita Liu,
22   Bill Isaacson, Craig Reilly and Matt Spalding.
23             THE COURT: Good morning.  All right.  We're ready
24   to proceed.
25             My understanding is we're going to call -- is it
```

5

1  Ms. or Mr.?

2          MS. WOOD:  Mr. Jayaram.

3          THE COURT:  Yes.

4          MS. WOOD:  Plaintiffs call Nirmal Jayaram to the

5  stand.

6          And we have already, to facilitate things, passed

7  out the binders.  So the Court and witness and opposing

8  counsel should have --

9          MS. RHEE:  And we --

10         MS. WOOD:  Yes.  We gave them a ten-minute head

11 start.

12         THE COURT:  You can thank the criminal defendant

13 for that.

14         THE DEPUTY CLERK:  Can you raise your right hand.

15 Thereupon,

16                     NIRMAL JAYARAM,

17 having been called as a witness on behalf of the plaintiffs

18 and having been first duly sworn by the Deputy Clerk, was

19 examined and testified as follows:

20               (Time noted: 9:01 a.m.)

21         THE DEPUTY CLERK:  Thank you.

22                    DIRECT EXAMINATION

23 BY MS. WOOD:

24 Q    Good morning, Mr. Jayaram.  How are you?

25 A    Good morning.  I am fine.  How are you?

Direct examination - N. Jayaram

```
 1  A    At the time they were all more senior than I was.
 2  Q    Okay.  And then do you see Number 2 says:  "From AdX's
 3  perspective, GDN" -- meaning Google Ads -- "does not behave
 4  like an arm's-length buyer"; do you see that?
 5  A    I see it.
 6  Q    Were you aware of that at the time you were working on
 7  the buy-side?
 8  A    I was not aware of the sentiment at that time.
 9  Q    The sentiment?
10  A    Whatever is written here.
11  Q    Okay.  Were you ware of the sentiment generally?
12  A    That GDN does not behave like an arm's-length buyer?
13  Q    Correct.
14  A    No, I was not.
15  Q    Okay.  And then if you turn to the top of the next
16  page, A says:  "GDN, Google Ads, has visibility into
17  'confidential AdX data' due to shared infrastructure.
18  Publishers dislike this"; do you see that?
19  A    I see it.
20  Q    And then if you go below that, there's the discussion
21  of some proposed solution impact risks; do you see that?
22  A    Yes.
23  Q    And do you see the second one is:  "Erect a firewall
24  (Chinese wall) between AdX and GDN or Google Ads"; do you
25  see that?
```

16

Direct examination - N. Jayaram

1  A    Yes.
2  Q    And under that it says:  "A, GDN" -- or Google Ads
3  should -- "should be treated just like any other AdX buyer,
4  no special data access, no special policies, no special
5  treatment"; do you see that?
6  A    Yes.
7  Q    Do you recall at any time that you were working at
8  Google in the last 12 years that there was a firewall
9  imposed between AdX and Google Ads such that teams
10 consulting on those projects could not discuss strategic
11 advantages?
12 A    I do not know of any formal firewall.
13 Q    Okay.  Now, at some point in time, Google began to
14 discuss whether it was necessary for Google Ads to bid more
15 broadly than just on AdX; is that right?
16 A    Can you please repeat that question?
17 Q    At some point in time, people within Google's buy-side
18 group began discussing that Google Ads should start bidding
19 on exchanges other than Google -- other than AdX?
20 A    Yes.
21 Q    Okay.  Let me show you what has been marked for
22 identification as PTX 132.
23        THE COURT:  Okay.  We're going to get some
24 objection because I see the comments.
25        MS. WOOD:  We're happy to redact the comments,

17

```
 1   Your Honor.
 2               MS. RHEE:  Yes, Your Honor.
 3               THE COURT:  Other than that, there's no objection;
 4   is that correct, Ms. Rhee?
 5               MS. RHEE:  Other than that, there is no objection.
 6               THE COURT:  All right.  So 132, minus the
 7   comments, is in.
 8      (Plaintiffs' Exhibit Number 132 admitted into evidence.)
 9   BY MS. WOOD:
10   Q    And, Mr. Jayaram, do you see -- the document is up on
11   your screen now, and the heading is "AdWords cross-exchange
12   bidding"; do you see that?
13   A    Yes.
14   Q    And there's a summary, and Number 1 under the summary
15   reads:  "GDN" -- or Google Ads -- "needs to be
16   cross-exchange competitively."  That's what we've been
17   talking about, that in order for Google Ads to be
18   competitive as a buy-side product, it needs to bid on more
19   than one exchange, more than just AdX; right?
20   A    I see that statement here.
21   Q    And the next statement reads:  "We will do it via
22   xBid's implementation"; do you see that?
23   A    I do.
24   Q    And xBid's implementation refers to the existing
25   implementation that DV360 already had with third-party
```

1    questions by the government attorney on strategic
2    considerations, which is I think the very end of this
3    document.
4             MS. RHEE:  If we could get your assistance,
5    Mr. Klein, there.
6    BY MS. RHEE:
7    Q    And here, you see that under the first paragraph in
8    strategic considerations, this is about a combination to
9    compete against direct sold; do you see that?
10            MS. RHEE:  If we could maybe highlight that just
11   to keep this moving.
12            MS. WOOD:  Objection to the lack of context.
13            THE COURT:  Well, first of all, we're going to
14   recess for the lunch break, and we can get back to this
15   after lunch.
16            MS. RHEE:  Thank you, Your Honor.
17            (Court recessed for lunch at 1:00 p.m)
18            -----------------------------------
19   I certify that the foregoing is a true and accurate
20   transcription of my stenographic notes.
21
22                         *Stephanie Austin*
                           _____
23                         Stephanie M. Austin, RPR, CRR
24
25
                                                            166