# EXHIBIT 72
## REDACTED

HIGHLY CONFIDENTIAL

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
2                  SHERMAN DIVISION
3    THE STATE OF TEXAS, et     )
     al.,                       )
4                               ) Case No.
               Plaintiffs,      ) 4:20-cv-00957-SDJ
5                               )
     vs.                        ) Hon. Sean D. Jordan
6                               )
     GOOGLE LLC,                )
7                               )
               Defendant.       )
8
9               TUESDAY, APRIL 30, 2024

10    HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE
                        ORDER
                        - - -
11
12             Remote videotaped deposition of
13    ██████████████       held at the location of the
14    witness in Washington, DC, commencing at
15    9:00 a.m. Eastern Time, on the above date,
16    before Carrie A. Campbell, Registered
17    Diplomate Reporter, Certified Realtime
18    Reporter, Illinois, California & Texas
19    Certified Shorthand Reporter, Missouri,
20    Kansas, Louisiana & New Jersey Certified
21    Court Reporter.
22
23                        - - -
24
25    Job No. MDLG6673373

HIGHLY CONFIDENTIAL

Page 2

```
 1          R E M O T E   A P P E A R A N C E S :
 2
 3          NORTON ROSE FULBRIGHT US LLP
            BY:  ABRAHAM CHANG
 4               abraham.chang@nortonrosefulbright.com
            1301 McKinney, Suite 5100
 5          Houston, Texas   77010
            (713) 651-5151
 6
            and
 7
            NORTON ROSE FULBRIGHT US LLP
 8          BY:  DANIELLA TORREALBA
                 daniella.torrealba@nortonrosefulbright.com
 9          799 9th Street NW, Suite 1000
            Washington, DC   20001
10          (202) 662-0200
11          and
12          THE LANIER LAW FIRM, PLLC
            BY:  ZEKE DEROSE
13               zeke.derose@lanierlawfirm.com
                 MELONIE DEROSE
14               melonie.derose@lanierlawfirm.com
            10940 West Sam Houston Parkway North,
15          Suite 100
            Houston, Texas   77064
16          (713) 659-5200
            Counsel for Texas, Idaho, Louisiana
17          (The Lanier Law Firm only),
            Mississippi, North Dakota,
18          Mississippi, South Carolina, and
            South Dakota
19
20
            STATE OF TEXAS
21          OFFICE OF THE ATTORNEY GENERAL
            BY:  DIAMANTE SMITH
22               Diamante.Smith@oag.texas.gov
            P.O. Box 12548
23          Austin, Texas   78711-2548
            (512) 936-1674
24          Counsel for Plaintiff State of Texas
25
```

HIGHLY CONFIDENTIAL

Page 3

```
 1      FRESHFIELDS BRUCKHAUS DERINGER US LLP
        BY:   JAN RYBNICEK
 2            jan.rybnicek@freshfields.com
              ANDREW HENDERSON
 3            andrew.henderson@freshfields.com
        700 13th Street, NW, 10th Floor
 4      Washington, DC  20005-3960
        (202) 777-4500
 5      Counsel for Google LLC

 6

 7   ALSO PRESENT:
 8         JONATHAN JAFFE, consultant
 9         STEVEN C. SPARLING, Litigation and
     Regulatory Counsel, Google LLC
10
           VINCE ROSICA, trial technician,
11   Precision Trial Solutions
12
13   V I D E O G R A P H E R :
           BILL GEIGERT,
14      Golkow Litigation Services
15                          - - -
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 6

1           VIDEOGRAPHER:  Good morning.
2   We are now on the record.  My name is
3   Bill Geigert.  I'm the videographer
4   for Golkow Litigation Services.
5           Today's date is April 30, 2024,
6   and the time is 9 a.m.
7           This remote video deposition is
8   being held in the matter of the State
9   of Texas, et al., versus Google LLC.
10          The deponent is ███████████.
11          All parties to this deposition
12  are appearing remotely and have agreed
13  to the witness being sworn in
14  remotely.
15          Due to the nature of remote
16  reporting, please pause briefly before
17  speaking to ensure all parties are
18  heard completely.
19          All counsel will be noted on
20  the stenographic record.
21          The court reporter is Carrie
22  Campbell, and she will now swear in
23  the witness.
24    /
25    /

HIGHLY CONFIDENTIAL

Page 7

