# EXHIBIT 76
## REDACTED

Message

**From:** ███████████████████████████
████████████████████ @docs.google.com]
**Sent:** 12/12/2014 7:59:34 PM
**To:** ███l@google.com
**Subject:** AdX Per Buyer Res... - Will we proactively communicate we're...
**Attachments:** ███████

 mentioned you in a comment on AdX Per Buyer Reserve Prices



Will we proactively communicate we're doing this? Or is the plan to keep this secret from both pubs and buyers?

I'd like this to be a silent launch. If you or others feel strongly against talk to  @google.com

You received this email because you are mentioned in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

Google

HIGHLY CONFIDENTIAL