# EXHIBIT 77
# REDACTED

To: ▮
CC: AdX and GDN people
Subject: Approval to remove restriction on GDN maintaining constant ▮
Email:

privileged and confidential

### Change to margin structure
<u>Today:</u> GDN margin of ▮ per impression

<u>Proposed change:</u> GDN would maintain a network average of ▮ margin, but allow for higher or lower margins per publisher (with some constraints).

### Rationale for change
The current Bernanke increases the AdX win rate from ▮ and increases revenue by ▮

**Ask**

We're seeking your approval to allow for GDN to deviate from the ███████ for individual publishers (margin changes have previously required your approval). We've been talking across the teams (GDN + AdX) and we feel that overall this is a very good change for the network - particularly for our advertisers. We do not make any external statements around the GDN margin (on AdX) so a change would not involve any comms to publishers / buyers / advertisers.

Thanks!

HIGHLY CONFIDENTIAL                                                                                                                GOOG-DOJ-15724552