# EXHIBIT 78
# REDACTED

From: ███████████@google.com>
To: ███████████@google.com>
Subject: Re: ramp up / down method for DRS launch on August 1st
Cc: ███████l@google.com>, ███████@google.com>, ███████@google.com"
███████@google.com>, ███████@google.com>, ███████@google.com>,
███████@google.com> ███████@google.com>, ███████@google.com>

Case 4:20-cv-00957-SDJ   Document 743-24   Filed 12/30/24   Page 2 of 3 PageID #: 48014

Yes, I think we're set to ramp up the experiment. From DB data, pubs that ███████████
More details here:
███████████

On Wed, Jul 27, 2016 at 5:36 PM, ███████@google.com> wrote:

> ███████ after you verify ███████ on using DRS status from DB, can you help staged roll out, going to ███████?

> ███████

> On Wed, Jul 27, 2016 at 5:23 PM ███████@google.com> wrote:

>> Let's stick with original plan then - Monday start ramping down opt-outs, and ramp up v2 for opt-ins. Who is making the change?

>> On Tue, Jul 26, 2016 at 4:41 PM, ███████l@google.com> wrote:

>>> Agreed with what you say ███. August 1 is less than a week away. I don't think taking an action before Monday buys us anything.

>>> On Tue, Jul 26, 2016 at 4:34 PM, ███████@google.com> wrote:

>>>> Yes, so this was my question: Though I did make the original suggestion, you've all convinced me otherwise. :) Do we expect a significant fraction of publishers to actually do this measurement on their own (as opposed to trusting our more reliable experiment)?
>>>> ███████████.

>>>> So I don't see a significant advantage to any group of publishers from us ramping down. Did I miss anything?

>>>> ███

>>>> On Tue, Jul 26, 2016 at 4:24 PM, ███████@google.com> wrote:

>>>>> ███████████

>>>>> ███████████

>>>>> The way I see it, it's:
>>>>> - Ramp-down v1 to ramp-up v1+2 ███████████
>>>>> - ███████████

>>>>> --

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks.

On Tue, Jul 26, 2016 at 4:04 PM, <███████@google.com> wrote:

On Tue, Jul 26, 2016 at 3:53 PM <███████@google.com> wrote:

███ to set a baseline. Do we expect publishers to measure revenue lift from their external perspective?

Nitish

On Tue, Jul 26, 2016 at 3:48 PM, <███████@google.com> wrote:

On Tue, Jul 26, 2016 at 3:35 PM <███████@google.com> wrote:

During the opt-out period for DRS there was some confusion among AMs about the data in the dashboard - some thought that the numbers would be a bump in revenue instead of the total that DRS will be worth to them after v2 launch, see thread below.

Our plan so far had been to slowly ramp down v1 for opt-out pubs starting Aug 1st, and ramp up v2 for opt-in pubs.

An alternative ███ suggested would be to slowly ramp down v1 first (retiring v1 for everyone) then replace it with v2 with a quick rampup. It is a little artificial, but after a bit of feedback I think it might well help resolve sales confusion and makes sense as "retiring v1 then replacing with v2".

Thoughts?

---------- Forwarded message ----------