# EXHIBIT 80
## REDACTED

# Dynamic Sell-side Revshare on AdX

Date: May 9, 2014

Authors: ██████████@google.com>, ███████████@google.com>

With inputs from ███████████████████████

██████████████████

Dynamic Sellside Revshare on AdX
   Goal
   Background
   AdX Auction with Dynamic Sell-side Revshare
      Cases
         Programmatic Reservation and Fixed CPM deals
         Self-bought Inventory
      Passback Chains
   AdX Serving Changes
      Sell-side revshare
      AdX Simulation
      Reserve Price seen by AdX Buyers
   Launch Plan
   Throttling
      Measuring AdX margin
      Probabilistic Throttling
      Throttling on a per buyer basis
      Throttling during ramp-up



## Goal

We would like to allow dynamic sell-side revshare on AdX so that transactions that would have not been cleared because of fixed sell-side revshare can be cleared. This is for increasing matching rate on AdX and revenue. The expected revenue impact is ~ ████ with overall AdX margin at ████ . See ████████ original doc for more analysis.

This document describes the AdX serving change for running dynamic sell-side revshare experiments.

## Background

Currently AdX takes a fixed 20% revshare from transactions for all buyers (AdWords or RTB buyers). The 20% AdX revshare is called **sell-side** revshare, in contrast to additional ████ **buy-side** revshare Google take for AdWords buyers. Dynamic buy-side revshare has been launched with positive outcome. This launch focuses on sell-side revshare.



|  | AdWord 1 | AdWord 2 | RTB |
|---|---|---|---|
| Bid entering AdX | ■ | ■ | ■ |
| ███████ | ■ | ■ | ■ |
| ███████ | ███████ | ████ | ████ |

When a request from AdX seller comes, AdX solicits bids from AdWords and RTB buyers.

AdWord bid: ■
AdWord bid 2: ■
RTB bid: ■

CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06864642

**Cases**

Programmatic Reservation and Fixed CPM deals



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06864643

## Redacted - Privilege

**Redacted - Privilege**

<u>Self-bought Inventory</u>

Self-bought ad (buyer and seller are the same entity, that is, publisher) takes a smaller than usual sell side revshare. The underlying implementation is done ███████████

**Comment [17]:** Was this resolved?

**Comment [18]:** No, this is still open and need more thoughts.

HIGHLY CONFIDENTIAL TREATMENT REQUESTED