# EXHIBIT 81
# REDACTED



CONFIDENTIAL

GOOG-DOJ-28386151



CONFIDENTIAL        GOOG-DOJ-28386160



CONFIDENTIAL

GOOG-DOJ-28386161



CONFIDENTIAL

GOOG-DOJ-28386162