# EXHIBIT 82
## REDACTED

Message

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓@google.com] |
| **Sent:** | 7/14/2014 4:56:51 PM |
| **To:** | ▓▓▓▓▓▓▓▓@google.com] |
| **CC:** | ▓▓▓▓▓▓▓▓@google.com] |
| **Subject:** | Re: Bernanke vs DRS? |

The challenge here will be publisher incentives. Is measuring how much subsidy each pub is ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓

On Mon, Jul 14, 2014 at 8:41 AM, ▓▓▓▓▓▓▓▓@google.com> wrote:
Bernanke for AdX buyers are different from dynamic sell-side revshare. For Bernanke we will ==subsidize queries below third-party price with money we over charge from other queries.== For example, for a third-party reserve price at $1 and two queries with bids at $2 and $0.5. Currently we will clear the first query (charge $1) and leave the second one unmatched. With Bernanke we can over charge on the first query by $0.5 (charge $1.5, by raising reserve price from $1 to $1.5), and use the extra $0.5 to subsidize the second query (now can clear at $1). We will maintain a pool (balance) to enable subsidization.

On Sun, Jul 13, 2014 at 11:38 PM, ▓▓▓▓▓▓▓▓@google.com> wrote:
From what will you build up the pool? Above - second - price clearing prices?

On Jul 13, 2014 8:21 PM, ▓▓▓▓▓▓▓▓@google.com> wrote:
Hi ▓▓

What is the idea you have in mind for AdX Buyer Bernanke (I've also seen it referred to as sell-side Bernanke)? What is the difference between that and Dynamic Sell Side rev share (DRS)? ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

Thanks!

▓▓

▓▓▓▓▓▓▓▓@google.com ▓▓▓▓