# EXHIBIT 83
## REDACTED

# AdX Dynamic Price Model Training

written by: ▮▮▮▮
based on work of ▮▮▮▮▮▮▮▮▮▮▮▮ and others
date: 2013-01-10

## Overview

We want to ==train machine learning models that can predict how much buyers are willing to pay== for a given ad impression opportunity (AdRequest). Applications for such models include

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.



This doc mostly talks about setting up a training and evaluation pipeline. Plugging the model into serving will be covered in a separate doc.

## Raw Input Data



### Data Sources



### From Logs to Training Data

#### Feature Extraction

We think it's good idea to use it as a baseline, potentially augmenting it with some manually extracted features.

#### Feature Expansion



HIGHLY CONFIDENTIAL
GOOG-DOJ-14008699