# EXHIBIT 84
# REDACTED

| | |
|---|---|
| **Message** | |
| **From**: | [REDACTED]@google.com] |
| **Sent**: | 9/11/2014 6:37:18 PM |
| **To**: | [REDACTED]@google.com] |
| **Subject**: | Re: DRS on track: [REDACTED] |

Hey [REDACTED],

Proposed email below (which I'd like to run by [REDACTED] as well), let me know what you think.

Just to be clear on the scope of the agreement in the review back in July - what launches do you think should be included? It sounded like [REDACTED] were primarily interested in reviewing auction changes - would something like RPO also have to be reviewed for full launch? What about EDA and pacing experiments that turn into full launches?

[REDACTED]


------
Since the beginning of June we've been running a Dynamic Rev Share (DRS) experiment for AdX - we reduce the AdX sell side rev-share in order to get more auctions with winners and so increase revenue and RPM. [REDACTED] We are ready for full launch of DRS (launch/121341). ==We are asking for approval to go ahead==.


More background: DRS works by charging advertisers less when their bid would otherwise be cut to below the auction reserve at the normal rev share (we don't make up the discount in this version). Before DRS the lowest possible winning pre-rev share bid would be reserve price / 0.8 (at a 20% AdX rev share). With DRS any pre-rev share bid above the reserve price could potentially win [more details in preso form here].

In the experiment we've seen a [REDACTED] in AdX revenue on DFP+AdX pubs and AdX only pubs (excludes AdSense) - about [REDACTED] annually. Based on the bids where we have an opportunity to apply DRS, the margin in the experiment settled at [REDACTED] (there weren't enough bids where we could charge advertisers less on for the overall margin to go lower). Regardless, we've also implemented [REDACTED]

Thanks!




On 9 September 2014 18:27, [REDACTED]@google.com> wrote:
I think the only [REDACTED]. That said, I think that there is enough support for the revenue growth to allow it.

Perhaps we can try for an email based approval? Seems worth trying to set as a precedent.

On Tue, Sep 9, 2014 at 4:06 PM, ██████████@google.com> wrote:
Hey ████,

Apologies if I was mistaken in this and happy to review more if needed, was pursuing the 100% launch target set at the beginning of the quarter (line 21).

I've discussed it with the comms teams (presentation here), and ==there was agreement we can do this as a silent launch since there is no direct pub or buyer visible impact==, other than the chance that they notice more auctions clearing despite reserves that used to be too high.



Let me know how you'd like to proceed and what else you need!

Thanks,
████


On 9 September 2014 13:19, ██████████@google.com> wrote:
Thanks ████

Didn't we agree to come back to the review once we had the experiment results / before full launch? I thought that was part of the agreement.

Even if we don't review with ████ I'd like to review the details and the comms doc on this one.



On Tue, Sep 9, 2014 at 11:53 AM, ██████████@google.com> wrote:
Hey ████, we are on track for getting DRS out in Q3, and approvals are lined up - could you have a look please ██████████████████████████.

Thanks!