# EXHIBIT 87

# DOCUMENT UNDER SEAL