# EXHIBIT 89
## REDACTED

| | |
|---|---|
| **Message** | |
| **From:** | Rahul Srinivasan ▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | 4/19/2018 7:29:55 PM |
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | ▮▮▮▮▮▮▮▮▮▮ Jonathan Bellack ▮▮▮▮▮▮▮▮▮▮ ; Aparna Pappu ▮▮▮▮▮▮ |
| **Subject:** | Re: Web SellSide Metrics Review April 26 |

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

On Thu, Apr 19, 2018 at 2:23 PM ▮▮▮▮▮▮▮▮▮▮ wrote:
███████████████████████████████████
███████████████████████████████████

On Thu, Apr 19, 2018 at 1:59 PM ▮▮▮▮▮▮▮▮▮▮ wrote:
I haven't been as directly involved in this piece. ▮▮▮▮ (who is traveling right now) and his team have thought more about this and likely have efforts/ideas.

Would be good to sync with him so that you can add that action plan to the slide.

On Thu, Apr 19, 2018 at 8:16 AM Jonathan Bellack <▮▮▮▮▮▮▮▮▮▮> wrote:
▮▮▮▮

On Wed, Apr 18, 2018, 11:18 PM ▮▮▮▮▮▮▮▮▮▮ wrote:
Thanks, ▮▮▮

HIGHLY CONFIDENTIAL TREATMENT REQUESTED
GOOG-NE-10573952

Holding bids constant, I agree that AdX floors are the largest block to adx transactions on eligible inventory, with the ranked order *from a volume standpoint* being:

Are there big ideas about altering floors that would improve AdX win rate w/o offsetting rev gains by driving a corresponding bid reduction?

On Wed, Apr 18, 2018 at 9:56 AM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
The part that jumps out to me is an issue we talk about frequently - AdX floors set too high. (reference slide)

▓▓▓▓ in your opinion, is that the largest opportunity in terms of increasing adx access / total revenue?

On Wed, Apr 18, 2018 at 12:07 AM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
Hi Web SellSide Team,

Kicking off a thread to flash a WIP Web SellSide metrics review for next week's RevForce, focused on long-term growth drivers.

Please let me know if you'd be willing to attend a walk-through to pre-vet later this week or early next week? If not able to attend, I'd love any:

- Feedback you have in the meantime.
- Questions you'd like me to look into before the mtg

Many thanks,
▓▓▓▓

--
▓▓▓▓▓▓▓▓ | Product Management | Google