# EXHIBIT 91
# REDACTED



CONFIDENTIAL  GOOG-DOJ-27799214

## What is AdX Direct?

AdX Direct allows publishers to use **AdX as a standalone product**. This is done by generating AdX ad tags (different from GPT tags) which allows pubs with non-Google ad servers to access AdX (OA & PA Only).

Google                                                    Confidential & Proprietary

Key Points
AdX Direct predates the Google acquisition and AdX-DFP merger
AdX Direct only has OA, PA capabilities

Closing
So why is AdX Direct a problem?

CONFIDENTIAL                                                    GOOG-DOJ-27799215



Key Points:
Eng work will take ▮▮▮▮▮ on making AdX Tags behave like GPT
We'll walk through our recommendation in the upcoming slides

CONFIDENTIAL
GOOG-DOJ-27799216

> ## AdX Direct prevents new features from reaching pubs and slows Serving + Reporting eng teams
>
> - **Introduces code complexity:** DRX must support two sets of the same feature or source of truth (e.g. blocks, query tool)
>   - [redacted]
> - **Prevents pubs from accessing new features:** e.g. Open Bidding, Multi-size, Native Express, Creative expansion
> - **Stops legacy feature deprecation:** DRX must maintain features we no longer actively support (e.g. AdX historical reports, AdX Data Transfer)
> - **Offers pubs a billing loophole:** We don't charge for unfilled impression on AdX Direct.
>
> Google                                                Confidential & Proprietary

Key Points
Due to code complexity, it doesn't make sense to commit extra eng work to implement new features on AdX Direct
As we roll out more and more new features that pubs love, AdX Direct pubs will fall further behind

Closing
Let's take a look at who's using AdX Direct

CONFIDENTIAL                                                                                        GOOG-DOJ-27799217



Key Points
Mobile: Many head apps in ███████████████████████████████. Using ██████ or proprietary
Web: ████████████████████ is biggest (currently Yavin prospect), ██████ and ██████
Video: Syndication partners like ████████████


AdX direct more skewed toward Mobile App, ██████ of AdX Direct revenue from App vs ██████ across Ad Manager (Backfill + AdX Direct)
Proprietary / 3P mediation, often using multi-call and inflating number of ad requests

CONFIDENTIAL                                                                                      GOOG-DOJ-27799218



CONFIDENTIAL

GOOG-DOJ-27799221