# EXHIBIT 92
# REDACTED



CONFIDENTIAL

GOOG-DOJ-29731245



PRIVILEGED AND CONFIDENTIAL

# 1P migration will be leveraged to unwind high AdX floors, and give it an equal footing vs 3P SSPs

| Pubs set higher floors on AdX for a variety of reasons | After migration, AdX 1P bids only subject to unified floors (uniformly applies to all indirect demand) |
|---|---|
| <ul><li>Global Bernanke subsidizes pubs with higher floors</li><li>Perception that undesirable ads correlated with low CPMs, and higher floors "protect" them</li><li>Simulating a real-time waterfall and soft floor buyers (like DBM)</li><li>Perceived benefit of revenue diversity (not relying solely on Google for revenue)</li></ul> | <ul><li>Unified pricing rules will be launched in Q1<ul><li>Equal floor across AdX, Jedi and remnant demand</li><li>No preferential access to certain SSPs/buyers (no buyer specific floors)</li><li>Ability to set diff. floors for diff. advertisers (channel conflict protection)</li></ul></li><li>AdX 1P bids will be exempt from existing high AdX floors (which will be deprecated)</li></ul> |

**Protections (advertiser/buyer blocks) will also be unified across AdX and Jedi in 2019, to further reduce inventory incrementality on 3P SSPs**

Google

