# EXHIBIT 94
# REDACTED

Message

**From:** ▓▓▓
**Sent:** 8/26/2013 9:31:15 PM
**To:** ▓▓▓
**Subject:** Fwd: ***CONFIDENTIAL*** RE: Google/AMC AdX Video Questions

- others

how did we model our mobile #s?

---------- Forwarded message ----------
From: ▓▓▓
Date: Mon, Aug 26, 2013 at 4:08 PM
Subject: Re: ***CONFIDENTIAL*** RE: Google/AMC AdX Video Questions
To: ▓▓▓
Cc: ▓▓▓

Yes, makes sense. I've emailed that group on a separate thread.

Thanks,

▓▓▓

On Mon, Aug 26, 2013 at 3:51 PM, Eve Goldman <eveg@google.com> wrote:
I think we need to get the buy-side team to weigh in on this.

▓▓▓ - do you want to reach out to ▓▓▓ and understand if they think the inventory is just as valuable to us if another competitor had exclusive access to mobile inventory?

On Mon, Aug 26, 2013 at 12:13 PM, ▓▓▓ wrote:
As discussed offline I think it could be good to wait on the mobile piece as we build up mobile monetization for video. ▓▓▓

On Mon, Aug 26, 2013 at 3:07 PM, ▓▓▓ wrote:
▓▓▓

▓▓▓ and I followed up with ▓▓▓ today on our proposal. They are going through offers received, and are compiling feedback and questions, but ▓▓▓

HIGHLY CONFIDENTIAL                                               GOOG-DOJ-14762797

███████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

██████████

████████████████████████████████████████████████████████
████████████████████

████████

████████████████████████████████████████

████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

On Tue, Aug 13, 2013 at 10:01 AM, ████████████████████████████████ wrote:

Hi ████████████,

Google is excited about the prospect of partnering with ██████████ on video monetization. We've answered your questions below and have also attached a PDF with more information as well as the answers again in one consolidated location. As discussed with ███, we do need to go through internal processes with our Finance and leadership teams before sending official CPMs and fill rates as part of the guarantee. We will provide this the week before Labor Day. Please let us know if you have any questions.

Response to questions, please see PDF attached as well:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████

██████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████
████████████████████████████
████████████████

■ [redacted]

**4. Traffic 'House' ads if no paid ads are available to fill slots and maintain ad load.**

Google is the only partner that offers true dynamic allocation to help automatically optimize yield. The seamless integration of AdX and DFP with Dynamic Allocation allows AdX to compete in real time within the ad server without passbacks and with the best ROI across indirect sold inventory for publishers.

■ [redacted]

■ [redacted]

■ [redacted]

■ [redacted]

■ [redacted]

■ [redacted]

HIGHLY CONFIDENTIAL                                          GOOG-DOJ-14762800

[redacted]

Thank You,
The Google Team

[redacted]

On Wed, Aug 7, 2013 at 5:36 PM, [redacted] wrote:

Hi [redacted]

Thanks again for your interest in [redacted]. As we've discussed, [redacted] is seeking proposals from Video Ad Fulfillment providers to fill our unsold (remnant), U.S. video advertising inventory. Please review the confidential material below and provide responses in-line.

Properties
- [redacted]

Environments
- Desktop

HIGHLY CONFIDENTIAL                                                                                            GOOG-DOJ-14762801