# EXHIBIT 96
## REDACTED

# DRX re-contracting PRD

***Owners:*** ████████

**Contract and product segments**
3 product versions with unified contract:

- ⊕ DRX SB
- ⊕ DRX SB Programmatic
- ⊕ DRX Premium Programmatic

**NOTE: DRX is an internal name only.**

| Product | Backfill | Deals | Contract | Pricing | Sign up flow |
|---|---|---|---|---|---|
| DRX SB | AdSense via inventory unit backfill | No | None-- uses existing DFP SB Free Ts&Cs | Ad serving free until impression threshold exceeded | Existing SB Ts&Cs sign up flow; credit card billing if imps exceeded |
| DRX SB Programmatic | AdX via VNLA, yield groups, or line items | Yes | Unified contract for SB | Ad serving free until impression threshold exceeded; rev share for all deals | Self-service contract sign up |
| DRX Premium Programmatic | AdX via VNLA, yield groups, or line items | Yes | Unified contract for Premium | Premium rate card and rev share for all deals | Self-service contract sign up or managed |

**Rolling out unified contract**

- ⊕ **Product segmentation and new customers:** For all new customers in supported regions, there is no longer an option to create an AdX only customer; all new customers are on the unified contract and therefore should have access to both products.

- ⊕ **Product segmentation and existing customers:** Existing customers who are on legacy

contracts will be allowed to maintain product segmentation between DFP and AdX, even though they may be using the shared container. It is possible in the shared container to have access to either DFP or AdX.

- Customers can maintain this product segmentation until they are  moved to the unified contract, at which time, they will gain access to both products.

- **Recontracting existing customers:** The move to the unified contract will take place in multiple phases, depending on the customer type (e.g. AdX only, DFP only, and combined)

  - **AdX only customers:** The goal is to have all AdX only pubs on unified contract by mid-2017 in time for ad slot deprecation. Ad slot deprecation was chosen as the target release since AdX no longer makes sense as a stand-alone product at this time.

    - Once AdX only pubs sign the unified contract, DFP will be exposed to them automatically.

    - When DFP functionality is exposed, roles and permissions function in the same way as they do today in the shared container:
      - **AdX Admin** role gains access to all DFP pages
      - **Exchange Manager** role gains access to the shared container, but only AdX pages in DFP

  - **AdX+DFP customers who need PD in DFP:** Since using PD in DFP requires broader data rights, all customers who want to use this feature will need to be on the unified contract. The data rights in the legacy contract do not cover this use case. It is possible for customers to remain on the legacy contract and sign the DAOF in order to use PD in DFP, however, the Deals team has determined that this is too much overhead and prefer that customers be on the unified contract in order to use PD in DFP.

  - **AdX+DFP customers:** For customers who already use both DFP and AdX and are on legacy contracts for both, the target recontracting date still TBD.

  - **DFP only customers:** Will remain on legacy contract unless they need AdX or Deals, since using Deals requires both DFP and AdX. Still TBD as to whether we will require recontracting for this segment, but one of the benefits is data rights consistency across all publishers.

- **Self-service contracting** is being expanded in order to support AdX contracts globally; this will help with the recontracting process for AdX only customers.

  - Self-service contracting is not supported in all countries:

GOOG-TEX-00725912

- Russia will always be offline, but will be unified.

- There are other countries for which we may be able to provide self-service contracting support, but not credit card billing. Countries that fall into this category:

    - Mexico, Argentina, Taiwan, Brazil, Australia, China, India, Ukraine, South Korea

- **Self-service contracting can only be accessed from within DFP.** The self-service contract flow can only be accessed from within DFP; therefore, AdX only pubs must click "Sign up for DFP from within AdX, accept the Ts&Cs and then utilize the self service contract flow.

### PG Deals support prior to recontracting

Until unified contract has launched, AdX only pubs who want PG deals need to sign up for DFP. These publishers may use Premium or Small Business.

- Deals language has been added to both the DFPSB Paid and DFP Premium self-service contract flow to support this

### DRX account creation and shadow accounts

As of Q1 2017, it is no longer possible to create an AdX account without a DFP account. It is also no longer possible to create a shadow account. Any new publisher who signs the new unified contract will get the full DRX product (AdX + DFP). Not all users in a network will have access to all features; it is still possible to create an AdX only "user".

### Payouts across multiple entities/resellers

It is not possible to have contract with reseller and then payout to 3rd party (i.e. publisher) legally. Doing this would require a multi-entity contract, which comes with many complications (e.g. tax law issues where a legal entity cannot payout to an entity in a different region, over-complicated sales process where every customer entity would need to have a local Google entity that could do a payout, maintaining product segmentation between DFP and AdX even though we are moving towards a unified product, and so on). Therefore, resellers will need to handle payouts to their publishers.

### Enforcing Policies

Because DFP+AdX are becoming one product and because publishers will be on a unified contract, when there is a policy violation, we cannot limit consequences to just one part of the product. Policy violations must be enforced across the entire product.

More details on this to follow.

GOOG-TEX-00725913

**Appendix: Unified contract support in different regions**

- Russia
  - Offline only; must be signatures on paper, then gets uploaded to SIMBA ("offline" refers to contract uploaded to SIMBA as opposed to self-service contract)

- Brazil
  - Unified contract rolled out
  - No self-service support
  - No credit card billing

- Argentina
  - Unified contract rolled out
  - No self-service support
  - No credit card billing

- Mexico
  - Unified contract rolled out
  - No self-service support
  - No credit card billing

- Taiwan
  - Unified contract rolled out
  - Self-service has not yet rolled out
  - Supports terms billing, but not credit card billing

- Australia
  - Unified contract rolled out
  - Self-service contract in progress
  - Credit card and standard terms billing supported

- China
  - Unified contract rolled out
  - No self-service support
  - No credit card billing

- India
  - Unified contract rolled out
  - Self-service has not yet rolled out
  - Supports credit card and terms billing

- Ukraine
  - Uses UK terms, so this has rolled out
  - No self-service support
  - No credit card billing

- South Korea
  - Unified contract rolled out
  - Self-service has not yet rolled out

HIGHLY CONFIDENTIAL

GOOG-TEX-00725914