# EXHIBIT 97
# REDACTED

From: █████
To: █████
Subject: Re: █████
Cc: █████

███, +RMC Support

Hi RMC Support - please update the NOTES section of all the following contracts on this page of ██████ to read: "FOR REFERENCE ONLY. NOT FOR EXECUTION. CONTRACTS MUST BE EXECUTED USING SIMBA (see ██████ for steps)."

ORDER FORM – DFP PREMIUM AND ADX SERVICES (Advanced Video)
ORDER FORM – DFP PREMIUM AND ADX SERVICES (Basic Video)
ORDER FORM – DFP SMALL BUSINESS AND ADX SERVICES (with AM) - NA
ORDER FORM – DFP SMALL BUSINESS AND ADX SERVICES - NA

Thanks,

███

On Tue, Feb 9, 2016 at 5:11 PM, ██████████ wrote:

> Hi ███,
> The contracts that begin "ORDER FORM - DFP..." are the reference copies only. They are PDFs locked on the standard terms and watermarked "Draft for Discussion". These should not be used to execute actual contracts.
>
> The actual contracts are created by Simba for online e-signature, offline standard signature, or offline non-standard signature.
>
> Please see ██████ and follow the relevant step-by-step for executing a DFP / AdX deal in Simba.
>
> Thanks,
>
> ███

On Tue, Feb 9, 2016 at 3:40 PM, ██████████ wrote:

> Hi ██████,
> Follow-up questions:
> 1. Is this the right link that contains all the unified contracts? I just went to go ██████████.
>
> 2. What's the difference between the first two contracts on that page? (what does "with AM") mean?
>
> Thanks!
> ███

On Tue, Feb 9, 2016 at 11:59 AM, ██████████ wrote:

> Thank you ████████!

CONFIDENTIAL                                                                                    GOOG-AT-MDL-019588187

On Tue, Feb 9, 2016 at 11:55 AM, ▇▇▇ wrote:

Hi ▇,

**Redacted - Privilege**

Best,
▇

On Tue, Feb 9, 2016 at 2:53 PM, ▇▇▇ wrote:

+ ▇▇▇

I'm about to board a flight - ▇▇▇, do you have a minute to respond to ▇▇ I'll probably be back online in a few hours.

Sent from my mobile

On Feb 9, 2016, at 2:44 PM, ▇▇▇ wrote:

Hi ▇▇,

▇▇ only uses AdX, and doesn't want to use DFP.

Does the Sales team still have to send them the new unified contract? Or since the AdX contract auto-renews, can we just let the current AdX contract auto-renew?

The Sales team does not want to send ▇▇ the unified contract because the DFP parts of the contract are irrelevant. The way the unified contract is worded, it sets a price for when the pub begins using DFP ad serving. Even though ▇▇ won't use DFP, having this wording in the contract will slow down the entire AdX re-negotiation process because if ▇▇ will have to negotiate a price for a product they aren't going to use.

Please let me know if you have any questions.

Thanks,
▇

On Tue, Feb 9, 2016 at 8:11 AM, ▇▇▇ wrote:

That's correct, ▇▇ - they should use the new unified contract. Thanks for checking in!
▇

On Mon, Feb 8, 2016 at 6:52 PM, ▇▇▇ wrote:

Hi ▇▇,
I wanted to be clear on AdX pubs re: unified contract.

▇▇▇ We should have the sales team send the new unified contract, correct?

CONFIDENTIAL                                                                                           GOOG-AT-MDL-019588188

**Use new contracts for:**
- New, renewing, or amended DFP / AdX deals

Thanks,

---------- Forwarded message ----------
From:
Date: Mon, Feb 8, 2016 at 2:29 PM
Subject:
To:

Hello ▇! How are you?
▇▇▇. Can we let the AdX contract auto-renew with no further changes... or does unification mean a new contract is required? Looking here it sounds like the new contract only applies to DFP renewals, but I want to be sure.

I am not sure to what DFP account that AdX account was mapped (I cannot find it on ▇▇▇). ▇▇▇

Please let me know if you'd rather chat in person and I will put some time on our calendars.

Thanks!

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let me know that it went to the wrong person. Thanks.

The above email may reflect a potential business arrangement, provided solely as a basis for further discussion, and is not intended to be and does not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.