# EXHIBIT 99

# DOCUMENT UNDER SEAL