# EXHIBIT 102
# REDACTED

| | |
|---|---|
| **From:** | ▮ |
| **Sent:** | 11/2/2018 1:42:18 AM |
| **To:** | ▮ |
| **CC:** | ▮ Rahul Srinivasan [▮]; ▮ |
| **Subject:** | Re: Exchange Bidding Floors |

To clarify here:

- Floors are set in each respective exchanges (OpenX lacks the ability for pubs to set floors and therefore has no floors) and the floor price in the callout to EBs is set via EDA.
- The unified pricing rules will only allow a single floor to be set across all exchanges. The value proposition for publishers is a single location in Google Ad Manager to manage floors versus the frustration of needing to manage individual floors for each source of demand in each exchanges' respective exchange UI (and the inability to do so in some exchange partners).
    - They will not be able to set exchange specific floors, since there will be a single unified floor
    - The comms doc can be found here. Please let me know if you have any additional questions!

**To answer** ▮ **pub's original question** "OpenX is telling us they do not set floors on their end and floors should be handled within Google" - my understanding is the floor will be set via EDA in auction callout. The unified auction will then run with each exchange submitting their own first price bid based on their own rules (with OpenX having no floor). Our comms on something like this would be "All participants in the unified auction, including Ad Exchange and third-party exchanges, compete equally for each impression on a net basis. Each exchange runs its own auction independently and then submits its bid into the unified auction. Third-party exchange bids do not set the floor price in Ad Exchange's auction." Internally It's the publishers decision they decided to work with an exchange that lacks the ability to set floors...

Please let me know if there are any more questions on this; we're trying to make this clear in the comms doc ▮/I linked above. Thanks!

▮

On Wed, Oct 31, 2018 at 7:37 PM ▮ wrote:
So will the CPMs floors replacer the EDA CPMs, or the rather the highest of the two will be applied ?

On Wed, Oct 31, 2018 at 3:57 PM ▮ wrote:
My understanding is that the unified pricing rules will simply let a pub set a common floor for all programmatic partners, if they wish. They will still be able to set exchange specific floors, if desired.

On Wed, Oct 31, 2018 at 3:32 PM ▮ wrote:
+rahul

I understand that today the floor price passed in the bid request is the Dynamic Allocation temporary CPM once we launch the *Unified Ad Manager Pricing Rules,* how would impact the floor price passed in the bid request ?

On Wed, Oct 31, 2018 at 8:39 AM ▮ wrote:
Folks,

Yes, to solve for this scenario we're working on *Unified Ad Manager Pricing Rules,* which is opening to a limited alpha soon - comms doc + betabot.

It's still v. early but it will be the long-term solution to EB pubs having to handle floors in multiple locations.



On Wed, 31 Oct 2018 at 14:37, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
> The unified floor solution should resolve this...right?

> On Wed, Oct 31, 2018 at 10:20 AM ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
>> + ▇▇▇▇▇▇▇▇ as the problem of "who sets floors and in what system" continues to come up with OpenX, Index, Rubicon and lots of other partners. The education and comms on this topic is very much needed on the buy-side for our exchanges and sell-side for our publishers. From the buy-side piece we continue to hear from our exchanges that they think they are missing opportunity because "publishers don't know how to set floors, and priority levels, properly in DFP".

>> On Wed, Oct 31, 2018 at 10:09 AM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
>>> Hi,
>>> Want to make you aware of conflicting information OpenX is providing one of my publishers. They are saying they don't set floors and it should be handled through us. I have assured the partner this is incorrect.
>>> Thanks.
>>> 

>>> ---------- Forwarded message ---------
>>> From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ >
>>> Date: Thu, Oct 25, 2018 at 5:49 PM
>>> Subject: Exchange Bidding Floors
>>> To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

>>> Hi ▇▇▇,

>>> Hope all is well,

CONFIDENTIAL                                                                                      GOOG-AT-MDL-008964889