# EXHIBIT 103
# DOCUMENT UNDER SEAL