# EXHIBIT 105
# REDACTED

## In the Matter Of:

*UNITED STATES vs*

*GOOGLE*

*EISAR LIPKOVITZ*

*November 09, 2023*

1

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF VIRGINIA

3   ----------------------------------------x

4   UNITED STATES OF AMERICA, et al.,

5           Plaintiff,

6     -against-              Civil Action No.

7   GOOGLE LLC,              1:23-cv-00108

8           Defendant.

9   ***CAPTION CONTINUED***

10  ----------------------------------------x

11        VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
          EISAR A. LIPKOVITZ
12        Thursday, November 9, 2023
          Washington, D.C.
13        9:07 a.m. - 5:09 p.m.
          HYBRID DEPOSITION

14

15

16

17

18

19

20

21        Reported stenographically by:
          Richard Germosen, FAPR, CA CSR No. 14391
22        RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
          NCRA/NJ/NY/CA Certified Realtime Reporter
23        NCRA Realtime Systems Administrator
          Job No. 2023-905987
24

25

2

1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF NEW YORK
3    ---------------------------------------x
4    ***CAPTION CONTINUED***
5    In Re:  Google Digital Advertising
6    Antitrust Litigation,
7    1:21-md-3010 (S.D.N.Y.)
8    ---------------------------------------x
9         CONTINUED VIDEOTAPED TELECONFERENCED STENOGRAPHIC
10   DEPOSITION of EISAR A. LIPKOVITZ, taken in the
11   above-entitled matter before RICHARD GERMOSEN, Fellow of
12   the Academy of Professional Reporters, Certified Court
13   Reporter, (License No. 30XI00184700), Certified Realtime
14   Court Reporter-NJ, (License No. 30XR00016800),
15   California Certified Shorthand Reporter, (License No.
16   14391), NCRA/NY/CA Certified Realtime Reporter, NCRA
17   Registered Diplomate Reporter, New York Association
18   Certified Reporter, NCRA Realtime Systems Administrator,
19   taken at the offices of FRESHFIELDS BRUCKHAUS DERINGER
20   LLP, 700 13th Street, N.W., Washington, D.C. 20005, on
21   Thursday, November 9, 2023, commencing at 9:07 a.m.
22
23
24
25

Case 4:20-cv-00957-SDJ   Document 744-19   Filed 12/30/24   Page 5 of 18 PageID #: 48145
UNITED STATES vs GOOGLE
Eisar Lipkovitz
November 09, 2023

3

1  A P P E A R A N C E S:
2
3
4  UNITED STATES DEPARTMENT OF JUSTICE
5  BY:  JULIA TARVER WOOD, ESQ.
6     -and-
7  BY:  MICHAEL FREEMAN, ESQ.
8     -and-
9  BY:  JEFFREY G. VERNON, ESQ., (via BridgeMobile/Zoom)
10  950 Pennsylvania Avenue
11  Washington, D.C. 20530
12  (202) 552.9047
13  julia.tarver.wood@usdoj.gov
14  michael.freeman@usdoj.gov
15  jeffrey.vernon@usdoj.gov
16  Attorneys for the Plaintiff,
17  United States of America
18
19
20
21
22
23
24
25

1  A P P E A R A N C E S:  (CONT'D.)

2

3

4  FRESHFIELDS BRUCKHAUS DERINGER US LLP

5  BY:  JULIE S. ELMER, ESQ.

6      -and-

7  BY:  SARA L. SALEM, ESQ.

8      -and-

9  BY:  LAUREN VACA, ESQ., (via Zoom)

10  700 13th Street, N.W.

