# EXHIBIT 107
## REDACTED

---

Message

**From**:     Nitish Korula ███████████████
**Sent**:     1/10/2018 4:46:08 PM
**To**:       ████████████████████████
**CC**:       ██████████████████████████████████████
**Subject**:  Re: Buyside Comms for tDRS

Thanks, ████████ and ████████

I'm ok with no buyside comms in general. I am also ok with letting ████ know specifically, but would want to review the proactive comms carefully.

Nitish

On Mon, Jan 8, 2018 at 2:51 PM, █████████████████████████████> wrote:
How ████ and Nitish,

Our current goal is to launch tDRS to 100% in the 2nd half of Q1. ████████ asked during our DRS sync if we should do any buyside comms for tDRS. I synced with ████████ and our initial inclination was that we shouldn't message anything externally.

We did discuss the possibility of proactively reaching out to ████ with a few sentence description of the change (something like: "You may notice a decrease in win rate when you bid below the floor. Based off your feedback from a previous sync, we've updated how revenue share based optimizations work. We now decide on our sellside margin before sending out bid requests, rather than making the determination after we see bids. We wanted to share this change with you proactively and let you know that you will no longer win with bids below the floor.). In our last DRS sync with them, we let them know that we were working on tDRS, and they seemed to support the change. Letting them know proactively could win us goodwill.

Let me know if you're comfortable with
1) The general no buyside comms strategy
2) Making an exception for ████ and letting them know proactively

Thanks,
████████

GOOG-AT-MDL-014570102