# EXHIBIT 109
## REDACTED

| | |
|---|---|
| **Message** | |
| **From:** | █████████████] |
| **Sent:** | 4/23/2018 2:44:33 AM |
| **To:** | ████████████████] |
| **CC:** | ███████████████████████████████████████████████████] |
| **Subject:** | Re: AdX Direct on NPM publishers |

Hi ████,

As part of inventory Unification all AdX Ad Slot will be converted to DFP Ad Units, however even though we are deprecating the AdX Inventory UI, which contains an AdX tag generator, publishers will be able to continue to generate and use the AdX tag (███████) for DFP ad units that are created as a result of the AdX UI tag conversion.

The caveat being that only ad units that were created from converted AdX UI tags can be used to generate the AdX tag (███████). Once generated, these tags can be used in 3rd party ad servers or directly on a publisher's page.

The DFP tag generator will be updated so that publishers may generate AdX tags (adsbygoogle.js) that can be used on their pages or in a 3rd party ad server. Publishers will have the ability to generate AdX tags only from the ad units that were created from an existing AdX UI tag, since those ad units are associated with an AdX web property.

All other use cases will require a GPT tag.

Hope that helps!

████



On Fri, Apr 20, 2018 at 2:49 PM, ██████████████████████> wrote:

Hi ████,

Do you happen to have more info about future tagging state for the adx-only NPM publishers that we are moving to unified contract: is there a plan to gradually move them over to GPT tags, or would they still be using adx tags?
Any details you have would be helpful, thanks!

████

On Tue, Apr 17, 2018 at 8:11 PM ████████████████> wrote:
 I don't know on the tagging, however I know we're trying to deprecate AdX tags so I assume only gpt.

CONFIDENTIAL                                                                  GOOG-AT-MDL-B-003186306

On Tue, Apr 17, 2018 at 6:49 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:
OK, got it.

So regardless of tagging status, everyone has to be on the DFP SB or unified contract.

And as for tagging, once they move over, no more adx tags, only gpt tags. correct?

On Tue, Apr 17, 2018 at 1:04 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓n> wrote:
Answers in line below in blue

▓,
I'm curious, what does "Sign the terms and conditions for the shared container" entail? (vs. signing a DFP SB or unified contract)

- Exact same thing. We need people to sign DFB SB conditions or a unified contract

And what about tagging, will pubs be forced to retag with GPT as they move over? Or is the going to be a gradual migration?

- I haven't looked into this piece and would need to defer to ▓▓▓▓ or ▓▓▓▓. I'm solely focused on aggressively deprecating the old AdX UI + Launching this to GA ASAP, which makes me lean towards the assumption of a gradual migration taking place. I know there are at least a few especially large clients that will need more time.

On Mon, Apr 16, 2018 at 9:46 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:
▓▓▓▓,
I'm curious, what does "Sign the terms and conditions for the shared container" entail? (vs. signing a DFP SB or unified contract)

And what about tagging, will pubs be forced to retag with GPT as they move over? Or is the going to be a gradual migration?

▓▓▓▓

On Fri, Apr 6, 2018 at 9:14 AM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:
We're aggressively moving the NPMs not on DFP to the shared container (details) with a plan to shut off NPM for the AdX only 5/1 (though there may be a few lingering examples)

On Thu, Apr 5, 2018 at 5:34 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:
Thanks ▓▓▓, this is great.

Just one follow-up question: would this plan also cover the NPM pubs not on DFP (red bucket below)? I am a bit unclear on how we can sign ▓▓▓▓▓▓s to DRX by Q2, as much as I'd like to see that happen. If the answer is NO, we'll need to flag and figure out what to do with that ▓▓▓▓ bucket…



Thanks!

On Thu, Apr 5, 2018 at 11:07 AM ███ wrote:

███, completely understand the GDPR code yellow.

███,
I already spoke with ███ on the overall plans for moving NPM partners off AdX Direct to DRX. The tl;dr is that we should have everyone off AdX Direct by the end of Q2. Most folks will move over to DRX. Some folks will just be off the platform.

Here are the specifics of that segmentation:
2 buckets of NPM pubs
- (1) Publishers (LPS partners) getting off adx direct tags by end of q2
- (2) Channel Partners (link)
- Tech providers - open beta on thurs, switch to GPT in 2ish months
- Digital agency/sales house - same as above
- Ad networks (actively getting rid of this part of the business via policy)
- DFP resellers (all going to DRX as a reseller or pub going to drx) - tags gone by end of q2-ish

This should be what we need for our presentation. Anything else you're missing?

███

Any misrepresentations on my end?

On Wed, Apr 4, 2018 at 5:20 PM ███ wrote:

███ has an executive review in about 3 weeks time. Ideally, we'd like to have a better understanding before that.

On Wed, Apr 4, 2018 at 6:16 PM ███ wrote:
███, it would be ideal to defer time spent on this. Is that possible?

On Wed, Apr 4, 2018 at 6:12 PM, ███ wrote:
Hi ███

I am helping ███ defining our strategy to move publishers off of AdX direct, (either to Demand Product or DRX). I would need your help to better understand NPM publishers ███ of AdX direct revenues).
For NPM pubs that only monetize represented inventory (the majority), Demand Product is not really an option, so we need to understand where they end.

Below is a breakdown of NPM pubs sending AdX direct traffic.
- There is a large component of pubs on DFP, that for some reasons keep sending traffic via AdX direct.