# EXHIBIT 111

# DOCUMENT UNDER SEAL