# EXHIBIT 114

## DOCUMENT UNDER SEAL