# EXHIBIT 116

# DOCUMENT UNDER SEAL