# EXHIBIT 117

# DOCUMENT UNDER SEAL