# EXHIBIT 118
# REDACTED



```
                                                               1
 1    ------------------------------/

 2    IN RE:

 3    GOOGLE ANTITRUST LITIGATION

 4    60-516110-0004

 5    ------------------------------/

 6

 7

 8

 9

10               ** HIGHLY CONFIDENTIAL **

11                  REMOTELY CONDUCTED

12             DEPOSITION OF  ████████████

13       Vancouver, Canada (Witness's location)

14             Tuesday, November 10, 2020

15

16

17

18

19

20    Stenographically reported by:
      LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
21    California CSR No. 10523
      Washington CSR No. 3318
22    Oregon CSR No. 19-0458
      Texas CSR No. 11318
23

24

25    Job No.:  2020-93264
```

2

```
 1                    A P P E A R A N C E S

 2            (All appearances remotely via Zoom)

 3   Appearing as counsel on behalf of The United States
     Department of Justice Antitrust Division:
 4
             U.S. DEPARTMENT OF JUSTICE
 5           BY:  MICHAEL WOLIN, ESQ.
                  MICHAEL McLELLAN, ESQ.
 6                JOHN LINDERMUTH, ESQ.
             450 Fifth Street, N.W.
 7           Washington, D.C. 20530

 8   Appearing as counsel on behalf of the State of
     Texas:
 9
             OFFICE OF THE ATTORNEY GENERAL
10           BY:  TREVOR YOUNG, ESQ.
                  FLOYD WALKER, ESQ.
11           300 West 15th Street
             Austin, TX 78701
12
     Appearing as counsel on behalf of Google:
13
             AXINN VELTROP & HARKRIDER
14           BY:  JOHN D. HARKRIDER, ESQ.
                  DANIEL S. BITTON, ESQ.
15           114 West 47th Street
             New York, NY 10036
16
     Also present:
17
             Alexander Bergersen, Esq., Google
18           Lara Kollios, Esq., Google
             Eric Peterson
19           Alexandra Logan
             Jose Reyes, Lexitas Monitor Tech
20

21                      ---oOo---

22

23

24

25
```

███████████

193

1          MR. WOLIN:  Sure.

2          MR. HARKRIDER:  Okay.  Can we have a count?

3   I have I think -- off the record.

4          (Recess taken, from 3:47 to 4:02.)

5          BY MR. WOLIN:

6    Q.    ████  ████████    I want to turn to discussing

7   video advertisements.  That was something that you

8   focused on earlier in your tenure at Google; is that

9   right?

10   **A.    That's correct.**

11   Q.    You were a product manager for video

12   advertisements?

13   **A.    Not exactly.  I was ███████████████████**

████████████████████████████████████████████.

15   Q.    What were those features?

16   **A.    Those features included the ability to**

17   **upload video files, video creatives, set them up in**

18   **the product.**

19          **They included things like better reporting**

20   **that accounted for all the different metrics that**

21   **matter when you run a video campaign versus other**

22   **types of campaigns.  It involved allowing the**

23   **publisher to set up their inventory to account for**

24   **video and nonvideo inventory.**

25   Q.    In that work, you became familiar with some

194

1    of the differences between video ads and display

2    ads; is that right?

3        A.    That's correct.

4        Q.    So video ads have motion; correct?

5        A.    Video ads generally have motion, but not

6    always.

7        Q.    They generally have sound?

8        A.    They generally have sound.

9        Q.    Display ads, generally, is a static image;

10   is that right?

11       A.    So display ads can be -- can also have

12   videos embedded in them.  In fact, many display ads

13   are so-called rich media ads that also have videos

14   in them that also have very similar characteristics

15   to video ads.

16            The difference here is less about the ad

17   itself, which could -- in both cases have motion or

18   not have motion, or have sound or not have sound,

19   but actually where the ad is placed.

20            So generally speaking, if the ad is placed

21   in a video stream, that is referred to an instream

22   ad.  If it's placed on a page with text and other

23   content, that's generally referred to as a display

24   ad.

25       Q.    Are there any other differences between

231

1   STATE OF CALIFORNIA )
                        ) ss.
2   COUNTY OF SONOMA    )

3

4         I do hereby certify that the foregoing

5   proceedings were reported by me to the best of my

6   ability and thereafter transcribed into typewriting

7   under my direction.

8         I further certify that I am not of counsel

9   nor attorney for either or any of the parties

10  hereto, nor in any way interested in the outcome of

11  the cause named in the caption.

12  Dated: November 14, 2020

13

14  LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
    California CSR No. 10523
15  Washington CSR No. 3318
    Oregon CSR No. 19-0458
16  Texas CSR No. 11318

17

18

19

20

21

22

23

24

25