# EXHIBIT 119
# REDACTED

# In the Matter Of:

*In Re - Google Digital Advertising*

*June 28, 2024*



Highly Confidential                                                              GOOG-AT-MDL-C-000076295

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT

 2               FOR THE SOUTHERN DISTRICT OF NEW YORK

 3
      _____
 4                                   )
      IN RE GOOGLE DIGITAL           )    Civil Action No.
 5    ADVERTISING ANTITRUST          )    1:21-MD-03010-PKC
      LITIGATION.                    )
 6    _____)

 7
                      ** HIGHLY CONFIDENTIAL **
 8

 9
            Videotaped 30(b)(6) deposition of Google,
10
              by and through its corporate designee
11
                            ▆▆▆▆▆▆▆▆
12

13
                       Friday, June 28, 2024
14

15                         London, England
                           United Kingdom
16

17

18

19

20

21

22
      Job No. 946476
23
      Pages: 1 - 122
24
      Reported stenographically by:
25    LEAH M. WILLERSDORF, RMR, CRR, FBIVR, ACR, QRR2, CLR
```

```
 1
 2
 3                    Friday, June 28, 2024
 4
 5                   12:01 p.m. to 3:26 p.m.
 6                     (British Summer Time)
 7
 8
 9
10        Videotaped 30(b)(6) deposition of Google, by
11   and through its corporate designee ▮▮▮▮▮, held at
12   the offices of Freshfields, 100 Bishopsgate,
13   London EC2P 2SR, England, United Kingdom, before
14   Leah M. Willersdorf, Registered Merit Reporter and
15   Certified Realtime Reporter, both with the US National
16   Court Reporters Association, and Fellow of the British
17   Institute of Verbatim Reporters, Accredited Court
18   Reporter, Qualified Realtime Reporter (Level 2), and
19   Certified LiveNote Reporter.
20
21
22
23
24
25
```

Highly Confidential                              GOOG-AT-MDL-C-000076297

```
                                                                  3
 1                        A P P E A R A N C E S

 2   On behalf of Publisher Class Plaintiffs:

 3        BERGER MONTAGUE

 4             1818 Market Street
               Suite 3600
 5             Philadelphia, PA 19103
               (215) 875 3000
 6
          BY:  PATRICK F. MADDEN, ESQ.
 7             pmadden@bm.net

 8   On behalf of plaintiff Inform, Inc.:

 9        HERMAN JONES LLP

10             3424 Peachtree Road NE
               Suite 1650
11             Atlanta, GA 30326
               (404) 504 6500
12
          BY:  SERINA VASH, ESQ. (via Zoom)
13             svash@herman.jones.com

14
     On behalf of the Advertiser Class Plaintiffs:
15
          GIRARD SHARP LLC
16
               601 California Street
17             Suite 1400
               San Francisco, CA 94108
18             (415) 981 4800

19        BY:  SCOTT GRZENCZYK, ESQ. (via Zoom)
               scottg@girardsharp.com
20
     -and-
21        AHDOOT & WOLFSON, P.C.

22             2600 W. Olive Avenue
               Suite 500
23             Burbank, CA 91505-4521
               (310) 474 9111
24
          BY:  CHRISTOPHER STINER, ESQ. (via Zoom)
25             cstiner@ahdootwolfson.com
```

Highly Confidential                                        GOOG-AT-MDL-C-000076298

```
                                                                    4
 1                    A P P E A R A N C E S
                             (continued)
 2
     On behalf of Google and the witness:
 3
            FRESHFIELDS BRUCKHAUS DERINGER LLP
 4
                 700 13th Street, NW
 5               10th Floor
                 Washington, DC 20005-3960
 6               (202) 777 4500

 7          BY:  CONSTANCE FORKNER, ESQ.
                 ALEXIA SYRMOS, ESQ.
 8               HAZEL LING, ESQ.
                 constance.forkner@freshfields.com
 9               alexia.syrmos@freshfields.com
     -and-
10
            AXINN, VELTROP & HARKRIDER LLP
11
                 1901 L Street NW
12               Washington, DC 20036
                 (202) 912 4700
13
            BY:  JAMES K. HUNSBERGER, ESQ. (via Zoom)
14               jhunsberger@axinn.com

15

16

17
     ALSO PRESENT
18
            Jeremy Gradwohl     -    Berger Montague (Zoom)
19
            Alex Bergersen      -    Google in-house counsel
20
            Linda Fleet         -    Videographer
21
            Kevin Johnson       -    Remote technician
22

23

24

25
```

Highly Confidential                                                          GOOG-AT-MDL-C-000076299

5

```
 1                       WITNESS INDEX
 2    Witness:                                    Page
 3    ███████████
 4
         Examination by Mr. Madden                  9
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential                GOOG-AT-MDL-C-000076300

Case 4:20-cv-00957-SDJ   Document 744-33   Filed 12/30/24   Page 8 of 9 PageID #: 48219
In Re - Google Digital Advertising
Highly Confidential                                                June 28, 2024

47

```
 1                THE WITNESS:  Yes.
 2   BY MR. MADDEN:
 3        Q.   Okay.  And so there's video display ads
 4   that would display within a standard web page display
 5   ad impression, right?
 6        A.   Yes.
 7        Q.   Okay.  And then there's video display ads
 8   that would play within a video on a web page, right?
 9        A.   Yes.
10        Q.   Okay.  And so would the video display ads
11   that play within a video on a web page be in-stream
12   video ads?
13                MS. FORKNER:  Object to scope.
14                THE WITNESS:  So "in-stream" refers to ads
15   that are shown within the actual -- are stitched into
16   the actual video content itself.  "Out-stream" refers
17   to what would normally be a display ad that just shows
18   a video ad on the page.
19   BY MR. MADDEN:
20        Q.   Okay.  So AdSense -- strike that.
21             Does AdSense currently support in-stream
22   video ad placements?
23        A.   So AdSense is actually a family of
24   products.  The product that I'm responsible for is
25   referred to as AdSense for Content and that does not
```

```
                                                                    122
 1                    REPORTER CERTIFICATE

 2

 3        I, LEAH M. WILLERSDORF, Registered Merit

 4   Reporter, Certified Realtime Reporter, Fellow of the

 5   British Institute of Verbatim Reporters, Qualified

 6   Realtime Reporter Level 2, and Certified LiveNote

 7   Reporter, do hereby certify that:

 8        [REDACTED]          appeared before me on Friday,

 9   June 28, 2024, was duly sworn by me, and was thereupon

10   examined by counsel; that the testimony of said

11   witness was taken and reduced to stenotype writing

12   before me; that the foregoing is a true and accurate

13   record to the best of my knowledge, skill and ability;

14   that I am neither a relative nor employee of any party

15   to the action in which this deposition was taken; nor

16   am I a relative nor employee of any attorney or

17   counsel employed by any party thereto; and, further, I

18   am not financially or otherwise interested in the

19   outcome of the action.

20

21

22                        [signature]
23                  _____
                          LEAH M. WILLERSDORF
24                  RMR, CRR, FBIVR, ACR, QRR2, CLR

25                        (June 30, 2024)
```