IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § § | |
| *Defendant.* | § | |

**PLAINTIFF STATES' REDACTED RESPONSE TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' DTPA CLAIMS**

Defendant Google LLC ("Google") respectfully submits a redacted version of Plaintiff States' Response to Google LLC's Motion for Summary Judgment on Plaintiffs' DTPA Claims (ECF No. 712), the appendices (ECF Nos. 712-1 through 712-6), and the proposed order to same (ECF No. 712-8), which were filed under seal on December 9, 2024. Google has conferred with Plaintiffs and agreed to file these redacted versions on their behalf, pursuant to the corresponding Motion to Seal filed by Plaintiffs (ECF No. 710).

Dated: December 30, 2024

Respectfully submitted,

**GIBBS & BRUNS LLP**

*/s/ Kathy D. Patrick*
Kathy D. Patrick
Texas Bar No. 15581400
kpatrick@gibbsbruns.com
Ayesha Najam
Texas Bar No. 24046507
anajam@gibbsbruns.com
Charles Rosson
Texas Bar No. 24074985
crosson@gibbsbruns.com
1100 Louisiana, Suite 5300

Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

Eric Mahr (*pro hac vice*)
Julie S. Elmer (*pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Tel.: (202) 777-4545
eric.mahr@freshfields.com
julie.elmer@freshfields.com

ATTORNEYS FOR DEFENDANT GOOGLE LLC

### CERTIFICATE OF SERVICE

I certify that on December 30, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

*/s/ Kathy D. Patrick*
Kathy D. Patrick