# APPENDIX A

## Powers of the Attorney General

| State | Powers of the Attorney General |
|---|---|
| **Alaska** | "The attorney general shall . . . represent the state in all civil actions in which the state is a party." Alaska Stat. § 44.23.020(b)(3). |
| **Arkansas** | "The Attorney General shall maintain and defend the interests of the state in matters before . . . all [] federal courts." Ark. Code Ann. § 25-16-703(a). |
| **Florida** | "The Attorney General…[s]hall appear in and attend to, in behalf of the state, all suits or prosecutions, civil or criminal or in equity, in which the state may be a party, or in anywise interested, in the Supreme Court and district courts of appeal of this state." Fla. Stat. § 16.01(4). "The Attorney General…[s]hall appear in and attend to such suits or prosecutions in any other of the courts of this state or in any courts of any other state or of the United States." *Id.* § 16.01(5). |
| **Idaho** | The duties of attorney general include "[t]o perform all legal services for the state and to represent the state . . . in all courts." Idaho Code § 67-1401(1). |
| **Indiana** | "The attorney-general shall prosecute . . . all suits instituted by . . . the state of Indiana." Ind. Code § 4-6-2-1(a). |
| **Kentucky** | "[T]he Attorney General shall . . . commence all actions or enter an appearance in all cases, hearings, and proceedings in and before all [] courts, tribunals, or commissions in or out of the state, and attend to all litigation and legal business in or out of the state required of the office by law, or in which the Commonwealth has an interest." Ky. Rev. Stat. Ann. § 15.020(3). |
| **Louisiana** | "The attorney general shall have authority [] to institute, prosecute, or intervene in any civil action or proceeding." La. Const, art. IV, § 8. |
| **Mississippi** | The Attorney General has "the right to institute, conduct and maintain all suits necessary for the enforcement of the laws of the state, preservation of order and the protection of public rights." *Gandy v. Rsrv. Life Ins. Co.*, 279 So. 2d 648, 649 (Miss. 1973) (citations omitted); *see* Miss. Code Ann. § 7-5-1 ("The Attorney General . . . shall be the chief legal officer and advisor for the State . . . and is charged with managing all litigation on behalf of the State. . . . He shall have the powers of the Attorney General at common law and . . . is given the sole power to bring or defend a lawsuit on behalf of a State agency, the subject matter of which is of statewide interest."). |
| **Missouri** | "The attorney general shall institute, in the name and on behalf of the state, all civil suits and other proceedings at law or in equity requisite or necessary to protect the rights and interests of the state." Mo. Ann. Stat. § 27.060. |

| State | Powers of the Attorney General |
|---|---|
| **Montana** | The Attorney General has broad common law powers, including the power to sue to "protect[] the interests of the State and people of Montana." *State ex rel. Olsen v. Pub. Serv. Comm'n*, 283 P.2d 602, 603 (1955). |
| **Nevada** | "The Attorney General and the duly appointed deputies of the Attorney General shall be the legal advisers on all state matters arising in the Executive Department of the State Government." Nev. Rev. Stat. § 228.110(1). In addition, "[i]f the Attorney General has reason to believe that a person has engaged or is engaging in a deceptive trade practice, the Attorney General may bring an action in the name of the State of Nevada against that person." *Id.* § 598.0963(3). Finally, "the Consumer's Advocate may exercise the power of the Attorney General in areas of consumer protection, including, but not limited to enforcement of" Nevada's DTPA. *Id.* § 228.380(1). The attorneys of record in this case all work under the Consumer Advocate. |
| **North Dakota** | "The attorney general and the attorney general's assistants are authorized to institute and prosecute all cases in which the state is a party, whenever in their judgment it would be for the best interests of the state so to do." N.D. Cent. Code § 54-12-02. |
| **Puerto Rico** | The Secretary of Justice may represent Puerto Rico in federal court in cases seeking to protect free and fair markets in the Commonwealth. P.R. Laws Ann. tit. 10, § 272(a)(6). |
| **South Carolina** | The Attorney General "shall appear for the State" in any court "when required by the Governor or either branch of the General Assembly." S.C. Code Ann. § 1-7-40; *see State ex rel. Condon v. Hodges*, 562 S.E.2d 623, 627 (S.C. 2002) ("[T]he Attorney General may . . . institute, conduct and maintain all such suits and proceedings as he deems necessary for the enforcement of the laws of the State." (cleaned up)). |
| **South Dakota** | When "the welfare of the state demands, [the Attorney General shall] appear for the state and prosecute or defend, in any court or before any officer, any cause or matter, civil or criminal, in which the state may be a party or interested." S.D. Codified Laws § 1-11-1(2). |
| **Texas** | "The attorney general shall prosecute and defend all actions in which the state is interested before the supreme court and courts of appeals." Tex. Gov. Code Ann. § 402.021; *see also Bullock v. Texas Skating Ass'n*, 583 S.W.2d 888, 894 (Tex. Civ. App. 1979) ("In matters of litigation the Attorney General is the officer authorized by law to protect the interests of the State," including "bringing suit."). |
| **Utah** | "The attorney general shall . . . prosecute or defend all causes to which the state . . . is a party." Utah Code Ann. § 67-5-1(b). |