**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| The State of Texas, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan<br><br><br>Special Master: David T. Moran |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's motion for summary judgment on Plaintiff States' DTPA claims, Dkt. 672, and Plaintiff States' response thereto. Upon review of the motion, the response, and the record, and for the reasons set forth in Plaintiff States' response to the motion, it is hereby ORDERED that Defendant Google LLC's motion for summary judgment on Plaintiff States' DTPA claims is DENIED.

IT IS SO ORDERED.