# EXHIBIT 129

# DOCUMENT UNDER SEAL