# EXHIBIT 130
# REDACTED

# DRX Getting Started Guide - ▮

**Table of Contents**

General resources on being a PM at Google
    Peer buddy and Mentors:
Background (and our publisher business overall)
    What is DFP?
    What is AdX?
    For more information on DFP and AdX…and DRX...
        Recommended Reading
        Product Management at Google (not DRX Specific)
People to Know (your coworkers)
    Product Management
    Engineering
    User Experience (UX)
    Technical Writing
    Legal
    Commercialization, Program Management & More
    Other PMs from other teams you may work with...
        Standing Meeting (General DRX ones)
A word about privacy
    Display Privacy Reviews
Important Email Lists
Tools:
    Dashboards
    Getting Access to Tools
    PLX
Miscellaneous Useful Links
Industry and External links:

HIGHLY CONFIDENTIAL TREATMENT REQUESTED                    GOOG-NE-13468302

- well and many people internally still use it (though it's not supposed to be an external name)
  - **DFP** - Yes, it's the same acronym as the old version, but we mean the new DFP built on the Google stack
  - **DFP Premium** - This is not an official name, but it's used by many people since we also have a free version of DFP called DFP Small Business
  - **GAM** - Google Ad Manager was Google's competitor to DART pre-acquisition. It was offered for free and ultimately became DFP SB
  - **DFP SB** - This is the free version of DFP. It has a more limited feature set and is free for the first 90mm impressions.

## What is AdX?

AdX stands for the [DoubleClick] Ad Exchange, which is a monetization platform for large to medium-sized publishers. AdX is a marketplace that matches buyers (advertisers via their agents who take the form of ad networks, DSPs, and Trading Desks) with publishers to help make money from selling their remnant ad inventory (a.k.a. "indirect") in bulk. There are ~5,300 AdX publisher accounts.

Since many publishers cannot sell all of their ad inventory and that inventory is effectively a perishable item, publishers often place their inventory into an ad exchange environment in order to monetize it. The prices they get there are not nearly as high as what publishers could get by directly selling it via DFP but the volume is appreciable and so is the revenue.

Most transactions in AdX occur via the OA ("Open Auction") where inventory is bought at auction in real-time (within a 100ms time window) using the RTB (Real-time bidding) protocol. However, AdX also supports several other ways to transact, which include:

- **Preferred Deals (PDs)** - These are special negotiated agreements between a single buyer and a single publisher to transact on specific inventory at a specific price and time-frame. Typically, PDs are not contractually binding and in return for potentially getting a higher price for inventory, publishers agree to give buyers a first-look at selected inventory. Otherwise, if not transacted on, this inventory flows back into the OA ("Open Auction").
- **Private Auctions (PAs)** - These are special negotiated agreements between a single publisher and up to 10 unique buyers. Otherwise, they work just like Preferred Deals.
- **Programmatic Guarantees (PGs)** – These are guaranteed deals between a publisher and a buyer for a fixed quantity of inventory at a fixed price. This was formerly called "Project Jordan". PGs are limited to DBM as a buyer as of April 2015 though planned for expansion to other buyers.

In addition to the above, a very small percentage of AdX spend comes through what we call "static bidding", where they bid on ads on AdX publisher inventory much like AdWords does.

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-13468304

Roughly ▮ of the largest publishers are shared between DFP and AdX, which was one of the reasons behind unifying the products. However, about ▮ of AdX publishers do not use DFP and either use another ad server or use AdX directly by pasting ad tags directly in their pages just like on AdSense.

> **All transactions on AdX are performed on a CPM basis.**

AdX has two parts: a buy-side (for advertisers via specific agents called DSPs or Trading Desks) and a sell-side (for publishers). Historically, the AdX sell-side was based on AdSense and as a result, there are still some shared components, namely account / user management, billing, and some APIs. Meanwhile, the AdX buy-side was based on AdWords and is currently in the process of migrating off that platform.

Both DFP and AdX support multiple formats, which include:

- **Display** - Those square and rectangle ads you see on various websites.
- **Mobile Web** – Those squares and rectangles ads you see on various mobile websites.
- **Mobile App** - In-app ads on mobile devices.
- **Video** - Instream video ad formats both on desktop and mobile.
- **Games (AdX only)** - A video product specifically to monetize gaming inventory.

## For more information on DFP and AdX…and DRX...

While DFP has traditionally been focused on direct ad sales or reservations and AdX on programmatic sales, these products focus on the same publishers with the same goal - helping to make those publishers more money. The majority of AdX publishers are on DFP and the integration of these two products is a unique value proposition for both. In addition, the lines between direct sales and programmatic sales have gotten blurry, especially in the last 1-2 years. These factors all contributed to the decision to merge the teams and eventually the two products into a single, publisher monetization stack, code name DRX. A somewhat dated deck gives you an overview of that decision.

> **Please note that while we talk externally about how these products work together and our plans to integrate them even further, we have not made any formal statements about merging the products and you should still talk about them as separate products when talking directly with clients.**

To get a high level overview of the overall display ads business and how some of our various publisher advertising products fit together, you should take a look at the following materials:

- 2014 DRX all-hands (video and site)

- Display Advertising Ecosystem (highly recommended to read ASAP)
- AdX Training Deck
- Intro to AdX Deck (2014)
- Publisher University for DFP
- Publisher University for AdX
- Neal Mohan Presentation at Stanford Business School (2015)
- go/wheeling-and-dealing – differences between deals, line items, etc.

**Recommended Reading**

- DFP Help Center - read from start to finish!
- AdX Seller Help Center - read from start to finish!
- Access to DFP Data
- Display Ads Overview Courses - decks and training videos across GDN , AdMob, AdX and more; pick and choose based on your focus and interests

For a full list of all current projects going on across DRX please see ▮▮▮▮▮▮▮▮. You'll learn more about when, how and why we track our work as you get up to speed. As you'll quickly come to learn, this is our single source of truth - if it's not on this list, it doesn't exist or at the very least, you shouldn't be working on it.

**Product Management at Google (not DRX Specific)**
- Product Management Orientation site -- work with your manager on which courses are the most valuable.
- Google Product Management site - useful links and resources
- PM Career Ladder De-Mystified

# People to Know (your coworkers)

In addition to the contacts listed for your focus areas below, this is the list of the people you will be working closely with.  Make sure you understand (at least after you've met them) what they do and how they relate to you.

Details are always available via Teams.

> **PM/Eng/UX/Services locations are as follows… NYC = New York City, WAT = Waterloo, Canada, MTV = Mountain View, HAM = Hamburg, Germany, CHI = Chicago, IL, SHA = Shanghai, PRC**

- **Product Management**

HIGHLY CONFIDENTIAL TREATMENT REQUESTED                                                                                   GOOG-NE-13468306