# EXHIBIT 131

