# EXHIBIT 133
# REDACTED

## Message

| | |
|---|---|
| **From:** | ▮ |
| **Sent:** | 9/24/2013 8:01:00 AM |
| **To:** | ▮ |
| **CC:** | ▮ |
| **Subject:** | ▮ |

REMINDER - Launch date this quarter.

## Launch information:

| | |
|---|---|
| Launch ID | 106307 |
| Name | **gTrade: Project Bernanke** |
| Calendars | Ads & Comm (Display): Display Ads - Ads Quality |
| | Ads & Comm (Display): Display Ads - GDN |
| Launch Date | **2013-Q3** |
| Status | **Current** |
| Description | Original Dynamic Revshare launch was designed to reduce GDN buyside margin in AdX auctions from 14% down to potentially 0% to win more auctions. With this project, we are doing a little quantitative easing on the AdX, a la Bernanke: GDN will take a *negative* revshare to allow advertisers to win even more AdX auctions. The cost from this negative revshare will be balanced by increasing the revshare on other auctions by lowering GDN's second bid (which is used to second-price GDN sometimes). |
| | It is the gTrade team's intention to balance the increases to top bid and decreases to second bid to average the GDN buyside revshare to 14% over some time window for each advertiser and/or publisher. |
| | This is net-positive for GDN, GDN's advertisers, and publishers. GDN wins more auctions and generates more revenue at the same average 14% revshare; GDN's advertisers win more auctions and get greater click/conversion volume; and AdX publishers enjoy higher match rate and revenue. |
| Creator | woojink |

## Approvers:

| **Ads & Comm (Display): Display Ads - Ads Quality** | **Status** | **Owners** |
|---|---|---|
| PA Lead | In Progress | nmohan, woojink |
| Eng | In Progress | ▮ |
| PM | In Progress | |
| Eng | Approved | |
| PM | Approved | |
| Latency | FYI | |
| Legal | Approved | ▮ |
| Logs | FYI | |
| Privacy (Display) | Approved | ▮ |

| | | |
|---|---|---|
| UI | FYI | |
| Security | FYI | |
| Policy Team | FYI | publisher-policy-dev |

Launch Attributes:

**Global attributes**

| | |
|---|---|
| PM | woojink |
| TL | ▮▮▮▮▮▮▮▮▮▮ |
| Design doc | https://docs.google.…-On69XefF0pxIw/edit#, https://docs.google.…qc/edit#slide=id.p13 |
| UI mockups | |
| Privacy Design doc | ▮▮▮▮▮ |
| Privacy Trivial Launch | Yes |
| Privacy Trivial Justification | Doesn't use user data at all |
| Impact | Major |
| Launch Scope | Full Launch |
| L-Team | No |
| Eligible for Patent | false |

**Display Ads - Ads Quality attributes**

| | |
|---|---|
| UX Owner | |
| UX Impact | Yes |
| Display Privacy Review required? | No |
| Roll out type | |
| Buganizer ID | |
| Launch Review Date | |
| Properties affected | AFC, Ad Exchange, O&O |
| Stats links (Rasta, REMH, Human Eval) | |
| Rasta Impact Stage | Forward |
| Revenue impact | |
| CPD | |
| Languages | |
| Number of UI screens with new or changed text | |
| Number of FAQs | |
| Number of canned responses | |
| Number of legal disclaimers | |
| Number of marketing promotions | |
| Countries | |
| CAQ no-op | |
| Teams | |

**Display Ads - GDN attributes**

| | |
|---|---|
| UX Owner | |
| UX Impact | Yes |

HIGHLY CONFIDENTIAL
GOOG-DOJ-14952732

| | |
|---|---|
| Display Privacy Review required? | No |
| Expected global impact | |
| Product Group | DR / Contextual |
| Push date | |
| Launch Review Date | |
| Properties affected | AFC, Ad Exchange, O&O |
| Stats links (Rasta, REMH, Human Eval) | |
| Buganizer ID | |
| Languages | |
| Number of UI screens with new or changed text | |
| Number of FAQs | |
| Number of canned responses | |
| Number of legal disclaimers | |
| Number of marketing promotions | |
| Countries | |

**Latency attributes**
Latency data

**Logs attributes**
Logs Ticket Link

**Security attributes**

| | |
|---|---|
| Needs security review | No |
| Security Justification | |
| Security ticket(s) | |

Recipients: ▇▇▇, ▇▇▇ nirmaljayaram, ▇▇▇ woojink

HIGHLY CONFIDENTIAL                                                                                                          GOOG-DOJ-14952733