# EXHIBIT 134

# DOCUMENT UNDER SEAL