# EXHIBIT 140
## REDACTED

Message

| | |
|---|---|
| From: | Scott Spencer [████] |
| Sent: | 7/23/2010 1:12:51 AM |
| To: | ████ |
| Subject: | Re: AdX Product Update for July 16th |

Thanks ████

There are comm docs for features that have been launched, but as these are yet to be launched, there is no comm doc yet.

-scott

On 7/22/10 3:58 PM, ████ wrote:

Scott - I have heard that 300x600 is really the only ad format that gets asked for that we don't support. I also think we could make a lot of money by allowing the InVideo (YouTube) ad format. This ad format when coupled with the 300x250 Companion ad performs very well and commands a higher CPM b/c it is a dual auction.

I was wondering if there are prod comm docs for these new releases? I would like to read up on them more on my own before I ask questions.

Thanks!

Jane

On Fri, Jul 16, 2010 at 6:24 PM, Scott Spencer <████> wrote:

## DoubleClick Ad Exchange Status Update - Google Confidential - July 16th

We're changing the format of these updates to be more product / development specific. Please find a consolidated statys update on recently released and pending AdX development initiatives.

## Recent Releases:

### New vertical category targeting [Released today!]
- The vertical targeting categories has been upgraded
- Buyers can target / block much more granular vertical categories.

### Private Ad Slots [Released!]
- Private ad slots are available to all publishers.
- Functionality works for buyers via the user-interface and for any client using there own RTB stream
- DSPs unable to support multiple streams can support once support for consolidated RTB streams is released

## Upcoming Releases:

### Advertiser Roll-up [Feature complete, release postponed pending better data, ICS controls]
- The advertiser roll-up feature is ready for release once accurate data set is confirmed and ICS controls are finalized
- Negotiations are ongoing with two vendors for the data
- ICS controls for managing publisher feedback is in development

CONFIDENTIAL                                                                                                    GOOG-AT-MDL-015261161

**Swift Uploader (spreadsheet upload) [Scheduled for release to BETA week of July 26th]**
- New tool that allows buyers to download, modify and update ads and ad groups via a spreadsheet

**RTB: Support for RTB pre-targeted ads in the UI [planned for beginning of August]**
- Buy-side user-interface support for flagging an ad group as RTB
- Scheduled for release at the beginning of August

**Support for 4 ad calls per page [planned for mid Q3 release]**
- Currently AdX will only support 3 calls from a single page via backfill
- This will be increased to 4 calls per page
- Over time, will experiment with more calls

**Differential min CPM per buyer [planned for Q3 release]**
- Development is ongoing
- Functionality will allow sellers to offer inventory branded to select buyers with a differential min CPM for any given buyer
- Can be used in conjunction with anonymous inventory or on its own
- Expected release is mid Q3

**RTB: Consolidated RTB streams [planned for mid Q3 release]**
- Development is ongoing
- Functionality will allow buyers to receive a single RTB stream for any AdX clients they represent (managed by the AdX clients)

**RTB: Multiple DSPs per buyer [planned for Q3 release]**
- Development is ongoing
- Functionality will allow a buyer to send their RTB stream to multiple DSPs simultaneously allowing them to work with more than one DSP

**RTB: Support for hosted creatives [planned for Q3 release]**
- Ability for clients to upload creatives to Google called via RTB
- Protocol to be released for review in July

**Support for more than 3 ad calls per page [planned for Q3 release]**
- In experiment mode at 5%
- Will roll-out to 100% aggressively through July and August

**4th party ad call detection and blocking [planned for Q3 release]**
- Engineering investigation underway for vendor verification
- Short term vendor declaration plan agreed upon:
  - For now, only subset of vendors need to be declared in UI/RTB/API
  - 2 lists will be delivered to sales: 1) all certified vendors 2) certified vendors that need declaration.

## Feedback requested:

A question for the team to answer that could impact upcoming development.

**Ad Sizes:**

- what additional ad sizes (if any) should AdX support? What is the revenue opportunity of each?

CONFIDENTIAL

GOOG-AT-MDL-015261163