# EXHIBIT 141
# REDACTED

*Confidential - Internal Only*
*Last Updated: September 20, 2018*

**Existing Headline:** Exchange Bidding
Associated with AdMob Yield Management 2 Pager for AdMob

**PART I - WHY: Brief description of why we should invest & desired outcome.**

Publishers through the market trend of "Circumvention" (more details here) now have ways to provide demand partners with fair access to inventory without relying as heavily on Google programmatic services. Historically, only Google-sourced demand could compete in real-time on inventory where we owned the tag. Over the last many years, Header Bidding (a different type of tag) has allowed publishers to facilitate both self-competition between demand sources and access unique demand on a per impression basis. Publishers can choose to incorporate multiple demand sources within this head tag, all of which circumvent Google Ad Manager with the exception of enabled optimization tools (e.g. EDA). When this circumvention is used, Google loses visibility into the "bid stream" (bidding prices on a per-competitor basis), which are important data points for our own optimization.

Exchange Bidding is Google's response to Header Bidding. We know that a significant portion of Ad Manager inventory is still monetized by 3rd party indirect demand sources. We fully expect to see 3rd party trafficked demand continue to migrate from average priced line items to per impression pricing, either to header bidding informed line items or Exchange Bidding yield groups. By continuing to invest in Exchange Bidding, we hope to tilt the migration towards Exchange Bidding to increase Google's fair access to inventory & ability to compete on a fair basis.

From a net revenue perspective AdX continues to make more revenue on queries running in either HB or EB, Exchange Bidding takes a revenue share (5% Web and Display Video Out-stream, 10% App and Video In-Stream), while Header Bidding only takes a standard ad serving fees. Exchange Bidding also provides Google with greater understanding of auction dynamics (eg bid landscape) than through other 3P solutions like HB, which helps further inform our optimization and strategy for both publishers and ourselves.

**PART II - WHO: Description of which partner segment(s) are most relevant**



| Exchange Bidding | |
|---|---|
| Product Strategy | |
| Key global sales initiatives | |

*Confidential - Internal Only*
*Last Updated: September 20, 2018*



**PART III – WHAT:**
- **Description:** First announced two years ago, the goal of Exchange Bidding (EB) - internally-named "Project Jedi" - was to help publishers attain a higher yield on their ad inventory without sacrificing on user experience, regardless of which demand source they use (AdX or 3P), via Dynamic Allocation.  EB is a DFP-based server-side yield optimization solution that allows multiple exchanges, including Authorized Buyers (fka AdX), to compete in a unified, real-time and equal opportunity first-price auction at virtually no setup cost. Accompanying this auction are a variety of customized tools, unified reporting, billing management (net 30 day terms), and complete auction transparency available via the Exchange Bidding Data Transfer file.

- **Value Proposition to the partner**
    - Increase publisher yield from programmatic demand sources at scale with little to no code changes to their site or app
    - Eliminate operational inefficiencies such as line item complexity and latency that exists with header bidding
    - Easy to set up, view/analyze reports and unified payments under a 30-day net billing with exchanges for publishers
    - Allows exchanges to respond to RTB call-outs and compete via Dynamic Allocation
    - Allows pubs to manually opt-in exchanges (exchanges do not automatically get run-of-network) when an existing relationship exists
    - Runs a unified first-price auction that gives every exchange, including AdX, an equal opportunity to compete for every impression and win based on highest price, improving upon header bidding behavior (subject to Google Ad Manager platform policies)
    - Provides integrated reporting and billing for exchange bidding transactions won by 3rd party exchanges
- **Top Specific Feature Requests if applicable (in table below)**

| Prio | Feature | Feature Description | ENG Estimation | |
|---|---|---|---|---|
| 1 | | | | |