# EXHIBIT 144
# DOCUMENT UNDER SEAL