# EXHIBIT 146
## REDACTED

**Message**

| | |
|---|---|
| **From:** | ▓▓▓ |
| **Sent:** | 11/13/2017 2:26:51 PM |
| **To:** | ▓▓▓ |
| **CC:** | ▓▓▓ |
| **Subject:** | Re: Another publisher to test |
| **Attachments:** | ▓▓▓ |

Sorry ▓▓ it was shared separately -- here it is again.

On Mon, Nov 13, 2017 at 9:25 AM ▓▓▓
Can you please share the reports ahead of time?

▓▓▓

On Mon, Nov 13, 2017 at 1:55 PM ▓▓▓ wrote:
The spec I wrote at the start of this did include EB in some configurations, and I believe some of the ▓▓rst URLs did include it, but not sure where they ended for the test. I agree we should walk through both reports (▓▓▓ I'm most worried about AdX server-side latency showing up on its own. Agree a meeting to regroup on this would be good - an hour this week?

On Mon, Nov 13, 2017 at 1:24 PM, ▓▓▓ wrote:
I think it would be useful for us to meet and to through this report because I'm not sure it is all positive for us (will set something up). ▓▓ do you know if one of these configurations is Exchange Bidding? If not, why did we test without it?

On Fri, Nov 10, 2017 at 2:47 PM, ▓▓▓ wrote:
[Googlers only, no ▓▓▓ folks]

+▓▓▓ would be the ones to look at the report.

Could someone forward the report to us? It wasn't included on ▓▓ reply that brought me and ▓▓ into the conversation.

--▓▓

On Fri, Nov 10, 2017 at 12:55 PM, ▓▓▓ wrote:
▓▓ was there an Exchange Bidding set up in the test? Any thoughts on why the caching case was longer in some cases than without caching? +▓▓▓ worth reviewing closely.

On Fri, Nov 10, 2017 at 11:57 AM ▓▓▓ wrote:
▓▓▓
Thank you for sending. We will review and let you know if we have any questions.

-▓▓

On Fri, Nov 10, 2017 at 11:32 AM, ▓▓▓ wrote:
Hi ▓▓

Hope you are doing well!

Please find the attached Ad analysis report for ▮▮▮▮

Let us know if you have any question we will be happy to assist you.

Have a good weekend!!

**From:** ▮▮▮▮
**Sent:** Tuesday, November 7, 2017 7:38 PM
**To:** ▮▮▮▮
**Cc:** ▮▮▮▮
**Subject:** Re: Another publisher to test

Great!  Thank you.

▮▮▮▮

On Tue, Nov 7, 2017 at 2:31 AM, ▮▮▮▮ wrote:

Hi ▮▮▮▮

Yes we are on track to deliver the report before the end of this week.

The team is working on the report.

Thanks,