# EXHIBIT 150

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
 2                         ALEXANDRIA DIVISION

 3   ---------------------------x
     UNITED STATES, et al.,     :    Civil Action No.:
 4                              :    1:23-cv-108
              Plaintiffs,       :
 5       versus                 :    Monday, September 9, 2024
                                :    Alexandria, Virginia
 6   GOOGLE LLC,                :    Day 1 a.m.
                                :    Pages 1-164
 7            Defendant.        :
     ---------------------------x
 8
             The above-entitled bench trial was heard before the
 9   Honorable Leonie M. Brinkema, United States District Judge.
     This proceeding commenced at 8:58 a.m.
10
                         A P P E A R A N C E S:
11
     FOR THE PLAINTIFFS:    GERARD MENE, ESQUIRE
12                          OFFICE OF THE UNITED STATES ATTORNEY
                            2100 Jamieson Avenue
13                          Alexandria, Virginia  22314
                            (703) 299-3700
14
                            JULIA TARVER WOOD, ESQUIRE
15                          AARON TEITELBAUM, ESQUIRE
                            JEFFREY VERNON, ESQUIRE
16                          DANIEL GUARNERA, ESQUIRE
                            MICHAEL WOLIN, ESQUIRE
17                          UNITED STATES DEPARTMENT OF JUSTICE
                            ANTITRUST DIVISION
18                          450 Fifth Street, NW
                            Washington, D.C.  20530
19                          (202) 894-4266

20   (State of VA)          TYLER HENRY, ESQUIRE
                            JONATHAN HARRISON, ESQUIRE
21                          OFFICE OF THE ATTORNEY GENERAL
                            OFFICE OF THE SOLICITOR GENERAL
22                          202 North Ninth Street
                            Richmond, Virginia  23219
23                          (804) 786-7704

24

25
                                                                   1
```

```
 1                    A P P E A R A N C E S:

 2   FOR THE PLAINTIFFS:    ELLIOTT DIONISIO, ESQUIRE
     (State of CA)          OFFICE OF THE CALIFORNIA ATTORNEY
 3                          GENERAL
                            300 South Spring Street
 4                          Suite 1700
                            Los Angeles, California  90013
 5                          (213) 269-6681

 6   (State of NY)          MORGAN FEDER, ESQUIRE
                            OFFICE OF THE NEW YORK
 7                          ATTORNEY GENERAL
                            28 Liberty Street
 8                          20th Floor
                            New York, New York  10005
 9                          (212) 416-8262

10   (State of WA)          BROOKE LOVROVICH, ESQUIRE
                            OFFICE OF THE WASHINGTON
11                          ATTORNEY GENERAL
                            800 5th Avenue
12                          Suite 2000
                            Seattle, Washington  98104
13                          (206) 587-5510

14   FOR THE DEFENDANT:     CRAIG REILLY, ESQUIRE
                            LAW OFFICE OF CRAIG C. REILLY
15                          209 Madison Street
                            Suite 501
16                          Alexandria, Virginia  22314
                            (703) 549-5354
17
                            KAREN DUNN, ESQUIRE
18                          JEANNIE RHEE, ESQUIRE
                            WILLIAM ISAACSON, ESQUIRE
19                          PAUL, WEISS, RIFKIND,
                            WHARTON & GARRISON LLP
20                          2001 K Street, NW
                            Washington, D.C.  20006
21                          (202) 223-7300

22                          ERIC MAHR, ESQUIRE
                            FRESHFIELDS BRUCKHAUS DERINGER, LLP
23                          700 13th Street, NW
                            10th Floor
24                          Washington, D.C.  20005
                            (202) 777-4500
25
                                                            2
```

```
 1                  A P P E A R A N C E S:

 2                       JUSTINA SESSIONS, ESQUIRE
                         FRESHFIELDS BRUCKHAUS DERINGER, LLP
 3                       855 Main Street
                         Redwood City, California  94063
 4                       (212) 277-4000

 5   COURT REPORTER:     STEPHANIE M. AUSTIN, RPR, CRR
                         Official Court Reporter
 6                       United States District Court
                         401 Courthouse Square
 7                       Alexandria, Virginia  22314
                         (607) 743-1894
 8                       S.AustinReporting@gmail.com

 9        COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                              3
```

1  Q    And what about risks for other similar things like
2  malware or ad fraud or things like that, was header bidding
3  more risky from that perspective based on your experience?
4  A    I completely disagree with header bidding being more
5  risky from that perspective.  It's the same equivalence.
6  Whether we were rendering an ad in the waterfall or whether
7  we were rendering an ad through header bidding, we were
8  rendering an ad on the publisher's website.  They're
9  fundamentally equivalent once the ad server renders the ad.
10 Q    Did you have occasion to observe Google's reaction to
11 header bidding in the market?
12 A    My observation of Google's reaction would have been
13 through conversations I had with publishers.
14 Q    Putting aside those conversations, what, if anything,
15 did Google do based on your knowledge to react to header
16 bidding?
17 A    The most direct response to header bidding would have
18 been launching EBDA, which became Open Bidding.
19          THE COURT:  I'm sorry, launching what?
20          THE WITNESS:  It's an acronym from Google.  EBDA.
21 BY MS. WOOD:
22 Q    And is that Exchange Bidding?
23 A    Yes.
24          MR. ISAACSON:  Can I interrupt just to be helpful?
25 He then said it was Open Bidding.  I thought you would want

157

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

```
 1   the heavy lifting.
 2           Everything that we do to compress Index gets more
 3   of the marketer's wallet, more of the marketer's ad spend
 4   into the publisher's wallet to pay those bills.  And so for
 5   us, we want to continue to compress our costs so that we are
 6   getting every single additional dollar from the bid to the
 7   publisher as we possibly can to fund content.  That's what
 8   our business purpose is.
 9           MS. WOOD:  I'll pass the witness, Your Honor.
10           THE COURT:  Perfect timing.  It's lunchtime.  All
11   right.
12           We need to make sure you get a pass so you can get
13   back in here quickly.  We want to start promptly at 2:00.
14   The courtroom will not open until quarter of 2, but we need
15   to have you all ready to go.  All right.
16           MS. WOOD:  We will be here.  Thank you, Your
17   Honor.
18           THE COURT:  We'll recess court.
19           (Court recessed for lunch at 1:00 p.m.)
20           ----------------------------------
21   I certify that the foregoing is a true and accurate
22   transcription of my stenographic notes.
23
24                        _____
25                             Stephanie M. Austin, RPR, CRR
```

164

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894