# EXHIBIT 151
# REDACTED



# Demand Product Primer
Nov 2017



CONFIDENTIAL               GOOG-AT-MDL-001941178

## Why? Large buyers are trying to build direct relationships.

*Slide borrowed from Product deck*

- **Amazon** launched Amazon Publisher Services in December (compete deck)
  - Transparent Ad Marketplace: nearly-free exchange bidding competitor, 200 pubs & growing.
  - Shopping Insights Service: "helping publishers better understand who is visiting their own sites, using Amazon's rich set of consumer shopping data" for free (WSJ)
- **Facebook** FAN buying through header bidding and sharing video data
  - Six header bidding integrations, including Amazon. Claim 2-3x lift on matching imps, 10-30% overall lift.
  - Audience Direct: programmatic guaranteed competitor for video "built on Facebook's people-based demographic information, such as age and gender." Beta testing for free with Hearst, ESPN, Scripps.
- **Large agencies** trying out header bidding to buy brand-safe, fraud-free inventory
  - Omnicom with Trade Desk, Merkle with Sonobi going direct to large publishers
  - Strong-arming DSPs and SSPs into direct publisher billing, at low fees
- **Mobile app networks** like MoPub continue to focus on mediation
  - Free, and puts network SDKs into apps, but entrenches the waterfall
  - FAN is resistant to mediation, but open to buying programmatically on their terms

Google

Pubs don't have stated rev-share for fb, or for Amazon demand through their HB system
█████ is candidate on AdMob side

CONFIDENTIAL                                                                                                               GOOG-AT-MDL-001941180