# EXHIBIT 152
## REDACTED

Jedi++ Header Bidding Response Options
10/13/2016
Doc: Jedi++ Outline
Presenter: ▮▮▮▮▮▮▮▮

TL;DR
- HB is growing and the use cases of HB are expanding
- HB solutions + price competition from emergent ad servers + SSPs pose a competitive threat to DFP's value prop of being a broad source of access to premium inventory
- There are a number of strategic questions to answer for Jedi and for DFP / AdX more broadly
- There's general interest in making changes to maintain DFP's current access to inventory; we'll come back to sellside review with more data

AI
- Clarify impact of giving up last look advantage in EB++ proposal
- Model impact on revenue + profit if we modify AdX rev share
  - Model for a range of rev shares, including 9 - 14% and 0%
  - Do analysis without assumptions and with reasonable assumptions built in
    - Assume you can move some margin to GDN, but not all, to prevent too much discrepancy with DBM.
  - Perform analysis on just mobile app slice as well
- Continue scoping a whitelist approach for non-HB queries (and if other AdServers would be willing to participate)
  - Perform analysis of how much inventory buy side would lose if it only bid on white listed non-HB queries
- GDN + DBM: continue to explore approach of exposing data around bids across exchanges to push for transparency in exchange fee structure
- Think about long-term competitive risks that solutions by companies like Facebook + Amazon present
- Come back with concrete proposal; only include options in presentation that have widespread support

Meeting notes
- Goal: present options for mitigating growth of header bidding infrastructure
- Two tracks for response
  - Make EB more competitive against HB
  - Compete more aggressively against other exchanges
- Header bidding is growing; there are three use cases
  - Remarketing / big buyer
    - Response is First Look
  - Auction pressure
    - Getting more demand to compete in DFP as a result of HB - real time prices as opposed to average CPMs
  - Deals
    - Is currently feeding investment into header infrastructure
    - Header is just flexible pipe to let buyers control when to transact on deals
    - Agencies striking deals directly with pubs + leveraging header infra
- Eisar: What is the difference between HB and mediation?

Commented [1]: AI: + ▮▮▮▮▮▮▮▮▮▮▮ + ▮▮▮▮ google.com

Commented [2]: Also + ▮▮▮▮▮▮▮ google.com is helping with this.

Commented [3]: See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL

- We currently do ████ for private auctions; creates incentive for pubs to move inventory to private auctions from open auction
- Eisar: Is there quantitative data on impact?
    - ████ yes, we did simulations but they didn't account for increased volume that would result
    - ████: our high rev share creates a market opportunity for header infra, exploiting the fact that other SSPs have lower rev shares
      Eisar: problem is that you are giving up revenue / profit for sure with goal of stopping acceleration of HB
- ████: makes gap between AdX + Jedi small when you add Jedi rev share to rev share of other SSPs
- **AI: Model profit loses if we decrease AdX rev share; model increases in volume in analysis**
    - Nirmal: roughly revenue neutral; ████████ drop in overall profit
    - Eisar: Green light to do all necessary analysis; should do base model with no assumption + variants w/ reasonable assumptions
- Engineering investment in programmatic deals
    - Having a rich feature set for programmatic deals makes your tag important to have on page
    - We see programmatic deals as a major trend in the industry
    - Main concerns: flexibility + letting buyers decide what they want to buy
    - Eisar: how is this different than private auction?
        - ████: private auction requires inventory to be accessed through DFP stack; current HB solution lets buyer see all inventory upfront
            - We essentially don't support all use cases in market today
        - Eisar: sounds like good idea, I'm worried about unintended consequences; Can you add clear carrot for us that can't be unbundled?
            - ████: Carrot is that we are part of txn and we maintain control of inventory + what deal wins (to a certain extent)
        - Eisar: I want to make it clear that you shouldn't let pubs use sponsorships to lock us out of inventory
            - ████: by maintaining access to inventory we can show pub opportunity costs of decisions which is very valuable
- Full bid landscape
    - Lack of full bid landscape is currently one of biggest sources of lack of trust in Google
        - Almost all exchanges have this
            - Let's you see gap between bids + txn price
            - Exposes "inner guts" of auctions
    - Eisar: I thought other SSPs were running dirty auctions, how can they be more transparent?
        - ████ pubs don't care if the auctions are dirty, they just want to make more money
    - Other exchanges don't offer opt out to buy side from full bid landscape
- Prevent self-flooring

GOOG-TEX-00120931

- DBM + GDN would only bid on queries that are known to come from ad server
  - Essentially, don't bid on HB queries
- Effect in short term would be to move a lot of rev to AdX and put pressure on HB infra
- Aparna: if we can detect this, should we do this (question to product buy side)?
  - ███: problem is that we don't know how to detect HB, we would do this if we could
  - Aparna: practically speaking, there are 3 ad servers, we should try to get them to contribute to white list of non-HB queries
  - Overall consensus from buy side: we don't want to compete on HB queries
  - Woojin: there are cases where EDA locks buy side out - there could be incremental queries w/ HB as result
    - Buy side also wants efficient access (e.g. lower exchange / SSP rev share)
  - Is buy side willing to give up some inventory in making the decision to only bid on non-HB queries?
    - Eisar: principle should be that you don't buy on inventory if you aren't sure if it's HB
    - ███: Tag has adopted a notion of a path that an ad request has gone down
    - **AI: Go down path of forming coalition of ad servers to whitelist non HB queries**
    - **AI: Quantify how many queries buyers (out of the universe of all possible queries) would lose with "prevent self-flooring" option**
  - Eisar: would we make an announcement?
    - ███: it would really help the industry if we showed DBM + GDN take this seriously
    - Brad: we'd have to come up with the objective measures for why we believe HB is bad for buy side (e.g. fraud protection, latency)
      - ███: PR positive message that we are protecting buyers
- Payout transparency
  - Putting pressure on exchanges in terms of how they are pricing buyside + sellside
  - Proposal is to have DBM + GDN express how much they are paying across exchanges so pub can see delta between what buyside pays + how much they receive
  - ███: idea is for UI to be in DFP
  - **AI: DBM + GDN -- continue to investigate this approach + if feasible, supply this data to push for transparency**
  - Aparna: DBM said this is hard to do + might not be possible
  - ███: Even DBM doesn't know how much it will be charged by exchange until the end of the month

HIGHLY CONFIDENTIAL

- ██████: We should really look into "payout transparency" + investigate feasibility
- Nuclear options
  - ██████: why is making sell-side free not best option?
    - ██████: very big financial implications
  - **AI: do analysis for margin of 0% to see of financial impact; assume you can move some fee to buy side but not too much**
  - ████████████████ *REDACTED - PRIVILEGE* ████████████████
  - ██████: is it possible to have ██ fee for pubs with ██ fee to buy side?
    - ██████: problem is that this doesn't kill HB unless it is a true value prop
    - Problem: we are Google, we can't compete on "being slimy"
- ██████: nuclear proposal is strongest response but cuts off a lot of our revenue
  - ██████: we may not have this option in the future, value in timing
    - There are things we can do on buy side to make additional margin (e.g. taking risk away from buyers with Market Maker)
    - Woojin: massive margin compression in the market right now
    - Aparna: reason HB has been rising is b/c there are pockets of demand we are missing through things like policies; big leap to say it's inevitable that our margin will collapse
    - **AI: involve app analysis in buyside / sellside margin considerations**
    - **AI: estimate Amazon + Facebook's future trajectory + competitve risks**
    - **AI: next deck is concrete proposal w/ options that people don't like not presented as options**

GOOG-TEX-00120933