# EXHIBIT 153

# Buy side perspective on Header bidding (HB)

*Ali Amini, Alok Agarwal, Nirmal Jayaram, Tobias Maurer*
**September, 2016**

### Summary
This document is offers a GDN/DBM buy-side perspective on Header Bidding. Based on the insights presented in this document, **we recommend**: DBM should become a header bidding participant, we should evaluate if GDN should do the same, we need a sell-side product that is better than HB (for adv. & pubs).

### *1. Header Bidding is here to stay: revenue benefit to publishers, better access for buyers*

Header bidding was developed as a reaction to EDA. HB allows external buyers to compete with DFP line items on the basis of actual CPMs with all other demand in one flat auction at the time of decision making - this was previously only possible for GDN via EDA. The main benefit to publishers from header bidding is increased revenue, due to actual vs. average CPM bid competition in between line items and EDA (see appendix for examples).

Some reports in the industry argue that an additional header bidder can increase yield by 10%[1]. This seems to agree with the 10% revenue uplift that we saw when Admob turned on live CPM, which also changed actual bids vs. expected to be considered in the auction.

### *2. DBM needs to buy via Header Bidding*
Today, DBM is disadvantaged by not ***directly*** participating in header bidding. While we indirectly participate, we are paying too much (as we have to go through other exchanges as middleman) and reducing our competitiveness (by having potentially reduced bis enter a first price auction).

In the absence of DBM buying through Header Bidding directly, any query that flows through HB either:

1. Comes to us via 3rd party exchange, pay exchange middleman
2. Comes through AdX at 20% margin
3. Is not reachable

DBM, as a pure advertiser agent, should directly participate in header bidding and pass on the gains to the advertiser. The following downsides are frequently quoted to discourage buyers to participate in header bidding. We think these are manageable or misperceptions.

- ***Increased page load time*** --- header bidding calls are directly from a user's client to the participating buyer. This increases page latency and also sets a natural limit to the # of

---

[1] "a single header bidding source can increase yield by 10 percent", CTO of purch https://goo.gl/hSw9Jb

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

header bidding calls that can be effectively implemented. This is good for large buyers as publishers have to make a choice. There also is an opportunity for a strong technical player to innovate and develop better standards/header bidding wrappers.
- ***Self competition*** --- Header Bidding runs a first price auction amongst all bids - so there can be no self competition. Unless in JEDI, where by design the AdX auction competes with header bids.
- ***First price auction*** --- Since we are likely already participating through header bidding indirectly, we are likely already first priced - buying directly via header bidding will not create any additional short-term risk. Long term, participating in HB and being transparent about this will further incentivize advertisers to move from fixed CPM to performance optimized buying.

In summary, we believe that sophisticated buyers are able to manage these challenges to the point that the benefits by far outweigh them - unsophisticated buyers could join DBM.

### *3. From Buy-side perspective, current JEDI design not competitive*
While it's true that today's header bidding implementations have some drawbacks (see appendix), sophisticated buyers still stand to gain by buying directly on header bidding.

|  | *JEDI* | *Header Bidding* | *Proposed State* |
|---|---|---|---|
| Margin for 3rd Party | 5% | 0% | <=5% depending on sell-side value |
| Margin for **GDN** | 20% | | |
| Inventory Access | Backfill | Reservation & Backfill | Reservation & Backfill |
| First party cookie | no | Yes (+20-30% rev) | Yes* |
| Latency | 50-100ms slower than AdX | Bad implementations reported to have high latencies | 50-100ms slower than AdX |
| Policies | Platform policies | n/a | Platform policies |
| Who can buy | Limited to Exchanges | Anyone incl. DSP | Anyone incl. DSP |
| Auction for 3rd Party | First price auction for Exchanges | First price auction for header bidders | First price auction for Anyone |
| Auction for GDN | 2nd Price Auction w/ potential optimizations | | |
| Who collects payment | Google Collects | Pub Collects | Google Collects |
| Who controls ad decision | Publisher via Google | Publisher | Publisher via Google |

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

| Self competition | Yes b/c different auctions are used | No: first price auction | No: first price auction |

Due to the lower margin, better access, and the ability to leverage first party cookie, we see many buyers embrace Header bidding. For example:

- Advertising Age is reporting that Facebook plans to buy via Appnexus/Index Exchange HB wrappers[2]
- Criteo has been doing this for a long time and attributes some of its recent growth to buying through HB via their 16k direct publisher relationships[3], which make up 35% of Criteo's revenue[4].

