# EXHIBIT 155

**To be posted:** 6am ET, June 8, DoubleClick Publisher Blog & DoubleClick.com

**Title: Announcing Exchange Bidding Open Beta**

When we announced the pilot program for Exchange Bidding last year, our goal was to help publishers earn the most money possible, with the least complexity, while maintaining the best user experience. We've been working on Exchange Bidding in collaboration with our publisher and exchange partners for the last year, and today we're happy to announce the Open Beta of Exchange Bidding, available to publishers using DoubleClick for Publishers* globally. Our partners have been seeing great results during our testing, and we'd like to give you more details about this powerful enhancement to DoubleClick for Publishers.

**Greater revenue without compromising user experience**
When every millisecond counts, the fastest solutions yield the best results. Relying on client side connections over mobile networks to manage yield can result in annoyed users, lower viewability and lost opportunities. That's why we challenged ourselves and worked hard to prioritize speed during the closed Beta. To maximize revenue without compromising on user experience, we built Exchange Bidding directly into DoubleClick for Publishers. The results speak for themselves. Publishers in our closed beta have seen double-digit programmatic revenue lift on average, with some seeing programmatic lift as high as 40%. Plus, Exchange Bidding is up to 15x faster than client side or server side solutions in the market today. While header bidding solutions add on average 500ms to 1,000ms of delay to ad delivery speed, Exchange Bidding adds only 60ms seconds of delay. Publishers like Hearst Digital are seeing great results.

*"Our goal is to move as much of our advertising code off our sites as possible. Less code loading on the client side is better. Exchange Bidding is great because it helps us move in that direction. It's simple to setup and works with our existing DoubleClick tags." Scott Both, Director of Programmatic Sales Engineering, Hearst Digital Media*

**Reduced complexity with all demand in one ad tag**
Beyond speed and revenue lift, Exchange Bidding creates greater value for publishers by reducing the complexity of their existing yield management setups. Because Exchange Bidding is built into DoubleClick for Publishers, it works with our existing ad tags, requires no additional coding to a publisher's site or app or additional line items cluttering up a publisher's ad server, and puts no additional burden on users.

Instead of taking days or weeks of development and adjustments to set up, publishers can get Exchange Bidding up and running in less than a day. Instead of constantly updating the price and priority of partner line items or adding hundreds or thousands of new line items to implement header bidding, publishers simply create a handful of yield groups that define which third party exchanges can bid on specific inventory. And instead of spending days collecting

reporting and billing information from multiple partners, reconciling discrepancies, and waiting to get paid, Exchange Bidding provides publishers unified reporting and consolidated billing on our standard terms.

*"Integrating and maintaining client side headers is a significant investment for any publisher," says Nat Poulter - Head of Programmatic at MailOnline. "Setting up server side bidding with Exchange Bidding was simple. It also helped us reduce a lot of the operational overheads associated with headers and it promises to reduce latencies and discrepancies whilst improving scalability".*

**We only succeed when our partners succeed**
We understand that in order to help publishers thrive we must foster a sustainable advertising ecosystem. That means creating solutions that deliver the most revenue possible for publishers, while maintaining great experiences for users, and providing all players in the industry equal access to high quality inventory. To ensure we were getting the right feedback from all parties, we created an advisory board with members from our initial exchange partners. It's feedback from this group that helped inform the development of Exchange Bidding and make it work better for every participant.

*"We've been working with Google on the development of Exchange Bidding for several months now and while it's still early, we are pleased with the level of partnership and transparency we have seen from the Google team. While there are still issues to be resolved and the product is very complex, their efforts have resulted in real and positive changes to the Exchange Bidding product. Based on our experience so far, and the excellent results we have seen to date, we are optimistic that we can deliver material value to our publisher partners via Exchange Bidding." Jason Fairchild, Co-Founder and Chief Revenue Officer, OpenX*

We've seen great results during the testing phase of Exchange Bidding. Today, 100+ publishers can choose from 7 trusted third party exchanges including our new partners, COMET, OpenX and Sovrn to compete equally in a unified auction against a publisher's direct sold campaigns in DoubleClick for Publishers and bids from DoubleClick Ad Exchange. We look forward to working with our existing and new users to make Exchange Bidding the best solution for the industry.

Posted by Sam Cox, Group Product Manager, DoubleClick Ad Exchange

\* Exchange Bidding is not currently available to publishers using DoubleClick for Publishers Small Business

CONFIDENTIAL

GOOG-AT-MDL-B-001290357