# EXHIBIT 157
# REDACTED

| | |
|---|---|
| Message | |
| From: | ▮ |
| Sent: | 6/23/2016 1:53:19 AM |
| To: | ▮ |
| CC: | ▮ |
| Subject: | OVERDUE LAUNCH - Please update: [Launch 145400] Demand Syndication Alpha |

REMINDER - Launch date overdue.
**Please modify launch status or update launch date!**

**Your role as** ▮ : Launch Subscriber

**Link:** ▮

## Launch information:

| | |
|---|---|
| Launch ID | 145400 |
| Name | **Demand Syndication Alpha** |
| Calendars | Ads & Comm (Display): Display Ads - Publisher Platform - DRX |
| Launch Date | **2016-06-21** |
| Status | **Current** |
| Description | Today publishers using DFP can sell remnant impressions to non-AdX exchanges (Rubicon, Pubmatic, OpenX, etc) with static-price line items and to AdX with realtime pricing (RTB callouts to AdX buyers). Publishers want realtime pricing from all exchanges because it generates significant yield (▮ anecdotally) so they resort to header bidding setups like prebid.js - which makes many calls from the page (user data leakage, latency issues), is painful to setup (pubs have to create 1000's of line items, can't reconcile billing/reporting) and encourages pubs to consider other SSPs (see ▮). |
| | Demand Syndication allows non-AdX exchanges to compete with realtime pricing from within DFP. Publishers specify which exchanges they have agreements with, and then we allow those exchanges to buy on those publishers via RTB - similar to how AdX buyers participate. ==Our goal for this product is to provide *slightly* better value for publishers than header bidding but not so much that it completely cannibalizes AdX.== |
| | Demand Syndication will take a ▮ rev share (instead of AdX's 20%), be subject to platform policies (instead of AdX policies), not provide publishers with sophisticated blocking functionality, not receive all the value-add signals passed to AdX buyers (e.g. omit viewability, detected_vertical, click_through_rate and many others), and likely omit certain UI/API functionality currently exposed to AdX buyers. |
| | This alpha is a continuation of the proof-of-concept (ariane/143859) with the addition of limited UI functionality for both exchanges and publishers. Exchanges will be able to log in to a version of our buyside UI but only have access to troubleshooting, reporting, billing and account settings pages. Publishers will be able to control demand syndication via the mediation groups UI in DFP and have access to some basic reporting functionality. |
| Creator | gargisur |

## Approvers:

| Ads & Comm (Display): Display Ads - | Status | Owners |
|---|---|---|

HIGHLY CONFIDENTIAL  GOOG-DOJ-15006599

**Publisher Platform - DRX**

| | | |
|---|---|---|
| PA Lead | Approved | nmohan, jbellack, scottspencer, ▬, eisar, ▬ |
| Eng | Approved | apappu, ▬ |
| Legal | Approved | ▬ |
| Logs | Approved | logs-launch+ariane |
| Privacy | Approved | pwg-display-approvers |
| Latency | FYI | |
| UI | FYI | ▬ |
| Security | FYI | |
| Policy Team | FYI | publisher-policy-dev |

## Launch Attributes:

**Global attributes**

| | |
|---|---|
| PRD | ▬ |
| Privacy Design Document | https://docs.google.…LM48ERM4Yjaye9Q/edit |
| Privacy Trivial Launch | No |
| Privacy Trivial Justification | N/A |
| Privacy Master Tracking Bug | |

**Display Ads - Publisher Platform - DRX attributes**

| | |
|---|---|
| PM | glevitte, ▬ |
| TL | ▬ |
| UI mockups | |
| Privacy Launch Document | https://docs.google.…bw/edit?usp=drivesdk |
| Impact | Medium |
| Launch Stage | % Launch |
| L-Team | No |
| Display Privacy Review required? | No |
| Number of marketing promotions | |
| Patent review | false |
| Comms Docs | |
| Commercialization priority | A |
| Comms Owner | ▬ |
| Tech Writer | ▬ |
| Product Group | DFP Premium, DFP SB, AdX Buy-side |
| User Controls Certification (go/uc-cert) | I certify |
| Betabot link | |
| Alpha release date | |
| Alpha release qualifications | |
| Beta release date | |
| Beta release qualifications | |
| GA release date | 2017-Q1 |
| GA release qualifications | |

Buganizer ID
Help center article
**Logs attributes**
Logs Ticket Link
**Latency attributes**
Latency data
**Security attributes**
Needs security review                                          No
Security Justification
Security ticket(s)

Recipients: ███████████████████████████████████, glevitte, ███████████████
███████████████

Unsubscribe from this launch

HIGHLY CONFIDENTIAL                                                                                    GOOG-DOJ-15006601