# EXHIBIT 158
# REDACTED

| From: | |
| --- | --- |
| To: | |
| Sent: | Wed, 27 Apr 2016 11:41:02 +0000 |
| Subject: | [Launch 151536] Demand Syndication Beta |
| Cc: | |

**Comment by glevitte**: Launch was copied from http://launch/145400.

glevitte has created a new launch.
Please review.

**Your role as jbellack**: PA Lead approver

**Link:**

# Launch information:

| Launch ID | 151536 |
| --- | --- |
| Name | **Demand Syndication Beta** |
| Calendars | Ads & Comm (Display): Display Ads - Publisher Platform - DRX |
| Launch Date | **2016-Q3** |
| Status | **Current** |
| Description | Today publishers using DFP can sell remnant impressions to non-AdX exchanges (Rubicon, Pubmatic, OpenX, etc) with static-price line items and to AdX with realtime pricing (RTB callouts to AdX buyers). Publishers want realtime pricing from all exchanges because it generates significant yield (          anecdotally) so they resort to header bidding setups like prebid.js - which makes many calls from the page (user data leakage, latency issues), is painful to setup (pubs have to create 1000's of line items, can't reconcile billing/reporting) and encourages pubs to consider other SSPs (see   . <br><br>Demand Syndication allows non-AdX exchanges to compete with realtime pricing from within DFP. Publishers specify which exchanges they have agreements with, and then we allow those exchanges to buy on those publishers via RTB - similar to how AdX buyers participate. ==Our goal for this product is to provide *slightly* better value for publishers than header bidding but not so much that it completely cannibalizes AdX.== <br><br>Demand Syndication will take a  rev share (instead of AdX's 20%), be subject to platform policies (instead of AdX policies), not provide publishers with sophisticated blocking functionality, not receive all the value-add signals passed to AdX buyers (e.g. omit |

|  | viewability, detected_vertical, click_through_rate and many others), and likely omit certain UI/API functionality currently exposed to AdX buyers.<br><br>This beta is a continuation of the proof-of-concept (ariane/143859) and alpha (ariane/145400) with the addition of support for mApp and Native (v1 & v3) inventory. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ so there will also be additional work to refine the onboarding process to make the product more scalable. |
|---|---|
| Creator | glevitte |

## Approvers:

| Ads & Comm (Display): Display Ads - Publisher Platform - DRX | Status | Owners |
|---|---|---|
| PA Lead | Pending Review | nmohan, jbellack, scottspencer, ▇▇▇▇▇ eisar, ▇▇▇▇ rohit |
| Eng | Pending Review | apappu, ▇▇▇▇▇▇▇ |
| Legal | Pending Review | ▇▇▇▇ |
| Logs | Pending Review | logs-launch+ariane |
| Privacy | Needs Work | pwg-display-approvers |
| Latency | FYI | |
| UI | FYI | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Security | FYI | |
| Policy Team | FYI | publisher-policy-dev |

## Launch Attributes:

| Global attributes | |
|---|---|
| PRD | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| Privacy Design Document | |
| Privacy Trivial | No |