# EXHIBIT 161
# REDACTED



# FAN Bidding in to DRX and AdMob

ACM
April 28, 2017

glevitte@, samcox@, █████████████

Confidential + Proprietary

RECAP

# Why does header bidding exist?

**PUBLISHER**
- No FOMO, allows all buyers/markets to compete simultaneously
- Closes the gap between first and second price (AdX ▮ average)
- Puts latency at the front (consistent) instead of at the back (inconsistent)

Leverages DFP for better programmatic ad experiences and programmatic guarantees

**ADVERTISER**
- DSPs / Networks avoid SSP rev shares increasing profit margins and/or payouts to pubs
- Allows buyers to "own" the supply chain, protects from disintermediation, promotes privilege
- Increases placement/user opportunity volume

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL    GOOG-TEX-00969706

# Jedi vs. HB

|  | HB | Jedi |
|---|---|---|
| Cost | Low | High |
| Deals | Yes | No |
| Volume of demand partners | High | Low |
| Configurability | High | Low |
| Restrictiveness (policy) | Low | High |
| Restrictiveness (execution) | Low | High |
| Transparency | High | Low |
| Buyer integration difficulty | Low | High |
| Seller integration difficulty | High | Low |
| Payment simplicity | Low | High |

Google  Confidential + Proprietary

HIGHLY CONFIDENTIAL                    GOOG-TEX-00969707