# EXHIBIT 163
# REDACTED

## In the Matter Of:

*In Re: Google Antitrust Litigation*

## GEORGE LEVITTE

## August 10, 2021



GOOG-AT-MDL-007174888

1

IN RE:

GOOGLE ANTITRUST LITIGATION

60-516110-0009

ORAL VIDEOTAPED DEPOSITION

GEORGE LEVITTE

AUGUST 10, 2021

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION OF GEORGE LEVITTE, produced as a witness at the instance of the United States Department of Justice Antitrust Division and duly sworn, was taken in the above-styled and numbered cause on the 10th day of August, 2021, from 10:45 a.m. to 8:16 p.m., before Melinda Barre, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine, all parties appearing remotely via web videoconference, pursuant to the rules of procedure and the provisions stated on the record or attached hereto.

Highly Confidential       George Levitte - August 10, 2021

```
                                                              2
 1                         APPEARANCES
              (ALL APPEARED VIA ZOOM VIDEO CONFERENCE.)
 2
   FOR THE UNITED STATES DEPARTMENT OF JUSTICE
 3 ANTITRUST DIVISION:

 4        Mr. David Geiger
          Mr. Arshia Najafi
 5        450 Fifth Avenue, NW
          Washington, D.C. 20530
 6

 7 FOR GOOGLE, INC. AND THE WITNESS:

 8        Ms. Julie Elmer
          Mr. Peter Kim
 9        FRESHFIELDS BRUCKHAUS DERINGER LLP
          601 Lexington Avenue, 31st Floor
10        New York, New York 10022

11
   FOR GOOGLE, INC.:
12
          Mr. Daniel Bitton
13        AXINN VELTROP AND HARKRIDER
          114 West 47th Street
14        New York, New York 10036

15

16 ALSO PRESENT: Jorge Rodriguez, Videographer;
                Seumas Macneil; Tor Winston;
17              Shaudy Danaye-Armstrong

18

19

20

21

22

23

24

25
```

GOOG-AT-MDL-007174890

Highly Confidential     George Levitte - August 10, 2021

52

1   Q.   Can you turn to the second page of Exhibit 3
2  ending in 775.
3   A.   Yes.
4   Q.   I will reference -- there are numbers at the
5  bottom right-hand corner of the document on each page.
6  It's called a Bates number.  I'll reference those during
7  this deposition.
8   A.   I see the second page that ends in 775.
9   Q.   The second project listed here is exchange
10 bidding.  Do you see that?
11  A.   I do, yes.
12  Q.   You were the lead PM on exchange bidding?
13  A.   Yes.
14  Q.   Exchange bidding was Google's response to
15 header bidding?
16  **A.   It would probably be more accurate to say it
17 was one response to header bidding, but it was the most
18 visible response.  There were some others, I think,
19 though.**
20  Q.   What other responses were there to header
21 bidding?
22  **A.   I don't recall all of them.  I think that first
23 look was another one.**
24  Q.   And header bidding is referred to as HB
25 sometimes.  Is that right?

GOOG-AT-MDL-007174940

```
                                                                53
 1     A.    That's correct.
 2     Q.    And exchange bidding is referred to as EB?
 3     A.    That's correct.
 4     Q.    Do you see the section at the bottom of the
 5  second page titled "What I Did"?
 6     A.    I do.
 7     Q.    And there you wrote, "Built and led strategic
 8  DFP/AdX effort to launch and scale an HB alternative
 9  more favorable to Google (fees, data, control, user
10  latency) as defence against long-term threat posed by
11  HB."
12           Do you see that?
13     A.    I do, yes.
14     Q.    Exchange bidding is more favorable to Google
15  than header bidding with respect to fees?
16     A.    I'm sorry.  Are you asking me?
17     Q.    Yes.
18     A.    Yes, it is.
19     Q.    Can you explain why that's so.
20     A.    With exchange bidding we take a percent media
21  fee.  Oftentimes it's ▮▮▮▮▮▮▮.  With header bidding we
22  take an ad-serving fee.  It ranges, but it might be like
23  a ▮▮▮▮▮ CPM.
24     Q.    Do you also take an ad-serving fee with
25  exchange bidding?
```

Highly Confidential        George Levitte - August 10, 2021

```
                                                          242
 1
 2  _____
    IN RE:
 3
    GOOGLE ANTITRUST LITIGATION
 4
    60-516110-0009
 5  _____
 6
 7                    REPORTER'S CERTIFICATE
 8              ORAL DEPOSITION OF GEORGE LEVITTE
 9                      August 10, 2021
10
11       I, Melinda Barre, Certified Shorthand Reporter in
12  and for the State of Texas, hereby certify to the
13  following:
14       That the witness, GEORGE LEVITTE, was duly sworn by
15  the officer and that the transcript of the oral
16  deposition is a true record of the testimony given by
17  the witness;
18       That the original deposition was delivered to
19  David Geiger.
20       That a copy of this certificate was served on all
21  parties and/or the witness shown herein
22  on _____.
23       I further certify that pursuant to FRCP Rule
24  30(f)(1), that the signature of the deponent:
25            ____ was requested by the deponent or a party before
```

www.LexitasLegal.com/Premier        Lexitas                888-267-1200

GOOG-AT-MDL-007175130

243

1  the completion of the deposition and that the signature is
2  to be before any notary public and returned within 30 days
3  from date of receipt of the transcript.  If returned,
4  the attached Changes and Signature Page contains any
5  changes and the reasons therefor:
6       _____ was not requested by the deponent or a
7  party before the completion of the deposition.
8       I further certify that I am neither counsel for,
9  related to, nor employed by any of the parties or
10 attorneys in the action in which this proceeding was
11 taken, and further that I am not financially or
12 otherwise interested in the outcome of the action.
13      Certified to by me on this, the _____ day
14 of _____, 2021.

_____

Melinda Barre
Texas CSR 2192
Expiration: 12/31/21