# EXHIBIT 165
# REDACTED



• 2019 DVA Quality Summit•
Bid translation pros
GDA and DV360 can continue run second-price auctions, and upstream bidding systems don't have to change
Bid translation cons
Buyers lose control of their bids, and sometimes lose even when their value exceeds competition
nirmaljayaram@, gTrade
10/10/2019
Google Proprietary & Confidential

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00292260

• 2019 DVA Quality Summit•
Handing control back to buyers
Holding on to last-look is not an option, but we don't want to lose buy-side competitiveness either.
If GDA (and other AdX buyers) can submit first-price bids directly, these can be compared to the first-price auction
AdX moving to first-price enables the above
HB winner
$2
Adx auction (first price)
Clearing price = $2.1
$0.9
$2.1
DV360
GDA
nirmaljayaram@, gTrade
10/10/2019
Google Proprietary & Confidential



• 2019 DVA Quality Summit•
There is a lot more to AdX first-price migration
First-price auction
Last look removal
Unified Price Rules
nirmaljayaram@, gTrade
10/10/2019
Google Proprietary & Confidential

HIGHLY CONFIDENTIAL GOOG-DOJ-AT-00292262