# EXHIBIT 167
## REDACTED

PRIVILEGED AND CONFIDENTIAL



GOOG-AT-MDL-001977826

## Sell-side view (web)

Impact of individual changes comprising this launch

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-001977832

# Removing Last Look* has significant negative impact

| | Impressions | Value Clamped | Revenue | Google Profit | GDN profit | Post Revshare Payout | Aggregate: |
|---|---|---|---|---|---|---|---|
| LastLookOverDfpRemnant::GlobalControl 246003051 TOTAL * Adx_Only * Web | [redacted] | | | | | | |
| ıtPriceFromSettingWinnerCostExperiment 246003052 TOTAL * Adx_Only * Web | | | | | | | |
| LastLookOverDfpRemnant::GlobalControl 246003051 Adwords_Buyer * Adx_Only * Web | | | | | | | |
| ıtPriceFromSettingWinnerCostExperiment 246003052 Adwords_Buyer * Adx_Only * Web | | | | | | | |
| LastLookOverDfpRemnant::GlobalControl 246003051 Dbm_Buyer * Adx_Only * Web | | | | | | | |
| ıtPriceFromSettingWinnerCostExperiment 246003052 Dbm_Buyer * Adx_Only * Web | | | | | | | |

**But allows bundling of other valuable changes, that can be positioned as pro-competitive (fairer platform for *all* buyers); Pub outreach to reduce HB boosts planned**

Google

** This impact is measured in a 2P auction state comparing performance with and without last look; Rasta source;*

Confidential + Proprietary

