# EXHIBIT 172

# DOCUMENT UNDER SEAL