# EXHIBIT 176
## REDACTED

[OLD] - Meeting Notes - DRX Indirect Commercialization

## OLD - New Ad Manager Indirect Notes @ ▮

## 2017

### 12/18/2017
*Covered by* ▮
*Attendees:* ▮

**Intro:**
Welcome ▮ (covering for ▮)

**Weekly Indirect Updates**
- Indirect Fortifications
  - DFL 2.0
    - ▪
  - Target CPM
    - Starting to get approved
    - ▮ publishers activated; ▮ rules across ▮ networks
  - Optimized Competition
    - Plan to feed this into Greentea as an opportunity based on the OC Dashboard to suggest this to only those who are not active
    - SB Narrative: setup time in January to discuss this?
- Ads Quality Updates (RPO, DRS, EDA)
  - 
- App Mediation (DRX/AdMob)
  - 
- Exchange Bidding
  - For weekly updates refer to EB Sell-Side Comms Notes

**Hot Topics**
- Time-sensitive Brand Safety launch for Uncrawled / Unclassified URLs (Comms Doc)
  - **Launched on 15/12**
  - Proactive out-reach to top affected publishers (mostly AFC) - impacted publishers here
    - Pushing out to newsletter + limited outreach to top affected pubs
- DFL Unmapped account update

- comms doc (still WIP, please do not share yet!)
- DFP audience segments are automatically pushed to linked AdX seller accounts so that they can be used on AdX inventory
    - used to create rules
        - auto intenders is passed from DFP so you can create an auto intenders AdX rule (potentially good use for PD/PAs)
    - 1st party data only
- No planned beta
    - pubs can currently do this via manual process, this release automates that process
- Moved up: release to everyone on 4/28/2014

Unified blocking beta

April 14th
- EDA Update [deck]
    - CTR Opt Impact update
        - Analysis Doc
        - When it comes to managing CTR and EDA we are favoring the higher revenue goal
            - CTR Opt is being negatively impacted on some pubs - pub outreach required
            - Some pubs should have EDA turned off until joint prioritization is available (optimize for both CTR and EDA equally)
            - New bug - P0 - EDA opt publishers where backfill is not eligible
    - EDA @90% for most pubs
    - PP line items behaving appropriately following bug fix last week
    - pubs @1% are being ramped up but with a timeline that is still TBD (more focused on CTR)
    - Reporting request
        - when AdX (booked at P12) competes and wins against a DFP P8 line items via EDA, can we report on that transaction is such a way that we know AdX won at P8 rather than always appearing as P12.
        - AI [redacted] to set up meeting with relevant DFP and AdX teams. Need to make sure we understand how EDA is impacting the Opportunity Report and other reports in DFP and AdX

- Unified reporting
    - Question from YM Comms - why are we not making a bigger deal about unified buyer and now advertiser mapping. The feeling was this is worthy of a bigger push
    - Fits within better together - how can we fit this within marketing narrative
        - EDA
        - Unified suite
            - buyer and advertiser reporting

HIGHLY CONFIDENTIAL
GOOG-TEX-00107497

- blocking is coming
- Need a list of pubs to reach out to beyond Weather
  - East Pub pod
  - Need pubs outside the US to help with unified platform narrative
- When will category blocking be available as part of the unified suite
    - Comms doc
- Unified Blocking
  - targeting beta 5/12
  - Eng pulling a list of possible pubs to target
    - to be shared with this group to narrow down the group to reach out to
  - Looking for pubs using the advertiser reporting or widget

April 7th
- EDA
  - PM update
    - pubs at 90%
      - no delivery issues
      - no additional
      - median lift ▮
      - still seeing some crazy CPMs for remnant line items
        - flagging remnant CPMs ▮
        - will provide lists to appropriate groups to help pubs optimize
          - why are they executing in this way?
          - can we optimize the set-up for these pubs
          - does EDA need to consider
    - bug fix
      - 64 pubs impacted - held EDA at 1%
      - fix is live as of 4/7
      - timeline for pubs TBD
      - we now properly consider high priority price priority line items as we do for AdX
        - this should fix the negative uplift numbers we saw for these pubs
    - Sponsorship
      - eng will identify pubs and provide a list to this group
  - EDA impact on CTR opt
    - ▮ complained their CTR dropped
      - expected due to ramp-up
      - beyond that (@90%) CTR was still down - ▮
        - this was meaningful for ▮ b/c they sell on a CPC basis
        - EDA was turned off for this pub

- - - 
      - this is typically not an issue because CTR and AdX revenue are not correlated on impression level
      - EDA is being modified to account for edge cases like this
        - release TBD but should be ready within 30 days
    - Can we present an update to the monetization group this Thursday
    - Internal reporting / new TAM dashboard
      - have been using go/cpr-dash
      - new dashboard
        - more metrics
        - better search
        - based on a new version of PLX
        - cannot easily export data
        - can provide queries to pull data directly
        - will ultimately live at go/cpr-dash
  - Wondertwins
    - Phase 1 - removing requirement for creative snippits / sizeless backfill will go into GA on 4/14
    - Q2 Goal: 20 pubs live on beta
      - evolving list of eligible pubs
      - Note that this list will be further reduced as only Matador-enabled AdX networks will be eligible for WonderTwins. Once we filter out pubs who we don't expect to be on Matador by May, we'll need to vet this list to filter out pubs that are not appealing from a sales/gTech perspective.
    - Goal of WonderTwin
      - efficiency
      - move away from Line Item backfill to Network Level Backfill
        - will still give pubs the ability to opt-out inventory
        - at time of migration we will honor all exclusions
    - Impression Opportunity


Next meeting:
- EDA
  - Roll-out last week for pubs performing well
    - 25% on 3/24
    - 50% on 3/27
      - AdX ARR of [redacted] - current volume extrapolated to annual number - just for most recent pubs launched
    - will go to 90% on 3/31 (today)
    - price priority bug fix should go live by 4/3 and held back pubs should go live next week
  - Sponsorship, Beta and rollout plan
    - verify April 4th date

HIGHLY CONFIDENTIAL
GOOG-TEX-00107499