# EXHIBIT 178
## REDACTED



Google
XFP+AdX Revenue Optimization
via Cross-Priority Ranking

Vahab Mirrokni
AdX Tech Talk

HIGHLY CONFIDENTIAL TREATMENT REQUESTED GOOG-NE-13196814



# Outline

Google

- Introduction
- Online Ad Allocation
  - Matching Ranker: Primal-Dual Approach
- Cross-Priority Ranker with AdX
  - Problem Definition: Priority Levels
  - Different Solutions
  - Our Solution: Cross-Priority Ranker
- ***Evaluation and Current Status***
  - Offline and Live Experiments
  - Delivery and eCPM lift
- Future Opportunities

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL TREATMENT REQUESTED GOOG-NE-13196844

Offline and Live Experiments
Google

HIGHLY CONFIDENTIAL TREATMENT REQUESTED GOOG-NE-13196845



Delivery per Priority Level
Google

HIGHLY CONFIDENTIAL TREATMENT REQUESTED GOOG-NE-13196846