# EXHIBIT 183
## REDACTED

Message
_____

**From:**         ██████████████████████████████
on behalf of   ████████████████████████
**Sent:**         7/29/2015 11:45:18 PM
**To:**           Nirmal Jayaram ████████████████████████████  ████████████████
                ████████████████
**Subject:**      Re: Pub impact list for global Bernanke


The question may come up why any pub loses more than ████ when that was an optimization constraint. Answers include

1) The payout drop of ████ is only a heuristic to limit the drop; Simulations are from past, next day is always slightly different
2) Bernanke can only simulate expected margin and expected payout. The actual margin and payout depends on pctr/ctr and revenue/expected revenue bias. We have ongoing projects to improve these.

On Wed, Jul 29, 2015 at 4:36 PM, Nirmal Jayaram ████████████████████████ wrote:
> Hi ████
>
> ████ put together the <u>pub impact list</u> based on expt data. In terms of diff, surprisingly there isn't much from what we shared with them a while ago. The ████ payout constraint works very well for the most part. A couple of pubs see ████ revenue drop (not sensitive pubs), but they have very low CvRs. A vast majority of the sensitive pubs benefit and the few that lose are within the imposed ████ constraint. Overall, adx pubs gain over ████ annually.
>
> Let me know if you need any more info on this before you try to get approval from the AdX leads.
>
> Thanks,
> Nirmal

GOOG-AT-MDL-B-002514119