# EXHIBIT 185



CONFIDENTIAL                                                                                       GOOG-AT-MDL-001386659



# Google

## Project Bernanke: Focus on the Second Bid

**GDN is the only buyer submitting two bids to AdX. Why?**
- To maintain "arbitrage-free" business, keeping GDN margin <= 14%
- To increase the revenue and attractiveness of AdX for publishers

The second bid is a huge $$$ subsidy to the publisher
- GDN second prices itself on 85% of winning queries
- Removing second bid would reduce GDN -> pub payout by 50%!

Bernanke: If spending huge $$$ as subsidy, spend it wisely
- Reduce (or drop) second bid
- **Raise first bid to maintain 14% margin per web property**
  - **Can increase first bid 2x-3x if dropping second bid!**
- Outcome
  - Still win all queries we used to win, now with higher margin
  - Start winning queries that even DRS lost, now with negative margin
  - GDN profit, publisher revenue, match rate all increase

Google Confidential and Proprietary