# EXHIBIT 186
## REDACTED

**Message**

**From:** ▮
**Sent:** 6/7/2013 10:23:31 PM
**To:** Nirmal Jayaram ▮
**CC:** ▮
**Subject:** Re: doubling first bid, removing second bid

Sounds reasonable.

On Jun 7, 2013 10:44 AM, "Nirmal Jayaram" ▮ wrote:
> Hi ▮,
>
> If we double first bid and remove second bid, according to simulations,
>
> pub payout drops by ▮, total revenue increases by ▮, Google profit increases ▮, GDN profit increases more than doubles.
>
> So, it looks like we can certainly use this combination for this experiment and not lose money doing that. Only concern might be pub revenue dropping ▮. If these results hold up in the experiment, we should be able to push the first bid by ▮ without losing profit.
>
> Thanks,
> Nirmal

CONFIDENTIAL					GOOG-AT-MDL-B-002760309