# EXHIBIT 188
# REDACTED

| | Message |
|---|---|
| From: | ▇ |
| Sent: | 5/8/2015 12:04:43 AM |
| To: | ▇ |
| CC: | Scott Spencer ▇ |
| Subject: | Re: mGDN share of AdX? |

Got no response so I'm leaving out Apps. Here is data for April 2015, no apps. 5 realize the numbers I quoted you last night were revenue not match rates- sorry about that. Here are match rates both of total queries (what we win and do not win) and of matched queries (either GDN, DBM or another AdX Buyer won), along with revenue.

| Web Only (not App) April 2015 | GDN % of Revenue on AdX Pubs | DBM % of Revenue on AdX Pubs | GDN % winning of total AdX Pub Queries | GDN % winning of total AdX Pub Matched Queries | DBM % winning of total AdX Pub Queries | DBM % winning of total AdX Pub Matched Queries |
|---|---|---|---|---|---|---|
| Desktop | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| High-end mobile | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Tablet | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Grand Total | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |

On Thu, May 7, 2015 at 11:43 AM, ▇ wrote:
▇ - always more data needed for you, nice to see you.

When you say mobile, what do you mean? HED+Tablet? HED only? App v Web broken out?

lmk.

On Thu, May 7, 2015 at 11:38 AM, ▇ wrote:
If possible, ▇, we'd love to show GDN win rates on Adx for desktop vs mobile, and the equivalent for DBM. The internal audience is always asking for comps between the two, and it's important they understand the relative win rates as they shift spend from GDN to DBM amid rising mobile usage.

On Wed, May 6, 2015 at 11:14 PM, Scott Spencer ▇ wrote:
No problems with internal audiences so long as it's clearly marked as confidential.

On Wed, May 6, 2015 at 11:58 PM, ▇ wrote:
Any concerns with us sharing it internally?

We're trying to make the pt that we win more in mobile than we do in desktop, so sales teams understand that we have a good mGDN offering, and become more confident in pitching it. Today, LCS teams generally believe mGDN is inferior to many competitors but they also allow they don't really have solid understanding of it. The stats/graph would go into a deck with "Internal only" pasted all over it.

On Wed, May 6, 2015 at 5:52 PM, Scott Spencer ▇ wrote:
We don't like to promote the percent of AdX won by GDN externally as it creates a perceived over-reliance on GDN.

On Wed, May 6, 2015 at 8:29 PM, ▇ wrote:

HIGHLY CONFIDENTIAL                                                                                                                    GOOG-DOJ-14882535

Sorry in terms of sharing that data, i'm not so sure its really an issue. Let me check with Scott

sent from my mobile device; please excuse any typos.

On May 6, 2015 8:24 PM, ▮ wrote:

Yes, I can get you exact numbers tomorrow but off the top of my head (I'm home and can't get back online) for mobile its ▮ and for desktop its ▮

For US desktop its ~▮ and US mobile its ~▮

I'll confirm tomorrow. I forget whether I'm including AdX pub apps in this as well, again this is top of my head so I'll confirm tomorrow.

sent from my mobile device; please excuse any typos.

On May 6, 2015 8:15 PM, ▮ wrote:

▮,

Hi ▮,

Do you happen to know what share of AdX inventory is won by GDN, both on desktop and mobile? I believe we aren't allowed to share that data externally, but it would be good to know. Do you also know what we can share regarding that data?

Thanks!

-▮

On Wed, May 6, 2015 at 3:08 PM ▮ wrote:
Hi ▮ - do you have any stats on the relative AdX win rate of GDN vs mGDN, that the 3 of us could review? I feel like that would be a powerful way of describing mGDN's strength, but not sure if we'll get clearance to show it...perhaps we can in a comment or generalized way.

---------- Forwarded message ----------
From: ▮
Date: Mon, May 4, 2015 at 1:25 PM
Subject: mGDN share of AdX?
To: ▮

Hi ▮

We're completing a set of slides to get sales team more excited about selling mGDN and I thought it would be compelling to include a stat about the high share of mobile AdX impressions won by GDN.

Do you think that is a stat we can share internally? What kind of state can we share?

Thanks

▮

Director, Global Display Solutions | Google
▮

HIGHLY CONFIDENTIAL
GOOG-DOJ-14882536

▇▇▇▇▇▇
Director, Global Display Solutions | Google
▇▇▇▇▇▇▇ ▇▇▇

--
▇▇▇▇▇▇
Director, Global Display Solutions | Google
▇▇▇▇▇▇▇▇

--
▇▇▇▇▇▇
Director, Global Display Solutions | Google
▇▇▇▇▇▇▇▇



--
▇▇▇▇▇▇
Principal Analyst, Global Strategy and Analytics
Google Inc.
▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇
▇▇▇ ▇▇▇▇

HIGHLY CONFIDENTIAL
GOOG-DOJ-14882537