# EXHIBIT 189
## REDACTED



## Comms Doc: AdX Buy-Side Bid Data Sharing (GA)

███████████████

Priority C
Authors: ██████████████████
Last Updated: March 7, 2017

| | |
|---|---|
| **Description** | Enabling the bid data sharing feature allows a buyer to receive useful bid data from other participating buyers for certain features (such as feedback on bids). Additionally AdX provides publishers access to this data through their Bid Landscapes reports. As of March 17, AdX will start providing query-level bid data from any AdX buyer that is opted into the bid data sharing feature. Query level bid data is provided to publishers on most other SSPs. This data will initially be made available to AdX publishers through the Data Transfer service, but could be made available through other reporting tools in the future. AdX buyers can enable/disable bid data sharing through the AdX buyer UI for their account. |
| **Value Proposition** | For buyers, participating in bid data sharing allows them to receive useful bid data from other participating buyers (e.g. real-time feedback on lost bids). For publishers, getting access to query-level bid data provides them with more useful insight into the value of their inventory on AdX. This can also benefit buyers as the report gives publishers a way to identify buyers with appropriately priced bids and enough bidding activity to potentially qualify for the premium inventory sold through Deals. |
| **Status** | Bid Data sharing is already available to any AdX buyer through the UI. This change to the level of granularity of the data that's shared with AdX publishers will go live for all AdX buyers opted into bid data sharing on March 17. |
| **Release date** | March 17, 2017 |
| **Target Buyers** | This launch impacts anyone that is already opted into bid data sharing. By default, any new AdX buyer account is opted into bid data sharing. |
| **Sales next steps** | No action is required for those buyers. These comms are primarily for reactive messaging in case any buyers have questions about this change. |
| **Project Contacts** | ████████████████████████████ ████████████████ |

**Contents**
1. Sales Summary

1

GOOG-DOJ-AT-00511017

1. Value Proposition
2. Description and Features
3. Feature/Product Release Schedule
4. Feature Enablement and Sales Activation - Beta
5. Feature Enablement and Sales Activation - General Release
6. Escalation / Services Support
7. FAQ
Important Links

| Value Proposition, Publisher Impact & Benefits | Owner: GPL |
|---|---|

## Value Proposition

- For buyers:
  - Participating in bid data sharing allows them to receive useful bid data from other participating buyers (e.g. real-time feedback on lost bids).
  - The report gives publishers a way to identify buyers with appropriately priced bids and enough bidding activity to potentially qualify for the premium inventory sold through Deals
- For publishers:
  - Getting access to query-level bid data provides them with more useful insight into the value of their inventory on AdX. This can also benefit buyers as.

## Communication Schedule

- Included in monthly Help Center announcements for February 2017
- Included in the monthly external newsletter for March 2017
  - This newsletter is sent to AdX Buy-Side AMs who then send to their clients
- Other than this, reactive comms below can be handled orally as needed.

| Product Overview | Owner: PM |
|---|---|

## Description and Features

AdX buyers can enable/disable bid data sharing through the AdX buyer UI for their account.

- All new AdX buyer accounts are enabled for bid data sharing by default
  - If a buyer wants to disable bid data sharing, they need to follow the instructions outlined here.
- Once a buyer is enabled for bid data sharing:
  - They are eligible to receive useful bid data from other participating buyers (e.g. real-time feedback on lost bids)
  - AdX publishers gain access to their bid data through Bid Landscapes reports.
  - As of March 17, publishers can get access to query-level bid data from those participating AdX buyers via the Data Transfer service.
- Publishers get access to the following data from buyers that are enabled for bid data sharing:
  - Number of bids
  - Closing bid CPM (transacted price)
  - Bid Price
  - Bid Floor
  - Buyer
  - Win percentage

2

GOOG-DOJ-AT-00511018

- ○ Mean CPM
- ○ Impressions
- ○ Bid ranges
- ○ Auction Type
- ○ Advertiser
- ○ Creative ID

**Rollout / Enablement**                                                    **Owner: gTech + RSL**

## Feature Rollout / Enablement / Activation
- Target Date: March 17, 2017
  - ○ Will be applicable to all buyers that are enabled for bid data sharing

**Resources**                                                                     **Owner: GPL**

## FAQ

Q: What changed about the bid data sharing feature?
A: Previously, publishers did not have access to query-level bid data. They could access buyer bid data through Bid Landscapes reports, but did not have the more granular query-level bid data.

Q: Why are we making this change to give publishers access to query-level bid data?
A: This has been a top request from several large, strategic AdX publishers, given most other exchanges provide this information. Giving them access to query-level bid data provides more useful insight into the value of their inventory on AdX. This also helps publishers identify buyers that are most interested in their inventory so that they can invest in the relationship.

Q: How do I know if my buyer is enabled for the bid data sharing feature?
A: Any new AdX buyer account is by default enabled for the bid data sharing feature. They would have had to explicitly disable the feature if they did not want to share their bid data. You can see if your buyer is still enabled for the bid data sharing feature by going to the Account Settings page within their AdX buyer account and verifying if "Bid data sharing" within "Marketplace settings" says enabled or disabled (screenshot).

Q: Why would my buyer want to keep the bid data sharing feature enabled?
A: Participating in bid data sharing allows them to receive useful bid data from other participating buyers (e.g. real-time feedback on lost bids). The report gives publishers a way to identify buyers with appropriately priced bids and enough bidding activity to potentially qualify for the premium inventory sold through Deals. Most other exchanges provide publishers access to bid data.

Q: How can my buyer disable bid data sharing?
A: They can follow the instructions in this HC article to disable the bid data sharing feature at any time.

3

                                                   GOOG-DOJ-AT-00511019