# EXHIBIT 190
## REDACTED

Message

| | |
|---|---|
| **From**: | ████████████████████ |
| **Sent**: | 4/1/2013 4:56:07 PM |
| **To**: | ████████ |
| **CC**: | Scott Spencer ████████████████████████████ ████████████████ |
| **Subject**: | Re: GDN Bid data usage for Bid Landscapes, Feedback on lost bids and Toolbar |

Thanks as always!

████████ | **Business Product Manager**, DoubleClick Ad Exchange | ████████████

On Mon, Apr 1, 2013 at 12:05 PM, ████████████████████ wrote:
Done.

On Apr 1, 2013 11:00 AM, "Scott Spencer" ████████████████ wrote:
For now, I think the text changes outlined in the link are adequate.

████████████████████████████████████████
████████

Next step are:

1.      to get notice to customers and
2.      to convince GDN to participate (non gating)

-scott

On Mon, Apr 1, 2013 at 10:24 AM, ████████████████ wrote:
fwiw I already made the change and it should go out to production on Wed.

What else is there to resolve?

On Thu, Mar 28, 2013 at 9:02 PM, Scott Spencer ████████████████ wrote:
Guys - I'd like to resolve the opt in / out status as soon as possible for these three features.

Here are my arguments for Woojin et al. Please take a look and update as appropriate.

████████████████████████████████████████
████████████████

-scott

    GOOG-DOJ-15603182

>>>
>>>
>>> On Thu, Mar 28, 2013 at 6:46 AM, ███████████████████ wrote:
>>>>
>>>>
>>>> Two more: ███████████████
>>>>
>>>>
>>>> On Thu, Mar 28, 2013 at 6:26 AM, Scott Spencer ████████████████ wrote:
>>>>>
>>>>> Thanks everyone.
>>>>>
>>>>> It looks like we now have a path forward. AdX will launch these features with GDN opted out initially.
>>>>>
>>>>> Separately, I'll ask my PMs (each of these features is managed by a different one) to share the buyer use cases with the GDN team. If we reach agreement that a particular feature is acceptable for GDN, we can opt GDN in at that point and make the client control more granular.
>>>>>
>>>>> Given the number of people involved, it would be great if there was a smaller group from GDN that could represent it. Would it be fare to consider ████████████████ such representatives?
>>>>>
>>>>> Regards,
>>>>> -scott
>>>>>
>>>>> On Mar 28, 2013 1:53 AM, ████████████████████ wrote:
>>>>>>
>>>>>>
>>>>>> I am fine with Adwords opted out of this.
>>>>>>
>>>>>> And I agree with ██████. In order to move forward it would be good to understand use cases, i.e., why would buyers/sellers want this information and how would it benefit them.
>>>>>>
>>>>>>
>>>>>> On Wed, Mar 27, 2013 at 7:54 PM, ████████████████████ wrote:
>>>>>>>
>>>>>>> Thanks Scott,
>>>>>>>
>>>>>>> FWIW, I really don't like just saying "no," and would prefer to come to a creative solution that makes everyone happier.  Unfortunately, I just never recurved good visibility into the up-side for the real time bid disclosures beyond "other people do it."
>>>>>>>
>>>>>>> However, I'd be happy to work through other options with anyone in your team to get as much as we can of what you need (e.g. a bid landscape service seems fine at appropriate granularity).
>>>>>>>
>>>>>>> For example, Woojin and I discussed that we are pretty comfortable with the toolbar idea for publishers since it's low volume, debugging is hard for them, and this is much lower risk.  Same with delayed and aggregated bid landscape reports for both pubs and buyers.
>>>>>>>
>>>>>>> ██████
>>>>>>>
>>>>>>> On Mar 27, 2013 7:32 PM, "Scott Spencer" ████████████████████ wrote:
>>>>>>>>

GOOG-DOJ-15603184

>>>>>>>> Thanks ████. In the interest of simplicity, I agree, let's keep the discussion of opting GDN into some of these features for another thread.
>>>>>>>>
>>>>>>>> ████████ - please let me know if you have any concerns with the current (opt out GDN plan).
>>>>>>>>
>>>>>>>> -scott
>>>>>>>>
>>>>>>>>
>>>>>>>> On Wed, Mar 27, 2013 at 10:27 PM, ████████████████████ wrote:
>>>>>>>>>
>>>>>>>>> Opting out GDN addresses our concerns.
>>>>>>>>>
>>>>>>>>> If we want to pursue that, then we should start a separate discussion. ████ and I have commented profusely in ████████ doc expressing our concerns. Woojin, ████, and I have also discussed this and we have come to the GDN opting out conclusion. We are more open to exposing the bid landscapes if it's not real time (maybe a day's delay) if it helps advertisers bid better.
>>>>>>>>>
>>>>>>>>> Thanks.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> On Wed, Mar 27, 2013 at 6:37 PM, Scott Spencer ████████████████████> wrote:
>>>>>>>>>>
>>>>>>>>>> Google Confidential
>>>>>>>>>>
>>>>>>>>>> ████████████,
>>>>>>>>>>
>>>>>>>>>> There have been a few questions raised regarding AdX's plans to use bid data as it relates to some upcoming feature releases. I wanted to make summarize the latest plans and make sure this works for everyone (especially the GDN folks).
>>>>>>>>>>
>>>>>>>>>> As a note, we are considering the launch of these features blocked until there is consensus here. We would like to move forward as soon as feasible
>>>>>>>>>>
>>>>>>>>>> Happy to schedule a meeting if easier.
>>>>>>>>>>
>>>>>>>>>> Regards,
>>>>>>>>>> -scott
>>>>>>>>>>
>>>>>>>>>> Background:
>>>>>>>>>> There are three AdX features pending release that use buyer bid data:
>>>>>>>>>> Real-time RTB feedback – provides the winning bid price when a buyer bids on an event but loses the auction due to price. It does not disclose the alternate buyer's name and the loosing buyer had to bid at least the min to get this data back.
>>>>>>>>>> Toolbar – provides the bid for the ad shown (winning ad)
>>>>>>>>>> Bid landscapes – provides aggregated bid landscapes (histograms) by multiple dimensions (including by buyer)
>>>>>>>>>> Current plan:
>>>>>>>>>> Google buyers (GDN, GDNr, BDM) bid data will be opted out of all three features
>>>>>>>>>> A control is available for any other buyers to opt out of allowing bid data. This would be one control for all three features.
>>>>>>>>>> Other buyers will have at least one week following this announcement to opt out of allowing their data to be used. The use of bid data will be announced in the AdX monthly newsletter.



HIGHLY CONFIDENTIAL

GOOG-DOJ-15603186