# EXHIBIT 192

# DOCUMENT UNDER SEAL