# EXHIBIT 194
## REDACTED

# First Price Bernanke

## Background and Motivations

In second price world, Bernanke was responsible for hitting publisher margins.

GDA Auction → V1 / V2 → Bernanke → V1 / V2 → AdX Auction

**Margin Optimization in First Price**
We want to satisfy per-pub and network-wide margin constraints.

**Allow First Price Bid Optimization**
We want to use a first price surplus maximizer to optimize bids on top of optimizing the publisher margins.

**Incentive Compatibility**
We want the framework to be truthful and allow our second price bidding frameworks to function in the first price world.

**Robustness: Revenue/Profit Optimization**
Similar to Global Bernanke, we want this framework to allow further optimizations on top of maximizing advertiser surplus.

→ Bernanke for First Price

## Intuition

- Similar to Bernanke, we need a parameter (   ) that allows us to increase/decrease the margin and bid optimally:

- Similarly, we need a parameter (   ) that tunes the arbitrage created from having an internal second price auction while submitting first price bid:

## First Price Bernanke

- **Offline (Training)**: Use data from background experiments with different alpha and beta multipliers per pub that hit a global margin and satisfy per pub margin.
- **Online (Serving):** For a query q with publisher s where the winner and runner-up of Adword Mini-Auction have        ■        respectively:

  - Winner is charged enough to beat both internal and external competition.

### Impact

| Compared to | Revenue | Payout | Value |
|---|---|---|---|
| Bid Translation | ▮ | ▮ | ▮ |
| Just Maximizing Surplus | ▮ | +▮ | ▮ |

**Background Experiments**



**High Level Design:**



GOOG-AT-MDL-01924793