# EXHIBIT 195

# DOCUMENT UNDER SEAL