# EXHIBIT 196
# REDACTED

**From:**
**To:**
**Sent:** Thu, 13 Nov 2014 23:09:47 -0500
**Subject:** [Follow up] DRX Suite Commercialization (11/13/2014)
**Cc:**

Hi everyone,

Here is the summary of today's DRX Suite Commercialization meeting. Full notes are at                    , or at the bottom of this email.

- **DFP Outage**: Please refer to this comms doc for all further updates on the outage, we are working tightly with several teams on further comms and will be providing all info in this doc. [summary deck]
- **Adserving / opt update**: The team completed First look analysis and is now working on getting First look deals into closed beta by Q1, also launched closed beta for EDA Sponsorship, but altogether moving slower with EDA than hoped [see slides].
- **GPT update**: Successfully launched Responsive V2 and SafeFrame for backfill traffic, launch of POST will likely be pushed to Q1 (allows for more targeting criteria in ad request, pushing character limit up to 8K)
- **Cross-Comms Deprecation Planning**: Discussed need for coordination between deprecation plans on Dart and xDSM, comms team will report back to the group on next steps [see deck]
- **Comms around the horn**:
  - Indirect: Plan to restart beta for default activation of NLBF for new networks next week
  - Policy: OTC launched - see
  - Deals: 10 pubs testing Deal Check this week, first ▮ campaign launched in Canada, uncovered bugs with ▮ campaigns that are actively being worked on
  - Emerging: Big City launched into Alpha on 11/10 [see comms doc], Viewability insights will be published next week on our blogs [see infographic and Research Study, Sales FAQ will follow]
  - Core: Will roll out QT to inactive reporting SB pubs on 11/19 and all remaining pubs on 12/03 [see comms doc], kicking off outreach to get ready to deprecate EAI CSV report on 01/12/2014 [see comms doc]
- **DRX Tracker review**: Click here for launches of upcoming 2 weeks
- **FYI**: Sign up for the DRX comms doc                    , AdX Sell-Side October Newsletter finalized

Thank you for providing feedback on this meeting in our survey, we will evaluate your responses over the coming days and communicate results next Thursday.

Best,
▮

************************* FULL MEETING NOTES *************************

**Hot topics**
- **Update on DFP Outage (         )**
  - See comms doc
  - See brief summary deck
  - Questions:
    - What's a reasonable timeframe for us to provide a post mortem?
      - We spent all day yesterday getting an impact list, which we now have
      - ▮ will meet today with Chris LaSala,           today to talk about comms strategy
      - Goal: By EOD everyone globally should be able to tell their publisher about the

  impact. For those who have interesting SLAs etc., we will be addressing that as well.
   • We are working as quickly as we can
 ▪ Who will be in the discussion to fix internal comms going forward?
   • To be defined
   • Please include ▮▮▮▮▮ is out next week
 ▪ ▮▮▮: Need to make sure we communicate clearly once e.g. the app status dashboard is ready.
 ▪ ▮▮: Google+ community is widely used as well, would be nice to include, please talk to ▮▮'s team
 ▮▮▮▮▮: Will deliver a post mortem just from the EMT team to make sure outage communication is clear going forward, this will be a priority after the outage comms has been handled.
   • AI ▮▮ to schedule ▮▮▮ to come back to this group with the EMT post mortem - added to ▮▮▮▮▮▮▮

**Adserving / Opt Update** ▮▮▮▮▮▮▮▮▮▮▮▮▮ )
 • See deck for serving / opt update
  ○ Priorities until EOQ
   ▪ First look deals
    • Idea is to get us access to new inventory that pubs are willing to open to a subset of programmatic demand (common use case with ▮▮▮)
    • This allows you to sell more of your valuable cookies at high CPMs
    • We did experiments, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    • Going ahead of reservations gives access to a lot of very valuable cookies, so this high priority access to programmatic demand is indeed very valuable
    • We want to have a closed beta (without much UI) in Q1
    • How do you find these marketers?
     ○ Based on buy-side information, buyers who do mostly remarketing, but with the feature pubs will be deciding who they want to add
   ▪ Dynamic Rev share
    • Optimization feature that plays with our 20% ADX sellside rev share to get more auctions with a winner
    • Right now, when a buyer submits a bit we automatically subtract 20% of margin of that bid, and compare it to the floor in that auction
    • This feature addresses the queries that fall under that floor, so we reduce our rev share to win the auction
    • The publisher is still paid the same amount, but we end up with more auctions that have winners, and the increase in volume results in more revenue
    • ▮▮▮▮ revenue potential
    • ==Would buyers / pubs be aware of this?==
     ○ ==No, this is 'secret sauce', buyers and pubs could notice it, but we have mechanisms in place to prevent that it can be manipulated==
    • This would only happen on a fraction of traffic
    • The minimum rev share per query could technically go down to 0%
    • There is a HC change that is live already today, that uses language which does not explain the scenario specifically but leaves it open for it to be possible
    • IMPORTANT: We should not talk about this externally, there is nothing Sales can do about it, no optimization, etc. So in the Americas the product specialist team has

