# EXHIBIT 198
# REDACTED



# Q1 Programmatic OKR:

Whilst Google takes a 20% cut of ad revenue in aggregate, they do not necessarily take 20% from each impression. Instead, they can dynamically decide on their margins for each auction, whilst maintaining a 20% revenue share on aggregate.

For low-price, high-competition auctions, Google could take a low margin. This would increase their competitiveness, so they win more impressions and more revenue. Hence, they manipulate the auction/allocation process in their favour.

'First Look' works by comparing the closing price net of transaction fees in AdX with the closing price net of transaction fees in another auction. If the price to be paid to the publisher is greater for AdX, then DFP serves the AdX impression, otherwise it will show the impression from the other auction.

If true, what does this mean for publishers, buyers and other demand sources? In other words, under these conditions is there a way in which AdX can act in its own interest on a per-impression basis but not in the publisher and/or buyer's best interest(s)?

We will now illustrate this with an example. Suppose that AppNexus takes a 10% cut of revenue, and AdX takes a 20% cut of revenue.

Suppose further that we have 1m 'low-cost' impressions and 100k 'high-cost' impressions, which are valued by buyers on each network as follows:

|  | Low-cost valuation | High-cost valuation |
|---|---|---|
| AppNexus | £1.00 | £20.00 |
| AdX | £0.95 | £30.00 |

For the first case, suppose that we are operating in a 'fair' system, where both AdX and AppNexus take their revenue shares on a per impression basis.

Then the closing prices of the auctions, net of transaction fees is as follows:

|  | Low-cost net closing price | High-cost new closing price |
|---|---|---|
| AppNexus | £0.90 | £18.00 |
| AdX | £0.76 | £24.00 |

So in this situation, AppNexus will win all 1m 'low-cost' impressions at a £1 CPM to the buyers. The buyers will therefore pay £1,000, of which £100 goes to AppNexus and £900 goes to ███████.

AdX will win all 100k 'high-cost' impressions at a £30 CPM to the buyers. The buyers will pay £3,000 for these impressions, of which £600 goes to AdX and £2,400 goes to ███████.

Thus in total, there would be 1.1m impressions, for which the buyers pay £4,000. Of this, £3,300 goes to ███████, £100 goes to AppNexus and £600 goes to AdX.

Now suppose that we are operating in the 'unfair' system we have posited, where Google dynamically allocates its margin for each impression, whilst maintaining a 20% margin in aggregate. Suppose AppNexus stick to 10% on a per impression basis, but that Google operates with a 4% margin for 'low-cost' impressions and a 25% margin for 'high-cost' impressions.

Now the closing prices net of transaction fees are as follows:

|  | Low-cost net closing price | High-cost new closing price |
|---|---|---|
| AppNexus | £0.90 | £18.00 |
| AdX | £0.91 | £22.48 |

In this situation, AdX will now win all of the impressions.

For the 1m 'low-cost' impressions, buyers will be charged a £0.95 CPM. Buyers will therefore pay £950 in total, of which £912 (96%) goes to ███████ and £38 (4%) goes to AdX.

For the 100k 'high-cost' impressions, buyers will still be a £30 CPM. However, in this situation because Google is dynamically setting a 25% margin, £2,248 goes to ███████ and £752 goes to AdX.

Thus in total, there are still 1.1m impressions, for which the buyers now pay £3,950. Of this, £3,160 goes to ███████, £790 goes to AdX (which is indeed 20% of £3,950) and AppNexus get nothing.

So how does this stack up to the fair system?

HIGHLY CONFIDENTIAL

| | 'Fair' System | 'Unfair' System | Abs Change | % Change |
|---|---|---|---|---|
| Impressions | 1.1m | 1.1m | 0 | - |
| Buyer Spend | £4,000 | £3,950 | -£50 | -1.25% |
| ██████ Revenue | £3,300 | £3,160 | -£140 | -4.24% |
| AppNexus Revenue | £100 | £0 | -£100 | -100% |
| AdX Revenue | £600 | £790 | +£190 | +31.67% |

So in this situation, the buyers and AdX both benefit, but the publisher and AdX's competitors suffer. Thus, on the basis that the posit and the implicit assumptions in this worked example are true, this is a situation in which AdX acting in its own interest does not also benefit the publisher.

GOOG-DOJ-15820807