# EXHIBIT 206
# REDACTED

**LEGALLY PRIVILEGED AND CONFIDENTIAL**

# DRS commercialization plan - April 2016

 with ▇▇▇▇▇, nitish@, ▇▇▇▇

DRS v1 was launched with minimal comms, although sellside teams were aware (PRD). DRS v2 introduces "bank accounts" where some queries have revenue shares <80% for pubs. To launch this we need to disclose more auction details in the help center. To facilitate this change, we are doing a commercialization where publishers can opt out of DRS.

> Launch plan overview
> Eng work
>     The Switch
>     The Dashboard
>     Recollection mechanism and observations by buyers
> Legal: Disclosures, Help Center and UI
> Comms plan
>     Sales
>     gTech  <<to be finalized >>
>     Buy side
>     Timeline
> Open questions
> References

## Launch plan overview

We wish to launch a "full recollection" version of DRS v2. This means we'll recoup debt from buyers and sellers. The launch will replace DRS v1, ie. v1 and v2 will not co-exist for any pubs. The v2 launch plan should account for DRS to be further modified to include negative revenue shares.

The commercialization plan is to build a publisher controlled switch in the AdX UI where DRS can be turned on and off any time (see comms plan below) and provide pubs with a period where we inform them of what the switch does and give them a chance to turn it off before it takes effect. We will only provide internal reporting. We may build external reporting in the longer term, but having this will not gate DRS launches.

# Redacted - Privilege

FINAL (May 27th, do not change)

Message for notification (butter bar text):

# Redacted - Source Code

Release notes
**New Ad Exchange control for applying revenue share per-query**
As part of our ongoing efforts to provide smarter optimizations and maximize revenue, we may increase or decrease revenue share per query.

Your contracted revenue share over a billing period will not change. If you'd prefer to apply your contracted revenue share on every query, use the new Ad Exchange UI Admin control, but revenue share based optimizations will not be applied to your account. This control will take effect no earlier than July 6th.

## Comms plan

**The goal of the commercialization process is to make DRS v2 available to as many publishers as possible without a negative perception of the optimization and the associated HC changes.**

Key points of plan:
- We're putting a switch in the UI
- We'll tell all customers about it with a message based on interpretation of contract rev share: "your contract says revenue share is an average over billing period. This allows

**Commented [1]:** [redacted]
Proposed butter bar message, and release notes text

**Commented [2]:** Release notes text:
New Ad Exchange control for applying revenue share per-query
As part of our ongoing efforts to provide smarter optimizations and maximize revenue, we may increase or decrease revenue share per query.
Per your contract, we'll keep your revenue share fixed over a billing period. If you'd prefer to apply your contracted revenue share on every query, use the new Ad Exchange UI Admin control. But, note that revenue share based optimizations will not be applied to your account.

**Commented [3]:** Made a few tweaks, otherwise lgtm.

**Commented [4]:** I made tweaks in the comment. Just added a few as suggestions to the doc now.

**Commented [5]:** Thanks all! Accepted changes, can we consider this final now?

**Commented [6]:** LGTM too, thanks!

**Commented [7]:** Great! Will be added to the 6/13 Release Notes in the released section.

**Commented [8]:** Unfortunately, I think we need a note here about the control taking effect later. Proposed another amendment, sorry all :(

**Commented [9]:** lgtm!

**Commented [10]:** added "taking effect later" to the release notes blurb

- us to do new optimizations. We realize not everyone might prefer this, so we are providing you with an opt out control."
- After an opt out period, the DRS v2 takes effect for those who didn't turn it off
- We provide internal reports on lift, by pub. AM teams can share lift numbers with customer
- We do not include "margin optimizations" in marketing or any blog posts

## Sales

1) Create comms doc, goal of keeping message about how DRS works as simple as possible.

> *We may increase or decrease revenue share per query to increase payout overall. We keep your revenue share to your contracted share or more over a billing period.*

2) Announce plan at Indirect comms meeting
2a) regional trainings by PSI

3a) Once switch (customer visible) and dashboard (internal) are available, start **3 week** opt-out period
- Dashboard will have per-customer reporting, the data will come from a live traffic experiment

3b) Update Help Center (changes here)
3c) Included in release notes, UI butter bar, AMs reach out at their discretion

4) At end of 3 weeks, another reminder to clients, switch takes effect after 3 weeks have passed

### Sales concerns
- harm to relationship if no further detail provided on what switch does?
- Need FAQ
- Where is v1 off vs v2 on tradeoff?

> **Commented [11]:** +[redacted] what number of opt-outs (that turn off v1), offsets increases from opted in pubs that get v2?

## gTech  <<to be finalized >>

- more detail on future switches
- why not have a switch for RPO?
- what other optimizations are there? Why don't they have switches?
- impact of RPO and other optimizations - if you can give DRS, who not RPO?

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02422769

\* External reporting would remove gTech from decision path? Why not sales providing the internal reporting to the pub?

- 500 tickets to just say we can't provide more detail?
-- no delivery impact though

- would buyers talk to pubs about it? Probably not

- turning off switch would turn of v1 - need to account for support

- anything that relies on internal data will end up in gTech hands
-- loss of trust due to not being able to get numbers themselves

- end up in state where we have many pubs in both states (opt in and opt out) - **fragmented offering**, with many pubs in different states.

- trade off ticket cost with incremental revenue from DRS
-- 1 FTE can handle 250 tickets per year
-- needs to be broken down by period - opt-out might be different from long term
-- 300 big pubs, once 1 week = 52 people (upper bound)
-- [redacted]
-- **AI [redacted]: get estimate of tickets, with cost**

"Revised the <u>estimations in terms of FTE & dollars</u>, so you know how much launching RPO+DRS could cost us. We're looking to [redacted] in support costs.

Of course, these are estimates for both AMs and TAMs and I've implemented tracking on the gTech side to measure these for future launches.
"

## Buy side

Message around DRS being good for buyers, discount on queries they would not have won

> *Reducing Google's margin on an auction means more surplus split between buyers and sellers. The reduction does not necessarily apply to every buyer in every auction, but it is dynamically adjusted by Google to maximize publisher revenue. Google may temporarily decrease or remove discounts for buyers if this increases publisher revenue.*

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02422770