# EXHIBIT 210
# DOCUMENT UNDER SEAL