# EXHIBIT 211
# REDACTED

```
                                                      Page 1

 1         IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
 2                 SHERMAN DIVISION
 3
      THE STATE OF TEXAS, ET AL.,  §
 4                                 §
                      Plaintiffs,  § CASE NO.
 5                                 § 4:20-cv-00957-SDJ
                 vs.               §
 6                                 §
      GOOGLE LLC,                  §
 7                                 §
                      Defendant.   §
 8
 9
10              HIGHLY CONFIDENTIAL
11
12              Remote deposition of ▮▮▮▮▮▮
13   ▮▮▮▮▮ taken in the above-entitled matter before
14   Suzanne J. Stotz, a Certified Shorthand
15   Reporter (Texas License No. 11942), Certified
16   Realtime Reporter, Registered Professional
17   Reporter, and Notary Public of the States of
18   New York and Texas, on Wednesday, May 1, 2024,
19   commencing at 9:05 a.m. EDT.
20
21
22
23
24   NY Notary: 01ST0024070
25     Job No. MDLG6673200
```

```
                                                      Page 2

 1      A P P E A R A N C E S:
 2
 3      FOR THE PLAINTIFFS:
 4           (Via Videoconference)
             NORTON ROSE FULBRIGHT US LLP
 5           BY:  GERALDINE W. YOUNG, ESQ.
             1301 McKinney
 6           Suite 5100
             Houston, Texas 77010
 7           (713) 651-5151
             geraldine.young@nortonrosefulbright.com
 8
                  - and -
 9
             (Via Videoconference)
10           NORTON ROSE FULBRIGHT US LLP
             BY:  MARISA MADARAS, ESQ.
11           799 9th Street NW
             Suite 1000
12           Washington, DC 20001
             (202) 662-0200
13           marisa.madaras@nortonrosefulbright.com
14
15      FOR THE DEFENDANT:
16           (Via Videoconference)
             FRESHFIELDS BRUCKHAUS DERINGER LLP
17           BY:  JUSTINA SESSIONS, ESQ.
             855 Main Street
18           Redwood City, California 94063
             (650) 618-9250
19           justina.sessions@freshfields.com
20                - and -
21           (Via Videoconference)
             FRESHFIELDS BRUCKHAUS DERINGER LLP
22           BY:  ERIC MAHR, ESQ.
             700 13th Street, NW
23           10th Floor
             Washington, DC 20005
24           (202) 777-4545
             eric.mahr@freshfields.com
25
```

```
                                                              Page 3

 1     A P P E A R A N C E S (Continued):
 2
 3     FOR THE DEFENDANT (Continued):
 4
             (Via Videoconference)
 5           FRESHFIELDS BRUCKHAUS DERINGER LLP
             BY:  TINA LaRITZ, ESQ.
 6           3 World Trade Center, 51st Floor
             175 Greenwich Street
 7           New York, New York 10007
             (212) 277-4000
 8           tina.laritz@freshfields.com
 9
10
11     ALSO PRESENT:
12           David Lane, Videographer
13           Jon Int-Hout, Trial Tech
14           Jonathan Jaffe
             c/o Texas Attorney General's Office
15
             William Shieber
16           c/o Texas Attorney General's Office
17           Brian Richter
             c/o Texas Attorney General's Office
18
             Melonie DeRose
19
             Steve Sparling
20           c/o Google LLC
21
22
23
24
25
```

Page 90

1  you're saying.
2       Q.    I just want to, before we start
3  discussing the products, make sure we have the
4  same terminology.  So this is helpful.
5             So we currently identified Google's
6  ad exchange as AdX, correct?
7       A.    That's correct.
8       Q.    And then Google's ad server as
9  Google Ad Manager or GAM, correct?
10      A.    That is correct.
11      Q.    Are there any other sell-side
12  products that you know of currently?
13            MS. SESSIONS:  Object to the form.
14            THE WITNESS:  No, I don't know.
15  BY MS. YOUNG:
16      Q.    And AdX and GAM, those are separate
17  products, correct?
18            MS. SESSIONS:  Object to the form.
19       Object as outside the scope.
20            You may answer.
21            THE WITNESS:  I know them as
22  separate technologies.
23  BY MS. YOUNG:
24      Q.    And as we discussed previously, you
25  know them as separate technologies because they

Page 91

1    serve separate functions, correct?
2         A.    In my opinion.
3         Q.    And the basis of your opinion is
4    working at Google, correct?
5         A.    Working at Google; but most
6    importantly, working in the industry.
7         Q.    And what do you mean by you base
8    your opinion in working in the industry?
9         A.    The definition of an ad server
10   versus the definition of an ad exchange.  I see
11   those as two separate technologies.
12        Q.    So just to summarize, in your
13   opinion, AdX and Google Ad Manager are separate
14   technologies based both on your work at Google
15   and also your work outside of Google in the
16   industry, correct?
17             MS. SESSIONS:  Object to the form.
18             You may answer.
19             THE WITNESS:  Based on the
20        definition of an ad server and the
21        definition of an ad exchange, they serve
22        different functions.
23   BY MS. YOUNG:
24        Q.    And that is based on your work at
25   Google and in the broader industry outside of

