# EXHIBIT 214

# DOCUMENT UNDER SEAL