# EXHIBIT 216
# REDACTED



INTERNAL: Google Confidential and Proprietary

## What we'll cover



- Why?  What does this mean for Google and our publishers?
- What's the plan?
- Q&A

INTERNAL: Google Confidential and Proprietary

HIGHLY CONFIDENTIAL TREATMENT REQUESTED									GOOG-NE-03609117



HIGHLY CONFIDENTIAL TREATMENT REQUESTED    GOOG-NE-03609118



Global Publishers and Platforms Solutions & Innovations

# 18-Month Vision

## The DoubleClick platform is the global leader in high-quality mobile, brand, and programmatic advertising

**Focused Goals**

- One customer experience, not two
- Quality advertising experiences for consumers
- Brand including video

**Tenets**

- Make things simpler for publishers & ourselves
- Solve problems once, not twice
- Double down on what is important
- **Focus wins**

INTERNAL: Google Confidential and Proprietary

We are merging to double down on big bets and do more, faster