# EXHIBIT 218
# REDACTED

**Idea**: Incorporate comms into form so that it's populated based on responses.

## DRX Re-Contracting Comms

Hi <Publisher Name>,

Our goal has always been to help you maximize your revenue with a holistic platform that simplifies your operations. We're creating greater efficiencies across our products by bringing AdX and DFP closer together. This integration is visible through the accessibility of AdX within the DFP UI and through new programmatic and yield management features <if Tier 1>, like Programmatic Direct and Exchange Bidding<end>.

**In order to continue using AdX and DFP, you will need to sign a new combined contract that includes terms for both products. This will replace your current individual AdX and DFP contacts.**

The new combined contract also links to our updated Terms and Conditions and Platforms Policies. The new Terms and Conditions will incorporate Controller-Controller Data Protection Terms (co-controller terms), which reflect the requirements of the EU's General Data Protection Regulation (GDPR). If you're on the new combined contract, the co-controller terms will take effect automatically on May 25, when GDPR comes into force.

<if no DAOF>As we bring AdX and DFP closer together, various products and services rely on use of DFP and AdX data in a combined format. The unified terms provide publishers with a simplified contract process and will also allow AdX data to be used in conjunction with DFP data for account optimizations. This enables new features, such as Exchange Bidding and Preferred Deals in DFP.

To ensure that you have continued access to the AdX and DFP service, the new contract must be signed by <if auto-renew> [DATE] <end> <if fixed-term> upon expiration of your existing DFP contract <end>.

<if Tier 1>Let's schedule a call to discuss next steps, including rates. Are you free on [DATE]?<end>

<if A-Team>Let me know if you have any concerns! If everything sounds okay, I'll send you the new contract for you to review.<end>

Thanks!
[Account Manager]


=============

**FAQs:** VERBAL ONLY

1. Will my rates change?



HIGHLY CONFIDENTIAL

   a. There is no change to your fees for any AdX features as a result of signing this contract. (unless they have non-standard rev shares or if they didn't have certain rev shares covered)
   b. There might be a change to DFP rates, but this is something to review with your AM.

2. Why are my ad serving costs going up?
   a. Your ad serving costs may increase due to changes in rates; typically, this is a minor increase based on changes in rate cards since your contract was signed, and due to improved features in DFP, including Exchange Bidding and Programmatic Guaranteed.

3. Can I have a discount on DFP?
   a. Please discuss with your AM.

4. Can I have lower rev share on AdX?
   a. Unfortunately, we don't have any wiggle room to adjust rev shares.

5. Is this contract mandatory?
   a. New DFP + AdX contracts are required to take advantage of new features such as Exchange Bidding. The new combined contract also links to our updated Terms and Conditions and Platforms Policies, which will incorporate language required by EU's General Data Protection Regulation (GDPR). We are urging all partners to adopt the new contract to ensure you can use the platform in its full capacity and not be exposed to any risk or liability.

6. What if I don't want to sign the new contract?
   a. Should be updated upon expiration of the current term. We will not be able to renew legacy contracts moving forward.

When using Exchange Bidding as leverage:
7. Can I test the EB product to see if it's worth the added expense?
   a. Unfortunately, we are not allowed to enable EB until the Addendum is signed as part of the new contract.
8. We already have most of these bidders (using ▮▮▮▮) why would we move forward with this EB product?
   a. Usual EB talking points (no latency, easy set up, control over exchanges, billing, etc.) See pitch deck.
9. Can you guarantee the EB ($) lift for us?
   a. We cannot guarantee lift but on average, publishers see a ▮▮▮ revenue uplift