# EXHIBIT 223
# REDACTED

| | |
|---|---|
| **Message** | |
| **From:** | ███████████ |
| **Sent:** | 4/19/2019 4:46:50 PM |
| **To:** | ███████████ ] |
| **CC:** | Rahul Srinivasan [███████████ ███████████ |
| **Subject:** | Re: Unified Pricing Announcement - Next Steps |

+███████████

Hey ███,

Sorry for the late notice, but I'm actually OOO on Mon/Tues and will not be able to make anything Tues. My calendar currently has ███ on Tues and ███X on Wed -- in any event, happy to join for 30 min over GVC for the Wed QBP (███

Thanks,
███

On Fri, Apr 19, 2019 at 11:32 AM ███████████ wrote:
> Hi Gang,
>
> We have QBPs coming up with ███ (Tues (4/23) 4-6PM) and ███ (Wed (4/24) 12:30-3PM) next week. I know ███ is going to want to talk about UPR because they were asking about it months ago during the beta phase (they were hearing about it from EMEA pubs). It's likely ███ will also have questions, especially about how this impacts HB.
>
> ███ I know you are optional for these meetings but might you be able to make 30 minutes to address the UPR changes? ███████████, if ███ isn't able to join would either of you mind dialing in for 30 minutes to speak to UPR? The team and I can speak to the changes, but knowing these two partners, the details of this announcement might be best received if delivered by PM/GTM.
>
> Best,
>
> ███

On Fri, Apr 19, 2019 at 11:21 AM ███████████ wrote:
> Team,
>
> ==Yesterday held in New York our partner event on the First Price Auction and Unified Pricing Rules. The event coincided with the announcement of Unified Pricing Rules in Open Beta. AdExchanger quickly picked up on the news and published this article.==
>
> Below the next steps, including an email template that you can share with your partners as a follow-up to the event and the AdExchanger article.
>
> **Announcement:**
> • This email was sent to all global partners yesterday, April 18th, announcing the launch of Unified Pricing Rules. Event attendees were pre-briefed and received the same email in advance.
>
> ==Top concerns raised at the event:==
> • ==Perceived loss of control in the Ad Manager settings==

HIGHLY CONFIDENTIAL                                                                                              GOOG-DOJ-14559099

- Potential negative impact of Unified Pricing towards Header Bidding
- Unified Pricing potentially impacting secondary publishers objectives, beyond yields (e.g. pubs cannot give priority to lower CPMs campaigns, where they might have contractual commitments/ relationships)

**Next steps and actions:**
- Please follow up with partners who attended the NYC event with this email template (approved by PR). This echoes the sentiment from the event and addresses partner feedback and questions on product positioning.
- Use those Reactive AdExchanger Article FAQ relative to the article published yesterday
- We are updating the general FAQs on use cases and top outstanding concerns. This includes impact on header bidding, buyer floors, impact on secondary publisher objectives, and perceived pubs loss of control.
- There will be 1:1 follow-up with PM/Eng engagements for critical partners (led by ▇▇▇▇)
- We are finalizing a 90 days plan on resources available to support the transition. It will be shared with you next week

Any questions, please reach out.
And please continue to add feedback here on how pubs received the announcement and critical points raised.

Thanks,

▇▇▇▇ on behalf of commercialization team

--
--

HIGHLY CONFIDENTIAL

GOOG-DOJ-14559100