# EXHIBIT 225
## REDACTED

Message

---------- Forwarded message ---------
From: **Layser, Stephanie** <slayser@newscorp.com>
Date: Tue, Apr 23, 2019 at 2:33 PM
Subject: 2 Things: AdX - DFP
To: Dorothee Bergin <dorob@google.com>, Lauren Ashcraft <lashcraft@google.com>
Cc: Guenther, Christopher <cguenther@newscorp.com>


Hi Dorothee and Lauren -

Hope you guys are having a great week.

First thing: I brought this up during the meeting at Google on Thursday morning but I would like to pursue it further. One of my biggest issues with the current functionality and proposed functionality of GAM is that AdX is currently tied to DFP functionality leaving me to be forced into using the adserver should I want full access to AdWords, GDN, and DV360 demand in a real-time pricing basis. Other SSPs will go into Google via EB or TAM/Prebid, but Google will not go into any other header bidding or S2S header bidding solutions should I want to switch adservers. That behavior - seems like a way that Google is forcing publishers onto their adserver and hindering fair competition in the adserver market and freedom to switch should the publisher community be unhappy with changes.

Second thing: When do we expect to get our contract? Chris mentioned sometime this week but I wanted to confirm timeline.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02304321

Thanks,
Steph

--
Stephanie Layser
VP, Advertising Technology
News Corp
646-483-0739

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of News Corporation or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

--
**Dorothée Bergin**
Strategic Partner Lead, Global Partnerships
dorob@google.com
212.381.5026