# EXHIBIT 226
## REDACTED



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-13379438



DRX (AdX) competitiveness matters, it's going to take at least a year to build a new network, we need to act now to protect our supply. Google data could be the key, but we are struggling to get anything approved.

Examples:



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-13379439



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-13379440





HIGHLY CONFIDENTIAL TREATMENT REQUESTED