# EXHIBIT 227
# REDACTED

PRIVILEGED AND CONFIDENTIAL

# DRX Reporting Plan for First-Price Bidding

*Authors:* ███████████████ ████████████████████████ *Rahul Srinivasan (rahulsr@),* ███████████████████

*Status: In Review*

*Last Updated: 2019-12-10*

*Refs: Strat review deck, Options doc, List of DT fields*

## Context



## Changes (Engineering)

To break deterministic joinability from Bids DataTransfer to the rest of DT we will:

- ██████████████████████████████ ███████████████████████████████████████████ ███



We now have a "budget" that we can spend to make the file more useful. We will spend it by adding these fields:

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-12792275

PRIVILEGED AND CONFIDENTIAL



For reference, this is the full list of fields available in the Bids DT; bold fields are being changed as described above; italic fields are being added:



For a complete list of available DataTransfer fields across all files, see ▮▮▮▮▮▮▮▮

## Market Messaging

We plan to lean on user privacy concerns as the market rationale for not explicitly allowing the Bid DT file to be joinable with fields from other DT files that may contain user-identifiable information.

## Risks

▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. **However, the new Bid DT file will have extremely limited inventory dimensions, significantly reducing the usefulness of the Bid DT file for publishers.**

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-12792276

PRIVILEGED AND CONFIDENTIAL

We foresee the following risks:

- There are ▮▮▮ <u>pubs</u> who currently use the Bid DT file as part of the Bid DT beta. Breaking joinability and making changes to the fields in the file could cause disruptions to these publishers and could lead to some hard conversations.
- ████████████████████████████████████████████████
  ████████████████████████████████████████████████
  ████████████████████████████████
  ████████████

## Maintenance

████████████████████████████████████████████████
████████████████████████████████. The paragraphs below are a very brief summary.

████████████████████████████████████████████████
████████████████████████████.



## Roll out Plan

### Stage 1: Announce changes to subset of Alpha/Beta publishers, collect feedback

**ETA**: August 1
**Publisher cohort**: ████████████████████
**Actions**:
- Announce file changes and rationale (user privacy concerns)
- Provide sample file to prepare publishers for new schema
- Collect feedback
- Refine market messaging

### Stage 2: Announce changes to remaining Alpha/Beta customers
**ETA**: ~Aug 8
**Publisher cohort**: remaining Bid DT Alpha/Beta customers
**Actions**:
- Announce file changes
- Provide sample file