# EXHIBIT 228

# DOCUMENT UNDER SEAL