# EXHIBIT 229
# REDACTED

**Message**

**From:** ▉
**Sent:** 7/11/2019 2:39:16 PM
**To:** ▉
**CC:** ▉
**Subject:** Re: Bid metrics deprecation

▉ I was waiting for some clarification before sending a larger update. See below.
I will send out the full update later today

@▉ is gTech trained of informed on all those changes happening ?


## Reporting changes
With the transition to unified 1st price auction, we will be making a series of changes to reporting (affecting both Query Tool and Data Transfer) and to the Home Dashboard.
Full details on this comms doc

### a) Query Tool: Deprecation of Ad Exchange Bid Landscape report
What: As part of the unified first-price launch, the Bid landscape report will be deprecated.
When: deprecation will happen in late July 2019, when 100% of traffic will be transitioned to first-price auction.
Call to action: you can share the deprecation email with publisher.

### b) Home dashboard:  Launch of new Bid Insight cards
What: New bid insights cards will show in the Home Dashboard, providing aggregated bid distribution from all Authorized Buyers and Exchange Bidding buyers in the first-price auction.
When:
- The first insight card will show publishers their bid distribution across unified pricing rules. We plan to release this card by the end of July 2019, see here a visual (internal only)
- Additional bid insights cards are being considered for the second half of 2019
Call to action: as per email above you can infiorm publishers that "*New Bid insights cards will become available in your Home Dashboard, providing aggregated bid distribution from all Authorized Buyers and Exchange Bidding buyers in the first-price auction. We will share more details when this becomes available.*"

### c) Data Transfer: Launch of Bid Data Transfer file (including both AdX and Exchange Bidding bids)
What: Increased transparency into the auction
- Complete visibility into programmatic bids from all Authorized Buyers (including Google Ads) and Exchange Bidding buyers through Bid Data Transfer file
- A sample for the Bid Data Transfer file is not yet available at this stage. The schema of the file is currently being finalized.
- Be aware that Bid Data Transfer file will come at an additional cost (▉ and interested publisher will need to obtain an order form and set up report file configurations
- Only publishers already subscribed to the Exchange Bidding Data Transfer (Beta) will automatically start receiving first-price bids
When: a close beta will start in late July 2019, when 100% of traffic will be transitioned to first-price auction.

CONFIDENTIAL                                                                                                                                GOOG-AT-MDL-B-005209693

<u>Call to action</u>
==Account team to be aware that Data Transfer (DT) is only available to Ad Manager 360 publishers and it requires a degree of technical expertise.==
Be conscious on proactively pitching Bid Data Transfer file. If your publisher is not using Data Transfer today, Insight cards might be a better option for them.

### FAQ: What is the difference between Insight card and Bid Data Transfer?
While both Bid Data Transfer and Insight card will offer full visibility into all bids in the unified 1st price auction, these are intended for two different sets of publishers:

|  | Data Transfer |
|---|---|
| Data aggregation | Very granular, auction level bid data (i.e. every bid is a row in the DT file) |
| Availability | AM360 (upon request) |
| Cost | ▮▮▮▮▮ |
| Expertise required | High |
| Report format | csv file |

| Insight Card |
|---|
| Aggregated at bid range level |
| AM, AM360 (by default) |
| Free |
| Low |
| Chart, not exportable |

On Thu, Jul 11, 2019 at 10:26 AM ▮▮▮▮▮ wrote:
Hi ▮▮▮ -
Just wanted to circle back - we are hoping to provide an update on the deprecation of bid metrics to our contacts at ▮▮▮ Do you think we will have something available today?

Thanks,
▮▮▮

On Tue, Jul 9, 2019 at 2:32 PM ▮▮▮▮▮ wrote:
that is correct, data from the first price auction is not being captured in the bid landscape report

On Tue, Jul 9, 2019 at 2:20 PM ▮▮▮▮▮ wrote:
Hi ▮▮▮ -
Thanks for the update.

Separately, ████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████

Thanks,
████

On Tue, Jul 9, 2019 at 11:52 AM ████████████████████████ wrote:
> Hi ████
>
> I will send an update later today.
> It will be deprecated end of July, and replaced by bid insights card on the homepage


On Tue, Jul 9, 2019 at 09:37 ████████████████████████ wrote:
> Hi ████████ -
> Are you aware of the deprecation of bid metrics in the query tool?
>
> I saw the PRD but was hoping we had something more formal available like a comms doc or help center article since it is appearing in the interface as deprecated and we are receiving questions from partners. I haven't been able to find anything but apologies if an announcement has been made already.
>
> Thanks,
> ████

--

--
Sent from Gmail Mobile

--

CONFIDENTIAL

GOOG-AT-MDL-B-005209695

--
Thanks,

--



--
Thanks,