# EXHIBIT 230
# REDACTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

No. 21-MD-3010 (PKC)

---

### DECLARATION OF ▉

I, ▉, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I have worked for Google LLC ("Google") for approximately ▉ years. I am currently the ▉ of the Google Ad Manager team.[1] Based on my personal experience with and knowledge of Google's sell-side products, I describe below the material features of AdSense and Google's Data Transfer report files, as well as my general understanding of how their functionality evolved over time and operates today, though there may have been exceptions (e.g., bugs, experiments).

### AdSense

2. Introduced in June 2003, AdSense is an ad network generally designed as an easy-to-implement solution for publishers that might not have a significant direct sales business or prefer the ease of monetizing their ad space by adding a single piece of code to their site. One of the AdSense services is AdSense for Content,[2] which allows publishers to sell display ad inventory on their websites. These ads were originally text-based, but Google introduced image formats by 2004.

---

[1] Google Ad Manager combines functionalities that were previously called DoubleClick for Publishers ("DFP") and AdX.
[2] References to "AdSense" in the rest of this declaration refer to AdSense for Content.

1

Highly Confidential
GOOG-AT-MDL-C-000073682



16. As of June 25, 2024, the ■ publishers listed below subscribe to receive Joinable BDT files.


8



17. As of August 31, 2019, the ▮ publishers listed below subscribed to receive BDT files.

| Publisher | Network ID |
|---|---|
| | |

9

Highly Confidential

GOOG-AT-MDL-C-000073690



10

Highly Confidential GOOG-AT-MDL-C-000073691

18. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 28th day of June 2024, in ▉▉▉▉▉▉▉▉▉▉



11

Highly Confidential

GOOG-AT-MDL-C-000073692