# EXHIBIT 232
## REDACTED



# Bid DT Changes for 1st Price Auction

PRIVILEGED & CONFIDENTIAL

7/25/2019

Confidential + Proprietary

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-07834872





HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-07834881