# EXHIBIT 233
## REDACTED

# In the Matter Of:

*In Re - Google Digital Advertising*

*November 15, 2023*



```
                                                                    1

 1         IN THE UNITED STATES DISTRICT COURT

 2      FOR THE SOUTHERN DISTRICT OF NEW YORK

 3                    - - -

 4
       IN RE:  GOOGLE DIGITAL   :   CASE NO.
 5     ADVERTISING ANTITRUST    :   1:21-cv-03010
       LITIGATION               :   -PKC
 6                              :
                                :
 7

 8           - HIGHLY CONFIDENTIAL -

 9

10                    - - -

11             November 15, 2023

12                    - - -

13

14                    Videotaped deposition
    of ▮▮▮▮▮▮▮▮▮▮▮▮▮, taken pursuant to
15  notice, was held at the law offices of
    Axinn, Veltrop & Harkrider, 1901 L Street
16  NW, Washington, D.C., beginning at 8:35
    a.m., on the above date, before Michelle
17  L. Gray, a Registered Professional
    Reporter, Certified Court Reporter,
18  Certified Realtime Reporter, and Notary
    Public.
19

20

21

22

23

24
```

```
 1   APPEARANCES:

 2

         US DEPARTMENT OF JUSTICE
 3       ANTITRUST DIVISION
         BY:  ISABEL AGNEW, ESQ.
 4       (In person)
         BY:  MATTHEW GOLD, ESQ.
 5       (Zoom)
         BY:  MATTHEW WOLIN, ESQ.
 6       (Zoom)
         450 Fifth Street NW
 7       Suite 8700
         Washington, D.C. 20530
 8       202.307.0924
         isabel.agnew@usdoj.gov
 9       matthew.gold@usdoj.gov
         Matthew.wolin@usdoj.gov
10       Representing the United States of
         America
11

12       AXINN, VELTROP & HARKRIDER LLP
         BY:  BRADLEY JUSTUS, ESQ.
13       (In person)
         1901 L Street NW
14       Washington, D.C. 20036
         202.912.4700
15       bjustus@axinn.com

16          - and -

17       AXINN, VELTROP & HARKRIDER LLP
         BY:  BLAKE E. PESCATORE, ESQ.
18       (In person)
         114 West 47th Street
19       New York, New York 10036
         212.728.2200
20       bpescatore@axinn.com
         Representing the Defendant, Google
21       and the Witness

22

23

24
```

Case 4:20-cv-00957-SDJ   Document 748-34   Filed 12/30/24   Page 5 of 10 PageID #: 48768
In Re - Google Digital Advertising                                           Highly Confidential                                    November 15, 2023

