# EXHIBIT 235
## REDACTED

**From:** ███████████████████
**To:** Andrea Faville < ██████████ >
**Sent:** Thu, 5 Mar 2015 10:54:51 -0500
**Subject:** Re: [programmatic-news] Re: Google sweetens deal for publishers with dynamic price floors via Digiday
**Cc:** ███████████████████████████
███████████████████████

+ ████

Thanks Andrea for the canned statement.

On Thu, Mar 5, 2015 at 10:45 AM, Andrea Faville ███████████████ wrote:

> For right now, you can say this is all speculation, based on an anonymous source, and point to our statement:
> "That description doesn't match anything in our current product suite or future roadmap. We have and are working on a number of publisher tools to help maximize revenues. For example, in DoubleClick for Publishers, we've had our  dynamic allocation feature since 2010, integrated with the DoubleClick Ad Exchange. Separately, we're experimenting with new ways to improve yield for our publishers on the DoubleClick Ad Exchange, but nothing new has launched."

On Thu, Mar 5, 2015 at 10:33 AM, ████████████████████ wrote:

> Any comm docs on dynamic price floors? I've heard rumblings about it, but nothing in writing. I'm sure our publishers will be asking about it today.

http://digiday.com/platforms/google-sweetends-deal-publishers-dynamic-price-floors/



--
Andrea Faville | Google | Global Communications & Public Affairs |
████████████████████

HIGHLY CONFIDENTIAL