# EXHIBIT 239
# REDACTED



Jedi++

October 27, 2016

HIGHLY CONFIDENTIAL
GOOG-TEX-00970722

# HB Use Cases - How They Work

|  | **(1) Remarketing/Big Buyer** | **(2) Auction Pressure** | **(3) PG/PNG/Deals** |
|---|---|---|---|
| Use Case | Supports low volume high price buying circumventing the exchange to capture more conversions. | Multiple exchanges compete on per query pricing to help increase publisher yield. | PG with buy side decisioning, DFP execution allowing all creative executions (roadblock, custom ad units, etc) |
| Value Prop | Increased match rate, increased user exposure, increased win rate | Increased match rate/user exposure, up to 50% yield increase (likely self-pricing) | Deals with buy-side decisioning, direct pub payment, working media transparency |
| Drawbacks | Potential latency, reduced auction pressure, non-transparent value | potential latency, non-transparent payout, AdX last look, First Price Auction | potential latency, limited forecasting, limited distribution |
| Users | Criteo, Amazon, FB | OpenX, Rubi, Index, Pubmatic, Sonobi | Omnicom, Merkle, Publicis |
| Implementation | On page/in wrapper deployment, key value pair targeting, paced line item (pacing way behind) or 100% sponsorship to drive allocation | On page/in wrapper deployment, key value pair targeting, paced and price priority line items. | On page or in wrapper deployment, key value pair targeting, paced line item using DFP forecasting and ad selection logic.. |
| AdX Competitiveness | Use of DFL helps to mitigate this | Jedi lacks full partner participation to match | Non-competitive due to lack of buy side decisioning on PG, and mandate for audiences to be housed in DDP as opposed to left in the DSP |

Confidential & Proprietary
Attorney-Client Privileged

## Three use cases for Header Bidding and Wrappers require different responses

Header Bidding has three unique use cases for buyers and sellers

|   | Use Case | Example Participant | Current predominant implementation | Business at Risk | DRX Response |
|---|---|---|---|---|---|
| 1 | Remarketing / Big Buyer / LFHC | Criteo, Amazon, FB | **Header tag** | GDN/DBM Remarketing | First Look |
| 2 | Auction Pressure / HFLC | OpenX, Rubicon | **Header wrapper** | AdX Open Auction | Exchange Bidding, Jedi++ |
| 3 | Direct Deals | Omnicom, PMX, Merkle | **Header tag** | PG/PNG/Deals | Jedi++ |

**Server side wrapper** is where these are all going. It is "tag on page" plus aggregated demand which is DRX with EB. It is essentially the same as Exchange Bidding, which is why it is critical to make our Exchange Bidding strong quickly and support the emerging uses.

HIGHLY CONFIDENTIAL
GOOG-TEX-00970728

## (1) Remarketing Header infrastructure data



HIGHLY CONFIDENTIAL
GOOG-TEX-00970729