# EXHIBIT 240
# REDACTED

Message

| | |
|---|---|
| **From:** | Chris LaSala [■■■■■■■] |
| **Sent:** | 12/9/2016 2:57:57 PM |
| **To:** | ■■■■■■■■■■■■■■■■■ |
| **Subject:** | Fwd: GSL Thoughts for Sell-Side Marketing Support |

FYI

---------- Forwarded message ----------
From: **Chris LaSala** <■■■■■■■■■>
Date: Fri, Dec 9, 2016 at 9:57 AM
Subject: GSL Thoughts for Sell-Side Marketing Support
To: ■■■■■■■■■■■■■■■■■■■■■■■
Cc: ■■■■■■■■■■■■

Hi ■■■■,

Per ■■■ request from Tuesday...thanks for considering the sell-side as you finalize marketing resource allocation. Please find below the top priorities in 2017 where marketing support will be critical. Copying ■■■■ (Brand GSL team) who can give more context on the sell-side video business if required.

Please note that our sell-side marketing resources are stretched very thin (■■■■■■■■■■■■■). They have done a phenomenal job making due with what they have, via strict prioritization, but imho the business is vastly under funded. Happy to discuss in more detail as needed.

2017 Sell-Side Priorities:

- **AdX Value Prop update and Header Bidding and FAN response.** Need to fight off the existential threat posed by Header Bidding and FAN. This is my personal #1 priority. If we do nothing else, this needs to an all hands on deck approach
- **Unification and DRX/DFP/AdX Rebrand:** once every 10 years type activity which will require large support from marketing to land it well
- **Video Support**
  o   improving perception of DFP Video with TV companies
  o   Growing awareness of Doubleclick as a video PMP provider
  o   Truth in Traffic for Video (Video inventory quality is a hot topic)
  o   SpeedMatters evolution for video
- **Deals Support**
  o   Telling a cohesive story across our transaction types (PG, the new PA in DFP, as well as EB, DFL, etc.)
  o   Migration of tags (traditional) to Programmatic deal execution
  o   Support for pubs to bring agencies along as agency business models evolve due to the shift to programmatic
- **Format Evolution:** Native and Rewarded evangelism to fight against FAN
- **AMP** - continued evangelism with focus on A4A and ALP
- **New Network** will likely start needing marketing support in the back half of 2017
- **AdMob**

HIGHLY CONFIDENTIAL TREATMENT REQUESTED                                                    GOOG-NE-04421287

- o Mediation. We continue to lag behind competitors in
- o Native / Rewarded (see formats above)
- o Firebase integration

Happy to discuss further.

lobal Programmatic Sell-Side Solutions    ▮▮▮▮▮▮▮▮

--

Chris LaSala / Director, Global Programmatic Sell-Side Solutions / ▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL TREATMENT REQUESTED                                    GOOG-NE-04421288