# EXHIBIT 242
# REDACTED



Why did we get here?
What's our response?
What has changed and our response?
Why partnering with FB makes sense? Also consequences of status quo
Risks and benefits of partnering and what FB and Google gets?
Risks and mitigation

GOOG-DOJ-27769247

## New "Jedi for Networks" aka "Network Bidding" Offering

|  | AdX Buyside | Exchange Bidding | Jedi for Networks * (NEW) |
|---|---|---|---|
| **Intended for...** | DSPs, Networks, Agencies | SSPs/Exchanges | Mega networks like FB & GDN, maybe CRTO & AMZN |
| **Auction type** | 2nd price (AdX auction) | 1st price | 1st price |
| **Google rev share** | 20% from pub | | |
| **Policy regime** | AdX policies | platform w/ restrictions | platform w/ restrictions |
| **Inventory** | DRX, AdMob, AdSense | opted-in DRX & AdMob* | opted-in DRX & AdMob* |
| **Who pays pub** | Google | Google | Buyer (Network) can decide |

Confidential & Proprietary
Attorney-Client Privileged

GOOG-DOJ-27769255

## Risks and Benefits of Partnering and not Partnering

- What's in it for FAN:
    - First class access - we have last look on HB
    - Access to app - HB is mainly on web today
    - Global footprint - HB players mainly focused on US/EU
    - ████████████████████
- What's in it for Google:
    - Makes DFP and AdMob sticky and provides us access to inventory, data and usage
    - Critical to help push mApp demand from mediation to RTB (more efficient auction environment, greater control over serving, move to % rev share)
    - ████████ net revenue opportunity - potentially offset some auction we could lose
- Key risk for Google:
    - FB can use this solution to scale, get access to app and pull out of our product.

Google Confidential & Proprietary
Attorney-Client Privileged

## Risks and Mitigations

| Risk | Risk | Mitigation |
|---|---|---|
| FAN gets "first class" access to web (DFP) inventory | Low | <ul><li>Desktop and mWeb is already very exposed due to other HB channels.</li><li>Better to partner rather than let them become an anchor tenant of someone else's channel, and make DFP less competitive</li></ul> |
| FAN gets real-time access to App AdMob inventory, putting margin pressure on GDN | Medium | <ul><li>Working with FAN helps push app away from traditional mediation where we make no money (vs. ▮▮ in this new setup) and don't see all the mediated inventory (so this increases the pool of available inventory)</li><li>If we don't build it someone else will. Amazon already focusing on apps.</li></ul> |
| Facebook is asking for direct billing -- Facebook can build competing platform in future or go direct to publisher | Low | <ul><li>The risk here is same as what they can already do today.</li><li>All competing HB platforms allow direct billing</li><li>Mediation would require additional tech work on their side</li></ul> |
| Other Networks could ask same access, putting more pressure on AdX margins | Low | <ul><li>Minimum spend requirements (▮▮▮ annually)</li><li>Would require them to negotiate pub by pub</li></ul> |

Confidential & Proprietary
Attorney-Client Privileged

## Header bidding benefits pubs and buyers, challenges Google

**Need to simplify**

**Publisher: more money**
- Pros:
  - Universal competition with real-time pricing
  - Captures incremental demand
  - No Google policies, no Google revshare
- Cons:
  - Adds latency to every ad call
  - Consumes mobile data & battery
  - Complex setup and reporting
  - Manual management of demand sources

**Buyers: secure access to supply**
- Pros:
  - Control the supply chain, reduce dependence on Google decision logic
  - 100% user/placement visibility
  - Real-time pricing increases win rate
  - Rapid, ungoverned innovation
  - Can reduce fees (no sell-side revshare)
- Cons:
  - Increased QPS from pubs multi-listing
  - Risk of bidding against self
  - Higher prices due to more competition

**DRX Challenges**
- Creates a new auction outside our decision logic, policies, or fees
- Eliminates influence on latency and user experience
- Fewer queries matched, higher prices when we win
- Could become a competing ad platform

Confidential & Proprietary
Attorney-Client Privileged

GOOG-DOJ-27769270

**Response options**
Could be pursued in addition to one of others



How to make EB better:
- more signals☐- even lower rev share
- better cookie matching (we don't need to worry about Google data leakage if pub handles cookies with only, say, Rubicon)



Header Bidding does not appear to be slowing down

CONFIDENTIAL