# EXHIBIT 245

# DOCUMENT UNDER SEAL