# EXHIBIT 246
# REDACTED

# Poirot: optimal bidding model for non-second price auctions

Nirmal Jayaram,

## Motivation

- DBM buys on many 3PE running <u>non-second price auctions.</u> In such auctions, advertisers can no longer simply bid their value, and need to find <u>optimal bidding strategies</u> to maximize their profit.

- Buyers must adapt in a market that is rapidly shifting to openly <u>first price</u> auction:



- Goal: find optimal bid lowering to protect advertisers from overpaying in non-second price auctions

## Approach

- Maximize advertiser surplus defined as

$$surplus = \sum_{imp\ i} (value_i - cost_i)$$

where the sum is over all won impressions, with $value_i$ the impression value originally bid by the advertiser.

- Run background exploration to obtain data for bid landscape using various levels of bid multipliers

- Serve optimal bid maximizing surplus

## Summary of model updates

- Poirot v2 was launched in Q3 2018 with 3 key updates:
  1) 3PE provided auction type signal as additional input,
  2) lower minimum bid multiplier,
  3) normalized surplus response:

| | v1 | v2 |
|---|---|---|
| response | log relative surplus | surplus/control value |
| predictors | quadratic basis functions | cubic basis splines |
| fixed effects | exchange id | exchange id, auction type |
| random effects | advertiser id, bid bucket | bid bucket |
| minimum multiplier | 0.6 | 0.1 |

## Example of model fits

- Auction type signal is useful but cannot be taken as face value:

AppNexus       OpenX

## Launch impact (v2 vs v1)

- Poirot v2 is active on fixed CPM advertisers. On external exchanges:



- The launch results in ▇ expected annual net profit from spend shift to AdX/AdSense

- In parallel, Poirot was also deployed for Adwords traffic, resulting in ▇ CPD increase.

## Future work

- Enhance with more query features (e.g., publisher domain)

- Optimize for active-impressions, non-spam impressions

- Optimize across exchanges

- Handle AdX move to FP

