# EXHIBIT 253

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION
 3
        STATE OF TEXAS, et al.,
 4
                 Plaintiffs,         Civil Action No.
 5                                   4:20-cv-00957-SDJ
           v.
 6
        GOOGLE LLC,
 7
                 Defendant.
 8
 9      * * * * * * * * * * * * * * * * * * * * * * * * *
10        TRANSCRIPT OF THE VIDEOTAPED 30(B)(6) DEPOSITION:
11                     STATE OF LOUISIANA
12                      By and through:
13                  PATRICK MICHAEL VOELKER
14
15                   Friday, May 3, 2024
                       9:22 a.m. (CST)
16
17
18
19
20
21
22
        Reported by:
23
        YOLANDA J. PENA, Certified
24      Court Reporter No. 2017002
        in and for the State of
25      Louisiana
     Job No. CS6670337
```

```
                                                              Page 2

 1                       A P P E A R A N C E S
 2
 3       FOR THE PLAINTIFF STATES TEXAS, IDAHO, INDIANA,
         MISSISSIPPI, NORTH DAKOTA, SOUTH CAROLINA,
 4       SOUTH DAKOTA, AND LOUISIANA:
 5           THE LANIER LAW FIRM
             (BY:  RYAN D. ELLIS, ESQ.)
 6           (BY:  ALEX HENTHORN, ESQ.) [VIA ZOOM]
             10940 WEST SAM HOUSTON PKWY. NORTH, SUITE 100
 7           HOUSTON, TEXAS  77064
             (713) 659-5200
 8           ryan.ellis@lanierlawfirm.com
 9
         FOR THE PLAINTIFF STATE OF LOUISIANA:
10
             THE DUGAN LAW FIRM
11           (BY:  DAVID SCALIA, ESQ.)
             365 CANAL STREET, SUITE 100
12           NEW ORLEANS, LOUISIANA  70130
             (504) 648-0180
13           dscalia@dugan-lawfirm.com
14                 - AND -
15           LOUISIANA OFFICE OF THE ATTORNEY GENERAL
             (BY:  WILLIAM ROGERS, ESQ.)
16           1885 N. THIRD STREET, 3RD FLOOR
             BATON ROUGE, LOUISIANA  70802
17           (225) 326-6705
             rogersw@ag.louisiana.gov
18
19       FOR THE DEFENDANT GOOGLE LLC:
20           FRESHFIELDS BRUCKHAUS DERINGER
             (BY:  JEANNETTE BAYOUMI, ESQ.)
21           (BY:  GAYLE R. KLEIN, ESQ.)
             (BY:  GABRIELLE SMALL, ESQ.) [VIA ZOOM]
22           3 WORLD TRADE CENTER
             175 GREENWICH STREET
23           NEW YORK, NEW YORK  10007
             (212) 230-4645
24           jeannette.beyoumi@freshfields.com
             gayle.klein@freshfields.com
25           gabrielle.small@freshfields.com
```

```
                                                    Page 3
 1              A P P E A R A N C E S (Continued)
 2
 3      ALSO PRESENT:
 4           ALBERT BONGARD, VIDEOGRAPHER
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 30

1  don't mind?

2  BY MS. BAYOUMI:

3       Q.   Sure.  The complaints that were produced by
4  the State of Louisiana mention Google advertising, but
5  they don't raise issues in this lawsuit, correct?

6            MR. ELLIS:  Objection; form.

7       A.   I think the issues that Louisiana has raised
8  is that its consumers, its economy at large has been
9  harmed.  So to the extent that those complaints were
10 filed, you know, on behalf of citizens of Louisiana, I
11 would say the answer to that question is sure.  Yeah,
12 the claims do fit what they might have been alleging.

13 BY MS. BAYOUMI:

14      Q.   So I -- I believe you testified earlier,
15 though, that you received consumer complaints regarding
16 advertising but not that they related to the
17 advertising technology at issue in this case; is that
18 right?

19           MR. ELLIS:  Objection; form.

20      A.   I believe I said that they may not relate to.

21 BY MS. BAYOUMI:

22      Q.   And you testified that you're unaware of
23 whether these consumer complaints would be on point
24 with the issues in the complaint; is that right?

25      A.   Yeah, I'm not entirely sure as we sit here

Page 31

1    today.  I think that calls for a bit of legal
2    speculation.  But, you know, we got the complaints on
3    behalf of the consumers and produced them, so.
4         Q.   Okay.  For its federal antitrust claim, is
5    Louisiana proceeding as parens patriae?
6         A.   It is in some capacity and in others, in its
7    sovereign capacity.
8         Q.   And in proceeding as parens patriae, on whose
9    behalf is the State of Louisiana proceeding?
10        A.   Sure, the parens capacity is a constitutional
11   grant of authority by which the attorney general, as
12   the chief legal officer of the State of Louisiana, is
13   empowered to bing -- excuse me, bring and vindicate
14   claims on behalf of Louisiana citizens.
15        Q.   So on whose behalf?
16        A.   Would be the citizens of Louisiana.  And I
17   think if a particular answer is needed, publishers and
18   advertisers along with the citizens at large.
19        Q.   And have any of these groups complained to
20   Louisiana about Google's ad tech/display advertising
21   business?
22             MR. ELLIS:  Objection; form.
23        A.   I think the investigation that Texas conducted
24   revealed a series of conduct on the part of Google
25   that, you know, is a national harm.  And to the extent

