# EXHIBIT 254

```
 1             IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TEXAS
 2                     SHERMAN DIVISION
 3   THE STATE OF TEXAS, et al.        PLAINTIFFS
 4   VS.           CIVIL ACTION NO. 4:20-CV-957-SDJ
 5   GOOGLE LLC                         DEFENDANT
 6
 7
        ****************************************
 8
         30(b)(6) DEPOSITION OF STATE OF MISSISSIPPI
 9
              BY ITS REPRESENTATIVE
10
              CRYSTAL UTLEY SECOY
11
        ****************************************
12
13
14           Taken at the
     Office of the Mississippi Attorney General,
15           550 High Street,
             Jackson, Mississippi,
16       on Thursday, April 25, 2024,
         beginning at approximately 12:56 p.m.
17
18
19
20
21
22
        ****************************************
23
            CATHY M. WHITE, CCR
24       Certified Court Reporter #1309
             Notary Public
25
```

```
 1              A P P E A R A N C E S
 2   LAUREN SCHULTZ, ESQUIRE
     lauren.schultz@kellerpostman.com
 3    Keller Postman
 4         COUNSEL FOR PLAINTIFFS
 5   CALEB PRACHT, ESQUIRE
     caleb.pracht@ago.ms.gov
 6   PATRICIA BEALE, ESQUIRE
     patricia.beale@ago.ms.gov
 7    Mississippi Attorney General's Office
 8         COUNSEL FOR STATE OF MISSISSIPPI
 9   RYAN D. ELLIS, ESQUIRE (via Zoom)
     Ryan.Ellis@lanierlawfirm.com
10    The Lanier Law Firm
11         COUNSEL FOR PLAINTIFF STATES TEXAS, IDAHO,
           INDIANA, MISSISSIPPI, NORTH DAKOTA, SOUTH
12         CAROLINA, SOUTH DAKOTA, AND LOUISIANA
13    JAMIE ALAN AYCOCK
     jamieaycock@yettercoleman.com
14    KARLA MARADIAGA, ESQUIRE
     kmaradiaga@yettercoleman.com
15    Yetter Coleman
16         COUNSEL FOR DEFENDANT
17    JAMES EVERETTE WOODS, JR., ESQUIRE
     jwoods@ihl.state.ms.us
18    Mississippi Attorney General's Office
     Mississippi Institutions of Higher Learning
19
           COUNSEL FOR THE WITNESS
20
     ALSO PRESENT:  Stephen Craig, Investigator (via Zoom)
21           Texas Attorney General's Office
22    VIDEOGRAPHER:  JASON HOPKINS
23
24
25
```

1    factual basis, then yes.

2    BY MR. AYCOCK:

3        Q.  Okay.  And Mississippi didn't conduct any

4    separate investigation leading up to the filing of the

5    complaint from what Texas conducted; right?

6        A.  Correct.

7        Q.  So before the lawsuit was filed, are you

8    aware of Mississippi speaking to any in-state

9    advertisers about harm that they've suffered based on

10   the conduct that's been alleged in this case?

11           MS. SCHULTZ:  Object to form.

12       A.  We have not.

13   BY MR. AYCOCK:

14       Q.  And are you aware of Mississippi or has

15   Mississippi spoken -- start over.

16           Before the lawsuit was filed, did Mississippi

17   speak with any in-state publishers about experiencing

18   any harm due to the conduct that's been alleged by

19   Google?

20       A.  Does this go into our work product and

21   details of the investigation?

22       Q.  I'm simply asking whether a communication

23   happened.  So I don't think there's anything

24   privileged about whether a communication happened.

25       A.  I mean, I -- so I could probably help by

1 telling you that --
2       MS. SCHULTZ:  I wouldn't -- only answer --
3       THE WITNESS:  Okay.
4       MS. SCHULTZ:  -- questions asked.  To the
5  extent you can do so without violating work product
6  here, you may do so.
7     A.  So, no.
8  BY MR. AYCOCK:
9     Q.  Okay.  So before suit was filed then,
10 Mississippi determined that in-state advertisers and
11 publishers had been harmed by Google's conduct?
12      MS. SCHULTZ:  And I'm going to say that --
13 assert a work product privilege there.
14      If you may -- if you can answer without
15 disclosing work product, you may.
16    A.  It's our position that advertisers and
17 publishers in Mississippi would have been impacted by
18 the conduct because it's our understanding that this
19 is a national issue and that it impacts our entire
20 state, consumers, advertisers, publishers, businesses.
21 BY MR. AYCOCK:
22    Q.  Okay.  So but you didn't make any specific
23 findings about harm in particular to anybody in
24 Mississippi before suit was filed; right?
25      MS. SCHULTZ:  Same objection there to work

1         CERTIFICATE OF COURT REPORTER
2         I, Catherine M. White, CSR, and Notary Public
3    in and for the County of Rankin, State of Mississippi,
4    hereby certify that the foregoing pages, and including
5    this page, contain a true and correct transcript of
6    the testimony of the witness, as taken by me at the
7    time and place heretofore stated, and later reduced to
8    typewritten form by computer-aided transcription under
9    my supervision and to the best of my skill and
10   ability.
11        I further certify that I placed the witness
12   under oath to truthfully answer the questions in this
13   matter under the power vested in me by the State of
14   Mississippi.  I further certify that I am not in the
15   employ of or related to any counsel or party in this
16   matter, and have no interest, monetary or otherwise,
17   in the final outcome of the proceedings.
18        Witness my signature and seal this the 26th
19   day of April, 2024.
20
              <%3807,Signature%>
21            CATHERINE M. WHITE, CSR No. 1309
22   My Commission Expires:
     February 1, 2026
23
24
25