# EXHIBIT 255

```
                                                          Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF TEXAS
 3                      SHERMAN DIVISION
 4
 5   THE STATE OF TEXAS, et al.,
 6              Plaintiffs,
 7        v.              Civil Action No. 4:20-cv-00957-SDJ
 8   GOOGLE LLC,
 9              Defendant.
10   _____/
11
12
13
14          The Zoom Videoconferenced/Video Recorded
15          Deposition of MICHAEL SCHWALBERT,
16          Commencing at 8:33 a.m. CT,
17          Friday, May 10, 2024,
18          Before Stenographer Shorthand Reporter,
19          Lori Ann Baldwin, CSR-5207, RPR, CRR, BA.
20
21          Veritext Job No. CS 6687342
22
23
24
25
```

```
                                                          Page 2

 1   REMOTE APPEARANCES:

 2

 3   D. SCOTT LUCY

 4   Attorney General

 5   Missouri Attorney General's Office

 6   815 Olive Street, Suite 200

 7   St. Louis, Missouri 63101

 8   314.340.4753

 9   Scott.Lucy@ago.mo.gov

10        Appearing on behalf of Plaintiff.

11

12   ALEX HENTHORN

13   The Lanier Law Firm

14   10940 W. Sam Houston Parkway North, Suite 100

15   Houston, Texas 77064

16   713.659.5200

17   alex.henthorn@thelanierlawfirm.com

18        Appearing on behalf of Plaintiff.

19

20

21

22

23

24

25
```

Page 26

```
 1                    Do you see that?
 2   A.   Yes.
 3   Q.   Now, if we turn to the next page underneath where it
 4        says, "Plaintiff States seeking civil penalties as
 5        parens patriae for injury to the general welfare and
 6        economies by unfair or deceptive practices," this
 7        applies to Missouri, correct?
 8   A.   I'm sorry, can you read that back again because
 9        there's --
10   Q.   There's two.
11   A.   --- there's two, there's two different ones.
12   Q.   Yes.  So on page 14, after that first bullet in
13        paragraph, "Plaintiff States seeking civil penalties
14        as parens patriae for," skipping to the end there,
15        "for unfair or deceptive practices."
16   A.   Right.
17   Q.   Okay.  So this, this response applies to Missouri,
18        correct?
19   A.   Yes.
20   Q.   Now, the alleged harm to Missouri's general welfare
21        and economy, as it states here, is based on publishers
22        and advertisers experiencing decreased revenue, lower
23        quality and higher prices, right?
24   A.   Yes.
25   Q.   How widespread is this impact in the state?
```

Page 27

1  A.  It would be for all, would be for all publishers and
2      advertisers because its conduct on a nationwide scale
3      that affects all of them.
4  Q.  And has the state of Missouri, the Attorney General's
5      Office, measured that impact in any way?
6              MR. LUCY:  I'm going to object as to work
7      product.
8              So my client can respond to that in a way
9      that would not divulge any protected work product.
10 A.  Outside of expert, expert discovery, which is
11     forthcoming, I would not be able to provide a, you
12     know, a defined, defined measure of that, that
13     specific harm either.  That would be the subject of
14     expert, the expert discovery.
15 BY MR. ADES:
16 Q.  So did you do anything before today to look into
17     whether the harm had been measured?
18              MR. LUCY:  I would also object to work
19     product.
20 A.  So, there was the multistate investigation in this
21     litigation that was ongoing, and from that
22     information, that's going to be from, you know, that's
23     the use for the, the calculation, but, so yes, we did
24     in the sense that we had the investigation and the
25     litigation.

1                         CERTIFICATE

2

3    STATE OF MICHIGAN

4    COUNTY OF OAKLAND

5              LORI ANN BALDWIN, a Notary Public in and

6    for the above county and state, do hereby certify that

7    this remote deposition was taken before me at the time

8    and place hereinbefore set forth; that the witness was

9    by me first duly sworn to testify to the truth; that

10   this is a true, full and correct transcript of my

11   stenographic notes so taken to the best of my skill

12   and ability; and that I am not related, nor of counsel

13   to either party, nor interested in the event of this

14   cause.

15

16

17

18

19

20              *Lori Baldwin*

21              Lori Ann Baldwin, CSR-5207, RPR, CRR

22              Notary Public

23              Oakland County, Michigan

24              My commission expires:  December 21, 2025

25