# EXHIBIT 256

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                   SHERMAN DIVISION
 3
 4   THE STATE OF TEXAS, et al.,
 5            Plaintiffs,
                                    Civil Action No.
 6   vs.                            4:20-cv-00957-SJD
 7   GOOGLE, LLC,
 8            Defendant.
 9   _____/
10
                        May 1, 2024
11                 9:03 a.m. - 12:31 p.m. MDT
12
13
14       VIDEOTAPED DEPOSITION OF ANNA SCHNEIDER
15            TAKEN VIA ZOOM TELECONFERENCE
16
17
18       Taken on behalf of the Defendant before
19   Alice J. Teslicko, Registered Merit Reporter, and
20   Notary Public in and for the State of Florida at
21   Large, pursuant to a Notice of Taking 30(b)(6)
22   Deposition in the above cause.
23
24
25      Job No. CS6659471
```

```
                                                      Page 2

 1    APPEARANCES VIA TELECONFERENCE:
 2    On Behalf of the Plaintiff States:
 3         COOPER & KIRK, PLLC  (MT)
           BY:  BRIAN W. BARNES, ESQ.
 4              HAROLD S. REEVES, ESQ.
           1523 New Hampshire Avenue, N.W.
 5         Washington, DC 20036
           (202) 220-9600
 6         bbarnes@cooperkirk.com
           hreeves@cooperkirk.com
 7
 8         LANIER LAW FIRM     (TX/NY)
           BY:  RYAN ELLIS, ESQ.
 9              ALEX HENTHORN, ESQ.
           10940 West Sam Houston Parkway North
10         Houston, TX 77064
           (713) 659-5200
11         ryan.ellis@lanierlawfirm.com
           alex.henthorn@lanierlawfirm.com
12
13         SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE
           BY: REBECCA M. HARTNER, ESQ.
14             CLARK C. KIRKLAND JR., ESQ.
           1000 Assembly Street
15         Columbia, SC 29201
           (803) 734-3970
16         rhartner@scag.gov
           ckirkland@scag.gov
17
18    On Behalf of the Defendant Google, LLC:
19         FRESHFIELDS BRUCKHAUS DERINGER, LLP
           BY:  XIAOXI TU, ESQ.
20              ELIZABETH CURRAN, ESQ.
           Three World Trade Center
21         175 Greenwich Street
           New York, NY 10002
22         (212) 277-4000
           xiaoxi.tu@freshfields.com
23         elizabeth.curran@freshfields.com
24
           ALSO PRESENT:  Tyler Crotty - Videographer
25                        Chelsea Gilchrist - Concierge Tech
```

```
 1   scheme, there was no need to do an independent Montana
 2   investigation on top of that, which the multi-state
 3   had already done.
 4       Q   Does Montana have any Montana-specific
 5   evidence that would support its claims in this case?
 6           MR. BARNES:  Object to the form.
 7       A   I'm going to rely on the fact that expert
 8   and fact discovery is still ongoing and I will await
 9   their opinions.
10       Q   So you are not aware of any Montana-specific
11   evidence that would support the claims in this case
12   today?
13           MR. BARNES:  Object to the form.
14       A   As I said, we are waiting on our fact
15   discovery close, as well as our expert opinions and
16   since it is still ongoing, that is what I am going to
17   rely on, which is not yet ripe.
18       Q   Okay, but sitting here today, you are not
19   aware of any Montana-specific evidence that would
20   support the claims in this case?
21           MR. BARNES:  Object to the form.
22       A   As it was a national scheme, it affected
23   Montanans in the same way that it affected all other
24   plaintiffs in this litigation.  And it did affect
25   Montana persons, and so that is a specific harm to the
```

```
 1   State of Montana.
 2       Q    So you're not aware of any Montana-specific
 3   evidence that would support the claims in this case?
 4            MR. BARNES:  Object to the form.
 5       A    The evidence is the same as all of the
 6   evidence that the other plaintiffs are alleging that
 7   we designated Mr. Gordon to testify about, as it was a
 8   national scheme.
 9       Q    So then that evidence is not
10   Montana-specific?
11       A    It is Montana-specific in that it was a
12   national scheme, and the nature of the national scheme
13   affects Montana and Montanans.
14       Q    Are you aware of any facts that are unique
15   to Montana that support the claims in the complaint?
16       A    At this time expert and fact discovery is
17   still ongoing and we will rely on our experts'
18   opinions.
19       Q    So at this time you are not aware of any
20   evidence unique to Montana that support the claims in
21   the complaint?
22       A    At this time we are relying on the national
23   scheme, as I spoke to earlier, that the harms done on
24   the national scheme to all plaintiffs were also done
25   to Montana.
```

1           If there are unique harms to Montana that is
2   beyond that, I am going to await our expert and fact
3   discovery to close.
4      Q    Do you know what the fact discovery deadline
5   is in this case?
6      A    I do not offhand.
7      Q    Okay, it is May 3rd.  Is Montana going to
8   get Montana-unique evidence in the next two days?
9           MR. BARNES:  Object to the form.
10     A    I can't answer what's going to happen in the
11  future, sitting here today.
12     Q    So sitting here today, you're not aware of
13  any Montana-unique evidence that supports the claims
14  in the complaint?
15     A    I'm again going to rely on that it was a
16  national scheme that affected Montana.  At this time,
17  with fact and expert discovery ongoing, am I aware
18  right now of any unique harms that were targeted
19  Montana for?  At this time sitting here, I am not,
20  because it was a national scheme.
21     Q    Montana is also bringing a Deceptive Trade
22  Practices Act claim in this case, right?
23     A    Yes.
24     Q    Is the evidence that Montana is relying on
25  for its Deceptive Trade Practice Act claim the same as

Page 84

CERTIFICATE OF OATH

I, Alice J. Teslicko, RMR, a Notary Public for the State of Florida at large, do hereby certify that the witness, Anna Schneider, appeared personally before me and was duly sworn.

Signed and sealed this 2nd day of May, 2024.

Alice J. Teslicko, RMR

Commission No. HH300672

My Commission Expires:

December 14, 2026

```
 1                          CERTIFICATE
 2   STATE OF FLORIDA       )
                            )  ss.
 3   COUNTY OF NASSAU       )
 4
             I, ALICE TESLICKO, RMR, a Registered
 5   Merit Reporter and Notary Public for the State of
     Florida at Large, do hereby certify that I reported
 6   the deposition of Anna Schneider, a witness called by
     the Defendant in the above-styled cause; and that the
 7   foregoing pages constitute a true and correct
     transcription of my shorthand report of the deposition
 8   of said witness.
 9           I further certify that I am not an attorney
     or counsel of any of the parties, nor a relative or
10   employee of counsel connected with the action, nor
     financially interested in the action.
11
             WITNESS my hand and official seal in the
12   City of Fernandina Beach, County of Nassau, State of
     Florida, this 2nd day of May, 2024.
13
14
15
16
17                           Alice J. Teslicko, RMR
18   My commission expires:
     December 14, 2026
19   Commission No. HH300672
20
21
22
23
24
25
```