# EXHIBIT 258

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

THE STATE OF TEXAS, et al.,)
   Plaintiffs,          )
                         )
VS.                         ) Civil Action No.
                         ) 4:20-cv-00957-SDJ
GOOGLE LLC,             )
   Defendant.            )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

ELIN ALM

MAY 2, 2024

(REPORTED REMOTELY)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF ELIN ALM, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on May 2, 2024, from 8:02 a.m. to 10:27 a.m., before Donna Wright, CSR in and for the State of Texas, reported by machine shorthand and remotely via Zoom, pursuant to the Federal Rules of Civil Procedure, the 22nd Emergency Order Regarding the COVID-19 State of Disaster, and any stipulations or agreements stated on the record or attached hereto.

Job No. CS6655501

```
                                                         Page 2

 1                    A P P E A R A N C E S
 2
      FOR THE PLAINTIFF STATES:
 3        Mr. Jonathan Wilkerson
          THE LANIER LAW FIRM, P.C.
 4        10940 West Sam Houston Parkway North
          Suite 100
 5        Houston, Texas 77064
          (713) 659-5200
 6        jonathan.wilkerson@lanierlawfirm.com
 7
      FOR THE DEFENDANT GOOGLE LLC:
 8        Mr. Matthew C. Zorn
          Ms. Ayla S. Syed
 9        YETTER COLEMAN LLP
          811 Main Street
10        Suite 4100
          Houston, Texas 77002
11        (713) 632-8070
          mzorn@yettercoleman.com
12        asyed@yettercoleman.com
13
      ALSO PRESENT:
14        Peter Zierlein - Videographer
          Anna Schneider (via Zoom)
15
16
17
18
19
20
21
22
23
24
25
```

Page 30

```
1      the state of North Dakota?
2           A.   I can't answer that.
3                MR. WILKERSON:  Objection, form.
4                THE WITNESS:  Sorry.
5                MR. WILKERSON:  Go ahead, Elin.  You can
6      answer to the extent you're not dealing with work
7      product.
8                THE WITNESS:  I can't answer that without
9      disclosing work product.
10          Q.   (BY MR. ZORN)  So, again, the existence of an
11     investigation, you're asserting work product to deny
12     Google an answer to the question as to whether North
13     Dakota did any investigation?
14          A.   You didn't ask me whether we did an
15     investigation.  You didn't ask me whether we did an
16     investigation into how many North Dakota persons use ad
17     tech.  That's a specific fact.  It's not whether we did
18     an investigation.  Of course we did an investigation.
19          Q.   Are you -- are you aware of any investigation
20     that North Dakota conducted in determining how many
21     North Dakota users use Google's ad tech products?
22          A.   Again, that's work product, whether we
23     conducted a separate investigation into that.
24                         And our investigation is into the entire
25     market, which would include North Dakota users.
```

```
 1        Q.   So is North Dakota's claim in this case that
 2   its citizens have been harmed because there is a
 3   national market for Google's ad tech products among
 4   other ad tech products?
 5        A.   Yes, Google's legal -- or unlawful conduct
 6   affected a national market.  Our players in that market
 7   are affected just like anybody else in any other state.
 8        Q.   Okay.  What -- what is the market that you're
 9   referring to?
10        A.   Ad server, ad exchange, and ad tools,
11   advertising tools.
12        Q.   So the market is ad tools, ad servers, and
13   what else did you mention?
14        A.   Ad exchange.  Which, again, is defined in our
15   complaint.
16        Q.   So how many hours did you spend preparing for
17   today's deposition?
18        A.   50 or 60, probably.
19        Q.   60.
20             When did you start preparing for today's
21   deposition?
22        A.   Well, it depends what you mean by "preparing
23   for" since I'm working the case.  But probably as soon
24   as we got the notice because my deposition was supposed
25   to be earlier.  So I did quite a bit of prep for that.
```

Page 94

1    before the completion of the deposition and that the
2    signature is to be before any notary public and
3    returned within 30 days from date of receipt of the
4    transcript.  If returned, the attached Changes and
5    Signature Page contains any changes and the reasons
6    therefore:
7         ____ was not requested by the deponent or a
8    party before the completion of the deposition.
9         I further certify that I am neither counsel
10   for, related to, nor employed by any of the parties or
11   attorneys in the action in which this proceeding was
12   taken, and further that I am not financially or
13   otherwise interested in the outcome of the action.
14         Certified to by me on this, the 3rd day of
15   May, 2024.

*[Signature: Donna Wright]*

DONNA WRIGHT, Texas CSR 1971
Expiration Date:  11/30/24
VERITEXT LEGAL SOLUTIONS
300 Throckmorton Street
Ft. Worth, Texas 76102
Firm Registration No. 571