# EXHIBIT 259

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Civil Action No. 4:20-cv-00957-SDJ

- - - - - - - - - - - - - - - - -

THE STATE OF TEXAS, et al., :
:
Plaintiffs, :
:
v. :
:
GOOGLE LLC, :
:
Defendant. :

- - - - - - - - - - - - - - - - -

The deposition of GUARIONEX DÍAZ MARTÍNEZ, called as a witness by the Defendant, pursuant to the Federal Rules of Civil Procedure, before Saul Berrios Batista, Notary Public for the Commonwealth of Puerto Rico, and Dennis Zambataro, Registered Professional Reporter, commencing on May 1, 2024 at 10:07 a.m., at the Office of the Attorney General for the Commonwealth of Puerto Rico, San Juan, Puerto Rico.

Job No. CS6672002

APPEARANCES:

On behalf of the Defendants:

JEANETTE BAYOUMI, ESQUIRE
FRESHFIELDS BRUCKHAUS DERINGER, LLP
601 Lexington Avenue
31st Floor
New York, NY 10022
212.277.4043
jeanette.bayoumi@freshfields.com

- and -

GAYLE R. KLEIN, ESQUIRE
FRESHFIELDS BRUCKHAUS DERINGER, LLP
3 World Trade Center
New York, NY 10007
212.230.4645
gayle.klein@freshfields.com

On behalf of the Plaintiffs:

KYLE BATES, ESQUIRE
HAUSFELD
33 Whitehall Street
14th Floor
New York, NY 10004
646.357.1100
kbates@hausfeld.com

On behalf of the State of Texas:

ALEX J. BROWN, ESQUIRE
THE LANIER LAW FIRM
6810 Cypress Creek Parkway
Houston, Texas 77069
713.659.5200
alex.brown@lanierlawfirm.com

that form the basis of the claims in the fourth amended complaint; is that right?

MR. BATES: Objection to form.

THE WITNESS: Just as Puerto Rico being part of the nationwide market. If there's any other plaintiff states, I wouldn't say it like that.

But I'm disagreeing, too, that we didn't have any other facts to add to the complaint than the ones that are common to the plaintiff states and we've designated the attorney of Texas.

BY MS. BAYOUMI:

Q. So Puerto Rico is not relying on any facts that are unique to Puerto Rico to support the claims in the fourth amended complaint; is that correct?

A. I wouldn't say it like that because there's harm, you know, and there was an effect in the nationwide market, including Puerto Rico.

Q. Well, you testified that you're relying on facts that are common to all of the plaintiff states, including Texas; is that right?

A. Yes. Yes.

Q. And does Puerto Rico have any independent factual basis for its deceptive trade practice claims?

A. No.

Q. For its federal antitrust claims, is Puerto Rico proceeding as parens patriae?

A. I am sorry, what was the question?

Q. For it's federal antitrust claims, is Puerto Rico proceeding as parens patriae?

A. Yes -- no, I'm sorry. I'm a little confused about that. Sorry.

Yes, I would say yes.

Q. And on whose behalf?

MR. BATES: Objection to the form.

THE WITNESS: I mean, its general welfare and the economy and as parens patriae, yes.

BY MS. BAYOUMI:

Q. What do you mean by the "general welfare and the economy"?

MR. BATES: Objection to form.

THE WITNESS: I don't understand the question.

MS. BAYOUMI: Sure.

BY MS. BAYOUMI:

Q. You testified that Puerto Rico is proceeding as parens patriae on behalf of the general welfare and the economy.
A. Yeah.
Q. Who do you mean when you say "The general welfare and the economy"?
MR. BATES: Same objection.
THE WITNESS: Just that -- that we are -- what I mean is that we're alleging harm to the general economy and general welfare, yeah.
BY MS. BAYOUMI:
Q. Are there any specific groups that you mean when you say "general welfare and general economy"?
A. Users, consumers in Puerto Rico, advertisers, publishers in Puerto Rico.
Q. Have any of these groups complained to Puerto Rico about Google's advertising technology business?
A. I don't have complaints from -- in the Department of Justice from them.
Q. And for its federal antitrust claims, is Puerto Rico also proceeding in its sovereign capacity?

state court?

