# EXHIBIT 260

```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION
 3
      THE STATE OF TEXAS, ET AL.,
 4
 5
                   Plaintiff,
 6
 7    vs.                                CASE NO. 4:20-CV-00957-SDJ
 8
 9    GOOGLE, LLC,
10                 Defendant.
11
12
13    VTC 30(b)(6)
      DEPOSITION OF:    THE STATE OF SOUTH CAROLINA
14                      BY: REBECCA HARTNER
                             (Appearing by VTC)
15
      DATE:             APRIL 23, 2024
16
      TIME:             9:13 a.m.
17
      LOCATION:         Zoom Videoconference
18
      TAKEN BY:         Counsel for the Defendants
19
      REPORTED BY:      Susan M. Valsecchi, Registered
20                      Professional Reporter, CRR
                        (Appearing by VTC)
21    _____
22
23
24
25    Job No. CS6655508
```

```
 1     APPEARANCES OF COUNSEL:
 2
           ATTORNEYS FOR THE PLAINTIFFS
 3              THE STATE OF TEXAS, ET AL.:
 4              KELLER POSTMAN
                BY:  LAUREN SCHULTZ
 5                   (Appearing by VTC)
                1100 Vermont Avenue NW, 12th Floor
 6              Washington DC 20005
                (202) 918-1123
 7              lauren.schultz@kellerpostman.com
 8     - and -
 9              THE LANIER LAW FIRM
                BY:  JONATHAN WILKERSON
10                   ZEKE DEROSE
                     ALEX HENTHORN
11                   (Appearing by VTC)
                10940 West Sam Houston Parkway North
12              Suite 100
                Houston, Texas 77064
13              (713) 659-5200
                jonathan.wilkerson@lanierlawfirm.com
14              zeke.derose@lanierlawfirm.com
                alex.henthorn@lanierlawfirm.com
15
16        ATTORNEYS FOR DEFENDANT
                GOOGLE, LLC:
17
                YETTER COLEMAN LLP
18              BY:  MOLLIE BRACEWELL
                     JAMIE AYCOCK
19                   CHUCK MATULA
                     (Appearing by VTC)
20              811 Main Street, Suite 4100
                Houston, Texas 77002
21              (713) 632-8089
                cmatula@yettercoleman.com
22              jamieaycock@yettercoleman.com
                mbracewell@yettercoleman.com
23
24
25
```

