# EXHIBIT 261

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
THE STATE OF TEXAS, et al.,

       Plaintiffs,

 vs.                Civil Action No. 4:20-CV-957-SDJ

GOOGLE LLC,

       Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

VIDEOTAPED DEPOSITION

OF

JONATHAN VAN PATTEN

Taken at
1302 E. Highway 14
Pierre, South Dakota
April 29, 2024

```
 1                   A P P E A R A N C E S

 2   JAMIE ALAN AYCOCK, ESQ.  (In Person)
     ALEX ADES, ESQ. (Remotely)
 3        Yetter Coleman LLP
          811 Main Street, Suite 4100
 4        Houston, Texas  77002
          (713) 632-8089
 5        jamieaycock_@yettercoleman.com
          aades@yettercoleman.com
 6
          APPEARING ON BEHALF OF THE DEFENDANT.
 7
     JONATHAN P. WILKERSON, ESQ.  (In Person)
 8   RYAN D. ELLIS, ESQ. (Remotely)
          The Lanier Law Firm
 9        6810 Cypress Creek Parkway
          Houston, Texas  77069
10        (713) 659-5200
          jonathan.wilkerson@lanierlawfirm.com
11        ryan.ellis@lanierlawfirm.com

12        APPEARING ON BEHALF OF THE PLAINTIFFS.

13   REBECCA HARTNER, ESQ.
          South Carolina Attorney General's Office
14        P.O. Box 11549
          Columbia, South Carolina  29211
15        (803) 734-5855
          rhartner@scag.gov
16
          APPEARING REMOTELY ON BEHALF OF THE SOUTH CAROLINA
17        ATTORNEY GENERAL'S OFFICE.

18   AMANDA J. WENTZ, ESQ.
          Assistant Attorney General
19        Office of Attorney General Tim Griffin
          323 Center Street, Suite 200
20        Little Rock, Arkansas  72201
          (501) 682-1178
21         amanda.wentz@arkansasag.gov

22        APPEARING REMOTELY ON BEHALF OF THE STATE OF
          ARKANSAS.
23

24

25
```

```
 1                A P P E A R A N C E S (Continued)

 2    ZACH RICHARDS, ESQ.
           Assistant Attorney General
 3         Office of Consumer Protection
           Office of the Kentucky Attorney General
 4         1024 Capital Center Drive, Suite 200
           Frankfort, Kentucky  40601
 5         (502) 696-5519
           zach.richards@ky.gov
 6
           APPEARING REMOTELY ON BEHALF OF THE KENTUCKY OFFICE
 7         OF THE ATTORNEY GENERAL.

 8    SCOTT RYTHER, ESQ.
           Assistant Attorney General, Antitrust Section
 9         Utah Office of the Attorney General
           160 East 300 South, 5th Floor
10         Salt Lake City, Utah  84114
           (801) 366-0324
11         sryther@agutah.gov

12         APPEARING REMOTELY ON BEHALF OF THE STATE OF UTAH.

13     OBINNA ILOANI, ESQ.
           Antitrust Division
14         Office of the Attorney General
           State of Texas
15         300 W. 15th Street, 7th Floor
           Austin, Texas  78701
16         (512) 463-1713
            obinna.iloani@oag.texas.gov
17
           APPEARING REMOTELY ON BEHALF OF TEXAS OAG.
18

19

20    Also Present:  Ashley Burg (Videographer)

21

22

23

24

25
```

```
 1  Q    Did you do anything else, though, to look into the
 2       extent to which South Dakota agencies were using
 3       display advertising technology?
 4  A    I did not.
 5  Q    You agree that the alleged harm to South Dakota's
 6       general welfare and economy is based on publishers
 7       and advertisers experiencing decreased revenue,
 8       lower quality, and higher prices, right?
 9  A    Yes.
10  Q    And can you describe:  How widespread is that impact
11       to the State of South Dakota?
12  A    Well, Google's presence is nationwide.  Well, it's
13       worldwide, but it's -- the phenomenon is certainly
14       in this case nationwide and present in South Dakota.
15            So I could see that there were display
16       advertising in various publishers that I looked at.
17       Some had subscription requirements so I didn't go
18       any further, like the Argus Leader.  But, like, the
19       TV stations are -- their websites are full of
20       display advertising that is, I believe, through
21       Google.
22  Q    And why do you believe that's through Google?
23  A    Because I'm not aware of others that are doing it.
24  Q    You're not aware of any other display advertising
25       technology providers than Google?
```

