# EXHIBIT 264

# DOCUMENT UNDER SEAL