# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's motion to exclude, Dkt. 668, and Plaintiff States' response thereto. Upon review of the motion, the response, and the record, and for the reasons set forth in Plaintiff States' response to the motion, it is hereby ORDERED that Defendant Google LLC's motion to exclude is DENIED.

IT IS SO ORDERED.