# EXHIBIT 12
# FILED UNDER SEAL

**Message**

**From:** ▮▮▮▮▮▮@google.com]
**Sent:** 2/24/2016 2:32:51 PM
**To:** ▮▮▮▮▮▮@google.com]
**CC:** ▮▮▮▮▮▮@google.com]; ▮▮▮▮▮▮@google.com]; ▮▮▮▮▮▮@google.com; ▮▮▮▮▮▮@google.com]; ▮▮▮▮▮▮@google.com]; ▮▮▮▮▮▮@google.com]; ▮▮▮▮▮▮@google.com]; ▮▮▮▮▮▮@google.com]
**Subject:** Re: [▮▮] Dynamic Pricing on ▮▮

We've investigated this and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

For external communication, I think we should say that this was due to a small % of traffic experiment, and that we are constantly trying out new things in the auction (do not mention the revenue share). Let me know if you think this is sufficient.

On Wed, Feb 24, 2016 at 9:06 AM, ▮▮▮▮▮▮@google.com> wrote:
+▮▮▮▮

@▮▮▮▮ - are you able to help us understand what could be going on here?

Thanks,
▮▮▮

On Tue, Feb 23, 2016 at 10:54 AM, ▮▮▮▮▮▮@google.com> wrote:
Thanks ▮▮▮

Looking forward to hearing back from you ▮▮▮▮. I'm in London for training but ▮▮▮▮ can cover off on questions of I'm not available.

Appreciate everyone's help here.

Thanks!
▮▮

On Tuesday, February 23, 2016, ▮▮▮▮▮▮@google.com> wrote:
+▮▮▮▮ (thanks for your help!)
+▮▮▮▮

Hi ▮▮

Hope you are well.

I've been discussing this with ▮▮▮▮ who requested to be added to the thread. I'll defer to them for further comment on the ▮▮▮▮ pattern noted by ▮▮▮▮.

From here on out we need to treat everything as internal only except what is explicitly called out.

CONFIDENTIAL                                                         GOOG-AT-MDL-017393789

On Wed, Feb 17, 2016 at 10:53 AM, ▮▮▮▮▮@google.com> wrote:
Hi ▮▮▮

Thanks so much for this update and for your continued help here. Greatly appreciated! Will be in touch next week.

Best,

▮▮▮

On Wednesday, February 17, 2016, ▮▮▮▮▮@google.com> wrote:
Hi ▮▮▮

I just wanted to update you that we're still looking into this. We do have a theory but we need to discuss with a certain PM in America who is currently on holiday. We should have more information sometime next week.

Cheers

▮▮▮

On Fri, Feb 12, 2016 at 4:49 PM, ▮▮▮▮▮@google.com> wrote:
- Client + ▮▮▮ Google and Google

Hi ▮▮▮

Happy Friday....

Thanks again for the email - it would have been great to get a heads up from you on this without copying the client in first, however we will look to get any answer to you asap.

I am reaching out to product and the product specialist team to get an official answer regarding dynamic pricing. Just as a side note ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ thus making it more complicated to answer this question in a straight forward manner. I will do all I can to get an answer back to you asap.

Have a great weekend if I do not speak to you before.

Many thanks

▮▮▮

On Fri, Feb 12, 2016 at 4:16 PM, ▮▮▮▮▮@google.com> wrote:
+ ▮▮▮

Thanks ▮▮▮ for sending this over. I've cc'd the team who manages the ▮▮▮ relationship.

▮▮▮ - is this something you could look into as it isn't an expected practice on the exchange.

Thanks so much,

▮▮▮

CONFIDENTIAL                                                                                                          GOOG-AT-MDL-017393790

On Fri, Feb 12, 2016 at 11:07 AM, ████████████████████ wrote:

Hi everyone,

Our team has found data suggesting that there is dynamic pricing on ███████. It looks like dynamic pricing starts from ████████████████████████████ I've attached the charts below, please let me know if you guys can look into this. Thanks!

Best,

████

**Google Unfairness**

> The information contained in this email is intended solely for the named recipients to whom it is addressed and may contain confidential and/or privileged material. If you are not an intended recipient you may not review, copy or distribute this message.
> If you have received this message in error, please notify us immediately by replying to this email and then delete it from your system.

--

 DoubleClick Platforms ▮▮▮@google.com

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person. Thanks.

The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved. Thank you.

--



Google
Central St Giles, 1 St Giles High Street, London, WC2H 8AG.



DIGITAL TRADING AWARDS 2014 — WINNER PUBLISHERS' CHOICE OF AD TECHNOLOGY — British Media Awards WINNER — Advertising Technology Provider of the Year

DoubleClick's Ad Serving Platform and AdExchange take the top prize!

> The information contained in this email is intended solely for the named recipients to whom it is addressed and may contain confidential and/or privileged material. If you are not an intended recipient you may not review, copy or distribute this message.
> If you have received this message in error, please notify us immediately by replying to this email and then delete it from your system.

CONFIDENTIAL                                                                                                      GOOG-AT-MDL-017393792

Calculate your portion of the £1bn retail media opportunity understand the five reasons why retailers should consider advertising on their websites and learn how 'Online retailers are selling more than just stuff, they're selling eyeballs and audiences'

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it went to the wrong person. Thanks

Non-binding language if applicable: The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

--



Google, Inc.
▒▒▒▒▒▒▒@google.com

This email may be confidential and privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person.
The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

--

CONFIDENTIAL

GOOG-AT-MDL-017393793

 

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person.  Thanks.

The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation.  No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.  Thank you.

--



*This email may be confidential and privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person. The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.*

--



If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person.  Thanks.

The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation.  No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.  Thank you.

CONFIDENTIAL

--



· Google, Inc.

▉▉▉▉▉▉@google.com

This email may be confidential and privileged. If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person. The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

CONFIDENTIAL

GOOG-AT-MDL-017393795