# EXHIBIT 16
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF TEXAS

3                      SHERMAN DIVISION

4

   THE STATE OF TEXAS, et al.,    )
5                                 )
                                  )
           Plaintiffs,            )  Case No.
6     v.                          )  4:20-cv-00957-SDJ
                                  )
7     GOOGLE LLC,                 )  Hon. Sean D. Jordan
                                  )
8          Defendant.             )

9

10                  HIGHLY CONFIDENTIAL

11              PURSUANT TO PROTECTIVE ORDER

12                      —  —  —

13              THURSDAY, MAY 23, 2024

                        —  —  —

14

15          Videotaped Deposition of ███████████,

16   taken pursuant to notice and conducted at Norton Rose

17   Fulbright US LLP, 1301 Avenue of the Americas, Room 30-C,

18   New York, New York, commencing at 9:34 a.m., EDT, on the

19   above date, before Jennifer A. Dunn, Registered Merit

20   Reporter, Certified Realtime Reporter, Missouri Certified

21   Court Reporter, and Certified Shorthand Reporter in

22   California, Illinois, and Texas #12050.

23                      —  —  —

24              GOLKOW, a Veritext Division

                    877.370.DEPS

25

HIGHLY CONFIDENTIAL

```
                                                         Page 2

 1                    A P P E A R A N C E S
 2
           NORTON ROSE FULBRIGHT US LLP
 3              BY:  GERALDINE W. YOUNG
                geraldine.young@nortonrosefulbright.com
 4              BY:  ETHAN GLENN  (via Zoom)
                ethan.glenn@nortonrosefulbright.com
 5         1301 McKinney
           Suite 5100
 6         Houston, Texas  77010-3095
           Tel:  (713) 651-5151
 7      and
           NORTON ROSE FULBRIGHT US LLP
 8              BY:  DANIELLA TORREALBA
                daniella.torrealba@nortonrosefulbright.com
 9         799 9th St NW, #1000
           Washington, DC 20001
10         Tel:  (202) 662-0200
        and
11      THE LANIER LAW FIRM, PLLC
                BY:  MELONIE DEROSE  (via Zoom)
12              melonie.derose@lanierlawfirm.com
                BY:  ALEX ABSTON (via Zoom)
13              alex.abston@lanierlawfirm.com
                BY:  ZEKE DEROSE, III  (via Zoom)
14              zeke.derose@lanierlawfirm.com
           10940 West Sam Houston Parkway North
15         Suite 100
           Houston, Texas  77064
16         Tel:  (713) 659-5200
                Counsel for Texas, Idaho, Louisiana
17              (The Lanier Law Firm Only),
                Mississippi, North Dakota, South Carolina and
18              South Dakota
                Counsel for Texas, Idaho, Louisiana
19              (The Lanier Law Firm Only),
                Mississippi, North Dakota, South Carolina and
20              South Dakota
21
           STATE OF TEXAS
22         OFFICE OF THE ATTORNEY GENERAL
                BY:  LUKE WOODWARD (via Zoom)
23              luke.woodward@oag.texas.gov
           300 W. 15th Street
24         Austin, Texas  78701-1649
           Tel:  (512) 936-1674
25              Counsel for Plaintiff State of Texas
```

HIGHLY CONFIDENTIAL

Page 3

1              A P P E A R A N C E S   (Cont.)

2

3         AXINN, VELTROP & HARKRIDGER LLP
               BY:  BRADLEY JUSTUS
4              bjustus@axinn.com
               BY:  DAVID PEARL
5              dpearl@axinn.com
               BY:  ALLISON VISSICHELLI
6              avissichelli@axinn.com
               BY:  DANIEL S. BITTON  (via Zoom)
7              dbitton@axinn.com
          1901 L Street, NW
8         Washington, DC  20036
          Tel:  (202) 912-4700
9              Counsel for Google LLC

10

11

12   ALSO PRESENT:

13   Jonathan Jaffe, Consultant - It's Your Internet (via Zoom)

14

15

16   RAY MOORE - Trial Technician

17   CHRIS RITONA - Videographer

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 186

1             MR. JUSTUS:  Objection.  Form.

2             THE WITNESS:  I see.  I don't think that

3     ethics comes into that part of it.

4             The choice of what mechanism you use -- if

5     everybody knows that's the mechanism you're using, then

6     they can respond how they wish, right?

7             Just like when you're selling a house, you

8     don't say, well, it's unethical the way people sell

9     houses because it's a first price auction, right?

10            And buyers are often not truthful when

11    they're trying to buy a house.  They'll say:  "I'll pay

12    this much," and then later they say:  "Last and final

13    offer," and they increase -- you know, they're like --

14    that's not truthful behavior, "but I would be actually

15    willing to pay this much but I'm not, I'm going to

16    start lower."

17            So I don't -- I wouldn't say that it's not

18    right to have non-truthful mechanism.  I think that if

19    you told people that's what you're doing and you

20    diverge from that, that's where it becomes not right.

21            Especially since these things kind of are

22    layers that people build on, right?  If they decide

23    whether to -- whether to coordinate with you -- whether

24    to cooperate with your system at all, because they

25    believe, oh, you're doing the second first auction, I

HIGHLY CONFIDENTIAL

Page 187

1      think that's reasonable, I understand it.  I'm going to

2      onboard and start sending you traffic.

3                Then you change the rules.  You got to at

4      least give them some time to think about like, do I

5      still want to be here, like what about everybody else?

6      Can I find other friends that maybe all want to just

7      kind of like boycott this thing?

8                Or, you know, like it takes a while for

9      people to be able to work through the implications if

10     you change the rules.

11               So I think if you change the rules and you

12     don't tell them, that's unethical.  And I think if you

13     change the rules and tell them but don't really give

14     them much time to think it through, then that's not

15     very nice either.

16               That's kind of being a jerk.

17     BY MS. YOUNG:

18     Q    So you discussed two situations; changing the

19     rules and not telling the auction participants.

20     A    Yeah.

21     Q    You believe is unethical?

22     A    Yes.

23     Q    And then a second situation where you've changed

24     the rules and tell the participants but do not give them

25     enough time to understand and implement the rule changes,

HIGHLY CONFIDENTIAL

Page 287

```
 1                          CERTIFICATE
 2          I, Jennifer A. Dunn, Registered Merit Reporter,
 3     Certified Realtime Reporter, Certified Shorthand Reporter,
 4     and Certified Court Reporter, do hereby certify that prior
 5     to the commencement of the examination, ███████████
 6     ████████, was duly remotely sworn by me to testify to the
 7     truth, the whole truth and nothing but the truth.
 8          I DO FURTHER CERTIFY that the foregoing is a verbatim
 9     transcript of the testimony as taken stenographically by me
10     at the time, place and on the date hereinbefore set forth.
11          I DO FURTHER CERTIFY that I am neither a relative nor
12     employee nor attorney nor counsel of any of the parties to
13     this action, and that I am neither a relative nor employee
14     of such attorney or counsel, and that I am not financially
15     interested in the action.
16
17
18               "/s/JENNIFER A. DUNN"
19                 NCRA Registered Merit Reporter
                   NCRA Certified Realtime Reporter
20           California Certified Shorthand Reporter #14461
            Illinois Certified Shorthand Reporter #084.004939
21             Missouri Certified Court Reporter #485
               Texas Certified Shorthand Reporter #12050
22
23
24
25                  Dated:  May 23, 2024
```