# EXHIBIT 20
# FILED UNDER SEAL



# Project Bernanke

*Quantitative Easing on the Ad Exchange*

gTrade Update
October, 2013



**ATTORNEY CLIENT PRIVILEGED**

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06839089



HIGHLY CONFIDENTIAL TREATMENT REQUESTED                              GOOG-NE-06839090



HIGHLY CONFIDENTIAL TREATMENT REQUESTED                    GOOG-NE-06839091



HIGHLY CONFIDENTIAL TREATMENT REQUESTED                                                                GOOG-NE-06839092



HIGHLY CONFIDENTIAL TREATMENT REQUESTED					GOOG-NE-06839093

## Google The Opportunity

1) ▮ AdX queries are unmatched...
   due to publisher min CPM

2) GDN submits *two bids* into AdX auction...
   and second-prices itself in ▮ of its wins

3) ▮ of GDN advertisers have leftover budgets...
   they want to spend more

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06839094



Google gTrade's 1st Launch: Dynamic Revshare (January, 2013)

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06839095



HIGHLY CONFIDENTIAL TREATMENT REQUESTED — GOOG-NE-06839096

**Google** gTrade's 2nd Project: Project Bernanke (Q4 2013)

**Idea**:
Why stop there?
Increase GDN first bid and decrease GDN second bid submitted to AdX to increase GDN profit, while maintaining ▮ GDN margin

**How we implemented**:
- Developed auction simulator to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Constraints:
  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- We respect GDN-AdX firewall: we only utilize GDN data to optimize bidding strategy. Any AdX buyer can do this.

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL TREATMENT REQUESTED                        GOOG-NE-06839097



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06839098



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06839099



HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-06839100