# APPENDIX A

## Deposition Excerpts Showing Daily Chats Use

| Deposition | Excerpt |
|---|---|
| ▇ Dep. Tr. 73:20-22 | 20 Q. Do you use Google Chat to discuss Google<br>21 business on a daily basis?<br>22 A. Yes. |
| Jayaram Dep. Tr. 86:7-16 | 7 Q. Do you often use chat in your business at<br>8 Google?<br>9 MR. BITTON: Objection to scope.<br>10 THE WITNESS: I do use chat often.<br>11 BY MR. HILLEGAS:<br>12 Q. About how many chats would you say you send<br>13 a day?<br>14 MR. BITTON: Objection to scope.<br>15 THE WITNESS: The number would vary widely.<br>16 It could range anywhere from 10 to 100 maybe. |
| ▇ Dep. Tr. 304:8-19. | 8 Q. Have you communicated with people<br>9 from Google on the buy-side over Google Chat?<br>10 A. I have communicated over chat with<br>11 my colleague on the buy-side; that's correct.<br>12 Q. How frequently do you use Google<br>13 Chat?<br>14 A. I use it daily.<br>15 Q. How many chat messages do you<br>16 approximately send on a daily basis?<br>17 A. Ms. Young, it depends on the day.<br>18 On an active day, 10 to 20. In a nonactive<br>19 day, maybe a couple, one or two. |
| Korula Dep. Tr. 297:6-19 | 6 Q. How about -- how about chats,<br>7 how many chats do you -- would you say you<br>8 send or receive on a daily basis?<br>9 A. Do you mean individual messages<br>10 or chat threads?<br>11 Q. Well, maybe both.<br>12 Individual messages let's start,<br>13 how many?<br>14 MR. MAHR: Objection; scope.<br>15 A. I mean, this is a very rough<br>16 number. I never actually tried to<br>17 quantify this.<br>18 I would guess 500 individual |

1

| Deposition | Excerpt | |
|---|---|---|
| | 19 | messages maybe. |
| ▮ Dep. Tr. 37:7-12 | 7<br>8<br>9<br>10<br>11<br>12 | Q. How often do Google employees<br>use Chat?<br>A. I can speak for myself.<br>Q. Okay.<br>A. For myself, I use it every<br>single day. |
| ▮ Dep. Tr. 92:25-93:4 | 25<br>1<br>2<br>3<br>4 | Q. How often do you use Google Chat in a given day?<br>MR. HUNSBERGER: Object to the form.<br>THE WITNESS: I use it throughout the day. I<br>would describe it as very frequently. It depends on --<br>I don't know how to quantify the usage. |
| ▮ Dep. Tr. 205:2-206:5 | 2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>1<br>2<br>3<br>4<br>5 | Q. Do you have any idea of<br>approximately how many chat messages you get<br>a day?<br>A. It's hard for me to estimate.<br>I would say I'm a member of maybe a couple<br>dozen chat rooms. Not all of them are active<br>consistently. But I would say -- so it<br>depends a lot on the day, and is it, like,<br>holiday in one country or another.<br>It could easily be that I<br>have -- on some days I have a hard time<br>keeping up between messages and e-mails and<br>meetings, just keeping up with all the<br>information streaming in to me.<br>Q. And so I want to ask you, do<br>you have an order of magnitude idea? Do you<br>get like a hundred messages? A thousand?<br>10,000 a day?<br>A. So I would say in some of these<br>chat rooms there could be very technical<br>discussions of a certain topic that maybe I'm<br>only marginally involved in, so I wouldn't<br>even read those messages. So they<br>technically come to me and are available to<br>me for review, but maybe I didn't<br>participate.<br>I would say it's in the dozens<br>to maybe hundreds messages a day on a busy<br>day. |

| Deposition | Excerpt |
|---|---|
| ▇ Dep. Tr. 184:18-185:2 | 18 Q. Would you communicate with your team<br>19 using Google Chat?<br>20 A. Oh, yes.<br>21 Q. Did you communicate with your<br>22 supervisors using Google Chat?<br>23 A. Yes.<br>24 Q. How often did you use it?<br>25 A. Throughout the day.<br>1 Q. You would say every day?<br>2 A. Yes. Every day. |
| ▇ Dep. Tr. 308:13-18 | 13 Q. Do you use Google Chats as part<br>14 of your job?<br>15 A. Yes, I use Google Chat as part<br>16 of my job.<br>17 Q. How often?<br>18 A. Multiple times a day. |
| ▇ Dep. Tr. 247:21-22 | 21 Q. How often do you use Chat?<br>22 A. I use Chat on a daily basis. |
| ▇ Dep. Tr. 78:19-23 | 19 Q. How often do you use Chat to<br>20 communicate with colleagues?<br>21 A. Frequently.<br>22 Q. Daily?<br>23 A. Yes, sir. |
| ▇ Dep. Tr. 47:8-10 | 8 Q. So you use chats daily?<br>9 MR. PEARL: Objection. Scope.<br>10 THE WITNESS: In general, yes. |
| ▇ Dep. Tr. 65:15-25 | 16 Q. Do you use chats on a daily<br>17 basis for your work?<br>18 A. Yes.<br>19 Q. Can you give us an estimate of<br>20 how many individual chats you send a day? So<br>21 that would just be one line.<br>22 A. It depends on the day. I<br>23 could -- I could not begin to estimate.<br>24 Q. Would it be over a hundred?<br>25 A. Some days. Some days not. |

3