# APPENDIX B

## Deposition Excerpts Showing Business Chats Use

| Deposition | Excerpt |
|---|---|
| ▬ Dep. Tr. 72:14-75:5 | 14 Q. So you use Google Chat to conduct<br>15 business, correct?<br>16 A. Yes.<br>17 Q. You communicate with your roughly 20 team<br>18 members using Google Chat?<br>19 A. Yes.<br>20 Q. Do you communicate with other teams using<br>21 Google Chat?<br>22 A. Sorry, was it other teams?<br>23 Q. Do you communicate with other teams using<br>24 Google Chat?<br>1 A. Yes.<br>2 Q. What other teams?<br>3 A. Other communications teams, other product<br>4 teams. I would say I've talked to a lot of<br>5 individuals across Google over Chat. |
| Jayaram Dep. Tr. 86:7-10 | 7 Q. Do you often use chat in your business at<br>8 Google?<br>9 MR. BITTON: Objection to scope.<br>10 THE WITNESS: I do use chat often. |
| ▬ Dep. Tr. 88:20-22 | 20 Q Okay. Do you use Google Chat for your job?<br>21 MR. HUNSBERGER: Object to the form.<br>22 THE WITNESS: Yes. |
| ▬ Dep. Tr. 184:13-23 | 13 ▬, when you were at<br>14 Google, who did you most often communicate with<br>15 using Google Chat?<br>16 A. It was a number of employees.<br>17 Everyone could use Chat.<br>18 Q. Would you communicate with your team<br>19 using Google Chat?<br>20 A. Oh, yes.<br>21 Q. Did you communicate with your<br>22 supervisors using Google Chat?<br>23 A. Yes. |

| Deposition | Excerpt |
|---|---|
| Dep. Tr 309:9-310:1 | 9  Q. Do you communicate with your<br>10 team using Google Chat?<br>11 A. Only logistical information and<br>12 to point them to something. Not -- nothing<br>13 material in terms of, like, things they need<br>14 to read or hang on to. We tend to use e-mail<br>15 for that, or Documents.<br>16 Q. But you do talk about work?<br>17 A. Sure. An example would be,<br>18 reminder, we have a team meeting tomorrow,<br>19 does anyone have any topics. Logistic-type<br>20 of information.<br>21 Q. You had some conversations that<br>22 were more substantive than that, wouldn't you<br>23 say?<br>24 A. At times, it's likely we have<br>25 conversations that were more substantive than<br>1 what I -- the example that I gave, yes. |
| Dep. Tr. 251:20-252:1 | 20 Q. So in the ordinary course of<br>21 your business of directing product --<br>22 global product sales and strategy, you<br>23 send chats, right?<br>24 MS. SALEM: Object to the form.<br>25 A. I use Chats to communicate about<br>1 [blank line]<br>2 the ordinary course of my business, but I<br>3 don't use Chat as an exclusive<br>4 conversation -- or as exclusive<br>5 communication form for the business. |
| Dep. Tr. 376:3-6 | 3  Q. And you discuss -- you have<br>4  business conversations with your<br>5  colleagues by Chat, right?<br>6  A. Yes, sir. |
| Dep. Tr. 62:23-63:5 | 23 Q. ▮▮▮, you talked about<br>24 the process for preparing these comm docs,<br>25 that the sales team would discuss them over<br>1 e-mail and the PubHub page.<br>2 Would there also be discussions<br>3 in chats or instant messaging about the comms<br>4 docs?<br>5 A. Yes. |