## APPENDIX C

## Deposition Excerpts Showing No Attempt To Change History Settings While on Hold

| Deposition | Excerpt |
|---|---|
| Dep. Tr. 326:22-327:11 | 22 Q. And so Google employees can<br>23 choose whether or not they wanted the<br>24 history to be turned on or off?<br>25 A. They could.<br>1 I think that in the last five<br>2 years, at least, I don't think I've ever<br>3 changed the default, or very rarely. Before<br>4 that I might have done it a few more times.<br>5 But, yes, I use the defaults for the most<br>6 part.<br>7 Q. Is that because you've been<br>8 placed on a litigation hold by Google?<br>9 A. It's just -- it's easy for me<br>10 not to mess with defaults. That's how people<br>11 want to set it, and so I just do that. |
| Dep. Tr. 33:21-34:1 | 21 Q. A little while ago we talked about<br>22 preserving documents.<br>23 Did you preserve any Chats in relation to<br>24 this case?<br>25 A. I did not do anything to preserve or not to<br>1 preserve Chats. |
| Dep. Tr. 188:11-189:1 | 11 Q. Did you turn Google Chat history on<br>12 for any chats you sent or received that pertained<br>13 to this case?<br>14 A. Not that I recall.<br>15 Q. While under a litigation hold for<br>16 this case, did you ever forward a message from<br>17 Google Chat to your e-mail to preserve it in<br>18 compliance with the litigation hold?<br>19 A. To move it from -- could you repeat<br>20 the question?<br>21 Q. Sure.<br>22 While under a litigation hold for<br>23 this case, did you ever forward a message from<br>24 Google Chat to your e-mail to preserve it in<br>25 compliance with the litigation hold?<br>1 A. No. |