## Appendix D

## Chats Involving Custodians on Hold in Which Participants Discussed Turning History "Off"

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| GOOG-AT-MDL-018279548 | Aparna Pappu | 10/5/2019 | 10/4/2019 | **apappu@google.com 2019-05-10T01:17:04.378Z**<br>Let's not use a room there is no history off option<br>**apappu@google.com 2019-05-10T01:17:07.728Z**<br>Please use group chat instead<br>▮ **2019-05-10T01:17:56.019Z**<br>Yes, please do use history off. Thanks<br>**apappu@google.com 2019-05-10T01:18:12.129Z**<br>kill this chat room please<br>▮ **2019-05-10T01:18:16.665Z**<br>Ok will do |
| GOOG-AT-MDL-B003992377 | Nitish Korula | 11/12/2019 | 10/4/2019 | **Nitish Korula, 2019-11-12 12:59:25**<br>▮: Can we preserve old DT files from the last 60 days<br>▮, 2019-11-12 12:59:35<br>Talked to ▮ now<br>. . .<br>▮, 2019-11-12 12:59:49<br>Please can we turn history off?<br>[end of chat] |
| GOOG-AT-MDL-B-004309756 | ▮ | 12/19/2019 | 10/4/2019 | ▮, 2019-12-03 11:40:29<br>fyi.  on your chats you have the history turned on.   we are advised to turn history off so messages are cleared after 24 hours |
| GOOG-AT-MDL-018356212 | ▮ ;<br>Sundar Pichai | 3/3/2020 | 10/4/2019 | ▮ **2020-03-03T16:16:47.476Z**<br>We can have everyone join at noon<br>▮ **2020-03-03T16:18:35.601Z** |

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | Let's decide at noon whether to recreate as a History off group chat<br>2020-03-03T16:19:27.562Z<br>The chat within video meetings loses history when the call ends I believe, but I'll confirm<br>[end of chat] |
| GOOG-AT-MDL-018356213 | | 3/3/2020 | 10/4/2019 | 2020-03-03T16:32:40.586Z<br>ok team false start - by the IRC semantics of chat Rooms, History remains ON - so I'm going to kill this room and re-create as a group chat with History OFF. sorry about that |
| NRFSUPP_0001432065 | | 3/17/2020 | 12/10/2019 | , 2020-03-17 13:17:42<br>How come you keep turning our history off?<br>, 2020-03-17 13:17:45<br>I&#39;m going to keep turning it back on. |
| GOOG-AT-MDL-010699441 | | 4/8/2020 | 10/4/2019 | 2020-04-08 13:06:12<br>btw you might want to turn your chat history off<br>, 2020-04-08 13:06:21<br>geez . . . for sure! . . . thank you!<br>[end of chat] |
| GOOG-AT-MDL-018279553 | Aparna Pappu | 7/28/2020 | 10/4/2019 | **apappu@google.com 2020-07-28T20:44:15.915Z**<br>Hmm I tried creating a room with no history but failed<br>**apappu@google.com 2020-07-28T20:44:36.018Z**<br>need to ask ▇ if this is some secret hidden dynamite room feature<br>**apappu@google.com 2020-07-28T20:47:24.293Z**<br>rats my bad i created a threaded room so cant have history off. i will rename this sucker to deprecated and try again |

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| GOOG-AT-MDL-008384936 | ▮ | 8/8/2020 | 3/5/2020 | ▮ 2022-08-08T15:55:38.064Z<br>Adding all the invitees from the war room<br>. . .<br>▮ 2022-08-08T17:22:45.678Z<br>so it's no longer a Tech-only meeting? . . . Also, I see that History is on in this chat. If that can't be changed, can I please be removed from this discussion?<br>▮ 2022-08-08T17:25:36.294Z<br>today includes GPL - we need advertiser feedback.<br>▮ 2022-08-08T17:25:40.284Z<br>agreed lets remove<br>[end of chat] |
| GOOG-AT-MDL-B-004008623-24 | Chris Lasala | 8/18/2020 | 10/4/2019 | **Chris LaSala, 2020-08-18 13:01:59**<br>do you know how much buy-side changes are because of &#39;efficiency&#39; . . . vs decreased win rate . . . because if a big part is decreased win rate, we&#39;d expect buyside to adjust . . . so the loss will come back<br>. . . .<br>**Chris LaSala , 2020-08-18 13:03:18**<br>also, maybe start an off the record ping thread with ▮ ,you, me<br>**Chris LaSala , 2020-08-18 13:03:20**<br>about this<br>**Chris LaSala , 2020-08-18 13:03:28**<br>and lets the 3 of us get on the same page<br>**Chris LaSala , 2020-08-18 13:03:37**<br>about what, if anything, we (sell-side) should do about it<br>▮ , 2020-08-18 13:03:57<br>k kicking off now |
| GOOG-AT-MDL-B-004468114 | ▮ | 8/25/2020 | 10/4/2019 | ▮ , 2020-08-25 10:18:52<br>i can&#39;t figure out how to turn history off on our chat |

