# APPENDIX F

## Custodian Hold Dates

| Custodian | Hold Date Produced July 10, 2024 | Revised Hold Date Produced Aug. 29, 2024 | Days Advanced |
|---|---|---|---|
| ▓▓▓ | 2/3/2021 | 2/3/2021 | 0 |
| ▓▓▓ | 6/2/2020 | 6/2/2020 | 0 |
| ▓▓▓ | 2/3/2021 | 2/3/2021 | 0 |
| ▓▓▓ | 1/22/2021 | 8/6/2020 | 169 |
| ▓▓▓ | 6/22/2020 | 6/23/2020 | -1 |
| ▓▓▓ | 12/5/2019 | 12/5/2019 | 0 |
| ▓▓▓ | 1/22/2021 | 3/5/2020 | 323 |
| ▓▓▓ | 5/25/2023 | 5/25/2023 | 0 |
| ▓▓▓ | 8/4/2023 | 8/4/2023 | 0 |
| ▓▓▓ | 1/22/2021 | 3/5/2020 | 323 |
| ▓▓▓ | 10/4/2019 | 10/4/2019 | 0 |
| Brad Bender | 10/4/2019 | 10/4/2019 | 0 |
| ▓▓▓ | 1/18/2023 | 11/19/2020 | 790 |
| ▓▓▓ | 9/20/2022 | 9/20/2022 | 0 |
| ▓▓▓ | 1/22/2021 | 12/10/2019 | 409 |
| ▓▓▓ | 1/22/2021 | 3/5/2020 | 323 |
| ▓▓▓ | 10/4/2019 | 10/4/2019 | 0 |
| ▓▓▓ | 1/22/2021 | 12/10/2019 | 409 |
| ▓▓▓ | 2/3/2021 | 2/3/2021 | 0 |
| Per Bjorke | 1/29/2020 | 1/30/2020 | -1 |
| ▓▓▓ | 6/22/2020 | 6/23/2020 | -1 |
| ▓▓▓ | 5/25/2023 | 5/25/2023 | 0 |
| Alejandro Borgia | 9/20/2023 | 9/20/2023 | 0 |
| ▓▓▓ | 1/22/2021 | 12/10/2019 | 409 |
| ▓▓▓ | 1/22/2021 | 12/10/2019 | 409 |

| Custodian | Hold Date Produced July 10, 2024 | Revised Hold Date Produced Aug. 29, 2024 | Days Advanced |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | 3/26/2024 | 3/26/2024 | 0 |
| ▮▮▮▮▮▮▮▮ | 8/4/2023 | 8/4/2023 | 0 |
| ▮▮▮▮▮▮ | 2/3/2021 | 2/3/2021 | 0 |
| ▮▮▮▮▮▮▮ | 1/22/2021 | 3/5/2020 | 323 |
| ▮▮▮▮ | 2/3/2021 | 2/3/2021 | 0 |
| ▮▮▮▮▮ | 1/22/2021 | 1/30/2020 | 358 |
| ▮▮▮▮ | 6/22/2020 | 6/22/2020 | 0 |
| ▮▮▮▮▮▮▮▮ | 6/12/2023 | 6/12/2023 | 0 |
| ▮▮▮▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| Sam Cox | 10/4/2019 | 10/4/2019 | 0 |
| ▮▮▮▮▮▮ | 2/3/2021 | 2/3/2021 | 0 |
| ▮▮▮▮▮ | 9/20/2022 | 9/20/2022 | 0 |
| ▮▮▮▮ | 10/16/2023 | 2/13/2020 | 1341 |
| ▮▮▮▮▮ | 1/18/2023 | 2/23/2023 | -36 |
| ▮▮▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮▮▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮▮▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮▮▮▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮▮▮▮▮▮▮ | 8/4/2023 | 8/4/2023 | 0 |
| ▮▮▮▮▮▮ | 8/4/2023 | 11/19/2020 | 988 |
| ▮▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮▮▮▮▮ | 1/22/2021 | 1/30/2020 | 358 |
| ▮▮▮▮▮ | 8/4/2023 | 8/4/2023 | 0 |
| ▮▮▮▮ | 2/3/2021 | 2/3/2021 | 0 |
| ▮▮▮ | 1/22/2021 | 6/23/2020 | 213 |
| ▮▮▮▮▮▮ | 1/22/2021 | 6/23/2020 | 213 |
| ▮▮▮▮▮ | 1/22/2021 | 3/5/2020 | 323 |

