# EXHIBIT 5
# FILED UNDER SEAL

Message

| | |
|---|---|
| **From**: | Jim Lecinski [jlecinski@google.com] |
| **Sent**: | 11/5/2007 1:21:06 AM |
| **To**: | gms-central-update@google.com |
| **Subject**: | Central Region Weekly Update: Week of November 5, 2007 |
| **Attachments**: | AAdvantage MileFinder Slides.ppt |

Hi all! This week's Top 5 News & Notes are below. I will be with the BIM team at UPS in Atlanta on Tuesday and then attending CommerceThink in MV on Thursday and Friday so we won't be able to have Open Door time this week. It's back on again next week...in the meantime call me, email me or IM me with whatever is on your mind!

================================================================================================================

**1. Oprah on YT** . Reminder that this week on Tuesday, the Oprah episode with Chad and Steve airs. Please try to watch it in your office. If you are in MV on Tuesday, the café's there are featuring Chicago-style food in honor of this event. And for sure check out the new Oprah channel on YT. Please start using screen shots of this in your prezos right away!

http://youtube.com/user/oprah


**2. OpenSocial (internally caled "Makamaka")**: Last week's big news was the announcement of the open source developer platform coalition (among MySpace, Engage.com, Friendster, hi5, Hyves, imeem, LinkedIn, Oracle, orkut, Plaxo, Salesforce.com, Six Apart, Tianji, Viadeo, and XING and Ning) to create common apps for most of the big social graph sites.

You should spend a few minutes to become conversant with this initiative as you wil be sure to be asked about it in client meetings this week. Start with this great 3-minute video from Ning explaining the concept:
http://blog.pmarca.com/2007/10/open-social-scr.html

Then a few minutes of highlights from the "campfire" event on campus last week with developers:
http://www.youtube.com/watch?v=RytmNqEHYiE

Or if you have time for the full one hour version: http://www.youtube.com/watch?v=9KOEbAZJTTk

And also a pov from the New York Times on the implications of OpenSocial:
http://bits.blogs.nytimes.com/2007/11/01/googles-opensocial-is-not-a-facebook-killer/


**3. New example of Maps you can use**. The Dallas Travel team has shared this new example (attached powerpoint) from American Airlines using of Google maps. Pretty cool. Should be part of your prezos illustrating maps and maps mash-ups.


**4. Know these Rules of Thumb for All Written Communications at Google.** This great list came through from our Legal team last week. Make sure you understand and follow these five guidelines! Assume that every document you generate, including email, will last forever and could be made public and scrutinized by our competitors and by antitrust regulators. We are often legally required to produce internal business records, including email and stuff that was intended to be for "internal use only." And lawyers are pretty good at finding stuff, even things that a person has deleted. So please, don't write anything that could be misconstrued. Got questions about whether a document may raise competition issues? Call our Competition Counsel: Dana Wagner (Mountain View) or Julia Holtz (London). They're here to help!

*  **We're in big markets**. For lawyers and economists, "market" is a loaded concept, based on whether changing the price for one thing would lead people to buy a different thing. Getting this right is tricky and is often the key question during antitrust litigation or regulatory review. A field like advertising sweeps worldwide, and includes lots of different products and services. So don't write documents that define a "market" more narrowly, or even define one at all. There's no problem with referring to a "market segment," "sector," "business," etc. Just avoid defining the "market" for what we offer. Similarly, stay away from the idea of "market share," which implies a defined market.

*  **We've got lots of competitors – and could have lots more**. Think of Yahoo, Microsoft, Ask, PayPal, MapQuest, and the list goes on and on. And don't forget local competitors, like Baidu in China, Seznam in the Czech Republic and Yandex in Russia, that effectively compete with us for users in their respective countries. On top of that, there are lots of

HIGHLY CONFIDENTIAL  GOOG-DOJ-19116303

start-ups out there doing cool things.  <u>Don't exaggerate the barriers to their success, or be too confident that they'll require specific resources or technologies to compete with us.</u>  This is an unpredictable industry, and the guys working out of a garage today could become a force to be reckoned with tomorrow.  We should be confident that users will choose our products and services based on their quality, but not so arrogant to assert that they have no alternatives to choose from.  If you really need to list a group of competitors in a particular area, list as many as possible (or at least make clear that it's a partial list).  So <u>it's just wrong to say that we're dominant in or control any line of business, or that we have "market power"</u> -- which, in the antitrust world, means that we can arbitrarily raise prices without losing customers.

