# EXHIBIT 6
# FILED UNDER SEAL

ALTERNATE LAUNCH OPTIONS ▶



**YOU SAID WHAT?!**
10 THINGS TO ENSURE YOU ARE COMMUNICATING WITH CARE

Click to Start

CONFIDENTIAL
GOOG-PLAY-005029849

Case 4:20-cv-00957-SDJ    Document 752-12    Filed 01/06/25    Page 3 of 53 PageID #:
51040
Case 1:20-cv-03010-APM   Document 512-3   Filed 02/23/23   Page 79 of 132

Case 3:21-md-02981-JD   Document 414-13   Filed 01/13/23   Page 4 of 54

# At Google,

## We are constantly in the public eye

...and the courthouse. We often have to produce employee
communications as evidence, which means your communications
can become public at any time. Our communications can hurt or
embarrass us as a company, or as individuals. We need to be
cautious in our communications to avoid unnecessary harm.

This is not about "hiding stuff" or not pointing out something that
may need fixing. Speaking up is a core company value. This is about
being thoughtful in your communication in order to reduce the risk
of unintended harm to Google and/or you.

Click to Continue

CONFIDENTIAL

GOOG-PLAY-005029850



You'll earn a checkmark each time you successfully complete a required activity. Here's an example...do this.

Drag the circle to its home.



CONFIDENTIAL

GOOG-PLAY-005029851

**USDOJ-GOOGEX-000255**

Case 4:20-cv-00957-SDJ    Document 752-12    Filed 01/06/25    Page 5 of 53 PageID #:
51042
Case 1:20-cv-03010-APM   Document 512-3   Filed 02/23/23   Page 81 of 132

Case 3:21-md-02981-JD   Document 414-13   Filed 01/13/23   Page 6 of 54



Click to Continue

CONFIDENTIAL

GOOG-PLAY-005029852

USDOJ-GOOGEX-000256



CONFIDENTIAL

GOOG-PLAY-005029853

**USDOJ-GOOGEX-000257**

Case 3:21-md-02981-JD    Document 414-13    Filed 01/13/23    Page 8 of 54



CONFIDENTIAL

GOOG-PLAY-005029854

USDOJ-GOOGEX-000258



CONFIDENTIAL

GOOG-PLAY-005029855

**USDOJ-GOOGEX-000259**



CONFIDENTIAL

GOOG-PLAY-005029856

INTRO 01 02 03 ✓ 04 ✓ 05 06 07 ✓ 08 09 10 ✓ ✓

## 03 Activity

It's 11:00pm. You and Echo have been working all night on the Rockabye unit for our newest product, the gStroller, while your team lead took the night off to attend a basketball game. Rockabye has just crashed for the 14th time. Echo has decided to write this email to the team lead before calling it a night and wants you to take a look at it before sending it.

What do you think you should tell Echo to do?

| Send the email.

| Don't send the email now. Send it in the morning.

| Talk to the team lead in the morning.

| Don't send the email.
  Chat "off the record" via Hangouts instead.

Nope. While it's critical that Echo tell the team lead about any problems Rockabye might have, doing so at 11 pm, when one is tired and angry, isn't the best idea.

The email has a significant typo (there were 14 failures that night, not 114), and it contains hyperbole (the characterization of the unit as "a mess" and exaggeration (the unit will "never work", "there's no way they'll be ready to launch").

It sounds like Echo is angry at the team lead for taking the night off. Rather than send this now, Echo might want to get some rest and reassess in the morning when Echo is fresh and calm. Then the email will be more likely to be about the facts and less about how tired and angry Echo is.

Hide

CONFIDENTIAL
GOOG-PLAY-005029857

USDOJ-GOOGEX-000261

GOOG-PLAY-005029858

**USDOJ-GOOGEX-000262**



CONFIDENTIAL

GOOG-PLAY-005029859

**USDOJ-GOOGEX-000263**



CONFIDENTIAL

GOOG-PLAY-005029860





RULE
## 04
# Stick to the Facts.

I'm sure you've heard this *a million times* and think folks working at *a company that employs only the smartest people in the world* would *never, ever* get this wrong, but exaggeration, sarcasm, and hyperbole increase the risk that someone could accidentally, or intentionally, misconstrue the meaning of your communication.

