# EXHIBIT 7A
# FILED UNDER SEAL



Highly Confidential



Hi --

The U.S. House of Representatives Judiciary Committee, the Department of Justice Antitrust Division, and a coalition of state attorney generals have launched three separate investigations of Google's search and advertising products.  In particular, these government bodies are investigating alleged anticompetitive conduct pursuant to their respective authorities.

You have been identified as someone who might have information that is relevant to this matter and you are being placed on "legal hold."  This means you must keep (and not delete!) all relevant information as explained below.

Highly Confidential

GOOG-AT-MDL-C-000087450



Please do not use the following tools or messaging apps to discuss any topics covered by this legal hold:

- any third party tools or messaging apps; or
- any Google messaging apps (such as Chat, Hangouts, Duo) or Dogfood apps (if you must do so, please make sure the settings preserve the messages, such as switching to "history on" for Chat or Hangouts)



Highly Confidential

SLIPSHEET

# EXHIBIT 7B
# FILED UNDER SEAL



Highly Confidential

Hi --

As you likely know, the Department of Justice Antitrust Division ("DOJ"), and a coalition of state attorneys general have launched various investigations into potential anticompetitive conduct concerning Google's search and advertising products.  In October, the DOJ and eleven state attorneys general filed a suit alleging that Google monopolizes certain search and search advertising markets, and in December, 38 state attorneys general filed a suit with similar allegations.  Also in December, Texas and nine other state attorneys general filed suit alleging that Google monopolizes and engages in deceptive conduct with regard to display ad tech.  The DOJ and state attorneys general continue to investigate the company for certain potential anticompetitive conduct.

You have been identified as someone who might have information that is relevant to this matter and you are being placed on "legal hold."  This means you must keep (and not delete!) all relevant information as explained below.



Highly Confidential



Please do not use the following tools or messaging apps to discuss any topics covered by this legal hold:

- any third party tools or messaging apps; or
- any Google messaging apps (such as Chat, Hangouts, Duo) or Dogfood apps.  If you absolutely must do so, please make sure the settings preserve the messages, such as switching to "history on" for Chat or Hangouts.

GOOG-AT-MDL-C-000087454



Highly Confidential

SLIPSHEET

# EXHIBIT 7C
# FILED UNDER SEAL

We are reaching out to remind you that you are on one or more active legal holds. Please see below for a list of active matter names. ███████████

███████ You previously received detailed instructions when you were placed on legal hold. You can find the original legal hold notice in your email by searching for "legal hold" and the matter name, ███████████████████████



GOOG-AT-MDL-C-000087456

# EXHIBIT 7D
# FILED UNDER SEAL

SLIPSHEET

As you know, you're on a legal hold for at least one antitrust matter to which Google is responding.

So, we're writing to highlight three important points:

- **Google Chat**.  It's ok to use Google Chat for purely non-substantive things (e.g., "can you hop on a Hangout real quick?" "remind me again when you're ooo?"). However, for discussion of any topic covered by the legal hold, it's best to avoid Chat.  For these discussions, we recommend that you use email, and follow the usual rules of the road.  **If you need to use Google Chat to talk about topics covered by the litigation hold, then you need to go on the record to make sure that your communications will be preserved.**  This means actually switching your chat setting to "history on."  We know that's not everyday normal life at Google, and it may feel strange, but given the legal hold in this matter, it's important that we do it.  You should think of those chats the same way you think of email with regard to privilege — copy a lawyer, mark them as privileged, limit the distribution. If the person you're chatting with asks why you've turned on "on the record," you can tell them that you are on litigation hold.

GOOG-AT-MDL-C-000087457



Highly Confidential



Highly Confidential



Highly Confidential



Highly Confidential

GOOG-AT-MDL-C-000087461



Highly Confidential

GOOG-AT-MDL-C-000087462

Highly Confidential

GOOG-AT-MDL-C-000087463



Highly Confidential

Highly Confidential

GOOG-AT-MDL-C-000087465



Highly Confidential

GOOG-AT-MDL-C-000087466