# EXHIBIT 8
# FILED UNDER SEAL

Message

From: Aparna Pappu [apappu@google.com]
Sent: 4/4/2016 3:42:33 PM
To:

- **Aparna Pappu,** 2016-04-04 08:42:33

i removed ▓ as dotted line to me btw

- **Aparna Pappu,** 2016-04-04 08:42:36

so we avoid a circular loop

- ▓, 2016-04-04 08:43:16

cool

- **Aparna Pappu,** 2016-04-04 11:22:31

in summary appnexus == hot air?

- ▓, 2016-04-04 11:22:39

and is that surprising?

- ▓, 2016-04-04 11:22:42

not to me ☺

- **Aparna Pappu,** 2016-04-04 11:22:43

no

- ▓ 2016-04-04 11:22:50

as much as i like these things

- **Aparna Pappu,** 2016-04-04 11:22:50

but why do we need a deck

- ▓, 2016-04-04 11:22:55

this week is just not a good time for it

- ▓, 2016-04-04 11:23:03

well I assume she was asked to do this research

- **Aparna Pappu,** 2016-04-04 11:23:07

yeah

- ▓, 2016-04-04 11:23:49

promo + perf is killing me...

- **Aparna Pappu,** 2016-04-04 11:24:03

a little death is good now and then ☺

- ▓, 2016-04-04 11:24:10

you got it wrong

- **Aparna Pappu,** 2016-04-04 11:24:12

rebirth

- ▓, 2016-04-04 11:24:18

CONFIDENTIAL
GOOG-AT-MDL-B-004376995

it's what doesn't kill you makes you stronger

- ▇▇▇▇▇▇, 2016-04-04 11:24:20

what kills you... well that's it

- **Aparna Pappu**, 2016-04-04 11:24:35

remember i come from a land of no such thing as death

- **Aparna Pappu**, 2016-04-04 11:24:37

just rebirth

- ▇▇▇▇▇▇, 2016-04-04 11:24:47

well jews believe in that too

- ▇▇▇▇▇▇, 2016-04-04 11:24:48

i think

- ▇▇▇▇▇▇, 2016-04-04 11:24:50

but what do i know

- **Aparna Pappu**, 2016-04-04 11:25:04

if youre lucky higher life form if not sucks  and if you're really awesome vaporware

- ▇▇▇▇▇▇, 2016-04-04 11:25:28

it's these times of the year where everything is happening at the same time

- ▇▇▇▇▇▇, 2016-04-04 11:25:35

that make me want to move to Thailand and live off the land

- **Aparna Pappu**, 2016-04-04 11:25:46

hahaha

- ▇▇▇▇▇▇, 2016-04-04 11:26:06

i don't think there's enough coffee in the world to keep me focused

- ▇▇▇▇▇▇, 2016-04-04 11:26:16

gonna do a full spa day after all this calms down

- **Aparna Pappu**, 2016-04-04 11:26:35

korean?

- ▇▇▇▇▇▇, 2016-04-04 11:26:37

like day off, breakfast, rest, massage, rest, lunch, rest, more rest, dinner

- ▇▇▇▇▇▇, 2016-04-04 11:26:51

i actually don't know anything about spa's but i hear they're relaxing

- ▇▇▇▇▇▇, 2016-04-04 11:26:52

haha

- **Aparna Pappu**, 2016-04-04 11:26:59

korean spa so good

- **Aparna Pappu**, 2016-04-04 11:27:01

literally

- ▇▇▇▇▇▇, 2016-04-04 11:27:04

maybe i'll just take a day off and work out and try to do yoga or something

- **Aparna Pappu**, 2016-04-04 11:27:05

they take a scotch brite

- **Aparna Pappu**, 2016-04-04 11:27:11

and scrub a centimeter off you

- ▇▇▇▇▇, 2016-04-04 11:27:26

hahaha

- **Aparna Pappu**, 2016-04-04 11:27:33

the pain is so worth it

- ▇▇▇▇▇, 2016-04-04 11:27:38

i thought that's what the russian bathhouses do

- ▇▇▇▇▇, 2016-04-04 11:56:45

omg have you heard about the adx thing

- ▇▇▇▇▇, 2016-04-04 11:56:50

the lowering of floors

- ▇▇▇▇▇, 2016-04-04 11:56:58

i'm sick just thinking about it

- **Aparna Pappu**, 2016-04-04 11:57:54

?

- ▇▇▇▇▇, 2016-04-04 11:58:03

you really haven't heard of this?

- ▇▇▇▇▇, 2016-04-04 11:58:05

it's confidential

- ▇▇▇▇▇, 2016-04-04 11:58:10

so maybe best not to do this over chat

- **Aparna Pappu**, 2016-04-04 11:58:10

no

- **Aparna Pappu**, 2016-04-04 11:58:19

if its confidential

- **Aparna Pappu**, 2016-04-04 11:58:21

it is chat

- **Aparna Pappu**, 2016-04-04 11:58:22

no?

- ▇▇▇▇▇, 2016-04-04 11:58:30

it is chat?

- **Aparna Pappu**, 2016-04-04 11:58:38

as in this is OTR

- ▇▇▇▇▇, 2016-04-04 11:58:49

what&#39;s OTR? ☺

- **Aparna Pappu,** 2016-04-04 11:58:56

off the record

- ███████, 2016-04-04 11:59:31

oh

CONFIDENTIAL                                                                                                                  GOOG-AT-MDL-B-004376998