# EXHIBIT 10
# FILED UNDER SEAL

Message
_____

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** 10/25/2021 3:59:42 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** AAAAJcRkJw8-MBI-THREADED:IIQW4o8FbYc%%%2021-10-24T20:59:42.973199

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ October 25, 2021 at 3:59:42 PM UTC

Hi folks, GM just noticed history is on in this chat room - can we turn it off? Thanks

**Deleted on** April 18, 2023 at 3:59:42 PM UTC

Hi folks, GM just noticed history is on in this chat room - can we turn it off? Thanks

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ October 25, 2021 at 4:03:37 PM UTC

Seems like history is always on for threaded spaces: https://support.google.com/chat/answer/7659784?hl=en
https://support.google.com/chat/answer/7659784?hl=en

**Deleted on** April 18, 2023 at 4:03:37 PM UTC

Seems like history is always on for threaded spaces: https://support.google.com/chat/answer/7659784?hl=en
https://support.google.com/chat/answer/7659784?hl=en

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ October 25, 2021 at 4:04:39 PM UTC

Oh, did not know know that

**Deleted on** April 18, 2023 at 4:04:39 PM UTC

Oh, did not know know that

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ October 25, 2021 at 4:05:10 PM UTC

I would suggest everyone leave and let the room get cleaned up and move to a new nonthreaded space

**Deleted on** April 18, 2023 at 4:05:10 PM UTC

I would suggest everyone leave and let the room get cleaned up and move to a new nonthreaded space

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ October 25, 2021 at 4:05:12 PM UTC

Ah apparently the threading cannot be toggled either: b/169419853
https://b.corp.google.com/169419853

**Deleted on** April 18, 2023 at 4:05:12 PM UTC

Ah apparently the threading cannot be toggled either: b/169419853
https://b.corp.google.com/169419853

HIGHLY CONFIDENTIAL                                        GOOG-AT-MDL-B-004439510

██████████ October 25, 2021 at 4:05:23 PM UTC

That's what we did previously

**Deleted on** April 18, 2023 at 4:05:23 PM UTC

That's what we did previously

██████████ October 25, 2021 at 4:05:28 PM UTC

Yep, group conversation seems the best bet

**Deleted on** April 18, 2023 at 4:05:28 PM UTC

Yep, group conversation seems the best bet

██████████ October 25, 2021 at 4:05:35 PM UTC

Yeah

**Deleted on** April 18, 2023 at 4:05:35 PM UTC

Yeah

██████████ October 25, 2021 at 4:05:40 PM UTC

Sorry it's a pain

**Deleted on** April 18, 2023 at 4:05:40 PM UTC

Sorry it's a pain

██████████ October 25, 2021 at 4:05:44 PM UTC

But I think it's better

**Deleted on** April 18, 2023 at 4:05:44 PM UTC

But I think it's better

██████████ October 25, 2021 at 4:06:13 PM UTC

I didn't even know that space vs group chat was a thing

**Deleted on** April 18, 2023 at 4:06:13 PM UTC

I didn't even know that space vs group chat was a thing

██████████ October 25, 2021 at 4:09:41 PM UTC

Creating the group conv...

**Deleted on** April 18, 2023 at 4:09:41 PM UTC
Creating the group conv...

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004439512