# EXHIBIT 11
# FILED UNDER SEAL

**Message**

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Sent: | 9/7/2021 7:04:42 PM |
| To: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Subject: | AAAAiEIO4U8-MBI-FLAT:2021-09-07T00:04:42.516447 |

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:04:42.516Z

Last call to fill out this form for A1 schwag / Fun event kit for our summit next week

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:04:43.245Z

https://docs.google.com/forms/d/1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA/viewform?edit_requested=true

   o   https://drive.google.com/open?id=1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA
   o   https://docs.google.com/forms/d/1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA/viewform?edit_requested=true

- **Deleted on** 2021-09-07T19:55:31.748Z

https://docs.google.com/forms/d/1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA/viewform?edit_requested=true

   o   https://drive.google.com/open?id=1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA
   o   https://docs.google.com/forms/d/1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA/viewform?edit_requested=true

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:39:38.319Z

☺ and requested access

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:44:29.005Z

Me too!

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:44:31.178Z

☺

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:50:17.935Z

uh oh thats not good

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:50:56.957Z

ah I think my link is bad

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:50:59.900Z

can you try this

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:51:00.585Z

https://docs.google.com/forms/d/1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA/viewform

   o   https://docs.google.com/forms/d/1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA/viewform
   o   https://drive.google.com/open?id=1nU-BI-GceT45XN8le-44Av1fyrMaS2A7CgApL6uTFNA

- ▓▓▓▓▓▓▓▓▓▓ 2021-09-07T19:51:15.429Z

previous one had /edit_requested=true

- ▐▬▬▬▬▬▬▬▌ 2021-09-07T19:51:53.307Z

Ah I already filled that one out ☺

- ▐▬▬▬▬▬▬▬▌ 2021-09-07T19:53:30.046Z

or short link from ▐▬▬▌: https://forms.gle/9oPgcbGguNkMHqqY8

  o    https://forms.gle/9oPgcbGguNkMHqqY8

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T00:39:07.541Z

@▐▬▬▬▬▌ a heads up that I've moved the YT Channel RM KT postmortem review to next Wed in the signup sheet. The team spent most of today to finish recovering remaining lost data that's lower priority on the list (but critically for Coda's model training for a few clients). We just started an empty postmortem and wouldn't have time to make it presentable by tomorrow morning

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T00:41:05.488Z

Makes sense. What about talking about the last-name targeting incident through CM?

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T02:19:04.585Z

Sure that one is ready to go thru. @▐▬▬▬▬▌ wanna do a 15 minutes summary (+ latest updates) tomorrow?

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T02:34:37.499Z

By chance, does anyone in A1 read advertiser conversion data from logs like: gfstmp_adsapi.tmp_aw_tangle_api_adsapi_log ? This is for a privacy incident report one of our legal is looking at (if anyone is in fact reading this, please send an ACP email to elila@ to give her a heads up on use case.)

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T22:54:29.023Z

A question for anyone w/ relevant knowledge but I guess particularly for ▐▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▌

▐▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▌

▐▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▌

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T22:56:00.122Z

Hi Vic, let me double check and get back to you regarding 1.

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T22:56:58.850Z

▐▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▌

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T22:57:08.296Z

▐▬▬▬▬▬▬▬▌

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T22:57:12.312Z

▐▬▬▬▬▬▬▬▬▌

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T23:09:27.896Z

Just wanted to remind everyone that history is on in the chat.

- ▐▬▬▬▬▬▬▬▌ 2021-09-08T23:35:59.366Z

@▮▮

- ▮▮ 2021-09-08T23:38:54.311Z

▮▮

- ▮▮ 2021-09-09T01:29:20.967Z

Thanks @▮▮! Was out earlier and catching up. ▮▮

- ▮▮ 2021-09-09T01:32:30.591Z

▮▮

- ▮▮ 2021-09-09T01:33:33.375Z

@▮ shall we take to a smaller room?

- ▮▮ 2021-09-09T01:35:11.113Z

Sure, let me add you and ▮ to a room. Anyone else with relevant insights?

- ▮▮ 2021-09-09T01:47:06.087Z

@▮▮

- ▮▮ 2021-09-09T03:17:45.747Z

▮▮

▮▮

I ▮▮

- ▮▮ 2021-09-09T03:18:03.118Z

@▮▮ : ^

- **elenae@google.com** 2021-09-09T03:26:59.653Z

@▮▮ added you to the other chat room. We are converging to a simple plan on the smaller thread, but not all folks are online right now and it's not actually an after-hours fire. Let's keep details/proposals to the other thread where long term history is not on.

- ▮▮ 2021-09-09T03:37:48.454Z

Thanks @▮▮. @▮▮ let's continue the discussion in the separate chat room

- ▮▮ 2021-09-09T14:10:26.831Z

Updated room membership.

CONFIDENTIAL
GOOG-AT-MDL-012219361