# EXHIBIT 12
# FILED UNDER SEAL

**Message**

**From:** ▮
**Sent:** 9/4/2019 8:13:52 PM
**To:** ▮
▮
**Subject:** AAAAVSIoPPw-MBI-FLAT:2019-09-04T01:13:52.584687

---

▮   September 4, 2019 at 8:13:52 PM UTC

"DVAA today leverages 4M computing cores, costing $850M annually."

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
"DVAA today leverages 4M computing cores, costing $850M annually."

▮   September 4, 2019 at 8:13:55 PM UTC

wow!

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
wow!

▮   September 4, 2019 at 8:39:58 PM UTC

*Brave presents new RTB evidence, and has uncovered a mechanism by which Google appears to be circumventing its purported GDPR privacy protections.*

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
*Brave presents new RTB evidence, and has uncovered a mechanism by which Google appears to be circumventing its purported GDPR privacy protections.*

▮   September 4, 2019 at 8:40:07 PM UTC

@▮ - what have you done

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
@▮ - what have you done

▮   September 4, 2019 at 8:48:18 PM UTC

☹

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
☹

**[REDACTED]** September 4, 2019 at 8:48:46 PM UTC
Sometimes it feels like Johnny Ryan isn't incented to paint a fair picture of the ecosystem...

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
Sometimes it feels like Johnny Ryan isn't incented to paint a fair picture of the ecosystem...

**[REDACTED]** September 4, 2019 at 8:52:01 PM UTC
You mean _Dr._ Johnny Ryan?

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
You mean _Dr._ Johnny Ryan?

**[REDACTED]** September 4, 2019 at 8:57:04 PM UTC
So uh... **[REDACTED]**, did you take your "You said what!?" training this year?

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
So uh... **[REDACTED]**, did you take your "You said what!?" training this year?

**[REDACTED]** September 4, 2019 at 8:57:38 PM UTC
i think i'm overdue for the 1 year refresh training

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
i think i'm overdue for the 1 year refresh training

**[REDACTED]** September 4, 2019 at 8:58:48 PM UTC
this chat room is on the record

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
this chat room is on the record

**[REDACTED]** September 4, 2019 at 9:00:09 PM UTC
I would like to vocally disagree with the comments that have been expressed in this thread and distance myself from the conversation

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
I would like to vocally disagree with the comments that have been expressed in this thread and distance myself from the conversation

███████████████  September 4, 2019 at 9:01:12 PM UTC
according to the training ████, now you're supposed to leave the room

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
according to the training ████, now you're supposed to leave the room

███████████████  September 4, 2019 at 9:01:31 PM UTC
well it is 5:00...

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
well it is 5:00...

███████████████  September 4, 2019 at 9:01:34 PM UTC
see ya!

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
see ya!

███████████████  September 4, 2019 at 9:01:37 PM UTC
I too would like to distance myself from these comments. The comments made by certain individuals on this thread do not reflect the values and beliefs I and the entire Cloud organization stand for.

**Deleted on** May 13, 2020 at 10:46:16 AM UTC
I too would like to distance myself from these comments. The comments made by certain individuals on this thread do not reflect the values and beliefs I and the entire Cloud organization stand for.