# EXHIBIT 13
# FILED UNDER SEAL

**Message**

**From:** ▮
**Sent:** 8/11/2022 6:19:39 PM
**To:** ▮
**Subject:** AAAAtQihJOs-MBI-THREADED:N84nbynN8DA%%%2022-08-10T23:19:39.224671

- ▮ 2022-08-11T18:19:39.224Z

Pro tip: join this Google Group and your chat history defaults to on: https://groups.google.com/a/google.com/g/chat-history-default-on (it still gets deleted, just after a longer period of time than 24h)

  o https://groups.google.com/a/google.com/g/chat-history-default-on

- ▮ 2022-08-11T19:10:59.425Z

What is the chat history retention policy and is there a way to make it "forever"?

- ▮ 2022-08-11T19:30:16.882Z

https://support.google.com/info-gov/answer/9366391

History "on" means 30 days for 1:1 chats, and 18mo for group chats. The 30-day thing has bit me a few times unfortunately.

  o https://support.google.com/info-gov/answer/9366391

- ▮ 2022-08-11T19:31:10.693Z

*▮* (_2022-08-11 15:10:59, UTC-04:00_):
```
What is the chat history retention policy and is there a way to make it "forever"?
```

probably not a great idea for a public company unless you want to end up getting deposed alot

- ▮ 2022-08-11T19:32:01.032Z

  o https://c.tenor.com/ZZjvrAYKwkMAAAAC/deposition-suits.gif

- ▮ 2022-08-11T20:03:33.867Z

True true...

Thx ▮.

30 days is too soon for the 1-on-1 chat links/history but I've got in the habit of stashing the reference links off... part of the Noogler experience 😁 (having to ask -again- for that link someone shared a long time ago)