# EXHIBIT 15
# FILED UNDER SEAL

| Source | Privilege Log Number | Date | All Custodians | Email From/Author | Email To | Email CC | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| Volume 15A | GGPL-AT-000729334 | 5/23/2013 1:32 | Neal Mohan | | neal mohan <nmohan@google.com> | | Email seeking and containing legal advice of ▮ ESQ and ▮ ESQ regarding compliance with competition laws. | AC |
| Volume 15A | GGPL-AT-000729335 | 5/24/2013 2:22 | Scott Spencer | | scott spencer <scottspencer@google.com> | | Email containing legal advice of ▮ ESQ regarding legal aspects of product development. | AC |
| Volume 15A | GGPL-AT-000729342 | 5/24/2013 18:01 | Neal Mohan; Susan Wojcicki | neal mohan <nmohan@google.com> | | susan wojcicki <susan@google.com> | Email seeking, containing and revealing legal advice of Kent Walker ESQ regarding regulatory matters prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |
| Volume 13A | GGPL-AT-000679333 | 5/24/2013 18:09 | Neal Mohan; Susan Wojcicki | | neal mohan <nmohan@google.com> | susan wojcicki <susan@google.com> | Email seeking, containing and revealing legal advice of Kent Walker ESQ regarding regulatory matters prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |
| Volume 13A | GGPL-AT-000679334 | 5/24/2013 20:41 | Neal Mohan | | neal mohan <nmohan@google.com> | | Email containing legal advice of ▮ ESQ regarding antitrust investigation or proceeding prepared in anticipation of litigation. | AC;WP |
| Volume 13A | GGPL-AT-000679335 | 5/24/2013 21:04 | Neal Mohan | | neal mohan <nmohan@google.com> | | Email containing legal advice of ▮ ESQ regarding antitrust investigation or proceeding prepared in anticipation of litigation. | AC;WP |