# EXHIBIT 17
# FILED UNDER SEAL

# Freshfields Bruckhaus Deringer US LLP

**HIGHLY CONFIDENTIAL**

<u>Via Email</u>

Zeke DeRose III
The Lanier Law Firm, PC
Zeke.DeRose@lanierlawfirm.com

Geraldine Young
Marc B. Collier
Norton Rose Fulbright US LLP
geraldine.young@nortonrosefulbright.com
marc.collier@northrosefulbright.com

**New York**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
T +1 212 284 4910
F +1 646 521 5710
E rob.mccallum@freshfields.com
www.freshfields.com

August 29, 2024

Re:   *State of Texas et al. v. Google LLC*, No. 4:20-cv-957-SDJ (E.D. Tex.)

Counsel:

We write further to our letter dated July 10, 2024 which set forth, in Appendix A, the dates on which custodians in this action were placed on legal hold. Following a manual review, we recently identified that Appendix A mistakenly did not list in many instances the earliest date on which each custodian received a legal hold.

Appendix A to this letter contains a corrected chart that provides the earliest date on which a legal hold notice related to ad tech was issued to each custodian. For custodians who departed Google before they were placed on hold, Appendix A lists the date on which they were placed on hold.

Sincerely,

*/s/ Robert J. McCallum*

Robert J. McCallum

**Appendix A**

| Custodian Name | Date Originally Provided | Corrected Date |
|---|---|---|
|  | February 3, 2021 | February 3, 2021 |
|  | June 2, 2020 | June 2, 2020 |
|  | February 3, 2021 | February 3, 2021 |
|  | January 22, 2021 | August 6, 2020 |
|  | June 22, 2020 | June 23, 2020 |
|  | December 5, 2019 | December 5, 2019 |
|  | January 22, 2021 | March 5, 2020 |
|  | May 25, 2023 | May 25, 2023 |
|  | August 4, 2023 | August 4, 2023 |
|  | January 22, 2021 | March 5, 2020 |
| Jonathan Bellack | October 4, 2019 | October 4, 2019 |
| Brad Bender | October 4, 2019 | October 4, 2019 |
|  | January 18, 2023 | November 19, 2020 |
|  | September 20, 2022 | September 20, 2022 |
|  | January 22, 2021 | December 10, 2019 |
|  | January 22, 2021 | March 5, 2020 |
|  | October 4, 2019 | October 4, 2019 |
|  | January 22, 2021 | December 10, 2019 |
|  | February 3, 2021 | February 3, 2021 |
| Per Bjorke | January 29, 2020 | January 30, 2020 |
|  | June 22, 2020 | June 23, 2020 |
|  | May 25, 2023 | May 25, 2023 |
| Alejandro Borgia | September 20, 2023 | September 20, 2023 |
|  | January 22, 2021 | December 10, 2019 |
|  | January 22, 2021 | December 10, 2019 |
|  | March 26, 2024 | March 26, 2024 |
|  | August 4, 2023 | January 30, 2020 |
|  | August 4, 2023 | August 4, 2023 |
|  | February 3, 2021 | February 3, 2021 |

| Custodian Name | Date Originally Provided | Corrected Date |
|---|---|---|
| | January 22, 2021 | March 5, 2020 |
| | February 3, 2021 | February 3, 2021 |
| | January 22, 2021 | January 30, 2020 |
| | June 22, 2020 | June 22, 2020 |
| | June 12, 2023 | June 12, 2023 |
| | January 22, 2021 | December 10, 2019 |
| Sam Cox | October 4, 2019 | October 4, 2019 |
| | February 3, 2021 | February 3, 2021 |
| | September 20, 2022 | September 20, 2022 |
| | October 16, 2023 | February 13, 2020 |
| | January 18, 2023 | February 23, 2023 |
| | January 22, 2021 | December 10, 2019 |
| | January 22, 2021 | December 10, 2019 |
| | January 22, 2021 | December 10, 2019 |
| | January 22, 2021 | December 10, 2019 |
| | August 4, 2023 | August 4, 2023 |
| | August 4, 2023 | November 19, 2020 |
| | January 22, 2021 | December 10, 2019 |
| | January 22, 2021 | January 30, 2020 |
| | August 4, 2023 | August 4, 2023 |
| | February 3, 2021 | February 3, 2021 |
| | January 22, 2021 | June 23, 2020 |
| | January 22, 2021 | June 23, 2020 |
| | January 22, 2021 | March 5, 2020 |
| | June 22, 2020 | June 2, 2020 |
| | July 26, 2023 | July 26, 2023 |
| | February 3, 2021 | February 3, 2021 |
| | January 22, 2021 | June 23, 2020 |
| | January 22, 2021 | January 30, 2020 |
| | September 26, 2023 | September 25, 2023 |

