# EXHIBIT 18
# FILED UNDER SEAL

| Source | Privilege Log Number | Date | All Custodians | Email From/Author | Email To | Email CC | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| Volume 30 | GGPL-1010009884 | 7/29/2017 4:28 | ;Neal Mohan | | | | Draft memorandum prepared at the direction and revealing legal advice and work product of ESQ, ESQ and ESQ regarding competition and regulatory issues related to DFA, DFP and AdX Redirect, prepared in connection with FTC investigation and in anticipation of litigation. | AC;WP |