# EXHIBIT 19
# FILED UNDER SEAL

| Source | Privilege Log Number | Date | All Custodians | Email From/Author | Email To | Email CC | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| Volume 42 | GGPL-2210020836 | 8/1/2016 21:49 | | | | | Email containing legal advice of ▇▇▇ ESQ and ▇▇▇ ESQ regarding FTC investigation into alleged bid collusion on AdWords prepared in response to active regulatory investigation and in anticipation of litigation. | AC;WP |