# EXHIBIT 20
# FILED UNDER SEAL

| Source | Privilege Log Number | Date | All Custodians | Email From/Author | Email To | Email CC | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| Volume 37 | GGPL-1031909716 | 2/27/2015 5:02 | ▮ | ▮ | ▮ | ▮ | Email containing legal advice of ▮ ESQ regarding privacy and antitrust discussions with the FTC, and other regulatory issues. | AC |