# EXHIBIT 21
# FILED UNDER SEAL

| Source | Privilege Log Number | Date | All Custodians | Email From/Author | Email To | Email CC | Privilege Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| Volume 30 | GGPL-1061674960 | 2/19/2014 18:03 | | | | | Email seeking, containing, and revealing legal advice and work product of ▮ ESQ and ▮ ESQ regarding FTC Display investigation and prepared in anticipation of litigation. | AC;WP |
| Volume 30 | GGPL-1091157917 | 11/25/2014 17:46 | Neal Mohan; | | neal mohan <nmohan@google.com> | | Email seeking, containing and revealing legal advice and work product of ▮ ESQ and ▮ ESQ regarding legal aspects of AdX product development in connection with active FTC and EC regulatory investigations and in anticipation of litigation. | AC;WP |
| Volume 40 | GGPL-1061631979 | 12/2/2014 16:46 | | | | | Email seeking, containing, and revealing legal advice and work product of ▮ ESQ and ▮ ESQ regarding FTC DoubleClick investigation and prepared in anticipation of litigation. | AC;WP |