# EXHIBIT 22
# FILED UNDER SEAL

| Source | Privilege Log Number | Date | All Custodians | Email From/Author | Email To | Email CC | Privilege Description | Privilege Asserted |
|--------|---------------------|------|----------------|-------------------|----------|----------|----------------------|-------------------|
| Volume 40 | GGPL-1190482012 | 12/5/2018 2:49:00 PM | ▮ | ▮ | | | Draft Presentation revealing legal advice of ▮ ESQ and ▮ ESQ regarding legal aspects of competition strategy related to competition and FTC and State AG regulatory investigations prepared in anticipation of litigation. | AC;WP |