# EXHIBIT 23
# FILED UNDER SEAL



**From:**
**To:**

**Subject:** DoubleClick Media Clips 8.6.07
**Sent:** Mon, 6 Aug 2007 08:37:30 -0600

DoubleClick Coverage Report 8.6.07.doc

Good morning,

Leading the news today is a *Los Angeles Times* article on antitrust issues surrounding the Google/DoubleClick deal. The article points out that competitors and public interest groups, led by Microsoft, complained to federal officials that Google was on the verge of amassing too much power over Internet advertising and the trove of personal information that comes with it. The article provided background to the regulatory investigations by the FTC, European Commission and US Congressional hearings. In addition, the article cites recent industry mergers, references Google's policy counsel Pablo Chavez, Precursor's Scott Cleland and several congressional representatives who have commented on the deal.

Deal Book, a *New York Times* blog, covered the *Los Angeles Times* article and noted that opponents view the antitrust battle over the deal as a last-ditch effort to keep Google from achieving total dominance. The entry also included a quote by industry analyst Blair Levin who told the newspaper that competitors such as Microsoft are trying to take advantage of the lobbying edge they have over Google in Washington, where the search giant is viewed as a relative newcomer. "This is the first time where government actually holds the key to Google moving forward," Mr. Levin told The Times.

DM News and several blog postings included coverage of the Canadian Internet Policy & Public Interest Clinic (CIPPIC) application for an inquiry into the proposed Google/DoubleClick deal. One blog entry notes that it seems Google's $3.1 Billion controversy is another chapter in the PR battle over anti-trust and privacy issues. Precursor analyst Scott Cleland who recently developed a whitepaper on why the FTC will block the acquisition notes that the CIPPIC's filing raises similar concerns as the FTC and EC – evidence of momentum in the growing concern over the Google/DoubleClick deal. He writes, "I've done a lot of work on the facts surrounding this merger case and am very confident that the more authorities learn about the facts of the case -- the more concerned and troubled they will get about the profound and broad implications this merger portends for the future of the Internet business model for accessing content."

Lastly, the *New York Times* featured an article on Digitas chairman and chief executive David W. Kenny, profiling his method to reshaping the digital advertising strategy for the company. The article notes that the Publicis' digital plan can be viewed as a reaction to the changes in how consumers live and how it's a response to competition among Google, Yahoo and Microsoft. The article also cites that Publicis is trying to carve out a niche as a middleman between those online giants and the consumer brand companies that buy advertising.

Attached is a full coverage report for your review.

Best,

HIGHLY CONFIDENTIAL

GOOG-TEX-00803477

▇▇▇▇▇▇▇
Account Executive
Ogilvy Public Relations Worldwide
WorldWide Plaza
825 Eighth Avenue
New York, NY 10019
▇▇▇▇▇▇▇

HIGHLY CONFIDENTIAL

GOOG-TEX-00803478