# EXHIBIT 25
# FILED UNDER SEAL

| | |
|---|---|
| **Message** | |
| **From:** | ▮ |
| **Sent:** | 9/9/2019 2:05:07 PM |
| **To:** | ▮; Kent Walker [kwalker@google.com]; ▮ |
| **Subject:** | Fwd: CID to Alphabet Inc. |
| **Attachments:** | 2019-09-09 CID cover letter to Alphabet.pdf; 2019-09-09 CID to Alphabet.pdf |

Hot off the presses . . .

---------- Forwarded message ---------
From: **Ashton, David** <David.Ashton@oag.texas.gov>
Date: Mon, Sep 9, 2019 at 10:02 AM
Subject: CID to Alphabet Inc.
To: ▮
Cc: VanWinkle, Kim <Kim.VanWinkle@oag.texas.gov>, Grimmer, Nick <Nick.Grimmer@oag.texas.gov>, Peterson, Eric <Eric.Peterson@oag.texas.gov>

Mr. ▮:

Good Morning. Attached are copies of a Civil Investigative Demand issued to Alphabet Inc. today and its accompanying cover letter.

Regards,

David

David M. Ashton
Assistant Attorney General | Antitrust Division
Office of the Texas Attorney General
300 W. 15th Street, 7th Floor
Austin, Texas 78701
(512) 936-1781
david.ashton@oag.texas.gov | www.texasattorneygeneral.gov

--
▮ | Google LLC
25 Massachusetts Avenue | NW | 9th Floor
Washington | DC | 20001 | 202.346.1282

This message and any attached documents contain information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

HIGHLY CONFIDENTIAL TREATMENT REQUESTED                                     GOOG-NE-11319529