# EXHIBIT 27
# FILED UNDER SEAL

## Message

**From:** apappu@google.com [apappu@google.com]
**Sent:** 9/16/2019 2:41:42 PM
**To:** apappu@google.com; bahman@google.com; sagnik@google.com
**Subject:** AAAACIPEHao-4P--NjxXoek

- **apappu@google.com** 2019-09-16T14:41:42.247Z

So ABCs it turns out vegas is not vegas. Chat in it's infinite wisdom does _not_ have a history off option for rooms. That's right. Everything kept forever or until garbage collected which I think for rooms with no activity is 28 days? Nope I lied, it's forever

- **apappu@google.com** 2019-09-16T14:42:28.605Z

We need to go thru a convoluted set of steps to make a history off group chat in old classic hangouts and then use that here - that's the only way

- **apappu@google.com** 2019-09-16T14:42:33.250Z

Chris want to do the honours?

- **bahman@google.com** 2019-09-30T16:49:15.189Z

Promo related reviews done. Whoo. Whoo?

- **bahman@google.com** 2019-09-30T16:50:40.741Z

3/14 peers are YT-side. 1/12 promo related peers are YT-side.

- **bahman@google.com** 2019-09-30T16:50:49.564Z

It will be weird if that holds up another cycle.

- **sagnik@google.com** 2019-09-30T17:08:59.562Z

33/35 done. One strange one got added last night. Otherwise would be just one left

- **bahman@google.com** 2019-09-30T17:25:10.182Z

I got 7 lengthy emails last week from an individual I have not worked with in 6 months. "New information to add to your peer review".

- **bahman@google.com** 2019-09-30T17:25:12.006Z

No.

- **sagnik@google.com** 2019-09-30T20:41:12.968Z

1 left - but bought some breathing room for it till tomorrow

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-018279549