# EXHIBIT 28
# FILED UNDER SEAL

**Message**

**From:**
**Sent:** 9/18/2019 6:42:24 PM
**To:**

- ███████ 2019-09-18 11:42:24

In-light of the recent DOJ and House commitee stuff, I wanted to see something with you all on our DV3 strategy.... Nick flagged this separately as feedback he got from folks at DMExco who expressed concern with DV3 growing share of spend going to Google Inventory...

- ███████ 2019-09-18 11:44:39

I don&#39;t think our strategy (stated iwth sales or go to market) is to actively &quot;direct&quot; spend anywhere. but we have started to say that in some decks. In reality, our strategy is to win share in a tool that makes it possible to manage as much media as possible *adjacent* to our media and for our media to capture spend. It&#39;s a nuance, but it puts onus on the media products to earn share we tee up versus us direct it.

- ███████ 2019-09-18 11:45:38

I agree with that - is this a suggestion that we change the way we state this in decks/content so its more clearly this?

- ███████ 2019-09-18 11:46:00

We believe that if we can manage a clients spend; then it will more easily be spent on Google media where google media out performs the rest

- ███████ 2019-09-18 11:52:25

yeah, the suggestion is to mke sure our decks don&#39;t indicate we wish to &quot;direct spend&quot; or &quot;redirect spend&quot; but instead &quot;we manage media in a single tool where Google can more easily capture share when it out performs&quot;

- ███████ 2019-09-18 11:53:02

<a href="https://www.google.com/url?q=https://docs.google.com/presentation/d/1WCZJOA-0W2efReDdQ1Zh0pyf6dQ-hBtRiZBtXtkbpWg/edit%23slide%3Did.g600224b6fc_0_113&amp;sa=D&amp;source=hangouts&amp;ust=1568919182875000&amp;usg=AFQjCNFtW62AHNlJu1BpEHddurkogLFlHQ">https://docs.google.com/presentation/d/1WCZJOA-0W2efReDdQ1Zh0pyf6dQ-hBtRiZBtXtkbpWg/edit#slide=id.g600224b6fc_0_113</a>

- ███████ 2019-09-18 11:53:09

do you take issue with the framing on slide 3

- ███████ 2019-09-18 11:53:11

&quot;influence spend&quot;

- ███████ 2019-09-18 13:01:04

this is a great point to raise Sam. I think we&#39;ve been pretty blatant in various forms around abandoning the &quot;inventory aganosticism&quot; of our platform

- ███████ 2019-09-18 13:01:19

we should dial that back

- ███████ 2019-09-18 13:01:51

maybe we should discuss this off-the-record, i think there&#39;s a lot to unpack here

- ███████ 2019-09-18 13:03:16

i mean honestly, the strategy is the strategy



EXHIBIT 60
WIT:
DATE: 4-5-24
Marie Foley, RMR, CRR

HIGHLY CONFIDENTIAL TREATMENT REQUESTED                    GOOG-NE-12976885

- ▮▮▮ 2019-09-18 13:03:20

whether we call it something else

- ▮▮▮ 2019-09-18 13:03:29

we are trying to influence spend

- ▮▮▮ 2019-09-18 13:03:35

but in a way that is advertisers ROI positive

- ▮▮▮ 2019-09-18 13:05:09

i think there are different flavors here

- ▮▮▮ 2019-09-18 13:05:23

there are things we should be doing to optimize overall performance, that will shift towards AdX since often we're the best performing

- ▮▮▮ 2019-09-18 13:05:45

but there are other times where the product is more subtle, and potentially confusing - for example, applying audiences resulting in 3P audiences being excluded

- ▮▮▮ 2019-09-18 13:09:36

this is the discussion we need to have. ▮▮▮ - my concern is that our strategy is our strategy, but the way we talk about it matters. we can talk about it with nuance based on familiarity over years and years. but when it lands in the hands of execs who dont know the nuance or worse - regulators - the nuance really matters

- ▮▮▮ 2019-09-18 13:16:10

+1 ▮

- ▮▮▮ 2019-09-18 13:20:26

yes you guys are right

- ▮▮▮ 2019-09-18 13:20:34

the way our strategy gets talked about is important

- ▮▮▮ 2019-09-18 13:20:47

and i would never want our internal decks to be the marketing/PR comms

- ▮▮▮ 2019-09-18 13:20:51

should we include legal in some of these conversations, for guidance as well as the ability to mark things priviledged?

- ▮▮▮ 2019-09-18 13:21:00

yes

- ▮▮▮ 2019-09-18 13:21:20

I think we can ask ▮▮ if ▮▮▮ can carve out their time for this effort

- ▮▮▮ 2019-09-18 13:21:29

btw, i've been asking around for who's actually looking into these questions from the house

- ▮▮▮ 2019-09-18 13:21:40

they ask things like why isn't yt available for 3P dsps

- ▮▮▮ 2019-09-18 13:21:48

haven't been able to get an answer yet

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-12976886

- █████ 2019-09-18 13:22:16

Wait did Brian O Kelly get elected to congress?

- █████ 2019-09-18 13:22:19

☐

- █████ 2019-09-18 13:22:24

lol

- █████ 2019-09-18 13:22:37

guys, pay attention! ☐

- █████ 2019-09-18 13:23:28

ha

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-12976887