# EXHIBIT 32
# FILED UNDER SEAL

Message
_____

From:        Chris LaSala [chrisl@google.com]
Sent:        8/31/2020 6:23:29 PM
To:          Nitish Korula [nitish@google.com]

- **Chris LaSala**, 2020-08-31 11:23:29

why wouldn&#39;t Google ads buy more via 3Ps?

- **Nitish Korula**, 2020-08-31 11:27:06

A big factor is that performance is really better on platform

- **Nitish Korula**, 2020-08-31 11:27:16

And that they know it&#39;s a fair auction, etc

- **Chris LaSala**, 2020-08-31 11:27:20

then we are safe!

- **Nitish Korula**, 2020-08-31 11:27:44

But of course we don&#39;t have all the inventory

- **Nitish Korula**, 2020-08-31 11:27:46

Hence Yavin, etf.

- **Nitish Korula**, 2020-08-31 11:27:53

But I do think AWBid will increase spend

- **Chris LaSala**, 2020-08-31 11:30:14

i live in a state of paranoia that the revenue from OA shrinks

- **Chris LaSala**, 2020-08-31 11:30:19

it keeps growing

- **Chris LaSala**, 2020-08-31 11:30:26

so i should probably stop worrying

- **Nitish Korula**, 2020-08-31 11:32:55

No, I&#39;m also a little paranoid about this

- **Nitish Korula**, 2020-08-31 11:33:18

Particularly given privacy and regulatory changes

- **Chris LaSala**, 2020-08-31 11:33:22

yes

- **Chris LaSala**, 2020-08-31 11:33:30

i guess i&#39;m saying that i love the focus on platform

- **Chris LaSala**, 2020-08-31 11:33:51

and i think that GDA should be able to do the same - buy wherever they want to maximize advertiser value

- **Chris LaSala**, 2020-08-31 11:34:00

and if it so happens, AM gets most of it, great

- **Nitish Korula**, 2020-08-31 11:34:28

CONFIDENTIAL

GOOG-AT-MDL-004074544

So I think that&#39;s mostly true

- **Nitish Korula**, `2020-08-31 11:34:45`

One question for Sissie, though, is the extent to which these businesses start to conflict

- **Nitish Korula**, `2020-08-31 11:35:10`

For example, should GDA buy directly via HB on an Ad Manager publisher?

- **Nitish Korula**, `2020-08-31 11:35:34`

I would argue no

- **Nitish Korula**, `2020-08-31 11:35:53`

But if there&#39;s a large publisher we don&#39;t have on Ad Manager, and they want to buy it, they totally should!

- **Nitish Korula**, `2020-08-31 11:36:08`

(Of course, generally GDA advertisers don&#39;t want or care about buying specific publishers.)

- **Nitish Korula**, `2020-08-31 11:37:04`

But DV3 advertisers do, which is partly why DV3 already does it more

- **Chris LaSala**, `2020-08-31 11:37:37`

or, to be more controversial

- **Chris LaSala**, `2020-08-31 11:37:49`

should GDA buy via HB on pubs where we do have an AdManger relationship

- **Chris LaSala**, `2020-08-31 11:37:52`

to save 20%

- **Nitish Korula**, `2020-08-31 11:38:21`

But it won&#39;t be 20%, because they don&#39;t have a fixed AWBid margin

- **Nitish Korula**, `2020-08-31 11:38:31`

We should probably have this conversation with legal

- **Chris LaSala**, `2020-08-31 11:38:38`

yup

- **Chris LaSala**, `2020-08-31 11:38:40`

ok

- **Chris LaSala**, `2020-08-31 11:38:42`

more later

- **Nitish Korula**, `2020-08-31 11:38:42`

(As they also don&#39;t have a fixed margin when they buy on us)

- **Nitish Korula**, `2020-08-31 11:39:00`

But in general, I&#39;m supportive of the idea of these businesses optimizing independently

- **Nitish Korula**, `2020-08-31 11:39:07`

for their respective clients

- **Chris LaSala**, `2020-08-31 11:39:14`

yes

CONFIDENTIAL

GOOG-AT-MDL-004074545

- **Chris LaSala**, `2020-08-31 11:39:16`

that is my point

- **Nitish Korula**, `2020-08-31 11:39:17`

Which there will also be regulatory pressure for

- **Chris LaSala**, `2020-08-31 11:39:19`

that is what we should be doing

- **Nitish Korula**, `2020-08-31 11:39:29`

But what I think people (particularly regulators) don&#39;t realize is the extent to which this *already* happens

- **Nitish Korula**, `2020-08-31 11:39:36`

The perception is different from the reality

- **Nitish Korula**, `2020-08-31 11:40:07`

For example, when DV3 started bidding more intelligently and optimizing ROI for advertisers, it resulted in a massive shift in spend to AdD

- **Nitish Korula**, `2020-08-31 11:40:08`

AdX

- **Nitish Korula**, `2020-08-31 11:40:21`

They had basically been overpaying for a lot of stuff

- **Nitish Korula**, `2020-08-31 11:41:33`

We see something similar on-platform vs. off-platform for apps

- **Nitish Korula**, `2020-08-31 11:41:49`

CPD for advertisers is much better for AdMob on-platform publishers than off-platform publishers

- **Nitish Korula**, `2020-08-31 11:42:02`

CPD = Conversions per Dollar (ROI)

- **Chris LaSala**, `2020-08-31 11:43:37`

that is very good

CONFIDENTIAL

GOOG-AT-MDL-004074546