IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | | |
| *Defendant.* | | |

**DEFENDANT GOOGLE LLC'S REDACTED OPPOSITION TO PLAINTIFFS'
MOTION FOR SANCTIONS AND SUPPORTING MATERIALS**

Pursuant to its Motion to Seal filed on January 6, 2024 (ECF No. 756), Defendant Google LLC ("Google") respectfully submits a redacted version of its Opposition to Plaintiffs' Motion for Sanctions (ECF No. 757), with all attached exhibits, which were filed under seal on January 6, 2024.

Dated: January 13, 2024

Respectfully submitted,

*/s/ Eric Mahr*
Eric Mahr (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

Robert J. McCallum (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Tel.: (212) 284 4910
rob.mccallum@freshfields.com

Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

*Attorneys for Google LLC*

## CERTIFICATE OF SERVICE

I certify that on January 13, 2024, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ *Eric Mahr*