# APPENDIX A

## APPENDIX A: TIMELINE OF ALLEGEDLY DECEPTIVE OR ANTICOMPETITIVE CONDUCT [1]



---

[1] The dates used in this timeline are drawn from Plaintiffs' allegations, ECF 1, ECF 541, the State of Texas' CID, ECF 693-23, and the assertions made by Plaintiffs' experts in their Reports dated June 7, 2024–namely, the Report of Prof. Jacob Hochstetler ("Hochstetler"); the Report of Prof. Joshua Gans ("Gans"); and the Report of Prof. Parag Pathak ("Pathak"). Google does not agree that these dates are precisely correct.