# APPENDIX B

# REDACTED

# APPENDIX B

**Deposition Excerpts Showing Chat Usage for Non-Substantive Communication**

| Google Employee Deposition | Excerpt of Testimony (with Objections Omitted) |
|---|---|
| ▮▮▮▮▮ (2023.11.04) at Tr. 229:9-14 | I use chat for the situation that I described, that, okay, I'm late in the meeting, or where should we go for lunch, and those things. |
| ▮▮▮▮▮ (2024.04.01) at Tr. 35:6-19 | Q. Now, while you were on the gTrade team communicating with other coworkers via the Chats, would you discuss about any auction projects that you were working on?<br>A. Usually, no.<br>Q. What do you mean by "Usually, no"?<br>A. We -- we usually use Chat to meet to discuss the projects.<br>Q. Okay. So you mainly just used Chats to set up meetings to discuss?<br>A. Yes. |
| ▮▮▮▮▮ (2024.05.01) at Tr. 322:15-323:20 | Q. How many other group chats are you a participant in?<br>A. Quite a -- quite a few.<br>Q. Approximately how many is "quite a few"?<br>A. Seven or eight, maybe even nine or ten.<br>Q. And what are those chats?<br>A. I can name a few. We have [an] exchange leads check group, which is just the leaders in the exchange team. We have an all-hands chat group, which is all the team members within the exchange team. We have a sell-side chat group, which is all of sell-side. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. So Google likes chat groups. There's quite a bit of chat groups.<br>Q. And are all those similar to the GPL chat in that they are running chats?<br>A. Yes. They are chats that just are available in the event that people want to comment on any topic. We have created a very specific GPL unplugged where you can share photos of your children and everything else, which you get tons of chats from there on a daily basis. |
| LaSala, Chris (2023.08.16) at Tr. 388:20-23 | So once I got guidance from counsel, I just changed my behavior. And then Chat became, like, meeting schedules or it was more just admin work. |
| ▮▮▮▮▮ (2024.05.01) at | Q. And did your team also use Google Chat to |

1

| Google Employee Deposition | Excerpt of Testimony (with Objections Omitted) |
|---|---|
| Tr. 307:21-308:16 | communicate?<br>A. Sometimes.<br>Q. How often is sometimes?<br>A. I think that's rare between work, especially at the time on AdX. Most of the communication is done either face-to-face or through documents, e-mails.<br>Q. And why was that?<br>A. Chat not reliable or too hard to type.<br>Q. Well, you had to type for an e-mail too, so...<br>A. Okay. What I mean, it's -- it doesn't give you bullet points at a time. It's hard to write long e-mails in a chat. Most of the chat conversation was on the short side, like, let's go to lunch or something.<br>Q. Okay. Was there a group chat for your team?<br>A. I don't think so. |
| Lipkovitz, Eisar (2023.11.09) at Tr. 308:16-21 | I know for a fact that I did not use chat much for anything work-related that is -- like discussions like that. It's more to find a person and, you know, to just -- a very different kind of interaction. |
| ▮ (2024.05.02) at Tr. 125:16-21 | Google Chat is the -- is the most immediate of the communication tools that I use in the conduct of my work, and so it's often used for urgent matters like logistics, like organizing a meeting or asking people if they're going to show up for [a] meeting and that sort of thing. |
| Pichai, Sundar (2024.08.30) at Tr. 33:21-34:3 | I have primarily used Chat for coordinating meetings, a quick ping to ask someone to follow up on stuff. I definitely understand my obligations regarding litigation holds, so I don't discuss any matters which are covered by litigation holds or in general any substantive business communications in Chat. |
| Pichai, Sundar (2024.08.30) at Tr. 41:3-7 | I did not use [Chat] for substantive business communications in general, and I definitely did not use it for any subject matters which were covered by litigation holds. |
| ▮ (2024.06.25) at Tr. 154:4-9 | Q. Did you use chats to communicate with your colleagues often?<br>A. Internally that would be a very common form to quickly align faster than emails. If it was really important matters, then usually you would use email, but if you just want to chat then you use chat. |
| Sheffer, Scott (2021.07.20) at Tr. 24:5-13 | [W]hen I communicate over chat, it's mostly, hey, can you jump into this meeting, or are you going to make it on time |

