# APPENDIX C

# APPENDIX C

## State Plaintiffs' Litigation Hold Dates

| State Plaintiff | Hold Notice Issued? | Source |
|---|---|---|
| Alaska | Yes (May 31, 2023) | Ex. 12 at 3 |
| Arkansas | Informal hold issued (date unclear) | Ex. 12 at 4[1] |
| Florida | No hold issued | Ex. 12 at 4 |
| Idaho | Informal hold issued (April/May 2023) | Ex. 22 at 153:13-18 |
| Indiana | No hold issued | Ex. 12 at 6 |
| Kentucky | No hold issued | Ex. 12 at 6-7 |
| Louisiana | No hold issued | Ex. 29 at 6-7 |
| Mississippi | No hold issued | Confirmed by Mississippi at a meet and confer on December 16, 2024. |
| Missouri | No hold issued | Ex. 12 at 7 |
| Montana | No hold issued | Ex. 12 at 7-8 |
| Nevada | No hold issued | Ex. 12 at 8 |
| North Dakota | Yes (February 25, 2021) | Ex. 12 at 8 |
| Puerto Rico | No hold issued | Ex. 12 at 9 |
| South Carolina | Yes (June 17, 2021) | Ex. 29 at 9 |
| South Dakota | No hold issued | Ex. 12 at 10 |
| Texas | No hold issued | Ex. 29 at 9-10 |
| Utah | No hold issued | Ex. 30 |

---

[1] Arkansas did not issue a formal litigation hold notice but has confirmed that, "[w]hen it became apparent that Google believed the records to be relevant, counsel for Arkansas contacted the custodian of the records relating to the state's use of Ad Tech and instructed the custodian to retain all such records." Ex. 12 at 4.