# EXHIBIT 6

# Google Chat Retention Policy

Policy last modified: November 18, 2020

Page last modified: February 25, 2022

Our Google Chat retention policy aims to reduce redundant, obsolete, and trivial information in corporate chats. By helping us all focus on our most meaningful and useful messages, we can reduce time spent sifting through irrelevant old messages and reduce storage costs.

## Retention Periods

A chat message remains in your view for the following periods (based on sent date), after which it's automatically removed:

- **24 hours** if history is off. (This is a static Google Chat product behavior that applies to all users and companies equally, rather than an Alphabet-specific policy.)
- **30 days** for history-on chats with just one one other person
- **18 months** for history-on chats in group conversations, flat spaces, and threaded spaces
  - Exception: *30 days* for a history-on flat space created within classic Hangouts before 11/18/20
  - For flat spaces (where it is possible to reply in-line to messages), the entire thread is removed from view based on when the <u>first</u> message in the thread was sent. (This is a static Google Chat product behavior that applies to all users and companies equally, rather than an Alphabet-specific policy.) For example, if the first message in a history-on thread was sent 17 months ago and a new reply is sent today, then the entire thread (including the message sent today) will be deleted 1 month from today (i.e., 18-month lifespan for the thread).
  - For group conversations and threaded spaces, each history-on message is individually removed 18 months after it was sent. (This is static product behavior.)
  - For threaded spaces, history is always on and can't be turned off. (This is static product behavior.)

  **NOTE:** Turning history "on" or "off" applies only to messages sent after that change. For example, if you send or receive messages while history is "off" and then you turn it "on," the pre-existing messages will only be retained for 24 hours.

  **NOTE:** Once a chat's retention period expires and it's removed from your view, it can't be recovered back into your view.

## Business Records

If your role involves data that is potentially subject to different or longer retention periods (for example, private user data or tax records), consider taking information like this off of Chat into Gmail (Gmail Retention Policy), Google Docs, or another storage system. If you aren't sure whether the data you're handling should be stored outside of Chat for a different retention period, reach out to your manager or product counsel (go/whichlawyer). Otherwise, feel free to reach out to us at records-retention@google.com for more general data retention questions.

## Legal Holds

If you've been notified that you're subject to a "legal hold": To comply with our preservation obligations, your Google Chat messages described below will be preserved automatically (all retention periods are paused) while the relevant matter is pending.

- On-the-record 1:1s, Group DMs, and flat space messages you've sent or received
- Threaded space conversations in which you've participated (i.e., sent a message, not just received)

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-009709506

Please refer to and always adhere to the instructions provided in your legal-hold notice.

Once all applicable legal holds have been lifted, the retention periods will take effect again and remove expired messages.

## Policy Scope

This policy applies to corporate Google Chat only. It applies to all employees and our extended workforce (temporary workers/vendors/contractors) across Alphabet (minus Calico and Sidewalk Labs).

## Approvals & Changes

This policy periodically will be reviewed by Google Legal to ensure alignment and compliance with our legal and regulatory obligations. Any changes to this retention policy will be approved by Google Legal.

## Questions/Feedback

If you have any questions about this policy, you can check out the FAQs for more info or send us an email at records-retention@google.com.

HIGHLY CONFIDENTIAL
GOOG-AT-MDL-009709507