# EXHIBIT 13
# REDACTED

Message

| | |
|---|---|
| **From:** | ▮▮▮▮@google.com [▮▮▮▮@google.com] |
| **Sent:** | 6/18/2018 9:14:11 AM |
| **To:** | ▮▮▮▮@google.com; ▮▮▮▮@google.com; ▮▮▮▮@google.com; ▮▮▮▮@google.com; ▮▮▮▮@google.com; ▮▮▮▮@google.com; ▮▮▮▮@google.com; ▮▮▮▮@google.com |
| **Subject:** | AAAAZhZnT2Q-MBI-THREADED:CI4R1fe8FBM%%%2018-06-17T14:14:11.234431 |

- ▮▮▮▮**@google.com** 2018-06-18T09:14:11.234Z

Howdy fellow Chat users ! Is there a bug already open for the "Turn on history" knob on the riht of the input box that has its design reversed ? When history is off, it's held to the right and blue, while with history on, the slider is at the left and gray. That looks reversed to me. Comments ?

- **Deleted on**2020-11-20T13:09:55.976Z

Howdy fellow Chat users ! Is there a bug already open for the "Turn on history" knob on the riht of the input box that has its design reversed ? When history is off, it's held to the right and blue, while with history on, the slider is at the left and gray. That looks reversed to me. Comments ?

- ▮▮▮▮**@google.com** 2018-06-18T20:02:00.761Z

I don't remember the details, but I think this seems backwards because we have history off by default in corp. It makes more sense for domains that have history on by default, i.e. off-the-record is something you enable.

- **Deleted on**2020-11-20T13:09:55.976Z

I don't remember the details, but I think this seems backwards because we have history off by default in corp. It makes more sense for domains that have history on by default, i.e. off-the-record is something you enable.

- ▮▮▮▮**@google.com** 2018-06-18T21:29:28.385Z

Generally concur, @▮▮▮▮ - I've felt many times that it seems reversed, visually

- **Deleted on**2020-11-20T13:09:55.976Z

Generally concur, @▮▮▮▮ - I've felt many times that it seems reversed, visually

- ▮▮▮▮**@google.com** 2018-06-18T22:06:42.922Z

+1 seems reversed visually to me as well

- **Deleted on**2020-11-20T13:09:55.976Z

+1 seems reversed visually to me as well

- ▮▮▮▮**@google.com** 2018-06-19T07:48:57.644Z

Good point did not think of that @▮▮▮▮ ! That being said, it still confuses me as it's against what I would call the "normal standard" that you can find in most other UIs ☺

- **Deleted on**2020-11-20T13:09:55.976Z

Good point did not think of that @▮▮▮▮ ! That being said, it still confuses me as it's against what I would call the "normal standard" that you can find in most other UIs ☺

- ▮▮▮▮**@google.com** 2018-06-19T13:34:00.014Z

We have a P0 q3 OKR to make this clearer.

- **Deleted on**2020-11-20T13:09:55.976Z

We have a P0 q3 OKR to make this clearer.

- ▮▮▮▮**@google.com** 2018-06-19T13:34:24.433Z

And yes there is an open bug :-)

- **Deleted on**2020-11-20T13:09:55.976Z

And yes there is an open bug :-)

- ▮▮▮▮@google.com 2018-06-19T13:34:29.850Z

@▮▮▮▮

- **Deleted on**2020-11-20T13:09:55.976Z

@▮▮▮▮

- ▮▮▮▮@google.com 2018-06-19T13:37:49.279Z

Completely agree that the current toggle for turning history on/off is confusing!

- **Deleted on**2020-11-20T13:09:55.976Z

Completely agree that the current toggle for turning history on/off is confusing!

- ▮▮▮▮@google.com 2018-06-19T14:40:49.686Z

Agree with others in that this feels reversed. Thanks ▮▮▮▮!

- **Deleted on**2020-11-20T13:09:55.976Z

Agree with others in that this feels reversed. Thanks ▮▮▮▮!

- ▮▮▮▮@google.com 2018-06-19T16:46:14.362Z

+1. It's very confusing as it is

- **Deleted on**2020-11-20T13:09:55.976Z

+1. It's very confusing as it is