# EXHIBIT 16

**From:** "Schell, Joe R." <jschell@nd.gov>
**To:** -Grp-AG All Staff <agall@nd.gov>, -Grp-AG Task Forces <agtasks@nd.gov>
**Subject:** FW: Microsoft Teams Chat Deletion Policy
**Date:** Wed, 16 Sep 2020 18:03:05 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

NDIT will enable the retention settings in Microsoft Teams on Friday September 18, 2020 at 8:00 AM.  Once implemented, any chats with a date **prior to September 18, 2019** will be deleted.

The retention period is configured to delete chat messages **older than one year**.  The retention rule affects the chats that happen on the chat tab in Microsoft Teams, as shown below.   These are one on one chats, small group chats, or chats that occur during a Teams meeting.



While this seemed like a very straight forward request from our office, it turned into a complex issue.  The State of North Dakota has a single Microsoft 365 environment for all state employees.  As a result, setting a very short retention policy for our office had some unintended consequences for employees from other agencies that participate in the same meeting as us or that chat with us.

Consider the following example.  Agency 1 has a retention of 7 days, agency 2 has a retention of 1 year, and agency 3 has a retention of 60 days.  An employee from each agency participates in a meeting or chat.  The lowest retention policy wins, so in this case, the retention would delete the chat after 7 days even though agency 1 expected to have their chat for a year and agency 3 expected to have their chat for 60 days.

I don't think anyone wants to have that sort of unpredictable behavior.  Therefore a compromise was necessary between all state agencies so that all employees can have the same expectations and not be caught by surprise when a chat disappears.  While part of me doesn't want any chat retained, I also see the other point of view where we might be working on a project for several weeks and having conversations through Teams.  If chat is deleted after 7 days then those conversations and decisions will be lost.

NDAG-ADTECH-000008805

Please let me know if you have any questions.

Joe S.

---

**From:** IT Service Desk <itservicedesk@nd.gov>
**Sent:** Wednesday, September 16, 2020 11:27 AM
**To:** -Grp-ND All Staff <ndallstaff@nd.gov>
**Subject:** Microsoft Teams Chat Deletion Policy



---

## Microsoft Teams Chat Deletion Policy

Effective Friday, September 18, 2020, at 8 a.m. CST, a new Microsoft Teams Chat deletion policy will be implemented. Teams Chats (including one-on-one chats, meeting chats, and group chats) will be deleted after one year. **Once implemented, any chats with a date prior to September 18, 2019, will be deleted.**



To save any messages you want to keep indefinitely, you can use a screen capturing tools like Snipping Tool or Snip & Sketch or simply highlight the messages you'd like and copy them. Paste the image or copied text into OneNote, Word, or any other place you'd like for permanent storage.

NDAG-ADTECH-000008806

If you have any questions, please contact the NDIT Service Desk at 701-328-4470

Thank you!

Contact the Service Desk

This email is from the North Dakota Information Technology. To help protect you from phishing attempts, our messages will always come from an @nd.gov account and use this template. They will never be flagged as originating from an outside source, including attachments, or ask you to reply directly with credentials. Call the Service Desk at 701-328-4470

NDAG-ADTECH-000008807