# EXHIBIT 23
# REDACTED

HIGHLY CONFIDENTIAL

Page 1

```
 1        UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF TEXAS
 2               SHERMAN DIVISION
                    - - -
 3
 4  THE STATE OF TEXAS, et al. : Civil Action No.
           Plaintiffs,         : 4:20-cv-00957-SDJ
 5       vs.                   :
    GOOGLE LLC,                :
 6       Defendants.           :
 7
 8                  - - -
 9             April 19, 2024
             HIGHLY CONFIDENTIAL
10
                    - - -
11
12
13           Remote Oral Deposition,
14  taken via Zoom, of ████████████████ ,
15  commencing at 9:01 a.m., on the above
16  date, before Amanda Maslynsky-Miller,
17  Court Reporter and Certified Realtime
18  Reporter.
19
20                  - - -
21
22
23
24    Job No. MDLG6658171
```

Page 374

```
 1          Q.    Do you have Chats going back
 2    for 13 years?
 3                ATTORNEY PEARL:  Objection.
 4          Form.
 5                THE WITNESS:  I have no idea
 6          how long that stuff is retained.
 7          I mean, I'm not necessarily
 8          searching through things that far
 9          back, so.
10    BY ATTORNEY CHANG:
11          Q.    How about five years?
12                ATTORNEY PEARL:  Objection
13          to form.
14                THE WITNESS:  Again, I can't
15          tell you the timeline.
16                Most of my usage is pretty
17          recent if I'm searching in a Chat.
18          Because I want, like, a pointer to
19          a piece of code that someone might
20          have sent me in Chat for something
21          relevant to what I'm working on
22          really recently.
23    BY ATTORNEY CHANG:
24          Q.    Are all of your Chats
```

Page 375

 1   reflected in e-mail?
 2         A.    Are all my Chats
 3   reflected -- what?
 4         Q.    I'll rephrase the question.
 5               Do you ever talk about
 6   anything in your Chats that -- let me
 7   rephrase it again.
 8               Are there any conversations
 9   that you have via Chat that do not show
10   up in your e-mail?
11               ATTORNEY PEARL:  Objection.
12         Form.
13               THE WITNESS:  Possibly.  I
14         can't tell you for sure.  I would
15         be surprised if the topics in the
16         Chat were not reflected in the
17         e-mail.
18               But, obviously, the specific
19         conversations I wouldn't repeat in
20         another e-mail, unless I was
21         trying to share those
22         conversations with someone else in
23         an e-mail form.  Just kind of
24         normal conversational practice, I

HIGHLY CONFIDENTIAL

Page 420

|    |                                                                |
|----|----------------------------------------------------------------|
| 1  | CERTIFICATE                                                    |
| 2  |                                                                |
| 3  |                                                                |
| 4  | I, Amanda Maslynsky-Miller, Certified Realtime Reporter, do hereby certify that prior to the commencement of the examination, ▮▮▮▮▮▮▮▮ |
| 5  | ▮▮▮▮▮▮ was remotely sworn by me to testify to the truth, the whole truth and nothing but the |
| 6  | truth.                                                         |
| 7  |                                                                |
| 8  | I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and |
| 9  | on the date hereinbefore set forth, to the best of my ability. |
| 10 |                                                                |
| 11 | I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel |
| 12 | of any of the parties to this action, and that I am neither a relative nor employee of such |
| 13 | attorney or counsel, and that I am not financially interested in the action. |
| 14 |                                                                |
| 15 | *Amanda Miller* (signature)                                    |
| 16 |                                                                |
| 17 | Amanda Miller<br>Certified Realtime Reporter<br>Dated: April 22, 2024 |
| 18 |                                                                |
| 19 |                                                                |
| 20 | (The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the |
| 21 | direct control and/or supervision of the certifying reporter.) |
| 22 |                                                                |
| 23 |                                                                |
| 24 |                                                                |