# EXHIBIT 24
# REDACTED

Page 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF TEXAS
2              SHERMAN DIVISION
3
4   Case No.: 4:20-CV-00957-SDJ
5   - - - - - - - - - - - - - - - - -X
    STATE OF TEXAS, et al.,           :
6              Plaintiffs             :
                                      :
7   VS                                :
                                      :
8   GOOGLE, LLC,                      :
               Defendant              :
9   - - - - - - - - - - - - - - - - -X
10
11            HIGHLY CONFIDENTIAL
12         PURSUANT TO PROTECTIVE ORDER
13              May 10, 2024
14
15
16
17     Videotaped deposition of ▇▇▇▇▇▇▇▇▇ taken at
    the offices of Freshfields Bruckhaus Deringer LLP,
18  Three World Trade Center, New York, New York, before
    Clifford J. Edwards, Certified Shorthand Reporter and
19  Notary Public, in and for the State of New York on May
    10, 2024, at 9:35 a.m. EST.
20
21
22
23
24
25   Job No. MDLG6691686

Page 220

1  BY MS. YOUNG:
2      Q    And with respect to -- I know it's always
3  a little hard to quantify chats, but with respect
4  to, kind of, individual Chat messages, about how
5  many would you send a day?
6      A    And -- and by, like, individual Chats,
7  like, you mean, like, every time you hit enter?  Or,
8  like, what's a -- a unit of "Chat"?
9      Q    Yes.  For every time you hit enter,
10 approximately how many chats do you send a day?
11     A    Hundreds maybe.  Like, hundreds of lines.
12 I'm not sure.
13     Q    Do you send more chats than e-mails a
14 day?
15     A    I'm not sure.
16          Prob- -- if we are talking about unit of
17 chat being like a single response, like "okay" could
18 be, like, a chat, then probably.  Just because the
19 content of an e-mail is a little more organized or
20 robust than that.
21          But I don't -- I've never really
22 compared, so I don't know.
23     Q    Is there a difference between the content
24 type in the e-mails you'll send versus the chats
25 you'll send?

HIGHLY CONFIDENTIAL

Page 221

1  A    There may be.  There may be differences,
2  yes.
3  Q    And you don't know without looking at
4  your chats and your e-mails; correct?
5           MS. VACA:  Object to the form.
6  A    I guess, like, without kind of a specific
7  example in mind, I just -- I don't -- you know,
8  there -- the -- chat is used differently certainly
9  than -- than e-mail.
10          You know, we -- I wouldn't be asking
11 people where -- where they are going for lunch on
12 e-mail, usually.  I would say that's just more work
13 than it's worth.
14          So there -- there will be differences
15 but...
16 BY MS. YOUNG:
17 Q    With respect to business subjects, are
18 there things that you'll chat about that don't
19 appear in e-mail?
20 A    I don't -- nothing comes to mind.
21          I -- e-mail is a -- is a very common and
22 heavily used form of communicating things back and
23 forth at Google, so it's used for moat things.
24 Q    But it sounds like on some days you may
25 send more individual chat lines than e-mail; is that

Page 222

```
 1    correct?
 2              MS. VACA:  Object to the form.
 3         A    I'm not sure.  It -- it's possible
 4    just -- just given how we discuss, like, a unit of
 5    chat might just be, like, a word so...
 6    BY MS. YOUNG:
 7         Q    Are you part of any Chat groups?
 8         A    I'm in groups, yeah.  So multiperson chat
 9    threads or discussions, yes.
10         Q    And those are ongoing; right?
11              MS. VACA:  Object to the form.
12         A    It -- what do you mean by "ongoing"?
13    BY MS. YOUNG:
14         Q    They are like running chats, they last
15    for more than a day or they last for a longer period
16    of time?
17         A    Huh.
18              MS. VACA:  Object to the form.
19         A    I see.
20              Sometimes they are.  Sometimes they, you
21    know, are -- are team groups, for example, other
22    times they -- maybe they were created just for a
23    specific, you know, meeting or event that was had
24    and then nobody engages in them again.  So some --
25    some end and are temporary and then some are more as
```

HIGHLY CONFIDENTIAL

Page 336

1  C E R T I F I C A T E
2      I hereby certify that I am a Notary Public,
3  in and for the State of New York, duly commissioned
4  and qualified to administer oaths.
5      I further certify that the deponent named in
6  the foregoing deposition was by me duly sworn, and
7  thereupon testified as appears in the foregoing
8  deposition; that said deposition was taken by me
9  stenographically in the presence of counsel and
10 reduced to typewriting under my direction, and the
11 foregoing is a true and accurate transcript of the
12 testimony.
13     I further certify that I am neither of
14 counsel nor attorney to any of the parties to said
15 suit, nor am I an employee of any party to said
16 suit, nor of any counsel in said suit, nor am I
17 interested in the outcome of said cause.
18     Witness my hand and seal as Notary Public
19 this 13th day of May, 2024.
20
21
22                 Clifford Edwards
23 New York Notary ID Number:  01ED6430906
24 Notary commission expires:  3/28/2026
25

