# EXHIBIT 25
# REDACTED

Message

**From:** ▮
**Sent:** 8/18/2020 5:54:07 PM
**To:** ▮

- **Chris LaSala,** 2020-08-18 10:54:07

hi

- **Nash Islam,** 2020-08-18 11:02:26

hi

- **Chris LaSala,** 2020-08-18 11:03:00

need 30 mins - in mtg with Philipp re: chrome

- **Nash Islam,** 2020-08-18 11:03:32

k no prob, ping me after. im avail in 30

- **Nash Islam,** 2020-08-18 11:53:16

on separate note from IDFA, we have burning issues with a multicall launch

- **Chris LaSala,** 2020-08-18 11:53:27

uh oh

- **Nash Islam,** 2020-08-18 11:53:30

you'll hear about it if not across your desk already

- **Chris LaSala,** 2020-08-18 11:53:39

not caught up on email

- **Nash Islam,** 2020-08-18 11:53:39

will likely be VP escalations

- **Chris LaSala,** 2020-08-18 11:53:45

why?

- **Nash Islam,** 2020-08-18 11:54:27

major negative revenue impact to a number of off platform pubs

- **Nash Islam,** 2020-08-18 11:54:46

who are multicalling. There are two camps - aggresive and non aggressive multicall

- **Nash Islam,** 2020-08-18 11:55:12

this was a buyside launch with sellside PM informed, but not as approvers

- **Nash Islam,** 2020-08-18 11:55:27

we learned about it at 20% rollout last week and its scaled up to 50% yest

- **Nash Islam,** 2020-08-18 11:55:53

for Jeff Birnbaum's book alone its $20M+ impact, $10M to Zynga

- **Nash Islam,** 2020-08-18 11:56:22

siyoung and I can brief you directly soon if helpful

- **Nash Islam,** 2020-08-18 11:56:43

and Siyoung will send an email brief too

- **Nash Islam,** `2020-08-18 11:56:45`

to you

- **Nash Islam,** `2020-08-18 11:56:57`

impact list -

- **Nash Islam,** `2020-08-18 11:56:58`

<a href="https://www.google.com/url?q=https://docs.google.com/spreadsheets/d/1l22TKgLWUBfprLiEXvSqDJpiHEJCJdAh4sHAU9WfiEc/edit%23gid%3D0&amp;sa=D&amp;source=hangouts&amp;ust=1597863419020000&amp;usg=AFQjCNH7HhId8hF-1HK7CLi6NP7QFEIglw">https://docs.google.com/spreadsheets/d/1l22TKgLWUBfprLiEXvSqDJpiHEJCJdAh4sHAU9WfiEc/edit#gid=0</a>

- **Chris LaSala,** `2020-08-18 12:02:53`

are you free in 15 mins?

- **Nash Islam,** `2020-08-18 12:05:30`

Yep for multicall or idfa or both?

- **Nash Islam,** `2020-08-18 12:05:42`

If multicall will include siyoung

- **Chris LaSala,** `2020-08-18 12:08:20`

both

- **Chris LaSala,** `2020-08-18 12:08:23`

3;20 EST

- **Nash Islam,** `2020-08-18 12:21:19`

Cool ping when ready

- **Chris LaSala,** `2020-08-18 12:21:20`

ok

- **Chris LaSala,** `2020-08-18 12:21:24`

ni-cl

- **Nash Islam,** `2020-08-18 12:21:28`

Siyoung joining too

- **Chris LaSala,** `2020-08-18 12:21:38`

ok

- **Nash Islam,** `2020-08-18 12:51:03`

impact nums are ~50M for Jeff B&#39;s $250M book. $25M from Zynga and $25M for Unity. Unity may be a sissie escalation given her relationship

- **Chris LaSala,** `2020-08-18 13:01:59`

do you know how much buy-side changes are because of &#39;efficiency&#39;

- **Chris LaSala,** `2020-08-18 13:02:07`

vs decreased win rate

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-004008623

- **Chris LaSala**, 2020-08-18 13:02:24

because if a big part is decreased win rate, we&#39;d expect buyside to adjust

- **Chris LaSala**, 2020-08-18 13:02:30

so the loss will come back

- **Nash Islam**, 2020-08-18 13:02:53

dont know but will look into. good q

- **Chris LaSala**, 2020-08-18 13:03:06

ok

- **Chris LaSala**, 2020-08-18 13:03:18

also, maybe start an off the record ping thread with Duke,you, me

- **Chris LaSala**, 2020-08-18 13:03:20

about this

- **Chris LaSala**, 2020-08-18 13:03:28

and lets the 3 of us get on the same page

- **Chris LaSala**, 2020-08-18 13:03:37

about what, if anything, we (sell-side) should do about it

- **Nash Islam**, 2020-08-18 13:03:57

k kicking off now