# EXHIBIT 26
# DOCUMENT UNDER SEAL