IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 4:20-cv-00957-SDJ |
| v. | § | |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF MICHAEL DOMAN IN SUPPORT OF GOOGLE'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JACOB HOCHSTETLER**

I, Michael Doman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm Gibbs & Bruns LLP, which represents Defendant Google LLC ("Google") in the above-captioned case. I am admitted to practice in this Court, the Courts of the State of Texas, and others. As a result of my role in this case, I have personal knowledge of the facts stated in this declaration, which I submit in support of Google's Motion to Exclude Expert Testimony of Jacob Hochstetler ("Hochstetler Daubert Motion"), dated January 10, 2025.

2. Attached to this declaration as Exhibit A is a true and correct copy of the Supplemental Expert Report of Plaintiffs' retained expert Jacob Hochstetler, dated October 4, 2024.

3. Attached to this declaration as Exhibit B is a true and correct copy of excerpts from Plaintiffs' Third Request for Production to Google, dated April 3, 2024.

4. Attached to this declaration as Exhibit C is a true and correct copy of the transcript of the deposition of Plaintiffs' retained expert Jacob Hochstetler, taken on December 16, 2024. Lines quoted or referenced in the Hochstetler Daubert Motion have been highlighted for the Court's convenience.

5. Attached to this declaration as Exhibit D is a true and correct copy of the Rebuttal Expert Report of Plaintiffs' retained expert Jacob Hochstetler, dated December 11, 2024.

6. Attached to this declaration as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of Sundar Pichai, taken on August 30, 2024. Lines quoted or referenced in the Hochstetler Daubert Motion have been highlighted for the Court's convenience.

7. Attached to this declaration as Exhibit F is a true and correct copy of an excerpt from the original expert report of Plaintiffs' retained expert Jacob Hochstetler, dated June 7, 2024, excerpting only Appendix D thereto.

8. Attached to this declaration as Exhibit G is a true and correct copy of Exhibit 4 to the deposition of Plaintiffs' retained expert Jacob Hochstetler, taken on December 16, 2024.

9. Pursuant to Local Rule CR-5(a)(7), this declaration and the exhibits attached are filed under seal, pending preparation and filing of public-facing, redacted versions.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of January 2025, in Houston, Texas.

Michael Doman

Michael Doman

## CERTIFICATE OF SERVICE

I certify that on January 10, 2025, this document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/_*Kathy Patrick*___
Kathy Patrick

## CERTIFICATE OF MOTION TO SEAL

I certify that contemporaneously with the filing of this Motion, Defendant is filing a motion to seal both this document and the exhibits attached thereto.

/s/ *Kathy Patrick*
Kathy Patrick