UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is Google LLC's Application/Motion for Status and Scheduling Conference. (Dkt. #758). The Court **GRANTS** the motion and sets this case for an in-person Status Conference on **January 29, 2025, at 9:30 a.m.** at the United States Courthouse located at 7940 Preston Road in Plano, Texas.

**So ORDERED and SIGNED this 17th day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE