**APPENDIX A**
**Exemplar Chat Conversations**

| Bates | Custodian Involved | Chat Date | Chat Excerpt |
|---|---|---|---|
| GOOG-AT-MDL-009321580 | ▮▮▮▮ | 6/17/2014 | ▮▮▮▮, 2014-06-17 09:43:14<br><br>DFP + AdX are going to be 1 product now, no external messaging. ▮▮ and ▮▮ will rollup for bellack<br><br>▮▮▮▮, 2014-06-17 09:43:16<br><br>Can we, start, out, meeting, 15 mons later<br><br>▮▮▮▮, 2014-06-17 09:43:25<br><br>let me ask ▮▮ / ▮▮<br><br>▮▮▮▮, 2014-06-17 09:46:01<br><br>ok were good<br><br>▮▮▮▮ 2014-06-17 09:57:53<br><br>What is, the, announcement? ,<br><br>▮▮▮▮, 2014-06-17 09:58:30<br><br>that theyre combining DFP and AdX |
| GOOG-AT-MDL-B-004376997 | ▮▮▮▮ | 4/4/2016 | ▮▮▮▮, 2016-04-04 11:56:45<br><br>omg have you heard about the adx thing<br><br>▮▮▮▮, 2016-04-04 11:56:50<br><br>the lowering of floors |

**██████, 2016-04-04 11:56:58**

i&#39;m sick just thinking about it

**Aparna Pappu, 2016-04-04 11:57:54**

?

**██████, 2016-04-04 11:58:03**

you really haven&#39;t heard of this?

**██████, 2016-04-04 11:58:05**

it&#39;s confidential

**██████, 2016-04-04 11:58:10**

so maybe best not to do this over chat

**Aparna Pappu, 2016-04-04 11:58:10**

no

**Aparna Pappu, 2016-04-04 11:58:19**

if its confidential

**Aparna Pappu, 2016-04-04 11:58:21**

it is chat

**Aparna Pappu, 2016-04-04 11:58:22**

no?

| | | | |
|---|---|---|---|
| | | | **████, 2016-04-04 11:58:30**<br><br>it is chat?<br><br>**Aparna Pappu, 2016-04-04 11:58:38**<br><br>as in this is OTR<br><br>**████, 2016-04-04 11:58:49**<br><br>what&#39;s OTR? Q<br><br>**Aparna Pappu, 2016-04-04 11:58:56**<br><br>off the record<br><br>**████, 2016-04-04 11:59:31**<br><br>oh |
| GOOG-AT-MDL-B-004290028 | ████ | 2/21/2018 | **████████  February 21, 2018 at 4:26:24 PM UTC**<br><br>+1 to ████ observation.<br><br>**Updated on February 21, 2018 at 4:26:46 PM UTC**<br><br>+1 to ████ observation. Think of it this way: outside of Google, chats are likely to default to on-the-record, and you "turn on" the Snapchat-like forgetting feature.<br><br>**Updated on February 21, 2018 at 4:27:02 PM UTC**<br><br>+1 to ████ observation. Think of it this way: outside of Google, chats are likely to default to on-the-record, and you "turn on" the Snapchat-like forgetting feature. Unfortunately, Google's off-the-record default makes it feel really backwards, but in my case I got used to it. |

