# Exhibit 1
# Filed Under Seal

Message
From: ▮▮▮
Sent: 11/7/2014 5:56:05 PM
To: Sundar Pichai ▮▮▮
Subject: Android+ACE PR updates, week of 11/10

Hi team -
Updates for next week below and coverage highlights from this week.

Let me know if you have any questions.
Best, Lily

****

## LAUNCHES

**Android and Nexus:** As early as Monday, November 10, Android 5.0 Lollipop will begin rolling out to legacy Nexus devices, starting first with Nexus 7 (WiFi) and Nexus 10. Nexus 6 pre-orders will begin shipping on November 12, and press embargo for this device lifts at 10am PT. G+ post.

**Google for Education:** On Monday, November 10, we'll convene elected officials and educators from 18 countries to our second annual Global Education Symposium. We'll highlight the event on the Official Google Blog and announce that per new research from IDC, Chromebooks are the best-selling device in U.S. schools this year. Blog post.

**Chromecast:** On Tuesday, November 11, we'll announce new, family-friendly games for Chromecast. These games use the phone in your hand as the controller and the TV as your gameboard to put a new twist on classic games like Monopoly, Scrabble and Connect 4. Blog post.

**Hangouts for Work:** As early as Wednesday, November 12, we'll be rolling out two new features for Hangouts for Work — the admin option to force Hangouts chat history in your organization to be off (or on) and introducing Google Apps Vault Support for Hangouts chat. Blog post in the works.

**Project Tango:** On Thursday, November 13, the Project Tango Development Kit we announced at Google I/O will start shipping to developers from the Play store. The tablet will *not* show up publicly on the Play Store and will only be visible to the whitelisted developers. We'll notify developers via an email. Comms doc.

## COVERAGE HIGHLIGHTS

**ATAP Spotlight Stories:** We landed an in-depth piece on Spotlight Stories by Steven Levy for the new blog publishing platform site, *Medium*. Our goal was to land a story, with an emphasis on the behind-the-scenes tech, that we can use as our North Star leading up to the consumer-wide launch in February. We wanted to lay the technical breadcrumbs, introduce our Story Development Kit (SDK) and the importance of scaling globally.

**Nexus:**
- **Nexus 9:** While reviews of Nexus 9 were mixed, many outlets, including Forbes, PC World, Engadget, and CNET, applauded the tablet's sound quality, performance, and how well the device showcased many of Lollipop's new features.
- **Nexus Player:** The look and feel of Android TV, as well as voice search, were the standout features of the Nexus Player reviews.

**Google Play + Disney:** Our partnership with Disney to unlock Android users' Disney, Pixar and Marvel movie collections on any device (even stuff bought from iTunes will now be available to Android users) was well received by press, including

WSJ, Good Morning America, Variety and Mashable. Both Google and Disney were praised for working together to bring a truly consumer-focused feature. Full coverage here.

**Google Design:** The thrust of our design outreach happened this week, to coincide with the rollout of Lollipop as well as FORM, Google's inaugural conference for design and technology. We've seen over 1,200 articles on material design, most extremely positive (Wired, Mashable). Full coverage.

**Google Cloud Platform:**
- **GCP Live:** With more than 30 influencers attending the event, media coverage was positive across business and tech press, focusing on the growing strength and maturity of our offering for business customers, and new product innovations for developers. Key coverage included an exclusive interview with Brian Stevens in Fortune, detailed stories on the top news of the day (Container Engine, Mobile, Networking) and drill downs in trade press.
- **Genomics:** We worked with CNBC on a story about Autism research — part of a new "Change the World" series. The writer went on Squawk Box to talk about the piece. The story is positive on our contributions, with quotes from David Glazer peppered throughout and no mention of privacy. Separately, we worked with MIT Technology Review to place a feature about cloud as the new platform for large-scale scientific discoveries, including quotes from David and academia including Stanford.

**Chromecast:** Chromecast was named a top travel gadget in Conde Nast Traveler.

**Chrome security:** CNET ran a thoughtful piece on our announcement around RAPPOR (Randomized Aggregatable Privacy-Preserving Ordinal Response), a new feature to find buggy and malicious software and improve functionality while maintaining user privacy, in the Chrome browser.

**Google Drive:** Our announcement about the ability to open and edit files with desktop applications from Drive in Chrome (say that three times fast) was positively received across tech press. Reporters noted that while this may seem minor, it's hugely beneficial for users and demonstrates our commitment to helping people bridge the gap between the cloud and their on-premise files.



*This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else. Please delete all copies/attachments and let me know that it went to the wrong person. Thanks.*

HIGHLY CONFIDENTIAL TREATMENT REQUESTED

GOOG-NE-07385056