# EXHIBIT 2A
# FILED UNDER SEAL

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-B-004290158 |
| End Bates | GOOG-AT-MDL-B-004290160 |
| Subject | AAAAZhZnT2Q-MBI-THREADED:hwoR3F-wD5E%%%2019-03-14T00:53:50.944159 |
| Email Subject | AAAAZhZnT2Q-MBI-THREADED:hwoR3F-wD5E%%%2019-03-14T00:53:50.944159 |
| Master Date | 3/14/2019 |
| OS Saved Date/Time | |
| Time Sent | 7:53:00 PM |
| Time Received | |
| Custodian | Stewart, Adam |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| File Name | |
| From | |
| To | |
| Extension | eml |
| Cc | |
| Bcc | |
| Author | |
| Volume Name | PROD084-003 |
| CSV Confidentiality | HIGHLY CONFIDENTIAL |
| OS Creation Date/Time | |
| CSV Drive Collaborators | |
| CSV Drive Viewers | |
| Date Sent | 3/14/2019 |
| CSV Other Beg Bates | |
| CSV Last Author | |
| Date Received | |
| CSV Organization | |
| CSV Produced In | |
| CSV Search Values | |
| CSV Spec No | |
| CSV Gmail Thread Level 1 | AAAAZhZnT2Q-MBI-THREADED:hwoR3F-wD5E%%%2019-03-14T00:53:50.944159 |
| CSV DOJ Edoc Properties | Chat;Email |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

Message

**From:** [REDACTED]
**Sent:** 3/14/2019 7:53:50 PM
**To:** [REDACTED]
**Subject:** AAAAZhZnT2Q-MBI-THREADED:hwoR3F-wD5E%%%2019-03-14T00:53:50.944159
**Attachments:** IMG_1002.PNG; IMG_1002.PNG; IMG_1002.PNG; IMG_1003.PNG; IMG_1003.PNG; Screenshot from 2019-03-14 12-55-19.png; Screenshot from 2019-03-14 12-55-19.png; Screenshot from 2019-03-14 13-01-01.png; Screenshot from 2019-03-14 13-01-01.png; image.png; image.png

[REDACTED] March 14, 2019 at 7:53:50 PM UTC
Nit picky call out. Does anyone else find the History On-Off indicators confusing? In my mind, a slash through and icon represents OFF. I believe there was discussion on this in the past...
IMG_1002.PNG

**Updated on** March 14, 2019 at 7:54:25 PM UTC
Nit picky call out. Does anyone else find the History On-Off indicators confusing? In my mind, a slash through an icon represents OFF. I believe there was discussion on this in the past...
IMG_1002.PNG

**Deleted on** November 20, 2020 at 1:09:55 PM UTC
Nit picky call out. Does anyone else find the History On-Off indicators confusing? In my mind, a slash through an icon represents OFF. I believe there was discussion on this in the past...
IMG_1002.PNG

[REDACTED] March 14, 2019 at 7:54:06 PM UTC
IMG_1003.PNG

**Deleted on** November 20, 2020 at 1:09:55 PM UTC
IMG_1003.PNG

[REDACTED] March 14, 2019 at 7:57:25 PM UTC
Screenshot from 2019-03-14 12-55-19.png

**Deleted on** November 20, 2020 at 1:09:55 PM UTC
Screenshot from 2019-03-14 12-55-19.png

[REDACTED] March 14, 2019 at 7:57:28 PM UTC
You're not wrong.

**Deleted on** November 20, 2020 at 1:09:55 PM UTC

You're not wrong.

[REDACTED] March 14, 2019 at 8:00:26 PM UTC
I think it's just that they're using the icon for "timer" rather than the icon for "history". And if you assume history is the opposite of timer, then you reverse the on/off.

**Deleted on** November 20, 2020 at 1:09:55 PM UTC
I think it's just that they're using the icon for "timer" rather than the icon for "history". And if you assume history is the opposite of timer, then you reverse the on/off.

