# Exhibit 3
# Filed Under Seal

Message
___

**From:** ███████████████
**Sent:** 5/24/2018 8:49:52 PM
**To:** ███████████████
**Subject:** AAAACIPEHao-2rSKdspn_-c-2
**Attachments:** Untitled attachment 00013.dat; Untitled attachment 00016.dat; Image_20180710_1122198598877683115962815.jpg

___

- ████████████ 2018-05-24T20:49:52.602Z

  b) we have yet to see how this all works out across the ecosystem

- ████████████ 2018-05-24T20:49:57.292Z

  our consent story is scrambled at best

- ████████████ 2018-05-24T20:50:04.280Z

  so can we ATLEAST wait a week?

- ████████████ 2018-05-24T20:50:21.306Z

  figured you would be a good sanity test against my grumpiness

- ████████████ 2018-05-24T20:50:26.187Z

  and brad and emil's effervesence

- ████████████ 2018-05-24T20:51:53.143Z

  I will+1

- ████████████ 2018-05-24T20:51:56.129Z

  I have a meta q for you... :)

- ████████████ 2018-05-24T20:52:07.037Z

  There are two behaviors here...

- ████████████ 2018-05-24T20:52:18.224Z

  1. The effort that went into the project

- ████████████ 2018-05-24T20:52:28.744Z

  2. The sending of congrats emails

- ████████████ 2018-05-24T20:52:31.189Z

I don't see the email btw

- ███████████████ 2018-05-24T20:53:06.739Z

  Which is more important for you to change, Aparna? I think your reaction/feedback to them depends on the behavior you want to shape more..

- ███████████████ 2018-05-24T20:53:13.735Z

  I'm conservative with announcements. So I'm with you A

- ███████████████ 2018-05-24T20:53:27.404Z

  Nothing like sending a congratulations and then feeling like idiots

- ████████████████ 2018-05-24T20:53:49.550Z

  It's a doc ████

- ████████████████ 2018-05-24T20:53:50.979Z

  Lol, so true

- ████████████████ 2018-05-24T20:53:55.384Z

  Also who is it that can't wait one week to be acknowledgement

- ██████████████ 2018-05-24T20:54:17.322Z

  Ah okay. Should still get an email from docs

- ██████████████ 2018-05-24T20:54:25.437Z

  I want us to thank people for going out of their way

- ██████████████ 2018-05-24T20:54:44.054Z

  Just dm the doc link to me if you want faster ack

- ████████████████ 2018-05-24T20:55:11.057Z

  Ok then that's #2

- ███████████████ 2018-05-24T20:55:34.240Z

  I think that what you're doing well definitely reinforce that then.

- ██████████████ 2018-05-24T20:55:41.593Z

  But congratulations is reserved for landings

- ███████████ 2018-05-24T20:55:48.119Z

  ████████████████████████████████████████

  ██

- █ ████████████████████████████████████
- █
- █ ████████████████████████████████████
- ██████ 2018-05-24T20:55:55.549Z

  Only ████ click

- ██████████ 2018-05-24T20:56:00.274Z

  Thanks

- ████████████ 2018-05-24T20:56:18.884Z

  I yell at my team for beta announcement congrats

- ████████████ 2018-05-24T20:56:21.211Z

  makes sense

- ████████████ 2018-05-24T20:56:27.377Z

  Ya, good policy

- ████████████ 2018-05-24T20:56:30.575Z

  If it's not a ga then shut up

- ████████████ 2018-05-24T20:56:42.862Z

  I think internal team congrats is good for launch/beta stuff...

- ████████████ 2018-05-24T20:56:49.369Z

  Don't go wide with it though

- ████████████ 2018-05-24T20:58:07.209Z

  It's always wide

- ████████████ 2018-05-24T20:58:10.886Z

  Goes to eisar

- ████████████ 2018-05-24T20:58:15.761Z

  And I'm like dude no

GOOG-DOJ-AT-02226372



- ████████████████ 2018-05-24T20:58:25.170Z

  Btw eisar directs is back in action

- ████████████████ 2018-05-24T20:58:36.835Z

  I asked eiaar to kick out hr and ████ and comms

- ████████████████ 2018-05-24T20:58:41.231Z

  So now it's just eng

- ████████████████ 2018-05-24T20:58:48.037Z

  And no viral ████ and ██████

- ████████████████ 2018-05-24T21:00:55.002Z

  Nice

- ████████████████ 2018-05-24T21:01:02.765Z

  For like two weeks?

- ████████████████ 2018-05-24T21:01:05.010Z

  :)

- ████████████████ 2018-05-24T21:01:59.326Z

  Haha no to weird people out by continuing to use it forevet

- ████████████████ 2018-05-24T21:02:13.741Z

  It's a good way to reach all the eng reports of ████

- ████████████████ 2018-05-24T21:02:22.316Z

  I bet thaw will want to rename

- ████████████████ 2018-05-24T21:02:30.057Z

  I see it more as a social experiment

- ████████████████ 2018-05-24T21:02:33.718Z

  ████ ████

- ████████████████ 2018-05-24T21:02:38.899Z

  You need to help me out

- ██████████████ 2018-05-24T21:02:56.291Z

  Wish we could get you on ████ but then ████ will be insecure

- ██████████████ 2018-05-24T21:03:46.861Z

  Haha

- ██████████████ 2018-05-24T21:03:49.709Z

  Totally

- ██████████████ 2018-05-24T21:04:03.797Z

  I had to do perf 1:1:1's with him...

- ██████████████ 2018-05-24T21:04:19.680Z

  That was a fantastic contrast in styles

- ██████████████ 2018-05-24T21:05:07.353Z

  S: "I usually print a copy for the direct report and for myself. Do you do something like that?"

- ██████████████ 2018-05-24T21:05:19.129Z

  Hahaha

- ██████████████ 2018-05-24T21:05:22.116Z

  No way!!!

- ██████████████ 2018-05-24T21:05:49.821Z

  No ████ I don't do anything like that... :)

- ██████████████ 2018-05-24T21:07:00.741Z

  S: "Do you have your talk written out?"

- ██████████████ 2018-05-24T21:07:32.243Z

  Nope. I'm really more of a, "wing it with the laptop open" sort of guy"

- ██████████████ 2018-05-24T21:09:47.867Z

  BTW - I'm headed for "brunch" at the airport now...

- ██████████████ 2018-05-24T21:09:54.039Z

  Wow he would fail me totally

GOOG-DOJ-AT-02226374

- ███████████  2018-05-24T21:09:54.503Z

  And be shocked at my perf convos

- ███████████  2018-05-24T21:10:04.719Z

  If you get up at 4am and eat at 8am it's brunch I think..?

- ███████████  2018-05-24T21:10:25.130Z

  Yes, totally

- ███████████  2018-05-24T21:10:52.494Z

  Half of my perf convos were way more touchy feely than he was comfortable with too... :)

- ███████████  2018-05-24T21:11:07.138Z

  So fancy

- ███████████  2018-05-24T21:11:26.476Z

  Touchy feely how?

- ███████████  2018-05-24T21:11:33.547Z

  I need to get better at that?

- ███████████  2018-05-24T21:11:55.604Z

  Sam asked for feedback on how to up his game

- ███████████  2018-05-24T21:11:58.401Z

  I need to get better at that.

- ███████████  2018-05-24T21:13:02.878Z

  I told him the biggest thing for him is that he's got a work/life balance and needs to treat that like the life-destroying force that it is...

- ███████████  2018-05-24T21:13:19.508Z

  Made a tough analogy to alcoholics, etc...

- ███████████  2018-05-24T21:13:43.928Z

  About how the hardest part about quitting is the lifestyle changes required...

- ███████████  2018-05-24T21:14:01.750Z

GOOG-DOJ-AT-02226375

The fact that you've measured yourself by these behaviors that have made you successful.

- ██████████████  2018-05-24T21:14:49.944Z

But his wife is really upset at his inability to disconnect... so he needs to fix it

- ██████████████  2018-05-24T21:15:03.743Z

Ok but is that touchy feely?

- ██████████████  2018-05-24T21:15:18.240Z

Oh wow

- ██████████████  2018-05-24T21:15:23.669Z

Just got the rest of your msg

- ██████████████  2018-05-24T21:15:25.682Z

Dang chats

- ██████████████  2018-05-24T21:15:30.725Z

Ok ya that is touchy feely

- ██████████████  2018-05-24T21:15:42.621Z

How do you know bout his wife being upset?

- ██████████████  2018-05-24T21:20:49.393Z

He's told me

- ██████████████  2018-05-24T21:20:54.073Z

She's told me

- ██████████████  2018-05-24T21:21:03.202Z

(she works at Google)

- ██████████████  2018-05-24T21:22:10.557Z

He told me, before this perf convo, that he was thinking of leaving the team simply because the added load from Subash was putting him over the edge

- ██████████████  2018-05-24T21:23:55.510Z

I told him that if he runs away from it, it'll just keep chasing him. ██████ may not be helping, but the problem of his own time management & commitments are his to own ██████. So not to use that as an excuse... and he

GOOG-DOJ-AT-02226376

has tons of support in current team/context... so that's the best place to make the hard changes. He'll get maximum benefit of the doubt at every turn.

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:25:14.707Z

  I told E about this too, so he could offer even higher org level support. Still not sure it'll work, but I hope so.

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:25:43.666Z

  Ya wonder how ▮▮▮ handles that kind of stuff

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:25:59.033Z

  With process

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:26:15.818Z

  Joking, but not really

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:26:25.079Z

  Yup

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:50:27.424Z

  Btw ▮▮▮ wants out from under ▮▮▮

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:50:30.803Z

  I don't blame him

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:50:37.814Z

  What is the plan there?

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:50:50.521Z

  ▮▮▮ can he report to you?

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:54:06.212Z

  1. All of us can report to ▮▮▮ ☺

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:54:36.429Z

  Done

- ▮▮▮▮▮▮▮▮▮▮  2018-05-24T21:54:39.285Z

  ▮▮▮ take us

GOOG-DOJ-AT-02226377

- ███████████████ 2018-05-24T21:54:51.022Z

  2.██████ ideally doesn't want to report to anyone

- ████████████████ 2018-05-24T21:54:58.507Z

  Hahah

- ████████████████ 2018-05-24T21:56:56.036Z

  ██████ is 1. Very good 2. Has a big ego and 3. Likes power and control

- ████████████████ 2018-05-24T21:57:24.114Z

  Ya

- ████████████████ 2018-05-24T21:57:25.388Z

  True

- ███████████████ 2018-05-24T21:57:39.872Z

  The debate I often have with him is how must does 1 compensate for the other two

- ████████████████ 2018-05-24T21:57:59.646Z

  With ██ for example it's an easier decision because his two and three are either not there or very little

- ████████████████ 2018-05-24T22:02:27.637Z

  You have this debate *with him*? Funny

- ███████████████ 2018-05-24T22:03:47.114Z

  All the time ☺

- ████████████████ 2018-05-24T22:03:49.379Z

  Next time you have this conversation... can you please use the phrase "Your ego is writing checks your body can't cash."

- ███████████████ 2018-05-24T22:04:25.128Z

  Ideally with a top gun them song going on in the background...

- ███████████████ 2018-05-24T22:05:21.496Z

  Or how about "your have high cpms but your tac is high, making your net profitablity low"

- ████████████████ 2018-05-24T22:06:22.582Z

GOOG-DOJ-AT-02226378

With a strong follow that he "does not clear the hurdle rate"

- ████████████████        2018-05-24T22:07:23.636Z

  Now use flywheel in a sentence. Go

- ████████████████        2018-05-24T22:09:55.826Z

  Haha.

- ████████████████        2018-05-24T22:10:36.021Z

  Hahaha

- ████████████████        2018-05-24T22:12:47.170Z

  I have a yubico security token for my personal accounts...

- ████████████████        2018-05-24T22:13:03.780Z

  Just received a gdpr email from them... wtf?

- ████████████████        2018-05-24T22:13:54.041Z

  Ah, I created an account to access their forums & download area...

- ████████████████        2018-05-24T22:14:05.241Z

  Jesus this is out of control

- ████████████████        2018-05-24T22:14:15.462Z

  This should not require gdpr updates

- ████████████████        2018-05-24T22:14:50.055Z

  Has EU not noticed that the web is really stupid because of the cookie notifications thing?

- ████████████████        2018-05-24T22:15:21.727Z

  Oh oh... I have a funny experience to share about recommendation systems...

- ████████████████        2018-05-24T22:15:31.409Z

  From Google Play

- ████████████████        2018-05-24T22:15:36.285Z

  Let me find it

- ████████████████        2018-05-24T22:15:53.509Z

○
● ██████████████████     2018-05-24T22:16:11.474Z

   They were recommending to me... As #1 and #2...

● ██████████████████     2018-05-24T22:16:23.192Z

   The subtle art of not giving a fuck

● ██████████████████     2018-05-24T22:16:27.904Z

   And...

● ██████████████████     2018-05-24T22:16:36.011Z

   How to win friends and influence people

● ██████████████████     2018-05-24T22:16:51.164Z

   Thought that was pretty awesome.

● ██████████████████     2018-05-24T22:22:19.491Z

   So many gdpr emails

● ██████████████████     2018-05-24T22:22:28.828Z

   Not I know how bad the information leakage is

● ██████████████████     2018-05-24T22:53:23.076Z

   Rebtye subtle art hahaha

● ██████████████████     2018-05-24T22:53:28.983Z

   Is this a real book

● ██████████████████     2018-05-24T22:53:39.851Z

   I feel like it's a paragraph at most

● ██████████████████     2018-05-24T22:57:03.133Z

   Is the awbid issue gdpr related?

● ██████████████████     2018-05-24T22:59:39.439Z

   dunno... I sent to ████ her comment was, "You have done fine w/o the subtlety" ... lol... don't know quite what
   to think of that... ☺

● ██████████████████     2018-05-24T23:09:43.914Z

She's right

- ███████████████ 2018-05-25T01:22:13.300Z

  What? After an this planning for announcement █████ just sent something out today

- ███████████████ 2018-05-25T03:27:46.009Z

  Wtf

- ███████████████ 2018-05-25T03:41:13.578Z

  Sent her a stinker

- ███████████████ 2018-05-25T03:41:15.795Z

  Like wtf

- ███████████████ 2018-05-25T03:41:33.748Z

  It's not may 25 has not even gone by yetbin the eu

- ███████████████ 2018-05-25T12:50:14.382Z

  Ok decided to be happy today and ignore little vexations.

- ███████████████ 2018-05-25T12:50:18.578Z

  I am going for serene

- ███████████████ 2018-05-25T13:42:12.688Z

  Lawsuits have landed

- ███████████████ 2018-05-25T13:42:16.920Z

  Woohoo gdpr

- ███████████████ 2018-05-25T13:47:55.908Z

  ☺

- ███████████████ 2018-05-25T13:48:05.332Z

  dont forget it is serene day

- ███████████████ 2018-05-25T13:48:18.797Z

  btw - do you have an email for your managers aparna

- ███████████████ 2018-05-25T13:48:33.646Z

GOOG-DOJ-AT-02226381



will be sending out ▮▮▮▮ goodbye email - so wondering who to add from your side

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-25T13:53:36.664Z

  people managers is▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-25T13:53:41.531Z

  my directs is ▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮ 2018-05-25T13:53:48.262Z

  where is she going btw?

- ▮▮▮▮▮▮▮ 2018-05-25T13:54:54.509Z

  Play

- ▮▮▮▮▮▮▮ 2018-05-25T13:55:19.717Z

  so the nice thing is that we get to keep working with her on AdMob side

- ▮▮▮▮▮▮▮ 2018-05-25T13:55:53.710Z

  thats true

- ▮▮▮▮▮▮▮ 2018-05-25T13:55:57.428Z

  some fake news https://www.theregister.co.uk/2018/05/24/google_gdpr_mobile_app_devs_choices/

- ○ https://www.theregister.co.uk/2018/05/24/google_gdpr_mobile_app_devs_choices/
- ▮▮▮▮▮▮▮ 2018-05-25T13:56:01.826Z

  well fake ish

- ▮▮▮▮▮▮▮▮ 2018-05-25T15:44:29.789Z

  @Aparna Pappu why do we use colored bolded lines in gdpr updates? Reminds me of early days of Yahoo mail

- ▮▮▮▮▮▮▮ 2018-05-25T15:44:56.129Z

  i have muted that thread so I can stay serene

- ▮▮▮▮▮▮▮ 2018-05-25T15:46:57.452Z

  Can I respond to it and tag you explicitly and ask a question

- ▮▮▮▮▮▮▮ 2018-05-25T15:47:13.210Z

  I will ask you to add a preamble

GOOG-DOJ-AT-02226382

- ██████████████ 2018-05-25T15:47:15.985Z

  😂

- ██████████████ 2018-05-25T15:48:40.297Z

  curse

- ██████████████ 2018-05-25T17:42:20.782Z

  i finally met ██████

- ██████████████ 2018-05-25T17:42:29.435Z

  she is in the war room here

- ██████████████ 2018-05-25T17:42:32.654Z

  now i get the fonts

- ██████████████ 2018-05-25T18:28:37.825Z

  ██████ upset about the launch email being an issue

- ██████████████ 2018-05-25T18:28:40.504Z

  i give up

- ██████████████ 2018-05-25T18:28:47.311Z

  i literally do not care about this anymore

- ██████████████ 2018-05-25T18:31:43.967Z

  See this is where my apathy comes handy

- ██████████████ 2018-05-25T18:32:37.653Z

  I tell everyone announcement emails are useless and if you care about this then your are doing it wrong

- ██████████████ 2018-05-29T13:57:02.920Z

  good morning ABCs

- ██████████████ 2018-05-29T13:57:14.939Z

  Morning!

- ██████████████ 2018-05-29T13:57:21.539Z

  you back in the USA ██████?

GOOG-DOJ-AT-02226383



- ████████████████    2018-05-29T13:57:29.430Z

  Yes!!

- ████████████████    2018-05-29T13:57:35.332Z

  excellent

- ████████████████    2018-05-29T13:57:44.999Z

  Good to have the weekend to recover

- ████████████████    2018-05-29T13:57:46.638Z

  i hope bbqs were had to commemorate memorial day

- ████████████████    2018-05-29T13:58:19.223Z

  am all caught up on The Expanse. Relieved to hear bezos has bought the rights because SyFy did not renew.
  Now I can relax for the next year or two.

- ████████████████    2018-05-29T13:58:20.464Z

  Yes, it was excellent, thanks. Neighbor invited us over, water balloons, etc. Good times. You?

- ████████████████    2018-05-29T13:58:43.627Z

  Haha, good to hear

- ████████████████    2018-05-29T14:00:17.058Z

  We had family leaving plus my 40th party + lots of children's birthday parties ... So very busy but fun

- ████████████████    2018-05-29T14:01:03.319Z

  Great

- ████████████████    2018-05-29T14:01:16.071Z

  I find children's birthday parties to be anything but fun - now we are at the age of full drop off

- ████████████████    2018-05-29T14:02:02.742Z

  You don't like any of the parents? I can do stuff with them for a couple hours without too much difficulty...

- ████████████████    2018-05-29T14:02:07.719Z

  The highlight of this pay was that my parents met me the first time

- ████████████████    2018-05-29T14:02:11.039Z

but the kids are there too no?

- ██████████████ 2018-05-29T14:02:18.207Z

  other people's kids are dodgy

- ██████████████ 2018-05-29T14:02:58.565Z

  Also ██████ was the only biig invited in a group of 9

- ██████████████ 2018-05-29T14:03:13.906Z

  So nice place to break gender stereotypes

- ██████████████ 2018-05-29T14:03:19.414Z

  I liked that

- ██████████████ 2018-05-29T14:04:10.274Z

  nice

- ██████████████ 2018-05-29T14:04:15.472Z

  Like there was bird house painting activity and he did it with glitter which was very cool imho

- ██████████████ 2018-05-29T14:04:25.196Z

  ooh i'd like to do that

- ██████████████ 2018-05-29T14:05:15.211Z

  i bet ██████ 's parties are amazing given ██████ craftiness

- ██████████████ 2018-05-29T14:05:24.105Z

  Btw just learned last week that ██████ is classmates with ██████ son

- ██████████████ 2018-05-29T14:05:43.061Z

  who is ██████

- ██████████████ 2018-05-29T14:06:02.717Z

  Ha

- ██████████████ 2018-05-29T14:06:14.407Z

  was in ██████ (now ██████ team)

- ██████████████ 2018-05-29T14:06:40.702Z

so on Father's Day celebreation last week they had a puzzle competition and a bunch of Google dad's decided to team up

- ▆▆▆▆▆▆▆  2018-05-29T14:06:45.770Z

  and we did quite badly

- ▆▆▆▆▆▆▆  2018-05-29T14:06:54.973Z

  No our parties are super "boring" but low stress and fun for the kids...

