# Exhibit 4
# Filed Under Seal

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-016925554 |
| End Bates | GOOG-AT-MDL-016925566 |
| Subject | |
| Email Subject | First-Price RPO for Admob team_11pQamerMnyhjQd0xZXhVm_WeqQ5JlsPnyPpbUjGz_XE.pptx |
| Master Date | 6/9/2023 |
| OS Saved Date/Time | 6/9/2023 3:50 PM |
| Time Sent | |
| Time Received | |
| Custodian | ▮▮▮▮▮▮▮▮▮ |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| File Name | First-Price RPO for Admob team_11pQamerMnyhjQd0xZXhVm_WeqQ5JlsPnyPpbUjGz_XE.pptx |
| From | |
| To | |
| Extension | pptx |
| Cc | |
| Bcc | |
| Author | no Author |
| Volume Name | PROD067-003 |
| CSV_Confidentiality | CONFIDENTIAL |
| OS Creation Date/Time | 6/9/2023 3:57 PM |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| Date Sent | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| Date Received | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | |
| CSV DOJ Edoc Properties | Edoc |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |



# First-Price RPO

11/30/2020

PRIVILEGED AND CONFIDENTIAL

CONFIDENTIAL          GOOG-AT-MDL-016925554

# Outline

1. Theory
2. Model Design
3. Experiment Design
4. Current Status

CONFIDENTIAL

GOOG-AT-MDL-016925555

## Theory - bidding in second-price auctions

- Utility = (value - runner_up_bid) when wins; 0 when loses.
- Bidding true value is the optimal strategy in second price auctions.
    - Link

CONFIDENTIAL

GOOG-AT-MDL-016925556

# Theory - bidding in first-price auctions

- Utility = (value - bid) when wins; 0 when loses.
- Assuming 2 bidders with IID uniform value distribution in [0, 1], the Nash equilibrium is each bidder bids half of their true value, i.e. bidder 1 bids v1/2, and bidder 2 bids v2/2
    - Link
    - Can be generalized to n bidders with symmetric setting.
    - Seller's expected revenue is ⅓.
        - E(max(b1, b2)) = 0.5 * E(max(v1, v2))
    - Revenue equivalence with second-price auctions, under symmetric setting.

CONFIDENTIAL

GOOG-AT-MDL-016925557

# Theory - bidding in first price auctions with reserve price

- 2 bidders with IID uniform value distribution in [0, 1] in a first-price auction with reserve price r. The Nash equilibrium is each bidder bids $B(v, r) = v/2 + r^2/(2v)$ when $v > r$; 0 otherwise.
    - A more generalized result can be found here.
    - We can see bidders bid higher given reserve price.
    - Optimal reserve price maximizes seller's revenue: $E(\max(B(v_1, r), B(v_2, r)))$.
        - Optimal reserve price in this case is ½, which yields **5/12** publisher revenue. Note that this is larger than the result (1/3) we obtained without reserve price.
- Theory vs Reality
    - Asymmetric value distributions.
    - Bidders' bids are correlated.

CONFIDENTIAL
GOOG-AT-MDL-016925558

# Model Design

1. For each DynamicPriceKey, generate a reserve price.
2. Two algorithms so far:
   a. Quantile based reserve, e.g. 20th percentile of bid distribution.
      i. Easy to interpret.
      ii. Empirical-based. No academic theory regarding whether it's optimal or not.
   b. True value estimation based reserve (doc1, doc2).
      i. Under linear shading assumptions (i.e. b = alpha * v for some constant alpha), we can estimate the shading factor alpha (and therefore true value v) given a bidder's bid distribution and HOB distribution.
      ii. Once we have the estimated true values, we can generate reserve prices similar to how we did in second-price auctions (revenue equivalence theory), basically assuming bidders bump up their bids to reserve price as long as the reserve price does not exceed their true value.

CONFIDENTIAL

## Model Design - Value Estimation from ▮▮▮▮'s slides

If buyers bid to optimize expected utility, we can reverse-engineer the original value:

- Buyer solves $\max_b (v - b) \cdot F(b)$, leads to $v = b^* + F(b^*)/f(b^*)$.
- Under simplifying assumptions, shading is linear: $b^* = \alpha(F) \cdot v$.
- Obtain a shading factor for each **buyer** and **inventory bucket**.

Using estimated shading factors, we can then optimize reserves:

- Assume buyers bump up their bid to meet reserve when needed.
- Scan for optimal reserve in each inventory bucket.

Flume pipeline implemented to estimate shading factors and optimal reserves.



Histogram of shading factors

CONFIDENTIAL                                                                                   GOOG-AT-MDL-016925560

# Model Design - DynamicPriceKey

1. Country
2. Web_property
3. Adslot_code
4. [Maybe] cookie_presence.
5. ...

CONFIDENTIAL

GOOG-AT-MDL-016925561

## Experiment Design

1. Traditional traffic-split experiments can only measure the short-term effect (floor-aware bidding), cannot measure long-term effect (changes in bidders' bidding models). Hence it's likely to show revenue drop.
2. In order to measure long-term revenue impact, we can do either of the following:
    a. [REDACTED]
    b. [REDACTED]

CONFIDENTIAL

GOOG-AT-MDL-016925562

## Current status - Web

We are evaluating 4 models: quantile model, true value estimation model, quantile model with cookie_presence signal, true value estimation model with cookie_presence signal.

CONFIDENTIAL

GOOG-AT-MDL-016925563

page_13



Current status - Web

CONFIDENTIAL  GOOG-AT-MDL-016925564

## Current status - App

- Tried both true-value estimation based on model and quantile based model. Current model is quantile based model.
    - Only treating single-call adslots.
- Negative revenue/payout so far ([experiment link](experiment link)).
    - RTB is positive.
- TODOs
    - Try cookie_presence signal.
    - Analyze the experiments by breaking down adslots with high/low/no pub floors.
    - Add custom DBM model.

CONFIDENTIAL
GOOG-AT-MDL-016925565

## References

1. UBC game theory course.
2. Auction Theory, Vijay Krishna, 2009 (Google Book link).
3. First-Price RPO | Auction Brown Bag
4. First Price RPO Lightning Talk
5. Value estimation for first-price traffic
6. Setting Optimal Reserve Using Value Estimation

CONFIDENTIAL