# Exhibit 6
# Filed Under Seal

| Metadata | |
|---|---|
| Begin Bates | GOOG-AT-MDL-016488832 |
| End Bates | GOOG-AT-MDL-016488836 |
| Subject | How do we launch RPO? |
| Email Subject | |
| Master Date | |
| OS Saved Date/Time | |
| Time Sent | |
| Time Received | |
| Custodian | ▮▮▮▮▮▮▮▮ |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| File Name | How do we launch RPO-_1iJXoOp_oIkISz_Ww5ZhA_R0VogCaT4az26VfOlLQO6M.docx |
| From | |
| To | |
| Extension | docx |
| Cc | |
| Bcc | |
| Author | ▮▮▮▮▮▮▮▮ |
| Volume Name | PROD251 |
| CSV_Confidentiality | CONFIDENTIAL |
| OS Creation Date/Time | |
| CSV_Drive Collaborators | ▮▮▮▮▮▮▮▮ |
| CSV_Drive Viewers | ▮▮▮▮▮▮▮▮ |
| Date Sent | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| Date Received | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | |
| CSV DOJ Edoc Properties | Edoc; Privileged; Redacted |
| CSV Redacted | Yes |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

Privileged and Confidential - please don't discuss anything in this doc externally w/o approval

# How do we launch RPO?

Author: 
Contributors: George Levitte Nitish Korula   Self Link:
Last updated: 13 January 2021

**Document overview**
This document covers how we will go about launching and commercializing RPO once we have a well-performing model.

**Summary of decisions (as of 01/13/21)**
When we launch RPO, we will:
- Name the feature "optimized pricing" externally (like in 2nd price)
- Offer bid shading protection that optimizes for a publisher's long term revenue
- Not offer an opt-out control
- Gradually ramp up over a "long" time period to avoid sudden traffic shifts
- Go light on commercialization
    - Reactive comms for publishers who ask about it
- Log a different internal rejection reason and map it to "other" in publisher facing (go/rpo-rejection-reason)

# Background

In 2016 we launched reserve price optimization (RPO), externally known as optimized pricing, which increased auction floors from what publishers set to maximize yield. In Q4 2019, we moved from a 2nd price auction to a 1st price auction and since then we've been working to rebuild RPO for the 1st price auction (which is a much harder problem) with the goal of protecting publishers against bid shading and driving incremental long term yield.

We've made good progress and are beginning to see positive results from our experiments. Our hope to launch RPO in H1 2021. This document goes over how we might do so.

# Decisions we need to make

There are a few decisions we need to make:
1. Do we offer publishers an opt-out?
2. What do we call it externally?
3. Do we notify publishers or do we silently launch?
4. How do we, if at all, report on the impact of RPO?
5. [App specific] Do we launch it only for single call?

<u>Do we offer publishers an opt-out?</u>
The first decision we need to make is whether we have an opt-out control for publishers.



Privileged and Confidential - please don't discuss anything in this doc externally w/o approval

For context we did not offer an opt-out for 2nd price RPO and internally have been thinking that we'd do the same for 1st price RPO.

This document goes over arguments for and against offering an opt-out. Outside counsel has advised that



Decision (01/13): No

### What do we call it externally?

We'll need to decide what we call the feature. For context we called 2nd RPO "optimized pricing". We then overloaded the term and also called managed reserves "optimized pricing" because it could be seen as an extension (in that it lowers floors too).

Our best option for RPO is to frame it as improving / re-introducing optimized pricing to account for 1st price auction dynamics, rather than framing it as a whole new product. This would also allow us to somewhat silently launch, as described earlier.



### Do we notify publishers or do we silently launch?

The next decision we need to make is how we commercialize RPO, if at all.

Privileged and Confidential - please don't discuss anything in this doc externally w/o approval



Publishers could also see the effects of the RPO floor in reporting through the bid insights card V2, the bid DT, and bid metrics in the query tool. In all cases, publishers may see that there are bids between their floor and the RPO floor that are rejected with the rejection reason set to floor.



