# Exhibit 7
# Filed Under Seal

**Metadata**

| | |
|---|---|
| Begin Bates | GOOG-DOJ-AT-02261785 |
| End Bates | GOOG-DOJ-AT-02261790 |
| Subject | |
| Email Subject | No Title |
| Master Date | 7/29/2021 |
| OS Saved Date/Time | |
| Time Sent | |
| Time Received | |
| Custodian | Google |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| File Name | TaskAds_bidding_optimization_-_Launch_doc.docx |
| From | NoEMFrom |
| To | NoEMTo |
| Extension | DOCX |
| Cc | |
| Bcc | |
| Author | |
| Volume Name | PROD032 |
| CSV_Confidentiality | |
| OS Creation Date/Time | 7/29/2021 10:47 PM |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| Date Sent | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| Date Received | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | |
| CSV_DOJ Edoc Properties | Edoc |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

## TaskAds&Survey bidding optimization

### Launch doc

Contributors: ████████████████████████████
April 2021
Status: **paused**
Self-link: ████████████████████
Design doc: ████████████████

### Introduction

After AdMob & ADX moved to the 1p auction world, continuing bidding in max bid isn't the optimal strategy any more as the buyer needs to pay their max bid. In contrast, in the previous 2p world, bidding in one's max bid is the dominant strategy as they only need to pay the 2nd highest bid. To save cost in the 1p world, bid shading and Bernanke 1p are is used to increase buyers' surplus, aka. saving cost for buyers. By shading bids, one bids in between their max bid and 2nd highest bid, so that they can still win the bid, but pay less. By using Bernanke 1p with fixed revshare, we will bid higher to increase win rate. By using Bernanke 1p, we can bid higher (or take a lower margin) on competitive queries and pay less (or take a higher margin) on less competitive queries to increase win rate.

Note that we still survey buyers are charged using fixed margin in cost logic. Dynamic margin computed in cost logic (Bernanke) does not apply to this optimization. Bernanke is only used to modify bids, potentially above survey buyers' max bid, to increase win rate. Note that survey buyers need to pay for increased cost using fixed margin, i.e. not sharing margin pool with other buyers.



### Experiment setup

████████████████████████████

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02261785

## Rasta stats

link



## Survey winner CPM change

**Commented [28]:** Working with Survey team on this

**Commented [29]:** added at the bottom

**Commented [37]:** I think this is the right

2

GOOG-DOJ-AT-02261786



Breakdown by max bid bucket & survey type

Rewarded

3

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02261787

Interstitial



Margin validation

Script



4

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02261788



Raw stats





5

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02261789



6

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-02261790