# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**STATE OF TEXAS, ET AL**

v.                                                                                          Case No. 4:20cv957

**GOOGLE**

PLAINTIFF:  Jonathan Wilkerson, Noah Heinz, Ashley Keller, Zeke DeRose, Ethan Glenn, Geraldine Young, James Lloyd.  Mark Lanier (by video)

DEFENDANT: Justina Sessions, Eric Mahr, Denise Drake, Charles Rosson, Ayesha Najam, Kathy Patrick

**This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 1/29/2025.**

**Status Conference**

| | |
|---|---|
| 9:39 am | The Court called the case, noting the appearance of counsel and parties. |
| 9:41 am | The Court reviews the case. |
| 9:49 am | Ms. Patrick addresses the Court regarding moving forward before the Eastern District of Virginia decision. |
| 9:53 am | Mr. Lanier addresses the Court. |
| 9:59 am | Mr. Keller addresses the Court. |
| 10:01 am | Ms. Patrick addresses the Court. |
| 10:08 am | The Court and counsel discuss time frames if the Court were to move deadlines. |

| | |
|---|---|
| 10:10 am | Ms. Patrick addresses the Court. |
| 10:12 am | Mr. Lanier addresses the Court. |
| 10:13 am | A conference will be scheduled for next week. |
| 10:15 am | Court and counsel discuss trial procedures. |
| 10:29 am | Court adjourned. |