# APPENDIX B
# [FILED UNDER SEAL]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

### DECLARATION OF ETHAN GLENN

I, Ethan Glenn, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at Norton Rose Fulbright US LLP, and I represent the State of Texas and certain other Plaintiff States in the above-captioned case. I am admitted to practice in the State of Texas and in the United States District Court for the Eastern District of Texas.

2. I respectfully submit this Declaration in support of Plaintiff States' *Response to Google's Motion to Exclude and Strike the Expert Testimony of Ignatius Grande*, dated January 24, 2025.

3. Attached to the motion as **Exhibit 1** is a true and correct copy of the deposition transcript of Ignatius Grande, dated December 19, 2024.

4. Attached to the motion as **Exhibit 2** is a true and correct copy of the document with the bates stamp GOOG-DOJ-29864619.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 24, 2025, in Texas.

*/s/ Ethan Glenn*_____
Ethan Glenn

1