UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER SETTING HEARING

Before the Court is Defendant Google LLC's Motion to Strike Plaintiffs' Jury Demand for All Claims and Civil Penalties. (Dkt. #690). Having considered the motion, the Court determines that Google's request for oral argument should be granted.

Therefore, it is **ORDERED** that the motion is set for a hearing on **March 12, 2025, at 1:30 p.m.** at the United States Courthouse located at 7940 Preston Road in Plano, Texas.

So ORDERED and SIGNED this 5th day of February, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE