IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § § | |
| *Defendant.* | § | |

**DEFENDANT GOOGLE LLC'S REDACTED OPPOSITION TO PLAINTIFFS' MOTION FOR *IN CAMERA* REVIEW AND SUPPORTING MATERIALS**

Pursuant to its Motion to Seal filed on February 11, 2025 (ECF No. 800), Defendant Google LLC ("Google") respectfully submits a redacted version of its Opposition to Plaintiffs' Motion for *In Camera* Review (ECF No. 801), with all attached exhibits, which were filed under seal on February 11, 2025.

Dated: February 18, 2025            Respectfully submitted,

/s/ Eric Mahr
Eric Mahr (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

Robert J. McCallum (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Tel.: (212) 284 4910
rob.mccallum@freshfields.com

Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

*Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

    I certify that on February 18, 2025, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

        /s/ *Eric Mahr*