# EXHIBIT 3
# REDACTED

| Number | Author(s), Attorney(s), and Legal Organization | Filename | Date | Witness | Witness | Recipient(s) | Custodian | Nature of Privilege or Protection Asserted | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jack Eiband, Summer Law Clerk, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | | 7/16/2020 | | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of |
| 2 | Jack Eiband, Summer Law Clerk, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | | 7/8/2020 | | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of |
| 3 | Jack Eiband, Summer Law Clerk, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | | 10/7/2020 | | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of |
| 4 | Kelsey Paine, Attorney, TX OAG | | 6/5/2020 | | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of |
| 5 | Caleb Smith, Assistant Attorney General, Office of the Oklahoma Attorney General | | 5/20/2020, 5/26/2020 | | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of |
| 6 | John Olson, Deputy Attorney General, Idaho Attorney General's Office, Consumer Protection Division | | 6/12/2020 | | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of |
| 7 | Carissa Pryor, Law Clerk, AZ OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | | 6/22/2020 | | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of |

| # | Author | | Date | | Source | Custodian | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 8 | Margaret Sharp, Assistant Attorney General, TX OAG | | 7/22/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 9 | Kelsey Paine, Attorney, TX OAG | | 3/26/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 10 | Bryce Pashler, Assistant Attorney General, Office of Attorney General of Iowa | | 4/21/2020, 4/28/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 11 | Kelsey Paine, Attorney, TX OAG | | 1/24/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 12 | Christopher Sloot, Attorney, AZ OAG | | 7/30/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 13 | Margaret Sharp, Assistant Attorney General, TX OAG | | 8/18/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 14 | Kelsey Paine, Attorney, TX OAG | | 7/14/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 15 | Jack Eiband, Summer Law Clerk, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | | 9/18/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |

| # | Author | | | Date | | Location | Custodian | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| 16 | Gabriella Gonzalez, Attorney, TX OAG | | | 2/5/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of Rich Caccappolo and Matt Wheatland of Daily Mail |
| 17 | Margaret Sharp, Assistant Attorney General, TX OAG | | | 10/6/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of Rich Caccappolo and Matt Wheatland of Daily Mail |
| 18 | Margaret Sharp, Assistant Attorney General, TX OAG | | | 7/15/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮▮▮▮ |
| 19 | Kelsey Paine, Attorney, TX OAG | | | 3/17/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮▮▮▮ |
| 20 | Joseph Conrad, Nebraska Assistant Attorney General | | | 2/24/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮▮▮▮ |
| 21 | Kelsey Paine, Attorney, TX OAG | | | 4/7/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮▮▮▮ |
| 22 | Gabriella Gonzalez, Attorney, TX OAG | | | 2/18/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮▮▮▮ |

| # | Name | | Date | | To | From | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 23 | Christopher Sloot, Attorney, AZ OAG | ■ | 4/22/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 24 | Mitchell Anderson, Law Clerk, AZ OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | ■ | 7/8/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 25 | Robert Lewis, Investigator, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | ■ | 5/5/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 26 | Jessica V. Sutton, Assistant Attorney General, North Carolina | ■ | 3/4/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 27 | Robert Lewis, Investigator, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | ■ | 2/20/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 28 | Margaret Sharp, Assistant Attorney General, TX OAG | ■ | 5/15/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 29 | Kelsey Paine, Attorney, TX OAG | ■ | 1/28/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |

| # | Name | | Date | | Source | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 30 | Kelsey Paine, Attorney, TX OAG | ■ | 6/29/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 31 | Margaret Sharp, Assistant Attorney General, TX OAG | ■ | 6/9/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 32 | Norman W. Marden, Senior Deputy Attorney General, Antitrust Section, Pennsylvania | ■ | 4/6/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 33 | Gabriella Gonzalez, Attorney, TX OAG | ■ | 3/31/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 34 | Caleb Smith, Assistant Attorney General Office of the Oklahoma Attorney General | ■ | 4/13/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 35 | Christopher Sloot, Attorney, AZ OAG | ■ | 2/11/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 36 | Caleb Smith, Assistant Attorney General Office of the Oklahoma Attorney General | ■ | 2/27/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 37 | Kelsey Paine, Attorney, TX OAG | ■ | 3/18/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |

