# APPENDIX A
# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Civil Action No. 4:20-cv-00957-SDJ |

### DECLARATION OF ETHAN GLENN

I, Ethan Glenn, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am an attorney at Norton Rose Fulbright US LLP, and I represent the State of Texas and certain other Plaintiff States in the above-captioned case. I am admitted to practice in the State of Texas and in the United States District Court for the Eastern District of Texas.

2.　　I respectfully submit this Declaration in support of Plaintiff States' *Reply in Support of Motion for In Camera Review in Response to the Court's Order [Dkt. 776]*, dated February 18, 2025.

3.　　Attached to the reply as **Exhibit 3** is a true and correct copy of the document with the bates stamp GOOG-AT-MDL-B-001362565.

4.　　Attached to the reply as **Exhibit 4** is a true and correct copy of the document with the bates stamp GOOG-DOJ-AT-01915881.

5.　　I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2025, in Texas.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ethan Glenn*_____
　　　　　　　　　　　　　　　　　　　　　　　Ethan Glenn

1