# EXHIBIT 3
# FILED UNDER SEAL

## Metadata

| | |
|---|---|
| Begin Bates | GOOG-AT-MDL-B-001362565 |
| End Bates | GOOG-AT-MDL-B-001362565 |
| Custodian | ▮ |
| Extension | eml |
| File Name | |
| Author | ▮ |
| Subject | MLex: State AGs committed to investigating Big Tech companies like Google, Facebook |
| Email Subject | MLex: State AGs committed to investigating Big Tech companies like Google, Facebook |
| Master Date | 6/12/2019 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 6/12/2019 |
| Time Sent | 6:23:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | ▮ |
| To | ▮ |
| Cc | |
| Bcc | |
| Volume Name | PROD070-002 |
| CSV_Confidentiality | HIGHLY CONFIDENTIAL |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | ▮ |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

Message

**From:** ▮
**Sent:** 6/12/2019 6:23:42 PM
**To:** ▮
**Subject:** MLex: State AGs committed to investigating Big Tech companies like Google, Facebook
**Attachments:** MLex_Content_ (2).pdf

The FTC is having their State AG hearing today and it sounds as though the State AGs are interested in Google's display ads business:

In his remarks at the FTC hearing, [Louisiana AG Jeff] Landry took direct aim at Google, outlining the company's control over the digital advertising industry. "Google controls everything in this sphere. They control the whole pipeline," Landry said. "Google gets to pick the winners and losers because the system is rigged in their favor and rife with conflicts. Continuing down this road will kill online publishing or Google will control who stays and who goes ... If we don't act today, that dream of the internet will perish."

Longer article attached from Mlex.

▮ Google LLC
25 Massachusetts Avenue | NW | 9th Floor
Washington | DC | 20001 | 202.346.1282

This message and any attached documents contain information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--
You received this message because you are subscribed to the Google Groups ▮ group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮

To view this discussion on the web visit ▮

HIGHLY CONFIDENTIAL

GOOG-AT-MDL-B-001362565