# EXHIBIT 4
# FILED UNDER SEAL

| Metadata | |
|---|---|
| Begin Bates | GOOG-DOJ-AT-01915881 |
| End Bates | GOOG-DOJ-AT-01915882 |
| Custodian | |
| Extension | eml |
| File Name | |
| Author | politicoemail |
| Subject | State attorneys general to talk tech antitrust with DOJ |
| Email Subject | State attorneys general to talk tech antitrust with DOJ |
| Master Date | 7/24/2019 |
| OS Creation Date/Time | |
| OS Saved Date/Time | |
| Date Sent | 7/24/2019 |
| Time Sent | 10:18:00 PM |
| Date Received | |
| Time Received | |
| Email Datetime Received | |
| Company | Alphabet, Inc. |
| From | "politico pro technology whiteboard" <politicoemail@politicopro.com> |
| To | |
| Cc | |
| Bcc | |
| Volume Name | PROD023-001 |
| CSV_Confidentiality | |
| CSV_Drive Collaborators | |
| CSV_Drive Viewers | |
| CSV_Other Beg Bates | |
| CSV_Last Author | |
| CSV_Organization | |
| CSV_Produced In | |
| CSV_Search Values | |
| CSV_Spec No | |
| CSV_Gmail Thread Level 1 | b9ef185e-a7e1-4454-8181-8ab6cdd33d8c@las1s04mta1096.xt.local |
| CSV DOJ Edoc Properties | Email |
| CSV Redacted | |
| CSV References | |
| CSV Folder Label | |
| CSV Original Path | |
| CSV Linked AttachmentID | |
| CSV Linked ParentID | |

Message

**From:** POLITICO Pro Technology Whiteboard [politicoemail@politicopro.com]
**Sent:** 7/24/2019 10:18:07 PM
**To:**
**Subject:** State attorneys general to talk tech antitrust with DOJ

By Margaret Harding McGill

07/24/2019 06:16 PM EDT

A group of state attorneys general is meeting with senior Justice Department officials Thursday to discuss antitrust matters related to tech companies, according to two people familiar with the gathering.

Some of the state AGs involved have open inquiries into Google, including those from Texas and Nebraska. Arizona Attorney General Mark Brnovich reportedly has been investigating Google over its location tracking practices.

The conversation is expected to include a discussion of the states' investigations of Google, one of the people said.

"I can confirm the attorney general will be in D.C. tomorrow, but beyond that I have no comment," said Arizona AG spokesperson Ryan Anderson.

A spokesperson with Nebraska Attorney General Doug Peterson declined comment. The office of Texas Attorney General Ken Paxton did not respond to a request for comment. But Paxton told Bloomberg TV in March that "there's such control by a company like Google."

"These start ups either get purchased or pushed out of the marketplace," Paxton said in the interview. "There are concerns about competitiveness and companies being able to start up and compete."

The New York Attorney General's office is also expected to attend, and the Washington Post, which first reported the DOJ meeting, indicated that Colorado and Iowa are involved.

A Justice Department spokesperson did not immediately respond to a request for comment.

The event comes the same week the Justice Department announced a sweeping antitrust review into whether tech companies are stifling competition or innovation.

*To view online*:
https://subscriber.politicopro.com/tech/whiteboard/2019/07/state-attorneys-general-to-talk-tech-antitrust-with-doj-3639375

**You received this POLITICO Pro content because your customized settings include: Key phrase: google. To change your alert settings, please go to https://subscriber.politicopro.com/settings**



This email alert has been sent for the exclusive use of POLITICO Pro subscriber, hal@google.com. Forwarding or reproducing the alert without the express, written permission of POLITICO Pro is a violation of copyright law and the POLITICO Pro subscription agreement.

Copyright © 2018 by POLITICO LLC. All rights reserved. To subscribe to Pro, please go to politicopro.com.

This email was sent to ▇▇▇▇▇▇▇ by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA

HIGHLY CONFIDENTIAL    GOOG-DOJ-AT-01915881

HIGHLY CONFIDENTIAL

GOOG-DOJ-AT-01915882