UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## **ORDER**

    Before the Court is Plaintiff States' Motion to Exclude Opinions of Itamar Simonson. (Dkt. #673). Defendant Google LLC has filed a Notice of Withdrawal of Expert Itamar Simonson. (Dkt. #811). In the Notice, Google withdraws its previous designation of Dr. Itamar Simonson as an expert witness and affirms that it will not "call Dr. Simonson as a trial witness in this matter, nor will it elicit testimony from any other witness concerning any opinion previously rendered by Dr. Simonson." (Dkt. #811 at 1).

    Because Dr. Simonson is no longer a designated expert witness in this case, and because no evidence will be submitted concerning any opinion previously rendered by him, it is **ORDERED** that Plaintiff States' Motion to Exclude Opinions of Itamar Simonson, (Dkt. #673), is **DENIED as moot**.

    **So ORDERED and SIGNED this 27th day of February, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE