UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ET AL. § | |
| § | |
| v. § | CIVIL NO. 4:20-CV-957-SDJ |
| § | |
| GOOGLE LLC § | |

**REFERRAL ORDER**

Before the Court is Plaintiff States' [Opposed] Motion for *In Camera* Review in Response to the Court's Order [Dkt. 776]. (Dkt. #786). The motion is fully briefed. (Dkt. #800, #806).

Pursuant to the Court's Order Appointing Special Master, the States' motion concerns discovery issues within the Special Master's authority. *See* (Dkt. #213 at 9–10). Accordingly, the Court refers this motion to the Special Master for his consideration and for the entry of an order. Pursuant to Federal Rule of Civil Procedure 53(f)(2) and this Court's order, (Dkt. #213 at 11), any party who wishes to challenge any decision of the Special Master shall, no later than 14 days from the filing date of the Special Master's decision, file a motion for review of the Special Master's decision and notice the motion for hearing in accordance with the Court's procedures.

**So ORDERED and SIGNED this 4th day of March, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE