IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § § § | |
| v. | § § § § | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC | § | |

## ORDER OF SPECIAL MASTER

By Order of the Court dated January 26, 2024 (Dkt. #213) the undersigned was appointed Special Master to address discovery issues and disputes between Plaintiff States ("States") and Defendant Google LLC ("Google"). On January 28, 2025, States filed its Opposed Motion for *In Camera* Review in Response to the Court's Order [Dkt. 776] (Dkt. #786). Google filed its Opposition to States' Motion on February 11, 2025 (Dkt. #801), and States filed their Reply on February 18, 2025 (Dkt. #806). On March 4, 2025, the Court referred States' Motion to the Special Master (Dkt. #815).

The Special Master **ORDERS** that a hearing shall be held on States' Motion on **March 12, 2025**, at **12:00 p.m. Central**. The hearing will be conducted in the jury assembly room at the United States Courthouse located at 7940 Preston Road in Plano, Texas and a court reporter shall be provided for by the parties.

Signed this 5th day of March, 2025.

_____
David T. Moran
**Special Master**
TXBN: 14419400
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6051
E-mail:  dmoran@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order of Special Master was filed electronically in compliance with Local Rule CV-5(a) on this 5th day of March, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

David T. Moran