UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is pro se Petitioner Stephen Matthew Avdeef's Movant/Petitioner and Google Crime Victim's Motion for Directed Verdict to Federal Magistrate, the Honorable Judge Aileen Goldman Durrett. (Dkt. #576). After full consideration, the motion should be stricken.

This motion requests that the Court award hundreds of millions of dollars in sanctions to Avdeef for Google's alleged "ruthlessly cruel campaign of federal criminal and international acts of retaliation and personal destruction of a Google crime victim, now being ignored." (Dkt. #576 at 2, 5). But Avdeef is not a party in this action. And he did not file a motion to intervene pursuant to Federal Rule of Civil Procedure 24. Therefore, Avdeef's filing is improper and will be stricken.

It is therefore **ORDERED** that Avdeef's Movant/Petitioner and Google Crime Victim's Motion for Directed Verdict to Federal Magistrate, the Honorable Judge Aileen Goldman Durrett, (Dkt. #576), is **STRICKEN**.

So ORDERED and SIGNED this 10th day of March, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE