UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

**ORDER**

Before the Court is Defendant Google LLC's Motion to Strike Plaintiffs' Jury Demand for All Claims and Civil Penalties. (Dkt. #690). The motion is fully briefed, the Court heard oral argument, and the parties submitted supplemental briefing. (Dkt. #834, #835, #836).

In their recently filed "Notice Regarding Google's Supplemental Brief on Its Motion to Strike Plaintiff States' Jury Demand," (Dkt. #836), Plaintiff States request that they be permitted to address certain issues discussed in Google's supplemental brief: (1) that neither Arkansas nor Idaho may recover civil penalties or seek injunctive relief for Google's alleged antitrust violations under their respective state laws; and that (2) this Court lacks jurisdiction over Puerto Rico's claims because they must be brought in an administrative tribunal in Puerto Rico. Plaintiff States' request is granted—they may submit a brief addressing these issues raised in Google's supplemental brief.

In addition, Plaintiff States must provide support for their assertions that (1) the Commonwealth of Kentucky can seek injunctive relief under Kentucky common law, and (2) the State of Mississippi can seek disgorgement and restitution under

1

Mississippi common law. *See* (Dkt. #834 at 60, 71). To the extent these topics involve the parties' pleadings, Plaintiff States should include specific citations to the record.

It is therefore **ORDERED** that Plaintiff States submit, by no later than **April 24, 2025**, supplemental briefing addressing the issues described herein. The brief shall not exceed ten (10) pages.

**So ORDERED and SIGNED this 21st day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE