**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | § | |

**JOINT ADVISORY REGARDING E.D. VA. RULING**

TO THE HONORABLE JUDGE SEAN JORDAN:

In ECF 662, the Court Ordered that, "Within three days of the court's ruling in the EDVA case, the parties should submit a joint advisory detailing their recommendation on the timing and page limits" for "supplemental briefing on Google's motion for summary judgment on Plaintiffs' federal and state antitrust claims."

The Hon. Leonie Brinkema issued a Memorandum Opinion and Order addressing the claims pending before her on April 17, 2025.

The Parties have conferred and propose that each side on May 12, 2025 will file a brief no longer than 20 pages addressing this decision as it relates to Google's pending motion for summary judgment on the States' federal and state antitrust claims, ECF 694.

No responses or replies will be permitted.

Respectfully submitted,

/s/ W. Mark Lanier

W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
Jonathan P. Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
(713) 659-5200


**THE LANIER LAW FIRM, PLLC**


*Counsel for Texas, Idaho, Louisiana (The Lanier Law Firm only), Mississippi, North Dakota, Mississippi, South Carolina, and South Dakota*

*Submitted on behalf of all Plaintiff States*


**NORTON ROSE FULBRIGHT US LLP**
Joseph M. Graham, Jr.
joseph.graham@nortonrosefulbright.com
Geraldine Young
geraldine.young@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151

/s/ Ashley Keller

Ashley Keller
ack@kellerpostman.com
2333 Ponce De Leon Boulevard
Suite R-240
Coral Gables, Florida 33134
(833) 633-0118

Zina Bash
zina.bash@kellerpostman.com
111 Congress Avenue, Suite 500
Austin, TX 78701
(512) 690-0990

Noah S. Heinz
noah.heinz@kellerpostman.com
1101 Connecticut, N.W., Suite 1100
Washington, DC 20036
(202) 918-1123


**KELLER POSTMAN LLC**

Marc B. Collier
Marc.Collier@nortonrosefulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
(512) 474-5201

FOR PLAINTIFF STATE OF TEXAS:

KEN PAXTON
Attorney General

*/s/  Brent Webster*
Brent Webster, First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov

**STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1674

*Attorneys for Plaintiff State of Texas*

/s/  Kathy D. Patrick
Kathy D. Patrick
Texas Bar No. 15581400
kpatrick@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: 713.650.8805
Fax.: 713.750-0903

**GIBBS & BRUNS LLP**

Eric Mahr (*pro hac vice*)
700 13 Street NW, 10 Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com

**FRESHFIELDS US LLP**

*Attorneys for Defendant Google LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on April 21, 2025, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

<u>/s/  Kathy D. Patrick</u>