UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

# **ORDER**

Following a bench trial on issues of liability, the United States District Court for the Eastern District of Virginia has issued its Memorandum Opinion in *United States v. Google LLC*, No. 1:23-CV-108 (the "EDVA Action"). *See United States v. Google*, No. 1:23-CV-108, 2025 WL 1132012 (E.D. Va. Apr. 17, 2025). This Court previously entered an order confirming that, once a decision issued in the EDVA Action, the parties would be permitted to submit "supplemental briefing on Google's motion for summary judgment on Plaintiffs' federal and state antitrust claims." (Dkt. #662). The Court requested that the parties submit a joint advisory detailing their recommendation on the timing and page limits for such supplemental briefing.

Consistent with the Court's instruction, the parties have filed a joint advisory, (Dkt. #842), proposing that each side will file a supplemental brief on the decision in the EDVA Action. The parties further propose that each brief be limited to twenty pages and that the briefs be submitted by May 12, 2025. The Court approves the parties' proposal.

It is therefore **ORDERED** that the Plaintiff States and Google will each submit a supplemental brief addressing the ruling issued in the EDVA Action by **May 12, 2025**. Each side's brief should not exceed twenty (20) pages.

**So ORDERED and SIGNED this 22nd day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE