IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § | |

## SUPPLEMENTAL ADVISORY TO THE COURT REGARDING ANTITRUST REMEDIES TRIAL IN EASTERN DISTRICT OF VIRGINIA

TO THE HONORABLE SEAN D. JORDAN, UNITED STATES DISTRICT JUDGE:

In response to the Court's request to be kept apprised of the schedule and substantive rulings, Defendant Google LLC writes to advise the Court that the Honorable Leonie K. Brinkema has scheduled a trial to determine antitrust remedies for September 22, 2025. She has also adopted the schedule jointly proposed by the United States Department of Justice, the Plaintiff States in that matter, and Defendant Google. A copy of that schedule is attached for the Court's information.

Dated: May 2, 2025

Respectfully submitted,

GIBBS & BRUNS LLP

*/s/ Kathy D. Patrick*
Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

Eric Mahr (*pro hac vice*)
700 13th Street, NW
10th Floor
Washington, DC 20005
Tel.: (202) 777-4545
eric.mahr@freshfields.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

    I certify that on May 2, 2025, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).

/s/ *Kathy D. Patrick*
Kathy D. Patrick
