# EXHIBIT A

# CORPORATECOUNSEL



Kent Walker, Alphabet's president of global affairs and chief legal officer. Courtesy photo

NEWS

# Unfazed by Losing Antitrust Suits, Alphabet Makes Kent Walker First US GC to Break $30M Pay Barrier

The parent of Google saw its stock price, revenue and profit surge in 2024, even as courts rebuked it for anticompetitive practices.

April 28, 2025 at 07:09 AM

3 minute read

Lawyer Compensation - In-House

 By Greg Andrews

Google parent Alphabet has suffered a succession of stinging court defeats over the past year and a half, but that hasn't stopped its chief legal officer, Kent Walker, from becoming the first U.S. legal chief to receive compensation topping $30 million.

In a proxy statement filed with the Securities and Exchange Commission late Friday, Mountain View, California-based Alphabet disclosed that Walker earned $30.17 million in 2024, a 10% increase from a year earlier.

Ninety-percent of Walker's 2024 compensation was in the form of stock awards. He also received a salary of $1 million and $2 million in cash incentive compensation.

Walker's 2023 compensation of $27.35 million made him the highest-paid legal chief in Corporate Counsel and ALM Intelligence's 2024 General Counsel Compensation Report, published last summer. He'll be atop the 2025 report, as well, unless a legal chief at one of the handful of major companies that have not yet submitted proxies tops him.

The 64-year-old's payout reflects that 2024 was a blockbuster year for Alphabet, with revenue climbing 14%, to $350 billion, and profit surging 36%, to $100 billion. Alphabet's stock price rose 36%, building on its 58% increase in 2023.

But it's been a bruising stretch for Alphabet in court. In December 2023, Epic Games prevailed in a lawsuit alleging Google's Play app store operated as an illegal monopoly. And in the last eight months, the Department of Justice scored two huge victories, with judges finding the company holds illegal monopolies in search and in advertising technology.

The remedy phase is underway in the search case, with the DOJ asking the court to force Google to divest its Chrome browser and discontinue agreements with phone makers that make Google the default search engine on their devices.

In a blog post in November, Walker wrote that the DOJ was pushing a "radical interventionalist agenda that would harm Americans' and America's global technology leadership. DOJ's wildly overbroad proposal goes miles beyond the Court's decision."

In the proxy statement, Alphabet didn't comment on the individual performance of Walker or any other executive, and the company didn't reference the antitrust case defeats or litigation of any kind.

Walker, whose full title is president of global affairs and chief legal officer, has been the company's legal chief since 2006.

The company has broadened Walker's realms of responsibility through the years, and today he oversees teams responsible for legal, content policy, government and regulatory affairs and risk and compliance.

Earlier in his career, Walker was an assistant U.S. attorney in San Francisco and Washington, D.C., and held executive posts at AOL, Netscape and eBay.

NOT FOR REPRINT

© 2025 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.

You Might Like



May 02, 2025

### EBay CLO Who Left Last Year Received $6.5 Million in Severance

By Greg Andrews

3 minute read



May 02, 2025

### Nvidia GC's Pay Soars 75%, as Comp Committee Ups Pay Scale for Top Brass

By Chris O'Malley

3 minute read

5/9/25, 4:04 PM
Unfazed by Losing Antitrust Suits, Alphabet Makes Kent Walker First US GC to Break $30M Pay Barrier
Case 4:20-cv-00957-SDJ   Document 847-1   Filed 05/12/25   Page 5 of 7 PageID #: 60637



May 01, 2025

### Irked by Meager Pay Hikes, In-House Talent Consider Jumping Ship

By Chris O'Malley

3 minute read



April 29, 2025

### New Target Legal Chief Earned $10M in First 4 Months on Job

By Greg Andrews

3 minute read

**TRENDING STORIES**

### Mexico Sues Google Over Gulf of Mexico Name Change, Sheinbaum Says

THE RECORDER

### Mexico Sues Google After Gulf of Mexico Name Change

TEXAS LAWYER

### EU Countries to Create Special Ukraine Tribunal to Prosecute War Crimes

LAW.COM

### USF Students Allege University Hid $8.5M Fee Scheme, Broke State Law During Pandemic

DAILY BUSINESS REVIEW

### Skadden, Milbank Say EEOC Request Is Resolved As Part of Deal With Trump

NATIONAL LAW JOURNAL

Marla Bernal

**Latest** | Trending

**Corporate Deal**
Jones Day advised Wabtec Corporation in a debt offering worth $2.7 billion. The Jones Day team included partners Brett Barragate, Michael Kobb, Lindsey Nelson and Matthew Waterhouse.

Read More

**New Suit - Patent**
Lupin Ltd. was sued for alleged patent infringement by Novartis Pharmaceuticals on May 9 in Delaware District Court. The action, filed by McCarter & English and Finnegan, Henderson, Farabow, Garrett & Dunner, alleges that Lupin's abbreviated new drug application for generic versions of Mayzent, a multiple sclerosis

Open My Radar ➔

## LAW.COM PRO

### Full Steam Ahead: Demand, Rate Increases Have Big Law Feeling Confident After Q1 Amid Broader Economic Uncertainty

### ALM Market Analysis Report Series: Heightened Competition for Talent is Driving Change in New York City

### Am Law 200 Real Estate: Trends and Analysis

# More from ALM



Legal Speak is a weekly podcast that makes sense of what's happening in the legal industry.

Browse all Products ▶

**Legal Speak at GC Midwest 2025: Meredith Ritchie, EVP, General Counsel, Chief Ethics & Government Affairs Officer at Alliant Credit Union**

🕒 1 minute read

**Legal Speak at GC Midwest 2025: Donna Haddad, VP, Associate General Counsel, IBM Corporation**

🕒 1 minute read

**Legal Speak at GC Midwest 2025: Patricia Bradley, Vice President, Sr. Associate General Counsel, Adtalem Global Education**

🕒 1 minute read

# Sign Up Today and Never Miss Another Story

As part of your digital membership, you can sign up for an unlimited number of complimentary newsletters from Law.com by visiting your My Account page and selecting Newsletters to make your selections. Get the timely legal news and analysis you can't afford to miss, curated just for you, in your inbox, every day.

Subscribe to Law.com Newsletters ▶



A leading source of news, analysis and horizon scanning to aid in-house legal teams in tracking and mitigating risk across litigation, regulation and beyond.



The industry-leading media platform offering competitive intelligence to prepare for today and anticipate opportunities for future success.

About Us | Contact Us | Site Map | Asset & Logo Licensing | Advertise With Us | Customer Service | Terms of Service | FAQ | Privacy Policy



Copyright © 2025 ALM Global, All Rights Reserved