UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-00957-SDJ |
| | § | |
| GOOGLE, LLC, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 6, 2025, the Magistrate Judge entered a Report, (Dkt. #818), recommending that Stephen Matthew Avdeef's Motion for Sanctions Pursuant to Criminal Deprivation of Rights Through Illegal Search & Seizure Pursuant to *Bivens*, (Dkt. #479), and Amended Motion for Sanctions Pursuant to Criminal Retaliation to Federal Magistrate, The Honorable Judge Durrett, (Dkt. #509), be stricken. No Party filed objections to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

- 2 -

It is therefore **ORDERED** that Stephen Matthew Avdeef's Motion for Sanctions Pursuant to Criminal Deprivation of Rights Through Illegal Search & Seizure Pursuant to *Bivens*, (Dkt. #479), and Amended Motion for Sanctions Pursuant to Criminal Retaliation to Federal Magistrate, The Honorable Judge Durrett, (Dkt. #509), are **STRICKEN**.

**So ORDERED and SIGNED this 2nd day of June, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE