UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER

Before the Court is pro se Petitioner Stephen Matthew Avdeef's Formal Request for a Presidential Executive Order. (Dkt. #727). Avdeef's motion requests that the Court issue an executive order awarding hundreds of millions of dollars in restitution to Avdeef for Google's alleged crimes against him. (Dkt. #727 at 1–2). But Avdeef is not a party in this action. And he did not file a timely motion to intervene under Federal Rule of Civil Procedure 24. Therefore, Avdeef's filing is improper and will be stricken. If Avdeef would like to intervene in this action, he must file a motion in accordance with Federal Rule of Civil Procedure 24.

It is therefore **ORDERED** that Stephen Avdeef's Formal Request for a Presidential Executive Order, (Dkt. #727), is **STRICKEN**.

**So ORDERED and SIGNED this 2nd day of June, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE