# EXHIBIT A

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                     SHERMAN DIVISION
 3
 4
 5
      THE STATE OF TEXAS, et al,
 6
               Plaintiffs,
 7
      -vs-                          Civil Action No.
 8                                  4:20-cv-00957-SDJ
      GOOGLE LLC,
 9
               Defendant.
10
11
12         VIDEOTAPED DEPOSITION OF CHUCK HARDER
13            TAKEN ON BEHALF OF THE DEFENDANT
14         ON MAY 1, 2024, BEGINNING AT 8:51 A.M.
15                        VIA ZOOM
16
17
      APPEARANCES
18
      on behalf of the PLAINTIFFS
19
      Ms. Amanda Wentz (Via Zoom)
20    ARKANSAS ATTORNEY GENERAL'S OFFICE
      323 Center Street
21    Suite 200
      Little Rock, Arkansas 72201
22    (501) 682-2007
23
24    (Appearances continued on next page.)
25    REPORTED BY:  Shannon S. Harwood, CSR, RPR, CRR
         Job No. CS6663791
```

```
                                                           Page 2

 1   (Appearances continued.)
 2   Mr. Clark Kirkland (Via Zoom)
     Ms. Rebecca Hartner (Via Zoom)
 3   SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE
     Rembert Dennis Building
 4   1000 Assembly Street
     Room 519
 5   Columbia, South Carolina 29201
     (803) 734-3970
 6   ckirkland@scag.gov
 7
     Mr. Jonathan Wilkerson (Via Zoom)
 8   THE LANIER LAW FIRM
     10940 West Sam Houston Parkway N
 9   Suite 100
     Houston, Texas 77064
10   (713) 659-5200
     j.wilkerson@lanierlawfirm.com
11
12   on behalf of the DEFENDANT
13   Mr. Matthew Zorn (Via Zoom)
     Mr. Chuck Matula (Via Zoom)
14   YETTER COLEMAN LLP
     811 Main Street
15   Suite 1400
     Houston, Texas 77002
16   (713) 632-8000
     mzorn@yettercoleman.com
17   cmatula@yettercoleman.com
18
19   ALSO APPEARING:  Mr. Peter Zierlein, Videographer (Via
     Zoom) Mr. Dan Acosta, Video Concierge (Via Zoom)
20
21
22
23
24
25
```

UNDER PROTECTIVE ORDER

Page 3

1                    I N D E X
2                                                     PAGE
3    Direct Examination by Mr. Zorn                      5
4
5                     EXHIBITS
6    Exhibit          Description
7    3. Charges for the attorney general's Good Ad account  19
8    19. Webpage White River Hardwoods                     47
9    27. Webpage economicimpact.google.com                 44
10   32. Google Ad product use by Tim Griffin              54
11   33. Google Ads Transparency Center                    57

UNDER PROTECTIVE ORDER

Page 15

1    A.    Yes, I did.
2    Q.    Okay.  And just -- just to lead back on -- on
3    one point, we were talking briefly about the State's use
4    of AdWords.  Do you recall that discussion?
5    A.    Yes.
6    Q.    And is it the State's understanding that
7    AdWords is now called Google Ads?
8    A.    Yes.
9    Q.    So AdWords and Google Ads are the same thing,
10   it's just a different name for the same offering?
11   A.    That's my understanding.
12   Q.    Okay.  For the federal antitrust claim at
13   issue in this case, do you understand what I'm talking
14   about when I say the federal antitrust claim?
15   A.    Yes, I do.
16   Q.    Is Arkansas proceeding as parens patriae?
17   A.    I believe it is.
18   Q.    For the federal antitrust claim, is Arkansas
19   also proceeding in its sovereign capacity?
20   A.    Yes, I believe it is.
21   Q.    Has Arkansas ever asserted sovereign standing
22   to enforce federal law in federal court before now?
23   A.    I'm not aware of any.
24   Q.    So -- so this is a very new thing for the
25   State of Arkansas to assert sovereign standing to

1  enforce federal law, fair?
2       A.   I -- I don't know if it's new or not.  I'm --
3  I -- I can testify I don't know of anything, so I don't
4  -- but I can't testify that it hasn't been done
5  elsewhere.
6       Q.   And for state law claims, Arkansas is
7  similarly proceeding parens patriae, right?
8       A.   Yeah, that's set forth in the amended advisory
9  regarding relief sought.  For the state law antitrust
10 claims, parens patriae for the injunctive relief, parens
11 patriae and statutory relief  for the civil penalties
12 and costs and attorneys' fees under the antitrust.  For
13 civil penalties, sovereign capacity under the Arkansas
14 Deceptive Trade Practices Act, parens patriae under the
15 Arkansas Deceptive Trade Practices Act and Arkansas is
16 also asserting recovery under that act for attorneys'
17 fees and investigative expenses and other equitable
18 relief.
19      Q.   And so just to shorten up the discussion, the
20 State of Arkansas stands by everything that's said in
21 that document as its position today, fair?
22      A.   Yes, that's correct.
23      Q.   And we've discussed how the State of Arkansas
24 uses Google Ads, fair?
25      A.   Yes.

1          C E R T I F I C A T E

2                                                    Page 70

3   STATE OF OKLAHOMA  )
                       )
4   COUNTY OF TULSA    )

5

         I, Shannon S. Harwood, a Certified Shorthand
6
    Reporter in and for the State of Oklahoma, do hereby
7
    certify that the foregoing is a true and correct
8
    transcription of my shorthand notes of proceedings had
9
    in Case Number 4:20-cv-957-SDJ heard on the 1st day of
10
    May, 2024, and is only valid with my stamped seal and my
11
    original signature.
12
         I further certify that I am not related to nor
13
    attorney for either of said parties nor otherwise
14
    interested in said action.
15
         IN WITNESS WHEREOF, I have hereunto set my hand and
16
    seal this 2nd day of May, 2024.
17

18

19

20

21
                         *Shannon Harwood* (signature)
22
                         _____
23
                         Shannon S. Harwood, CSR, RPR, CRR
24

25