# EXHIBIT B

```
                                                              Page 1
 1                IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE EASTERN DISTRICT OF TEXAS
 3                          SHERMAN DIVISION
 4       THE STATE OF TEXAS, et al.,         )
                                             )
 5                              Plaintiffs,  ) Case No.
                                             ) 4:20-cv-00957-SDJ
 6       vs.                                 )
                                             )
 7       GOOGLE LLC,                         )
                                             )
 8                              Defendant.   )
         _____)
 9
10
11                     DEPOSITION OF JOHN OLSON,
12            30(b)(6) DESIGNEE FOR THE STATE OF IDAHO
13                          May 3, 2024
14
15
16
17
18
19
20
21
22
23       Reported by:
24       Rebecca Martin, CSR #1108, RPR, CRR
25       Job No. CS6657429
```

```
                                                              Page 2

 1                   DEPOSITION OF JOHN OLSON
 2
 3          BE IT REMEMBERED that the deposition of
 4     JOHN OLSON was taken via videoconference by the
 5     Defendant before Veritext Legal Solutions, Rebecca
 6     Martin, Court Reporter and Notary Public in and for the
 7     County of Ada, State of Idaho, on Friday, the 3rd day of
 8     May, 2024, commencing at the hour of 11:10 a.m. in the
 9     above-entitled matter.
10
11
12
13     APPEARANCES:
14
       For the Defendant:
15          FRESHFIELDS BRUCKHAUS DERINGER LLP
            By: ELIZABETH CURRAN, Esq.
16              AHMAD ALDAJANI, Esq.
            3 World Trade Center
17          175 Greenwich Street, 51st Floor
            New York, New York  10007
18          Telephone: (212) 277-4000
            Facsimile: (212) 277-4001
19          elizabeth.curran@freshfields.com
            ahmad.aldajani@freshfields.com
20
       For the Plaintiff:
21          KELLER POSTMAN LLC
            By: LAUREN SCHULTZ, Esq.
22          150 N. Riverside Plaza, Ste. 4100
            Chicago, Illinois  60606
23          Telephone: (208) 896-4516
            lauren.schultz@kellerpostman.com
24
25
```

```
                                                              Page 3

 1      Appearances (Cont.)
 2      For the State of Missouri:
             OFFICE OF THE ATTORNEY GENERAL
 3           By: MICHAEL SCHWALBERT, Esq.
             207 W. High Street
 4           Post Office Box 899
             Jefferson City, Missouri 65102
 5           Telephone: (573) 751-3321
 6
        Also Present:  Vladimir Korneychuk, videographer
 7                     Chelsea Gilchrist, concierge
                       Lynn Mize
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        I N D E X
 2                     E X A M I N A T I O N
 3
       JOHN OLSON                                          PAGE
 4
 5     By:  MS. CURRAN                                        6
 6
                           E X H I B I T S
 7
 8      No.                                                Page
 9      Exhibit 2    Plaintiff States' Amended .......70
                     Advisory Regarding Relief
10                   Sought (25 pages)
11      Exhibit 3    Fourth Amended Complaint ........82
                     (260 pages)
12
        Exhibit 4    Plaintiff States' Combined ......108
13                   Responses and Objections to
                     Goggle LLC's Second Set of
14                   Requests for Admission to
                     Texas and First Set of
15                   Requests for Admission to
                     Remaining Plaintiff States
16                   (27 pages)
17      Exhibit 5    01/27/2024 Consumer Complaint ...113
                     Submission (34 pages)
18
        Exhibit 6    06/05/2023 Consumer Complaint ...119
19                   Submission (2 pages)
20      Exhibit 7    11/08/2019 Consumer Complaint ...124
                     Submission (5 pages)
21
        Exhibit 8    Idaho Code Section 48-603 .......145
22                   (3 pages)
23
24
25
```

Page 52

1    identify whether Idaho -- or -- strike that.
2            Sitting here today, you can't name any
3    separate independent factual basis that's separate
4    and apart from the factual bases that are common to
5    all plaintiffs that are unique to Idaho for the
6    antitrust state and federal in this case, correct?
7            MS. SCHULTZ:  Object to form.
8            THE WITNESS:  Yes, I believe that's correct.
9    Sitting here today, I do not know of an independent
10   factual basis for the claims brought by Idaho that
11   are distinct from those brought by the rest of the
12   states.
13           Q.  (BY MS. CURRAN) I apologize if I already
14   asked this, but for the state law antitrust claims,
15   is Idaho proceeding in a sovereign capacity?
16           A.  It depends on the type of claim, but
17   both under sovereign and parens patriae capacity.
18           Q.  For the state law, the DTPA claims, is
19   Idaho proceeding parens patriae?
20           A.  Again, I'll just correct the record,
21   just because Idaho's -- we have the Idaho Consumer
22   Protection Act, which -- in other words, "the DTPA"
23   is not a term that Idaho usually uses, as we don't
24   have an act named that.
25           Q.  Right.

Page 160

1           REPORTER'S CERTIFICATE

2

    STATE OF IDAHO   )
3                    ) ss.
    COUNTY OF ADA    )

4

5      I, REBECCA MARTIN, Certified Shorthand Reporter and
6  Notary Public in and for the State of Idaho, do hereby
7  certify:
8       That prior to being examined, the witness named in
9  the foregoing deposition was duly sworn remotely by me to
10 testify to the truth, the whole truth and nothing but
11 the truth;
12      That said deposition was taken down by me in
13 shorthand at the time and place therein named and
14 thereafter reduced to typewriting under my direction,
15 and that the foregoing transcript contains a full, true
16 and verbatim record of said deposition.
17      I further certify that I have no interest in the
18 event of the action.
19      WITNESS my hand and seal this 6th day of May, 2024.

20

21

                              _____
22                            REBECCA MARTIN
                              RPR and Notary
23                            Public in and for the
                              State of Idaho

24

25  My Commission Expires: 08-27-2024