IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendants. | Case No. 4:20-cv-00957-SDJ <br><br> Hon. Sean D. Jordan <br><br> Special Master: David T. Moran |

**[PROPOSED] ORDER GRANTING STATE OF SOUTH DAKOTA'S MOTION TO STRIKE THE JURY TRIAL RIGHT ON ITS DTCPA CLAIMS (DKT. 854) OR ALTERNATIVELY, FOR LEAVE TO AMEND**

Plaintiff State of South Dakota has filed a Moton to Reconsider this Court's June 18, 2025 order at Dkt. 854 pursuant to Local Rule CV-7(a)(4).  The Court has carefully considered the parties' filings and finds that reconsideration is appropriate.

IT IS THEREFORE ORDERED that:

☐ Plaintiff State of South Dakota's Motion for Reconsideration is hereby GRANTED.

☐ Plaintiff State of South Dakota's Motion for leave to file minimally amended filings to clarify it is seeking injunctive relief under SDL section 37-24-23 for its DTPA claims is hereby GRANTED.