IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 4:20-cv-00957-SDJ |
| GOOGLE LLC, | | |
| *Defendant.* | | |

**DEFENDANT GOOGLE LLC'S NOTICE OF INTENT
TO OFFER CERTIFIED RECORDS**

Pursuant to the Court's Order Resetting Pretrial Deadlines and Trial (Dkt. 796), Defendant Google LLC ("Google") hereby provides notice that it may offer at trial, as certified records, the documents identified in (i) the Declaration of Richard Frederking, attached hereto as Exhibit 1; (ii) the Certificate of Authenticity of Domestic Business Records Pursuant to Federal Rules of Evidence 803(6) and 902(11), executed by Jennifer Allen, dated September 6, 2024, and attached hereto as Exhibit 2; and (iii) the Certificate of Authenticity of Domestic Business Records Pursuant to Federal Rules of Evidence 803(6) and 902(11), executed by Jennifer Allen, dated September 13, 2024, and attached hereto as Exhibit 3.

Dated: June 26, 2025

Respectfully submitted,

**GIBBS & BRUNS LLP**

*/s/ Kathy D. Patrick*
Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com

>Robin C. Gibbs
>Texas Bar No. 07853000
>RGibbs@gibbsbruns.com
>Michael Davis
>Texas Bar No. 24109793
>mdavis@gibbsbruns.com
>1100 Louisiana, Suite 5300
>Houston, Texas 77002
>Tel.: (713) 650-8805
>Fax: (713) 750-0903
>
>Eric Mahr (*pro hac vice*)
>FRESHFIELDS BRUCKHAUS DERINGER US LLP
>700 13th Street, NW
>10th Floor
>Washington, DC 20005
>Telephone: (202) 777-4545
>Email: eric.mahr@freshfields.com
>
>ATTORNEYS FOR DEFENDANT GOOGLE LLC

## CERTIFICATE OF SERVICE

I certify that on June 26, 2025, this document was filed electronically and thereby served on all counsel who have consented to electronic service.

>*/s/ Michael Davis*
>Michael Davis