# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　*Defendant*. | No. 1:23-cv-00108-LMB-JFA |

**DECLARATION OF RICHARD FREDERKING**

Pursuant to 28 U.S. Code § 1746 and Fed. R. Evid. 902(11). I, Richard Frederking, hereby declare and certify:

1. I am over 18 years of age. I am currently employed by Microsoft Corporation ("Microsoft") as a Senior Paralegal in the litigation group within Microsoft Corporate, External, and Legal Affairs. During the discovery period in the above captioned case, I held the same position. By reason of my position, I am authorized and qualified to make this Declaration. I am familiar with the record keeping practices of Microsoft Corporation and the documents produced in this litigation.

2. The records identified in Appendix A, which are subject to this certification, were produced by Microsoft in connection with subpoenas served on Microsoft in the above-captioned case or Plaintiffs' pre-litigation investigation.

3. I hereby certify that all records identified in Appendix A were made at or near the time by, or from information transmitted by, a person with knowledge of those matters. I further certify that these records were kept in the course of regularly conducted business activity and were made as a regular practice of that activity.

1

4.      On information and belief, the records identified in Appendix B, which are subject to this certification, were produced by AT&T, as the predecessor owner of the Xandr assets, in connection with Department of Justice's pre-litigation investigation. Following Microsoft's acquisition of the Xandr assets on June 6, 2022, Microsoft received copies of the documents reflected in Appendix B from AT&T, represented as true and correct copies of documents produced to the Department of Justice by AT&T Inc.

5.      The records identified in Appendix C, which are subject to this certification, reflect information prepared by Microsoft and published on Microsoft's website for product marketing and informational purposes. On information and belief, while DTX 0704, DTX 1440, DTX 1676, DTX 1684, DTX 1690, DTX 1704, DTX 1756, and DTX 1774 do not reflect current, publicly available webpages, the exhibits are true and correct as of the dates on which they were copied.

6.      I hereby certify that all records identified in Appendix C were made at or near the time by, or from information transmitted by, a person with knowledge of those matters. I further certify that these records were kept in the course of regularly conducted business activity and were made as a regular practice of that activity.

7.      In addition to the above, I can confirm that the documents identified in Appendix D were either (1) prepared by Microsoft's outside counsel in support of the 30(b)(6) deposition testimony of Microsoft's corporate designee, Benneaser John, and brought by Mr. John to and for use during the deposition, or (2) created by Mr. John during the course of the deposition and used as exhibits thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 16th of September, 2024, in Redmond, Washington.

*Richard Frederking*
Richard Frederking

3

## APPENDIX A

| DTX # | Beginning Bates | End Bates |
|---|---|---|
| DTX 0007 | MSFT-0000008546 | MSFT-0000008572 |
| DTX 0073 | MSFT-0001492336 | MSFT-0001492398 |
| DTX 0075 | MSFT-LIT-0000079024 | MSFT-LIT-0000079024 |
| DTX 0352 | MSFT-LIT-0000072291 | MSFT-LIT-0000072296 |
| DTX 0358 | MSFT-LIT-0000029001 | MSFT-LIT-0000029030 |
| DTX 0379 | MSFT-LIT-000072359 | MSFT-LIT-000072361 |
| DTX 0422 | MSFT-LIT-0000005297 | MSFT-LIT-0000005297 |
| DTX 0537 | MSFT-LIT-0000072452 | MSFT-LIT-0000072452 |
| DTX 0539 | MSFT-LIT-0000029686 | MSFT-LIT-0000029760 |
| DTX 0749 | MSFT-0000712982 | MSFT-0000712987 |
| DTX 0847 | MSFT-LIT-0000017793 | MSFT-LIT-0000017793 |
| DTX 0939 | MSFT-LIT-0000002154 | MSFT-LIT-0000002155 |
| DTX 0962 | MSFT-LIT-0000000137 | MSFT-LIT-0000000137 |
| DTX 0963 | MSFT-LIT-0000001326 | MSFT-LIT-0000001326 |
| DTX 1083 | MSFT-LIT-0000028835 | MSFT-LIT-0000028835 |
| DTX 1091 | MSFT-LIT-0000033249 | MSFT-LIT-0000033254 |
| DTX 1129 | MSFT-LIT-0000039449 | MSFT-LIT-0000039449 |
| DTX 1135 | MSFT-LIT-0000005457 | MSFT-LIT-0000005457 |
| DTX 1142 | MSFT-LIT-0000000874 | MSFT-LIT-0000000895 |
| DTX 1203 | MSFT-LIT-0000002659 | MSFT-LIT-0000002675 |
| DTX 1209 | MSFT-LIT-0000001489 | MSFT-LIT-0000001491 |
| DTX 1215 | MSFT-LIT-0000018342 | MSFT-LIT-0000018342 |
| DTX 1282 | MSFT-LIT-0000000223 | MSFT-LIT-0000000292 |
| DTX 1288 | MSFT-LIT-0000030367 | MSFT-LIT-0000030367 |
| DTX 1289 | MSFT-LIT-0000001735 | MSFT-LIT-0000001765 |
| DTX 1305 | MSFT-LIT-0000000370 | MSFT-LIT-0000000370 |
| DTX 1337 | MSFT-LIT-0000039620 | MSFT-LIT-0000039627 |
| DTX 1364 | MSFT-LIT-0000060494 | MSFT-LIT-0000060494 |
| DTX 1367 | MSFT-LIT-0000073440 | MSFT-LIT-0000073440 |
| DTX 1376 | MSFT-LIT-0000003426 | MSFT-LIT-0000003429 |
| DTX 1384 | MSFT-LIT-0000004160 | MSFT-LIT-0000004163 |
| DTX 1462 | MSFT-LIT-0000040248 | MSFT-LIT-0000040248 |
| DTX 1487 | MSFT-LIT-0000015843 | MSFT-LIT-0000015894 |
| DTX 1491 | MSFT-LIT-0000005353 | MSFT-LIT-0000005353 |
| DTX 1524 | MSFT-LIT-0000062147 | MSFT-LIT-0000062147 |
| DTX 2227 | MSFT-AGG-LIT-00000007.001 | MSFT-AGG-LIT-00000007.001 |
| DTX 2228 | MSFT-AGG-LIT-00000007.002 | MSFT-AGG-LIT-00000007.002 |
| DTX 2229 | MSFT-AGG-LIT-00000007.003 | MSFT-AGG-LIT-00000007.003 |

