# EXHIBIT 2

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
### PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)

I, Jennifer Allen, state that I am employed by Meta Platforms, Inc., and that my official title is Case Manager, eDiscovery & Information Governance. I am a custodian or other qualified witness as that term is used in Federal Rule of Evidence 803(6) of the attached records for such business entity. I state that each of the records attached hereto and identified in Attachment A (also attached hereto) is a true duplicate of the original record in the custody of Meta Platforms, Inc.

I further state that:

(A) all records identified in Attachment A were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

(B) such records were kept in the course of a regularly conducted business activity of Meta Platforms, Inc.; and

(C) such records were made by Meta Platforms, Inc., as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2024, in Houston, Texas.

Signed by:

*Jennifer Allen*
32C242F52830440...

Jennifer Allen

## ATTACHMENT A

| Beg Bates | End Bates |
| --- | --- |
| FBDOJ003260795 | FBDOJ003260822 |
| FBDOJGOOG_00028977 | FBDOJGOOG_00028993 |
| FBDOJ001489822 | FBDOJ001489823 |
| FBDOJGOOG_00124139 | FBDOJGOOG_00124146 |
| FBDOJGOOG_00828926 | FBDOJGOOG_00828930 |
| FBDOJGOOG_00784059 | FBDOJGOOG_00784060 |
| FBDOJGOOG_00038404 | FBDOJGOOG_00038406 |
| FBDOJ012559571 | FBDOJ012559602 |
| FBDOJGOOG_00276825 | FBDOJGOOG_00276831 |
| FBDOJGOOG_00857922 | FBDOJGOOG_00857926 |
| FBDOJ012327277 | FBDOJ012327291 |
| FBDOJ010863645 | FBDOJ010863662 |
| FBDOJGOOG_01111517 | FBDOJGOOG_01111547 |
| FBDOJ003476860 | FBDOJ003476861 |
| FBDOJGOOG_00780829 | FBDOJGOOG_00780831 |
| FBDOJGOOG_00861213 | FBDOJGOOG_00861214 |
| FBDOJGOOG_00779705 | FBDOJGOOG_00779742 |
| FBDOJ012304337 | FBDOJ012304337 |
| FBDOJ012387658 | FBDOJ012387658 |
| FBDOJGOOG_00855903 | FBDOJGOOG_00855906 |
| FBDOJ012376039 | FBDOJ012376040 |
| FBDOJ012979686 | FBDOJ012979701 |
| FBDOJ003189143 | FBDOJ003189145 |
| FBDOJGOOG_00744539 | FBDOJGOOG_00744541 |
| FBDOJGOOG_00954175 | FBDOJGOOG_00954177 |
| FBDOJGOOG_00499093 | FBDOJGOOG_00499112 |
| FBDOJ009471990 | FBDOJ009471991 |
| FBDOJGOOG_00251811 | FBDOJGOOG_00251814 |
| FBDOJGOOG_00274747 | FBDOJGOOG_00274752 |
| FBDOJGOOG_00991924 | FBDOJGOOG_00991973 |
| FBDOJGOOG_01176330 | FBDOJGOOG_01176373 |
| FBDOJ013017855 | FBDOJ013017893 |
| FBDOJGOOG_00791595 | FBDOJGOOG_00791596 |
| FBDOJ012641326 | FBDOJ012641373 |

| | |
|---|---|
| FBDOJGOOG_01000317 | FBDOJGOOG_01000345 |
| FBDOJGOOG_01131238 | FBDOJGOOG_01131247 |
| FBDOJGOOG_00884328 | FBDOJGOOG_00884329 |
| FBDOJ012737577 | FBDOJ012737578 |
| FBDOJGOOG_01186933 | FBDOJGOOG_01186940 |
| FBDOJ012956407 | FBDOJ012956407 |
| FBDOJ012851003 | FBDOJ012851012 |
| FBDOJGOOG_01140376 | FBDOJGOOG_01140379 |
| FBDOJGOOG_01495007 | FBDOJGOOG_01495016 |
| FBDOJ011922116 | FBDOJ011922168 |
| FBDOJGOOG_01166683 | FBDOJGOOG_01166696 |
| FBDOJGOOG_01363434 | FBDOJGOOG_01363434 |
| FBDOJ012357635 | FBDOJ012357646 |
| FBDOJ008441160 | FBDOJ008441160 |
| FBDOJ012553858 | FBDOJ012553858 |
| FBDOJGOOG_00813706 | FBDOJGOOG_00813706 |
| FBDOJ012983956 | FBDOJ012983957 |
| FBDOJ012357635 | FBDOJ012357646 |
| FBDOJGOOG_01271999 | FBDOJGOOG_01272003 |
| METAGOOG00041092 | METAGOOG00041099 |
| FBDOJ012234908 | FBDOJ012234926 |
| FBDOJ002554564 | FBD0J002554566 |
| FBDOJ012957554 | FBDOJ012957560 |
| FBDOJ012169959 | FBDOJ012169966 |
| FBDOJ006139412 | FBDOJ006139424 |
| FBDOJ012408350 | FBDOJ012408350 |
| FBDOJ008428099 | FBDOJ008428110 |
| FBDOJ006078986 | FBDOJ006078987 |
| FBDOJ006078940 | FBDOJ006078940 |
| FBDOJ003759763 | FBDOJ003759767 |
| FBDOJGOOG_01347921 | FBDOJGOOG_01347947 |
| FBDOJ012610471 | FBDOJ012610472 |
| FBDOJ012495502 | FBDOJ012495504 |
| METAGOOG00014136 | METAGOOG00014138 |

| | |
|---|---|
| METAGOOG00029251 | METAGOOG00029256 |
| METAGOOG00029238 | METAGOOG00029238 |
| METAGOOG00029257 | METAGOOG00029257 |
| FBDOJ012408351 | FBDOJ012408377 |
| FBDOJ006078941 | FBDOJ006078949 |
| FBDOJ006078950 | FBDOJ006078962 |
| FBDOJ006078974 | FBDOJ006078983 |
| FBDOJ006078984 | FBDOJ006078985 |
| METAGOOG00029239 | METAGOOG00029239 |
| METAGOOG00029240 | METAGOOG00029245 |
| METAGOOG00029246 | METAGOOG00029250 |