# EXHIBIT 3

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)

I, Jennifer Allen, state that I am employed by Meta Platforms, Inc., and that my official title is Case Manager, eDiscovery & Information Governance. I am a custodian or other qualified witness as that term is used in Federal Rule of Evidence 803(6) of the attached records for such business entity. I state that each of the records attached hereto and identified in Attachment A (also attached hereto) is a true duplicate of the original record in the custody of Meta Platforms, Inc.

I further state that:

(A) all records identified in Attachment A were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

(B) such records were kept in the course of a regularly conducted business activity of Meta Platforms, Inc.; and

(C) such records were made by Meta Platforms, Inc., as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2024, in Houston, Texas.

Signed by:
*Jennifer Allen*
32C242F52830440...
Jennifer Allen

## ATTACHMENT A

| Beg Bates | End Bates |
|---|---|
| FBDOJ006078963 | FBDOJ006078973 |
| METAGOOG00003284 | METAGOOG00003290 |