IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>            Defendants. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan |

# ORDER

Before the Court is the Parties' Joint Authenticity Stipulation, filed on June 24, 2025.

Having considered the Parties' Joint Authenticity Stipulation, it is ORDERED that:

Documents produced to a party to this action by another party or a third party in response to a court order, compulsory process (*e.g.*, subpoena, Civil Investigative Demand), a document request served upon a party pursuant to Fed. R. Civ. P. 34 or another Federal Rule of Civil Procedure or applicable local rule (*e.g.*, Fed. R. Civ. P. 26, E.D. Tex. Local Rule CV-26), or otherwise in connection with Plaintiffs' pre-suit investigation shall be deemed authentic for the purposes of the trial of this action only, pursuant to Federal Rules of Evidence 901 and 902 and subject to a good cause challenge defined below.  These documents include those that were originally produced in a related or other action that were later or otherwise produced to a party in this action in response to a court order, compulsory process (*e.g.*, subpoena, Civil Investigative Demand), a document request served upon a party pursuant to Fed. R. Civ. P. 34 or another Federal Rule of Civil Procedure or applicable local rule (*e.g.*, Fed. R. Civ. P. 26, E.D. Tex. Local Rule CV-26).  Good cause to challenge authenticity of these documents exists if any conditions in the

actual document or the manner in which it was produced brings into question whether the document was actually generated by the relevant party or third-party.

IT IS SO ORDERED.