UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-957-SDJ |
| | § | |
| GOOGLE LLC | § | |

## ORDER SETTING HEARING

This case is set for an in-person status conference on **Monday, July 7, 2025, at 1:30 p.m.** at the United States Courthouse located at 7940 Preston Road in Plano, Texas.

**So ORDERED and SIGNED this 30th day of June, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE