## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS, et al,** | § | |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-cv-00957-SDJ** |
| | § | |
| **GOOGLE LLC,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

### [PROPOSED] ORDER

Before the Court is Google LLC's Motion for Continuance and Conference Request (Dkt. #XXX). Upon due consideration of Google's arguments supporting a continuance, Plaintiffs' responses, and the remedies trial scheduled for September 22, 2025 in the related matter brought by the Department of Justice in the Eastern District of Virginia, Google's Motion for Continuance is **GRANTED**. It is therefore **ORDERED** that trial in this case is continued until 60 days after the issuance of a final judgement in the Eastern District of Virginia remedies trial.

**So ORDERED and SIGNED this ___ day of _____, 2025.**