# EXHIBIT A

| | |
|---|---|
| **From:** | Zeke DeRose |
| **To:** | Lori Munoz |
| **Cc:** | mark.lanier@lanierlawfirm.com; Ashley Keller; eric.mahr@freshfields.com; Kathy Patrick |
| **Subject:** | 4:20-cv-957; Texas, et al. v. Google, LLC: Re: Trial Dates |
| **Date:** | Tuesday, February 4, 2025 11:04:56 AM |
| **Attachments:** | pic-2_662af48f-b34e-4245-8a79-747ce952a74b.png |

Ms. Munoz,

Thank you facilitating the call today with the Court and working through schedules.

The parties have conferred and agree that an August 11, 2025 start date will work for trial. If possible, with the Court's schedule, it may make sense to set aside August 11 to September 12 for trial time, given the Labor Day holiday and allowing us to provide cushion for any unknowns. The parties have conferred and can accommodate that schedule if it works for the Court.

Additionally, to the extent the Court wishes to have argument on Google's fully briefed motions to strike the jury demand or to exclude Plaintiffs' experts, the States believe those issues do not depend in whole or in part on any eventual ruling in the parallel action in EDVA. Accordingly, they request setting a hearing, if the Court wishes, in February or early March. Rulings on those motions will also assist the parties in preparing their cases and presentation format in advance of an August trial. Google has previously noted its availability for an oral hearing on these motions and has confirmed its counsel can be available in February or early March for a hearing, should the Court wish to schedule one.

Please do not hesitate to reach out with any questions. And thank you again for all of your help.

Zeke DeRose
512.940.6574



**Zeke DeRose III**
**Attorney**
p: 713-659-5200
10940 West Sam Houston Pkwy N, Suite 100
Houston • Texas • 77064
www.LanierLawFirm.com