# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| The State of Texas, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>　　　　　Defendant. | Case No. 4:20-cv-00957-SDJ<br><br>Hon. Sean D. Jordan |

## [PROPOSED ORDER] DENYING GOOGLE'S MOTION FOR CONTINUANCE AND CONFERENCE REQUEST

Defendant Google LLC has filed a Verified Motion for Continuance and Conference Request, Dkt. No. 862, moving for a continuance of the August 11 liability trial date and requesting a conference with the Court. The Court has carefully considered the parties' filings and

FINDS that Google has failed to put forward good cause to change the trial date and a status conference has already been scheduled by the Court. Accordingly,

IT IS THEREFORE ORDERED that Google's Motion for Continuance and Conference Request is hereby DENIED.