IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, et al., § § § Plaintiffs, § § v. § Civil Action No. 4:20-cv-00957-SDJ § § GOOGLE LLC, § § § Defendant. § | |

### [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Motions in Limine. Upon consideration of the motions, applicable law, arguments in support thereof and in opposition thereto, it is hereby

ORDERED as follows:

| Google's Motion in Limine | Granted | Denied | Modified |
|---|---|---|---|
| 1. Other Lawsuits, Decisions or Findings, Government Investigations, or Fines Against Google, or Voluntary Resolutions or Settlements by Google. | | | |
| 2. The Nonappearance of Certain Google Employees, Officers, or Directors at Trial Who Are Not Within the Court's Subpoena Power. | | | |
| 3. Google's Acquisitions, Business Relationships, or Conduct Outside the Ad Tech Markets at Issue in this Case. | | | |
| 4. Google's Wealth, Size, Financial Condition, or Net Worth. | | | |

| Google's Motion in Limine | Granted | Denied | Modified |
|---|---|---|---|
| 5. The Wealth, Net Worth, Property Ownership or Compensation of Current or Former Google Officers, Directors, or Employees. | | | |
| 6. References to the States Seeking Compensation or "Damages" for Individual Consumers, Publishers, or Advertisers. | | | |
| 7. Alleged Number of Statutory Violations by Google. | | | |
| 8. The Amount of Penalties the States Seek. | | | |
| 9. References to this Court's Prior Rulings (Except to Enforce Limine Rulings). | | | |
| 10. Opinions or Testimony by an Expert Designated as a Rebuttal Expert During the States' Case in Chief, or Before Google Otherwise Introduces the Expert Testimony that the "Rebuttal" Expert was Designated to Rebut. | | | |
| 11. Lay Testimony on Market Definition, Market Power, or Anticompetitive Conduct. | | | |
| 12. Extrapolations from Internet User Data to Rates of Usage of Google Ad Tech. | | | |
| 13. Corporate Representative Testimony on Matters Outside their Personal Knowledge. | | | |
| 14. Google's Chat Retention Process or Practices, Including Any Suggestion that Google Failed to Preserve Chat Messages. | | | |

| Google's Motion in Limine | Granted | Denied | Modified |
|---|---|---|---|
| 15. Google's Guidance to Employees Regarding Communicating Carefully. | | | |
| 16. Google's Purported Discovery Violations, Including Any Alleged Failure to Produce Documents or Provide Information in Discovery (Including Suggestions that Google is to Blame for the States' Lack of Evidence). | | | |
| 17. Google's Labeling of Documents as Attorney-Client Privileged. | | | |
| 18. Expert Opinions that Were Not Disclosed in This Case | | | |
| 19. Undisclosed or Untimely Disclosed Witnesses and Evidence. | | | |