# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| THE STATE OF TEXAS, *et al.*, | |
|---|---|
| *Plaintiffs*, | |
| - against - | CIVIL NO. 4:20-CV-957-SDJ |
| GOOGLE LLC, | |
| *Defendant*. | |

**PLAINTIFF STATES' INITIAL WITNESS LIST**

Pursuant to the Court's Scheduling Orders and Federal Rule of Civil Procedure 26(a)(3), the Plaintiff States of Texas, Alaska, Arkansas, Florida, Idaho, Indiana, Louisiana, Mississippi, Missouri, Montana, Nevada, North Dakota, South Carolina, South Dakota, and Utah, and the Commonwealths of Kentucky and Puerto Rico ("Plaintiffs") file this Initial Witness List.

| Witness | Party | Will Call/ May Call | Live/By Deposition |
|---|---|---|---|
| Sundar Pichai | Google | Will Call | Live or By Deposition |
| Sergey Brin | Google | Will Call | Live or By Deposition |
| Neal Mohan | Google | Will Call | Live or By Deposition |
| Kimberley Burchett | Google - Former Employee | Will Call | Live or By Deposition |
| Jacob Hochstetler | Plaintiffs - Expert | Will Call | Live |
| Jeffrey Andrien | Plaintiffs - Expert | Will Call | Live |
| John Chandler | Plaintiffs - Expert | Will Call | Live |
| Joshua Gans | Plaintiffs - Expert | Will Call | Live |
| Matthew Weinberg | Plaintiffs - Expert | Will Call | Live |
| Parag Pathak | Plaintiffs - Expert | Will Call | Live |

| Anil Somayaji | Plaintiffs - Expert | May Call | Live |
|---|---|---|---|
| Cynthia Rudin | Plaintiffs - Expert | May Call | Live |
| David DeRamus | Plaintiffs - Expert | May Call | Live |
| Ignatius Grande | Plaintiffs - Expert | May Call | Live |
| Zubair Shafiq | Plaintiffs - Expert | May Call | Live |
| Adam Soroca | Third Party - Magnite | May Call | By Deposition[1] |
| Alex/Alexis Shellhammer | Google | May Call | By Deposition |
| Ali Amini | Google | May Call | By Deposition |
| Alok Verma | Google | May Call | By Deposition |
| Amy Corner | Third Party - American Express | May Call | By Deposition |
| Aparna Pappu | Google | May Call | By Deposition |
| Ashish Pimplapure | Google | May Call | By Deposition |
| Atil Iscen | Google | May Call | By Deposition |
| Bashar Kachachi | Google - Former Employee | May Call | By Deposition |
| Benjamin Kornacki | Google | May Call | By Deposition |
| Bonita Stewart | Google - Former Employee | May Call | By Deposition |
| Brad Bender | Google - Former Employee | May Call | By Deposition |
| Bryan Rowley | Google - Former Employee | May Call | By Deposition |
| Chris LaSala | Google - Former Employee | May Call | By Deposition |
| Christopher Li | Google | May Call | By Deposition |
| Christopher Pirrone | Third Party - Gannett | May Call | By Deposition |
| Christopher Tignor | Google | May Call | By Deposition |
| Damien Long | Third Party - Gannett | May Call | By Deposition |
| Daniel (Dan) Taylor | Google | May Call | By Deposition |
| Darline Jean | Google | May Call | By Deposition |
| David Graff | Google - Former Employee | May Call | By Deposition |
| David Minkin | Third Party - News Corp | May Call | By Deposition |
| Debbie Weinstein | Google | May Call | By Deposition |
| Donald Harrison | Google | May Call | By Deposition |

---

[1] Google has not agreed to bring its employees live; however, in the event it does so, the States reserve the right to seek live testimony. Additionally, Google has not specified its corporate representative(s) for trial, to the extent those individuals are not on this list, the States reserve the right to seek testimony from that representative.

| Eisar Lipkovitz | Google - Former Employee | May Call | By Deposition |
| Eric Deily | Google | May Call | By Deposition |
| Eric Hochberger | Third Party - Mediavine | May Call | By Deposition |
| Genaro Lopez | Google | May Call | By Deposition |
| George Levitte | Google | May Call | By Deposition |
| Glenn Bernston | Google | May Call | By Deposition |
| Gregory Peters | Third Party - Inform | May Call | By Deposition |
| James Glogovsky | Third Party - NYT | May Call | By Deposition |
| James LaSalle | Third Party - JLaSalle Enterprises, LLC | May Call | By Deposition |
| James/Jim Giles | Google | May Call | By Deposition |
| Jamie Rosenberg | Google | May Call | By Deposition |
| Jason Hsueh | Google | May Call | By Deposition |
| Jason Spero | Google | May Call | By Deposition |
| Jasper Seldin | Google - Former Employee | May Call | By Deposition |
| Jay Crissman | Third Party - Gannett | May Call | By Deposition |
| Jeffrey Moriarty | Third Party - Gannett | May Call | By Deposition |
| Jerry Dischler | Google | May Call | By Deposition |
| Jessica Mok | Google | May Call | By Deposition |
| Jim Kolotouros | Google | May Call | By Deposition |
| Joan Braddi | Google | May Call | By Deposition |
| John Dukellis | Google - Former Employee | May Call | By Deposition |
| John Gentry | Third Party - OpenX | May Call | By Deposition |
| Jonathan Bellack | Google - Former Employee | May Call | By Deposition |
| Karen Mesmer | Third Party - Cliffy Care | May Call | By Deposition |
| Karin Hennessy | Google | May Call | By Deposition |
| Lara Koenig | Third Party - MiQ | May Call | By Deposition |
| Luke Lambert | Third Party - Omnicom | May Call | By Deposition |
| Marco Hardie | Google | May Call | By Deposition |
| Martin Pal | Google | May Call | By Deposition |
| Matthew Harrigan | Third Party - Kinin | May Call | By Deposition |
| Max Lin | Google | May Call | By Deposition |
| Max Loubser | Google | May Call | By Deposition |
| Michael Hopkins | Google | May Call | By Deposition |

