# EXHIBIT 4

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| **Witness: Corner, Amy (AMEX)** |
|---|
| **Date of Deposition: May 2, 2024** |
| **Google's Affirmative Designations** |
| 6:11 - 6:11 |
| 10:21 - 10:23 |
| 11:23 - 12:2 |
| 12:4 - 13:5 |
| 16:12 - 17:5 |
| 18:8 - 19:10 |
| 24:3 - 24:10 |
| 24:16 - 25:23 |
| 26:11 - 27:4 |
| 33:21 - 34:10 |
| 37:9 - 38:3 |
| 39:6 - 39:12 |
| 39:20 - 40:4 |
| 43:6 - 43:14 |
| 44:7 - 44:17 |
| 45:4 - 45:16 |
| 50:22 - 52:3 |
| 52:10 - 52:19 |
| 52:25 - 53:9 |
| 53:14 - 53:18 |
| 60:23 - 61:11 |
| 64:17 - 65:2 |
| 69:2 - 69:11 |
| 69:22 - 70:4 |
| 70:8 - 70:25 |
| 74:20 - 75:11 |
| 77:6 - 77:21 |
| 114:7 - 114:19 |
| 114:22 - 115:5 |
| 115:10 - 115:17 |
| 132:10 - 133:14 |
| 137:23 - 138:9 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Kratkiewicz, Brian (Arkansas DPHT)** |
|---|
| **Date of Deposition: May 1, 2024** |
| **Google's Affirmative Designations** |
| 7:13 - 8:2 |
| 11:24 - 12:8 |
| 12:12 - 12:19 |
| 13:17 - 13:21 |
| 15:14 - 16:2 |
| 16:23 - 17:11 |
| 20:16 - 20:21 |
| 24:25 - 25:6 |
| 25:23 - 26:3 |
| 29:13 - 29:21 |
| 30:17 - 31:1 |
| 37:9 - 37:18 |
| 38:20 - 38:23 |
| 40:22 - 40:24 |
| 43:22 - 44:3 |
| 48:17 - 48:21 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| **Witness: Puckett, Kristine (Arkansas DPHT)** |
|---|
| **Date of Deposition: May 1, 2024** |
| **Google's Affirmative Designations** |
| 6:23 - 6:25 |
| 8:3 - 8:5 |
| 8:14 - 9:2 |
| 11:8 - 11:22 |
| 12:9 - 12:15 |
| 15:17 - 15:23 |
| 17:12 - 17:19 |
| 18:1 - 18:7 |
| 19:5 - 19:10 |
| 19:14 - 19:19 |
| 19:23 - 20:1 |
| 20:5 - 20:10 |
| 21:5 - 21:10 |
| 24:4 - 24:7 |
| 33:25 - 34:2 |
| 34:12 - 34:23 |
| 36:10 - 37:7 |
| 37:9 - 37:17 |
| 41:22 - 42:4 |
| 6:23 - 6:25 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Blom, Ken (Buzzfeed)** |
|---|
| **Date of Deposition: August 29, 2023** |
| **Google's Affirmative Designations** |
| 8:12 - 8:19 |
| 9:16 - 9:17 |
| 12:12 - 13:18 |
| 17:16 - 17:19 |
| 18:21 - 18:22 |
| 19:2 - 19:5 |
| 25:4 - 25:6 |
| 25:24 - 26:19 |
| 31:10 - 31:13 |
| 31:15 - 31:24 |
| 37:8 - 37:9 |
| 39:6 - 39:7 |
| 39:9 - 39:14 |
| 39:16 - 39:20 |
| 39:25 - 40:2 |
| 40:4 - 40:8 |
| 73:5 - 73:6 |
| 73:8 - 73:8 |
| 75:22 - 76:2 |
| 76:4 - 76:11 |
| 76:19 - 76:21 |
| 76:25 - 76:25 |
| 79:10 - 79:19 |
| 80:5 - 80:23 |
| 80:25 - 81:4 |
| 81:6 - 81:11 |
| 88:5 - 88:7 |
| 88:9 - 88:13 |
| 88:15 - 89:8 |
| 91:18 - 91:20 |
| 93:14 - 93:16 |
| 93:18 - 93:19 |
| 110:5 - 110:19 |
| 111:3 - 111:6 |
| 113:2 - 113:8 |
| 113:10 - 113:13 |
| 113:18 - 113:21 |
| 114:3 - 114:5 |
| 114:21 - 116:11 |
| 116:13 - 116:18 |
| 116:25 - 117:14 |
| 121:19 - 122:8 |
| 123:10 - 123:24 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Farmer, Jonathan (Commonwealth of Kentucky 30(b)(6)) |
|---|
| **Date of Deposition: April 25, 2024** |
| **Google's Affirmative Designations** |
| 7:18 - 8:12 |
| 10:1 - 10:6 |
| 39:16 - 41:3 |
| 41:12 - 42:18 |
| 45:14 - 45:17 |
| 45:19 - 45:25 |
| 46:24 - 48:1 |
| 48:12 - 48:16 |
| 52:14 - 53:1 |
| 138:12 - 138:14 |
| 138:17 - 138:24 |
| 139:1 - 139:16 |
| 139:18 - 139:21 |
| 139:23 - 140:1 |
| 140:3 - 140:11 |
| 140:13 - 141:3 |
| 141:5 - 141:23 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Parsons, Todd (Criteo)** |
|---|
| **Date of Deposition: September 8, 2023** |
| **Google's Affirmative Designations** |
| 9:7 - 10:15 |
| 18:15 - 19:5 |
| 25:18 - 25:23 |
| 26:3 - 26:7 |
| 30:14 - 33:3 |
| 38:14 - 38:23 |
| 38:24 - 39:18 |
| 39:20 - 40:10 |
| 40:19 - 41:7 |
| 41:11 - 41:19 |
| 41:20 - 42:5 |
| 44:5 - 44:20 |
| 47:11 - 48:11 |
| 51:5 - 51:11 |
| 55:4 - 55:10 |
| 58:6 - 58:9 |
| 58:18 - 59:8 |
| 60:20 - 60:24 |
| 60:25 - 61:17 |
| 62:11 - 62:17 |
| 63:22 - 64:14 |
| 64:15 - 65:9 |
| 66:14 - 66:21 |
| 67:4 - 67:7 |
| 67:11 - 67:19 |
| 68:2 - 68:25 |
| 69:2 - 69:7 |
| 69:9 - 69:10 |
| 70:11 - 70:15 |
| 70:19 - 70:23 |
| 70:24 - 71:10 |
| 71:24 - 72:4 |
| 72:5 - 72:25 |
| 73:10 - 73:13 |
| 73:15 - 73:15 |
| 73:16 - 73:22 |
| 73:24 - 74:3 |
| 74:5 - 74:5 |
| 74:6 - 74:9 |
| 74:11 - 74:11 |
| 75:11 - 75:13 |
| 75:15 - 75:15 |
| 76:13 - 77:4 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 77:6 - 77:12 |
| 78:19 - 79:9 |
| 79:24 - 80:12 |
| 80:15 - 80:15 |
| 80:16 - 80:23 |
| 81:7 - 81:22 |
| 82:24 - 83:16 |
| 83:17 - 84:7 |
| 84:14 - 84:18 |
| 84:21 - 85:6 |
| 85:17 - 85:25 |
| 86:8 - 86:21 |
| 88:25 - 89:16 |
| 90:17 - 91:17 |
| 92:2 - 92:11 |
| 93:14 - 93:22 |
| 99:16 - 99:25 |
| 100:2 - 100:5 |
| 100:11 - 101:5 |
| 107:5 - 107:14 |
| 108:10 - 108:16 |
| 108:19 - 108:22 |
| 109:3 - 109:10 |
| 109:21 - 109:24 |
| 110:5 - 110:21 |
| 113:3 - 113:17 |
| 118:15 - 119:10 |
| 122:2 - 122:7 |
| 124:6 - 124:11 |
| 125:14 - 125:16 |
| 127:18 - 128:2 |
| 128:9 - 128:16 |
| 129:6 - 129:10 |
| 131:3 - 131:9 |
| 131:14 - 131:21 |
| 132:2 - 133:6 |
