# EXHIBIT A

# JUROR QUESTIONNAIRE

**I.  GENERAL QUESTIONS**

1. **JUROR NAME:**_____ **AGE:** ____

2. Where do you now work and what is your job? If unemployed/retired, answer for last job held:
   _____

3. What previous jobs have you held? _____

4. What is the last or highest level of school you completed? If college, please list field of study and any degree(s) received: _____

5. In what area(s) have you received special education or training? _____

6. What is your marital status?
   ☐ Never married  ☐ Cohabitating  ☐ Married  ☐ Divorced  ☐ Widowed/widower
   If married/cohabitating, what is your spouse/partner's occupation? _____

7. Have you ever served in the military? ☐ YES  ☐ NO
   If **YES**, list which branch you served, and last rank attained:
   _____

8. Regarding lawsuits (other than a divorce), have you been a:
   [Check all that apply] ☐ Plaintiff ☐ Defendant ☐ Witness ☐ Unsure ☐ Never Been Involved in a lawsuit

9. Do you have strong opinions about lawsuits and the people who bring them?
   ☐ YES ☐ NO

10. Have you served on a jury?
    ☐ YES ☐ NO
    If **YES**,
      a. What kind(s) of case(s)? _____
      b. What was the jury's verdict? _____ c. Were you the foreperson? YES ☐ NO ☐

11. Have you ever worked, directly or indirectly, for the government (local, state, or federal)? ☐ YES ☐ NO
    IF **YES**, please describe: _____

12. Please list your social, political, civic or religious organizations, clubs, groups, or other affiliations:
    _____

13. Have you held any positions of leadership in these organizations? What role? _____

14. Have you, or an immediate family member, ever worked for a law firm? ☐ YES ☐ NO
    IF **YES**, please describe: _____

15. Have you or an immediate family member ever owned a small business? ☐ YES ☐ NO
    IF **YES**, please describe: _____

16. Have you or an immediate family member ever been an officer, director, or member of a corporation, partnership, or limited liability company?
    ☐ YES ☐ NO
    IF **YES**, please describe: _____

17. Where do you get most of your news? (circle all that apply)
    Newspaper (which ones?):_____   TV: CNN, NBC, ABC, CBS, FOX, PBS, OAN, Newsmax, Other
    YouTube (which channels)?: _____, Facebook, Twitter/X, Instagram, Tiktok, Reddit, Radio or Podcasts (what programs)?: __ Friends/Family/Word of mouth
    Magazines: TIME, Newsweek, U.S. News
    Other Sources: _____

18. Do you believe that individuals or small businesses have little chance of protecting their interests when they conflict with powerful groups or large corporations? ☐ Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree ☐ Strongly Disagree ☐ No Opinion

19. Do you believe corporations have too much power in this country? ☐ YES ☐ NO

**II.    QUESTIONS SPECIFIC TO THIS CASE**

20. Have you ever received any education or professional training in any of the following subjects:
    A.  Advertising
    B.  Antitrust Law
    C.  Auctions (whether online or live)
    D.  Communications
    E.  Computer Science
    F.  Economics
    G.  Education
    H.  Ethics or Political Science
    I.  Finance or Accounting
    J.  Fraud Examiner
    K.  Law
    L.  Law Enforcement
    M.  Privacy
    N.  Web Publishing

    If you answered yes to any of these subjects, please describe this education or training.
    _____

21. Have you or anyone you know ever invented or designed anything?
    ☐ YES  ☐ NO

    If **YES**:
        a. Who invented or designed it? _____
        b. What was invented or designed? _____

22. Have you, or someone close to you, ever bought or sold advertising on the internet or through mobile applications? ☐ YES ☐ NO

23. Have you ever owned a business?  ☐ YES ☐ NO

24. Has anyone you know ever owned intellectual property?
    ☐ YES ☐ NO ☐ Unsure

25. Have you or anyone close to you worked at a job where you or they were involved in the development or marketing of new products, technology or software?
    ☐ YES ☐ NO ☐ Unsure

26. Have you, or an immediate family member, ever worked in the technology industry, in content creation, in app or software development, or in online publishing?
☐ YES ☐ NO

If **YES**, please explain:
_____

27. Have you ever been involved in buying or selling advertising? Was this online advertising or something else?
☐ YES ☐ NO

If **YES**, please explain:
_____

28. Have you ever bought or sold anything at an auction? Was it a live auction or online auction? ☐ YES ☐ NO

If **YES**, please explain:
_____

29. Have you, or anyone close to you, ever worked for or had any business dealings with any of the following companies or entities (circle if applicable):

| | | |
|---|---|---|
| a. | GOOGLE LLC | ☐ YES ☐ NO |
| b. | Facebook/Meta | ☐ YES ☐ NO |
| c. | Amazon | ☐ YES ☐ NO |
| d. | Microsoft | ☐ YES ☐ NO |
| e. | The State of Texas | ☐ YES ☐ NO |

