**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 4:20-cv-00957-SDJ |
| v. | § | |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**ADVISORY BY DEFENDANT GOOGLE LLC
REGARDING PARTIAL SUMMARY JUDGMENT RULING
IN *IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION***

TO THE HONORABLE SEAN D. JORDAN, UNITED STATES DISTRICT JUDGE:

Defendant Google LLC notifies this Court of the attached Opinion and Order issued by the Honorable Kevin Castel, Senior Judge of the United States District Court for the Southern District of New York, on October 27, 2025. The Order grants in part, and denies in part, a motion by the private plaintiffs in MDL 1:21-md-03010, *In re Google Digital Advertising Antitrust Litigation*, seeking partial summary judgment against Google LLC.

Dated: October 28, 2025

Respectfully submitted,

*/s/ Kathy D. Patrick*
Kathy D. Patrick
State Bar No. 15581400
KPatrick@gibbsbruns.com
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

Eric Mahr (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4545
Email: eric.mahr@freshfields.com

*Attorneys for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

*I certify that on October 28, 2025, this document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service, per Local Rule CV-5(a)(3)(A).*

*/s/ Kathy D. Patrick*
*Kathy D. Patrick*