**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **STATE OF TEXAS, et al.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **GOOGLE, LLC,** <br><br> **Defendant.** | **Case No. 4:20-cv-957-SDJ** <br><br> **HON. SEAN D. JORDAN** |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff State of Indiana respectfully requests that Jesse Moore be permitted to withdraw as counsel of record for Plaintiff State of Indiana in this matter. The reason for this request is that Mr. Moore is no longer employed by the Office of the Indiana Attorney General. The granting of this motion will not impose, delay or affect any deadlines in the case. Indiana will continue to be represented by other counsel of record, including Scott Barnhart and Jennifer Linsey, and this motion requests no other changes regarding the other attorneys acting as counsel of record.

Further, the clerk is requested to terminate CM/ECF notices as to Jesse Moore for this matter.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney Reg. No. 18857-49

By: */s/ Jesse Moore*
Jesse Moore
Deputy Attorney General
Attorney Reg. No. 37654-49

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Jesse Moore*
> Jesse Moore
> Deputy Attorney General

Office of Indiana Attorney General Todd Rokita
Indiana Government Center South
302 W. Washington Street 5th Floor
Indianapolis, IN 46204
Telephone: 317-232-4956
Jesse.Moore@atg.in.gov