## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:20-cv-00957-SDJ |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Axinn, Veltrop & Harkrider LLP has changed its name to Axinn LLP.  The firm's and its lawyers' addresses, phone numbers, fax numbers, and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system of the change from Axinn, Veltrop & Harkrider LLP to Axinn LLP.


Dated: July 17, 2026

Respectfully submitted,

*/s/ Bradley Justus*

Bradley Justus (*pro hac vice*)
James K. Hunsberger (*pro hac vice*)
Allison Vissichelli (*pro hac vice*)
Axinn LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
jhunsberger@axinn.com
avissichelli@axinn.com

Russell Steinthal (*pro hac vice*)
Christopher Erickson (*pro hac vice*)
Blake Pescatore (*pro hac vice*)
Axinn LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
creiser@axinn.com
rsteinthal@axinn.com
cerickson@axinn.com
bpescatore@axinn.com

Daniel S. Bitton (*pro hac vice*)
Axinn LLP
55 Second Street
San Francisco, CA 94105
Telephone: (415) 490-1486
dbitton@axinn.com

*ATTORNEYS FOR
DEFENDANT GOOGLE LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

*/s/ Bradley Justus*
Bradley Justus (*pro hac vice*)