```
 1              ████████████████████████
 2    of lawful age, having been first duly sworn
 3    to tell the truth, the whole truth and
 4    nothing but the truth, deposes and says on
 5    behalf of the Plaintiffs, as follows:
 6
 7                 DIRECT EXAMINATION
 8    QUESTIONS BY MR. CHANG:
 9         Q.      Good morning, ████████████
10         A.      Good morning.
11         Q.      Will you please state your name
12    for the record?
13         A.      ██████████████████████
14         Q.      ██████████████  do you understand
15    that you're under oath today?
16         A.      Yes, I do.
17         Q.      And you just swore to tell the
18    truth under penalty of perjury.
19                 Right?
20         A.      Yes, I did.
21         Q.      Have you ever been deposed
22    before?
23         A.      Yes, I have.
24         Q.      How many cases?
25         A.      I've been deposed two times for
```

Page 160

```
 1              So when an advertiser tells us
 2    they want to spend advertising dollars with
 3    us to achieve a certain outcome, we have to
 4    understand as an ad technology provider
 5    whether or not we're driving those outcomes.
 6              Now, in a non-digital world, I
 7    may just have to have the advertiser call me
 8    on the telephone and say, your ads are
 9    driving results for me.  Thank you.
10              In ad technology, you can use a
11    piece of technology that an advertiser
12    chooses to embed on their website to send a
13    signal to the ad technology providers they
14    work with to tell them that actions are being
15    taken as a result of exposure to an ad.
16        Q.    So an example of that might be
17    click-through rate?
18        A.    So click-through rate is a
19    metric in the advertising industry but isn't
20    specifically a conversion, per se.
21              Now, I would say that a
22    click-through rate could be a measure by
23    which something could lead to a conversion.
24              And so in consumer language,
25    let's say you visited -- I'm sorry, let's say
```

HIGHLY CONFIDENTIAL

Page 161

```
1    you see an ad online.  You click on the ad.
2    And then you see the ad nine more times and
3    you don't click on the ad.  That means the ad
4    has a 10 percent click-through rate.  Or one
5    out of ten times an ad was shown, it was
6    clicked on.
7                    That's the definition of a
8    click-through rate.
9         Q.       Have you personally ever
10   disclosed Project Bernanke to a customer?
11        A.       I don't believe I've ever used
12   the phrase "Project Bernanke" in a
13   customer-facing meeting.
14        Q.       Have you ever disclosed the
15   substance of Project Bernanke to any
16   customer?
17        A.       It is likely I have spoken to
18   customers about how Google's bid strategies
19   help drive outcomes, of which experiments
20   like Bernanke could have played a role.
21        Q.       Have you ever explained the
22   mechanics through which Bernanke accomplishes
23   the goals that you just mentioned to a
24   customer?
25        A.       It's likely that I have.  I
```

HIGHLY CONFIDENTIAL

Page 162

```
 1    can't think of a specific customer example

 2    sitting here today.

 3           Q.       Why do you say it's likely?

 4           A.       Because we talk about how

 5    Google's advertising products work when we

 6    meet with customers, especially when they're

 7    asking about them.

 8           Q.       Explain the mechanics of

 9    Bernanke to me.

10           A.       So my understanding of Bernanke

11    is primarily in the context of how our bid

12    strategies work overall, which is focusing on

13    an advertiser outcome.

14                    And in order to focus on an

15    advertiser outcome, we need to have a good

16    understanding of what it will take to win an

17    advertising auction that we feel would lead

18    to, or has a chance to lead to, the outcome

19    the advertiser is after, right, whether

20    that's buying a pair of shoes, et cetera.

21                    And so my understanding of

22    Project Bernanke is, it was a way to

23    understand what was the bid required to win

24    an impression based on competing in a lot of

25    these auctions, and then adjust the bid
```

HIGHLY CONFIDENTIAL

Page 331

```
 1                    CERTIFICATE
 2            I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 3  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 4  of the examination, ██████████ was duly
    sworn by me to testify to the truth, the
 5  whole truth and nothing but the truth.
 6            I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 7  testimony as taken stenographically by and
    before me at the time, place and on the date
 8  hereinbefore set forth, to the best of my
    ability.
 9
              I DO FURTHER CERTIFY that I am
10  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
11  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
12  that I am not financially interested in the
    action.
13
14           Carrie A. Campbell
15
16           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
17           Certified Realtime Reporter
             California Certified Shorthand
18           Reporter #13921
             Missouri Certified Court Reporter #859
19           Illinois Certified Shorthand Reporter
             #084-004229
20           Texas Certified Shorthand Reporter #9328
             Kansas Certified Court Reporter #1715
21           New Jersey Certified Court Reporter
             #30XI00242600
22           Louisiana Certified Court Reporter
             #2021012
23           Notary Public
             Dated:  May 1, 2024
24
25
```