11  10th Floor

12  julie.elmer@freshfields.com

13  sara.salem@freshfields.com

14  lauren.vaca@freshfields.com

15  Washington, D.C. 20005

16  (202) 777.4500

17  Attorneys for Google

18

19

20

21

22

23

24

25

1  A P P E A R A N C E S:  (CONT'D.)

2

3

4  BERGER MONTAGUE PC LLP

5  BY:  PATRICK F. MADDEN, ESQ.

6      -and-

7  BY:  JEREMY GRADWOHL, ESQ.

8  1818 Market Street, Suite 3600

9  Philadelphia, Pennsylvania 19103

10  (215) 875.3000

11  pmadden@bm.net

12  jgradwohl@bm.net

13  Attorneys for the Publisher Class

14

15  KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC

16  BY:  ERIC J. MAIER, ESQ.

17      -and-

18  BY:  DANIEL G. BIRD, ESQ., (via Zoom)

19  1615 M Street, N.W., #400

20  Washington, D.C. 2003620006-1047

21  (202) 326.7900

22  emaier@kellogghansen.com

23  dbird@kellogghansen.com

24  Attorneys for Associates Newspaper and Gannett

25

1  A P P E A R A N C E S:  (CONT'D.)

2

3

4  MORGIN RUBIN LLP

5  BY:  JONATHAN RUBIN, ESQ., (via Zoom)

6  1615 M Street, N.W., F3

7  Washington, D.C. 20419

8  (202) 630.0616

9  Attorneys for the Advertiser Class in the MDL

10

11  HERMAN JONES LLP

12  BY:  SERINA VASH, ESQ., (via Zoom)

13  3424 Peachtree Road

14  #1650

15  Atlanta, Georgia 30326

16  (404) 504.6500

17  svash@hermanjones.com

18  Attorneys for Inform, Inc., and Individual

19  Action Newspaper Publishers

20

21  ALSO PRESENT:

22  DAVID CAMPBELL, Legal Video Specialist

23  BRIAN SMITH, Video Zoom Monitor

24  MARA BOUNDY, ESQ., Google

25  JONATHAN WILKERSON, Lanier Law, (via Zoom)

Case 4:20-cv-00957-SDJ   Document 744-19   Filed 12/30/24   Page 9 of 18 PageID #: 48149
UNITED STATES vs GOOGLE
Eisar Lipkovitz
November 09, 2023

7

1               I N D E X
2    WITNESS                          EXAMINATION
3    EISAR A. LIPKOVITZ
4     BY ATTORNEY WOOD                    12
5
6               E X H I B I T S
7    EXHIBIT NO.   DESCRIPTION                PAGE
8    Exhibit 1     Eisar Lipkovitz deposition   20
9                  dated March 31, 2021
10
11   Exhibit 2     document GOOG-TEX-00046730   85
12                 through 46737
13
14   Exhibit 3     document GOOG-DOJ-05272070   143
15                 through 076
16
17   Exhibit 4     document GOOG-DOJ-12485597   175
18                 through 98
19
20   Exhibit 5     document GOOG-DOJ-13463955   245
21                 through 3960
22
23   Exhibit 6     document GOOG-DOJ-15204429   265
24                 through 4430
25

|   |   |
|---|---|
| 1 | E X H I B I T S  (CONT'D.) |
| 2 | EXHIBIT NO.    DESCRIPTION                          PAGE |
| 3 | Exhibit 7     document GOOG-DOJ-14380845     268 |
| 4 |               through 14380845 |
| 5 | |
| 6 | Exhibit 8     document GOOG-DOJ-03757786     272 |
| 7 |               through 03757789 |
| 8 | |
| 9 | Exhibit 9     document GOOG-TEX-00094226     274 |
| 10 |              through 94228 |
| 11 | |
| 12 | Exhibit 10    document GOOG-DOJ-12069332     276 |
| 13 |              through 12069347 |
| 14 | |
| 15 | Exhibit 11    document GOOG DOJ 32303873     277 |
| 16 |              through 915 |
| 17 | |
| 18 | Exhibit 12    document GOOG-DOJ-28501644 to  285 |
| 19 |              28501652 |
| 20 | |
| 21 | Exhibit 13    document GOOG-DOJ-15115878 to  285 |
| 22 |              5881 |
| 23 | |
| 24 | |
| 25 | |