From pure publisher's perspective, JEDI offers the advantage that Google collects but with HB pub, or whoever owns the HB wrapper, has full control on the ads decision.

### 4. Current overall inventory flow exposes us to competitive thread
Header bidding offers superior buy-side access to ad server inventory. The chart below shows how, with proper configuration, header bidding could be booked in as sponsorship. This allows for taking inventory away from direct sold - in an extreme case, this inventory would not be accessible in any other way (see access column).



==JEDI on the other hand is designed to compete with Backfill line items that are already accessible to EDA, Network line items (pending configuration), and ultimately the AdX auction.==

---

[2] https://goo.gl/QPM6wA
[3] https://goo.gl/bRdJ87
[4] https://goo.gl/FDKSuk

***Competitive Thread***
Another large player develops a header bidding wrapper standard that is accepted by publishers. In the worst case scenario, this could effectively lock Google out, using DFP sponsorship line items. Provided we'd be allowed and willing to compete via the HB layer itself, that player would have full insight into our bidding and control over deciding what ad to show.

# Header Bidding FAQ

**Q1: What are the various types of HB implementations? Do exchanges supply their own wrappers or do they integrate with say prebid.js? Who sets this up and how?**

There are three types of technologies:
1. open source solutions created by exchanges --- such as Prebid and PubFood, first created by Yieldbot and AppNexus engineers, respectively
2. proprietary solutions by exchanges --- Index Exchange, Sovrn offer a free product, bRealTime offers a paid product
3. proprietary solutions by non-exchanges --- Technorati's SmartWrapper, charging publishers on CPM basis

There is no true standard for wrapper products, leading to a general mistrust of individual, exchange owned wrappers. Publishers fear that they might prefer their own demand, buyers worry that their bidding information might be used against them. The creation of a standard would likely have to be led by publishers, as they decide what they put on their pager. More details in this AdExchanger article.

**Q2: Why do publishers want header bidding?**
1. ***Higher yields***[5]
2. ***Full control over the ad decision*** (publishers get ultimate control over the auction)
3. ***More simplicity*** (no need to configure and constantly update line network items)

Header Bidding can be considered an evolution of auction systems. While in traditional auction systems, multiple exchanges are called until the impression is filled (daisychain), header bidding calls multiple buyers simultaneously and effectively conducts a first price auction with the bids. This happens before other ad server calls. In addition, it give publishers control in how they call various bidders. For example, with a wrapper, they can run tests where they add and remove

---

[5] "a single header bidding source can increase yield by 10 percent", CTO of purch https://goo.gl/hSw9Jb

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06724129

partners to optimize performance (price/latency). In other words, the publisher has total control over the "auction" conducted through header bidding.

### Q3: Why does headerbidding lead to increase publisher revenue?

While self competition is quoted in the industry as the reason for increase publisher revenue, this is not true. Header Bidding runs a first price auction amongst all bids - so there can be no self competition.

Instead the increased revenue comes from actual bids competing with line items vs. average bids. This simple example highlights the difference:



### Q4: Why do buyers want header bidding?

1. **Lower margin** (no margin via most HB solutions, 5% via JEDI. A dollar bid goes further.)
2. **Better access** (traditional HB is booked as high priority line items in ad server)
3. **Transparent pricing** (clearing price is based on first price)
4. **Direct access to first party cookie** (reported to have +20-30% impact)
5. **Not subject to Exchange buy-side policy**

While it's true that today's header bidding implementations have some drawbacks (see appendix), sophisticated buyers still stand to gain by buying directly on header bidding.

For these reasons, we see many buyers embrace Header bidding. For example, Advertising Age is reporting that facebook plans to buy via Appnexus/Index Exchange HB wrappers[6]; Criteo has

---

[6] https://goo.gl/QPM6wA