- decided to NOT distribute this info further to vertical leads etc. gTech needs to be aware though for troubleshooting purposes, ▮ is making sure TAMs are informed.
    - Dynamic PRO (Reserve Price Optimization)
        - Has been going on for a long time, we are moving to a more behind the scenes approach where we automatically set based on the buyer-pub-combination predict what the bid will be, and we push up the reserve so the pub gets a higher payout on the query
        - This will help make AdX more valuable
        - We are often lost in the chain of many demand sources, AdX is often set at the end with low CPMs, if we shift more value to publishers it makes AdX more attractive
        - Rev opportunity of ▮ impact, based on live experiments and extrapolated to all traffic
            - Additional discussion post comms → comms strategy is not to discuss Dynamic RPO in-detail in comms forum. ▮ will follow-up directly with TRMC.
        - This is INTERNAL ONLY as well
    - Successes
        - Launched "cruise control" pacing improvement - faster reactions
        - Established Opt experiment framework, new process, extensive HC changes
        - Launched several experiments (DRS, RPO, mins, first look etc.)
        - First look analysis completed
        - EDA Sponsorship closed beta
    - Challenges
        - EDA communication issues, EDA+CTR and EDA Sponsorship moving slower than hoped

- GPT update (▮)
    - Top priorities
        - Responsive v2
            - V2 launched, has the ability to suppress ads for certain browser sizes
            - This will also unblock some Dart migrations, was highly requested from pubs
        - Safeframe
            - Fully launched for backfill - for added security on backfill ads in a cross-domain iframe
            - Safeframe custom creative is in beta now with 5 pubs, full launch still expected this quarter
        - POST
            - Project to have more targeting and more characters in the ad request
            - Right now we are limited to 2K characters, if pubs want to add more targeting criteria, it is truncated
            - This is right now at 1% experiment for GPT traffic and 5 Alpha pubs, but full launch in Q4 is at risk
            - The character limit for POST will be 8K characters
    - Successes so far:
        - Launches responsive v2, safeframe beta, full launch of safeframe for backfill traffic
    - Challenges / risks:
        - POST inred bug delayed ramp up, full launch at risk in Q4
        - Not much feedback from Safeframe beta pubs

Discussion on Cross-Commercialization Deprecation Planning (▮)

HIGHLY CONFIDENTIAL

- We are on the cusp of announcing deprecation plans which will drive publishers to reimplement on the new XSM within 2015
  - Timeline:
    - June 1 2015 - End of xDSM Engineering Support
    - August 1, 2015 - xDSM put in read-only mode
    - Dec 31, 2015 - xDSM completely shut down
- In the Indirect world we are discussing the deprecation of Dart tags
  - Timeline:
    - March 31, 2016 -  End DART tag support
- The challenge: Pubs will be impacted by both, and see them connected, need to prioritize their resources
- Ask: We need a plan to handle contingencies, if a publisher can not do both (Dart and XSM), can we do exceptions for specific publishers, etc. And we need more direct involvement from commercialization leads in these task forces.
- Action items:
  - Commz team will discuss and report back to this group

**Comms around the horn** (CLs)
- Indirect
  - Planning to restart beta for new DFP Premium/AdX backfill accounts next week.
  - Established 3 pub goal for selected publishers:

| Region | Goal | Fulfilled | Owner |
|---|---|---|---|
| Americas LPS | 3 | | |
| NACE LPS | 3 | 2 | |
| SEEMEA LPS | 3 | | |
| APAC | 3 | | |
| OPG NA/EMEA | 3 | 1 | |

  - Reminder - Winner gets this spiffy award [pause for oohs and ahhs]....