Page 92

1      Google, correct?
2           A.      That is correct.
3           Q.      ▓▓▓▓▓, at your former employers,
4      including ▓▓▓▓▓▓▓ which we discussed, did
5      they conduct market share calculations?
6           A.      Not that I'm aware of.  Not that
7      I'm aware of, Ms. Young.
8           Q.      Did they conduct other market
9      analysis?
10          A.      Yes.  Within the advertising
11     ecosystem, it's always important to know who
12     the players are in the marketplace.
13          Q.      When you say "know who the players
14     are," that would be tracking competitors,
15     correct?
16                  MS. SESSIONS:  I'm going to
17          object -- object to the form.
18                  You may answer.
19                  THE WITNESS:  It means
20          understanding who the competition is, the
21          different players in the industry.
22     BY MS. YOUNG:
23          Q.      What other market analysis did your
24     former employers conduct?
25          A.      And you're referring to ▓▓▓▓▓▓▓

Page 190

```
 1          A.    No.  I don't know what YM means at
 2    all.
 3          Q.    And we discussed that term "AFC"
 4    previously.
 5                At least in your role today, AFC
 6    can stand for the term "add for content,"
 7    correct?
 8          A.    Yes.  Another form of advertising.
 9          Q.    So we see that in 2010, this slide
10    is reporting that DFP's market share in the
11    North America publisher ad server market is
12    ▮▮▮▮▮▮▮▮ and that AdX AFC display market
13    share is ▮▮▮▮▮▮▮▮ within the YM's/Exchange's
14    category, correct?
15          A.    I don't read it that way, ma'am.
16    If I can clarify, I'm reading it based on the
17    chart that's in front of me.
18                There was a mathematical
19    calculation that was done that circled -- that
20    identified DFP as ▮▮▮▮▮▮▮▮; however, the
21    second row where a -- ad exchange is part of
22    really breaks down the publisher monetization
23    channels of which ▮▮▮▮▮▮▮▮ of that is
24    directly sold.
25                AdX is only a piece of the
```

Page 191

1    ▆▆▆▆▆▆ of how the publishers monetize their
2    revenue.  That's how I read it.
3        Q.    And within that ▆▆▆▆▆, AdX, AFC
4    display composes ▆▆▆▆▆ of that ▆▆▆▆▆,
5    correct?
6        A.    Within the exchanges that are
7    considered one of the monetization methods,
8    which accounts for ▆▆▆▆▆, AdX and AFC
9    represents ▆▆▆▆▆ of that ▆▆▆▆▆.
10       Q.    And these are the 2010 numbers.  If
11   we move down to the bottom half, it's the 2011
12   numbers.
13             Do you see that?
14       A.    I see that.
15       Q.    And accord- -- and according to the
16   title, these are projected numbers, correct?
17       A.    According to the title, yes.
18       Q.    Yeah.  So we see that DFP in the
19   2011 North America publisher ad server market
20   is projected to have a market share of
21   ▆▆▆▆▆, correct?
22       A.    Based on the methodology that's
23   being used in this report, that's correct.
24       Q.    And stepping back, I mean, it's
25   clear that there's a methodology in math behind

Page 192

1        these numbers, correct?
2                    MS. SESSIONS:  Object to the form.
3                    THE WITNESS:  I can't talk to the
4        methodology, Ms. Young.
5        BY MS. YOUNG:
6            Q.    But you've made references to the
7        methodology in the math behind these figures?
8            A.    I've made references.  When I see a
9        percentage, such as an ■ or an ■ or any kind
10       of number, being that it's driven by the PGTM
11       team or any person in a finance capacity, I'm
12       assuming there's a mathematical calculation
13       that's used to derive the '■ percent.
14                   I cannot quantify or know that that
15       methodology was used.  I don't know whether the
16       denominator was -- that was used either when
17       they did these analyses.
18           Q.    But you do know there was some
19       process behind this, correct?
20           A.    I should hope so, yes.
21           Q.    Well, based on your experience at
22       Google also reviewing QBR, you know, there is a
23       process that goes into the QBR presentations,
24       correct?
25           A.    Yes, there is a process.

Page 338

1 C E R T I F I C A T E

4     I, SUZANNE J. STOTZ, a
5 Registered Professional Reporter, Certified
6 Realtime Reporter, and Notary Public in and for
7 the State of New York, do hereby certify that
8 the foregoing is a true and accurate transcript
9 of the stenographic above-captioned matter.

13     SUZANNE J. STOTZ, RPR, CRR
14     Notary Commission Expires 4/29/28

18 DATED: May 2, 2024

21 NOTE:  THE CERTIFICATE APPENDED TO THIS
22 TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
23 OF THE SAME BY ANY MEANS, UNLESS UNDER THE
24 DIRECT CONTROL AND/OR DIRECTION OF THE
25 CERTIFYING COURT REPORTER.