3

```
 1    APPEARANCES:  (Cont'd.)

 2


 3    KOREIN TILLERY LLC
      BY:  CAROL O'KEEFE, ESQ.
 4    (In person)
      BY:  ANDREW ELLIS, ESQ.
 5    (Zoom)
      BY:  GEORGE ZELCS, ESQ.
 6    (Zoom)
      RANDALL P. EWING, JR., ESQ.
 7    (Zoom)
      BY:  IAN MOODY, ESQ.
 8    (Zoom)
      505 North 7th Street
 9    Suite 3600
      St. Louis, Missouri 63101
10    314.241.4844
      cokeefe@koreintillery.com
11    gzelcs@koreintillery.com
      aellis@koreintillery.com
12    rewing@koreintillery.com
      imoody@koreintillery.com
13
         - and -
14
      BOIES SCHILLER FLEXNER LLP
15    BY:  HSIAO (MARK) C. MAO, ESQ.
      (Zoom)
16    44 Montgomery Street
      41st Floor
17    San Francisco, California 94104
      415.293.6800
18    mmao@bsfllp.com
      Representing the Publishers
19

20

21

22

23

24
```

```
 1   APPEARANCES:  (Cont'd.)

 2

     GIRARD SHARP
 3   BY:  JORDAN ELIAS, ESQ.
     (In person)
 4   BY:  MIKAELA BOCK, ESQ.
     (Zoom)
 5   601 California Street
     Suite 1400
 6   San Francisco, California 94108
     415.981.4800
 7   jelias@girardsharp.com
     mbock@girardsharp.com
 8   Representing the Advertisers

 9
     KELLOGG, HANSEN, TODD, FIGEL &
10   FREDERICK, PLLC
     BY:  CHRISTOPHER C. GOODNOW, ESQ.
11   (In person)
     1615 M Street, NW
12   Suite 400
     Washington, D.C. 20036
13   202.326.7900
     cgoodnow@kellogghansen.com
14   Represents the Daily Mail and
     Gwinnett
15

16   HERMAN JONES LLP
     BY:  SERINA VASH, ESQ.
17   (Zoom)
     3424 Peachtree Road NE
18   Suite 1650
     Atlanta, Georgia 30326
19   862.250.3930
     svash@hermanjones.com
20   Representing Inform, Inc.

21

22

23

24
```

```
                                                                    5
 1   ADDITIONAL APPEARANCES:

 2


 3   THE LANIER FIRM
     BY:  JONATHAN WILKERSON, ESQ.
 4   (In person)
     10940 West Sam Houston Pkwy North
 5   Suite 100
     Houston, Texas 77064
 6   713.659.5200
     jonathan.wilkerson@lanierlawfirm.com
 7   Representing the State of Texas

 8


 9   VIDEOTAPE TECHNICIAN:

10      Kim Johnson - in person
        (Lexitas)
11
     ZOOM MONITOR:
12
        Gabriela Alvarez
13      (Lexitas)
        (Zoom)
14

15      Justin Cohen, Esq.
        (Google)
16      (In person)

17                - - -

18

19

20

21

22

23

24
```

Case 4:20-cv-00957-SDJ   Document 748-34   Filed 12/30/24   Page 8 of 10 PageID #: 48771
In Re - Google Digital Advertising
Highly Confidential
November 15, 2023

184

```
 1   value.  But if they pay anything other
 2   but zero, that payment is coming out of
 3   their value.
 4              And the harm that I'm
 5   talking about is that by this knowledge
 6   of the high bid on the advertiser side,
 7   publisher can use that to -- to more
 8   precisely price advertiser, which
 9   advertiser end up with the higher prices
10   and lower surplus or value ad.
11        Q.   You said the higher sell
12   price would affect the amount the GDN
13   would pay to the exchange; is that
14   right?
15              MR. JUSTUS:  Objection.
16        Form.
17              THE WITNESS:  Sorry.  Can
18        you repeat?
19   BY MR. ELIAS:
20        Q.   If there is a higher
21   clearing price on the transaction, that
22   means that GDN pays the exchange more
23   for that impression; is that right?
24              MR. JUSTUS:  Objection.
```

                                                          185

1        Form.
2              THE WITNESS:  When AdX was
3        second-price auction, a higher
4        floor -- a higher -- sorry.  A
5        higher reserve price meant a
6        higher price for that query.  And
7        whoever was the winner had to pay
8        higher, yes.
9    BY MR. ELIAS:
10       Q.    And if GDN was the winner
11   and paid a higher price than it
12   otherwise would have, that ultimately
13   comes out of the advertiser's budget
14   paid to GDN; is that right?
15             MR. JUSTUS:  Objection.
16       Form.
17             THE WITNESS:  I think we
18       talked about this yesterday, and
19       I tried to clarify a potential,
20       you know, misunderstanding about
21       how Bernanke was implemented.
22             And as I tried to explain
23       yesterday, I try to summarize it
24       today.  The pricing of the GDN

```
 1
 2                        CERTIFICATE
 3
 4
 5          I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
 6  deposition is a true record of the
    testimony given by the witness.
 7
            It was requested before
 8  completion of the deposition that the
    witness, ███████████████, have the
 9  opportunity to read and sign the
    deposition transcript.
10
11
        *Michelle L. Gray*
12  _____
    MICHELLE L. GRAY,
13  A Registered Professional
    Reporter, Certified Court
14  Reporter, Certified Realtime
    Reporter and Notary Public
15  Dated:  November 16, 2023
16
17
18          (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24
```