Page 32

```
 1        that that is -- you know, that that harm applies to
 2        Texas, it applies just as equally to the citizens of
 3        Louisiana.
 4        BY MS. BAYOUMI:
 5             Q.   How so?
 6             A.   Because the harm, you know, that was
 7        determined through the investigation was determined to
 8        be anticompetitive and affect negatively the citizens
 9        of this nation at whole, and therefore, it applies to
10        Louisiana, as well, the harm.
11             Q.   Did Louisiana do any investigation into --
12        into the alleged harm specific to Louisiana?
13             A.   Louisiana was not part of the multistate
14        investigation.  It was made aware of the results of
15        that investigation and the harm that, you know,
16        pervaded throughout the nation on behalf of its
17        citizens.  But if Louisiana did any investigation of
18        its own -- it did not -- it was in reference to the
19        investigation that was done by the multistate.
20             Q.   So your testimony is that Louisiana didn't do
21        any investigation of its own into the alleged conduct
22        at issue in the complaint; is that right?
23                  MR. ELLIS:  Objection; form.
24             A.   Louisiana was made aware of the investigation
25        conducted by the multistate that revealed harm that was
```

Page 33

1       applicable to the citizens of Louisiana.
2       BY MS. BAYOUMI:
3            Q.   Does Louisiana have any independent factual
4       basis for the allegations it makes in the fourth
5       amended complaint?
6            A.   Louisiana has the harm that was endowed upon
7       its citizens as -- you know, that was a result of the
8       investigation that ensued, the witnesses that were
9       interviewed, the documents gathered.  Louisiana will
10      have forthcoming expert reports that will perhaps more
11      specifically quantify that.  But yeah, as a result of
12      that investigation, Louisiana has evidence of harm.
13           Q.   And when you refer to "citizens," are you
14      referring to individuals or businesses as well?
15           A.   Could be either.
16           Q.   And has Louisiana investigated what specific
17      harm was made to individuals or businesses at issue in
18      the complaint?
19               MR. ELLIS:  Objection; form.
20           A.   I think some of that, you know, quantification
21      of the harm will be forthcoming from Louisiana's
22      experts, but I guess as I sit here today, to wit, no.
23      BY MS. BAYOUMI:
24           Q.   And you said one of your job duties was to
25      issue civil investigative demands.

REPORTER'S PAGE

I, YOLANDA J. PENA, Certified Court Reporter in and for the State of Louisiana, (CCR #2017002), Registered Professional Reporter (RPR #970346), the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(B) of the Louisiana Code of Civil Procedure, do hereby state on the record:

That due to the interaction in the spontaneous discourse of the proceeding, double dashes (--) have been used to indicate pauses, changes in thought, and/or talkovers; that same is the proper method for a transcription of proceedings, and that the double dashes (--) do not indicate that words or phrases have been left out of this transcript;

That any spelling of words and/or names which could not be verified through reference material have been denoted with the parenthetical "(phonetic)";

That the parenthetical "(sic)" is used to denote when a witness stated a word or phrase that appears odd or erroneous to show that it was quoted exactly as it stands.

YOLANDA PENA, CCR, RPR

```
                                                              Page 139

 1                    REPORTER'S CERTIFICATE
 2        I, YOLANDA J. PENA, Certified Court Reporter in
     and for the State of Louisiana, Registered
 3   Professional Reporter, and as the officer before whom
     this testimony was taken, do hereby certify that
 4   PATRICK MICHAEL VOELKER, after having been duly sworn
     by me upon authority of R.S. 37:2554, did testify as
 5   set forth in the foregoing 138 pages.
          I further certify that said testimony was reported
 6   by me in the Stenotype reporting method, was prepared
     and transcribed by me or under my direction and
 7   supervision, and is a true and correct transcript to
     the best of my ability and understanding.
 8        I further certify that the transcript has been
     prepared in compliance with transcript format
 9   guidelines required by statute or by rules of the
     board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
     or entity making arrangements for deposition services.
11        I further certify that I have acted in compliance
     with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
     1434, and in rules and advisory opinions of the board.
13        I further certify that I am not an attorney or
     counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
     connected with this action, and that I have no
15   financial interest in the outcome of this matter.
          This certificate is valid only for this
16   transcript, accompanied by my digital signature or
     original signature and original raised seal on this
17   page.
18        Prairieville, Louisiana, this 6th day of May,
     2024.
19
20
21
22
                         _____
23                       YOLANDA J. PENA, CCR, RPR
                         CCR NO. 2017002, RPR NO. 907346
24
25
```

Page 141

The State Of Texas, Et Al. v. Google LLC

Patrick Voelker (#6670337)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_/s/ Patrick Voelker_____          May 29, 2024
Patrick Voelker                             Date

Page 142

1  The State Of Texas, Et Al. v. Google LLC
2  Patrick Voelker (#6670337)
3              ACKNOWLEDGEMENT OF DEPONENT
4      I, Patrick Voelker, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  [Signature]                          May 29, 2024
12  Patrick Voelker                          Date
13  *If notary is required
14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                      29th DAY OF May, 2024.
16
17
18                      Mary S. Adams #40703
19                          NOTARY PUBLIC
20
21
22
23
24
25