MR. BATES: Objection to form.

THE WITNESS: I can't answer that question without sharing mental impressions and attorney work product.

BY MS. BAYOUMI:

Q. Puerto Rico is not seeking relief on behalf of state agencies or other state entities; is that right?

A. Yes, that's correct. That's correct.

Q. The alleged harm to Puerto Rico's general welfare and economy is based on publishers and advertisers allegedly experiencing decreased revenue, lower quality, and higher prices; is that right?

MR. BATES: Objection to form.

THE WITNESS: I'm sorry, let me clarify the previous question. As long as whatever is the consumer user of the Internet and advertisers, right, the relief Puerto Rico is seeking is injunctive relief, civil penalties and attorney's fees and costs.

BY MS. BAYOUMI:

Q. But that's not on behalf of state agencies or state entities; is that correct?

THE WITNESS: If you mean that like --

MR. BATES: Objection to form.

THE WITNESS: -- proprietary damages of specific state agencies, no.

Could you repeat the question?

MS. BAYOUMI: Okay.

BY MS. BAYOUMI:

Q. So the alleged harm to Puerto Rico's general welfare and economy is based on publishers and advertisers allegedly experiencing decreased revenue, lower quality and higher prices; is that correct?

MR. BATES: Objection to form.

THE WITNESS: We have designated the testimony from Texas on those -- on a common factual basis.

BY MS. BAYOUMI:

Q. Does Puerto Rico have a sense of how widespread this impact is in the state?

A. Nationwide.

Q. But it doesn't have -- but Puerto

Rico doesn't have an idea of how widespread the impact alleged in the fourth amended complaint is in Puerto Rico?

MR. BATES: Objection to form.

THE WITNESS: I mean, besides knowing that the effect of those conducts were nationwide and Puerto Rico is a market within -- and that seeing how the Internet is ubiquitous, it is everywhere in Puerto Rico, we see users of the Internet and advertisers, publishers in that whole of Puerto Rico, yeah.

BY MS. BAYOUMI:

Q. So as you sit here today, you can't tell me how many Puerto Rican advertisers have been affected by the conduct alleged in the fourth amended complaint; is that right?

A. Right now, I don't have a specific number. But I mean, discovery is ongoing, expert reports is forthcoming, and we are sure that the effects and the harm is nationwide.

Q. And as you sit here today, you can't tell me how many Puerto Rican publishers have been affected by the conduct alleged in the fourth amended complaint; is that right?

of the types of in-state consumers affected by the alleged conduct?

A. Same -- same answer.

Q. So Puerto Rico doesn't have an understanding of the types of consumers within Puerto Rico that have been harmed by the alleged conduct; is that right?

A. I mean, potentially, every user of the Internet has been harmed.

Q. And how did you come to that understanding?

A. Again, factual common basis of the investigation, Puerto Rico have designated the testimony of Texas for those purposes.

Q. And so you testified that the types of in-state consumers that might be affected by the alleged conduct could be all Internet users; is that right?

A. Yes.

Q. And does Puerto Rico have an understanding of how much or what that number might be?

MR. BATES: Objection to form.

THE WITNESS: I mean, besides the testimony of Mr. Gordon from Texas,

COURT REPORTER'S CERTIFICATE

I, DENNIS ZAMBATARO, Certified Court Reporter in the United States of America, do hereby certify that the foregoing is a true and correct transcript of the proceedings had in the within entitled and numbered cause, in the Commonwealth of Puerto Rico, in the City of San Juan, on the date and time noted on the cover page.

I do further certify that the foregoing transcript has been prepared under my direction.

DENNIS ZAMBATARO, RPR, CSR