Page 3

```
 1           ATTORNEY FOR THE PLAINTIFF
                 STATE OF TEXAS:
 2
                 TEXAS OFFICE OF THE ATTORNEY GENERAL
 3               BY:  OBINNA O.C. ILOANI
                      (Appearing by VTC)
 4               300 W. 15th Street
                 Austin, TX 78701
 5               (512) 463-2100
                 obinna-iloani@oag.texas.gov
 6
             ATTORNEY FOR THE PLAINTIFF
 7               STATE OF SOUTH CAROLINA:
 8               SOUTH CAROLINA ATTORNEY
                 GENERAL'S OFFICE
 9               BY:  MARY FRANCES JOWERS
                      (Appearing by VTC)
10               P.O. Box 11549
                 Columbia, SC 29211
11               (803) 734-5855
                 mfjowers@scag.gov
12      - and -
                 CHARLIE CONDON LAW FIRM
13               BY:  CHARLIE CONDON
                      (Appearing by VTC)
14               880 Johnnie Dodds Boulevard, Suite 1
                 Mount Pleasant, SC 29464
15               (843) 884-8146
                 charlie@charliecondon.com
16
             ATTORNEY FOR THE PLAINTIFF
17               STATE OF LOUISIANA:
18               THE DUGAN LAW FIRM
                 BY:  MONICA VELA-VICK
19                    (Appearing by VTC)
                 365 Canal Street, Suite 100
20               New Orleans, Louisiana 70130
                 (504) 648-0180
21               monica@dugan-lawfirm.com
        - and -
22               LOUISIANA ATTORNEY GENERAL
                 BY:  PATRICK VOELKER
23                    (Appearing by VTC)
                 1885 N. Third Street, 3rd Floor
24               Baton Rouge, LA  70802
                 (225) 326-6705
25               voelkerp@ag.louisiana.gov
```

```
 1         ATTORNEY FOR THE PLAINTIFF
              STATE OF INDIANA:
 2
              OFFICE OF INDIANA ATTORNEY GENERAL
 3            BY:  MATT MICHALOSKI
                   STEVEN TATERKA
 4                 (Appearing by VTC)
              302 West Washington Street, 5th Floor
 5            Indianapolis, Indiana 46204
              (317) 232-6330
 6            matthew.michaloski@atg.in.gov
              steven.taterka@atg.in.gov
 7
 8         ATTORNEY FOR THE PLAINTIFF
              STATE OF NORTH DAKOTA:
 9
              NORTH DAKOTA OFFICE OF ATTORNEY GENERAL
10            BY:  ELIN S. ALM
                   (Appearing by VTC)
11            1720 Burlington Drive, Suite C
              Bismarck, ND 58504-7736
12            (701) 328-5570
              ealm@nd.gov
13
14         ATTORNEY FOR THE PLAINTIFF
              THE STATE OF MONTANA:
15
              COOPER & KIRK
16            BY:  HAROLD S. REEVES
                   (Appearing by VTC)
17            1523 New Hampshire Ave., N.W.
              Washington, DC 20036
18            (202) 220-9600
              hreeves@cooperkirk.com
19
20         ATTORNEY FOR THE PLAINTIFF
              THE STATE OF UTAH:
21
              UTAH ATTORNEY GENERAL
22            BY:  KEVIN MCLEAN
                   (Appearing by VTC)
23            160 East 300 South
              Sixth Floor
24            Salt Lake City, UT  84114
              (801) 366-0100
25            kmclean@agutah.gov
```

```
 1          ATTORNEY FOR THE PLAINTIFF
                STATE OF MISSISSIPPI:
 2
                MISSISSIPPI ATTORNEY GENERAL
 3              BY:   TRICIA BEALE
                      (Appearing by VTC)
 4              Post Office Box 220
                Jackson, MS  39205
 5              (601) 540-0157
                Tricia.Beale@ago.ms.gov
 6
            ATTORNEYS FOR THE PLAINTIFF
 7              STATE OF ARKANSAS:
 8              ARKANSAS ASSISTANT ATTORNEY GENERAL
                BY:   AMANDA WENTZ
 9                    (Appearing by VTC)
                323 Center St Ste 200
10              Little Rock AR 72201
                (501) 682-2007
11              amanda.wentz@ArkansasAG.gov
12
            ATTORNEY FOR THE PLAINTIFF
13              STATE OF FLORIDA:
14              OFFICE OF THE ATTORNEY GENERAL
                STATE OF FLORIDA
15              BY:   LIZABETH A. BRADY
                      R. SCOTT PALMER
16                  (Appearing by VTC)
                FL-01, The Capitol
17              Tallahassee, FL 32399
                (850) 414-3300
18              liz.brady@myfloridalegal.com
                scottpalmer@myfloridalegal.com
19
20          ATTORNEY FOR THE PLAINTIFF
                STATE OF KENTUCKY:
21
                OFFICE OF THE KENTUCKY ATTORNEY GENERAL
22              BY:   ZACH RICHARDS
                      (Appearing by VTC)
23              1024 Capital Center Drive, Suite 200
                Frankfort, KY 40601
24              (502) 696-5647
                zach.richards@ky.gov
25
```

Page 6

1      ATTORNEY FOR THE PLAINTIFF
          THE STATE OF MISSOURI:
2

          MISSOURI ATTORNEY GENERAL
3         BY:  MICHAEL SCHWALBERT
                 (Appearing by VTC)
4         815 Olive Street, Suite 200
          St. Louis, MO  63101
5         (314) 340-7888
          michael.schwalbert@ago.mo.gov

6

7

8      ALSO PRESENT VIA VTC:
          Guarionex Diaz Martinez
9         Roosevelt Harrison, III, Videographer
          Chelsea Gilchrist, Concierge
10

11

12
       (INDEX AT REAR OF TRANSCRIPT)
13

14

15

16

17

18

19

20

21

22

23

24

25

Page 31

1    of 2020?
2             MS. SCHULTZ:  Objection, form.
3             THE WITNESS:  That's incorrect.
4             The factual basis for our allegations
5       of harm would have been documents produced
6       by Google and third parties during -- during
7       the investigation, data, um...
8    BY MS. BRACEWELL:
9        Q.   So setting aside Google documents,
10   about the conduct, I just want to ask if South
11   Carolina had any reports or analyses of the impact
12   in the state as of the time it brought the lawsuit
13   in December of 2020?
14       A.   I would refer you, again, to all of the
15   documents produced during the investigation.
16   Otherwise, I'm not aware of a specific report or
17   anything I can point you to as of the time of the
18   investigation.
19       Q.   Has South Carolina attempted to
20   quantify the number of publishers and advertisers
21   in-state who've been affected by Google's
22   anticompetitive conduct?
23            MS. SCHULTZ:  I'll object here to work
24       product.
25            Ms. Hartner, if you're able to answer