| | | |
|---|---|---|
| 1 | A | I am not aware of others. |
| 2 | Q | Okay.  So you're just assuming that those display |
| 3 | | ads are somehow affiliated with Google? |
| 4 | A | I -- we -- the state has alleged a monopolization. |
| 5 | | And so if they don't have a hundred percent, they've |
| 6 | | got monopoly power.  There may be others, but I |
| 7 | | don't know. |
| 8 | Q | Okay. |
| 9 | | Does South Dakota contend that publishers and |
| 10 | | advertisers make up a substantial segment of the |
| 11 | | South Dakota population? |
| 12 | A | Define "substantial" for me, please. |
| 13 | Q | What does substantial mean to you? |
| 14 | A | I would say significant. |
| 15 | Q | So does South Dakota contend that publishers and |
| 16 | | advertisers make up a significant portion of South |
| 17 | | Dakota's population? |
| 18 | A | Yes. |
| 19 | Q | And why is that? |
| 20 | A | Because -- well, now I gotta -- I don't like the |
| 21 | | question here.  Here's the problem:  You started |
| 22 | | with -- you started with publishers and advertisers |
| 23 | | and then asked if they were part of South Dakota's |
| 24 | | population.  And I don't like that because I think |
| 25 | | they're part of the injured class whether they are |

```
 1          part of South Dakota's population.
 2                  In other words, I think the state's sovereignty
 3          and parens patriae power covers actions within the
 4          state's boundaries.  So I wouldn't refer to South
 5          Dakota -- yes, you could refer to a South Dakota
 6          advertiser, but the advertiser doesn't have to be in
 7          South Dakota; it has to advertise in South Dakota.
 8          Same with the publishers.
 9                  So I think to the extent when you say the South
10          Dakota population, as I understand it, the economy
11          encompasses those who are acting in South Dakota.
12          And I think that publishers and advertisers are a
13          significant part of that economy.
14    Q     Has the impact to South Dakota's general welfare and
15          economy been measured in any way -- in any way,
16          period?
17    A     Could you restate that question?  I just don't like
18          "in any way".  I'm not sure what you mean.
19    Q     I'm just asking sort of more globally, not with
20          reference to any either presuit, postsuit.  Has
21          there been any effort to measure the impact to South
22          Dakota's general welfare and economy based on the
23          alleged misconduct of the --
24                MR. WILKERSON:  Objection, form.  Objection to
25          the extent any work product.
```

```
 1              Just facts that aren't part of our strategy or
 2        experts or anything with work product or mental
 3        impressions.
 4   A    Well, not only work product, we expect there will be
 5        a disclosure of measurements in the expert reports
 6        which are forthcoming.
 7   Q    (By Mr. Aycock)  So other than the expert reports
 8        that will be issued in this case, are you aware of
 9        any efforts to measure the impact to South Dakota's
10        general welfare and economy of the alleged
11        misconduct in this case?
12   A    Well, because of the, I think I heard 6 million
13        documents produced by Google, there's evaluation of
14        those documents and -- by counsel and also then on
15        to the experts, and I believe that's where the
16        measurement is occurring.
17   Q    Before the lawsuit was filed, did South Dakota
18        determine that there was an impact to the state's
19        general welfare and economy, though?
20   A    Yes.
21   Q    And how did the state make that determination?
22   A    I think the evaluators brought their experience,
23        along with the information provided by the pre --
24        prelitigation investigation and determined that
25        there was harm to the general welfare of South
```

1  CERTIFICATE OF COURT REPORTER AND NOTARY PUBLIC
2  STATE OF SOUTH DAKOTA    )
3                          ss.
4  COUNTY OF PENNINGTON     )
5          BE IT KNOWN that I, Cindy K. Pfingston, a
6  Registered Professional Reporter, took the deposition of:
7                  JONATHAN VAN PATTEN,
8  pursuant to Notice and/or Stipulation; that I was
9  then and there a Notary Public in and for said
10 County and State; that I exercised the power of that
11 office in taking said deposition; that by virtue
12 thereof, I was then and there authorized to
13 administer an oath; that said witness, before
14 testifying, was duly sworn to testify to the truth, the
15 whole truth and nothing but the truth relative to
16 the cause specified therein;
17         That the said deposition having been
18 transcribed, was subsequently submitted by me to the said
19 witness, who thereupon read the said deposition and made
20 changes or corrections, if any, as appear noted therein,
21 along with the reason for each thereof, and that the said
22 deposition was thereupon subscribed to by the said
23 witness; that the examination was conducted at the time
24 and place therein specified on behalf of the respective
25 parties as therein indicated; that the foregoing and

1  attached 85 typewritten pages contain a full, true,
2  accurate and correct transcript of my stenotype notes, as
3  they purport to contain, then and there taken;
4          That I am neither attorney nor counsel
5  for, nor related to or employed by any of the parties to
6  the action in which said deposition is taken; and
7  further, that I am not a relative or employee of any
8  attorney or counsel employed by the parties hereto
9  or financially interested in the action.
10         I FURTHER CERTIFY that I have retained the
11 original copy of said deposition for the purpose of
12 filing with the taking attorney.
13         WITNESS MY HAND AND SEAL this 30th day
14 of April, 2024.
15
16                  _____
                    Cindy K. Pfingston
17                  Registered Professional Reporter
                       and Notary Public
18                  Pennington County,
                    Rapid City, South Dakota
19                  My Commission expires: 2-4-2028
20
21
22
23
24
25

**APEX COURT REPORTING**
**(605) 877-1806**     Cindy@ApexCourtReporting.com