3

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | ▇▇▇, 2020-08-25 10:19:01<br>will explain the spotify &quot;delay&quot; verbally |
| GOOG-DOJ-AT-01828942-43 | Chris Lasala | 9/16/2020 | 10/4/2019 | ▇▇▇, 2020-09-16 07:54:22<br>Should i send an email to ▇▇ &amp; ▇▇ right now on this? . . . &quot;Per discussion with ▇▇ &amp; his feedback from ▇, we should avoid direct mentions of sign-in and email consent in our MSA to align with the negotiating strategy where we will not be specific about our alternative approach for measurement and attribution&quot;<br>▇▇▇, 2020-09-16 07:56:23<br>or too sensitive for email so keep on ping?<br>**Chris LaSala**, 2020-09-16 07:58:32<br>start a ping with history turned off . . . ▇▇▇, me<br>▇▇▇ 2020-09-16 07:59:33<br>k<br>[end of chat] |
| GOOG-AT-MDL-018491727 | ▇▇▇ | 10/6/2020 | 12/10/2019 | ▇▇▇ 2020-10-06T17:48:31.936Z<br>pls turn off history<br>▇▇▇ 2020-10-06T17:49:35.187Z<br>oh i see. let's be careful there, ▇▇▇.<br>▇▇▇ 2020-10-06T17:51:49.886Z<br>has some extension that keeps turning history on<br>▇▇▇ 2020-10-06T17:52:36.119Z<br>it's probably easier to remove me from the chat group while i find the extension<br>[end of chat] |
| GOOG-AT-MDL-014680320 | ▇▇▇ | 10/29/2020 | 12/10/2019 | ▇▇▇, 2020-10-29 10:08:09<br>do you know if our pings are privileged / discoverable?<br>▇▇▇, 2020-10-29 10:08:39 |

4

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | we should turn history off<br>[end of chat] |
| GOOG-AT-MDL-B-004468042 | ▮ | 11/12/2020 | 3/5/2020 | ▮ November 12, 2020 at 1:07:01 AM UTC<br>How do we turn History off? I don't do History on � |
| GOOG-AT-MDL-B-004498984 | Aparna Pappu | 11/30/2020 | 10/4/2019 | **Aparna Pappu , 2020-11-30 09:10:33**<br>pinging to remind you re ▮ &#39;s email on counter<br>**Aparna Pappu , 2020-11-30 09:11:09**<br>also good god how does one turn history off? |
| GOOG-AT-MDL-018491736 | ▮ | 1/27/2021 | 10/4/2019 | ▮ 2021-01-27T17:38:56.017Z<br>related to this ▮ discussion, from today's NYT: "The result is that the data practices of Apple's apps are less upfront. If Apple wants to lead the privacy conversation, it can set a better example by making language clearer — and its labeling program less self-serving. When I asked why all apps shouldn't be held to the same standards, Apple did not address the issue further."<br>▮ 2021-01-27T17:40:11.298Z<br>I worry that this will be like ▮<br>▮<br>▮ 2021-01-27T17:40:38.624Z<br>well then we just need to get a lot better<br>▮ 2021-01-27T17:47:11.796Z<br>ugh pl stop this chat, for some reason History is on<br>[end of chat] |
| GOOG-AT-MDL-B-004498999 | Aparna Pappu | 2/16/2021 | 10/4/2019 | **apappu@google.com**   February 16, 2021 at 6:37:18 PM UTC<br>[Turned history on to mimic most of our customers]<br>…<br>▮   February 16, 2021 at 7:16:01 PM UTC |

5

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | "History off" not being a big deal resonates with me. Google is big time on history-off but others may just let conversations being history on as they treat it as their knowledge base. I will be curious to hear from admins how they treat litigation situations and things talked about in slack channels. |
| GOOG-AT-MDL-011693260 | ▮ | 3/5/2021 | 12/10/2019 | ▮, 2021-03-05 07:21:19<br>Let's figure our position then we can figure out who does the work. Unclear to me best place<br>▮, 2021-03-05 07:22:43<br>Can you turn history off<br>▮, 2021-03-05 07:22:53<br>Otherwise let's chat in Vcs |
| NRFSUPP_0001154385 | ▮ | 4/22/2021 | 2/3/2021 | ▮ 2021-04-22T23:45:52.737Z<br>side note, we should turn history off for this chat<br>▮ 2021-04-22T23:46:29.378Z<br>I cannot figure out/remember how to do that<br>▮ 2021-04-22T23:50:12.871Z<br>(I am looking and also can not figure out how to do it)<br>▮ 2021-04-22T23:52:32.697Z<br>i think it's the type of chatroom, we might need to recreate it<br>▮ 2021-04-22T23:52:54.353Z<br>I just created a new room, let me invite you all |
| GOOG-AT-MDL-010777656 | Aparna Pappu | 6/10/2021 | 1/22/2021 | ▮ 2021-06-11T00:41:39.289Z<br>Please keep history off on this legally sensitive chat room<br>**apappu@google.com** 2021-06-11T00:45:30.150Z<br>@▮ who all have we debriefed in legal?<br>[end of chat, other than updates to "room membership"] |
| GOOG-AT-MDL-B-004440060 | ▮ | 7/27/2021 | 12/10/2019 | ▮ July 27, 2021 at 5:00:20 PM UTC |