| Custodian | Hold Date Produced July 10, 2024 | Revised Hold Date Produced Aug. 29, 2024 | Days Advanced |
|---|---|---|---|
| ▮▮▮ | 6/22/2020 | 6/2/2020 | 20 |
| ▮▮▮ | 7/26/2023 | 7/26/2023 | 0 |
| ▮▮▮ | 2/3/2021 | 2/3/2021 | 0 |
| ▮▮▮ | 1/22/2021 | 6/23/2020 | 213 |
| ▮▮▮ | 1/22/2021 | 1/30/2020 | 358 |
| ▮▮▮ | 9/26/2023 | 9/25/2023 | 1 |
| ▮▮▮ | 1/22/2021 | 1/30/2020 | 358 |
| ▮▮▮ | 10/4/2019 | 10/4/2019 | 0 |
| ▮▮▮ | 8/6/2020 | 8/6/2020 | 0 |
| ▮▮▮ | 1/29/2021 | 1/29/2021 | 0 |
| ▮▮▮ | 3/26/2024 | 4/4/2024 | -9 |
| ▮▮▮ | 3/26/2024 | 4/4/2024 | -9 |
| ▮▮▮ | 1/18/2023 | 2/23/2023 | -36 |
| ▮▮▮ | 10/4/2019 | 10/4/2019 | 0 |
| ▮▮▮ | 8/4/2023 | 11/19/2020 | 988 |
| Nirmal Jayaram | 1/22/2021 | 6/23/2020 | 213 |
| ▮▮▮ | 6/12/2023 | 6/12/2023 | 0 |
| ▮▮▮ | 1/22/2021 | 3/5/2020 | 323 |
| ▮▮▮ | 1/22/2021 | 3/5/2020 | 323 |
| ▮▮▮ | 2/21/2020 | 3/5/2020 | -13 |
| ▮▮▮ | 10/4/2019 | 10/4/2019 | 0 |
| ▮▮▮ | 8/4/2023 | 8/4/2023 | 0 |
| ▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| Woojin Kim | 1/22/2021 | 6/23/2020 | 213 |
| ▮▮▮ | 1/22/2021 | 10/4/2019 | 476 |
| ▮▮▮ | 2/3/2021 | 2/3/2021 | 0 |
| ▮▮▮ | 5/25/2023 | 5/25/2023 | 0 |
| ▮▮▮ | 2/4/2020 | 2/4/2020 | 0 |

| Custodian | Hold Date Produced July 10, 2024 | Revised Hold Date Produced Aug. 29, 2024 | Days Advanced |
|---|---|---|---|
| Nitish Korula | 10/4/2019 | 10/4/2019 | 0 |
| ███ | 2/10/2021 | 2/10/2021 | 0 |
| ███ | 6/2/2020 | 6/2/2020 | 0 |
| ███ | 1/22/2021 | 12/10/2019 | 409 |
| ███ | 9/25/2023 | 9/25/2023 | 0 |
| Chris LaSala | 1/22/2021 | 10/4/2019 | 476 |
| ███ | 1/22/2021 | 8/6/2020 | 169 |
| George Levitte | 1/22/2021 | 6/23/2020 | 213 |
| ███ | 1/22/2021 | 6/23/2020 | 213 |
| Eisar Lipkovitz | 6/22/2020 | 6/22/2020 | 0 |
| ███ | 2/23/2023 | 7/12/2021 | 591 |
| ███ | 1/22/2021 | 6/23/2020 | 213 |
| ███ | 8/4/2023 | 8/4/2023 | 0 |
| ███ | 1/22/2021 | 6/23/2020 | 213 |
| ███ | 1/22/2021 | 3/5/2020 | 323 |
| ███ | 7/26/2023 | 7/26/2023 | 0 |
| ███ | 1/22/2021 | 3/5/2020 | 323 |
| ███ | 2/3/2021 | 2/3/2021 | 0 |
| ███ | 5/3/2023 | 7/12/2021 | 660 |
| ███ | 1/22/2021 | 6/23/2020 | 213 |
| Neal Mohan | 4/27/2023 | 12/10/2019 | 1234 |
| Jessica Mok | 2/23/2023 | 4/28/2021 | 666 |
| ███ | 8/4/2023 | 8/4/2023 | 0 |
| ███ | 1/22/2021 | 1/30/2020 | 358 |
| ███ | 2/3/2021 | 2/3/2021 | 0 |
| ███ | 8/4/2023 | 1/30/2020 | 1282 |
| ███ | 3/8/2021 | 3/8/2021 | 0 |

| Custodian | Hold Date Produced July 10, 2024 | Revised Hold Date Produced Aug. 29, 2024 | Days Advanced |
|---|---|---|---|
| ███████████ | 2/3/2021 | 6/23/2020 | 225 |
| ███████████ | 7/26/2023 | 7/26/2023 | 0 |
| ████ | 1/22/2021 | 6/23/2020 | 213 |
| █████ | 6/14/2023 | 6/14/2023 | 0 |
| ████████ | 6/12/2023 | 6/12/2023 | 0 |
| ██████ | 1/22/2021 | 6/23/2020 | 213 |
| ███████ | 7/26/2023 | 7/26/2023 | 0 |
| Aparna Pappu | 1/22/2021 | 10/4/2019 | 476 |
| ████████ | 9/20/2022 | 9/20/2022 | 0 |
| ███████████ | 1/22/2021 | 12/10/2019 | 409 |
| ██████ | 10/16/2023 | 10/16/2023 | 0 |
| ████████ | 1/22/2021 | 10/4/2019 | 476 |
| █████ | 1/22/2021 | 12/20/2019 | 399 |
| ██████████ | 3/26/2024 | 4/4/2024 | -9 |
| Sundar Pichai | 10/4/2019 | 10/4/2019 | 0 |
| ██████████ | 1/22/2021 | 1/30/2020 | 358 |
| ██████ | 2/3/2021 | 2/3/2021 | 0 |
| ████████ | 6/22/2020 | 6/23/2020 | -1 |
| ███████████ | 10/4/2019 | 10/4/2019 | 0 |
| ███████████ | 11/4/2019 | 11/4/2019 | 0 |
| █████ | 2/3/2021 | 2/3/2021 | 0 |
| ████████ | 1/22/2021 | 6/23/2020 | 213 |
| ████ | 5/23/2023 | 5/23/2023 | 0 |
| █████████ | 6/12/2023 | 4/28/2021 | 775 |
| ████████ | 1/12/2022 | 1/13/2022 | -1 |
| ████████ | 1/18/2023 | 2/23/2023 | -36 |
| ████████ | 1/22/2021 | 1/22/2021 | 0 |
| █████████ | 1/22/2021 | 3/5/2020 | 323 |