\* <u>**We're out to help users, not hurt competitors**</u>.  Focus on our users and partners – how we're going to keep them happy and how we're going to get more folks to use us.  <u>Don't focus on what impact we might have on our competition.  We are not out to "crush," "kill," "hurt," "block" or do anything else evil or unfair to our competitors.</u>  (Bill Gates famously got into trouble by threatening to "cut off Netscape's air supply.")  Even references to creating "killer" apps can be problematic.  (Microsoft also got into trouble for stating that Windows "needed to be a killer on OEM shipments so that Netscape never gets a chance on these systems.")  We don't care how our competitors are doing; we just want to do well ourselves.

\* <u>**Our users should be free to switch**</u> .  It's a point of pride for us that we don't lock people into using our stuff.  People use our products and services because they're great and not because they have to.  While we may integrate different products, don't use language that wrongly suggests that we "bundle" or "tie" them together so that people have to use one product or service if they want to use another.  We like consumer choice, and one aspect of consumer choice is that switching among products should be easy.  Users can always drop us in favor of a competitor, and that's good - it forces us to keep innovating and providing the best products and services possible.  Our goal is to make our products so helpful that people will want to use them – not to make them "sticky" in a way that makes it hard to switch.  <u>We don't "lock up" or "lock in" our users.</u>  We may create long-term relationships with them or encourage longer-term use, but if they really want to, our users could (and should be able to) leave us at a moment's notice.

\* <u>**Likewise, we do not "leverage" markets, products, resources -- anything**</u>.  Saying "leveraging" may make you sound as though you went to business school, but it implies exploitation and an absence of consumer choice, which is not what we are about.  We may use our experience, knowledge or resources in one area to further our business success in another area.  When that's the case, we should just say that without dressing it up.  Another phrase that has taken on special meaning in the world of antitrust is "network effect."  While lots of things become more useful as more people use them, the phrase carries an anti-competitive connotation that doesn't really apply to what we do.

\* <u>**It's not a win/lose game**</u> .  It's tempting <u>to jazz up your writing with images from games, sports, or even war.  Don't do it.</u>  Those metaphors often carry unintended connotations involving win/lose situations, while we can succeed in a win/win way.  So, we don't "win" a market, "outflank" the competition, establish "beachheads" or "defend" our existing market share.  Focus on how something benefits customers – our success flows from that.

<u>**5. Reminder our Central Region Promotion toast**</u> is this Wednesday at 11am CT via video bridge.  Check your calendar for exact details.  Everyone should please attend to offer our best wishes to those promoted last week!

---

Complete NASO Events Calendar:  http://www.corp.google.com/cal/sales/?t=ext

===============================================================================================

And now for our usual spin around the teams:

### Tech B2C Dallas:

\*AT&T Mobility signed $150K and $40K IOs to support the launch of the Moto Q and Tilt phones

\*Jay and John presented a $250K YouTube proposal to 1-800-Yellowpages for Dec-Jan.

\*YellowPages.com continued its growth and is on track for $1.5M+ in Q4.  Props to John Black in the Denver office for creating a YP research/opportunity deck that proved very beneficial in 2008 discussions with Quigo.

\*John worked with GSD&M and Digitas to prepare a brand messaging strategy to determine whether wireless, DSL, or product-agnostic messaging brings the greatest ROI in the different AT&T/BellSouth/Wireless operating regions.

\*Kat and Scott met with Stacie Ito, AT&T Mobility Marketing Manager, in Seattle to discuss search personalization, brand messaging, and CPC Site Targeting.

\*Scott met with Samsung Interactive marketing Manager in preparation for Korean Executive Meeting

**Travel Dallas**

- Congratulations to Christine who was promoted to Account Manager and Cindy who was promoted to Senior Account Manager. Well done!

- Congratulations Christine and Holly who took 2nd place in the first annual Dallas office pumpkin carving contest to benefit the Scottish Rite Hospital for Children

- Received $50,000 Feedburner buy from Hotels.com, pending resolution of T&C issues

- Added $12,750 for American Airlines holiday promotion and $10,000 for Virgin Atlantic

- Hotels.com is moving forward with implementation of our API

- Presented Opportunity Sizings for DTAG, Accor, RCCL, Travelocity and American Airlines
- Presented a travel industry overview and benchmark to Reprise Media (agency for American Airlines)


**Auto GM**

Congratulations to Krissy Leto on her marriage to David Payne on Saturday! The whole team attended her wedding, with a vow that, "What happens at the reception, stays at the reception".