*Killer* exercise to *guarantee perfection...*

CONFIDENTIAL

GOOG-PLAY-005029861

USDOJ-GOOGEX-000265



CONFIDENTIAL

GOOG-PLAY-005029862

**USDOJ-GOOGEX-000266**



CONFIDENTIAL

GOOG-PLAY-005029863

**USDOJ-GOOGEX-000267**

Case 3:21-md-02981-JD   Document 414-13   Filed 01/13/23   Page 18 of 54



CONFIDENTIAL

GOOG-PLAY-005029864

**USDOJ-GOOGEX-000268**



CONFIDENTIAL

GOOG-PLAY-005029865

**USDOJ-GOOGEX-000269**



CONFIDENTIAL

GOOG-PLAY-005029866

**USDOJ-GOOGEX-000270**



CONFIDENTIAL

GOOG-PLAY-005029867

USDOJ-GOOGEX-000271





CONFIDENTIAL

GOOG-PLAY-005029869

USDOJ-GOOGEX-000273



CONFIDENTIAL

GOOG-PLAY-005029870



CONFIDENTIAL

GOOG-PLAY-005029871

USDOJ-GOOGEX-000275



CONFIDENTIAL

GOOG-PLAY-005029872

**USDOJ-GOOGEX-000276**



CONFIDENTIAL

GOOG-PLAY-005029873

USDOJ-GOOGEX-000277



# Quick Self-Test

Without looking back, how many rules do you remember?

Can you remember 2 of them?

Click to Continue

CONFIDENTIAL

GOOG-PLAY-005029874

USDOJ-GOOGEX-000278





RULE
05

# Keep it Confidential

There are no friends and family exceptions for this. Confidential includes your spouse, partner, children, grandma, and former college roomie who is developing the greatest Android app ever. Don't share any Google confidential information with anyone outside the company. This includes, but is not limited to, stuff about the status of products, deals, litigation, investigations, or other legal matters.

Click to Continue

CONFIDENTIAL

GOOG-PLAY-005029875

USDOJ-GOOGEX-000279



CONFIDENTIAL

GOOG-PLAY-005029876

USDOJ-GOOGEX-000280



CONFIDENTIAL

GOOG-PLAY-005029877

USDOJ-GOOGEX-000281

CONFIDENTIAL

GOOG-PLAY-005029878

**USDOJ-GOOGEX-000282**

INTRO 01 02 03 ✅ 04 ✅ 05 06 07 ✅ 08 09 10 ✅ ✔

## 07
## Activity

Help Echo craft an email that's attorney-client privileged.

Drag the best subject line to the email:

- ATTORNEY-CLIENT PRIVILEGED: Please help
- Please help!
- Confidential, please help.

| To: | dlawyercat | ulric | iteamlead | eng-misc |
| Cc: | | | | |
| Bcc: | | | | |
| Subject: | | | | |

*drag + drop*

◄ Back

CONFIDENTIAL

GOOG-PLAY-005029879

**USDOJ-GOOGEX-000283**

CONFIDENTIAL

GOOG-PLAY-005029880

**USDOJ-GOOGEX-000284**



CONFIDENTIAL

GOOG-PLAY-005029881

**USDOJ-GOOGEX-000285**



CONFIDENTIAL

GOOG-PLAY-005029882

**USDOJ-GOOGEX-000286**



CONFIDENTIAL

GOOG-PLAY-005029883

| INTRO | 01 | 02 | 03 | ✅ | 04 | ✅ | 05 | 06 | 07 | ✅ | 08 | 09 | 10 | ✅ | ✔ |

Correct. The attorney-client privilege protects communications with a lawyer. So writing to dlawyercat is great. It is also okay to include others who "need to know" about the legal issue in order to do their job or help the lawyer give effective legal advice. So including the iteamlead also would have been okay.

Incorrect. If the intention is to create an attorney-client privileged email, it should be labeled that way. However, it's important to remember that the label alone will not make it privileged. The email must still meet the requirements of being addressed to an attorney, and it must be for the purposes of getting legal advice.

Correct. Echo has asked for legal advice.