| Custodian Name | Date Originally Provided | Corrected Date |
|---|---|---|
| ▓▓▓ | January 22, 2021 | January 30, 2020 |
| ▓▓▓ | October 4, 2019 | October 4, 2019 |
| ▓▓▓ | August 6, 2020 | August 6, 2020 |
| ▓▓▓ | January 29, 2021 | January 29, 2021 |
| ▓▓▓ | March 26, 2024 | April 4, 2024 |
| ▓▓▓ | March 26, 2024 | April 4, 2024 |
| ▓▓▓ | January 18, 2023 | February 23, 2023 |
| ▓▓▓ | October 4, 2019 | October 4, 2019 |
| ▓▓▓ | August 4, 2023 | November 19, 2020 |
| Nirmal Jayaram | January 22, 2021 | June 23, 2020 |
| ▓▓▓ | June 12, 2023 | June 12, 2023 |
| ▓▓▓ | January 22, 2021 | March 5, 2020 |
| ▓▓▓ | January 22, 2021 | March 5, 2020 |
| ▓▓▓ | February 21, 2020 | March 5, 2020 |
| ▓▓▓ | October 4, 2019 | October 4, 2019 |
| ▓▓▓ | August 4, 2023 | August 4, 2023 |
| ▓▓▓ | January 22, 2021 | December 10, 2019 |
| Woojin Kim | January 22, 2021 | June 23, 2020 |
| ▓▓▓ | January 22, 2021 | October 4, 2019 |
| ▓▓▓ | February 3, 2021 | February 3, 2021 |
| ▓▓▓ | May 25, 2023 | May 25, 2023 |
| ▓▓▓ | February 4, 2020 | February 4, 2020 |
| Nitish Korula | October 4, 2019 | October 4, 2019 |
| ▓▓▓ | February 10, 2021 | February 10, 2021 |
| ▓▓▓ | June 2, 2020 | June 2, 2020 |
| ▓▓▓ | January 22, 2021 | December 10, 2019 |
| ▓▓▓ | September 25, 2023 | September 25, 2023 |
| Chris LaSala | January 22, 2021 | October 4, 2019 |
| ▓▓▓ | January 22, 2021 | August 6, 2020 |
| George Levitte | January 22, 2021 | June 23, 2020 |
| ▓▓▓ | January 22, 2021 | June 23, 2020 |

| Custodian Name | Date Originally Provided | Corrected Date |
|---|---:|---:|
| Eisar Lipkovitz | June 22, 2020 | June 22, 2020 |
| | February 23, 2023 | July 12, 2021 |
| | January 22, 2021 | June 23, 2020 |
| | August 4, 2023 | August 4, 2023 |
| | January 22, 2021 | June 23, 2020 |
| | January 22, 2021 | March 5, 2020 |
| | July 26, 2023 | July 26, 2023 |
| | January 22, 2021 | March 5, 2020 |
| | February 3, 2021 | February 3, 2021 |
| | May 3, 2023 | July 12, 2021 |
| | January 22, 2021 | June 23, 2020 |
| Neal Mohan | April 27, 2023 | December 10, 2019 |
| Jessica Mok | February 23, 2023 | April 28, 2021 |
| | August 4, 2023 | August 4, 2023 |
| | January 22, 2021 | January 30, 2020 |
| | February 3, 2021 | February 3, 2021 |
| | March 8, 2021 | March 8, 2021 |
| | February 3, 2021 | June 23, 2020 |
| | July 26, 2023 | July 26, 2023 |
| | January 22, 2021 | June 23, 2020 |
| | June 14, 2023 | June 14, 2023 |
| | June 12, 2023 | June 12, 2023 |
| | January 22, 2021 | June 23, 2020 |
| | July 26, 2023 | July 26, 2023 |
| Aparna Pappu | January 22, 2021 | October 4, 2019 |
| | September 20, 2022 | September 20, 2022 |
| | January 22, 2021 | December 10, 2019 |
| | October 16, 2023 | October 16, 2023 |
| | January 22, 2021 | October 4, 2019 |
| | January 22, 2021 | December 20, 2019 |
| | March 26, 2024 | April 4, 2024 |