| Google Employee Deposition | Excerpt of Testimony (with Objections Omitted) |
|---|---|
|  | to the next meeting, or something like that. So I don't recall talking about business issues via chat. That's something that we do in either a live Hangout or via e-mail or via documents or something like that. |
| ▓▓▓▓▓▓ (2023.11.16) at Tr. 243:5-247:22 | Q. How often do you use chats for work purposes?<br>A. We use chat to send, like, one-line messages. We don't use chat for material work discussions. It's usually like, Hey, are you coming to this meeting? Here is the link to the document. Things like that.<br>[...]<br>A. I use chats on a daily basis to send one- or two-line messages to people mostly about logistics.<br>Q. By "logistics," what do you mean?<br>A. "Are you coming to this meeting?" "Have you looked at this document?" "Have you followed up on this ticket?" "Let's go to lunch."<br>[...]<br>Q. Sure. Have you ever used chats to discuss work issues beyond just things like the logistics of whether someone is going to a meeting?<br>A. We would sometimes discuss more like personal questions like HR-related, how someone is doing, you know, what do you think of someone, while, you know, something is presented on the screen.<br>Q. Are there any other subjects you would discuss using work chats?<br>A. Usually not.<br>Q. Would you ever use chats to discuss what you think of a presentation that you're seeing?<br>A. It's much easier to comment on content of the presentation inside of the presentation, because you can highlight specifically which message you have an opinion on. So it's not common to talk about the presentation, like, outside of the presentation.<br>. . .<br>Q. Are there sometimes where you would use chats at work to discuss a presentation?<br>A. Yes, sometimes.<br>Q. Do you remember what those presentations were about?<br>A. It's common to discuss when, you know, we do, like, performance evaluations, you know, like someone has done a good job, I would say, sure, that someone is doing a good job. I actually disagree with this. You know, then we would reintroduce the discussion in the open forum.<br>Q. Are there any other messaging systems that you use for work? |

| Google Employee Deposition | Excerpt of Testimony (with Objections Omitted) |
|---|---|
|  | A. No. I mean, e-mail.<br>Q. . . . Would you ever use chat to discuss DFP?<br>A. Not that I remember.<br>Q. Would you ever use chat to discuss AdX?<br>A. Similar answer, not that I remember. |
| ▮▮▮▮ (2024.04.29) at Tr. 186:9-16 | Q. What was the difference between when you would use Google Chat and when you would use e-mail?<br>A. Google Chat was for something quick, in between meetings. An e-mail is for something that was a bit longer, more in-depth.<br>Q. More formal?<br>A. It could be, yes. |
| ▮▮▮▮ (2024.04.30) at Tr. 309:9-310:21 | Q. Do you communicate with your team using Google Chat?<br>A. Only logistical information and to point them to something. Not -- nothing material in terms of, like, things they need to read or hang on to. We tend to use e-mail for that, or Documents.<br>Q. But you do talk about work?<br>A. Sure. An example would be, reminder, we have a team meeting tomorrow, does anyone have any topics. Logistic-type of information.<br>Q. You had some conversations that were more substantive than that, wouldn't you say?<br>A. At times, it's likely we have conversations that were more substantive than what I -- the example that I gave, yes.<br>Q. Have you ever discussed issues about this case on Chat?<br>A. I can't come up with a specific example of discussing this case on Chat unless it were related to logistics with counsel.<br>Q. Have you ever discussed the DOJ ad tech investigation by Chat?<br>A. Same answer. Logistic information at best. Or in the situation of, you know, if we were going to publish a news article, a Chat with the PR team on getting together to talk about it, so on. But largely I don't use Chat for really substantive things, other than getting ready to talk about something more substantive. |
| ▮▮▮▮ (2024.04.05) at Tr. 249:12-13 | I don't consider Chat to be the way in which I conduct business. |
| ▮▮▮▮ (2024.05.02) at Tr. 232:19-232:25 | Google Chat is not a venue that we use to discuss market share. Google Chat is a venue we use for quick conversations about preparing for things and navigating operational questions with how we go about our daily jobs. |