# ERRATA SHEET FOR THE TRANSCRIPT OF ▓▓▓▓▓▓▓▓▓▓

Case Name:  The State of Texas, et al. v. Google, LLC,  No. 4:20-CV-957-SDJ

Dep. Date:   May 10, 2024

Deponent:    ▓▓▓▓▓▓▓▓▓▓

| Page | Line | Corrections | Reason for Correction |
|---|---|---|---|
| 28 | 24 | The phrase "User-experienced" should read "user-experience" | Transcription Error |
| 32 | 17 | The phrase "what's called an associate" should read "what's called a associate" | Transcription Error |
| 35 | 12 | The phrase "Ads, Privacy, and Safety" should read "Ads Privacy and Safety" | Transcription Error |
| 39 | 9 | The phrase "but they've have been" should read "but they've been" | Transcription Error |
| 44 | 2 | The phrase "can you maybe" should read "could you maybe" | Transcription Error |
| 44 | 14-15 | The phrase "referencing that's the way that" should read "referencing that that's the way that" | Transcription Error |
| 44 | 19 | The phrase "how the tool–the tool" should read "how the–the tool" | Transcription Error |
| 57 | 24 | The phrase "that's the kind" should read "that's the kinds" | Typographical error |
| 63 | 4 | The phrase "Didn't that also" should read "Did that also" | Transcription error |
| 71 | 5 | The phrase "of previously two separate" should read "of two previously separate" | Transcription error |
| 76 | 11 | The phrase "▓▓▓▓▓▓" should read "▓▓▓▓▓▓" | Typographical error |
| 83 | 6 | The phrase "to essentially the" should read "to essentially this" | Typographical error |
| 89 | 7 | The phrase "two to 5 percent" should read "2 to 5 percent" | Typographical error |
| 92 | 11-12 | The phrase "you referenced to Project" should read "in reference to Project" | Transcription error |
| 92 | 25 | The phrase "there are" should read "they are" | Typographical error |
| 119 | 15 | The phrase "in the middle that" should read "in the middle the" | Typographical error |
| 142 | 20 | The phrase "provider third party" should reader "provider of third party" | Typographical error |
| 144 | 4 | The phrase "of a third party" should read "of third party" | Transcription error |
| 161 | 15 | The phrase "reflector" should read "reflecting" | Transcription error |
| 188 | 6 | The phrase "senior position" should read "senior in position" | Transcription error |

| Page | Line | Corrections | Reason for Correction |
|---|---|---|---|
| 217 | 19 | The phrase "messing since" should read "messaging since" | Typographical error |
| 221 | 23 | The phrase "moat things" should read "most things" | Typographical error |
| 224 | 22 | The phrase "litigation holds" should read "litigation hold" | Typographical error |
| 224 | 25 | The phrase "purpose or the case" should read "purpose or case" | Transcription error |
| 228 | 23 | The phrase "that ability. Currently I don't" should read "that ability currently. I don't" | Typographical error |
| 229 | 18 | The phrase "personality things" should read "personal things" | Transcription error |
| 233 | 5 | The phrase "possible it happened" should read "possible it's happened" | Typographical error |
| 246 | 8-9 | The phrase "what kind level" should read "what level" | Transcription error |
| 247 | 18 | The phrase "the kind of metrics" should read "the kinds of metrics" | Typographical error |
| 247 | 18 | The phrase "but the kind" should read "but the kinds" | Typographical error |
| 250 | 15 | The phrase "process takes" should read "process that takes" | Transcription error |
| 250 | 22 | The phrase "in how" should read "in determining how" | Transcription error |
| 250 | 23 | The phrase "and productively" should read "and effectively" | Transcription error |
| 250 | 24 | The phrase "And so part" should read "And part" | Transcription error |
| 255 | 7 | The phrase "What did" should read "What is" | Transcription error |
| 258 | 21-22 | The phrase "do have some" should read "do kind of have some" | Transcription error |
| 258 | 22 | The phrase "this position" should read "this description" | Transcription error |
| 267 | 3 | The phrase "if it was added" should read "if it was attended" | Transcription error |
| 268 | 23 | The phrase "don't really understand" should read "don't totally understand" | Transcription error |
| 269 | 5 | The phrase "it seems I'm" should read "it seems like I'm" | Transcription error |
| 271 | 20 | The phrase "composition or" should read "competition or" | Transcription error |
| 278 | 8 | The phrase "a lot of the" should read "a lot on the" | Typographical error |
| 292 | 9 | The phrase "that's not that" should read "that's not one that" | Transcription error |
| 292 | 15 | The phrase "context and more" should read "context to more" | Transcription error |
| 292 | 21 | The phrase "Objection to the" should read "Object to the" | Typographical error |
| 293 | 22 | The phrase "this slide" should read "the slide" | Typographical error |
| 306 | 15 | The phrase "advertiser or customers" should read "advertiser customers" | Typographical error |
| 310 | 18 | The phrase "Objection to the" should read "Object to the" | Typographical error |

| Page | Line | Corrections | Reason for Correction |
|---|---|---|---|
| 311 | 24 | The phrase "being the reason" should read "being the the reason" | Transcription error |
| 315 | 8 | The phrase "difference or lack" should read "density or lack" | Transcription error |
| 318 | 5 | The phrase "as DSP" should read "as a DSP" | Typographical error |
| 326 | 14 | The phrase "defensible a sale" should read "defensible the sale" | Transcription error |
| 333 | 7 | The phrase "the word I" should read "the word that I" | Transcription error |
| 333 | 7 | The phrase "described is transparency" should read "described was transparency" | Transcription error |

I have inspected and read my deposition and have listed all changes and corrections above, along with my reasons therefore.

Date: _____June 10, 2024_____          Signature: _____