| GOOG-AT-MDL-008029078 | | 2/21/2018 | |
|---|---|---|---|
| | | | **Deleted on November 20, 2020 at 1 :09:55 PM UTC**<br><br>+1 to ▓▓▓▓ observation. Think of it this way: outside of Google, chats are likely to default to on-the-record, and you "turn on" the Snapchat-like forgetting feature. Unfortunately, Google's off-the-record default makes it feel really backwards, but in my case I got used to it.<br><br>**drkernel@google.com February 21, 2018 at 5:18:07 PM UTC**<br><br>+1 Yeah this always confuses me too. In the android app, history on is the stop watch crossed out. Which doesn't<br><br>make sense to me, i feel the stop watch should be history, but i guess someone though that you were timing how long you keep the conversation off record? ;-)<br><br>**Deleted on November 20, 2020 at 1:09:55 PM UTC**<br><br>+1 Yeah this always confuses me too. In the android app, history on is the stop watch crossed out. Which doesn't make sense to me, i feel the stop watch should be history, but i guess someone though that you were timing how long you keep the conversation off record? ;-) |
| GOOG-AT-MDL-008029078 | ▓▓▓▓ | 2/21/2018 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ **2018-02-21 T04:42:41.645Z**<br><br>Which state is History toggle here? OFF or ON? For LTR i'd assume history if off when it is on the left, and on when it is on the right?<br><br> Screenshot 2018-02-20 at 20.40.14.png<br><br>**Deleted on 2020-11-20T13:09:55.976Z**<br><br>Which state is History toggle here? OFF or ON? For LTR i'd assume history if off when it is on the left, and on when it is on the right?<br><br> Screenshot 2018-02-20 at 20.40.14.png<br><br>▓▓▓▓▓▓▓▓▓▓▓▓▓ **2018-02-21 T04:42:54.461Z** |

| | | | |
|---|---|---|---|
| | | | However, the toggle does not switch "History" on and off, it switches "Temporary" state off and on.<br><br>**Deleted on 2020-11-20T13:09:55.976Z**<br><br>However, the toggle does not switch "History" on and off, it switches "Temporary" state off and on.<br><br>███████████████ **2018-02-21 T04:43:13.115Z**<br><br>So while the toggle is OFF here, the history is ON.<br><br>**Deleted on 2020-11-20T13:09:55.976Z**<br><br>So while the toggle is OFF here, the history is ON.<br><br>███████████████ **2018-02-21 T14:35:01.005Z**<br><br>Thanks for mentioning this @███████████ ... I also find this very confusing.<br><br>**Deleted on 2020-11-20T13:09:55.976Z**<br><br>Thanks for mentioning this @███████████ ... I also find this very confusing. |
| GOOG-AT-MDL-008029140 | ██████ | 6/18/2018 | ███████████ **2018-06-18T09:14:11.234Z**<br><br>Howdy fellow Chat users ! Is there a bug already open for the "Tum on history" knob on the riht of the input box that has its design reversed ? When history is off, it's held to the right and blue, while with history on, the slider is at the left and gray. That looks reversed to me. Comments ?<br><br>**Deleted on 2020-11-20T13:09:55.976Z**<br><br>Howdy fellow Chat users ! Is there a bug already open for the "Tum on history" knob on the riht of the input box that has its design reversed ? When history is off, it's held to the right |



and blue, while with history on, the slider is at the left and gray. That looks reversed to me. Comments ?

**████████ 201 8-06-18T20:02:00.761Z**

I don't remember the details, but I think this seems backwards because we have history off by default in corp. It makes more sense for domains that have history on by default, i.e. off-the-record is something you enable.

**Deleted on 2020-11-20T13:09:55.976Z**

I don't remember the details, but I think this seems backwards because we have history off by default in corp. It makes more sense for domains that have history on by default, i.e. off-the-record is something you enable.

**████████ 2018-06-18T21:29:28.385Z**

Generally concur, @████████ - I've felt many times that it seems reversed, visually

**Deleted on 2020-11-20T13:09:55.976Z**

Generally concur, @████████ - I've felt many times that it seems reversed, visually