[REDACTED] March 14, 2019 at 8:01:43 PM UTC
Screenshot from 2019-03-14 13-01-01.png

**Deleted on** November 20, 2020 at 1:09:55 PM UTC
Screenshot from 2019-03-14 13-01-01.png

[REDACTED] March 14, 2019 at 8:01:49 PM UTC
Could just use that second one with a slash through it.

**Deleted on** November 20, 2020 at 1:09:55 PM UTC
Could just use that second one with a slash through it.

[REDACTED] March 14, 2019 at 8:03:33 PM UTC
Or maybe an eye for history, eye with slash for no history?
image.png

**Deleted on** November 20, 2020 at 1:09:55 PM UTC
Or maybe an eye for history, eye with slash for no history?
image.png

[REDACTED] March 14, 2019 at 8:06:06 PM UTC
Or, keep the iconography, but change the text and swap ON for OFF and vice versa. It's confusing when the HISTORY ON icon has a slash, but perfectly understandable if the slashed icon = HISTORY OFF.

**Deleted on** November 20, 2020 at 1:09:55 PM UTC
Or, keep the iconography, but change the text and swap ON for OFF and vice versa. It's confusing when the HISTORY ON icon has a slash, but perfectly understandable if the slashed icon = HISTORY OFF.

[REDACTED] March 14, 2019 at 8:07:37 PM UTC

+1000

**Deleted on** November 20, 2020 at 1:09:55 PM UTC

+1000

[REDACTED] March 14, 2019 at 9:52:40 PM UTC

Something frustrating that happens often: I see a super quick notification on desktop about a new message, but don't click on it in time to open the thread directly, and didn't remember which thread it said it was in because I was trying to read the content of the message; then I open chat and have no indication of what thread that notification "went into" because I have multiple threads with unread messages.

**Deleted on** November 20, 2020 at 1:09:55 PM UTC

Something frustrating that happens often: I see a super quick notification on desktop about a new message, but don't click on it in time to open the thread directly, and didn't remember which thread it said it was in because I was trying to read the content of the message; then I open chat and have no indication of what thread that notification "went into" because I have multiple threads with unread messages.

# EXHIBIT 2B
# FILED UNDER SEAL

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-B-004290161 |
| End Bates | GOOG-AT-MDL-B-004290161 |
| Subject | |
| Email Subject | IMG_1002.PNG |
| Master Date | |
| OS Saved Date/Time | |
| Time Sent | |
| Time Received | |
| Custodian | Stewart, Adam |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| File Name | IMG_1002.PNG |
| From | |
| To | |
| Extension | PNG |
| Cc | |
| Bcc | |
| Author | no Author |
| Volume Name | PROD084-003 |
| CSV_Confidentiality | HIGHLY CONFIDENTIAL |
| OS Creation Date/Time | |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| Date Sent | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| Date Received | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | |
| CSV DOJ Edoc Properties | Chat;Email Attachment |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

Thread in
G Suite Discuss (Search befo...

New thread
HISTORY ON
Nit picky call out. Does anyone else find the History On - Off indicator confusing? The line crossing the clock (in my mind) suggests off.
Yeah
Thanks
Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123
space
@
#

# EXHIBIT 2C
# FILED UNDER SEAL

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-B-004290164 |
| End Bates | GOOG-AT-MDL-B-004290164 |
| Subject | |
| Email Subject | IMG_1003.PNG |
| Master Date | |
| OS Saved Date/Time | |
| Time Sent | |
| Time Received | |
| Custodian | Stewart, Adam |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| File Name | IMG_1003.PNG |
| From | |
| To | |
| Extension | PNG |
| Cc | |
| Bcc | |
| Author | no Author |
| Volume Name | PROD084-003 |
| CSV_Confidentiality | HIGHLY CONFIDENTIAL |
| OS Creation Date/Time | |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| Date Sent | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| Date Received | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | |
| CSV DOJ Edoc Properties | Chat;Email Attachment |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

Thread in
G Suite Discuss (Search befo...
HISTORY OFF
HISTORY ON
Yeah
Thanks
A S D F G H J K L
Z X C V B N M
123
space
@
#