- ▆▆▆▆▆▆▆  2018-05-29T14:07:03.298Z

  we came 3rd out of 4 teams

- ▆▆▆▆▆▆▆  2018-05-29T14:07:24.969Z

  Like we played pin the tail on the donkey, a couple art projects, tag... super simple :)

- ▆▆▆▆▆▆▆  2018-05-29T14:07:27.684Z

  very encouraging when your 4-5 year olds are cheering "dont come last daddy"

- ▆▆▆▆▆▆▆  2018-05-29T14:07:46.551Z

  thats more complex than i can handle chris

- ▆▆▆▆▆▆▆  2018-05-29T14:07:51.025Z

  i take the kids to the park and they play

- ▆▆▆▆▆▆▆  2018-05-29T14:07:56.889Z

  The kids all loved it though, so why do more?

- ▆▆▆▆▆▆▆  2018-05-29T14:08:17.532Z

  thats what i realized abt Pump It Up - a location i constantly rebuke

- ▆▆▆▆▆▆▆  2018-05-29T14:08:18.139Z

  Ya, we did this at her school... :)

- ▆▆▆▆▆▆▆  2018-05-29T14:08:43.769Z

  ▆▆▆ used to throw these elaborate parties and then we realized that kids like Pump It Up (or even Chuck E Cheese) a lot more

- ▆▆▆▆▆▆▆  2018-05-29T14:08:44.204Z

  Haha ▆▆▆ That's funny

GOOG-DOJ-AT-02226386



• ██████████████ 2018-05-29T14:09:00.695Z

my kids will hate me when they realize this is an option

• ██████████████ 2018-05-29T14:09:10.657Z

i've told them these places are cesspools of humanity so they can never go

• ██████████████ 2018-05-29T14:09:13.377Z

even if they ar einvited

• ██████████████ 2018-05-29T14:09:18.055Z

Right. ████ hates that place too. I think it's totally fine

• ██████████████ 2018-05-29T14:09:21.653Z

i have a business idea which is pump it up for adults with alcohol support

• ██████████████ 2018-05-29T14:09:28.581Z

thats my retirement plan

• ██████████████ 2018-05-29T14:09:58.033Z

Pump It Up is the ultimate in impersonal commoditized and streamlined celebration

• ██████████████ 2018-05-29T14:10:11.386Z

i used to joke that there is no personal touch to it whatsoever

• ██████████████ 2018-05-29T14:10:33.572Z

i am more grossed out by it

• ██████████████ 2018-05-29T14:10:38.495Z

how often do they clean all those balls

• ██████████████ 2018-05-29T14:11:02.722Z

and then a few months back we went for someone's party - entered the wrong room - still had a few known faces and hung out there for 10 minutes before everyone awkwardly realizing that we were in the wrong place

• ██████████████ 2018-05-29T14:11:31.002Z

hahah hilarious

• ██████████████ 2018-05-29T14:11:51.873Z

GOOG-DOJ-AT-02226387

Haha

- ████████████████ 2018-05-29T14:11:55.882Z

  That is funny

- ████████████████ 2018-05-29T14:12:09.867Z

  i feel like you know everyone in the bay area ██████

- ████████████████ 2018-05-29T14:12:11.658Z

  the party i went to yesterday had 2 nice touches - (1) ice cream truck for the kids - they LOVED it and (2) dosa chef that Indian adults drooled over

- ████████████████ 2018-05-29T14:12:26.839Z

  also nice is your favourite adjective

- ████████████████ 2018-05-29T14:12:41.212Z

  dosa chef would be enough for me. sold.

- ████████████████ 2018-05-29T14:12:46.921Z

  i do say nice a lot 😄

- ████████████████ 2018-05-29T14:12:56.614Z

  talking abt things i say a lot without realizing

- ████████████████ 2018-05-29T14:13:11.464Z

  very Indian thing but I say "first class" a lot at home

- ████████████████ 2018-05-29T14:13:24.957Z

  and did not realize that the kids have no idea (very Indian thing)

- ████████████████ 2018-05-29T14:14:19.652Z

  so Aparna i was not aware of this dosa magic called Andhra spicy dosa

- ████████████████ 2018-05-29T14:14:27.461Z

  hmm describe it?

- ████████████████ 2018-05-29T14:14:29.644Z

  it may be fake

GOOG-DOJ-AT-02226388

- ███████████ 2018-05-29T14:14:32.519Z

  where they put a chili paste layer on the dosa

- ███████████ 2018-05-29T14:14:39.323Z

  its like pickled dosa

- ███████████ 2018-05-29T14:14:40.702Z

  ah ok more of a karnataka thing

- ███████████ 2018-05-29T14:14:54.446Z

  but they specifically called it Andhra dosa

- ███████████ 2018-05-29T14:14:57.729Z

  hmm

- ███████████ 2018-05-29T14:15:08.367Z

  ah ok karam powder

- ███████████ 2018-05-29T14:15:12.419Z

  ya good stuff

- ███████████ 2018-05-29T14:15:20.013Z

  not something we do at home

- ███████████ 2018-05-29T14:15:22.747Z

  different tribe

- ███████████ 2018-05-29T14:15:28.711Z

  haha

- ███████████ 2018-05-29T14:17:00.271Z

  anyway time to get ready

- ███████████ 2018-05-29T14:17:15.157Z

  any fun gossip brewing post gdpr?

- ███████████ 2018-05-29T14:17:38.285Z

  not that i know of

HIGHLY CONFIDENTIAL

-  2018-05-29T14:18:30.337Z

  I'm drowning in gdpr emails, yikes

-  2018-05-29T15:50:36.723Z

  so apparently eisar blew up at people and cleared his cal for the last 2 weeks

-  2018-05-29T15:50:41.546Z

  and he and ▮ no longer speak

- ▮ 2018-05-29T15:50:58.718Z

  who is ▮?

- ▮ 2018-05-29T15:51:24.643Z

  I get his position on her and agree, but I don't know why it is so personal for him.

-  2018-05-29T15:51:55.685Z

  ▮

- ▮ 2018-05-29T15:52:09.635Z

  Now if she is the reason we are losing every freaking HRBP, that's bad.

- ▮ 2018-05-29T15:52:13.215Z

  Just lost ▮

- ▮ 2018-05-29T15:52:22.138Z

  really?

-  2018-05-29T15:52:23.630Z

  wow

- ▮ 2018-05-29T15:52:26.820Z

  where did she go?

- ▮ 2018-05-29T15:52:43.179Z

  But I don't know whether the continued mass attrition is her fault.

- ▮ 2018-05-29T15:53:20.730Z

  I forget where ▮ is going.

HIGHLY CONFIDENTIAL



- ████████████████ 2018-05-29T15:53:28.192Z

  I probably assumed you poached her ☺

- ████████████████ 2018-05-29T15:53:39.060Z

  lol

- ████████████████ 2018-05-29T15:53:48.509Z

  makes sense

- ████████████████ 2018-05-29T15:53:55.892Z

  Oh thank god.

- ████████████████ 2018-05-29T15:54:05.261Z

  This new gmail UI has an option to go back to the old one.

- ████████████████ 2018-05-29T15:54:31.626Z

  In what seems to be a supported / part-of-the-new-thing way.

- ████████████████ 2018-05-29T15:54:33.039Z

  oh, what don't you like about the new one? i think it's net positive for sure, just a bit slow for me

- ████████████████ 2018-05-29T15:54:51.644Z

  Setting -> Display Density -> Compact

- ████████████████ 2018-05-29T15:55:03.164Z

  oh ya, definitely need compact

- ████████████████ 2018-05-29T15:55:03.677Z

  The trend to low density UIs is killing me.

- ████████████████ 2018-05-29T15:55:32.005Z

  got it, i think they asked me when i first got the new ux which treatment I wanted... and chose compact.

- ████████████████ 2018-05-29T15:56:59.256Z

  re: ██████████████████

- ████████████████ 2018-05-29T15:57:01.415Z

  what is that?

HIGHLY CONFIDENTIAL

- ███████████████ 2018-05-29T15:57:53.614Z

  nm - apparently everyone in HR is in that cost center

- ███████████████ 2018-05-29T15:59:06.264Z

  ya def compact

- ███████████████ 2018-05-29T15:59:13.328Z

  i asked ███ she said ███ is good but new to HR

- ███████████████ 2018-05-29T15:59:17.033Z

  she is from POPs but not HR

- ███████████████ 2018-05-29T15:59:21.420Z

  ███ is the last man standing

- ███████████████ 2018-05-29T15:59:22.936Z

  ███████

- ███████████████ 2018-05-29T15:59:27.033Z

  she literally supports everyone

- ███████████████ 2018-05-29T15:59:31.702Z

  and is the nicest human

- ███████████████ 2018-05-29T15:59:40.391Z

  and even she cant wait to dump ███████

- ███████████████ 2018-05-29T15:59:50.985Z

  haha

- ███████████████ 2018-05-29T15:59:54.866Z

  great close

- ███████████████ 2018-05-29T16:00:12.107Z

  no idea who eisar blew up

- ███████████████ 2018-05-29T16:00:12.936Z

  I'm with ███████ until ███████ comes back.

HIGHLY CONFIDENTIAL

- ██████████████ 2018-05-29T16:00:24.701Z

  ██████████

- ██████████████ 2018-05-29T16:00:28.787Z

  Eisar I mean.

- ██████████████ 2018-05-29T16:00:38.761Z

  oh? why is that?

- ██████████████ 2018-05-29T16:00:44.108Z

  isn't that kind of "up to him?"

- ██████████████ 2018-05-29T16:00:44.618Z

  Not smart enough.

- ██████████████ 2018-05-29T16:00:51.826Z

  oh, i see

- ██████████████ 2018-05-29T16:00:56.553Z

  then why not get rid of her?

- ██████████████ 2018-05-29T16:01:08.467Z

  hates ██ for sure

- ██████████████ 2018-05-29T16:01:10.787Z

  She was too knew.

- ██████████████ 2018-05-29T16:01:13.927Z

  Sorry new.

- ██████████████ 2018-05-29T16:01:14.583Z

  and he said he was the one who hired her

- ██████████████ 2018-05-29T16:01:23.488Z

  he said IQ issues for both of them

- ██████████████ 2018-05-29T16:01:26.589Z

  i dont know if this is true or not

GOOG-DOJ-AT-02226393



- ███████████ 2018-05-29T16:01:33.776Z

  i have little overlap with these two charcters

- ███████████ 2018-05-29T16:01:35.250Z

  And he had no power to change the team by the time he had his bit flipped on her.

- ███████████ 2018-05-29T16:01:38.491Z

  how much of this is wounded tiger

- ███████████ 2018-05-29T16:01:44.833Z

  For sure, ████ is way sharper.

- ███████████ 2018-05-29T16:01:45.060Z

  versus truths

- ███████████ 2018-05-29T16:02:10.146Z

  +1, ████ is very sharp

- ███████████ 2018-05-29T16:02:10.286Z

  ████ is frustrated

- ███████████ 2018-05-29T16:02:13.438Z

  But she's not "senior" enough, I guess, based on some yardstick.

- ███████████ 2018-05-29T16:02:53.400Z

  and shes ██████

- ███████████ 2018-05-29T16:03:02.938Z

  she does lack courage to rock the boat... she has been in a "support" role too long...

- ███████████ 2018-05-29T16:03:07.231Z

  If feel like if it had been eng, Eisar et al would have bet on ██████ rather than hire external.

- ███████████ 2018-05-29T16:03:32.578Z

  ████ and I had a meeting w/ her that was super sad...

- ███████████ 2018-05-29T16:03:34.569Z

  I don't think we knew then she was moving.

HIGHLY CONFIDENTIAL



- ████████████ 2018-05-29T16:03:42.969Z

  Yeah, ████ that's fair.

- ████████████ 2018-05-29T16:03:49.529Z

  they were trying to beat us up over opex for some reason...

- ████████████ 2018-05-29T16:04:01.943Z

  Anyway, it was super indirect, and the totals involved were like ████

- ████████████ 2018-05-29T16:04:21.115Z

  OpEx is a place were "Agree and don't commit" is OK ☺

- ████████████ 2018-05-29T16:04:28.176Z

  Just say "sure" and overspend.

- ████████████ 2018-05-29T16:05:31.721Z

  We were livid..

- ████████████ 2018-05-29T16:05:47.290Z

  ... not my proudest moment, but it definitely spoke to my frustration.

- ████████████ 2018-05-29T16:06:18.292Z

  I finally just said, "If you need more money, go get it from thaw"

- ████████████ 2018-05-29T16:06:21.981Z

  In other news, I realized last week Search Ads is even more f'd up than I had known.

- ████████████ 2018-05-29T16:06:32.043Z

  IIRC his budget was like ███ everyone elses...

- ████████████ 2018-05-29T16:06:39.724Z

  Pure Vegas: They are losing *another* VP.

- ████████████ 2018-05-29T16:06:44.506Z

  in what way, ████?

- ████████████ 2018-05-29T16:06:53.942Z

  oh, they have vp's to burn over there... that doesn't sound so bad...

GOOG-DOJ-AT-02226395

- ███████████████  2018-05-29T16:07:08.980Z

  Even more people hate working for ████ than I realized.

- ███████████████  2018-05-29T16:07:23.729Z

  I don't know how they have molified ████ so long.

- ███████████████  2018-05-29T16:07:32.517Z

  Do they have VPs to spare?

- ███████████████  2018-05-29T16:07:33.075Z

  w/ promise of vp ☺

- ███████████████  2018-05-29T16:07:50.748Z

  He's been VP for over 6 months now.

- ███████████████  2018-05-29T16:08:02.222Z

  ya, don't know why he's still there... guilt, maybe?

- ███████████████  2018-05-29T16:08:33.353Z

  or now he believes he can build the future of ads in UCC behind the single UI to rule them all? what a piece of crap those two projects are... sigh.

- ███████████████  2018-05-29T16:09:11.343Z

  So apparently they hare 4/13 of the last 13 product VPs still in Ads.

- ███████████████  2018-05-29T16:09:51.215Z

  what's a "product VP?" a PM?

- ███████████████  2018-05-29T16:09:54.066Z

  or eng/pm?

- ███████████████  2018-05-29T16:09:55.670Z

  Yeah.

- ███████████████  2018-05-29T16:09:58.673Z

  PM.

- ███████████████  2018-05-29T16:10:03.373Z

GOOG-DOJ-AT-02226396

But eng is not so great either.

- ███████████████ 2018-05-29T16:10:04.724Z

  oh, ok... well that makes sense.

- ███████████████ 2018-05-29T16:10:18.480Z

  they have major disdain for PMs in search ads

- ███████████████ 2018-05-29T16:10:20.051Z

  In the last year losing ████████████ who else?

- ███████████████ 2018-05-29T16:10:29.170Z

  Their top guy is a PM.

- ███████████████ 2018-05-29T16:10:39.149Z

  which?

- ███████████████ 2018-05-29T16:10:43.904Z

  █████

- ███████████████ 2018-05-29T16:10:52.421Z

  The guy who runs search ads ☺

- ███████████████ 2018-05-29T16:10:52.504Z

  is that their top guy? ☺

- ███████████████ 2018-05-29T16:11:25.233Z

  Well he can overrule anyone but ██████ and ██████ usually gives him free reign.

- ███████████████ 2018-05-29T16:11:26.100Z

  i would argue it is still ████████ just gets to stay at the house while he's away to make sure the kids don't break into the liquor cabinet

- ███████████████ 2018-05-29T16:11:28.493Z

  So yes.

- ███████████████ 2018-05-29T16:12:03.988Z

  free reign to do the obvious.

GOOG-DOJ-AT-02226397

- ████████████████  2018-05-29T16:12:52.818Z

  I also learned that the clear ████ bias to people from IIT Madras is widely seen as a pain point in Search Ads.

- ████████████████  2018-05-29T16:12:57.808Z

  Especially ████

- ████████████████  2018-05-29T16:13:31.743Z

  but he's stopped pretending he cares about this, right?

- ████████████████  2018-05-29T16:13:59.522Z

  Wasn't ████ the kind of final, "whatever" he has given his PA about D&I?

- ████████████████  2018-05-29T16:14:21.944Z

  ████ is scary that he will have that magic dust. But ████ is a disaster.

- ████████████████  2018-05-29T16:14:37.287Z

  Now that he outlived Eisar, he is ████ clear bet on all things eng.

- ████████████████  2018-05-29T16:15:01.124Z

  At our 1-1 last week, I did not mention ████, but ████ out of the blue tried to sell me on him.

- ████████████████  2018-05-29T16:15:12.964Z

  ha

- ████████████████  2018-05-29T16:15:23.638Z

  I bet he wants you to take a search ads job... ☺

- ████████████████  2018-05-29T16:15:57.115Z

  consider it flattery and move on ☺

- ████████████████  2018-05-29T16:15:59.809Z

  "I'm going to miss Eisar because he was really good at objectivity and non-territoriality." "Well be fair to ████ he advocated for A1 even though he would 'lose' a team"

- ████████████████  2018-05-29T16:16:05.448Z

  *mind boggles*

- ████████████████  2018-05-29T16:16:33.330Z

HIGHLY CONFIDENTIAL

I'm going to love ▮ because... A1. Right, checks out.

- ▮▮▮▮▮ 2018-05-29T16:16:44.832Z

  lol

- ▮▮▮▮▮ 2018-05-29T16:17:24.668Z

  i got a similar speech about how "mature" ▮▮▮▮▮ were about "giving up apps" ...

- ▮▮▮▮▮ 2018-05-29T16:17:57.073Z

  Ok wait which VP is search losing?

- ▮▮▮▮▮ 2018-05-29T16:18:09.123Z

  I actually explained the apps deal to ▮▮

- ▮▮▮▮▮ 2018-05-29T16:18:31.151Z

  what aspect of it?

- ▮▮▮▮▮ 2018-05-29T16:18:31.198Z

  ▮▮ hatred ofn▮▮ pretty open

- ▮▮▮▮▮ 2018-05-29T16:19:10.451Z

  very few like ▮.. but ▮ is one of the few, so ... winner-winner for him.

- ▮▮▮▮▮ 2018-05-29T16:19:30.148Z

  "You realize that just like Audience, Apps was an area where Display had momentum for 5+ *years*. Search starts a team, then 'someone' escalates that we have too many teams working this."

- ▮▮▮▮▮ 2018-05-29T16:19:41.984Z

  He honeslty did not seem to have thought of that.

- ▮▮▮▮▮ 2018-05-29T16:19:50.664Z

  To his credit or the opposite. Maybe both.

- ▮▮▮▮▮ 2018-05-29T16:20:26.583Z

  I suspect ▮ can be moved to gpi

- ▮▮▮▮▮ 2018-05-29T16:20:30.854Z

  Better fit thete

HIGHLY CONFIDENTIAL

- ███████████████ 2018-05-29T16:20:31.048Z

"For A1, did you ever consider asking ██████████ to build RLSA instead of starting a search Audience team in the first place?" No answer on that.

- ███████████████ 2018-05-29T16:20:38.194Z

totally belongs in gpi... no idea why that's taking so long!

- ███████████████ 2018-05-29T16:20:46.519Z

Who in GPI would report to ██ ?

- ███████████████ 2018-05-29T16:21:02.431Z

same can be said for ads... whitness exodus...

- ███████████████ 2018-05-29T16:21:43.007Z

But his reports in Ads don't have stroke with Sundar. The GPI leads do.

- ███████████████ 2018-05-29T16:21:54.641Z

So ██ is not going anywhere

- ███████████████ 2018-05-29T16:22:21.077Z

oh, I see

- ███████████████ 2018-05-29T16:22:28.669Z

███████████████ Hah.

- ███████████████ 2018-05-29T16:22:31.399Z

Maybe ██████████ But then what is ██ s job?

- ███████████████ 2018-05-29T16:22:41.537Z

██ appreciates by the loyalty and the fact that ██ has a reputation of getting difficult projects done

- ███████████████ 2018-05-29T16:23:21.769Z

The fact that he is not that well liked almost works to his advantage

- ███████████████ 2018-05-29T16:23:27.022Z

Yeah, I suspect ██ will bet on ██ over all of us in the long run.