Even with a silent launch, we'll need reactive comms for publishers who do notice and ask.

If we do notify publishers, we'll need to explain how the initial launch only applies to web (more specifically non-app) traffic since we're probably further out from app RPO.

*Decision (01/13): light commercialization*
- We will position RPO primarily as optimized bid shading (as opposed to yield maximization like in dyn pools)
- We will slowly roll it out so as not to cause dramatic shifts to publisher traffic overnight.
- We will be light on comms.
  - 
  - 



How do we, if at all, report on the impact of RPO?
As mentioned earlier, this mini-PRD proposes adding a new rejection reason to disambiguate when bids lose due to publisher floors vs. when they lose due to RPO.

But beyond reporting on bid rejection reasons, publishers may want to know how and to what degree this optimization helps them. The problem is we can't easily measure the impact with a traditional split traffic experiment. This is the same challenge we have with optimized pricing rules.

Privileged and Confidential - please don't discuss anything in this doc externally w/o approval

My current thinking here is that we won't be able to report how RPO affects individual publishers. Instead, we'll have to rely on case studies explaining the uplift we see in our experiments.

For context in 2nd price we didn't explicitly break out the impact of RPO but instead included it in an overall "optimization lift" metric (PRD, comms doc). Frankly, I don't think having a vague metric like that would be particularly valuable.

Decision (01/13): separate rejection reason, TBD uplift reporting
- As described in [REDACTED], we will add a new internal rejection reason for RPO [and] have that map to "other" externally.
- We will need to think through what, if anything, we share about RPO's impact on uplift. As of writing, it's likely that we won't do any reporting since it's essentially impossible to measure the impact from a specific publisher.

[App specific] Do we launch it only for single call?
The original plan for app RPO was to apply it on-platform only and we were going to leverage the platform classification mechanism that was going to be built for the OB policy. However, with 1 door we've paused plans to build platform classification. So we have no way of only applying RPO to on-platform traffic only.

[REDACTED]

## Appendix

Relevant links
- Redacted - Privilege
  - 
- Mini-PRD: New RPO Rejection Reason
  - Talks about how we will handle bids losing due to RPO in reporting
- 12/2020 - RPO overview slides
- 10/2020 - RPO lightning talk
- 06/2019 - IP RPO deck

## Edit History

| Date | Edits |
|---|---|
| December 15 - 17 2020 | Document created |

Comments sidebar:
- Commented [15]: Redacted - Privilege. Redacted - Privilege
- Commented [16]: Redacted - Privilege
- Commented [17]: Redacted - Privilege. Redacted - Privilege
- Commented [18]: See my other comment - this doesn't obscure or hide anything. It just removes a potential source of confusion that would actually make it much harder for publishers to make insights driven decisions (since if RPO and UPR floors have the same rejection reason, it's impossible to know if you should change your UPR floor)
- Commented [20]: Redacted - Privilege. Redacted - Privilege
- Commented [21]: Redacted - Privilege. Redacted - Privilege. Redacted - Privilege
- cc [REDACTED] as an FYI
- Commented [22]: Redacted - Privilege. Redacted - Privilege. Redacted - Privilege for views
- Commented [23]: I will say a couple of things:
  1) The initial launch will almost certainly be web only as we're still further behind on developing a model that works well for app traffic (due to the presence of
- Commented [24]: [REDACTED] Would you be able to share more on why RPO doesn't make sense for multi-call traffic from an engineering standpoint?
- Commented [25]: Redacted - Privilege. Redacted - Privilege

Privileged and Confidential - please don't discuss anything in this doc externally w/o approval

| 22 November 2020 | Revised slightly to include ██████ |
| --- | --- |
| 13 January 2020 | Revised to reflect decisions made since creation |

CONFIDENTIAL

GOOG-AT-MDL-016488836