| # | Name | | Date | | TX OAG Files | OAG | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 38 | Chris Dunbar, Assistant Attorney General, Tennessee | ■ | 4/14/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 39 | Ethan Bowers, Attorney, TN OAG | ■ | 7/13/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 40 | Tara Pincock, Attorney, UT OAG | ■ | 5/27/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 41 | Morgan J. Feder, Assistant Attorney General, Antitrust Bureau, New York OAG | ■ | 4/16/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 42 | Carissa Pryor, Law Clerk, AZ OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | ■ | 7/1/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 43 | Kelsey Paine, Attorney, TX OAG | ■ | 7/10/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 44 | Matt Michaloski, DAG, Indiana OAG | ■ | 11/16/2020 | ■ | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |
| 45 | Gabriella Gonzalez, Attorney, TX OAG | ■ | 3/13/2020 | ■ | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ■ |

| # | Name | | Date | | TX OAG Files | OAG | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 46 | Margaret Sharp, Assistant Attorney General, TX OAG | | 5/7/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 47 | John Olson, Deputy Attorney General, Idaho Attorney General's Office, Consumer Protection Division | | 10/1/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 48 | Jessica V. Sutton, Assistant Attorney General, North Carolina | | 5/13/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 49 | Kelsey Paine, Attorney, TX OAG | | 7/20/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 50 | Kelsey Paine, Attorney, TX OAG | | 3/18/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 51 | Joseph Conrad, Nebraska Assistant Attorney General | | 4/17/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 52 | Tian Fang, Legal Intern, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | | 9/17/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 53 | Kelsey Paine, Attorney, TX OAG | | 1/21/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |

| # | Author | | | Date | | Location | Custodian | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| 54 | Kevin Park, Law Clerk, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | | | 7/22/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 55 | Matt Michaloski, DAG, Indiana OAG | | | 8/28/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 56 | Christopher Sloot, Attorney, AZ OAG | | | 4/15/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 57 | Christopher Sloot, Attorney, AZ OAG | | | 7/14/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 58 | Gabriella Gonzalez, Attorney, TX OAG | | | 3/26/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 59 | Gabriella Gonzalez, Attorney, TX OAG | | | 6/19/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |
| 60 | Kelsey Paine, Attorney, TX OAG | | | 2/12/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▮ |

| # | Name | | | | Files | OAG | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 61 | Tara Pincock, Attorney, UT OAG | | 3/31/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 62 | Kevin Park, Law Clerk, TX OAG, at the behest of Kelsey Payne, Margaret Sharp, and Gabriella Gonzalez | | 7/9/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared at the direction of legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 63 | Margaret Sharp, Assistant Attorney General, TX OAG | | 7/24/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 64 | Margaret Sharp, Assistant Attorney General, TX OAG | | 7/31/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 65 | Margaret Sharp, Assistant Attorney General, TX OAG | | 5/12/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |
| 66 | John Olson, Deputy Attorney General, Idaho Attorney General's Office, Consumer Protection Division | | 5/12/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of [redacted] |

| # | Author | | | Date | | Source | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| 67 | Gabriella Gonzalez, Attorney, TX OAG | | | 2/21/2020 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▓▓▓▓ |
| 68 | Norman W. Marden, Senior Deputy Attorney General, Antitrust Section, Pennsylvania | | | 9/11/2020 | | TX OAG Files | OAG | Opinion Work Product and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▓▓▓▓ |
| 69 | Kelsey Paine, Attorney, TX OAG | | | 3/1/2021 | | TX OAG Files | OAG | Opinion Work Product, Attorney-Client Privilege, and Common Interest Privilege | Confidential memorandum--prepared by legal counsel, as part of active investigation into Google's advertising practices, and in anticipation of litigation by States Attorneys General against Google--that reflects the mental impressions and opinions of the author(s) regarding the interview of ▓▓▓▓ |