| DTX 2230 | MSFT-LIT-0000053397 | MSFT-LIT-0000053397 |
| DTX 2231 | MSFT-LIT-0000060007 | MSFT-LIT-0000060007 |
| DTX 2232 | MSFT-LIT-0000081523 | MSFT-LIT-0000081523 |

## APPENDIX B

| DTX # | Beginning Bates | End Bates |
|---|---|---|
| DTX 0827 | ATT-GCID-00111234 | ATT-GCID-00111288 |
| DTX 0848 | ATT-GCID-00111899 | ATT-GCID-00111922 |

# APPENDIX C

| DTX # | Document Description |
|---|---|
| DTX 0005 | Microsoft Press Release (July 20, 2006): Microsoft Reports Fourth Quarter Results and Announces Share Repurchase Program |
| DTX 0015 | Microsoft Press Release (July 26, 2007): Microsoft to Acquire AdECN, Inc. |
| DTX 0061 | Microsoft & Yahoo! Press Release (Feb. 18, 2010): Yahoo! And Microsoft to Implement Search Alliance |
| DTX 0704 | Microsoft Press Release (Apr. 29, 2019): Bing Ads is now Microsoft Advertising |
| DTX 0763 | Microsoft Advertising Blog Post (Aug. 5, 2019): Promote IQ acquired by Microsoft |
| DTX 1175 | Microsoft Advertising Blog Post (Dec. 21, 2021): M. Parakhin, Microsoft to acquire Xandr to accelerate delivery of digital advertising and retail media solutions |
| DTX 1303 | Microsoft Advertising Blog Post (June 30, 2022): M. Harwood, 10 reasons why the Microsoft Audience Network is a must-buy |
| DTX 1363 | Microsoft Blog Post (Oct. 13, 2022): R. Wilk, Powering Netflix's new ad-supported tier |
| DTX 1440 | Microsoft website, Publisher Platforms (Printed on Sept. 12, 2023) |
| DTX 1468 | Microsoft Blog Post (Jan. 23, 2023), Microsoft and OpenAI extend partnership |
| DTX 1557 | Microsoft Advertising Blog Post (June 22, 2023): L. Mackessy & K. D'Souza, AI in action: See the future with Predictive Targeting |
| DTX 1676 | Microsoft Advertising website, Advertiser Platform (Printed on Sept. 12, 2023) |
| DTX 1684 | Microsoft Advertising, Audience ads (Printed on Apr. 2, 2024) |
| DTX 1690 | Microsoft Advertising website, Build brand awareness with display advertising (Printed on Apr. 2, 2024) |
| DTX 1704 | Microsoft Advertising website, Curation Platform (Printed on Jan. 18, 2024) |
| DTX 1756 | Microsoft Advertising website, Reach audiences across screens with premium advertising |
| DTX 1774 | Microsoft Advertising website, Publisher Platforms (Printed on Sept. 12, 2023) |
| DTX 2365 | Microsoft Advertising website, Microsoft Invest |
| DTX 2369 | Microsoft Advertising website, Monetize Ad Server |
| DTX 2486 | Microsoft website, Microsoft Invest - Banner and HTML5 Creatives |
| DTX 2487 | Microsoft website, Microsoft Invest - Native Creatives |
| DTX 2488 | Microsoft website, Microsoft Monetize - Creative Types - Microsoft Blog |
| DTX 2490 | Microsoft website, Microsoft Invest - Audio Creatives |
| DTX 2491 | Microsoft website, Microsoft Invest - Run rich media creatives on mobile inventory |
| DTX 2492 | Microsoft website, Microsoft Invest - Video Creatives |

# APPENDIX D

| DTX # | Document Description |
|---|---|
| DTX 1284 | Deposition Cheat Sheet - Google Topics 11 & 12 DOJ 1 & 2: Microsoft's Considered Acquisition of DoubleClick, Acquisitions of PromoteIQ and Xandr, and Divestiture of Atlas |
| DTX 1285 | Deposition Cheat Sheet - Microsoft Ad Tech Timeline |
| DTX 1581 | Deposition Cheat Sheet - Topic 21: Microsoft DOJ Investigation Communication Timeline |
| DTX 1755 | Hand-drawn Microsoft ecosystem |
| DTX 1757 | Microsoft Advertising Ecosystem diagram |