| Michael Shaughnessy | Third Party - Kargo | May Call | By Deposition |
| --- | --- | --- | --- |
| Michelle (Sarlo) Dauwalter | Google - Former Employee | May Call | By Deposition |
| Natalia Bergamaschi | Google | May Call | By Deposition |
| Nathalie Sajous | Google | May Call | By Deposition |
| Nirmal Jayaram | Google | May Call | By Deposition |
| Nitish Korula | Google | May Call | By Deposition |
| Pamela Mikula | Third Party - Mikula Web Solutions | May Call | By Deposition |
| Patrick Brady | Google | May Call | By Deposition |
| Payam Shodjai | Google - Former Employee | May Call | By Deposition |
| Philipp Schindler | Google | May Call | By Deposition |
| Prabhakar Raghavan | Google | May Call | By Deposition |
| Rahul Srinivasan | Google - Former Employee | May Call | By Deposition |
| Rany Ng | Google | May Call | By Deposition |
| Richard Gringras | Google | May Call | By Deposition |
| Robert Kyncl | Google - Former Employee | May Call | By Deposition |
| Ryan Pauley | Third Party - Vox | May Call | By Deposition |
| Sam Cox | Google - Former Employee | May Call | By Deposition |
| Samuel Temes | Google | May Call | By Deposition |
| Scott Sheffer | Google | May Call | By Deposition |
| Scott Spencer | Google - Former Employee | May Call | By Deposition |
| Simon Whitcombe | Third Party - Meta | May Call | By Deposition |
| Sissie Hsiao | Google | May Call | By Deposition |
| Stuart May | Google | May Call | By Deposition |
| Susan McMeen | Third Party - NHTSA | May Call | By Deposition |
| Susan Schiekofer | Third Party - GroupM | May Call | By Deposition |
| Suzanne Blackburn | Google | May Call | By Deposition |
| Sylvia Yam | Third Party - Walmart | May Call | By Deposition |
| Tim Craycroft | Google | May Call | By Deposition |
| Timothy Lipus | Google | May Call | By Deposition |
| Tobias Maurer | Google | May Call | By Deposition |
| Todd Parsons | Third Party - Criteo | May Call | By Deposition |
| Todd Schneider | Third Party | May Call | By Deposition |

| | | | |
|---|---|---|---|
| Vladislav Sinaniyev | Google | May Call | By Deposition |
| Woojin Kim | Google | May Call | By Deposition |
| Yoni Wilbur | Google | May Call | By Deposition |
| Christopher Hanson | Third Party | May Call | By Deposition |
| Kenneth Katzgrau Jr. | Third Party - Broadstreet Ads | May Call | By Deposition |
| Jennifer Scheel | Third Party - Dentsu / Dentsu Aegis Network North America | May Call | By Deposition |
| Lennox Morris | Third Party - Army | May Call | By Deposition |
| Kristy Kozlowski | Third Party - Comcast | May Call | By Deposition |
| Henry Crum | Third Party - Meta/Facebook | May Call | By Deposition |
| Omri Farber | Third Party - Meta/Facebook | May Call | By Deposition |
| Greg Poinar | Third Party - Nike | May Call | By Deposition |
| Caitlyn Perry | Third Party - Texas Monthly | May Call | By Deposition |
| Matthew Wheatland | Third Party - The Daily Mail | May Call | By Deposition |
| Norman Stockwell | Third Party - The Progressive | May Call | By Deposition |
| Suhkwinder Harika | Third Party - Eileen Fisher | May Call | Live or By Deposition |
| James Avery | Third Party - Adzerk | May Call | Live or By Deposition |
| Brian O'Kelley | Third Party - AppNexus | May Call | Live or By Deposition |
| Kenneth/Ken Blom | Third Party - Buzzfeed | May Call | Live or By Deposition |
| Jason Kint | Third Party - Digital Content Next | May Call | Live or By Deposition |
| Jeremy Helfand | Third Party - Disney | May Call | Live or By Deposition |
| Arnaut Creput | Third Party - Equative | May Call | Live or By Deposition |
| Jeff Burkett | Third Party - Gannett | May Call | Live or By Deposition |
| Bo Bradbury | Third Party - GSD&M | May Call | Live or By Deposition |
| Andrew Casale | Third Party - Index Exchange | May Call | Live or By Deposition |
| Benneaser John | Third Party - Microsoft | May Call | Live or By Deposition |
| Gopal Kirshan Bhatia | Third Party - NBC Universal | May Call | Live or By Deposition |
| Richard Caccappolo | Third Party - The Daily Mail | May Call | Live or By Deposition |
| Suzette Cabildo | Third Party - The Nation | May Call | Live or By Deposition |