| 133:10 - 133:21 |
| 135:11 - 135:20 |
| 140:15 - 140:17 |
| 140:23 - 141:3 |
| 142:20 - 143:2 |
| 144:3 - 144:12 |
| 148:11 - 148:23 |
| 148:25 - 149:5 |
| 149:8 - 149:20 |
| 155:8 - 156:7 |
| 156:11 - 156:22 |
| 175:2 - 175:14 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 184:15 - 184:25 |
| 205:13 - 205:17 |
| 211:10 - 212:6 |
| 212:7 - 212:12 |
| 212:14 - 212:21 |
| 212:22 - 213:2 |
| 213:9 - 213:15 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Scheel, Jennifer (Dentsu)** |
|---|
| **Date of Deposition: April 25, 2024** |
| **Google's Affirmative Designations** |
| 7:3 - 7:6 |
| 13:2 - 13:3 |
| 13:11 - 13:13 |
| 13:16 - 13:24 |
| 18:12 - 18:16 |
| 18:24 - 19:5 |
| 22:23 - 24:16 |
| 25:13 - 25:23 |
| 26:10 - 26:12 |
| 28:3 - 28:24 |
| 29:10 - 29:12 |
| 30:17 - 31:13 |
| 31:16 - 32:9 |
| 33:21 - 34:16 |
| 34:19 - 34:21 |
| 35:2 - 35:5 |
| 35:7 - 35:10 |
| 36:5 - 36:23 |
| 44:5 - 44:8 |
| 44:12 - 44:12 |
| 48:24 - 49:15 |
| 52:12 - 52:18 |
| 52:20 - 52:20 |
| 53:20 - 54:4 |
| 54:13 - 54:22 |
| 55:10 - 56:7 |
| 56:23 - 57:9 |
| 57:17 - 58:8 |
| 58:11 - 58:15 |
| 58:19 - 59:7 |
| 59:20 - 60:22 |
| 62:20 - 63:11 |
| 65:11 - 66:2 |
| 66:24 - 67:10 |
| 71:21 - 72:4 |
| 72:19 - 72:21 |
| 73:3 - 73:5 |
| 86:18 - 87:1 |
| 87:9 - 88:9 |
| 89:2 - 89:11 |
| 91:25 - 92:5 |
| 92:7 - 92:15 |
| 92:17 - 92:21 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 92:23 - 92:23 |
| 96:13 - 96:24 |
| 98:3 - 100:11 |
| 106:13 - 106:14 |
| 106:16 - 106:19 |
| 109:22 - 110:12 |
| 111:14 - 113:12 |
| 117:14 - 117:19 |
| 118:16 - 118:17 |
| 118:19 - 118:25 |
| 121:12 - 123:16 |
| 160:12 - 160:15 |
| 160:17 - 160:17 |
| 168:19 - 169:2 |
| 169:10 - 169:12 |
| 169:14 - 169:19 |
| 169:21 - 169:22 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Helfand, Jeremy (Disney 30(b)(6))** |
|---|
| **Date of Deposition: September 29, 2023** |
| **Google's Affirmative Designations** |
| 7:19 - 7:23 |
| 8:3 - 8:6 |
| 9:22 - 10:1 |
| 10:12 - 10:17 |
| 20:16 - 20:19 |
| 21:21 - 22:9 |
| 22:11 - 22:14 |
| 25:12 - 26:1 |
| 26:20 - 27:17 |
| 29:4 - 29:6 |
| 29:10 - 29:24 |
| 31:24 - 32:19 |
| 40:24 - 41:13 |
| 41:21 - 42:24 |
| 43:22 - 44:22 |
| 47:6 - 47:16 |
| 49:21 - 50:21 |
| 51:13 - 51:17 |
| 55:9 - 55:13 |
| 57:8 - 58:4 |
| 58:11 - 58:19 |
| 69:22 - 70:13 |
| 70:15 - 70:18 |
| 71:5 - 71:18 |
| 74:12 - 74:22 |
| 75:12 - 77:15 |
| 81:17 - 81:17 |
| 81:21 - 82:13 |
| 86:7 - 86:16 |
| 94:24 - 95:6 |
| 130:19 - 130:24 |
| 145:6 - 145:8 |
| 145:10 - 145:13 |
| 145:14 - 145:16 |
| 145:18 - 145:25 |
| 176:9 - 176:24 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| **Witness: Kuchta, Alexandra (Florida EPA)** |
|---|
| **Date of Deposition: May 3, 2024** |
| **Google's Affirmative Designations** |
| 6:25 - 7:2 |
| 10:12 - 10:16 |
| 18:11 - 18:21 |
| 20:9 - 21:22 |
| 22:13 - 22:25 |
| 24:7 - 24:13 |
| 26:17 - 28:1 |
| 35:17 - 35:18 |
| 36:7 - 36:18 |
| 37:20 - 43:24 |
| 45:10 - 45:13 |
| 46:1 - 46:2 |
| 46:12 - 46:21 |
| 47:1 - 50:4 |
| 51:19 - 52:25 |
| 57:14 - 58:10 |
| 65:13 - 66:2 |
| 69:21 - 71:6 |
| 71:11 - 71:12 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Pirrone, Christopher (Gannett)** |
|---|
| **Date of Deposition: July 10, 2024** |
| **Google's Affirmative Designations** |
| 10:3 - 10:7 |
| 14:6 - 14:17 |
| 19:19 - 19:24 |
| 20:9 - 20:15 |
| 20:21 - 21:7 |
| 32:2 - 32:3 |
| 32:5 - 32:7 |
| 32:13 - 32:16 |
| 33:3 - 33:21 |
| 39:2 - 39:7 |
| 49:22 - 50:5 |
| 51:20 - 51:22 |
| 51:24 - 52:5 |
| 139:21 - 140:11 |
| 167:10 - 167:20 |
| 168:13 - 168:16 |
| 168:18 - 168:22 |
| 168:24 - 169:1 |
| 169:7 - 169:23 |
| 169:24 - 170:14 |
| 171:9 - 172:8 |
| 184:8 - 184:25 |
| 185:2 - 185:5 |
| 185:7 - 185:10 |
| 185:12 - 185:17 |
| 185:19 - 185:19 |
| 185:24 - 186:2 |
| 186:8 - 186:14 |
| 186:16 - 186:21 |
| 209:19 - 210:14 |
| 210:16 - 212:7 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Schiekofer, Susan (Group M)** |
|---|
| **Date of Deposition: September 26, 2023** |
| **Google's Affirmative Designations** |
| 9:14 - 9:17 |
| 13:4 - 13:8 |
| 17:16 - 17:18 |
| 18:7 - 18:19 |
| 19:19 - 19:22 |
| 19:23 - 19:24 |
| 20:1 - 20:10 |
| 22:22 - 22:24 |
| 23:1 - 23:1 |
| 31:8 - 31:11 |
| 31:13 - 32:1 |
| 43:3 - 43:5 |
| 43:9 - 43:18 |
| 43:20 - 43:21 |
| 43:23 - 44:5 |
| 47:18 - 47:21 |
| 47:25 - 48:1 |
| 54:3 - 55:19 |
| 75:10 - 75:10 |
| 75:17 - 75:21 |
| 75:24 - 76:22 |
| 79:13 - 79:17 |
| 79:21 - 80:5 |
| 93:20 - 93:21 |
| 93:25 - 94:5 |
| 123:15 - 123:25 |
| 124:2 - 124:4 |
| 124:6 - 124:6 |
| 124:8 - 124:10 |
| 124:14 - 124:16 |
| 131:2 - 131:4 |
| 132:13 - 132:23 |
| 132:25 - 133:7 |
| 158:3 - 158:10 |
| 158:18 - 159:2 |
| 159:18 - 160:10 |
| 160:16 - 160:23 |
| 161:14 - 161:16 |
| 162:24 - 163:16 |
| 163:19 - 163:23 |
| 164:3 - 164:3 |
| 168:22 - 169:9 |
| 171:7 - 171:9 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