If you answered **YES** to any of the above, please explain:
_____

30. In general, what is your opinion of Google's brand and products? ☐ Very Positive ☐ Somewhat Positive ☐ Neutral ☐ Somewhat Negative ☐ Very Negative ☐ No Opinion

31. Do you use any Google products? ☐ YES ☐ NO
If **YES,** please explain:
_____

32. In general, what is your opinion of the Texas Attorney General, Ken Paxton?
☐ Very Positive ☐ Somewhat Positive ☐ Neutral ☐ Somewhat negative ☐ Very Negative ☐ No Opinion

33. Below is a list of additional States and their Attorney General. Please state whether you are familiar with this person and, if you know them, whether your opinion of them is: Very Positive, Somewhat Positive, Neutral, Somewhat Negative, Very Negative, or No Opinion.

| Attorney general and state | Have you heard of this attorney general? | Is your opinion: Very positive, somewhat positive, neutral, somewhat negative, very negative, no opinion. |
|---|---|---|
| Ken Paxton- Texas (2015-current) | | |
| Treg Taylor - Alaska (2021-current) | | |
| Tim Griffin - Arkansas (2023-current) <br> Leslie Rutledge -Arkansas (2015-2023) | | |
| James Uthmeier - Florida (2025-current) <br> John Guard (2025) <br> Ashley Moody (2019-2025) | | |
| Raúl Labrador - Idaho (2023-current) <br> Lawrence Wasden (2003-2023) | | |
| Todd Rokita - Indiana (2021-current) | | |
| Russell Coleman - Kentucky (2024-current) <br> Daniel Cameron (2019-2024) | | |
| Liz Murrill - Louisiana (2024-current) <br> Jeff Landry (2016-2024) | | |
| Lynn Fitch - Mississippi (2020-current) | | |
| Andrew Bailey - Missouri (2023-current) <br> Jeff Schmitt (2019-2023) | | |
| Austin Knudsen - Montana (2021-current) | | |
| Aaron Ford - Nevada (2019-current) | | |
| Drew Wrigley - North Dakota (2022-current) | | |

| | | |
|---|---|---|
| Wayne Stenehjem (2001-2022) | | |
| Lourdes Lynnette Gómez Torres - Puerto Rico (2025-current) Janet Parra Mercado (2025) Domingo Emanuelli Hernández (2021-2025) | | |
| Alan Wilson - South Carolina (2011-current) | | |
| Marty Jackley - South Dakota (2023-current) Mark Vargo (2022-2023) Jason Ravnsborg (2019-2022) | | |
| Derek Brown - Utah (2025-current) Sean Reyes (2013-2025) | | |

34. Do you have any opinions regarding any of the following other companies, entities, or publications: Magnite, Gannett, Daily Mail, Fox News, Texas Monthly, Microsoft, the Trade Desk, Pubmatic, Criteo, Broadstreet Ads, Dentsu, Comcast, Nike, The Daily Mail, The Progressive, Eileen Fisher, AdZerk, AppNexus, Magnite, OpenX, Buzzfeed, Disney, Digital Content Next, Equative, Gannett Co., GSD&M, Index Exchange, NBC Universal, The Nation, or Zulily?
☐ YES ☐ NO

If **YES**, please explain: _____

35. Do you believe in capitalism? ☐ YES ☐ NO

36. Do you favor a free market economy? ☐ YES ☐ NO

37. Do you think it is possible for a company to start small and grow to become very large by making a better product? ☐ YES ☐ NO

38. Do you believe a company can only grow larger by using unfair means of competition? ☐ YES ☐ NO

39. Do you believe our legal system is broken? ☐ YES ☐ NO

40. Do you believe the government should take action or change the law to restrain large companies?
☐ YES ☐ NO

### III. FINAL QUESTIONS AND SIGNATURE

41. This case is set for a jury trial beginning on [DATE] and is expected to last a total of [six] weeks. Recognizing a trial of that length would be a hardship on all jurors, is there any unique and serious hardship of serving for this length of time that might affect your ability to pay attention to the evidence, focus for the full length of the trial, and render a fair verdict in light of the law the Court will give to you?

☐ YES ☐ NO.  If your answer was **YES**, please explain the hardship:

_____

42. Is there anything else you feel the Court and the parties should know about you and your ability to be a fair and impartial juror? ☐ YES ☐ NO

If **YES**, please explain:_____


Prospective Juror Signature _____ Date: _____