9

1                        E X H I B I T S  (CONT'D.)

2    EXHIBIT NO.     DESCRIPTION                    PAGE

3    Exhibit 14      series of emails sent and       289

4                    received by Eisar Lipkovitz

5                    during time at Google

6

7    Exhibit 8       document previously marked      296

8                    Bellack 8

9    **original exhibits returned with original transcript
     by LEXITAS LEGAL to US DEPARTMENT OF JUSTICE
10   (exhibit index concluded)

11

12   PRODUCTION OF DOCUMENTS AND/OR INFORMATION

13              Page Line

14               15   19

15

16

17

18

19

20

21

22

23

24

25

Case 4:20-cv-00957-SDJ   Document 744-19   Filed 12/30/24   Page 12 of 18 PageID #: 48152
UNITED STATES vs GOOGLE
Eisar Lipkovitz
November 09, 2023

10

```
 1   ----------------------------------------------

 2                P R O C E E D I N G S

 3                     11:07 a.m.

 4                   Washington, D.C.

 5   ----------------------------------------------

 6            THE VIDEOGRAPHER:  Stand by, please.

 7            We are now on the record.  My name is

 8   David Campbell, and I'm a videographer retained by

 9   Lexitas.  Today's date is November 9, 2023, and the

10   time on the video monitor is 9:07 a.m.  This

11   deposition is being held at 700 13th Street,

12   Northwest, 10th Floor, Washington, D.C. 20005.

13            This is in the matter of United

14   States of America versus Google LLC.  The deponent

15   today is Eisar Lipkovitz.  The court reporter today

16   is Rich Germosen also with Lexitas.

17            Counsel, will you please identify

18   yourselves for the record, after which the court

19   reporter will please swear in the witness and we can

20   proceed.

21            ATTORNEY WOOD:  Julia Tarver Wood

22   from the United States Department of Justice on

23   behalf of the United States.

24            ATTORNEY FREEMAN:  Michael Freeman,

25   part of the United States Department of Justice.
```

Case 4:20-cv-00957-SDJ   Document 744-19   Filed 12/30/24   Page 13 of 18 PageID #: 48153
UNITED STATES vs GOOGLE
Eisar Lipkovitz
November 09, 2023

11

1    ATTORNEY MADDEN:  Patrick Madden,
2    Berger Montague, on behalf of the publisher class
3    plaintiffs.
4    ATTORNEY MAIER:  Eric Maier from
5    Kellogg Hansen on behalf of Daily Mail and Gwinnett.
6    ATTORNEY ELMER:  Julie Elmer for the
7    witness and Google.
8    ATTORNEY SALEM:  Sara Salem for the
9    witness and Google.
10   MS. MARA BOUNDY:  Mara Boundy from
11   Google.
12   ATTORNEY ELMER:  And will those on
13   the phone please identify themselves for the record
14   as well.
15   ATTORNEY VACA:  Lauren Vaca for the
16   witness and Google.
17   ATTORNEY VASH:  Serina Vash, Herman
18   Jones on behalf of Inform, Inc. and the individual
19   Action Newspaper Plaintiff.
20   ATTORNEY VERNON:  Jeff Vernon for the
21   DOJ.
22   ATTORNEY BIRD:  Dan Bird, Kellogg
23   Hansen for Daily Mail and Gannett.
24   CERTIFIED STENOGRAPHER:  Good
25   morning.  My name is Rich Germosen.  I am a

1   certified stenographic reporter.  My license is
2   available for inspection.
3           (Whereupon, the Certified
4   Stenographic Reporter administered the oath to the
5   witness.)
6
7   E I S A R   A.   L I P K O V I T Z,
8   having been first duly sworn or affirmed, was
9   examined and testified as follows:
10  EXAMINATION BY ATTORNEY WOOD:
11  BY ATTORNEY WOOD:
12      Q.    Good morning, Mr. Lipkovitz.
13            You understand you're under oath just
14  as if you were in a courtroom with a judge and a
15  jury present?
16            Do you understand?
17      A.    I do.
18      Q.    Okay.  Is there any reason you can't
19  give complete and accurate testimony today?
20      A.    No.
21      Q.    Okay.  And do you understand that
22  your testimony could be used by the Department of
23  Justice in any civil, criminal, administrative, or
24  regulatory case or proceeding?
25      A.    I do understand.