HIGHLY CONFIDENTIAL

GOOG-TEX-00156145



- Policy
    - OTC Launched - ▮
    - Alcohol Eng work underway
    - More work to do refactoring policies
    - Reminder - no beta in Q4 - PLEASE stay on message - ▮
    - Holding 5% SSL ramp - no further ramps planned. Per publisher impact varies day-to-day depending on campaigns running. Future phases will included per publisher impact (if necessary). Buy-side SSL adoption continues.
        - FYI - No need to proactively discuss this SSL ramp with publishers at this time. Comms have reactive messaging (for all sell-side products). - ▮
    - Note ▮ does not handle escalations related to bad ads/malware. Please have your teams log your issues so they can be quickly addressed. I appreciate your confidence in me, but I do not have the tools to debug buy-side/bad ad issues...so routing to me only slows down response. Leave it to the experts:
        - ▮ --> product issues
        - ▮ --> malware team
        - ▮ --> bad ads (reaches policy)
- Deals
    - **Block Override**: DBM issue has been fixed. Of the 15 largest buyers that have tested the feature the only two that do not work properly are ▮. For both of those buyers it will require work on their side to make the feature work.
    - **Deal Check:** The 10 whitelisted publishers are testing this week. So far we have not received any negative feedback that would prevent us from opening to an additional 20 next week.
    - ▮: Launched our first campaign in Canada this week. So far this quarter, we have 3 campaigns live of our 10 campaign goal.
    - ▮: The first few campaigns have uncovered a number of bugs, we're working through each one as well as determining our scaling plan.


- Emerging
    - **Big City launched into Alpha 11/10.**
        - 5 pubs in Alpha in NACE.
        - First ads transacted 11/11.

- Comms Doc
- Overview (internal),
- Draft Pitch deck : Customer Sizes and Flexible Adsizes (Thanks to ███)
  - Marketing will provide support on the pitch deck once we are ready for GA.
- Expected Beta timeline is under review as we approach the embargo.

- **Native Beta Prep**
  - Doubling down on moving publishers in phase two of approvals (have submitted mocks for review) to live status. Resources such as mock creation, policy and spam reviews and troubleshooting will be shifted towards the short list of stage two pubs. The goal to get 5 pubs in beta by EOQ.

- Sales teams are encouraged to continue to add publishers to betabot for pitch approval and start having conversations with approved publishers about Q1 participation.
- Status can be tracked here: g███████

- **Active View - Brand Measurement**
  - We are on track to launch Viewability insights next week (Mon/Tue).
  - There will be blog posts about the launch of this material on the following blogs. The blogs will redirect users to the thinkwithgoogle.com site where the Infographic and Research Study will be posted.
    - DoubleClick for Publishers Blog
    - DoubleClick for Advertisers Blog
    - Google Agency Blog
  - ███████ to also kick-off FAQs for sales teams related to viewability insights and get feedback from ███████.

- Core
  - **Next phase of QT to SB rollout** [see comms doc]:
    - We agreed on rolling out QT to remaining pubs in 2 phases:
      - 1) To inactive reporting pubs on 11/19/2014
      - 2) To everyone else on SB on 12/03/2014
    - Comms: We will traffic reminders via UI notifications, update the comms doc with the new timeline, submit an update to Sales via the Sales Bulletin, and deprecate legacy reporting HC articles after the full rollout.
  - **Disabling EAI CSV report**: Decided on outreach required before we can disable this report. It was built to ungate XFP upgrades, the data can now be pulled via QT [see comms doc, impacted pubs, proposed messaging for pubs]
    - Deadline for having outreach completed: December 5th
    - Deprecation date will be: January 12
    - If publisher has a dedicated TAM, outreach will be driven by gTech, otherwise by Sales.
  - **Update on AdX Creative Text Filters**: Issues came up during testing, rollout is pushed to 12/08, ███████ will sync offline and follow up with Sales/TAMs with an update shortly [comms doc]
  - **Ads Status Dashboard for DFP**: ███████ updated us that we are targeting EOY for integrating DFP (and AdX) into Google's App Status Dashboard to inform pubs about any DFP outages. Dashboard will launch with the product list included in QA version.

**Launch calendar review** (PgMs)

HIGHLY CONFIDENTIAL
GOOG-TEX-00156147

- See ████████

**Other updates**
- Sign up for the comms doc alias ████████
- AdX Sell-Side October Newsletter will be distributed today at 12pm EST.
  - Publishers opted in thru the AdX UI to receive the newsletter

--
You received this message because you are subscribed to the Google Groups "drx-suite-commercialization" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ████████.
To post to this group, send email to ████████
To view this discussion on the web visit ████████

--
You received this message because you are subscribed to the Google Groups "drx-pm-leads" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ████████.
To post to this group, send email to ████████
Visit this group at ████████
For more options, visit https://groups.google.com/a/google.com/d/optout.

HIGHLY CONFIDENTIAL                                                                                           GOOG-TEX-00156148