Page 32

1          without disclosing work product, you may do
2          so.
3               THE WITNESS:  I don't think I'm able to
4          answer without disclosing work product.
5    BY MS. BRACEWELL:
6          Q.   Does South Carolina contend that
7    publishers and advertisers make up a substantial
8    segment of its population?
9          A.   So we allege that the conduct is
10   widespread and statewide.  It's our understanding
11   that it affects a significant part of our state
12   based on facts and data produced in this case and
13   ongoing discovery.
14         Q.   Okay, understood.  But you can't say
15   it's substantial -- it's a substantial segment of
16   the population, those publishers and advertisers
17   affected?
18         A.   I would point you to my previous answer
19   and discovery is ongoing in this case and it will
20   be the subject of forthcoming expert reports as
21   well.
22         Q.   Okay.  But at present, setting aside
23   future expert reports, does South Carolina
24   presently contend that publishers and advertisers
25   affected by Google's conduct are a substantial part

Page 55

1   is ongoing, and that would be the subject of
2   forthcoming expert reports.
3       Q.   Let me move to a different category of
4   individual, harm to consumers.
5            What is South Carolina's understanding
6   of the types of in-state consumers affected by the
7   alleged conduct?
8       A.   Our understanding is that the harm is
9   statewide and widespread, and the documents and
10  data produced in this case and during the
11  investigation will support our understanding of the
12  harm, and that will be the subject of forthcoming
13  expert discovery.
14      Q.   So would South Carolina consider all
15  internet users to be harmed, all Google users, or
16  all consumers of goods and services?  How does the
17  category -- what does the category include?
18           MS. SCHULTZ:  Objection, form.
19           THE WITNESS:  Would you repeat the
20      question, please.
21  BY MS. BRACEWELL:
22      Q.   Yes, sure.
23           So with respect to in-state consumers
24  that have been harmed, which of the following is
25  included:  Google users, all internet users, and/or

UNDER PROTECTIVE ORDER

Page 56

```
1    all consumers of goods and services?
2         A.   So our understanding is that the harm
3    is widespread, and all the documents and data in
4    this case would support it, and it would be the
5    subject of expert testimony in this case.  It's
6    premature for me to answer today.
7         Q.   So if it's premature, you don't have a
8    view, sitting here today, about which of those
9    consumer types are harmed?
10        A.   Sitting here today, I know that the
11   factual basis that we'll rely on and the support
12   for our -- our allegations and understanding that
13   it's widespread, and I'll refer you to forthcoming
14   expert testimony.
15        Q.   So setting aside forthcoming expert
16   discovery, what I'm trying to understand, just
17   sitting here today, do you have a view about
18   whether all internet users are affected by the
19   alleged conduct here?
20        A.   It's our understanding that the harm is
21   widespread and that might be the case, that the
22   internet users are all affected.  I would just,
23   again, refer -- we'll be relying on documents and
24   data produced in this case to support our
25   understanding of the harm, and it will be the
```

```
 1    subject of expert testimony.
 2            Q.    Okay.  So sitting here today, you don't
 3    know which individuals in South Carolina are
 4    harmed, fair?
 5            A.    Sitting here today, I'm not able to
 6    identify particular individuals, however with the
 7    caveat, our understanding is that it's widespread,
 8    statewide, and discovery is ongoing.
 9            Q.    And sitting here today, you're not able
10    to identify which categories of individuals are
11    harmed, correct?
12            A.    I'm unable to speak to those categories
13    that you spoke of sitting here today.  The caveat
14    is that discovery is ongoing, our understanding is
15    that it's widespread, and that will be the subject
16    of forthcoming expert discovery.
17            Q.    What is South Carolina's understanding
18    of the number of in-state consumers affected by the
19    alleged conduct?
20            A.    So any calculations of harm will be the
21    subject of forthcoming expert discovery.  We plan
22    to rely on all of the documents and data produced
23    in this case.
24            Q.    So sitting here today, South Carolina
25    doesn't presently have an understanding of the
```

UNDER PROTECTIVE ORDER

Page 179

1         CERTIFICATE OF REPORTER
2
3         I, Susan M. Valsecchi, Registered
4    Professional Reporter and Notary Public for
5    the State of South Carolina at Large, do
6    hereby certify that the foregoing transcript
7    is a true, accurate, and complete record.
8         I further certify that I am neither
9    related to nor counsel for any party to the
10   cause pending or interested in the events
11   thereof.
12        Witness my hand, I have hereunto
13   affixed my official seal this 23rd day of
14   April, 2024 at Columbia, Richland County,
15   South Carolina.

          Susan M. Valsecchi, RPR, CRR
23        My Commission expires
          December 4, 2024