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | Hi all, created this group for us to connect on a more regular basis using chat.<br>███ **July 27, 2021 at 5:00:29 PM UTC**<br>this is actually a room<br>███ **July 27, 2021 at 5:00:42 PM UTC**<br>is history off?<br>███ **July 27, 2021 at 5:01:35 PM UTC**<br>not sure how to tell. |
| GOOG-AT-MDL-010146303 | Aparna Pappu | 8/19/2021 | 10/4/2019 | ███ 2021-08-19T18:30:55.914Z<br>That being said... going to create a new Space for this crew (with history off), and I'll re-add the link.<br>**apappu*google.com 2021-08-19T19:4022.513Z**<br>if history is off then link wont work as in wont be persistent -- if we can keep history on even better<br>███ 2021-08-19T19:57:57.397Z<br>very tactical - but for anything M&A related our pref is history off |
| GOOG-AT-MDL-012219360-61 | ███ | 9/8/2021 | 3/5/2020 | ███ 2021-09-08T23:09:27.896Z<br>Just wanted to remind everyone that history is on in the chat.<br>. . .<br>███ 2021-09-09T03:26:59.653Z<br>@███ added you to the other chat room. We are converging to a simple plan on the smaller thread, but not all folks are online right now and it's not actually an after-hours fire. Let's keep details/proposals to the other thread where long term history is not on. |
| GOOG-AT-MDL-008836562 | Woojuun Kim | 11/4/2021 | 8/3/2020 | **woojink@google.com 2021-11-04T16:39:15.556Z**<br>can you turn off history?<br>**woojink@google.com 2021-11-04T16:39:40.559Z**<br>and could you add ███ pls |

7

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | 2021-11-04T16:50:51.761Z<br>Added ▇ - if you have threading, then history is on, so this is basically like email.<br>[end of chat] |
| GOOG-AT-MDL-010366478 | | 11/10/2021 | 3/5/2020 | ▇ 2021-11-10T18:15:58.284Z<br>ok for me to keep history on here? need to keep some info for memory purposes ☺<br>▇ 2021-11-10T18:34:34.134Z<br>▇, unfortunately, I'm not supportive of turning history on. The discussion that started this thread gets into legal and potentially competitive territory, which I'd like to be conscientious of having under privilege. So that you're aware, when history is on, it's discoverable. Sometimes that's totally fine but I'd like to stick to the default of history off. Thanks |
| GOOG-AT-MDL-B-004468047-49 | | 11/17/2021 | 3/5/2020 | ▇ November 17, 2021 at 1:16:39 AM UTC<br>Adding ▇, who is excited to drive and coordinate this effort from a Business Strategy perspective. Welcome<br>. . .<br>▇ November 17, 2021 at 2:43:40 PM UTC<br>What is the history status of this group?<br>. . .<br>▇ November 17, 2021 at 8:33:57 PM UTC<br>Given it's a thread chat room, we cannot turn history off and chat retention is 18 months. https://support.google.com/info-gov/answer/9366391<br>. . .<br>▇ November 17, 2021 at 8:34:34 PM UTC |

8

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | We can pivot to group chat with history off -- or --- keep the current setup and only reserve this space for non-sensitive discussions<br><br>. . .<br><br>▇▇▇▇▇▇▇▇▇▇  November 17, 2021 at 8:38:27 PM UTC<br>My preference is history off<br><br>. . .<br><br>▇▇▇▇▇▇▇▇▇▇  November 17, 2021 at 9:07:09 PM UTC<br>sounds good. Will pivot to Google Chat vs. Google Spaces<br>[end of chat] |
| GOOG-AT-MDL-011236786-87 | ▇▇▇ | 12/15/2021 | 1/22/2021 | ▇▇▇▇▇▇▇▇▇▇  December 15, 2021 at 9:13:26 PM UTC<br>We want chat history on? I would generally prefer for us to keep history off. Is there a strong reason to keep this on?<br><br>. . .<br><br>▇▇▇▇▇▇▇▇▇▇  December 15, 2021 at 9:32:31 PM UTC<br>I think history is on at this point . . . But we'll turn it off now as discussed<br><br>▇▇▇▇▇▇▇▇▇▇  December 15, 2021 at 9:32:40 PM UTC<br>let's turn it off then<br>[end of chat] |
| GOOG-AT-MDL-012246763-64 | ▇▇▇ | 2/1/2022 | 1/22/2021 | ▇▇▇▇▇▇▇▇▇▇  2022-02-02T21:33:44.206Z<br>holy moly. ▇▇▇▇▇▇▇▇▇▇<br><br>. . .<br><br>▇▇▇▇▇▇▇▇▇▇  2022-02-02T21:37:04.738Z<br>Took a quick glance at the press release. . . . They say it's on both pricing and impression deceleration. They are blaming a shift to Reels (lower CPM than stories and news feed) and ATT. . . |