| Custodian | Hold Date Produced July 10, 2024 | Revised Hold Date Produced Aug. 29, 2024 | Days Advanced |
|---|---|---|---|
| ▮▮▮ | 1/22/2021 | 3/5/2020 | 323 |
| ▮▮▮ | 5/25/2023 | 11/19/2020 | 917 |
| ▮▮▮ | 8/4/2023 | 8/4/2023 | 0 |
| ▮▮▮ | 12/20/2019 | 1/30/2020 | -41 |
| ▮▮▮ | 3/8/2021 | 3/8/2021 | 0 |
| ▮▮▮ | 1/29/2021 | 1/29/2021 | 0 |
| Philipp Schindler | 10/4/2019 | 10/4/2019 | 0 |
| ▮▮▮ | 10/4/2019 | 10/4/2019 | 0 |
| ▮▮▮ | 1/22/2021 | 6/23/2020 | 213 |
| ▮▮▮ | 1/22/2021 | 7/14/2020 | 192 |
| ▮▮▮ | 1/22/2021 | 7/13/2020 | 193 |
| Scott Sheffer | 2/3/2021 | 12/10/2019 | 421 |
| ▮▮▮ | 1/22/2021 | 1/30/2020 | 358 |
| ▮▮▮ | 3/3/2022 | 3/3/2022 | 0 |
| ▮▮▮ | 5/23/2023 | 5/23/2023 | 0 |
| ▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮▮▮ | 1/22/2021 | 6/23/2020 | 213 |
| ▮▮▮ | 1/22/2021 | 9/17/2020 | 127 |
| ▮▮▮ | 8/4/2023 | 8/4/2023 | 0 |
| ▮▮▮ | 1/22/2021 | 3/5/2020 | 323 |
| ▮▮▮ | 8/4/2023 | 11/19/2020 | 988 |
| ▮▮▮ | 6/12/2023 | 6/12/2023 | 0 |
| Scott Spencer | 1/22/2021 | 12/10/2019 | 409 |
| ▮▮▮ | 1/22/2021 | 3/5/2020 | 323 |
| Rahul Srinivasan | 1/22/2021 | 10/4/2019 | 476 |
| ▮▮▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮▮▮ | 10/4/2019 | 10/4/2019 | 0 |

| Custodian | Hold Date Produced July 10, 2024 | Revised Hold Date Produced Aug. 29, 2024 | Days Advanced |
|---|---|---|---|
| ▮ | 1/22/2021 | 1/30/2020 | 358 |
| ▮ | 1/22/2021 | 10/4/2019 | 476 |
| ▮ | 1/22/2021 | 1/30/2020 | 358 |
| ▮ | 6/12/2023 | 6/12/2023 | 0 |
| ▮ | 2/23/2021 | 2/3/2021 | 20 |
| ▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮ | 6/14/2023 | 6/14/2023 | 0 |
| ▮ | 2/3/2021 | 2/3/2021 | 0 |
| ▮ | 8/4/2023 | 8/4/2023 | 0 |
| ▮ | 1/22/2021 | 10/4/2019 | 476 |
| ▮ | 6/12/2023 | 6/12/2023 | 0 |
| ▮ | 6/12/2023 | 6/12/2023 | 0 |
| ▮ | 1/22/2021 | 3/5/2020 | 323 |
| ▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮ | 3/3/2022 | 3/3/2022 | 0 |
| ▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮ | 1/18/2023 | 1/18/2023 | 0 |
| ▮ | 5/25/2023 | 5/25/2023 | 0 |
| ▮ | 1/22/2021 | 12/10/2019 | 409 |
| ▮ | 2/3/2021 | 2/3/2021 | 0 |
| ▮ | 1/22/2021 | 7/14/2020 | 192 |
| ▮ | 1/22/2021 | 10/4/2019 | 476 |
| ▮ | 1/22/2021 | 3/5/2020 | 323 |
| ▮ | 1/22/2021 | 1/30/2020 | 358 |
| Susan Wojcicki | 10/4/2019 | 10/4/2019 | 0 |
| ▮ | 10/4/2019 | 10/4/2019 | 0 |