Team led a Google Immersion Day at GM Planworks, with strong help from Chris Lobdell. GM Planworks, GM clients, Digitas, Leo Burnett, McCann-Erickson, Campbell-Ewald, Modernista and other GM agencies attended the 3-hour session. Focus topics: YouTube, Gadgets, Mobile, Google's New Social Platform. Thank you to Chris Lobdell who provided expert product support, and to Peter Chane, who phoned in and detailed Google's new Social Platform.

Team and Bonita Stewart welcomed Curt Hecht, SMG's EVP/Chief Digital Office, for a tour of our new office and a discussion on GM-SMG developments and the strengthening SMG-Google-Publicis partnership. Curt agreed to "trickle this down" through his organization, too.

Chris Lobdell provided a thorough and fun Gadgetsmith training. He has earned an honorary Detroit office!

Pat, Kate and Anne conducted an ICS walk-through and strategy discussion with GM's Search Manager, Deb Benard, and her Digitas support team.

Joanne attended YT training in NYC, and tackled 300+ budget adjustments to all GM LMG accounts--to account for Doubleclick tagging costs. We heard chants of "MDS" coming from her cube...

Steve and Pat presented Gadgets and YouTube capabilities to Pontiac-Buick-GMC client marketing teams along with their media planning teams.

Steve and Krissy were invited by Planworks to present Google ideas for their 2008 "Trade Secrets" program, which is currently exclusive to (and developed by) AOL.


**OverDrive**

The team met with PHD to discuss search optimization strategies for all DAA accounts in an effort to increase delivery. Thank you to Priti for her thoughtful and expert recommendations which were very well received by the client.

Meredith, Ryan and Jared held 2 Global meetings with the Chrysler clients. Our first meeting was Monday which immediately led to a follow up meeting on Friday to confirm next steps to develop and present a global search opportunity.

Zoe planned our first TGIAF in the new office space. It was actually held on Wed to celebrate Halloween and included everything from make your own caramel apples to painting pumpkins.

Vicky attended the YT training in NYC on behalf of our team.

Lindsay & Zoe spearheaded the tedious and time consuming QA process for MDS to ensure everything was rolled over properly from the old accounts.

The team met with our agencies to finalize the assets and timing for the Dodge Ram Chassis Click to Play Video campaign scheduled to launch any day now.

Multicultural capabilities discussions look to be paying off with Chrysler. The team submitted a Google/YouTube display proposal for the African American Chrysler 300 target this week.

Team is working on a proposal for the VW incentive program scheduled to launch in November.

### Auto Ford

The Team is focused on optimization activity for the current year Ford and Lincoln Upfront campaigns -- with 3 optimization recommendations approved and 7 recommendations in the process of being developed

This week the Team submitted a recommendation for conquesting activity to capitalize on wave 2 of the Chevy Malibu's upcoming digital presence on November 7th

A YouTube proposal for a reveal of the new Lincoln MKS at the L.A. Show was submitted and approved -- the Team is working on as close to a real-time reveal as possible

Additional proposals for 2008 activity (beyond Search) were requested by Ford this week for Lincoln MKX, Lincoln MKZ, Ford F-150, Ford Flex

### Denver Local

Attended TV Ads Summit with Service Magic

Had intro calls with new contacts at Ask.com and Infospace.

Met with Service Magic and Citysearch to prep for IAC Summit

Brought on a new super-secret Yahoo business unit

Launched first Google Display campaign for Ryland Homes (Nov test).

Started RE keyword definitions spreadsheet as Vertical Best Practice

### Denver QSR

Secured $35k to run a campaign for Starbucks for their B2B card for the holiday season. Our team, with the help of Eric Johnson, also got the client to adopt additional Google Analytics tracking on some of their pages.

Our Taco Bell "Steal a Base, Steal a Taco" promotion concluded and was a big success, with the CTR skyrocketing up to almost 25% (thanks to the sound strategy of Ginger Makela) the day of the Free Taco giveaway (Oct. 30). The success of this promotion is helping us make the case of the offline affecting online behavior with the client.