To:    dlawyercat

Cc:

Bcc:

Subject:    Confidential, please help.

My team member, Wash, has concerns that gStroller has product safety issues. I'm not sure about the proper steps to take and need your advice on what to do here. May we meet to talk about this?

You must assemble the email correctly to get credit for this activity. Please try again.    ◀◀ Try Again

CONFIDENTIAL

GOOG-PLAY-005029884



CONFIDENTIAL

GOOG-PLAY-005029885



CONFIDENTIAL

GOOG-PLAY-005029686

INTRO   01   02   03   ☒   04   ☒   05   06   07   ☒   08   09   10   ☒   ✓

Correct. The attorney-client privilege protects communications with a lawyer. So writing to dlawyercat is great. But keep in mind that, in many countries, such as Mexico, Sweden, a number of countries in the European Union (and others), the privilege doesn't apply to in-house lawyers, only outside counsel. In other countries (such as China), the privilege may may not even be recognized at all.

It is also okay to include others who "need to know" about the legal issue in order to do their job or help the lawyer give effective legal advice. So including the iteamlead is also okay.

Correct. You intended to create an attorney-client privileged email and labeled it that way. However it's important to remember that the label alone will not make it privileged.

Correct. Echo has asked for legal advice. In addition, the email is being sent to an attorney, and the "attorney-client privilege" label is there.

To:      dlawyercat

Cc:

Bcc:

Subject:   ATTORNEY-CLIENT PRIVILEGED: Please help

My team member, Wash, has concerns that gStroller has product safety issues. I'm not sure about the proper steps to take and need your advice on what to do here. May we meet to talk about this?

Send the Email

CONFIDENTIAL

GOOG-PLAY-005029887

USDOJ-GOOGEX-000291



CONFIDENTIAL

GOOG-PLAY-005029888

**USDOJ-GOOGEX-000292**



CONFIDENTIAL

USDOJ-GOOGEX-000293



CONFIDENTIAL

GOOG-PLAY-005029890

USDOJ-GOOGEX-000294





**RULE 10** Think...Then Speak.

Your communications can have unintended consequences for you and the company. Think carefully before you speak publicly about anything related to Google. Understand that unless you're specifically authorized to speak on behalf of the company, you aren't. Even if it isn't your intent to speak on behalf of the company, your status as a Googler makes it likely that your communications will be attributed to Google anyway. Be careful out there.

**how to get approval**

**Shhhh...**

In addition to company policy, there are US regulations, like Regulation Fair Disclosure, or Reg FD, that govern the disclosure of material non-public information to those outside the company. In particular, improperly sharing facts and figures with friends and family that could be used to make investment decisions relating to Google could result in fines and other penalties for you and Google unless the information is made available to the general public at the same time.

**risky situations**

**Avoid Legalese and Uninformed Fault Finding**

Are you a lawyer? Are you responsible for drawing legal conclusions on Google's behalf? Do you have all the facts? Unless you answered "yes" to all three questions, avoid communications that conclude, or appear to conclude, that Google or Googlers are acting "illegally" or "negligently," have "violated a law," should or would be "liable" for anything, or otherwise convey legal meaning. Your conclusions could be incorrect and could hurt us.

**risky words**

What should I say instead?

CONFIDENTIAL

GOOG-PLAY-005029891

**USDOJ-GOOGEX-000295**



CONFIDENTIAL

GOOG-PLAY-005029892



CONFIDENTIAL

GOOG-PLAY-005029893

USDOJ-GOOGEX-000297



CONFIDENTIAL

GOOG-PLAY-005029894

USDOJ-GOOGEX-000298





CONFIDENTIAL

GOOG-PLAY-005029896

**USDOJ-GOOGEX-000300**



CONFIDENTIAL

GOOG-PLAY-005029897

**USDOJ-GOOGEX-000301**





CONFIDENTIAL

GOOG-PLAY-005029899

**USDOJ-GOOGEX-000303**





Click below to affirm that you have fully reviewed, understand and are responsible for applying the advice and guidelines provided in this training to your interactions, responsibilities, and work at and for Google.

Without this certification, this training will be marked incomplete.



CONFIDENTIAL

GOOG-PLAY-005029900