| Custodian Name | Date Originally Provided | Corrected Date |
|---|---|---|
| Sundar Pichai | October 4, 2019 | October 4, 2019 |
| | January 22, 2021 | January 30, 2020 |
| | February 3, 2021 | February 3, 2021 |
| | June 22, 2020 | June 23, 2020 |
| | October 4, 2019 | October 4, 2019 |
| | November 4, 2019 | November 4, 2019 |
| | February 3, 2021 | February 3, 2021 |
| | January 22, 2021 | June 23, 2020 |
| | May 23, 2023 | May 23, 2023 |
| | June 12, 2023 | April 28, 2021 |
| | January 12, 2022 | January 13, 2022 |
| | January 18, 2023 | February 23, 2023 |
| | January 22, 2021 | January 22, 2021 |
| | January 22, 2021 | March 5, 2020 |
| | January 22, 2021 | March 5, 2020 |
| | May 25, 2023 | November 19, 2020 |
| | August 4, 2023 | August 4, 2023 |
| | December 20, 2019 | January 30, 2020 |
| | March 8, 2021 | March 8, 2021 |
| | January 29, 2021 | January 29, 2021 |
| Philipp Schindler | October 4, 2019 | October 4, 2019 |
| | October 4, 2019 | October 4, 2019 |
| | January 22, 2021 | June 23, 2020 |
| | January 22, 2021 | July 14, 2020 |
| | January 22, 2021 | July 13, 2020 |
| Scott Sheffer | February 3, 2021 | December 10, 2019 |
| | January 22, 2021 | January 30, 2020 |
| | March 3, 2022 | March 3, 2022 |
| | May 23, 2023 | May 23, 2023 |
| | January 22, 2021 | December 10, 2019 |
| | January 22, 2021 | June 23, 2020 |

| Custodian Name | Date Originally Provided | Corrected Date |
|---|---|---|
| ▮ | January 22, 2021 | September 17, 2020 |
| ▮ | August 4, 2023 | August 4, 2023 |
| ▮ | January 22, 2021 | March 5, 2020 |
| ▮ | August 4, 2023 | November 19, 2020 |
| ▮ | June 12, 2023 | June 12, 2023 |
| Scott Spencer | January 22, 2021 | December 10, 2019 |
| ▮ | January 22, 2021 | March 5, 2020 |
| Rahul Srinivasan | January 22, 2021 | October 4, 2019 |
| ▮ | January 22, 2021 | December 10, 2019 |
| ▮ | October 4, 2019 | October 4, 2019 |
| ▮ | January 22, 2021 | January 30, 2020 |
| ▮ | January 22, 2021 | October 4, 2019 |
| ▮ | January 22, 2021 | January 30, 2020 |
| ▮ | June 12, 2023 | June 12, 2023 |
| ▮ | February 23, 2021 | February 3, 2021 |
| ▮ | January 22, 2021 | December 10, 2019 |
| ▮ | June 14, 2023 | June 14, 2023 |
| ▮ | February 3, 2021 | February 3, 2021 |
| ▮ | August 4, 2023 | August 4, 2023 |
| ▮ | January 22, 2021 | October 4, 2019 |
| ▮ | June 12, 2023 | June 12, 2023 |
| ▮ | June 12, 2023 | June 12, 2023 |
| ▮ | January 22, 2021 | March 5, 2020 |
| ▮ | January 22, 2021 | December 10, 2019 |
| ▮ | March 3, 2022 | March 3, 2022 |
| ▮ | January 22, 2021 | December 10, 2019 |
| ▮ | January 18, 2023 | January 18, 2023 |
| ▮ | May 25, 2023 | May 25, 2023 |
| ▮ | January 22, 2021 | December 10, 2019 |
| ▮ | February 3, 2021 | February 3, 2021 |
| ▮ | January 22, 2021 | July 14, 2020 |

| Custodian Name | Date Originally Provided | Corrected Date |
|---|---|---|
| ███ | January 22, 2021 | October 4, 2019 |
| ███ | January 22, 2021 | March 5, 2020 |
| ███ | January 22, 2021 | January 30, 2020 |
| Susan Wojcicki | October 4, 2019 | October 4, 2019 |
| ███ | October 4, 2019 | October 4, 2019 |