**████████ 2018-06-18T22:06:42.922Z**

+ 1 seems reversed visually to me as well

**Deleted on 2020-11-20T13:09:55.976Z**

+ 1 seems reversed visually to me as well

**████████ 2018-06-19T07:48:57.644Z**

Good point did not think of that @████████ ! That being said, it still confuses me as it's against what I would call the "normal standard" that you can find in most other Uis :)

| | | | |
|---|---|---|---|
| | | | **Deleted on 2020-11-20T13:09:55.976Z**<br><br>Good point did not think of that @█████████ ! That being said, it still confuses me as it's against what I would call the "normal standard" that you can find in most other Uis :) |
| GOOG-AT-MDL-010351820 | Unknown | 9/4/2018 | ████████████  **2018-09-04 12:24:36**<br><br>ATTORNEY-CLIENT PRIVILEGED<br><br>████████████  **2018-09-04 12:24:40**<br><br>Folks<br><br>███████████  **2018-09-04 12:25:32**<br><br>we had a discussion at Ads Review about advertiser uploaded data, and will need to schedule an ACM - content<br><br>will be roughly from this ads review doc: <a<br><br>████████████████████████████████<br>████████████████████████████████<br>████████████████████████████████<br>██████████████████████<br><br>██████████  **2018-09-04 12:25:38**<br><br>█████ can we keep pings off the record pls<br><br>████████████  **2018-09-04 12:26:05**<br><br>(ok will turn history off) |
| GOOG-AT-MDL-B-004290150 | ███████ | 1/21/2019 | ██████████████  **January 21, 2019 at 7:45:28 PM UTC** |

I often only ever turn on the switch after I realize that it is off, after I notice a lot of important things were said by the other party.

**Deleted on November 20, 2020 at 1:09:55 PM UTC**

I often only ever turn on the switch after I realize that it is off, after I notice a lot of important things were said by the other party.

██████████████ **January 21, 2019 at 7:45:50 PM UTC**

At which point, I now realize I might as well copy-paste the thing to a text file.

**Deleted on November 20, 2020 at 1:09:55 PM UTC**

At which point, I now realize I might as well copy-paste the thing to a text file.

██████████████ **January 21, 2019 at 7:45:58 PM UTC**

And if I have to go through those efforts, why am I using this product?

**Deleted on November 20, 2020 at 1:09:55 PM UTC**

And if I have to go through those efforts, why am I using this product?

██████████████ **January 21, 2019 at 7:47:20 PM UTC**

Very common example: I message someone in another team/org, they send me links to code that looks important. They explain something technical and give me some very long complicated URL to look at a dashboard/monitoring tool, cl, whatever ... Then I think "oh shit, retention is off, this conversation is important, let me turn it on."

**Deleted on November 20, 2020 at 1:09:55 PM UTC**

Very common example: I message someone in another team/org, they send me links to code that looks important. They explain something technical and give me some very long

| | | | complicated URL to look at a dashboard/monitoring tool, cl, whatever ... Then I think "oh shit, retention is off, this conversation is important, let me turn it on."<br><br>████████████ **January 21, 2019 at 7:47:31 PM UTC**<br><br>at which point *it is too late*. |
|---|---|---|---|
| GOOG-AT-MDL-B-004290158 | ██████ | 3/14/2019 | ████████████ **March 14, 2019 at 7:53:50 PM UTC**<br><br>Nit picky call out. Does anyone else find the History On-Off indicators confusing? In my mind, a slash through and icon represents OFF. I believe there was discussion on this in the past ...<br><br>IMG 1002.PNG |