- ███████████████ 2018-05-29T16:24:18.025Z

GOOG-DOJ-AT-02226400

It is seen as someone who does difficult things without trying to win a popularity contest

- ███████████████████ 2018-05-29T16:24:42.549Z

  Might not be the case but is a good reputation to have

- ███████████████████ 2018-05-29T16:24:51.868Z

  We'll he's nailed at least half that value prop.

- ███████████████████ 2018-05-29T16:24:56.629Z

  no way is ████ getting layered

- ███████████████████ 2018-05-29T16:25:01.201Z

  thats a sundar level deal

- ███████████████████ 2018-05-29T16:25:06.575Z

  That's what I am say.

- ███████████████████ 2018-05-29T16:25:18.502Z

  GPI is not an option even if ████ were interetested.

- ███████████████████ 2018-05-29T16:25:19.237Z

  ok so who is leaving?

- ███████████████████ 2018-05-29T16:25:30.618Z

  lol

- ███████████████████ 2018-05-29T16:25:33.167Z

  Well there are two useful VPs there. It's one of them.

- ███████████████████ 2018-05-29T16:25:37.402Z

  aparna is running out of patience... ☺

- ███████████████████ 2018-05-29T16:25:38.624Z

  ████████

- ███████████████████ 2018-05-29T16:25:46.154Z

  And the conversation so far indicates "not ██████".

- ███████████████████ 2018-05-29T16:25:56.117Z

GOOG-DOJ-AT-02226401

So, yes, by process of elimination, ▮▮▮▮

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:26:04.275Z

Serious Vegas. Don't even tell ▮▮▮▮

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:26:33.415Z

▮▮▮▮

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:26:34.834Z

dude

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:26:41.555Z

this is all vegas

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:26:44.763Z

▮▮▮ is not even outter level vegas rule violation... telling ▮▮▮ is just cheaper than putting it on a billboard

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:26:47.600Z

omg you guys scare me everytime you say real vegas

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:26:49.172Z

serious vegas

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:26:50.765Z

but roughly the same reach

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:27:07.804Z

this is always total and utter vegas ▮▮▮▮

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:27:11.188Z

dont go all ▮▮▮ on me

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:27:14.066Z

+1

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:27:22.656Z

I thought ▮▮▮ was really good

• ▮▮▮▮▮▮▮▮ 2018-05-29T16:27:26.136Z

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02226402

So the dream team of search VPs is now: ████████████████████ Anyone else?

- ████████████████ 2018-05-29T16:27:32.578Z

  i thught they'd offer him the YT gig to keep him

- ████████████████ 2018-05-29T16:27:40.452Z

  that's a good rule of thumb... treat all content here like a joke from ██████

- ████████████████ 2018-05-29T16:27:45.686Z

  do not repeat it, ever, to anyone.

- ████████████████ 2018-05-29T16:27:51.508Z

  Aparna - sorry I am just gunshy after people quoted my calibration comments to the person being discussed.

- ████████████████ 2018-05-29T16:27:57.291Z

  "People" being ████

- ████████████████ 2018-05-29T16:28:03.363Z

  WHAT ??? THAT WAS NOT VEGAS

- ████████████████ 2018-05-29T16:28:08.984Z

  THAT WAS IN THE ABP CALIBRATION ROOM

- ████████████████ 2018-05-29T16:28:12.135Z

  EVERYONE HEARD IT

- ████████████████ 2018-05-29T16:28:16.467Z

  ☺

- ████████████████ 2018-05-29T16:28:21.948Z

  lol

- ████████████████ 2018-05-29T16:28:24.066Z

  oh

- ████████████████ 2018-05-29T16:28:29.538Z

  i thought you meant travels well with ████ comment

- ████████████████ 2018-05-29T16:28:48.747Z

HIGHLY CONFIDENTIAL

I'm talking about my feedback for ███████

- ████████████ 2018-05-29T16:28:51.615Z

  Now I rarely say, this, but consider decaf ☺

- ████████████ 2018-05-29T16:28:57.900Z

  hahaha

- ████████████ 2018-05-29T16:28:58.938Z

  hahaha ok ok

- ████████████ 2018-05-29T16:29:01.649Z

  have had 3 already

- ███████████ 2018-05-29T16:29:06.225Z

  re ████ good lord

- ███████████ 2018-05-29T16:29:13.624Z

  i gave f/b for him once in calibration

- ███████████ 2018-05-29T16:29:17.483Z

  when ████ was still around

- ███████████ 2018-05-29T16:29:24.287Z

  mmh was like oh you dont see the whole thing

- ████████████ 2018-05-29T16:29:46.853Z

  I had already stated that I would continue to give direct feedback.

- ███████████ 2018-05-29T16:30:18.042Z

  also ████ appropriately named for what he did to you

- ███████████ 2018-05-29T16:30:22.798Z

  But out of the blue he emails me for more context on my calibration session feedback for him. Fuck you so much ████

- ███████████ 2018-05-29T16:30:33.055Z

  eisar's done the same to me

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02226404

- ███████████████ 2018-05-29T16:30:37.644Z
  ██████

- ███████████████ 2018-05-29T16:31:01.120Z

  ok back to gossip

- ███████████████ 2018-05-29T16:31:07.828Z

  Not cool at all. Hope you gave him one of your famous "Aparna beats down Eisar" feedback sessions.

- ███████████████ 2018-05-29T16:31:18.556Z

  I did

- ███████████████ 2018-05-29T16:31:20.871Z

  it had no effect

- ███████████████ 2018-05-29T16:31:24.237Z

  he did the same with ██████

- ███████████████ 2018-05-29T16:31:32.037Z

  maybe that was his parting gift

- ███████████████ 2018-05-29T16:32:50.282Z

  Is ██████ staying?

- ███████████████ 2018-05-29T16:32:56.028Z

  i assume so no?

- ███████████████ 2018-05-29T16:32:58.235Z

  he seems happy

- ███████████████ 2018-05-29T16:33:03.149Z

  is he coming loose?

- ███████████████ 2018-05-29T16:33:20.340Z

  ██████ next time you are in town lets try https://www.donangie.com/

o  https://www.donangie.com/
- ███████████████ 2018-05-29T16:34:04.505Z

    GOOG-DOJ-AT-02226405

What ███████████

- ████████████████ 2018-05-29T16:35:42.141Z

  apparently ███ leaving too?

- ████████████████ 2018-05-29T16:35:47.214Z

  ██████ probably closer to this than me

- ████████████████ 2018-05-29T16:36:02.701Z

  Oh, yeah. That's fine.

- ████████████████ 2018-05-29T16:36:20.511Z

  omg ███ do you actually know what you are saying

- ████████████████ 2018-05-29T16:59:50.321Z

  ditching the next two reviews

- ████████████████ 2018-05-29T17:00:14.801Z

  I'll probably dial in for the 2nd.

- ███████████████ 2018-05-29T17:04:58.880Z

  so for gdpr the fact that we are globally fine but EEA dip - is the global non impact due to (1) budget moving to
  non E (2) globally things outperforming independent of gdpr or (3) something else or mix of 1-3

- ████████████████ 2018-05-29T17:09:43.273Z

  part of #1 could be inventory shrinkage too, right? like some pubs 'turning europe off' until they get their house
  in order...

- ███████████████ 2018-05-29T17:10:27.646Z

  too small to count that category

- ████████████████ 2018-05-29T17:10:31.385Z

  as in most people did not do that

- ████████████████ 2018-05-29T17:10:35.063Z

  only ██████

- ████████████████ 2018-05-29T17:10:41.866Z

  mostly because they are █████████████

GOOG-DOJ-AT-02226406

-  2018-05-29T17:10:43.598Z

  and are dumb

- 2018-05-29T17:10:44.802Z

  oh i see

- 2018-05-29T17:10:47.722Z

  apps might be different

- 2018-05-29T17:11:00.677Z

  do we know how many apps turned off admob entirely ?

- 2018-05-29T17:11:14.291Z

  i can see which apps chose NPA vs vendors vs did nothing but cant see who said no ads

- 2018-05-29T17:11:39.685Z

  we are pulling those - actual active account count hasnt changed much

- 2018-05-29T17:11:46.998Z

  but this wil be head heavy - so pulling that

- 2018-05-29T17:12:21.503Z

  you'd have to see which apps showed no queries for hte weekend

- 2018-05-29T17:12:34.567Z

  since its not like we have a switch that says turn off adserving on the server side that we offer as a feature no?

- 2018-05-29T17:19:48.121Z

  Are you saying all as serving or eea only

- 2018-05-29T17:20:28.086Z

  Eea

- 2018-05-29T17:21:32.855Z

  Folks are working on pulling that

- 2018-05-29T17:58:45.141Z

  thaw has set upon me

GOOG-DOJ-AT-02226407



- ███████████  2018-05-29T17:59:00.321Z

  i must have said something to poke the activeview bear

- ███████████  2018-05-29T17:59:21.128Z

  ██ is too nice to be a strongman... ☺

- ███████████  2018-05-29T18:00:11.365Z

  exactly why thaw uses him

- ███████████  2018-05-29T18:07:24.731Z

  so ██ moving to ████ in apps huh

- ███████████  2018-05-29T18:07:36.679Z

  sigh

- ███████████  2018-05-29T18:07:50.495Z

  i guess it was innevitable...

- ███████████  2018-05-29T18:07:57.140Z

  they both really wanted that to happen

- ███████████  2018-05-29T18:27:27.595Z

  good meeting with ████

- ███████████  2018-05-29T18:27:41.188Z

  he said ████ scheduled a meeting with us to talk about his work without including him (this was a month ago)

- ███████████  2018-05-29T18:27:46.541Z

  he said ████ stretches his patience

- ███████████  2018-05-29T18:27:48.410Z

  i was like wow

- ███████████  2018-05-29T18:27:52.442Z

  you are much kinder than I am

- ███████████  2018-05-29T18:30:02.884Z

  two people I am dodging these days

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02226408



- ██████████  2018-05-29T18:30:03.987Z

  sam cox

- ██████████  2018-05-29T18:30:05.235Z

  and ██████

- ██████████  2018-05-29T18:30:16.530Z

  lol

- ██████████  2018-05-29T18:30:23.869Z

  did you just duck into the bathroom to avoid one of them?

- ██████████  2018-05-29T18:30:25.892Z

  they are constantly stopping by or hounding me int he hall ways

- ██████████  2018-05-29T18:30:32.801Z

  sam waited OUTSIDE the goddamn bathroom

- ██████████  2018-05-29T18:30:45.112Z

  haha

- ██████████  2018-05-29T18:30:47.070Z

  love it

- ██████████  2018-05-29T18:31:01.422Z

  not sure which is worse

- ██████████  2018-05-29T18:31:02.952Z

  ██████ or sam

- ██████████  2018-05-29T18:31:05.537Z

  ██████ is neurotic

- ██████████  2018-05-29T18:31:07.905Z

  ██████ def needs to be time boxed

- ██████████  2018-05-29T18:31:08.875Z

and constantly seeking love

HIGHLY CONFIDENTIAL

- ████████████████  2018-05-29T18:31:10.617Z

  for sure

- ████████████  2018-05-29T18:31:16.887Z

  and even more neurotic these days

- ████████████  2018-05-29T18:31:20.279Z

  whoa

- ████████████  2018-05-29T18:31:21.927Z

  sam constantly talking about his work

- ████████████  2018-05-29T18:31:23.405Z

  how is that possible?

- ████████████  2018-05-29T18:31:32.521Z

  who knows some hr issue on his team

- ████████████  2018-05-29T18:31:35.446Z

  so he went bonkers

- ████████████  2018-05-29T18:31:40.659Z

  he so should give up managing

- ████████████  2018-05-29T18:31:43.213Z

  and let ████ do it

- ████████████  2018-05-29T18:31:43.572Z

  wow

- ████████████  2018-05-29T18:31:49.457Z

  ya, totally

- ████████████  2018-05-29T18:32:03.208Z

  good example of strong IC, should not be M

- ████████████  2018-05-29T19:26:48.504Z

  ████████████ are so similar and yet so different.



- ██████████████ 2018-05-29T19:27:07.348Z

But they can both be black holes.

- ██████████████ 2018-05-29T19:27:45.390Z

who is ██████ ?

- ██████████████ 2018-05-29T19:28:38.625Z

████████████████

- ██████████████ 2018-05-29T19:28:57.515Z

On ███████ team. Runs a hybrid quality/engprod project.

- ██████████████ 2018-05-29T20:48:59.258Z

https://www.nytimes.com/2018/05/28/opinion/failure-educated-elite.html?action=click&pgtype=Homepage&clickSource=story-heading&module=opinion-c-col-left-region&region=opinion-c-col-left-region&WT.nav=opinion-c-col-left-region

o https://www.nytimes.com/2018/05/28/opinion/failure-educated-elite.html?action=click&pgtype=Homepage&clickSource=story-heading&module=opinion-c-col-left-region&region=opinion-c-col-left-region&WT.nav=opinion-c-col-left-region

- ██████████████ 2018-05-29T20:49:34.930Z

████ emails are the most enthusiastic and positive emails ever

- ██████████████ 2018-05-29T20:49:38.054Z

pretty fair critique of meritocracy

- ██████████████ 2018-05-29T21:01:27.573Z

Just had a super depressing 1-1.

- ██████████████ 2018-05-29T21:01:59.380Z

Someone pointed out an obvious ████ theory, that I had naively not thought of.

- ██████████████ 2018-05-29T21:02:35.801Z

You had a 1:1 while being in a group meeting with me?

- ██████████████ 2018-05-29T21:05:15.807Z

No, right before that ☺

- ██████████████ 2018-05-29T21:05:56.069Z

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02226411

So obvious reason, S does not talk to eng leads (or anyone but bender). He has a guy he already wants to bring in to layer the whole eng team.

*   ███████████████                2018-05-29T21:06:38.107Z

    I know "guy" is not a gender inclusive term, but I am willing to bet it will be accurate if that whole scenario plays out.

*   ███████████████       2018-05-29T21:12:32.123Z

    wow

*   ███████████████       2018-05-29T21:12:37.440Z

    any hints on who?

*   █████████████████       2018-05-29T21:13:19.176Z

    didnt he specifically mention during our 1:1s that he doesnt want to layer us?

*   ███████████████       2018-05-29T21:18:08.109Z

    This is just speculation, so no hint on who.

*   ███████████████       2018-05-29T21:18:29.444Z

    If you've heard anything in 1-1's you have heard more than me.

*   ███████████████       2018-05-29T21:19:20.585Z

    While I agree it's a reasonable scenario... it's far from likely.

*   █████████████████       2018-05-29T21:20:05.323Z

    Far from certain. Why far from likely? Who would stop him? And why would he be so disinterested in how to consolidate otherwise?

*   ███████████████       2018-05-29T21:20:13.952Z

    ███████ spent tons of time prepping w/ ████████████ .. then they threw him out... so I don't think this is a super solid indicator of anything other than the fact that he doesn't care about you and is taking care of his own needs first, not yours.

*   ███████████████       2018-05-29T21:20:40.444Z

    Yes, but they made their decisions after getting to know people.

*   ███████████████       2018-05-29T21:20:49.124Z

    The other theory I have heard is that he is outsourcing the eventual org planning to ███████

HIGHLY CONFIDENTIAL

- ████████████████ 2018-05-29T21:21:16.757Z

Agree - so my only point is that he's literally giving it "no thought" - as opposed to him having a plan that involves less of a relationship w/ you.

- ████████████████ 2018-05-29T21:21:50.974Z

I don't get it. How can you have no plan?

- ████████████████ 2018-05-29T21:22:10.753Z

If he really had no plan at all would he not have been falling over himself to keep Eisar?

- ████████████████ 2018-05-29T21:22:37.064Z

No, because he prob heard from █ that E was out... so no point trying to save him.

- ████████████████ 2018-05-29T21:23:05.694Z

So he's incompetant? That seems like a stretch.

- ████████████████ 2018-05-29T21:23:19.806Z

what about this sounds like incompetence to you?

- ████████████████ 2018-05-29T21:23:33.799Z

The plan is, "Learn the industry & product area first... the people are functioning fine for now, no need to deal w/ that yet."

- ████████████████ 2018-05-29T21:23:37.350Z

Having no understanding or plan for your leadership team?

- ████████████████ 2018-05-29T21:23:59.890Z

OK so I'm saying "status quo is fine" is a reasonable plan

- ████████████████ 2018-05-29T21:24:35.350Z

And what genius decided status quo is fine?

- ████████████████ 2018-05-29T21:24:50.540Z

How long do I keep my people from leaving? How long do I try?

- ████████████████ 2018-05-29T21:25:28.068Z

SO let me see if I can justify his approach

- ████████████████ 2018-05-29T21:25:30.151Z

GOOG-DOJ-AT-02226413

He'll have 15 DRs if he does nothing... that's totally doable for now... and why change stuff unless he knows what he wants the end state to be?

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:25:55.835Z

  And how will he know?

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:26:04.102Z

  the std approach a lot of new managers do is 1. establish connections with leads 2. understand the space 3. establish new process

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:26:06.493Z

  If he learns that the product/industry needs require *significant* changes... that may impact how he wants to structure the leadershjp team

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:26:20.521Z

  so when he came in he met us right away

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:26:24.767Z

  It won't impact his understanding of the pieces he has to work with.

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:26:37.053Z

  it is "possible" he thinks that was sufficient for #1 and then focused on #2

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:26:57.362Z

  i do know that E leaving was expected but the timing was still faster than they thought

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:27:21.221Z

  so its possible he was hoping to focus on #2 and come back to #1 but now with E gone he will do more of #1

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:27:31.810Z

  Let me simplify. Without a major change, why should I even consider being OK with ▮▮▮ owning my calibration and comp? He knows nothing about me.

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:27:47.487Z

  Does he seem like *he* would be OK with a deal like that for himself?

- ▮▮▮▮▮▮▮▮ 2018-05-29T21:29:16.508Z

  yes, most likely he will use inertia for rating & comp... agree you should be worried about this. ☹

- ▮▮▮▮▮▮▮▮ 2018-05-29T22:27:10.116Z

Most significant item in the "weekly briefing" email...

- ███████████████ 2018-05-29T22:27:17.825Z

  *Audio Ads in DoubleClick*: On Wednesday, May 30, we'll announce that advertisers can now buy audio ads on Spotify, SoundCloud, TuneIn and Google Play Music programmatically, through DoubleClick Bid Manager.

- ███████████████ 2018-05-29T22:27:34.757Z

  hip hip hurrah for audio ads!

- ███████████████ 2018-05-29T23:12:37.677Z

  Ok lot to catch up on

- ███████████████ 2018-05-29T23:13:02.265Z

  I don't buy your theory ██████ he's going on a world tour to meet eng and pm leads in every office

- ███████████████ 2018-05-29T23:13:10.778Z

  Doesn't sound like outsourcing to me

- ███████████████ 2018-05-29T23:13:42.230Z

  Anytime you reach out to him he is super responsive suggesting he does care about his eng leads

- ███████████████ 2018-05-29T23:13:52.004Z

  Does he talk to ████ ?

- ███████████████ 2018-05-29T23:14:40.111Z

  I think hes figuring out business talking to sales etc etc

- ███████████████ 2018-05-29T23:14:41.944Z

  Still

- ███████████████ 2018-05-29T23:15:34.128Z

  The entire absence of regular 1:1s is a mystery

- ███████████████ 2018-05-29T23:15:44.884Z

  Scott used to be in my face when he started

- ███████████████ 2018-05-29T23:16:15.401Z

  On the other hand I like being left alone and I doubt he'd mess with comp and calibration

HIGHLY CONFIDENTIAL

● ▮▮▮▮▮▮▮▮▮▮ 2018-05-29T23:21:02.330Z

I have an idea ▮▮▮▮▮

● ▮▮▮▮▮▮▮▮▮▮ 2018-05-29T23:21:19.290Z

What if we started our own set of dvaa wide leads meetings and invited him as optional

● ▮▮▮▮▮▮▮▮▮▮ 2018-05-29T23:29:54.149Z

We are letting ▮▮▮▮▮▮ run it and we don't have to

● ▮▮▮▮▮▮▮▮ 2018-05-29T23:29:59.173Z

We can simply reject

● ▮▮▮▮▮▮▮▮▮▮ 2018-05-29T23:36:12.090Z

Not sure what that looks like or what the mandate is.