| | | | |
|---|---|---|---|
| John Dederick | Third Party - The Trade Desk | May Call | Live or By Deposition |
| Brian Bumpers | Third Party - Zulily | May Call | Live or By Deposition |
| Michael Stellman | Third Party | May Call | By Deposition |
| Representatives of the Plaintiff States | Plaintiffs | May Call | Live |
| Alaska - Jeff Pickett | Plaintiffs – 30(b)(6) | May Call | Live |
| Arkansas - Chuck Harder | Plaintiffs – 30(b)(6) | May Call | Live |
| Florida - Andrew Butler | Plaintiffs – 30(b)(6) | May Call | Live |
| Idaho - John Olson | Plaintiffs – 30(b)(6) | May Call | Live |
| Idaho - Stephanie Guyon | Plaintiffs – 30(b)(6) | May Call | Live |
| Indiana - Steven Taterka | Plaintiffs – 30(b)(6) | May Call | Live |
| Indiana - Jamie Weber | Plaintiffs – 30(b)(6) | May Call | Live |
| Kentucky - Jonathan Farmer | Plaintiffs – 30(b)(6) | May Call | Live |
| Louisiana - Patrick Voelker | Plaintiffs – 30(b)(6) | May Call | Live |
| Mississippi - Crystal Secoy | Plaintiffs – 30(b)(6) | May Call | Live |
| Mississippi/MSU - Sid Salter | Plaintiffs – 30(b)(6) | May Call | Live |
| Missouri - Michael Schwalbert | Plaintiffs – 30(b)(6) | May Call | Live |
| Montana - Anna Schneider | Plaintiffs – 30(b)(6) | May Call | Live |
| Nevada - Lucas Tucker | Plaintiffs – 30(b)(6) | May Call | Live |
| North Dakota - Elin Alm | Plaintiffs – 30(b)(6) | May Call | Live |
| Puerto Rico - Guarionex Diaz Martinez | Plaintiffs – 30(b)(6) | May Call | Live |
| South Carolina - Rebecca Hartner | Plaintiffs – 30(b)(6) | May Call | Live |
| South Dakota - Jonathan Van Patten | Plaintiffs – 30(b)(6) | May Call | Live |
| Texas - Trevor Young | Plaintiffs – 30(b)(6) | May Call | Live |
| Utah - Marie Martin | Plaintiffs – 30(b)(6) | May Call | Live |
| Utah - Melanie Hall | Plaintiffs – 30(b)(6) | May Call | Live |

| Alexandra Kutcha | Plaintiffs | May Call | Live |
| --- | --- | --- | --- |
| Brian Kratkiewicz | Plaintiffs | May Call | Live |
| Brittany Eck | Plaintiffs | May Call | Live |
| David Williams | Plaintiffs | May Call | Live |
| Dimitrius Smaragdis | Plaintiffs | May Call | Live |
| Eli Rohl | Plaintiffs | May Call | Live |
| Isaac Munoz | Plaintiffs | May Call | Live |
| Jeffrey Harlan | Plaintiffs | May Call | Live |
| John Ralston | Plaintiffs | May Call | Live |
| Jon Nelson | Plaintiffs | May Call | Live |
| Juli/Julie Kipfer | Plaintiffs | May Call | Live |
| Katie Giesbrecht | Plaintiffs | May Call | Live |
| Kristen Van Ry | Plaintiffs | May Call | Live |
| Kristine Puckett | Plaintiffs | May Call | Live |
| Shelly Mellott | Plaintiffs | May Call | Live |
| Stephen Foutes | Plaintiffs | May Call | Live |
| Traci Berreth | Plaintiffs | May Call | Live |

The above list does not necessarily represent the order in which the Plaintiffs expect to call witnesses at trial, and the Plaintiffs reserve the right to not call certain witnesses identified herein depending on the testimony, rulings, and other facts developed during their case-in-chief or during Google's case-in-chief. To be clear, Plaintiffs have not received even an initial Witness List from Google and anticipate being able to modify this list before trial. Plaintiffs further reserve their right to amend their Witness List upon developments leading up to trial, including receipt of Google's Witness List, Exhibit List, Designation(s) of Deposition Testimony, or any pre-trial rulings received from the Court.

By way of example, pending before the Court are various motions regarding trial; Plaintiffs anticipate modifying this list depending on Court rulings.

Plaintiffs reserve the right to call and/or cross-examine any witness identified on Google's Witness List. Finally, Plaintiffs reserve the right to invoke, and hereby incorporate by

reference, any and all reservations set forth by Google in its Witness List.