171:14 - 171:21

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| **Witness: Hanson, Christopher (Hanson Law Firm)** |
|---|
| **Date of Deposition: May 7, 2024** |
| **Google's Affirmative Designations** |
| 11:16 - 11:22 |
| 33:13 - 36:8 |
| 96:4 - 96:11 |
| 98:16 - 100:17 |
| 109:14 - 114:17 |
| 117:21 - 118:3 |
| 118:11 - 118:23 |
| 119:12 - 119:22 |
| 120:23 - 121:25 |
| 127:23 - 128:18 |
| 128:25 - 130:2 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Berreth, Traci (Idaho DOH)** |
|---|
| **Date of Deposition: April 23, 2024** |
| **Google's Affirmative Designations** |
| 7:3 - 7:6 |
| 7:12 - 7:17 |
| 10:18 - 10:24 |
| 17:20 - 17:23 |
| 23:16 - 24:5 |
| 28:9 - 28:11 |
| 28:13 - 28:16 |
| 32:19 - 33:8 |
| 33:10 - 33:14 |
| 33:16 - 33:23 |
| 34:1 - 34:11 |
| 35:12 - 36:10 |
| 39:10 - 39:15 |
| 40:5 - 41:3 |
| 41:8 - 42:1 |
| 44:15 - 44:21 |
| 45:8 - 45:10 |
| 45:17 - 46:14 |
| 47:16 - 47:25 |
| 49:6 - 49:13 |
| 49:15 - 49:15 |
| 51:15 - 51:19 |
| 52:23 - 53:4 |
| 53:22 - 54:13 |
| 56:4 - 56:9 |
| 56:12 - 56:12 |
| 60:21 - 61:1 |
| 61:3 - 61:4 |
| 70:2 - 70:16 |
| 70:18 - 71:5 |
| 82:2 - 82:3 |
| 82:6 - 82:11 |
| 82:14 - 82:14 |
| 93:15 - 93:25 |
| 94:13 - 95:6 |
| 95:8 - 95:8 |
| 95:11 - 95:11 |
| 97:9 - 97:11 |
| 97:14 - 97:25 |
| 98:11 - 98:12 |
| 98:15 - 98:15 |
| 107:15 - 107:18 |
| 107:21 - 107:25 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| **Witness: Harrigan, Matthew (Kinin)** |
| **Date of Deposition: July 9, 2024** |
| **Google's Affirmative Designations** |
| 10:7 - 10:16 |
| 21:4 - 21:5 |
| 21:9 - 21:11 |
| 21:19 - 21:25 |
| 24:5 - 24:23 |
| 25:6 - 25:15 |
| 27:5 - 27:6 |
| 27:13 - 27:16 |
| 29:13 - 29:24 |
| 30:18 - 30:21 |
| 31:22 - 32:24 |
| 40:16 - 40:21 |
| 41:2 - 43:5 |
| 43:6 - 43:24 |
| 45:6 - 45:24 |
| 45:25 - 46:15 |
| 46:16 - 46:18 |
| 51:5 - 52:2 |
| 52:22 - 53:8 |
| 53:16 - 54:6 |
| 54:17 - 55:13 |
| 56:14 - 56:24 |
| 58:1 - 58:10 |
| 61:14 - 61:20 |
| 67:23 - 68:6 |
| 68:8 - 68:11 |
| 71:1 - 72:3 |
| 79:22 - 79:25 |
| 80:7 - 80:11 |
| 80:17 - 81:2 |
| 81:20 - 82:2 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: LaSalle, James (LaSalle Enterprises) |
|---|
| **Date of Deposition: June 12, 2024** |
| **Google's Affirmative Designations** |
| 6:19 - 6:19 |
| 6:23 - 6:25 |
| 10:20 - 11:6 |
| 12:4 - 12:11 |
| 16:3 - 16:14 |
| 16:22 - 16:25 |
| 51:4 - 51:7 |
| 52:7 - 52:19 |
| 53:9 - 53:14 |
| 56:25 - 57:11 |
| 76:19 - 77:19 |
| 77:20 - 78:12 |
| 79:3 - 82:6 |
| 91:7 - 92:6 |
| 162:18 - 163:8 |
| 169:4 - 170:11 |
| 183:2 - 183:11 |
| 183:25 - 184:19 |
| 184:20 - 186:10 |
| 186:18 - 187:10 |
| 189:10 - 189:22 |
| 189:23 - 190:4 |
| 190:17 - 191:12 |
| 249:24 - 250:3 |
| 253:7 - 253:9 |
| 256:3 - 256:15 |
| 257:20 - 258:19 |
| 270:17 - 270:23 |
| 272:8 - 272:17 |
| 276:12 - 279:21 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Soroca, Adan (Magnite 30(b)(6))** |
|---|
| **Date of Deposition: August 31, 2023** |
| **Google's Affirmative Designations** |
| 7:21 - 8:1 |
| 11:20 - 12:5 |
| 13:14 - 13:18 |
| 59:22 - 60:2 |
| 60:4 - 60:4 |
| 60:11 - 60:16 |
| 108:9 - 108:12 |
| 108:14 - 108:16 |
| 110:1 - 110:5 |
| 110:8 - 110:8 |
| 110:12 - 110:21 |
| 111:9 - 111:11 |
| 111:13 - 111:18 |
| 111:20 - 111:21 |
| 112:1 - 112:8 |
| 120:21 - 120:22 |
| 121:5 - 121:20 |
| 129:14 - 129:14 |
| 129:21 - 130:8 |
| 133:1 - 133:7 |
| 133:14 - 133:16 |
| 133:21 - 134:1 |
| 135:18 - 136:8 |
| 137:17 - 139:2 |
| 139:12 - 141:1 |
| 146:1 - 146:3 |
| 146:6 - 146:7 |
| 146:10 - 146:15 |
| 147:3 - 148:6 |
| 148:8 - 149:2 |
| 149:7 - 149:13 |
| 149:15 - 149:17 |
| 150:5 - 150:5 |
| 151:22 - 152:12 |
| 152:17 - 152:18 |
| 153:2 - 153:13 |
| 153:18 - 154:11 |
| 155:12 - 155:14 |
| 155:18 - 156:7 |
| 156:19 - 157:6 |
| 157:7 - 157:13 |