Case 4:20-cv-00957-SDJ   Document 744-19   Filed 12/30/24   Page 15 of 18 PageID #: 48155
UNITED STATES vs GOOGLE
Eisar Lipkovitz
November 09, 2023

158

1   ████████████████████████████
████████████████████████████████
██████████████████████████████████
█████████████████████████████████
██████████████████████████████████
█████████████████████████████████
████████████████████████████
██████████████
█████████████████████████████
████████
██████████████████████████████
█████████████████████
██████████████████████████████
████████████████████████
███████████████████████████████
████████████████████████████████
██████
██████████████████████████
████████████████████████
███████████████████████████████
███████████████████████████████
████████████
██████████████████████████████
██████████████████████████████
████████████████

Case 4:20-cv-00957-SDJ   Document 744-19   Filed 12/30/24   Page 16 of 18 PageID #: 48156
UNITED STATES vs GOOGLE
Eisar Lipkovitz
November 09, 2023

159

1        ATTORNEY ELMER:  Object to form.

[redacted lines 2–9]

10    Q.    Now, Bernanke was used to increase
11  the likelihood that GDN would win an auction,
12  including auctions on AdX; correct?
13        ATTORNEY ELMER:  Object to form.
14    A.    Correct.
15    Q.    Do you recall in connection with
16  Project Bernanke there being a discussion about
17  so-called competitive auctions and so-called
18  noncompetitive auctions?
19    A.    I heard -- I remember hearing that
20  name.  I'm trying to remember what does that mean,
21  the noncompetitive ones.
22    Q.    You don't?
23    A.    I don't.  I mean, it's entirely
24  possible -- I mean, there is one type of -- let me
25  say it differently.  I think that we knew -- so when

[lines 1–5 redacted]

6   Q.   Well, I guess what I really wanted to
7   know is in connection with Project Bernanke, how did
8   Google determine whether a given auction was
9   competitive or not competitive?
10       ATTORNEY ELMER:  Object to form.
11   Q.   What were the criteria used to make
12   that assessment?
13   A.   Yeah.
14       ATTORNEY ELMER:  The same objection.
15   A.   So, again, I think -- because I don't
16   believe it's a static thing.  I think it's more of a
17   sort of threshold set automatically, but let's just
18   go over the fact that the Google Display Network,
19   the GDN, started mostly using the AdSense product.
20   That's a product, which is, you know, a complete
21   ecosystem.  It's a publisher product for small
22   publishers, right.  To my knowledge, maybe we
23   changed it, but for a very long time, the only
24   demand available was Google demand.
25   Q.   Meaning GDN?

1       C E R T I F I C A T E

2           I, RICHARD GERMOSEN, Fellow of the

3   Academy of Professional Reporters, stenographic New

4   Jersey Certified Court Reporter, New Jersey Certified

5   Realtime Court Reporter, California Certified

6   Shorthand Reporter, California Certified Realtime

7   Reporter, NCRA Registered Diplomate Reporter, and

8   NCRA Certified Realtime Reporter, do hereby certify:

9           That EISAR A. LIPKOVITZ, the witness

10  whose deposition is hereinbefore set forth, having

11  been duly sworn, and that such deposition is a true

12  record of the testimony of said witness.

13          I further certify that I am not related

14  to any of the parties to this action by blood or

15  marriage, and that I am in no way interested in the

16  outcome of this matter.

17          IN WITNESS WHEREOF, I have hereunto set

18  my hand this 10th day of November 2023.

19

20  _____
    RICHARD GERMOSEN,
21  FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
    NYACR, NYRCR
22  LICENSE NO. 30XI00184700
    LICENSE NO. 30XR00016800
23  California CSR No. 14391
    California CRR No. 198
24

25