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | . . . .<br>2022-02-02T21:51:01.685Z<br>2022-02-02T23:04:14.429Z<br>Also, suggest we turn off history since there is no business need for it ☺ unless anyone feel strongly against<br>[end of chat] |
| NRFSUPP_0000223897 | Aparna Pappu | 2/13/2022 | 10/4/2019 | 2022-04-13T16:07:50.699Z<br>I turned on history, hope everyone is ok with it<br>2022-04-13T16:07:56.707Z<br>if not happy to turn it off<br>**apappu@google.com** 2022-04-13T18:15:22.752Z<br>prefer off tbh |
| GOOG-AT-MDL-007857170-71 | | 6/10/2022 | 1/22/2021 | 2022-06-10T03:33:38.162Z<br>separate topic - this chat room has history / is persisted? . . . can we configure it to be transient?<br>. . .<br>2022-06-10T03:39:19.589Z<br>if its not doable, are folks okay with a group chat? the benefit? no history. The con? No threads. . . . Kevin and I just tried testing it out. We can't within a Space<br>2022-06-10T03:40:40.053Z<br>that's a bummer . . . my sense is we deal with a group chat? though I am in some spaces that have no history (though maybe not multi threading)<br>. . .<br>2022-06-10T03:44:18.223Z<br>okay, let me create a new one right now. It'll still be a space.<br>2022-06-10T03:44:24.242Z<br>cool - ty |

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | [end of chat] |
| GOOG-AT-MDL-007610075 | ▮ | 9/23/2022 | 2/3/2021 | ▮ 2022-09-23T01:23:58.401Z<br>btw didnt realize history is on for us<br>▮ 2022-09-23T01:24:02.913Z<br>mind if i turn it off?<br>▮ 2022-09-23T01:24:10.549Z<br>sure<br>[end of chat] |
| NRFSUPP_0001024231 | ▮ | 2/9/2023 | 10/4/2019 | ▮ February 9, 2023 at 2:09:43 AM UTC<br>should we turn history on or off here? i'm confused<br>▮ February 9, 2023 at 2:10:31 AM UTC<br>Not sure....I think it's dependent on the individual and whether they are on lit hold?<br>▮ February 9, 2023 at 2:32:48 AM UTC<br>Last I checked I had 6 lit holds.....thanks for turning it off TT<br>▮ February 9, 2023 at 2:33:03 AM UTC<br>Jeez<br>▮ February 9, 2023 at 2:35:15 AM UTC<br>Yikes<br>▮ February 9, 2023 at 2:35:31 AM UTC<br>When I responded it turned on history again....<br>▮ February 9, 2023 at 2:35:54 AM UTC<br>Oh wow<br>▮ February 9, 2023 at 2:36:12 AM UTC<br>And ya wonder why I communicate less freely than most......<br>▮ February 9, 2023 at 2:36:48 AM UTC<br>And I am not seeing an option to turn history off on my side<br>▮ February 9, 2023 at 2:36:53 AM UTC<br>This is new |

11

| Bates | Custodian Involved | Chat Date | Hold Date | Chat Excerpt |
|---|---|---|---|---|
| | | | | ████ February 9, 2023 at 3:02:14 AM UTC<br>turned it off, let's see what happens<br>████ February 9, 2023 at 4:03:56 AM UTC<br>Test<br>████ February 9, 2023 at 4:04:12 AM UTC<br>Hmm |
| NRFSUPP_0001672026 | ████ | 2/10/2023 | 6/23/2020 | ████ February 10, 2023 at 6:29:46 PM UTC<br>Do we have a history off version of this room?<br>████ February 10, 2023 at 6:31:18 PM UTC<br>I don't think we can with the current list of audience<br>████ February 10, 2023 at 6:31:53 PM UTC<br>Perhaps a subset of audience?<br>████ February 10, 2023 at 6:32:05 PM UTC<br>(and keep others informed in other was) |