### Midwest Retail:

* Borders will test site targeting in November and December.

* Target's Club Wedd will test site targeting in November and December.

* JJ, Kellie and Andra traveled to Minneapolis for holiday kick off meetings with our clients at Target and Best Buy.

 * This week brings our CommerceThink summit in MV with many of our key clients attending including Sears and Target

### BIM Team 2 Chicago: PTA

* Congrats to Melissa Gill and Katrina Shonbeck who were both promoted this week... Melissa now steps into a Sr. Account Planner role, and Katrina moves from an AC to a Planner

* Rachel headed to NYC on Monday to meet with the senior leadership at Reprise Media, the SEM for Texas Instruments

* Melissa and Mark hosted folks from the Martin Agency in Chicago. They came in to discuss ideas for UPS in 2008.

* Mark met with the Mindshare BP Team and came away with a commitment for Q4 display spend - details to come.

* Rachel, Katrina & Lauren completed their first video campaign with OMD for FedEx - They proactively sent out a great campaign summary looking at new engagement metrics

### Finance Chicago

HIGHLY CONFIDENTIAL

GOOG-DOJ-19116306

* James, Lara and Martin presented 2008 upfront proposal to H&R Block in KC, with solutions for digital and retail business units.   Learned more about new product for 2008 called "Tango" (digital + advice).   Follow up meeting planned for to discuss tactics using YT, Gadgets, feeds.   Also learned of radio interest for retail, and following up with Mindshare NY.

* Adrienne and Lara presented 2008 upfront proposal to Northwestern Mutual in MILW, with solutions for customer acquisition and job recruiting.   Demonstrated $3-$5MM annual opportunity in search for life insurance, long term care, investments.   Follow up meeting planned with advertising and brand teams.

* Presented Local & Business Ads to 360i, H&RB's agency for search to extend into local strategy.

* Lindsay and team planning a multiple agency summit for State Farm involving OMD, Resolution Media, and client marketing team.

* Began $75K Q4 Display Lead Gen test for Ameriprise/Space150 which will be measured with an Ad Effectiveness Study.

* Launched the Traveler's "Risk of the Day" gadget and FeedBurner program (nice work Martin and Lindsay on getting this launched)

* Martin sent renewal and upsell proposals for "State Farm - Dr. Ian Smith" and "State Farm - Recruitment" Accounts ($150K and $400K renewals respectively, potential for increase)

Continued working on State Farm's agent-based program rollout...creates geo-based ads for specific agent offices, ramping to 8K accounts.

* Delivered "Google 101" with agency and print teams to Fallon in MINN; following up with their offline media buyer (Spark in Chicago).


**Travel Chicago** - Congrats to Megan, promoted to Sr. Account Manager!

**Team BN**

- Breakthrough week with Northwest Airlines: committed to a $400K spend for the remainder of the quarter - coupled with their spend thus far it totals $491. This is a record number and more than double Q3.  For the most part, they took our recommendations for spend almost in its entirety. 3 proposals to go out for international routes agreement to share conversion metrics with us to help optimize implementation of 4 sale campaigns developed for them

- Radisson and Country Inn & Suites set to launch 11/1 with with Google customized campaigns.  This is under new management of Carlson Marketing Worldwide.

- United to share distressed routes for optimization recommendations.  Tim Burger joined us for lunch and was presented with all of the proposals that have been provided to their agency teams

- Starcom's Brian McCord had Google's undivided attention with a customized product road show on Halloween. Thanks to John, Adrienne, Ed and Mark.  We think we may have some traction with a Brand Channel & Feedburner.


**Chicago Travel Team M**
- Won $80K search proposal for Hyatt's Pure Spa American Express promotion to start Nov. 12th
- Sent proposal to Critical Mass for add'l $10K site targeting campaign for Hyatt Pure Spa promotion. Should hear back early next week.
- Won $22K add'l for Hyatt International - English account for Q4
- Received an RFP for 2008 campaign targeting for Hawthorn Suites/Microtel Inn. Jessica completed a fabulous proposal for $100K and sent to client.
- Chris Haas, Jess and Megan talked with Hawthorn/Microtel about using our Maps product on their site starting Dec. 1st. Should have a final decision soon!
- Alex and Megan had lunch with Hyatt's PSP team on Tuesday. They've gotten a ton of great feedback from hotel managers on the Hyatt PSP and have full plans to roll out to their Summerfield Suites hotels in early Q1 and to all full service domestic and international Hyatts in late Q1/early Q2.
- Megan and Tom have a joint NYC/Chi meeting on Friday morning with Vanguard/Enterprise Car Rental to ask for more budget for Q4.
- Due to our optimization suggestions, Alamo increased daily budget for the account from $4K to $10K this week
- Megan, Tom and Alex prepped with APAC team to present the full APAC opportunity and industry insights to Hyatt in Hong Kong next Tuesday.