| GOOG-AT-MDL-B-004290164 | ▮ | 3/14/2019 |  | |

| GOOG-DOJ-AT-02226771 | ▮▮ | 9/9/2019 | ▮▮▮▮▮▮ 2019-09-09T20:38:28.707Z<br><br>apparently display ads came up at Google Leads<br><br>▮▮▮▮▮▮ 2019-09-09T20:38:31.971Z<br><br>wrt to antitrust<br><br>▮▮▮▮▮▮ 2019-09-09T20:38:37.569Z<br><br>ironic given how little influence we have there<br><br>▮▮▮▮▮▮ 2019-09-09T20:38:58.174Z<br><br>zoinks i forgot rooms have no history off option |
|---|---|---|---|
| GOOG-AT-MDL-000993735 | ▮▮ | 9/23/2019 | ▮▮▮▮▮▮ 2019-09-23 TI7:36:30.286Z<br><br>Q: What percentage of traffic will be kept at second-price auction and for how long? Can I opt-out?<br><br>A: We are planning to keep ▮▮ of your traffic for the first week post launch, then gradually reduce it to zero over the following ~4 weeks, before removing it. This helps us ensure a smooth roll-out to publishers, there is no opt-out.<br><br>**Deleted on 2020-05-13T10:5I:42.658Z**<br><br>Q: What percentage of traffic will be kept at second-price auction and for how long? Can I opt-out?<br><br>A: We are planning to keep ▮▮ of your traffic for the first week post launch, then gradually reduce it to zero<br><br>over the following ~4 weeks, before removing it. This helps us ensure a smooth roll-out to publishers, there is no opt-out. |

| | | | |
|---|---|---|---|
| | | | **████████████ 2019-09-23TI 7:40:58.805Z**<br><br>I ll bookmark the language as soon as I am done eating pizza |
| GOOG-AT-MDL-003675001 | Nitish Korula | 9/23/2019 | **NirmalJayaram, 2019-09-23 16:40:23**<br><br>I think we may have to take a leap of faith that bernanke will react<br><br>**Nitish Korula, 2019-09-23 16:40:29**<br><br>Are you and ██ ok with Wednesday morning?<br><br>**NirmalJayaram, 2019-09-23 16:40:52**<br><br>I was personally more worried about the margins going down drastically today<br><br>**NirmalJayaram, 2019-09-23 16:41:02**<br><br>But if that stabilizes tomorrow it would be ok |
| GOOG-AT-MDL-004072985 | Nitish Korula | 12/5/2019 | **████████████ 2019-12-05 09:58:52**<br><br>quick q?<br><br>**Nitish Korula, 2019-12-05 09:59:04**<br><br>Shoot<br><br>**████████████ 2019-12-05 10:00:02**<br><br>I wasn&#39;t in on the buy/sell side debates for DRX DRS. Given whatever happened (including DRX sellside launch) how contentious do you think mediation chain ( e.g. Admob DRS) might be on that front?<br><br>**████████████ 2019-12-05 10:00:12** |



seems to me there is a clear case for sellside doing it

**▇▇▇▇▇▇▇▇▇ 2019-12-05 10:00:17**

(if we want to do it)

**Nitish Korula, 2019-12-05 10:00:55**

1&#39;m not sure I see the connection between &#39;mediation chain&#39; and &#39;AdMob DRS&#39;

**Nitish Korula, 2019-12-05 10:01:03**

What is the mediation chain change you&#39;re thinking of?

**▇▇▇▇▇▇▇▇▇ 2019-12-05 10:01:10**

this:

**▇▇▇▇▇▇▇▇▇ 2019-12-05 10:01:12**

**▇▇▇▇▇▇▇▇▇ 2019-12-05 10:01:29**

essentially using DRS in this context to increase SOV by increasing eCPMs

**▇▇▇▇▇▇▇▇▇ 2019-12-05 10:02:54**

I&#39;m sort of a fan of this idea because it should increase SOV while basically keeping off-platform revenue near-neutral (Assuming another buyer near our price would pick up the query)

**Nitish Korula, 2019-12-05 10:03:19**

Ah

**Nitish Korula, 2019-12-05 10:03:28**

Yes, I anticipate this would be controversial :)

**Nitish Korula, 2019-12-05 10:03:38**

It may be a solvable problem

**████████████ 2019-12-05 10:03:55**

is this different than DFP DRS?