● ▮▮▮▮▮▮▮▮ 2018-05-30T15:40:31.140Z

gmail threading seems super broken

● ▮▮▮▮▮▮▮▮▮▮ 2018-05-30T15:40:37.414Z

is it a case of new gmail not playing well with old?

● ▮▮▮▮▮▮▮▮▮▮ 2018-05-30T15:42:37.022Z

How. Haven't noticed any difference. The 100 thread limit bothers me but that was always there

● ▮▮▮▮▮▮▮▮▮ 2018-05-30T21:26:42.078Z

Thoughts ▮▮▮ https://www.quantamagazine.org/to-build-truly-intelligent-machines-teach-them-cause-and-effect-20180515/

o https://www.quantamagazine.org/to-build-truly-intelligent-machines-teach-them-cause-and-effect-20180515/

● ▮▮▮▮▮▮▮▮▮ 2018-05-30T21:26:54.260Z

Given you school bus and nun conundrum

● ▮▮▮▮▮▮▮▮▮▮ 2018-05-30T21:52:41.863Z

Hmmmm....

● ▮▮▮▮▮▮▮▮▮▮ 2018-05-30T21:53:04.109Z

I dunno what I think about his comment that all of AI is doing is "curve fitting" right now. I mean, it's factually correct... but...

GOOG-DOJ-AT-02226416

- 2018-05-30T21:54:40.390Z

I think it's also factually correct to say that All of AI is just doing "basic arithmetic" because at the end of the day that's how it's implemented... so I'm curious why he decided to stop at the abstraction of "curve fitting" when trying to reduce the importance of existing methods... so I don't think I quite understand that point well enough.

- 2018-05-30T21:58:13.300Z

I do agree that there are probably real limits to what machines can learn w/o being able to interact w/ the world. That's part of why I'm working on Robotics. Most people who are working on this at Google asked, "What can AI do for Robotics." But I definitely think the opposite question is more interesting...

- 2018-05-30T21:59:28.790Z

I also think we know how to do explore/exploit reasonably well... and I don't think this is sufficiently different than introspection.

- 2018-05-30T22:03:08.521Z

If I have an internal representation of the world... two ideas are "related" if their representations are similar or close in that representation. The variety of ways in which we each represent the world causes us to think different things are similar or different, etc. I think that's part of what he probably means by our 'free will' is computationally efficient... it gives us a bias to have different sets of experiences. So if each of us are essentially neural networks trained on a different training set that is sampled from a different set of distributions (because we sample the distribution based on our differing interests) then we'll draw different connections than each other and that sampling might be more computationally efficient way of searching the combinatoric space of all combinations of all ideas... and then we all have a bias to staying alive and having sex to propagate winners.

- 2018-05-30T22:03:24.150Z

So where does that leave me?

- 2018-05-30T22:03:57.536Z

I guess I think he makes sense, but is kind of being a downer and most people are still working on some combo of useful & 'what's next' problems in roughly a good proportion... ☺

- 2018-05-30T23:35:24.680Z

are we still in a GDPR code yellow?

- 2018-05-30T23:35:27.994Z

how does one exit?

- 2018-05-31T00:06:09.247Z

best way to exit is to announce awards trip ☺

- ████████████████ 2018-05-31T00:06:39.822Z

  jokes apart - the VP who approved the CY typically calls it closed and an email is sent out saying why the target delivery was reached

- ████████████████ 2018-05-31T00:06:45.148Z

  which should be easy for GDPR

- ████████████████ 2018-05-31T00:06:55.006Z

  who approved it?

- ████████████████ 2018-05-31T00:06:56.123Z

  eisar?

- ████████████████ 2018-05-31T00:07:16.714Z

  Eisar approved it

- ████████████████ 2018-05-31T00:10:18.758Z

  let's start a group chat with him

- ████████████████ 2018-05-31T14:28:37.509Z

  seriously? 1200 people deserve spot bonuses for GDPR???

- ████████████████ 2018-05-31T14:36:44.964Z

  STUPID

- ████████████████ 2018-05-31T14:37:01.395Z

  let's create an XS band where it's $200 wdyt?

- ████████████████ 2018-05-31T14:37:05.187Z

  a peer bonus

- ████████████████ 2018-05-31T14:37:09.352Z

  or drop entirely

- ████████████████ 2018-05-31T14:38:15.381Z

  ok so I was in ████████ camp re ████████

- ████████████████ 2018-05-31T14:38:23.414Z

GOOG-DOJ-AT-02226418

but i get where ████ comes from now

- ████████████ 2018-05-31T14:38:28.111Z

  its basically ████████

- ████████████ 2018-05-31T14:38:36.763Z

  including deciding the CY exit apprently

- ████████████ 2018-05-31T14:38:37.791Z

  wtf

- ████████████ 2018-05-31T14:40:29.708Z

  +1 to XS band - probably even drop them

- ████████████ 2018-05-31T14:44:17.947Z

  wrote back saying just that

- ████████████ 2018-05-31T14:44:35.329Z

  thanks

- ████████████ 2018-05-31T14:45:15.055Z

  ████████████████████

- ████████████ 2018-05-31T14:45:18.743Z

  what does he do all day?

- ████████████ 2018-05-31T14:45:25.232Z

  apparently the nielson decision he made

- ████████████ 2018-05-31T14:45:29.602Z

  who is he consulting?

- ████████████ 2018-05-31T14:45:36.026Z

  apparently he is deciding re CY exit

- ████████████ 2018-05-31T14:45:39.152Z

  who is he talking to?

- ████████████ 2018-05-31T14:45:58.656Z

GOOG-DOJ-AT-02226419

if it's thaw i can breathe a sigh of relief

- ███████████████          2018-05-31T14:46:16.020Z

  so yesterday 530 pm i get a slightly worried ping from ███████████████ (who is awesome btw) saying she wants
  to chat a bit

- ███████████████          2018-05-31T14:47:09.233Z

  so we chat and she said that there is desire for recreating some famous Amazon dashboard that existed for
  issues and associated revenue, productivity and reputation loss

- ███████████████          2018-05-31T14:47:37.508Z

  seemed like a dashboard version of ads escalation - being a dashboard lover i was not much worried

- ███████████████          2018-05-31T14:48:18.342Z

  she then said that the Amazon dashboard apparently listed individuals who caused it and Bezos used to really
  drill into that - leading to complete panic for people featuring in it

- ███████████████          2018-05-31T14:48:31.493Z

  she was very worried abt that

- ███████████████          2018-05-31T14:49:28.458Z

  so i assured her that we can ensure that individuals do not get called out and if there is a name needed then i can
  play proxy for infra, aparna for DRX, she for SREs etc. - so that a culture of fear doesnt start for junior folks

- ███████████████          2018-05-31T14:49:31.700Z

  thoughts?

- ███████████████          2018-05-31T14:50:22.412Z

  for anything on my teams make the name me

- ███████████████          2018-05-31T14:50:30.242Z

  so some poor L3 engineer does not have to put up with exec bullshit

- ███████████████          2018-05-31T14:50:42.496Z

  and we can make sure the right culture of blame free PM continues

- ███████████████          2018-05-31T14:50:46.769Z

  exactly my stance

- ███████████████          2018-05-31T14:50:51.344Z

GOOG-DOJ-AT-02226420

100% agree

- ████████████████ 2018-05-31T14:50:52.667Z

  and WTF

- ████████████████ 2018-05-31T14:50:57.045Z

  +10

- ████████████████ 2018-05-31T14:51:11.143Z

  again - my stance in these is always benefit of doubt

- ████████████████ 2018-05-31T14:51:32.686Z

  so i would like to assume the desire for the dashboard was visibility and awareness which is not a bad thing

- ████████████████ 2018-05-31T14:51:55.114Z

  the individual getting blamed could have been a very Bezo thing and side effect

- ████████████████ 2018-05-31T14:52:07.083Z

  but it was interesting to see the effect it had because █████ was quite worried

- ████████████████ 2018-05-31T14:59:02.953Z

  OMG - █████ will not do well with this

- ████████████████ 2018-05-31T15:00:06.044Z

  He freaks out over ads-escalation emails

- ████████████████ 2018-05-31T15:00:33.123Z

  Kicks off 3-4 person war rooms over diagnosing minor blips

- ████████████████ 2018-05-31T15:02:16.319Z

  He does take ads escalations and fully revenue drops very seriously ☺

- ████████████████ 2018-05-31T15:03:57.943Z

  Okay that email from █████ really bothers me

- ████████████████ 2018-05-31T15:04:13.000Z

  He left all of us out of the email

- ████████████████ 2018-05-31T15:04:34.348Z

GOOG-DOJ-AT-02226421

I'm not even sure why he is driving gdpr given most things happen outside his team

- ██████████████████ 2018-05-31T15:04:51.885Z

  Also I had selective audience picking for back patting purpose

- ██████████████████ 2018-05-31T15:04:59.100Z

  Vent done

- ██████████████████ 2018-05-31T15:08:44.418Z

  I think I may have come up with a new insight for RL for Robotics problems... hurray!

- ██████████████████ 2018-05-31T15:09:13.754Z

  What is RL

- ██████████████████ 2018-05-31T15:09:18.072Z

  yay ████

- ██████████████████ 2018-05-31T15:09:21.396Z

  And hurray for you

- ██████████████████ 2018-05-31T15:09:38.017Z

  ya ███ wtf

- ██████████████████ 2018-05-31T15:09:39.296Z

  Even if it's not true, the fact that some folks in the field think it's a big deal initially means I'm at least on the right track

- ██████████████████ 2018-05-31T15:09:49.517Z

  ok that is huge

- ██████████████████ 2018-05-31T15:09:51.070Z

  go on

- ██████████████████ 2018-05-31T15:09:52.165Z

  share

- ██████████████████ 2018-05-31T15:09:55.719Z

  RL == reinforcement learning

HIGHLY CONFIDENTIAL

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:11:44.285Z

So... most RL looks like this: 1. Explore via random moves with prob epsilon 2. Exploit (aka use the best known strategy) with (1-eps) 3. After a while, update your strategy with new information you've learned from exploring.

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:12:18.765Z

so gradient descent?

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:12:31.161Z

Ya, basically

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:12:55.743Z

Well, in some fields, like Robotics, the goals or success conditions are really sparse...

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:13:20.420Z

So randomly doing moves results in 0's most of the time...

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:13:53.280Z

It's like impressions in Display... basically worthless, only the clicks contain information :)

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:14:48.298Z

So anyway... if the space is really sparse... then pruning the search space of your explore step is *way* more important than improving your exploit step...

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:15:18.718Z

sure but non random would mean someone pushes learning in one direction or the other - is this humans?

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:15:34.594Z

(also clicks not a thing for brand ads aka my favourite ad format is subway ads)

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:15:43.554Z

So what you should be updating... and making smarter... is your explore strategy.

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:16:16.301Z

Yes!

- ▮▮▮▮▮▮▮▮▮▮ 2018-05-31T15:16:45.973Z

There is always a bias in learning

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02226423

- ████████████████ 2018-05-31T15:16:55.521Z

  so how do you bias it?

- ████████████████ 2018-05-31T15:16:59.322Z

  smartly

- ████████████████ 2018-05-31T15:17:19.797Z

  i just like this convo because its not about meta bullshit like emails and process

- ████████████████ 2018-05-31T15:17:27.983Z

  which is overtaking my life

- ████████████████ 2018-05-31T15:17:50.069Z

  Because "induction" (going from examples to a general rule you can use on new data) requires making shit up about the structure of the world... e.g. what features will generalize.

- ████████████████ 2018-05-31T15:17:54.648Z

  I am following and liking the convo too

- ████████████████ 2018-05-31T15:18:12.654Z

  Ok so the trick in this case...

- ████████████████ 2018-05-31T15:18:51.412Z

  It's also nice how ███ is still somewhat pure and enjoys real work and challenges

- ████████████████ 2018-05-31T15:19:04.365Z

  whats the trick?

- ████████████████ 2018-05-31T15:19:15.831Z

  Is whatever you call a "state" has to have generalizing properties

- ████████████████ 2018-05-31T15:19:30.557Z

  For example, your position on a maze

- ████████████████ 2018-05-31T15:19:53.594Z

  No matter how you got to that position, all paths from that position generally are equivalent

- ████████████████ 2018-05-31T15:20:13.439Z

GOOG-DOJ-AT-02226424

Sorry..

- ███████████████ 2018-05-31T15:20:19.528Z

  Not quite right

- ███████████████ 2018-05-31T15:20:45.301Z

  If you're at a point in a maze...

- ███████████████ 2018-05-31T15:21:01.526Z

  And you know it's 5 moves until you win

- ███████████████ 2018-05-31T15:21:19.781Z

  Then no matter how you got there, that statement is still true.

- ███████████████ 2018-05-31T15:21:38.171Z

  That's the generalizing element... how you carve up the state space

- ███████████████ 2018-05-31T15:21:52.320Z

  Now... the new point...

- ███████████████ 2018-05-31T15:22:11.595Z

  Is that people leverage that information to improve the exploit policy...

- ███████████████ 2018-05-31T15:22:24.241Z

  ... but they don't leverage it to improve the explore policy much

- ███████████████ 2018-05-31T15:22:33.137Z

  (a little, not a lot though)

- ███████████████ 2018-05-31T15:22:52.012Z

  So using the structure of the problem to learn was well known...

- ███████████████ 2018-05-31T15:23:18.708Z

  But since RL is often applied to dense problems... they used it on the exploit part of the problem, not explore

- ███████████████ 2018-05-31T15:24:34.900Z

  So if you try to think about how to use it for the explore part of the problem.. you end up with math that looks a lot like supervised learning math for NLP problems (with ngrams, etc.)

GOOG-DOJ-AT-02226425

- ███████████████ 2018-05-31T15:25:27.976Z

In other words... I think for a large class of RL problems, we can apply all the stuff we know about supervised learning, because the RL == SL for this category of problems.

- ███████████████ 2018-05-31T15:26:16.031Z

So I rigged up a toy problem to test this out...

- ███████████████ 2018-05-31T15:26:55.358Z

To find all 10-letter Scrabble words among all $26^{10}$ 10-letter possibilities. :)

- ███████████████ 2018-05-31T15:27:19.018Z

There are 23k 10-letter Scrabble words.

- ███████████████ 2018-05-31T15:28:04.556Z

So total goals is $o(10^5)$ and total search space is $o(10^{14})$. Very sparse

- ███████████████ 2018-05-31T15:29:14.691Z

Randomly searching means you have a probability of finding a goal every $10^5/10^{14} = 10^9$ tries of random letter combinations with uniform distribution of letters.

- ███████████████ 2018-05-31T15:31:02.316Z

Then, when I found one word, I "trained on it" as a positive example... and updated my model from uniform to a little biased towards letters in the example I found... that reduced the expected time to find a new Scrabble word by a bit...

- ███████████████ 2018-05-31T15:31:16.786Z

Then I trained on both examples... same thing

- ███████████████ 2018-05-31T15:32:05.669Z

Then I kept training on the new examples after finding them... and plotted how many steps it takes to find the next goal...

- ███████████████ 2018-05-31T15:33:12.700Z

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

○ ○
○

- ███████████████ 2018-05-31T15:34:13.339Z

GOOG-DOJ-AT-02226426

Slide 26 shows the results... but basically this strategy is 25% more efficient at pruning the search space *per goal found* than the smartest RL methods today!

- ████████████████████    2018-05-31T15:36:05.104Z

So it is clearly squeezing more information out of the examples on the explore side than the typical approach

- ████████████████████    2018-05-31T15:43:12.975Z

you lost me at max ent

- ████████████████████    2018-05-31T15:44:26.643Z

so am using your scrabble example

- ████████████████████    2018-05-31T15:44:28.595Z

to understand

- ████████████████████    2018-05-31T15:46:01.487Z

in a robotics world what would that map to?

- ████████████████████    2018-05-31T15:46:14.689Z

what is the assist there?

- ████████████████████    2018-05-31T15:51:45.397Z

In Scrabble... the "structure" is sub sequences of letters..

- ████████████████████    2018-05-31T15:52:19.751Z

So learning that "u" often follows "q" is useful in trimming the search space...

- ████████████████████    2018-05-31T15:52:29.389Z

agree

- ████████████████████    2018-05-31T15:52:37.749Z

so in robotics like let's say I have a robot to cook

- ████████████████████    2018-05-31T15:52:42.981Z

is watching me cook not enough?

- ████████████████████    2018-05-31T15:52:44.117Z

Don't go looking for acqx... acqh...

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02226427



- ⬛⬛⬛⬛⬛ 2018-05-31T15:52:54.764Z

  so dont explore all kitchen moves

- ⬛⬛⬛⬛⬛ 2018-05-31T15:52:58.267Z

  but observe pattern?

- ⬛⬛⬛⬛⬛ 2018-05-31T15:54:09.330Z

  So the analogy in robotics is that certain sub-seq of movements are also more effective than others... like if you are moving your arm outside to inside, rotating your wrist in combo with that is normally useful

- ⬛⬛⬛⬛⬛ 2018-05-31T15:54:41.258Z

  Or if your navigating/finding stuff... forks and knives are often co-located

- ⬛⬛⬛⬛⬛ 2018-05-31T15:55:01.087Z

  Don't restart your search saying "I have no idea where it could possibly be"

- ⬛⬛⬛⬛⬛ 2018-05-31T15:55:30.236Z

  so then unless the robots are specialized each "area"'s subsequences will be diff

- ⬛⬛⬛⬛⬛ 2018-05-31T15:55:34.999Z

  Watching you do something is a whole sub-field called "learning from demonstration" (LFD)

- ⬛⬛⬛⬛⬛ 2018-05-31T15:55:57.409Z

  It is a good way to describe roughly where a goal is, but not precisely.

- ⬛⬛⬛⬛⬛ 2018-05-31T15:56:04.853Z

  But it's very useful too, yes

- ⬛⬛⬛⬛⬛ 2018-05-31T15:56:36.578Z

  Yes, sub-sequences for different tasks and different robots are definitely different

- ⬛⬛⬛⬛⬛ 2018-05-31T15:56:57.596Z

  That's why LFD is only approx at telling the robot what to do

- ⬛⬛⬛⬛⬛ 2018-05-31T15:57:29.553Z

  Because the mapping from human movements -> robot movements is also only approx

- ⬛⬛⬛⬛⬛ 2018-05-31T15:58:01.450Z

GOOG-DOJ-AT-02226428

Still, WAY better than random. :)

- ███████████████████ 2018-05-31T15:58:05.571Z

  agree

- ███████████████████ 2018-05-31T15:58:09.741Z

  that makes sense to me

- ███████████████████ 2018-05-31T15:58:14.476Z

  so unless computation is free

- ███████████████████ 2018-05-31T15:58:19.091Z

  it's worth the effort to do the assist

- ███████████████████ 2018-05-31T15:58:20.000Z

  yes?

- ███████████████████ 2018-05-31T15:58:26.954Z

  Totally

- ███████████████████ 2018-05-31T15:58:36.343Z

  i feel like a learned something

- ███████████████████ 2018-05-31T15:58:37.212Z

  Do the assist, then fine tune from the

- ███████████████████ 2018-05-31T15:59:14.117Z

  so one way to think of it is...

- ███████████████████ 2018-05-31T15:59:32.352Z

  1. Watch N demonstrations to figure out where N "goals" are

- ███████████████████ 2018-05-31T15:59:55.158Z

  2. Train on those N goals, using my technique to get a sense of which sub-sequences are more common

- ███████████████████ 2018-05-31T16:00:10.621Z

  3. Do "informed explore" around the goals you were shown... to find your own optimal path

- ███████████████████ 2018-05-31T16:00:31.770Z

GOOG-DOJ-AT-02226429

Ya, this is the path we're pursuing! ☺

- ███████████████    2018-05-31T16:01:18.226Z

  What's the training data - real people in action or demos?

- ███████████████    2018-05-31T16:01:33.347Z

  We are trying both ☺

- ███████████████    2018-05-31T16:02:08.541Z

  what's the first sequence?

- ███████████████    2018-05-31T16:02:12.458Z

  what is your robot going to do?

- ███████████████    2018-05-31T16:02:24.006Z

  oh, we have a few...