| 159:13 - 159:15 |
| 160:19 - 161:9 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 167:21 - 167:22 |
| 168:7 - 168:13 |
| 168:18 - 169:2 |
| 169:16 - 170:8 |
| 171:1 - 171:4 |
| 173:16 - 174:9 |
| 176:14 - 177:4 |
| 177:5 - 177:6 |
| 177:8 - 177:13 |
| 177:15 - 178:17 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Hochberger, Eric (Mediavine)** |
|---|
| **Date of Deposition: September 22, 2023** |
| **Google's Affirmative Designations** |
| 7:21 - 7:25 |
| 15:21 - 15:25 |
| 18:10 - 18:17 |
| 21:8 - 21:17 |
| 22:4 - 22:6 |
| 22:10 - 22:15 |
| 22:16 - 22:17 |
| 22:19 - 22:22 |
| 32:3 - 32:9 |
| 32:10 - 32:16 |
| 33:4 - 33:10 |
| 33:25 - 34:2 |
| 34:4 - 34:14 |
| 34:15 - 34:18 |
| 34:22 - 35:18 |
| 35:22 - 36:3 |
| 37:8 - 37:20 |
| 39:17 - 39:24 |
| 40:8 - 40:11 |
| 46:3 - 46:13 |
| 47:13 - 47:23 |
| 48:13 - 48:25 |
| 49:1 - 49:6 |
| 50:16 - 50:22 |
| 50:23 - 51:7 |
| 53:22 - 54:3 |
| 54:10 - 54:11 |
| 62:9 - 62:11 |
| 62:14 - 62:15 |
| 63:7 - 63:12 |
| 63:19 - 63:22 |
| 63:25 - 64:11 |
| 66:25 - 67:10 |
| 69:8 - 69:22 |
| 72:19 - 72:22 |
| 78:24 - 79:10 |
| 81:23 - 82:5 |
| 82:17 - 82:19 |
| 82:22 - 83:4 |
| 96:8 - 96:9 |
| 96:11 - 96:20 |
| 97:12 - 97:14 |
| 97:16 - 98:7 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 105:5 - 105:9 |
| 105:19 - 105:24 |
| 106:5 - 106:8 |
| 106:10 - 106:10 |
| 106:13 - 106:17 |
| 107:3 - 107:10 |
| 108:12 - 110:8 |
| 110:17 - 111:1 |
| 111:8 - 112:9 |
| 112:16 - 114:20 |
| 114:23 - 115:7 |
| 120:7 - 120:10 |
| 120:12 - 120:15 |
| 120:17 - 120:20 |
| 120:22 - 121:1 |
| 121:4 - 121:8 |
| 121:9 - 121:11 |
| 121:13 - 121:13 |
| 126:22 - 127:7 |
| 127:9 - 127:12 |
| 127:15 - 128:2 |
| 128:5 - 128:8 |
| 128:11 - 128:15 |
| 128:17 - 128:18 |
| 128:24 - 129:15 |
| 129:16 - 130:8 |
| 130:10 - 130:12 |
| 130:14 - 130:14 |
| 146:19 - 146:21 |
| 146:23 - 146:25 |
| 147:1 - 147:3 |
| 147:5 - 147:6 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Farber, Omri (Meta)** |
|---|
| **Date of Deposition: April 30, 2024** |
| **Google's Affirmative Designations** |
| 8:15 - 8:17 |
| 10:20 - 10:22 |
| 11:6 - 11:25 |
| 12:23 - 13:3 |
| 15:6 - 16:24 |
| 17:6 - 17:21 |
| 19:13 - 19:15 |
| 19:17 - 19:19 |
| 20:12 - 20:25 |
| 21:2 - 21:4 |
| 21:11 - 21:17 |
| 23:9 - 23:15 |
| 24:25 - 25:19 |
| 26:10 - 26:20 |
| 26:23 - 27:2 |
| 30:1 - 30:19 |
| 31:2 - 31:6 |
| 31:8 - 31:14 |
| 31:17 - 31:19 |
| 33:8 - 33:9 |
| 33:11 - 33:17 |
| 33:23 - 34:2 |
| 34:4 - 34:16 |
| 39:23 - 40:7 |
| 41:17 - 41:22 |
| 42:7 - 42:16 |
| 42:18 - 42:19 |
| 43:4 - 43:10 |
| 43:12 - 43:21 |
| 44:8 - 44:16 |
| 45:4 - 45:6 |
| 45:8 - 45:18 |
| 45:20 - 45:22 |
| 45:25 - 47:23 |
| 52:13 - 52:19 |
| 52:23 - 54:11 |
| 54:13 - 54:15 |
| 54:24 - 55:22 |
| 56:18 - 56:25 |
| 57:3 - 58:10 |
| 58:25 - 59:9 |
| 59:23 - 60:6 |
| 60:13 - 61:16 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 61:18 - 61:19 |
| 62:17 - 62:19 |
| 62:21 - 63:1 |
| 63:8 - 63:10 |
| 63:12 - 63:19 |
| 63:21 - 63:24 |
| 64:1 - 64:24 |
| 65:2 - 66:16 |
| 66:18 - 66:24 |
| 67:2 - 67:16 |
| 68:14 - 69:10 |
| 72:2 - 72:5 |
| 72:7 - 72:13 |
| 74:11 - 74:16 |
| 74:18 - 74:18 |
| 75:7 - 75:8 |
| 75:11 - 75:16 |
| 76:5 - 76:23 |
| 77:9 - 77:12 |
| 77:14 - 77:19 |
| 78:12 - 78:20 |
| 89:12 - 90:1 |
| 90:3 - 90:19 |
| 90:21 - 91:4 |
| 91:6 - 92:1 |
| 93:17 - 93:20 |
| 93:22 - 94:16 |
| 95:5 - 95:9 |
| 95:11 - 95:20 |
| 96:7 - 96:9 |
| 96:11 - 96:20 |
| 98:4 - 98:11 |
| 98:13 - 99:6 |
| 106:2 - 106:5 |
| 106:10 - 106:20 |
| 106:22 - 107:2 |
| 107:17 - 107:20 |
| 107:22 - 108:4 |
| 109:7 - 109:9 |
| 109:12 - 110:2 |
| 110:4 - 110:6 |
| 110:10 - 110:21 |
| 111:20 - 112:18 |
| 112:20 - 112:25 |
| 113:11 - 113:24 |
| 114:2 - 114:10 |
| 114:13 - 114:17 |
| 117:9 - 117:16 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