### Travel Team Orbitz
- The team hosted Orbitz for lunch and our weekly meeting at the Google offices on Tuesday.
- Got commitment to spend $125K on TV in Q4

### Dell 3DI Team v. 5.5:
- Drew Mitchell was promoted to Sr. Acct Manager for the team based on a great track record of going above and beyond for the client.

- Dell issued IOs for $10.3MM for Q4. This represents a 12% increase over Q3 IOs, not including display media. All IOs are committed and ready to start on time for the new fiscal on 11/3/07.

- Team met internally with Global Team to prepare Dell global presentation.

- Ted, Drew, and Sonya developed Search optimization recommendation and Display pitch for Dell Enterprise.

- 3DI Team will be in Round Rock on Mon and Tues of this week in first time SMB Director level meetings (Lorrie Schultz) as well as VP level meetings (Andy Lark) in addition to the global meeting (Laura Broderick and team).

- Rodney, Drew and Tony will be meeting with Intel on IIP on Thursday and BD and PMM teams on Dell touchpoints on Wednesday.

### CPG 1:10 Growth
* Catherine, Ashley, and Kari met with Element 79 re Gatorade to brainstorm with the creative team on the major '08 launches of G2 (lower calorie Gatorade) and Tiger Gatorade. The team anticipates big opportunities to leverage Google for these Winter/Spring product launches.

* Thursday brought the YouTube premier of Bud Lite's new advertising campaign "Dude"~1st seen on YouTube! Homepage did very well - 1.4MM views, 18+MM impressions - a record for AB. Positive feedback means "Dude" will likely see TV time. Per Linda @ AB "YT is a great way to test advertising, and we're thrilled with these results!"

http://www.youtube.com/watch?v=WmFBOVZ6BLM

* Catherine worked with other Team Leads / Managers in Managing for Results - phenomenal training.

* Danielle, Catherine, Ashley, & Chris Haas spent over 3 hours with the Michael Crawford, SR. VP of Marketing for Purina, Arc, and Spark in a very productive brainstorming session at Arc. Key takeaways include a customized, high $ partnership & platform for Pets in '08. Kudo's to Danielle & Jamie Byrne on some fantastic ideas that resonated extremely well with the client, and for Chris' ability to bring the technical APIs and details to life.

* Team 1:10 celebrated with Mindshare Thursday nite with a fun filled trip to Second City. The entire Conagra Team from Mindshare joined us for a great night of fun, food and lots of laughs. Conagra is a new parent company for us this year, with 12 new brands spending.

* Addie & Liz worked extensively with General Mills on upsells and current campaigns, including Totino's PR support for Friday's recall.

### Procter & Google Team
* Congratulations to Jen and Dave Napier - Jen gave birth to their baby boy Friday, at 11:30p. As Dave calls him, "The player to be named later" weighted in at 7lbs, and is 19" long.

* Tuesday marked the official launch of the Pepto Star YouTube contest.

* On Friday, Oprah cut Hilary Swank's hair on TV as part of Pantene's Beautiful Lengths campaign. Liz and Priti did a phenomenal job of making sure Pantene had a search campaign in place to capture the interest generated.

* This Thursday, Tim presents to P&G's Global General Managers and Marketing VPs. His theme: "Google, Drink it Up!"