**Nitish Korula, 2019-12-05 10:04:02**

And it would depend on how it&#39;s implemente

**Nitish Korula, 2019-12-05 10:04:03**

d

**████████████ 2019-12-05 10:04:29**

I can see a concern being that it my incentivize 3p exchanges not to move to OB. but that&#39;s a different thing

**Nitish Korula, 2019-12-05 10:04:49**

But the implementation will affect what it does to HOB, for example

| | | | |
|---|---|---|---|
| | | | **███████████** **2019-12-05 10:04:56**<br><br>yes for sure |
| GOOG-AT-MDL-018356213 | ██████ | 3/3/2020 | **███████** **2020-03-03 T 16:32:40.586Z**<br><br>ok team false start - by the IRC semantics of chat Rooms, History remains ON - so I'm going to kill this room and re-create as a group chat with History OFF. sorry about that |
| GOOG-AT-MDL-018447102 | ██████ | 7/15/2020 | **███████** **2020-07-15T00: 13:24.41 lZ**<br><br>I think we should turn history off on this chat - would others agree? I'm not sure who owns it. |
| GOOG-AT-MDL-B-006365521 | Nitish Korula | 7/28/2020 | **Nitish Korula, 2020-07-28 14:10:30**<br><br>We don&#39;t claim that publishers can or should validate everything, because that&#39;s way too much complexity<br><br>**Nitish Korula, 2020-07-28 14:10:44**<br><br>For example, on many queries, we don&#39;t even call out to certain bidders<br><br>**Nitish Korula, 2020-07-28 14:10:51**<br><br>Because they can&#39;t handle all the traffic we get<br><br>**Nitish Korula, 2020-07-28 14:11:10**<br><br>And we have a machine learning system that predicts which traffic they&#39;re likely to bid on<br><br>**Nitish Korula, 2020-07-28 14:11:23**<br><br>The publisher has no way to validate that we&#39;re asking for bids on the &#39;right&#39; traffic |

**Nitish Korula, 2020-07-28 14:11:47**

But ultimately, we have to pick only a subset of queries to request bids on, because the bidder just doesn&#39;t have the infrastructure for more

**Nitish Korula, 2020-07-28 14:11:55**

(Even many of the large bidders)

**█████████, 2020-07-28 14:14:27**

Thanks for this context. The concern I&#39;m thinking through: if the team publishes a help center article that explains pview, publishers (rightfully so) will be surpised to learn about this auction adjustment. And they aren&#39;t seeing it reflected in their DT file. So, we will start to hear our critics complain about Google not being transparent. Even in the move to first price, they highest bidder doesn&#39;t always win, and they&#39;re &quot;grading their on homework&quot; by telling us that their machine learning is helping us make more money.

**█████████, 2020-07-28 14:15:40**

I hear your point about this being the highest bid to the publisher based on our auction optimizations, but I worry about how publishers will respond to that notion.

**Nitish Korula, 2020-07-28 14:15:53**

Every SSP has machine learning that helps make publishers more money - that&#39;s part of the core value prop of an SSP

**█████████, 2020-07-28 14:16:43**

Right. I&#39;m playing devil&#39;s advocate right now. But yes, that&#39;s true.

**Nitish Korula, 2020-07-28 14:16:51**

And to be clear, this is very much why we always say &#39;highest *net* bid&#39;

| | | | |
|---|---|---|---|
| | | | **Nitish Korula, 2020-07-28 14:16:55**<br><br>It&#39;s like an eCPM<br><br>**Nitish Korula, 2020-07-28 14:17:41**<br><br>And it&#39;s a relatively easy thing to justify - we shouldn&#39;t make a big deal out of the ML<br><br>**Nitish Korula, 2020-07-28 14:18:15**<br><br>We penalize creatives that frequently fail to render, so a publisher doesn&#39;t lose money by selecting an ad that doesn&#39;t actually result in a payment to them |
| GOOG-AT-MDL-008033073 | ██ ██ | 2/8/2022 | **███████ 2022-02-08Tl 7:48:46.442Z**<br><br>+ 100 to this. At every one of my previous jobs, it's been the case that people (including myself) have searched/gone back multiple months in 1-1 chat histories in order to find key aspects of prior discussions and conversations. In many cases, the 1-1 chat history is the only summary of something that was discussed in a brief face-to-face conversation (hallways / lunch tables / video chat etc.). |
| GOOG-AT-MDL-008023410 | ██ ██ | 8/11/2022 | **███████ 2022-08-11 T18:19:39.224Z**<br><br>Pro tip: join this Google Group and your chat history defaults to on:<br><br>███████████████ (it still gets deleted, just after a longer period of time than 24h)<br><br>████████████████<br><br>**███████ 2022-08-11 T19:10:59.425Z**<br><br>What is the chat history retention policy and is there a way to make it "forever"?<br><br>**███████ 2022-08-11 T19:30:16.882Z** |