- ███████████████    2018-05-31T16:02:28.629Z

  also eisar said he has a party tonight in DVAA as a farewell

- ███████████████    2018-05-31T16:02:36.279Z

  that he thinks will be underwhelming

- ███████████████    2018-05-31T16:02:39.299Z

  1. is a walking 4-legged "dog" kind of thing

- ███████████████    2018-05-31T16:02:41.596Z

  since its not ███████ planning

- ███████████████    2018-05-31T16:02:52.803Z

  so goal is wlaking?

- ███████████████    2018-05-31T16:02:53.118Z

  ya, I am going to try to make it...

- ███████████████    2018-05-31T16:02:58.291Z

  2. Is a bunch of arms

- ███████████████    2018-05-31T16:03:04.714Z

GOOG-DOJ-AT-02226430

i think if you showed up chris it would make up for lack of whelm

- ███████████████        2018-05-31T16:03:08.357Z

  3. Is a mobile arm that can clean a table

- ███████████████        2018-05-31T16:03:14.846Z

  I will try to bring fire and fury ;)

- ███████████████        2018-05-31T16:03:19.502Z

  good

- ███████████████        2018-05-31T16:03:25.028Z

  or load dishwasher

- ███████████████        2018-05-31T16:03:27.398Z

  i want that robot

- ███████████████        2018-05-31T16:03:29.731Z

  load and unload

- ███████████████        2018-05-31T16:03:32.545Z

  lol, ya

- ███████████████        2018-05-31T16:03:33.516Z

  its super deterministic

- ███████████████        2018-05-31T16:03:41.665Z

  things literally go in the same place day after day

- ███████████████        2018-05-31T16:03:58.219Z

  ya, totally

- ███████████████        2018-05-31T16:04:01.366Z

  i would pay for that

- ███████████████        2018-05-31T16:04:05.745Z

  this is what I mean when I say robotics totally sucks right now

- ███████████████        2018-05-31T16:04:12.424Z

GOOG-DOJ-AT-02226431

like, it's crazy we can't do that

- ██████████████    2018-05-31T16:04:16.403Z

  agree

- ██████████████    2018-05-31T16:04:33.575Z

  i mean i would be fine buying a DW load/unload robot that does nothing else

- ██████████████    2018-05-31T16:04:39.179Z

  this maybe some 1% bullshit tho

- ██████████████    2018-05-31T16:05:42.090Z

  here's a video on some LFD work:

- ██████████████    2018-05-31T16:05:43.310Z

  https://www.youtube.com/watch?v=7f7sdLMCItg&feature=youtu.be

  o  https://www.youtube.com/watch?v=7f7sdLMCItg&feature=youtu.be
  o  https://www.youtube.com/watch?v=7f7sdLMCItg
- ██████████████    2018-05-31T16:06:01.834Z

  Here's a better one...

- ██████████████    2018-05-31T16:06:02.870Z

  https://www.youtube.com/watch?v=sErz1jyhTXk

  o  https://www.youtube.com/watch?v=sErz1jyhTXk
  o  https://www.youtube.com/watch?v=sErz1jyhTXk
- ██████████████    2018-05-31T16:06:18.809Z

  So these guys used two cell phones... to sync images from 1st person and 3rd person...

- ██████████████    2018-05-31T16:06:38.467Z

  Then got the robot to relate them, so that watching someone (3rd person) could be translated into 1st person perspective for tasks...

- ██████████████    2018-05-31T16:06:51.857Z

  Sorry, they synced videos, not images.

- ██████████████    2018-05-31T20:22:19.005Z

  We need more time for ████ reviews

HIGHLY CONFIDENTIAL
GOOG-DOJ-AT-02226432

- ■■■■■■■■■ 2018-05-31T20:22:57.722Z

  That's an axiom. Why would you state that again

- ■■■■■■■■■ 2018-05-31T20:23:09.166Z

  On message

- ■■■■■■■■■ 2018-05-31T20:23:29.574Z

  What am I missing?

- ■■■■■■■■■ 2018-05-31T20:23:35.745Z

  Am on train to Jedi dinner

- ■■■■■■■■■ 2018-05-31T20:23:42.622Z

  Ya, really

- ■■■■■■■■■ 2018-05-31T20:23:52.313Z

  We are having a meeting to discuss meetings

- ■■■■■■■■■ 2018-05-31T20:24:08.233Z

  With ■■ or all meetings?

- ■■■■■■■■■ 2018-05-31T20:24:10.701Z

  Again???

- ■■■■■■■■■ 2018-05-31T20:24:42.648Z

  Again or still. Who knows

- ■■■■■■■■■ 2018-05-31T20:25:27.046Z

  Hah

- ■■■■■■■■■ 2018-05-31T20:25:30.669Z

  Glad I skipped

- ■■■■■■■■■ 2018-05-31T20:33:15.807Z

  Based on ■■ description

- ■■■■■■■■■ 2018-05-31T20:33:24.331Z

  It appears to be classic Amazon style



- ███████████ 2018-05-31T20:33:32.151Z

  Type 1 vs type 2 decisions

- ███████████ 2018-05-31T20:39:41.063Z

  Talk about opportunistic ad placement

o
- ███████████ 2018-05-31T20:41:32.633Z

  Haha

- ███████████ 2018-05-31T22:01:45.393Z

  Lol

- ███████████ 2018-06-01T14:32:12.778Z

  Nice seeing C in person last night

- ███████████ 2018-06-01T14:32:40.161Z

  that off beet joke was so funny - not sure who cracked it but i remember ██████ was in splits

- ███████████ 2018-06-01T15:06:38.849Z

  Wow ██████ laughed at your jokes?

- ███████████ 2018-06-01T15:14:00.903Z

  Yes, good to see you guys too! I wanted to chat with each of you more, but decided against it after showing up late.. I wanted to make sure E got as much attention as possible... hopefully he felt properly missed by everyone. :)

- ███████████ 2018-06-01T15:43:42.275Z

  He had a good time.

- ███████████ 2018-06-01T15:43:55.959Z

  Went into full gossip mode on the uber home.

- ███████████ 2018-06-01T15:48:27.734Z

  Is he less bitter?

- ███████████ 2018-06-01T15:49:02.245Z

  Well he was pretty tipsy so having fun.

GOOG-DOJ-AT-02226434



- ███████████████  2018-06-01T15:49:44.258Z

  He and █████ started riffing on both █████████, so that got a little harsh.

- ███████████████  2018-06-01T16:11:37.705Z

  The best quote of the night, Aparna was this...

- ███████████████  2018-06-01T16:12:04.573Z

  Apparently, the wine they were drinking was pretty primo... score of 100 on some index of awesomeness which is very rare...

- ███████████████  2018-06-01T16:12:48.307Z

  Someone said, "Wow, this tastes amazing. That's a *lot* of guilt."

- ███████████████  2018-06-01T16:13:23.612Z

  sorry not getting it.

- ███████████████  2018-06-01T16:13:57.664Z

  haha

- ███████████████  2018-06-01T16:13:59.408Z

  only reason █████████ would authorize spending that much on wine would be because they felt badly about the circumstances...

- ███████████████  2018-06-01T16:14:27.417Z

  Oh. Is █████ frugal about these things?

- ███████████████  2018-06-01T16:14:44.035Z

  You're ruining it...

- ███████████████  2018-06-01T16:14:45.014Z

  I did notice he stuck to club soda.

- ███████████████  2018-06-01T16:14:50.344Z

  ☺

- ███████████████  2018-06-01T16:14:53.862Z

  ☺

- ███████████████  2018-06-01T16:14:57.978Z

GOOG-DOJ-AT-02226435

I ruin nearly everything.

- ████████████████    2018-06-01T16:15:02.332Z

  lol

- ████████████████    2018-06-01T16:15:07.394Z

  Omg. Screw these giant smileys

- ████████████████    2018-06-01T16:15:20.141Z

  ya, the giant smileys are super weird

- ████████████████    2018-06-01T16:16:11.244Z

  Shouldn't that be an option? "Ridiculously large smileys that totally disrupt the flow of the chat? (y/n)"

- ████████████████    2018-06-01T16:16:22.656Z

  I guess the best practice could be this.

- ████████████████    2018-06-01T16:16:25.709Z

  . ☺

- ████████████████    2018-06-01T16:17:05.457Z

  Hmm... would that option impact "your view" of all smileys, or "your smileys" on any view?

- ████████████████    2018-06-01T16:17:12.230Z

  Two options? ;)

- ████████████████    2018-06-01T16:17:16.435Z

  Now you know why I'm not in ux...

- ████████████████    2018-06-01T16:17:36.698Z

  How about anyone sets "n" they go away everywhere?

- ████████████████    2018-06-01T16:17:49.774Z

  lol

- ████████████████    2018-06-01T16:17:51.620Z

  i like it

- ████████████████    2018-06-01T16:18:17.370Z

    GOOG-DOJ-AT-02226436

the leading '.' was a good idea... i may adopt that

- ███████████████          2018-06-01T16:18:27.809Z

  when i remember

- ███████████████          2018-06-01T16:33:34.326Z

  Wow $100 bottle of wine is serious guilt

- ███████████████          2018-06-01T16:33:40.193Z

  Normally they serve crappo wine

- ███████████████          2018-06-01T16:34:12.379Z

  who said $100?

- ███████████████          2018-06-01T16:34:26.677Z

  Oh nm score 100 that's nuts

- ███████████████          2018-06-01T16:34:27.508Z

  oh, no... it was a "score of 100" not $100

- ███████████████          2018-06-01T16:34:33.314Z

  may also have been $100, i have no idea

- ███████████████          2018-06-01T16:34:33.336Z

  Whose score?

- ███████████████          2018-06-01T16:34:36.978Z

  Robert Parker?

- ███████████████          2018-06-01T16:34:48.037Z

  dunno, eisar said 100 was "very very rare"

- ███████████████          2018-06-01T16:35:03.047Z

  Ya that's why I am shocked

- ███████████████          2018-06-01T16:35:04.158Z

  Wow

- ███████████████          2018-06-01T16:40:21.055Z

GOOG-DOJ-AT-02226437

They had a couple bottles of Opus One. Didn't try it but someone said "$500". I asked if that was restaraunt price or store price, did not get a clear answer ☺

- ███████████████      2018-06-01T17:28:36.873Z

  Another ████ deck. Another chance to basically ignore app inventory.

- ███████████████      2018-06-01T17:29:12.410Z

  have never had opus one - been to the winery tho - super snobby people

- ███████████████      2018-06-01T17:29:31.098Z

  acm?

- ███████████████      2018-06-01T17:30:00.622Z

  They named their wine "Opus One". That tells you something already.

- ███████████████      2018-06-01T17:30:08.237Z

  PSSR

- ███████████████      2018-06-01T17:30:13.846Z

  ████ deck said small group so didn't join

- ███████████████      2018-06-01T17:30:38.191Z

  is acm officially now the PSSR?

- ███████████████      2018-06-01T17:30:47.377Z

  He wants to make the case for launch Attribution on the crappy models. I think the lack of apps is an even bigger deal though.

- ███████████████      2018-06-01T17:31:00.837Z

  Oh it's not today. Monday.

- ███████████████      2018-06-01T17:31:09.187Z

  Doing the pre-read.

- ███████████████      2018-06-01T17:32:41.749Z

  Apps requires Gold, which requires the entire world to solve all known problems first... so it's a tough dependency graph.

- ███████████████      2018-06-01T17:35:41.675Z

GOOG-DOJ-AT-02226438

The apps ask seems like lip service if we allowed them to even do work on this thing without it working for apps in v1

- ████████████  2018-06-01T17:41:04.481Z

  what meeting is this

- ████████████  2018-06-01T18:18:57.302Z

  ████. I just got an email from ██████████ asking me for Infra OKR planning input...

- ████████████  2018-06-01T18:19:23.713Z

  obviously, I can respond w/ all of my enumerable asks...

- ████████████  2018-06-01T18:19:29.584Z

  ... or cc ██████

- ████████████  2018-06-01T18:20:01.515Z

  but thought it might be better if the correction came from her directly?

- ████████████  2018-06-01T18:20:14.860Z

  or am i thinking about this too much, and just do it?

- ████████████  2018-06-01T18:55:56.340Z

  ha ha - i will ask her to change

- ████████████  2018-06-01T18:56:00.172Z

  your legend lives on

- ████████████  2018-06-01T18:56:14.665Z

  i see how super thoughtful you are abt the ████ situation

- ████████████  2018-06-01T18:59:16.447Z

  ya, at first it was respect. now i feel bad for the guy and his inability to help himself... so...

- ████████████  2018-06-01T19:01:11.798Z

  ████ told me it is "better" in that ████ just defers to him more.

- ████████████  2018-06-01T19:01:25.693Z

  But when they interact, it's just as bad.

GOOG-DOJ-AT-02226439

- ████████████████ 2018-06-01T19:05:34.277Z

  I noticed yesterday for small revenue issue they explicitly added ████████

- ████████████████ 2018-06-01T19:58:07.606Z

  That's good to hear █ feels like he's earned ██████ confidence.

- ████████████████ 2018-06-01T20:34:06.394Z

  Just had a great moment w/ ████

- ████████████████ 2018-06-01T20:34:16.157Z

  He walks into the micro kitchen... to grab a snack...

- ████████████████ 2018-06-01T20:35:15.599Z

  The snack scoop is tethered to the lid, and the only place to put the lid is on top of the stack of shelves... which he does, but then the scoop doesn't reach...

- ████████████████ 2018-06-01T20:35:57.199Z

  He looks at me, and says w/ exasperation, "Is there no trust left!?"

- ████████████████ 2018-06-01T20:36:50.280Z

  I reply with, "If I see you taking that lid & scoop home with you and I'll turn you in. No questions asked."

- ████████████████ 2018-06-01T20:38:00.376Z

  Glad to see we're not the only ones who notice this nonsense... ☺

- ████████████████ 2018-06-01T20:38:15.723Z

  It's all this little stuff that kills companies

- ████████████████ 2018-06-01T20:38:19.865Z

  Not the existence of it

- ████████████████ 2018-06-01T20:38:25.942Z

  But the feeling of powerlessness

- ████████████████ 2018-06-01T20:38:36.675Z

  So ya cut the tether and show the bastards

- ████████████████ 2018-06-01T20:38:41.229Z

GOOG-DOJ-AT-02226440

totally

- ███████████████ 2018-06-02T01:20:29.839Z

  Why is ████ still part of DVAA all hands?

- ███████████████ 2018-06-02T01:20:39.956Z

  not that i care but curious why that is a thing

- ███████████████ 2018-06-02T01:40:33.066Z

  He's going to make sure you guys don't do anything funny with your scoops...

- ███████████████ 2018-06-02T01:46:39.866Z

  ████ you should join too 😊

- ███████████████ 2018-06-02T17:31:24.962Z

  https://www.thecut.com/2018/05/how-anna-delvey-tricked-new-york.html

  o https://www.thecut.com/2018/05/how-anna-delvey-tricked-new-york.html
- ███████████████ 2018-06-02T17:31:32.709Z

  Very interesting read

- ███████████████ 2018-06-04T14:26:47.973Z

  i tried to read but found it hard to care about this

- ███████████████ 2018-06-04T14:27:27.237Z

  i can however tell you that jeff bezos is my hero

- ███████████████ 2018-06-04T14:27:31.824Z

  he saved The Expanse!

- ███████████████ 2018-06-04T14:27:33.105Z

  wooohoo

- ███████████████ 2018-06-04T14:27:36.408Z

  syfy had cancelled

- ███████████████ 2018-06-04T14:28:22.806Z

Ya, I got 1/3 of the way through the link on the crazy lady... couldn't finish.

HIGHLY CONFIDENTIAL

- ███████████████  2018-06-04T14:28:47.373Z

  Have not seen expanse either... :)

- ███████████████  2018-06-04T14:29:01.625Z

  last movie or tv show you saw ████

- ███████████████  2018-06-04T14:29:11.646Z

  Billions?

- ███████████████  2018-06-04T14:29:21.513Z

  Imposters

- ███████████████  2018-06-04T14:29:27.431Z

  i need one of you to start watching Billions to discuss the wuotes at least

- ███████████████  2018-06-04T14:29:37.134Z

  Haven't seen billions

- ███████████████  2018-06-04T14:30:32.173Z

  so apparently Lucky in Almaden is prototyping some program where robots come over to your house and deliver groceries

- ███████████████  2018-06-04T14:30:56.721Z

  my friend saw it and posted a video and it was hot topic of discussion in a weekend party

- ███████████████  2018-06-04T14:31:14.462Z

  Ha

- ███████████████  2018-06-04T14:31:18.323Z

  which then lead to how close we are realistically to robots showing up in mainstream activities

- ███████████████  2018-06-04T14:32:02.199Z

  i havent seen the almaden robot in action - saw the video though and it did deliver stuff but what i dont know is if someone was controlling it with a remote

- ███████████████  2018-06-04T14:32:30.426Z

  Ya, it sucks

- ███████████████  2018-06-04T14:32:34.842Z

GOOG-DOJ-AT-02226442

I'm sure of that

- ███████████████     2018-06-04T14:32:41.101Z

Just don't know how

- ███████████████     2018-06-04T14:32:46.175Z

:)

- ██████████████     2018-06-04T14:33:19.055Z

sure of what?

- ██████████████     2018-06-04T14:54:08.667Z

In what way the delivery robot sucks

- ██████████████     2018-06-04T15:08:30.462Z

i am all for robots

- ██████████████     2018-06-04T15:08:37.586Z

LOVED the new star wars movie - Solo

- ███████████████     2018-06-04T15:08:39.035Z

brilliant

- ██████████████     2018-06-04T15:08:42.561Z

esp the robot L3

- ██████████████     2018-06-04T15:13:13.064Z

Your bar seems "so low" 😊

- █████████████     2018-06-04T15:13:45.940Z

Haven't seen the movie but heard it's their biggest commercial failure

- █████████████     2018-06-04T15:14:36.167Z

That doesn't mean much though. I get there was SW fatigue. They were over milking the franchise

- ██████████████     2018-06-04T15:25:40.981Z

people are idiots

- ███████████████     2018-06-04T15:25:47.116Z

GOOG-DOJ-AT-02226443

they insist on monks in robes

- ███████████████  2018-06-04T15:25:49.526Z

  and jedi nonsense

- ███████████████  2018-06-04T15:25:52.431Z

  this is more like indian jones

- ███████████████  2018-06-04T15:25:57.219Z

  amazing acting by donald glover

- ███████████████  2018-06-04T15:26:02.118Z

  and alden ehrenreich

- ███████████████  2018-06-04T15:37:59.915Z

  my favorite part of what you said is - Indian Jones

- ███████████████  2018-06-04T15:38:16.462Z

  actually East Indian Jones will be an amzing explorer

- ███████████████  2018-06-04T15:38:38.953Z

  he is adventurous but also likes to stay close to home and enjoys home cooked meals in the evening

- ███████████████  2018-06-04T15:52:53.722Z

  haha indiana

- ███████████████  2018-06-04T21:54:10.977Z

  Sweet petootie, this is the worst meeting ever.

- ███████████████  2018-06-04T21:54:45.018Z

  What meeting

- ███████████████  2018-06-04T21:54:58.211Z

  PSSR Prep on measurement.

- ███████████████  2018-06-04T21:55:20.120Z

  It went off the rails when ██████ joined a meeting meant to be a prep for a ██████ meeting ☺

- ███████████████  2018-06-04T21:56:15.682Z

GOOG-DOJ-AT-02226444

That is amazing

- ██████████████    2018-06-04T21:56:21.109Z

  That sounds fun ☺ Did he call out bs

- ██████████████    2018-06-04T21:56:22.709Z

  For 15 minutes, ██ and ██████ have been asking "how are we doing against the actual OKRs on 3P integration". The are getting answers like "we can add a section to the doc addressing <foo>". Instead of just getting the actual answer.

- ██████████████    2018-06-04T21:56:50.952Z

  But no one knows (or wants to admit they know) what the OKR commitments are.

- ██████████████    2018-06-04T21:57:08.219Z

  ██████ is asking again for "just give me an off the cuff answer".

- ██████████████    2018-06-04T21:57:17.907Z

  ██ had one of my all time favorite moments of bs calling for ████

- ██████████████    2018-06-04T21:57:22.559Z

  "Well some parts are ahead, some parts are behind"

- ██████████████    2018-06-04T21:57:37.218Z

  Poor ██████

- ██████████████    2018-06-04T21:57:43.826Z

  Lol

- ██████████████    2018-06-04T21:58:09.278Z

  ██████ is stuggling to answer without admiting any non-perfectin.