118:22 - 119:4

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| **Witness: Koenig, Lara (MiQ 30(b)(6))** |
|---|
| **Date of Deposition: April 22, 2024** |
| **Google's Affirmative Designations** |
| 7:8 - 7:11 |
| 17:24 - 18:13 |
| 19:22 - 20:12 |
| 22:2 - 23:14 |
| 24:10 - 24:20 |
| 29:13 - 29:17 |
| 29:20 - 29:25 |
| 30:4 - 31:3 |
| 31:19 - 32:2 |
| 34:12 - 34:17 |
| 34:19 - 35:3 |
| 38:3 - 38:10 |
| 44:3 - 44:16 |
| 49:2 - 49:8 |
| 49:22 - 50:5 |
| 50:8 - 51:4 |
| 51:7 - 51:10 |
| 51:14 - 51:18 |
| 52:4 - 52:7 |
| 52:20 - 53:11 |
| 58:4 - 59:16 |
| 61:14 - 61:24 |
| 66:10 - 66:18 |
| 90:16 - 90:18 |
| 90:21 - 91:17 |
| 97:7 - 98:8 |
| 98:11 - 98:16 |
| 100:7 - 100:8 |
| 100:10 - 101:5 |
| 126:25 - 127:5 |
| 127:8 - 127:13 |
| 127:16 - 128:6 |
| 128:8 - 128:10 |
| 133:24 - 134:3 |
| 134:6 - 135:8 |
| 145:10 - 146:4 |
| 147:3 - 147:5 |
| 154:22 - 155:18 |
| 171:2 - 171:19 |
| 171:22 - 172:11 |
| 173:19 - 173:21 |
| 173:24 - 174:12 |
| 183:14 - 183:21 |