### Central Region CSE Team
- Developed Cabelas Gadget:
http://www.google.com/ig/add?moduleurl=http://christopher.haas.googlepages.com/Cabelas_gadget.xml

- Discussed Google Base with Motorola (Haas)

- Reviewed Maps API with Lands End (Haas)
- Brainstormed Gadgets in MySpace and Facebook for Retail team (Haas)
- Led Maps API discussion with Hawthorn/Microtel hotels (Haas)
- Discussed Google Apps/Earth with Experiencia school for Chicago outreach (Haas)
- Brainstormed ideas around Gadgets, Youtube, iGoogle with Arc/Purina (Haas)
- Assisted Orbitz with natural search and sitemaps issues (Collins)
- Prepped for Hyatt client meeting in Hong Kong (Collins)
- Lunch strategy session with Hyatt (Collins)
- Presented Google Earth to Leo Burnett (Collins)
- Attended 2-day "Managing for results" training (Collins)
- Presented Google Coupons and LBLs to Ford (Lobdell)
- Conducted Google Ad Manager for Advertisers Roadshow for several agencies in NYC (Lobdell)
- Presented Google Gadgets and Mobile to GM Planworks (Lobdell)
- Delivered GadgetSmith training to Detroit Auto APs, ACs and others (Lobdell)
- Developed National Instruments Recruiting Gadget: http://www.google.com/ig/adde?source=ignsrc1&moduleurl=http%3A//chris.lobdell.googlepages.com/ni_recruiting_gadget_4.xml (Lobdell)

### Central Region Print Team

Tom Simon and Rachel Sadkin had a second WebEx meeting last Thursday with KempGoldberg agency in Maine, regarding Con-way.

Also on Thursday, Megan and Tom gave a Print 101 seminar to six Nooglers in Chicago.

Note that both Tom and Megan will be in New York from Wednesday-Friday of next week for a Print Ads team offsite.

### Google TV Ads Summit, New York

The Google TV Ads team successfully hosted the first TV Ads Summit in the New York office. 150+ industry executives and beta advertisers enjoyed a keynote address by Nick Brien, CEO of Universal McCann, in addition to Google speakers Tim Armstrong, Mike Steib, Eileen Naughton, Keval Desai, and Dan Zigmond.

### Central Region Agency Team

-Tim, Elle, and Amy met with Amanda Grasham and Tracie Shipman at Starcom to discuss US Cellular. Next steps are Google overview/training and agency entertainment event.

-Management from Arc and Leo Burnett visited Google to discuss how they could use our tools and platforms in a major rebranding of the agency. Tim, Kelly, Erin, Jim and Alex participated and this will be a tremendous opportunity to add value to this important partner.

- Don, John Frankot and Elliot met with Carfax and MAXUS to finalize details for a $100K Audio Ad Effectiveness Study

- Mark meets with Richards Group Advance Auto and Honey Baked Ham teams to discuss Audio Ads platform

- Lisa and Mark hosted the Avenue A Hotels.com team to lunch as a thank you for using the Audio platform. A deep dive on audio acct management is scheduled for 11/12

- The Central Agency Team held their own presentation skills training offsite to coordinate on the "best of" agency presentations.

- Lisa attended an MDS pitch with the National Agency Leads for iCrossing. They are interested in implementing this nationally and are currently working out logistics.
    - Performics office hours were held on Thursday. Topics included GNC Print, Open Social, Local, MCC, MDS

HIGHLY CONFIDENTIAL

Upcoming Agency Team meetings/events
- ANA Multicultural Conference 11-4 -11-6
-Uniworld on 11/5
- The San Jose Group on 11/5
-Unity Media on 11/6
-Lopez-Negrete on 11/6
-Mindshare Executive Assistant Training - 11/6
-Presenting Google Ecosystem to Doner-Cleveland on 11/8
- Doner Detroit on 11/9
- Campbell-Ewald on 11/9
-BDM Minneapolis 11/8
-Starcom/PetSmart 11/13
-Mindshare Emerging Tech Day - 11/15

-iCrossing TV Presentation - 11/6

-Agency.com Analytics Training - 11/7

-Outrider Global, Local, PPA - 11/8

-PHD Search training - 11/13

-Element 79 "Moment of Relevance" - 11/15

-New [AD]ditions training (Various agencies) 11/17

================================================================================================

Thanks everyone and have a great week!


--Jim



--
Jim Lecinski
Managing Director, Central Region

Google
20 W. Kinzie Street
Chicago, IL 60610

jlecinski@google.com
312.840.4208 - direct
847.208.0415 - cell


This email and the information it contains are confidential and may be privileged. If you have received this email in error please notify me immediately. You should not copy it for any purpose, or disclose its contents to any other person. Internet communications are not secure and, therefore, Google does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended please call me.

HIGHLY CONFIDENTIAL                                                                                                    GOOG-DOJ-19116310