<table>
<tr>
<td colspan="3"></td>
<td>

██████████████████████████

History "on" means 30 days for 1: 1 chats, and 18mo for group chats. The 30-day thing has bit me a few times unfortunately.

██████████████████████████

██████████████████ **2022-08-11 TI 9:31: 10.693Z**

*██████████████* (_2022-08-11 15:10:59, UTC-04:00_):

What is the chat history retention policy and is there a way to make it "forever"?

probably not a great idea for a public company unless you want to end up getting deposed alot

████████████ **2022-08-11 TI 9:32:01.0322**

https://c.tenor.com/ZZivrAYKwkMAAAAC/deposition-suits.gif

████████████ **2022-08-11 T20:03:33 .867Z**

True true ...

Thx William.

30 days is too soon for the 1-on-1 chat links/history but I've got in the habit of stashing the reference links off...part of the Noogler experience~ (having to ask -again- for that link someone shared a long time ago)

</td>
</tr>
<tr>
<td>GOOG-AT-MDL-016920628</td>
<td>████████<br>████████</td>
<td>1/31/2023</td>
<td>

████████████ **January 31, 2023 at 11:41:51 PM UTC**

Hey ads folks, apologies if I'm missing context. What places do you need to report HOB in? - event level seller - event level winner - losing bid repmiing - aggregate reporting only - other?

</td>
</tr>
</table>

| | | | |
|---|---|---|---|
| | | | ██████████████ **January 31, 2023 at 11:45:53 PM UTC** |
| | | | for examples, we need to send HOB to FLEDGE bidders, contextual AB/OB bidders in the real time feedback. |
| | | | ██████████ |
| | | | ██████████████ **January 31, 2023 at 11:46:07 PM UTC** |
| | | | we also need to shared it in Data Transfer for publishers . |
| GOOG-AT-MDL-008101698 | George Levitte | 2/15/2023 | ████████████ **February 15, 2023 at 7:19:27 PM UTC** |
| | | | huh this legal hold is new :) |
| | | | ███████████ **February 15, 2023 at 7:23:05 PM UTC** |
| | | | re hold - you mean the chat history? yep, new world |
| | | | ██████████████ **February 15, 2023 at 7:23:37 PM UTC** |
| | | | Yup, it forced me to resend my message with history on |
| | | | ███████████ **February 15, 2023 at 7:23:45 PM UTC** |
| | | | ah, so you're on the list too |
| | | | ███████████ **February 15, 2023 at 7:24:06 PM UTC** |
| | | | seems to be anyone who's touching stuff with competition risk, including most of the leads |
| | | | ██████████ **February 15, 2023 at 7:24:20 PM UTC** |
| | | | I assume you got an email about it? |
| | | | …. |