- **Updated on**2018-06-04T21:58:16.128Z

  ██████ is stuggling to answer without admiting any non-perfection.

- ██████████████    2018-06-04T21:59:08.210Z

  This comes back to the harsh duality of high preforming teams... psych safety is critical... unless you are sucking. Then, getting you off the team is critical

- ██████████████    2018-06-06T13:38:08.646Z

GOOG-DOJ-AT-02226445

You heard what ▮▮ asked ▮▮ at some summit yesterday?

- ▮▮▮▮▮▮ 2018-06-06T14:10:11.284Z

  what??

- ▮▮▮▮▮▮ 2018-06-06T14:10:23.377Z

  also how come ▮▮ gets to be in summits with ▮▮ ?

- ▮▮▮▮▮▮ 2018-06-06T14:30:05.000Z

  some gbo leadership thingy

- ▮▮▮▮▮▮ 2018-06-06T14:30:09.982Z

  apparently he asked how to do his job

- ▮▮▮▮▮▮ 2018-06-06T14:30:13.605Z

  well didnt ask it like that

- ▮▮▮▮▮▮ 2018-06-06T14:30:20.526Z

  but said how should we measure within walled gardens

- ▮▮▮▮▮▮ 2018-06-06T14:31:10.936Z

  did he then say that Google's biggest threat is coming from Adobe and we should do some martech

- ▮▮▮▮▮▮ 2018-06-06T14:32:09.550Z

  who knows

- ▮▮▮▮▮▮ 2018-06-06T14:32:17.334Z

  but man he's asked that question every year

- ▮▮▮▮▮▮ 2018-06-06T14:32:19.707Z

  what is WRONG WITH HIM

- ▮▮▮▮▮▮ 2018-06-06T14:33:17.623Z

  he is just a simple man, struggling in this World to get some love

- ▮▮▮▮▮▮ 2018-06-06T14:40:20.493Z

  so where is ▮▮ going? Also there was a cryptic reference to some new person who was not named - who is it?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02226446

-  2018-06-06T14:41:42.473Z

  ya where is he going?

- 2018-06-06T15:01:14.369Z

  itp 2.0 will be brutal

- 2018-06-06T15:01:37.066Z

  yup

- 2018-06-06T15:01:44.896Z

  but we need to assume mozilla will follow

- 2018-06-06T15:01:54.057Z

  and stop chasing the cookie and doing something else imho

- 2018-06-06T15:02:22.163Z

  my current bet is on 1p serving

- 2018-06-06T15:02:30.962Z

  technically it is the most likely

- 2018-06-06T15:03:01.841Z

  mozilla has already mentioned they are doing something in their next announcement

- 2018-06-06T15:06:15.044Z

  i am also very curious what happens to idfa this Friday

- 2018-06-06T15:17:18.003Z

  During ITP 1.0, I was really worried Apple was fighting a web vs apps fight... and I think that's playing out further...

- 2018-06-06T15:18:00.028Z

  +1

- 2018-06-06T15:18:38.216Z

  But the real q, is how long should we defend the open web when users have abandoned it?

- 2018-06-06T15:18:46.985Z

In general the fact that we depend on advertising and apple and Modzilla don't and even Microsoft to a large extent really shows in the approaches and solutions and how aggressively folks pursue them

- ███████████████    2018-06-07T05:21:35.240Z

  Fantastic example of Uber's new CEO being the "old guy in the club: " Business Insider: Uber's 'have the D' is a decision-making strategy from Bain & Co. http://www.businessinsider.com/uber-dara-khosrowshahi-have-the-d-strategy-bain-2018-6

  o  http://www.businessinsider.com/uber-dara-khosrowshahi-have-the-the-d-strategy-bain-2018-6
  o  http://www.businessinsider.com/uber-dara-khosrowshahi-have-the-the-d-strategy-bain-2018-6
- ███████████████    2018-06-07T05:22:22.370Z

  "Khosrowshahi wrote in the memo: "You may hear me say in meetings '[insert name] has the D here.' This is about being clear on who is the decision maker; I'd encourage you to do the same." Younger employees are somewhat confused by the phrase, which sounds like "getting the D," or slang for having sex."

- ███████████████    2018-06-07T14:40:19.016Z

  @Aparna Pappu - looking forward to 1.5 hrs with or abt ████?

- ███████████████    2018-06-07T14:48:50.971Z

  Hahaha yes

- ███████████████    2018-06-07T17:15:05.914Z

  Watching ████ get increasingly pissed with ████ But he seems to be weighing whether to start yelling or just give up

- ███████████████    2018-06-07T17:16:03.971Z

  ██: "this slide has to much detail; summarize" ██ *reads the slide point by point*

- ███████████████    2018-06-07T17:17:51.422Z

  Nice. He just blamed everything on adh and politely pointed out that ██ manages that.

- ███████████████    2018-06-07T17:18:06.140Z

  Obviously ████ is not here

- ███████████████    2018-06-07T17:18:39.863Z

  2 ██ from the same place and yet so different

- ███████████████    2018-06-07T17:19:25.276Z

  Obviously you are the inferior one ████████

- ███████████████    2018-06-07T17:20:55.038Z

    GOOG-DOJ-AT-02226448

Totes

- ███████████ 2018-06-07T17:23:00.774Z

  Just one example... ████ would never use "totes"

- ███████████ 2018-06-07T17:23:36.314Z

  Glad ██ is seeing first hand what we already know

- ███████████ 2018-06-07T17:23:43.314Z

  Wish he could send ███ a ding

- ███████████ 2018-06-07T17:23:47.685Z

  For his stupid choices

- ███████████ 2018-06-07T17:40:40.604Z

  ████ and I are solving world problems meanwhile

- ███████████ 2018-06-07T18:02:32.335Z

  Which ones?

- ███████████ 2018-06-07T18:03:00.340Z

  Hunger? Poverty? Disease?

- ███████████ 2018-06-07T18:06:45.696Z

  ████

- ███████████ 2018-06-07T18:25:02.379Z

  there is this really funny joke i forget who cracked in this meeting

- ███████████ 2018-06-07T18:25:22.668Z

  what Aparna and I lack in ML work we make up in ████ work - hahahahahahahahahahahahaha

- ███████████ 2018-06-07T18:26:06.194Z

  Ya, it's a real head scratcher who would have come up with that joke... ;)

- ███████████ 2018-06-11T15:16:29.999Z

  Wassup peeps

- ███████████ 2018-06-11T15:20:23.786Z

GOOG-DOJ-AT-02226449

Hey



- ⬛ 2018-06-11T15:20:33.674Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:20:57.592Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:21:29.372Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:26:11.286Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:26:15.583Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:27:53.042Z

For the life of me, I still can't understand why they still have those weird stool-like chairs with a curved arm that rotate around...

- ⬛ 2018-06-11T15:28:03.740Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:42:46.084Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:42:52.140Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:43:38.986Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:44:01.730Z

**Redacted - Privacy**

- ⬛ 2018-06-11T15:46:05.628Z

**Redacted - Privacy**

GOOG-DOJ-AT-02226450

-  2018-06-11T15:46:46.955Z

**Redacted - Privacy**

- 2018-06-11T15:47:04.360Z

**Redacted - Privacy**

- 2018-06-11T15:47:07.349Z

**Redacted - Privacy**

- 2018-06-11T15:47:33.932Z

**Redacted - Privacy**

- 2018-06-11T15:49:04.176Z

# Redacted - Privacy

- 2018-06-11T15:50:26.885Z

## Redacted - Privacy

- 2018-06-11T15:51:29.942Z

**Redacted - Privacy**

- 2018-06-11T15:51:38.671Z

**Redacted - Privacy**

- 2018-06-11T15:51:46.167Z

**Redacted - Privacy**

- 2018-06-11T15:53:54.412Z

Ya, thanks.

- 2018-06-11T15:54:48.920Z

I read something recently along those lines, but more dark...

- 2018-06-11T15:55:09.774Z

A guy was beginning his work as a pastor at a church...

- 2018-06-11T15:56:15.007Z

                                                    GOOG-DOJ-AT-02226451

The dude in charge said something like, "Always act as if the person you're speaking to is at the darkest moment of their life. In my experience, that's accurate about 40% time."

- ███████████████ 2018-06-11T15:56:46.789Z

  Could be overstating things.. but even if it's 20-25%... still sounds like good advice.

- ███████████████ 2018-06-11T16:39:47.827Z

  # Redacted - Privacy

- ███████████████ 2018-06-11T18:32:45.336Z

  Yes indeed!

- ███████████████ 2018-06-11T18:33:35.054Z

  So I had a really weird email thread this weekend. A person on the team sends me really detailed questions about a the behavior of a subsystem.

- ███████████████ 2018-06-11T18:34:23.869Z

  Turned out she just does not like the person she was supposed to ask. I got a little snippy with her.

- ███████████████ 2018-06-11T19:25:02.346Z

  Wow. You are now playing communication proxy too ☺

- ███████████████ 2018-06-11T19:25:21.302Z

  btw, one of the top threads in Blind right now seems to have started from ██████ move

- ███████████████ 2018-06-11T20:01:16.233Z

  that's exciting re:██████ move... what does it say?

- ███████████████ 2018-06-11T20:01:50.853Z

  I assume it's the usual... she left because of her punk manager? ;)

- ███████████████ 2018-06-11T20:23:10.700Z

  re:xiaodan it was actually the opposite (how i wish it was abt ██████ - it suggested that her team had a lot of turnover and was warning YT folks and that then drifted into thread abt who is a good manager and turnovers ...

- ███████████████ 2018-06-11T20:23:19.498Z

  now i will gently kick ██████ chair

- ███████████████ 2018-06-11T20:23:31.462Z

GOOG-DOJ-AT-02226452

he is not noticing

- █████████████ 2018-06-11T20:23:34.877Z

  or reacting

- █████████████ 2018-06-11T20:23:41.259Z

  I noticed.

- █████████████ 2018-06-11T20:23:52.841Z

  I didn't notice...

- █████████████ 2018-06-11T20:23:57.135Z

  please kick until *I* notice...

- █████████████ 2018-06-11T20:24:04.345Z

  Her team had turnover only with low performers.

- █████████████ 2018-06-11T20:24:07.823Z

  but thats because you are insensitive ████

- █████████████ 2018-06-11T20:24:16.899Z

  So the blind thread is warning please about ████████

- █████████████ 2018-06-11T20:24:56.074Z

  ya, i'm confused... it was warning YT folks to not join ████████ team? that's a weird thread... ☺

- █████████████ 2018-06-11T20:25:24.732Z

  oh wait, did she go to yt?

- █████████████ 2018-06-11T20:25:32.961Z

  ok... that will make this much more sensible... ☺

- █████████████ 2018-06-11T20:25:34.111Z

  Blind is a weird platform in general

- █████████████ 2018-06-11T20:25:39.865Z

  yes she is moving to YT

- █████████████ 2018-06-11T20:26:29.177Z

GOOG-DOJ-AT-02226453

got it

- █████████████        2018-06-11T20:26:36.397Z

  still haven't noticed *any* chairs being kicked...

- █████████████        2018-06-11T20:29:26.250Z

  stop sitting on the problem ████ and do something abt it 😀

- █████████████        2018-06-11T20:29:41.590Z

  btw - obviously i have gotten myself involved in the GDPR T shirt caption thing

- █████████████        2018-06-11T20:29:50.086Z

  fair to say it should be a big part of my job

- █████████████        2018-06-11T20:29:55.483Z

  +1, that makes sense

- █████████████        2018-06-11T20:30:12.700Z

  my favorite right now is "GDPR - for consenting adults only"

- █████████████        2018-06-11T20:30:15.658Z

  I hope ████ delivers your caption correctly...

- █████████████        2018-06-11T20:30:46.163Z

  Aparna and I gave ████ a hard time over the last 5 days

- █████████████        2018-06-11T20:30:52.600Z

  he is pretty unhappy with us for sure

- █████████████        2018-06-11T20:31:42.927Z

  time for 2 gentle kicks on ██████ chair

- █████████████        2018-06-11T20:37:30.314Z

  why doesnt ████ attend any of the DBM reviews etc.

- █████████████        2018-06-11T20:37:34.896Z

  i heard he was planning to leave

- █████████████        2018-06-11T20:37:38.923Z

                                    GOOG-DOJ-AT-02226454

is that official?

- ███████████████████ 2018-06-11T20:37:58.193Z

  or just a guess?

- ███████████████████ 2018-06-11T20:39:22.994Z

  wow never noticed █████████ hair this closely

- ███████████████████ 2018-06-11T20:39:27.668Z

  it is very curly

- ███████████████████ 2018-06-11T20:39:49.957Z

  anyone wants more detailed analysis on this?

- ███████████████████ 2018-06-11T20:39:57.733Z

  I wonder if it is the guy about to go on PIP or one of the other two who should be on PIP.

- ███████████████████ 2018-06-11T20:40:20.456Z

  Judging by the dismissive use of the word "Chinese" I guess it is the guy about to go on PIP.

- ███████████████████ 2018-06-11T20:40:42.003Z

  what kind of shampoo do you use ████████

- ███████████████████ 2018-06-11T20:40:49.514Z

  am i making you feel awkward

- ███████████████████ 2018-06-11T20:41:27.476Z

  Though he has always seemed like a decent guy, to me. I know he really despises █████████ but he seemed basically well behaived.

- ███████████████████ 2018-06-11T20:43:08.683Z

  Not at all. I shampoo only once a week and with a light shampoo after a sweaty workout. I use an organic dandruf control shampoo.

- ███████████████████ 2018-06-11T20:43:50.649Z

  I do apply a hair softener after shampooing, and I use a little pomade (Badger, Navigator) daily.

- ███████████████████ 2018-06-11T20:43:58.609Z

  Any other questions?

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02226455

- ▮▮▮▮▮▮▮▮ 2018-06-11T20:44:03.891Z

  my hair starts curling as it grows and shampooing is a pain - hence always looking for recos

- ▮▮▮▮▮▮▮▮ 2018-06-11T20:44:31.162Z

  wow ▮▮▮▮ leaving his role

- ▮▮▮▮▮▮▮▮ 2018-06-11T20:45:00.006Z

  i heard this might happen - didnt think it will happen this quickly

- ▮▮▮▮▮▮▮▮ 2018-06-11T20:45:04.247Z

  Here is the shampoo
  https://www.amazon.com/gp/product/B0002JIHT0/ref=pe_2640190_232586610_pd_te_s_rp_im/143-4287716-1969324?_encoding=UTF8&pd_rd_i=B0002JIHT0&pd_rd_r=12GPG6DD1NTRPJT91FYY&pd_rd_w=3o1nO&pd_rd_wg=MpBSs&pf_rd_i=email-ship-confirmation&pf_rd_m=ATVPDKIKX0DER&pf_rd_p=3227214142&pf_rd_r=12GPG6DD1NTRPJT91FYY&pf_rd_s=email-ship-confirmation&pf_rd_t=40701

  o https://www.amazon.com/gp/product/B0002JIHT0/ref=pe_2640190_232586610_pd_te_s_rp_im/143-4287716-1969324?_encoding=UTF8&pd_rd_i=B0002JIHT0&pd_rd_r=12GPG6DD1NTRPJT91FYY&pd_rd_w=3o1nO&pd_rd_wg=MpBSs&pf_rd_i=email-ship-confirmation&pf_rd_m=ATVPDKIKX0DER&pf_rd_p=3227214142&pf_rd_r=12GPG6DD1NTRPJT91FYY&pf_rd_s=email-ship-confirmation&pf_rd_t=40701

- ▮▮▮▮▮▮▮▮ 2018-06-11T20:45:21.348Z

  That picture is totally wrong!

- ▮▮▮▮▮▮▮▮ 2018-06-11T20:48:27.544Z

  Where did you hear about ▮▮▮?

- ▮▮▮▮▮▮▮▮ 2018-06-11T20:49:48.096Z

  From him

- ▮▮▮▮▮▮▮▮ 2018-06-11T21:15:18.672Z

  where is ▮▮▮ going?

- ▮▮▮▮▮▮▮▮ 2018-06-11T21:33:44.563Z

  No idea

- ▮▮▮▮▮▮▮▮ 2018-06-12T02:53:15.877Z

  Wow I missed a lot!

- ▮▮▮▮▮▮▮▮ 2018-06-12T02:53:21.991Z

HIGHLY CONFIDENTIAL

I had to Google pomade

- ██████████████ 2018-06-12T02:54:09.873Z

  Interest shampoo pick not using tea tree oil shampoo?

- ██████████████ 2018-06-12T02:54:32.937Z

  Am still not on blind

- ██████████████ 2018-06-12T02:54:39.607Z

  The less I know the happier I am

- ██████████████ 2018-06-12T02:59:05.805Z

  They were saying some pretty shitty things about ████████

- ██████████████ 2018-06-12T03:00:12.893Z

  Funny thing about Blind

- ██████████████ 2018-06-12T03:00:42.525Z

  I informed Eisar and ██████ about it and E started using it but I wasn't on it myself

- ██████████████ 2018-06-12T03:01:45.706Z

  But E assumed I was and started referencing it in our conversations. So I finally got it to keep up with the references

- ██████████████ 2018-06-12T03:02:17.096Z

  Mostly useless but some occasional insight

- ██████████████ 2018-06-12T03:03:16.749Z

  One occasional insight: "We have a lot of entitled b narcissists"

- ██████████████ 2018-06-12T03:04:56.312Z

  Haha

- ██████████████ 2018-06-12T03:07:00.853Z

  Huh, I'm kind of surprised ██████ was so interesting to this crazy app community

- ██████████████ 2018-06-12T03:07:23.000Z

  As a subset of being surprised dvaa is interesting to them.

GOOG-DOJ-AT-02226457

- ████████████████ 2018-06-12T03:07:33.955Z

  Except Eisar. I understand the interest in him

- ████████████████ 2018-06-12T03:07:50.057Z

  E is not DVAA any more

- ████████████████ 2018-06-12T03:08:04.455Z

  She's a Chinese woman, so the anti diversity crowd gets a poster child

- ████████████████ 2018-06-12T03:08:12.168Z

  So who is the next most interesting person ███?

- ████████████████ 2018-06-12T03:08:21.148Z

  Beyond Eisar?

- ████████████████ 2018-06-12T03:08:47.451Z

  Hmm, he's pretty special

- ████████████████ 2018-06-12T03:09:28.718Z

  Urs is up there... he seems to volunteer for really tough town halls, then mostly underwhelm at them?

- ████████████████ 2018-06-12T03:10:52.271Z

  Let's put it this way. You are stuck is a deserted island and have a phone that can dial only one number (repeatedly) from DVAA. Whose number will you program it too?

- ████████████████ 2018-06-12T03:11:13.394Z

  Pretty unique phone ☺

- ████████████████ 2018-06-12T03:11:16.652Z

  He's as striking a mix of awesome and awful as eisar. Way less likable.

- ████████████████ 2018-06-12T03:11:36.561Z

  Urs I mean

- ████████████████ 2018-06-12T03:12:26.727Z

  Ya he traded crediblity for likablity...

- ████████████████ 2018-06-12T03:14:13.735Z

GOOG-DOJ-AT-02226458

Why am I calling someone from dvaa from an island?

- ██████████████████  2018-06-12T03:14:34.663Z

  That was for ██████

- ██████████████████  2018-06-12T03:14:49.035Z

  "Join me for some scuba diving"?

- ██████████████████  2018-06-12T03:15:24.471Z

  You are not calling anyone. You are in an island ██████ - you have to worry about shampoo

- ██████████████████  2018-06-12T04:03:38.151Z

  Re: phone - I would call ██████ - tell him his VP letter is with me on the island, I just need a way to get it to him. He would stop at nothing to find me.

- ██████████████████  2018-06-12T04:04:24.719Z

  That is a F###ing AWESOME answer

- ██████████████████  2018-06-12T04:04:34.933Z

  I literally burst out laughing

- ██████████████████  2018-06-12T04:04:51.213Z

  :)

- ██████████████████  2018-06-12T18:01:06.239Z

  how come ██████ gets to come to these?

- ██████████████████  2018-06-12T18:01:10.345Z

  ██████ does not invite █

- ██████████████████  2018-06-12T18:01:53.781Z

  How come we just had to waste 30 minute in the lobby...