*The State of Texas, et al v. Google, LLC*
__Case No. 4:20-cv-00957-SDJ__

| |
|---|
| 194:14 - 195:16 |
| 195:18 - 196:9 |
| 204:18 - 204:21 |
| 204:23 - 205:5 |
| 209:3 - 209:6 |
| 209:8 - 209:15 |
| 209:17 - 209:21 |
| 210:10 - 210:20 |
| 216:6 - 216:10 |
| 216:12 - 216:21 |
| 216:25 - 217:13 |
| 218:11 - 218:14 |
| 223:12 - 223:18 |
| 223:20 - 224:16 |
| 224:18 - 224:23 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| **Witness: Nelson, Jon (Missouri DOT)** |
| **Date of Deposition: May 2, 2024** |
| **Google's Affirmative Designations** |
| 8:6 - 8:8 |
| 9:21 - 10:4 |
| 11:12 - 11:23 |
| 23:5 - 23:13 |
| 25:8 - 26:6 |
| 27:17 - 27:24 |
| 29:18 - 30:20 |
| 30:23 - 31:1 |
| 31:7 - 31:9 |
| 31:22 - 32:11 |
| 32:23 - 33:4 |
| 40:5 - 40:7 |
| 40:15 - 41:1 |
| 41:13 - 41:17 |
| 41:22 - 42:1 |
| 44:4 - 44:18 |
| 45:1 - 45:6 |
| 45:13 - 45:22 |
| 46:10 - 46:11 |
| 46:16 - 46:21 |
| 47:3 - 47:7 |
| 47:11 - 47:17 |
| 47:22 - 48:3 |
| 48:6 - 49:10 |
| 49:17 - 49:20 |
| 49:24 - 50:21 |
| 51:4 - 51:12 |
| 51:25 - 52:4 |
| 52:20 - 53:4 |
| 53:19 - 53:21 |
| 57:16 - 57:22 |
| 58:5 - 58:13 |
| 58:25 - 59:2 |
| 59:12 - 59:15 |
| 59:22 - 60:3 |
| 61:8 - 61:20 |
| 64:15 - 65:22 |
| 66:19 - 66:24 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| **Witness: Kipfer, Julie (Montana St. Univ.)** |
| --- |
| **Date of Deposition: April 16, 2024** |
| **Google's Affirmative Designations** |
| 7:3 - 7:6 |
| 10:5 - 10:10 |
| 12:25 - 13:12 |
| 16:4 - 16:11 |
| 16:17 - 16:22 |
| 17:15 - 17:17 |
| 17:19 - 18:4 |
| 25:17 - 27:20 |
| 28:3 - 28:13 |
| 29:2 - 29:5 |
| 31:22 - 32:11 |
| 36:25 - 37:15 |
| 38:13 - 39:5 |
| 40:19 - 41:12 |
| 43:10 - 43:24 |
| 43:25 - 46:1 |
| 47:16 - 50:2 |
| 54:12 - 55:18 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Glogovsky, James (New York Times)** |
|---|
| **Date of Deposition: August 25, 2023** |
| **Google's Affirmative Designations** |
| 12:22 - 12:25 |
| 14:2 - 14:17 |
| 34:9 - 34:19 |
| 35:12 - 36:7 |
| 77:2 - 77:18 |
| 78:11 - 78:12 |
| 78:14 - 78:16 |
| 79:25 - 80:12 |
| 80:15 - 80:22 |
| 81:3 - 81:5 |
| 82:22 - 83:11 |
| 83:24 - 83:25 |
| 84:5 - 84:6 |
| 84:12 - 84:13 |
| 84:15 - 84:15 |
| 85:9 - 85:17 |
| 85:20 - 85:25 |
| 87:5 - 87:9 |
| 87:11 - 87:11 |
| 88:4 - 88:20 |
| 90:14 - 91:11 |
| 91:14 - 91:20 |
| 92:5 - 92:12 |
| 92:14 - 92:15 |
| 92:17 - 93:9 |
| 93:11 - 93:25 |
| 94:3 - 94:16 |
| 94:18 - 94:18 |
| 94:21 - 94:24 |
| 95:7 - 95:13 |
| 98:9 - 98:17 |
| 99:22 - 99:24 |
| 100:4 - 100:7 |
| 103:22 - 103:25 |
| 105:17 - 105:19 |
| 105:21 - 106:10 |
| 106:14 - 106:23 |
| 106:25 - 107:6 |
| 108:22 - 109:23 |
| 110:14 - 112:4 |
| 112:16 - 113:3 |
| 116:2 - 116:4 |
| 116:6 - 116:13 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 119:3 - 119:16 |
| 120:2 - 120:11 |
| 123:20 - 124:3 |
| 144:24 - 145:7 |
| 145:9 - 145:19 |
| 184:14 - 184:18 |
| 184:21 - 185:4 |
| 185:21 - 186:6 |
| 248:14 - 248:16 |
| 248:19 - 249:4 |
| 154:10 - 154:13 |
| 154:15 - 154:22 |
| 274:2 - 274:5 |
| 274:7 - 274:10 |
| 274:20 - 275:4 |
| 275:25 - 276:5 |
| 276:7 - 276:16 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Poinar, Greg (Nike)** |
|---|
| **Date of Deposition: May 3, 2024** |
| **Google's Affirmative Designations** |
| 4:9 - 4:10 |
| 13:20 - 13:23 |
| 14:3 - 14:8 |
| 21:10 - 21:24 |
| 22:3 - 22:8 |
| 22:13 - 22:15 |
| 22:19 - 23:7 |
| 23:17 - 23:18 |
| 23:24 - 24:1 |
| 24:10 - 24:11 |
| 24:15 - 24:19 |
| 26:15 - 27:8 |
| 27:10 - 27:13 |
| 29:4 - 29:6 |
| 29:8 - 29:10 |
| 30:13 - 30:23 |
| 32:12 - 32:19 |
| 33:19 - 34:1 |
| 41:23 - 42:3 |
| 44:7 - 44:10 |
| 45:15 - 45:20 |
| 45:24 - 46:4 |
| 46:7 - 46:11 |
| 46:15 - 46:20 |
| 46:24 - 47:12 |
| 47:17 - 48:2 |
| 48:4 - 48:4 |
| 48:16 - 49:18 |
| 50:5 - 50:6 |
| 50:13 - 50:15 |
| 50:19 - 50:21 |
| 51:10 - 51:23 |
| 52:2 - 52:5 |
| 52:9 - 52:13 |
| 52:15 - 52:16 |
| 52:21 - 53:2 |
| 53:18 - 54:1 |
| 54:4 - 54:16 |
| 55:5 - 55:8 |
| 55:10 - 55:18 |
| 56:2 - 56:10 |
| 56:19 - 57:1 |
| 57:17 - 57:20 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 57:22 - 57:22 |
| 68:16 - 68:22 |
| 69:1 - 69:7 |
| 69:9 - 69:9 |
| 69:16 - 69:18 |
| 69:20 - 69:20 |
| 71:11 - 71:23 |
| 71:25 - 72:5 |
| 72:7 - 72:9 |
| 72:13 - 73:12 |
| 73:16 - 74:10 |
| 74:15 - 74:17 |
| 75:5 - 75:12 |
| 75:18 - 75:23 |
| 76:9 - 76:11 |
| 76:16 - 77:2 |
| 78:3 - 78:9 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| Witness: Diaz Martinez, Guarionex (Puerto Rico 30(b)(6)) |
| --- |
| Date of Deposition: May 1, 2024 |

| Google's Affirmative Designations |
| --- |
| 7:4 - 7:7 |
| 7:19 - 7:22 |
| 11:22 - 12:6 |
| 22:24 - 23:13 |
| 48:7 - 48:8 |
| 48:10 - 48:25 |
| 49:2 - 49:10 |
| 49:12 - 49:18 |
| 51:7 - 51:14 |
| 51:16 - 51:20 |
| 52:4 - 52:13 |
| 102:18 - 102:25 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Pickett, Jeff (State of Alaska 30(b)(6)) |
|---|
| Date of Deposition: May 3, 2024 |
| Google's Affirmative Designations |
| 5:12 - 5:15 |
| 7:14 - 7:24 |
| 33:8 - 33:16 |
| 42:24 - 43:5 |
| 51:15 - 51:22 |
| 78:11 - 78:22 |