| | | | |
|---|---|---|---|
| | | | **███████████ February 16, 2023 at 4:24:11 PM UTC**<br><br>QQ - do you know if anything ever happened with ████ work on auction packages for OB ██████████?<br><br>████████████████<br><br>**█████████████ February 16, 2023 at 5:04:53 PM UTC**<br><br>I don't think this ever materialized<br><br>**███████████ February 16, 2023 at 5:05:28 PM UTC**<br><br>███ would probably know better than me if they think this is still a good idea |
| GOOG-AT-MDL-009067370 | ██████ | 2/16/2023 | **████████████ February 16, 2023 at 9:51:55 PM UTC**<br><br>Thanks for a great fixit, and especially to @█████████ for all the prep. No I have a q: As some of us noticed, moving auctions from 2p to lp seems to sometimes change rejection reasons, particularly around fixed cpm deals I noticed. \\Then a buyer is below their floor price, I'm not sure I understand why we should now be sending LOST_ TO PMP DEAL instead of<br><br>BELOW             CPM,          regardless         of          winner: ██████████, thoughts?<br><br>███████████████████<br><br>**Updated on February 16, 2023 at 9:52:04 PM UTC**<br><br>Thanks for a great fixit, and especially to @█████████ for all the prep. Now I have a q: As some of us noticed, moving auctions from 2p to lp seems to sometimes change rejection reasons, particularly around fixed cpm deals I noticed. When a<br><br>buyer is below their floor price, I'm not sure I understand why we should now be sending ██████████████ instead of |



███████ ██████ regardless of winner: ████████████████, thoughts?

████████████████████

**Updated on February 16, 2023 at 9:52:15 PM UTC**

Thanks for a great fixit, and especially to @███████ for all the prep. Now I have a q: As some of us noticed, moving

auctions from 2p to lp seems to sometimes change rejection reasons, particularly around fixed cpm deals. When a buyer is

below their floor price, I'm not sure I understand why we should now be sending LOST  TO PMP DEAL instead of

███████ ████, regardless of winner: ████████████████, thoughts?

████████████████████

████████████ **February 16, 2023 at 9:59:39 PM UTC**

it loses to ad4, which is a PD candidate. So I think the OA candidate can never win

████████████ **February 16, 2023 at 10:00:15 PM UTC**

I see. I guess that makes sense

| GOOG-AT-MDL-009067370 | ███████ ███ | 2/16/2023 | ████████████████████████ |



| GOOG-AT-MDL-009067423 | ▮▮▮▮ ▮▮▮▮▮ | 2/22/2023 | ████████████████████████████████████████ |
|---|---|---|---|
| GOOG-AT-MDL-009090125 | ▮▮▮▮▮▮▮ ▮▮▮ | 3/10/2023 | ████████████ **March 10, 2023 at 3:09:09 PM UTC**<br><br>Thinking more on our proposed solution for HBM floor opt<br><br>████████████ **March 10, 2023 at 3:09:23 PM UTC**<br><br>Likely more work than had first occured to me actually |



**March 10, 2023 at 3:09:38 PM UTC**

Can explain more whenever

**March 10, 2023 at 3:09:57 PM UTC**

**March 10, 2023 at 3:11:08 PM UTC**

**March 10, 2023 at 3:11:23 PM UTC**

**March 10, 2023 at 3:11:34 PM UTC**

**March 10, 2023 at 3:12:07 PM UTC**

**March 10, 2023 at 3:12:21 PM UTC**

(cost of prod development)

**March 10, 2023 at 3:16:55 PM UTC**

**March 10, 2023 at 3:29:15 PM UTC**



**March 10, 2023 at 3:30:40 PM UTC**

**March 10, 2023 at 3:30:57 PM UTC**

**March 10, 2023 at 3:31:28 PM UTC**

I don't think it overrides all reserve prices, its just an additional reserve price

**March 10, 2023 at 3:31:34 PM UTC**

i.e. if eda is higher, we still use EDA

**March 10, 2023 at 3:33:23 PM UTC**

well doesn't that go back to ▮ original objection? that the reserve we share isn't
necessarily what we apply?