- ██████████████████  2018-06-12T18:02:19.806Z

  its good to be remote

- ██████████████████  2018-06-12T18:02:47.798Z

  Seriously? Dial in was fine but they shunted us out?

HIGHLY CONFIDENTIAL



- ■■■■■■■■■■■ 2018-06-12T18:02:54.297Z

  no no

- ■■■■■■■■■■ 2018-06-12T18:03:02.102Z

  Oh I see. Just less wasted time.

- ■■■■■■■■■■ 2018-06-12T18:03:02.798Z

  i meant i stayed in huddle and hung up

- ■■■■■■■■■■ 2018-06-12T18:05:38.454Z

  i like ■■■■■

- ■■■■■■■■■■ 2018-06-12T18:06:40.927Z

  net provides great clarity

- ■■■■■■■■■■ 2018-06-12T18:41:13.400Z

  ■■ goes to google leads? how?why?

- ■■■■■■■■■■ 2018-06-12T18:42:32.776Z

  Yes, walks, probably a side deal to keep him from leaving when ■■■ the job he wanted

- ■■■■■■■■■■ 2018-06-12T19:03:19.846Z

  this is going to be a snooze

- ■■■■■■■■■■ 2018-06-12T19:05:14.021Z

  goddamn preamble

- ■■■■■■■■■■ 2018-06-12T19:05:18.010Z

  get on with it you people

- ■■■■■■■■■■ 2018-06-12T19:06:00.762Z

  do indians count as asians?

- ■■■■■■■■■■ 2018-06-12T19:37:15.045Z

  Yes.

- ■■■■■■■■■■ 2018-06-12T21:44:31.038Z

  what about egyptians? are they african?

                                           GOOG-DOJ-AT-02226460

- ████████████ 2018-06-12T22:13:51.383Z

i'd say no right?

- ████████████ 2018-06-12T22:13:53.858Z

middle eastern?

- ████████████ 2018-06-12T22:15:06.315Z

So all the countries around Egypt, on the continent of Africa... Africans. But Egypt is a carve out?

- ████████████ 2018-06-12T22:20:21.675Z

ya i think so

- ████████████ 2018-06-12T22:20:24.698Z

what abou lebanon?

- ████████████ 2018-06-12T22:20:46.950Z

sorry libya

- ████████████ 2018-06-12T22:20:51.057Z

thoughts?

- ████████████ 2018-06-12T22:23:21.699Z

I cant believe this conversation is initiated by someone who doesn't even acknowledge the Eastern part of her own country 😊

- ████████████ 2018-06-12T22:23:48.656Z

Haha

- ████████████ 2018-06-12T22:23:55.419Z

Back to that are we?

- ████████████ 2018-06-12T22:25:32.346Z

I don't like carveouts... I'm sticking w/ african.

- ████████████ 2018-06-12T22:26:13.813Z

re: lebanon... once you're past syria, I think you're in middle east territory

- ████████████ 2018-06-12T22:26:26.009Z

GOOG-DOJ-AT-02226461

sorry cairo

- ███████████████ 2018-06-12T22:26:57.622Z

  let's call the border the suez canal... ?

- ███████████████ 2018-06-12T22:27:20.318Z

  Yeah. I am a geographic purist

- ███████████████ 2018-06-12T22:27:47.309Z

  That is why I consider Indians to be Asians

- ███████████████ 2018-06-12T22:33:46.202Z

  Ok works for me

- ███████████████ 2018-06-12T22:33:56.774Z

  Would you call Russians Asians btw?

- ███████████████ 2018-06-12T22:38:58.762Z

  No, that would be crazy talk.

- ███████████████ 2018-06-12T22:38:59.936Z

  ;)

- ███████████████ 2018-06-12T22:39:44.967Z

  I believe a similar exception is made for them as is made for "middle-eastern" ... they're "eastern-european" right?

- ███████████████ 2018-06-12T22:40:04.017Z

  weird that we don't respect the N/S border really on these boundaries... agree w/ that. ☺

- ███████████████ 2018-06-12T22:40:35.379Z

  pretty sure it's either skin color or religion that's keeping score here... not sure which is dominating...?

- ███████████████ 2018-06-12T22:48:17.420Z

  Geographically Russia is asia

- ███████████████ 2018-06-12T22:48:17.853Z

  So no carveouts

GOOG-DOJ-AT-02226462

- ████████████████ 2018-06-12T22:49:20.270Z

  damn it

- ████████████ 2018-06-13T18:11:02.142Z

  interesting read

- ████████████ 2018-06-13T18:11:03.175Z

  ████████████████████

  o

- ████████████████ 2018-06-13T19:08:01.885Z

  So staff disappeared

- ████████████████ 2018-06-13T19:12:15.061Z

  Yes. Had only one topic, and the update was not significant

- ████████████████ 2018-06-13T19:12:27.884Z

  H2 staffing

- ████████████████ 2018-06-13T19:12:32.188Z

  wow that epitaph mentions ████████

- ████████████████ 2018-06-13T19:13:19.061Z

  "update from ████████". But he only talked with ████████ for ~5 min about that

- ████████████████ 2018-06-13T19:13:45.589Z

  So we could have met to hear "no hard today, but things will be tight". No thanks

- ████████████████ 2018-06-13T19:19:50.171Z

  fascinating https://www.nytimes.com/interactive/2018/06/13/upshot/boys-girls-math-reading-tests.html

  o https://www.nytimes.com/interactive/2018/06/13/upshot/boys-girls-math-reading-tests.html
- ████████████████ 2018-06-13T19:45:17.058Z

  ok ABCs you are all in the know now and NO ONE can share - i am going to kick myself for saying it but VEGAS RULES APPLY

- ████████████████ 2018-06-13T19:46:56.455Z

  I'm posting it on Twitter though

- ▮▮▮▮▮▮▮▮▮ 2018-06-13T19:49:04.718Z

  omg your twitter handle is hilarious

- ▮▮▮▮▮▮▮▮▮ 2018-06-13T19:49:06.648Z

  its like ABCs

- ▮▮▮▮▮▮▮▮▮ 2018-06-13T19:49:12.583Z

  ▮▮▮▮▮▮▮▮▮▮▮

  ○ ▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮ 2018-06-13T19:49:15.492Z

  and i quote

- ▮▮▮▮▮▮▮▮ 2018-06-13T19:49:27.319Z

  "and then the sheep proposed to his girlfriend by saying "wool you marry me"?"

- ▮▮▮▮▮▮▮ 2018-06-13T19:49:30.336Z

  or this gem

- ▮▮▮▮▮▮▮▮ 2018-06-13T19:49:39.681Z

  "40 char limit can lead to exciting short stories that stop at crucial points. e.g. He had to choose between Rita & Rina, and he married Ri"

- ▮▮▮▮▮▮▮ 2018-06-13T19:51:06.012Z

  i thought we explicitly discussed you wont share that !!!

- ▮▮▮▮▮▮▮ 2018-06-13T19:52:10.450Z

  no we did not!

- ▮▮▮▮▮▮▮▮ 2018-06-13T19:52:14.125Z

  you said this is my handle

- ▮▮▮▮▮▮▮▮ 2018-06-13T19:52:16.859Z

  and no one knows

- ▮▮▮▮▮▮▮ 2018-06-13T19:52:41.669Z

  you were on a roll 8 years ago

- ▮▮▮▮▮▮▮ 2018-06-13T19:57:33.765Z

GOOG-DOJ-AT-02226464

yes and then i figured G+ is what i should invest my social attention to ☺

- ███████████████    2018-06-13T19:59:01.245Z

thats VP material right there

- ███████████████    2018-06-14T15:04:21.875Z

Two totally separate morning thoughts for ABCs... #1 - I read a funny paper yesterday, that was basically a numerical simulation of basic promo algorithms and their impact on an org assuming (1) the Peter Principle was mostly true (2) the notion of your job success at level N is very well predicted by your success at level N-1.

- ███████████████    2018-06-14T15:07:31.077Z

The headline conclusions from the paper are exactly what you'd expect... if your perf is independent from one level to the next, promoting the top performers is a terrible idea because you're moving them from a job they do well. Thus, your best strategy is to promote the worst performers at any level... because the next job is a new draw from the bag of perf marbles so they're unlikely to do much worse on the new job.

- ███████████████    2018-06-14T15:08:15.514Z

And if the perf between two levels is highly correlated, promoting top performers is a good strategy.

- ███████████████    2018-06-14T15:08:23.869Z

So far... so what.

- ███████████████    2018-06-14T15:09:36.575Z

The more interesting result to me, was how random promotions fared

- ███████████████    2018-06-14T15:10:58.451Z

wow

- ███████████████    2018-06-14T15:10:59.907Z

share paper

- ███████████████    2018-06-14T15:11:12.098Z

btw does this august group have good go to material for a noob

- ███████████████    2018-06-14T15:11:14.288Z

on NLP

- ███████████████    2018-06-14T15:11:18.513Z

and where would you point me

GOOG-DOJ-AT-02226465

- ███████████████    2018-06-14T15:11:21.713Z

So my conclusion was the following...

- ███████████████    2018-06-14T15:13:05.407Z

Between two levels, there are elements that are correlated and elements that are new. IOW - both hypothesis are true to some extent. In the real world what we do is give people a chance to try their hand at the new skillset, and if they pass the proxy test, we consider them ready for promo.

- ███████████████    2018-06-14T15:13:51.593Z

The "give them a chance" element is where I think we would actually benefit from employing the random strategy more often than we do...

- ███████████████    2018-06-14T15:14:19.612Z

Would love other thoughts on it though...

- ███████████████    2018-06-14T15:15:34.599Z

████████████████████████

o ████████████████████████

- ███████████████    2018-06-14T15:23:55.549Z

What do you want to know about NLP?

- ███████████████    2018-06-14T15:24:19.386Z

I have a few favorites.. :) my first start-up did something very near to that field

- ███████████████    2018-06-14T15:25:30.013Z

so tell me what you'd do to auto correct for grammar

- ███████████████    2018-06-14T15:48:41.772Z

so the thing with the paper is this line is wrong for mgmt types beyond a certain level "usually because the tasks of the levels are very different from each other."

- ███████████████    2018-06-14T15:48:47.935Z

I think at some size of group you are managing

- ███████████████    2018-06-14T15:49:14.085Z

i assume in eng you are already thinking about WHAT to build and WHY and not just hte building of it

- ███████████████    2018-06-14T15:49:27.599Z

GOOG-DOJ-AT-02226466

dont you just expand the universe you operate in with wider and wider circles

- ███████████████ 2018-06-14T15:49:29.182Z

  from then on?

- ███████████████ 2018-06-14T15:50:14.722Z

  Ya, that's why I think the reality is in between... there's some part of the job at level N+1 that is new/unique, and some part is overlap

- ███████████████ 2018-06-14T15:50:38.960Z

  Like I said, the paper was kind of silly

- ███████████████ 2018-06-14T15:50:41.257Z

  :)

- ███████████████ 2018-06-14T15:50:43.915Z

  ya

- ███████████████ 2018-06-14T15:50:51.597Z

  btw B &S, C also knows my news

- ███████████████ 2018-06-14T15:50:55.277Z

  re DVAA

- ███████████████ 2018-06-14T15:50:58.951Z

  and moving on

- ███████████████ 2018-06-14T15:51:24.665Z

  This group is now truly cross PA

- ███████████████ 2018-06-14T15:51:47.108Z

  Whoa

- ███████████████ 2018-06-14T15:51:51.434Z

  Ya

- ███████████████ 2018-06-14T15:52:01.011Z

  Times are sure a changing

GOOG-DOJ-AT-02226467

- ███████████ 2018-06-14T15:52:09.617Z

  I say we bring back █████ and also send a note that she is L9 to welcome her

- ███████████ 2018-06-14T15:52:46.671Z

  Lol

- ███████████ n 2018-06-14T15:57:58.133Z

  Man. So I have a lot going through my mind right now... how is ████████ taking it? ████████████ ... you're
  losing one of the good ones... but is there up-side in breaking down walls here?

- ███████████ 2018-06-14T15:58:42.086Z

  A - did █ yell at you, or break down crying? Both is obviously an option.

- ███████████ 2018-06-14T15:59:33.866Z

  I have a whole string of 1:1's now... ugh... will try to pay attention later

- ███████████ 2018-06-14T15:59:40.944Z

  My read is everyone week be upset that A is leaving. Not only is she among the good ones but also one who
  acts as a glue in many cases

- ███████████ 2018-06-14T16:00:27.781Z

  Ya, that sounds right

- ███████████ 2018-06-14T16:01:00.383Z

  As ironic as it sounds ... Losing a glue can lead to sticky situations ☺

- ███████████ 2018-06-14T16:01:34.295Z

  That's not ironic...

- ███████████ 2018-06-14T16:01:41.084Z

  .... it's tacky

- ███████████ 2018-06-14T16:02:55.428Z

  One man's tacky is another man's ironic ... I think Einstein said that or maybe it was Eisar ☺

- ███████████ 2018-06-14T16:03:36.370Z

  Anyway I do feel that As move after Es move will lead to folks in the org going through she entropy

- ███████████ 2018-06-14T16:03:53.071Z

So they should fix for long term stability

- ███████████████ 2018-06-14T16:38:46.527Z

  no███ does no know - no one else will know untl June 29

- ███████████████ 2018-06-14T16:38:55.914Z

  just officially ████████████████

- ███████████████ 2018-06-14T16:39:33.269Z

  on the plus side now we can have cross PA gossip

- ███████████████ 2018-06-15T16:51:11.668Z

  I thought it might be ██████ defending ██████ on Blind.

- ███████████████ 2018-06-15T16:51:17.216Z

  Turns out it was not.

- ███████████████ 2018-06-15T16:52:25.064Z

  I do want to know what douche is posting as ████████

- ███████████████ 2018-06-15T16:53:00.159Z

  Probably ████?

- ███████████████ 2018-06-15T16:53:20.866Z

  :)

- ███████████████ 2018-06-15T16:53:25.343Z

  lol

- ███████████████ 2018-06-15T16:53:49.316Z

  He posts as ██████

- ███████████████ 2018-06-15T16:54:30.442Z

  Ha

- ███████████████ 2018-07-09T18:08:52.813Z

  whatever happened to this group?

- ███████████████ 2018-07-09T18:36:51.698Z

I got wet

- ███████████████     2018-07-09T18:36:56.767Z

  And Aparna got ██████

- ███████████████     2018-07-09T18:37:19.163Z

  ??!!!?!

- ███████████████     2018-07-09T18:37:22.187Z

  oh

- ███████████████     2018-07-09T18:37:24.410Z

  vacation

- ███████████████     2018-07-09T18:37:25.638Z

  ok phew

- ███████████████     2018-07-09T19:40:09.443Z

  i ate a lot

- ███████████████     2018-07-09T19:40:20.679Z

  i have gained 3.5 lbs in the past 2.5 weeks

- ███████████████     2018-07-09T19:53:48.653Z

  I am relearning math

- ███████████████     2018-07-09T19:54:30.238Z

  Everyone around here is super serious about their math.

- ███████████████     2018-07-09T20:00:40.822Z

  what are you learning from

- ███████████████     2018-07-09T20:00:59.329Z

  i want to go back and do stats again - what's a good resource

- ███████████████     2018-07-09T20:04:14.494Z

  Sorry, just mostly drafting off of a dude i'm working with... and then doing lots of "homework" and google searches.

HIGHLY CONFIDENTIAL

- ████████████████ 2018-07-09T20:04:36.789Z

  I have literally a notepad full of scrawl from me trying to say something intelligent w/ pretty basic stuff... it's not pretty ☺

- ████████████████ 2018-07-09T20:06:09.391Z

  But these new people don't take my usual approach, "this stuff is crazy talk, how do you deal w/ these two 'thought experiments'" very well... ☺

- ████████████████ 2018-07-09T20:06:16.501Z

  they want things to be more 'thought through'

- ████████████████ 2018-07-09T20:06:18.704Z

  'polished'

- ████████████████ 2018-07-09T20:06:23.176Z

  'coherent'

- ████████████████ 2018-07-09T20:06:27.273Z

  it's total bs... ;)

- ████████████████ 2018-07-09T20:07:21.266Z

  Ooh... I'm drafting a "two pager" on describing "why robotics is hard" ... would love feedback from this group when i'm done... totally.

- ████████████████ 2018-07-09T20:12:17.833Z

  i saw I Robot - they seemed to have robotics all solved

- ████████████████ 2018-07-09T20:12:30.293Z

  Will Smith fought them

- ████████████████ 2018-07-09T20:16:00.985Z

  did he win?

- ████████████████ 2018-07-09T20:17:00.698Z

  WIll Smith always wins

- ████████████████ 2018-07-09T20:17:19.990Z

  i once made the observation to a friend that Will Smith has fought maximum things in movies

GOOG-DOJ-AT-02226471

- ██████████ 2018-07-09T20:17:29.838Z

  Aliens (MIB, IDay)

- ██████████ 2018-07-09T20:17:46.099Z

  Coyboys (Wild Wild West)

- ██████████ 2018-07-09T20:17:46.912Z

  sounds like we still have work to do then... ;)

- ██████████ 2018-07-09T20:17:54.713Z

  Robots (I Robot)

- ██████████ 2018-07-09T20:18:40.230Z

  Zombies (I am legend)

- ██████████ 2018-07-09T20:18:46.744Z

  Sharks (Shark Tale)

- ██████████ 2018-07-09T20:19:02.806Z

  Superheoroes (Hancock, Suicide Squad)

- ██████████ 2018-07-09T20:19:10.034Z

  Pugilists (Ali)

- ██████████ 2018-07-09T20:19:32.835Z

  Povery (Pursuit to Happiness)

- ██████████ 2018-07-09T20:20:01.817Z

  Allergies (Hitch)

- ██████████ 2018-07-09T20:20:05.205Z

  I can go on ☺

- ██████████ 2018-07-09T21:05:34.713Z

  k... my 2 pager is 4 pages... ;)

- ██████████ 2018-07-09T21:05:52.718Z

  first draft done, would love all of your feedback on it... any comments/criticisms welcome!

HIGHLY CONFIDENTIAL

- ███████████████ 2018-07-09T21:05:56.685Z

██████████████████████████████████████████████████████████████████████████████████

o
o

- ███████████████ 2018-07-10T13:00:29.381Z

  Folks got the ultimate email from ████

- ███████████████ 2018-07-10T13:00:31.866Z

  part insult

- ███████████████ 2018-07-10T13:00:44.249Z

  "Sad to see you go Aparna. I always found your thoughtful contrarians views valuable"

- ███████████████ 2018-07-10T14:20:10.822Z

  Ha

- ███████████████ 2018-07-10T14:38:28.009Z

  So this is going down now? Did email get sent yesterday or today?

- ███████████████ 2018-07-10T15:22:18.366Z

  Live from.new york

- ███████████████ 2018-07-10T15:22:36.942Z
o Image_20180710_11221985988776831159628I5.jpg
- ███████████████ 2018-07-10T15:27:32.688Z

  How's their patter?

- ███████████████ 2018-07-10T15:28:04.849Z

  Question came up re buyside quality team

- ███████████████ 2018-07-10T15:28:12.506Z

  And what that means for collaboration with sellside

- ███████████████ 2018-07-10T15:28:54.287Z

  Odd. Why would that change related to this?

- ███████████████ 2018-07-10T15:29:14.778Z

████ worried

- ████████████████    2018-07-10T15:29:45.030Z

  Well that's fair, but this reorg is not related

- ████████████████    2018-07-10T15:31:49.965Z

  Since I am still skeptical about Drs, and our traffic is going first price one way or the other which will squeeze RPO.

- ████████████████    2018-07-10T15:32:05.901Z

  But it's not org structure doing either of those things

- ████████████████    2018-07-10T15:33:00.580Z

  More importantly, why are you dodging the question about ████████████ stage chemistry.

- ████████████████    2018-07-10T15:34:08.187Z

  Good banter

- ████████████████    2018-07-10T15:38:09.629Z

  So now can I leak to ████?

- ████████████████    2018-07-10T15:43:20.866Z

  ████ already knew... that is the way of the ████

- ████████████████    2018-07-10T15:43:25.316Z

  ██████

- ████████████████    2018-07-10T15:43:36.594Z

  But he didn't tell me.

- ████████████████    2018-07-10T15:43:39.243Z

  That jerk!

- ████████████████    2018-07-10T15:45:57.560Z

  BTW - how did this end up going?