*The State of Texas, et al v. Google, LLC*
__Case No. 4:20-cv-00957-SDJ__

| Witness: Harder, Chuck (State of Arkansas 30(b)(6)) |
|---|
| **Date of Deposition: May 1, 2024** |
| Google's Affirmative Designations |
| 5:20 - 6:8 |
| 25:7 - 25:21 |
| 30:6 - 31:7 |
| 32:1 - 32:12 |
| 32:18 - 37:20 |
| 39:24 - 40:6 |
| 43:1 - 43:12 |
| 43:19 - 43:25 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Butler, Andrew (State of Florida 30(b)(6))** |
|---|
| **Date of Deposition: April 22, 2024** |
| **Google's Affirmative Designations** |
| 12:1 - 12:18 |
| 16:10 - 16:16 |
| 16:18 - 16:20 |
| 16:22 - 16:24 |
| 17:1 - 17:1 |
| 17:21 - 17:24 |
| 50:2 - 50:4 |
| 50:6 - 50:13 |
| 50:15 - 50:20 |
| 54:15 - 55:4 |
| 55:6 - 55:12 |
| 55:14 - 55:22 |
| 55:24 - 56:8 |
| 57:18 - 57:25 |
| 63:6 - 63:19 |
| 63:21 - 64:1 |
| 64:3 - 64:15 |
| 64:17 - 64:21 |
| 64:23 - 64:25 |
| 65:7 - 65:10 |
| 65:12 - 65:21 |
| 65:23 - 66:2 |
| 66:4 - 66:8 |
| 66:10 - 66:22 |
| 66:24 - 67:9 |
| 67:11 - 67:20 |
| 67:22 - 67:24 |
| 72:19 - 73:2 |
| 73:4 - 73:16 |
| 73:18 - 74:3 |
| 74:5 - 74:15 |
| 78:8 - 78:12 |
| 78:14 - 79:2 |
| 79:4 - 79:21 |
| 79:23 - 80:10 |
| 138:18 - 139:20 |
| 144:17 - 144:25 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Olson, John (State of Idaho 30(b)(6))** |
| --- |
| **Date of Deposition: May 3, 2024** |
| **Google's Affirmative Designations** |
| 7:3 - 7:8 |
| 7:19 - 7:25 |
| 16:7 - 16:16 |
| 18:2 - 18:10 |
| 20:12 - 20:18 |
| 58:24 - 59:22 |
| 60:12 - 61:4 |
| 61:8 - 61:25 |
| 63:13 - 63:17 |
| 63:23 - 63:25 |
| 66:6 - 66:11 |
| 68:16 - 68:20 |
| 68:22 - 68:24 |
| 74:13 - 74:16 |
| 74:18 - 74:23 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Taterka, Steven (State of Indiana OAG 30(b)(6))** |
|---|
| **Date of Deposition: April 25, 2024** |
| **Google's Affirmative Designations** |
| 6:4 - 6:5 |
| 6:12 - 6:15 |
| 10:4 - 10:7 |
| 61:23 - 62:1 |
| 62:6 - 62:24 |
| 63:1 - 63:7 |
| 63:9 - 63:12 |
| 89:21 - 90:15 |
| 91:4 - 91:7 |
| 96:2 - 96:10 |
| 111:12 - 111:15 |
| 111:17 - 111:22 |
| 111:24 - 111:24 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Voelker, Patrick (State of Louisiana 30(b)(6))** |
|---|
| **Date of Deposition: May 3, 2024** |
| **Google's Affirmative Designations** |
| 8:5 - 8:7 |
| 8:14 - 8:18 |
| 8:24 - 9:8 |
| 31:8 - 31:21 |
| 31:23 - 32:22 |
| 32:24 - 33:18 |
| 33:20 - 33:22 |
| 37:17 - 37:19 |
| 37:21 - 38:9 |
| 38:11 - 38:17 |
| 38:19 - 38:25 |
| 39:2 - 40:5 |
| 40:7 - 40:9 |
| 52:22 - 53:12 |
| 53:14 - 53:15 |
| 54:3 - 54:4 |
| 54:6 - 55:9 |
| 55:11 - 55:20 |
| 55:22 - 56:4 |
| 56:7 - 56:12 |
| 56:15 - 56:18 |
| 56:21 - 57:12 |
| 57:14 - 57:18 |
| 57:20 - 57:25 |
| 58:2 - 58:17 |
| 58:19 - 58:20 |
| 60:6 - 60:7 |
| 60:9 - 61:1 |
| 61:4 - 61:4 |
| 63:4 - 63:9 |
| 63:11 - 63:21 |
| 63:23 - 64:1 |
| 64:3 - 64:3 |
| 64:22 - 64:24 |
| 65:1 - 65:12 |
| 65:14 - 65:18 |
| 65:21 - 65:25 |
| 66:2 - 66:6 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| Witness:  Secoy, Crystal (State of Mississippi 30(b)(6)) |
|---|
| Date of Deposition: April 25, 2024 |
| Google's Affirmative Designations |
| 4:21 - 4:25 |
| 14:15 - 14:21 |
| 17:7 - 17:15 |
| 25:3 - 25:10 |
| 25:12 - 25:12 |
| 25:16 - 25:19 |
| 26:7 - 26:11 |
| 26:16 - 26:24 |
| 27:4 - 27:7 |
| 43:17 - 43:20 |
| 43:22 - 43:22 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Schwalbert, Michael (State of Missouri 30(b)(6)) |
|---|
| **Date of Deposition: May 10, 2024** |
| **Google's Affirmative Designations** |
| 9:5 - 9:9 |
| 10:7 - 10:15 |
| 12:3 - 12:17 |
| 12:19 - 12:24 |
| 26:3 - 26:7 |
| 26:19 - 26:19 |
| 27:4 - 27:5 |
| 27:10 - 27:14 |
| 28:4 - 28:9 |
| 28:11 - 28:25 |
| 29:24 - 30:1 |
| 30:4 - 30:5 |
| 31:8 - 31:10 |
| 31:12 - 31:16 |
| 33:10 - 33:12 |
| 33:14 - 33:20 |
| 33:22 - 34:12 |
| 34:14 - 34:18 |
| 34:20 - 34:21 |
| 35:19 - 35:21 |
| 35:23 - 36:2 |
| 36:4 - 36:8 |
| 36:10 - 36:14 |
| 36:16 - 36:19 |
| 37:17 - 37:19 |
| 37:21 - 37:25 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| Witness: Schneider, Anna (State of Montana 30(b)(6)) |
|---|
| **Date of Deposition: May 1, 2024** |
| **Google's Affirmative Designations** |
| 8:2 - 8:6 |
| 8:10 - 8:13 |
| 8:17 - 8:23 |
| 11:6 - 11:10 |
| 30:4 - 30:12 |
| 30:14 - 30:17 |
| 31:2 - 31:3 |
| 31:5 - 32:3 |
| 32:12 - 32:20 |
| 36:18 - 37:1 |
| 37:21 - 37:25 |
| 38:11 - 39:11 |
| 39:13 - 39:19 |
| 49:4 - 49:5 |
| 49:7 - 49:14 |
| 73:14 - 74:10 |
| 74:12 - 74:12 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Tucker, Lucas (State of Nevada 30(b)(6))** |
|---|
| **Date of Deposition: April 29, 2024** |
| **Google's Affirmative Designations** |
| 8:20 - 8:22 |
| 9:4 - 9:9 |
| 9:14 - 9:24 |
| 14:22 - 15:11 |
| 53:8 - 53:11 |
| 53:12 - 53:17 |
| 66:2 - 66:5 |
| 66:7 - 66:21 |
| 70:24 - 71:4 |
| 83:24 - 84:13 |
| 84:15 - 84:18 |
| 85:12 - 85:23 |
| 86:23 - 87:14 |
| 87:16 - 88:5 |
| 88:7 - 88:15 |
| 88:17 - 89:5 |
| 89:7 - 89:7 |
| 90:14 - 90:18 |
| 91:2 - 91:4 |
| 91:6 - 91:18 |
| 91:20 - 91:24 |
| 92:2 - 92:3 |
| 92:5 - 92:9 |
| 93:5 - 93:7 |
| 93:10 - 94:13 |
| 99:7 - 99:16 |
| 104:6 - 105:1 |
| 105:3 - 105:8 |
| 105:10 - 105:16 |
| 106:7 - 106:10 |
| 106:11 - 106:15 |
| 106:17 - 107:23 |
| 110:17 - 110:20 |
| 110:23 - 111:13 |
| 113:3 - 113:15 |
| 113:17 - 113:22 |
| 113:24 - 113:25 |
| 114:24 - 115:11 |
| 132:6 - 132:23 |
| 201:2 - 201:4 |
| 201:7 - 201:11 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Alm, Elin (State of North Dakota 30(b)(6)) |
| --- |
| **Date of Deposition: May 2, 2024** |
| **Google's Affirmative Designations** |
| 29:14 - 30:2 |
| 31:1 - 31:7 |
| 39:24 - 40:8 |
| 42:10 - 42:22 |
| 44:7 - 44:23 |
| 48:9 - 48:12 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Hartner, Rebecca (State of South Carolina 30(b)(6))** |
|---|
| **Date of Deposition: April 23, 2024** |
| **Google's Affirmative Designations** |
| 12:4 - 12:12 |
| 13:9 - 13:11 |
| 15:2 - 15:9 |
| 31:19 - 31:22 |
| 32:3 - 32:4 |
| 32:14 - 32:21 |
| 33:7 - 33:11 |
| 33:17 - 33:22 |
| 36:16 - 36:21 |
| 40:9 - 40:17 |
| 40:19 - 41:5 |
| 43:24 - 44:5 |
| 44:23 - 45:3 |
| 45:16 - 45:17 |
| 45:19 - 45:22 |
| 47:25 - 48:6 |
| 52:17 - 53:8 |
| 54:14 - 55:4 |
| 57:2 - 57:8 |
| 57:17 - 57:23 |
| 58:24 - 58:25 |
| 59:2 - 59:13 |
| 60:25 - 61:15 |
| 100:23 - 101:4 |
| 111:22 - 112:4 |
| 112:12 - 112:19 |
| 115:20 - 116:1 |
| 118:23 - 119:3 |
| 122:1 - 123:1 |
| 125:20 - 126:1 |
| 127:12 - 127:18 |