**March 10, 2023 at 3:33:34 PM UTC**

we send the EDA price to GAM buyers

**March 10, 2023 at 3:33:40 PM OTC**

the issue is if we predict too HIGH

**March 10, 2023 at 3:34:03 PM UTC**



██████████████ **March 10, 2023 at 3:37:53 PM UTC**

well, I'm not clear on how ███████████████████████
████████████████████████

**Updated on March 10, 2023 at 3:38:25 PM UTC**

well, I'm not clear on how ███████████████████████
████████████████████████

**Updated on March 10, 2023 at 3:38:32 PM UTC**

well, I'm not clear on how ███████████████████████
████████████████████████

██████████████████ **March 10, 2023 at 3:40:13 PM UTC**

IMO this would just be another RPO floor

██████████████████ **March 10, 2023 at 3:40:32 PM UTC**

that may occassionally be slightly higher than the oriiginal RPO floor

██████████████████ **March 10, 2023 at 3:40:36 PM UTC**

RPO doesn't cap EDA

██████████████████ **March 10, 2023 at 3:40:47 PM UTC**

████████████████████████

██████████████████ **March 10, 2023 at 3:43:55 PM UTC**

this comes back to whether ████████████████████
███████████████



**March 10, 2023 at 3:44:27 PM UTC**

I think we can sell that

**March 10, 2023 at 3:44:41 PM UTC**

good for ███ to include in ask doc (I'll mention it)

**March 10, 2023 at 3:44:46 PM UTC**

ya

**March 10, 2023 at 3:44:48 PM OTC**

unrelated q

**March 10, 2023 at 3:44:50 PM UTC**

**March 10, 2023 at 3:44:53 PM UTC**

we need to be specific

**March 10, 2023 at 3:45:05 PM UTC**

Can you identify this kind of query?

**March 10, 2023 at 3:45:11 PM OTC**

**March 10, 2023 at 3:45:16 PM UTC**



yeah?

██████████████████ **March 10, 2023 at 3:45:21 PM UTC**

just an OA bid, from ████████████████

██████████████████ **March 10, 2023 at 3:45:25 PM UTC**

█████████████████████

██████████████████ **March 10, 2023 at 3:45:30 PM UTC**

no

██████████████████ **March 10, 2023 at 3:45:37 PM UTC**

that secondary is ██████████

██████████████████ **March 10, 2023 at 3:45:37 PM UTC**

there is a ████████

██████████████████ **March 10, 2023 at 3:45:43 PM UTC**

oh

██████████████████ **March 10, 2023 at 3:45:50 PM UTC**

the dynamic allocation thing

██████████████████ **March 10, 2023 at 3:45:50 PM UTC**

that's always trne for DFP backfill OA bids

██████████████████ **March 10, 2023 at 3:45:54 PM UTC**



got it

**███████████████ March 10, 2023 at 3:45:56 PM UTC**

yes

**███████████████ March 10, 2023 at 3:46:07 PM UTC**

████████████████████████████████

**███████████████ March 10, 2023 at 3:46:13 PM UTC**

its not really a deal

**███████████████ March 10, 2023 at 3:46:16 PM UTC**

wonder how best to identify those DFP DA

**███████████████ March 10, 2023 at 3:46:33 PM UTC**

theres an ███████████████████

**███████████████ March 10, 2023 at 3:46:42 PM UTC**

that you could probably log I suppose

**███████████████ March 10, 2023 at 3:47:19 PM UTC**

how come for some reason all such queries I can't find ██████?

**███████████████ March 10, 2023 at 3:47:31 PM UTC**

can't find what

**███████████████ March 10, 2023 at 3:47:36 PM UTC**



March 10, 2023 at 3:49:06 PM OTC

( or in any other log)

March 10, 2023 at 3:49:12 PM UTC

recent query

March 10, 2023 at 3:49:16 PM UTC

it may be in

March 10, 2023 at 3:49:27 PM OTC

all should cover, no?

March 10, 2023 at 3:49:29 PM UTC

(All) I don't think is really All for display

March 10, 2023 at 3:49:42 PM UTC

, for example

March 10, 2023 at 3:49:52 PM UTC