- ████████████████    2018-07-10T15:46:12.926Z

  Maybe fwd me the email?

HIGHLY CONFIDENTIAL



- ███████████ 2018-07-10T15:46:48.409Z

  (Aparna+1 ████████████████

- ███████████ 2018-07-10T15:46:57.650Z

  █████████████

- ███████████ 2018-07-10T15:47:02.055Z

  No other changes now.

- ███████████ 2018-07-10T15:47:06.548Z

  Got it

- ███████████ 2018-07-10T15:47:39.426Z

  ██████ really wants to split up DBM when ████ leaves, give FE to ████, leave the rest with ████████████

- ███████████ 2018-07-10T15:47:59.249Z

  I'd rather not split it, I am not sure ████ can keep the FE folks together remotely.

- ███████████ 2018-07-10T15:47:59.572Z

  Huh, ok

- ███████████ 2018-07-10T15:48:24.083Z

  Makes sense

- ███████████ 2018-07-10T15:48:39.659Z

  "What if I can find something else for ████" "No I am seriously not solving for ████ I think this is best"

- ███████████ 2018-07-10T15:48:47.641Z

  So... remarketing+re-engagement is next, ya?

- ███████████ 2018-07-10T15:49:03.027Z

  Those should be the same group

- ███████████ 2018-07-10T15:49:05.291Z

  I have a bunch of shit to work through there.

- ███████████ 2018-07-10T15:50:15.115Z

  Shit work == growing another ████ biz for Google... :)

- ███████████████    2018-07-10T15:50:25.161Z

  Honestly bidding is the harder part, and I may ask your advice. I don't feel like Sam alone (with no other top teir delegates) can keep up. But I don't want to break him.

- ███████████████    2018-07-10T15:51:09.924Z

  Remember, reengagement runs on g.com...! :)

- ███████████████    2018-07-10T15:51:47.522Z

  Sure, but that's the benefit of putting more under you... you can help him find some delegates, right?

- ███████████████    2018-07-10T15:51:54.557Z

  Oh yeah, I already told ████ we need to find a way to (1) accelerate, (2) realign with the strongest parts of his team, (3) make room for ████ to help.

- ███████████████    2018-07-10T15:52:56.067Z

  It is hard to get as much firepower as I want with only delegates who I can move under Sam.

- ███████████████    2018-07-10T15:53:16.169Z

  Big growth opp for ████. he will want to run over everyone calling them stupid... hopefully he can figure out how to avoid that. :)

- ███████████████    2018-07-10T15:53:49.340Z

  What kind of stuff are you trying to accomplish, exactly?

- ███████████████    2018-07-10T15:53:59.876Z

  I'll keep him on a leash.

- ███████████████    2018-07-10T15:54:11.050Z

  Maybe I'm underestimating your grand vision

- ███████████████    2018-07-10T15:54:40.893Z

  For bidding the TLDR is that Sam's team with 25 people is trying to do everything ████ has 55 people on, including multiple L7 delegates. Some examples:

- ███████████████    2018-07-10T15:56:09.824Z

  (take with a grain of salt, i need to deep dive with Sam, ██████████████ to be sure) - Cold start trouble is apparently still a big thing. - ROAS needs to work better for reengagement, and maybe elsewhere. - Monitoring is improving but still well below ███████████████

- ███████████████    2018-07-10T15:56:25.936Z

GOOG-DOJ-AT-02226476

Does this smell wrong to you?

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T15:58:12.782Z

Sissie really does not want to put UAC dollars on 3rd party supply. Unless I find a reason to argue it, that at least removes one big chunk of complexity.

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T15:58:23.316Z

Sounds right, I'm just not seeing anything that a couple T6's can't do with a few support folks.

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T15:59:04.759Z

Maybe. I'm not going to shoot off any decrees without knowing more.

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T15:59:08.268Z

IOW - you already have the contribution from ▮▮▮▮▮ on coming up with the ways to do the monitoring.. you just need it executed again, right?

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T15:59:57.774Z

I believe that's a fair statement.

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T16:00:25.187Z

Oh this discussion reminds me of a cool thing.

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T16:01:18.994Z

Cold start has opp for innovation, but it has a few pieces that can just be done. Sam's already got some cool ideas here... just lack of bandwidth not genius in that area.

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T16:01:40.406Z

Also, it's impact is meh... this is still a bit overblown on impact

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T16:02:00.197Z

And could be leapfrogged with fix CPA as well

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T16:02:17.032Z

I don't doubt that Sam can solve all these problems well. I do doubt that just giving him the body count will scale.

- ▮▮▮▮▮▮▮▮▮▮▮▮          2018-07-10T16:02:27.931Z

Apparent fCPA cuts 50-day churn on SDC by half, compared to tCPA. Gonna ask ▮▮▮▮ to see if he can poke any holes in the proposition that it may be good for UAC.

                                    GOOG-DOJ-AT-02226477

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:02:50.709Z

  ?

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:03:00.357Z

  Everyone in apps loves the idea of fcpa

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:03:04.496Z

  No sales job needed

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:03:59.760Z

  Huh. OK. I got more of a "sounds great, but we have more impactful stuff to prioritize".

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:04:21.899Z

  I agree with you too. Sam needs help beyond bodies... but I think you were concerned the "lead" level help he needed was T8 rather than T6-T7

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:05:03.059Z

  I assume those conversations were based on an environment where we had 80 people rather than access to 400? :)

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:07:08.540Z

  Right, we can have ▮▮▮▮ package the risk mitigation stuff for UAC. The actual bidding system work is a lot more because of cross stack complexities, but it is not needed to make fcpa basically work.

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:07:39.363Z

  Yep

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:07:47.094Z

  Also, it is fair to say you should calibrate your expectations from the sdc example...

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:08:27.056Z

  We dealt with the possibility of churn by removing all other Google alternatives, rather than fix the product... :)

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:09:02.909Z

  So there are still wins to be had, but it's smaller

- ▮▮▮▮▮▮▮▮▮ 2018-07-10T16:09:19.116Z

  On your earlier point, we can certainly stick most-L6/low-L7 straight under Sam if there are loose people with the right skills.

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02226478

- ▓▓▓▓▓▓▓ 2018-07-10T16:09:35.925Z

There should be wins. Aren't we still consistently getting a lower share of wallet than FB?

- ▓▓▓▓▓▓▓ 2018-07-10T16:11:01.402Z

OK, this predictive email writing is better than I expected.

- ▓▓▓▓▓▓▓ 2018-07-10T16:12:12.511Z

I thought the dissonance of "interrupting" my writing to see what is suggested, stop what I am doing, hit tab, would kill the utility. But I am using it and it works.

- ▓▓▓▓▓▓▓ 2018-07-10T16:13:16.399Z

Why am I getting congratulation emails? Seems like such an odd thing to say.

- ▓▓▓▓▓▓▓ 2018-07-10T16:15:06.848Z

Two POVs... 1 - your org has gained bodies, that is a congratulatory event by people who don't know any better. 2 - you're now a primary player in apps, which is a congratulatory event if you're on the apps side or a google shareholder. ☺

- ▓▓▓▓▓▓▓ 2018-07-10T16:16:04.358Z

now *jim's* inbox being full of congrats would make no sense... his new boss is a loon and he has to deal w/ you even more than he did before.

- ▓▓▓▓▓▓▓ 2018-07-10T16:16:18.515Z

Getting more into Apps, and getting to work with Play are legit positives, that's true.

- ▓▓▓▓▓▓▓ 2018-07-10T16:16:27.053Z

I wasn't going easy on ▓ before ☺

- ▓▓▓▓▓▓▓ 2018-07-10T16:16:31.514Z

and g.com ☺

o  http://g.com

- ▓▓▓▓▓▓▓ 2018-07-10T16:16:34.794Z

you own apps on g.com

o  http://g.com

- ▓▓▓▓▓▓▓ 2018-07-10T16:16:37.412Z

that's a thing

- ▓▓▓▓▓▓▓ 2018-07-10T16:16:39.962Z

GOOG-DOJ-AT-02226479

unless they take it

-  2018-07-10T16:16:48.229Z

  which means they will have to go through ███ so less likely

- ████████████████ 2018-07-10T16:16:52.779Z

  I know that it is. I just didn't list it under positives ☺

- ████████████████ 2018-07-10T16:17:06.261Z

  . :)

- ████████████████ 2018-07-10T16:17:17.238Z

  Horray, more time with ███. I *win*.

- ████████████████ 2018-07-10T16:18:09.071Z

  If ███ leaves, what do you think. ████████ (great choice, but high risk to DBM) or ████ Or dark-horse TBD?

- ████████████████ 2018-07-10T16:18:17.050Z

  also, btw, I will make a plea that you give up on the idea that you need to wait for L6/low-L7's to "be loose" is a trap... move the right folks under sam asap and figure out how to backfill them with whoever comes "loose" ... ☺

- ████████████████ 2018-07-10T16:19:01.788Z

  I was going to go with Brett Kavanaugh as my succession plan for ██████, but he got another offer.

- ████████████████ 2018-07-10T16:19:17.532Z

  ████ is pretty likely to leave... i think timing is important

- ████████████████ 2018-07-10T16:20:12.523Z

  i guess he'll leave fast...

- ████████████████ 2018-07-10T16:20:15.410Z

  shoot, hmm

- ████████████████ 2018-07-10T16:20:22.295Z

  I don't think I can have ███ do both DBM and Apps.

- ████████████████ 2018-07-10T16:20:45.102Z

well, one sec

- ██████████████ 2018-07-10T16:20:54.122Z

  if you put someone like ███ in charge of re-engagement...

- ██████████████ 2018-07-10T16:20:56.361Z

  ███ has play

- ██████████████ 2018-07-10T16:21:23.557Z

  consider putting ███ under ███ (to consolidate play)

- ██████████████ 2018-07-10T16:21:40.805Z

  then you have an infra team left under ██████████

- ██████████████ 2018-07-10T16:22:26.208Z

  said another way...

- ██████████████ 2018-07-10T16:22:28.626Z

  I need something sensible for ███ though. I know he might just leave - he may expect he is ██████████ designated successor and take it hard when he is not. I worry that having him as a "loose" infra team lead will be a lame.

- ██████████████ 2018-07-10T16:22:57.098Z

  agree it will cross his mind, but he won't think it's "obvious"

- ██████████████ 2018-07-10T16:23:05.134Z

  also agree he needs a real job

- ██████████████ 2018-07-10T16:23:29.241Z

  If I lose ███ or ███ I can combine their core jobs.

- ██████████████ 2018-07-10T16:24:14.325Z

  my point is this... my old job... had two components...

- ██████████████ 2018-07-10T16:24:32.135Z

  one was ███ eng partner" - which is where I got all into the biz and strategery stuff

- ██████████████ 2018-07-10T16:24:55.266Z

  the other was eng manager to deliver apps features + quality

- ███████████████ 2018-07-10T16:25:20.206Z

  if you want the former job ███████ then the job you're offering someone isn't quite the same as the one I had...

- ███████████████ 2018-07-10T16:25:46.365Z

  ... so now, with self-sufficient leads, it's not actually that taxing an effort.

- ███████████████ 2018-07-10T16:25:51.610Z

  You mean if I keep that part for myself?

- ███████████████ 2018-07-10T16:25:54.865Z

  ya

- ███████████████ 2018-07-10T16:26:06.312Z

  I'll do that if I need to, definitely an option.

- ███████████████ 2018-07-10T16:26:51.007Z

  But if I can get an awesome person do it, while I sit back and sip scotch (or deal with some other more broken stuff), that's preferable.

- ███████████████ 2018-07-10T16:27:21.996Z

  That's where ██████ is the "best" choice, if I am willing to throw DBM under the bus.

- ███████████████ 2018-07-10T16:27:34.587Z

  Isn't dvaa throwing dbm under the bus?

- ███████████████ 2018-07-10T16:29:04.692Z

  Maybe, to be seen. But running it into an iceberg now would still be costly.

- ███████████████ 2018-07-10T16:29:51.319Z

  by what metric? lack of losses accumulated? ☺

- ███████████████ 2018-07-10T16:31:23.279Z

  The other counter argument is that ██████████ is no slouch, and could step up considerably.

- ███████████████ 2018-07-10T16:31:46.954Z

  yep

- ███████████████ 2018-07-10T16:33:14.078Z

GOOG-DOJ-AT-02226482

This may all be premature. ███ may decide to leave and then not find anything internal, and realize how well Google pays.

- ███ 2018-07-10T16:33:21.199Z

  Or could even decide not to leave.

- ███ 2018-07-10T16:33:45.498Z

  I told him honestly what I thought he needed for VP yesterday. I think he appreciated the honestly, but did not appreciate the answer.

- ███ 2018-07-10T16:33:57.505Z

  ooh... what was the answer?

- ███ 2018-07-10T16:35:54.965Z

  1) Fix AdSpam (done) 2) Major improvement in Apps - reenagement becomes a success and/or we eclipse FB - with clear value add from him personally 2a) At the same time build robust cred in my team, so that an upscope will be generally supported in ~a year. 3) Deliver one more thing in the range of impact of (1) to (2)

- ███ 2018-07-10T16:35:59.493Z

  So, a shitload.

- ███ 2018-07-10T16:36:28.666Z

  What did he think it should be?

- ███ 2018-07-10T16:37:09.268Z

  He probably expected what ███ told him in the first place. "Do what you are assigned for 2 years, you'll get VP". That was 20 months ago for those keeping score at home.

- ███ 2018-07-10T16:38:17.382Z

  Huh, I guess those can sound the same if you're ███

- ███ 2018-07-10T16:38:36.197Z

  I told ███ that was not realistic for various reasons, so he quoted me out of context to ███ so I am now the person blocking him. Thanks ███

- ███ 2018-07-10T16:39:27.741Z

  Huh

- ███ 2018-07-10T16:39:41.721Z

GOOG-DOJ-AT-02226483

█████ message was that his promised may not have been realistic because you █████ think I am bad at quality."

- ████████████████████ 2018-07-10T16:39:57.696Z

  Hmm

- ████████████████████ 2018-07-10T16:40:05.342Z

  That can go two ways...

- ████████████████████ 2018-07-10T16:40:19.859Z

  ████ do you think my assessment on quality is off?"

- ███████████████████ 2018-07-10T16:40:25.377Z

  (1) I learn to stop trying to be honest with ██████

- ████████████████████ 2018-07-10T16:41:16.117Z

  I don't think he even needs to be good at quality. I did not want to discuss that. I think he needs a clear value add whatever it may be.

- ███████████████████ 2018-07-10T16:42:05.762Z

  ██████████ are good at quality, and I think he has learned to not get in their way any more.

- ███████████████████ 2018-07-10T16:43:16.963Z

  Heh. ████ rephrased his Aparna comment for broad distribution.

- ████████████████████ 2018-07-10T16:44:13.821Z

  :)

- ███████████████████ 2018-07-10T16:44:55.597Z

  I'm currently learning how to manage within the law...

- ████████████████████ 2018-07-10T16:45:37.056Z

  3 hrs later, I'm going to be one lawful son of a bitch!

- ███████████████████ 2018-07-10T17:01:32.372Z

  It occurs to me that is also a class in "mistakes to look for in your management which you can use to fuel a potential lawsuit in the future".

- ████████████████████ 2018-07-10T17:04:19.075Z

GOOG-DOJ-AT-02226484

sure, you can't avoid one for the other though...



- ████████████    2018-07-10T17:04:34.415Z

  and the # of managers in an org is log(people in org)

- ████████████    2018-07-10T17:05:06.774Z

  so... being able to use "we train everyone thissssss muchhhh, so it's the manager's fault... not Google's!" is a pretty good trade-off

- ████████████    2018-07-10T17:05:17.970Z

  (e.g. defending against non-manager cases mostly)

- ████████████    2018-07-11T05:32:54.180Z

  Wtf ████ is FAR from fixed

- ████████████    2018-07-11T05:33:03.051Z

  He does not get a Done for that

- ████████████    2018-07-11T05:33:06.525Z

  No sireee bob

- ████████████    2018-07-11T05:34:44.074Z

  Aparna's unhinged now... :)

- ████████████    2018-07-11T05:36:37.054Z

  Also no ████ may not be a slouch but holy shit he is unreliable

- ████████████    2018-07-11T05:37:08.405Z

  I think bahman needs to do ████ strategery job for a year before handing off

- ████████████    2018-07-11T13:19:07.650Z

  Wow! Missed a lot thanks to travel yesterday.

- ████████████    2018-07-11T13:20:54.388Z

  With Aparna on ████ not really being the right person for some part of ████ job. He is a very strong engineer but his big challenge is scaling (he needs to be in everything) and a little bit of over building. So not sure he can do that job. So ████ no scotch sipping for you sir. Flavored water is the best we can offer

- ████████████    2018-07-11T14:57:11.624Z

GOOG-DOJ-AT-02226485

Still need everyone's take on my "why Robotics is hard" doc... it's 4 pages, mostly pictures... would love each of your reactions/thoughts if we end up sending it out broader than within the team...

- ███████████ 2018-07-11T17:28:11.793Z

███████████████████████

- ███████████ 2018-07-11T17:28:29.861Z

  i didn't say it

- ███████████ 2018-07-11T17:28:43.045Z

  Where did he get it?

- ███████████ 2018-07-11T17:28:56.604Z

  I would think ███████

- ███████████ 2018-07-11T17:28:59.643Z

  pure eng effort likely 3

- ███████████ 2018-07-11T17:29:03.448Z

  i dont know

- ███████████ 2018-07-11T17:29:05.661Z

  where he got it

- ███████████ 2018-07-11T17:29:24.632Z

  there are lots of ███████████████

- ███████████ 2018-07-11T17:29:32.406Z

  esp ██████████████████████

- ███████████ 2018-07-11T17:51:16.664Z

  You may be underestimating the work we do to pretend we're second pricing... :)

- ███████████ 2018-07-11T17:51:59.387Z

  Bernanke, RPO, tcpa, forecasting, pacing, etc... all depend on the 2nd pricing assumption

- ███████████ 2018-07-11T17:59:15.622Z

  I may be underestimating the work out with be to *not* do all that crap

GOOG-DOJ-AT-02226486

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T17:59:42.248Z

  I was talking about sellside

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T17:59:55.924Z

  ▮▮▮▮ my bet is your team says 2 quarters min

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T18:00:25.857Z

  Nope :)

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T18:00:32.455Z

  I'll slave drive

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T18:19:17.149Z

  i say we make this a challenge for ▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮ 2018-07-11T18:19:29.340Z

  he delivers and we say "good job", he doesnt and we take some HC away

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T18:19:36.969Z

  ▮▮▮▮ you up for that trade off?

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T19:45:32.855Z

  OMG WTF IS thIS MeetiNG

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T19:45:38.635Z

  we literally talked about process

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T19:45:44.387Z

  process as a proxy

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T19:45:46.550Z

  lordy

- ▮▮▮▮▮▮▮▮▮▮ 2018-07-11T19:53:34.817Z

  Resist Proxies As companies get larger and more complex, there's a tendency to manage to proxies. This comes in many shapes and sizes, and it's dangerous, subtle, and very Day 2. A common example is process as proxy. Good process serves you so you can serve customers. But if you're not watchful, the process can become the thing. This can happen very easily in large organizations. The process becomes the proxy for the result you want. You stop looking at outcomes and just make sure you're doing the process right. Gulp. It's not that rare to

hear a junior leader defend a bad outcome with something like, "Well, we followed the process." A more experienced leader will use it as an opportunity to investigate and improve the process. The process is not the thing. It's always worth asking, do we own the process or does the process own us? In a Day 2 company, you might find it's the second.

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T20:01:41.929Z

  +100 A!!

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T20:07:22.256Z

  My philosophy is always to wait until process breaks from increased scale, and then add enough to *barely* unbreak it.

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T20:08:12.107Z

  For all the imperfections, I am pretty happy *overall* with quality launch decision process, and that has always been borderline able to handle the load on any given year.

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T20:50:22.976Z

  I meant the staff meeting

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T20:50:31.032Z

  And it s content

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T21:04:09.190Z

  i actually liked the new proposed meeting format ☺

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T21:04:20.939Z

  i did not understand the strategy planning process fully though

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T21:04:50.888Z

  too many steps - too many folks signing off on things etc. - so have to fugure out if that is useful

- ▮▮▮▮▮▮▮▮▮▮   2018-07-11T21:49:11.300Z

  I try to add process wherever I can. It makes me feel important and professional.