*The State of Texas, et al v. Google, LLC*
*Case No. 4:20-cv-00957-SDJ*

| Witness: Van Patten, Jonathan (State of South Dakota 30(b)(6)) |
|---|
| **Date of Deposition: April 29, 2024** |
| **Google's Affirmative Designations** |
| 7:17 - 7:21 |
| 8:2 - 8:6 |
| 9:13 - 10:2 |
| 21:5 - 21:15 |
| 42:5 - 42:8 |
| 42:14 - 42:18 |
| 53:3 - 53:13 |
| 53:15 - 53:23 |
| 53:25 - 53:25 |
| 67:5 - 67:12 |
| 67:15 - 67:17 |

***The State of Texas, et al v. Google, LLC***
**Case No. 4:20-cv-00957-SDJ**

| Witness: Gordon, Justin (State of Texas) |
|---|
| **Date of Deposition: April 17, 2024** |
| **Google's Affirmative Designations** |
| 12:14 - 12:16 |
| 26:5 - 26:16 |
| 31:7 - 31:15 |
| 34:12 - 34:16 |
| 35:1 - 35:5 |
| 89:19 - 89:22 |

*The State of Texas, et al v. Google, LLC*
*Case No. 4:20-cv-00957-SDJ*

| **Witness: Young, Trevor (State of Texas)** |
|---|
| **Date of Deposition: May 24, 2024** |
| **Google's Affirmative Designations** |
| 9:24 - 10:3 |
| 37:20 - 37:22 |
| 37:24 - 38:4 |
| 38:11 - 38:18 |
| 38:20 - 38:24 |
| 42:13 - 42:20 |
| 50:20 - 51:4 |
| 63:5 - 63:8 |
| 76:16 - 76:18 |
| 76:20 - 77:1 |
| 77:14 - 77:16 |
| 77:22 - 77:25 |
| 84:7 - 84:9 |
| 84:11 - 84:19 |
| 85:4 - 85:11 |
| 87:6 - 87:14 |
| 87:16 - 87:18 |
| 88:18 - 88:19 |
| 88:21 - 88:23 |
| 102:13 - 102:14 |
| 102:16 - 103:9 |
| 146:23 - 147:2 |
| 157:11 - 157:20 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Martin, Marie (State of Utah 30(b)(6)) |
|---|
| **Date of Deposition: April 30, 2024** |
| **Google's Affirmative Designations** |
| 6:13 - 6:20 |
| 45:2 - 46:1 |
| 46:21 - 46:25 |
| 49:10 - 49:25 |
| 50:17 - 51:8 |
| 59:20 - 60:23 |
| 63:11 - 63:17 |
| 99:20 - 100:7 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Mellott, Shelly (Texas DMV)** |
|---|
| **Date of Deposition: May 3, 2024** |
| **Google's Affirmative Designations** |
| 4:18 - 4:23 |
| 9:13 - 9:20 |
| 10:10 - 11:7 |
| 13:4 - 13:23 |
| 14:17 - 16:18 |
| 16:25 - 17:18 |
| 18:3 - 18:13 |
| 21:6 - 24:7 |
| 25:6 - 25:24 |
| 26:13 - 27:17 |
| 27:19 - 28:4 |
| 29:20 - 30:19 |
| 30:23 - 31:7 |
| 32:4 - 33:1 |
| 34:12 - 34:18 |
| 34:20 - 34:24 |
| 43:18 - 46:2 |
| 46:4 - 46:9 |
| 47:18 - 47:21 |
| 47:23 - 48:1 |
| 48:3 - 48:7 |
| 48:9 - 48:18 |
| 48:20 - 49:8 |
| 49:10 - 49:15 |
| 55:11 - 55:21 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Eck, Brittany (Texas GLO) |
|---|
| **Date of Deposition: April 29, 2024** |
| **Google's Affirmative Designations** |
| 6:7 - 6:13 |
| 8:2 - 8:7 |
| 12:19 - 13:14 |
| 13:24 - 14:10 |
| 15:1 - 16:5 |
| 18:6 - 19:2 |
| 19:11 - 20:3 |
| 21:25 - 22:25 |
| 24:15 - 24:19 |
| 24:25 - 25:13 |
| 28:16 - 29:19 |
| 29:21 - 30:5 |
| 31:4 - 31:16 |
| 40:21 - 41:1 |
| 43:22 - 44:6 |
| 45:24 - 47:4 |
| 47:18 - 47:24 |
| 48:11 - 48:13 |
| 54:1 - 54:18 |
| 55:1 - 55:12 |
| 56:21 - 57:5 |
| 58:9 - 58:11 |
| 58:21 - 59:1 |
| 64:22 - 66:15 |
| 68:13 - 68:24 |
| 70:3 - 70:24 |
| 71:9 - 72:6 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Smaragdis, Dimitrius (Texas GLO) |
|---|
| Date of Deposition: April 29, 2024 |
| **Google's Affirmative Designations** |
| 6:13 - 6:22 |
| 15:23 - 16:7 |
| 16:12 - 16:19 |
| 17:15 - 18:5 |
| 19:2 - 19:14 |
| 20:18 - 22:16 |
| 23:9 - 24:2 |
| 27:3 - 27:13 |
| 27:22 - 28:4 |
| 31:23 - 32:8 |
| 32:13 - 33:8 |
| 49:25 - 50:8 |
| 50:22 - 51:10 |
| 57:4 - 57:13 |
| 59:1 - 59:6 |
| 60:22 - 60:25 |
| 61:1 - 61:2 |
| 62:20 - 63:4 |
| 83:23 - 85:11 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Perry, Caitlyn (Texas Monthly) |
|---|
| **Date of Deposition: May 23, 2024** |
| **Google's Affirmative Designations** |
| 4:23 - 4:25 |
| 6:3 - 6:8 |
| 9:21 - 10:17 |
| 10:25 - 11:6 |
| 12:12 - 12:19 |
| 17:16 - 17:24 |
| 18:2 - 18:7 |
| 23:20 - 24:8 |
| 27:21 - 28:10 |
| 28:16 - 28:23 |
| 30:5 - 30:7 |
| 30:9 - 30:14 |
| 33:19 - 34:11 |
| 35:15 - 35:23 |
| 50:15 - 50:21 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| Witness: Cabildo, Suzette (The Nation) |
| --- |
| **Date of Deposition: May 22, 2024** |
| **Google's Affirmative Designations** |
| 7:12 - 7:17 |
| 10:19 - 12:3 |
| 82:23 - 83:2 |
| 83:11 - 83:21 |
| 84:5 - 84:15 |
| 86:25 - 87:22 |
| 87:23 - 88:20 |
| 90:14 - 91:11 |
| 97:10 - 97:13 |
| 97:14 - 97:14 |
| 97:16 - 97:24 |
| 97:25 - 98:4 |
| 100:2 - 100:9 |
| 100:10 - 100:25 |
| 164:14 - 165:8 |
| 165:9 - 166:12 |
| 172:10 - 172:20 |
| 172:21 - 172:22 |
| 172:25 - 173:1 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| **Witness: Williams, David (Utah Office of Tourism)** |
|---|
| **Date of Deposition: April 19, 2024** |
| **Google's Affirmative Designations** |
| 5:19 - 5:21 |
| 7:23 - 8:11 |
| 8:16 - 8:18 |
| 14:13 - 15:13 |
| 17:10 - 18:11 |
| 20:1 - 20:6 |
| 20:11 - 20:22 |
| 24:4 - 26:10 |
| 26:24 - 27:3 |
| 27:5 - 28:19 |
| 35:3 - 35:13 |
| 35:19 - 37:10 |
| 38:14 - 38:22 |
| 39:1 - 39:25 |
| 46:4 - 46:21 |
| 52:17 - 52:19 |
| 52:21 - 53:12 |
| 53:17 - 54:1 |
| 54:15 - 54:22 |
| 59:6 - 60:1 |
| 62:22 - 62:25 |
| 63:18 - 64:7 |
| 64:9 - 64:16 |
| 64:20 - 64:22 |

*The State of Texas, et al v. Google, LLC*
Case No. 4:20-cv-00957-SDJ

| **Witness: Pauley, Ryan (Vox)** |
|---|
| **Date of Deposition: August 23, 2023** |
| **Google's Affirmative Designations** |
| 3:25 - 4:4 |
| 6:25 - 7:14 |
| 8:22 - 8:25 |
| 34:9 - 35:20 |
| 37:4 - 37:13 |
| 72:2 - 72:17 |
| 73:15 - 73:25 |
| 130:13 - 130:24 |
| 131:15 - 131:19 |
| 137:25 - 138:15 |
| 138:18 - 138:18 |
| 139:4 - 139:18 |
| 140:10 - 140:19 |
| 142:2 - 143:6 |
| 144:2 - 144:21 |
| 151:20 - 152:7 |
| 152:22 - 152:24 |
| 153:4 - 153:7 |
| 154:17 - 155:15 |
| 156:6 - 157:15 |
| 162:15 - 162:18 |
| 166:12 - 166:21 |
| 167:2 - 167:3 |
| 167:7 - 167:13 |
| 172:7 - 172:13 |
| 176:19 - 176:22 |
| 177:24 - 178:14 |
| 182:8 - 182:13 |
| 182:17 - 182:22 |
| 183:19 - 184:8 |
| 184:11 - 184:13 |
| 187:17 - 188:15 |
| 190:23 - 191:9 |
| 196:10 - 196:19 |
| 201:10 - 201:13 |
| 203:4 - 203:25 |
| 204:5 - 205:9 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| Witness: Bumpers, Brian (Zulily) |
|---|
| Date of Deposition: September 8, 2023 |
| **Google's Affirmative Designations** |
| 6:12 - 6:14 |
| 8:25 - 9:7 |
| 13:5 - 13:12 |
| 14:10 - 14:12 |
| 15:13 - 15:20 |
| 16:9 - 16:16 |
| 18:22 - 18:24 |
| 18:25 - 18:25 |
| 19:1 - 19:6 |
| 20:3 - 20:5 |
| 20:8 - 20:13 |
| 22:3 - 22:22 |
| 23:3 - 23:19 |
| 26:10 - 26:22 |
| 27:5 - 28:15 |
| 59:1 - 59:8 |
| 60:2 - 60:7 |
| 60:11 - 60:22 |
| 65:17 - 65:24 |
| 66:16 - 66:18 |
| 66:25 - 66:25 |
| 67:1 - 67:3 |
| 67:11 - 67:15 |
| 69:18 - 69:23 |
| 70:3 - 70:4 |
| 70:5 - 70:10 |
| 71:1 - 71:3 |
| 71:12 - 71:19 |
| 71:24 - 71:25 |
| 72:1 - 72:5 |
| 72:21 - 72:25 |
| 73:2 - 73:11 |
| 73:18 - 73:19 |
| 73:21 - 73:21 |
| 74:10 - 74:13 |
| 79:6 - 79:9 |
| 79:11 - 79:12 |
| 79:15 - 79:20 |
| 80:9 - 80:12 |
| 80:13 - 80:17 |
| 81:9 - 81:11 |
| 81:12 - 81:14 |
| 81:16 - 81:17 |

*The State of Texas, et al v. Google, LLC*
**Case No. 4:20-cv-00957-SDJ**

| |
|---|
| 82:4 - 82:6 |
| 82:8 - 82:9 |
| 84:19 - 84:21 |
| 84:23 - 85:9 |
| 86:1 - 86:4 |
| 86:5 - 86:6 |
| 86:8 - 86:8 |
| 89:5 - 89:20 |
| 89:22 - 89:25 |
| 90:1 - 90:1 |